# Exhibit "C"

# Curriculum Vitae
## of
# Patricia M. Williams, PH.D, DABT

# CURRICULUM VITA

## Patricia M. Williams, Ph.D., *DABT*
## Environmental Toxicology Experts, L.L.C.

**Associate Professor**
**Coordinator for Toxicology Research Laboratories**
**Pontchartrain Institute for Environmental Sciences**
**College of Sciences, University of New Orleans**

**RESIDENCE:**   234 West William David Pkwy, Metairie, LA 70005

**BIRTHPLACE:**   New Orleans, Louisiana: November 20, 1943

## EDUCATION AND TRAINING:

Louisiana State University in Baton Rouge; **B.S. in Medical Technology, 1966**

Louisiana State University in Baton Rouge; **M.S. in Microbiology, 1975**

Tulane Medical Center, **Department of Anatomy, Ph.D., 1983.** Dissertation Title: "Characterization of Megakaryocytopoiesis Under the Hormonal Influence of Thrombopoietin; Development of an In Vitro Assay for Thrombopoietin."

**Board Certification: Diplomate of the American Board of Toxicology, 2006**

**Board Certification: American Society of Clinical Pathologists-Medical Technology-1966**

**Clinical Laboratory Scientist-Generalist, Louisiana License Number: G00023**

**Laboratory Director – CLIA Certification 19D0898394 (1993-2005)**

Tufts University School of Medicine, Epidemiology Research Institute, Graduate Credit in Epidemiology. "Introduction to Epidemiology ", 1996. Total Number of CEU Hours, 35.0. Graduate Credit, 2.0 hours.

Tufts University School of Medicine, Epidemiology Research Institute, Graduate Credit in Epidemiology, "Biology & Epidemiology of Cancer" and "Occupational & Environmental Epidemiology", 2001. Total Number of CEU Hours, 30.0. Graduate Credit, 2.0 hours.

University of Michigan, Summer Graduate School in Epidemiology, "Occupational & Environmental Exposure Assessment" and "Basic Computer Applications in Epidemiology", 2002 Continuing Education. Total Number of Non-Credits, 1. Total Number of CEU Hours, 35.0.

University of Michigan, Summer Graduate School in Epidemiology, "Analysis of Epidemiologic Data: An Applied Approach" 2004 Continuing Education. Total Number of Non-Credits, 1. Total Number of CEU Hours, 17.5.

1


Dr. Williams
DEPOSITION
EXHIBIT
3

University of Kansas Medical Center, Department of Pharmacology, Toxicology, and Therapeutics, Mid-America Toxicology Course, 2006

## PROFESSIONAL EXPERIENCE:

May, 2005 - Present
President
Environmental Toxicology Experts, L.L.C.
Metairie, Louisiana 70005

Associate Professor
Coordinator for Toxicology Research Laboratories
Pontchartrain Institute for Environmental Sciences
College of Sciences
University of New Orleans, New Orleans, LA

March, 1993 – April, 2005
Director, Occupational Toxicology Outreach Program
Department of Medicine
LSU Health Sciences Center in Shreveport, LA

Co-Director, Center of Excellence for Clinical
and Forensic Toxicology Department of Medicine
LSU Health Sciences Center in Shreveport, LA

Associate Professor, Department of Medicine
Section of Occupational and Environmental Medicine
LSU Medical Center -Shreveport, LA

Laboratory Director, Medical Surveillance Laboratory
Occupational Toxicology Outreach Office
CLIA Certified

January, 1992 - February, 1993
Associate Professor, Department of Medical
Technology, School of Allied
Health Professions, LSU Medical Center

Associate Professor, Department of
Anatomy, School of Medicine, LSU Medical
Center (Joint Appointment)

July, 1985 - January, 1992
Associate Professor, Head, Department of
Medical Technology, School of Allied
Health Professions, LSU Medical Center
Associate Professor, Department of
Anatomy, School of Medicine, LSU Medical
Center (Joint Appointment)

January, 1985 - June, 1985
Assistant Professor, Head, Department
of Medical Technology, School of Allied

|  | Health Professions, LSU Medical Center |
|--|--|
|  | Assistant Professor, Department of Anatomy, School of Medicine, School of Medicine, LSU Medical Center (Joint Appointment) |
| January, 1984 - December 1984 | Assistant Professor, Department of Medical Technology, School of Allied Health Professions, LSU Medical Center |
|  | Assistant Professor, Department of Anatomy, School of Medicine, LSU Medical Center (Joint Appointment) |
|  | Assistant Professor, Department of Biological Sciences, University of New Orleans (Joint Appointment) |
| 1978 - 1984 | Assistant Professor, Department of Medical Technology, School of Allied Health Professions, LSU Medical Center |
|  | Assistant Professor, Department of Biological Sciences, University of New Orleans (Joint Appointment) |
| 1975 - 1978 | Instructor in Medical Technology, Department of Medical Technology, School of Allied Health Professions, LSU Medical Center |
|  | Instructor, Department of Biological Sciences, University of New Orleans (Joint Appointment) |
| 1974 - 1975 | Associate in Physiology, Department of Zoology and Physiology, Louisiana State University in Baton Rouge |
| 1970 - 1971 | Medical Technologist, Hematology Laboratory, The Pathology Laboratory, Baton Rouge, Louisiana |
| 1967 - 1968 | Medical Technologist, Clinical Chemistry, Department of Pathology, Charity Hospital in New Orleans |
| 1966 - 1967 | Medical Technologist, Blood Banking, Department of Anesthesiology, Charity Hospital in New Orleans |
|  | Medical Technologist, Clinical Chemistry, Department of Pathology, Hotel Dieu Hospital in New Orleans |
| 1965 - 1966 | Medical Technician, Hematology, Urinalysis, Chemistry, Blood Banking, Department of Pathology, Hotel Dieu Hospital in New Orleans |

3

MT(ASCP) Registration by the American Society of Clinical
Pathologists #56466 in 1966

## ADMINISTRATIVE EXPERIENCE:

For seven years, Dr. Patricia M. Williams served as Head of the Department of Medical Technology, School of Allied Health Professions, LSU Medical Center. The Department of Medical Technology offered a baccalaureate degree in the field of Medical Technology which includes performance of laboratory procedures in all of the disciplines of the clinical (medical and forensic) laboratory of today. Specific areas of specialty in which the students are trained include: microbiology, parasitology, hematology, immunology, immunohematology (blood banking), clinical chemistry, urinalysis, phlebotomy, and management. The primary objective of the Department of Medical Technology from 1985-1992 was to increase the supply, at the undergraduate and graduate levels, of patient-oriented health professionals both in the rural and urban areas of the State of Louisiana. Dr. Patricia Williams developed a clinical rotation that includes a six-months student clinical laboratory housed within the Department of Medical Technology and a six-months clinical hospital rotation. This allowed all lectures and basic laboratory training to be completed prior to the hospital rotation and thus allow smaller hospitals in the rural areas of the State to participate in the Medical Technology Program. Participation of hospitals in the educational program usually enhances their recruitment of medical technologists upon graduation to their institution to meet the needs of rural health care.

Dr. Patricia M. Williams as Head of the Department of Medical Technology was the overseer of a statewide program to educate students at the baccalaureate level and graduate level in medical technology. Classes were conducted on both the New Orleans and Shreveport LSU Medical Center campuses as well as in ten hospital affiliates throughout the state. Students pursuing the degree in medical technology could enter either the two plus two program on the New Orleans campus or the three plus one program on either the Shreveport or New Orleans campus. In the two plus two curriculum, the student completes the first two years of pre-professional courses at various colleges throughout the state, followed by two years at the Medical Center and at selected clinical affiliates. This program allowed for entrance of educationally, socially, financially, or racially disadvantaged students into the study of Medical Technology. In the three plus one program the student completed the first three years of pre-professional courses at the various colleges throughout the state, followed by three semesters of courses at the Medical Center and at selected clinical affiliates. Students enrolled in both programs spent six months in the senior year in a simulated hospital clinical laboratory housed within the Department of Medical Technology in both Shreveport and New Orleans. The last six months of the senior year was spent in one of ten hospital affiliates throughout the state. The ten affiliates are listed below:

Charity Hospital in New Orleans
Veterans Administration Medical Center in New Orleans
Mercy Hospital in New Orleans
Southeast Louisiana Medical Center in Houma
Terrebonne General Hospital
Earl K. Long Hospital in Baton Rouge
Louisiana Reference Laboratory in Baton Rouge
Lafayette General Hospital

4

LSU Hospital in Shreveport
E.A. Conway Hospital in Monroe

Dr. Williams had the responsibility to develop, organize, administer, review, revise and direct the educational program. It was her responsibility to ensure appropriate instruction in all areas of this clinical educational program. Examples of such duties include but are not limited to the following: development of curriculum, selection of course content, implementation of classroom teaching in both the Medical Center and the hospital affiliates, appointing faculty to the program, providing continuing clinical education for hospital laboratory personnel, maintaining current written affiliation agreements with all clinical affiliates, and implementation of recruitment programs on the following campuses: LSU in Shreveport, Bossier Community College, LSU in Alexandria, LSU in Baton Rouge, LSU in Eunice, University of New Orleans, and Southern University in Baton Rouge. Because of the vast geographic structure of the program, Dr. Williams appointed three assistant administrative positions under her direct supervision: Coordinator of Clinical Laboratories, Coordinator of Student Laboratories, and Program Coordinator in Shreveport. Dr. Williams was the direct supervisor of 9 full time faculty, 23 part-time faculty, and 3 full time staff and one part-time staff personnel on both the Shreveport and New Orleans campuses of the LSU Medical Center. In addition, Dr. Williams directly supervised the participation of 121 gratis clinical faculty in the educational program in ten hospital affiliates. Dr. Williams was responsible for management of the departmental budget and played a major role in all policy and budget matters which affected the educational program and the Department of Medical Technology. The 1990 - 91 departmental budget consisted of $728,673 of state funds: In the last five years of her administration, laboratory equipment purchased by the Department of Medical Technology for teaching purposes amounted to approximately $509,024.

In addition to the institutional support, the Department of Medical Technology was the recipient of a $472,719 federal grant from the Health Careers Opportunity Program for enrichment and retention of disadvantaged students in Allied Health Programs. The grant includes the following programs: Medical Technology, Respiratory Therapy, Occupational Therapy, Physical Therapy, and Rehabilitation Counseling. Dr. Williams was the author of this grant and served as Program Director and administrated expenditure of all funds and implementation of the four programs included in the grant. This grant provided funds for a five-week summer program for high school seniors on the Southern University in Baton Rouge campus, a two-week program for college freshmen on the Southern University in Baton Rouge campus, one four week program for students accepted but prior to enrollment in Allied Health Programs on the LSU Medical Center campus, and a non-structured academic program for juniors and seniors in the School of Allied Health Professions on the LSU Medical Center campuses in Shreveport and New Orleans which included academic tutorials, teaching aids and academic and personal counseling.

The success of this grant funding under the direction of Dr. Williams was best shown in the Department of Medical Technology where a minority enrollment of 30 - 48% was maintained each year. The Department of Medical Technology maintained excellent academic standards for all students, and implemented minority/disadvantaged student incentives in an effort to assist these students in achieving successful completion of a baccalaureate degree in Medical Technology. For two years in a row, (August 1990-1991) the results of these incentives were remarkable. There was 100% passage of each graduating class on the National Registry Exam for each of these two years. The class average ranked in the 12th and 16th percentile of the nation. These results included as many as 30 - 48% minority/disadvantaged students. Many of these students applied to the program with GPA's less than 2.5 and were accepted as a part of the departmental program for high-risk minority/disadvantaged students. The departmental C students were proven "A" students on the national level.

5

In addition, Dr. Williams was the Laboratory Manager of the Department of Medical Technology Clinical Laboratory. This departmental laboratory was approved for Medicare and Medicaid by the Department of Health and Hospitals of the State of Louisiana. Dr. Williams supervised one part-time pathologist who served as Laboratory Director and the academic faculty who maintained their laboratory skills by performing procedures in the departmental laboratory. Dr. Williams founded this laboratory to serve the health needs of the students in the Schools of Medicine, Nursing, and Allied Health and to perform procedures for them at cost, in addition to allowing academic faculty to maintain their laboratory skills.  Blood products from the departmental laboratory were pooled to hide patient identity and used in teaching of the six-month student laboratory.  Thus, students used blood products from a relatively healthy population to begin the performance of laboratory procedures.  The risk of exposure to AIDS and Hepatitis B is less in this initial use of blood products and performance of laboratory procedures. Results of the laboratory procedures on students in the above mentioned schools were referred to the staff physician of the Office of Student Health of the LSU Medical Center.

Dr. Williams directed the Occupational Toxicology Outreach Program of the Department of Medicine of LSU Health Sciences Center in Shreveport for over ten years. Dr. Williams directed statewide programs to provide an outreach center for education, prevention, early detection, and treatment of diseases for members of the community and workplace exposed to toxic chemicals including drugs and alcohol. In that capacity, Dr. Williams surveyed or evaluated over 17,000 workers or community members with occupational or environmental toxic exposures for adverse health effects of such exposures.  She served as tenured Associate Professor of Medicine of the Department of Medicine of LSU Medical School in Shreveport. Additionally, Dr. Williams served as the Laboratory Director of an in-house research laboratory for Medical Surveillance for adverse health effects of chemical exposure. In this capacity, she was responsible for identifying the laboratory parameters that are clinical indicators of environmental and occupational toxic exposure and for the interpretation of the laboratory parameters to the attending physicians. Dr. Williams also served as Co-Director of the Center of Excellence for Clinical and forensic Toxicology. In that capacity she conducted extensive prevention programs for workplace, communities, homes, and schools, both in State and out of State, including the physical consequences of inhalant abuse, fetal alcohol syndrome, alcohol toxicity, and the physical signs and consequences of drugs and alcohol abuse.

Currently, Dr. Williams is Coordinator for Toxicology Research Laboratories of the Pontchartrain Institute for Environmental Sciences, College of Sciences, University of New Orleans in Louisiana. She is responsible for development and teaching of toxicology courses for graduate and undergraduate students enrolled at the University of New Orleans.

Dr. Williams is also currently the President of Environmental Toxicology Experts, L.L.C. and in that capacity serves as expert witness and consultant to toxic tort litigation. She has served as an expert/consultant in litigation for over ten years.  She has qualified in Courts of Law to identify and interpret patterns of development of disease in association with toxic exposure; to determine the etiology/causation of environmental and occupational diseases; conduct community health assessments and interpret the etiology/causation of environmental diseases and birth defects; to identify and interpret patterns of adverse reproductive outcomes, including fetal birth defects and embryonal tumors, in association with toxic exposure; qualified to review the scientific and medical literature, and medical and laboratory data associated with

6

occupational and environmental exposures and to interpret said data as to the etiology/causation; to perform and interpret medical surveillance utilizing laboratory procedures as to the development and causation of environmental and occupational diseases; and to interpret the causation of hematological diseases as related to environmental and occupational exposures. Additionally, Dr. Williams has qualified to interpret the role of contributing factors in the development of cancer and birth defects. Dr. Williams has qualified as an expert in anatomy, hematology, toxicology, medical surveillance utilizing laboratory procedures, neuroanatomy, and performance and interpretation of health assessments of environmentally exposed communities

## TEACHING EXPERIENCE:

Hematology, Histology, Gross Anatomy, Cell Biology, Medical Histology, Microscopic Anatomy, Neuroscience, Embryology, Clinical Chemistry, Human Anatomy, Gross and Microscopic Anatomy for Cytotechnology Majors, Mammalian Physiology, Immunology, Immunohematology, Parasitology, Toxicology.

Lecture to second year medical students on the "Environmental Etiology of Disease", which includes: recognizing the adverse health patterns commonly observed in chemically associated diseases, the multifactorial nature of disease, effects of chemical interactions in a mixture, dose-response, and the cellular effects of DNA reactive carcinogens.

## GRADUATE RESPONSIBILITIES:

Committee Chairman, Masters of Allied Health Sciences, Mr. Darryl Vincent. Topic: "Evaluation of Streptokinase Therapy".

Research Supervisor, Masters of Anatomy, Mr. Sean Bailey. Topic: "Megakaryocytopoiesis.11

Committee Chairman, Masters of Allied Health Sciences, Ms. Louaine Spriggs, Topic: Investigation of Leukocyte Inclusions Using New Methylene Blue."

Committee Chairman, Masters of Allied Health Sciences, Ms. Conchetta S. Buttone. Topic: "HPLC Testing of Carotenoids in Preparation of an Acute Study to Compare the Effect of Natural/Synthetic Dietary Sources of Carotenoids on Human Sera."

Committee Chairman and Research Supervisor, Masters of Allied Health Sciences, Ms. Susan Vaught. Topic: "Development of Skin Biopsy Ultracryomicrotomy For Use In Immunocytochemical Study of Acute Graft-Versus-Host Disease."

Committee Chairman and Research Supervisor, Masters of Allied Health Sciences, Ms. Gloria A. Hagan. Topic: "Immunocytochemical Identification of Megakaryocytes Utilizing a Polyclonal Antibody."

7

## PUBLICATIONS:

San Pedro, G.S., Payne, D.K., Dulle, A.F. and Williams, P.M. "Education Improves Asthma Outcomes in Impoverished and Minority Patients." ATS 2004 100th International Conference, abstract, May 2004.

Richey, Wes, Oliver Sartor, Patricia Williams, Bhavani Moparty, Jerry Sullivan and James Eastham. "Racial Variations in Prostate Specific Antigen in a Well Defined Cohort of Men Without Prostate Cancer." Southeastern Section AUA, abstract, September 1998.

Williams, Patricia, Ph.D., "Medical Surveillance of Residents of Grand Bois, Louisiana State Library System, Volume 2 Parts 1-5." 1999, Occupational Toxicology Outreach Program, In-House Publication.

Williams, Patricia, Ph.D., "Grand Bois - Community Health Assessment Volume 1 - A study of the health parameters of a Native American/Cajun Community located next to a non-hazardous, oil field waste site." Louisiana State Library System, 1997, Occupational Toxicology Outreach Program, In-House Publication.

Williams, Patricia. "High Incidence of 'Stipple Cells' in the Blood of Humans From Chronic Low-Level Metal Exposure." J. Clean Technology, Environmental Toxicity, and Occupational Medicine. 7: (2) 119-120. May/June 1998.

Williams, Patricia, Ph.D. "Neuroblastoma: A Human Model for Elicidation of Neural Crest Migratory Phenomenon." Keystone Symposium – Molecular and Cellular Biology Cell Migration, abstract and poster presentation, February 1996.

Chen, I-ii, Joe A. Mascorro, Patricia W. Lumsden and Robert D. Yates. "Localization of Alphabungarotoxin Binding Sites in the Rat Carotid Body Using Horseradish Peroxidase-Conjugated Toxin." Electron Microscopy Society of American Proceedings, abstract, 1981.

Lumsden, Patricia and I-ii Chen. "Immunocytochemical Localization of Erythropoietin Binding Sites Using the Immunoperoxidase Technique." Louisiana Society for Electron Microscopy Symposium Proceedings, abstract, May, 1981.

Williams-Lumsden, Patricia, James R. Jeter, William H. Baricos, and I-ii Chen. "Development of an In Vitro Assay for Thrombopoietin Using Tritiated-Thymidine Uptake of Megakaryocytic Precursors." Journal of Cellular Biochemistry. 7(B):37, abstract, 1983

Williams-Lumsden, Patricia, and James R. Jeter. "In Vitro Characterization of Megakaryocytopoiesis." Louisiana Society for Electron Microscopy Symposium Proceedings, abstract, May 1983.

Williams-Lumsden, Patricia, James R. Jeter. "Effects of Thrombopoietin on Megakaryocytic Differentiation In Vitro." Journal of Cell biology 97: 5(2), P. 54a, abstract, 1983.

Larkin, J.M. and P.M. Williams. "Runella Slithyformis gen. nov., sp. nov., a curved Nonflexible, Pink Bacterium." Int. J. Syst. Bacterial. 28(I), 32-35. 1978

Larkin, J.M., P. Williams and R. Taylor. "Taxonomy of the Genus Microcylus Reintroduction and Mendation of the genus Spirosoma and Proposal of a New Genus, Flectobacillus." Int. J. Syst. Bacteriol. 27: 147-156, 1978

Williams, Patricia, Editor and Contributor. "The Technical and Legal Aspects of Drug Testing." 1st Edition, 250 pages, November 1989. New Orleans, Department of Medical Technology, LSU Medical Center, Seminar Manual for New Orleans Bar Association.

Williams, Patricia, Editor and Contributor. "The Technical and Legal Aspects of Drug Testing." 2nd Edition, 350 pages, February, 1990, New Orleans, Department of Medical Technology, LSU Medical Center, Seminar Manual for New Orleans Bar Association.

Lumsden, R.D. and P. Williams-Lumsden, laboratory syllabus for vertebrae histology, Tulane University, New Orleans, 112 pages 1981

Williams-Lumsden, Patricia, Dissertation Title: Characterization of Megakaryocytopoiesis Under the Hormonal Influence of Thrombopoietin; Development of An In Vitro Assay for Thrombopoietin. 1983

Williams, Patricia, "Fetal Development and Fetal Alcohol Syndrome." Videotape, Department of Education, State of Louisiana, 1991.

Williams, Patricia, "Physical Consequences of Drug and Alcohol Use." Videotape, Department of Education, State of Louisiana, 1991.

Williams, Patricia. "Sexually Transmitted Diseases." Videotape, Department of Education, State of Louisiana, 1991.

Williams, Patricia. "Employee and Supervisory Training Programs for Drug-Testing in the Workplace." Videotape, QC Video productions, 1991.

Williams, Patricia. "Quality Drug-Testing Program-Department of Transportation Guidelines." Videotape, Louisiana Oil Marketers Association, 1991.

Williams, Patricia. "Prevention of Toxic Exposure in the Workplace." Occupational Toxicology Newsletter, In-House publication.

Williams, Patricia. "Household Chemicals." Occupational Toxicology Newsletter, In-House publication.

Williams, Patricia. Manual for Training of Collectors for Forensic Urine and Blood Specimens, Prepared for and presented to the American Society of Phlebotomy Technicians 1994.

"Inhalant Abuse." One-half hour video production aired on Louisiana Public Broadcasting (LPB) March 11, 1999.

"Prevention of Toxic Exposure in the Workplace." One-half hour video production aired on Louisiana Public Broadcasting (LPB)

"Household Chemicals." One-half hour video production aired on Louisiana Public Broadcasting (LPB)

"FAS/FAE" One-half hour video production aired on Louisiana Public Broadcasting (LPB)

"Alcohol Toxicity." One-half hour video production aired on Louisiana Public Broadcasting (LPB)

"Physical Consequences of Drugs and Alcohol Abuse." One-half hour video production aired on Louisiana Public Broadcasting (LPB)

## PROFESSIONAL AND CREATIVE CONTRIBUTIONS:

Louisiana Department of Environmental Quality, Environmental Indicators Program, Health and Safety Technical Committee (member). 1994.

Director of Health Affairs, Institute for Public Health, Education, and Awareness. 1992-1996. Responsible for education and awareness of chronic diseases due to toxic chemical exposure for 6000 members.

Louisiana Environmental Health Assistance Panel (member), Office of Environmental Epidemiology, Department of Health and Hospitals, State of Louisiana. 1993.

Environmental Justice Subcommittee (member) of the Louisiana Environmental Health Assistance Panel, Office of Environmental Epidemiology, Department of Health and Hospitals, State of Louisiana. 1993.

Morial Transition Team-Chief Administrative Office Review Task Force (member), City Government of New Orleans, Louisiana. March - April, 1994.

Expert Witness and Governmental Liaison for the Clinical Laboratory Personnel Association and the Louisiana State Society for Medical Technology for Senate and House Bills for Licensure for Clinical Laboratory Personnel, Spring Legislative Session, 1993.

Expert Witness for City of New Orleans Council Meeting, New Orleans, Louisiana, August 1992, Fetal Alcohol Syndrome testimony for ordinance to mandate warning signs in restaurants, by request of Councilwoman Dorothy Taylor.

Expert Witness for City of New Orleans Council Meeting, New Orleans, Louisiana, August 1992, testimony for ordinance to mandate rehabilitation component in the city's drug-testing program/problems in collection and chain of custody procedures, by request of Councilman Johnny Jackson.

Expert Witness and Governmental Liaison for the Clinical Laboratory Personnel Association and the Louisiana State Society for Medical Technology for the Senate Bill for Licensure for Clinical Laboratory Personnel, Spring Legislative Session, 1992.

Expert Advisor to Senator Randy Ewing to draft Senate Bill 878, now Act 1036 of the 1990 Louisiana Legislative Session, which establishes minimal guidelines for Drug-Testing of specimens collected in the State of Louisiana, April-July 1990.

Expert Witness to Senate and House Legislative committees to enact and to prevent unacceptable amendments to Act 1036 of the 1990 Legislative Session, April - July 1990 and 1991.

Member of Governor's Coordinating Council on the Prevention of Drug Use and Treatment of Drug Use, Prevention Committee, December - March 1990.

Invited member of Steering Committee formed by the Commissioner of Administration to design the guidelines for Drug Testing of State Employees, January-March 1990.

Expert Witness to Legislative Committees concerning Fetal Alcohol Syndrome and Alcohol Consumption, Spring 1988.

Expert Witness to Legislative Committees concerning licensure of Medical Laboratory Personnel, Spring 1988-1991.

Expert Witness to Legislative Committees concerning drug-testing. Spring 1990-1991.

Invited member of Steering Committee of the Louisiana State Department of Education, to design guidelines for a model policy for Drug Testing of Employees of Parish School Boards.

Consultant to numerous AFL-CIO Union officials for drug testing hearings and litigation.

Expert Witness and Consultant to the Police Association of New Orleans versus the City of New Orleans regarding chain of custody and collection procedures for drug testing.

Consultant to East Baton Rouge Parish Government to design, organize and implement the Parish drug-testing program.

Consultant to Lafourche Parish Drug Free Schools and Communities to write policy for drug-testing of Lafourche Parish School Board employees.

Consultant to Louisiana Oil Marketers Association to design, organize and implement a drug-testing program for 225 small motor carriers regulated by the Department of Transportation.

Consultant to Capitol Home Health and Hospice to design, organize and implement a drug-testing program.

Expert Witness and Consultant to numerous plaintiff's attorneys for litigation involving drug testing in State and Federal Court and Workman's Compensation and Unemployment Compensation Hearings.

Consultant to numerous plaintiff's attorneys for litigation involving toxic chemical exposure in Federal and State Court and Workman's Compensation Hearings.

11

Prostate Cancer Prevention Program, Organizer, February 1994, Lake Charles, Louisiana, 160 participants.


## PRESENTATION OF INVITED LECTURES OR WORKSHOPS:

Williams, Patricia, Ph.D. "Aflatoxins and Mycotoxins: Acute and Chronic Health Effects and Biological Warfare." Grandrounds, LSUHSC-Shreveport, LA, March 8, 2005.

Williams, Patricia, Ph.D., "Asthma Education & Management." Grandrounds, LSUHSC-Shreveport, LA, September 16, 2003.

"Cancer Mortality Data for Louisiana." Presented at National Wetlands Research Center Research Center, U.S. Geological Survey Biological Resources Division. Lafayette, Louisiana. April 19, 2002.

"Prevention of Diseases from Toxic Exposure." Presented at Conoco Inc. Safety Summit Meeting. Denver, Colorado. February 20-21, 2001.

"Prevention of Diseases from Toxic Exposure." Presented at Conoco Inc. Safety Summit. Meeting. Billings, Montana. January 11-13, 2001.

"Prevention of Diseases from Toxic Exposure." Presented at Conoco Inc. Safety Summit Meeting. Ponca City, Oklahoma. November 28, 2000.

"Prevention of Diseases from Toxic Exposure." Presented at Conoco Inc. Safety and Occupational Health Training Session. Park City, Utah. July 17, 2000

"Understanding The Medical/Scientific Basis for Evaluation of Toxic Exposure." Presented at the Louisiana Trial Lawyers Association Toxic Tort Program. Baton Rouge, Louisiana. May 18, 2001.

Presentation for the Carcinogen-DNA Interaction with the National Cancer Institute-Tumor Promotion-Laboratory of Cellular Carcinogenesis. May 3, 2000.

Introduce the St. John Parish Asthma Project to the LaPlace Rotary Club. LaPlace, Louisiana. May 9, 2000.

Introduce the St. John Parish Asthma Project to the LaPlace Minister's Association. LaPlace, Louisiana. May 6, 2000.

Introduce the St. John Parish Asthma Project to the St. John Parish Business, Industry and Government Association. LaPlace, Louisiana. April 19, 2000.

Appearance on KTVE Channel 10 and to conduct a radio interview to promote the Lupus Project. Monroe, Louisiana. March 16-17, 2000.

12

. Introduce Lupus Study Project to key community leaders and the Town Council of Gibsland, Louisiana. March 6, 2000.

Presentation to the Caddo Parish School Board "Fetal Alcohol Syndrome Prevention." Workshop. February 9, 2000.

"Health Effects of Air Pollution." Presented at the Take Back Your Air Community Conference. Baton Rouge, Louisiana. January 29, 2000.

"Children of Louisiana –The Environmental Indicator." Presented at University of New Orleans Environmental Breakfast. New Orleans, Louisiana. January 21, 2000.

Participant in a panel discussion at the Mississippi River Basin Conference at the University of Mississippi at St. Louis. July 9-10, 1999.

"Physical Consequences of Drug, Alcohol, and Inhalant Abuse." Presented at the FINS Association Conference in New Orleans, Louisiana, May 11, 1999.

"The Effects of Alcohol." Presented at St. Peter's School in Reserve, Louisiana, May 3, 1999. "Drug and Alcohol Prevention." Presented in Destrehan at Destrehan High School, April 12, 1999.

"Scientific Methods Used in Louisiana for Evaluating Environmental Pollution." Presented in New Orleans at Loyola University for Communications students, November 2, 1998.

Prostate Screening, October 21-23, 1998. IAM Union, Lake Charles, Louisiana.

Presentation on Toxic Exposure Claims- Omnet Managed Care Conference 1998 in Lafayette Louisiana. October 8, 1998.

Presentation on Environmental Justice - "The Basics of Environmental Law." Southern University Law Center in Baton Rouge, Louisiana. October 2, 1998.

Presentation on Fetal Alcohol Syndrome/Fetal Alcohol Effects - Regional FAS/FAE Prevention Seminar for Professionals on Northwestern State University Campus in Natchitoches. August 3, 1998.

Presentation on Fetal Alcohol Syndrome/Fetal Alcohol Effects - 1997 Drug Free Schools and Communities Regional Fall Symposium in New Orleans Louisiana. University of New Orleans. December 11, 1997.

Presentation on Fetal Alcohol Syndrome - Governor's Safe and Drug Free Schools and Communities. North Louisiana Regional Workshop. December 9, 1997. Louisiana State University in Shreveport.

Presentation on Metals to Local 2518 Machinist Local at Dressor Plant. Tioga Louisiana. November 17, 1997.

Presentation on Grand Bois in Houma Louisiana. November 4, 1997 to the House and Senate Committees.

13

Presentation on "The Role of the Expert Witness in Toxic Tort Litigation: Combustion Site Livingston Parish & Thompson Hayward Site Orleans Parish" at Southern University Law Center, Lenoir Hall Room 129. November 3, 1997.

Presentation to the Committee of Citizens Bourg Louisiana, regarding Grand Bois. November 3, 1997.

Prostate Screening. October 6-7, 1997. International Paper Mill, Bastrop, Louisiana.

Prostate Screening. September 16-19, 1997. International Paper Mill Bastrop, Louisiana.

Parents Resource Institute for Drug Education, Mandeville High School, "Alcohol Poisoning." Presentation for High School Students. Mandeville, Louisiana, September 9, 1997.

St Charles Parish Schools, In-service for the teachers, FAS/FAE, Aug. 13, 14, 15, & 27, 1997. Luling, Hahnville & St. Rose, Louisiana.

State of Louisiana, Office of Youth Development, Jefferson Unit, presentation on "The Physical Consequences of Drug Abuse" for the youth, parents, & concerned citizens. New Orleans, Louisiana. August 19, 1997.

AIHA-DSS Reproductive Toxicology Workshop, (1 presentation): "Reproductive Toxicology." August 5, 1997. New Orleans, Louisiana.

June Washington/ IMPACT Drug and Alcohol prevention assistance, Department of Safety & Corrections. May 27, 1997. New Orleans, Louisiana.

Winnfield Intermediate & Primary Schools, "Substance Abuse." Presentation. May 14-16, 1997; Winnfield, Louisiana.

Governor's Conference (two presentations): "Inhalants, A Habit" and "Physical Consequences of Drug and Alcohol Abuse", April 28 and May 1, 1997, Alexandria, Louisiana.

1997, 3rd Annual Occupational Toxicology Conference, "Occupational Lung Diseases." April 17, 1997. Baton Rouge, Louisiana.

DOTD Engineering Conference, "Impact of Herbicides on Humans and the Environment." December 19, 1996. Baton Rouge, Louisiana.

Chitamacha Reservation School Children presentation to the 4th-8th Grades on "FAS" and "Physical Consequences." December 17, 1996.

"Children of the USWA Local 8363" and the "Knights of Columbus, Council 10554" and the "CCD Class of Prince of Peace Church", November 23, 1996, "Physical Consequences" and "FAS." Chalmette, Louisiana.

Women of the OCAW local 4-500 & 4-555, "Health Prevention Seminar." November 14, 1996, Sulphur, Louisiana.

BROCWU. "Health Prevention Seminar." November 14, 1996. Baton Rouge, Louisiana.

Holy Cross, "Drug Abuse Seminar." November 6, 1996. New Orleans, Louisiana.

Women of the Steelworkers, "Health Prevention Seminar." Chalmette, Louisiana. October 25, 1996.

"Teen Parent Center" FAS Workshop, October 17, 1996. Baton Rouge, Louisiana.

PAL, Inc., "Phlebotomy A Step Beyond." Presentation entitled, "The Legal and Technical Aspects of Phlebotomy." October 5, 1996.

"Drug and Alcohol Program" New Orleans Parish Prison, Sheriff Foti, May 6, 1996.

"Drug Prevention Program." Pre-Kindergarten through fourth grades, St. Francisville, Louisiana. Schools. April 29 & April 30, 1996.

St. Charles Parish Hospital, Bosom Buddies and Conquering Cancer Support Groups, Luling Louisiana, "The Multi-Step Phases of Cancer Formation". April 18, 1996.

OCAW Local 447 of Cytec, "Prostate Screening and Prevention of Chronic Disease from Chemical Exposure, December 16, 1995.

White Castle, Louisiana Community Group, "Misuse of Chemicals in the Household." September 30, 1995.

DSS, DHH and the physicians with the Dept. of Medicine LSUMC-S, presentation on "Fetal Alcohol Syndrome." and "Fetal Alcohol and Effects." September 28, 1995.

St. Charles Parish Community, presentation on "Drugs and Alcohol." September 26, 1995.

Nunez Community College, New Orleans Louisiana/Chalmette, "Toxic Exposure in the Home." September 14, 1995.

Team Training Workshops for teachers and administrators for Tangipahoa Parish School Board. Hammond, Louisiana. September 13, 1995.

St. Charles Parish School Educational Presentation, "Drug and Alcohol." September 6, 1995.

Educational Presentation, Industrial Companies, Union Representatives and Community. Sulphur, Louisiana, August 26, 1995.

OCAW, LA Pigment, Lake Charles Louisiana. "Prostate Screening", August 14, 1995.

DHH members, Teachers and Community Project, "Fetal Alcohol Syndrome." Shreveport, Louisiana, August 15 & 16, 1995.

Presentation to Women Prisoners in New Orleans, Louisiana, Sheriff Charles Foti, "Fetal Alcohol Syndrome" and "Physical Consequences of Drug Abuse", New Orleans, Louisiana, August 11, 1995.

15

Tangipahoa Parish, Ponchatoula Bus Drivers, "Physical Consequences of Drug Abuse." Ponchatoula, Louisiana, August 2, 1995.

Tangipahoa Parish, Kentwood Bus Drivers, "Physical Consequences of Drug Abuse." Kentwood Louisiana, August 1, 1995.

Lecture to Prisoners in New Orleans for Sheriff Charles Foti's office, New Orleans, Louisiana, July 27, 1995.

Oil, Chemical, and Atomic Workers Union, District 4 Meeting, Houston, Texas, "Surveying for Toxic Exposure." October 1994

HASMET Conference, International Oil, Chemical, and Atomic Workers Union, "Surveying for Toxic Exposure", October 1994.

American Society of Phlebotomy Technicians, Baton Rouge, Louisiana, "Forensic Urine Collections That Will Withstand a Court Challenge." September 1994.

Oil Chemical and Atomic Workers Union, Local 4-786, Sterlington, Louisiana, July 1994, "Prevention and Monitoring of Toxic Exposure in the Workplace."

United Transportation Union, Shreveport, Louisiana, June 1994, "Prevention and Monitoring of Toxic Exposure in the Workplace."

Lafourche Parish Alternative Schools, 3 presentations: South, Central, and North Campuses, Galliano, Louisiana, Mathews, Louisiana, and Thibodaux, Louisiana, April 1994, "Physical Consequences of Drug and Alcohol Use."

United Paperworkers International Union, Local 1226, DeRidder, Louisiana, April 1994, "Surveying for Toxic Exposure and Prevention Programs."

United Steelworkers of America Local 5702, Gramercy, Louisiana, April 1994, "Surveying for Toxic Exposure and Prevention Programs."

Louisiana Youth Conference: "Taking A Stand", Louisiana State Department of Public Safety and Corrections, Baton Rouge, Louisiana, April 1994, "Toxic Effects of Alcohol on the Brain."

Red River Parish School Board, 7 student presentations, grades 5-12, at Coushatta High School, Springville Middle School, Hall Summit School, and Martin School, 1 parents presentation, and 1 teacher presentation to Red River Parish School teachers, March, 1994, Springville, Louisiana, Martin, Louisiana, Coushatta, Louisiana, and Hall Summit, Louisiana, "Fetal Alcohol Syndrome/Fetal Alcohol Effects."

Community Partnership for a Drug Free Shreveport and The Chemical Dependency Training Institute, Conference on Fetal Alcohol Syndrome/Fetal Alcohol Effects, March, 1994, Shreveport, Louisiana, Workshop Title: THE EFFECTS OF ALCOHOL CONSUMPTION ON THE UNBORN AND NEWBORN CHILD. Presentations: "Fetal Development and Alcohol Toxicity", "Fetal Alcohol Syndrome."

16

"Fetal Alcohol Effects", "Is An Occasional Drink During Pregnancy Safe for the Unborn Child?" "Alcohol Consumption During Lactation." "Impact of FAS/FAE on the Health Care and corrections Systems, Schools, Community, and the Family." "Prevention: Awareness Campaigns, Legislation, and Community Action." "Paternal Alcohol Use and the Effect on the Unborn Child." Moderator, Panel Discussion.

Louisiana State Executive Board, International Association of Machinists, Baton Rouge, Louisiana, March, 1994. "Prevention and Monitoring of Toxic Exposure in the Workplace."

Baton Rouge Oil and Chemical Workers Union of Exxon, Inc., Baton Rouge, Louisiana, March, 1994, "Surveying for Toxic Exposure and Prevention Programs."

Oil, Chemical, and Atomic Workers Union, Local 4-447, Westwego, Louisiana, March, 1994, "Surveying for Toxic Exposure and Prevention Programs."

Oil, Chemical, and Atomic Workers Union, Local 4-620, Gonzales, Louisiana, February, 1994, "Surveying for Toxic Exposure and Prevention Programs."

Oil, Chemical, and Atomic Workers Union, Local 4-750, Norco, Louisiana, January 1994, "Surveying for Toxic Exposure and Prevention Programs."

Oil, Chemical, and Atomic Workers Union, Local 4-555, Lake Charles, Louisiana, January 1994, "Surveying for Toxic Exposure and Prevention Programs."

International Association of Machinists and Aerospace Workers, Local 1317, Lake Charles, Louisiana, January 1994, "Surveying for Toxic Exposure and Prevention Programs."

International Association of Machinists and Aerospace Workers, Local 470, Lake Charles, Louisiana, January 1994, "Surveying for Toxic Exposure and Prevention Programs."

American Society of Phlebotomy Technician's Regional Conference, December 1993, New Orleans, Louisiana, "Louisiana Law and Its' Impact On The Profession of Phlebotomy."

Louisiana AFL-CIO state meeting, March 1993, "Prevention of Chronic Diseases in the Workplace." Baton Rouge, Louisiana.

Louisiana State Department of Public Safety and Corrections, Fifth Annual "Taking A Stand" Louisiana Youth Conference, Baton Rouge, Louisiana, March 1993, "Public Health Issues Related To Alcohol and Other Drugs."

Louisiana Department of Education, Substance Abuse Prevention Education (SAPE) Conference, Natchitoches, Louisiana, June, 1993 "Drugs of Abuse."

Louisiana State Medical Society, Impaired Physicians Program, Baton Rouge, Louisiana, May 1993, "Drug Testing in Recovery."

Baton Rouge Society for Medical Technology, Baton Rouge, Louisiana, March 1993, "Licensure Update."

Louisiana State Society for Medical Technology, New Orleans, Louisiana, April 1993. "Louisiana Licensure-Where Are We Now!"

U.S. Department of Education, Louisiana Department of Education, Videotape Production for Louisiana Educators, Natchitoches, Louisiana, September 1992, "Drug Free Forum: Drug-Exposed Children."

Louisiana Department of Education, Administrators Conference, Alexandria, October 1992, "Drugs of Abuse."

Louisiana Department of Education, Teachers and Counselors Conference, Alexandria, Louisiana, October 1992, "Physical Consequences of Drug and Alcohol Use."

Cypress Hospital, in-service educational program, Lafayette, Louisiana, September 1992, "Fetal Development and Fetal Alcohol Syndrome."

Chevron, Belle Chase, Louisiana, June 1992, Drug-Testing Workshop, "Implementing A Quality Drug-Testing Program."

Louisiana Council on Child Abuse, Sixth Annual "Kids Are Worth It" Conference, Baton Rouge, Louisiana, April 1992, "Fetal Alcohol Syndrome Workshop."

Department of Health and Hospitals, Region VII Professional and Community Mobilization for Prevention and Treatment of Fetal Alcohol Syndrome/Fetal Alcohol Effects", Natchitoches, Louisiana, April 1992, "Fetal Alcohol Syndrome/Fetal Alcohol Effects."

Louisiana State Society for Medical Technology Annual Convention, Biloxi, Mississippi, April 1992, "What Licensure Will Do For Our Profession."

Department of Health and Hospitals, Division of Alcohol and Drug Abuse, Region III Conference, Thibodaux, Louisiana, April 1992, "Fetal Alcohol Syndrome/Fetal Alcohol Effects Basics."

Baton Rouge Oil and Chemical Workers Association Convention, Baton Rouge Louisiana, September 1992, "Toxic Exposure in the Workplace."

Oil Chemical and Atomic Workers Union, Local 4-555, Lake Charles, Louisiana, August 1992, "Prevention and Monitoring of Toxic Exposure in the Workplace."

Oil Chemical and Atomic Workers Union, Local 4-500, Lake Charles, Louisiana, August 1992, "Prevention and Monitoring of Toxic Exposure in the Workplace."

Oil Chemical and Atomic Workers Union, Local 4-620, Prairieville, Louisiana, August 1992, "Prevention and Monitoring of Toxic Exposure in the Workplace."

Oil Chemical and Atomic Workers Union, Local 4-750, Norco, Louisiana, August 1992, "Prevention and Monitoring of Toxic Exposure in the Workplace."

Oil Chemical and Atomic Workers Union, Local 4-447, Westwego, Louisiana, September 1992, "Prevention and Monitoring of Toxic Exposure in the Workplace."

18

Oil Chemical and Atomic Workers Union, Local 4-245, Shreveport, Louisiana, September 1992, "Prevention and Monitoring of Toxic Exposure in the Workplace."

Oil Chemical and Atomic Workers Union, Local 4-522, Chalmette, Louisiana, September 1992, "Prevention and Monitoring of Toxic Exposure in the Workplace."

United Steelworkers of America, Local 5702, Gramercy, Louisiana, October 1992, "Prevention and Monitoring of Toxic Exposure in the Workplace."

Laborers' International Union of North America, Local 1177, Baton Rouge, Louisiana, November 1992, "Prevention and Monitoring of Toxic Exposure in the Workplace."

United Steelworkers of America, Local 9121, La Place, Louisiana, November 1992, "Prevention and Monitoring of Toxic Exposure in the Workplace."

International Association of Machinists and Aerospace Workers, Local 470, Lake Charles, Louisiana, November 1992, "Prevention and Monitoring of Toxic Exposure in the Workplace."

International Association of Machinists and Aerospace Workers, Local 2518, Alexandria, Louisiana, November 1992, "Prevention and Monitoring of Toxic Exposure in the Workplace."

International Association of Firefighters, Local 514, Shreveport, Louisiana, November 1992, "Prevention and Monitoring of Toxic Exposure in the Workplace."

International Association of Firefighters, Local 632, New Orleans, Louisiana, November 1992, "Prevention and Monitoring of Toxic Exposure in the Workplace."

Oil and Chemical Workers Union of Exxon, Inc., Baton Rouge, Louisiana, November 1992, "Prevention and Monitoring of Toxic Exposure in the Workplace."

United Steelworkers of America, Local 8363, Chalmette, Louisiana, November 1992, "Prevention and Monitoring of Toxic Exposure in the Workplace."

International Association of Machinists and Aerospace Workers, Local 1177, Lake Charles, Louisiana, November 1992, "Prevention and Monitoring of Toxic Exposure in the Workplace."

International Association of Firefighters, Local 557, Baton Rouge, Louisiana, December 1992, "Prevention and Monitoring of Toxic Exposure in the Workplace."

Laborers' International Union of North America, Local 689, New Orleans, Louisiana, December 1992, "Prevention and Monitoring of Toxic Exposure in the Workplace."

Louisiana Department of Education, Assumption, Ascension, Lafourche, St. James, St. John the Baptist, St. Mary, and Terrebonne Parish School Boards, Napoleonville, Louisiana, October 1991, "Model Drug Policy In-service: Overview of Drug-testing Program and Model Policy."

Ascension Parish School Board, Secondary School Coaching Staffs, Gonzales, Louisiana, January 1992, "Sample Collection."

19

International Facility Managers Association, Baton Rouge, Louisiana, November 1991, "Quality Drug-testing Programs-Problems to Avoid."

Louisiana Oil Marketer's Association Convention, Baton Rouge; Louisiana, November 1991, "Implementation of DOT Drug-Testing Programs."

Louisiana Department of Education, Educators Conference, Alexandria, Louisiana, September 1991, "Fetal Alcohol Syndrome."

East St. John High School, Reserve, Louisiana, October 1991, "Fetal Development and Fetal Alcohol Syndrome."

Louisiana Department of Education, Caddo, Bossier, Bienville, Claiborne, DeSoto, Red River, and Webster Parish School Boards, Shreveport, Louisiana, October 1991, "Model Drug Policy In-service:  Overview of Drug-Testing Program and Model Policy."

Louisiana Department of Education, Avoyelles, Grant, LaSalle, Natchitoches, Rapides, Sabine, Vernon, and Winn Parish School Boards, Alexandria, Louisiana, October 1991, "Model Drug Policy In-service: Overview of Drug-testing Program and Model Policy."

Louisiana Department of Education, Allen Beauregard, Calcasieu, Cameron, and Jefferson Davis Parish School Boards, Lake Charles, Louisiana, October 1991, "Model Drug Policy In-service: Overview of Drug-testing Program and Model Policy."

Louisiana Department of Education, Acadia, Evangeline, Iberia, Lafayette, St. Landry, St. Martin, and Vermilion Parish School Boards Lafayette, Louisiana, October 1991, "Model Drug Policy In-service: Overview of Drug-testing Program and Model Policy."

Louisiana Department of Education, East and West Baton Rouge, East and West Feliciana, Iberville, Pointe Coupee, Livingston, St. Helena, St. Tammany, Tangipahoa, Washington, City of Bogalusa School Boards, Baton Rouge, Louisiana, October 1991, "Model Drug Policy In-service: Overview of Drug-testing Program and Model Policy."

Louisiana Department of Education, Orleans, Jefferson, Plaquemines, St. Bernard, and St. Charles Parish School Boards, New Orleans, Louisiana, October 1991, "Model Drug Policy In-service: Overview of Drug-testing Program and Model Policy."

Louisiana Department of Education, City of Monroe, Tensas, Ouachita, Lincoln, Madison, Morehouse, Richland, Union, West Carroll, Caldwell, Catahoula, Concordia, East Carroll, Franklin, and Jackson Parish School Boards, Monroe, Louisiana, October 1991, "Model Drug Policy In-service: Overview of Drug-testing Program and Model Policy."

J.B. La Fargue High School, Alexandria, Louisiana, October 1991, "Physical Consequences of Drug and Alcohol Use" and "Fetal.Alcohol Syndrome."

International Association of Personnel and Employment Security, Baton Rouge, Louisiana, October 1991, "Drug-Testing."

Rapides General Hospital, Alexandria, Louisiana, November 1991, "Licensure, CLIA, and the Impact on Our Profession."

Students Against Drunk Driving (SADD) Conference, Pollack, Louisiana, April 1991, "Physical Consequences of Drug and Alcohol Use."

Dillard University, Conference on Drug Abuse, New Orleans, Louisiana, June 1991, "Fetal Alcohol Syndrome and the Physical Consequences of Drug and Alcohol Use."

Southwest Regional Center for Drug-Free Schools and Communities, Salt Lake City, Utah, June 1991, "Workshop on Implementing a Quality Drug-Testing Program."

New Orleans Legal Secretary Association, New Orleans, Louisiana. August 1991, "AIDS-The Medical and Legal Aspects."

Rapides Society for Medical Technology, Alexandria, Louisiana. September 1991, "Licensure for Medical Technologists."

International Personnel Managers Association, New Orleans, Louisiana. September 1991, "Drug-Testing: Law and Procedures."

Louisiana Department of Education, Educators Conference, Alexandria, Louisiana. September 1991, "Sexually Transmitted Diseases."

Louisiana Department of Education, Administrators Conference, Lafayette, Louisiana, February 1991, "Drug-testing-overview of Procedures and Louisiana Act 1036."

Louisiana Department of Education, Educators Conference, February 1991, Alexandria, Louisiana, "Fetal Alcohol Syndrome" and "Sexually Transmitted Diseases."

Society of Human Resource Managers, Baton Rouge, Louisiana, February 1992, "Overview of Louisiana Act 1036 of the 1990 Legislative Session."

The Angela Show, Channel 4, New Orleans, Louisiana, February 1991, "Fetal Alcohol Syndrome Panel."

AFL-CIO Annual Convention, Baton Rouge, Louisiana, March 1991, "Drug-testing in the Workplace."

Louisiana Oil Marketers Association, Lafayette, Lake Charles, Shreveport, Monroe, Baton Rouge, and Covington, March 1991, Statewide Educational Workshops on "DOT Drug-Testing Requirements."

International Oil Chemical and Atomic Workers Union, Local 4-470, New Orleans, Louisiana, April 1991, "Drug-Testing Workshop."

Louisiana State Society for Medical Technology, Lafayette, Louisiana, April 1991, "Grass Roots Lobbying for Licensure."

Louisiana Oil Marketers Association, Baton Rouge, Louisiana, November 1990, "DOT Drug Testing Rules and Compliance Procedures."

21

XII Annual conference on Substance Abuse, Park City, Utah, October 1990, "How to Choose A Court-Acceptable Drug-Testing Program."

"The Technical and Legal Aspects of Drug Testing." Presented by the Department of Medical Technology and the New Orleans Bar Association, November 1989. 8.6 hrs.  CLE or CEU.

"The Technical and Legal Aspects of Drug Testing." Presented by the Department of Medical Technology and the New Orleans Bar Association, February 1990. 9 hrs.  CLE or CEU.

Southwestern States Summit, Tucson Arizona, December 1989. "Choosing A Drug Testing Program That Will Withstand A Court Challenge."

Labor Section Council on Management, April 1989. "Choosing A Drug Testing Program That Will Withstand A Court Challenge."  New Orleans, Louisiana.

Louisiana State Department of Education, School Team Training, February 1990, "Fetal Development and Fetal Alcohol Syndrome." "Physical Consequences of Drug and Alcohol Abuse," and "Sexually Transmitted Diseases."  Alexandria, Louisiana.

Southwest Regional Center for Drug-Free Schools and Communities, First Regional Network Conference of Colleges and Universities Committed to the Elimination of Drug and Alcohol Abuse.  February 1990.  "Physical Consequences of Drug and Alcohol Abuse."  "Choosing A Drug-Testing Program That Will Withstand A Court Challenge."  Alexandria, Louisiana.

Louisiana State University Law School, Current Developments in Employment and Labor Law, March 1990.  Baton Rouge, Louisiana.  "Drug and Alcohol Testing In the Workplace From the Employer's Perspective."

American Federation of Teachers Lawyer's Conference, Atlantic City.  June 1990.  "Specifics for Consideration in Negotiating Quality Drug Testing Programs."

AFL-CIO State Convention, Baton Rouge, Louisiana.  March 1990.  "Protection for A Drug Free Work Place."  U.S. Probation Office, May 1990.  "Proper Collection techniques for Forensic Urine Specimens."  New Orleans, Louisiana.

Louisiana Occupational Health Nurses, Drug Collection Workshop, August 1990.  New Orleans, Louisiana.

Southwest Regional Center for Drug-Free Schools and Communities, Salt Lake City, Utah, June 1990.  "Choosing A Drug-testing Program That Will Withstand A Court Challenge."

LSU Center for Substance Abuse Prevention, Training, and Research, Training Workshop for the Division of Alcohol and Drug Abuse for the Louisiana Department of Health and Hospitals.  Baton Rouge, Louisiana.  August, September, October, November 1990.  "Procedures in Monitoring Urine Drug Screens and Alcohol."

Occupational Safety Congress and Exposition, Lafayette, Louisiana.  September 1990, "Drug Testing."

Louisiana State Department of Education, Drug Abuse Counselors, October 1990, Alexandria, Louisiana. "Physical Consequences of Drug and Alcohol Abuse." "Fetal Development and Fetal Alcohol Syndrome." "Sexually Transmitted Diseases."

Southwest Regional Center for Drug-Free Schools and Communities, Park City, Utah, October 1990. "Choosing A Drug-Testing Program That Will Withstand A Court Challenge."

International Personnel Managers Association, September 1990, Baton Rouge, Louisiana. "Act 1036-minimal Guidelines for Drug-Testing of Specimens Collected in Louisiana."

Louisiana Department of Employment and Training Conference of Administrative Law Judges, August 1990, Lafayette, Louisiana. "Criteria for Judging Acceptable Quality in Drug-Testing Programs."

American Association of Anatomists, April 1983, Panel Discussion on Hemopoiesis, Topic: "Megakaryocytopoiesis."

Seminar: In Vitro Characterization of Megakaryocytopoiesis. Department of Hematology, MD Anderson Hospital and Tumor Institute, University of Texas System Cancer Center, Houston, Texas. June 1983.

Seminar: "An In Vitro Assay for Thrombopoietin Utilizing Guinea Pig Whole Bone Marrow: A System for the Study of Megakaryocytopoieisis." Department of Anatomy, Louisiana State University Medical Center, New Orleans, Louisiana, November 1983.

Seminar: "Transitional Events Linking the Mitotic and Endomitotic Compartments of the Megakaryocytic Series", Tulane University, Department of Biology, New Orleans, Louisiana, April 1984.

Poster Presentation: Hormonal Control of Thrombopoiesis, American Heart Association, Louisiana, Inc., Annual Meeting. May 1981.

Seminar: "Hematology: Basic Morphology, Methodology, and Disease." Charity Hospital in Independence, Louisiana, 1977.

Seminar: "Coagulation: Basic Concepts and Disease." Charity Hospital in Independence, Louisiana, 1977.

Career Seminars for Allied Health Majors, University of New Orleans, LSU in Baton Rouge, LSU in Alexandria, Student Bowl Judge, Louisiana State Society for Medical Technology

Gross Anatomy for Allied Health Majors, Department of Anatomy, LSU Medical Center, New Orleans, Louisiana. Topics: "The Autonomic Nervous System" and "The Peripheral Nervous System."

Cell Biology, Department of Biology, Tulane University, New Orleans, Louisiana, Topic: "The Golgi Apparatus."

Histology, Department of Biology, Tulane University, New Orleans, Louisiana, Topic: "Hematopoiesis."

23

Medical Histology, Department of Anatomy, Tulane Medical School, New Orleans, Louisiana, Topic: "Hematopoiesis."

Cell Biology, Department of Anatomy, LSU Medical Center, New Orleans, Louisiana, Topic: "Cellular Turnover and Renewal in Differentiated Tissues."

Veterans Administration Hospital, New Orleans, Louisiana, Continuing Education, Topic: "The Impact of DRG's and TEFRA on Medical Technology Education."

New Orleans Society for Medical Technology, New Orleans, Louisiana. Topic: Graduate Education in Medical Technology.

"Lymphoproliferative Disorders"; Veterans Administration Hospital, October 1989, Alexandria, Louisiana.

"Immunocytochemical Localization Of Erythropoietin Binding Sites Using The Immunoperoxidase Technique." Presented at the Louisiana Society for Electron Microscopy Symposium, May 1981.

"Development of an In Vitro Assay for Thrombopoietin Using Tritiated-Thymidine Uptake of Megakaryocytic Precursors." Presented at the ICN-UCLA Conference on Normal Hematopoiesis, Keystone, Colorado. March 1983.

"Characterization of Megakaryocytopoiesis Under the Hormonal Influence of Thrombopoietin." Presented at the American Association of Anatomists Meeting, April 1983.

"In Vitro Characterization of Megakaryocytopoiesis." Presented at the Louisiana Society for Electron Microscopy Symposium. May 1983.

"Effects of Thrombopoietin on Megakaryocytic Differentiation. In Vitro." Presented at the American Society for Cell Biology Meeting, San Francisco, California. November 1983.

"The Technical and Legal Aspects of Phlebotomy." Department of Medical Technology, Traveling Workshop. Presented to hospital personnel throughout the State of Louisiana.

## PARTICIPATION AT PROFESSIONAL MEETINGS AND CONTINUING EDUCATION:

University of Kansas Medical Center, Department of Pharmacology, Toxicology, and Therapeutics, Mid-America Toxicology Course, 2006 .

Biochemistry: Metabolism of Proteins and Amino Acids; Structure, Function, and Replication of Informational Macromolecules; Biochemistry of Extracellular and Intracellular Communication; 12 hours CEU; Anderson Continuing Education, December, 2005

"The Mold Challenge in Louisiana." New Orleans, Louisiana, March 15, 2005.

University of Michigan, Summer Graduate School in Epidemiology, "Analysis of Epidemiologic Data: An Applied Approach" 2004 Continuing Education. Total Number of Non-Credits, 1. Total Number of CEU Hours, 17.5.

Biochemistry: Structures & Functions of Proteins and Enzymes; Bioenergetics and The Metabolism of Carbohydrates & Lipids; 12 hours CEU; Anderson Continuing Education, December, 2004

University of Michigan, Summer Graduate School in Epidemiology, "Occupational & Environmental Exposure Assessment" and "Basic Computer Applications in Epidemiology", 2002 Continuing Education. Total Number of Non-Credits, 1. Total Number of CEU Hours, 35.0.

Tufts University School of Medicine, Epidemiology Research Institute, Graduate Credit in Epidemiology, "Biology & Epidemiology of Cancer" and "Occupational & Environmental Epidemiology", 2001. Total Number of CEU Hours, 30.0. Graduate Credit, 2.0 hours.

ASCP Workshops for Laboratory Professionals, Birmingham, Alabama, October 2-4, 2000.

Keystone Symposia, Taos, New Mexico, February 10-15, 2000.

Tulane Law School Conference, New Orleans, Louisiana, February 26-27, 1999.

Louisiana Prevention Institute Task Force Committee, Alexandria, Louisiana, December 1, 1998.

APHA Annual Meeting, Washington, DC, November 15-19, 1998.

ASCP Workshop for Laboratory Professionals, Charlotte, North Carolina, October 27-30, 1998.

APHA Annual Meeting, Indianapolis, IN, November 10-13, 1997.

ASCP Workshop for Technologists, November 4 - 7, 1997 Gaithersburg Maryland.

Louisiana State University Medical Center, Shreveport, Louisiana, Grand Rounds, "Genesis of Neuroblastoma in Association with a Hazardous Waste Site." September 16, 1997.

Tufts University School of Medicine, Epidemiology Research Institute, Graduate Credit in Epidemiology. "Introduction to Epidemiology ", 1996. Total Number of CEU Hours, 35.0. Graduate Credit, 2.0 hours.

Phlebotomy Association of Louisiana, Inc. Conference, Phlebotomy, A Step Beyond, October 5, 1996, "The Legal and Technical Aspects of Phlebotomy."

National Academy of Sciences Institute of Medicine, "Environmental Justice Workshop." Center for Bioenvironmental Research, Tulane/Xavier Universities, June 4, 1996.

Louisiana State University Medical Center, Shreveport, Louisiana, Grand Rounds, "Recognizing Warning Signs of Environmental & Occupational Diseases/The Community Physician's Challenge." Shreveport, Louisiana, September 1996.

SOEH 1995 Annual Conference, "Advances in Medical Surveillance for Environmental and Occupational Health from Exposure Onset through Health Outcome." Bethesda, Maryland, December 12, 1995.

"1995 Health, The Environment and the Economy Conference, Hazard + Outrage = Risk." November 9, 1995, Baton Rouge, Louisiana.

ASCP/CAP Fall Meeting and Exhibits, New Orleans, Louisiana, September 19, 1995.

LA Governor's Conference on Juvenile Justice, "Physical Effects of Drug and Alcohol." New Orleans, Louisiana, August 31, 1995.

"American Society Cancer Task Force Meeting." New Orleans, Louisiana, August 30, 1995.

DEQ Environmental Education Seminar, workshop--"Benzene: Understanding the Health Effects and OSHA Regulations for Medical Surveillance." August 29, 1995.

Health Effects Research Laboratories (HERL), Research Triangle Park, North Carolina, November 1994.

American Public Health Association, Washington, D.C., October 1994.

Louisiana State University Medical Center, Shreveport, Louisiana, "Management of Early Prostate Cancer." June 1994.

Advances and Controversies in Bone Marrow Transplantation, Fifth Biennial Keystone Symposium on Bone marrow Transplantation, Keystone Colorado, January 1994.

Health Hazardous Material Training (HASMET) Workshop. Lake Charles, Louisiana, August 1992. (8 hours)

Health Hazardous Material Training (HASMET) Workshop. Geismar, Louisiana, July 1992 (16 hours)

American Society for Medical Technology Legislative Workshop. Washington D.C., March 1992 (16 hours)

Louisiana State Society of Medical Technology Annual Meeting, Lafayette, Louisiana, April 1991.

Louisiana State Society of Medical Technology Annual Meeting, Jackson, Mississippi, April 1990

UCLA Symposia on Hematopoiesis, Tamarron, Colorado, February 1989.

Louisiana State Society of Medical Technology Annual Meeting. Baton Rouge, Louisiana, April 1989.

The American Society for Medical Technology 1989, 57th Annual Meeting and Exposition, Washington, D.C., June 1989.

Technical Assistance Meeting for Health Careers Opportunity Program (HCOP), San Francisco, California, September 1989.

The National Institute on "Drug Abuse Conference, Bethesda, Maryland, September 1989.

National Institute on Drug Abuse Consensus Conference on Mandatory Guidelines for Drug Testing in the Workplace, Fallschurch, Virginia, November 1989.

Louisiana State Society for Medical Technology Annual Meeting, Jackson, Mississippi, April 1988.

Health Careers Opportunity Program Grant Workshop for Submitters, Birmingham, Alabama, September 1988.

The ASAHP's WGR Health Professions Education Policy Seminar, Washington, D.C. May, 1988.

The Health Resources and Services Administration, Bureau of Health Professions, Division of Disadvantaged Assistance, Health Careers Opportunity Program (HCOP) Technical Assistance Meeting. Chicago, Illinois, September 1988.

International Society for Experimental Hematology Meeting, Houston, Texas, December, 1988.

UCLA Conference on: "Recent Advances in Leukemia and Lymphoma." Keystone, Colorado, January 1987.

Louisiana State Society for Medical Technology Annual Meeting. Alexandria, Louisiana, March 1987.

UCLA Symposia Conference: Hematopoiesis, Park City, Utah. March 1986.

American Society for Medical Technology Conference on: Charting the Future of Clinical Laboratory Science Education, Birmingham, Alabama. February 1986.

Louisiana State Society for Medical Technology Annual Meeting, Shreveport, Louisiana, March 1986.

Drug Abuse Awareness Seminar, Lafayette, Louisiana. September 1986.

American Association for Clinical Chemistry and Canadian Society of Clinical Chemists Joint Meeting, Chicago, Illinois, July 1986.

"Drug Abuse in the Workplace and Emergency Preparedness." Gonzales, Louisiana, November 1986.

"Rapid Drug Detection with Toxi-Lab." Laguna Hills, California, December 1986.

UCLA Conference: Leukemia 1985, Keystone, Colorado. January 1985.

International Conference on Megakaryocyte Development and Functions, Woods Hole Massachusetts, September 1985.

Louisiana State Society for Medical Technology Convention, Biloxi, Mississippi, April 1985.

American Society of Medical Technologists, "The Future of the Clinical Laboratory-A Crisis in Education." Minneapolis, Minnesota, May 1985.

International Conference on Megakaryocyte Development and Function, Hyannis, Massachusetts, September 1985.

LSU Medical Center, School of Allied Health Professions Department of Medical Technology: "Test Construction, Item Analysis, and Student Motivation," Jan Jeter, Ph.D., May 1985. 4.0 hours.

LSU Medical Center, School of Allied Health Professions, "Prospective Payment Systems; Implications For Managers of Clinical Laboratories", Ogden Hall, Ph.D., July 1985. 3.0 hours.

LSU Medical Center, School of Allied Health Professions, Department of Medical Technology: "AIDS and AIDS-Related Kaposils Sarcoma." Adan Rios, MD. June 1985, 1.5 hours.

LSU Medical Center, School of Allied Health Professions, Department of Medical Technology: "Hemopoietic and Immunopoietic Systems: Functions and Disorders." Karel A. Dicke, MD, September 1985. 1.0 hour.

ICN-UCLA Conference: Recent Advances In Bone Marrow Transplantation. Park City, Utah, February 1984.

American Society of Clinical Pathologists-College of American Pathologists, Fall Meeting. New Orleans, Louisiana. October 1984.

American Society for Hematology Meeting. San Francisco, California, December 1984.

College of American Pathologists/American Society of Clinical Pathologists Workshop: DRG Fallout: Implications for the Pathologists and Health Care Systems. New Orleans, October 1984.

College of American Pathologists/American Society of clinical Pathologist Workshop: DRG Fallout: Implications for the Pathologists and Health Care Systems, October 1984. 6.5 hours.

ICN-UCLA Conference: Normal and Neoplastic Hematopoiesis. Keystone, Colorado, March 1983.

ICN-UCIA Conference: Differentiation and Function of Hematopoietic Cell Surfaces. Keystone, Colorado, February 1981.

Hybridoma and Cellular Immortality Conference. University of Texas, M.D. Anderson Hospital and Tumor Institute; November 1981.

Immunocytochemical Workshop Research Laboratories, Burroughs Wellcome Co., Duke University, North Carolina, October 1979.

28

## PROFESSIONAL SOCIETIES:

Society for Occupational & Environmental Health. (SOEH)  Member

American Society of Clinical Pathologists. (ASCP) Member.

American Public Health Association. (APHA)  Past Member.

American Chemical Society. Past Member.

American Association of Clinical Chemistry. (AACC) Past Member.

American Association for the Advancement of Science. (AAAS) Past Member.

American Society for Medical Technologists, Past Member.

American College of Chest Physicians.  Past Member.

American Thoracic Society.  Past Member.

Lupus Foundation of Northern California, Past Member.

The Chest Foundation.  Past Member.

The Society for Male Reproduction & Urology.  Past Member.

American Society for Reproductive Medicine.  Past Member.

Clinical Laboratory Personnel Association, 1991-1994.

American Society for Microbiology, 1975-77.

American Society for Medical Technology, 1975-80, 1988-1993.

Louisiana State Society for Medical Technology, LSSMT, 1975-80, 1988-1993.

Louisiana State Society for Medical Technology, Student Forum Founder and Advisor, 1977-79.

Louisiana Society for Electron Microscopy, 1974-83.

Greater New Orleans Chapter of the Society for Neuroscience, 1981-83.

American Society for Cell Biology, 1983-1985.

International Society of Experimental Hematology, 1983-1988.

American Society of Hematology, 1985-88.

International Society for Experimental Hematology, 1985-88.

29

**Other Scholarly or Professional Activities:**

Lambda Tau National Honorary Medical Technology Society, Founder of University of New Orleans Chapter, 1977, Faculty Moderator, 1977-82.

Louisiana State Society for Medical Technology, Governmental Liaison for Licensure, 1990-1993. Organize legislative testimony and legislative liaison for licensure bill for clinical laboratory personnel; lobby for and organize grass roots lobbying for statewide membership for licensure bill.

Clinical Laboratory Personnel Association, Founder and Member 1991-present, Chairman of Licensure Committee, 1991-1993. Founder of the Clinical Laboratory Personnel Association, a new statewide organize for the purpose of education and unifying clinical laboratory personnel on the licensure effort in the legislature. This new organization will monitor the Civil Service Commission and the Louisiana Health Care Authority rulings that pertain to medical technology.

Implementation of Minority/Disadvantaged Incentives in the Department of Medical Technology: In order to provide minority representatives in the Profession of Medical Technology, it was necessary to implement teaching and testing methods that would enhance successful completion of the baccalaureate degree by minority/disadvantaged students. The standards of the Department are of unquestionable excellence. The minority/disadvantaged incentives have allowed for minimal attrition and maximal success in pursuit of academic excellence. For the second year in a row, we are seeing the results of these incentives. Graduates of our program have had 100% passage on our National Registry Exam for the second year in a row. Our class average ranks in the 12th (1990) and 16th (1991) percentile of the nation. These results include as many as 30% minority/disadvantaged students. Many of these students applied to our program with GPA's less than 2.5 and were accepted as a part of our program for high-risk minority/disadvantaged students. At this time I am preparing these methods and results of our minority/disadvantaged incentives for publication.

## AWARDS SHOWING RECOGNITION OF SCHOLARLY OR PROFESSIONAL ACHIEVEMENT:

Arceneaux Memorial Award in Recognition of Outstanding Student Research in Electron Microscopy, May 1981.

Louisiana State Society for Medical Technology Award for Outstanding Service, April 1991.

Louisiana State Society for Medical Technology Award for "Medical Technologist of the Year." April 1992.

Louisiana State Society for Medical Technology Award for Outstanding Service, April 1993. American Society for Medical Technology Award for Outstanding Service, June 1993.

## GRANTS AND CONTRACTS:

American Heart Association Graduate Educational Research Grant. July 1980-July 1981. Development of an Assay for Thrombopoietin.

30