# Exhibit "G"

## Excerpt of Deposition Transcript of Patricia M. Farris, MD., FAAD, October 14, 2009

Appearances and Swear in of Witness- Page 1-3 and 6-8.

Excerpt- Page 54, Line 7-25;
Page 55, Line 1-25;
Page 56, Line 1-25;
Page 57, Line 1-4.

Reporter's Certificate-Page 146.

# Transcript of the Testimony of
# Videotaped Deposition of Patricia Farris, M.D.

### Date taken: October 14, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 7451-7   Filed 11/17/09   Page 3 of 13

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Patricia Farris, M.D.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER           MDL NO. 1873
FORMALDEHYDE PRODUCTS         SECTION N(4)
LIABILITY LITIGATION          JUDGE ENGELHARDT

(THIS DOCUMENT RELATES TO
 "DUBUCLET V. FLEETWOOD
 ENTERPRISES, INC.,"
 CASE NO. 07-9228)

\* \* \*

VIDEOTAPED DEPOSITION OF PATRICIA FARRIS, M.D., 701 METAIRIE ROAD, METAIRIE, LOUISIANA 70005, TAKEN AT THE OFFICES OF LEAKE & ANDERSSON, 1100 POYDRAS STREET, SUITE 1700, NEW ORLEANS, LOUISIANA 70163, ON THE 14TH DAY OF OCTOBER, 2009.

REPORTED BY:

    CATHY RENEE´ POWELL, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

VIDEOGRAPHER:

    JACK VERWOERT
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-525

Case 2:07-md-01873-KDE-MBN   Document 7451-7   Filed 11/17/09   Page 4 of 13

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Patricia Farris, M.D.

Page 2

```
 1    APPEARANCES:
 2
           CHRIS PINEDO, ESQUIRE
 3         4550 JERICHO ROAD
           CORPUS CHRISTI, TEXAS  78413
 4
              (ATTORNEYS FOR PLAINTIFFS)
 5
 6         BENCOMO & ASSOCIATES
           (BY:  RAUL R. BENCOMO, ESQUIRE)
 7         639 LOYOLA AVENUE, SUITE 2110
           NEW ORLEANS, LOUISIANA  70113
 8
              (ATTORNEYS FOR THE PSC)
 9
10         LAW OFFICES OF FRANK D'AMICO
           (BY:  FRANK D'AMICO, JR., ESQUIRE)
11         622 BARONNE STREET
           NEW ORLEANS, LOUISIANA  70112
12
              (ATTORNEYS FOR THE PSC AND ELISHA
13                AND TIMIA DUBUCLET)
14
           BAKER, DONELSON, BEARMAN, CALDWELL &
15           BERKOWITZ
           (BY:  KAREN WHITFIELD, ESQUIRE)
16         3 SANCTUARY BLVD., SUITE 201
           MANDEVILLE, LOUISIANA  70471
17             (Attended via telephone)
18          (ATTORNEYS FOR CH2M HILL CONSTRUCTORS,
                INC. and SHAW ENVIRONMENTAL, INC.)
19
20         GIEGER, LABORDE & LAPEROUSE
           (BY:  JASON BONE, ESQUIRE)
21         701 POYDRAS STREET
           SUITE 4800
22         NEW ORLEANS, LOUISIANA  70139
23           (ATTORNEYS FOR DEFENDANTS FOREST
                RIVER)
24
25
```

Page 3

```
 1   APPEARANCES CONTINUED:
 2
         JONES, WALKER, WAECHTER, POITEVENT,
 3         CARRERE & DENEGRE
         (BY: CHRIS MARTIN, ESQUIRE)
 4       8555 UNITED PLAZA BOULEVARD
         BATON ROUGE, LOUISIANA  70809
 5          (Attended via telephone)
 6         (ATTORNEYS FOR DEFENDANTS PILGRIM,
             KEYSTONE, MONACO, R-VISION, THOR
 7           CALIFORNIA, KZRV, DS/
             CROSSROADS AND DUTCHMEN)
 8
 9       LEAKE & ANDERSSON
         (BY:  JERRY L. SAPORITO, ESQUIRE)
10       1700 ENERGY CENTRE
         1100 POYDRAS STREET
11       NEW ORLEANS, LOUISIANA  70163
12         (ATTORNEYS FOR DEFENDANTS
             FLEETWOOD ENTERPRISES, INC.,
13           ET AL.)
14
         LOBMAN CARNAHAN
15       (BY:  HEATHER CHEESBRO, ESQUIRE)
         400 POYDRAS STREET
16       TEXACO CENTER - SUITE 2300
         NEW ORLEANS, LOUISIANA  70130
17          (NOT PRESENT)
18         (ATTORNEYS FOR CRUM & FORSTER)
19
         MIDDLEBURG, RIDDLE
20       (BY:  LEZLY PETROVICH, ESQUIRE)
         CHASE TOWERS, NORTH TOWER
21       450 LAUREL STREET, SUITE 1101
         BATON ROUGE, LOUISIANA 70801-1819
22
           (ATTORNEYS FOR FLUOR ENTERPRISES,
23            INC.)
24
25
```

Case 2:07-md-01873-KDE-MBN   Document 7451-7   Filed 11/17/09   Page 6 of 13

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia Farris, M.D.

Page 6

```
 1              S T I P U L A T I O N
 2
 3         It is stipulated and agreed by and
 4    between counsel for the parties hereto that
 5    the deposition of the aforementioned witness
 6    is hereby being taken for all purposes
 7    allowed under the Federal Rules of Civil
 8    Procedure, in accordance with law, pursuant
 9    to notice;
10         That the formalities of reading and
11    signing are specifically not waived;
12         That the formalities of filing,
13    sealing, and certification are specifically
14    waived;
15         That all objections, save those as to
16    the form of the question and the
17    responsiveness of the answer, are hereby
18    reserved until such time as this deposition,
19    or any part thereof, may be used or sought
20    to be used in evidence.
21                    *   *   *
22         CATHY RENEE' POWELL, CCR, Certified
23    Court Reporter, officiated in administering
24    the oath to the witness.
25
```

Case 2:07-md-01873-KDE-MBN   Document 7451-7   Filed 11/17/09   Page 7 of 13

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Patricia Farris, M.D.

Page 7

```
 1        THE VIDEOGRAPHER:
 2             This is the videotaped deposition
 3   of Dr. Patricia Farris taken in regard to
 4   the "FEMA Trailer Formaldehyde Products
 5   Liability Litigation."
 6             It's October 14, 2009; it's 1:25
 7   p.m., and we're on the record.
 8             Swear the witness.
 9                  *   *   *
10        PATRICIA FARRIS, M.D.,
11   having been first duly sworn as a witness,
12   was examined and testified as follows:
13        MR. BENCOMO:
14             Before we begin, we should have
15   some appearances on the record as to who is
16   actually here.
17             My name is Raul Bencomo, and I
18   represent the plaintiffs in connection with
19   this matter.
20        MR. PINEDO:
21             Chris Pinedo for the plaintiffs.
22        MR. D'AMICO:
23             Frank D'Amico, Junior, on behalf
24   of the PSC and the Dubuclets.
25        MR. BONE:
```

Case 2:07-md-01873-KDE-MBN   Document 7451-7   Filed 11/17/09   Page 8 of 13

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Patricia Farris, M.D.

Page 8

1    I'm Jason Bone. I'm here on
2 behalf of Forest River, Inc.
3         MS. PETROVICH:
4            Lezly Petrovich, I'm here on
5 behalf of Fluor Enterprises, Inc.
6         MR. SAPORITO:
7            Jerry Saporito here on behalf of
8 Fleetwood.
9    EXAMINATION BY MR. BENCOMO:
10        Q.   Would you please state your full
11 name for the record.
12        A.   Patricia K. Farris, MD.
13        Q.   What is your business address,
14 Dr. Farris?
15        A.   701 Metairie Road, Metairie,
16 Louisiana.
17        Q.   And what about your home address?
18        A.   223 West William David Parkway,
19 Metairie, Louisiana.
20        Q.   What is your date of birth?
21        A.   11-22-53.
22        Q.   And your marital status?
23        A.   Single.
24        Q.   Have you ever been married before?
25        A.   Yes.

Case 2:07-md-01873-KDE-MBN   Document 7451-7   Filed 11/17/09   Page 9 of 13

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia Farris, M.D.

Page 54

```
 7      Q.   And what exactly is barrier
 8  function in layman's terms?
 9      A.   Barrier function is keeping the
10  good stuff in the skin and keeping the bad
11  stuff out.
12      Q.   And isn't the structure of the
13  stratum corneum commonly described as bricks
14  and mortar?
15      A.   Yes, it is.
16      Q.   So that is not my term, that is a
17  term that you recognize and that other
18  dermatologists would recognize.  Is that
19  correct?
20      A.   Correct.
21      Q.   And why is it described as bricks
22  and mortar?
23      A.   Well, it is described as bricks
24  and mortar because the bricks are the
25  epidermal cells, and the mortar that holds
```

Case 2:07-md-01873-KDE-MBN   Document 7451-7   Filed 11/17/09   Page 10 of 13

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia Farris, M.D.

Page 55

1  them are a series of lipids called natural
2  moisturizing factor or ceramides.
3            So it is this structure of skin
4  cells and lipids that make the epidermal
5  barrier impenetrable to external substances
6  and also holds water in the skin.
7       Q.   And how do children with atopic
8  dermatitis differ from those who don't have
9  atopic dermatitis?
10      A.   Children with atopic dermatitis
11 have lower levels of ceramides, or lipids,
12 so they have less mortar.  They also have
13 dysfunctional bricks.  They lack a protein
14 called filaggrin that causes the bricks to
15 mature in a normal way.
16           So, in other words, their
17 epidermal barrier is compromised.
18      Q.   And that, in turn, allows for
19 increased water loss resulting in a skin
20 that becomes dry and cracked.  Correct?
21      A.   Correct.
22      Q.   And do you not agree then that,
23 additionally, when barrier function is
24 compromised, such as someone with atopic
25 dermatitis, that this allows for easier

Case 2:07-md-01873-KDE-MBN   Document 7451-7   Filed 11/17/09   Page 11 of 13

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia Farris, M.D.

Page 56

1  penetration of microorganisms, irritants and
2  potential allergens into the skin?
3      A.   Correct.
4      Q.   Now, is formaldehyde a
5  microorganism, irritant or a potential
6  allergen?
7      A.   Formaldehyde, topically, would be
8  both a potential allergen and an irritant.
9      Q.   And would you not agree that a
10 child whose epidermal barrier is compromised
11 is at greater risk of easier penetration of
12 microorganisms, irritants and potential
13 allergens into the skin, correct?
14     A.   Correct.
15     Q.   I'm sorry?
16     A.   Correct.
17     Q.   And what happens when the barrier
18 function is compromised?
19     A.   Well, like I said previously, the
20 skin barrier is to hold water in, so water
21 escapes the skin when the barrier is
22 compromised; and it is also to keep
23 potential allergens and microorganisms out,
24 so those may more easily penetrate the skin.
25     Q.   And does it not trigger an immune

Page 57

1  response then that causes skin inflammation
2  and eczema?
3      A.   The allergens can cause skin
4  inflammation and eczema.  Correct.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case 2:07-md-01873-KDE-MBN   Document 7451-7   Filed 11/17/09   Page 13 of 13

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia Farris, M.D.

Page 146

1
2
3           REPORTER'S CERTIFICATE
4
5       I, Cathy Renee' Powell, Certified
6   Court Reporter, do hereby certify that the
7   above-named witness, after having been first
8   duly sworn by me to testify to the truth,
9   did testify as hereinabove set forth;
10      That the testimony was reported by me
11  in shorthand and transcribed under my
12  personal direction and supervision, and is a
13  true and correct transcript, to the best of
14  my ability and understanding;
15      That I am not of counsel, not related
16  to counsel or parties hereto, and not in any
17  way interested in the outcome of this
18  matter.
19
20
21
22
23      _____
        CATHY RENEE' POWELL, CCR
        Certified Court Reporter
24
25