# Exhibit "J"

Excerpt of Deposition Transcript of Howard I. Maibach, M.D., October 20, 2009

Appearances and Swear in of Witness- Page 1-7 and 13.

Excerpt- Page 120, Line 6-7.

Reporter's Certificate-Page 218.

Case 2:07-md-01873-KDE-MBN   Document 7451-10   Filed 11/17/09   Page 2 of 10

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Howard I. Maibach, M.D.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

- - - - - - - - - - - - - - - - -

| | |
|---|---|
| IN RE: | ) MDL NUMBER 1873 |
| FEMA TRAILER FORMALDEHYDE | ) SECTION "N" (4) |
| PRODUCTS LIABILITY LITIGATION | ) JUDGE ENGELHARDT |

- - - - - - - - - - - - - - - - -

VIDEOTAPED DEPOSITION OF HOWARD I. MAIBACH, M.D.

TUESDAY, OCTOBER 20, 2009

BEHMKE REPORTING & VIDEO SERVICES

BY:   MELINDA M. IBANEZ, CSR NO. 10686, CCRR

160 SPEAR STREET, SUITE 300

SAN FRANCISCO, CALIFORNIA 94105

(415) 597-5600

Case 2:07-md-01873-KDE-MBN   Document 7451-10   Filed 11/17/09   Page 3 of 10

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Howard I. Maibach, M.D.

Page 3

1  APPEARANCES OF COUNSEL:

2  FOR PLAINTIFF'S STEERING COMMITTEE:

3      LAW OFFICE OF CHRIS PINEDO

4      BY:  CHRIS PINEDO, ATTORNEY AT LAW

5      4550 Jericho Road

6      Corpus Christi, Texas 78413

7      Telephone:  (361) 946-1474

8      Email:  cpinedo@cpinedolaw.com

9

10 FOR PLAINTIFF'S STEERING COMMITTEE (TELEPHONICALLY):

11     BENCOMO & ASSOCIATES

12     BY:  RAUL R. BENCOMO, ATTORNEY AT LAW

13     639 Loyola Avenue, Suite 2110

14     New Orleans, Louisiana 70113

15     Telephone:  (504) 529-2929

16     Email:  ben_law@bellsouth.net

17

18 FOR FLEETWOOD ENTERPRISES, et al.:

19     NELSON MULLINS

20     BY:  RICHARD K. HINES, V, ATTORNEY AT LAW

21     201 17th Street N.W., Suite 1700

22     Atlanta, Georgia 30363

23     Telephone:  (404) 322-6154

24     Email:  richard.hines@nelsonmullins.com

25

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Howard I. Maibach, M.D.

Page 4

```
 1   APPEARANCES OF COUNSEL - CONTINUED:
 2   FOR DEFENDANT FOREST RIVER (TELEPHONICALLY):
 3       GIEGER, LABORDE & LAPERHOUSE, LLC
 4       BY:  CARSON STRICKLAND, ATTORNEY AT LAW
 5       One Shell Square, 48th Floor
 6       701 Poydras Street
 7       New Orleans, Lousiana 70139-4800
 8       Telephone:  (504) 561-0400
 9       Email:  cstrickland@glllaw.com
10
11   FOR DEFENDANTS PILGRIM INTERNATIONAL; DUTCHMEN
12   MANUFACTURING; KZ RV, LP; KEYSTONE RV COMPANY; THOR
13   INDUSTRIES; THOR CALIFORNIA; DS CORPORATION D/B/A
14   CROSS ROADS RV (TELEPHONICALLY):
15       JONES, WALKER, WAECHTER, POITEVENT, CARRERE &
16       DENEGRE, LLP
17       BY:  AMY B. HANEGAN, ATTORNEY AT LAW
18       8555 United Plaza Boulevard
19       Baton Rouge, Louisiana 70809-7000
20       Telephone:  (225) 248-2058
21       Email:  ahanegan@joneswalker.com
22
23
24
25
```

Page 5

```
 1   APPEARANCES OF COUNSEL - CONTINUED:
 2   FOR DEFENDANTS RECREATION BY DESIGN, LLC, TL
 3   INDUSTRIES, INC., FRONTIER RV, INC. (TELEPHONICALLY):
 4        GARRISON, YOUNT, LORMAND, FORTE & MULCAHY, L.L.C.
 5        BY:  RANDALL C. MULCAHY, ATTORNEY AT LAW
 6        909 Poydras Street, Suite 1800
 7        New Orleans, Louisiana 70112
 8        Telephone:  (504) 527-0680
 9        Email:  rmulcahy@garrisonyount.com
10
11   FOR DEFENDANTS JAYCO, INC. and STARCRAFT RV, INC.
12   (TELEPHONICALLY):
13        WILLINGHAM, FULTZ & COUGILL, LLP
14        BY:  R. MARK WILLINGHAM, ATTORNEY AT LAW
15        Niels Eperson Building
16        808 Travis, Suite 1608
17        Houston, Texas 77002
18        Telephone:  (713) 333-7600
19        Email:  markw@willingham-law.com
20
21
22
23
24
25
```

Case 2:07-md-01873-KDE-MBN   Document 7451-10   Filed 11/17/09   Page 6 of 10

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Howard I. Maibach, M.D.

Page 6

```
 1   APPEARANCES OF COUNSEL - CONTINUED:
 2   FOR DEFENDANTS HEARTLAND RECREATIONAL VEHICLES
 3   (TELEPHONICALLY):
 4       ALLEN & GOOCH
 5       BY:  BRENT M. MAGGIO, ATTORNEY AT LAW
 6       One Lakeway
 7       3900 North Causeway Boulevard, Suite 1450
 8       Metairie, Louisiana 70002
 9       Telephone:  (504) 836-5260
10       Email:  brentmaggio@allengooch.com
11
12   FOR DEFENDANTS SHAW ENVIRONMENTAL, INC. and CH2M HILL
13   CONSTRUCTORS, INC. (TELEPHONICALLY):
14       BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
15       BY:  GERARDO R. BARRIOS, ATTORNEY AT LAW
16       3 Sanctuary Boulevard, Suite 201
17       Mandeville, Louisiana 70471
18       Telephone:  (985) 819-8416
19       Email:  gbarrios@bakerdonelson.com
20
21
22
23
24
25
```

Case 2:07-md-01873-KDE-MBN   Document 7451-10   Filed 11/17/09   Page 7 of 10

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Howard I. Maibach, M.D.

Page 7

1  APPEARANCES OF COUNSEL - CONTINUED:
2  FOR DEFENDANT GULF STREAM COACH, INC.
3  (TELEPHONICALLY):
4       DUPLASS, SWAIN, BOURGEOIS, PFISTER & WEINSTOCK
5       BY:  PHILIP G. WATSON, ATTORNEY AT LAW
6       3838 North Causeway Boulevard, Suite 2900
7       Metairie, Louisiana 70002
8       Telephone:  (504) 832-3700
9       Email:  pwatson@duplass.com
10
11 ALSO PRESENT:
12      BRIAN MONROE, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25

Case 2:07-md-01873-KDE-MBN   Document 7451-10   Filed 11/17/09   Page 8 of 10

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Howard I. Maibach, M.D.

Page 13

```
 1       MR. WATSON:  Yeah.  This is Philip Watson for
 2   (inaudible).
 3       MR. BENCOMO:  And Raul Bencomo for the
 4   Plaintiffs' Steering Committee.
 5       THE VIDEOGRAPHER:  And --
 6       MR. BARRIOS:  Gerry Barrios for Shaw
 7   Environmental and CH2M Hill.
 8       THE VIDEOGRAPHER:  Is that it?
 9       THE REPORTER:  I guess.
10       THE VIDEOGRAPHER:  And the court reporter today
11   is Melinda Ibanez, certified shorthand reporter
12   contracted by Behmke Reporting & Video Services.
13           Would the court reporter please swear in the
14   witness.
15           (The witness was duly sworn.)
16       THE VIDEOGRAPHER:  Please begin.
17
18                HOWARD I. MAIBACH, M.D.,
19   having been first duly sworn, testified as follows:
20
21                       EXAMINATION
22   BY MR. PINEDO:
23       Q.  Name.
24       A.  Howard I. Maibach.
25       Q.  And you're a medical doctor?
```

Page 120

1
2
3
4
5
6  broad literature that when the skin is damaged with
7  eczema, the opposite occurs, otherwise, the water
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case 2:07-md-01873-KDE-MBN   Document 7451-10   Filed 11/17/09   Page 10 of 10

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Howard I. Maibach, M.D.

Page 218

1  STATE OF CALIFORNIA              )
2                                   )    ss
3  COUNTY OF SAN MATEO              )
4          I hereby certify that the witness in the
5  foregoing deposition of HOWARD I. MAIBACH, M.D., was
6  by me duly sworn to testify to the truth, the whole
7  truth and nothing but the truth, in the
8  within-entitled cause; that said deposition was taken
9  at the time and place herein named; that the
10 deposition is a true record of the witness' testimony
11 as reported by me, a duly certified shorthand
12 reporter and a disinterested person, and was
13 thereafter transcribed into typewriting by computer.
14         I further certify that I am not interested
15 in the outcome of the said action, nor connected
16 with, nor related to any of the parties in said
17 action, nor to their respective counsel.
18         IN WITNESS WHEREOF, I have hereunto set my
19 hand this 30th day of October, 2009.
20
21
22              - - - - - - - - - - - - - - - -
23              MELINDA M. IBANEZ, CSR #10686
24              STATE OF CALIFORNIA
25