# Exhibit "K"

Excerpt of Deposition Transcript of Patricia M. Williams, Ph.D., DABT, July 7, 2009

Appearances and Swear in of Witness- Page 1-4 and 11.

Excerpt- Page 26, Line 14-25.

Reporter's Certificate-Page 319.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER          MDL NO. 1873
FORMALDEHYDE PRODUCTS        SECTION N(5)
LIABILITY LITIGATION         JUDGE ENGELHARDT

\* \* \*

VIDEOTAPED DEPOSITION OF PATRICIA M. WILLIAMS, 234 WEST WILLIAM DAVID PARKWAY, METAIRIE, LOUISIANA 70005, TAKEN AT THE LAW OFFICES OF FRANK J. D'AMICO, JR., 622 BARONNE STREET, 2ND FLOOR, NEW ORLEANS, LOUISIANA 70113, ON THE 7TH, DAY OF JULY, 2009.

REPORTED BY:

    PAT KENNEDY QUINTINI, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

VIDEOGRAPHER:

    MICHAEL BERGERON
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

Page 2

```
 1   APPEARANCES:
 2         T. CHRISTOPHER PINEDO
           ATTORNEY AT LAW
 3         4550 JERICHO ROAD
           CORPUS CHRISTI, TEXAS   78413
 4
             ATTORNEY FOR THE PLAINTIFFS
 5
 6         LAW OFFICES OF FRANK D'AMICO, JR.
           (BY:  FRANK J. D'AMICO, JR., ESQUIRE)
 7         622 BARONNE STREET
           NEW ORLEANS, LOUISIANA   70113
 8
             ATTORNEYS FOR THE PLAINTIFFS
 9
10         MIDDLEBERG, RIDDLE & GIANNA
           (BY: RICHARD SHERBURNE, JR., ESQUIRE)
11         450 LAUREL STREET, SUITE 1101
           BATON ROUGE, LOUISIANA   70801
12
             ATTORNEYS FOR DEFENDANT, FLUOR
13               ENTERPRISES, INC.
14
           DUPLASS, ZWAIN, BOURGEOIS, PFEISTER &
15           WEINSTOCK
           (BY:  ANDREW D. WEINSTOCK, ESQUIRE)
16         3838 NORTH CAUSEWAY BOULEVARD
           SUITE 2900
17         METAIRIE, LOUISIANA   70002
18           ATTORNEYS FOR DEFENDANTS
                 GULF STREAM COACH, INC.
19
20         U.S. DEPARTMENT OF JUSTICE
           CIVIL DIVISION, TORTS BRANCH
21         (BY:  ADAM M. DINNELL, ESQUIRE)
           1331 PENNSYVANIA AVENUE, N.W.
22         ROOM 8210-N
           WASHINGTON, D.C.   20004
23
             ATTORNEYS FOR DEFENDANT UNITED
24               STATES OF AMERICA
25
```

```
 1   APPEARANCES CONTINUED:
 2       GIEGER, LABORDE & LAPEROUSE
         (BY: CARSON W. STRICKLAND, ESQUIRE)
 3       701 POYDRAS STREET
         SUITE 4800
 4       NEW ORLEANS, LOUISIANA  70139
         (Present via telephone)
 5
           ATTORNEYS FOR DEFENDANT FOREST
 6           RIVER
 7       JONES, WALKER, WAECHTER, POITEVENT,
           CARRERE & DENEGRE
 8       (BY: MADELEINE FISCHER, ESQUIRE)
         PLACE ST. CHARLES
 9       201 ST. CHARLES AVENUE
         NEW ORLEANS, LOUISIANA  70170-5100
10
           ATTORNEYS FOR DEFENDANTS PILGRIM,
11           KEYSTONE RV COMPANY, THOR
             CALIFORNIA, THOR INDUSTRIES,
12           DUTCHMEN MANUFACTURING, DS CORP
             (D/B/A CROSSROADS RV) AND KZ RV,
13           LP.
14       GARRISON, YOUNT, FORTE &
           MULCAHY, L.L.C.
15       (BY:  RANDALL C. MULCAHY, ESQUIRE)
         909 POYDRAS STREET
16       SUITE 1800
         NEW ORLEANS, LOUISIANA  70112
17       (Present via telephone)
18         ATTORNEYS FOR DEFENDANTS, RECREATION
             BY DESIGN, LLC, TL INDUSTRIES,
19           INC., FRONTIER RV, INC. AND
             PLAY'MORE TRAILERS, INC.
20
21       WILLINGHAM, FULTZ & COUGILL
         (BY: THOMAS L. COUGILL, ESQUIRE)
22       NIELS ESPERSON BUILDING
         808 TRAVIS, SUITE 1608
23       HOUSTON, TEXAS  77002
         (Present via telephone)
24
           ATTORNEYS FOR DEFENDANTS
25           JAYCO, INC. AND STARCRAFT RV, INC.
```

```
 1   APPEARANCES CONTINUED:
 2       ALLEN & GOOCH
         (BY:  LORI A. DAIGLE, ESQUIRE)
 3       3900 NORTH CAUSEWAY BOULEVARD
         SUITE 1450
 4       METAIRIE, LOUISIANA  70002
 5         ATTORNEYS FOR DEFENDANT, HEARTLAND
             RECREATIONAL VEHICLES, LLC
 6
 7       FRILOT, L.L.C.
         (BY:  A.J. KROUSE, ESQUIRE)
 8       3600 ENERGY CENTRE
         1100 POYDRAS STREET
 9       NEW ORLEANS, LOUISIANA  70173-3600
10         ATTORNEYS FOR DEFENDANT, BECHTEL
             NATIONAL, INC.
11
12       BAKER DONELSON
         (BY:  GERARDO R. BARRIOS, ESQUIRE)
13       3 SANCTUARY BOULEVARD, SUITE 201
         MANDEVILLE, LOUISIANA  70471
14
           ATTORNEYS FOR DEFENDANTS, CH2M HILL
15           CONSTRUCTORS, INC. AND SHAW
             ENVIRONMENTAL, INC.
16
17
18
19
20
21
22
23
24
25
```

```
 1             Lori Daigle for Heartland
 2   Recreational Vehicles.
 3        MR. D'AMICO:
 4             Frank D'Amico, Jr. on behalf of
 5   the PSC.
 6        MR. PINEDO:
 7             Chris Pinedo on behalf of the
 8   plaintiffs.
 9        MS. FISCHER:
10             Madeleine Fischer for Dutchmen
11   Manufacturing, KZ RV, LP, Keystone RV
12   Company, Thor California and DS Corporation
13   doing business as Crossroads RV.
14        MR. KROUSE:
15             A.J. Krouse for defendant Bechtel
16   National.
17             PATRICIA M. WILLIAMS,
18   having been duly sworn by the above
19   mentioned court reporter, did testify as
20   follows:
21   EXAMINATION BY MR. WEINSTOCK:
22        Q.   Hi, Dr. Williams, Andy Weinstock.
23   I will be the first lawyer to question you.
24   We have met before.  It's nice to see you
25   again.
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14     A.   Well, the confidence interval is
15  what you are going to use when you are
16  looking at and judging. You will get
17  various levels, confidence levels,
18  95 percent, 90 percent, if it's -- depending
19  on how it's done, it's going to be
20  95 percent sure that the signal versus noise
21  is not due to chance. Then you want to look
22  at the confidence interval to see that it
23  does not include unity, which is just one
24  more little step that tells you whether this
25  validates it just one more time.

1     REPORTER'S CERTIFICATE

2

3     I, Pat Kennedy Quintini, CCR, Certified

4 Court Reporter, State of Louisiana, do

5 hereby certify that the above-named witness,

6 after having been duly sworn by me to

7 testify to the truth, did testify as

8 hereinabove set forth.

9     That this testimony was reported by me

10 in the stenotype reporting method and

11 transcribed thereafter by me on computer,

12 and that same is a true and correct

13 transcript to the best of my ability and

14 understanding.

15     That I am not of counsel, nor related

16 to counsel or the parties hereto, and in no

17 way interested in the outcome of this

18 matter.

19

20

21

22     _____

23     PAT KENNEDY QUINTINI
        CERTIFIED COURT REPORTER
24

25