UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873  SECTION "N" (5)  JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO  *Aldridge, et al v. Gulf Stream Coach Inc., et al*, Docket No. 07-9228; Elisha Dubuclet, individually and on behalf of Timia Dubuclet | * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S RESPONSE TO FLEETWOOD ENTERPRISES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO MEDICAL MONITORING, PUNITIVE DAMAGES AND LOSS OF CONSORTIUM CLAIMS**

Plaintiff Elisha Dubuclet, individually and on behalf of Timia Dubuclet, ("Ms. Dubuclet" or "Plaintiff") respectfully submits the following response to Fleetwood Enterprises, Inc.'s Motion for Partial Summary Judgment as to Medical Monitoring, Punitive Damages and Loss of Consortium Claims, and hereto states:

Defendant seeks partial summary judgment regarding Plaintiff's claims for (1) costs of medical monitoring; (2) punitive damages under the Louisiana Products Liability Act ("LPLA") and (3) Plaintiff's loss of consortium damages. In the interest of judicial economy, Plaintiff respectfully withdraws any claims it may have raised with respect to only these three issues. As such, Plaintiff requests that this Court render moot Defendant's Partial Motion for Summary Judgment for Medical Monitoring, Punitive Damages and Loss of Consortium Claims.

Respectfully submits:

1

FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      PLAINTIFFS' CO-LIAISON COUNSEL
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      PLAINTIFFS' CO-LIAISON COUNSEL
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      jwoods@gainsben.com

      COURT-APPOINTED PLAINTIFFS'
      STEERING COMMITTEE
      ANTHONY BUZBEE, Texas # 24001820
      RAUL BENCOMO, #2932
      FRANK D'AMICO, #17519
      MATT MORELAND, #24567
      LINDA NELSON, #9938
      MIKAL WATTS, Texas # 20981820
      Dennis Reich, Texas #16739600

CERTIFICATE OF SERVICE

   I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on November 17, 2009.

       s/Gerald E. Meunier
       GERALD E. MEUNIER, #9471

2