# EXHIBIT "A"

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　MDL NO. 1873

FORMALDEHYDE PRODUCTS　　SECTION N(4)

LIABILITY LITIGATION　　　JUDGE ENGELHARDT

* * *

VIDEOTAPED DEPOSITION OF ELISHA DUBUCLET, 6046 DOROTHEA STREET, NEW ORLEANS, LOUISIANA 70126, TAKEN AT THE OFFICES OF FRANK D'AMICO, ATTORNEY AT LAW, 622 BARONNE STREET, NEW ORLEANS, LOUISIANA 70112, ON THE 7TH DAY OF OCTOBER, 2009.

REPORTED BY:

　　CATHY RENEE' POWELL, CCR
　　PROFESSIONAL SHORTHAND REPORTERS
　　(504)529-5255

VIDEOGRAPHER:

　　BRIAN SOILEAU
　　PROFESSIONAL SHORTHAND REPORTERS
　　(504)529-5255

1  MR. SAPORITO:

2     I'm sorry.

3  EXAMINATION BY MR. SAPORITO:

4     Q.  During the time that you-all lived
5  in the trailer, did Timia ever have any
6  problem with somebody picking on her or
7  being a bully to her either at school or in
8  the neighborhood?

9     A.  Not in the neighborhood, but at
10 school, they make fun of her skin.

11    Q.  All right.  Some of the other
12 kids, the classmates, you mean, would make
13 fun?

14    A.  Yes.

15    Q.  All right.  What about just
16 bullying her or trying to push her around,
17 nothing like that?

18    A.  No.

19    Q.  Was she ever hit or struck or
20 somebody in a mean way hitting her or
21 slapping her in addition to making fun of
22 her?

23    A.  Yeah, a little guy at her school
24 did hurt her.

25    Q.  All right.  Was that more than

1                 So, I -- you know, because of me,
2     I'm just --
3          Q.   I understand.
4          A.   I take care of her like I take
5     care of me.
6          Q.   Is her skin condition now, her
7     dermatitis, eczema, is it getting better
8     now?
9          A.   Yes.
10         Q.   How long would you say it has been
11    that it is now getting better?
12         A.   Since she's been going to
13    Dr. Farber.
14         Q.   And how old is she now?
15         A.   Eleven.
16         Q.   And Dr. Farber was the first ever
17    dermatologist that she went to, correct?
18         A.   Her doctor referred me to
19    Dr. Farber.
20         Q.   Right. But, I mean, he was the
21    first ever dermatologist that she went to?
22         A.   Yes.
23         Q.   Okay. Prior to ever knowing about
24    the travel trailer, prior to the hurricanes,
25    Timia had skin problems, didn't she?

1    A.    She had minor skin problems.
2    Q.    Which you would refer to as
3    eczema, dermatitis?
4    A.    She had -- well, Dr. Stern had
5    referred it as a form of eczema, but it was
6    like dry patches.  And he said it was a form
7    of eczema.  So, yes.
8    Q.    Okay.  What does she have today?
9    A form of eczema, right?
10   A.    No, today she has eczema.
11   Q.    There's a difference in your mind
12   between a form of eczema and eczema; is
13   that --
14   A.    Well, yeah, because she wasn't
15   having any problems.  It was like these dry
16   patches.  Now she has big things growing off
17   her arms.
18   Q.    But she's better now, I mean --
19   A.    Well, yeah, now that she's out of
20   the trailer and seeing Dr. Farber.
21   Q.    And seeing Dr. Farber.  Seeing a
22   dermatologist.
23   A.    Yes.
24   Q.    Before the hurricane, she also
25   suffered from rhinitis a few times, didn't

1    Q.   But can you remember if it was a
2    lot of times or just a couple of times?
3    A.   Whenever they need to go.
4    Q.   All right.  Did Timia suffer from
5    allergies prior to the hurricane and prior
6    to living in the travel trailer?
7    A.   She may have had a cold every once
8    in a while like any normal child, but she
9    never had no allergies like she had once we
10   was living in the trailer.
11   Q.   If you are relating in your mind
12   her eczema getting worse with living in the
13   travel trailer, and I think that you are, is
14   that what you are saying, that her eczema
15   got worse?
16   A.   Yes, sir.
17   Q.   Was there any one particular thing
18   that made her eczema worse one day over
19   another day?  Were there any triggers in
20   your mind that would make it bad one day and
21   then it would get better and then something
22   else would happen and it would get bad
23   another day?
24   A.   That's the whole thing, I didn't
25   know.  I mean, it would get bad and it's

1  in the trailer, do you think that" -- and
2  she said, "Yes, it could be a possibility."
3    Q.  No doctor has made the diagnosis
4  and told you that living in the trailer has
5  caused her eczema problems?
6    A.  None of them documented it, but I
7  have talked to them to make them aware of it
8  and they say it is a possibility.
9    Q.  But -- it might be a possibility,
10 but none of them have documented it and none
11 of them have said definitely that living in
12 the trailer made the eczema worse?
13   A.  No.
14   Q.  And no doctor, even until today,
15 right now, has told you that any
16 formaldehyde has made the eczema worse?
17   A.  No.
18   Q.  Let me show you this.  I only have
19 one copy of the medical records -- actually,
20 I have a couple of copies of this.
21       Let me show you, Ms. Dubuclet, a
22 summary of the medicals, based upon the
23 medical records that your lawyers provided
24 to us.
25       We may be able to go through it

1
2
3                REPORTER'S CERTIFICATE
4
5        I, Cathy Renee' Powell, Certified
6    Court Reporter, do hereby certify that the
7    above-named witness, after having been first
8    duly sworn by me to testify to the truth,
9    did testify as hereinabove set forth;
10       That the testimony was reported by me
11   in shorthand and transcribed under my
12   personal direction and supervision, and is a
13   true and correct transcript, to the best of
14   my ability and understanding;
15       That I am not of counsel, not related
16   to counsel or parties hereto, and not in any
17   way interested in the outcome of this
18   matter.
19
20
21
22
23       _____
         CATHY RENEE' POWELL, CCR
         Certified Court Reporter
24
25