# EXHIBIT "B"

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER     MDL NO. 1873

FORMALDEHYDE PRODUCTS     SECTION N(4)

LIABILITY LITIGATION     JUDGE ENGELHARDT

\* \* \*

VIDEOTAPED DEPOSITION OF LESLIE PICOT, 6046 DOROTHEA STREET, NEW ORLEANS, LOUISIANA 70126, TAKEN AT THE OFFICES OF FRANK D'AMICO, ATTORNEY AT LAW, 622 BARONNE STREET, NEW ORLEANS, LOUISIANA 70112, ON THE 6TH DAY OF OCTOBER, 2009.

REPORTED BY:

    CATHY RENEE' POWELL, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

VIDEOGRAPHER:

    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

1   about any dreams, bad dreams she was having?

2       A.   No.

3       Q.   Did Timia ever say anything to you

4   about any emotional problems she was having?

5       A.   Little problems with children at

6   school, you know, you go through little

7   problems, but it was never nothing serious,

8   you know.

9       Q.   So sometimes she would have an

10  issue with somebody at school, but I'm

11  talking about any bad dreams or waking up in

12  the middle of the night, no emotional

13  problems that you're aware of?

14      A.   No.

15      Q.   When did Timia's eczema problem

16  start?

17      A.   Now, I'm going to tell you what I

18  remember, because at one time, I didn't live

19  with them, so I never recognized that

20  problem until we lived in the trailer.  As

21  much as she came by me, I never recognized

22  the problem.

23      Q.   So previously when you might have

24  said Timia didn't have any eczema problems

25  before living in the trailer, what you are

1   now saying is that you just didn't notice
2   it, you didn't recognize it?
3       A.   If she had that problem, it wasn't
4   serious enough for me to recognize it.
5       Q.   So if we are going just by your
6   own observation and your own memory, you
7   would say Timia's skin problem --
8       A.   Oh, you're saying "Tim" or
9   "Timia"?
10      Q.   Timia. I'm sorry. Timia.
11      A.   Okay.
12      Q.   If we are just going by your
13  observations and what you saw, you would say
14  Timia's skin problem, dermatitis, eczema
15  only started after she moved into the
16  trailer?
17      A.   Now, I can't say that she never
18  had the problem, but I just never recognized
19  it.
20      Q.   So in spite of seeing them every
21  day?
22      A.   Right.
23      Q.   In spite of seeing Timia every day
24  before the hurricane, you never recognized
25  her to have any skin problem whatsoever?

1  doctor a lot of times?
2       A.  Yeah, for children, for, you know,
3  going to the doctor with your children.
4       Q.  But you were not aware that any of
5  those visits or any of that treatment for
6  Timia before the hurricane had anything to
7  do with skin problems or dermatitis or
8  eczema?
9       A.  If it did, she never did discuss
10 that with me.
11      Q.  When are you aware, in your
12 observations, and when do you think you
13 noticed Timia's eczema or skin dermatitis
14 problems starting?
15      A.  She would be scratching in the
16 trailer, and sometimes, you know, her skin
17 would bleed.  But I, you know, I didn't know
18 what it was.  And it would, you know, would
19 run until finally my daughter told me that
20 she was suffering with -- with -- what you
21 call them?
22      Q.  The skin condition?
23      A.  Right.
24      Q.  So is the answer to my question,
25 though, the first time you observed it and

Page 148

1  the first time you knew that she had a skin
2  condition, dermatitis, eczema, was after
3  y'all were living in the trailer?
4       A.   Right.  Yes.
5       Q.   You don't remember there being any
6  skin condition or eczema or dermatitis
7  problem while you-all lived in Houston?
8       A.   No.
9       Q.   And you lived with them in
10 Houston, correct?
11      A.   Right.
12      Q.   When you-all were living in the
13 trailer, did Elisha have to take Timia to
14 the doctor at all relative to skin problems?
15      A.   Yes, she did.
16      Q.   Do you know if it was once or
17 twice or a bunch of times?
18      A.   I can't tell you.  I know she took
19 her to the doctor often, you know, as often
20 as you take a child to the doctor.
21      Q.   Do you remember if there were
22 special visits because of skin conditions or
23 eczema or dermatitis?
24      A.   I know when she would have a bad,
25 bad experience with it, I know sometimes she

1   would have to bring her to emergency.
2       Q.   And while you were living in the
3   trailer from June of 2006 to September of
4   2007, do you know how many times that
5   happened?
6       A.   With the emergency, I think maybe
7   twice because she was just so bad on her
8   face and all.  Maybe twice.  Because after
9   that, she kind of kept it under -- I mean,
10  she knew what it was and took care of it
11  through the doctors.
12      Q.   So you think while you-all lived
13  in the trailer from June of 2006 until
14  September of 2007, Elisha had to take Timia
15  to the doctor for the skin condition twice?
16  Had to take her twice?
17      A.   Now, I don't know if it was just
18  twice for that, but that's what I remember,
19  you know, discussing it at least twice
20  because of such breakout and, you know, that
21  it really had me upset and nervous about it.
22      Q.   In other words, you remember at
23  least two times --
24      A.   Emergency.
25      Q.   -- while y'all were living in the

1
2
3          REPORTER'S CERTIFICATE
4
5     I, Cathy Renee' Powell, Certified
6  Court Reporter, do hereby certify that the
7  above-named witness, after having been first
8  duly sworn by me to testify to the truth,
9  did testify as hereinabove set forth;
10    That the testimony was reported by me
11 in shorthand and transcribed under my
12 personal direction and supervision, and is a
13 true and correct transcript, to the best of
14 my ability and understanding;
15    That I am not of counsel, not related
16 to counsel or parties hereto, and not in any
17 way interested in the outcome of this
18 matter.
19
20
21
22
23         _____
           CATHY RENEE' POWELL, CCR
           Certified Court Reporter
24
25