# EXHIBIT "C"

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER            MDL NO. 1873
FORMALDEHYDE PRODUCTS           SECTION N(4)
LIABILITY LITIGATION            JUDGE ENGELHARDT

(This document is related to
 "DUBUCLET V. FLEETWOOD
 ENTERPRISES, INC.,"
 Case No. 07-9228)

\* \* \*

DEPOSITION OF TIMIA DUBUCLET, 6046 DOROTHEA STREET, NEW ORLEANS, LOUISIANA 70126, TAKEN AT THE OFFICES OF FRANK D'AMICO, ATTORNEY AT LAW, 622 BARONNE STREET, NEW ORLEANS, LOUISIANA 70112, ON THE 2ND DAY OF NOVEMBER, 2009.

REPORTED BY:

   CATHY RENEE' POWELL, CCR
   PROFESSIONAL SHORTHAND REPORTERS
   (504)529-5255

ALSO PRESENT:

   ELISHA DUBUCLET
   TIMOTHY DUBUCLET

```
 1        Q.   And you trust your doctors when
 2   you go see one of your doctors?
 3        MR. BENCOMO:
 4             Object to the form of the
 5   question.
 6        THE WITNESS:
 7             Uh-huh.
 8   EXAMINATION BY MR. SAPORITO:
 9        Q.   Do you?
10        A.   Yes, sir.
11        Q.   No doctor ever told you that you
12   have any kind of cancer, have they?
13        A.   No, sir.
14        Q.   And no doctor has ever told you
15   that they have a concern that you might get
16   cancer, have they?
17        MR. BENCOMO:
18             Object to the form of the
19   question.
20        THE WITNESS:
21             No, sir.
22   EXAMINATION BY MR. SAPORITO:
23        Q.   And you don't have a fear that you
24   are going to get any kind of cancer, do you?
25        A.   Yes, sir.  Because my auntie died
```

1  from it.  My auntie died from it.
2       Q.  Who is your auntie?
3       A.  Rita.
4       Q.  Rita?
5       A.  Yes, sir.
6       Q.  When did Aunt Rita die?
7       A.  I don't remember.
8       Q.  Did you ever know Aunt Rita?
9       A.  Yes, sir.
10      Q.  Just so I can understand you,
11  Timia, no doctor ever said you have a
12  possibility of getting cancer that you are
13  aware of?
14      MR. BENCOMO:
15          Object to the form of the
16  question.
17  EXAMINATION BY MR. SAPORITO:
18      Q.  Is that right?
19      A.  Wait.
20      Q.  No doctor's ever said to you that
21  they are concerned that you will get cancer?
22      MR. BENCOMO:
23          Object to the form of the
24  question.
25      THE WITNESS:

Page 77

1           No, sir.
2   EXAMINATION BY MR. SAPORITO:
3       Q.  But you have a fear that you might
4   get cancer?
5       A.  Yes, sir.
6       Q.  When did you first get that fear?
7       A.  Like, when she passed away.
8       Q.  When was that?
9       A.  I don't remember.
10      Q.  You didn't tell that to
11  Dr. Shwery, did you, that you were worried
12  about getting cancer?
13      A.  No, sir.
14      Q.  You didn't tell that to
15  Dr. Farber, did you?
16      A.  No, sir.
17      Q.  Do you do anything with your dad,
18  your father?
19      A.  No, sir.
20      Q.  When is the last time you have
21  seen him?
22      A.  I don't remember.
23      Q.  Have you seen him at all since
24  coming back after the hurricane?
25      A.  No, sir.

Page 104

## REPORTER'S CERTIFICATE

I, Cathy Renee' Powell, Certified Court Reporter, do hereby certify that the above-named witness, after having been first duly sworn by me to testify to the truth, did testify as hereinabove set forth;

That the testimony was reported by me in shorthand and transcribed under my personal direction and supervision, and is a true and correct transcript, to the best of my ability and understanding;

That I am not of counsel, not related to counsel or parties hereto, and not in any way interested in the outcome of this matter.

_____
CATHY RENEE' POWELL, CCR
Certified Court Reporter