# EXHIBIT "D"

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION


IN RE:   FEMA TRAILER
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION

                    MDL NO. 1873

                    SECTION "N-5"

                    JUDGE ENGELHARDT

                    MAG. JUDGE CHASEZ


ORAL AND VIDEOTAPED DEPOSITION OF

CHRISTOPHER T. DE ROSA M.S., Ph.D.

July 6, 2009

9:25 a.m.

201 17th Street

Suite 1700

Atlanta, Georgia


Maureen S. Kreimer, RPR, CCR-B-1379

Page 70

1  formaldehyde, specifically the carcinogenic nature of
2  formaldehyde, in that paragraph under the caption
3  "Background of Formaldehyde"?
4      A.    In part, yes, I do.  In part, I do not,
5  because IARC is not cited in terms of its most recent
6  conclusions regarding formaldehyde, because it is now
7  classified as a known carcinogen, as opposed to
8  probable.
9      Q.    IARC, again, stands for?
10     A.    The International Agency for Research on
11 Carcinogens.
12     Q.    When did -- is that a government agency?
13     A.    That is a subdivision in Lyons, France of
14 the World Health Organization.
15     Q.    And when did IARC classify formaldehyde as
16 a known carcinogen?
17     A.    I believe the original draft came out in
18 2004, and it was final in 2005.
19     Q.    Looking again at Tab A in the table given
20 for Adverse Health Effects of Intermediate Exposure
21 to Formaldehyde, do you see a listing of health
22 effects from inhalation?
23     A.    Yes, I do.
24     Q.    Do you, based on your knowledge and
25 experience, agree with the content of that table?

1                          CERTIFICATE

2

3    STATE OF GEORGIA:

4    COUNTY OF FULTON:

5

6            I hereby certify that the foregoing
7    transcript was taken down, as stated in the caption,
8    and the colloquies, questions and answers were
9    reduced to typewriting under my direction; that the
10   transcript is a true and correct record of the
11   evidence given upon said proceeding.
12           I further certify that I am not a relative
13   or employee or attorney of any party, nor am I
14   financially interested in the outcome of this action.
15           This, the 17th day of July, 2009.
16
17
18           MAUREEN KREIMER, CCR-B-1379
             Notary Public in and for the
19           State of Georgia. My Commission
             expires August 14, 2012.
20
21
22
23
24
25