# Exhibit "A"

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER          MDL NO. 1873

FORMALDEHYDE PRODUCTS         SECTION "N"(5)

LIABILITY LITIGATION          JUDGE ENGELHARDT
                              MAGISTRATE CHASEZ


*   *   *

(RE:  DUBUCLET)


Videotaped Deposition of LAWRENCE

G. MILLER, M.D., 118 Upland Road, Waban,

Massachusetts 02468, taken at the Law

Offices of Frank J. D'Amico, Jr., 622

Baronne Street, 3rd Floor, New Orleans,

Louisiana 70113, on Tuesday, the 22nd day of

September, 2009.


REPORTED BY:

     JAMES T. BRADLE, CCR
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255

VIDEOGRAPHER:

     MICHAEL BERGERON
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255

Page 63

1    recall how long.

2        Q    But as you sit here today, you got

3    no specific memory of diagnosing a patient

4    with dermatitis of some form?  Not that you

5    haven't, but you just don't remember it?

6        A    Not an individual patient.

7        Q    And I'm not here to beat you over

8    the head with this, but we know you're not a

9    dermatologist.  That has not been your

10   practice over the years.  You're a

11   pharmacologist and have been working on

12   research on drugs, and then ultimately on

13   venture capital with respect to drugs and

14   the marketing of related products?

15       A    No, to be clear, clinically I'm

16   trained as an internist, pulmonary physician

17   and a clinical pharmacologist.  I work in

18   all of those areas, and certainly

19   dermatologic illness is a part of internal

20   medicine.  I see them all the time.

21       Q    But you don't recall ever

22   diagnosing a patient with dermatitis or with

23   eczema as we sit here today?

24       A    Well, I'm sure I have, but I don't

25   recall specific patients over the last 30

Page 130

1    articles annexed to your report.  I have

2    read all of those.

3              Are you aware of a single study in

4    the world's literature that draws a causal

5    connection -- and I use the term "causal

6    connection" intentionally here -- that draws

7    a causal connection between exposure to

8    formaldehyde in its gaseous or vaporous

9    state and the cause of contact dermatitis?

10       A    To make sure I understand your

11   question -- I don't think the question to me

12   makes sense as presented.

13       Q    All right.  Well, let me rephrase

14   it.

15              Although you are not an

16   epidemiologist and that's not your nature by

17   trade, you're certainly familiar with

18   epidemiological studies?

19       A    Well, I have an M.P.H., so I have

20   training in epidemiology.

21       Q    You certainly got training.  And

22   you are familiar with the difference -- And

23   we're not going to sit here and do a lesson

24   in the Bradford Hill criteria by any stretch

25   of the imagination, but the difference

Page 141

1        A      I would agree with that phrase.

2        Q      Good.  All right.  So let's use

3    the term "lack of clarity."  You indicated

4    that with respect to your review of the

5    ATSDR tox profile from 1999 that there

6    appeared at least to you as you read it to

7    be a lack of clarity in the references as to

8    whether or not contact dermatitis was caused

9    by airborne or gaseous exposure on the one

10   hand as contrasted with liquid exposure on

11   the other?

12       A      Maybe I wasn't clear.  I didn't

13   speak in clarity.  What I was pointing out

14   is that the ATSDR itself reports based on

15   its review of the literature is that one

16   can't clearly differentiate those two in

17   patients who have dermatitis, whether it was

18   caused by a dermal contact or an inhalation.

19       Q      There is a section, and I may have

20   read a different section than you, but if

21   you look -- You got in front of you the

22   ATSDR tox profile; do you not?

23       A      I do.

24       Q      And again, just so that we will be

25   sure that we all know what we are talking

Page 154

1    unit as opposed to when she was not in the

2    unit, correct?

3         A    Not from what's described, no.

4         Q    In the literature.  And other than

5    allergens, other than irritants, what else

6    can trigger or excite underlying contact

7    dermatitis?

8         A    Well, they have -- I think as long

9    as we include toxins and irritants together,

10   we can put those together.  In some cases

11   they have -- No, I guess if we put toxins

12   and irritants together, we have covered it

13   pretty well.

14        Q    All right.  How about stress?

15        A    Stress can exacerbate.  In some

16   individuals, it's hard to predict.  Some

17   individuals are completely -- have no effect

18   from stress.

19        Q    All right.  So that everything

20   from stress to irritants to airborne

21   allergens can excite underlying contact

22   dermatitis, correct?

23        A    I think that in some patients,

24   yes.

25        Q    And irrespective of whether she

In Re: FEMA Trailer Formaldehyde Products Liability Litigation       Videotaped Deposition of Lawrence G. Miller, M.D.

Page 155

1    may have by history exacerbation of that

2    contact dermatitis, you cannot say as you

3    sit here whether that was caused by

4    formaldehyde gas, whether that was caused by

5    stress, whether that was caused by some

6    other irritant, whether that was caused by

7    some allergic airborne process?

8         A    Well, there are two things there.

9    Given what we know about characteristics of

10   formaldehyde, that it is a known cause or

11   exacerbator, if you will, of eczema or

12   dermatitis, obviously that puts it up near

13   the top of your list.

14            Can we say there is nothing else

15   that might have been another contributor?

16   No.  There could be several contributors.

17        Q    But you cannot say that it is more

18   likely than not that it was formaldehyde

19   than any other irritant, allergen or

20   stress-related factor, can you?

21        A    No, I don't agree with you.  We

22   know formaldehyde was present.  When you can

23   identify to me other potential exacerbators,

24   we should consider those.

25        Q    You don't think stress will do it?

Page 156

1        A     It can, but it varies very much

2    from individual to individual.

3        Q     Isn't stress a likely -- Excuse

4    me.  Isn't stress a common form of

5    excitement of underlying dermatitis?

6        A     I'm not sure I would use the word

7    "common."  It certainly is one of them.

8        Q     Would living in a small

9    eight-by-32 unit with a grandmother and a

10   mother and a sibling put stress on somebody?

11       A     I don't think I can read that into

12   the mind of a child.

13       Q     We will let the jury decide.

14   Speaking of children, turn to Page 227.

15       MR. D'AMICO:

16            Of what?

17       MR. HINES:

18            Of the ATSDR tox profile.

19   EXAMINATION BY MR. HINES:

20       Q     Let's look at the last paragraph

21   on that page.

22            "Whereas there are numerous

23   studies of adults occupationally exposed to

24   formaldehyde and exposed under acute

25   controlled conditions, data regarding the

Page 160

1        Q      All right.

2        A      And most illnesses that physicians

3   deal with are not.

4        Q      Is it your use of MRL's in this

5   case and your reference to it to indicate or

6   suggest that exposure above an MRL exposes

7   one to a risk of disease?

8        A      I think that the ATSDR division is

9   kind of the flip side of that definition --

10  excuse me -- is kind the flip side of that

11  coin.  It suggests that -- And these are

12  non-cancer, because ATSDR does non-cancer.

13  It suggests that below that level you're

14  unlikely to have significant non-cancer

15  effects.  It doesn't say above that level,

16  you will.

17       Q      Let's take out non-malignant

18  disease and let's just talk about -- I mean,

19  let's take out malignant and talk about

20  non-malignant disease.  You are familiar

21  with literature dealing with in general the

22  term "threshold limit value"?

23       A      Its general use in an occupational

24  setting, yes.

25       Q      Right.  You're familiar with that

Page 216

1    circulation, for example, you can get an

2    effect anywhere.  If it doesn't enter the

3    circulation, you probably would get a local

4    effect.

5         Q    And that's an important factor to

6    consider when assessing whether or not a

7    substance is capable of causing a certain

8    injury?

9         A    That's correct.

10        Q    Can we agree in this case at least

11   with Timia Dubuclet we're dealing with

12   formaldehyde that has been off-gassed into

13   the air in its gaseous form?

14        A    Yes, it's in its gaseous form, but

15   it could also touch the skin, of course, so

16   even in its gaseous form, it can come in and

17   interact with the body in different ways.

18        Q    Still in its gaseous form, touch

19   the skin you're saying?

20        A    Sure.

21        Q    We're not dealing with an aqueous

22   solution of formaldehyde or formalin, are

23   we?

24        A    Not to my knowledge.

25        Q    I will just throw in you attached

Page 233

1      A     That's correct.

2      Q     And that's the eight parts per

3    billion number that we had discussed

4    previously?

5      A     Yes.

6      Q     When the period of exposure is

7    stated to be periods greater than 365 days,

8    that includes day 366 through a possible

9    lifetime of exposure, right?

10     A     There is no upper limit on that.

11     Q     So it's correct that it could be

12   from 366 days until however much longer a

13   person lives, right?

14     A     That's correct.

15     Q     Down at the bottom, you start

16   talking about some registry data?

17     A     Correct.

18     Q     Can causal connections be drawn

19   using just registry data?

20     A     Again, I think probably a better

21   way to think about it is that you can

22   clearly make associations and correlations,

23   and then you bring together the weight of

24   the evidence to indicate causality.  You

25   generally don't pick one study and say this

Page 234

1    is the cause.  You probably couldn't get

2    that study published if you said it.

3          Q     But you would weigh registry data

4    to a lesser extent than, say, full-blown

5    cross-sectional studies or cohort studies,

6    right?

7          A     It depends on -- It depends on the

8    design.  I think it's hard to state that

9    broadly.

10         Q     Some of the studies talk about the

11   effects from cosmetic usage, because

12   cosmetics can contain levels of

13   formaldehyde; is that right?

14         A     That's correct.

15         Q     In dealing with cosmetics, we

16   would be talking about specifically a dermal

17   exposure to formaldehyde, because the

18   cosmetic is actually being placed on the

19   skin, right?

20         A     That's correct.

21         Q     And the formaldehyde would be in a

22   solvent form within the cosmetic?

23         A     Well, if not -- It's entrapped in

24   solid.  It's not a solid, per se.

25         Q     As part of the cosmetic solution?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation       Videotaped Deposition of Lawrence G. Miller, M.D.

Page 241

1          Explain how you came to that

2    conclusion, Doctor.

3          A    Well, in a high level, and perhaps

4    I wasn't as clear as I might have been

5    before, it's not a single paper, nor do you

6    expect any single paper to say X causes Y.

7    Frankly, it would be hard to get that

8    published.  The editors usually force you to

9    be a little more circumspect than that.

10          But you got papers that establish

11   associations, establish correlations, and

12   then you bring the evidence together.  So

13   it's the balance of the evidence that

14   creates the causative inference rather than

15   just a single paper saying X causes Y.  You

16   just don't find many of those.

17          I'm also referring here to the

18   Federal Rules, which specifically look for a

19   risk -- you know, a risk ratio, an odds

20   ratio of greater than 2.0 for

21   epidemiological studies to support a

22   causative inference.

23          Q    And did you consider those

24   epidemiological studies that had an odds

25   ratio greater than 2.0 to be indicative that

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Lawrence G. Miller, M.D.

Page 248

1                    REPORTER'S CERTIFICATE

2

3          I, James T. Bradle, Certified

4    Court Reporter, do hereby certify that the

5    above-named witness, after having been first

6    duly sworn by me to testify to the truth,

7    did testify as hereinabove set forth;

8               That the testimony was reported by

9    me in shorthand and transcribed under my

10   personal direction and supervision, and is a

11   true and correct transcript, to the best of

12   my ability and understanding;

13              That I am not of counsel, not

14   related to counsel or the parties hereto,

15   and not in any way interested in the outcome

16   of this matter.

17

18

19

20

21   _____

22   JAMES T. BRADLE

23   Certified Shorthand Reporter

24

25

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255
New Orleans * Baton Rouge * Covington * Shreveport                    (504) 529-5255