UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO ALL CASES ("Louisiana Plaintiffs") | * * * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |

**************************************************************************

## ORDER

Considering the foregoing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Ex Parte Motion to Continue Defendant United States' Motion to Dismiss the FTCA Negligence Claims of All Louisiana Plaintiffs for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability filed by the plaintiffs is GRANTED and reset for the 30th day of December, 2009 at 9:30 A.M.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
JUDGE KURT D. ENGELHARDT