Exhibit A

On July 03, 2009, the T.R.U.E. Tests patch system was applied to the back of Ms. Dubuclet to determine whether Ms. Dubuclet is allergic to environmental chemical agents or products.

The tests were interpreted as positive for:
    13 = p-tert Butylphenol Formaldehyde Resin 1+
    14 = Epoxy Resin 3+
    26 = Imidazolidinyl Urea (Germal 115) 1+

The first interpretation of this test was on July 06, 2009. A follow-up evaluation on July 08, 2009 revealed a higher reading for allergic reaction, Test #14 Epoxy Resin, with this second reading evaluated as 4+.

T.R.U.E. Tests Report, on the second reading, #13 and #26 remained at 1+.

These positive test results indicate that Ms. Dubuclet had been sensitized to formaldehyde and is now allergic to formaldehyde. Those chemicals are available in many products, and a synopsis of known problems is attached, including a list of related products.

Formaldehyde is present in many products and is found worldwide. Unfortunately, in the short-term following Hurricane Katrina, there was mass production of trailers and ultra rapid assembly of trailers, for emergency living quarters, which were mostly distributed by FEMA.

Ms. Dubuclet's trailer had an intense odor. Formaldehyde was used in the particle board and other wood products used in the construction of the trailer. There was confined space, and inadequate ventilation compared to a home with higher ceilings and larger rooms, to diffuse the density of the formaldehyde fumes.

Formaldehyde can be an irritant or an allergen or both. As an irritant, formaldehyde is first recognized for causing symptoms such as itching, tearing, runny nose, and various sensations of the skin and mucous membranes. Some individuals exposed, have difficulty breathing, and if they are asthmatic, can trigger an asthmatic episode.

If the process is strictly an irritation, the immediate treatment is removal of the person from the area affected by the formaldehyde. There are also treatments, for injuries or irritations or the signs or symptoms of formaldehyde exposure that are usually effective. However, if the person is exposed for a more extended period of time, they may develop an allergy to formaldehyde, which worsens the condition. If a person is allergic to formaldehyde, then small amounts can trigger all of the symptoms, as the intense exposure would do, as indicated above.
If a person becomes sensitized, and therefore allergic to formaldehyde, then it is likely to be a lifelong condition. This is significant, because the presence of formaldehyde is basically ubiquitous, with formaldehyde being found in many products, worldwide.

3

DUB001140