Exhibit B

# ALLERGEN PATCH TEST STANDARD DATA COLLECTION FORM

**TRUE TEST** Thin-Layer Rapid Use Epicutaneous Test

Lot No. _____
Date Applied 7/?/09

| | | |
|---|---|---|
| Date 1st Reading | 7/6/09 | |
| Date 2nd Reading | | |

**Patient's Name** _Laura DeLuca_
**Chart No.** 92512  **Age** 41  **Sex** (M/F)  **Race** B/W
**Physician's Name** _Hebert_
**Address** 325 _Elizabeth Ave_
**City** _Gretna_  **State** LA  **Phone** (504) 47-53/00  **ZIP** 70053

## PANEL 1

- 1 = Nickel Sulfate
  - 1st ___
  - 2nd ___
- 2 = Wool Alcohols
  - 1st ___
  - 2nd ___
- 3 = Neomycin Sulfate
  - 1st ___
  - 2nd ___
- 4 = Potassium Dichromate
  - 1st ___
  - 2nd ___
- 5 = Caine Mix
  - 1st ___
  - 2nd ___
- 6 = Fragrance Mix
  - 1st ___
  - 2nd ___
- 7 = Colophony
  - 1st ___
  - 2nd ___
- 8 = Paraben Mix
  - 1st ___
  - 2nd ___
- 9 = Negative Control
  - 1st ___
  - 2nd ___
- 10 = Balsam of Peru
  - 1st ___
  - 2nd ___
- 11 = Ethylenediamine Dihydrochloride
  - 1st ___
  - 2nd ___
- 12 = Cobalt Dichloride
  - 1st ___
  - 2nd ___

## PANEL 2

- 13 = p-tert Butylphenol Formaldehyde Resin
  - 1st ++
  - 2nd ++
- 14 = Epoxy Resin
  - 1st ?+
  - 2nd ++
- 15 = Carba Mix
  - 1st ___
  - 2nd ___
- 16 = Black Rubber Mix
  - 1st ___
  - 2nd ___
- 17 = Cl+ Me-Isothiazolinone
  - 1st ___
  - 2nd ___
- 18 = Quaternium -15
  - 1st ___
  - 2nd ___
- 19 = Mercaptobenzothiazole
  - 1st ___
  - 2nd ___
- 20 = p-Phenylenediamine
  - 1st ___
  - 2nd ___
- 21 = Formaldehyde
  - 1st ___
  - 2nd ___
- 22 = Mercapto Mix
  - 1st ___
  - 2nd ___
- 23 = Thimerosal
  - 1st ___
  - 2nd ___
- 24 = Thiuram Mix
  - 1st ___
  - 2nd ___

## PANEL 3

- 25 = Diazolidinyl Urea (Germall II)
  - 1st ___
  - 2nd ___
- 26 = Imidazolidinyl Urea (Germall® 115)
  - 1st ?+
  - 2nd ?+
- 27 = Budesonide
  - 1st ___
  - 2nd ___
- 28 = Tixocortol-21-Pivalate
  - 1st ___
  - 2nd ___
- 29 = Quinoline Mix
  - 1st ___
  - 2nd ___

## POSITIVE REACTIONS

| Allergen No. | CLINICAL RELEVANCE | | |
|---|---|---|---|
| | Present | Past | Unknown |
| 13 | ✓ | | |
| 14 | ✓ | | |
| 26 | ✓ | | |

## Comments

_____

**Description Codes for Patch Test Results:**
Extreme Positive Reaction (+++): spreading, bullous, ulcerative
Strong Positive Reaction (++): erythema, edema, papules and vesicles
Weak Positive Reaction (+): nonvesicular, erythema, infiltration, possibly papules
Doubtful Reaction(?): macular erythema only
Irritant Reaction (IR)
Negative Reaction (-)

70191-417-4 (10) ©2007, Alerderm. All rights reserved.