Exhibit C

literature.  In addition, I have interviewed Ms. Dubuclet and her mother, and examined Ms. Dubuclet in conjunction with Dr. George Farber, her treating dermatologist.

Briefly, Ms. "Timia" Dubuclet is a 10 year old African-American girl.  She was delivered by Cesarean section and weighed 6 lbs 11 oz at birth.  Her mother reports an uncomplicated pregnancy and delivery.  She reports that Timia was healthy as an infant, and recalls only the usual early childhood illnesses.  Timia and her mother recall frequent episodes of nasal congestion as a young child, treated with oral medications.  Her mother recalls a few episodes of dry skin but no significant skin problems until approximately 4 years ago.  At this time, her mother reports that Timia's dry skin became worse and she used several creams to treat it.  Timia and her mother report that Timia's skin problems became significantly worse soon after they moved into a FEMA trailer.  At this time, Timia developed patchy rashes, primarily on her arms, and also rashes and itching on her face, especially her eyelids (left greater than right).  These rashes were intensely pruritic, and Timia recalls that she would scratch them so much her skin became sore.  She used several creams with limited success.  These rashes persisted, sometimes in circumscribed patches, sometimes diffuse and primarily at the sites noted above.  Timia began seeing Dr. Farber in mid-2008, and reports that her skin is significantly better since that time.  She continued to have some itching and uses creams which she reports are helpful.  Timia's mother reports that Timia has had allergies and frequent episodes of sinus congestion since Timia was a young child;  Timia has used both oral medications and inhalers to treat this condition.  Timia's mother also reports that she has had nasal congestion since she was a young child.  Her symptoms have been primarily coryza and congestion, and have been treated with oral drugs and inhalers.  Timia and her mother indicate that her nasal symptoms became more common and more severe in the last 3-4 years, with persistent nasal congestion.  Timia and her mother recall no major illnesses and no hospitalizations.  Timia's mother reports no family history of allergies, although her mother indicates that she developed allergies while living in the trailer.

Review of medical records indicates no major illnesses.  There are mentions of dry skin and eczema as early as 2001, but no further description of physical findings;  she was treated with topical steroids and oral antihistamines at that time.  The problem appeared to be sporadic at this point, with prolonged asymptomatic intervals.  Timia again received topical treatment for this problem in early 2005.  There are several gaps in the medical records, with little information available in late 2005 and 2006.  Eczema is again described in 2007 and is present in almost all subsequent notations.  The diagnosis of atopic dermatitis was made in mid-2008, and has continued to the present.  Recent treatment has included topical steroids and light therapy, and has been reported to be successful.  Rhinitis is reported in the medical records in 2002, and Timia was treated with antihistamines and inhalers at this time.  Allergic rhinitis was first described in 2007, and has continued to the present, with intermittent treatment with antihistamines and inhalers.  Recent allergy testing performed by Dr. Farber indicates a positive response to formaldehyde; as Dr. Farber states, "The positive test for formaldehyde indicated that Timia has been sensitized to the formaldehyde, and is now allergic to it."

DUB000597