UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION:  N(5) |
| | | * | |
| This Document Relates to: | | * | |
| | | * | |
| This Document Relates to: | | * | |
| *Dubuclet v. Fleetwood Enterprises, Inc.* | | * | |
| | | * | JUDGE: ENGELHARDT |
| Case No. 07-9228 | | * | |
| | | * | |
| | | * | MAG: CHASEZ |

***********************************************************************************

**DEFENDANT FLEETWOOD ENTERPRISES, INC.'S OPPOSITION TO
PLAINTIFF'S MOTION IN LIMINE TO PROHIBIT
NARRATIVE AND/OR NON-RESPONSIVE TESTIMONY**

Plaintiff has filed a motion *in limine* to prohibit narrative and/or non-responsive

testimony (Rec. Doc. 7287).  Apparently, this motion is not addressed to all of Fleetwood

witnesses, but appears to be addressed to the testimony of defense expert, Dr. H. James Wedner.[1]

Astonishingly, this motion is not addressed to Dr. Wedner's answers to cross-examination

questions -- the usual venue for objections by an opposing party as to non-responsiveness -- but

now apparently Plaintiff claims that his answers to the direct questions of counsel are too

responsive.  This is the type of objection that should be made at the time the question is asked –

it is not a proper subject for a motion in limine.

---

[1] Apparently, Plaintiff does not like Dr. Wedner, who has already been the target of repeated motions by Plaintiff. This is now her fourth motion addressed to his opinions.

The parties to this motion sat through this Court's judicious handling of the *Alexander* case.  Counsel for Fleetwood understands fully the Court's admonition that lawyers were to move the case forward, and witnesses are to be responsive to questions.  But for Plaintiff to craft a motion *in limine* addressing the direct questioning of an expert witness which requires by way of answer an explanation in lay terms to technical questions is premature at best and a poorly disguised fifth attempt at challenging the expertise of Dr. Wedner at worst.  Put simply, it would be unworkable to craft advance responses to questions regarding extremely technical issues that Dr. Wedner -- or any other expert -- seeks to simplify for the benefit of the jury.  While counsel for Fleetwood will certainly advise all of its witnesses that their testimony should be responsive and to the point, live testimony – especially smooth flowing direct -- cannot be entirely dictated beforehand.

In addition, many of the quotations highlighted by Plaintiff are hardly non-responsive or narrative.  By way of example, when asked "Did you consider that there were other environmental factors that might be causing or aggravating asthma," Dr. Wedner responded, "We measured a huge number of environmental factors.  We looked at everything that we could get our hands on." *See* Rec. Doc. 7287, p. 3.  This is neither non-responsive nor a "lengthy and narrative response." *Id.* at p. 2.  Just because Plaintiff is not happy with the response does not render it non-responsive or narrative.  In fact, the examples offered by Plaintiff illustrate why this subject matter is not properly addressed in a motion *in limine* but is more properly reserved for this Court to decide at the time of trial.  All parties are equally aware of the need for all witnesses to appropriately respond to the questions posed to them.  Fleetwood respectfully submits that an Order in advance of trial is not needed to confirm this.

This 18TH day of November 2009.

Respectfully submitted:

*/s/ Richard K. Hines, V*
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## C E R T I F I C A T E OF SERVICE

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )   Hand Delivery                    ( )   Prepaid U.S. Mail

( )   Facsimile                        ( )   Federal Express

(X)   CM/ECF

New Orleans, Louisiana, this 18th day of November, 2009.

 /s/ Richard K. Hines, V
Richard K. Hines, V
Georgia Bar No. 356300
richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)