UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                             MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                                     SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 07-9228

## ORDER

Considering Plaintiff's Response to Defendant Fleetwood Enterprises, Inc.'s Motion for Partial Summary Judgment on the Express Warranty Claim (Rec. Doc. 7446), wherein Plaintiff withdraws her claim as to express warranty,

**IT IS ORDERED** that **Defendant Fleetwood Enterprises, Inc.'s Motion for Partial Summary Judgment on the Express Warranty Claim (Rec. Doc. 6579)** is **DENIED AS MOOT**.

New Orleans, Louisiana, this 18th day of November, 2009.

                                                     **KURT D. ENGELHARDT**
                                                     **UNITED STATES DISTRICT JUDGE**