UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                               MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 07-9228

## ORDER

Considering Plaintiff's Response to Fleetwood Enterprises, Inc.'s Motion for Partial Summary Judgment as to Medical Monitoring, Punitive Damages and Loss of Consortium Claims (Rec. Doc. 7452), wherein Plaintiff withdraws any claims as these three issues,

**IT IS ORDERED** that **Defendant Fleetwood Enterprises, Inc.'s Motion for Partial Summary Judgment on Medical Monitoring, Punitive Damages and Loss of Consortium Claims (Rec. Doc. 6613)** is **DENIED AS MOOT**.

New Orleans, Louisiana, this 18th day of November, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**