UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                              MDL NO. 1873
         FORMALDEHYDE
         PRODUCTS LIABILITY LITIGATION
                                                  SECTION "N" (5)

                                                  JUDGE ENGELHARDT
                                                  MAG. JUDGE CHASEZ

**THIS DOCUMENT RELATES TO**
**Member Case No. 09-2967**

## J U D G M E N T

For the reasons set forth in the Court's Order and Reasons dated October 14, 2009; accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendants, Keystone RV Company, Shaw Environmental, Inc., and the United States through the Federal Emergency Management Agency, and against plaintiff, Raymond Bell, III, dismissing plaintiff's complaint with prejudice.

New Orleans, Louisiana, this   18th   day of November, 2009.

                                   _____
                                        KURT D. ENGELHARDT
                                     UNITED STATES DISTRICT JUDGE