# UNITED STATES DISTRICT COURT
for the

## USDC Southern District of Mississippi

| | |
|---|---|
| Willie Powell, et al. | ) |
| Plaintiff | ) |
| v. | )  Civil Action No. 1:09cv565HSO-JMR |
| R-Vision, Inc. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Shaw Environmental, Inc
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN, CLERK

Porfi Stokes
Name of clerk of court

Date: 8/6/09

P. Stokes
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

August 20, 2009

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Shaw Environmental, Inc
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

RE:   Service for Willie Powell, et al. v. R-Vision, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause No. 1:09-cv-565 HSO JMR, in the USDC Southern District of Mississippi. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Shaw Environmental, Inc. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures






Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 1680 0002 4967 1051**
Status: **Delivered**

Your item was delivered at 12:00 pm on August 26, 2009 in BATON ROUGE, LA 70808. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Shaw Environmental, Inc</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____ _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #70091680000249671051, Sent 8/24/2009, Received 8/26/2009.  Registered Agent:  C T Corporation System 5615 Corporate Blvd. Ste. 400B Baton Rouge, LA 70808</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>10/29/2009</u>

                                                                  *[signature]*
                                                                  Server's signature

                                        Wynter Lee - Mass Tort Coordinator
                                                       Printed name and title

                                        2506 N. Port Ave. Corpus Christi, TX 78401
                                                            Server's address