UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Member Case No. 07-9228

# **ORDER AND REASONS**

Before the Court is Defendant Fleetwood Enterprises, Inc's Motion in Limine to Exclude the Testimony of Plaintiff's Expert Charles David Moore, PE, PLS (Rec. Doc. 6657). This motion is opposed by Plaintiff.

For substantially the same reasons set forth in Plaintiff's Opposition Memorandum (Rec. Doc. 7163), **IT IS ORDERED** that **Defendant Fleetwood Enterprises, Inc's Motion in Limine to Exclude the Testimony of Plaintiff's Expert Charles David Moore, PE, PLS (Rec. Doc. 6657)** is **DENIED.** Fleetwood Enterprises, Inc. ("Fleetwood") may vigorously cross-examine Moore on his opinions it claims are contrary to the facts at issue in this matter.

New Orleans, Louisiana, this 18th day of November, 2009.

**KURT D. ENGELHARDT**
**United States District Court**