UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | | MDL NO. 1873 |
| | | | | SECTION: N(5) |
| This Document Relates to: | | * * | | |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* | | * * * | | JUDGE: ENGELHARDT |
| Case No. 07-9228 | | * * * | | MAG: CHASEZ |

*****************************************************************************

## DEFENDANT FLEETWOOD ENTERPRISES, INC.'S RESPONSE TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE TESTIMONY AND EVIDENCE RELATING TO FLEETWOOD ENTERPRISES, INC.'S BANKRUPTCY FILING

Plaintiff has filed a motion in limine to exclude all reference to Fleetwood Enterprises, Inc.'s ("Fleetwood") bankruptcy filing (Rec. Doc. 7283). Inasmuch as Fleetwood has already filed a motion in limine that seeks to preclude all references to Fleetwood's financial status (including profits received from its manufacture of emergency housing unit) at Rec. Doc. 7215 (seeking to adopt prior rulings of this Court, specifically Rec. Docs. 3018 and 3019), Fleetwood consents to an order prohibiting any reference by the parties or their witnesses to the fact that Fleetwood is in bankruptcy and, accordingly, has no opposition to Plaintiff's motion in limine at Rec. Doc. 7283.

This 18th day of November 2009.

    Respectfully submitted:

    /s/ Richard K. Hines, V
    Richard K. Hines, V
    GA Bar No. 356300
    NELSON MULLINS RILEY & SCARBOROUGH, LLP
    Atlantic Station
    201 17th Street, NW, Suite 1700
    Atlanta, GA  30363
    (404) 322-6000 (phone)
    (404) 322-6050 (fax)

    Jerry L. Saporito
    LA Bar No. 11717
    LEAKE & ANDERSSON, L.L.P.
    1700 Energy Centre
    1100 Poydras St.
    New Orleans, LA 70163-1701
    (504) 585-7500 (phone)
    (504) 585- 7775 (fax)

    Counsel for Defendant Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )   Hand Delivery                             ( )   Prepaid U.S. Mail

( )   Facsimile                                 ( )   Federal Express

(X)   CM/ECF

New Orleans, Louisiana, this 18th day of November, 2009.

                                             */s/ Richard K. Hines, V*
                                             Richard K. Hines, V
                                             Georgia Bar No. 356300
                                             E-mail: richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)