UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT PERTAINS TO | * | |
| | * | |
| CIVIL CASE NO.   09-5282 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOSEPH M. BRUNO'S LIST OF PLAINTIFFS WHO REMAIN UNMATCHED PURSUANT TO PRETRIAL ORDER NO. 40

In compliance with Pretrial Order 40 (Document 1781), Joseph M. Bruno (the undersigned), notifies the Court of the plaintiffs who remain unmatched with a specific manufacturing defendant and the civil action number of the original complaint in which they were named.

Attached hereto as Exhibit "A" is a list of the filed plaintiffs represented by Joseph M. Bruno (the undersigned) that remains unmatched, along with the civil action number of the original complaint in which they were named plaintiffs.

This list contains 1,598 claimants, out of the approximate 3,218 filed clients represented by Joseph M. Bruno. Plaintiffs have been working diligently with FEMA to

1

obtain matching information. In fact, Plaintiffs have requested matching information for approximately 3,218 claimants. However, Plaintiffs have only received complete matching information for approximately 1,620 claimants. Plaintiffs' counsel currently has 388 filed claimants that have not been matched by FEMA because the undersigned is lacking information (FEMA ID number) required by FEMA to obtain the matching information. Plaintiffs' counsel is diligently attempting to obtain FEMA ID numbers (as well as other pertinent and required information) from these clients.

Respectfully submitted,

LAW OFFICE OF JOSEPH M. BRUNO, APLC

/s/ Joseph M. Bruno

JOSEPH M. BRUNO (La. Bar # 3604)
L. SCOTT JOANEN (La. Bar # 21431)
855 Baronne Street, 3rd Floor
New Orleans, Louisiana 70113
Telephone: (504) 561-6776
Facsimile: (504) 567-6775
Email: jbruno@jbrunolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 18th day of November, 2009.

/s/ Joseph M. Bruno
**Joseph M. Bruno**