**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | § | **MDL NO. 1873** |
| **FORMALDEHYDE** | § | |
| **PRODUCT LIABILITY LITIGATION** | § | **SECTION "N-5"** |
| | § | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | § | |
| | § | |
| ***Burks, et al v. Gulf Stream Coach*** | § | **MAG. JUDGE CHASEZ** |
| ***Inc., et al*** | § | |
| **Civil Action No. 09-4690** | § | |

<u>**ORDER ON PLAINTIFF JOHN ELLIS' NOTICE OF VOLUNTARY DISMISSAL**</u>
<u>**WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**</u>

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff JOHN ELLIS' Notice of Voluntary

Dismissal Without Prejudice is hereby, and in all things GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2009.


_____
HONORABLE KURT ENGELHARDT