**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** § § § § | | **MDL NO. 1873** <br><br> **SECTION "N-5"** <br> **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** § § | | |
| *Raymond, et al v. Gulf Stream Coach Inc., et al* § § § <br> **Civil Action No. 09-4699** | | **MAG. JUDGE CHASEZ** |

**ORDER ON PLAINTIFF CHIN TRAN, AS NEXT FRIEND OF CHRISTINA TRAN, A MINOR'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff CHIN TRAN, AS NEXT FRIEND OF CHRISTINA TRAN, A MINOR's Notice of Voluntary Dismissal Without Prejudice is hereby, and in all things GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
HONORABLE KURT ENGELHARDT