OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: November 17, 2009

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Paul Celestin, Sr., et al

vs.

Timberland RV Company, et al

Case No. 09-5239

Dear Sir:

Please **(issue)** summons on the **(complaint)** to the following:

1. Timberland RV Company d/b/a Adventure Manufacturing, through its Agent for Service of Process, Mark Gerber, President, P. O. Box 1210, Peru, IN 46970

2. Federal Emergency Management Agency (FEMA), Through the Office of the Director Craig Fugate, Director, 500 C Street, Washington, DC 20472

3. The United States of America, through Eric Holder, U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

4. United States of America, Through James Letten, U.S. Attorney for the EDLA, 500 Poydras St., Suite B210, New Orleans, LA 70130

Very truly yours,

*Justin I. Woods*
JUSTIN I. WOODS
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304
Attorney for Plaintiff