OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: November 17, 2009

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Nicole Walker, on behalf of the minor children, Shandrea Garner and Laura Garner

vs.

Recreation by Design, L.L.C., et al

Case No. 09-5243

Dear Sir:

Please **(issue)** summons on the **(complaint)** to the following:

1. Recreation by Design, L.L.C., Through its Agent for Service of Process, Randall K. Rush, 21746 Buckingam Rd., Elkhart, IN 46516.

Very truly yours,

*Justin I. Wood*
JUSTIN I. WOODS
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304
Attorney for Plaintiff