Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER          )   MDL NO. 07-1873
                             )
FORMALDEHYDE PRODUCTS        )   SECTION: "N" (5)
                             )
LIABILITY LITIGATION         )   JUDGE ENGELHARDT

VIDEOTAPED AND ORAL DEPOSITION OF

JASON LEIDIG

VOLUME 1

    VIDEOTAPED AND ORAL DEPOSITION OF JASON LEIDIG, a witness produced at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on the 3rd day of November, 2009, from 1:40 p.m. to 3:22 p.m., before Mary LaBounty, a Certified Shorthand Reporter in and for the State of Texas, reported by machine shorthand, at Associated Court Reporters, 425 Austin Avenue, 14th Floor, Waco, Texas, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record.

Jason Leidig          I November 3, 2009
Page 34

1  to her. You wrote her e-mail, and you asked her to give
2  the same explanation that she gave you in the
3  discussion; is that right?
4      A. Correct.
5      Q. Do you know if this was the end of the issue
6  or if there was any follow-up after this?
7      A. I know that I was taken out of the loop after
8  this. For me, this was the end of discussion. I never
9  heard anything else regarding it.
10     Q. At the top, we have Jill Igert who had printed
11 this out as it appears. Do you know who Jill Igert is?
12     A. No, I do not.
13     Q. And there's a string of names after that:
14 Margarita Dibenedetto, Tracy Haynes, George Smith, Rene
15 Rodriguez, Gail Haubrich. Do you know who any of those
16 individuals are?
17     A. No, I do not.
18     Q. So, when we talk about trend analysis, it
19 wasn't your duty to track trends regarding complaints.
20 It was mainly sales and things of that matter?
21     A. Yeah, it was -- yeah, just assisting the
22 business development managers in just their daily
23 activities which is, you know, developing sales.
24     Q. And, for example, one of those was Doug
25 Henriquez; is that right?

Jason Leidig          I November 3, 2009
Page 35

1      A. Oh, yeah.
2      Q. And was Doug Henriquez the main one who was
3  kind of tasked or going after the project with getting
4  FEMA to purchase Fleetwood manufactured homes?
5      A. He was -- he was working with Morgan. I think
6  Morgan was the face that -- that spoke with FEMA. I
7  don't think Doug Henriquez had a lot of activity, you
8  know, with FEMA. I think it was more just Morgan, and
9  then Morgan had -- because they were the GSA. They were
10 the ones that pursued the FEMA contract.
11     Q. The GSA, what do you mean?
12     A. Government Service --
13     Q. Administration?
14     A. I believe so.
15     Q. Besides this e-mail, do you remember -- this
16 e-mail that we've marked as Exhibit 1 -- do you remember
17 any other discussion or involvement you would have had
18 with regard to formaldehyde in travel trailers?
19     A. This is it.
20     Q. How about with regard to formaldehyde in
21 mobile homes?
22     A. Surrounding FEMA?
23     Q. Yes.
24     A. None, whatsoever.
25     Q. How about any kind of formaldehyde issue

Jason Leidig          I November 3, 2009
Page 36

1  regarding mobile homes even if it was not related to
2  FEMA?
3      A. I can't recall anything. You know, being a
4  QA manager, we discussed everything. You know, I mean,
5  formaldehyde is -- is a standard that's in the HUD if
6  I'm not mistaken, so, I mean, through the scope of my
7  job duties I'm sure that I came across, you know,
8  formaldehyde. But I can't recall any specific
9  instances. I know that we had to look for the stamps
10 low emission on the woods and materials that were
11 brought into the plant.
12     Q. But that was for manufactured houses as
13 opposed to travel trailers.
14     A. Correct.
15     Q. What types of wood products -- let me start
16 over. Where was LFE wood put into manufactured housing
17 manufactured by Fleetwood?
18     A. I know that Fleetwood prided itself on the use
19 of low-emitting materials throughout the home. So, I
20 mean, you would -- you would find it from floor joist
21 all the way up to rafters and everything in between.
22     Q. But you don't know for sure if any --
23 everything that was a composite wood product in that
24 travel trailer was indeed a low-emitting formaldehyde
25 product, do you?

Jason Leidig          I November 3, 2009
Page 37

1      A. You mean manufacturing homes or --
2      Q. Yes.
3      A. I would have to reference the HUD manual and
4  DAPIA to be certain, but if I'm not mistaken, I believe
5  that Fleetwood went out of its way to acquire
6  low-emitting materials in the use of every aspect of the
7  building of those homes.
8      Q. Let's go back to Exhibit 1 on the second page.
9  It says, "Lydell, can you get in touch with Fleetwood
10 and inquire if they placed this notice in the unit? No
11 one I can find has seen it in any of the EHSS." My
12 question to you is, do you know what the EHSS is that
13 they're referring to?
14     A. You've got me on that one. I don't know what
15 that is.
16     Q. Besides this contact with Jessica Guay, do you
17 remember any other contact with Jessica Guay?
18     A. No. The only other contact I had with a
19 travel trailer associate would have been out of the
20 Longview plant regarding an AC unit.
21     Q. Was there some kind of problem or issue with
22 the AC unit?
23     A. Yes, and they had it remedied the next day.
24     Q. What do you understand the problem was?
25     A. I just believe the air-conditioning unit --

```
Jason Leidig        I November 3, 2009
                                    Page 78
 1         THE VIDEOGRAPHER: This ends the
 2   deposition. The time is approximately 3:22 p.m.
 3            (End of deposition.)
```

```
Jason Leidig        I November 3, 2009
                                    Page 79
 1            CHANGES AND SIGNATURE
 2   WITNESS NAME: JASON LEIDIG    DATE: NOVEMBER 3, 2009
 3   PAGE  LINE   CHANGE         REASON
 4   _____
 5   _____
 6   _____
 7   _____
 8   _____
 9   _____
10        I, JASON LEIDIG, have read the foregoing
11   deposition and hereby affix my signature that same is
12   true and correct, except as noted above.

14            _____
15                   JASON LEIDIG

     THE STATE OF _____)
17   COUNTY OF _____)
18        Before me, _____, on this
     day personally appeared JASON LEIDIG, known to me (or
19   proved to me under oath or through
     _____) (description of identity
20   card or other document)) to be the person whose name is
     subscribed to the foregoing instrument and acknowledged
21   to me that they executed the same for the purposes and
     consideration therein expressed.
22        Given under my hand and seal of office this
     _____ day of _____, _____.
23
24            _____
              NOTARY PUBLIC IN AND FOR
25            THE STATE OF _____
```

```
Jason Leidig        I November 3, 2009
                                    Page 80
 1         UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE: FEMA TRAILER     ) MDL NO. 07-1873
                             )
 4   FORMALDEHYDE PRODUCTS   ) SECTION: "N" (5)
                             )
 5   LIABILITY LITIGATION    ) JUDGE ENGELHARDT
 6
 7            REPORTER'S CERTIFICATION
 8            DEPOSITION OF JASON LEIDIDG
 9                 NOVEMBER 3, 2009
10       I, Mary LaBounty, Certified Shorthand Reporter in
11   and for the State of Texas, hereby certify to the
12   following:
13       That the witness, JASON LEIDIG, was duly sworn by
14   the officer and that the transcript of the oral
15   deposition is a true record of the testimony given by
16   the witness;
17       That the deposition transcript was submitted on
18   _____, 2009, to the witness or to the attorney
19   for the witness for examination, signature and return to
20   me by _____, 2009;
21       That pursuant to information given to the deposition
22   officer at the time said testimony was taken, the
23   following includes counsel for all parties of record:
24   FOR THE PLAINTIFFS:
        Mr. Chris Pinedo
```

```
Jason Leidig        I November 3, 2009
                                    Page 81
 1   FOR THE DEFENDANT, FLEETWOOD ENTERPRISES, INC.:
        Ms. Taylor Tapley Daly
 2
     FOR THE DEFENDANT, UNITED STATES DEPARTMENT OF JUSTICE:
 3      Mr. Adam M. Dinnell
 4   FOR THE DEFENDANT, FLUOR ENTERPRISES, INC.:
        Ms. Tanya Henkels Fields
 5
     FOR THE DEFENDANT, KEYSTONE RV COMPANY; THOR CALIFORNIA;
 6   THOR INDUSTRIES; DUTCHMEN MANUFACTURING; DS CORP; KZ RV,
     LP:
 7      Mr. William Lampton
 8   FOR THE DEFENDANT, JAYCO, INC.; STARCRAFT RV, INC.:
        Mr. Thomas L. Cougill
 9
     FOR THE DEFENDANT, CRUM & FORSTER:
10      Ms. Heather Cheesbro
11       That $_____ is the deposition officer's charges
12   to the Plaintiffs for preparing the original deposition
13   transcript and any copies of exhibits;
14       I further certify that I am neither counsel for,
15   related to, nor employed by any of the parties or
16   attorneys in the action in which this proceeding was
17   taken, and further that I am not financially or
18   otherwise interested in the outcome of the action.
19       Certified to by me this _____ day of November, 2009.

22       Mary LaBounty, Texas CSR 7635
         Expiration Date: 12/31/10
23       Firm No.: 29
         Associated Court Reporters
24       425 Austin Avenue, 21st Floor
         Post Office Box 1247
25       Waco, Texas 76703
```

