OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: November 17, 2009

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Thelda Hart, et al., et al

vs.

Crum & Forster Specialty Insurance Co., et al

Case No. 09-4999

Dear Sir:

Please **(issue)** summons on the **(complaint)** to the following:

1. Crum & Forster Specialty Insurance Company, through The Louisiana Secretary of State, Legal Services Section, P. O. Box 94125, Baton Rouge, LA 70804-9125

2. Sentry Insurance A Mutual Company, through The Louisiana Secretary of State, Legal Services Section, P. O. Box 94125, Baton Rouge, LA 70804-9125;

Very truly yours,

*Justin I. Woods /s*
JUSTIN I. WOODS
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304
Attorney for Plaintiff