OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: November 17, 2009

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Michael Dupree, on behalf of Estate of Charlie Dupree

vs.

Crum & Forster Specialty Insurance Co., et al

Case No. 09-4964

Dear Sir:

Please **(issue)** summons on the **(complaint)** to the following:

1. Crum & Forster Specialty Insurance Company, through The Louisiana Secretary of State, Legal Services Section, P. O. Box 94125, Baton Rouge, LA 70804-9125

2. Sentry Insurance A Mutual Company, through The Louisiana Secretary of State, Legal Services Section, P. O. Box 94125, Baton Rouge, LA 70804-9125

3. Federal Emergency Management Agency (FEMA), Through the Office of the Director Craig Fugate, Director, 500 C Street, Washington, DC 20472

4. The United States of America, through Eric Holder, U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

5. United States of America, Through James Letten, U.S. Attorney for the EDLA, 500 Poydras St., Suite B210, New Orleans, LA 70130

Very truly yours,

*Justin I. Woods*

JUSTIN I. WOODS
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.