OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date:   November 17, 2009

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Theresa Hays
vs.
American International Specialty Lines, Co., et al

Case No. 09-5233

Dear Sir:

Please **(issue)** summons on the **(complaint)** to the following:

1. FEMA, through Craig Fugate, Director, 500 C Street SW Washington DC 20472
2. United States of America Department of Justice, through Eric Holder, U.S. Attorney, 950 Pennsylvania Ave NW Washington DC 20530-0001
3. United States of America through James Letten, U.S. Attorney for the Eastern District of LA, 500 Poydras St., Suite B1210, New Orleans, LA 70130

Very truly yours,

*Justin I. Wood /cb*

JUSTIN I. WOODS
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304
Attorney for Plaintiff