OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date:   November 18, 2009

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Glenn Andrews, et al
                vs.

American International Specialty
Lines Insurance Co., et al

Case No. 09-5238

Dear Sir:

Please **(issue)** summons on the **(complaint)** to the following:

1.    Federal Emergency Management Agency (FEMA), Through the Office of the Director
Craig Fugate, Director, 500 C Street, Washington, DC 20472

2.    The United States of America, through Eric Holder, U.S. Attorney General, U.S.
Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

3.    United States of America, Through James Letten, U.S. Attorney for the EDLA, 500
Poydras St., Suite B210, New Orleans, LA 70130

Very truly yours,

*Justin I. Wood/d*

JUSTIN I. WOODS
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304
Attorney for Plaintiff