OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: November 17, 2009

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Thomas Ellis

vs.

Forest River, Inc., et al

Case No. 09-5230

Dear Sir:

Please **(issue)** summons on the **(complaint)**to the following:

1. FEMA, through Craig Fugate, Director, 500 C Street SW, Washington, DC 20472

2. United States of America Department of Justice, through Eric Holder, U.S. Attorney, 950

Pennsylvania Ave NW, Washington DC 20530-0001

3. United States of America through James Letten, U.S. Attorney for the Eastern District of

LA, 500 Poydras St., Suite B1210, New Orleans, LA 70130

4. Forest River, Inc., Through its Agent for Service of Process, J. Richard Ransel, 228 W.

High St., Elkhart, IN 46516.

Very truly yours,

Justin I. Wood

JUSTIN I. WOODS
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304
Attorney for Plaintiff