# EXHIBIT "C"

# Email from Jessica Guay, July 17, 2006

FEMA17-022763

Page 1 of 3

# Allen, Jotham

| | |
|---|---|
| **From:** | Guay, Jessica [Jessica.Guay@fleetwood.com] on behalf of Owner Relations 15 [OwnerRelations15@fleetwood.com] |
| **Sent:** | Monday, July 17, 2006 11:01 AM |
| **To:** | Kaczorowski, James; Scott, Colonel; Goins, Ronald; Miller, Stephen; Broom, Lydell M |
| **Subject:** | RE: Harmful chemicals notice |

Hello,

I understand that you all are very concerned with the notice that you see in the trailer advising of harmful chemicals in the trailer that can cause cancer or birth defects. These products are manufactured with urea-formaldehyde resin. Formaldehyde vapor may in some people cause headaches, eye, nose and throat irritation, and aggravation of allergies and respiratory problems, such as asthma. Proper ventilation should reduce the risk of such problems.
Also you should know that urethane foam is flammable. Urethane foam will burn rapidly, in an enclosed space the resulting deficiency of oxygen will present a danger of suffocation to the occupants. Hazardous gases released by the burning foam can be incapacitating or fatal to human beings if inhaled in sufficient quantities.
I'm not sure if these trailers came with owners manuals, but if so they do outline what I just wrote.
I hope this will answer your questions. If we can be of further assistance you can also reach us at 800-445-3307.


Thank you,

Jessie
Fleetwood Service

---

**From:** Leidig, Jason
**Sent:** Friday, July 14, 2006 2:15 PM
**To:** Owner Relations 15
**Cc:** Kaczorowski, James; Scott, Colonel; Goins, Ronald; Miller, Stephen; 'Broom, Lydell M'
**Subject:** FW: Harmful chemicals notice

Jessie,

I appreciate you taking the time to take my call today and explaining to me the purpose for the warning label and it being secured in the window of the travel trailer units. Could you please respond to all the recipients in this email and explain the purpose of the warning label and reference the code that requires its placement in the window of the travel trailer unit. I appreciate your assistance with this.

Take care,

Jason Leidig
Senior Data and Trend Analyst
Business Development and Community Sales
phone: 254.799.0134 x2108
cell: 254.315.8331
fax: 254.799.0150
email: jason.leidig@fleetwood.com

-----Original Message-----
**From:** Broom, Lydell M [mailto:Lydell.Broom@dhs.gov]

8/14/2007

FEMA-Waxman -8/27/07 Production - 435

FCP038-000435

FEMA17-022764

**Sent:** Thursday, July 13, 2006 9:31 AM
**To:** Leidig, Jason
**Cc:** Kaczorowski, James; Scott, Colonel; Goins, Ronald; Miller, Stephen
**Subject:** FW: Harmful chemicals notice

Good Morning Jason:

Per our conversation this morning I am forwarding the file that contains pictures of the mobile home unit I spoke about in California. I need for you to verify if Fleetwood placed this sign in the unit and if so, what type of chemicals were used. The applicant in the home is requesting this information to report to his doctor.

I look forward to receiving your response first thing tomorrow morning upon your return trip from California.

Sincerely,

Lydell Broom
DHS / FEMA HQ / EHU LOG
West Area Field Office
Deputy Field Supervisor
225.346.4709 Desk
225.267.2618 Fax
703.254.9919 Cell

---

**From:** Miller, Stephen
**Sent:** Wednesday, July 12, 2006 5:46 PM
**To:** Broom, Lydell M
**Cc:** Kaczorowski, James; Scott, Colonel; Goins, Ronald
**Subject:** FW: Harmful chemicals notice

Lydell, can you get in touch with Fleetwood and inquire if they placed this notice in the unit? No one I can find has seen it in any of the EHSS.

---

**From:** Rodriguez, Rene
**Sent:** Wednesday, July 12, 2006 8:41 AM
**To:** Dibenedetto, Margarita
**Cc:** Haynes, Tracy; Miller, Stephen; Narciso, Louis; Igert, Jill; Ross, Cembrye
**Subject:** FW: Harmful chemicals notice

To all,

Please see attached pictures of a notice posted on the window of a Fleetwood unit located at ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮ LA. The applicant's name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wants to know what types of chemicals are in the unit so that he may inform his doctor. This looks like it is going to turn into something negative for us, so I wanted to give everyone a heads up.

(WIP page attached)

Thanks,

Rene L. Rodriguez
DHOPS-DR-1603-LA
Cell-(832)851-4013
FEMA Joint Field Office
415 North 15th Street

FEMA-Waxman -8/27/07 Production - 436

8/14/2007

FEMA17-022765

Baton Rouge, LA   70802

**From:** Ford, Robert A
**Sent:** Tuesday, July 11, 2006 6:04 PM
**To:** Rodriguez, Rene
**Subject:**

8/14/2007

FEMA-Waxman -8/27/07 Production - 437

FCP038-000437