# EXHIBIT "D"

# DEPOSITION TESTIMONY OF JESSICA GUAY, November 4, 2009

Appearance & Swear in of Witness- Pages 1-4 and 7.

Excerpts-
Page 9, Line 25;
Page 10, Line 1-25;
Page 11, Line 1-4;
Page 12, Line 1-9 and 15-20.

Court Reporters Certification- Page 28.

CERTIFIED COPY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER )
    FORMALDEHYDE PRODUCTS ) MDL NO. 07-1873
    LIABILITY LITIGATION )
_____)

DEPOSITION OF JESSICA GUAY, a witness herein, noticed by BENCOMO & ASSOCIATES at 3403 Tenth Street, Suite 640, Riverside, California, at 11:09 a.m., Wednesday, November 4, 2009, before Raquel Ann Fisher, CSR 12709.

Hutchings Number 237282

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS V.    November 4, 2009                    JESSICA GUAY

2

1      APPEARANCES OF COUNSEL:
2
3      FOR PLAINTIFFS' STEERING COMMITTEE:
4      BENCOMO & ASSOCIATES
5      BY RAUL R. BENCOMO
6      639 Loyola Avenue, Suite 2110
7      New Orleans, Louisiana  70113-3125
8
9      FOR UNITED STATES GOVERNMENT:
10     UNITED STATES DEPARTMENT OF JUSTICE
11     CIVIL DIVISION, ROOM 8220-N
12     BY ADAM DINNELL
13     1331 Pennsylvania Avenue, N.W.
14     Washington, D.C.  20004
15
16     FOR FLEETWOOD ENTERPRISES, INC.:
17     NELSON, MULLINS, RILEY & SCARBOROUGH
18     BY TAYLOR T. DALY
19     201 17th Street, Suite 1700
20     Atlanta, Georgia  30364
21
22
23
24
25

HUTCHINGS COURT REPORTERS, LLC - GLOBAL LEGAL SERVICES
800.697.3210

3

1    FOR CRUM & FORSTER:
2    LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
3    BY HEATHER CHEESBRO (Appearing Telephonically)
4    400 Poydras Street
5    Texaco Center, Suite 2300
6    New Orleans, Louisiana  70130
7
8    FOR JAYCO, INC. and STARCRAFT RV, INC.:
9    WILLINGHAM, FULTZ & COUGILL, LLP
10   BY THOMAS L. COUGILL (Appearing Telephonically)
11   Niels Esperson Building
12   808 Travis, Suite 1608
13   Houston, Texas  77002
14
15   FOR LIBERTY MUTUAL INSURANCE CORPORATION:
16   LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
17   BY KRISTOPHER M. REDMANN (Appearing Telephonically)
18   601 Poydras Street, Suite 2775
19   New Orleans, Louisiana  70130
20
21
22
23
24
25

4

1  FOR KEYSTONE RV COMPANY, THOR CALIFORNIA,
2  THOR INDUSTRIES, DUTCHMEN MANUFACTURING, DS CORP (dba
3  CrossRoads RV) and KZ RV, LP:
4  JONES WALKER LAW FIRM
5  BY WILLIAM LAMPTON (Appearing Telephonically)
6  Four United Plaza, Fifth Floor
7  8555 United Plaza Boulevard
8  Baton Rouge, Louisiana  70809
9
10 FOR FLUOR ENTERPRISES, INC.:
11 MIDDLEBERG, RIDDLE & GIANNA
12 BY LEZLY L. PETROVICH (Appearing Telephonically)
13 201 St. Charles Avenue, Suite 3100
14 New Orleans, Louisiana  70170-3100
15
16 Also Present:  Barbra Westmore, Videographer
17
18                       I N D E X
19 WITNESS:  JESSICA GUAY
20 EXAMINATION BY:                                  PAGE
21 MR. BENCOMO                                      7, 24
22 MR. DINNELL                                      15
23 MS. DALY                                         21, 25
24
25

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS V.    November 4, 2009                JESSICA GUAY

7

1          JESSICA GUAY,
2   a witness herein, having been sworn, testifies as
3   follows:
4
5                    -EXAMINATION-
6
7        BY MR. BENCOMO:
8            Q.   Would you please state your full name for the
9        record?
10  11:10    A.   Jessica Guay.
11           Q.   And Ms. Guay, what is your current address?
12           A.   4655 Minnier Avenue, Riverside, California,
13       92505.
14           Q.   What is your date of birth, ma'am?
15  11:10    A.   5/28/82.
16           Q.   Thank you very much.
17                Ms. Guay, were you ever employed by Fleetwood?
18           A.   Yes.
19           Q.   And in what capacity were you employed by
20  11:10  Fleetwood?
21           MS. PETROVICH:   Raul, this is Lezly.  Sorry to
22       interrupt.  Can you have the witness speak a little
23       louder?
24           MR. BENCOMO:   Sure.   Thank you.
25  11:11    THE WITNESS:   Can you restate your question?

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25     11:14        Q.   Now, what warning label was he referring to, do
```

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS V.    November 4, 2009                    JESSICA GUAY

                                                                                           10

1           you know?
2                   A.   Right offhand I don't specifically know.   There
3           is a couple labels that typically are posted in the
4           trailers.
5    11:14         Q.   So in this instance you don't know which label
6           he would be referring to?
7                   A.   No.  Not right offhand.  I can't recall.
8                   Q.   And you don't have nothing that refreshes your
9           recollection as it pertains to this e-mail?
10   11:14         A.   Unfortunately, no.
11                  Q.   Now, when you say warning label in the trailer,
12          do you know where a warning label, if there was such a
13          label, might have been located inside of a trailer?
14                  A.   Typically near the entry doorway, the bedrooms
15   11:15  sometimes, bathrooms, somewhere near the sofa window
16          area.  It can kind of vary, but those are kind of a lot
17          of the areas you would find.
18                  Q.   So you are aware of the fact that the warnings
19          might vary from location to location within a travel
20   11:15  trailer?
21                  A.   Yes.
22                  Q.   And in the bathroom, where might a warning be
23          located in the bathroom?
24                  A.   Around the mirror area in a vanity part.
25   11:15         Q.   You mean on the outside mirror on the vanity?

11

1    A.   Yeah.  In the bathroom but like around the
2  mirror area.
3    Q.   And this is based on your actually having seen
4  some of these warnings?
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS V.    November 4, 2009                    JESSICA GUAY

12

1            A.   "Hello.  I understand that you are all very
2       concerned with the notice that you see in the trailer
3       advising of harmful chemicals in the trailer that can
4       cause cancer or birth defects.  These products are
5  11:16 manufactured with urea-formaldehyde resin.  Formaldehyde
6       vapor may in some people cause headaches, eye, nose, and
7       throat irritation and aggravation of allergies and
8       respiratory problems, such as asthma.  Proper
9       ventilation should reduce the risk of such problems."

15  11:17      A.   Typically at that time that would have been
16       something that I would have looked through in the
17       Owner's Manual.  I believe possibly there's a notice
18       that contains something to that nature.  And I would
19       have also then discussed with any leads I had at that
20  11:17 time, as like supervisors.

STATE OF CALIFORNIA ) ss

I, Raquel Ann Fisher, CSR 12709, do hereby declare:

That, prior to being examined, the witness named in the foregoing deposition was by me duly sworn pursuant to Section 2093(b) and 2094 of the Code of Civil Procedure;

That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to text under my direction.

I further declare that I have no interest in the event of the action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

WITNESS my hand this _____ day of _____, 20 _____.

_____
Raquel Ann Fisher, CSR 12709