# On The Road



*Safety Chain Hookup
(spring bars removed for clarity)*

> ⚠ **WARNING**
>
> Never attach safety chains to the hitch ball or to any removable part of the hitch.

9. Connect the breakaway switch lanyard to an attachment eye on the tow vehicle. Be sure that the switch lanyard is adjusted so the switch is not activated during a full "jackknife" turn.

> ⚠ **WARNING**
>
> Do not connect the breakaway switch lanyard to the hitch ball or to any removable part of the hitch.

Remember that the breakaway switch's emergency braking feature requires a fully charged battery on the trailer. This important safety item is required in most states.

10. Plug the 12-volt electrical cord into the mating tow vehicle socket.
11. Run an operational check of stop lights, turn indicators, running lights, and electric brakes before driving off. See *Braking System* in this chapter and *Electrical System* chapter for more details about the electrical systems. Remove tire chocks.
12. Reverse the procedure for unhitching.

> ✓ **NOTE**
>
> After every trip both the pin and the coupler should be inspected for wear and tear or damage. If any excessive wear or cracking is observed, have the trailer inspected by a qualified professional and if necessary replace the affected parts.

## ADJUSTABLE HEIGHT COUPLER
*(If Equipped)*

### Bolt Application

1. Fasten coupler to bracket with two 5/8" diameter bolts S.A.E. grade 8 and lock nuts or nuts and lock washers.
2. Torque bolts to 200-230 ft. lbs. (dry).
3. Retorque bolts after first two hours of service, then continue to follow maintenance schedule.

### Latching Instructions

> ⚠ **WARNING**
>
> PERSONAL INJURY.
> Always open latch handle before inserting ball.

1. Insert finger in latch hole. Pull out and up on latch. Rotate latch 90° from original position.
2. Place coupler on 2-5/16" ball of same or greater capacity than trailer GVW (Gross Vehicle Weight.)
3. When ball is completely nested in ball socket, push forward on latch. Be sure that the tab on the latch is secured in slot.
4. Extend jack to ground and lift car/trailer combination 2" - 4" to insure coupler is securely attached to tow ball. Retract jack completely before towing
5. Insert padlock or bolt through lock hole in latch for theft protection.

## On The Road



**NOTE**

These couplers are not adjustable for ball size.

**Maintenance**

1. Lubricate ball socket and ball clamp with wheel bearing grease. Clean and lubricate monthly.
2. Check towing hitch, ball and coupler for signs of wear before each trip. Replace coupler if damaged or worn.
3. Lubricate moving or sliding parts monthly with S.A.E. 30 weight oil.
4. Should problems or questions arise, contact your dealer, the trailer manufacturer or Atwood Service Department at 815-877-5700. For warranty information contact Atwood before having any work done.

## HITCHING PROCEDURE FOR FIFTH-WHEEL TRAILERS

Before attempting to hitch up your trailer, read the instructions provided by the hitch manufacturer. The following instructions are usable in most cases. If the instructions provided with your hitch differ from this procedure, follow the hitch manufacturer's instructions.

Hitching up is a two-person job. One person should drive the truck and the second person should act as a spotter to assist the driver when maneuvering the truck into position.

 **CAUTION**

Although fifth-wheel trailers will not normally move when parked with the landing gear down it is highly recommended that wheel chocks be placed in front and rear of at least one tire to help prevent movement.

Always ensure that the trailer is stable before attempting to hitch up.

Determine the height of the receiver on the truck and use the landing gear to adjust the trailer to about the same level. A tape measure is a helpful tool. Adjust the height of the trailer pin box so that the loaded trailer is level when attached to the truck and ready to travel.

Both the truck and trailer should be on level ground. Connecting the receiver and pin box will be much easier if both height and side-to-side level are carefully matched.

**Procedure for Hitching:**

1. Raise or lower the front of the trailer so that the pin height closely matches that of the coupler assembly in the truck.
2. Open the coupler-locking device so that the pin can engage the hitch plate jaws.
3. Lower the truck tailgate.
4. Slowly back the truck towards the pin box until the pin and coupler are in close proximity and stop with the engine running, transmission in park and parking brake engaged.
5. Plug in the 12-volt electrical cord to the mating receptacle in the truck bed.
6. Raise or lower the trailer pin box to match the coupler.
7. Continue backing and engage the king pin and coupler completely.
8. Close the couple-locking device, engage the safety latch and install security pin (or lock).
9. To ensure the system is fully engaged and locked, move truck slightly tugging forward a few inches to confirm the trailer has resistance to motion.
10. Raise the fifth-wheel landing gear and remove any tire chocks.
11. Connect the breakaway switch lanyard. Be sure the lanyard is adjustable so that the switch is not actuated during a full "jackknife" turn.
12. Close the truck tailgate.

## On The Road

13. Run an operational check of stoplights, turn signals, running lights, and electric brakes before driving off. See *Braking System* in this chapter and *Electrical System* chapter for details.

✓ **NOTE**

*Periodically check pin box adjusting bolt torque with a torque wrench. Torque to 150 ft.-lbs.*

**CAUTION**

Damage will occur to your truck and/or trailer if you fail to lower the truck tailgate prior to hitching or fail to raise the truck tailgate after hitching.

**Procedure for Unhitching:**

1. Identify a flat and level location to unhitch and position the trailer.
2. Position wheel chocks to at least one tire location both in front and rear of the trailer tire(s).
3. Raise landing gear until the truck bed is unloaded and the pin box is free.
4. Disconnect the breakaway switch, 12-volt electrical cord and lower the tailgate.
5. Open the coupler-locking device so that the pin can disengage the hitch plate jaws.
6. Slowly move the truck forward ensuring the trailer and cords are clear. Once free raise the tailgate to the locked position.
7. Add lubricant/grease to the coupler locking device and pin. This will keep the parts rust free and ready for the next use.

✓ **NOTE**

*After every trip both the pin and the coupler should be inspected for wear and tear or damage. If any excessive wear or cracking is observed, have the trailer inspected by a qualified professional and if necessary replace the affected parts.*


*Fifth Wheel King Pin Prior to Engaging to Coupler*


*Fifth Wheel King Pin Engaged to Coupler*



| 1 | 2 | 3 | 4 |
| 1. 12 volt electric cord | | 3. Adjustable pin box | |
| 2. Breakaway switch | | 4. King pin | |

*Fifth-Wheel Pin Box*

## BRAKING SYSTEM

The electric brakes on your trailer are similar to the drum brakes on many cars and trucks. The basic difference between them is that your trailer brakes are operated by 12-volt DC power from the tow vehicle, rather than by hydraulic action. The brakes have been factory-calibrated for smooth, positive response. During break-in, they may squeak; this is normal and should cease after a few miles of wear.

### Brake System Components

The brake system on your trailer consists of several major components, all of which must function properly for safe braking.

- **Tow Vehicle Battery** – The tow vehicle is the primary electrical power source for the trailer braking system. The connection is made at the positive post of the battery, or at the tow vehicle starter solenoid battery terminal.

- **Brake Controller** – The brake controller is not supplied with your trailer. The electric trailer brakes are automatically applied by the brake controller, which is mounted within easy reach of the driver. This controller is connected to the tow vehicle's brake system and is actuated whenever the tow vehicle's brakes are applied. It may also be used to manually apply the trailer's brakes to control sway (see section on *Safe Driving Rules* in this chapter). The controller should have an adjustment for its engagement point; it is best to have the trailer brakes start acting slightly before those of the tow vehicle. This is called brake "lead." This causes the trailer to pull against the tow vehicle, keeping the two vehicles in alignment. This is particularly important during rainy weather or whenever the road surface is slippery. If the tow vehicle sets its brakes first, the trailer will tend to push the tow vehicle and possibly "jackknife." You may also need a resistor to keep trailer braking force low enough to prevent wheel lockup. Consult your controller instructions for further information and wiring instructions.



| ✓ | **NOTE** |
|---|---|
| | The brake controller is not supplied with your trailer. |

⚠ **WARNING**

Do not install a fuse in the circuit between the tow vehicle battery and the brake controller. A blown fuse would cause the controller to cease operating both automatically and manually, causing loss of trailer braking with no advance warning.

- **Connector Plug** – The multi-pin cord connector at the front of the trailer transfers electrical power from the tow vehicle's battery to the trailer brakes, exterior lighting system, and trailer battery.



*Brake System Connector Plug*

Certain models may be equipped with backup (reverse) lights which will be connected to the auxiliary (yellow - 7) position of the Brake System Connector Plug. Keep the plug clean, tight, and protected from the elements. Inspect it carefully every time you hitch up. Be certain that your installation includes a "charge line" from the alternator on the tow vehicle to terminal number four on the tow vehicle's connector receptacle. This wire should be 10-gauge

stranded copper with insulation rated for underhood temperatures. A 30-amp circuit protector should be installed near the alternator connection. This circuit will keep the trailer battery charged as you travel. See *Electrical Systems* chapter.

- **Trailer Battery** – The trailer battery provides power to activate the brakes in case of an emergency where the trailer becomes unhitched during towing.

✓ **NOTE**

The battery is not supplied by the trailer manufacturer.

- **Breakaway Switch** – The breakaway switch is located on the trailer tongue. This important safety item is required in most states. It has a steel cable (lanyard) fastened to it which will reach to the frame of the tow vehicle. This device is one of the most vital components on your trailer's braking system. It automatically applies the trailer brakes if the tow vehicle and trailer become uncoupled while in motion. The breakaway switch operates when a pull pin linked by the cable to the tow vehicle is separated from the switch. When the switch closes, power for brake application is transferred from the onboard trailer battery. The steel lanyard must be anchored to the tow vehicle when the trailer is hitched up. Secure this cable loop to the permanent frame of the tow vehicle, or a part of the hitch that is non-removable. *Do not fasten the breakaway switch lanyard to the hitch ball or any other removable part of the hitch.* Remove the pull pin every three months and lubricate it with light oil. Before reinserting the pin, spray the inside of the switch with an electrical contact cleaner to prevent corrosion.

Test the breakaway switch operation before each trip as follows:

1. Hitch the trailer to the tow vehicle.
2. Pull out the breakaway switch actuating pin.



*Lanyard Attachment for Breakaway Switch*

3. Test brakes by attempting to drive away. The breakaway switch is functioning properly if the trailer brakes are activated.
4. If the brakes are not activated, check that the trailer battery is connected and fully charged, and the trailer brakes are properly adjusted.
5. Obtain service repair if the trailer brakes do not operate after making these checks.
6. Reinsert the breakaway switch actuating pin before towing the trailer.

⚠ **WARNING**

Do not tow a trailer with a malfunctioning breakaway switch, or a dead or missing battery.

⚠ **WARNING**

Do not leave the pull pin out of the breakaway switch for more than a few minutes, or the battery will be drained. Do not use the breakaway switch for a parking brake.

- **Trailer Brakes** – Your trailer brakes are actuated by electrical energy from the brake controller. The greater the braking effort from the brake controller, the greater the braking force applied to the trailer brakes. The trailer brakes are also actuated

by the breakaway switch in case the tow vehicle and trailer become uncoupled. To insure brakes are in good working order, brakeshoes and drums should annually be checked for wear.

- Grounding – The electrical circuit that operates your trailer brakes can be reliably completed only by proper grounding back to the tow vehicle. A poor ground circuit from the brakes to the tow vehicle battery can hurt braking performance as much as a poor primary circuit from the battery to the brakes. Do not rely on the hitch ball/coupler for a good ground. Run a separate ground wire from the cord receptacle to the tow vehicle negative battery post, or to the tow vehicle frame. The ground conductor must be the same wire size as the charge line (10-gauge minimum).

## Braking Tips

- Before moving your trailer, inspect all external braking system components. Inspect all wiring connections. Test the breakaway switch as outlined above.
- Never use the trailer brakes alone for extended periods. They are designed to stop the trailer, not the tow vehicle. This action places excessive loads on the brakes, causing overheating, fading, and premature wear.
- Never use the tow vehicle brakes alone. The added weight of the trailer will more than double the load on the tow vehicle brakes, causing overheating, fading, and premature wear. Driving control can also be affected, due to the force of the trailer pushing against the tow vehicle. On slippery road surfaces this can result in "jackknifing."
- Always use the automatic brake controller. This synchronized braking system allows you to drive in the manner recommended by experts: both hands on the steering wheel. The brake controller is properly adjusted when the trailer brakes slightly "lead" the tow vehicle brakes. This will help keep the vehicles aligned for a safe, straight stop.
- Downgrades and curves require reduced speeds. A downgrade will require lower transmission gears and slower speeds to keep the brakes from overheating.
- Rain or slippery conditions require reduced speeds. Whenever in doubt, reduce your vehicle speed to ensure predictable, safe operation.

## TRAILER LOADING

Before discussing loading and weighing, we need to explain some common weight terms. We'll use abbreviations in our discussion. These terms are:

**GVWR (Gross Vehicle Weight Rating)** is the maximum permissible weight of this trailer when fully loaded. It includes all weight at the trailer axle(s) and tongue or pin.

**GAWR (Gross Axle Weight Rating)** is the maximum weight a specific axle is designed to carry.

**GCWR (Gross Combination Weight Rating)** is the value specified by the tow vehicle manufacturer as the maximum allowable loaded weight of the tow vehicle with its towed trailer or towed vehicle.

**UVW (Unloaded Vehicle Weight)** is the weight of this trailer as manufactured at the factory. It includes all weight at the trailer axle(s) and tongue or pin. If applicable, it also includes full generator fluids, including fuel, engine oil and coolants.

**CCC (Cargo Carrying Capacity)** is equal to GVWR minus each of the following: UVW, full fresh (potable) water weight (including water heater), and full Propane weight.

Case 2:07-md-01873-KDE-MBN   Document 7557-6   Filed 11/19/09   Page 7 of 19

## On The Road

A trailer chassis (suspension, wheels, tires, axles, frame and tongue) is designed to carry a certain maximum load. This load consists of the empty trailer itself, plus weight added in the form of water, food, clothing, and anything else that may be stored in or attached to the trailer. The maximum load for which the trailer is designed is called the *Gross Vehicle Weight Rating (GVWR)*, and is the total of the weight on the axles and the weight on the trailer tongue or fifth-wheel king pin.

Another critical weight factor is the *Gross Axle Weight Rating (GAWR)*. This is the maximum weight a specific axle is designed to carry. Again, the rating represents the empty vehicle's axle weight plus the maximum added load. On trailers with more than one axle, the weight is divided between each axle and each has its own GAWR. The total of all axle loads plus the tongue weight must not exceed the GVWR.

The tires equipped with your trailer are designed to carry the loads specified. Tires need to be of sufficient capacity to carry the load. Always maintain required tire pressure by checking frequently. Never replace or mix tires with a lower capacity specification.

In addition to knowing the overall weight that can be safely loaded in or attached to the trailer, you must know how to distribute this weight so that correct amounts of weight are placed on the axles and tongue.

Proper weight distribution for a tandem axle conventional trailer should have 9% to 15% of the loaded trailer weight on the tongue. Single axle trailers should have at least 10% to 15% on the tongue. Depending on your tow vehicle, the preferred weight on the tongue for conventional trailers is 11% to 12%. Fifth-wheel king pin weights should be 15% to 25% of the loaded fifth-wheel weight.

Proper weight distribution is required for towing stability and will assure that the trailer is not rear, front, or side heavy. A light tongue weight or heavy weights placed at the rear end of the trailer may cause sway. On the other hand, too much weight on the tongue can overload the tow vehicle and cause poor tow vehicle braking, poor steering, poor cornering, and can damage the trailer frame.

Your trailer is designed for maximum tongue weights and hitch spring bar ratings according to the following chart (not applicable to fifth-wheel models):

| TONGUE TYPE AND SIZE | MAXIMUM ALLOWABLE LOADED TONGUE WEIGHT | MAXIMUM ALLOWABLE HITCH SPRING BAR RATING |
|---|---|---|
| 4 inch channel | 750 lbs. | 750 lbs. |
| 5 inch channel | 1100 lbs. | 1000 lbs. |
| 6 inch channel | 1500 lbs. | 1500 lbs. |
| 4 inch tube | 650 lbs. | 550 lbs. |
| 5 inch tube | 900 lbs. | 750 lbs. |



**⚠ WARNING**

Do not exceed the specified tongue weight or spring bar rating. Damage to the trailer frame and poor handling and braking may result.

### Determining and Distributing Your Trailer's Load

The Gross Vehicle Weight Rating (GVWR) and the Gross Axle Weight Rating (GAWR) for your trailer are found on the label attached at the front road side of the trailer. You must compare the GVWR with the actual loaded weight of your trailer. If the loaded weight of your trailer exceeds the GVWR, your trailer is overloaded and you will have to remove items to bring the weight below the GVWR. Follow the method outlined here to determine the weight and weight distribution of your trailer. Use the *"Trailer/Tow Vehicle Load Worksheet #1"* (found toward the back of this manual) to calculate and record the tow vehicle/trailer loading figures. When weighing your trailer or tow vehicle always use a platform scale such as those used by trucking companies or highway weigh scales. The weigh station attendant can guide you through the correct positioning of the trailer and tow vehicle onto the scales.

1. **Weigh the trailer by itself.** After driving the tow vehicle and trailer onto the scale, disconnect the trailer from the tow vehicle and move the tow vehicle off the scale. The measured weight of the loaded trailer must not exceed the GVWR of the trailer. If the GVWR is exceeded cargo or equipment items must be removed. This can be recorded as the **1st scale reading on worksheet #1.**

2. **Find the tongue weight.** When the total trailer weight is under the rated GVWR, you next determine the trailer pin or tongue/coupler weight. Re-hitch the truck to the trailer. Move the trailer until the pin or tongue is off the scales. Ensure system is level. Read the 5th wheel or trailer weight on the axles alone. This can be recorded as the **2nd scale reading on worksheet #1.** Subtract weight on the axle(s) from the total weight. This weight difference will be the approximate pin or tongue weight. **Use lines below box 3 on worksheet #1.**

3. **Calculate the percentage tongue weight.** Divide the loaded tongue weight by the total loaded trailer weight. Multiply this result by 100. This will tell what percent of the total weight the pin or tongue is carrying. You need to know this to properly load your tow vehicle. If the tongue weight exceeds the proper range for your trailer, shift some of the load rearward to arrive at the proper load. If the tongue weight is below the proper range, move some of the load forward. If you have to shift the load to get the proper pin or tongue weight, check to be sure that you do not exceed the weight rating of the axle(s), tire(s), tongue, or hitch.

$$\text{Tongue Weight \%} = \frac{\text{Loaded Tongue Weight}}{\text{Loaded Trailer Weight}} \times 100$$

### Recommended Weight Distribution

|  | Minimum | Maximum |
|---|---|---|
| Trailer (Multiple Axle) 2 or more | 9% | 15% |
| Trailer (Tandem Axle) | 9% | 15% |
| Trailer (Single Axle) | 10% | 15% |
| Fifth-Wheel | 15% | 25% |

> **CAUTION**
>
> Weight Distributing Hitches
> A weight distribution hitch will change the weight distribution on the trailer and tow vehicle axles. If used, it is recommended that the trailer and tow vehicle be re-weighed to ensure that weight ratings are not exceeded.

4. With the trailer attached to the tow vehicle each wheel position should be weighted separately (see the "Trailer/Tow Vehicle Load Worksheet #2") to be sure individual axles and tires are not overloaded. If an overload condition exists on any axle or wheel position, trailer loading must be redistributed or removed. If an overload situation is not corrected, tire or mechanical failures may occur.

The individual wheel positions (particularly the rear positions) on the towing vehicle should also be weighed for possible overload while the trailer remains attached.

1. **To Obtain Individual Axle Weights, Gross Weights (Tow Vehicle) and Gross Combined Weight (Travel Trailer Plus Tow Vehicle):**

   a. Drive onto the scale loaded with all supplies, passengers, and equipment. Take a weight reading as the front axle of the tow vehicle comes onto the scale. It must not exceed the tow vehicle's front GAWR. This can be recorded as **entry 1a on worksheet #2.**

   b. The second reading includes the total tow vehicle weight and a portion of the hitch load with the trailer connected. This weight must not exceed the tow vehicles GVWR. This can be recorded as **entry 1b on worksheet #2.**

   c. Subtract the first reading from the second reading. The difference is the weight on the tow vehicle's rear axle. This must not exceed the tow vehicle's rear GAWR. This can be calculated and recorded as **step 1c on worksheet #2.**

## On The Road

2. **To Obtain Individual Wheel Position Weights (Tow Vehicle):**

   a. Place the right front tire of the tow vehicle on the scale and take a weight reading. This can be recorded as **entry 2a on worksheet #2**. Subtract this from the weight of the front axle to get the left front tire weight. This can be calculated and recorded as **calculate other side weight on worksheet #2 under step 2a.**

   b. Place both right side tires on the scale and take a weight reading. This can be recorded as **entry 2b on worksheet #2.**

   c. Subtract the weight of the right front tire from the weight of the right side of the tow vehicle to find the weight on the right rear tire. This can be calculated and recorded as **step 2c right rear on worksheet #2.**

   d. Subtract the weight of the right rear tire from the weight of the rear axle to get the weight of the left rear tire. This can be calculated and recorded as **step 2c left rear on worksheet #2.**

   e. Compare the weight on each tire to the tire load rating. The weights on the tires must not exceed the tire rating. **Places to record the tire load rating at inflation are on the worksheet #2.**

3. **To Obtain Individual Axle Weights (Travel Trailer):**

   a. Place all of the trailer axles on the scale and record the weight. This can be recorded as **entry 3a on worksheet #2.**

   b. Pull the trailer forward until the rear most axle is on the scale and the forward axle is off the scale. Record the weight of the rear axle only. This can be recorded as **entry 3b on worksheet #2.**

   c. The difference between these two weights is the weight on the front axle. This can be calculated and recorded as **step 3b front axle on worksheet #2.**

   d. Compare the weight of each axle to the gross axle weight rating. The weight on either axle must not exceed its GAWR.

4. **To Obtain Individual Wheel Position Weights (Travel Trailer):**

   a. Place the right side tires of the trailer on the scale and take a weight reading. This can be recorded as **entry 4a on worksheet #2**. Subtract this from the axle weight of both axles recorded as entry 3a to get the left side weight. This can be calculated and recorded as **calculate other side weight on worksheet #2 under step 4a.**

   b. Pull forward until only the right rear trailer tire is on the scale and take a weight reading. This can be recorded as **entry 4b on worksheet #2**. Subtract this from the weight of the rear axle recorded as entry 3b to get the left rear tire weight. This can be calculated and recorded as **calculate other side weight on worksheet #2 under step 4b.**

   c. Subtract the weight of the right rear tire from the weight of both right side tires to find the right front tire weight. This can be calculated and recorded as **calculate right front weight on worksheet #2 under step 4b.**

   d. Subtract the weight of the right front tire from the front axle weight to find the left front tire weight. This can be calculated and recorded as **calculate left front weight on worksheet #2 under step 4b.**

   e. Compare the weight on each tire to the tire load rating. The weights on the tires must not exceed the tire load rating. **Places to record the tire load rating at inflation are on worksheet #2.**

5. To Obtain Gross Combination Weight:
   a. Copy scale weight from step 1b.
   b. Copy scale weight from step 3a.
   c. Add both scale readings to obtain the gross combined weight. This can be calculated and recorded as **calculate gross combined weight on worksheet #2 and under step 5c.**
   d. Compare this weight to the GCWR of the tow vehicle. The GCW must never exceed the GCWR of the tow vehicle.

**CAUTION**

Tire Load Rating's
Tire load ratings are dependent on the tire inflation pressures. Please refer to the tire manufacturers inflation charts. Under inflated tires can be damaged and result in a loss of inflation pressure.

✓ **NOTE**

Periodically reweigh your travel trailer and tow vehicle. Different traveling configurations may change your loading and weight distribution.

⚠ **WARNING**

Do not exceed the rated load of the tow vehicle, the trailer, or the rated capacity of any axle or tire.

✓ **NOTE**

If other equipment or options such as leveling jacks, awnings, roof storage pods, etc., are installed after the trailer leaves the factory, the weight of these items must be subtracted from the load and cargo carrying capacity.

Remember that your tow vehicle is an integral part of your total towing combination. Weigh and load it with the same considerations as the trailer. Gross weight and axle weight ratings will be found on tags on the driver's door pillar or inside the glove compartment door. Consult you tow vehicle *Owner's Manual* or *Towing Guide* for more information. If you do not have a towing guide, you should request one from the tow vehicle manufacturer.

Your trailer contains an information sheet listing your trailer's GVWR, approximate *Unloaded Vehicle Weight (UVW)*, and approximate *Cargo Carrying Capacity (CCC)*. A sample of this form may be found at the back of this manual. The UVW and CCC are calculated from typical trailer weights. Due to variations in materials and in manufacturing, your actual trailer weights may differ.

Please note that the stated CCC may be limited by the tow rating of your tow vehicle. Ask your tow vehicle dealer for more information about tow ratings.

### How Overloading Affects Your Tires

The results of overloading can have serious consequences in terms of passenger safety. Too much weight for your vehicle's suspension system can cause spring, shock absorber or brake failure, handling or steering problems, irregular tire wear, tire failure or other damage. In cases of serious overloading, brakes can fail completely, particularly on steep hills.

The load a tire will carry safely is a combination of the size of the tire, its load range and corresponding inflation pressure. Excessive loads and/or under inflation cause "tire overloading." As a result, abnormal tire flexing occurs, which can generate an excessive amount of heat within the tire. Excessive heat may exceed the tire's capabilities, which may lead to tire failure. It is the air pressure which enables a tire to support the load, so proper inflation is critical.

Since RVs can be configured and loaded in many different ways, air pressures must be determined from the actual loads (determined by weighing) and taken from the load and inflation tables pro-

## On The Road

vided by the tire manufacturer. These air pressures may differ from those found on the certification label. However, they should never exceed the tire limitation for load or air pressure. If you discover that your tires cannot support the actual weights, lighten the load or install tires with a higher carrying capacity.

Note: Installing tires with a higher carrying capacity only solves the problem of tire overload. It has no effect on the over-loading of other components (i.e., rims, axles, shocks or bearings). Rims may not be capable of withstanding the higher pressures necessary to support the load. If the load cannot be adequately reduced, contact the RV manufacturer for advice.

If you decide to install a tire size other than that originally provided on the vehicle, care must be taken to ensure adequate load-carrying capacity and compatibility between the tire and rim.

If you have operated your vehicle with an under inflated tire, promptly have it removed from the wheel for a complete internal inspection to be sure it is not damaged. Tires driven even short distances while under inflated may be damaged beyond repair.

Tires should be inspected regularly for excessive or irregular tread wear, bulges, aging, fabric breaks, cuts or other damages. Remove any nails, stones, glass, etc., embedded in the tread to prevent damage. Even minor damage can lead to tire failure. Replace tires when the tread is worn to 2/32" depth remaining in two or more adjacent grooves.

**⚠ WARNING**

There is a danger of serious injury or death if a tire of one bead diameter is installed on a rim or wheel of a different rim diameter. Always replace a tire with another tire of exactly the same bead diameter designation and suffix letters.

### Loading Tips

After you have determined how much weight you can carry and selected those items to make up that weight, make a list and keep it for future reference. Load the trailer so that you get proper weight distribution on the axles and tires. Make a loading diagram representing your properly loaded trailer. It will help you locate where specific items are stored and will help speed the loading process.

Secure and brace stored items so they won't move during travel. Do not load heavy items near either end of the trailer or on the rear bumper. Adjust cargo to keep the side to side tire loads as equal as possible.

**CAUTION**

Do not install any type of weight carrying rack, frame, or hitch to the rear bumper, front A-frame assembly, chassis or body component of the trailer unless specified by the trailer manufacturer. Damage to the trailer body and unstable handling characteristics may result. Add-ons to the rear bumper, front A-frame assembly or the chassis could void your warranty on structural components.

**✓ NOTE**

Use extra care in packing and storing dishes, utensils, and foods in rear-kitchen models.

**⚠ WARNING**

Exceeding the GAWR or GVWR of your tow vehicle or trailer can cause undesirable handling characteristics and may create a safety hazard. Modification of your vehicle by the addition of racks not specified by the manufacturer to carry additional equipment or vehicles is not recommended, may create a safety hazard, and may void your warranty.

**⚠ WARNING**

Do not store or carry Propane containers, gasoline, or other flammable liquids inside your trailer.

### Bicycle Hitch Receiver (If Equipped)

The bicycle hitch receiver is limited to a 120 pound load (including the bicycle rack and bicycles).

### Cargo Carrying Capacity

During the design and development of your trailer, the number and size of storage compartments and the liquid tank capacities are maximized for value and convenience. If the trailer operator fills all liquid tanks to capacity, and fills all storage compartments and cupboards to maximum volume with heavy items, the trailer could potentially be overloaded. The operator is responsible for analyzing the conditions under which the trailer will be used for each trip.

Thoughtful consideration of the weight placed in the trailer can yield important benefits:

- Maximum flexibility in the use of the available storage space provided in the trailer;
- Improved tow vehicle/trailer handling characteristics;
- Better tow vehicle fuel mileage and reduced tire wear.

## SAFE DRIVING GUIDELINES

Fleetwood *does not* recommend transporting passengers in your trailer while traveling.

Your tow vehicle will have very different handling and stopping characteristics when it is towing a trailer. The following guidelines will help you develop needed driving skills for safe trailer towing:

- Travel very slowly if you are new to trailer towing, or if you have a new trailer or tow vehicle, until you have learned the handling and stopping characteristics of the tow vehicle/trailer combination. Practice turning, stopping, and backing in a secluded place away from traffic.
- **Do not permit a driver who is inexperienced at towing to operate your tow vehicle/trailer combination without your direct supervision.** Remember – it's slow speed for beginners.
- Tow at moderate speeds allowing for adverse highway and wind conditions. Even under the best of conditions, do not exceed posted speed limits for vehicles towing trailers. As speed increases, trailer sway stability, stopping ability, and the ability to make emergency maneuvers are greatly reduced.
- **Reduce speed before starting down hills** – even short ones – and avoid heavy tow vehicle braking on downgrades. Trailer towing stability is reduced when traveling downhill, and is further reduced by tow vehicle braking.
- **Slow down before entering turns** and avoid heavy braking in turns. Trailer stability is reduced in turns, and the weight of the trailer tends to push the back of the tow vehicle outward in turns, which can cause loss of control and "jackknifing."
- If it is windy or passing vehicles are affecting the trailer, slow down until full, comfortable control can be maintained. Trailer sway can be started by crosswinds and the wind from passing vehicles, especially trucks and buses passing from the rear. Reduced speed improves trailer stability and handling.
- **Do not use an automatic speed control** while towing. These devices can interfere with your ability to slow down in an emergency.
- **Avoid quick steering movements** that can start the trailer swaying.
- **Close, lock and deadbolt** the entry door and secure all windows and slide-outs before traveling.
- **Plan your trip and map out the roads** you plan to use. Find out the grade of the area you will be traveling in. Some moun-

## On The Road

tain passes have extreme conditions in elevation grade and curves you may prefer to avoid.

- **Rain or snow/ice conditions require extreme caution when towing.** Vehicle speeds should be reduced and in some cases, towing should be avoided.
- **Maintain at least twice the normal stopping distance while towing your trailer.** The increased weight of the combination of vehicles requires greater stopping distances.
- **Use lower gears on long grades.** Downshift on upgrades to avoid overheating or undue engine loads. Downshift on downgrades to allow engine braking to assist in controlling vehicle speed. Avoid continuous or frequent brake application. The weight of the combination of vehicles can cause brakes to overheat and fade.
- **Allow ample time for passing.** Your acceleration will be much slower and your combination of vehicles is much longer than the tow vehicle alone.

### If the Trailer is Swaying

- *Steer as little as possible while maintaining control of the vehicle. Because of your natural reaction time lag, quick steering movements to counter trailer sway can actually cause increased sway and loss of control. Try to hold the wheel as straight as possible until stability is regained.*
- *Slow down but avoid strong tow vehicle braking. Reduce speed gradually whenever possible. Use the hand control to gradually apply the trailer brakes; this will help keep the vehicles aligned. Tow vehicle braking reduces trailer stability, and sliding tow vehicle tires causes loss of control and jackknifing.*
- *If a reduction in trailer stability has occurred, slow down immediately and stop as soon as possible. Check tire pressures, sway control adjustment, hitch spring bar*

*adjustment, cargo weight distribution, and look for any signs of mechanical failure. Until the problem has been identified and corrected, travel at reduced speeds that permit full control.*

Once you become accustomed to the feel of your tow vehicle/trailer combination, you will find towing your trailer comparable to driving your family car. Become familiar with the position of the trailer in traffic, and be cautious when maneuvering to allow for its length and width. Always allow extra room to corner and to change lanes. Learn to use the side mirrors to view the road behind and to the sides. Check them often.

Allow for the extra height of your trailer and avoid areas having low overhead clearance. Check for low hanging tree branches or other obstructions whenever you drive, park, or when pulling in for fuel or service. Always check overhead clearances of overpasses and bridges. This may be particularly important if you drive with the roof vents open or if the trailer is equipped with a roof air conditioner, roof rack, or antennas.

## BACKING UP

Place your hand at the bottom of the steering wheel. The back of the trailer will move in the same direction that your hand moves. The rear of the tow vehicle will go the opposite way you want the trailer to turn. Be careful as the trailer/tow vehicle angle gets large; the hitch and/or tow vehicle and trailer may be damaged by jackknifing.

You will need a much greater turning radius than the tow vehicle itself requires. When backing, be sure to watch not only the rear, but also both sides of the tow vehicle.

Before backing up, you should designate a person to 'spot' you to ensure that you will not bump the trailer into anything out of your field of view.

In time, and with a little practice, you will be able to back your trailer with little effort. Always

04-16

be aware that you have poor visibility to the rear. Someone standing safely outside at the rear of the trailer to guide you can assist you in safe backing. Use both rear view mirrors when backing.

If you are in any doubt, stop, place the vehicle in park, shut the engine off and go look for yourself at the trailer to ensure it is going where you intend it to go.


**⚠ WARNING**

Ensure that small children are not present anywhere near your trailer when backing up.

## PARKING

When parking parallel to a curb, be sure to allow for poles or other obstructions beyond the curb as the front and rear portions of the trailer swing wider than the tow vehicle's body. Always shift the transmission to PARK ("P") with automatic transmissions, or low or reverse with manual transmissions, and set the parking brake when parking.

### Parking On a Grade

Try to avoid parking vehicles with trailers on a grade or hill. However, if you must park on a grade, follow these steps:

1. Apply and hold the tow vehicle brakes.
2. Have someone place wheel chocks under the trailer wheels.
3. When the wheel chocks are in place and the assistant is clear, release the tow vehicle brakes until the chocks absorb the load.
4. Apply the tow vehicle parking brake.
5. Shift the transmission to "P" (PARK), with automatic transmission or low or reverse with manual transmissions.

If the vehicle is parked on a grade, don't shift the transmission to "P" (PARK) until the trailer wheels are chocked and the tow vehicle parking brake is set. If you do, the weight of the vehicle and trailer may put so much strain on the transmission that it may be hard to shift out of "P" (PARK).


*Wheel Chocks*

When starting after being parked on a grade:

1. Apply and hold the tow vehicle brakes.
2. Start engine in "P" (for automatic transmission) or neutral with the parking brake set for manual transmissions.
3. Shift into gear and release the tow vehicle parking brake.
4. Release the tow vehicle brakes and move the trailer until the chocks are free.
5. Apply and hold the tow vehicle brakes and have an assistant remove the chocks.

## TIRES

Your trailer is equipped with quality tires made by a major tire manufacturer. Under normal circumstances and with proper maintenance, you should receive thousands of miles of trouble-free service. For safety, trailer stability, and maximum tire life, vehicle speeds must be proper, proper inflation pressure must be maintained, and tread depth and wear must be monitored. Properly inflated and maintained tires also contribute to overall trailer stability and safety. Refer to tire manufacturer's information provided in your *Owner's Information Package* for information on maintenance and tire care. If no information is provided, please contact your local tire manufacturer's location for advice.

## On The Road

The maximum cold-inflation pressure is stamped on the tire sidewall. Always inflate the tires to this maximum pressure.

Be sure that an accurate tire gauge is part of your tool kit. Check the pressures in the morning before starting out, when the tires are cold. Don't forget the spare! Do not bleed air out of warm tires. Inflation specifications are for cold tires.

> ⚠ **WARNING**
>
> Check tire pressures before travelling. Always check pressure when tires are cold. Do not exceed maximum recommended pressure.

> ⚠ **WARNING**
>
> Keep tires properly inflated. A tire that is run long distances or at high speeds while seriously under-inflated will overheat to the point where the tire may lose air suddenly and/or catch fire, possibly resulting in damage to the vehicle and its contents and /or personal injury.

> ⚠ **WARNING**
>
> All your trailer tires should be the same type, size, and construction — do not mix bias-belted and radial tires.

### If You Get a Flat Tire

In case of sudden tire failure,
- *Avoid heavy brake application*
- *Gradually decrease speed*
- *Hold the steering wheel firmly and move slowly to a safe place off the road*
- *Park on a firm, level spot*
- *Turn off the ignition*
- *Turn on the hazard warning flasher system.*

### Changing a Flat Tire

Should you experience a flat tire, it is recommended that you summon professional help through your auto club road service, or a local tire service facility.

> ⚠ **WARNING**
>
> To avoid personal injury and/or property damage if a blowout or other tire damage occurs, obtain expert tire service help. Do not attempt to change the tire yourself. Do not reinflate a tire that has been flat or is seriously low on air. Have the tire removed from the wheel and checked for damage. Never add air to tires unless an accurate pressure gauge is used.

> ⚠ **WARNING**
>
> DO NOT crawl under or place any part of your body under an RV that is being lifted.

### WHEEL LUG NUT TORQUE AND TIGHTENING INTERVALS

Proper wheel lug nut torque is very important to safe and dependable trailering. The wheel and axle systems used in trailers are similar in many ways to those used in cars and trucks. But they differ in several important ways. These differences require special attention to wheel lug nut torque, both while the trailer is new, and throughout the trailer's life.

Trailer wheels may carry higher loads per wheel than passenger car or truck wheels. Each wheel may carry from 1000 to 2500 pounds. Furthermore, wheels on tandem axle trailers do not steer, and are subjected to high side load stress whenever the trailer makes a tight turn. When you go around corners — especially slow, tight ones — the wheels on your trailer are subjected to these side loads. This tends to flex the wheel and may gradually loosen the wheel lug nuts.

## On The Road

**It is critical that the wheels be properly torqued** during the first 10, 25 and 50 miles of road operation. Although the wheels have been properly torqued before leaving the manufacturing plant, settling and wearing in of components during the first few miles of operation may cause some loosening of the wheel lug nuts.

A torque wrench with adequate accuracy is available at most automotive tool stores. Use of a torque wrench can also reduce the effort required to tighten the wheel lug nuts.

**Before each trip and any time a wheel is replaced,** be sure to tighten the wheel lug nuts, following the sequence shown in the diagram, to the specified torque. If the wheel was replaced, check the torque again after 10, 25 and 50 miles. If you notice wheel wobbling or hear a rattling sound coming from a wheel, especially at low speeds, a wheel lug nut may have come loose. This problem is usually caused by improper tightening or by faulty or damaged lug bolt threads. If you have reason to believe a lug nut has come loose, **safely stop the vehicle at the side of the road as soon as possible.** Put up warning devices. Remove the hub caps or wheel covers, if equipped and check the tightness of all the wheel lug nuts. Tighten all lug nuts to the specified torque ft./lbs. If lug bolt threads are damaged or faulty, get professional service help. **Do not tow the trailer with missing lug nuts or faulty lug bolts.**

⚠ **WARNING**

If not properly tightened, loose lug nuts can damage the stud and/or wheel. If driven in this condition for any extended period, severe wheel damage could occur affecting the handling of your trailer.



*Wheel Lug Nut Torque Sequence Diagram*

✓ **NOTE**

Use a torque wrench to tighten lug nuts. Tightening by hand or with an impact wrench *is **not*** recommended.

### Wheel Lug Nut Torque Specifications

| WHEELS | TYPE | SIZE | RECOMMEND TORQUE |
|---|---|---|---|
| Steel Wheel 13 x 4.5 x 545 AW | Spoke | 13 | 80 - 90 Ft./Lbs. |
| Steel Wheel 14 x 5.5 x 545 AW | Spoke | 14 | 80 - 90 Ft./Lbs. |
| Steel Wheel 15 x 5 x 545 AW | Spoke | 15 | 80 - 90 Ft./Lbs. |
| Steel Wheel 15 x 6 x 655 AW | Spoke | 15 | 90 - 100 Ft./Lbs. |
| Steel Wheel 16 x 6 x 655 AW | Spoke | 16 | 90 - 110 Ft./Lbs. |
| Steel Wheel 15 x 6 x 655 | Chrome | 15 | 85-95 Ft./Lbs. |
| Steel Wheel 16 x 6 x 655 | Chrome | 16 | 85-95 Ft./Lbs. |
| Steel Wheel 16 x 6 x 865 | Chrome | 16 | 105-115 Ft./Lbs. |

# On The Road

## CARBON MONOXIDE SAFETY PRECAUTIONS

Carbon monoxide is a colorless, tasteless, odorless gas. It is a by-product of the burning of fossil fuels (gasoline, Propane, diesel fuel, etc.). The engines in your tow vehicle and generator (if equipped), furnaces, water heater, Propane refrigerator and range produce it constantly while they are operating. *CARBON MONOXIDE IS DEADLY.* Please read and understand the following precautions to protect yourself and others from the effects of carbon monoxide poisoning.

Beware of exhaust gas (carbon monoxide) poisoning symptoms:
*Dizziness*
*Intense headache*
*Weakness and sleepiness*
*Nausea*
*Vomiting*
*Muscular twitching*
*Throbbing in temples*
*Inability to think coherently*

If you or others experience any of these symptoms, get out into fresh air immediately. If symptoms persist, seek medical attention. Shut down unit and do not operate until it has been inspected and repaired.

After traveling and/or before tow vehicle or generator operation, inspect the exhaust system(s) for damage.

Check the exhaust systems during routine maintenance, and repair any leaks, damage, or obstructions before further operations. Do not modify any exhaust system in any way.

If you do not have a carbon monoxide detector do not run the engine of the tow vehicle when connected to the trailer for any extended period if the trailer is in-use when camping.

**⚠ WARNING**

Do not under any circumstances operate any engine or the cooking stove or range while sleeping. You would not be able to monitor outside conditions to assure that engine exhaust does not enter the interior, and you would not be alert to exhaust odors or the symptoms of carbon monoxide poisoning.

**⚠ WARNING**

Exhaust gases are deadly. Do not block the tailpipes or exhaust ports, or situate the vehicle in a place where the exhaust gases have any possibility of accumulating either outside, underneath, or inside your vehicle or any nearby vehicles. Outside air movements can carry exhaust gases inside the vehicle through windows or other openings remote from the exhaust outlet. Operate the engines, carbon monoxide-producing systems or components only when safe dispersion of exhaust gases can be assured. Monitor outside conditions to be sure that exhaust continues to be dispersed safely.

## PRE-DEPARTURE SAFETY CHECK LIST

Before driving, make sure your vehicle and trailer maintenance is current. This is very important because towing puts additional stress on the tow vehicle.

☐ Check and correct tire pressure on the tow vehicle and trailer.

☐ Make sure the wheel lug nuts on the trailer are tightened to the correct torque.

☐ Be sure the hitch, coupler, draw bar, and other equipment that connect the trailer and the tow vehicle are properly secured and adjusted.

☐ Check that the wiring is properly connected—not touching the road, but loose enough to make turns without disconnecting or damaging the wires.

☐ Make sure all running lights, brake lights, turn signals, and hazard lights are working.

## On The Road

- ☐ Verify that the brakes on the tow vehicle and trailer are operating correctly.
- ☐ Check that all items are securely fastened on and in the trailer.
- ☐ Be sure the trailer jack, tongue support, and any attached stabilizers are raised and locked in place.
- ☐ Check load distribution to make sure the tow vehicle and trailer are properly balanced front to back and side to side.
- ☐ Check side and rear view mirrors to make sure you have good visibility.
- ☐ Check routes and restrictions on bridges and tunnels.
- ☐ Make sure you have wheel chocks and jack stands.

*04-21*

# On The Road

## SUPPLEMENTAL TIRE AND CARGO INFORMATION

### INTRODUCTION

Beginning with vehicles and trailers under 10,000 pounds produced in September 2005 the National Highway Traffic Safety Administration is requiring the phase in of improved tire sidewall identification markings, a new cargo/tire information placard and supplemental tire information to be included to manufacturers owner's manuals.

The sections which follow consist of excerpts from the NHTSA publication "Tire Safety – Everything Rides On it", instructions on how to determine the amount of cargo permissible for your trailer, and a glossary of tire terminology.

The new trailer placard, which discloses the trailer capacity weight, can be found near the existing Federal Certification Label at the left front sidewall of your trailer.



The placard will indicate the amount of cargo weight, which can be safely applied to your trailer. Even though this rating is not exceeded when you load your trailer, the loading and weighing instructions found in your owner's manual must be followed. Refer to the "on the road" section on trailer loading in your owner's manual.



Fleetwood physically weighs each individual trailer with equipped options produced at the factory using calibrated scales to determine the exact amount of cargo, which can be loaded. Three exceptions, which are calculated, should be noted as follows:

- Generator Fuel (if equipped) – The calculated weight of the fuel, which feeds the generator, has been added to reduce the cargo rating (fuel tank is assumed full).

- Propane – The calculated weight of Propane, which feeds the various on board appliances, has been added to reduce the cargo rating (Propane cylinders equipped are assumed full).

- On-Board Batteries – The calculated weight (125 pounds) of two batteries has been added to reduce the cargo rating (two batteries assumed to be used).

All other loose items added by the consumer, as well as fresh water, are considered to be cargo.

It should be noted that any other add-on items not supplied by Fleetwood nor installed by Fleetwood will reduce the amount of cargo which can be carried.

On trailers equipped with the trailer placard, selling dealers are required by law to apply a new placard with an adjusted cargo rating to account for the reduction of permissible cargo due to added items by the dealer or equipment installer. If you are uncertain about the accuracy of the placard, contact your dealer directly or contact Fleetwood for assistance.

It is the ultimate responsibility of the user to correctly load the trailer, distribute the weight appropriately and not exceed the placard cargo rating disclosed. Instructions on how to properly accomplish this are disclosed in the "on the road" section of the owner's manual.