# On The Road

This portion of the Owner's Manual contains tire safety information as required by 49 CFR 575.6

Section 1, based in part on the National Highway Traffic Safety Administration's Brochure entitled "Tire Safety-Everything Rides on It," contains the following items:

- Tire labeling, including a description and explanation of each marking on the tires, and information about the DOT Tire Identification Number (TIN).

- Recommended tire inflation pressure, including a description and explanation of:
  A. Cold inflation pressure.
  B. Vehicle Placard and location on the trailer.
  C. Adverse safety consequences of under inflation (including tire failure),
  D. Measuring and adjusting air pressure for proper inflation.

- Tire Care, including maintenance and safety practices.

- Trailer load limits, including a description and explanation of the following items:

  A. Locating and understanding the load limit information, total load capacity, and cargo capacity.

  B. Calculating total cargo capacity.

  C. Determining compatibility of tire and trailer load capabilities.

  D. Adverse safety consequences of over-loading on handling and stopping on tires.

Section 2 contains "Steps for Determining Correct Load Limit".

Section 3 contains a Glossary of Tire Terminology, including "cold inflation pressure", "maximum inflation pressure", "recommended inflation pressure", and other non-technical terms.

## SECTION 1

The National Traffic Safety Administration (NHTSA) has published a brochure (DOT HS 809 361) that discusses all aspects of Tire Safety, as required by CFR 575.6. This brochure is reproduced in part below. It can be obtained and downloaded from NHTSA, free of charge, from the following web site:

http://www.nhtsa.dot.gov/cars/rules/TireSafety/ridesonit/tires_index.html

Studies of tire safety show that maintaining proper tire pressure, observing tire and trailer load limits (not carrying more weight in your trailer than your tires or trailer can safely handle), avoiding road hazards, and inspecting tires for cuts, slashes, and other irregularities are the most important things you can do to avoid tire failure, such as tread separation or blowout and flat tires. These actions, along with other care and maintenance activities, can also:

- Improve trailer handling
- Help protect you and others from avoidable breakdowns and accidents
- Improve fuel economy
- Increase the life of your tires.

This booklet presents a comprehensive overview of tire safety, including information on the following topics:

- Basic tire maintenance
- Uniform Tire Quality Grading System
- Fundamental characteristics of tires
- Tire safety tips.

Use this information to make tire safety a regular part of your trailer maintenance routine. Recognize that the time you spend is minimal compared with the inconvenience and safety consequences of a flat tire or other tire failure.

## Safety First–Basic Tire Maintenance

Properly maintained tires improve the steering, stopping, traction, and load-carrying capability

# On The Road

of your trailer. Underinflated tires and overloaded trailers are a major cause of tire failure. Therefore, as mentioned above, to avoid flat tires and other types of tire failure, you should maintain proper tire pressure, observe tire and trailer load limits, avoid road hazards, and regularly inspect your tires.

## Finding Your Trailer's Recommended Tire Pressure and Load Limits

Tire information placards and trailer certification labels contain information on tires and load limits. These labels indicate the trailer manufacturer's information including:

- Recommended tire size
- Recommended tire inflation pressure
- Trailer capacity weight (TCW=the maximum occupant and cargo weight a trailer is designed to carry)
- Front and rear gross axle weight ratings (GAWR= the maximum weight the axle systems are designed to carry).

Both placards and certification labels are permanently attached to the trailer on the forward half of the left side, and are easily readable from outside the trailer without moving any part of the trailer.

## Understanding Tire Pressure and Load Limits

Tire inflation pressure is the level of air in the tire that provides it with load-carrying capacity and affects the overall performance of the trailer. The tire inflation pressure is a number that indicates the amount of air pressure– measured in pounds per square inch (psi)–a tire requires to be properly inflated. (You will also find this number on the trailer information placard expressed in kilopascals (kPa), which is the metric measure used internationally.

Trailer manufacturers determine this number based on the trailer's design load limit, that is,

the greatest amount of weight a trailer can safely carry and the trailer's tire size. The proper tire pressure for your trailer is referred to as the "recommended cold inflation pressure." (As you will read below, it is difficult to obtain the recommended tire pressure if your tires are not cold.) Because tires are designed to be used on more than one type of trailer, tire manufacturers list the "maximum permissible inflation pressure" on the tire sidewall. This number is the greatest amount of air pressure that should ever be put in the tire under normal driving conditions.

## Checking Tire Pressure

It is important to check your trailer's tire pressure, including the spare, at least once a month for the following reasons:

- Most tires may naturally lose air over time.
- Tires can lose air suddenly if you drive over a pothole or other object or if you strike the curb when parking.
- With radial tires, it is usually not possible to determine under-inflation by visual inspection.

For convenience, purchase a tire pressure gauge to keep in your tow vehicle or trailer. Gauges can be purchased at tire dealerships, auto supply stores, and other retail outlets.

The recommended tire inflation pressure that trailer manufacturers provide reflects the proper psi when a tire is cold. The term cold does not relate to the outside temperature. Rather, a cold tire is one that has not been driven on for at least three hours. When you drive, your tires get warmer, causing the air pressure within them to increase. Therefore, to get an accurate tire pressure reading, you must measure tire pressure when the tires are cold or compensate for the extra pressure in warm tires.

## Steps for Maintaining Proper Tire Pressure

- Step 1: Locate the recommended tire pres-

**On The Road**

sure on the trailer's tire information placard, certification label.
- Step 2: Record the tire pressure of all tires.
- Step 3: If the tire pressure is too high in any of the tires, slowly release air by gently pressing on the tire valve stem with the edge of your tire gauge until you get to the correct pressure.
- Step 4: If the tire pressure is too low, note the difference between the measured tire pressure and the correct tire pressure. These "missing" pounds of pressure are what you will need to add.
- Step 5: At a service station, add the missing pounds of air pressure to each tire that is under inflated.
- Step 6: Check all the tires to make sure they have the same air pressure.

If you have been towing your trailer and think that a tire is under inflated, fill it to the recommended cold inflation pressure indicated on your trailer's tire information placard or certification label. While your tire may still be slightly under inflated due to the extra pounds of pressure in the warm tire, it is safer to drive with air pressure that is slightly lower than the trailer manufacturer's recommended cold inflation pressure than to drive with a significantly under inflated tire. Since this is a temporary fix, don't forget to recheck and adjust the tire's pressure when you can obtain a cold reading. Make sure any leaks are repaired promptly by a qualified shop.

### Tire Size

To maintain tire safety, purchase new tires that are the same size as the trailer's original tires or another size recommended by the manufacturer. Look at the tire information placard, the owner's manual, or the sidewall of the tire you are replacing to find this information. If you have any doubt about the correct size to choose, consult with the tire dealer.

### Tire Tread

The tire tread provides the gripping action and traction that prevent your trailer from slipping or sliding, especially when the road is wet or icy. In general, tires are not safe and should be replaced when the tread is worn down to 1/16 of an inch. Tires have built-in tread-wear indicators that let you know when it is time to replace your tires. These indicators are raised sections spaced intermittently in the bottom of the tread grooves. When they appear "even" with the outside of the tread, it is time to replace your tires. Another method for checking tread depth is to place a penny in the tread with Lincoln's head upside down and facing you. If you can see the top of Lincoln's head, you are ready for new tires.

### Tire Balance

To avoid vibration or shaking of the trailer when a tire rotates, the tire must be properly balanced. This balance is achieved by positioning weights on the wheel to counterbalance heavy spots on the wheel-and-tire assembly. Special equipment is used and the balance must be performed by a qualified technician.

### Tire Repair

The proper repair of a punctured tire requires a plug for the hole and a patch for the area inside the tire that surrounds the puncture hole. Punctures through the tread can be repaired if they are not too large, but punctures to the sidewall should not be repaired. Tires must be removed from the rim to be properly inspected before being plugged and patched.

### Tire Fundamentals

Federal law requires tire manufacturers to place standardized information on the sidewall of all tires. This information identifies and describes the fundamental characteristics of the tire and also provides a tire identification number for safety standard certification and in case of a recall.

# On The Road

## Information on Passenger Vehicle Tires

Please refer to the diagram below.



**P** - The "P" indicates the tire is for passenger vehicles. NOTE: Passenger car tires are not recommended for use on trailers, because the capacity ratings are not marked on the side walls of these tires. In the event a passenger car tire is used, the capacity must be derated by 10%. Contact your local tire dealer.

**Next number** - This three-digit number gives the width in millimeters of the tire from sidewall edge to sidewall edge. In general, the larger the number, the wider the tire.

**Next number** - This two-digit number, known as the aspect ratio, gives the tire's ratio of height to width. Numbers of 70 or lower indicate a short sidewall for improved steering response and better overall handling on dry pavement.

**R** - The "R" stands for radial. Radial ply construction of tires has been the industry standard for the past 20 years.

**Next number** - This two-digit number is the wheel or rim diameter in inches. If you change your wheel size, you will have to purchase new tires to match the new wheel diameter.

**Next number** - This two- or three-digit number

is the tire's load index. It is a measurement of how much weight each tire can support. Note: You may not find this information on all tires because it is not required by law. Contact your local tire dealer.

**M+S** - The "M+S" or "M/S" indicates that the tire has some mud and snow capability. Most radial tires have these markings.

**Speed Rating** - The speed rating denotes the speed at which a tire is designed to be driven for extended periods of time. The ratings range from 99 miles per hour (mph) to 186 mph. These ratings are listed below. Note: You may not find this information on all tires because it is not required by law.

| Letter Rating | Speed Rating |
| --- | --- |
| Q | 99 mph |
| R | 106 mph |
| S | 112 mph |
| T | 118 mph |
| U | 124 mph |
| H | 130 mph |
| V | 149 mph |
| W | 168* mph |
| Y | 186* mph |

*For tires with a maximum speed capability over 149 mph, tire manufacturers sometimes use the letters ZR. For those with a maximum speed capability over 186 mph, tire manufacturers always use the letters ZR.

**U.S. DOT Tire Identification Number** - This begins with the letters "DOT" and indicates that the tire meets all federal standards. The next two numbers or letters are the plant code where it was manufactured, and the last four numbers represent the week and year the tire was built. For example, the numbers 3197 means the 31st week of 1997. The other numbers are marketing

**On The Road**

codes used at the manufacturer's discretion. This information is used to contact consumers if a tire defect requires a recall.

**Tire Ply Composition and Materials Used -**
The number of plies indicates the number of layers of rubber-coated fabric in the tire. In general, the greater the number of plies, the more weight a tire can support. Tire manufacturers also must indicate the materials in the tire, which include steel, nylon, polyester, and others.

**Maximum Load Rating -** This number indicates the maximum load in kilograms and pounds that can be carried by the tire.

**Maximum Permissible Inflation Pressure -**
This number is the greatest amount of air pressure that should ever be put in the tire under normal driving conditions.

**Additional Information on Light Truck Tires**

Please refer to the following diagram.



Tires for light trucks have other markings besides those found on the sidewalls of passenger tires.

**LT -** The "LT" indicates the tire is for light trucks or trailers.

**ST -** An "ST" is an indication the tire is for trailer use only.

**Max. Load Dual kg (lbs) at kPa (psi) Cold -**
This information indicates the maximum load and tire pressure when the tire is used as a dual; that is, when four tires are put on each rear axle (a total of six or more tires on the trailer). Note: Not applicable to RV trailers.

**Max. Load Single kg (lbs) at kPa (psi) Cold -**
This information indicates the maximum load and tire pressure when the tire is used as a single. Note: Applicable to RV trailers.

**Load Range -** This information identifies the tire's load-carrying capabilities and its inflation limits.

## Trailer Load Limits

Determining the load limits of a trailer includes more than understanding the load limits of the tires alone.

On a trailer, there is a Federal certification label that is located on the forward half of the left (road) side of the unit.

The certification label will indicate the trailer's gross trailer weight rating (GVWR). This is the most weight the fully loaded trailer can weigh. It will also provide the gross axle weight rating (GAWR). This is the most weight a particular axle can weigh. If there are multiple axles, the GAWR of each axle will be provided.

## Cargo Capacities

Cargo can be added to the trailer, up to the maximum weight specified on the placard. The combined weight the cargo is provided as a single number. In any case, remember: the total weight of a fully loaded trailer can not exceed the stated GVWR.

Water and propane also need to be considered. The weight of fully filled propane containers is considered part of the weight of the RV before it is loaded with cargo and is not considered part of the disposable cargo load. Water however, is a cargo weight and is treated as such. If there is a fresh water storage tank of 100 gallons, this

# On The Road

tank when filled would weigh about 800 pounds. If more cargo is being transported, water can be off-loaded to keep the total amount of cargo added to the trailer within the limits of the GVWR so as not to overload the trailer. Understanding this flexibility will allow you, the owner, to make choices that fit your travel and camping needs.

When loading your cargo, be sure it is distributed evenly to prevent overloading front to back and side to side. Heavy items should be placed low and as close to the axle positions as reasonable. Too many items on one side may overload a tire. The best way to know the actual weight of the trailer is to weigh it at a public scale. Talk to your RV dealer to discuss the weighing methods needed to capture the various weights related to the RV. This would include weights for the following: axles, wheels, hitch or pin and total weight.

## How Overloading Affects Your RV and Tires

The results of overloading can have serious consequences for passenger safety. Too much weight on your trailer's suspension system can cause spring, shock absorber, or brake failure, handling or steering problems, irregular tire wear, tire failure or other damage.

An overloaded trailer is hard to tow and hard to stop. In cases of serious overloading, brakes can fail completely, particularly on steep hills. The load a tire will carry safely is a combination of the size of tire, its load range, and corresponding inflation pressure.

Excessive loads and/or under-inflation cause tire overloading and, as a result, abnormal tire flexing occurs. This situation can generate an excessive amount of heat within the tire. Excessive heat may lead to tire failure.

It is the air pressure that enables a tire to support the load, so proper inflation is critical. Since RVs can be configured and loaded in many ways, air pressures must be determined from actual loads (determined by weighing) and taken from the load and inflation tables provided by the tire manufacturer. These air pressures may differ from those found on the certification label. However, they should never exceed the tire limitation for load or air pressure. If you discover that your tires cannot support the actual weights, the load will need to be lightened.

## TIRE SAFETY TIPS

### Preventing Tire Damage

- Slow down if you have to go over a pothole or other object in the road.

- Do not run over curbs or other foreign objects in the roadway, and try not to strike the curb when parking.

### Tire Safety Checklist

- Check tire pressure regularly (at least once a month), including the spare.

- Inspect tires for uneven wear patterns on the tread, cracks, foreign objects, or other signs of wear or trauma.

- Remove bits of glass and foreign objects wedged in the tread.

- Make sure your tire valve stems have valve caps.

- Check tire pressure before going on a long trip.

- Do not overload your trailer. Check the Tire Information and Loading Placard or User's Manual for the maximum recommended load for the trailer.

## SECTION 2

## STEPS FOR DETERMINING CORRECT LOAD LIMIT

1. Locate the statement "The weight of cargo should never exceed XXX lbs" on your vehicles placard.

2. This figure equals the available amount of cargo and luggage capacity.

**On The Road**

3. Determine the combined weight of luggage and cargo being loaded on the trailer. That weight may not safely exceed the available cargo and luggage load capacity.

## SECTION 3

### GLOSSARY OF TIRE TERMINOLOGY

**Bead** - The part of the tire that is made of steel wires, wrapped or reinforced by ply cords and that is shaped to fit the rim.

**Bead separation** - This is the breakdown of the bond between components in the bead.

**Bias ply tire** - A pneumatic tire in which the ply cords that extend to the beads are laid at alternate angles substantially less than 90 degrees to the centerline of the tread.

**Carcass** - The tire structure, except tread and sidewall rubber which, when inflated, bears the load.

**Chunking** - The breaking away of pieces of the tread or sidewall.

**Cold inflation pressure** - The pressure in the tire before you drive.

**Cord** - The strands forming the plies in the tire.

**Cord separation** - The parting of cords from adjacent rubber compounds.

**Cracking** - Any parting within the tread, sidewall, or inner liner of the tire extending to cord material.

**Groove** - The space between two adjacent tread ribs.

**Gross Vehicle Weight Rating (GVWR)** - The maximum permissible weight of this fully loaded motorhome.

**Gross Axle Weight Rating (GAWR)** - The value specified as the load carrying capacity of a single axle system, as measured at the tire-ground interfaces.

**Hitch Weight** - The vertical trailer load supported by the hitch ball.

**Innerliner** - The layer(s) forming the inside surface of a tubeless tire that contains the inflating medium within the tire.

**Innerliner separation** - The parting of the innerliner from cord material in the carcass.

**Intended outboard sidewall** - The sidewall that contains a white-wall, bears white lettering or bears manufacturer, brand, and/or model name molding that is higher or deeper than the same molding on the other sidewall of the tire or the outward facing sidewall of an asymmetrical tire that has a particular side that must always face outward when mounted on a trailer.

**Light truck (LT) tire** - A tire designated by its manufacturer as primarily intended for use on lightweight trucks, multipurpose passenger vehicles, or trailers.

**Load rating** - The maximum load that a tire is rated to carry for a given inflation pressure.

**Maximum load rating** - The load rating for a tire at the maximum permissible inflation pressure for that tire.

**Maximum permissible inflation pressure** - The maximum cold inflation pressure to which a tire may be inflated.

**Maximum loaded trailer weight** - The sum of the unloaded vehicle weight (UVW), propane weight, and trailer capacity weight.

**Measuring rim** - The rim on which a tire is fitted for physical dimension requirements.

**Open splice** - Any parting at any junction of tread, sidewall, or innerliner that extends to cord material.

**Outer diameter** - The overall diameter of an inflated new tire.

**Overall width** - The linear distance between the exteriors of the sidewalls of an inflated tire.

# On The Road

including elevations due to labeling, decorations, or protective bands or ribs.

**Pin Weight** - The vertical trailer load supported by the king pin of a fifth wheel hitch.

Ply - A layer of rubber-coated parallel cords.

**Ply separation** - A parting of rubber compound between adjacent plies.

**Pneumatic tire** - A mechanical device made of rubber, chemicals, fabric and steel or other materials, that, when mounted on an automotive wheel, provides the traction and contains the gas or fluid that sustains the load.

**Radial ply tire** - A pneumatic tire in which the ply cords that extend to the beads are laid at substantially 90 degrees to the centerline of the tread.

**Recommended inflation pressure** - This is the inflation pressure provided by the trailer manufacturer on the Tire Information label and on the Certification / VIN tag.

Reinforced tire - A tire designed to operate at higher loads and at higher inflation pressures than the corresponding standard tire.

**Rim** - A metal support for a tire or a tire and tube assembly upon which the tire beads are seated.

**Rim diameter** - This means the nominal diameter of the bead seat.

**Rim size designation** - This means the rim diameter and width.

Rim type designation - This means the industry of manufacturer's designation for a rim by style or code.

**Rim width** - This means the nominal distance between rim flanges.

**Section width** - The linear distance between the exteriors of the sidewalls of an inflated tire, excluding elevations due to labeling, decoration, or protective bands.

**Sidewall** - That portion of a tire between the tread and bead.

**Sidewall separation** - The parting of the rubber compound from the cord material in the sidewall.

TCW – Trailer capacity weight, the maximum cargo weight a trailer is designed to carry. Note: Includes fresh water as cargo weight.

**Tread** - That portion of a tire that comes into contact with the road.

**Tread rib** - A tread section running circumferentially around a tire.

**Tread separation** - Pulling away of the tread from the tire carcass.

Treadwear indicators (TWI) - The projections within the principal grooves designed to give a visual indication of the degrees of wear of the tread.

**UVW** – Unloaded vehicle weight is the weight of this trailer as manufactured at the factory. It includes all weight at the trailer axle(s) and tongue or pin. If applicable, it also includes full generator fluids, including fuel, engine oil and coolants.

# LIVING WITH YOUR TRAILER

## SETUP

This section outlines the procedures necessary to stabilize and setup your trailer.

Before attempting to setup the trailer, carefully read and understand these instructions. Setting up your trailer is not difficult but does require some forethought and care.

Your trailer is designed to be efficient and comfortable. Careful attention to details and thoroughness during setup will ensure that you will benefit from all the features and comfort built into your trailer.

During storage or after your trailer has been setup, you may notice slight rippling or waviness of the aluminum or fiberglass exterior sidewall panels. This is caused by the normal expansion and contraction of the materials as they warm up and cool down.

## LEVELING AND STABILIZATION

Leveling of your trailer at the site is important. A level trailer is not only necessary for comfort but your refrigerator must be level in order to operate properly.

Stabilization is recommended to keep the trailer from jouncing while unhitched when people are moving inside the trailer.

Stabilizer jacks are intended to stabilize the trailer body while the trailer's full weight is supported by the hitch jack (conventional trailers) or landing gear (fifth-wheel trailers) and running gear. Stabilizer jacks are not designed to lift or level the trailer or support its entire weight. If your trailer is not factory-equipped with stabilizer jacks, be sure the jacks you use are load rated for the weight they will support. Optional permanently-mounted stabilizer jacks are available on most models and are located near each corner.

## Leveling Procedures for a Conventional Trailer

1. If the site is not an asphalt pad, concrete slab or other prepared surface, be sure it is as level as possible. Be sure the ground surface is not soft and will support the weight of the trailer on the stabilizing jacks or other support devices.

2. Before uncoupling, level the trailer from side to side with suitable lengths of 2" x 6" wood blocks under the trailer wheels. Place the 2" x 6" wood blocks on the ground surface forward of the trailer wheels, and tow the trailer onto the 2" x 6" blocks. Block the trailer wheels so the trailer cannot roll.

3. Put the foot pad on the hitch jack post, uncouple the trailer from the tow vehicle and level the trailer front to rear. It may be necessary to place a sturdy 2" x 6" wood block or equivalent under the jack post foot pad to support the jack post on soft ground surfaces.

4. To assure reasonable level at the refrigerator, use the round bubble level inside the refrigerator. Acceptable level is when the bubble is within the marked area of the bubble level.

5. Lower the factory installed stabilizer jacks (if equipped) at the front and rear or position stabilizer jacks under the main frame rails, two or three feet in from the front and back. Adjust each jack to a snug, tight fit. Sturdy wood blocking or equivalent may be required to provide supporting area on the ground.

6. After stabilizing the trailer, be sure the trailer frame is not twisted, buckled, or stressed. Check that all doors and windows operate freely and do not bind.

7. Before resuming travel, be sure all stabilizer jacks are removed or fully retracted.

## Living With Your Trailer


**⚠ CAUTION**

After-market stabilizer stands must be placed only under chassis frame rails.


**⚠ WARNING**

Do not use the stabilizer jack(s) as a tire changing jack.


**⚠ WARNING**

Use only the handle provided with the stabilizer jack. Do not use any kind of "cheater" bar on the handle.


**⚠ WARNING**

Do not attempt to use the stabilizer jack(s) to level the trailer, lift the weight of the trailer, raise the tires off the ground, or otherwise place all the weight of the trailer on the stabilizer jacks. Damage to the trailer frame and/or door jamb(s) may occur.

### Leveling Procedures for a Fifth-Wheel Trailer

1. If the site is not an asphalt pad, concrete slab or other prepared surface, be sure it is as level as possible. Be sure the ground surface is not soft and will support the weight of the trailer on the stabilizing jacks or other support devices.

2. Before unhitching, level the trailer from side to side with suitable lengths of 2" x 6" wood blocks under the trailer tires. Place the 2" x 6" wood blocks on the ground surface forward of the trailer tires and tow the trailer onto the 2" x 6" blocks. Block the trailer tires so the trailer cannot roll.

3. Lower the "quick drop" landing gear legs before extending the landing gear. The positioning of the "quick drop" legs will depend upon how level your campsite is

from side-to-side and front-to-rear. The landing gear is then extended either mechanically (hand crank) or by the optional power motor. It may be necessary to place a sturdy 2" x 6" wood block or equivalent under the foot pads to support the landing gear on soft ground surfaces.

4. To assure reasonable level at the refrigerator, use the round bubble level inside the refrigerator. Acceptable level is when the bubble is within the marked area of the bubble level.

5. Lower the factory installed stabilizer jacks (if equipped) at the rear of the trailer or position stabilizer jacks under the main frame rails, two or three feet in from the rear. Adjust each jack to a snug, tight fit. Sturdy wood blocking may be required to provide supporting area on the ground.

6. The king pin area can be stabilized with a king pin stabilizer jack optional for fifth wheels.

7. After stabilizing the trailer, be sure the frame is not twisted, buckled, or stressed. Check that all doors and windows operate freely and do not bind.

8. Before resuming travel, be sure all stabilizer jacks are removed or fully retracted.


**⚠ CAUTION**

Do not operate the power landing gear with crank handle engaged.


**⚠ CAUTION**

After-market stabilizer stands must be placed only under chassis frame rails.


**⚠ WARNING**

Do not use the stabilizer jack(s) as a tire changing jack.

## Living With Your Trailer

> ### ⚠ WARNING
>
> Use only the handle provided with the stabilizer jack.
> Do not use any kind of "cheater" bar on the handle.

> ### ⚠ WARNING
>
> Do not attempt to use the stabilizer jack(s) to level
> the trailer, lift the weight of the trailer, raise the tires
> off the ground, or otherwise place all the weight of
> the trailer on the stabilizer jacks. Damage to the
> trailer frame and/or door jamb(s) may occur.



*Fifth Wheel Landing Gear: Lowered Position*



*Fifth Wheel Landing Gear: Travel Position*

### Units with Slide-Out Rooms

The slide-out room(s) are designed to provide additional living space.

There are several types of slide-outs available as standard or optional equipment on your trailer. Refer to the *Slide-Out* section of the *Equipment* chapter for proper setup and operation.

Remove all travel locks before operating the slide-out, and replace them before moving the trailer.

> ## CAUTION
>
> Never attempt to move your trailer with the slide-out room(s) extended. Damage can occur to the slide-out or the trailer.



*Slide-Out Travel Lock*



*Slide-Out Travel Lock Installed*

## Living With Your Trailer



*Slide-Out Travel Lock Installed (Alternate Position)*

## EFFECTS OF PERMANENT OCCUPANCY

### Condensation and How to Control It

You need to understand how to properly manage and control the humid conditions and condensation that you may experience.

RVs are much smaller than a house, and are tightly built. This means that the interior air will become saturated with moisture more quickly than a typical house. The routine activities of a few people can put a lot of water into the air. In cold weather, this moisture may become visible as condensation.

Condensation happens naturally. Just as moisture collects on the outside of a glass of cold water during humid weather, moisture can condense on the inside surfaces of your RV during cold weather when the humidity of the interior air is high.

Water vapor will condense on the inside of the windows and walls. In really cold weather, frost or ice may appear. *It may also condense out of sight within the walls or the ceiling.* If enough water collects in the wall or ceiling materials, it may cause water stains on the wall or ceiling surface. You might think that your walls or ceiling are leaking. You have a problem with con-

densation if you see these signs. You need to do something to reduce the moisture inside your RV.

✓ | **NOTE**

*Your trailer is not designed to be used as permanent housing. Use of this product for long term or permanent occupancy may lead to premature deterioration of structure, interior finishes, fabrics, carpeting and drapes. Damage or deterioration due to long term occupancy may not be considered normal, and may under the terms of the warranty constitute misuse, abuse, or neglect, and may therefore reduce your warranty protection.*

Here are some frequently asked questions about condensation and some answers that will help you understand more about your RV and how to keep it comfortable.

**Q. –** **In cold weather, my windows and walls look like they're sweating. Is that condensation?**

**A. –** Yes. Your windows are a good way to know if the humidity in your RV is too high. All air contains water vapor. When air is warm it can hold much more water vapor than when it is cold. When the air cools, the water vapor "condenses" back to a liquid. Since your windows are usually cooler than the air, the water collects on the surface of the glass.

**Q. –** **Where does all the water come from?**

**A. –** Moisture in the air comes from many sources. Some of the most common are:

*Cooking* – Meals prepared for a family of four can add up to a gallon of water per day into the air from cooking.

*Bathing* – An average shower can put between ¼ – ½ pound of water into the air.

*Dishwashing* – Doing the dishes for a typical day's meals can add up to one pound of water to the air.

*Floor mopping* – When an 8' x 10' kitchen floor is mopped and rinsed, almost 2½

## Living With Your Trailer

pounds of water can be released into the air.

*Clothes drying* – After 10 pounds of clothes have been washed and spin-dried in a washer, they still contain about 10 pounds of water. If these clothes are dried inside, that water is released into the air in the RV.

*Propane appliances* – When Propane is burned, carbon dioxide, nitrogen and water are given off into the air. For every 1000 cubic feet of Propane burned, nearly 88 pounds of water is released into the air.

*Humidifiers* – Humidifiers are designed to put moisture into dry air – up to two pounds per hour. So in a 24-hour period, an uncontrolled humidifier can put almost 50 pounds of water into the air.

*House plants and aquariums* – Plants give off almost as much water as you put on them. Open aquariums permit higher rates of evaporation than closed types.

*People and animals* – A large source of water in the RV is the inhabitants themselves. A family of four can put up to 12 pounds of water into the air per day through breathing and perspiration.

As you can see, just the normal course of living adds a great deal of water to the air.

**Q. – What will all this water do to my RV?**

**A. –** The least it will do is fog your windows. If it is really cold outside, frost or even clear ice could form on the inside of the glass.

Excessive moisture in the air could show up as water running down or dripping off walls, ceilings or fixtures. It may look like your roof or windows are leaking. This water may stain woodwork, carpeting, ceiling panels or even furniture.

But the most damage is caused by water you can't even see. Water will penetrate almost any material – except glass and metals. Water vapor in the air always wants to move toward dry air. Scientists

call this "vapor pressure" action. It will go through walls, floor covering, plywood, paint – just about anything. The water that gets trapped in these materials can cause warping, mildew, paint failure and rotting.

The damage caused by excessive humidity can be invisible, and worse, expensive to fix. Please remember that this damage is not covered under the warranty.

**Q. – What can I do to reduce or eliminate condensation problems in my RV?**

**A. –** The two most important things are:

*Reduce moisture released into the air and increase ventilation*

To reduce moisture released inside the RV:

1. Run the vent fan when cooking and the bath vent fan (or open the bath vent) when bathing.

2. Avoid making steam from excessive boiling or use of hot water.

3. Remove water or snow from shoes before entering to avoid soaking the carpet.

4. Avoid drying clothes inside (except in the dryer, if equipped). The water drying out of the clothes goes into the air.

5. Vent appliances to the outside. Your clothes dryer should always be vented according to the dryer manufacturer's installation instructions, if required. (Some dryers are designed to be ventless and do not require a vent to the outdoors.) Check the vents periodically to be sure they are not blocked.

6. If you operate or use vaporizing inhalers, or similar devices, always provide adequate ventilation.

To increase ventilation:

1. Use the kitchen and bath exhaust fans, if equipped, when cooking or bathing. Let them run for a while after a bath or meal.

*05-5*

## Living With Your Trailer

2. Ventilate with outside air. Partially open one or more roof vents and/or windows to provide circulation of outside air into the interior. While this ventilation will increase furnace heating load, it will greatly reduce, or eliminate, condensation. Even when it is raining or snowing, outside air will be far drier than interior air and will effectively reduce condensation.

3. Do not tape windows or doors closed. This will prevent any air movement and will make the condensation problem worse.

4. Ventilate closets and cabinets. During use in cold weather, leave cabinet and closet doors partially open to warm and ventilate the interiors of storage compartments built against exterior walls. The air flow will warm the exterior wall surface, and reduce condensation, and prevent possible ice formation. Avoid crowding closets or wardrobe space. Overstuffed closets restrict air flow.

5. Stock kitchen and bath cabinets to allow free air circulation.

6. Open window coverings and windows as often as possible and convenient.

7. Control the interior heat. Here are some tips on controlling humidity with heat:

   • *Keep registers and the furnace blower clean and unobstructed. This helps air circulation.*

   • *Do not operate a humidity device on your furnace.*

---

**⚠ WARNING**

Do not heat the trailer interior with the range or oven. Open flames add moisture to the interior air. Do not use an air humidifier inside the RV. Water put into the air by the humidifier will increase condensation.

---

**⚠ WARNING**



Never use open flame Propane or kerosene-burning heaters indoors. These devices release water into the air, and the exhaust gases contain poisonous substances.

---

**⚠ WARNING**



Do not cover emergency exit window(s). This window must be left accessible at all times for emergency exit.

---

### *Dripping Ceiling Vents*

During cold weather, condensation frequently forms on ceiling vents and may even accumulate to the point of dripping onto the surfaces below. This is frequently misinterpreted as a "leaking" roof vent but is most often condensation drippage. Follow the preceding steps to control moisture condensation, and protect surfaces with plastic sheeting until the moisture has dissipated.

### IMPORTANT INFORMATION

Mold is a fungus that occurs naturally in the environment and serves necessary functions including aiding in the decomposition of plant and other organic material. Mold spreads by means of microscopic spores borne on the wind and is found everywhere life can be supported. Mold has existed for millions of years, and human beings have coexisted despite their exposure to mold and mold spores.

If the proper conditions are present, mold can and will grow in your recreational vehicle. Most RV owners are familiar with mold growth in the form of bread and cheese and on bathroom tile. In order to grow, mold requires a food source. These food sources might be supplied by items found in the RV such as fabric, carpet, wallpaper, or building materials (i.e., wood, and insulation). Also, most mold growth requires a tem-

perate climate. The best growth occurs at temperatures between 40°F and 100°F. Most importantly, mold growth requires moisture, and moisture is the only growth factor that can be controlled. By minimizing interior sources of moisture, an RV owner can reduce or prevent mold growth. However, if optimal growth conditions persist, mold can develop within 24 to 48 hours.

Moisture in the RV can stem from a variety of sources such as spills, leaks, overflows, condensation, damp or standing water and human activity such as showering or cooking. Good maintenance practices are essential in the effort to prevent or reduce mold growth.

### What the RV Owner Can Do

The RV owner can take positive steps to reduce the occurrence of mold growth in the RV and thereby minimize any possible adverse effects that may be caused by mold.

These steps may include, but are not limited to, the following:

- Before bringing items into the RV check for signs of mold. Potted plants (root and soil), furnishings, or stored clothing and bedding materials may also contain mold spores.
- Regular vacuuming and cleaning will help reduce levels of settled mold spores. Additionally, detergent solutions and most tile cleaners are effective in controlling mold growth on surfaces.
- Keep the humidity in the RV below 40%. Ventilate kitchens and bathrooms by opening windows, using exhaust fans, or running the air conditioning to remove excess moisture in the air and to facilitate evaporation of water from wet surfaces. In general, windows or doors through out the RV should be opened periodically to ventilate the RV.
- Promptly clean up spills, condensation, and other sources of moisture. Thoroughly dry

any wet surfaces or material. Do not let water pool or stand in or under your RV.
- Inspect for leaks on a regular basis. Look for discolorations or wet spots. Repair any leaks promptly. Inspect condensation pans (refrigeration and air conditioners) for mold growth. Take notice of musty odors and any visible signs of mold growth.

Other actions the RV owner can take to prevent moisture issues include the following:

- Do NOT use unvented Propane, kerosene, or other unvented combustion heaters;
- Do NOT cover or close off the floor registers (if equipped);
- Check your cooling equipment filter on a monthly basis;
- Use the air conditioner or a dehumidifier during humid months, particularly during the summer in hot, humid climates;
- Use exhaust fans in kitchen and bathrooms to remove excess moisture;
- Clean the bathroom with mold-killing products

For more information about mold, and what you can do to reduce moisture and remediate mold growth in your RV, please refer to the following websites and literature;

1. U.S. Environmental Protection Agency. Mold Remediation in Schools and Commercial Buildings 2001. http://www.epa.gov/iaq/molds/moldremediation.html

2. U.S. Environmental Protection Agency. A Brief Guide to Mold, Moisture, and Your Home, 2002. http://www.epa.gov/iaq/molds/moldguide.html

## FIRE SAFETY

The hazard and possibility of fire exists in all areas of life, and the recreational life-style is no exception. Your RV is a complex machine made up of many materials, some of them flammable. But like most hazards, the possibility of fire can

## Living With Your Trailer

be minimized, if not totally eliminated, by recognizing the danger and practicing common sense, safety and maintenance habits.

Know where your fire extinguisher is located and how and when to use it. Read the instructions on the fire extinguisher. Remember that portable fire extinguishers are intended for use by the occupants of a building or area that is threatened by fire. They are most valuable when used immediately on small fires. They have a limited amount of fire-extinguishing material, and therefore must be used properly so this material is not wasted.

Fire extinguishers are pressurized, mechanical devices. They must be handled with care and treated with respect. They must be maintained as outlined in any maintenance instructions provided with the device so they are ready to operate properly and safely. Parts or internal chemicals may deteriorate in time and need replacement. Always follow maintenance and recharging instructions provided by the fire extinguisher manufacturer. Maintain proper charge in the fire extinguisher.

---

### ⚠ WARNING

Urethane foam is flammable!
Do not expose urethane foams to open flames or any other direct or indirect high temperature sources of ignition such as burning operations, welding, burning cigarettes, space heaters or unprotected electric light bulbs.
Once ignited, urethane foams will burn rapidly, releasing great heat and consuming oxygen very quickly.
In an enclosed space the resulting deficiency of oxygen will present a danger of suffocation to the occupants. Hazardous gases released by the burning foam can be incapacitating or fatal to human beings if inhaled in sufficient quantities.

---

### Fire Safety Precautions

In addition to instructing occupants on what to do in case of fire, and holding fire drills periodically, consider these fire safety suggestions:

- If you experience a fire while traveling, *maintain control of the vehicle until you can safely stop. Evacuate the vehicle as quickly and safely as possible.*
- If you experience a fire while camped, *evacuate the vehicle as quickly and safely as possible.*
- Consider the cause and severity of the fire and risk involved before trying to put it out. If the fire is major or is fuel-fed, stand clear of the vehicle and wait for the fire department or other emergency assistance.
- If your RV is damaged by fire, do not move or live in it until you have had it thoroughly examined and repaired.

Just as in your home, included below are some common sense tips to help prevent a fire incident from occurring.

- Never leave unattended food cooking on the stove or in the oven.
- Never smoke in bed or leave cigars/cigarettes unattended.
- Keep candles or any open flames away from curtains/fabrics/walls and ceiling.
- Keep matches and igniter devices safely stored and away from small children.
- Do not store combustibles inside your RV (gasoline, charcoal lighter, etc.).

---

### ⚠ WARNING

Do not store or carry Propane containers, or other flammable liquids inside your RV.

---

### ⚠ WARNING

*Explosive fuel clouds may be present at fuel filling stations.* **Before refueling (either gasoline, diesel fuel or Propane) be sure to turn off all pilot flames and appliances in your RV. Turning off the Propane at the tank is insufficient. Pilotless appliances may still spark or pilot flames may not extinguish immediately.**

## Living With Your Trailer

### PULL SHADES *(If Equipped)*

**To Lower shades:**
Gently pull the shade down to the desired height.

**To Raise shades:**
Gently pull the bottom of shade until the spring tension from the roller is felt, allowing shade to raise to desired height.



### Day/Night Shades *(If Equipped)*

The day/night shades are dual-purpose window covering that provide privacy at night and light control during the day.

**To Lower shades:**

Using both hands, gently pull down on the lower bar to expose the sheer fabric for daytime light control. For use at night, pull on the upper bar to unfold the privacy curtain.

**To Raise shades:**

Using both hands, gently raise the upper bar allowing the sheer fabric to fold, then raise the lower bar allowing the privacy curtain to fold.

### MINI-BLINDS *(If Equipped)*

**To lower mini-blinds:**
Pull straight down on the cord slightly, and

move it about 45 degrees to either the left or right and lower the blind. Stop the blind in mid-travel by moving it back to the straight down position. Re-attach the retainers when traveling.

**To raise mini-blinds:**
Release bottom of blind from retainer. Pull straight down on cord and release at desired height. It is not necessary to pull the cord to one side or the other to secure blind.

**To adjust the angle:**
Turn the adjusting rod either direction.

### STORAGE

### *Exterior Compartments*

Exterior storage compartments should accommodate most of your storage needs. All of the storage compartments, except the Propane tank compartment, can be locked. Fire prevention regulations require that the Propane tank compartment be unlocked at all times.

Please note: Your RV could be overloaded or out of balance if not properly loaded. Refer to the *Travel Trailer Loading* section of the *On The Road* chapter of this manual, and follow the loading and weighing instructions in that section. When storing equipment and supplies:

* Always keep tools and equipment stored in areas where they will not shift while traveling.
* Whenever possible, place heavy articles in storage compartments which are low and in the best location for weight distribution.
* Pack articles carefully in the storage compartments to minimize shifting. If necessary, use straps to prevent movement.
* Be sure liquid containers are capped and cannot tip or spill.
* Secure all glass containers and dishes before traveling.
* Exterior storage compartments may not be watertight in all conditions. Carry any arti-

## Living With Your Trailer

cles which could be damaged by water inside the RV.

---

### ⚠ WARNING

Do not store flammable, volatile liquids or hazardous chemicals inside the RV or in outside storage compartments. Toxic fumes from these liquids or chemicals may enter the interior of the RV.

---

### *Interior Storage*

The closets and cabinets have catches along one edge of the door. Pull on the cabinet door handle to open. Overhead doors have supports to hold them open. Drawers rest in notches when they are closed. To open drawers, lift up slightly, then pull open.

Closets may be equipped with 12-volt lights that turn ON when the closet door is opened. Be sure the light goes OFF when the closet door is closed—your battery will be discharged if it stays ON. If the light stays on when the door is closed, the door switch requires adjustment.

The same loading considerations apply to interior storage areas as to exterior.

# PLUMBING SYSTEMS AND HOLDING TANKS

The plumbing systems in your trailer are constructed of durable thermoplastic materials. Holding tanks and piping components are strong, lightweight, and corrosion resistant.

Holding tanks are of three types:

- **Fresh** – Fresh potable water
- **Grey** – Lavy/shower effluent
- **Black** – Toilet effluent

It is recommended to discharge as many fluid tanks as practical before driving.

## External Fresh Water Hookup

The external system is pressurized by the water system at an RV park or city water supply. The connection is located on the road side of the trailer.

**To connect to pressurized city water:**

1. Connect one end of a potable water hose to the RV park or city water supply. This will usually be a faucet or valve similar to your garden hose valve at home. Potable water hoses are available at RV supply stores.

2. Run the city water supply for a few seconds to clear the line. Turn off the water.

3. Attach the other end of the potable water hose to city water connection located on the trailer. Make sure all connections are tight.

4. Turn on the RV park/city water supply. Open all faucets inside the trailer to clear the lines. Then turn off faucets.



*External Fresh Water Connection*

---

> ## CAUTION
>
> Since water pressures at campgrounds vary, we recommend you install an in-line pressure regulator (if not equipped) at the water supply faucet. This will protect the trailer water system and your supply hose from excessively high water pressure.

**To disconnect the city water:**

1. Turn OFF the city water supply.

2. Remove the hose from the city water supply valve.

3. Drain and store the hose.

## Filling the On-Board Water Tank

1. Gravity fill –The external gravity water fill is located on the exterior of the trailer. The on-board water tank can be filled here. To fill the fresh water tank, remove the cap, remove the vent plug, and fill the tank using a potable water hose.



*Fresh Water Tank Fill*



*Combination Fresh Water Tank Fill/ External Fresh Water Connection*

# Plumbing Systems and Holding Tanks

## Draining the Fresh Water Tank

Avoid leaving the water in the tank when the trailer is not in use. Turn the water pump OFF before draining the water tank. Whenever possible, drain the fresh water tank before traveling. Water in the tank will reduce the carrying capacity of the trailer. See **Trailer Loading** section of the **On The Road** chapter.

The main water tank drain plug is located under the trailer at the water tank location.

## Water Pump

The on-board fresh water system is pressurized by a self-priming, 12-volt DC pump. The pump operates automatically when the pump power switch is ON and a faucet is opened. When the faucets are closed, the pump shuts off. A fuse at the converter panel protects the pump circuit. It can run dry for extended periods without damage. See **Electrical Systems** chapter.

Turn the pump master switch ON to pressurize the system. When a faucet is opened after the initial filling of the tank, the water may sputter for a few seconds. This is normal and is not cause for concern. The water flow will become steady when all air is bled from the water lines.

## Water Pump Filter

Dirt, mineral scale, and organic matter are filtered out of the fresh water system by an in-line water filter on the inlet side of the water pump. If you suspect a clogged filter, it is easily removed and cleaned.

Inspect the filter after running the first full tank of water. Clean and inspect monthly thereafter. The filter is located in the utility compartment behind the service panel.

1. Loosen the clamp at the inlet end of the filter.
2. Pull the water line off the filter.

3. Unscrew the filter from the water pump.
4. Turn each end of the filter and pull apart.
5. Flush out and clean screen.
6. Reverse procedure to install.
7. Operate the water pump and check for leaks.

## Low Point Drains

**To drain hot and cold lines:**

1. Open hot and cold low point drains.
2. Open the shower handle and faucet until all water has drained from the lines.

## Troubleshooting the Fresh Water System

Water system problems usually fall into two categories: Inherent system problems, and problems caused by neglect. System problems are usually the result of road vibration and campsite water pressure variations. Problems of neglect usually stem from failure to clean filters, improper winterization, and poor battery maintenance. Most water system problems can be avoided by conscientious maintenance.

## Leaks

Vibration, flexing and twisting while traveling can work pipe fittings loose. Check all plumbing for leaks at least once a year. If the water pump runs when a faucet is not open, suspect a leak. Be sure the tank drain valves are tightly closed. Leaks occur most often around threaded fittings. If necessary, tighten or clean and tighten the fittings. Do not overtighten fittings. Connections at galley and lavy fixtures should not be tightened with a wrench. They will normally seal with hand-tightening. If a leak persists at one of the fittings, disconnect it completely and check for mineral deposits or other foreign matter at the seating surfaces. Clean the surfaces thoroughly and reinstall the fitting.

## Plumbing Systems and Holding Tanks

Connections at the water tank, pump and valves are made with special clamps. They can be replaced with standard automotive type hose clamps.

Leaks caused by freezing damage can be prevented by proper winterization of the system. See the *Storage* chapter of this manual. Freezing damage is usually extensive and may include a burst water tank, split piping, and a damaged water pump, toilet, and water heater. If you experience this type of damage, repairs can best be made by an authorized Fleetwood dealer.

For your safety, the shower faucet is equipped with a vacuum breaker device. This device is designed to prevent backflow of water into the fresh water system, reducing the possibility of contamination of the water supply. When the faucet is in the OFF position with the shower hose held above the faucet, water will drain out of the vacuum breaker. This drainage is not a defect, but indicates that the faucet is working correctly.

### Sanitizing the Fresh Water System

As approved by the U.S. Public Health Service, sanitize the fresh water tank and piping system whenever the system may have become contaminated, has not been used for a period of time, or before long periods of storage. This will discourage the growth of bacteria and other organisms that can contaminate the water supply. Use a chlorine/fresh water rinse as follows:

1. Prepare a solution of 1/4-cup household liquid chlorine bleach (5% sodium hypochlorite) to one gallon of water. Use one gallon solution for each 15 gallons of tank capacity.

2. Close drain valves and faucets, pour the chlorine solution into the exterior fresh water tank filler spout, and complete filling at tank with potable water.

3. Turn water pump switch ON. (Be sure you

have 12-volt DC power.) Open all faucets individually until water flows steadily, then turn them off. This will purge any air from the lines.

4. Top off water tank with fresh water and allow the system to stand for at least 4 hours.

5. Drain the entire system by opening all potable water tank valves, plumbing line drain valves, and operating faucets.

6. Flush the system with potable water. Let the fresh water flow through the system for several minutes to flush out the chlorine solution.

7. After you stop the flushing, close the tank valve, drain valves, and faucets. You can now fill the tank with potable water, and the system is ready to use.

### Drinking Water Filter System
### (If Equipped)

The water filter helps provide consistent drinking water quality. The filter cartridge is located in the cabinet under the galley sink. Your *Owner's Information Package* contains detailed operating and maintenance instructions concerning this system.

Please note that the separate faucet at the galley, and the optional icemaker are the outlets for the filtered water. Although this filtered water is not available at the standard galley and lavy outlets, the water available at those outlets is filtered by the water pump filter. Note also that this system is not designed for or effective in removing or neutralizing bacterial contaminants.

✓ | **NOTE**

*Turn water pump off before traveling. Road vibration could cause a faucet to open. If the water pump is on, your fresh water supply could be pumped into the inside of the tub or sink.*

# Plumbing Systems and Holding Tanks

## WASTE WATER SYSTEM

The waste water system in your RV is made up of sinks, tub, shower, toilet, plumbing drain and vent lines, a "gray water" holding tank and a "black water" holding tank. The gray tank holds shower, tub and sinks, where the black tank holds toilet effluent. The holding tanks make the system completely self-contained and allow you to dispose of waste water at your convenience. A flexible sewer hose is required to connect the holding tank outlet to the inlet of an approved waste water dump station or sewer system.

The drain plumbing is very similar to that used in your home. The system is trapped and vented to prevent waste gases from backing up into the RV. The drain plumbing is made of plastic, and is durable and resistant to most chemicals. All drain plumbing except the toilet connection terminates in the gray water holding tank and drains directly into it.

### Toilet

Your RV is equipped with a marine-type toilet. The flushing mechanism, whether a foot-operated pedal or a hand-operated lever, allows a valve in the bottom of the bowl to open, permitting the contents to be flushed into the "black" holding tank. A stream of water under pressure from the RV's water system swirls around the bowl, cleaning it and flushing the contents into the holding tank. Most models have two levers, each working independently of the other so the bowl can be filled with water prior to use.

In order to help prevent hard deposits from building up within the "black" tank and help reduce unwanted odor, it is recommended to always keep water in the tank. When empty after a tank discharge, flush the toilet several times in order to introduce about five gallons of water.

It is highly recommended that a deodorizing product should be used for the black tank after each discharge at a dumping station. This will help control unwanted odors.

Ensure that the black tank sewer drain system is always closed and only opened when draining at a dump station. Never allow your black tank system to dry out unless it has been thoroughly cleaned, sanitized and rinsed first.

For additional information, please refer to the operating manual in your *Owner's Information Package*.

## Draining the Holding Tanks

The holding tanks terminate in a valve arrangement that permits draining each tank separately.

The valves are called knife valves. A blade closes the opening in the sewer drain pipes. The blade is connected to a T-handle and cable assembly mounted in the utility compartment. Pull the T-handle to release the contents of the tank(s).

During self-containment use, the sewer line is securely capped to prevent leakage of waste material onto the ground or pavement. *Do not pull the holding tank knife valve open when the protective cap is installed on the pipe.* Always drain the tank into an acceptable sewer inlet or dump station.

Drain the holding tanks only when they are at least ¾-full. If necessary, fill the tanks with water to ¾-full. This provides sufficient water to allow complete flushing of waste material into the sewer line.

Whenever possible, drain the holding tanks before traveling. Waste water and sewage in the holding tanks reduce the carrying capacity of the trailer. See the *Trailer Loading* chapter.

During extended or semi-permanent hookups to sewage systems, waste materials will build up in the tank and cause serious plugging if the tank valves are continuously open. In these cases, keep the valves closed until the tanks are ¾-full, and then drain into the sewage system.

The holding tank drain valve outlet is to be used with a removable termination fitting that locks onto the outlet with a clockwise twist. Clamp

# Plumbing Systems and Holding Tanks

the sewer drain hose to this fitting. A protective cap should remain in place when you are not draining the tanks.

---

## ⚠ WARNING

Holding tanks are enclosed sewer systems and as such must be drained into an approved dump station. Both black and gray water holding tanks must be drained and thoroughly rinsed regularly to prevent accumulation of harmful or toxic materials.

---

 **NOTE**

Local or state regulations may prohibit highway travel unless the holding tank outlet is securely capped.

### To drain the holding tanks:

1. Attach the sewer hose to the holding tank outlet. Insert the end of the hose into the sewer or dump station inlet, pushing it firmly far enough into the opening to be secure. In some cases, adapters may be necessary or required between the line and the inlet. Arrange the sewer hose so it slopes evenly.

2. Drain the black water holding tank first. Grasp the handle of the black water knife valve (the large one) firmly and slide the valve open with a quick, steady pull.

3. Allow enough time for the tank to drain completely. Rinse and flush the tank through the toilet. When the tank is empty, push the handle in to close the valve. Run enough water (up to five gallons or so) into the tank to cover the bottom. This will aid the break up of solid wastes, and reduce "pyramiding" of waste material.

4. To drain the gray water tank, repeat the steps above using the small knife valve. This tank is drained last to aid in flushing the outlets and hose. The gray water knife valve may be left open in a semi-permanent hookup.

5. See the tank flush system instructions in the next section if your recreational vehicle is so equipped.

6. Remove the sewer hose and cap the outlet.

7. Rinse out the sewer hose with fresh water and remove the sewer hose from the dump station.

8. Replace sewer or dump station covers.

---

## CAUTION

The sewer drain valve must be open when using the black tank flush inlet.

---



*Gray Holding Tank Dumping*



*Black Water Tank Dumping*

### Black Tank Flush System
#### (If Equipped)

The black water holding tank is equipped with rinsing spray heads that will aid in the removal of sewage residue from the interior of the holding tank. To operate the tank flushing system, follow the procedures for *Draining The Holding Tanks* in this chapter. After dumping the gray water tank proceed as follows: