# Plumbing Systems and Holding Tanks

1. With the dump valves open, attach a garden hose to the black tank flush inlet connection.
2. Turn on water supply to garden hose and allow the water to run for approximately three minutes to flush tank.
3. Turn off water supply to garden hose.
4. Remove hose from black tank flush inlet connection and store hose.
5. Rinse out the sewer hose with fresh water and remove the sewer hose from the dump station.
6. Replace sewer or dump station covers.
7. After rinse water has thoroughly drained from the black tank, close the knife valve and replace the termination cap. If you are parked at a site with a semipermanent sewer hookup, keep the black water knife valve closed to allow the waste level to build up. The outlet will probably clog if you leave the knife valve open continually. Run enough water into the tank to cover the bottom. This will aid the break up of solid wastes.

*Please... Practice good housekeeping when draining wastes at a campsite or disposal station. Leave the site in good order. Above all, do not pollute.*



**CAUTION**

Do not use the same hose you use for filling the potable water tank, or for connection to the city water inlet. This is especially true if you the connect the quick connect hose to the typical rinsing hoses at most dumping stations. Use of a different hose will insure that you will not contaminate your fresh water supply.

**CAUTION**

The sewer drain valve must be open when using the black tank flush inlet.

## Holding Tank Care

Since holding tanks don't rely on any sophisticated mechanical devices for their operation, they are virtually trouble-free. The most common problem is also an unpleasant one – clogging. You can minimize the chances of clogging by keeping the following considerations in mind:

- Keep the black water tank knife valve closed. Fill tank to at least ¾-full before draining. Be sure to cover the tank bottom with water after draining.
- Use only toilet tissue formulated for use in septic tank or RV sanitation systems.
- Keep both knife valves closed and locked, and the drain cap tightly in place when using the system on the road.
- Use only cleaners that are approved for use in septic tank or RV sanitation systems.
- Use a special holding tank deodorant chemical approved for septic tank systems in the black water holding tank. These chemicals aid the breakdown of solid wastes and make the system much more pleasant to use. Do not put facial tissue, paper, ethylene glycol-based or other automotive antifreeze, feminine hygiene products or household toilet cleaners in the holding tanks.
- Do not put anything solid in either tank that could scratch or puncture the tank.

If the drain system does get clogged:

- Use a hand-operated probe to loosen stubborn accumulations.
- Seriously clogged P-traps may require disassembly. Be careful not to overtighten when reassembling.
- Do not use harsh household drain cleaners.
- Do not use motorized drain augers.
- Sometimes the holding tank valve will get clogged. In this case, a hand-operated auger may be necessary. Be ready to close the valve quickly once the clog is cleared. If the seal gets damaged, it is easily replaced.

## Plumbing Systems and Holding Tanks

*Typical Hot and Cold Diagram*

This page intentionally blank.

# ELECTRICAL SYSTEMS

The electrical systems in your trailer are designed and installed in accordance with all codes, regulations, and standards in effect at the time the trailer was built.

There are three basic systems in your trailer. The 120-volt AC system is similar to that in a house; it is supplied by an external service connection, or by a generator set installed in a compartment (optional on certain models). The exterior lighting and braking systems use 12-volt DC power supplied by the tow vehicle. The interior lighting, fans, and some appliances use 12-volt DC power supplied either by the trailer battery, the tow vehicle, or by the AC/DC power converter. (Some trailers are not equipped with an interior 12-volt DC system.)

## 120-VOLT AC ELECTRICAL SYSTEM

This system provides grounded (three wire) electrical service for appliances such as air conditioners, microwave ovens, etc. The 120-volt system also provides power for the AC/DC power converter. Your trailer is equipped with a heavy duty power cord to connect to an external 120-volt, 30-amp rated AC service. The cord and plug are molded together to form a weatherproof assembly. Do not cut or alter the cord in any way. Do not remove the ground pin from the attachment plug, or defeat the ground circuit in the trailer. If you have to use an adapter to plug into an electrical service, make sure the ground is maintained. Never use a two-conductor extension cord, or any cord that does not assure appropriate and adequate ground continuity. Never plug the 120-volt cord into an ungrounded receptacle.

### ⚠ WARNING

Do not operate the 120-volt AC electrical system without a proper ground. Electrocution or severe electrical shock could result.

## Power Cord Hook-Up

Your trailer is equipped with one heavy duty, 30-amp power cord (some trailers are equipped with 50-amp service). It is commonly called the "shore cord." This cord is used to connect to external 120-volt AC service. The cord will supply power to all 120-volt appliances and outlets. The cord and connector is molded together to form a weatherproof cable assembly. Do not cut or alter the cable in any way. Do not remove the ground pin in the cable connector, or defeat the ground circuit in the trailer.

To connect the power cord to external service, push the plug straight into the receptacle until it seats completely. See the illustration.



*Push power cord in until it seats completely.*

## Ground Fault Circuit Interrupter (GFCI)

Galley, bathroom and patio 120-volt electrical outlets are protected by a **Ground Fault Circuit Interrupter (GFCI)**. This device is provided in compliance with ANSI A119.2 and NFPA 501C requirements, and is intended to protect you against the hazards of line-to-ground electric faults and electrical leakage shocks possible when using electrical appliances in damp areas.

Should a circuit or appliance develop a potential shock hazard, the GFCI device is designed to disconnect the outlet (and other outlets on the same circuit), limiting your exposure time to the shock hazard caused by current leakage to ground.



*GFCI Receptacle*

The GFCI device does not prevent electric shock, nor does it protect a person who comes into contact with both "hot" and neutral sides of the circuit. It does not protect against electrical circuit overloads.

*Test the GFCI at least once a month while operating on 120-volts AC. To test the GFCI:*

1. Push the TEST button. The RESET button should pop out, indicating that the protected circuit has been disconnected.

2. If the reset button does not pop out when the test button is pushed, a loss of ground fault protection is indicated. Do not use the outlet or other outlets on the same circuit. Have the trailer electrical system checked at an authorized Fleetwood dealer or by a qualified electrician. Do not use the system until the problem has been corrected.

3. To restore power, push the RESET button.

Your *Owner's Information Package* contains a card that can be used to record test dates. Keep the card in a conspicuous place, and keep it up to date.

> ✓ **NOTE**
> If the galley or patio outlets don't work, check the bathroom GFCI. Reset it if necessary. If the GFCI continues to trip, have the trailer electrical system checked at an authorized Fleetwood dealer or by a qualified electrician.

> ⚠ **WARNING**
> Do not install 12-volt fuses or 120-volt breakers with amperage ratings greater than that specified on the device or label. Doing so constitutes a fire hazard.

## THE POWER DISTRIBUTION CENTER

One side of the power center consists of a breaker box containing the 30-amp main breaker and the 15- and/or 20-amp branch circuit breakers. (Some trailers are equipped with 50-amp service.) These devices interrupt the power if the rated current is exceeded. Never substitute a breaker with a higher value than originally installed. If a breaker trips repeatedly, reduce load on that circuit and have the system checked by a qualified electrician.

## THE POWER CONVERTER

The power converter will supply 12-volt DC power when your trailer is operating on 120-volts AC. (Trailers not equipped with the interior 12-volt system do not need a power converter.) When you are connected to 120-volt AC power, the power converter works with the trailer battery to provide power for the interior 12-volt system and to keep the battery charged. While a battery is not necessary for converter operation, when 12-volt power demand is high some converters will produce more stable voltage levels if a battery is installed. At these high power draws, the battery supplies some of the power demanded; obviously, it will not charge as quickly or completely under this condition.

> ✓ **NOTE**
> The 12-volt battery is not supplied with the trailer by the manufacturer. Check any installed battery manufacturer specifications and requirements for use.

The converter will supply a small current to the battery even when it is fully charged. To prevent excess electrolyte loss, check the levels every 30

days when the converter is connected to 120-volt AC power. Always refill with distilled water. See *Battery Inspection and Care* in this section.

## Solar Panel *(If Equipped)*

Your new trailer may be equipped with an optional solar charger. The solar charging panel installed on the roof of your trailer is designed to "trickle-charge" your battery system. It is not intended to be a fast charger. It also cannot supply large amounts of current to operate 12-volt DC electrical equipment. When the sky is clear and under bright sun, the solar panel will help keep your batteries "topped-up". Do not try to operate 12-volt DC appliances with the output of the solar panel. A light on the air conditioner indicates when the solar panel is operating.

## 12-VOLT DC SYSTEM - EXTERIOR

This is the vehicle electrical system. It includes the electric trailer brake system, taillights, turn signals, clearance lights, and backup lights (if equipped). It is powered by the tow vehicle through the car connector cord.

## Exterior Bulbs and Fuses

Replace bulbs and fuses with the same type or equivalent. Fuses for these exterior lights are located on the tow vehicle, usually in the tow vehicle fuse panel. The brake system should never be fused.

## 12-VOLT DC SYSTEM - INTERIOR

All 12-volt DC lights (other than those listed above), fans, pumps, and motors are included in this system. The fresh water pump, furnace, and any 12-volt entertainment equipment are also included. Power may be supplied by the AC/DC power converter, or by the trailer battery if installed.

The power center contains most of the fuses for the 12-volt system. Some fuses for items such as power jacks may be located at the trailer battery. These fuses are automotive type and should be replaced with the same type and amperage rating. Blade-type fuses located in battery compartments must be a sealed type (ATC). Some fuse types have exposed fuse links and should not be used near flammable materials.



**⚠ WARNING**

Do not install fuses with amperage ratings greater than that specified on the fusebox or fuse holder label.

Circuits which are powered by the battery (except trailer brakes) are protected by one or more 12-volt circuit breakers. If one of these breakers trips, reset by disconnecting the battery. Find the cause of the breaker tripping before reconnecting the battery.

Battery charge can be checked on the Monitor Panel or Battery Disconnect panel, if equipped. To check the battery charge:

- **Unplug** the 120-volt AC power cord to turn the power converter off.
- **Turn on** a light to load the battery slightly.
- **Press** appropriate switch to activate monitor panel.
- **Read** battery condition on the display.

## Selecting a Battery

When the trailer battery requires replacement, always choose a battery with the same physical and electrical characteristics as the original equipment. We recommend an RV/marine deep cycle battery. Your dealer or any other authorized Fleetwood dealer can advise you on proper battery selection.

✓ **NOTE**

The 12-volt battery is not supplied with the trailer by the manufacturer. Check any installed battery manufacturer specifications and requirements for use.

# Electrical Systems

Check the external condition of the battery monthly. Look for cracks in the cover and case. Check the vent plugs. Replace them if they are cracked or broken. Keep the battery and terminals clean. Accumulations of acid film and dirt may permit current to flow between the terminals and discharge the battery. To clean the battery, wash it with a diluted solution of baking soda and water to neutralize any acid present, then flush with clean water. Foaming around terminals or on top of the battery is normal acid neutralization. Avoid getting the soda solution in the battery. Be sure the vent caps are tight. Dry the cables and terminals before reinstalling them, and don't use grease on the bare metal inside the cable terminals to prevent corrosion. Grease is an insulator. Electricity will not flow through it. A plastic ignition spray will protect the terminals after you have cleaned and reinstalled them.

To prevent the battery from shaking in its carrier, it is recommended to use a hold-down strap that is securely installed. Check it often. Keep the battery storage box clean and free of corrosion and chemical accumulation.

> **⚠ WARNING**
>
> Disconnect the 120-volt electrical cord and both cables from the trailer battery before working on either electrical system.

> **⚠ WARNING**
>
> Remove rings, metal watchbands, and other metal jewelry before working around a battery. Use caution when using metal tools. If the tool contacts the battery terminals or metal connected to them, a short circuit could occur which could cause personal injury or fire.

> **⚠ WARNING**
>
> Do not allow battery electrolyte to contact skin, eyes, fabrics, or painted surfaces. The electrolyte is a sulfuric acid solution which could cause serious personal injury or property damage. Wear eye protection when working with batteries.

## Battery Charging

Normally the battery will be kept charged by either the tow vehicle charging system while on the road, by the power converter when plugged into AC service or by the optional solar battery charger. On those occasions when the battery needs to be charged from a different charging source, please follow these safety guidelines:

- *Do not smoke near batteries being charged or which have been recently charged. Please note that batteries are being charged while you drive, while you are connected to 120-volt AC power by the converter or by the solar battery charger (if equipped).*
- *Do not break live circuits at the terminals of the battery. Use care when connecting or disconnecting booster leads or cables on fast chargers. Poor connections are a common cause of electrical arcs which can cause explosions. Ensure polarity is correct. Never reverse polarity or damage will result.*
- *Check and adjust the electrolyte level before charging. Fill each cell to the indicator with distilled water.*
- *Do not charge the battery at a rate that causes the electrolyte to spew out the top of the battery. Electrolyte is corrosive, always clean up any spills.*
- *Always remove the vent caps before charging the battery.*

07-4

# Electrical Systems

> ⚠ **WARNING**
>
> Never expose the battery to open flame or electric spark. Chemical action in the battery generates hydrogen gas which is flammable and explosive.

## Storage Precautions

When you store your trailer for a week or more, be sure to disconnect the battery. Electronic tuning radios, clocks, and the Propane leak detector all draw a small amount of current whenever the battery is connected. Also, even a disconnected battery will naturally "self-discharge" about 1% of capacity per day. If you intend to store your trailer for any length of time, remove the battery, store it in a cool, dry place, and recharge every month.

> ✓ **NOTE**
>
> If your trailer is equipped with a solar battery charger and will be exposed to direct sunlight, battery removal for storage is not necessary. Check the battery electrolyte at least every 30 days during storage.

## TYPICAL BULBS AND FUSES

The following is a list of typical 12-volt bulbs and fuses used in your trailer. It is recommended to keep a screwdriver, fuse puller, and a couple of spares of each type on hand.

### Bulbs

| | |
|---|---|
| Interior lights: | #1141 |
| Stop/tail lights: | #Bargman #40-06-001 |
| Porch light: | #1003 or 93 |
| License plate light: | #67 |
| Clearance lights: | #194 |
| Backup lights (if equipped): | #Bargman #40-06-003 |
| Exterior floodlight (if equipped): | Wagner #7614H |

### Fuses

| | |
|---|---|
| Blade type (Buss® ATC): | 7.5, 10, 15, 20, & 30-amp |
| Glass type (AGC): | 7.5, 20, & 30-amp |



Electrical System Wiring Diagram (typical 30-amp system). Some trailers are equipped with 50-amp service.

This page intentionally blank.

# PROPANE SYSTEM

Propane is available from an approved storage container to operate your range, oven, furnace and water heater, and as an alternate energy source for some refrigerators. With proper handling precautions, Propane is safe and provides modern convenience wherever you travel. Propane is stored as a liquid under pressure and vaporizes under the control of pressure regulators.

A typical Propane tank installation is illustrated below. Although specific details of the system may differ in your trailer, the major components and their relationships will be similar to those shown.



## PROPANE SAFETY PRECAUTIONS

With proper usage Propane is considered a safe and reliable fuel. As with any other volatile and flammable material, common sense dictates that Propane be handled and used with respect and caution. Because Propane systems are so reliable, they are often taken for granted. Neglect can be a very dangerous habit. If the system is maintained regularly, you can expect almost trouble free operation.

The first time you have your Propane cylinder filled, have the serviceman bleed a little Propane out of the small outage valve (this also lets you check that the bottle is not overfilled) and note the odor described as garlic/rotten egg like for future reference. A small number of people cannot smell this odor; if you are one of these you must take extra care whenever you use your trailer.

Keep the cylinder valve closed and turn off all appliances if the unit is not being used.

### ⚠ WARNING

Propane is flammable and potentially explosive. Use proper handling, lighting and ventilating procedures.

1. The distinctive odor of Propane indicates a leak. If you smell Propane:

Extinguish any open flames, pilot lights and all smoking materials.

Do not touch electrical switches.

Shut off the Propane supply at the container valve(s) or Propane supply connection(s).

Open doors and other ventilation openings.

Leave the area until odor clears.

Have the Propane system serviced by a professional before using the trailer again.

2. Never check for leaks with an open flame. Use an approved leak detection solution or a non-ammoniated, non-chlorinated soap solution only.

3. Always be careful when drilling holes or fastening objects to the trailer. The Propane supply lines could be punctured by a nail or screw.

4. Do not restrict access to Propane containers. In an emergency, the container service valve must be easily identified and accessible. The container compartment door must always be unlocked, and the Propane label should be visible.

5. Do not carry or store filled or empty Propane containers, including accessories such as Propane barbecues, in your trailer. Propane containers are equipped with a safety device that relieves excessive pressure by discharging Propane into the atmosphere. Always store Propane containers outside with the valves closed and plugged/capped.

6. Do not use any Propane container other than the one furnished with your trailer without being sure that all connecting components are compatible.

7. Turn off Propane main valve before filling Propane container or entering an Propane bulk plant or motor fuel service station. Turn off all pilot

# Propane System

> **⚠ WARNING**
>
> lights and appliances individually before refueling of motor fuel tanks and/or Propane containers. When not individually turned off, automatic ignition appliances may continue to spark when Propane is turned off at the container.
>
> 8. Do not fill Propane containers to more than 80% capacity. Overfilling can result in uncontrolled Propane flow which can cause fire and explosion. A properly filled container holds about 80% of its volume as liquid.
>
> 9. Propane regulators must always be installed with the diaphragm vent facing downward. Make sure that the regulator vent faces downward and that the cover is kept in place to minimize vent blockage which could result in excessive Propane pressure causing fire or explosion.
>
> 10. Do not use a wrench or pliers to close the tank shut-off valve. This valve is designed to be closed by hand. If a tool is required, the valve needs repair or replacement.
>
> 11. Be sure the cylinders are securely fastened in their rack whenever they are mounted on the trailer.
>
> 12. If you do not have the special tools and training necessary, do not attempt to repair Propane system components.
>
> 13. Trailers stored in enclosed garages must be well ventilated. If not ventilated, then remove the Propane cylinders and store them in a covered and ventilated position outside.
>
> 14. DO NOT modify or alter the Propane plumbing system.
>
> 15. If any appliance or piping has been serviced, ensure that a system leak check has been performed by a trained technician. This should be verified before taking delivery of the unit.

## SYSTEM COMPONENTS

### Hoses and Fittings

The hoses used in your Propane system meet stringent requirements, and are rated to withstand many times the pressures encountered in the system. Check the hoses for weather checking or other signs of deterioration every time you have the Propane tank filled or serviced. When you replace hoses, be sure that replacements are the same size, properly rated and approved for RV use.



*Propane Components*

The fitting at the end of the Propane supply hose is the one with which you will most often come into contact – you will handle it many times during your trailer ownership to service and fill your Propane cylinders. Turn it to the right to tighten, turn left to loosen. It does not require any type of pipe sealant. If it ever leaks or cannot be reasonably tightened without excess force, replace the complete hose assembly and/or have the cylinder valve checked and serviced.

This fitting contains an excess flow valve to restrict Propane flow if the flow exceeds the valve design output. Note that it is not designed to detect a leak or to totally shut down the system if a failure occurs.



*Hose Fitting*

### *Propane Regulator*

The two-stage regulator produces approximately 11 inches of water column (less than 0.5 psi) to serve your appliances. Be sure the regulator vent stays clean and free from obstructions.

The regulator is mounted so that the vent is facing downward and is protected by a cover. Be sure the cover is on at all times. If the vent becomes clogged, it can be cleaned with a toothbrush. If corrosion is evident, contact a qualified Propane service technician for assistance.



*Regulator (cover installed)*

The regulator incorporates a feature known as "automatic changeover." Propane systems used in trailers are designed to operate from two separate Propane cylinders, and the auto changeover allows continuous Propane supply, when one cylinder runs out.

In a dual cylinder system, you start out with two full cylinders of Propane. Position the cylinder selector lever all the way toward the cylinder that you want to use first, this will be your "service" cylinder. The other cylinder will be your "reserve" cylinder. Make sure all appliances and pilot lights are turned off. Open both cylinder valves and wait until the regulator indicator turns green before attempting to light and appliance. A green regulator indicator means that the system is pressurized with Propane.

When the service cylinder runs out of Propane the regulator indicator will turn red. This means that you are drawing Propane from the "reserve" cylinder. Before you disconnect the empty cylinder you must position the cylinder selector lever over to the "reserve" cylinder, making it the "service" cylinder.

The indicator will turn green and it is now safe to disconnect the empty cylinder. The rule of thumb is "do not disconnect a cylinder if the indicator is red."

After filling the empty cylinder, hook it back up and open the cylinder valve.

> ⚠ **WARNING**
>
> When removing an empty cylinder, position the regulator selector lever to the full cylinder. Failure to do so will result in Propane escaping out of the pigtail.

> ⚠ **WARNING**
>
> Do not attempt to adjust the regulator. It has been preset by the regulator manufacturer. If any adjustment is required, it must be made by a qualified Propane service technician using special equipment.

### EXTERIOR PROPANE SUPPLY OUTLET *(If Equipped)*

The exterior Propane supply outlet is intended for outdoor use only. Consult the instructions provided by the device manufacturer for information concerning proper connection and usage.

# Propane System


*Exterior Propane Supply Outlet*

## ⚠ WARNING

In order to prevent property damage and possible fire, operate all heat producing appliances a safe distance away from sidewalls, luggage doors, or any other combustible materials. Never disconnect the Propane supply outlet while smoking or with an open flame nearby. A small amount of Propane will be released from the disconnect. Fire or explosion may occur if the Propane contacts the open flame.

## USING PROPANE SYSTEM AT LOW TEMPERATURES

Your Propane system will function at low temperatures, provided the system components are kept at a temperature above the vapor point of the Propane. Ask your Propane supplier or your travel trailer dealer for information on product blends available in your area and the areas in which you will be traveling.

The following chart shows the reduction in available BTU's/hour under various fill levels as the temperature drops:

| 20 LB. TANK* | | | | | |
|---|---|---|---|---|---|
| % FULL | +20° | 0° | -5° | -10° | -15° |
| 60% | 36,000 | 18,000 | 12,750 | 8,500 | 4,250 |
| 50% | 32,400 | 16,200 | 12,150 | 8,100 | 4,050 |
| 40% | 28,800 | 14,400 | 11,400 | 7,600 | 3,800 |
| 30% | 25,200 | 12,600 | 10,450 | 7,300 | 3,150 |
| 20% | 21,600 | 10,800 | 8,100 | 5,400 | 2,700 |
| 10% | 16,200 | 8,100 | 6,075 | 4,050 | 2,025 |

*30 lb. Tank multiply x 1.40

The chart clearly shows how the availability of the Propane is reduced at lower temperatures. With this in mind, keep your Propane tank as full as possible during cold weather. Check the BTU/hr rating plates on your Propane appliances. This information will help you manage your Propane usage.

## FILLING PROPANE CYLINDERS

To fill the storage cylinders, the cylinders must be removed from the trailer and taken to a Propane supplier or one of the service stations which sell Propane. (Vertical cylinders shown)

1. Remove the Propane cylinder cover (if equipped). Close the supply valve on the empty cylinder.


*Close Empty Cylinder Valve*

2. Turn cylinder selector lever to the full cylinder.


*Switch Cylinder Selector Lever to Full Cylinder*

3. Disconnect the hose fitting at the valve. Turn it to the left (clockwise) to loosen.

## Propane System


*Loosen & Remove Fitting & Hose*

4. Install the plastic cap over the cylinder valve outlet. Be sure it is clean. This will help protect the valve fitting threads and will prevent contamination or debris from entering the valve during transportation to a Propane service facility.


*Install Cap*

5. Loosen the wing nut on the threaded rod. It should be loosened just enough to allow the hold down bracket to clear the empty cylinder.


*Loosen Wing Nut*

6. Remove the empty cylinder, and have it filled.


*Remove Cylinder*

7. Reverse the procedure to replace the cylinder.

### ⚠ WARNING

Your trailer has been equipped with Propane containers that feature an overfill protection device (OPD). NFPA 58 (Propane Code) states that these portable cylinders shall not be filled without this device.

Do not under any circumstances use an older non-OPD cylinder. Inadvertently overfilling of pre-OPD cylinders can result in uncontrolled Propane flow that in unvented surroundings can cause fire and/or explosion.

### ⚠ WARNING

Turn off Propane main valve before filling Propane tank or entering a Propane bulk plant or motor fuel service station. Turn off all pilot lights and appliances individually before refueling of motor fuel tanks and/or Propane containers. When not individually turned off, automatic ignition appliances may continue to spark when Propane is turned off at the container.

## PROPANE SYSTEM CHECK

Do a visual check of all exposed piping and fittings after you have arrived at a destination and before you use the Propane system.

Keep the cylinder valve closed and turn off all appliances if the unit is not being used.

Always have the system checked by a professional any time you detect a garlic/rotten egg like odor or hear a sustained hiss when you turn the Propane on.

# Propane System

 **WARNING**

Never check for leaks with an open flame. Do not check copper and brass plumbing lines and fittings for leaks using ammoniated or chlorinated household type detergents. These can cause cracks to form on the line and brass fittings. If the leak cannot be located, take the unit to a Propane service representative.

## PROPANE LEAK DETECTOR/ALARM

A permanently installed Propane leak detector/alarm is located near the floor. The unit contains an alarm that will sound alerting you to the presence of low levels of potentially dangerous Propane that may have accumulated.

The detector/alarm unit is powered by the 12-volt DC system in your trailer. A green light on the detector/alarm front panel indicates that the detector/alarm has power.

Test the leak detector/alarm each time the trailer is relocated and set-up for use. Detailed information for the leak detector/alarm can be found in the *Owner's Information Package*.

### Testing Procedure:

1. Hold a butane-fueled pocket lighter near the sensor.
2. Open the lighter valve without striking a flame, for three seconds.
3. The leak detector/alarm should respond within a few seconds.
4. Press the mute button to reset the alarm.
5. Lightly fan the area around the detector/alarm to insure complete dispersion of the Propane from the lighter, and to prevent another sounding of the alarm.
6. A mute button allows you to temporarily quiet the alarm for 60 seconds after it has been set off or after testing.
7. If the alarm does not sound during a test or if the green indicator light is not visible, see your dealer or any authorized Fleetwood dealer. There are no batteries or user serviceable parts inside the unit.

 **WARNING**

If your trailer is equipped with battery disconnect devices, the Propane leak detector/alarm will not function if battery disconnect(s) are OFF.

 **NOTE**

The detector/alarm draws enough current to discharge your battery. Remember to turn off the house battery disconnects if you are not using your trailer.

## LIGHTING PROPANE APPLIANCES

Detailed operating information for the Propane appliances can be found in your *Owner's Information Package*. Please read and follow these instructions.

Air trapped in the Propane lines may delay the initial lighting of any appliance. It could take several seconds or minutes for the Propane to reach the appliance. To purge some of the air from the Propane system, first light a burner on the range. The other appliances will then light more quickly.

The first time the furnace or oven is operated, paints and oils used in its manufacture may generate some smoke and fumes. If this occurs, open doors and windows to air out the trailer. These materials should burn off after the first 15 to 20 minutes of appliance operation.

*Always follow the appliance manufacturer's lighting, operating and maintenance instructions.*

 **WARNING**

The Propane detector/alarm is powered by a 12 volt source. Any interruption in power will render this alarm inoperative. Always ensure power is applied especially when appliances are in use.

## PROPANE SAFETY TIPS

Rules to remember

- Keep Propane cylinders/tanks away from heat sources.
- Always store and transport unused cylinders with the service valve closed and plugged/capped.
- Never store, transport or repair Propane cylinders in enclosed areas. In addition to living area, this also includes enclosed garages, storage sheds, passenger vehicles and tents.
- Regularly inspect "pigtails" and other flexible hoses for signs of cracks or abrasion. Replace them before they become old enough to develop leaks.
- Never use a cylinder if it shows signs of dents, gouges, bulges, fire damage, corrosion, leakage, excessive rust or other forms of external damage.

This page intentionally blank.

# APPLIANCES

The appliances installed in your trailer are tested and listed, and comply with standards established by these organizations. All appliances are covered by Fleetwood's *Ownercare Warranty* program. Each appliance is also warranted by its manufacturer.

  **NOTE**

*The individual appliance manuals included in your Owner's Information Package contain detailed operating and maintenance instructions. Always refer to the respective manual for the appliance in question.*

⚠ **WARNING**

The water heater and furnace combustion air exhaust ports may be hot when the water heater and furnace are operating. Do not touch these outlets or allow any material to come near the exhaust ports while operating the water heater and/or furnace.

## WATER HEATER

The water heater operates on Propane, or, if so equipped, with 120-volt AC power, and is much like the one in your home. It contains an automatic shut off valve which stops the Propane supply if the water temperature rises too high.

The water heater is reached through an access panel on the outside of the trailer.

Turn on the hot water faucet at the galley sink. If water flows continuously the heater is full.

 **CAUTION**

Do not light water heater until it is filled with water.

### Water Heater Bypass Valve

If your trailer is equipped with a two-valve water heater by-pass system, close the valve at the lower entrance of the water heater (valve 1) by turning it clockwise. Open the valve at the upper entrance to the water heater (valve 2) by turning it counterclockwise. To restore normal water heater operation, reverse the procedure.



Pour approximately three to five gallons of non-toxic RV approved water system antifreeze into the fresh water tank if equipped with a water heater bypass; if not equipped, use seven to ten gallons.

## REFRIGERATOR

Read the operating instructions furnished in your *Owner's Information Package*. Before operating the refrigerator when the trailer is parked, make sure it is level. If it is not level, the refrigerant will not circulate, cooling action will stop, and the refrigeration system may be damaged.

The refrigerator uses the absorption principle of operation. If you plan to cool food or drinks in high outside temperatures, precool the food, and, if possible, park the trailer with the refrigerator vent door in the shade. Once the interior of the refrigerator is cool, the refrigeration system will usually maintain this temperature. If the inside of the refrigerator is hot, the food is not precooled, and the outside temperature is high, it will take longer for your food to be cooled.

## Appliances

### FURNACE

The furnace is a forced-air unit fueled by Propane. All furnaces are equipped with a wall thermostat for temperature setting.

The furnace will not operate properly if your stored personal items block the free flow of air at the registers or the return air to the furnace. Storage under cabinets should be done carefully so as to not crush or damage any furnace ducting.

Smoke and fumes created as a result of burning off manufacturing compounds are sometimes present the first time the furnace is used. This is normal; however, when you light the furnace the first time, open all windows and doors until the residues are completely burned off.

Always follow the appliance manufacturer's lighting and operating instructions.

If the furnace does not keep you comfortably warm, NEVER use the range, oven or a catalytic heater for supplementary heat — even with a vent or window open.

Combustion air for the furnace comes from outside the RV. The products of combustion from the furnace (carbon dioxide, carbon monoxide and other gases) are returned to the outside air.



**WARNING**

Portable fuel-burning appliances are not safe for heating inside the trailer. Asphyxiation or carbon monoxide poisoning can occur.

### RANGE

The Propane oven and burners are operated with Propane. The basic operation is the same as the range in your home.

A warning label has been located in the cooking area to remind you to provide an adequate supply of fresh air for combustion. Proper ventilation when using the cooking appliances will prevent the dangers of asphyxiation. Refer to *Lighting Propane Appliances* section in the *Propane System* chapter of this manual.

When you use the range oven for cooking or baking, always open a vent or window to provide ventilation. Never operate the range or oven when you are sleeping or if your alertness is impaired in any way.



**WARNING**

Do not use open flames to warm the living area. Propane combustion consumes the oxygen inside the trailer.

### RANGE EXHAUST HOOD

The exhaust hood allows vapors and cooking odors to escape, and may provide a vent for the galley area. Switches for the fan and light are located either on the range hood or the front of the microwave. The hood has grease filter screen(s) which require periodic cleaning. To clean, remove the screens and wash in soapy water. Rinse with water and let the screens drain dry.

If needed, replace the light bulb with an equivalent type found on the bulb or listed in the appliance owner's manual.

### ADDITIONAL 12-VOLT EQUIPMENT

If additional equipment requiring 12-volt power is installed in the trailer, obtain the 12-volt source from a properly fused battery circuit. Consult an authorized Fleetwood dealer before adding any additional equipment to your trailer.

### 120/12-Volt Televisions (If Equipped)

The 120-volt/12-volt TVs are set up to operate on a 12-volt power source (battery) as the trailer is delivered. Extended use of the TVs on 12-volt power can drain the batteries. The front TV operates on 120-volt only.

Case 2:07-md-01873-KDE-MBN   Document 7557-8   Filed 11/19/09   Page 20 of 20

# Appliances

The TV can also operate on 120-volt power from the generator or public utility. To use the TV on 120-volt power, remove the 12-volt cord from the rear of the TV and install the 120-volt cord.

## VIDEO SWITCHER (If Equipped)

The video switcher, located near the VCR, allows routing of the antenna, cable or VCR signals to both the front and rear TVs independent of each other. You can also use the switcher to record or pass through the signals from the antenna or cable hookup.

## MICROWAVE OVEN (If Equipped)

The microwave oven is powered by 120-volt AC power and will only operate when connected. A wall receptacle for the microwave is located in the overhead cabinet adjacent to the microwave cabinet.

## WASHER/DRYER-READY OPTION

If your RV is equipped with an electric dryer-ready option, and if an electric dryer is installed in the future by either you, your dealer or another appliance installer, the installation must comply with the following instructions:

1. The clothes dryer moisture-lint exhaust vent duct must not be connected to any other duct, vent, or chimney.
2. The exhaust duct must be of sufficient length so as not to terminate beneath the recreation vehicle.
3. The exhaust duct must not be connected with sheet metal screws or other fasteners that extend into the interior of the duct.
4. The exhaust duct and termination fittings must be installed in accordance with the appliance manufacturer's printed instructions.

## MISCELLANEOUS APPLIANCES

You may have additional appliances in your unit which operate only when connected to 120-volt power from either a public utility or the generator.

In some cases, appliance selector switches are provided in the galley to allow you to select combinations of appliances yet still remain within the power capacity of the electrical system.