This page intentionally blank.

# EQUIPMENT

## ENTRY STEP

Folding or sliding entry steps are located under each entry door. Some models may have single, double or triple steps.

To extend the double or triple step:
- Pull complete step assembly out; let it down completely.
- Unfold bottom step(s) from over top step; lower completely.
- Reverse to retract.

To extend the single step:
- Pull complete step assembly out; let it down completely.
- Reverse to retract.

## ENTRY DOORS, SCREENS, AND LOCKS

Entry door locks and deadbolts are keyed separately. Write down all key numbers in the *Identification Information* section of this manual.

The screen door may be separated from the main entry door. A holdback mechanism will secure the main door against the side of the trailer.

It is always a good idea to lock the entry door deadbolt(s) before traveling. This will reduce the possibility of the door(s) opening on the road.

## WINDOWS

Windows in your trailer are either slider or torque pane type. Open slider windows by rotating the locking lever and sliding the window. Open and adjust torque windows by turning the knob or crank located at the bottom of the window frame.

On your ventilating windows, water is trapped by the frame. During a heavy downpour or washing, water may be seen in the lower portion of the frame. The sloping sill and weep slots allow the water to drain to the outside. These weep slots must be kept open.

*If water collects in the bottom channel and overflows, check the weep slots for debris and obstructions and clean as necessary.*

✓ **NOTE**
> Screens are not removable for cleaning. They may be pushed out of their frames if the window must be used for emergency exit. In this case, the screens will be destroyed and will probably have to be replaced.

## Emergency Exit Window(s)

Emergency exit windows are identified by the red handles and EXIT label. Storm windows should never be installed over emergency exit windows.

*Read and understand these instructions before you need to use them.* The emergency exit window provides an escape route in case the trailer must be evacuated under emergency conditions. To operate the emergency exit window, either:
- Pull the red handle and remove the screen, or;
- Lift the red latch to release the window. Slide it completely through the slot so the window swings free.

When parked, be sure the exit window is not blocked by trees or other obstacles.

## FREE-STANDING FURNITURE
### (If Equipped)

When preparing for travel, secure free-standing furniture. Lamps, chairs, tables, or other items if left unsecured can move around inside the trailer while traveling and can be damaged or damage other furniture, cabinetry, or flooring.

## Equipment

### DINETTE CONVERSION
**(With Built-in Table)**

To convert the dinette into a bed:
- Remove cushions.
- Lift table, reach underneath, unlatch and fold the leg(s) up under the table top, or remove the table leg(s) and if necessary, store them between the seats.
- Raise front portion of table several inches to disengage inserts from the wall supports.
- Lower table top to the dinette frame to complete the bed base.
- Slide seat and back cushion into place over the bed base.

The under-seat storage may be reached by raising the cushion platform.

### DINETTE CONVERSION
**(With Free-Standing Table)**

To convert the dinette into a bed:
- Lift table, reach underneath, fold up the legs under the table top. Secure the legs.
- Lower table top to the dinette frame to complete the bed base.
- Slide the seat and back cushion into place over the bed base.

The under-seat storage may be reached by raising the cushion platform.

> ✓ **NOTE**
> Lower the dinette table to the bed position before transporting the trailer.

### DINETTE CONVERSION
**(With Pedestal Table)**

To convert the dinette into a bed:
- Lift table to disengage from pedestal tubes.
- Remove tubes from floor bases and store.
- Lower table top to dinette frame to complete the bed base.
- Slide the seat and back cushion into place over the bed base.

### SOFA CONVERSION *(If Equipped)*

To convert a sofa bed into a bed:
- Remove sofa bolsters (if applicable).
- Lift front of sofa seat (above front kick panel) up and out. The back of the sofa will drop back and down as the seat is pulled outward.

To restore the sofa/lounge:
- Lift the front edge of the sofa seat up, and push it back towards rear. The sofa back will come up.
- Push the sofa fully into position.

### SLEEPER SOFA CONVERSION
**(If Equipped)**

To convert a sleeper sofa into a bed:
- Remove sofa cushions.
- Lift front of sofa seat (above front kick panel) up and out. While lifting the seat out, the middle legs will automatically unfold into a vertical position.
- Pull upward on the center of the metal bar, and rotate it down slowly until the wood bars rest on the floor.

To restore the sleeper sofa:
- Lift the front edge of the bedframe up and rotate it back.
- Lift the middle section of the bed up and push it back towards the rear until the bed is fully into position.
- Replace the cushions.

# Equipment

## FOLDING DOORS/PRIVACY CURTAIN DIVIDERS

The dividers allow you to separate areas in the trailer. They glide on nylon rollers. They are held closed by a catch. When the dividers are open for traveling, be sure to attach the hold back latch to keep them from sliding back and forth.

## INTERIOR LIGHTING

Both decorative and 'utility' style 12-volt lighting fixtures may be used in your trailer. Utility style fixtures may be either single or dual. A slide switch selects either single or dual brightness. For your convenience, some lights are operated from wall switches. Clean the lenses with soapy water.

>  **CAUTION**
>
> Some of the lighting fixtures may be equipped with halogen bulbs. The bulbs and fixtures may get very hot when they are on. Do not touch these lighting fixtures when they are on. Allow them to cool before attempting to replace a bulb or to clean. Replace all light bulbs with the same type and wattage as originally installed or as indicated on the fixture.

## OVERHEAD VENTS

Overhead vents may be located in the galley and bathroom areas for fresh air circulation and exhausting heat, odors and water vapor.

Turn the crank in the center of the overhead vent to open and adjust. Some vents may also be equipped with a 12-volt fan. A switch controls fan operation. Be sure to turn the fan OFF before closing the vent. Some vents may be connected to a wall switch.

Close the overhead vents or lower them before traveling to avoid damage from wind and low overhead clearances.

The vent may be cleaned from the top of the trailer. Use soapy water on the vent cover. The screens may be vacuumed or lightly brushed to remove accumulation of leaves or other debris.

Lubricate the gears and mechanism yearly with a light, water resistant grease.

## AIR CONDITIONER (If Equipped)

Air conditioners can operate only when the trailer is connected to 120-volt AC power from either a public utility or the generator. Be sure to turn the circuit breaker(s) ON. Some models provide a "distribution selector" switch to power the air conditioner or some other appliance. Be sure your switch is in the AIR CONDITIONER position.

For best performance, park the trailer in the shade and close window coverings. Close doors and windows and turn the temperature control knob for desired coolness. Adjust the air deflectors to your personal needs. Remember that the air conditioner consumes a large portion of your available electric power. Refer to the air conditioner manufacturer's instructions for detailed operation and preventive maintenance requirements.

Many models are equipped with hidden ceiling ducting to improve the flow of air to remote areas in larger trailers or fifth-wheels. These air conditioners are controlled by a wall-mounted thermostat.

Other models may be equipped with exposed ceiling ducting. These air conditioners are operated by controls on the air conditioner shroud.

Experience has shown that some RV parks may experience reduced power (low voltage) on days with high heat or humidity, commonly referred to as a "brown out." This condition may result in the air conditioner circuit breaker tripping in your power distribution center. This protects your air conditioner motor from damage and is necessary during low voltage conditions. This breaker tripping is sometimes perceived as a fault in your trailer, but it is a necessary "safety valve."

# Equipment

## SMOKE DETECTOR/ALARM

A battery-powered smoke detector/alarm is mounted on the ceiling in the living/cooking area of your trailer. Please read the smoke detector/alarm operating instructions for details on testing and caring for this important safety device.

Test the smoke detector/alarm after the trailer has been in storage, before each trip, and at least once a week during use.

The smoke detector/alarm should never be disabled due to nuisance or false alarm from cooking smoke, a dusty furnace, etc.

Ventilate your trailer with fresh air and the detector/alarm will shut off. *Do not disconnect the battery.*

Replace the battery once a year or immediately when the low battery BEEP signal sounds.

If the smoke detector/alarm fails to operate with new batteries, replace it with a new unit, available through an authorized Fleetwood Service Center.

## FIRE EXTINGUISHER

The fire extinguisher furnished with your RV is rated for Class B (gasoline, diesel fuel, grease, flammable liquids) and Class C (electrical) fires. Read the instructions on the fire extinguisher. Know where it is located and how and when to use it. Remember that portable fire extinguishers are intended for use by the occupants of a building or area that is threatened by fire. They are most valuable when used immediately on small fires. They have a limited amount of fire-extinguishing material, and therefore must be used properly so this material is not wasted.

Fire extinguishers are pressurized, mechanical devices. They must be handled with care and treated with respect. They must be maintained as outlined in any maintenance instructions provided with the device so they are ready to operate properly and safely. Parts or internal chemicals may deteriorate in time and need replacement.

Always follow maintenance and recharging instructions provided by the fire extinguisher manufacturer. Maintain proper charge in the fire extinguisher.

## CARBON MONOXIDE DETECTOR/ALARM *(If Equipped)*

Your trailer may be equipped with a carbon monoxide (CO) detector/alarm.

If the detector/alarm sounds, it is an indication that unacceptable levels of carbon monoxide gas are present. Sounding of the detector/alarm does not indicate a faulty detector/alarm. The detector/alarm is doing its job of warning you of potentially high concentrations of carbon monoxide.

Test the CO detector/alarm after the trailer has been in storage, before each trip, and at least once a week during use. Please refer to the materials included in your *Owner's Information Package*.

## ENTERTAINMENT EQUIPMENT *(If Equipped)*

Instructional material for the optional entertainment system is included in your *Owner's Information Package*.

If additional entertainment equipment requiring 12-volt DC power is installed in the trailer, obtain the 12-volt DC source from the Fused Battery Circuit at the power converter. If you install entertainment equipment requiring 12-volts DC, a choke filter with an amperage rating matched to the current requirements of the equipment may be necessary to eliminate "hum."

## TV ANTENNA *(If Equipped)*

The roof-mounted antenna is designed for reception of VHF and UHF television signals.

Before traveling, remember to lower the antenna and secure it to prevent damage to the antenna, trailer roof, or objects in the path of the antenna, such as overhead wires. *Do not travel with the antenna raised.*

# Equipment



*TV Antenna Operation*

### ✓ NOTE

*The antenna booster power supply must be turned off to prevent battery drain. A red indicator light will glow when the unit is on.*

## Antenna Operating Instructions

Before raising antenna, check for clearance above the vehicle.

1. To raise the antenna to operating position, turn crank toward UP until you feel resistance. Switch the TV power to ON.

2. To rotate antenna, pull down on rotating knob with both hands until it disengages the ceiling plate. With the booster OFF, turn the antenna for the best picture and sound. If you can't get a "good" picture with booster off, turn on the booster. Do not rotate antenna except in the full UP position.

3. To lower the antenna, first rotate it to align the pointer on the ceiling plate. Then turn the crank toward the down position; stop when resistance is felt. Never lower antenna to any position without first aligning pointer.

4. **Do not force antenna.**

### ⚠ WARNING

Do not raise antenna near overhead electric wires as contact may cause serious injury.

## SLIDE-OUT ROOM(S) *(If Equipped)*

Before operating the slide-out room, level and stabilize the trailer as described in the leveling and stabilization section in the ***Living With Your Trailer*** chapter. Position the stabilizer jacks making solid contact with the ground or other set-up surface. If the trailer is not leveled, the slide-out room and/or mechanism may be damaged. The stabilizer jacks will help keep the trailer square and assure a good weather-tight seal between the room and the trailer sidewall.

Remove all transit bars (two per slide-out) before operating the slide-out. The transit bars are rubber-tipped aluminum rods (similar to closet rods) with a yellow and red identification sticker.

Replace all transit bars before moving the trailer. Be sure all transit bars are in place.

Install transit bars at the top corners of the slide-out when the room is fully retracted.

If your trailer slide-out is electric powered, make sure the trailer batteries are adequately charged and/or connected to your tow vehicle. Connect your 120-volt electrical service cord (if possible) so the trailer's converter can supply a "charge" to your batteries.

*Replace all travel locks before moving the trailer.*

## Equipment


**WARNING**

Stand clear of the room's interior path and verify that the room's exterior path is clear before extending or retracting the room.

**CAUTION**

Never attempt to move your trailer with the slide-out room(s) extended. Damage can occur to the slide-out or the trailer.

## ELECTRIC SLIDE-OUT OPERATION

### System Description

The slide-out room system ("slide-out") is a mechanical system using a rack and pinion actuating mechanism to move the room. The drive gears are driven by a high torque, 12-volt DC electric motor powered by the trailer battery. A rocker switch mounted on a panel on the wall controls room movement.

The system consists of three major components:

1. Two inner rail assemblies (one for bedroom and doorside slide-outs, if equipped). These rails support the room weight.
2. The 12-volt DC motor and drive shaft assembly.
3. The control panel allowing extension or retraction of the room. The control system can sense the load on the drive system and will stop the motor when the room is fully extended or retracted.

### System Operation

During extension or retraction of the slide-out, you may hear noises such as creaks and squeaks. These sounds are normal. Some of the slide-out components need a "break-in" period so they can "seat" properly. After a dozen or so room cycles, these break-in noises should decrease. Please note that some noises associated with the electrical and mechanical systems will always be noticeable during slide-out operation.

If very loud noises continue after a reasonable break-in period, contact your **Fleetwood Dealer**.

Always remember that when the slide-out room is extended, it is *outside* the trailer. Any environmental elements outside will affect the slide-out room. Rain, snow, ice, blown dust and dirt or other debris may cling to the outside surfaces of the room. When the room is retracted into the interior of the trailer, material clinging to the exterior walls may be brought into the trailer. Check the outside surfaces of the slide-out before retracting it. Brush or wipe off excess water, snow, dirt, insect webs or nests, leaves, or other debris. Be sure the outside surfaces of the slide-out are as clean and dry as possible. Be sure to remove any settled water on the awning before retracting the slide-out.

The seals around the outside of the slide-out room are not designed to "squeegee" off all water that may accumulated on the outside surfaces. Do not depend on them to remove the water. You must remove this water before retracting the slide-out.

### Normal Operation


**WARNING**

Read and understand this Owner's Manual to avoid injury and/or property damage. Keep people and objects clear of the slide-out room during operation. The gear assembly may pinch or catch loose clothing causing personal injury.

**CAUTION**

The trailer must be level before operating the slide-out room. Adequate level is the same as required for proper refrigerator operation.

**CAUTION**

Remove the transit bars and/or any obstructions that may restrict the slide-out room movement.

> **CAUTION**
>
> Before extending or retracting the slide-out room, open a vent, window, or door. The vacuum or pressure created by moving the room could be strong enough to damage windows or doors.

To operate the slide-out room:
1. The trailer must be parked and leveled.
2. Remove the transit bars.
3. Press the control switch to IN or OUT depending on position of the room. The mechanism clutch will engage with a ratcheting sound when the room is fully extended or retracted at which time you are to release the control switch.
4. Re-install the transit bars in the locations marked on the trailer wall prior to travel.

If the slide-out room is not locked in the extended or retracted position, the weather seal will separate from the sidewall surface, causing water leaks. The transit bars should always be in place during travel and during storage when the slide-out is retracted. The transit bars will help to insure a good seal.

> **CAUTION**
>
> Do not move the trailer with the room extended.

### Manual Override Operation

The slide-out room system can be overridden to retract the room in case there is an electrical power interruption or failure, or other system malfunction.

If the slide-out room will not move when the switch is pressed, check that:
> *the battery is connected and fully charged,*
> *and*
> *the transit bars are removed and there are no other obstructions in the room's path*

> **⚠ CAUTION**
>
> Disconnect all power sources before attempting to troubleshoot or work on the slide-out system or mechanism.

Instructional material for the manual override of the slide room(s) is included in your *Owner's Information Package.*

## SYSTEM MAINTENANCE

### Electrical System Maintenance

> **⚠ CAUTION**
>
> Disconnect all power sources (120V AC power to the converter, the battery, and the car connector) before performing any service work on the system.

The slide-out room system requires a minimum battery voltage of 12-volts. Be sure the battery is fully charged for best performance.

- Maintain the battery as outlined in the *Fleetwood Travel Trailer Owner's Manual.*
- Check the terminals and other connections at the battery, the control switch, and the drive motor. Be sure connections are tight, clean, undamaged, and corrosion-free.
- Pay special attention to the motor connections under the slide-out room. These connections are subject to road debris and weather elements. If necessary, remove the access panel under the trailer to inspect these connections and other mechanism parts.

### Mechanical Maintenance

The slide-out room mechanism is designed to be almost maintenance free.

- When the room is extended, visually inspect the inner slide rail assemblies. See illustration. Check for excess buildup of dirt or other foreign material. Remove any debris or dirt buildup.
- If the system squeaks or makes any noises, apply a coat of light weight oil to the drive shaft bearings and roller areas. Remove any excess oil so dirt and debris do not build

## Equipment

up. Do not apply grease to any part of the system.

- During long-term storage, apply a seal dressing such as 303® **Protectant** to the slide-out room weather seals, retract the room fully, and install the transit bars. The transit bars will insure a positive seal. 303® **Protectant** is available at most RV supply stores.

> **CAUTION**
>
> After setup, the inside wall flanges of slide-out rooms are permanently secured to the main trailer exterior wall. Attempting to re-level the slide-out room without first removing all interior fasteners may cause damage.

Quality components are used throughout your trailer; however, local weather and atmospheric conditions will in time cause rubber and vinyl weather seals to need replacement, which are not covered beyond the term of your Ownercare Warranty.

Slide-out setup, adjustments, and re-leveling are owner responsibilities which are not included in the selling price of your trailer. Therefore, your dealer will charge to perform these services. Professional setup, adjustment, regular maintenance, and replacement of weather seals as soon as required will extend the life and usefulness of your slide-out room. Weather seals which are allowed to remain in service after deterioration will allow rain, snow, or ice to penetrate inside the walls or roof and may cause extensive damage which can be very costly to repair.

Do a close visual inspection of these seals at least twice each year – once before the winter season and again each spring.

Vinyl flaps used to cover slide-out to main trailer joints should remain flexible and in place. Over a period of time, they will stiffen, become brittle and crack. The aging process will vary in time depending on local conditions and exposure to the sun's ultraviolet radiation.

Rubber seals used between the joints, where the slide-out inner frame meets the main trailer inner walls, are protected from sunlight and will last longer than exposed seals. As these are hidden from view and you cannot visually inspect them, any evidence of water inside the slide-out or evidence of wind leakage inside the slide-out area should be investigated. The inner rubber seal may have deteriorated. Replacement of the rubber seal should be done by your dealer, as it will be necessary to partially disassemble the slide-out room.

### System Troubleshooting

Four interrelated components – the trailer chassis, the trailer body, the slide-out room, and the slide-out room electrical/mechanical system – make up a slide-out room system. Each needs to function properly with the others. Every unit has its own characteristics. Symptoms of malfunction may appear to be the same, but troubleshooting and fixing a problem must include a thorough check of all the interrelated components.

When something restricts room travel, the drive mechanism is designed to stop. If the room is restricted, the system may put undue pressure on the trailer chassis, body or slide-out room. The room may not seal properly, and the obstruction may cause fatigue and premature system failure.

Before troubleshooting the system or contacting and authorized **Fleetwood Dealer Travel Trailer Service Center**, make sure the battery is fully charged, and there are no obstructions to room movement.

### Electrical Troubleshooting

Since there are no field serviceable parts in the motor or control system, electrical troubleshooting and service by the owner is limited to thorough checking of wiring and connections, checking the circuit breaker, and proper battery maintenance.

**Contact an authorized Fleetwood Dealer Service Center for any other service requirements.**

# Equipment

## Troubleshooting Chart

The following troubleshooting chart outlines some common problems, their causes and possible corrective actions.

| Problem / Cause | Corrective Action |
|---|---|
| **Room doesn't move when switch is pressed** | |
| Room transit bars installed | *Remove room transit bars* |
| Low battery voltage, tripped circuit breaker, defective wiring, especially ground connection | *Check battery charge condition. Charge battery or add auxiliary power source. Check battery terminals, and all other wiring. Look for loose/corroded connectors, especially ground connection.* |
| Motor not functioning | ***Contact authorized Fleetwood Dealer Service Center.*** |
| **Motor runs, but room does not move** | |
| Drive coupler or shaft broken | ***Contact authorized Fleetwood Dealer Service Center.*** |
| Gears stripped | ***Contact authorized Fleetwood Dealer Service Center.*** |
| Obstruction in room path | *Check room path. Be sure no furniture, clothing, hardware, or other item(s) are jammed in the room's path. Clear obstructions before operating room.* |
| **Motor runs, but room moves slowly** | |
| Low battery, poor ground, extremely low outdoor temperature | *Charge battery, check ground, wait for warmer temperature.* |
| Motor brake not releasing correctly | ***Contact authorized Fleetwood Dealer Service Center.*** |
| Obstruction in room path | *Check room path. Be sure no furniture, clothing, hardware, or other item(s) are jammed in the room's path. Clear obstructions before operating room.* |

*10-9*

## Equipment

### Troubleshooting Chart (Cont.)

| Room begins to move, then the system shuts off | |
|---|---|
| Transit bars installed | *Remove transit bars* |
| Obstruction in room path, debris between the gear and gear rack | *Check room path. Be sure no furniture, clothing, hardware, or other item(s) are jammed in the room's path. Clear obstructions before operating room.* |
| Dirt or corrosion buildup | *Lubricate as outlined in the* **Mechanical Maintenance** *section.* |

| Articulated or uneven room travel | |
|---|---|
| Broken gear teeth, broken/sheared drive shaft or other component | ***Contact authorized Fleetwood Dealer Service Center.*** |



*Slide-Out System Electrical Diagram*

10-10

# Equipment

## POWER JACKS (If Equipped)

### Travel Trailers

The power hitch post jack is a 12-volt motor driven screw jack used to lift and lower your trailer during hitching, unhitching and leveling of your trailer. It is recommended that the car connector charge line be connected while operating this jack to reduce the power drain on your battery. Refer to the *Owner's Information Package* for operating instructions.

### Fifth Wheels

The power landing gear is a 12-volt motor driven jack system used to extend and retract the landing gear during hitching, unhitching and leveling of your fifth-wheel. It is recommended that the car-connector charge line be connected while operating this jack to reduce the power drain on your battery. The power control switch has been equipped with a key to prevent others from tampering with the landing gear on your fifth-wheel. We recommend you keep it locked OFF except when in use. Refer to the *Owner's Information Package* for operating instructions.

## GENERATOR READY (If Equipped)

Some trailers are equipped with an optional generator ready package. This compartment is internally pre-wired for remote start and 120-volt AC connections in your trailer. A gasoline tank and generator fuel feed is also included in the package. The Fleetwood option package was specifically designed for installation of a Generac 4.8 NP50G. Other installations may require modifications which have not been tested nor approved by Fleetwood.

> **⚠ WARNING**
>
> Generator installations require qualified technicians. Generator installations must comply with all manufacturer instructions and applicable codes.
>
> Do not attempt to install a generator system unless you are trained and familiar with applicable codes and installation techniques.

> **⚠ WARNING**
>
> Before operating any generator, read and understand the *Generator* section of this manual and the manufacturer's operating instructions for your generator.

> **✓ NOTE**
>
> You must purchase and install a carbon monoxide alarm in your trailer if you add a generator to your unit.

### Generator (If Equipped)

Your trailer may be equipped with a gasoline or Propane powered generator which will provide complete electrical self-containment when regular public utility AC power is unavailable. Controls are at the generator and at a remote panel located in the living area of the trailer.

The 120-volt output of the generator is connected directly to a receptacle located inside the 120-volt cord storage compartment. With the generator power plant operating and the power cord plugged into this receptacle, power is available at all of the 120-volt power outlets in the trailer, just as if the cord were connected to an external source.

### To start the generator:

1. Press **START** switch until generator is running.
2. To stop the unit, hold the switch in the STOP position until the engine stops completely. If you release the switch too soon, the engine will continue to run.

> **✓ NOTE**
>
> Refer to your Generator Power Plant Manufacturer's Instruction Manual (provided in your *Owner's Information Package*) for service information before starting the generator. Do not attempt to start unit with a heavy power load connected. Always wait at least three minutes after starting generator before turning on (or plugging in) heavy electrical loads, such as the roof air conditioner or microwave oven.

*10-11*

# Equipment

If the generator is slow to start, DO NOT hold the switch in the START position for more than 10 seconds. Release the switch, wait 15 seconds, then try to start again. This will help avoid overheating and damage to the generator starting system.

## *Generator Operating Safety Precautions*

Read and understand the generator operating, maintenance and safety instruction furnished in your *Owner's Information Package*.

- Do not smoke or use an open flame near the generator unit or fuel tank.
- Do not use generator ventilation air for heating any space.
- Check engine fuel lines. Fuel leakage in or around the compartment is an extreme fire hazard. Do not use the generator until fuel leaks are repaired.
- Check to be sure the generator exhaust pipe is located to discharge exhaust gases away from the RV.
- During stops while traveling, inspect the exhaust systems for road damage. Do not operate an engine with a damaged exhaust system.
- Be aware of exhaust gas (carbon monoxide) poisoning symptoms. Refer to the section on *Carbon Monoxide Safety Precautions* in the *On The Road* chapter.
- Check the generator exhaust system after every usage and whenever the system may have been damaged, and repair any leaks or obstructions before further operation.
- Check the exhaust systems(s) during routine maintenance, and repair any leaks, damage, or obstructions before further operations.
- Disconnect the battery(ies) before performing any maintenance on the generator. Allow the generator to cool before performing any maintenance.

**⚠ WARNING**

Do not operate the generator when parked in or near high grass or brush. Exhaust component heat may cause a fire.

**⚠ WARNING**

Do not modify the generator installation or exhaust system in any way.

Do not use the generator as an emergency power source to a general residential or industrial utility line. This is illegal and may cause shock or electrocution to power line utility personnel attempting to repair power lines.

**CAUTION**

Do not block the generator ventilating air inlets or outlets. The engine requires a constant supply of cooling air. Restricted ventilating air inlets or outlets can cause engine failure.

**⚠ WARNING**

Exhaust gases are deadly. Inspect the generator exhaust system thoroughly before starting the generator engine. Do not block the tail pipe or situate the trailer in a place where the exhaust gases have any possibility of accumulating either outside, underneath, or inside your vehicle or any nearby vehicles. Outside air movements can carry exhaust gases inside the vehicle through windows or other openings remote from the generator exhaust. Operate the generator only when safe dispersion of exhaust gases can be assured, and monitor outside conditions to be sure that exhaust gases continue to be dispersed safely.

**⚠ WARNING**

Do not under any circumstances operated the generator while sleeping. You would not be able to monitor outside conditions to assure that generator exhaust does not enter the interior, and you would not be alert to exhaust odors or symptoms of carbon monoxide poisoning.

### Generator Maintenance and Service

Specific maintenance requirements are outlined in the Operator's Manual for your generator. Follow these guidelines and/or refer to your dealer for assistance.

### BATTERY DISCONNECT
*(If Equipped)*

The battery disconnect provides a convenient, safe means of disconnecting the trailer or fifth wheel battery. This feature is used primarily to disconnect the trailer 12-volt system during storage. The battery disconnect also provides you with a battery condition monitor to read the voltage level of your battery.

To disconnect the battery, press the "STORE/USE" switch to the "STORE" position momentarily. If no external power (120-volt shore power or generator) is applied to the system, the indicator light should go out.

To reconnect the battery, press the "STORE/USE" switch to the "USE" position momentarily. The indicator light should glow indicating 12-volt power is available.

You should also read the *Storage Precautions* in the *Electrical Systems* chapter dealing with the 12-volt system.

### EXTERIOR SHOWER AND COMPARTMENT *(If Equipped)*

On some models an exterior shower head is mounted as a convenience to provide rinsing after swimming, hiking, fishing and other outdoor activities. When in an RV park, be sure to check the park rules before using the exterior shower. In freezing weather, be sure to winterize or drain the hose.

### SHOWER FAUCET

For your safety, the shower faucet is equipped with a vacuum breaker device. This device is designed to prevent backflow of water into the fresh water system, reducing the possibility of contamination of the water supply. When the faucet is in the OFF position with the shower hose held above the faucet, water will drain out of the vacuum breaker. This drainage is not a defect, but indicates that the faucet is working correctly.

### ROOF

The roof is not reinforced, and is not intended for storage or foot traffic. Walking on the roof can cause unseen structural damage under the roof material, damage to the underlayment and/or the roofing material, and may void the trailer warranty.

For maintenance or repair purposes, you must put down at least a 48" X 48" piece of plywood at least 3/8" thick to distribute the weight. While performing maintenance or repairs, use caution on the roof to avoid slips and falls.

### PATIO AWNING *(If Equipped)*

An operating and maintenance guide for your awning is included in your *Owner's Information Package*. It contains complete instructions for opening and closing the awning, as well as maintenance and care instructions.

### TELEPHONE JACK *(If Equipped)*

Your trailer may be equipped with an optional park telephone connection. An RJ-series jack is installed in the utility compartment. You must supply the proper mating cable and connector to hook-up to a telephone system.

## Equipment

### SATELLITE SYSTEM (TVRO) WIRING *(If Equipped)*

Your trailer may be pre-wired for installation of a satellite TV reception system. You will find an external jack marked "satellite" near the cable TV jack. The internal connection is located in the living room adjacent to the main TV antenna booster.

Before installing and connecting a satellite receiving system, be sure you are familiar with the components you intend to install, other hardware or components required, and how they are designed to work together. Always refer to the component manufacturer's installation/operation information before installing or operating a satellite TVRO system in your trailer.

# ULTRALITE TRAILER TENT
# SET-UP PROCEDURES (If Equipped)

## TENT BED OPERATION

### SET-UP

Unlatch both outer tent bed platform latches.



Carefully lower the tent bed platform to the open position. Untie the side flaps and drape them down over the exposed edge of the tent bed platform.

From inside, locate and clip the plastic connector end of the tent tension rod onto the middle of the tent bow.

Carefully raise the tent bow and lock the tension rod in place by inserting it into the metal bracket.

Unfold the mattress and place it over the bed platform

### STOW FOR TRAVEL

Remove the mattress and stow for travel.
Remove the tent tension rod and lower the tent bow. Stow the tension rod for travel.

From outside, carefully roll-up the side flaps and tie them securely. Ensure the tent is laid out as flat as possible and slowly raise the tent bed platform to the closed position.

Carefully check for pinched or exposed tent material before latching.





*11-1*