This page intentionally blank.

# MAINTENANCE

Your trailer has been designed to provide you with many years of use with a minimum amount of maintenance. This section will familiarize you with the areas of your trailer that require scheduled care. Time spent taking care of your trailer on a regular basis will pay for itself in extended service and will help protect your investment.

This section is intended to provide the owner and operator with a general overview of service and maintenance information for the trailer. Detailed service and maintenance information may be found in the owner's/operator's manuals contained in the *Owner's Information Package*.

## EXTERIOR

### *Fiberglass Care (If Applicable)*

Some exterior parts of your trailer are made of fiberglass. The finish on these parts is durable, but not indestructible. Any material and finish will deteriorate in time. Exposure to sunlight, moisture and airborne pollutants can cause dulling and fading of the finish. Generally, changes in the finish due to weathering are cosmetic - they are on the surface of the part and do not affect its strength. Weathering can take the form of chalking, fading and yellowing.

The best insurance against these effects is routine maintenance. If the finish is not washed and waxed thoroughly, the surface can deteriorate rapidly. The following maintenance guidelines can help you reduce these weathering effects:

1. When the trailer is not in use, keep the fiberglass surfaces out of the sun or covered with a canvas tarpaulin. Avoid using plastic or other nonporous materials which can trap moisture between the cover and the fiberglass surface.
2. Wash the exterior with a mild soap. Avoid strong alkaline cleaners and abrasives. For the best results, use a cleaner formulated for fiberglass, and follow the directions for using the cleaner. **DO NOT use automatic dish-**washer detergent, abrasives, bleaches, strong chemicals with acids/bases, or ammonia.
3. Wax the exterior at least once a year – twice, if possible – with a wax formulated for fiberglass. When waxing, always read and follow the instructions and precautions on the container. Some cleaners and waxes are recommended for use on only certain types of surfaces. As with automobiles, covered storage yields best results for longevity of exterior appearance and ease of maintenance.
4. In some cases, a light rubbing compound, finishing material, or other product advertised to restore fiberglass, may be required. Always follow the manufacturer's instructions. Always use a high quality wax after restoration.

### *Sheetmetal Care (If Applicable)*

*Sheetmetal Siding Cleaning and Care*
*Painted Surfaces*

Cleaning of fabricated pre-painted coil should be done in shaded conditions or ideally on a mild, cloudy day once to twice a month with a quality car wash or Simple Green solution. Always follow the cleaner manufacturers instruction for care and cleaning.

When cleaning solutions are used for removal of soil, they should be used with brushing or sponging. It may be necessary to sponge the surface while rinsing, particularly if cleaner is permitted to dry on the surface. The rinsed surface is permitted to air dry or is wiped dry with a chamois, squeegee or lint-free cloth.

Do not allow cleaning solutions to collect on the surfaces of horizontal surfaces or crevices. These areas should be flushed with water and dried. Always clean coated surfaces down from top to bottom and follow with thorough rinsing with clean water. We recommend waxing the exterior surfaces at least once a year, preferably twice a year with a quality non-abrasive wax or automotive spray on wax. Exterior Black Streaking can be reduced with more frequent

12-1

# Maintenance

waxing. Note that some waxes are recommended for use on certain types of surfaces. Always read and follow the manufacturers' instruction and precautions on the container.

## Summary of General Cleaning Tips

a. Always clean coated surfaces down from top to bottom. Followed by thorough rinsing. When used in conjunction with a rubber roof. The roof should be washed in accordance with the manufactures procedure.

b. Strong solvents or strong cleaners concentrations can cause damage to painted surfaces.

c. Abrasive materials such as steel wool, abrasive brushes will harm finishes.

d. Avoid temperature extremes. Heat accelerates chemical reactions and may evaporate water from the solution. Extremely low temperature may give poor cleaning effects. Cleaning under adverse conditions may result in streaking or staining. Ideally, cleaning should be done in shade at moderate temperature.

e. Do not substitute a heavy-duty cleaner for recommended cleaners.

f. Never use paint removers, aggressive alkaline, acid or abrasive cleaners.

g. Follow manufacturers recommendations for mixing and diluting cleaners. Always conduct a surface test to insure cleaning solution will not attack the painted surface.

h. Never mix cleaners.



**NOTE**

Refer to Exterior Graphics Care for Fiberglass and Sheetmetal application.

## Stains

Stains are generally caused by two types of substances - water soluble and non-water soluble. Water soluble stains can usually be washed away with water and mild detergent. Follow the washing with wax.

Non-water soluble stains are usually oil-based. Removal of this type of stain may require the use of highly flammable or poisonous solvents. Refer this type of service to your dealer or any authorized dealer. Never use strong solvents or abrasives to clean plastic surfaces.

## Exterior Graphics Care

The pressure sensitive graphics installed on the exterior surfaces of your trailer require little maintenance and should be treated similarly to a painted surface. Here are some guidelines to help you keep your exterior graphics looking like new.

1. Wash your graphics with any mild car wash soap solution. Be sure to rinse thoroughly and wash with the direction scheme of graphics.

2. Keep high-pressure wash nozzles at least 1½ feet from the edge of the graphics. High-pressure spray may cause the edge of the graphic to lift and peel away from the wall surface.

3. Test any cleaning solution on a small section of the graphic before using the cleaning solution on a larger surface.

4. Do not use any aromatic solvents such as acetone, MEK, toluene, paint thinner, lacquer thinner on your graphics. Any solvent of this type may soften or smear colors.

5. Do not paint over the graphics with clear or any other type of paint.

6. Do not let gasoline or other fuels drip or stay on graphics for any length of time. If a spill occurs, wipe off and rinse with water immediately.

7. Do not apply wax over graphics, especially if the wax contains any petroleum distillates. Wax that has dried between stripes can be removed by softening it with rubbing (isopropyl) alcohol and cotton swabs. Be sure to rinse the area after cleaning.

8. Be careful when storing your trailer. The graphic materials should be protected from prolonged direct sunlight and heat.

## Windows, Doors, Vents and Locks

Keep moving parts, hinges and latches adjusted and maintained. Lubricate with a light oil at least once a year. Check and tighten the screws holding the windows in place as required. Clean screens by gently wiping with a damp cloth or soft flat brush. Not all screens are removable.

Inspect the sealants around doors and windows every three months. See *Sealant Renewal* section.

Lubricate locksets in doors and exterior storage compartments at least annually with powdered graphite. If the trailer is located at a beach or is exposed to salt air, more frequent lubrication may be required.

## Sealant Renewal

This section outlines the procedures *you must* follow to maintain the weatherproof integrity of your trailer. Leak damage caused by failure to inspect and maintain the roof, vents, TV/satellite antenna and molding seals may affect your warranty coverage.

The adhesives and sealants used in the construction of your trailer were developed to remain waterproof under sustained effects of weather and vibration. However, even the finest materials will eventually dry out and lose their effectiveness.

Your dealer can perform the resealing inspection and work for you. Your dealer also has current information on sealants used in your trailer, and can recommend the appropriate sealants for you if you prefer to do this work yourself. Always use the recommended sealants.


**NOTE**
*Failure to seal could cause serious damage and will affect your warranty coverage.*

## Door, Window, Roof Component and Molding Resealing

Inspect the sealants around windows, floors, joints and doors at least every three months. Also inspect roof vents, other roof components, moldings at front and rear caps, and perimeter molding. If any of the following defects are evident during inspection, the affected areas must be resealed.

- Sealant cracked or peeling.
- Void or missing sealant.

If you find any of the above defects:

1. Clean all areas to be resealed with an appropriate cleaner and clean rags.
2. Make sure that all areas to be resealed are absolutely dry before new sealant is applied.

**NOTE**
*Do not seal the bottom flanges of windows and doors. Special gaps in the sealant have been intentionally left in the bottom flange to provide drainage.*

## INTERIOR

### Fabrics

Interior appointments such as draperies, bedspreads, mattress covers, upholstery and wall pads are manufactured from high quality materials and should be dry cleaned only. Frequent vacuuming will keep them free of dust and dirt. Minor spills should be cleaned up quickly to avoid staining. The affected area should be blotted, not rubbed, to prevent the stain from working deeper into the fabric.


**⚠ WARNING**
Do not use lacquer thinner, nail polish remover, carbon tetrachloride, spot remover, gasoline, or naphtha for any cleaning purpose. These products may cause damage to the material being cleaned, and may be highly flammable or poisonous.

## Maintenance

### Solid Surface Top Care (If Equipped)

The counter top is constructed of a solid surface material that requires little care. Routine care involves wiping the surface with a damp cloth to remove water marks. For stains, wipe with soapy water or ammonia-based cleaners. Remove stubborn stains on the "matte/satin" finish with an abrasive cleanser.

### Laminate Top Care (If Equipped)

For cleaning laminate surfaces, uses mild dishwashing liquid with warm water. Use a soft cloth for both washing and drying.

Do not use abrasive cleaners, steel wool, or gritty cleaners or damage will occur to the surface.

### Walls and Ceiling Panels

The paneling and the ceiling of your trailer may be any of several finishes and textures. Never use harsh detergents or abrasive cleaners on walls or ceilings. Most surfaces will clean with a soft cloth moistened with mild liquid detergent in warm water, or a clear window cleaner solution. Do not scrub the surface or use large amounts of water which could saturate the material. Simply spray or apply the solution to the spot and blot with a clean dry rag or paper towel. Aggressive scrubbing may damage the texture or pattern.

### Attaching Accessories to Your Trailer

The sidewalls of your trailer may be built with a dense fiber and polymer panel or rigid wood panel used as a substrate to the exterior fiberglass or interior finish surface.

If you want to attach items to the interior walls, YOU MUST USE RIVETS. The rivets can be installed with a hand-operated riveting tool such as the Arrow E-Z Pull® Model RH200. This and similar tools are available in most hardware stores and home improvement centers.

When you install a component, carefully mark the hole location and drill a 3/16" hole where the rivet is to be located.

If you need rivets, contact your Fleetwood dealer.

> **CAUTION**
>
> Do not use any type of screw to attach items to the interior or exterior walls of your RV. If you want to attach items to the walls, you must use expanding head type rivets. Rivet quantity, length, and grip range, will vary depending on item to be attached.

### Plastic/Fiberglass Shower Stall

Some cleaners attack the plastic causing it to discolor and become brittle. The following cleaners have been tested and approved when mixed with water:

- Distilled vinegar
- Mild dishwasher detergent
- Liquid deodorizing cleaner.

Avoid cleaners that contain any amount of abrasives, acetone or MEK (methyl ethyl ketone).

### Floors and Carpeting

Vinyl flooring requires only washing and periodic waxing. Vacuum carpeting regularly, and clean it with a quality carpet cleaner. Do not use water or waxes mixed with water on the wood floor.

### Wood Floor (If Equipped)

Floors are natural resting places for dust, dirt, grit, and food spills. Dirt underfoot causes abrasions. Therefore, keep the floor clean and use exterior walk off mats at the entry door, and:

- Immediately blot up spills or spots with a damp cloth.
- Periodically clean the floor with Anderson Quick Kleen. Follow the instructions on the container.

Your wood floor can be damaged by a number

of things, including:
- Water – Do not wet mop the wood floor
- Oil soap or other waxes and polishes
- Ammonia cleaners
- High heel shoes

## WHEELS AND TIRES

### Tire Inspection

To obtain maximum tire life, inspect tires for wear and damage before the start of each trip. When the average tread depth reaches only 1/16" at two adjacent tread ribs, replace the tire. Look for abnormal wear patterns such as cupping, feathering, or rapid wear of either the inside or outside of the tread. These conditions may indicate an inflation or alignment problem. Inspect tire sidewalls frequently for oxidation, discoloration and/or signs of visible cracking. If in doubt as to the tires condition, have a professional inspect them for you. This is especially important if the tires are several years old and have accumulated many miles. Replace the tire if you see cuts, bulges, peeling tread or other signs of damage. Remove stones and other objects stuck in the tread. **Be certain to check wheel lug nut torque and tire pressures as outlined in the Tires section in this manual's *On the Road* chapter.**

✓ **NOTE**
*The most common causes of tire failure are overloading and underinflation. See the Loading and Tires sections in the On the Road chapter.*

### Brakes

On a regular basis, have the brakes on both vehicles inspected. Be sure that necessary adjustments are made and any damage or worn parts are replaced.

Read and understand your manufacturers owner literature.

### Hitch

Check the nuts, bolts, and other fasteners to ensure that the hitch remains secured to the tow vehicle and the coupler remains secured to the trailer. The connection point may require periodic lubrication to permit free movement of the coupler to the hitch ball.

Read and understand your manufacturers owner literature.

### Wiring

Make sure connector-plug prongs and receptacles, lightbulb sockets, wire splices, and ground connections are clean and shielded from moisture. Lightly coat all electrical terminal connections with nonconducting (dielectric), light waterproof grease.

Clean the prongs with very fine sandpaper, being careful not to damage the contact area.

Clean the surface deposits in the connector holes. (Make sure the lights are off to prevent blowing a fuse.) Try to clean off only the deposits and lubricate lightly with dielectric, light waterproof grease.

### Tire Replacement

Replacement tires must be the same size and should equal or exceed the weight carrying capacity of the original equipment. The original equipment tires supplied on your trailer have capacities to support Gross Axle Weight Ratings (GAWRs) as stated on the Federal Certification Tag located on the front left side of your trailer. Radial and bias ply tires must never be mixed on the same axle.

### Wheel Replacement

Replacement wheels must be of the same size, type, and load capacity as the original equipment. See your authorized Fleetwood dealer to obtain correct replacements.

## Maintenance

### BATTERY MAINTENANCE AND CARE

Refer to the *Battery Inspection and Care* section in this manual's *Electrical Systems* chapter.

### APPLIANCE MAINTENANCE

For individual appliance care, refer to the appliance manuals in your *Owner's Information Package*.

### WATER AND HOLDING TANK MAINTENANCE

Refer to this manual's *Plumbing System* chapter.

### ROOF RESEALING AND CARE

For maintenance or repair purposes, you must put down at least a 48" x 48" piece of plywood at least ⅜" thick to distribute the weight.

Inspect the roof at least every six months, paying particular attention to the seams where the areas of sheetmetal, rubber and/or fiberglass are joined.

Carefully inspect the flange connections between air conditioners, vents, skylights, etc. If signs of cracking, weathering, or drying are evident, reseal as follows:

- *Remove any loose or cracked sealant being careful not to damage the roof. Use a wooden or plastic tool that will not gouge, pierce, or otherwise damage the roof.*
- *Clean all areas requiring repair with a soft brush. This is to be done dry. DO NOT WASH WITH SOAP AND WATER, OR SOLVENTS. Be sure the surface is as dust-free as possible.*
- *Check and tighten any loose fasteners. Be careful not to over-tighten, or stripping will occur.*
- *Apply the new sealant, such as a quality acrylic caulk (not silicone) in a continuous bead along the seams and flanges, being careful not to leave any voids. Apply enough sealant to flow over the heads of all fasteners.*
- *Allow at least 48 hours for the sealant to set completely (firm and tack-free when firmly pushed with the thumb) before washing or waxing the trailer.*

⚠ **WARNING**

Roof materials are slippery when wet.

⚠ **WARNING**

Do not walk on the roof of your trailer. Because of the lightweight construction material used, the roof will not support your weight.

### RUBBER ROOF SYSTEM

The rubber roof will provide many years of protection with only routine maintenance. The roof material is constantly exposed to ultraviolet radiation from the sun, atmospheric contaminants, pollution, dust and other compounds. These materials react with each other and some compounds in the rubber roof material, and collect on the surface of the rubber. When combined with water, some of the elements may create molds and mildew. Some leaching of the plasticizer in the rubber roof material may cause a chalky-looking substance to form.

This material builds up over time. It may flake or chalk off, or become dissolved and run down the sides of the trailer. You may perceive this as deterioration of the rubber roof material itself. This is not the case. As the rubber material ages, it actually loses only $1/1000$" per year. What you see flaking and chalking is really just an accumulation of debris collected on the surface of the rubber.

This accumulation of material can be reduced or eliminated with routine cleaning.

### Cleaning

For normal cleaning, standard household detergents or cleansers may be used. Use a nonabrasive, common household detergent and plenty of water. A light, medium-bristle scrub brush (NOT wire brush) can be used in place of a sponge. The scrub brush is better at loosening the accumulation. Kitchen cleansers can be used to remove stubborn stains. Avoid abrasive cleansers.

Rinse the roof and sidewalls thoroughly to reduce streaking from residue.

### Care

The rubber roof itself does not require annual coatings or additional sealants. Periodic washing with soap and water is all that is required.

After cleaning, a silicon-based dressing such as 303® Protectant can be applied to help keep the roof material flexible, and to help seal the surface from other contamination. In cases where excessive chalking is evident, PEMCO® 8010/4034 two-part roof coating can be applied. This will restore the roof's appearance (other than unremovable stains) and will help seal the roof surface. Follow the instructions included with 303® Protectant and/or PEMCO® roof coating.

The rubber roof material can be cut by sharp objects. Use caution when loading sharp articles on the roof. If you add accessories or new equipment on the roof, be sure the installer is qualified to work on the rubber roof material. This is required under the terms of the warranty.

Repair kits are available through your dealer. The roof requires special adhesives and material. Do not use silicone sealants.

## TRAILER A-FRAMES AND BUMPERS

There is very little that can go wrong with trailer A-frames and bumpers. Periodically inspect all the hardware attached and tighten if necessary. A-frames and bumpers should be washed to prevent the buildup of road grime and dirt. Touch-up paint should be used on all scratches and paint chips to prevent rust. A coat of paste wax will help keep them clean and protected from the elements.

## MAINTENANCE GUIDELINE

While many RV owner's use their RV for weekend and vacation travel, others may use their RV full-time. Full-time use of an RV can considerably affect its condition as well as maintenance requirements. As long as you are not full-timing or traveling under several climate conditions, the normal maintenance guidelines that are outlined in your Fleetwood Owner's Manual will ensure your RV will provide you many years of enjoyable use. Severe climates, either hot or cold, can affect your seals, sealants, plumbing, Propane system, and cause internal condensation issues. Full-timing can cause extra wear and tear to your RV, simply from continuous usage and/or extensive miles driven. If you are a full-timer or using your RV in severe climate conditions, follow the "full-timer/severe climate" scheduled maintenance program, as outlines in your Fleetwood Owners Manual. By following this maintenance schedule, you should be able to prolong the life and enjoy your RV for many years to come.

For your convenience, a maintenance guideline is presented. Options and accessories usually have their own owner/user manuals that often contain maintenance instructions. Consult these manuals as required. *Modify any suggested maintenance schedule as use conditions or performance requires.*

## Maintenance

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| Inspect Safety Chains | ● |  |  |  |  |  |
| Inspect brake wiring, connector, plug and receptacle | ● |  |  |  |  |  |
| Inspect hitch components | ● |  |  |  |  |  |
| Test breakaway switch | ● |  |  |  |  |  |
| Check tire inflation pressure | ● |  |  |  |  |  |
| Inspect tires for wear and damage | ● |  |  |  |  |  |
| Check wheel lug nut torque | ● |  |  |  |  |  |
| Check exterior lamp operation | ● |  |  | ● |  |  |
| Inspect Propane system components | ● |  |  | ● |  |  |
| Inspect generator exhaust (if equipped) | ● |  |  |  |  |  |
| Inspect/clean battery, cables, terminals | ● |  |  |  |  |  |
| Check battery charge (in storage) | ● |  |  |  |  |  |
| Check battery electrolyte (in use) | ● |  |  |  |  |  |
| Lubricate coupler and latch | ● |  |  |  |  |  |
| Wash exterior | ● |  |  |  |  |  |
| Wax exterior |  |  |  | ▲ | ● |  |
| Check slide-out room function and sealing (if equipped) | ● |  |  |  |  |  |
| Lubricate and adjust exterior locks, hinges, roof vents, window mechanisms, etc. |  |  |  | ▲ | ● |  |
| Lubricate TV antenna (if equipped) |  |  |  | ● |  |  |
| Check all exterior sealants around windows, doors, sidewall seams, lamps, all exterior openings and roof components. Reseal if necessary | ▲ |  | ● |  |  |  |

(continued on next page)

A - Each Trip or Monthly   D - Every 6 Months
B - Weekly   E - Each Year
C - Every 3 Months   F - At Specified Mileage or Interval
▲ - Severe Climate and Full Time Usage

## Maintenance

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| Inspect and clean fuel-fired appliance vents: water heater, refrigerator, furnace | | ● | | ● | ● | |
| Inspect, test, and service safety equipment, fire extinguisher, Propane*, CO* and smoke* detectors/alarms, and GFI receptacles | ● | | | | | |
| Service appliances and equipment: refrigerator, roof air conditioner, furnace, generator, etc. | | | | ● | | ● |
| Lubricate breakaway switch pin | | | ● | | | |
| Clean breakaway switch contacts | | | ● | | | |
| Inspect and clean water pump filter | | | ▲ | | ● | |
| Inspect all hot, cold drain plumbing | | | | ▲ | ● | |
| Sanitize fresh water tank | | | | | ● | |
| Complete Propane pressure check and system check | | | ▲! | | ! | |
| Check brakes for function and noise** | ● | | | | | |
| Inspect brakes and suspension system | | | | | ! | |
| Pack wheel bearings | | | | | ! | |
| Check water purifier cartridge (if equipped) | | | | | ● | |
| Clean interior (as necessary) | | | | | | |

*Annual battery replacement for safety detectors/alarms is recommended regardless of battery condition.

**If function is in question or noise is present, it is recommended to have the brake system checked by qualified personnel.

Items marked with ! require special equipment and/or qualified personnel.

- A - Each Trip or Monthly
- B - Weekly
- C - Every 3 Months
- D - Every 6 Months
- E - Each Year
- F - At Specified Mileage or Interval
- ▲ - Severe Climate and Full Time Usage

This page intentionally blank.

# STORAGE

## STORAGE CHECKLISTS

The following checklists will help you perform the steps necessary to prepare your trailer for storage. Use the checklist that applies to the storage conditions you anticipate.

These checklists do not include every detail required, and you may want to expand them to suit your needs. Contact your dealer for additional suggestions suitable to your climate and storage conditions, particularly extremes of hot and cold.

### Short-Term Storage
### (Less Than 60 Days)

1. Wash the trailer exterior and underside. Hose off accumulations of mud and road salts.
2. Thoroughly clean the interior of the trailer, including carpets, counter tops, lavy, tub and shower, and galley.
3. Inflate tires to maximum rated cold pressure.
4. Park the trailer as level as possible front to rear and side to side. Block wheels front and rear.
5. Check the charge in the battery. Recharge as necessary.
6. Disconnect battery cables. Clean terminals, top and sides of batteries and battery boxes. Reinstall cables, dress with a battery terminal spray.
7. Use battery disconnect switch/es, if equipped.
8. Drain black, gray and potable water tanks.
9. Winterize, if appropriate. (See *Winterization* section in this manual.)
10. Turn off water pump and water heater switches.
11. Turn off Propane at the cylinder valve.
12. Turn off refrigerator and furnace.
13. Turn off range and oven burner valves and pilot valves (if equipped).
14. Remove all perishables from refrigerator and galley cabinets. Block refrigerator door(s) open to reduce odor buildup. An open box or tray of baking soda in the refrigerator will help absorb odors.
15. Open closet doors, drawers, and cabinets so air can circulate.
16. In warm or hot climates, slightly open (suggested - ¼") roof vents for ventilation. In cold climates, close and cover all vents to prevent entry of snow, etc.
17. Close and lock all windows. Be sure vent fan and range hood fan switches are off.
18. Cover exterior appliance vents (water heater, furnace, range hood, refrigerator) to prevent insects from getting in. Be sure to remove all covering material before using appliances or vents.
19. Cap or close holding tank drain, city water inlet and fresh water fill spout.
20. Turn off all radios, TVs, interior and exterior lights.
21. Close curtains and/or mini-blinds, and pull shades.
22. Disconnect and store the 120-volt power cord.
23. Cover tires with cloth, plywood, or aftermarket tire covers.
24. Prepare generator (if equipped). Refer to generator operating manual included in your *Owner's Information Package*.

### Long-Term Storage
### (Over 60 Days)

1. Perform all steps as required for short-term storage.
2. Operate air conditioner(s) to lubricate compressor seals.
3. Charge and remove the battery. Store in a cool, dry place, and check the charge and water level every 30 days. If the specific gravity is being checked, recharge the battery when it drops to 1.220.

*13-1*

# Storage

> **✓ NOTE**
>
> If your trailer is equipped with a solar battery charger, it will trickle charge the battery. The battery disconnect switch must be ON for the solar charger to charge the battery.

4. Remove, clean and replace roof air conditioner filter(s). Cover the air conditioner shroud(s).
5. To help preserve the tires, park each tire on a piece of plywood about 12 inches square.
6. Cover the windows on the inside with foil, cardboard, paper, etc., to reduce curtain, drape, and carpet fading.
7. Remove batteries in battery-powered devices.
8. During extended periods of storage, gasoline may deteriorate due to oxidation. This can damage rubber and other materials in the fuel system. It may also clog small orifices. Commercially available gasoline fuel stabilizers should be added whenever actual or expected storage periods exceed 60 days. Follow the additive manufacturer's instructions. Operate the vehicle regularly during the storage period to mix and circulate the anti-oxidant agent throughout the fuel system.
9. Check tire inflation pressures every 30 days. Maintain maximum rated cold inflation pressure.
10. Check the sealant around all roof, floor and body seams and windows. Reseal if necessary. See *Sealant Renewal* section.
11. Lubricate all locks and hinges as described in the *Maintenance* chapter.
12. Remove high grass or weed growth if coach is parked on dirt.

## WINTERIZATION

Thoughtful planning and preparation for the winter season can help eliminate equipment failures and breakdowns, and can extend the life of your trailer and its systems. Your dealer can advise you concerning specific winterization procedures and products for your climate area or the areas through which you will be traveling. Your dealer may also provide winterization service for all appliances and systems in the trailer. The following is a check-list if you prefer to perform these procedures yourself:

1. Service and winterize the generator as outlined in the generator operating manual included in your *Owner's Information Package*.
2. Winterize the Propane system. Your Propane dealer or service station will perform this for you.
3. Winterize all appliances as outlined in the individual operator's manuals.
4. Remove snow accumulations as often as possible.

## Water System Winterizing

Read this section completely before performing winterization.

> **CAUTION**
>
> Draining the water system alone will not provide adequate cold weather protection. If the trailer is to be unheated during below freezing temperatures, consult your dealer for the best winterizing procedure for your climate. Your dealer can winterize your trailer for you or can supply you with one of the special antifreezes which are safe and approved for use in RV water systems. Follow the instructions furnished with the antifreeze.

> **⚠ WARNING**
>
> Do not use automotive or windshield washer antifreeze in the trailer water system. These solutions may be harmful if swallowed.

1. Remove water filter cartridge, if equipped, and install the winterizing adapter.
2. Drain the fresh water tank by opening the water tank drain valve. Close valve when drained.

## Storage

3. Turn water pump on (12-volt power must be on).
4. Open a cold water faucet. When the flow of water stops, turn the pump off.
5. Open water faucets, then open the drain valves on HOT and COLD water pipes. Leave these valves open.
6. Drain the water heater by opening the drain plug at the bottom of the heater and the safety valve at the top.
7. Flush the toilet. Operate toilet sprayer, if equipped.
8. Drain the shower head by opening the valve. Let all water drain out the tub spout. Leave the valve open.
9. When each faucet has been drained, close all faucets, water line drain valves and the fresh water tank drain valve, install the water heater plug and close the safety valve.
10. Drain the waste water system by following the normal procedure for draining the holding tanks. (See *Plumbing* chapter).
11. Apply silicone lubrication to the knife valve actuator rod(s).
12. Be sure ALL water from ALL plumbing fixtures has been drained.
13. Close holding tank drain valves.
14. Pour approximately five gallons of approved non-toxic antifreeze into the fresh water tank.
15. Turn the water pump master switch ON.
16. Open each water faucet, run the water pump and let about a cup of antifreeze solution flow continuously through each faucet. Close each water faucet.
17. Flush the toilet until the antifreeze solution flows continuously. Release flush mechanism.
18. Your trailer may be equipped with a water heater bypass. Winterize the hot water lines by opening each hot water faucet, allowing antifreeze solution to flow continuously, and then close each faucet. This will require considerably more antifreeze solution, and you may choose to do this step before winterizing the cold water lines so you can recycle the solution.

✓ **NOTE**
When filling the plumbing systems with antifreeze, be sure to open and operate all fixtures and valves allowing the antifreeze solution to flow freely.

19. Pour one cup of antifreeze solution down each drain.
20. Install all protective caps:
    Water tank fill
    City water inlet cap
    Waste tank drain outlet cap
21. If your refrigerator is equipped with an ice maker, winterize it as follows:
    1. Shut off the water supply valve to the ice maker.
    2. Place a shallow pan under the water solenoid valve.
    3. Remove the inlet fitting to the ice maker water solenoid valve. Drain the water from the supply line.
    4. Remove the plastic nut and water line from the outlet side of the water solenoid valve. Drain water from the line.
    5. Cycle the ice maker several times while blowing compressed air through the water solenoid valve. Be sure all water is out of the solenoid. NOTE: Your trailer dealer can do this for you.
    6. Reconnect and tighten the lines on the solenoid valve. Leave the water supply turned off until temperatures are above 32°F/0°C.
    7. Dry out the ice maker mold assembly with a soft cloth. Place the bail arm to the UP/OFF position.

*13-3*

## Storage

### REACTIVATING THE TRAILER AFTER STORAGE

If the trailer was properly and carefully prepared for storage, taking it out of storage will not be difficult. The following procedure check list assumes that you stored the trailer with care. If you didn't, and extensive freeze damage or other serious deterioration has occurred, please consult your dealer or any authorized Fleetwood dealer for advice.

1. Thoroughly inspect the outside of the trailer. Look for animal nests in wheel wells or in other out of the way places.
2. Remove all appliance vents, ceiling vent and air conditioner coverings. Be sure all furnace, water heater, and refrigerator openings are clear and free of debris or insect nests, webs, etc.
3. Open all doors and compartments. Check for animal or insect intrusion, water damage, or other deterioration.
4. Check charge level in batteries. Refill and recharge as necessary. Reinstall batteries if necessary. Be sure cable ends and terminals are clean and free of corrosion.
5. Check tire pressures. Inflate to specified cold pressure.
6. Remove covering from inside windows.
7. Open vents and windows for ventilation.
8. Drain, flush, and sanitize the fresh water system as outlined in the *Plumbing* chapter.
9. Install a new water filter cartridge (if equipped).
10. Operate all faucets and fixtures in the fresh water system. Check for leaks at all joints and fittings. Repair if necessary making sure the water heater bypass is open.
11. Check operation of 12-volt circuit breakers and inspect fuses. Replace as necessary.
12. Operate all 12-volt lights and accessories.
13. Install new batteries in battery-operated devices. Check operator's manual for each device for any additional requirements.
14. Test carbon monoxide, Propane and smoke detectors/alarms.
15. Check monitor panel operation.
16. Operate vents and vent fans, including the range hood fan.
17. Inspect the 120-volt electrical system – power cord, converter, all outlets, and any exposed wiring. If defects are found, refer service to your dealer or an authorized Fleetwood Service Center.
18. Prepare the generator for operation following instructions in the generator operating manual in your *Owner's Information Package*.
19. Start and run generator.
20. Operate 120-volt appliances and air conditioner(s). Be sure to uncover air conditioner shroud(s).
21. Inspect the Propane system and check for leaks as described in the *Propane System* chapter. If the Propane cylinder shows signs of rust or corrosion, have it inspected by a qualified Propane technician.
22. Operate each Propane appliance. Have the Propane regulator adjusted for proper pressure by a qualified technician.
23. Inspect and clean the interior.
24. Check the sealant around all roof, floor and body seams and windows. Reseal if necessary. See *Sealant Renewal* section.
25. Lubricate all exterior locks, hinges, and latches.
26. Wash and wax the exterior. Inspect the body for scratches or other damage. Touch up or repair as necessary. Flush the underside thoroughly.

Your trailer should now be ready for a new traveling season. If you choose, your dealer can double check your preparation and repair any problems or make any necessary adjustments.