# TRAILER/TOW VEHICLE LOAD WORKSHEETS

## Worksheet #1

Trailer GVWR:_____lbs. (See tag on front roadside of trailer)

Trailer tongue load rating:_____lbs. (See *Trailer Loading* section of this Owner's Manual)

1. Take the first scale reading with the entire trailer resting on the scale and the tow vehicle disconnected and off the scale. The trailer should be fully loaded with cargo, water and Propane.

1st scale reading:_____lbs.  Loaded Trailer Weight

2. Take the second scale reading after moving the trailer so that only its axles are on the scale. Keep the trailer level. Do not lower the landing gear on fifth-wheels.

2nd scale reading:_____lbs.  Loaded Trailer Axle(s) Weight

3. Calculate the pin/tongue weight percentage.

1st scale reading: _____lbs.

Minus (-) 2nd scale reading: _____lbs.

Equals (=) Loaded pin/tongue weight: _____lbs.  Not to exceed pin/tongue weight rating)

tongue weight/1st scale reading x 100 =_____%  tongue weight
Tongue weight should be between 15% and 25% for fifth-wheel trailers and between 9% and 15% for travel trailers.

# Trailer/Tow Vehicle Load Worksheets
## Worksheet #2



**Tow Vehicle: To Obtain Individual Axle and Gross Vehicle Weights:**

STEP 1a

STEP 1b

STEP 1c (Calculated)

Scale Weight _____ lbs.
From Owner's Manual _____ lbs. (entry 1a = GAW)
Front GAWR

Scale Weight _____ lbs.
From CCC Label _____ lbs. (entry 1b = GVW)
GVWR

_____ lbs.
Step 1c: Rear Axle = (1b − 1a)
_____ lbs.
Rear GAWR

**Tow Vehicle: To Obtain Individual Wheel Position Weights:**

STEP 2a

STEP 2b

STEP 2c (Calculated)

Scale Weight _____ lbs. (entry 2a)
Calculate Other Side Weight _____ lbs. (entry 1a − entry 2a)
Tire Load Rating _____ lbs. at Inflation _____ psi (see Note #1)

_____ lbs. (entry 2b)

_____ lbs.
Step 2c: Right Rear = (entry 2b − entry 2a)
_____ lbs.
Step 2c: Left Rear = (1c − 2c)

**Travel Trailer: To Obtain Individual Axle and Gross Vehicle Weights:**

STEP 3a

STEP 3b

Scale Weight _____ lbs. (Entry 3a)

_____ lbs.
Rear Axle = (entry 3b)
_____ lbs.
Rear GAWR

_____ lbs.
Step 3b: Calculate Front Axle = (3a − 3b) = 3c
_____ lbs.
Front GAWR

**Travel Trailer: To Obtain Individual Wheel Position Weights:**

STEP 4a

STEP 4b

One Side Scale Weight _____ lbs. (entry 4a)
Calculate Other Side Weight _____ lbs. (entry 3a − entry 4a)
Tire Load Rating _____ lbs. at Inflation _____ psi (see Note #1)

_____ lbs.
Right Rear = (entry 4b)
_____ lbs.
Left Rear = (entry 3b − entry 4b)

Calculate Right Front Weight = (entry 4a − entry 4b) = 4c _____ lbs.
Calculate Left Front Weight = (3c − 4c) _____ lbs.

**To Obtain Gross Combination Weights:**

STEP 5a

STEP 5b

STEP 5c

_____ lbs.
(Step 1b = GVW)

Scale Weight _____ lbs.
(Step 3a = GVW)

c. Calculate Gross Combined Weight = (entry 1b + entry 3a)
_____ lbs.
d. Must not exceed tow vehicle GCWR
_____ lbs.

## CAUTION

Individual wheel position weights must not exceed the maximum tire load capacity. Maximum tire load capacity can only be achieved utilizing the maximum allowable psi as listed on the sidewall of the tire.

*Note #1 From the tire manufacturer's load and inflation tables or the sidewall of the tires mounted on the vehicle. For more information/additional assistance, contact your tire dealer.*

# Trailer/Tow Vehicle Load Worksheets

## TRAILER WEIGHT INFORMATION

**MODEL:**                                    **VIN:**

**GVWR:**                     **UVW:**                     **CCC:**

**GVWR**   **(Gross Vehicle Weight Rating)** is the maximum permissible weight of this trailer when fully loaded. It includes all weight at the trailer axle(s) and tongue or pin.

**UVW**   **(Unloaded Vehicle Weight)** is the weight of this trailer as manufactured at the factory. It includes all weight at the trailer axle(s) and tongue or pin. If applicable, it also includes full generator fluids, including fuel, engine oil and coolants.

**CCC**   **(Cargo Carrying Capacity)** is equal to GVWR minus each of the following: UVW, full fresh (potable) water weight (including water heater), and full Propane weight.

### CARGO CARRYING CAPACITY (CCC) CALCULATION

|  | pounds | (kilograms) |
|---|---|---|
| GVWR |  |  |
| minus UVW |  |  |
| minus fresh water weight of _____ gallons at 8.33 lb./gal. | _____ | _____ |
| minus Propane weight of _____ | _____ | _____ |
| CCC for this trailer* | _____ | _____ |

*Dealer-installed equipment will reduce CCC. Customers should request this information from the dealer. All weights and capacities are approximate.

This RV is equipped with waste holding tanks with total capacity of _____ gallons which will weigh _____ pounds when full. Please drain tanks before travel to prevent overloading.

### CONSULT OWNER'S MANUAL(S) FOR SPECIFIC HITCHING AND WEIGHING INSTRUCTIONS, AND TOWING GUIDELINES.

To make sure that you get the maximum satisfaction out of your recreational vehicle purchase, there are several things you should know:

1. Learn all you can about the travel trailer or fifth-wheel you're planning to buy. Don't rely on word of mouth. Get the facts about the actual trailer length, width, Unloaded Vehicle Weight, Gross Vehicle Weight Rating, and Cargo Carrying Capacity. Be sure to check this information before you decide which unit to buy.

2. Verify the towing capacity of your tow vehicle. If you don't know or aren't sure, you can ask at your automotive dealership. Be sure to match its tow rating to the loaded (not dry) weight of your trailer. Include the weight of water, additional accessories, clothing, food, and gear. To help Fleetwood travel trailer customers estimate this total weight, our Gross Vehicle Weight Ratings reflect the actual maximum weight of the trailer when fully loaded for camping.

Taking these simple steps before you buy will help insure that your trailer is just what you wanted. You'll also have the peace of mind of knowing that your tow vehicle will be adequate to get you there.

This page intentionally blank.

# GLOSSARY

**Black Water Tank** - The water tank in your plumbing system that is designed to contain waste water from the toilet ONLY.

**CCC (Cargo Carrying Capacity)** - Is equal to GVWR minus each of the following: UVW, full fresh (potable) water weight (including water heater), and full Propane weight.

**CAUTION** - Any statement in this **Owner's Manual** that, if not followed, could result in damage to the vehicle or components.

**Chassis Operator's/Owner's Guide/Manual** - This is the operating and maintenance manual supplied by the chassis manufacturer. It is part of your **Owner's Information Package**.

**Clearance Lights** - This switch will flash the clearance lights and is useful when signalling other large vehicles when passing or being passed.

**DC Converter** - An electronic device that changes 120-volt AC energy from the main power connection or the generator to 12-volt DC energy to operate the 12-volt interior lights or other 12-volt DC appliances or accessories.

**Doorside** - The right side of the trailer from the driver's point of view. So named because the main entry/exit door is on this side.

**GAWR (Gross Axle Weight Rating)** - Is the maximum weight a specific axle is designed to carry.

**GCWR (Gross Combined Weight Rating)** - Is the value specified by the tow vehicle manufacturer as the maximum allowable loaded weight of the tow vehicle with its towed trailer or towed vehicle.

**GFCI (Ground Fault Circuit Interrupter)** - An electrical device attached to the bathroom AC circuits that disconnect the outlet if a problem occurs in the ground circuit.

**Gray Water Tank** - The water tank in your plumbing system that is designed to contain waste water from the sinks and shower drains ONLY. No toilet wastes go into this tank.

**GVWR (Gross Vehicle Weight Rating)** - Is the maximum permissible weight of this trailer when fully loaded. It includes all weight at the trailer axle(s) and tongue or pin.

**Hitch Rating** - Means the maximum allowable weight of a towed trailer or towed vehicle. The GCWR of the trailer must never be exceeded, even if the weight of the towed trailer or towed vehicle is less than the hitch rating.

**Monitor Panel** - An electronic device that allows you to conveniently measure the approximate levels in the fresh water, gray and black water tanks. You can also check the charge in the battery/batteries.

**MTW (Maximum Tongue Weight)** - Is the maximum permissible downward force exerted on the hitch ball by the towed vehicle coupler.

**NOTE** - A statement or instruction in this Owner's Manual with information to help you use the vehicle or equipment more efficiently, such as a tip.

**Owner's Information Package** - This is a package of papers, manuals, warranty and instruction cards, and other material put together for you by Fleetwood. These materials contain operating and maintenance instructions for most of the components and appliances in your trailer.

**Ownercare Card** - The card that has your name and trailer serial number (V.I.N.) imprinted on it. Use this card when you request or need warranty service. Please note that this is NOT a credit card. You cannot purchase anything with it. It is used only to identify you and your trailer.

# Glossary

*Park Cable* - The F-style video connector that allows you to connect to an outside television signal source, such as the cable TV feed at an RV park, or any other 75-ohm video source. This connector usually carries an RF modulated signal.

*Park/City Water Connection* - The "garden-hose" style connector that allows you to connect to an outside pressurized water source.

*Power/Shore Cord* - This is the main power cord coming into your trailer electrical system. You connect it to 120-volt AC power at a park or campsite.

*Roadside* - The left side of the trailer from the driver's point of view. So named because, at least in North America, the "road" outside the vehicle is usually on this side.

*MTW (Maximum Tongue Weight)* - The maximum permissible downward force exerted on the hitch ball by the towed vehicle coupler.

*UVW (Unloaded Vehicle Weight)* -Is the weight of this trailer as manufactured at the factory. It includes all weight at the trailer axle(s) and tongue or pin. If applicable, it also includes full generator fluids, including fuel, engine oil and coolants.

*VIN (Vehicle Identification Number)* - The legal, 17-digit vehicle identification number as shown on the vehicle registration certificate.

*WARNING* - A statement or instruction in this *Owner's Manual* that, if not followed, could lead to personal injury or death.

**Notes**

**Notes**



Over *one million* families also call a

# Fleetwood home.

SMALL, MEDIUM AND LARGE HOMES. FROM THE DESERT TO THE SEA. FLEETWOOD IS AMERICA'S HOME OF CHOICE. In addition to building America's most popular recreational vehicles, Fleetwood designs and builds factory-crafted homes with floorplans and design options to suit your unique tastes and lifestyle. From 550–2,500 square feet, choosing to buy a Fleetwood home is easy. Choosing which one is a little more challenging. ◆ A Fleetwood home is rivaled by no other factory-crafted home. But what about homes built on site? Frankly, few are built as well as a Fleetwood home. Today, Fleetwood is one of the nation's largest builders of homes and recreational vehicles, having built and sold over one million homes. An accomplishment earned one home at a time. One family at a time. We hope your next home will be a Fleetwood home.

**CALL 1-877-4FLEETWOOD**
FOR A PARTICIPATING RETAILER NEAR YOU
OR CLICK ON: www.fleetwoodhomes.com



3200 Myers Street, P.O. Box 7638
Riverside, California 92513-7638

## MANUFACTURING PLANTS:

FLEETWOOD TRAVEL TRAILERS OF CALIFORNIA, INC.
145 S. Larch Avenue, P.O. Box 810
Rialto, California 92376
(909) 874-2223

FLEETWOOD TRAVEL TRAILERS OF OREGON, INC.
4640 N.W. Bartsch Road, P.O. Box 1247
Pendleton, Oregon 97801
(541) 276-1244

FLEETWOOD TRAVEL TRAILERS OF OREGON, INC.
Pierce Lane, P.O. Box 1067
LaGrande, Oregon 97850
(541) 963-7101

FLEETWOOD TRAVEL TRAILERS OF TEXAS, INC.
901 Fisher Road, P.O. Box 7909
Longview, Texas 75607
(903) 759-9451

FLEETWOOD TRAVEL TRAILERS OF INDIANA, INC.
1635 Elmore Street, P.O. Box 665
Crawfordsville, Indiana 47933
(765) 362-5120

FLEETWOOD TRAVEL TRAILERS OF KENTUCKY, INC.
800 Industrial Drive
Campbellsville, KY 42718
(270) 789-2316

FLEETWOOD TRAVEL TRAILERS OF MARYLAND, INC.
10233 Govenor Lane Blvd
Williamsport, MD 21795
(301) 790-3708

FLEETWOOD CANADA, LTD.
70 Mount Hope Street
Lindsay, Ontario, Canada K9V 5G4
(705) 324-0095