# EXHIBIT "F"

# DEPOSITION TESTIMONY OF ELISHA DUBUCLET, October 7, 2009

Appearance & Swear in of Witness- Pages 1-3 and 9;

Excerpts-
Page 99, Line 15-25;
Page 100, Line 1-25;
Page 101, Line 1-25;
Page 102, Line 1-10.

Court Reporters Certification- Page 273.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: FEMA TRAILER              MDL NO. 1873
FORMALDEHYDE PRODUCTS            SECTION N(4)
LIABILITY LITIGATION             JUDGE ENGELHARDT


\* \* \*


VIDEOTAPED DEPOSITION OF ELISHA DUBUCLET, 6046 DOROTHEA STREET, NEW ORLEANS, LOUISIANA 70126, TAKEN AT THE OFFICES OF FRANK D'AMICO, ATTORNEY AT LAW, 622 BARONNE STREET, NEW ORLEANS, LOUISIANA 70112, ON THE 7TH DAY OF OCTOBER, 2009.


REPORTED BY:

    CATHY RENEE' POWELL, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

VIDEOGRAPHER:

    BRIAN SOILEAU
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

```
 1    APPEARANCES:

 2
          BECNEL LAW FIRM
 3        (BY:  ROBERT BECNEL, ESQUIRE)
          425 W. AIRLINE HIGHWAY, SUITE B
 4        LAPLACE, LOUISIANA  70068

 5
          LAW OFFICES OF FRANK D'AMICO
 6        (BY:  FRANK D'AMICO, JR., ESQUIRE)
          622 BARONNE STREET
 7        NEW ORLEANS, LOUISIANA  70112

 8
          FEMA FORMALDEHYDE CLAIMS OFFICE
 9        (BY: CYNTHIA WALLACE, ESQUIRE)
          4731 CANAL STREET
10        NEW ORLEANS, LOUISIANA 70068

11           (ATTORNEYS FOR PLAINTIFFS)

12     JONES, WALKER, WAECHTER, POITEVENT,
          CARRERE & DENEGRE
13        (BY: WILLIAM LAMPTON, ESQUIRE)
          8555 UNITED PLAZA BOULEVARD
14        BATON ROUGE, LOUISIANA  70809

15           (ATTORNEYS FOR DEFENDANTS PILGRIM,
              KEYSTONE, MONACO, R-VISION, THOR
16            CALIFORNIA, KZRV, DS/
              CROSSROADS AND DUTCHMEN)
17

18     LEAKE & ANDERSSON
          (BY:  JERRY L. SAPORITO, ESQUIRE)
19        1700 ENERGY CENTRE
          1100 POYDRAS STREET
20        NEW ORLEANS, LOUISIANA  70163

21           (ATTORNEYS FOR DEFENDANTS
              FLEETWOOD ENTERPRISES, INC.,
22            ET AL.)

23

24

25
```

Page 3

```
 1    APPEARANCES CONTINUED:

 2
          MIDDLEBERG, RIDDLE & GIANNA
 3        (BY:  CHARLES PENOT, ESQUIRE)
          450 LAUREL STREET
 4        SUITE 1101
          BATON ROUGE, LOUISIANA 70801
 5
             (ATTORNEYS FOR FLUOR ENTERPRISES,
 6              INC.)

 7
          ALLEN & GOOCH
 8        (BY: BRENT MAGGIO, ESQUIRE)
          1015 ST. JOHN STREET
 9        LAFAYETTE, LOUISIANA   70502-3768
             (Attended via telephone)
10
             (ATTORNEYS FOR HEARTLAND
11              RECREATIONAL VEHICLES, LLC)

12                    *   *   *

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  PSC.
2       MR. D'AMICO:
3           Frank D'Amico, Jr., on behalf of
4  the PSC and Elisha Dubuclet and Timia
5  Dubuclet.
6           ELISHA DUBUCLET,
7  having been first duly sworn as a witness,
8  was examined and testified as follows:
9  EXAMINATION BY MR. SAPORITO:
10     A.   Good morning.
11     Q.   My name is Jerry Saporito and I am
12  one of the lawyers in the case that you have
13  filed through Mr. D'Amico's office.  I
14  represent Fleetwood travel trailers, the
15  company who is alleged to have manufactured
16  the trailer that you-all lived in after the
17  hurricane.
18           I'll ask you some questions about
19  the occupancy of that trailer, as well as
20  some general medical-type questions.  And
21  then the other lawyers in the room might
22  also have questions for you and we'll just
23  work our way through.  Okay?
24     A.   Okay.
25     Q.   Now, this lady that is sitting

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15         This is a Fluor production, but it
16   is a FEMA document, No. 049. It says,
17   "Trailer Lease Check-in List," and that's
18   your initials down there at the bottom,
19   "PAD"; is that right?
20       A.  Yes.
21       Q.  You signed those initials right
22   there?
23       A.  Yes.
24       Q.  Number 10 on that form says, "Show
25   the paperwork on all the appliances, stress

1  the necessity of keeping these documents in
2  a place where they can be easily located."
3        That No. 10 is checked off.  Are
4  you saying that even though it says to show
5  the paperwork on the appliances and leave
6  the paperwork with you that you never did
7  get those documents?
8     A.  No, because I assumed he was
9  talking about going over everything with me
10 and checking it off.  Because he did do
11 that.
12    Q.  So it is checked off, but you're
13 saying you just didn't get the paperwork?
14    A.  No.  He went over everything with
15 me.
16    Q.  I understand that, he went over
17 everything with you, but he did not leave
18 the paperwork on the appliances with you?
19    A.  No.
20    Q.  On the next page, which is
21 page 50, under No. 13, the subsection D, as
22 in dog, it says, "Point out the maintenance
23 telephone number."
24        He did do that and he did give you
25 that, correct?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Elisha Dubuclet

Page 101

1   A.   Yes.
2   Q.   Was that maintenance telephone
3   number on some kind of little sticker that
4   was inside one of the cabinets in the
5   kitchen?
6   A.   Repeat that again.
7   Q.   Was that maintenance telephone
8   number on a sticker inside of one of the
9   cabinets in the kitchen?
10  A.   No, I got the maintenance number
11  from FEMA.
12  Q.   But you didn't have a piece of
13  paper that had the maintenance number on it?
14  A.   No, sir.
15  Q.   Okay. And if you go to page 51,
16  item No. 20, it says, "The warranty and
17  instructional packages which must remain
18  with the trailer. Warranty information is
19  for FEMA."
20       Do you see No. 20 is checked off?
21  A.   Yes.
22  Q.   But you, again, are saying that,
23  even though it is checked off, you didn't
24  get warranty or instructional packages for
25  this trailer?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Videotaped Deposition of Elisha Dubuclet

Page 102

```
 1        A.   No.  Because -- I'm looking at
 2   this paper right now, but the guy was
 3   filling this out.
 4        Q.   Okay.
 5        A.   Yeah.  He filled this out.
 6        Q.   I'm just asking if you got the
 7   warranty documents and instructional package
 8   documents?
 9        A.   All I received in the folder was
10   what he gave me, which was this.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

REPORTER'S CERTIFICATE

I, Cathy Renee' Powell, Certified Court Reporter, do hereby certify that the above-named witness, after having been first duly sworn by me to testify to the truth, did testify as hereinabove set forth;

That the testimony was reported by me in shorthand and transcribed under my personal direction and supervision, and is a true and correct transcript, to the best of my ability and understanding;

That I am not of counsel, not related to counsel or parties hereto, and not in any way interested in the outcome of this matter.

_____
CATHY RENEE' POWELL, CCR
Certified Court Reporter