OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date:  November 18, 2009

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Brenda Bailey

vs.

American International Specialty
Lines Insurance Co., et al

Case No. 09-5235

Dear Sir:

Please **(issue)** summons on the **(complaint)**to the following:

1.    Federal Emergency Management Agency (FEMA), Through the Office of the Director
Craig Fugate, Director, 500 C Street, Washington, DC 20472

2.    The United States of America, through Eric Holder, U.S. Attorney General, U.S.
Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

3.    United States of America, Through James Letten, U.S. Attorney for the EDLA, 500
Poydras St., Suite B210, New Orleans, LA 70130

Very truly yours,

Justin I. Wood

JUSTIN I. WOODS
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304
Attorney for Plaintiff