OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date:   November 18, 2009

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Anita Harris
                    vs.

Coachmen Recreational Vehicle
Company of Georgia, LLC

Case No. 09-5242

Dear Sir:

Please (issue) summons on the (complaint) to the following:

1. Coachmen Recreational Vehicle Company of Georgia, L.L.C., through its Agent for Service of Process, Corporation Service Company, 40 Technology Parkway South, #300, Norcross, GA 30092.

Very truly yours,

*Justin I. Woods Jr.*
JUSTIN I. WOODS
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304
Attorney for Plaintiff