OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: November 17, 2009

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Jo Peshek

vs.

DS Corp., d/b/a CrossRoads RV, et al

Case No. 09-5245

Dear Sir:

Please **(issue)** summons on the **(complaint)** to the following:

1. DS Corp. d/b/a CrossRoads RV, c/o Denette Boswell, P. O. Box 40, Topeka, IN 46571.

Very truly yours,

*Justin I. Woods*
JUSTIN I. WOODS
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304
Attorney for Plaintiff