OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: November 17, 2009

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Jay Johnson

vs.

Forest River

Case No. 09-5224

Dear Sir:

Please **(issue)** summons on the **(complaint)** to the following:

1. Forest River, Inc., through its Agent for Service of Process, J. Richard Ransel, 228 W. High St., Elkhart, IN 46515

2. Federal Emergency Management Agency (FEMA), Through the Office of the Director Craig Fugate, Director, 500 C Street, Washington, DC 20472

3. United States of America, Through James Letten, U.S. Attorney for the EDLA, 500 Poydras St., Suite B210, New Orleans, LA 70130

4. The United States of America, through Eric Holder, U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

Very truly yours,

*Justin I. Woods/s*
JUSTIN I. WOODS
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304
Attorney for Plaintiff