UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | NO. "N-4" |
| | * | |
| | * | JUDGE ENGLEHARDT |
| | * | MAG. JUDGE ROBY |

*******************************************************

# ANSWER TO THIRD SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT

NOW INTO COURT, through undersigned counsels, comes the defendant, **T-MAC, INC.**, a Louisiana Corporation, for answer to the Third Supplemental and Amended Administrative Master Complaint filed herein, and aver as follows:

1.

The allegations of fact contained in Paragraphs 1 through Paragraphs 109 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

2.

Defendant admits its capacity but denies the remaining allegations of fact contained in Paragraph 110 of the Third Supplemental and Amended Administrative Master Complaint.

3.

The allegations of fact contained in Paragraphs 111 through Paragraphs 115 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

4.

The allegations of fact contained in Paragraphs 116 through Paragraph 123 state conclusions of law and require no answer from defendant; however, out of an abundance of caution, said allegations are denied.

5.

The allegations of fact contained in Paragraphs 124 through Paragraph 199 are denied for lack of sufficient information to justify a belief therein.

6.

The allegations of fact contained in Paragraphs 200 through Paragraphs 209 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

7.

The allegations of fact contained in Paragraphs 210 through Paragraphs 228 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

8.

The allegations of fact contained in Paragraphs 229 through Paragraphs 239 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

9.

The allegations of fact contained in Paragraphs 240 through Paragraphs 241 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

10.

The allegations of fact contained in Paragraph 242 through Paragraphs 243 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

11.

The allegations of fact contained in Paragraphs 244 through Paragraphs 247 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

12.

The allegations of fact contained in Paragraphs 248 through Paragraphs 259 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

13.

The allegations of fact contained in Paragraphs 260 through Paragraphs 261 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

14.

The allegations of fact contained in Paragraphs 262 through Paragraphs 263 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

15.

The allegations of fact contained in Paragraphs 264 through Paragraphs 274 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied

for lack of sufficient information to justify a belief therein.

16.

The allegations of fact contained in Paragraphs 275 through Paragraphs 280 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

17.

The allegations of fact contained in Paragraphs 281 through Paragraphs 286 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

18.

The allegations of fact contained in Paragraphs 287 through Paragraphs 292 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

19.

The allegations of fact contained in Paragraphs 293 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

20.

Defendant denies all of the allegations of fact contained in Paragraphs 294 through Paragraphs 297 of the Third Supplemental and Amended Administrative Master Complaint, due to a lack of sufficient knowledge and information to justify a belief therein.

21.

The allegations of fact contained in Paragraph 298 requires no answer from defendant herein,

however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

22.

Defendant denies all of the allegations of fact contained in Paragraphs 299 through Paragraphs 304 of the Third Supplemental and Amended Administrative Master Complaint, due to a lack of sufficient knowledge and information to justify a belief therein.

23.

The allegations of fact contained in Paragraph 305 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

24.

Defendant denies all of the allegations of fact contained in Paragraphs 306 through Paragraphs 311 of the Third Supplemental and Amended Administrative Master Complaint, due to a lack of sufficient knowledge and information to justify a belief therein.

25.

The allegations of fact contained in Paragraph 312 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

26.

Defendant denies all of the allegations of fact contained in Paragraphs 313 through Paragraphs 322 of the Third Supplemental and Amended Administrative Master Complaint, due to a lack of sufficient knowledge and information to justify a belief therein.

27.

The allegations of fact contained in Paragraph 323 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

28.

Defendant denies all of the allegations of fact contained in Paragraphs 324 through Paragraphs 326 of the Third Supplemental and Amended Administrative Master Complaint, due to a lack of sufficient knowledge and information to justify a belief therein.

29.

The allegations of fact contained in Paragraph 327 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

30.

Defendant denies all of the allegations of fact contained in Paragraph 328 of the Third Supplemental and Amended Administrative Master Complaint, due to a lack of sufficient knowledge and information to justify a belief therein.

31.

The allegations of fact contained in Paragraph 329 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

32.

Defendant denies all of the allegations of fact contained in Paragraphs 330 through Paragraphs 335 of the Third Supplemental and Amended Administrative Master Complaint, due to

a lack of sufficient knowledge and information to justify a belief therein.

33.

The allegations of fact contained in Paragraph 336 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

34.

Defendant denies all of the allegations of fact contained in Paragraphs 337 through Paragraphs 342 of the Third Supplemental and Amended Administrative Master Complaint, due to a lack of sufficient knowledge and information to justify a belief therein.

35.

The allegations of fact contained in Paragraph 343 requires no answer from defendant herein, however out of an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

36.

Defendant denies all of the allegations of fact contained in Paragraphs 344 through Paragraphs 352 of the Third Supplemental and Amended Administrative Master Complaint, due to a lack of sufficient knowledge and information to justify a belief therein.

37.

Defendant denies all of the allegations of fact contained in Paragraphs 353 through Paragraphs 354 of the Third Supplemental and Amended Administrative Master Complaint, due to a lack of sufficient knowledge and information to justify a belief therein.

38.

Defendant denies all of the allegations of fact contained in Paragraphs 355 through

Paragraphs 356 of the Third Supplemental and Amended Administrative Master Complaint, due to a lack of sufficient knowledge and information to justify a belief therein.

39.

The allegations of fact contained in Paragraph 357 states conclusions of law and require no answer from defendant; however, out of an abundance of caution, said allegations are denied.

40.

Defendant denies all of the allegations of fact contained in Paragraphs 358 through Paragraphs 359 of the Third Supplemental and Amended Administrative Master Complaint, due to a lack of sufficient knowledge and information to justify a belief therein.

41.

The allegations of fact contained in Paragraph 360 states conclusions of law and require no answer from defendant; however, out of an abundance of caution, said allegations are denied.

42.

Defendant denies all of the allegations of fact contained in Paragraphs 361 through Paragraphs 362 of the Third Supplemental and Amended Administrative Master Complaint, due to a lack of sufficient knowledge and information to justify a belief therein.

43.

The allegations of fact contained in Paragraph 363 states conclusions of law and require no answer from defendant; however, out of an abundance of caution, said allegations are denied.

**AFFIRMATIVE DEFENSES**

Further answering the allegations of the plaintiffs' Third Supplemental and Amended Administrative Master Complaint, the defendant shows:

In the further alternative, and only in the event that the court holds that the defendant was

guilty of any negligence which was the proximate cause of the damage, then the defendant specially pleads the comparative fault of the plaintiffs and other third parties over which the defendant has no control, as proximately causing the damages of which they now complain, thus precluding or reducing their recovery in this suit, in the following nonexclusive particulars:

### FIRST DEFENSE

The cause in fact of the damages complained of was the negligence of the Plaintiff(s) whose acts of negligence should operate as a complete bar or in diminution of their recovery.

### SECOND DEFENSE

In the alternative, defendant affirmatively avers that Plaintiffs' alleged injuries were caused by persons or parties over whom the defendant exercises no authority, jurisdiction, control, or supervision or for whom it is not legally responsible.

### THIRD DEFENSE

In the further alternative, defendant avers that plaintiffs assumed the risk of their injuries.

### FOURTH DEFENSE

In the alternative, and in the event that this honorable court should find that the defendant was guilty of any negligence whatsoever, which proximately caused or contributed to the accident and alleged injuries which defendant denies, then the defendant specifically pleads contributory negligence of the plaintiffs, which would mitigate any recovery by the plaintiffs herein.

### FIFTH DEFENSE

Defendant herein expressly pleads the affirmative defense that the petitioners have failed to mitigate their damages.

**WHEREFORE**, the defendant herein, T-MAC, Inc., prays that the foregoing answers, with all affirmative defenses, be deemed good and sufficient, after due proceedings are held, there will

be judgment herein in favor of the defendant, T-MAC, Inc., and against the petitioners dismissing the demands asserted in the Third Supplemental and Amended Administrative Master Complaint with prejudice at their cost and for any and all other general and equitable relief.

    Respectfully submitted:

*/s/ Michael G. Gaffney*
**MICHAEL G. GAFFNEY** (Bar #5868)
**Hurndon & Gaffney, A Law Corporation**
631 St. Charles Avenue
New Orleans, Louisiana   70130
Telephone:     (504) 581-3301
Facsimile:     (504)581-3305

*/s/ Charles V. Cusimano, III*
**CHARLES V. CUSIMANO, III (#28858)**
Cusimano Law Firm, PLC
631 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone:     504-525-1213
Facsimile:     504-581-3305
**Attorneys for Defendant, T-MAC, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was mailed to all counsel of record by depositing same in the U.S. Mail, First Class postage prepaid and properly addressed, this   19   day of            November           2009.

    */s/ Charles V. Cusimano, III*
    CHARLES V. CUSIMANO, III

20091119 Answer to Third Supplemental and Amended Petition.wpd