Exhibit A

# Transcript of the Testimony of
# Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

### Date taken: October 22, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN Document 7575-1 Filed 11/19/09 Page 3 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)    Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 24

1  document which has been marked as Exhibit 4,
2  which is Morgan Bates No. 17.  Just for the
3  record, so we are clear, could you identify
4  that document for me?
5     A.  Yes, sir.  It's a contract from
6  Department of Homeland Securities/FEMA to
7  Morgan, for Morgan Buildings & Spas, Inc.
8  for 15,000 travel trailers.
9  (Exhibit No. 4 marked for identification.)
10    Q.  What is the date on that document?
11    A.  8/29/2005.
12    Q.  And that's the contract we were
13  discussing earlier that provides for us some
14  of the details regarding the purchase of the
15  15,000 travel trailers by FEMA from Morgan;
16  is that right?
17    A.  Yes, sir.
18    Q.  And what Morgan did, rather than
19  constructing their own travel trailers, is
20  they contacted Recreation by Design, Monaco
21  and Fleetwood and had them construct the
22  travel trailers to fill that order?
23    A.  Correct.
24    Q.  May I see that document, sir?
25    A.  (Witness complies.)