UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' STEERING COMMITTEE'S
EX PARTE MOTION FOR LEAVE TO FILE
FOURTH SUPPLEMENTAL AND AMENDED
ADMINISTRATIVE MASTER COMPLAINT**

**MAY IT PLEASE THE COURT:**

The Plaintiffs' Steering Committee respectfully moves this Court to allow it to file the attached Fourth Supplemental and Amended Administrative Master Complaint in furtherance of the Court's directives pursuant to Pretrial Order No. 36 (Rec. Doc. 1386), as amended by Order of the Court entered August 19, 2009 (Rec. Doc. 2760).

The attached Fourth Supplemental and Amended Administrative Master Complaint is necessary in order to delete certain defendants which have provided Liaison Counsel with evidence suggesting they have not manufactured emergency housing units (EHU's) which are the subject of this litigation; to add defendants which Liaison Counsel have since determined manufactured EHU's and should be included in the Administrative Master Complaint and/or should be included among the named "No-Bid" contractor defendants; and, to otherwise correct identifying information relative to certain named defendants.

1

Accordingly, and pursuant to the Court's previous Orders, the Plaintiffs' Steering Committee respectfully requests that this Honorable Court enter the attached Order granting leave to file the Fourth Supplemental and Amended Administrative Master Complaint.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com


s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
jwoods@gainsben.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                /s/Gerald E. Meunier
                GERALD E. MEUNIER, LSBA #9471