**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**NEW ORLEANS DIVISION**

**IN RE: FEMA TRAILER**                                    **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**          **SECTION "N-4"**

                                                                       **JUDGE ENGELHARDT**
                                                                       **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing motion,

**IT IS ORDERED** that the Plaintiffs' Steering Committee be granted leave to file the Fourth

Supplemental and Amended Administrative Master Complaint.

THIS DONE the _____ day of _____, 2009, New Orleans, Louisiana.

_____
                                        J U D G E