UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
     FORMALDEHYDE PRODUCTS  
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Case No. 07-9228

## ORDER

Considering Defendant Fleetwood Enterprises, Inc's Response to Plaintiff's Motion in Limine to Exclude Testimony and Evidence Relating to Fleetwood Enterprises, Inc's Bankruptcy Filing (Rec. Doc. 7514), wherein Fleetwood Enterprises, Inc. states that it has no opposition to the instant motion in limine,

**IT IS ORDERED** that **Plaintiff's Motion in Limine to Exclude Testimony and Evidence Relating to Fleetwood Enterprises, Inc's Bankruptcy Filing (Rec. Doc. 7283)** is **GRANTED**, as it is expressly unopposed.

New Orleans, Louisiana, this 19th day of November, 2009.

**KURT D. ENGELHARDT**  
**UNITED STATES DISTRICT JUDGE**