UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                 SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member case No. 07-9228

## ORDER

A pre-trial conference was held in this matter on November 19, 2009..   In addition to the undersigned, and the undersigned's law clerk, Joe Glass, Andy Weinstock, Chris Pinedo, Jerry Meunier, Raul Bencomo, Aaron Ahlquist, Frank D'Amico, Dennis Reich, Linda Nelson, Richard Hines, Jerry Saporito, Taylor Daly, and Amanda Vonderhaar attended.

During the conference, the Court **ORDERED** as follows:

(1)    A revised pre-trial order is due to the Court by **Monday, November 30, 2009, at noon**. The revised order shall not be electronically filed; it shall be signed by counsel and delivered to chambers.

(2)    **On or before Friday, December 4, 2009 at 9:00 a.m.**, the parties shall submit an amended trial plan to the Court.

(3)    Short memoranda supporting objections to exhibits must be electronically filed or delivered to chambers and opposing counsel no later than **Monday, November 23, 2009, at noon**,

with oppositions thereto to be electronically filed or delivered to chambers no later than **Wednesday, November 25, 2009, at noon.** Counsel are to confer in advance to attempt to amicably resolve any objections to exhibits.  A copy of the exhibit to which there is an objection is to be attached to the memorandum supporting the objection, unless the exhibit is voluminous.

(4)     A list of potential witnesses and a proposed short description of the case (to insert into the voir dire script) must be electronically filed or delivered to chambers and opposing counsel no later than **Thursday, December 3, 2009, at noon.**

(5)     Proposed voir dire questions, a proposed verdict form (the form from the *Alexander* bellwether shall be the template), and proposed jury instructions (the instructions from the *Alexander* bellwether shall be the template) must be electronically filed or delivered to chambers and opposing counsel no later than **Monday, November 23, 2009, at noon**.  These documents shall also be transmitted (in WordPerfect or Word format) to the undersigned's law clerk at amanda_ballay@laed.uscourts.gov no later than **Monday, November 23, 2009, at noon**. The parties are to attempt to agree on a joint proposed jury verdict form.  Any objections to proposed voir dire questions, jury instructions, and the jury verdict form shall be electronically filed or delivered to chambers and opposing counsel no later than **Wednesday, November 25, 2009, at noon.**

(6)     If deposition testimony is to be submitted in lieu of live testimony, *trial counsel* are to confer regarding the portions of the deposition transcript that are irrelevant.  Those portions are to be redacted from the single transcript to be used at trial.   Short memoranda identifying (by page and line numbers) and supporting any objections to the deposition testimony must be electronically filed or delivered to chambers no later than **Monday, November 30, 2009, at noon**, with oppositions thereto to be electronically filed or delivered to chambers at the same time.  The Court

will need a copy of the redacted, condensed deposition transcript(s) to be able to rule upon any objection(s).

(7) Expert witness reports must be submitted to chambers no later than **Wednesday, December 2, 2009, at 5:00 p.m.** These reports shall be tabbed and placed in a binder, which shall contain an index.

(8) Counsel are to prepare a joint exhibit disk with a single numbering system to be used at trial. Any *in globo* exhibits must contain page or Bates numbers.

The copy of the exhibit disk to be used by the judge during trial must be delivered to chambers no later than **Tuesday, December 1, 2009, at noon.** Exhibits to which there are pending objections shall be placed on a separate disk and delivered to the Court in hard copy, unless they are voluminous.

A copy of the exhibit book to be used by the witness, if one is to be provided for use by the witness, must be brought to Court on the first morning of trial, and shall not contain any exhibits as to which there are pending objections, unless and until those objections are overruled by the Court. Counsel are to confer regarding preparation of copies of the exhibit book to be used by them during trial. A copy of the admitted exhibits also will be needed for jury deliberation and the Court's record for this action.

Unless otherwise ordered, counsel shall not provide a book of trial exhibits, or copies of any exhibits, to each jury member. Generally, exhibits are to shown by use of the Court's overhead projector and/or counsel's laptop computer. If is necessary for the jury to view an actual document, counsel are to have copies of that particular document to hand out to, and collect from, each juror at the relevant time.

Any questions regarding the use of the Court's electronic exhibit display system, opaque projector, counsel's laptop computer, a television, and/or a DVD player in the courtroom shall be directed to Case Manager, Pam Radosta, at 504-589-7683.

(9) Unless otherwise agreed by counsel, any demonstrative exhibits (excluding enlargements of documents already identified in the pre-trial order as exhibits) are to be exchanged with opposing counsel no later than **Thursday, December 3, 2009, at 9:00 a.m.**

(10) Each side shall be allowed 25 minutes for opening statements and 45 minutes for closing arguments, unless otherwise agreed in advance by counsel. Plaintiffs shall be allowed to reserve up to 12 minutes for rebuttal argument to follow Defendant's closing argument.

(11) Unless otherwise ordered, the Court shall conduct all voir dire with input from counsel. Each side shall be allowed 3 peremptory challenges. A jury of 9 members shall be selected. All shall deliberate.

(12) Counsel are reminded that cell phones, beepers, and comparable devices are not allowed in the courtroom. They may be left with the undersigned's judicial assistant, Susan Adams, during the trial. Counsel are instructed to inform any witnesses of this policy. Laptop computers may be in the courtroom if they are used in connection with the trial, and with prior notification to and approval by the Court.

(13) Any questions regarding the trial and/or trial preparation that are not addressed herein are to be directed to the undersigned's judicial assistant, Susan Adams, or law clerk, Amanda Ballay, at (504)589-7645, susan_adams@laed.uscourts.gov,or or amanda_ballay@laed.uscourts.gov.

(14) Counsel for each party have been provided with disks containing the completed juror questionnaires. **On or before Wednesday, November 25, 2009, at noon**, counsel shall

provide to the Court a list of potential jurors that both parties agree should be challenged for cause. Also at this time, counsel should provide to the Court and opposing counsel a list of cause challenges which shall include specific reference to the question at issue and shall state a brief reason for the challenge. Any responses to these challenges shall be filed **on or before Monday, November 30, 2009 at 9:00 a.m.**

New Orleans, Louisiana, this 19th day of November, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**