# UNITED STATES DISTRICT COURT
for the

USDC Eastern District of Louisiana

| | | |
|---|---|---|
| Neva Martin, et al. | ) | |
| Plaintiff | ) | |
| v. | ) Civil Action No. **09-4725** | |
| Lakeside Park Homes, Inc. | ) | |
| Defendant | ) | |

Summons in a Civil Action

**SECT. N MAG. 5**

To: *(Defendant's name and address)*

Lakeside Park Homes, Inc.
Ben C. Jarvis
70 Peachstate Drive
Adel, GA 31620

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Aug 06 2009

Deputy Clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Neva Martin, et al., et. al., Plaintiff(s)
vs.
Lakeside Park Homes, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100067-0001

# AFFIDAVIT OF DUE AND DILIGENT ATTEMPT

Service of Process on:
--Lakeside Park Homes, Inc., c/o Ben C. Jarvis

Court Case No. 09-4725

WATTS HILLIARD, L.L.C.
Ms. Kendra Trites
2506 N. Port Avenue
Corpus Christi, TX 78401

Customer File: _____

State of: **GEORGIA** ) ss.
County of: **WARE** )

Name of Server: **J. Newton Bates, Sr.**, undersigned, being duly sworn, deposes and says that at all times mentioned herein, he was of legal age and was not a party to this action;

Documents Served: the undersigned attempted to serve the documents described as:
**Plaintiff's Original Complaint; Summons**

Service of Process on: The undersigned attempted to serve the documents on
**Lakeside Park Homes, Inc., c/o Ben C. Jarvis**
and after due and diligent efforts, was unable to effect service.
The following is a list of the attempts made to effect service:

Attempts:

Dates/Time/Address Attempted: 70 Peachstate Drive, Adel, GA 31620 @ 3:15 p.m. on October 30, 2009
Reason for Non-Service: **Business property is closed and buildings are vacant and in disrepair.**

Dates/Time/Address Attempted: _____
Reason for Non-Service: _____

Dates/Time/Address Attempted: _____
Reason for Non-Service: _____

☐ Based upon the above stated facts, Affiant believes the defendant is avoiding service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*[signature]*
Signature of Server
U.S. District Court Registered Civil Process Server
APS International, Ltd.

Subscribed and sworn to before me this **30th** day of **October**, 20**09**

*[signature] Jennifer D. Bates*
Notary Public          (Commission Expires)

Notary Public, Ware County, Georgia
My Commission Expires Jan. 5, 2013

November 3, 2009

To: Robert C. Hilliard, Esq.
    WATTS HILLIARD, L.L.P.
    2506 North Port Avenue
    Corpus Christi, Texas 78401

From: J. Newton Bates, Sr.

Upon traveling to Adel, Georgia on Friday, October 30, 2009, and upon arrival at what was once the manufacturing plant of Lakeside Park Homes, Inc., 70 Peachstate Drive, I found that the buildings were open to the elements, and around the outside of the office area was grown up and in disrepair. There was a gate that was completely down and laying on the ground, and that portions of the buildings were being used to store round bales of hay.

Attached to the gate that was on the ground, was a real estate "For Sale" sign with the following information: *Sperry Van Ness, CREVISTAN REALTY, INC., (770) 992-5112*. I called the telephone number and spoke with Dell Crevistan who gave me two (2) telephone numbers for the owner of the building who was *Tim Neal*. His office number was (865) 579-4666 and a cell number of (865) 607-9349. Mr. Neal spoke with me and told me that he was located in Knoxville, Tennessee. He stated that he had lost contact with **Ben Jarvis**, but gave me the name of *Mr. Owen McDaniel*, who lives in Adel, Ga., and was once a friend of **Jarvis**. I called Mr. McDaniel on his cell phone (229) 560-0650, and he gave me the name of *John Faircloth, Jr.*, who had left Adel with **Jarvis** when he moved to Tennessee and/or Kentucky. Mr. McDaniel said that Faircloth was now living in a small town north of Adel, called Sparks, Georgia. He gave me the telephone number of his father who lives next door. That telephone number for Mr. Faircloth, Sr. is (229) 549-8019, and the address is 1016 Lovett Circle, Sparks, Georgia.

I called that number today, and was told by Mrs. Faircloth, his mother, that she would have her son call me around lunch time. He called me about 1:15 p.m. on a cell phone with the number of (229) 563-5896, and told me that the last he knew of Ben Jarvis, whom he has no use for, he was living in either Jackson, Tennessee, or might have moved to Lebanon, Tennessee. He also stated that earlier in the year he had been contacted by an investigator from Lake Park, Georgia by the name, J.W. Grable, who was trying to locate the whereabouts of Ben Jarvis. Grable left a business card with Faircloth, but the two numbers that were on the card are no longer in service, (229) 559-3084 and a cell number (229) 251-3813, I tried them this afternoon.

My best guess is that **Ben Jarvis** is now living in the Lebanon, Tennessee area which is located East of Nashville about twenty-five (25) miles on Interstate 40.

*[signature]*