Exhibit A

# Transcript of the Testimony of
# Videotaped Deposition of Lawrence G. Miller, M.D.

### Date taken: September 22, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 7616-1   Filed 11/19/09   Page 3 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Lawrence G. Miller, M.D.

Page 62

1   be dry, it can be scaling, certainly
2   redness.  There is a characteristic
3   appearance.
4        Q    You have seen that she has been
5   described as having eczema in essence
6   throughout her life?
7        A    Certainly back to when she was a
8   small child, yes.
9        Q    All right.  If you were writing up
10  what you saw upon her presentation in a
11  clinic and you saw what you would describe
12  as eczema, would you write that up as
13  "eczema" or as "dermatitis" or as "atopic
14  dermatitis" or how would you write that up
15  in her records?
16       A    Well, again, I think we have
17  talked about this several times.  You can't
18  necessarily say atopic dermatitis unless you
19  have reason to believe there is an allergic
20  component there, so I think most physicians
21  would either say eczema or eczematous
22  dermatitis.
23       Q    Have you ever written up a patient
24  with dermatitis?
25       A    Probably some years ago.  I don't

Case 2:07-md-01873-KDE-MBN   Document 7616-1   Filed 11/19/09   Page 4 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Lawrence G. Miller, M.D.

Page 63

```
 1   recall how long.
 2        Q    But as you sit here today, you got
 3   no specific memory of diagnosing a patient
 4   with dermatitis of some form?  Not that you
 5   haven't, but you just don't remember it?
 6        A    Not an individual patient.
 7        Q    And I'm not here to beat you over
 8   the head with this, but we know you're not a
 9   dermatologist.  That has not been your
10   practice over the years.  You're a
11   pharmacologist and have been working on
12   research on drugs, and then ultimately on
13   venture capital with respect to drugs and
14   the marketing of related products?
15        A    No, to be clear, clinically I'm
16   trained as an internist, pulmonary physician
17   and a clinical pharmacologist.  I work in
18   all of those areas, and certainly
19   dermatologic illness is a part of internal
20   medicine.  I see them all the time.
21        Q    But you don't recall ever
22   diagnosing a patient with dermatitis or with
23   eczema as we sit here today?
24        A    Well, I'm sure I have, but I don't
25   recall specific patients over the last 30
```