AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

## USDC Southern District of Mississippi

| | | |
|---|---|---|
| Mindy Smith, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:09cv574 HSo-JMR |
| Liberty Homes Inc. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Liberty RV & Marine, Inc.
Wayne A. Spear
7500 NW 42 Ave Rd.
Ocala, FL 34482

ROBERT W. MCGUINNESS
CERTIFIED PROCESS SERVER
FIFTH JUDICIAL CIRCUIT
ID # 05-07-6
DATE _____ TIME _____
SERVED _____

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN, CLERK

Perri Stokes

Name of clerk of court

P. Stokes

Deputy clerk's signature

Date:  8/6/09

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Mindy Smith, et al., et. al., Plaintiff(s)
vs.
Liberty Homes Inc., et. al., Defendant(s)



Service of Process by

## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   100064-0001

## AFFIDAVIT OF DUE AND DILIGENT ATTEMPT

WATTS HILLIARD, L.L.C.
Ms. Kendra Trites
2506 N. Port Avenue
Corpus Christi, TX  78401

Customer File: _____

Service of Process on:
  --Liberty RV & Marine, Inc., c/o Wayne A. Spear
    Court Case No. 1:09cv574HSO-JMR

State of: **FLORIDA** _____ ) ss.
County of: **MARION** _____ )

**Name of Server:**   **ROBERT McGUINNESS** _____ , undersigned, being duly sworn, deposes and says that at all times mentioned herein, s/he was of legal age and was not a party to this action;

**Documents Served:**   the undersigned attempted to serve the documents described as:
**Plaintiff's Original Complaint; Summons**

**Service of Process on:**   The undersigned attempted to serve the documents on
**Liberty RV & Marine, Inc., c/o Wayne A. Spear**

and after due and diligent efforts, was unable to effect service.
The following is a list of the attempts made to effect service:

**Attempts:**

**Dates/Time/Address Attempted:**   7500 NW 42 Ave Road, Ocala, FL  34482
**Reason for Non-Service:** **PROVIDED ADDRESS IS A GATED AND PADLOCKED PROPERTY AND**
**Dates/Time/Address Attempted:** **FROM THE GATE THE DWELLING APPEARS TO BE UNOCCUPIED.**
**Reason for Non-Service:** **ATTEMPTED ON 10/30/2009 @ 1:00 PM.**

**Dates/Time/Address Attempted:** _____
**Reason for Non-Service:** _____

☐ Based upon the above stated facts, Affiant believes the defendant is avoiding service.

**Signature of Server:**   Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
**17** day of **NOVEMBER**, 20 **09**
                                    **6-15-2011**
Notary Public        (Commission Expires)

KENNETH W. KELLEY, JR.
Commission DD 656388
Expires June 15, 2011
Bonded Thru Troy Fain Insurance 800-385-7019