

RECEIVED
U.S. DISTRICT COURT
EAST DISTRICT OF LA

2007 NOV 30  PM 3: 33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES H. ALDRIDGE §   CIVIL ACTION NO:_____
AND ANGELA L. ALDRIDGE, ET AL §
See Attachment "A" §
VS. §   SECTION: 07 - 9228
§
GULF STREAM COACH, INC., ET AL §   MAGISTRATE: SECT. N MAG. 4
See Attachment "B" §

### PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW INTO COURT, through undersigned counsel, come the plaintiffs listed below, all persons of the full age of majority and residents of the State of Louisiana, for the purpose of submitting this Complaint, and respectfully say as follows:

### I.    OVERVIEW OF LAWSUIT

After Hurricanes Katrina in August of 2005 and Rita in September of 2005 ravaged the Gulf South, FEMA provided approximately 120,000 trailers so that those whose homes were destroyed would have a place to live. The trailers were manufactured by private companies, who reportedly grossed over a billion dollars from the sale of these trailers. Unfortunately for those displaced individuals, the manufacturers completely failed to ensure that the trailers were safe for the inhabitants. Indeed, because these private companies recklessly rushed to produce these trailers and outsourced substandard building materials from foreign countries, these trailers have

formaldehyde levels that exceed what is considered safe by government authorities. To make matters worse, when hundreds of trailer residents began to complain to the government about their symptoms, including headaches, nose bleeds, burning eyes and respiratory problems, FEMA responded by advising them to "open the windows and turn up the air conditioning". Now, due to Defendants blatant disregard for the safety and welfare for those who would live in their products, literally thousands of people are stuck residing in trailers with no way out and without a safe place to live. This case seeks remedy for those who have suffered and those who are suffering because of Defendants' greed. Notice of this dangerous condition was not given until June, 2007, months and in some cases, years after the evacuees resided in these unsafe quarters.

## II.     PARTIES

PLAINTIFFS

Each Plaintiff is a person of the full age of majority and resident of the State Louisiana.

Plaintiff, Angela L. Aldridge, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, James H. Aldridge, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Frank R. Airhart, Individually and on behalf of his deceased mother, Lydia K. Airhart, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Alberta R. Alexander, is a resident of Slidell, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Alvin M. Alexander, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Amy Alfonso, Individually and on behalf of minor child, Matthew Sumpter, is a resident of Slidell, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Keystone Industries, Inc.

Plaintiff, Stephen A. Alfonso, is a resident of Kenner, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Christopher Alfonso, Sr., Individually and on behalf of minor child, Christopher Alfonso, Jr., is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Keystone Industries, Inc.

Plaintiff, Antoinette Anderson, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Randi W. Audibert, is a resident of Slidell, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Harry Bagent, Sr., is a resident of Gretna, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Gordon S. Band, Sr., is a resident of Baker, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Louise Berteaux, is a resident of Kentwood, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Carolyn Blackman, is a resident of Gretna, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Aloha C. Blake, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Wilson T. Blake, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Abergaile A. Bowman, Individually and on behalf of minor child, Breona A. Berry, is a resident of LaPlace, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Trina Brazile, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Keystone Industries, Inc.

Plaintiff, Minnie L. Britton, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Carroll Britton, Jr., is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Carroll Britton, Sr., is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Diane Brown, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Douglas Brown, is a resident of Jefferson, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Julius Brown, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Ernest Brumfield, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Forest River, Inc.

Plaintiff, Valenia C. Byrd, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Keystone Industries, Inc.

Plaintiff, Shea M. Caliste, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Dennis J. Campo, is a resident of Chalmette, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Lenora Conner, is a resident of Marrero, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Lolita Davis, Individually and on behalf of minor children, Glendale Davis and Gerald G. Hampton, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Joshua C. Davis, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Barbara Dixon, is a resident of Baton Rouge, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Ezell Dixon, is a resident of Baton Rouge, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Tronda Dixon, Individually and on behalf of minor children, Ty'Julante' Dixon and Jermaine Hawkins, is a resident of Baton Rouge, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Elisha Dubuclet, Individually and on behalf of minor children, Timia Dubuclet and Timothy Dubuclet, Jr., is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Evelyn Estingoy, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Sarah C. Evans, Individually and on behalf of minor child, Terence Craig, is a resident of Marrero, Louisiana, and is an occupant or resident of a FEMA trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Templeton C. Evans, is a resident of Marrero, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Isaac Frezel, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Robert L. Green, Sr., is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Carla Guichard, Individually and on behalf of minor children, Jamesha Guichard and Larisha Guichard, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Judi Guth, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Kimberly Hamilton, is a resident of Slidell, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Shemekia T. Hampton, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Damian J. Hargrove, Sr. on behalf of minor child, Damian J. Hargrove, Jr., is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Leroy Hargrove, Jr., is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, James F. Harris, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, James B. Hayman, Jr., is a resident of Bogalusa, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Albert F. Hezeau, III, is a resident of Kenner, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Jacquelyn S. Hezeau, is a resident of Kenner, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, LaQuesta Higgins, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Dennis C. Holmberg, is a resident of Slidell, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Roslyn Holmes, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Danette W. Hunter, is a resident of Violet, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Elmo Hunter, is a resident of Violet, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Lionel Hunter, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Veronica Hunter, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Bertha R. Jackson, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Orlando Jaimevadi, Individually and on behalf of minor child, Jasmine Jaimevadi, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Donald Jenkins, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Enderlin N. Jessie, is a resident of Harvey, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Thor Industries, Inc.

Plaintiff, Kerry P. Johnson, Individually and on behalf of minor child, Ron'Jhae K. Emery, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Gussie M. Jones, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Leonard Jones, III, Individually and on behalf of minor children, Joshua K. Jones and Jeremy Jones, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Elsie L. Kelmell, is a resident of Paradis, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Carol Kennedy, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Danny V. Kennedy, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Randal A. Kramer, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Sandra A. Labayen, is a resident of Jefferson, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Craig Labeau, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Edward Labeau, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Shirley Labeau, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Gregory G. Laforge, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Janell Landry, Individually and on behalf of minor child, Ja'Wain Landry, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Forest River, Inc.

Plaintiff, Keisha Landry, Individually and on behalf of minor children, Anisa Holiday and Airiss White, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Paul Lastrapes, is a resident of Port Sulphur, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Keystone Industries, Inc.

Plaintiff, Barbara M. Lawless, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Javery S. Mark, is a resident of Slidell, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Victorine Matthews, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Freddie Matthews, Jr., is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Alosia J. McKinley, Individually and on behalf of minor child, Kenneka L.J. Davis, is a resident of Mt. Airy, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Forest River, Inc.

Plaintiff, Daryl Mercante, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Charisse C. Millett, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Earl Millett, Jr., is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Arthur Mitchell, Individually and on behalf of minor children, Kenya Mitchell and N'Oreal Mitchell, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Daria Mouton, Individually and on behalf of minor child, Dymen Slaughter, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Jane M. Owens, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Catherine M. Pardo, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Meri Pinelli, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Melton Rayford, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Pamela Richardson, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Tiara Richardson, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Rayfield Robinson, Jr., Individually and on behalf of minor children, Holly Robinson, Magic Robinson, Smokey Robinson and Sunny G. Robinson, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Jackie Robinson, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Renice Robinson, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Sugar Ray Robinson, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Joyce Rouser, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Valeria Schexnayder, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Forest River, Inc.

Plaintiff, Jimmy J. Sciurba, is a resident of Mandeville, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Michelle S. Sciurba, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Christine K. Self, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Robert W. Self, Individually and on behalf of minor child, Tyler D. Self, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Joycelyn J. Slater, is a resident of Marrero, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Keyatta Smith, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Ned Spencer, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Michaela Sumpter, is a resident of Slidell, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Keystone Industries, Inc.

Plaintiff, Valerie S. Taylor, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Chris R. Taylor, Sr., is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Larry White, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Cassandra Wilson, is a resident of Port Sulphur, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Keystone Industries, Inc.

Plaintiff, Michael T. Wiseman, Sr., is a resident of Venice, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Stephen Young, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

<u>DEFENDANTS</u>

Gulf Stream Coach, Inc., an Indiana corporation, with its principal place of business in Nappanee, Indiana, manufactured and supplied FEMA trailers pursuant to contracts to provide trailers for use in Louisiana, including Housing Units that one or more *Plaintiffs* reside in.

Fleetwood Enterprises, Inc., a Delaware corporation, with its principal place of business in Riverside, California, manufactured and supplied FEMA trailers pursuant to contracts to provide trailers for use in Louisiana, including Housing Units that one or more *Plaintiffs* reside in.

Keystone Industries, Inc., an Indiana corporation, with its principal place of business in Indianapolis, Indiana, manufactured and supplied FEMA trailers pursuant to contracts to provide trailers for use in Louisiana, including Housing Units that one or more *Plaintiffs* reside in.

Forest River, Inc., a Nebraska corporation, with its principal place of business in Omaha, Nebraska, manufactured and supplied FEMA trailers pursuant to contracts to provide trailers for use in Louisiana, including Housing Units that one or more *Plaintiffs* reside in.

Thor Industries, Inc., an Ohio corporation, with its principal place of business in Cleveland, Ohio, manufactured and supplied FEMA trailers pursuant to contracts to provide trailers for use in Louisiana, including Housing Units that one or more *Plaintiffs* reside in.

## III.   VENUE AND JURISDICTION

Defendants each do substantial business in the State of Louisiana and in this Judicial District, and at all times relevant hereto, each engaged in commerce both in this Judicial District and the State of Louisiana.

Plaintiffs allege that they have each suffered damages in the amount in excess of $75,000.00 exclusive of interest and court costs.

There is complete diversity of citizenship and/or there exists federal question jurisdiction herein because Defendants were contractors of the Federal Government as to the matters complained of herein.

Venue is proper in this District pursuant to 28 U.S.C. § 1391, because a large portion of the negligent and wrongful actions of the defendants occurred in the Eastern District of Louisiana; the Plaintiffs reside in the Eastern District of Louisiana, the damages to the Plaintiffs occurred within the Eastern District of Louisiana and many of the applicable facts which form the basis of this lawsuit occurred in the Eastern District of Louisiana.

### IV.     BACKGROUND

Plaintiffs each reside or have resided in manufactured mobile homes or travel trailers (hereinafter, collectively referred to as "Housing Units") in the State of Louisiana. These Housing Units were provided by the Federal Emergency Management Agency ("FEMA") after the landfalls of Hurricane Katrina and Hurricane Rita in August and September, 2005. Persons residing or living in these Housing Units have been and continue to be subjected to harmful levels of formaldehyde while residing in the Housing Units.

As a result of these devastating hurricanes, the homes and residences of hundreds of thousands of citizens of the Gulf Coast were rendered uninhabitable, leaving these citizens homeless.

Eventually, the United States federal government, through FEMA, began providing temporary housing to citizens, including Plaintiffs, in the form of housing units which became widely known as "FEMA trailers".

FEMA contracted to purchase many thousand travel trailers and mobile homes for provision to victims of Katrina and Rita, resulting in payments of several million dollars to Defendants.

Tragically, Defendants' rush to manufacture the Housing Units and desire to pursue profit, led Defendants to mass produce and deliver unsafe and hazardous units to citizens left homeless. Due to the fault of Defendants, the Housing Units contain a high level of formaldehyde, a known carcinogen and toxic chemical. Although Defendants knew or should have known of the health hazards inherent in the Housing Units they were making, selling, distributing or delivering, Defendants failed to inspect the Housing Units, failed to warn Plaintiffs of the dangers of formaldehyde, failed to design the Housing Units with suitable and adequate ventilation, and failed to construct the Housing Units with materials that would not emit hazardous levels of formaldehyde and/or failed to follow proper manufacturing processes that would serve to lower the amount of formaldehyde fumes in the Housing Units. Defendants ignored or withheld information in order to sell their products and/or to avoid the costs of safety precautions. The Housing Units provided have been and continue to be an unsafe living environment and present a clear and present danger to the health and well being of the Plaintiffs and their families, causing immediate and long term health risks.

Each Plaintiff has spent a significant time in a FEMA provided Housing Unit, each such unit having been manufactured by one or more of the Defendants. In this manner, Plaintiffs have been exposed to dangerously high concentrations of formaldehyde fumes, well over the recommended maximum value of 0.1 ppm (parts per million) as outlined by the EPA and Lung Association.

Formaldehyde is used in the manufacture of certain construction materials such as particle board and plywood, particularly in the manufactured home industry. There is no question that Defendants knew that formaldehyde is dangerous. Pursuant to federal law, Defendants are required to display a "Health Notice" about exposure to formaldehyde which reads:

IMPORTANT HEALTH NOTICE

> Some of the building materials used in this home emit formaldehyde. Eye, nose and throat irritation, headache, nausea, and a variety of asthma-like symptoms, including shortness of breath, have been reported as a result of formaldehyde exposure. Elderly persons and young children, as well as anyone with a history of asthma, allergies, or lung problems, may be at a greater risk. Research is continuing on the possible long-term effects of exposure to formaldehyde.

> Reduced ventilation resulting from energy efficiency standards may allow formaldehyde and other containments to accumulate in the indoor air. Additional ventilation to dilute the indoor air may be obtained from a passive or mechanical ventilation system offered by the manufacturer. Consult your dealer for information about the ventilation options offered with this home.

> High indoor temperatures and humidity raise formaldehyde levels. When a home is to be located in areas subject to extreme summer temperatures, an air-conditioning system can be used to control indoor temperature levels. Check the comfort cooling certificate to determine if this home has been equipped or designed for the installation of an air-conditioning system.

> If you have any questions regarding the health effects of formaldehyde, Consult your doctor or local health department.

> See 24 C.F.R. § 3280.309.

According to the National Cancer Institute, formaldehyde has been classified as a human carcinogen (cancer causing substance) by the International Agency for Research on Cander and as a probable human carcinogen by the U.S. Environmental Protection Agency.

ASTDR, OSHA and NIOSH have set limits on formaldehyde exposure for adults in the workplace, based on 40 hour work weeks. In 1987, OSHA reduced the amount of formaldehyde

to which workers can be exposed over an eight hour day, from 3 parts per million (ppm) to 1ppm. In May 1992, the formaldehyde exposure limit was further reduced to 0.75 ppm. OSHA also requires medical monitoring for all employees exposed to a time-weighted average concentration for formaldehyde of 0.1 ppm or more.

The Department of Housing and Urban Development ("HUD") regulates formaldehyde levels in certain construction materials, including the pressed wood products used in manufactured housing, such as prefabricated mobile homes. By regulation, plywood "shall not emit formaldehyde in excess of 0.2 parts per million..." Similarly, by regulation, particleboard materials "shall not emit formaldehyde in excess of 0.3 parts per million...". See 24 C.F.R. § 3280.308.

Defendants provided Housing Units to the Plaintiffs, each of which emit formaldehyde at dangerously unhealthy levels, which have resulted and will continue to result in injury to the Plaintiffs.

## V. CAUSE OF ACTION ONE: Negligence, Negligence Per Se, Gross Negligence, Recklessness and Willfulness.

Plaintiffs incorporate their previous allegations.

At all times, Defendants were under a duty to use due care and caution for the safety of foreseeable users and occupants of Housing Units, including the Plaintiffs, in:

- Manufacturing, marketing, distributing, licensing and selling the Housing Units.

- Providing safe and non-dangerous Housing Units for use by the Plaintiffs.

- Observing and complying with the requirements of all applicable statutes, regulations and ordinances.

- Ensuring that the products at issue, the Housing Units, met or exceeded industry and government standards.

- Alerting consumers and occupants of the defects in the Housing Units, through a meaningful product recall or other notice of defects, to the marketplace.

Defendants breached their duties and were negligent, negligent per se, grossly negligent, Reckless and willful in providing Housing Units which were unreasonably dangerous, unhealthy and unsafe, due to their high levels of formaldehyde emissions, in the following respects:

- Manufacturing, testing, marketing, distributing, providing, licensing and selling of Housing Units, which was defective and unreasonably dangerous for their foreseeable use, because of excessive emissions of formaldehyde.

- Failing to properly test the Housing Units to properly evaluate their level of emissions of formaldehyde under foreseeable conditions for extended periods of time.

- Failing to properly hire, train and supervise individuals who in turn would inspect materials manufactured by vendors of wood products used in Housing Units to ensure that such wood material did not emit excessive levels of formaldehyde.

- Failing to provide adequate and proper warnings to occupants and end users of Housing Units, about the presence of excessive levels of formaldehyde emissions and the hazards associated with the excessive levels of formaldehyde emissions.

- Failing to provide proper and adequate updates, information and warnings to occupants and end users after the sale of Housing Units, about the hazards associated with excessive levels of formaldehyde emissions.

- Failing to remedy the dangerous nature of the housing units they manufactured and provided.

- Failing to adhere to an express or implied warranty of fitness and safety for the housing units they manufactured and provided.

- Failing to act in a prudent and careful way under the situation and circumstances.

- Such other actions of negligence and fault as will be shown at the trial of this matter.

As a direct and proximate result of the negligence and fault of the Defendants, Plaintiffs suffered and continue to suffer injuries and damages.

## VI.     SECOND CAUSE OF ACTION: Strict Liability in Tort

Plaintiffs incorporate their previous allegations.

Defendants' actions in selling the Housing Units in a defective condition, which was unreasonably dangerous, and which reached the Plaintiffs without substantial change in condition, constituted a behavior for which the Defendants are strictly liable to Plaintiffs in tort.

As a direct and proximate result of the Defendants' actions, Plaintiffs have suffered and continue to suffer injuries and damages.

## VII.     THIRD CAUSE OF ACTION: Louisiana Products Liability

Plaintiffs incorporate their previous allegations.

The Housing Units constitute products under the Louisiana Products Liability Act.

The exposure to formaldehyde fumes from the Defendants' Housing Units resulted from the normal, foreseeable and intended use of the products and equipment, without substantial alteration, in the condition in which the Defendants sold these products and equipment.

The design of the Housing Units, using plywood, press board or other composite wood products that contain formaldehyde is defective and poses an unreasonable risk of harm to the Plaintiffs.

Alternatively, the use of plywood, press board or other composite wood products that contain formaldehyde constitutes a defect in composition or manufacture, which poses an unreasonable risk of harm to the Plaintiffs.

The U.S. federal government contracted directly or indirectly with the Defendants to purchase more than 100,000 Housing Units after Hurricanes Katrina and Rita. At the time, only 14,000 had been manufactured.

In order to meet the governments order, the Defendants set up ad hoc assembly lines, hired temporary workers, operated the assembly lines for twelve hour shifts, six days per week and required workers to produce trailers at a rate of as little as 10 minutes per trailer. This was done without the benefits of Defendants' usual quality control.

Defendants were unable to find enough construction materials from their usual suppliers of low-formaldehyde emitting material, and, instead used high-formaldehyde emitting particle board, composite woods, adhesive and other materials in the manufacture of the Housing Units.

Defendants' products were in a defective condition, and were unreasonably dangerous under normal use at the time the products and equipment left the respective Defendants' control. The Plaintiffs were all intended and foreseeable users of the Housing Units, and damages and losses to the Plaintiffs could reasonably be anticipated by the Defendants. The defects in Defendants' Housing Units include, without limitation:

- Inherent characteristics, known to Defendants, which gave the products such a potential for causing health problems as to render the products unreasonable per se.

- Lack of warnings or lack of sufficient warnings of the inherently dangerous properties of the products when used in the fashion for which they were anticipated or should have been anticipated being used.

- Lack of instructions or lack of sufficient instructions for eliminating or minimizing the health risks inherent in the use of the products.

- Lack of sufficient inspections by the Defendants of their products to ensure that such products contained sufficient warnings of the dangerous properties of the products.

- Lack of reasonable inspection by the Defendants of their products to ensure that such products contained sufficient instructions for eliminating or minimizing the health risks inherent in the use of the products.

- Defective designs calling for the inclusion of materials which included formaldehyde, when equally suitable materials which did not contain formaldehyde were available.

Defendants sold their products and equipment with disregard for the safety of users of the products and equipment and other persons who might be injured thereby.

## VIII.   FOURTH CAUSE OF ACTION: Breach of Implied Warranties (under the UCC and Common Law) and Express Warranties.

Plaintiffs incorporate their previous allegations.

At all relevant times, Defendants were in the business of manufacturing, marketing, distributing and selling mobile homes and travel trailers in the United States.

Defendants sold the mobile homes and trailers to the U.S. federal government and/or its agents or representatives for use as Housing Units.

Defendants expressly or impliedly warranted that the Housing Units would be of merchantable quality and fit for their intended purpose as a safe and compliant house to be used, among other things, to house families including families with small children and infants.

Defendants materially breached these warranties in that the Housing Units were defective and unfit for those particular purposes and were not of a reasonably merchantable quality.

As a direct and proximate result of the Defendants' breaches of these warranties accompanying Housing Units, the Plaintiffs have been injured.

## IX.   REQUEST FOR JURY TRIAL

Plaintiffs are entitled to and demand a trial by jury.

WHEREFORE, Plaintiffs respectfully request:

1. That a summons be issued to each of the Defendants so that they can be served the summons along with a copy of this Complaint and be cited to appear and answer same;

2. That after due process, and a trial by jury, there be a judgment in this matter in favor of the Plaintiffs and against the Defendants, declaring that the Defendants are liable to the Plaintiffs for all applicable actual, consequential and punitive damages;

3. That Defendants be ordered to: a) remove any and all formaldehyde containing materials from the Housing Units; b) modify the Housing Units to provide adequate ventilation; c) repair and test the Housing Units to determine whether they no longer contain excessive levels of formaldehyde emissions; and d) provide the Plaintiffs with medical testing to determine the adverse effects of formaldehyde exposure and medical monitoring and surveillance;

4. That Plaintiffs recover their attorneys' fees, expenses, costs and for interest on all damages from the date of judicial demand until paid; and

5. That Plaintiffs be awarded such other and further relief as the Court deems just and proper.

Respectfully submitted,

FRANK J. D'AMICO, JR., (LSBN 17519)
**LAW OFFICES OF FRANK J. D'AMICO, JR.**
622 Baronne Street, 2nd Floor
New Orleans, LA 70113
PHONE: (504) 525-9561
FAX: (504) 525-9522

PLEASE SERVE:

Gulf Stream Coach, Inc.
Registered Agent:
Kenneth C. Brinker
503 South Oakland
Nappanee, Indiana 46550

Fleetwood Enterprises, Inc.
Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Keystone Industries, Inc.
Registered Agent:
H. B. Green
6801 Lake Plaza Drive
Indianapolis, Indiana  46220

Forest River, Inc.
Registered Agent:
J. Richard Ransel
228 W. High Street
Elkhart, Indiana  46516

Thor Industries, Inc.
Registered Agent:
C T Corporation System
1300 E. 9th Street
Cleveland, Ohio  44114

28036

**FRANK J. D'AMICO JR., APLC**
622 BARONNE ST., 2ND FLOOR
NEW ORLEANS, LA 70113

GULF COAST BANK & TRUST COMPANY
METAIRIE, LA 70005
14-7043-2650

11/29/2007

PAY TO THE
ORDER OF          United States District Court, Eastern Dis

$    **350.00

Three Hundred Fifty and 00/100************************************************************************************    DOLLARS

United States District Court, Eastern Dis
Clerk of Court
500 Poydras Street, Rm C-151
New Orleans, LA 70130

AUTHORIZED SIGNATURE

AP

MEMO   Fema Trailer - Formaldehyde/Filing of Complaint

⑆028036⑆ ⑈265070435⑈ 100180264⑆

081064 / 07-05

Security Features Included. 🔒 Details on back.