

*Driven to Explore*



11/2005 Pioneer Owner's Manual   Printed in USA

# 2006 Owner's Manual

FLE-00006495



*Slide-Out Travel Lock Installed (Alternate Position)*

## EFFECTS OF PERMANENT OCCUPANCY

### Condensation and How to Control It

You need to understand how to properly manage and control the humid conditions and condensation that you may experience.

RVs are much smaller than a house, and are tightly built. This means that the interior air will become saturated with moisture more quickly than a typical house. The routine activities of a few people can put a lot of water into the air. In cold weather, this moisture may become visible as condensation.

Condensation happens naturally. Just as moisture collects on the outside of a glass of cold water during humid weather, moisture can condense on the inside surfaces of your RV during cold weather when the humidity of the interior air is high.

Water vapor will condense on the inside of the windows and walls. In really cold weather, frost or ice may appear. *It may also condense out of sight within the walls or the ceiling.* If enough water collects in the wall or ceiling materials, it may cause water stains on the wall or ceiling surface. You might think that your walls or ceiling are leaking. You have a problem with condensation if you see these signs. You need to do something to reduce the moisture inside your RV.

✓ **NOTE**

> *Your trailer is not designed to be used as permanent housing. Use of this product for long term or permanent occupancy may lead to premature deterioration of structure, interior finishes, fabrics, carpeting and drapes. Damage or deterioration due to long term occupancy may not be considered normal, and may under the terms of the warranty constitute misuse, abuse, or neglect, and may therefore reduce your warranty protection.*

Here are some frequently asked questions about condensation and some answers that will help you understand more about your RV and how to keep it comfortable.

Q. – **In cold weather, my windows and walls look like they're sweating. Is that condensation?**

A. – Yes. Your windows are a good way to know if the humidity in your RV is too high. All air contains water vapor. When air is warm it can hold much more water vapor than when it is cold. When the air cools, the water vapor "condenses" back to a liquid. Since your windows are usually cooler than the air, the water collects on the surface of the glass.

Q. – **Where does all the water come from?**

A. – Moisture in the air comes from many sources. Some of the most common are:
*Cooking* – Meals prepared for a family of four can add up to a gallon of water per day into the air from cooking.
*Bathing* – An average shower can put between ¼ - ½ pound of water into the air.
*Dishwashing* – Doing the dishes for a typical day's meals can add up to one pound of water to the air.
*Floor mopping* – When an 8' x 10' kitchen floor is mopped and rinsed, almost 2½

FLE-00006543