# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

| | | |
|---|---|---|
| Patricia Kirkland, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. **09-4724** |
| American Camper Manufacturing, LLC d/b/a AMERI-CAMP | ) | **SECT. N MAG. 5** |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Peter J. Recchio
1406 Greenleaf Blvd.
Elkhart, IN 46514

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:  **Aug 06 2009**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Patricia Kirkland, et. al., Plaintiff(s)
vs.
American Camping Manufacturing, LLC d/b/a America-Camp, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100061-0001

## AFFIDAVIT OF DUE AND DILIGENT ATTEMPT

WATTS HILLIARD, L.L.C.
Ms. Kendra Trites
2506 N. Port Avenue
Corpus Christi, TX 78401

Customer File:

Service of Process on:
--American Camper Manufacturing, LLC, d/b/a Ameri-Camp Attn: Peter J. Recchio
Court Case No. 09-4724SECT.NMAG.5

State of: __INDIANA__ } ss.
County of: __ELKHART__ }

Name of Server: __SUSAN COOPER__, undersigned, being duly sworn, deposes and says that at all times mentioned herein, s/he was of legal age and was not a party to this action;

**Documents Served:** the undersigned attempted to serve the documents described as:
Summons and Complaint

**Service of Process on:** The undersigned attempted to serve the documents on
American Camper Manufacturing, LLC, d/b/a Ameri-Camp Attn: Peter J. Recchio

and after due and diligent efforts, was unable to effect service.
The following is a list of the attempts made to effect service:

**Attempts:**
Dates/Time/Address Attempted: 1406 Greenleaf Blvd., Elkhart, IN 46514  10/30/09 3:15pm
Reason for Non-Service: ABOVE RESIDENTIAL ADDRESS IS VACANT. SAME ADDRESS
Dates/Time/Address Attempted: SEC. OF STATE HAS LISTED.
Reason for Non-Service: LOCAL NEWS ARTICLES REVEAL ALL ASSETS WERE
Dates/Time/Address Attempted: AUCTIONED OFF MARCH 20, 2009 FROM BUSINESS
Reason for Non-Service: LOCATION OF 72440 STATE ROAD 13, SYRACUSE
IN 46567

[...] Based upon the above stated facts, Affiant believes the defendant is avoiding service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Susan Cooper
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this
19 day of April, 2009

Notary Public (Commission Expires)

Heather L. Roudebush
Notary
My Comm. Expires
7/19/2017
Hamilton County, Indiana