AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

## USDC Southern District of Mississippi

| | |
|---|---|
| Jeanne Badeaux, et al. | ) |
| Plaintiff | ) |
| v. | )    Civil Action No.  1:09 cu 593 H50 - 3 M R |
| American Camper Manufacturing, LLC d/b/a AMERI-CAMP | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Peter J. Recchio
1406 Greenleaf Blvd.
Elkhart, IN 46514

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

Name of clerk of court

Date:  8/6/09

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Jeanne Badeaux, et. al., Plaintiff(s)
vs.
American Camping Manufacturing, LLC d/b/a America-Camp, et.
al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100061-0001

## AFFIDAVIT OF DUE AND DILIGENT ATTEMPT

| | |
|---|---|
| WATTS HILLIARD, L.L.C.<br>Ms. Kendra Trites<br>2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Service of Process on:<br>--American Camper Manufacturing, LLC, d/b/a Ameri-<br>Camp Attn: Peter J. Recchio<br>Court Case No. 1:09 cv 593 HSO-JMR |

Customer File:

State of: __INDIANA__ ) ss.
County of: __ELKHART__ )

Name of Server: __SUSAN COOPER__, undersigned, being duly sworn, deposes and says
that at all times mentioned herein, s/he was of legal age and was not a party to this action;

**Documents Served:** the undersigned attempted to serve the documents described as:
__Summons and Complaint__

**Service of Process on:** The undersigned attempted to serve the documents on
**American Camper Manufacturing, LLC, d/b/a Ameri-Camp Attn: Peter J. Recchio**

and after due and diligent efforts, was unable to effect service.

**Attempts:** The following is a list of the attempts made to effect service:

Dates/Time/Address Attempted: 1406 Greenleaf Blvd., Elkhart, IN 46514 __10/30/09   3:15pm__
Reason for Non-Service: __ABOVE RESIDENTIAL ADDRESS IS VACANT. SAME ADDRESS__

Dates/Time/Address Attempted: __SEC. OF STATE HAS LISTED.__
Reason for Non-Service: __LOCAL NEWS ARTICLES REVEAL ALL ASSETS WERE__

Dates/Time/Address Attempted: __AUCTIONED OFF MARCH 20, 2009 FROM BUSINESS__
Reason for Non-Service: __LOCATION OF 72440 STATE ROAD 13, SYRACUSE IN__
__46567__

☐ Based upon the above stated facts, Affiant believes the defendant is avoiding service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

__Susan Cooper__
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
__19__ day of __Nov__, 20 __09__

_____ Notary Public   (Commission Expires)

