UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* Case No. 07-9228 | | * * * * * * | JUDGE: ENGELHARDT MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT FLEETWOOD ENTERPRISES, INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON MENTAL ANGUISH CLAIMS (Rec. Doc. 6639)**

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") submits that Plaintiff's response regarding her fear of cancer claim purports to lower her burden on laying the proper evidentiary foundation.[1] Plaintiff's only response to her failure to lay the required evidentiary foundation for her fear of cancer claim[2] is to state that her deposition testimony about her explanation of the origin of her fear "cannot be considered determinative" due to her age.[3] Timia's testimony, however, was clear that her fear of cancer connected to her "Auntie Rita" passing away from cancer.[4] Plaintiff has not cited any case law that lowers her burden on laying an evidentiary foundation for a fear of cancer claim due to her age. Indeed, under Plaintiff's view, a plaintiff could lay the required

---

[1] Fleetwood also notes that Plaintiff has failed to comply with Local Rule 56.2. As a result, Fleetwood asserts that all material facts set forth in its statement of uncontested facts, filed at Rec. Doc. 6639-3 pursuant to Local Rule 56.1, are deemed admitted. *See* USDC La. LR 56.2 (2009). Courts have recently confirmed this result where the plaintiff in a toxic tort case, in opposing a chemical company's motion for summary judgment, did not include a statement of material facts to which plaintiffs claimed that there existed genuine issues of material facts to be tried. *See, e.g.*, *Atkins v. Ferro Corp.*, 534 F. Supp. 2d 662 (M.D. La. 2008), affirmed by 314 Fed. Appx. 662 (5th Cir. 2009).

[2] Fleetwood notes that this claim appears in the Proposed Fourth Supp. & Amd. Aldridge Compl. (Rec. Doc. 5394-3), which has not yet been approved for filing.

[3] Pl.'s Resp. at 5 (Rec. Doc. 7453).

[4] Timia Dubuclet Dep. at 74:17-76:3 (Ex. D to Rec. Doc. 6639-7)

1

evidentiary foundation for a fear of cancer claim by testifying that she fears cancer, with no further explanation.  The case law does not support this.[5]  Allowing such general testimony would permit the jury to hear testimony about a fear unrelated to the defendant's actions.  Plaintiff has not established the proper evidentiary foundation, and her claim for fear of cancer should be dismissed as a matter of law, as well as all of her mental anguish claims for the reasons previously briefed by Fleetwood.

This 19th day of November 2009.

Respectfully submitted:

 /s/ Richard K. Hines, V
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

---

[5] *See* Def.'s Memo. at 4-5 (Rec. Doc. 6639).

## **C E R T I F I C A T E OF SERVICE**

  I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )  Hand Delivery      ( )  Prepaid U.S. Mail

( )  Facsimile        ( )  Federal Express

(X)  CM/ECF

  New Orleans, Louisiana, this 19th day of November, 2009.

           */s/ Richard K. Hines, V*
           Richard K. Hines, V
           Georgia Bar No. 356300
           richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)