AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
## USDC Southern District of Mississippi

| | |
|---|---|
| Jacqueline Bilbo, et al. | ) |
| _____ | ) |
| Plaintiff | ) |
| v. | )  Civil Action No. 1:09CW582HS0JMR |
| Patriot Homes, Inc. | ) |
| _____ | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Patriot Homes, Inc.
Steven K. Like
307 S. Main St. Suite 200
Elkhart, IN 46516

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

Perfi Stokes
_____
Name of clerk of court

Date: ___8\6\09___

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

October 27, 2009

***Via Certified Mail - Return Receipt Requested & Regular Mail***

Patriot Homes, Inc.
1585 Hanover Rd.
Lewistown, MT 59457

RE:     Service for Jacqueline Bilbo, et al. v. Patriot Homes, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause No. 1:09-cv-582 HSO JMR, in the USDC Southern District of Mississippi. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Patriot Homes, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



914

UNITED STATES POSTAGE
$ 02.70
MAILED FROM ZIP CODE



7008 1830 0004 6307 9453

Watts Hilliard, L.L.C.
2506 N Port Ave. Corpus Christi , Texas 78401

RECEIVED

AUG 3 1 2009

WATTS GUERRA CRAFT - MT

Patriot Homes, Inc.
Steven K. Like
307 S. Main St. Suite 200
Elkhart, IN 46516

PATR307*   4651630070 1508 07 08/28/09
FORWARD TIME EXP RTN TO SEND
:PATRIOT HOMES INC
1585 HANOVER RD
LEWISTOWN MT 59457-3598

RETURN TO SENDER

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete Item 4 If Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front If space permits. | A. Signature<br>X ☐ Agent / ☒ Addressee<br>B. Received by ( *Printed Name*)     C. Date of Delivery |
| 1. Article Addressed to:<br><br>Patriot Homes, Inc.<br>Steven K. Like<br>307 S. Main St. Suite 200<br>Elkhart, IN 46516<br><br>ID#914 | D. Is delivery address different from Item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>FEMA Service<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>   (Transfer from :     7008 1830 0004 6307 9453 | |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



Refused

NAME
1st Notice — 3
2nd Notice
Return  11-16

Watts Hilliard, L.L.C.
2506 N Port Ave. Corpus Christi, Texas 78401

Patriot Homes, Inc.
1585 Hanover Rd.
Lewistown, MT 59457

7008 1830 0001 1535 3146

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Patriot Homes, Inc.
1585 Hanover Rd.
Lewistown, MT 59457

ID#914

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

*Fema 2nd service*

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
(*Transfer from service la*

7008 1830 0001 1535 3146

102595-02-M-1540

PS Form 3811, February 2004   Domestic Return Receipt

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Patriot Homes, Inc.</u> by:

      (1) personally delivering a copy of each to the individual at this place, _____ _____ ; or

      (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

      (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

      (4) returning the summons unexecuted to the court clerk on _____ ; or

      (5) other (specify) <u>Certified mail return receipt requested #70081830000115353146, Sent 10/28/2009,</u> <u>Received . Registered Agent:   1585 Hanover Rd. Lewistown, MT 59457</u>

My fees are $_____ for travel and $ _____ for services, for a total of $_____.

Date: <u>11/17/2009</u>

                          _____
                                   Server's signature

                    <u>Wynter Lee - Mass Tort Coordinator</u>
                                Printed name and title

                    <u>2506 N. Port Ave. Corpus Christi, TX 78401</u>
                                   Server's address