AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

| | | |
|---|---|---|
| Dodecanese Alexander, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. **09-4729** |
| Patriot Homes, Inc. | ) | |
| Defendant | ) | |
| Summons in a Civil Action | | **SECT. N MAG. 5** |

To: *(Defendant's name and address)*

Patriot Homes, Inc.
Steven K. Like
307 S. Main St. Suite 200
Elkhart, IN 46516

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Aug 06 2009__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

October 27, 2009

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Patriot Homes, Inc.
1585 Hanover Rd.
Lewistown, MT 59457

RE: Service for Dodecanese Alexander, et al. v. Patriot Homes, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause No. 09-4729, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Patriot Homes, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



915



7008 1830 0004 6307 9521

Watts Hilliard, L.L.C.
2506 N Port Ave. Corpus Christi, Texas 78401

Patriot Homes, Inc.
Steven K. Like
307 S. Main St Suite 200
Elkhart, IN 46516

RECEIVED
AUG 3 1 2009
WATTS GUERRA CRAFT - M

PATR207* 465163070 1508 07 08/28/09
FORWARD TIME EXP RTN TO SEND
:PATRIOT HOMES INC
1585 HANOVER RD
LEWISTOWN MT 59457-3998

RETURN TO SENDER

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☑ Addressee |
| | B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Patriot Homes, Inc.<br>Steven K. Like<br>307 S. Main St. Suite 200<br>Elkhart, IN 46516<br>ID#915 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FEMA Service |
| | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from servic) | 7008 1830 0004 6307 9521 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

US POSTAGE $07.24

7008 1830 0000 '5 3153

**Watts Hilliard, L.L.C.**
2506 N Port Ave, Corpus Christi, Texas 78401

RETURNED TO SENDER

NAME
1st Notice 10-31
2nd Notice
Return 11-16

Patriot Homes, Inc.
1585 Hanover Rd.
Lewistown, MT 59457

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☒ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Patriot Homes, Inc.<br>1585 Hanover Rd.<br>Lewistown, MT 59457<br><br>ID#915 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>fema 2nd service | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number (Transfer from service label) | 7008 1830 0001 1535 3153 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Patriot Homes, Inc.</u> by:

(1) personally delivering a copy of each to the individual at this place, _____ _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>Certified mail return receipt requested #70081830000115353153, Sent 10/28/2009, Received . Registered Agent:  1585 Hanover Rd. Lewistown, MT 59457</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: 11/17/2009

_____
Server's signature

Wynter Lee - Mass Tort Coordinator
Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401
Server's address