## Farish, Bill

| | |
|---|---|
| From: | Henriquez, Doug |
| Sent: | Friday, September 23, 2005 10:13 AM |
| To: | Barker, Robert; Bray, Elgin; Cudd, Ronnie; Farish, Bill; Fields, Tony; Finch, Kevin; Foist, Joanne; Freeman, Jim; Garst, Eddie; Gugliotta, Ted; Hardison, Jim; Henriquez, Doug; Hill, Irv; Kepford, Charles; Larkin, Lyle; Lott, Charley; Pendleton, Brent; Phillips, Jimmy; Plowman, Boyd; Pritchard, Gary; Riddle, John; Sanford, Ronnie; Smith, Elden; Smith, Steve; Stapleton, Charles; Tinsley, Jon; Wessel, Larry; Wooldridge, Jeff; Wrye, Buddy; Young, Rene |
| Subject: | Recent FEMA News and Rita |

I am sending this note as an update on current events and to inform everyone of news from the areas of FEMA operations.

The Housing order we have received is a tasking order. The tasking order allows companies to show what they can do; what they can execute. This "show me" mentality encompasses a review of all factions of what they see we represent. Production, transportation, and service at the sites. FEMA, nor the displaced populations see anything but the manufacturing influx of units, and how we manage the process in this time of semi-controlled chaos.

Production has rarely been an issue for our company during these times. We produce what we say we can produce within the limitations given (raw material issues, weather, etc...) The impasses we have are beyond our fence lines. Those areas of opportunity are delivery management, and set up. Service is almost always in check.

We have begun a weekly meeting to discuss delivery management of all units vs. the capacity that the trucking companies will have available. We will work closely with the field DOS's and RVP's to marry our response for delivery management to the best of our collective abilities. There will still be an opportunity. The opportunity is the number of trucks available for the industry will not be capable of handling the spiked increase in volume of shipments. Also, when hurricanes hit regions of the country, shipping laws disallow us from transporting homes due to wind speeds and rainfall. This causes a back up of units in storage, and reduces the total available capacity of truck hauls per day to the industry. In addition, our factories do not stop producing which is one of our advantages in the building industry. <u>Our regions are working through this hardship daily.</u> We plan to manage FEMA and typical street deliveries as one <u>single voice</u> to our transport companies.

FEMA orders for housing begin shipping next week to two locations. Purvis, MS and Baton Rouge, LA. FEMA has already shut down Baton Rouge, which will impact backlog of inventory in Bennett storage yards. They did this because of Rita's current impact. It will be days before they re-open. We expect FEMA's Fort Worth site to open within the next few days. This will help due to our regional plant locations and a possible increase of shipment frequencies as a result.

New Orleans levees are snapping in multiple locations, so that disaster will get worse before it gets better. The FEMA locations in LA were closed and evacuated yesterday due to the hurricane Rita. The FEMA forecast calls for 2 more hurricanes to hit us this year.

A few years ago, a Category One Hurricane named Allison hit Houston, and the result was rain. Flooding resulted from the 36 inches in 36 hours. The result for FEMA was an order for Thousands of TT's. Apartments are usually in abundance, so "rental vouchers" will be used by FEMA. This is a category 4 Hurricane and the wind destruction could be insurmountable in the short-term. The other destruction possibilities follow; the Houston port, petroleum production, natural gas production, and plastics production. This can impact our fuel/material surcharges which we are working on currently to make certain we maintain our current business structure for our operating companies. If it hits east a bit, the impact will be petroleum, natural gas, and plastics driven. Lake Charles and Sulfur have petroleum, natural gas, and plastics production facilities.

The Department of Homeland Security and HUD are working on a new housing plan to answer these areas of operation, so when more news is available we will do all that is possible to maintain our support and involvement.

**Doug Henriquez**

1