UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
IN RE: FEMA TRAILER              *  Docket MDL 1873 "N"
FORMALDEHYDE PRODUCTS            *
LIABILITY LITIGATION             *  New Orleans, Louisiana
                                 *
THIS DOCUMENT IS RELATED TO:     *  September 21, 2009
                                 *
CHARLIE AGE, ET AL V             *  1:15 P.M.
GULF STREAM COACH, INC.,         *
ET AL, DOCKET NO. 09-2892;       *
ALANA ALEXANDER, INDIVIDUALLY    *
AND ON BEHALF OF                 *
CHRISTOPHER COOPER               *
* * * * * * * * * * * * * * * * *
```

DAY 6
AFTERNOON SESSION
JURY TRIAL PROCEEDINGS BEFORE THE
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:   Gainsburgh, Benjamin, David,
                      Meunier & Warshauer
                      BY: GERALD E. MEUNIER, ESQ.
                      1100 Poydras Street
                      Suite 2800
                      New Orleans, Louisiana 70163

                      The Buzbee Law Firm
                      BY: ANTHONY G. BUZBEE, ESQ.
                      JP Morgan Chase Tower
                      600 Travis, Suite 7300
                      Houston, Texas 77002

JODI SIMCOX, RMR, FCRR – OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JODI SIMCOX, RMR, FCRR – OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT

```
14:45  1    try to fix that. But I was never able to fix that.
14:45  2         So I came back -- and then you asked me about when I
14:45  3    came back home; right?
14:45  4    Q.   Yes. Let's just get -- we've got to try to move it along.
14:45  5    A.   When I came back -- I came back home because, first of
14:46  6    all, it's home. New Orleans is home. And I never really felt
14:46  7    comfortable in Florida. So I needed to come back where I could
14:46  8    be with my mom and my dad and all of my support. And I needed
14:46  9    to come back and find my job -- get my job back. I needed to
14:46 10    come back to give stability to my children. Because it -- I
14:46 11    saw too much of a change in them in Florida.
14:46 12    Q.   Okay. Now, let's talk about when you came back.
14:46 13         When did you first see that trailer?
14:46 14    A.   First day we pulled up.
14:46 15    Q.   Okay.
14:46 16    A.   It was in the yard.
14:46 17    Q.   And where was it sitting?
14:46 18    A.   It was on the driveway at 4415 Dale Street.
14:46 19    Q.   We've seen pictures. It was sitting essentially right
14:46 20    there in the driveway?
14:46 21    A.   Yes.
14:46 22    Q.   Tell us about your experience when you first went inside
14:46 23    that trailer.
14:46 24    A.   Well, first of all, we were happy because we were home and
14:46 25    we had somewhere to stay. And I walked into the trailer. And
```

```
14:46  1      as soon as we walked in the trailer, we noticed that it had a
14:47  2      real strong smell. And it kind of greeted you, you know, when
14:47  3      you walked in the door.
14:47  4           And so we walked around a while. And while we was
14:47  5      walking around in there, we noticed that our eyes started
14:47  6      running and burning, and we had like a tickling, burning
14:47  7      sensation in our nose and in the back of our throat.
14:47  8           And we walked around the trailer. And when I -- you
14:47  9      know, we was just looking over everything in the trailer. And
14:47 10      when I went into what they call the master bedroom, I first
14:47 11      noticed that it had a really nice big bed in there. And there
14:47 12      was like a crack in the wall where the wall had separated.
14:47 13  Q.  From what you saw in the trailer when you first went into
14:47 14      it, did it appear to you that it had been lived in before?
14:47 15  A.  No. I thought it was brand new because it had all of
14:47 16      those -- you know when you get new appliances and it has that
14:47 17      bluish tint plastic across the appliances? And they had that
14:47 18      on the microwave, the stove. And the refrigerator was taped
14:48 19      shut.
14:48 20  Q.  When you smelled that smell, did you know what that was?
14:48 21  A.  No.
14:48 22  Q.  How did you deal with it?
14:48 23  A.  About a day or two later, the lady came in -- I'm not sure
14:48 24      from where -- or for whom, I should say -- and she walked us
14:48 25      around the trailer told me about the propane and everything,
```

```
14:49  1   A.   The only fan like that.  Now, there's the exhaust fan over
14:49  2       the stove.
14:49  3   Q.   For cooking?
14:49  4   A.   Yes.
14:49  5   Q.   Okay.  Are there even any vents in the ceiling?
14:49  6   A.   No.
14:49  7   Q.   And did you -- when you lived in that trailer, did you
14:49  8       leave the bathroom door open?
14:49  9   A.   No, I don't like to leave the bathroom doors open.
14:49 10   Q.   Now, when you got to the trailer, were you provided an
14:49 11       owner's manual?
14:50 12   A.   Yes.
14:50 13   Q.   Did you read it?
14:50 14   A.   Yes.
14:50 15   Q.   Was there anything whatsoever in that owner's manual that
14:50 16       said anything whatsoever about formaldehyde?
14:50 17   A.   No.
14:50 18   Q.   Now, you talked about this smell that made your eyes burn.
14:50 19       We already know you lived in that trailer for 19 months.
14:50 20   A.   Correct.
14:50 21   Q.   How often did you smell that smell?
14:50 22   A.   I smelled it every day we were there.  As time went on, it
14:50 23       got lighter and lighter.  But it never totally went
14:50 24       away.  It just got real faint towards the end.
14:50 25   Q.   You mean right before you moved out?
```

```
14:51  1    and windows.
14:51  2  Q.  So at night when you-all would sleep, would you run the
14:51  3    air?
14:51  4  A.  Yes.
14:51  5  Q.  But you would have all the windows shut down?
14:51  6  A.  Yes.
14:51  7  Q.  Did this person who you first met who told you the smell
14:51  8    was no big deal, did they tell you that you should leave the
14:51  9    windows open 24 hours?
14:52  10       MR. WEINSTOCK:  Object to the form, Your Honor.  It's
14:52  11    leading.  Most of it's been leading.
14:52  12       THE COURT:  I'm going to sustain the objection.  Please
14:52  13    Please don't lead this witness, who is your client.  Please
14:52  14    don't lead the witness.
14:52  15       MR. BUZBEE:  Yes, sir.
14:52  16  BY MR. BUZBEE
14:52  17  Q.  What, if any, instructions did this individual give you
14:52  18    about how long you-all were supposed to leave the windows open?
14:52  19  A.  All she said was to air it out.  She never really said
14:52  20    how.
14:52  21  Q.  Now, did you observe anything unusual about Erika during
14:52  22    the time you-all were living in that trailer?
14:52  23  A.  Yes.  Erika developed nosebleeds.  And she had the runny
14:52  24    eyes and the -- the itching nose, and the burning sensation in
14:52  25    her nose and everything like that.
```