```
                                                              Page 185

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA



IN RE:  FEMA TRAILER           *   Docket MDL 1873 "N"
FORMALDEHYDE PRODUCTS          *
LIABILITY LITIGATION           *   New Orleans, Louisiana
                               *
THIS DOCUMENT IS RELATED TO:   *   September 21, 2009
                               *
CHARLIE AGE, ET AL V           *   1:15 P.M.
GULF STREAM COACH, INC.,       *
ET AL, DOCKET NO. 09-2892;     *
ALANA ALEXANDER, INDIVIDUALLY  *
AND ON BEHALF OF               *
CHRISTOPHER COOPER             *
* * * * * * * * * * * * * * * *


                              DAY 6
                        AFTERNOON SESSION
              JURY TRIAL PROCEEDINGS BEFORE THE
                  HONORABLE KURT D. ENGELHARDT
                  UNITED STATES DISTRICT JUDGE



APPEARANCES:


For the Plaintiffs:         Gainsburgh, Benjamin, David,
                              Meunier & Warshauer
                            BY:  GERALD E. MEUNIER, ESQ.
                            1100 Poydras Street
                            Suite 2800
                            New Orleans, Louisiana 70163


                            The Buzbee Law Firm
                            BY:  ANTHONY G. BUZBEE, ESQ.
                            JP Morgan Chase Tower
                            600 Travis, Suite 7300
                            Houston, Texas   77002




         JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT

```
14:45  1    try to fix that. But I was never able to fix that.
14:45  2             So I came back -- and then you asked me about when I
14:45  3    came back home; right?
14:45  4    Q.   Yes. Let's just get -- we've got to try to move it along.
14:46  5    A.   When I came back -- I came back home because, first of
14:46  6    all, it's home. New Orleans is home. And I never really felt
14:46  7    comfortable in Florida. So I needed to come back where I could
14:46  8    be with my mom and my dad and all of my support. And I needed
14:46  9    to come back and find my job -- get my job back. I needed to
14:46  10   come back to give stability to my children. Because it -- I
14:46  11   saw too much of a change in them in Florida.
14:46  12   Q.   Okay. Now, let's talk about when you came back.
14:46  13            When did you first see that trailer?
14:46  14   A.   First day we pulled up.
14:46  15   Q.   Okay.
14:46  16   A.   It was in the yard.
14:46  17   Q.   And where was it sitting?
14:46  18   A.   It was on the driveway at 4415 Dale Street.
14:46  19   Q.   We've seen pictures. It was sitting essentially right
14:46  20   there in the driveway?
14:46  21   A.   Yes.
14:46  22   Q.   Tell us about your experience when you first went inside
14:46  23   that trailer.
14:46  24   A.   Well, first of all, we were happy because we were home and
14:46  25   we had somewhere to stay. And I walked into the trailer. And
```

```
14:46  1   as soon as we walked in the trailer, we noticed that it had a
14:47  2   real strong smell.  And it kind of greeted you, you know, when
14:47  3   you walked in the door.
14:47  4              And so we walked around a while.  And while we was
14:47  5   walking around in there, we noticed that our eyes started
14:47  6   running and burning, and we had like a tickling, burning
14:47  7   sensation in our nose and in the back of our throat.
14:47  8              And we walked around the trailer.  And when I -- you
14:47  9   know, we was just looking over everything in the trailer.  And
14:47 10   when I went into what they call the master bedroom, I first
14:47 11   noticed that it had a really nice big bed in there.  And there
14:47 12   was like a crack in the wall where the wall had separated.
14:47 13   Q.   From what you saw in the trailer when you first went into
14:47 14   it, did it appear to you that it had been lived in before?
14:47 15   A.   No.  I thought it was brand new because it had all of
14:47 16   those -- you know when you get new appliances and it has that
14:47 17   bluish tint plastic across the appliances?  And they had that
14:47 18   on the microwave, the stove.  And the refrigerator was taped
14:48 19   shut.
14:48 20   Q.   When you smelled that smell, did you know what that was?
14:48 21   A.   No.
14:48 22   Q.   How did you deal with it?
14:48 23   A.   About a day or two later, the lady came in -- I'm not sure
14:48 24   from where -- or for whom, I should say -- and she walked us
14:48 25   around the trailer told me about the propane and everything,
```

Page 258

```
14:49   1   A.   The only fan like that.  Now, there's the exhaust fan over
14:49   2   the stove.
14:49   3   Q.   For cooking?
14:49   4   A.   Yes.
14:49   5   Q.   Okay.  Are there even any vents in the ceiling?
14:49   6   A.   No.
14:49   7   Q.   And did you -- when you lived in that trailer, did you
14:49   8   leave the bathroom door open?
14:49   9   A.   No, I don't like to leave the bathroom doors open.
14:49  10   Q.   Now, when you got to the trailer, were you provided an
14:50  11   owner's manual?
14:50  12   A.   Yes.
14:50  13   Q.   Did you read it?
14:50  14   A.   Yes.
14:50  15   Q.   Was there anything whatsoever in that owner's manual that
14:50  16   said anything whatsoever about formaldehyde?
14:50  17   A.   No.
14:50  18   Q.   Now, you talked about this smell that made your eyes burn.
14:50  19   We already know you lived in that trailer for 19 months.
14:50  20   A.   Correct.
14:50  21   Q.   How often did you smell that smell?
14:50  22   A.   I smelled it every day we were there.  As time went on, it
14:50  23   got lighter and lighter and lighter.  But it never totally went
14:50  24   away.  It just got real faint towards the end.
14:50  25   Q.   You mean right before you moved out?
```

```
14:51  1   and windows.
14:51  2   Q.  So at night when you-all would sleep, would you run the
14:51  3   air?
14:51  4   A.  Yes.
14:51  5   Q.  But you would have all the windows shut down?
14:51  6   A.  Yes.
14:51  7   Q.  Did this person who you first met who told you the smell
14:51  8   was no big deal, did they tell you that you should leave the
14:51  9   windows open 24 hours?
14:52 10         MR. WEINSTOCK:  Object to the form, Your Honor.  It's
14:52 11   leading.  Most of it's been leading.
14:52 12         THE COURT:  I'm going to sustain the objection.
14:52 13   Please don't lead this witness, who is your client.  Please
14:52 14   don't lead the witness.
14:52 15         MR. BUZBEE:  Yes, sir.
14:52 16   BY MR. BUZBEE
14:52 17   Q.  What, if any, instructions did this individual give you
14:52 18   about how long you're supposed to leave the windows open?
14:52 19   A.  All she said was to air it out.  She never really said
14:52 20   how.
14:52 21   Q.  Now, did you observe anything unusual about Erika during
14:52 22   the time you-all were living in that trailer?
14:52 23   A.  Yes.  Erika developed nosebleeds.  And she had the runny
14:52 24   eyes and the -- the itching nose, and the burning sensation in
14:52 25   her nose and everything like that.
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA