UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | |
| | * | |
| This Document Relates to: | * | JUDGE: ENGELHARDT |
| *Dubuclet v. Fleetwood Enterprises, Inc.* | * | |
| Case No. 07-9228 | * | MAG: CHASEZ |

**********************************************************************

## MOTION TO ENROLL ADDITIONAL TRIAL COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Fleetwood Enterprises, Inc., who suggests to this Honorable Court that Defendant desires to enroll ANDREW D. WEINSTOCK of the firm of DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK, 3838 North Causeway Boulevard, Suite 2900, Metairie, Louisiana 70002, as additional trial counsel for the trial of this matter scheduled to begin on December 7, 2009.

        Respectfully submitted,

        **NELSON MULLINS RILEY
        & SCARBOROUGH, LLP**

        s/*Richard K. Hines, V*
        _____
        **Richard K. Hines, V
        GA Bar No. 356300**
        Atlantic Station
        201 17th Street, NW, Suite 1700
        Atlanta, GA  30363
        (404) 322-6000 (phone)
        (404) 322-6050 (fax)
        richard.hines@nelsonmullins.com

    and

    LEAKE & ANDERSSON, LLP
    Jerry L. Saporito #11717
    **1700 Energy Center**
    1100 Poydras Street
    **New Orleans, LA 70163-1701**
    (504) 585-7500 (phone)
    (504) 585-7775 (FAX)
    jsaporito@leakeandersson.com
    **Counsel for Defendant, Fleetwood Enterprises, Inc.**

## **C E R T I F I C A T E**

I hereby certify that on the 20th day of November, 2009, a copy of the foregoing Motion to Enroll Additional Trial Counsel was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

    s/*Richard K. Hines, V*
    _____
    Richard K. Hines, V
    Georgia Bar No. 356300