UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER         * | MDL NO. 1873 |
|     FORMALDEHYDE     * | |
|     PRODUCTS LIABILITY  * | |
|     LITIGATION          * | |
|     * | |
| This Document Relates to:   * | JUDGE: ENGELHARDT |
| *Dubuclet v. Fleetwood Enterprises, Inc.*   * | |
| Case No. 07-9228            * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# ORDER

**IT IS ORDERED** that ANDREW D. WEINSTOCK of the law firm of DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK be and he is hereby enrolled as additional trial counsel for Defendant, Fleetwood Enterprises, Inc. regarding the trial scheduled to begin on December 7, 2009.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**