IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § § § § § § § | MDL NO: 1873 <br><br> SECTION: N (5) <br><br> JUDGE ENGLEHARDT <br><br> MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *North American Catastrophe Services, Inc. v. Northfield Ins. Co.*, No. 09-3818 | | |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO NORTHFIELD INSURANCE COMPANY'S MOTION TO TRANSFER VENUE**

Plaintiff North American Catastrophe Services, Inc. ("NACS") moves the Court for an order granting leave to file the attached Supplemental Memorandum in Opposition to Northfield Insurance Company's Motion to Transfer Venue. NACS seeks leave on the grounds that since it timely opposed Northfield's motion, the U.S. District Court for the Middle District of Florida ordered that an identical action filed by Northfield in that forum be transferred to this Court for resolution. NACS therefore seeks to supplement its opposition to Northfield's Motion to Transfer Venue by attaching a copy of the decision rendered in the Middle District of Florida on the Motion to Dismiss, Stay, or Transfer filed by NACS in response to Northfield's declaratory judgment action in that forum.

1

Respectfully submitted,

*/s/ Kevin F. Bruce*
John E. Galloway, Bar #5892
jgalloway@gjtbs.com
Kevin F. Bruce, Bar #31071
kbruce@gjtbs.com
GALLOWAY, JOHNSON,
TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-5802
Facsimile: (504) 525-2456

**Attorneys for North American Catastrophe Services, Inc.**

## Certificate of Service

I hereby certify that on the 20th of November, 2009, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record by operation of the Court's electronic filing system.

*/s/ Kevin Bruce*