IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § § § § | MDL NO: 1873 SECTION: N (5) JUDGE ENGLEHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *North American Catastrophe Services, Inc. v. Northfield Ins. Co.*, No. 09-3818 | § § § | |

**SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO NORTHFIELD INSURANCE COMPANY'S MOTION TO TRANSFER VENUE**

Contemporaneous with filing this Motion to Transfer Venue, Northfield Insurance Company also filed a declaratory judgment action in the Middle District of Florida seeking resolution of its duties to defend and indemnify North American Catastrophe Services, Inc. ("NACS") in the lawsuits currently pending in this Court. In response to Northfield's declaratory judgment action, NACS filed a Motion to Dismiss, Stay, or Transfer the action filed by Northfield in the Middle District of Florida.

1

In ruling on NACS' motion, U.S. District Judge John Antoon II of the Middle District of Florida concluded that Northfield failed to meet its burden of showing "compelling circumstances" that would justify a deviation from the first-filed rule.[1] Accordingly, the Court granted NACS' motion to transfer the action to this Court, "the same forum in which the underlying lawsuits against NACS are pending." A copy of the order transferring Northfield's action to this Court is attached hereto as Exhibit A.

NACS respectfully submits that the decision by the Middle District of Florida to transfer Northfield's declaratory judgment action to this Court further supports NACS' position that the Eastern District is the appropriate forum for resolving the dispute between these parties. Because Northfield has not carried its heavy burden of showing that NACS' choice of forum should be disturbed—and in light of the decision by the Middle District of Florida to transfer Northfield's action to this Court—the relevant factors and the language of the policy itself favor litigation in this forum.

        Respectfully submitted,

        */s/ Kevin F. Bruce*
        John E. Galloway, Bar #5892
        jgalloway@gjtbs.com
        Kevin F. Bruce, Bar #31071
        kbruce@gjtbs.com
        GALLOWAY, JOHNSON, TOMPKINS,
        BURR & SMITH
        701 Poydras Street, 40th Floor

---

[1] *See* Order Granting NACS' Motion to Dismiss, Stay, or Transfer at p.2 (Nov. 5, 2009), attached hereto as Exhibit A.

                                                New Orleans, Louisiana 70139
                                                Telephone: (504) 525-5802
                                                Facsimile: (504) 525-2456

                                                ***Attorneys for North American***
                                                ***Catastrophe Services, Inc.***

<u>Certificate of Service</u>

I hereby certify that on the 20th of November, 2009, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record by operation of the Court's electronic filing system.

                                                       */s/ Kevin Bruce*