IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § § § § | MDL NO: 1873<br><br>SECTION: N (5)<br><br>JUDGE ENGLEHARDT<br><br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *North American Catastrophe Services, Inc. v. Northfield Ins. Co.*, No. 09-3818 | § § § | |

## ORDER

Considering the foregoing motion for leave;

**IT IS ORDERED THAT** the North American Catastrophe Services, Inc.'s Motion for Leave to File Supplemental Memorandum in Opposition to Northfield Insurance Company's Motion to Transfer Venue is GRANTED.

**IT IS FURTHER ORDERED** that the attached Supplemental Memorandum in Opposition to Northfield Insurance Company's Motion to Transfer Venue shall be filed into the record of this matter.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE

1