MINUTE ENTRY
ENGELHARDT, J.
November 19, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                              MDL NO. 07-1873
  FORMALDEHYDE PRODUCTS
  LIABILITY LITIGATION

               SECTION "N"  (4)

This Document Relates to:
*Dubuclet v. Fleetwood Enterprises, Inc.*

*Case No. 07-9228*


   A pre-trial conference was conducted on Thursday, November 19, 2009, at 9:00 a.m.

Participating were Gerald E. Meunier, Andrew D. Weinstock, Joe Glass, Chris Pinedo, Raul R.

Bencomo, Aaron Z. Ahlquist, Frank J. D'Amico, Jr., Dennis C. Reich, Linda J. Nelson, Richard K.

Hines, V, Jerry L. Saporito, Taylor T. Daly, and Amanda W. Vonderhaar.


Court Reporter:  Pinkey Ferdinand

JS10(02:15)