UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  　　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Dubuclet v. Fleetwood, et al, No. 07-9228*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Court's discussion with counsel for plaintiffs and the defendant Fleetwood Enterprises, Inc. at the final Pretrial Conference conducted in open Court on Thursday, November 19, 2009,

IT IS ORDERED that a representative of the liability insurer of the defendant Fleetwood Enterprises, Inc. having full and complete authority to settle the claims of the plaintiff Dubuclet and all other pending and/or identifiable claims against this defendant and/or its liability insurers arising out of alleged exposure to formaldehyde in travel trailers, manufactured housing units, and/or park models manufactured by the defendant Fleetwood Enterprises, Inc. and provided by FEMA to individuals displaced by Hurricanes Katrina and/or Rita, appear in New Orleans during the week of November 30, 2009 in order to engage in good-faith settlement negotiations with designated representatives of the Plaintiffs' Steering Committee also vested with full settlement authority, so that all prospects of a global resolution of these claims are explored and exhausted prior to the commencement of the scheduled bellwether trial of December 7, 2009; and

IT IS FURTHER ORDERED that these settlement negotiations shall be mediated by

John Perry, whose charges as mediator will be borne by the parties as they see fit or determine in their negotiations, and who shall report directly to the Court on the progress and outcome of these settlement negotiations.

    THIS DONE the 20th day of November, 2009, at New Orleans, Louisiana.

                                                              _____  
                                                              HONORABLE KURT D. ENGELHARDT  
                                                              UNITED STATES DISTRICT JUDGE