UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER         FORMALDEHYDE         PRODUCTS LIABILITY         LITIGATION | * * * * * | MDL NO. 1873 |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* Case No. 07-9228 | * * * | JUDGE: ENGELHARDT    MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**IT IS ORDERED** that ANDREW D. WEINSTOCK of the law firm of DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK be and he is hereby enrolled as additional trial counsel for Defendant, Fleetwood Enterprises, Inc. regarding the trial scheduled to begin on December 7, 2009.

New Orleans, Louisiana, this  20th  day of  November , 2009.

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**