UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION N-5
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyndon Wight v. Forest River, et. al.*, No. 09-2977 (E.D.LA)

......................................................................

## EX PARTE MOTION TO EXTEND HEARING DATE

COMES NOW, through undersigned counsel plaintiff, Lyndon Wright who files this Ex Parte Motion To Extend Hearing Date for the following reasons:

1.

The defendant United States of America filed a motion to dismiss plaintiff Lyndon Wright's FTCA claims for lack of subject matter jurisdiction in the above referenced matter.

2.

A hearing on said motion is scheduled for hearing on December 2, 2009 at 9:30 a.m.

3.

Plaintiff's counsel Douglas M. Schmidt contacted Henry T. Miller, Senior Trial Counsel of the United States Department of Justice who agreed to extend the hearing date from December 2, 2009 at 9:30 a.m. to December 16, at 9:30 a.m. This was confirmed by e-mail.

Respectfully submitted,

*/s/ signature/*

Douglas M. Schmidt 11789
335 City Park Avenue
New Orleans, LA 70119
Phone: 504-482-5711
Fax: 504-482-5755