UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION N-5
                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyndon Wight v. Forest River, et. al.*, No. 09-2977 (E.D.LA)

........................................................................

## ORDER

Considering the foregoing,

IT IS ORDERED that plaintiff's Ex Parte Motion To Extend Hearing Date is hereby **granted** and the hearing scheduled for December 2, 2009 at 9:30 a.m. is hereby extended to December 16, 2009 at 9:30 a.m.

**DONE AND SIGNED** this _____ day of _____, 2009.

                            _____
                            HONORABLE KURT D. ENGELHARDT
                            JUDGE, UNITED STATES DISTRICT COURT
                            EASTERN DISTRICT OF LOUISIANA