# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

### NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-4"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

**IT IS ORDERED** that the Plaintiffs' Steering Committee be granted leave to file the Fourth

Supplemental and Amended Administrative Master Complaint.

THIS DONE the 20th day of ___November___, 2009, New Orleans, Louisiana.

_____
                    J U D G E