UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-4"

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

FOURTH SUPPLEMENTAL AND AMENDED
ADMINISTRATIVE MASTER COMPLAINT

Plaintiffs through undersigned counsel respectfully supplement and amend their Original, First, Second and Third Supplemental and Amended Administrative Master Complaints herein, in the following respects:

1.

By deleting the name of "**Design Homes, Inc.**," listed as a defendant in paragraph 31 of the Third Amended Administrative Master Complaint, wherever this name appears as a defendant identified in the Administrative Master Complaint, as amended.  Plaintiffs reserve the right to rename this entity as a defendant in these proceedings, should discovery provide a basis for doing so.

2.

By deleting the name of "**Giles Industries, Inc**.," listed as a defendant in paragraph 44 of the Third Amended Administrative Master Complaint, wherever this name appears as a defendant identified in the Administrative Master Complaint, as amended.  Plaintiffs reserve the

right to rename this entity as a defendant in these proceedings, should discovery provide a basis for doing so.

3.

By deleting paragraph 45 of the Third Amended Administrative Master Complaint wherein the defendant "**Giles Industries of Tazewell, Incorporated**" has been named as a separate defendant and by amending paragraph 43 of the Third Amended Administrative Master Complaint to properly rename the defendant "**Giles Family Holdings, Inc.**" as "**Giles Family Holdings, Inc. f/k/a Giles Industries of Tazewell, Incorporated**" wherever the name "**Giles Family Holdings, Inc.**" appears as a defendant identified in the Administrative Master Complaint, as amended.  The Third Amended Administrative Master Complaint is further amended to reflect that defendant "**Giles Family Holdings, Inc. f/k/a Giles Industries of Tazewell, Incorporated**" is the defendant referenced throughout the Administrative Master Complaint, as amended, as "**Giles**".

4.

By supplementing and amending paragraph 93 of the Third Amended Administrative Master Complaint wherein the defendant "**Sunray RV, LLC**" has been named as a separate defendant, by adding as a new defendant the successor to **Sunray RV, LLC**, "**Sunray Investments, LLC**" and redesignating the named defendant in paragraph 93 as "**Sunray Investments, LLC f/k/a Sunray RV, LLC**". The Third Amended Administrative Master Complaint is further amended to reflect that defendant "**Sunray Investments, LLC f/k/a Sunray RV, LLC**" is the defendant referenced throughout the Administrative Master Complaint, as amended, as "**Sunray**".

5.

By adding to the defendants listed in the Third Supplemental and Amended Complaint the following "No-Bid" defendants, through the inclusion of the below-numbered paragraphs to read as follows:

113.

    a.    **Murillo Modular Group, LTD** ("Murillo"), a Texas corporate entity, licensed to do business in the States of Louisiana, Mississippi, Alabama, and Texas and in good standing, in addition to manufacturing housing units, received a No-Bid contract from FEMA and was tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita in the States of Louisiana, Mississippi, Alabama, and Texas.

    b.    **Davis Professional Accounting Services, L.L.C.** ("Davis"), a Louisiana limited liability company with its principal place of business in New Orleans, Louisiana, licensed to do business in the States of Louisiana, Mississippi, Alabama, and Texas and in good standing, received a No-Bid contract from FEMA and was tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita in the States of Louisiana, Mississippi, Alabama, and Texas.

    c.    **MLU Services, Inc.** ("MLU"), a Georgia corporation, licensed to do business in the States of Louisiana, Mississippi, Alabama, and Texas and in good standing, received a No-Bid contract from FEMA and was tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita in the States of Louisiana, Mississippi, Alabama, and Texas.

    d.    **TKTMJ, Inc.** ("TKTMJ"), a Louisiana corporation with its principal place of business in Natchitoches, Louisiana, licensed to do business in the States of Louisiana, Mississippi, Alabama, and Texas and in good standing, received a No-Bid contract from FEMA and was tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita in the States of Louisiana, Mississippi, Alabama, and Texas.

    e.    **Project Resources, Inc. Of California** ("Project"), a California corporate entity, licensed to do business in the States of Louisiana, Mississippi, Alabama, and Texas and in good standing, in addition to manufacturing housing units, received a No-Bid contract from FEMA and was tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-

           installation and refurbishment of the temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita in the States of Louisiana, Mississippi, Alabama, and Texas.

f.     **Del-Jen, Inc.** ("Del-Jen"), a California corporate entity, licensed to do business in the States of Louisiana, Mississippi, Alabama, and Texas and in good standing, in addition to manufacturing housing units, received a No-Bid contract from FEMA and was tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita in the States of Louisiana, Mississippi, Alabama, and Texas.

g.    **PRI/DJI, A Reconstruction JV** ("PRI/DJI"), a joint venture between defendants Project and Del-Jen, two California corporate entities, licensed to do business in the States of Louisiana, Mississippi, Alabama, and Texas and in good standing, in addition to manufacturing housing units, received a No-Bid contract from FEMA and was tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita in the States of Louisiana, Mississippi, Alabama, and Texas.

6.

By amending paragraph 114 of the Third Supplemental and Amended Complaint to read as follows:

114. **Bechtel National, Inc**., ("Bechtel")(collectively with Fluor, Shaw, CH2M, Jacquet, T-Mac, American Radiation, ALCATEC, JWK, Murillo, Davis, MLU, TKTMJ, Project, Del-Jen, and PRI/DJI hereinafter the "No-Bid Defendants"), a Nevada corporate entity with its principal place of business in California, licensed to do business in the States of Louisiana, Mississippi, Alabama, and Texas and in good standing, received a No-Bid contract from FEMA and was tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita in the State of Mississippi only.

WHEREFORE, plaintiffs respectfully supplement and amend the Original, First, Second, and Third Supplemental and Amended Master Complaints in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims, and prayers for relief contained therein.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &

Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com



s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**SERVICE OF PROCESS INFORMATION**

1. **Giles Family Holdings, Inc. f/k/a  Giles Industries of Tazewell, Incorporated**
   Through its Agent for Service of Process
   Alan C. Neely
   405 S. Broad St.
   New Tazewell, TN 37825-7243

2. **Sunray Investments, LLC f/k/a Sunray RV, LLC**
   Through its Agent for Service of Process
   Alan Neely
   405 South Broad St.
   New Tazewell, TN  37825

3. **Murillo Modular Group, LTD**
   Through its Agent for Service of Process
   Jennifer Williams
   1400 Bradley Lane
   Carrollton, Texas 75007-4855

4. **Davis Professional Accounting Services, L.L.C.**
   Through its Agent for Service of Process
   Corinthia Davis
   650 Poydras
   STE. 2242
   New Orleans, LA 70130

5. **MLU Services, Inc.**
   Through its Agent for Service of Process
   William L. Ulm
   10940 East I-10 Service Rd.
   New Orleans, LA 70122
   AND
   Through its corporate headquarters
   William L. Ulm or Marcia L. Ulm

        5789 Hawthorne Ave.
        Athens, GA 30606

6. **TKTMJ, Inc.**
   Through its Agent for Service of Process
   Yvonne R. Tubre
   623 Patrick Rd.
   Natchitoches, LA 71457

7. **Project Resources, Inc. Of California**
   Through its Agent for Service of Process
   National Registered Agents, Inc.
   1011 N. Causeway Boulevard, Suite 3
   Mandeville, Louisiana 70471

8. **Del-Jen, Inc.**
   Through its Agent for Service of Process
   Corporation Service Company
   320 Somerulos Street
   Baton Rouge, Louisiana 70802-6129

9. **PRI/DJI, A Reconstruction JV**
   Through Agent for Service of Process for **Project Resources, Inc. Of California**
   National Registered Agents, Inc.
   1011 N. Causeway Boulevard, Suite 3
   Mandeville, Louisiana 70471
   AND
   Through Agent for Service of Process for **Del-Jen, Inc.**
   Corporation Service Company
   320 Somerulos Street
   Baton Rouge, Louisiana 70802-6129

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 19, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                              s/Gerald E. Meunier  
                                              GERALD E. MEUNIER, #9471