UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>ALL CASES ("Mississippi Plaintiffs") | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS
THE REMAINING FTCA CLAIMS OF ALL "MISSISSIPPI PLAINTIFFS"
FOR LACK OF SUBJECT MATTER JURISDICTION
BASED UPON NO ANALOGOUS PRIVATE LIABILITY**

Defendant, the United States of America ("United States"), hereby moves, pursuant to Fed. R. Civ. P. 12(b)(1), or in the alternative, pursuant to Fed. R. Civ. P. 56, to dismiss the "Mississippi Plaintiffs'" remaining Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-80 ("FTCA"), claims for lack of subject matter jurisdiction based upon no analogous private liability.  As demonstrated in the accompanying Memorandum, Statement of Facts, and Exhibits filed herewith, the Court lacks subject matter jurisdiction over such claims under the FTCA because an analogous private person could not be liable for such claims under Mississippi law. *See* Miss. Code § 33-15-21(b).  Accordingly, the Court, pursuant to the FTCA, 28 U.S.C. §§ 1346(b) and 2674, should dismiss the Mississippi Plaintiffs' remaining tort claims against the United States.

| | |
|---|---|
| Dated:  November 20, 2009 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | HENRY MILLER<br>ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELE GREIF<br>JONATHAN WALDRON |
| DAVID S. FISHBACK<br>Assistant Director | Trial Attorneys |
| | //S// *Michelle Boyle*<br>MICHELLE BOYLE (Va. Bar No. 73710) |
| OF COUNSEL:<br>JORDAN FRIED<br>Associate Chief Counsel | Trial Attorney<br>United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAMS-JONES<br>Senior Trial Attorney<br>FEMA/DHS<br>Department of Homeland Security | Washington, D.C. 20004<br>Telephone No:  (202) 616-4447<br>E-mail: Michelle.Boyle@USDOJ.Gov |
| Washington, D.C. 20472 | Attorneys for the United States of America |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Michelle Boyle* (Va. Bar No. 73710)