Case 2:07-md-01873-KDE-MBN   Document 7690-4   Filed 11/20/09   Page 1 of 3

# MISSISSIPPI CODE

## 1942.

### ANNOTATED

CONTAINING PERMANENT PUBLIC STATUTES OF MISSISSIPPI TO THE END OF THE LEGISLATIVE SESSION 1956

▼

PUBLISHED BY AUTHORITY OF THE LEGISLATURE
UNDER THE SUPERVISION OF
HON. JOE T. PATTERSON, *Attorney General*
AND
HON. MATTHEW HARPER, JR., *Assistant Attorney General*

▼

### Recompiled Volume Six A—1956

▲

HIGHWAYS (Cont'd); MILITIA; PROFESSIONS AND CALLINGS; STATE AND LOCAL—MISCELLANEOUS AGENCIES

THE HARRISON COMPANY  -   -   -   ATLANTA, GEORGIA
THE LAWYERS CO-OPERATIVE PUBLISHING COMPANY, ROCHESTER, N. Y.

EXHIBIT 1

### TITLE 27. WAR VETERANS

| | | SECTIONS |
|---|---|---|
| Chapter 1. | Beauvoir | 7447-01—7461 |
| 2. | Pensions | 7462—7485 |
| 3. | War Veterans | 7486-01—7532 |

## VOLUME SIX

### TITLE 28. COMMON CARRIERS

| | | |
|---|---|---|
| Chapter 1. | Aeronautics | 7533—7545 |
| 2. | Harbors | 7546—7623 |
| 3. | Landings | 7624—7631 |
| 4. | Motor Carriers | 7632—7687 |
| 5. | Public Service Commission | 7688—7716-38 |
| 6. | Railroads | 7717—7806 |
| 7. | Supervision of Common Carriers | 7807—7897 |

### TITLE 29. CONVICTS

| | | |
|---|---|---|
| Chapter 1. | Convicts, County and Municipal | 7898—7920 |
| 2. | Penitentiary | 7921—8013 |

### TITLE 30. HIGHWAYS

| | | |
|---|---|---|
| Chapter 1. | Highway Department | 8014—8059.5 |
| 2. | Motor Vehicles; Highway Patrol; Highway Traffic | 8060—8285-41 |

## VOLUME SIX-A

### TITLE 30. HIGHWAYS (Cont'd)

| | | |
|---|---|---|
| Chapter 3. | Roads, Ferries, and Bridges | 8286—8496 |
| 4. | Sea Walls | 8497—8518-06 |

### TITLE 31. MILITIA

| | | |
|---|---|---|
| Division 1. | General Provisions | 8519—8528 |
| 2. | Governor's Staff | 8529—8532 |
| 3. | National Guard | 8533—8600 |
| 4. | State Guard | 8601 |
| 5. | Safety Units | Repealed |
| 6. | Civil Defense | 8610-01 et seq. |
| 7. | Registration of Weapons | 8621—8631 |

### TITLE 32. PROFESSIONS AND CALLINGS

| | | |
|---|---|---|
| Chapter 1. | Architecture | 8632-01 et seq. |
| 2. | Attorneys | 8647—8724 |
| 3. | Barbers | 8725—8745 |
| 4. | Dentists | 8746—8775 |
| 5. | Embalming Board | 8776—8790 |
| 6. | Engineers | 8791-01 et seq. |
| 7. | Nurses | 8806—8831-03 |
| 8. | Optometry | 8832—8846 |
| 9. | Pharmacists | 8847—8877 |
| 10. | Physicians | 8878—8893 |
| 11. | Podiatry | 8894—8904 |
| 12. | Public Accountants | 8905—8913 |

defense.

nties and the municipalities
y authorized and directed to
 in accordance with the State
l and authorized so to do by
rganization for civil defense
by the governing body of the
ect responsibility for the or-
 such local organization for
ntrol of such governing body.
ll perform civil defense func-
ical subdivision within which
ct such functions outside of
ursuant to the provisions of

act each county and munici-
ere is joint organization. in
hereof occurs, shall have the
igations necessary to combat
ety of persons and property,
ctims of such disaster. Each
rcise the powers vested under
the extreme emergency situa-
cedures and formalities pre-
ce of public work, entering
is, the employment of tem-
he purchase of supplies and
propriation and expenditure

hall have the power and au-

ke contracts, obtain and dis-
 for civil defense purposes;
ons and property, including
lisaster resulting from enemy
levelopment of civil defense
policies and plans set by the

ide air raid wardens, rescue
, and other civilian defense

re secondary control centers
gency;
 or the chef executive of the
lable for duty, the employees,
relating to fire fighting, en-
d services, police, transporta-
ces for civil defense purposes
he subdivision. [Supersedes

9.

ion for civil defense, in col-
encies within this state, may

develop or cause to be developed mutual aid arrangements for reciprocal civil defense aid and assistance in case of disaster too great to be dealt with unassisted. Such arrangements shall be consistent with the State Civil Defense Plan and Program, and in time of emergency it shall be the duty of each local organization for civil defense to render assistance in accordance with the provisions of such mutual aid arrangements.

(b) The director of each local organization for civil defense may, subject to the approval of the governor, and the state civil defense plan, enter into mutual aid arrangements with civil defense agencies or organizations in other states for reciprocal civil defense aid and assistance in case of disaster too great to be dealt with unassisted.

SOURCES: Laws, 1952, ch. 312, § 10.

§ 8610-11. Immunity.

(a) Neither the state nor any political subdivision thereof, nor other agencies, nor, except in cases of willful misconduct, the agents, employees, or representatives of any of them engaged in any civil defense activities, while complying with or attempting to comply with this act or any rule or regulation promulgated pursuant to the provisions of this act, shall be liable for the death of or any injury to persons, or damage to property, as a result of such activity. The provisions of this section shall not affect the right of any person to receive benefits to which he would otherwise be entitled under this act, or under the Workmen's Compensation Law, or under any pension law, nor the right of any such person to receive any benefits or compensation under any act of Congress.

(b) Any person owning or controlling real estate or other premises who voluntarily and without compensation grants a license or privilege, or otherwise permits the designation or use of the whole or any part or parts of such real estate or premises for the purpose of sheltering persons during an actual, impending, mock or practice attack, together with his successors in interest, if any, shall not be civilly liable for negligently causing the death of, or injury to, any person on or about such real estate or premises by virtue of its use for civil defense purposes, or loss of, or damage to, the property of such person.

SOURCES: Laws, 1952, ch. 312, § 11.

§ 8610-12. Funds.

For the purpose of paying any expenses of its local civil defense organization, or for paying any expenses of the civil defense program, any board of supervisors of a county or any governing body of a municipality is authorized to expend any available funds from the general fund of such county or municipality.

SOURCES: Laws, 1952, ch. 312, § 12.

§ 8610-13. Matching funds.

(a) The Governor of the State of Mississippi is authorized to enter into agreements with the federal government for the purpose of matching any federal funds that may be made available for supplying civil defense equipment to the state on a matching basis. The state's portion of the purchase price of such equipment may be made available from any appropriation made for such purposes, or such funds may be made available by the State Building Commission, and the State Building Commission is hereby authorized, in its discretion, to expend funds from any general appropriation that may be made to it for the purpose of purchasing civil defense equipment and supplies either on

187