# MISSISSIPPI CODE

# 1972

*ANNOTATED*

CONTAINING PERMANENT PUBLIC STATUTES OF MISSISSIPPI
TO THE END OF THE LEGISLATIVE SESSION 1971

ADOPTED AS THE OFFICIAL CODE OF THE
STATE OF MISSISSIPPI
BY THE
1972 SESSION OF THE LEGISLATURE

APPELLATE DIV.
LIBRARY

DEC  1 1973

ROCHESTER, N. Y.

C85363

## VOLUME NINE

## TAXATION AND FINANCE; PUBLIC LANDS, BUILDINGS AND PROPERTY; PUBLIC BUSINESS, BONDS AND OBLIGATIONS; MILITARY AFFAIRS

§§ 27-65-1 to 33-15-101

THE HARRISON COMPANY  -  -  -  -  -  -  -  -  ATLANTA, GEORGIA
THE LAWYERS CO-OPERATIVE PUBLISHING COMPANY, ROCHESTER, NEW YORK

EXHIBIT 2

# TITLE 33

# MILITARY AFFAIRS

CHAPTER 1. Definitions and General Provisions Relating to the Military Forces.
CHAPTER 3. Commander in Chief, Military Department, and Governor's Staff.
CHAPTER 5. The Militia and Mississippi State Guard.
CHAPTER 7. National Guard.
CHAPTER 9. Property and Finances.
CHAPTER 11. Training Facilities.
CHAPTER 13. Mississippi Code of Military Justice.
CHAPTER 15. Civilian Defense.

## CHAPTER 1

### Definitions and General Provisions Relating to the Military Forces

SEC.
33-1-1. Definition of terms.
33-1-3. Support by counties and municipalities.
33-1-5. Exemption from jury duty.
33-1-7. Exemption from arrest.
33-1-9. Compatibility of holding public office.
33-1-11. Authority over civilians interfering with militia.
33-1-13. Discrimination against uniform.
33-1-15. Discrimination by private employers.
33-1-17. Discrimination by associations.
33-1-19. Re-employment rights.
33-1-21. Officers and employees granted leave.
33-1-23. Assignment of pay.
33-1-25. Right of way for military forces.
33-1-27. Disabled men.
33-1-29. Organized militia may elect to come within provisions of Workmen's Compensation Law.
33-1-31. Unlawful military-type organizations.
33-1-33. Civilian guards on military facilities and reservations.
33-1-35. Prior tenures, enlistments, rights and privileges preserved.
33-1-37. Prior offenses not abolished.

### § 33-1-1. Definition of terms.

In this chapter, and in chapters 3, 5, 7, 9 and 11 of this title, the words:

519

erty, including emergency assistance to the victims of any disaster resulting from enemy attack; and to direct and coordinate the development of civil defense plans and programs in accordance with the policies and plans set by the federal and state civil defense agencies;

(2) To appoint, employ, remove, or provide air raid wardens, rescue teams, auxiliary fire and police personnel, and other civilian defense workers;

(3) To establish a primary and one or more secondary control centers to serve as command posts during an emergency;

(4) Subject to the order of the governor, or the chief executive of the political subdivision, to assign and make available for duty, the employees, property, or equipment of the subdivision relating to fire fighting, engineering, rescue, health, medical and related services, police, transportation, construction, and similar items or services for civil defense purposes either within or outside of the limits of the subdivision.

SOURCES: Codes, 1942, § 8610-09; Laws, 1942, ch. 206; 1952, ch. 312, § 9, eff from and after passage (approved April 16, 1952).

## § 33-15-19. Mutual aid arrangements.

(a) The director of each local organization for civil defense, in collaboration with other public and private agencies within this state, may develop or cause to be developed mutual aid arrangements for reciprocal civil defense aid and assistance in case of disaster too great to be dealt with unassisted. Such arrangements shall be consistent with the state civil defense plan and program, and in time of emergency it shall be the duty of each local organization for civil defense to render assistance in accordance with the provisions of such mutual aid arrangements.

(b) The director of each local organization for civil defense may, subject to the approval of the governor, and the state civil defense plan, enter into mutual aid arrangements with civil defense agencies or organizations in other states for reciprocal civil defense aid and assistance in case of disaster too great to be dealt with unassisted.

SOURCES: Codes, 1942, § 8610-10; Laws, 1952, ch. 312, § 10, eff from and after passage (approved April 16, 1952).

## § 33-15-21. Immunity.

(a) Neither the state nor any political subdivision thereof, nor other agencies, nor, except in cases of willful misconduct, the agents, employees, or representatives of any of them engaged in

655

§ 33-15-21                     MILITARY AFFAIRS

any civil defense activities, while complying with or attempting to comply with this article or any rule or regulation promulgated pursuant to the provisions of this article, shall be liable for the death of or any injury to persons, or damage to property, as a result of such activity. The provisions of this section shall not affect the right of any person to receive benefits to which he would otherwise be entitled under this article, or under the Workmen's Compensation Law, or under any pension law, nor the right of any such person to receive any benefits or compensation under any act of congress.

(b) Any person owning or controlling real estate or other premises who voluntarily and without compensation grants a license or privilege, or otherwise permits the designation or use of the whole or any part or parts of such real estate or premises for the purpose of sheltering persons during an actual, impending, mock or practice attack, together with his successors in interest, if any, shall not be civilly liable for negligently causing the death of, or injury to, any person on or about such real estate or premises by virtue of its use for civil defense purposes, or loss of, or damage to, the property of such person.

SOURCES: Codes, 1942, § 8610-11; Laws, 1952, ch. 312, § 11, eff from and after passage (approved April 16, 1952).

Research and Practice References—
54 Am Jur 2d, Military, and Civil Defense § 359.

## § 33-15-23. Funds.

For the purpose of paying any expenses of its local civil defense organization, or for paying any expenses of the civil defense program, any board of supervisors of a county or any governing body of a municipality is authorized to expend any available funds from the general fund of such county or municipality.

SOURCES: Codes, 1942, § 8610-12; Laws, 1952, ch. 312, § 12, eff from and after passage (approved April 16, 1952).

## § 33-15-25. Matching funds.

(a) The governor of the State of Mississippi is authorized to enter into agreements with the federal government for the purpose of matching any federal funds that may be made available for supplying civil defense equipment to the state on a matching basis. The state's portion of the purchase price of such equipment may be made available from any appropriation made for such purposes, or such funds may be made available by the state building commission, and the state building commission is hereby authorized, in its discretion, to expend funds from any general appropriation