# 1989
## CUMULATIVE SUPPLEMENT
### TO
# MISSISSIPPI CODE
## 1972 ANNOTATED

**Issued August, 1989**

CONTAINING PERMANENT PUBLIC STATUTES OF MISSISSIPPI
ENACTED DURING LEGISLATIVE SESSIONS
1972 THROUGH 1st EX SESSION 1989
AND CUMULATIVE INDEX

PUBLISHED BY AUTHORITY OF
THE LEGISLATURE

## Volume 9

*Annotations Close with*

| | |
|---|---|
| Lawyers' Edition, Second Series | Vol. 93 |
| Federal Reporter, Second Series | 863 |
| Federal Supplement | 700 |
| Southern Reporter, Second Series | 538 |
| ALR Fed Annotations | 90 |
| ALR Annotations | 67 ALR4th |

**VERALEX®:** Cases and annotations referred to herein can be further researched through the **VERALEX** electronic retrieval system's two services, **Auto-Cite®** and **SHOWME®**. Use Auto-Cite citations to check for form, parallel references, prior and later history, and annotation references. Use SHOWME to display the full text of cases and annotations.

*By the Editorial Staff of the Publisher*

THE LAWYERS CO-OPERATIVE PUBLISHING COMPANY, ROCHESTER, NEW YORK

EXHIBIT
3

IT-10

gency management aid and assistance in case of disaster too great to be dealt with unassisted.

**SOURCES: Laws, 1980, ch. 491, § 10, eff from and after passage (approved May 9, 1980).**

Cross references—
    Civil emergencies, see §§ 45–17–1 et seq.

## § 33–15–21. Immunity.

(a) Neither the state nor any political subdivision thereof, nor other agencies, nor, except in cases of willful misconduct, the agents, employees, or representatives of any of them engaged in any emergency management activities, while complying with or attempting to comply with this article or any rule or regulation promulgated pursuant to the provisions of this article, shall be liable for the death of or any injury to persons, or damage to property, as a result of such activity. The provisions of this section shall not affect the right of any person to receive benefits to which he would otherwise be entitled under this article, or under the workmen's compensation law, or under any pension law, nor the right of any such person to receive any benefits or compensation under any act of congress.

(b) Any person owning or controlling real estate or other premises who voluntarily and without compensation grants a license or privilege, or otherwise permits the designation or use of the whole or any part or parts of such real estate or premises for the purpose of sheltering persons or providing assistance to persons during or in recovery from an actual, impending, mock or practice attack or any man-made, technological or natural disaster, together with his successors in interest, if any, shall not be civilly liable for negligently causing the death of, or injury to, any person on or about such real estate or premises by virtue of its use for emergency management purposes, or loss of, or damage to, the property of such person.

**SOURCES: Laws, 1980, ch. 491, § 11, eff from and after passage (approved May 9, 1980).**

Cross references—
    Civil emergencies, see §§ 45–17–1 et seq.

ALR and L Ed Annotations—
    Official immunity of state national guard members. 52 ALR4th 1095.

## § 33–15–23. Funds.

For the purpose of paying any expenses of its local emergency management organization, or for paying any expenses of the emergency management program, any board of supervisors of a county or any governing body of a municipality is authorized to expend any available funds from the general fund of such county or municipality.

**SOURCES: Laws, 1980, ch. 491, § 12, eff from and after passage (approved May 9, 1980).**

Cross references—
    Civil emergencies, see §§ 45–17–1 et seq.

## § 33–15–25. Matching funds.

(a) The governor of the state of Mississippi is authorized to enter into agreements with the federal government for the purpose of matching any federal funds that may be made available for emergency management purposes to the state on a matching basis. Provided, that no agreement shall obligate the state for an amount greater than the appropriation available for such purpose. The state's portion of the purchase price of any emergency