

# FEMA Temporary Housing Program Ending For Families Of Hurricanes Katrina And Rita

Release Date: April 7, 2009
Release Number: FNF-09-009

» En Español

**Why is FEMA's temporary housing assistance ending?**

Housing assistance under Section 408 of the Stafford Act is temporary by statute, regulation and design. To support the intent of the program and deliver the best possible customer service to eligible applicants, FEMA provides additional assistance to move individuals and families towards self sufficiency. The programs are designed with the expectation that applicants have a responsibility to take charge of their own recovery by utilizing temporary disaster assistance, either financial or direct, to repair, replace or locate alternate housing.

FEMA's temporary housing program for hurricanes Katrina and Rita, scheduled to end on May 1, 2009, reflects 26 months of rent-free assistance beyond the statutory 18-month limit of housing assistance. By law, FEMA's temporary housing assistance program provides temporary housing assistance while individuals and households work toward fulfilling their permanent housing plans. FEMA has offered each household at least three rental resources that meets the household's individual housing needs, such as number of bedrooms, accessibility, within Fair Market Rent (FMR) established by HUD for the area, and within a reasonable commuting distance. Some households have been offered as many as sixty-five rental resources that were located within a reasonable commuting area.

**How many households is this projected to affect?**

In response to Hurricanes Katrina and Rita, FEMA conducted the largest temporary housing operation in the history of the country, housing more that 143,000 individuals and households at the height of the operation. There are 5,894 households still residing in either FEMA temporary housing units or in a hotel/motel as of March 26, 2009.

**Current Status (as of 3/26/2009)**

| State | Group Sites | Commercial Sites | Private Sites | ELA | TOTAL HH |
|---|---|---|---|---|---|
| Louisiana Total | 39 | 350 | 3,204 | 94 | 3,687 |
| Mississippi Total | 0 | 204 | 1,889 | 95 | 2,188 |
| Alabama Total | 0 | 1 | 18 | 0 | 19 |
| TOTAL HH | 39 | 555 | 5,111 | 189 | 5,894 |

EXHIBIT 7

**How will participants be notified?**

FEMA has consistently communicated with individuals affected by Hurricanes Katrina and Rita.

- On a scheduled basis, FEMA staff visit occupants living in FEMA-provided housing units to determine and document their eligibility for continued assistance, answer questions about FEMA programs and help devise a long-term housing solution.
- When the recent decision was made to extend the program until May 1, 2009, applicants were notified of the new official end date of the program by mail. All oral and written communications to applicants since the 2-month extension was granted have included the May 1, 2009 deadline.
- Individuals and families remaining in FEMA-provided temporary housing units will receive a letter from FEMA notifying them of the end of housing assistance. The letter will include May 1, 2009, as the date on which the individual is required to vacate the temporary housing unit. Notices of Termination of Assistance will be consistent with applicable laws of the state.

**What happens if participants refuse to vacate their temporary housing unit?**

FEMA is making every effort to assist individuals and families to find long term housing to fulfill their needs. For those who do not vacate their housing unit by May 1, 2009, FEMA will follow its Lease Termination Policy for these individuals.

**Will FEMA continue case management services beyond May 1, 2009 for the participants?**

FEMA has provided Mississippi and Louisiana with a grant to provide case management. State case management services will continue to be provided to households affected by Katrina and Rita to help them achieve sustainable permanent housing solutions until June 1, 2009.

**What authority does FEMA have to discontinue assistance under the Individuals and Households Program?**

The Robert T. Stafford Disaster Relief and Emergency Assistance Act provides for up to 18 months of temporary housing following a disaster. Given the level of devastation from Hurricanes Katrina and Rita, assistance for applicants has been extended more than two years beyond the statutory 18-month limit for housing assistance, a total of 44 months of assistance.

Under Title 44 of the Code of Federal Regulations, Part 206, FEMA has the authority to discontinue direct assistance under the Individuals and Households Program (IHP) for reasons that include, but are not limited to:

- Failure to meet Stafford Act Section 408 basic eligibility requirements;
- Failure to meet requirements for continued assistance;
- Failure to relocate to an alternate site when the current group site is scheduled for closing;
- Expiration of period of assistance;
- Failure to pay rent after 18 months of assistance, if required;
- Refusal of rental assistance; and
- Duplication of Benefits.

**What will happen to the individuals and households still remaining in FEMA-provided temporary housing units?**

By law, FEMA provides temporary disaster housing assistance for up to 18 months. However, because of the unprecedented nature of this event, this program has provided more than 3½ years (44 months) of housing assistance. By providing additional time for households to develop long-term housing plans, they have had extended opportunities to transition back to self-sufficiency.

FEMA and its Federal, State, local, and private partners have provided support and assistance to households living in temporary housing units in identifying long-term housing solutions that are sustainable without disaster-related assistance. Currently, many households living in temporary housing units and hotels/motels are refusing to relocate from their fully subsidized THU to alternate housing. They have been offered various rental resources and have declined the opportunity to transition to more suitable housing. Individuals and households ultimately must take responsibility and action towards securing these solutions.

**Why are households not moving out of the temporary housing units or hotels/motels?**

Many households residing in FEMA temporary housing are reluctant to relocate for various reasons including (but not limited to):

- Household is still repairing their home.
- Household wants to purchase the FEMA temporary housing unit they currently occupy.
- Household has not accepted another housing option. (FEMA has provided households with multiple rental resources in close proximity to their requested permanent housing location).
- Households prefer to stay in rent-free disaster-based assistance, rather then HUD/State programs that require families to contribute towards their rent, based on their income.

**What is FEMA doing to assist pre-disaster owners whose homes are still being rebuilt?**

Housing assistance under Section 408 of the Stafford Act is temporary by statute, regulation and design. To support the intent of the program and deliver the best possible customer service to eligible applicants, FEMA provides additional assistance to move individuals and families towards self sufficiency. The programs are designed with the expectation that applicants have a responsibility to take charge of their own recovery by utilizing temporary disaster assistance, either financial or direct, to repair, replace or locate alternate housing.

FEMA has contacted each household on a monthly basis to assist with their recovery plans by:

- Coordinating with their housing contractors on the timeline for the repair of their home,
- Referring them to local, state, and voluntary organizations to assist with building materials, volunteers to help them rebuild, etc., and/or
- Locating and offering rental resources to them when it was determined that the rebuilding would take longer than expected.

**What has FEMA done to help households determine a long term housing plan and move toward self-sufficiency?**

FEMA has contacted every household currently residing in a temporary housing unit and hotel/motel in the Gulf Coast to make them aware of available housing resources. FEMA will continue to visit and work with each household over the next several weeks to transition them into more suitable, long-term housing options until the end of the program.

FEMA has contacted each household on a monthly basis to assist with their recovery plans by locating and offering rental resources to them, and/or referring them to local, state, and voluntary organizations. FEMA has offered each household at least three rental resources. FEMA has offered some households as many as sixty-five rental resources that were located within a reasonable commuting area.

Through grants, FEMA has provided access to disaster case management to households affected by Hurricanes Katrina and Rita since December 2005. This service was first provided through Katrina Aid Today (KAT). KAT provided case management services to 70,000 Hurricane Katrina affected households over a 30-month period.

Following the completion of KAT, FEMA implemented a two-phase disaster case management plan to continue providing assistance, including:

- *Phase I: Cora Brown Funded Case Management Awards* - FEMA provided awards to the States of Louisiana and Mississippi to continue case management services for the remaining open cases of the KAT Program beyond the performance period end date of March 31, 2008, until June 1, 2008.
- *Phase II: State Case Management Program* - FEMA will continue to fund State-led disaster case management programs through May 31, 2008. Mississippi has been awarded an extension to its on-going disaster case management program, and FEMA is working with Louisiana to assist them in the implementation of a state-led disaster case management program.

The disaster case manager's primary service to households is assisting the household in assessing their disaster-caused unmet needs, then developing a goal-oriented recovery plan adapted to address the identified needs.

This service includes reviewing the verified disaster damage, evaluating the amount of Federal, State and/or local assistance received, and assessing the household's personal resources (i.e. insurance, savings) available for recovery.

Disaster case managers are knowledgeable about Federal, State and local resources available for disaster recovery. They provide the household with information on potential sources that match their identified disaster caused unmet needs. The availability of resources and direct services, to meet the identified unmet needs, heavily impacts the success of the household's recovery planning.

**What types of resources has FEMA offered?**

FEMA has offered each household at least three rental resources that meets the household's individual housing needs, such as number of bedrooms, accessibility, within Fair Market Rent (FMR) established by HUD for the area, and within a reasonable commuting distance. Some households have been offered as many as sixty-five rental resources that were located within a reasonable

commuting area.

FEMA also offered to immediately move any household with a health concern to alternate housing. This offer was made to every household residing in a temporary housing unit. To accelerate the transition for households from a temporary housing unit to a hotel/motel, FEMA established policies and executed contracts to:

- Pay transportation relocation costs
- Provide furniture for households relocating to unfurnished apartments
- Provide meals when kitchenettes are not available
- Contract for packing, temporary storage and/or shipping of household property
- Contract for the boarding and care of household pets

**How has FEMA partnered with the States and local jurisdictions throughout the housing program?**

Many local parishes/cities in Louisiana and Mississippi and have requested to partner with FEMA to enact deactivation initiatives to establish deadlines for the removal of temporary housing units that are no longer needed for temporary housing purposes. FEMA has partnered with the following parishes at their request to implement deactivation initiatives:

- Orleans Parish (Louisiana) deactivation initiative began in July 2008.
- St. Bernard Parish (Louisiana) deactivation initiative began in August 2008.
- St. Tammany (Louisiana) deactivation initiative began in March 2007.
- City of Bogalusa (Louisiana) deactivation initiative began in July 2008.
- Jefferson Parish (Louisiana) deactivation initiative began in January 2007.
- City of Pass Christian (Mississippi) deactivation initiative began in March 2009.
- City of Petal (Mississippi) deactivation initiative began in December 2008.

In February 2008, FEMA established the Joint Federal/State Relocation Task Force in Mississippi and Louisiana. The mission and objectives of the Joint Task Force was to ensure the safe, compassionate, timely, and consistent implementation of plans to relocate households out of FEMA temporary housing units and into alternative (interim or permanent) housing, integrate the capabilities and capacity of Federal and State agencies to facilitate an aggressive relocation of households, and identify and address concerns and barriers to relocation progress. This task force is no longer active; however, FEMA and the States of Louisiana and Mississippi regularly meet to discuss the current status of housing and initiatives that may assist in relocating household's to more permanent housing.

**What is FEMA's Termination Policy?**

On December 7, 2007, FEMA established a national policy to provide clear and consistent guidance on the conditions under which direct housing assistance can be discontinued. This includes circumstances where an occupant is found to be ineligible for FEMA programs, is engaged in criminal activity or activities that create a health and safety risk, or has repeatedly violated FEMA policy, leases or occupancy agreements pertaining to the units. The national policy also ensures a consistent process for ending direct housing assistance across all disasters.

**Will participants have the opportunity to purchase their temporary housing units as the**

program ends?

Yes. FEMA is and has been giving residents in mobile homes and park models the opportunity to purchase the unit in which they currently are living under the Temporary Housing Units Sales-to-Occupants program.

The sales program is open only to households currently residing in a mobile home or park model provided by FEMA. Conditions of the sale include:

- All units are sold "as is" with no implied warranties of any kind.
- Households must purchase the unit in which they currently live. No substitutions or exchanges of units are permitted.
- By purchasing the unit, the household accepts all responsibility and liability for the unit.
- The purchasing household is solely responsible for any applicable sales taxes, permits, or inspection costs associated with the sale.
- The household must provide proof of hazard insurance for the unit.
- The purchasing household must agree to comply with local floodplain management codes, including purchasing flood insurance if the unit is or will be located in a designated Special Flood Hazard Area (SFHA)
- The unit must test within the state-set formaldehyde threshold. For Louisiana, this level is .016 ppm; for Mississippi, this level is .04 ppm.

Out of an abundance of caution due to the presence of high levels of formaldehyde in some travel trailers, households in FEMA-provided travel trailers will not have the opportunity to purchase their units.

**Will states and non-profit agencies be able to receive donations on behalf of participants as the program ends?**

FEMA is authorized under the Robert T. Stafford Disaster Relief and Emergency Assistance Act to permanently donate temporary housing units to States, local governments, and voluntary organizations, for the sole purpose of housing households affected by disasters. FEMA has been and will continue to work with state, local or non-profit agencies who request a formal donation through FEMA's program.

**Will the affected states be responsible for covering the continued costs of housing these households without federal assistance?**

The states have access to and are taking advantage of other federal resources that are available to the population still remaining in temporary housing units and Disaster Housing Assistance Program. For example, states could choose to prioritize federal funds such as Community Development Block Grants to provide rental assistance to those households that the states determine are still in need of continued rental assistance.

HUD, in the most recent continuing Appropriations Act (H.R. 2638), received $50 million for areas impacted by Hurricanes Katrina and Rita. These funds must be used for the project-based voucher program and will help expand the affordable housing stock in Louisiana.

The Louisiana Recovery Authority (LRA) also received $74 million in a separate appropriation, of which $23 million must be used for new project-based voucher units that can assist affected households. HUD recognizes that these units will not be readily available when DHAP and the housing program end. In addition, the Housing Authority of New Orleans (HANO) has received approximately 1,500 vouchers for unoccupied units in the "Big Four" developments. HANO has agreed these vouchers will be used to assist households impacted by the disaster.

FEMA has also provided grants to the States of Louisiana and Mississippi to administer the Disaster Case Management Pilot Program. The Mississippi Commission for Volunteer Services (MCVS) was granted up to $25,561,782 to provide case management services to clients residing in Mississippi, until June 1, 2009. The Louisiana Recovery Authority was granted up to $8,372,992 to provide case management services to clients residing in Louisiana, until June 1, 2009, and FEMA continues to work with Louisiana to assist them in the implementation of a State-led disaster case management program. These grant programs provide funding for disaster case managers to assist households in assessing their disaster-caused unmet needs and then developing a goal-oriented recovery plan adapted to address the identified needs. Disaster case managers are also knowledgeable about Federal, State and local resources available for disaster recovery. They provide the household with information on potential sources that match their identified disaster caused unmet needs. The availability of resources and direct services, to meet the identified unmet needs, heavily impacts the success of the household's recovery planning.

**How much has FEMA spent on disaster housing to date?**

As of March 28, 2009,

- $7.8 billion has been provided to about 1.5 million households through FEMA's Individuals and Households Program. This includes over $5.6 billion in Housing Assistance and $2.1 billion in Other Needs Assistance. Housing Assistance includes temporary housing, and repair and replacement activities, as well as rental assistance and expedited housing assistance. Other Needs Assistance includes personal property replacement, transportation assistance, medical and dental expenses, funeral expenses, and assistance with other expenses such as moving and storage.
- $2.5 billion of rental assistance has been distributed to over 730,000 households.
- FEMA has provided over $437 million in home repair payments, helping make more than 185,000 homes habitable across the Gulf region following Katrina and Rita.
- FEMA has provided more than $346 million to over 34,000 households to assist them towards the purchase of replacement housing.
- In response to Hurricanes Katrina and Rita, FEMA conducted the largest temporary housing operation in the history of the country, providing temporary housing units to more than 143,000 households across the Gulf Coast. FEMA has moved over 137,000 households out of temporary housing units (THUs) as residents move into long-term housing solutions. Currently, there are 5,705 households remaining in THUs throughout the Gulf Coast.