

**STATE OF MISSISSIPPI**
HALEY BARBOUR, GOVERNOR

**MISSISSIPPI EMERGENCY MANAGEMENT AGENCY**

ROBERT R. LATHAM, JR.
DIRECTOR

August 27, 2005

The Honorable George W. Bush
President
The White House
1600 Pennsylvania Avenue
Washington, D.C.

Through: Ms. Mary Lynne Miller
Acting Regional Director
FEMA Region IV
3003 Chamblee-Tucker Road
Atlanta, Georgia 30341

Under the provisions of Section 501 (a) of the Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. §§ 5121-5206 (Stafford Act), and implemented by 44 CFR § 206.35, I request that you declare an emergency for the State of Mississippi as a result of the anticipated impacts of Hurricane Katrina. Hurricane Katrina is expected to impact the State of Mississippi as a strong Category 4 hurricane with winds in excess of 145 mph. Hurricane Katrina is expected to produce significant damages associated with coastal storm surges, high winds, tornadoes, torrential rainfall, and inland flooding. Our response to this event began on August 26, 2005, and is continuing. Current forecasts also indicate that the State will receive rains averaging eight inches as far north as the State's northern border with Tennessee and some isolated rains in excess of 10 inches. The counties of Hancock, Harrison, Jackson, Pearl River, Stone, Marion, Forrest, Jefferson Davis, Covington, Jones and Lamar are in the direct path of Hurricane Katrina and are anticipated to sustain the greatest amount of damages.

In response to the situation I have taken appropriate action under State law and directed the execution of the State Emergency Plan on August 26, 2005 in accordance with Section 501 (a) of the Stafford Act as well as issuing a State of Emergency for the entire State effective August 27, 2005 as well.

Pursuant to 44 CFR § 206.35, I have determined that this incident is of such severity and magnitude that effective response is beyond the capabilities of the State and affected local governments, and that supplementary Federal assistance is necessary to save lives, protect property, public health, and safety, or to lessen or avert the threat of a disaster.



EXHIBIT
9

I am specifically requesting Direct Federal Assistance and the Public Assistance Program for Category A (Debris Removal) and Category B (Emergency Protective Measures) for Hancock, Harrison, Jackson, Pearl River, Stone, Marion, Forrest, Jefferson Davis, Covington, Jones and Lamar Counties.

Preliminary estimates of the types and amount of emergency assistance needed under the Stafford Act, and emergency assistance from certain Federal agencies under other statutory authorities are tabulated in Enclosure A.

The following information is furnished on the nature and amount of State and local resources that have been or will be used to alleviate the conditions of this emergency:

Local County Governments and the Department of Human Services with the assistance of the Department of Health have prepared to open more than 25 general population and special needs shelters as well as anticipating the opening of numerous additional shelters to meet the needs of the forecasted number of evacuees.

The State has purchased water, ice and other emergency commodities in order to be prepared to provide emergency supplies to the affected areas as well as placing sufficient numbers of National Guard Soldiers on State Active Duty to execute distribution to the local level.

The Department of Transportation, Public Safety, Wildlife, Fisheries and Parks, and Military departments are sustaining personnel, materials and equipment cost in support of evacuations, including management of traffic flow along evacuation routes from Louisiana and Alabama as well as search and rescue missions.

Other state agencies continue to incur costs necessary to execute their responsibilities under the State Comprehensive Emergency Management Plan.

I certify that for this emergency, the State and local governments will assume all applicable non-Federal share of costs required by the Stafford Act.

In accordance with 44 CFR § 206.208, the State of Mississippi agrees that it will, with respect to direct Federal assistance:

1. Provide without cost to the United States all lands, easement, and rights-of-ways necessary to accomplish the approved work.

2. Hold and save the United States free from damages due to the requested work, and shall indemnify the Federal Government against any claims arising from such work;

3. Provide reimbursement to FEMA for the non-Federal share of the cost of such work in accordance with the provisions of the FEMA-State Agreement; and

4. Assist the performing Federal agency in all support and local jurisdictional matters.

In addition, I anticipate the need for debris removal, which poses an immediate threat to lives, public health, and safety.

> Pursuant to Sections 502 and 407 of the Stafford Act, 42 U.S.C. §§ 5192 & 5173, the State agrees to indemnify and hold harmless the United States of America for any claims arising from the removal of debris or wreckage for this disaster. The State agrees that debris removal from public and private property will not occur until the landowner signs an unconditional authorization for the removal of debris.

I have designated Thomas M. Womack as the State Coordinating Officer for this request. He/she will work with the Federal Emergency Management Agency in damage assessments and may provide further information or justification on my behalf.

Sincerely,

Haley Barbour
Governor