Home | Contact | First Lady | Biography | Staff



FOR IMMEDIATE RELEASE
January 19, 2007

**GOVERNOR HALEY BARBOUR ANNOUNCES EXTENSION OF TEMPORARY HOUSING PROGRAM**

(Jackson, Mississippi)—Governor Haley Barbour announced today he has received notification that FEMA and the Department of Homeland Security will extend the Katrina temporary housing program by six months through the end of August 2007.

"I am grateful the Bush Administration has granted this necessary extension of the temporary housing program. Even though the number of Mississippians relying on this program is reduced each month as housing is rebuilt, it is clear thousands of our citizens will be without permanent housing six months from now. I am confident the Bush Administration will continue to work with state and local officials to address the need for temporary housing which will exist after this six-month extension," Barbour stated.

Governor Barbour requested a year-long extension of the temporary housing program in December. The official announcement by the Department of Homeland Security is expected early next week.

NEWS

SPEECHES

PHOTOS

SCHEDULING

APPOINTMENTS

LINKS

Sign Up For Updates   [go]

P.O. Box 139 | Jackson, MS 39205 | Phone: 601.359.3150 | Fax: 601.359.3741

EXHIBIT
11