
# FEMA

# Hurricane Katrina Mississippi Recovery Update: June 2009

Release Date: July 13, 2009
Release Number: 1604-724

» More Information on Mississippi Hurricane Katrina

BILOXI, Miss. - The following is a summary of Mississippi recovery efforts from Aug. 29, 2005 through July 7, 2009:

**FEMA's Individual Assistance program has provided nearly $1.3 billion to individuals and families in response to Hurricane Katrina:**

- FEMA's temporary housing program ended on May 1, 2009.*
- As of July 7, 2009:
    - About 627 temporary housing units are still occupied in Mississippi - a 77 percent decrease from the 2,808 units occupied Jan. 1:

| County | Jan. 1 | July 7 | Progress |
|---|---|---|---|
| Hancock | 391 | 79 | 80 percent |
| Harrison | 795 | 183 | 77 percent |
| Jackson | 442 | 83 | 81 percent |
| Other | 1,180 | 282 | 76 percent |
| Total | 2,808 | 627 | 77 percent |

- Since Hurricane Katrina made landfall on Aug. 29, 2005, nearly $1.3 billion in Individuals and Households Program funding was approved for 274,761 individuals and families in Mississippi.

More than 2,800 Mississippi families moved from FEMA temporary housing to Mississippi Cottages. Less than 1,800 cottages are currently occupied. The Mississippi Cottages were developed through the Mississippi Alternative Housing Program, which is administered by MEMA and funded by a $280 million federal grant. For more information about the program, visit www.mscottage.org.

More than $3 billion has been obligated in Public Assistance Grants:

EXHIBIT 13

- Since Jan. 1, 2009, many projects funded by FEMA PA grants have either begun or been

completed:

| Notable PA-funded Projects Completed in 2009 | Date |
|---|---|
| D'Iberville High School | February |
| Chester M. McPhearson, Jr. Pier | March 21 |
| Lynn Meadows Discovery Center | Apr. 23 |
| Waveland Civic Center | May 8 |

| Notable PA-funded Projects Started in 2009 | Date |
|---|---|
| Hattiesburg Fire Station #1 | Feb. 24 |
| Long Beach Water and Sewer Improvements | March 10 |
| Waveland Pier | Apr. 14 |
| Robert J. Curry Public Safety Center | May 4 |
| Gulfport Small Craft Harbor | May 23 |

- More than $710 million obligated for land-based debris removal. To date, more than 46 million cubic yards of debris has been removed - that's equal to a football field stacked approximately 4.9 miles high.
- $884 million to repair public utilities;
- $642 million to repair or replace public buildings;
- $401 million for emergency protective measures;
- $96 million to repair roads and bridges;
- $1.1 million to repair water control devices such as ditches and irrigation channels.
- $175 million to repair and restore public recreational facilities such as state parks;
- MEMA administers PA funds. To date, MEMA has disbursed more than $1.79 billion of the $3 billion obligated by FEMA to PA applicants.

Preparing today for tomorrow's disasters:

- Currently, FEMA has approved 264 applications for new Hazard Mitigation projects totaling more than $163 million federal share in obligated funding.
- Many significant HMGP projects have begun or been completed this year. Some of these include:
    - Construction began on the Bay St. Louis Fire Station in January. The station is being built to meet FEMA shelter standards through a $2.2 million HMGP grant and will help protect first responders during a disaster.
    - D'Iberville High School, which opened its doors to students in February, includes an HMGP-funded community shelter built to FEMA standards to protect approximately 3,000 occupants during a disaster.
    - West Harrison High School and St. Martin High School also will include shelters and are set to be completed in the near future.
    - A groundbreaking ceremony was held for the Fontainebleau Community Center June 10. The facility is being built to meet FEMA shelter standards and will provide protection for first responders during a disaster. It is the first of four new FEMA shelters to be built in Jackson County.
- 4,043 individual and community safe rooms and storm shelters have been funded with more than $11 million in mitigation funds.
- Across the state, 284 jurisdictions have MEMA/FEMA approved Hazard Mitigation plans.
- The amount of funding available for the HMGP following a disaster is 7.5 percent of the total

amount of federal assistance. $293 million in HMGP funds has been allocated for Mississippi as a result of Hurricane Katrina.
- FEMA's Hazard Mitigation Grant Program (HMGP) brings together federal, state and local governments to prepare communities for future disaster events by providing grants to implement long-term solutions for protecting lives and property.

MEMA, as designated by the governor of Mississippi, administers the HMGP. MEMA provides eligible grant applicants with assistance in mitigation planning, project selection, application development and reimbursement.

*With the end of the housing program on May 1, occupancy numbers are expected to change on a daily basis. For updated housing numbers, please contact the MEMA-FEMA Hurricane Katrina News Desk at (228) 594-3560.

FEMA's mission is to support our citizens and first responders to ensure that as a nation we work together to build, sustain, and improve our capability to prepare for, protect against, respond to, recover from, and mitigate all hazards.