

# Disaster Search Results

Modify Disaster Search
Subscribe to RSS feed for this Search
Right-click on the link to bookmark this Search

Page 1 of 3 Next >> Found **55** events

| Number | Declared | State | Description |
|---|---|---|---|
| 1837 | 05/12/2009 | Mississippi | Severe Storms, Flooding, and Tornadoes |
| 1794 | 09/22/2008 | Mississippi | Hurricane Gustav |
| 3291 | 08/30/2008 | Mississippi | Hurricane Gustav |
| 1764 | 05/28/2008 | Mississippi | Severe Storms and Tornadoes |
| 1753 | 05/08/2008 | Mississippi | Severe Storms and Flooding |
| 1604 | 08/29/2005 | Mississippi | Hurricane Katrina |
| 3213 | 08/28/2005 | Mississippi | Hurricane Katrina |
| 1594 | 07/10/2005 | Mississippi | Hurricane Dennis |
| 1550 | 09/15/2004 | Mississippi | Hurricane Ivan |
| 1470 | 05/23/2003 | Mississippi | Severe Storms, Tornadoes, and High Winds |
| 1459 | 04/24/2003 | Mississippi | Severe Storms, Tornadoes and Flooding |
| 1443 | 11/14/2002 | Mississippi | Severe Storms and Tornadoes |
| 1436 | 10/01/2002 | Mississippi | Tropical Storm Isidore |
| 1398 | 12/07/2001 | Mississippi | Severe Storms and Tornadoes |
| 1382 | 06/21/2001 | Mississippi | Tropical Storm Allison |
| 1365 | 04/17/2001 | Mississippi | Severe Storms & Flooding |
| 1360 | 02/23/2001 | Mississippi | Tornadoes and Severe Storms |
| 1265 | 01/25/1999 | Mississippi | Severe Winter Storms, Ice and Freezing Rain |
| 1251 | 10/01/1998 | Mississippi | Hurricane Georges |
| 3132 | 09/28/1998 | Mississippi | Hurricane Georges |
| 1178 | 06/13/1997 | Mississippi | Flooding |
| 1051 | 05/12/1995 | Mississippi | Severe Storm, Tornado, Flooding |
| 1009 | 02/18/1994 | Mississippi | Severe Storm, Winter Storm, Freezing Rain And Sleet |
| 968 | 11/25/1992 | Mississippi | High Winds, Severe Storm, Tornadoes |
| 967 | 10/17/1992 | Mississippi | High Winds, Severe Storm, Tornadoes, Hail |

Page 1 of 3 Next >> Found **55** events

Modify Disaster Search

EXHIBIT 14

http://www.fema.gov/femaNews/disasterSearch.do    11/20/2009