Exhibit A

## Appendix A

**Foods Known to Contain Naturally Occurring Formaldehyde**
### I. Fruits & Vegetables

| Food type | Level (mg/kg) |
|---|---|
| Apple | 6.3 – 22.3 |
| Apricot | 9.5 |
| Banana | 16.3 |
| Beetroot | 35 |
| Bulb vegetables (e.g. onion) | 11.0 |
| Cabbage | 5.3 |
| Carrot | 6.7 – 10 |
| Cauliflower | 26.9 |
| Cucumber | 2.3 – 3.7 |
| Grape | 22.4 |
| Green Onion | 13.3 – 26.3 |
| Kohlrabi | 31 |
| Pear | 38.7 – 60 |
| Plum | 11.2 |
| Potato | 19.5 |
| Spinach | 3.3 – 7.3 |
| Tomato | 5.7 – 13.3 |
| Water-melon | 9.2 |
| White Radish | 3.7 – 4.4 |
| Shiitake mushroom (dried) | 100 – 406 |
| Shiitake mushroom (raw) | 6 – 54.4 |

### II. Meat and meat products

| Food type | Level (mg/kg) |
|---|---|
| Beef | 4.6 |
| Pig | 5.8 – 20 |
| Sheep | 8 |
| Poultry | 2.5 – 5.7 |
| Processed meat products (including ham and sausages) | $\leq 20.7$ |
| Liver paste | $\leq 11.9$ |

**Foods Known to Contain Naturally Occurring Formaldehyde (Continued)**

### III. Dairy products

| Food type | Level (mg/kg) |
|---|---|
| Goat's Milk | 1 |
| Cow's Milk | ≤ 3.3 |
| Cheese | ≤ 3.3 |

### IV. Seafood

| Food type | Level (mg/kg) |
|---|---|
| Cod | 4.6 – 34 |
| Shrimp (raw) | 1 – 2.4 |
| Squid | 1.8 |
| Fish ball | 6.8 |
| Crustacean | 1 – 98 |
| Bombay-duck | ≤ 140 |

Formaldehyde was also reported in studies to develop after death in marine fish and crustaceans and accumulate during the frozen storage of some fish species. Its levels can be as high as 400 mg/kg in Bombay-duck after cold storage.

### V. Others

| Food type | Level (mg/kg) |
|---|---|
| Alcoholic beverage | 0.02 – 3.8 |
| Soft drinks | 8.7 |
| Brewed coffee | 3.4 – 4.5 |
| Instant coffee | 10 – 16 |
| Syrup | <1 – 1.54 |

Sources: From World Health Organization and others.