Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| This Document Relates to: | | * | |
| *Dubuclet v. Fleetwood Enterprises, Inc.* | | * | JUDGE: ENGELHARDT |
| Case No. 07-9228 | | * | |
| | | * | |
| | | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF ROBERT C. JAMES, Ph.D.

STATE OF FLORIDA

COUNTY OF LEON

Before me, an officer duly authorized to administer oaths, came ROBERT C. JAMES,

Ph.D., who, having been duly sworn, deposes and makes this affidavit in support of the response

of Fleetwood Enterprises, Inc. to Plaintiffs' motion in limine to limit the testimony of Robert C.

James, Ph.D. and says:

1.        As noted in my curriculum vitae attached hereto as Exhibit "A," I have more than

thirty (30) years of experience as a research scientist and consulting toxicologist.

2.        During the summer of 2009, I was engaged by the United States, and specifically

Henry Miller of the United States Department of Justice, to render an opinion in the Dubuclet

case.  Much of my prior report in the Alexander case formed the basis for the report I submitted

in the Dubuclet case.  Although some of text was rewritten and edited to incorporate additional

papers, both reports discussed the same basic concepts.  Two concepts that were discussed in

both reports are 1) the rapid metabolism of formaldehyde and its use in the body's "one-carbon-

pool" where formaldehyde is used to build other carbon-based molecules that the body needs; and 2) that fact that there are many environmental sources of exposure to formaldehyde as well as to other aldehydes and other VOCs (volatile organic chemicals).

3.      The former issue was discussed because it illustrates the fact that body sees, metabolizes, and utilizes significant doses of formaldehyde each day.  This information is relevant because it demonstrates the body has the capacity to detoxify, eliminate, and utilize the significant amounts of formaldehyde the body absorbs daily, regardless of the route of exposure by which a dose of formaldehyde is absorbed into the body.

4.      The environmental sources of formaldehyde and other indoor air VOCs were discussed in both reports for several reasons.  One reason is that indoor air quality can be affected by the presence of many different other VOCs as they have odors and irritant properties like formaldehyde.  Second, it is important for a toxicologist or risk assessor to consider all sources and routes of exposure for a particular chemical (e.g., food, air, dermal, or water) when assessing the relative hazard or safety associated with a specific route of exposure.  Providing this same information to lay persons, e.g., in this instance the jury, helps them understand the complexities of residential environmental exposures and the different sources of formaldehyde exposure an individual might experience daily.  Without such information, lay persons may be easily mislead into thinking that some chemical exposures/doses are either unique or very high relative to what other U.S. citizens experience, even though such may not be the case. Alternative source information may also become a key factor when evaluating daily doses from a specific source of exposure versus the total daily dose of that chemical coming from all exposure

sources; or when evaluating total lifetime doses for specific sources versus the total lifetime dose associated with all ambient sources of exposure. Considering the potential impact of alternative exposure sources always helps provide a better and more informed perspective for toxicologists and non-toxicologists alike as it promotes a better understanding as to what extent an additional source of exposure may or may not represent a potential health hazard.

5.      I have reviewed Plaintiffs' motion *in limine* asking the court to prohibit defense experts from discussing or making reference to papers that discuss the amounts of formaldehyde found in foods and other products. I found no meaningful argument in their pleading. Dr. Wedner at deposition indicated he does not typically concern himself with food as a source of exposure to formaldehyde, and so, really did not understand the distinction the attorney was attempting to make (see plaintiffs' motion). At my own deposition, I stated clearly that the concentrations of formaldehyde in any environmental medium (i.e., food, water, air, dermal contact) to which a person might be exposed were not strictly comparable. I also stated clearly that I do not make those kinds of comparisons. I try to avoid such comparisons because they can be misleading to lay persons if they do not understand, or are not informed about, differences in contact rate, absorption rates, and other exposure factors that determine the ultimate absorbed dose one might receive from different exposure pathways (e.g., the ingestion versus inhalation pathways). Still, this potential confusion is easily avoided, either by making pathway or source dose comparisons when media (air, water, food, dermal) concentrations are presented, or by simply stating the concentrations in different environmental media are not comparable for several reasons. Therefore, I believe it is unreasonable for the plaintiffs' attorneys to ask defense

experts not to talk about other sources of formaldehyde exposure, should they be asked or desire to do so, simply because the plaintiffs' attorneys are concerned such information might not be placed in its proper context. Any lack of context can be easily corrected at the time any alternative exposure-source information is given. In fact, I find it somewhat hypocritical of the plaintiffs' attorneys to request a limitation be placed on defense experts regarding food concentrations of formaldehyde when they will likely be discussing the skin testing that was performed on the plaintiff. Here again a 1 ppm test solution applied to the skin does not represent the same exposure or localized dose as a 1 ppm air concentration, a 1 ppm drinking water concentration, or a 1 ppm food concentration. Yet I did not see that their motion also seeks to eliminate discussing the formaldehyde concentrations used in the skin testing performed on the plaintiff. Here again I would note that not being able to discuss the formaldehyde concentration could be misleading because if the concentration of formaldehyde tested is either too high or too low its use could result in a false positive or false negative test result.

6.      I note Dr. Wedner stated at deposition that he was not particularly familiar with the measurement of formaldehyde in foods as he did not routinely discuss this issue. He then stated that "he envisioned" the formaldehyde in food may be contained as a formyl group. Here I believe he only meant that some of the formaldehyde present in foods or other biological tissues may be reversibly bound to other cellular molecules. In contrast, plaintiffs' attorneys have misinterpreted his statement about formyl groups to mean that no free formaldehyde is present in foods as they imply so in their motion. But plaintiffs' own expert, Dr. Williams, discusses the concentration of "free and reversibly bound" formaldehyde in tissues as being 2.1 ppm ($\mu$g/g) in blood (see page 8 of her report). Dr. Williams then states that formaldehyde is

converted to formic acid via the enzymes aldehyde dehydrogenase and formaldehyde

dehydrogenase.  This is another concession that free formaldehyde is present in the body as the

latter enzyme metabolizes free formaldehyde and not larger aldehyde structures or other

biological molecules containing formyl groups.  [Note: This enzymatic reactions is shown

below]

$$H_2C=O \quad - NAD^+ \; + H_2O \; \rightleftharpoons \; \overset{H}{\underset{O}{\underset{\|}{C}}}{\cdot}O^- \quad + NADH \; + 2\,H^+$$

formaldehyde                                           formate

Source: BioCyc Database Collection. 2009. SRI International. http://biocyc.org/META/NEW-
IMAGE?type=REACTION&object=FORMALDEHYDE-DEHYDROGENASE-RXN.

In addition, formaldehyde dehydrogenase is an enzyme found in plant and animal cells alike

(Achkor et al., 2003)[3], and so, its presence in plants is yet another indication that free

formaldehyde is found in foods.


7.      To help clarify this issue for the court, I show below the chemical distinctions, or

differences, between free formaldehyde and a formyl group attached to another molecule.


Formyl is a generic term for the function group: $R-\overset{O}{\overset{\|}{C}}-H$


Formaldehyde's structure is: $H-\overset{O}{\overset{\|}{C}}-H$

<hr/>

[3] As well as well as bacteria, yeasts, and other small organisms.

5

The first figure shows a formyl group attached to the letter "R." In chemistry the letter "R" is a notation used to indicate the formyl functional group can be attached to a variety of different molecules or compounds (e.g., alkanes, aromatics, etc.). For example, if R stands for:

- a methyl group ($CH_3$), the resulting chemical would be acetaldehyde;

- an ethyl group ($H_3C-CH_3$), the chemical would be propionaldehyde; and

- a benzene ring; the chemical would be benzaldehyde.

In each of the above instances the chemical would have a "functional formyl group" as part of its chemical structure. While each of the above chemicals has a formyl group and is part of the aldehyde class of chemicals, none of these chemicals are formaldehyde nor do they easily release formaldehyde when in a biological system. I suppose since formaldehyde might reversibly bind to an electron donating portion of another molecule (e.g., nitrogen and sulfhydryl functional groups are good electron donors on biological molecules), one could state the molecule to which it reversibly binds now contains a formyl group. However, only when the "R" stands simply for a hydrogen molecule is the chemical formaldehyde itself.

8.      In my report I cited papers by Owen et al. (1990) paper and Dhareshwar and Stella (2008) because they summarize data of measured formaldehyde concentrations, not concentrations of "formyl groups," in various foods. The Owen et al. (1990) paper discusses formaldehyde food concentrations because they, like I, recognize it is an issue that should be considered when attempting to discuss the relative hazard or safety of a specific route of exposure for a ubiquitous chemical like formaldehyde. However, because the plaintiffs' motion

implies that foods contain only formyl groups of bound formaldehyde, I also attach to this affidavit two additional papers that describe analytical methods developed for the express purpose of measuring formaldehyde (not formyl groups) found in foods or other biologic tissues (plant or animal). In both papers the authors clearly indicate that the possible chemical interferences by other molecules were considered as part of their method development. So, under the proper usage of these methods formaldehyde, and not other formyl-containing chemicals like acetaldehyde or amides, is the chemical entity measured by these assays. For example, the recent paper by de Oliveira et al. (2007) measured the concentration of formaldehyde in alcoholic beverages by reacting formaldehyde with Fluoryl-P. This reaction creates a formaldehyde specific chromophore which can then be easily measured fluorimetrically. Although other aldehydes and chemicals that contain a "formyl" functional group as part of that molecule's overall structure, and so, might also potentially react with the Fluoryl-P reagent, the authors' method was selective for formaldehyde in the presence of 0.0033 mol/L of acetaldehyde. Likewise, I have attached an earlier paper by Trezl et al. (1995) that provides a different method for measuring the formaldehyde content of foods. In this method the available free formaldehyde is reacted with hydrazine to form a specific reaction product referred to in this paper as Tri-P. This specific reaction product is then separated from different reaction products formed by small molecules that contain as part of their chemical structure a formyl functional group (i.e., acetaldehyde and diacetyl). This separation is made using reversed-phase, liquid chromatography. The Trezl et al. (1995) paper then provides two tables showing formaldehyde concentrations (not other formyl group containing chemicals) measured in meats, milk, yeast, fruits and vegetables that are similar to the tables of review data I cited in my report (Owen et al.,1990; Dhareshwar and Stella, 2008).

7

9.     Finally, I note that while in both reports for the Anderson and Dubuclet cases I did mention studies reporting formaldehyde levels in foods, and noted that this was a common, ambient source of exposure to formaldehyde. But nowhere in either report did I attempt to compare the concentration of formaldehyde in food to the concentration of formaldehyde found in the air of the plaintiffs' trailer in some attempt to minimize the trailer air exposure. Thus, their concern that I would attempt to so at trial, when I did not in either my report or at deposition, is another indication their concern was and is groundless.

10.     To summarize, the plaintiffs' motion *in limine* to prohibit discussions of food formaldehyde concentrations has no reasonable basis, and its arguments are misleading. The papers reporting measured concentrations of formaldehyde in foods are specific for the chemical formaldehyde and not any and all chemicals that contain a permanent "formyl" group as part of that chemical's structure. Both I and Dr. Wedner indicated at deposition that we had no intention of trying to compare food concentrations of formaldehyde to the lower concentrations of formaldehyde typically measured in indoor air. Thus, there is no necessity for the plaintiff attorneys' motion. Further, as a scientist, it appears to me that the plaintiff attorneys are seeking to prevent any discussion of an issue that is widely recognized as relevant to both toxicology and risk assessment evaluations, i.e., the consideration of alternative sources of exposure (e.g., see Owen et al., 1990). As this subject can easily be handled properly and without misleading the jury, I see no reasonable basis for excluding such information as plaintiff's attorneys' have requested.

8

ROBERT C. JAMES, Ph.D.

Sworn to and subscribed before me
This **19** day of November 2009.


_Brenda J. Murphy_
Notary Public

BRENDA J. MURPHY
Comm# DD0802642
Expires 9/26/2012
Florida Notary Assn., Inc

[SEAL]

My commission expires: **9/26/2012**

References

Achkor, H., M. Diaz, MR. Fernandez, J.A. Biosca, X. Pares and M.C. Martinez. 2003. Enhanced formaldehyde detoxification by overexpression of glutathione-dependent formaldehyde dehydrogenase from arabidopsis. Plant Physiol. 132:2248-255.

De Oliveira, F.S., E.T. Sousa and J.B. de Andrade. 2007. A sensitive flow analysis system for the fluorimetric determination of low levels of formaldehyde in alcoholic beverages. Talanta 73:561-566.

Dhareshwar, S.S. and V.J. Stella. 2008. Your prodrug releases formaldehyde: Should you be concerned? No! J. Pharm. Sci. 97:4184-4193.

Owen, B.A., C.S. Dudney, E.L. Tan and C.E. Easterly. 1990. Formaldehyde in drinking water: Comparative hazard evaluation and an approach to regulation. Regul. Toxicol. Pharmacol. 11:220-236.

Trezl, L., A. Csiba, S. Juhasz, M. Szentgyorgyi, G. Lombai and L. Hullan. 1997. Endogenous formaldehyde level of foods and its biological significance. Z. Lebensm. Unters. Forsch. [A] 2005:300-304.

**Curriculum Vitae**

**Of**

**Robert C. James, Ph.D.**

Robert C. James, Ph.D.
President
TERRA, Inc.
1234 Timberlane Road
Tallahassee, Florida 32312
(850) 309-1330: Phone
(850) 309-1336: Fax

Robert C. James, Ph.D.
Associate Scientist
Center for Environmental and Human
Toxicology
Post Office Box 110885
Building 471, Mallory Road
University of Florida
Gainesville, Florida 32611–0885
(352) 392-4700 Ext. 5500

Date and Place of Birth: December 28, 1947, Vernal, Utah

**EDUCATION:**
Post Doctoral Fellow, Department of Clinical Pharmacology, 1977-79.
Vanderbilt University, Nashville, Tennessee.

Ph.D., Pharmacology, 1977. University of Utah, Salt Lake City, Utah.

B.S., Chemistry, 1972. University of Utah, Salt Lake City, Utah.

**SOCIETY MEMBERSHIPS:**
Society of Toxicology
Society of Environmental Toxicology and Chemistry
Society for Risk Analysis
American Association for the Advancement of Science
New York Academy of Sciences
American Chemical Society
International Society of Regulatory Toxicology and Pharmacology

**SUMMARY OF EXPERIENCE:**
1991-Present
Member of Advisory Board. Environmental Protection. C. Mouche, editor.

1989 - Present
Associate Scientist, Interdisciplinary Toxicology, Center For Environmental and Human Toxicology, University of Florida, Gainesville, Florida.

1988 - Present
President/Toxicologist, TERRA, Inc., Tallahassee, Florida.

1988 - 1989
Associate Professor, Division of Interdisciplinary Toxicology and Department of Pharmacology and Interdisciplinary Toxicology, University of Arkansas for Medical Sciences, Little Rock, Arkansas.

1982 - 1988
Assistant Professor, Division of Interdisciplinary Toxicology and Department of Pharmacology and Interdisciplinary Toxicology, University of Arkansas for Medical Sciences, Little Rock, Arkansas.

1987- 1989
Adjunct Assistant Professor, Department of Preventive Medicine
Medical College of Wisconsin.

1985 - 1991
Adjunct Faculty, Center for Biomedical & Toxicological Research,
Florida State University.

1981 - 1982
Director of Toxicology, Ecology and Environment Inc., Buffalo, New York.

1979 - 1981
Research Instructor, Division of Clinical Pharmacology, Department of Pharmacology, Vanderbilt University School of Medicine, Nashville, Tennessee.

1977 - 1979
Research Associate, Division of Clinical Pharmacology, Department of Pharmacology, Vanderbilt University School of Medicine, Nashville, Tennessee.

1972 - 1977
USPHS Trainee, University of Utah, Department of Pharmacology, College of Medicine, Salt Lake City, Utah.

**UNIVERSITY COMMITTEE SERVICE:**

Division of Interdisciplinary Toxicology Admissions Committee
Council for Academic Affairs
Biohazards Committee
Animal Care and Use Committee

**TEACHING EXPERIENCE:**

Pharmacology
University of Utah
University of Arkansas for Medical Sciences

General Principles of Pharmacology and
Toxicology
University of Arkansas for Medical Sciences

Common Medicines
University of Utah

General Principles of Toxicology
University of Arkansas for Medical Sciences
University of Florida

Drug Metabolism
Vanderbilt University School of Medicine

Advanced Toxicology
University of Arkansas for Medical Sciences
University of Florida

Government Regulations & Toxicology
University of Arkansas for Medical Sciences

Risk Assessment: Basic Principles
University of Florida

**CONTINUING EDUCATION:**

National Hazardous Materials Training Course
Vanderbilt University

Current Topics in Hazardous
Waste Management
Georgia Institute of Technology

Industrial Toxicology
Vanderbilt University
Georgia Institute of Technology

Toxicology/Risk Assessment
Occupational Safety & Health
Administration (OSHA)
U.S. Environmental Protection Agency
Florida State University
Medical College of Wisconsin
Center for Professional Advancement

Hazardous Waste Management
Vanderbilt University

University of Florida (TREEO - Center for
Training, Research, and Education for
Environmental Occupations)

## GRADUATE STUDENT TRAINING:

Major or Contributing Research Advisor

| | |
|---|---|
| Adeline C. Smith | Nick Skoulis |
| Mark Schiefer | Hank Simmons |
| Felix Adatsi | M. A. Smith |
| Ann Clevenger | John Seng |
| Brent Kerger | Lisa Barfield |

Doctoral Dissertation Committee Member

| | |
|---|---|
| Felix Adatsi (Co-advisor) | David McMillan |
| Lisa Barfield | Glenn Millner |
| Hudson Bates | Alan Nye |
| Ann Clevenger (Co-advisor) | Neil Pumford |
| Helen Cunny | John Seng (Co-advisor) |
| Mike Heitkamp | Nick Skoulis (Co-advisor) |
| Brent Kerger (Dissertation Advisor) | Hank Simmons (Co-advisor) |
| Dan Kelly | Mary Alice Smith |
| Bob Kwarta | Chris Teaf |
| Greg Long | Philip Williams (Georgia Institute of Technology) |

Masters Thesis Committee Member
Mark Schiefer (Thesis Advisor)

## PUBLICATIONS:

1.  James, R.C. and M.R. Franklin.  Comparisons of the formation of cytochrome P-450 complexes absorbing at 455 n.m. in rabbit and rat microsomes.  Biochem. Pharmacol. **24**:835-838,  1975.

2.  James, R.C. and M.R. Franklin.  The triphasic amphetamine lethal dose curve in mice and its possible relationship to drug metabolism.  Toxicol. Appl. Pharmacol. **44**:63-73,  1978.

3.  James, R.C. and M.R. Franklin.   Tissue concentrations and the mortality of d-amphetamine in mice:   Change associated with the use of diethaminoethyl 2,2. diphenylvalerate. HCI.  Toxicol. Appl. Pharmacol. **44**:75-80,  1978.

4.  Verbeeck, R., R.C. James, D.F. Taber, B. Sweetman and G.R. Wilkinson.   The determination of meperdine, normeperidine and deuterated analogs in blood and plasma by gas chromatography mass spectrometry selected ion monitoring.  Biomed. Mass Spectrom. **7**:58-60, 1980.

5.  Desmond, P.V., R.C. James, S. Schenker and R.A. Branch.   Preservation of glucuronidation in carbon tetrachloride-induced acute liver injury in the rat.  Biochem. Pharmacol. **30:**993-999, 1981.

6.  James, R.C., J.P. Villenevue, A.H. Kupfer and R.A. Branck.   Induction of drug-metabolizing enzymes by the enantionmers of normephenytoin in the rat.  Drug Metab. Dispos. **9**:297-302, 1981.

7.  James, R.C., P.V. Desmond, A. Kupfer, S. Schenker and R.A. Branch.   The differential localization of various drug metabolizing systems within the rat liver lobule as determined by the hepatotoxins allyl alcohol, carbon tetrachloride and bromobenzene.  J. Pharmacol. Exp. Ther. **217**:127-132, 1981.

8.  James, R.C. and R.D. Harbison.   Hepatic glutathione and hepatotoxicity:   Effects of cytochrome P-450 complexing compounds SKF525-A, L-alpha acetamethadol (LAAM), norLAAM, and piperonyl butoxide.  Biochem. Pharmacol. **31**:1829-1835, 1982.

9.  James, R.C., D.R. Goodman and R.D. Harbison.   Hepatic glutathione and hepatotoxicity: Changes induced by selected narcotics.  J. Pharmacol. Exp. Ther. **221**:708-714, 1982.

10. Goodman, D.R., R.C. James and R.D. Harbison.   Placental Toxicology.  Food. Chem. Toxicol. **20**:123-128, 1982.

**PUBLICATIONS (continued):**

11.   Kupfer, A., R.C. James, K. Carr and R. Branch.   Analysis of hydroxylated and demethylated metabolites of mephenytoin in man and laboratory animals using gas-liquid chromatography and high-performance liquid chromatography.   J. Chromatogr. **232**:93-100, 1982.

12.   James, R.C., S.M. Roberts and R.D. Harbison.  The perturbation of hepatic glutathione by α2 adrenergic agonists.  Fundam. Appl. Toxicol. **3**:303-308, 1983.

13.   Smith, A., L.M. Berman, R.C. James and R.D. Harbison.   Characterization of hyperthyroidism enhancement of halothane-induced hepatotoxicity.  Biochem. Pharmacol. **32**:3531-3539, 1983.

14.   James, R.C., R.W. Freeman and R.D. Harbison.   L-α-acetylmethadol- induced tissue alterations in mice.  Drug Chem. Toxicol. **7**:91-112, 1984.

15.   Smith, A.C., R.C. James, L.M. Berman and R.D. Harbison.   Paradoxical effects of perturbation of intracellular levels of glutathione on halothane-induced hepatotoxicity in hyperthryoid rats.  Fundam. Appl. Toxicol. **4**:221-230, 1984.

16.   Goodman, D.R., R.C. James and R.D. Harbison.  Chemical-induced heritable cell changes: Description of mutagenicity assays and applications of test results.  In:  Reproductive Toxicology.  R.L. Dixon (Ed.), Raven Press, New York, NY. pp. 267-285, 1985.

17.   James, R.C.  General Principles of Toxicology.  In:  Industrial Toxicology:  Safety and Health Applications in the Workplace.  P. Williams and J. Burson (Eds.), Van Nostrand Reinhold Company, New York, NY. pp. 7-26, 1985.

18.   James, R.C.  Hematotoxicity:  Toxic Effects in the Blood.   In:  Industrial Toxicology:  Safety and Health Applications in the Workplace.  P. Williams and J. Burson (Eds.), Van Nostrand Reinhold Company, New York, NY. pp. 59-77, 1985.

19.   James, R.C.  Hepatotoxicity:  Toxic Effects in the Liver.   In:  Industrial Toxicology:  Safety and Health Applications in the Workplace.  P. Williams and J. Burson (Eds.), Van Nostrand Reinhold Company, New York, NY. pp. 78-105, 1985.

20.   James, R.C.  Neurotoxicity:  Toxic Effects in the Nervous System.  In:  Industrial Toxicology:  Safety and Health Applications in the Workplace.  P. Williams and J. Burson (Eds.), Van Nostrand Reinhold Company, New York, NY. pp.123-137, 1985.

21.   James, R.C.  Effects of Organic Solvents.  In:  Industrial Toxicology:  Safety and Health Applications in the Workplace.  P. Williams and J. Burson (Eds.), Van Nostrand Reinhold Company, New York, NY. pp. 230-259, 1985.

**PUBLICATIONS (continued):**

22.   James, R.C.  Risk Assessment.   In:   <u>Industrial Toxicology:  Safety and Health Applications in the Workplace</u>.  P. Williams and J. Burson (Eds.), Van Nostrand Reinhold Company, New York, NY. pp. 369-398,  1985.

23.   James, R.C. and C.M. Teaf.  Carcinogenesis.  In:  <u>Industrial Toxicology:  Safety and Health Applications in the Workplace</u>.  P. Williams and J. Burson (Eds.), Van Nostrand Reinhold Company, New York, NY. pp. 301-342,  1985.

24.   Robert, S.M., V.R. Grund, R.C. James and R.D. Harbison.  Histamine and hepatic glutathione in the mouse. Life Sci. **40**:2103-2110,  1987.

25.   James, R.C., M.A. Schiefer, S.M. Roberts and R.D. Harbison.  Antagonism of cocaine-induced hepatotoxicity by the a-adrenergic antagonists phentolamine and yohimbine.  J. Pharmacol. Exp. Ther. **242**:726-732,  1987.

26.   Roberts, S.M., N.P. Skoulis and R.C. James.  A centrally mediated effect of morphine to diminish hepatocellular glutathione. Biochem. Pharmacol. **36**:3001-3005,  1987.

27.   Roberts, S.M., R.C. James, H.F. Simmons and R.D. Harbison.  Alcohol and cocaine-induced liver injury. Alcohol Health Res. World. **11**:20-25,  1987.

28.   Gandy, J., C.M. Teaf, F.A. Adatsi, R.C. James and R.D. Harbison. The dependence of male reproductive toxicity on germ cell stage. In: <u>Functional Teratogenesis: Functional Effects on the Offspring after Parental Drug Exposure</u>. T. Fujii and P.M. Adams (Eds.), Teikyo University Press, Tokyo, Japan. pp. 133-143,  1987.

29.   Smith, A.C., S.M. Roberts, L.M. Berman, R.D. Harbison and R.C. James.  Effects of piperonyl butoxide on halothane hepatotoxicity and metabolism in the hyperthyroid rat. Toxicology **50**: 95-105,  1988.

30.   James, R.C., W.D. Wessinger, S.M. Roberts, G.C. Millner and M.G. Paule. Centrally mediated opioid induced depletion of hepatic glutathione: Effects of intracerebroventricular administration of *mu, kappa, sigma* and *delta* agonists.  Toxicology **51**:267-279,  1988.

31.   Smith, A.C., S.M. Roberts, R.C. James, L.M. Berman and R.D. Harbison. Comparison of covalent binding from halothane metabolism in hepatic microsomes from phenobarbital-induced and hyperthyroid rats.  Xenobiotica **18**: 991-1001,  1988.

**PUBLICATIONS (continued):**

32.  Kerger, B.D., R.C. James and S.M. Roberts. An assay for phentolamine using high performance liquid chromatography with electrochemical detection.  Anal. Biochem. **170**:145-151,  1988.

33.  Kerger, B.D., J. Gandy, T.J. Bucci, S.M. Roberts, R.D. Harbison and R.C. James. Antagonism of bromobenzene-induced hepatotoxicity by the α-adrenergic blocking agents, phentolamine and idazoxan.  Toxicol. Appl. Pharmacol. **95**: 12-23,  1988.

34.  Kerger, B.D., S.M. Roberts, J.A. Hinson, J. Gandy, R.D. Harbison and R.C. James. Antagonism of bromobenzene-induced hepatotoxicity by phentolamine:  Evidence for a metabolism independent intervention.  Toxicol.  Appl.  Pharmacol. **95**: 24-31,  1988.

35.  Kerger, B.D., S.M. Robert and R.C. James.  Comparison of human and mouse liver microsomal metabolism of bromobenzene and chlorobenzene to 2- and 4-halophenols. Drug Metab. Dispos. **16**:672-677,  1988.

36.  Kerger,  B.D., S.M. Roberts, R.D. Harbison and R.C. James. Antagonism of bromobenzene-induced hepatotoxicity by the a-adrenoreceptor blocking agents, phentolamine and idazoxan: Role of hypothermia.  Toxicol. Appl. Pharmacol. **97**:360-369, 1989.

37.  Skoulis, N.P., R.C. James, R.D. Harbison and S.M. Roberts. Depression of hepatic glutathione by opioid analgesic drugs in mice.  Toxicol. Appl. Pharmacol. **99**:139-147, 1989.

38.  Skoulis, N.P., R.C. James, R.D. Harbison and S.M. Roberts. Perturbation of glutathione by a central action of morphine.  Toxicology **57**:287-302,  1989.

39.  Clevenger, M.A., S.M. Roberts, D.L. Lattin, R.D. Harbison and R.C. James. The pharmacokinetics of 2,2',5,5'-tetrachlorobiphenyl and 3,3',4,4'-tetrachlorobiphenyl and its relationship to toxicity.  Toxicol. Appl. Pharmacol. **100**:315-327,  1989.

40.  Roberts, S.M., J.G. Pounds and R.C. James. Cocaine toxicity in cultured rat hepatocytes. Toxicol. Lett. **50**: 283-288,  1990.

41.  Simmons, H.F., R.C. James, R.D. Harbison and S.M. Roberts. Depression of glutathione by cold-restraint in mice.  Toxicology **61**:59-71,  1990.

42.  Simmons, H.F., R.C. James, R.D. Harbison, D.G. Patel and S.M. Roberts. Examination of the role of catechotamines in hepatic glutathione suppression by cold-restraint in mice. Toxicology **67**:29–40,  1991.

**PUBLICATIONS (continued):**

43.   Harbison, R.D., R.C. James and S.M. Roberts. Hepatic glutathione suppression by α-adrenoreceptor agonist compounds.  Toxicology **69**:279-290, 1991.

44.   Roberts, S.M., R.D. Harbison, J.E. Seng and R.C. James. Potentiation of carbon tetrachloride hepatotoxicity by phenylpropanolamine.   Toxicol. Appl. Pharmacol. **111**:175-188, 1991.

45.   Roberts, S.M., R.D. Harbison and R.C. James. Human microsomal *N*-oxidative metabolism of cocaine.  Drug Metab. Dispos. **19**:1046-1051, 1991.

46.   Roberts, S.M., J.W. Munson, R.C. James and R.D. Harbison. An assay for cocaethylene and other cocaine metabolites in liver using high-performance liquid chromatography. Anal. Biochem. **202**:256-261, 1992.

47.   Roth, L., R.D. Harbison, R.C. James, T. Tobin and S.M. Roberts. Cocaine hepatotoxicity: Influence of hepatic enzyme inducing and inhibiting agents on the site of necrosis. Hepatology **15**:934-940, 1992.

48.   Roberts, S.M., R.C. James and R.D. Harbison. Cocaine-induced hepatotoxicity.  In: Cocaine: Pharmacology, Physiology and Clinical Strategies.   J.M. Lakosky, M.P. Galloway and F.P. White (Eds.), Telford Press, Boca Raton, FL. pp. 15-33, 1992.

49.   Roberts, S.M., L. Roth, R.D. Harbison and R.C. James. Cocaethylene hepatotoxicity in mice.  Biochem. Pharmacol. **43**:1989-1995, 1992.

50.   Milner, G.C., R.C. James and A.C. Nye.  Human health-based soil cleanup guidelines for diesel fuel No. 2.  J. Soil Contam. **1**:103-158, 1992.

51.   Borgert, C.J., S.M. Roberts, R.C. James and R.D. Harbison. Perspectives on assessment of risks from dermal exposure to polycyclic aromatic hydrocarbons. In: Health Risk Assessment: Dermal and Inhalation Exposure and Absorption of Toxicants. R.G. Wang, J.B. Kanak and H.I. Maibach (Eds.), CRC Press, Boca Raton, FL. pp. 455-470, 1993.

52.   James, R.C., H. Busch, C.H. Tamburro, R.D. Harbison, J.D. Schell and S.M. Roberts. Polychlorinated biphenyl exposure and human disease.   J. Occup. Med. **35**:136–148, 1993.

53.   James, R.C., R.D. Harbison and S.M. Roberts.  Phenylpropanolamine potentiation of acetaminophen-induced hepatotoxicity: Evidence for a glutathione-dependent mechanism. Toxciol. Appl. Pharmacol. **118**:159–168, 1993.

**PUBLICATIONS (continued):**

54.   James, R.C., S.M. Roberts and P.L. Williams.  Evaluation of the adequacy of the Threshold Limit Value for cyclonite.  Appl. Occup. Environ. Hyg. **9**:485–492, 1994.

55.   Roberts, S.M., R.D. Harbison and R.C. James.  Methamphetamine potentiation of carbon tetrachloride hepatotoxicity in mice.  J. Pharmacol. Exp. Ther. **271**:1051–1057, 1994.

56.   Roberts, S.M., R.D. Harbison, L. Roth and R.C. James.  Methylphenidate–induced hepatotoxicity in mice and its potentiation by α-adrenergic agonist drugs.  Life Sci. **55**:269-281, 1994.

57.   Williams, C.A., H.D. Jones, R.W. Freeman, M.J. Wernke, P.L. Williams, S.M. Roberts and R.C. James. The EPC approach to estimating safety from exposure to environmental chemicals.  Regul. Pharmacol. Toxicol. **20**:259–280, 1994.

58.   Roberts, S.M., R.D. Harbison, R.A. Westhouse and R.C. James. Exacerbation of carbon tetrachloride induced liver injury in the rat by methamphetamine.  Toxicol. Lett. **76**:77–83, 1995.

59.   Roberts, S.M., R.D. Harbison and R.C. James.  Mechanistic studies on the potentiation of carbon tetrachloride hepatotoxicity by methamphetamine.  Toxicology **97**:49–57, 1995.

60.   Williams, C.A., R.C. James and R.W. Freeman. Using the EPC approach to develop health based soil and water concentrations for environmental chemicals. Regul. Toxicol. Pharmacol. **22**:64–75, 1995.

61.   Borgert, C.J., S.M. Roberts, R.D. Harbison and R.C. James.  Influence of soil half–life on risk assessment of carcinogens. Regul. Toxicol. Pharmacol. **22**:143–151, 1995.

62.   Roberts, S.M., R. DeMott and R.C. James.  Adrenergic modulation of hepatotoxicity. Drug Metab. Rev. **29**: 329-353, 1997.

63.   Calabrese, E.J., E.J. Stanek, R.C. James and S.M. Roberts.  Soil ingestion: A concern for acute toxicity in children.  Environ. Health Perspect. **105**:1354-1358, 1997.

64.   James, R.C., S.M. Roberts and P.L. Williams.  General principles of toxicology.  In: Principles of Toxicology: Environmental and Industrial Applications, Second Edition. P.L. Williams, R.C. James and S.M. Roberts (Eds.), John Wiley & Sons, Inc., New York, NY. pp. 3-34, 2000.

65.   Roberts, S.M., R.C. James and M.R. Franklin.  Hepatotoxicity: Toxic effects on the liver. In: Principles of Toxicology: Environmental and Industrial Applications, Second Edition. P.L. Williams, R.C. James and S.M. Roberts (Eds.), John Wiley & Sons, Inc., New York, NY. pp. 111-128, 2000.

**PUBLICATIONS (continued):**

66.　　James, R.C. and C.J. Saranko.  Chemical Carcinogenesis.  In: <u>Principles of Toxicology: Environmental and Industrial Applications, Second Edition</u>.  P.L. Williams, R.C. James and S.M. Roberts (Eds.), John Wiley & Sons, Inc., New York, NY. pp. 265-324,  2000.

67.　　James, R.C., D.A. Warren, N.C. Halmes and S.M. Roberts.  Risk Assessment.  In: <u>Principles of Toxicology:  Environmental and Industrial Applications, Second Edition</u>.  P.L. Williams, R.C. James and S.M. Roberts (Eds.), John Wiley & Sons, Inc., New York, NY. pp. 437-477,  2000.

68.　　Roberts, S.M, K.E. Jordan, D.A. Warren, J.K. Britt and R.C. James. Evaluation of the carcinogenicity of 1,1-Dichloroethylene (Vinylidene Chloride). Regul. Toxicol. Pharmacol. **35**:44-55, 2002.

69.　　Warren, D.A., B.D. Kerger, J.K. Britt and R.C. James. Development of an oral cancer slope factor for Aroclor 1268. Regul. Toxicol. Pharmacol. **40**:42-53,  2004.

70.　　Guzelian, P.S., M. Victoroff, N.C. Halmes, R.C. James and C.P. Guzelian. Evidence-based toxicology: A comprehensive framework for causation. Hum. Exp. Toxicol. **24**:161-201, 2005.

71.　　Garabrant, G. and R.C. James. Trichloroethylene and cancer in humans: Recognizing the need for an evidence based analysis. Toxicology **212**:80-84,  2005.

72.　　Britt, J.K. and R.C. James. Toxicology. In: <u>Kirk-Othmer Encyclopedia of Chemical Technology</u>. John Wiley & Sons, Inc., Hoboken, NJ. pp. 201-252,  2007.

73.　　Simon, T., J.K. Britt and R.C. James. Development of a neurotoxic equivalence scheme of relative potency for assessing the risk of PCB mixtures. Regul. Toxicol. Pharmacol. **48**:148-170,  2007.

74.　　James, H.R., L. Barfield, J.K. Britt and R.C. James. Worker exposure to secondhand smoke; Evaluating a prediction model. Prof. Saf. Sep:34-44, 2008.

**SYMPOSIUM PRESENTATIONS/PAPERS:**

1.  Clarke, J.H., F.G. Ziegler, R.D. Harbison and R.C. James.  A model for assessment of environmental impact of hazardous materials spills and leaching.  In: Proceedings of 1980 National Conference on Control of Hazardous Material Spills.  pp. 293-295,  1980.

2.  James, R.C. and R.D. Harbison.  Assessment of the human risks to PCBs associated with the expected environmental exposure.  In: Proceedings of Advances in Exposure, Health and Environmental Effects Studies of PCBs. U.S.E.P.A., Washington, D.C.  1982.

3.  Freeman, R.W. and R.C. James.  A revised potency slope factor for PCB mixtures. Technical papers of the First Annual Environmental Management and Technology Conference South, Advanstar Expositions, Glen Ellyn, IL. pp. 315–330,  1994.

4.  James, R.C. Making better use of human data. Presented at State of Practice of Risk Assessment in Human Health and Environmental Decision Making.  Florida Center for Environmental Studies, December, 1995.

5.  James, R.C. Using human data to estimate cancer risk.  Presented at New techniques in Risk Assessment: State-of-the-Art Methods and Future Directions. International Business Communications, February, 1996.

6.  James, R.C. Risk assessment in the legal and regulatory communities: Protection -vs-prediction.  Presented at New techniques in Risk Assessment:  Novel Physiological-Based Models for Value-Added Environmental Decision Making.   International Business Communications, October 30-31, 1996.

7.  James, R.C. The current scientific understanding of technical and regulatory issues regarding PCBs.  Presented at the Annual GenCorp Environmental Health and Safety Training Seminar, Lawrence, MA., May  1998

8.  James, R.C.  Development of the Prototype RIS Supporting Proposed Rule Revision of 62-302, Surface Water Quality Criteria.   Presented at Florida Department of Environmental Protection – Risk Impact Statement (RIS) Conference, May,  1998

## ABSTRACTS

1.  James, R.C. and M.R. Franklin.  Formation of cytochrome P-450 complexes absorbing at 455 n.m. in rat and rabbit microsomes.  Pharmacologist **16**:322,  1974.

2.  James, R.C. and M.R. Franklin.  Cytochrome P-450-455 n.m. complex formation in hepatic microsomes from mouse, rat, guinea pig, rabbit and dog.  Pharmacologist **17**:185, 1975.

3.  James, R.C. and M.R. Franklin.  Hepatic influences on the triphasic lethal dose curve of amphetamine.  Pharmacologist **18**:170,  1976.

4.  James, R.C., J.P. Villenevue, A.H. Kupfer and R.A. Branch.  The induction of hepatic metabolism of d- and l-nirvanol in the rat.  Clin. Res. **27**:234A,  1979.

5.  Desmond, P.V., R.C. James, S. Schenker and R.A. Branch.  Preservation of glucuronidation in the rat model of cirrhosis.  Gastroenterology. **76**:1278,  1979.

6.  James, R.C., P.V. Desmond, A.H. Kupfer, S. Schenker and R.A. Branch.  Regional distribution of drug metabolism assessed by specific hepatotoxins.  Gastroenterology. **77**:A18,  1979.

7.  Smith, A., R.C. James, M.L. Berman and R.D. Harbison.  Studies of the possible mechanisms of triiodothyronine enhancement of halothane induced hepatic necrosis. Society of Toxicology, Washington, D.C., March,  1980.

8.  James, R.C., B.R. Jernigan and R.D. Harbison.  Depletion of mouse hepatic glutathione by the MI-complex forming compounds LAAM, norLAAM, SKF525-A and piperonyl butoxide. Fed. Proc. **39**:748,  1980.

9.  Smith, A., R.C. James, M.L. Berman and R.D. Harbison.  Relationship of glutathione to halothane-induced liver injury in the hyperthyroid rat.  Toxicol. Lett.(Special Issue **1**):173, 1980.

10.  James, R.C., R.W. Freeman and R.D. Harbison.  L-alpha-acethyl-methadol (LAAM)-induced hepatotoxicity.  Toxicol. Lett.(Special Issue **1**):174,  1980.

**ABSTRACTS (continued):**

11.     Branch, R.A., P.V. Demond, R.C. James and S. Schenker.  Periportal localization of glucuronidation in the rat.  Presented at the American Association for Study of Liver Disease, 1980.

12.     James, R.C., D.R. Goodman, S. Harper and R.D. Harbison.  Depletion of mouse hepatic glutathione by the narcotic compounds propoxyphene and morphine.  Toxicologist **1(1)**:330, 1981.

13.     James, R.C., S.M. Roberts and R.D. Harbison. Depletion of mouse hepatic glutathione by selected endogenous compounds.  Toxicologist **2(1):**183, 1982.

14.     Roberts, S.M., V.R. Grund, R.C. James and R.D. Harbison.  Examination of the potential role of histamine in morphine-induced hepatic glutathione depletion.  Pharmacologist **24(3)**:191, 1982.

15.     Schiefer, M., R.D. Harbison, J.G. Pounds and R.C. James.  The protective effects of alpha-2 adrenergic blockers on the hepatotoxicity of cocaine.  Toxicologist **4(1)**:317, 1984.

16.     Adatsi, F.K., R.C. James and R.D. Harbison.  Possible involvement of a carnitine acetyltransferase system in trimethyl phosphate-induced sterility.  Fed. Proc. **43(3)**:656, 1984.

17.     Adatsi, F., R.C. James and R.D. Harbison.  The potential role of the carnitine acetyltransferase system in cadmium-induced sterility of male Fischer 344 rats.  Toxicologist **5(1)**:140, 1985.

18.     Roberts, S.M., N.P. Skoulis and R.C. James.  A central effect of morphine to diminish hepatocellular glutathione.  Fed. Proc. **44**:501, 1985.

19.     Adatsi, F.K., R.C. James and R.D. Harbison.  Possible mechanism and locus of ethylene dibromide (EDB)-induced sterility in male Fischer 344 rats.  Toxicologist **6(1)**:31, 1986.

20.     Kerger, B.D., R.D. Harbison, T.J. Bucci, R.C. James and J. Gandy.  Antagonism of bromobenzene-induced hepatotoxicity by the adrenergic blocking agent, phentolamine.  Pharmacologist **28(3)**:180, 1986.

21.     Gandy, J., C.M. Teaf, F.A. Adatsi, R.C. James and R.D. Harbison.  The dependence of male reproductive toxicity on germ cell stage.  In: Proceedings of Functional Teratogenesis - The Functional Effects on the Offspring After Parental Drug Exposure, Satellite Symposium of the Fourth International Congress of Toxicology, Tokyo, Japan, 1986.

**ABSTRACTS (continued):**

22.   James, R.C. and A.C. Nye. Risk Assessment: Confounding factors that are inherent to present methodologies. International Congress on Hazardous Material Management, Chattanooga, TN, 1987.

23.   Skoulis, N.P., S.M. Roberts, R.C. James, W.D. Wessinger, M.G. Paule and R.D. Harbison. Central opioid receptor stimulation results in diminished concentrations of hepatic glutathione. Presented at the ISSX/SOT North American Symposium on Endogenous Factors in the Toxicity of Xenobiotics, Clearwater, Florida, 1987

24.   Clevenger, M.A., R.D. Harbison and R.C. James. Comparison of the pharmacokinetics of two toxicologically diverse polychlorinated biphenyl isomers in mice. Toxicologist **7(1)**:1088, 1987.

25.   Kerger, B.D., J.A. Hinson, R.D. Harbison, S.M. Roberts, J. Gandy and R.C. James. Antagonism of bromobenzene-induced hepatotoxicity: Evidence for a pharmacological intervention by phentolamine. Pharmacologist **29**:148, 1987.

26.   Paule, M.G., W.D. Wessinger, S.M. Roberts, G.C. Millner and R.C. James. The role of various CNS opioid receptor subtypes in the opiate-induced depletion of hepatic glutathione. Presented at the X International Congress of Pharmacology, 1987.

27.   Skoulis, N.P., R.C. James, R.D. Harbison and S.M. Roberts. Depression of hepatic glutathione by opioid analgesic drugs in mice. Toxicologist **8(1)**:234, 1988.

28.   Simmons, H.F., R.C. James, R.D. Harbison and S.M. Roberts. Diminished glutathione in mice subjected to cold-restraint stress. Toxicologist **9(1)**:169, 1989.

29.   Skoulis, N.P., R.C. James, R.D. Harbison and S.M. Roberts. Morphine-induced depression of hepatic glutathione: Relationship to hypoxia, hypothermia, tolerance, and glutathione status in other tissues. Toxicologist **9(1)**:169 , 1989.

30.   Smith, M.A., J. Gandy, S.M. Roberts, R.C. James and R.D. Harbison. Phentolamine anatgonism of iodobenzene hepatotoxicity in B6C3F1 mice. Toxicologist **9(1)**:60, 1989.

31.   Seng, J.F., R.C. James, R.D. Harbison and S.M. Roberts. Glutathione depletion and potentiation of carbon tetrachloride hepatotoxicity by sympathomimetic amines. Toxicologist **9(1)**:170, 1989.

32.   Roberts, S.M., R.C. James and R.D. Harbison. Potentiation of acetaminophen hepatotoxicity by phenylpropanolamine. Toxicologist **10(1)**:200, 1990.

## ABSTRACTS (continued):

33.  James, R.C., R.D. Harbison and S.M. Roberts.  Hepatic glutathione suppression by the selective α-adrenergic receptor agonists clonidine and phenylephrine.  Toxicologist **11(1)**:53, 1991.

34.  Roberts, S.M., L. Roth, R.C. James and R.D. Harbison.  Altering liver metabolism shifts the intralobular site of cocaine-induced injury. Toxicologist **11(1)**:171, 1991.

35.  James, R.C., R.D. Harbison, L. Roth and S.M. Roberts.  Hepatotoxicity of methylphenidate:  Potentiation by beta-adrenoreceptor stimulating compounds. Toxicologist **12(1)**:65, 1992.

36.  Roth, L., R.D. Harbison, R.C. James, T. Tobin and S.M. Roberts.  Localization of cocaine and metabolites in liver sections: Effect of enzyme inducer pretreatment.  Toxicologist **12(1)**:66, 1992.

37.  Roberts, S.M., L. Roth, R.C. James and R.D. Harbison.  Cocaethylene: Comparison of liver toxicity with its parent compound, cocaine.  Toxicologist **12(1)**:66, 1992.

38.  Roberts, S.M., C.J. Borgert, R.D. Harbison and R.C. James.  Influence of soil half-life on risk assessment of carcinogens.  Presented at the Symposia held by the Society of Environmental Toxicology and Chemistry.  March 7, 1992.

39.  James, R.C.   Risk Assessment Techniques. Environmental Resources Conference. University of Florida Center for Training, Research, and Education for Environmental Occupations,  May 20, 1992.

40.  James, R.C., R.D. Harbison and S.M. Roberts.  Methamphetamine potentiation of carbon tetrachloride hepatotoxicity.  Toxicologist **13(1)**:340, 1993.

41.  Roberts, S.M., R.D. Harbison and R.C. James.  Ethanol inhibition of cocaine esteratic metabolism. Toxicologist **13(1)**:386, 1993.

42.  James, R.C., R.D. Harbison and S.M. Roberts.  Methamphetamine potentiation of carbon tetrachloride hepatotoxicity: Evaluation of possible mechanisms.  Toxicologist **14(1)**:274, 1994.

43.  Cook, M.L., R.A. Westhouse, R.C. James, R.D. Harbison and S.M. Roberts. Methamphetamine potentiation of carbon tetrachloride hepatotoxicity: Examination of suppression of early cell replication as a possible mechanism.  Toxicologist **14(1)**:374, 1994.

**ABSTRACTS (continued):**

44.    Westhouse, R.A., R.C. James, R.D. Harbison and S.M. Roberts.  Adrenergic effects on the proliferation rate of tumor cells in chemically induced mouse hepatocellular adenomas. Toxicologist **14(1)**:128,  1994.

45.    DeMott, R.P., R.C. James, S.M. Roberts and R.D. Harbison.    Antagonism of bromobenzene-induced hepatotoxicity following delayed administration of phentolamine. Toxicologist **14(1)**:192,  1994.

46.    Borgert, C.J., S.M. Roberts, R.D. Harbison and R.C. James.  Effect of soil half-life on risk assessment of carcinogens.  Toxicologist **14(1)**:154, 1994.

47.    Voellmy, R.M., W.F. Salminen, C.J. Borgert, R.A. Westhouse, R.C. James, R.D. Harbison and S.M. Roberts.  Measurement of changes in liver levels of stress proteins following administration of selected hepatotoxicants in the mouse.  Toxicologist **14(1)**:133, 1994.

48.    Williams, C.A., H.D. Jones, J.L. Steinert, M.J. Wernke and R.C. James.  The EPC approach to developing safe exposures to environmental chemicals.  Presented at the Society of Risk Analysis Annual Meeting Held in Savannah, GA.  1994.

49.    Williams, C.A., R.W. Freeman and R.C. James.  Availability and use of human data in the development of USEPA reference doses and reference concentrations.   Toxicologist **15(1)**:33,  1995.

50.    James, R.C., J.D. Schell, S.M. Roberts, B. Price and R.W. Freeman.  Using human data to develop better cancer slope factors:  PCBs as an example.  Toxicologist **15(1):**88,  1995.

51.    Freeman, R.W., R.C. James and W.J. Waddell.  Comparative risk assessment:  Virtually safe dose vs. therapeutic dose for some common drugs.  Toxicologist **15(1)**:33,  1995.

52.    Roberts, S.M., R.C. James and R.D. Harbison.    Morphine potentiation of carbon tetrachloride hepatotoxicity in mice.  Toxicologist **15(1):**220,  1995.

53.    Salminen, Jr., W.F., R.M. Voellmy, R.C. James, R.D. Harbison and S.M. Roberts.  HSP70 induction in HEPG2 cells in response to hepatotoxicants.  Toxicologist **15(1)**:49,  1995.

54.    DeMott, R.P., R.C. James, R.A. Westhouse, S.M. Roberts and R.D. Harbison. Nephrotoxicity of 2-Bromohydroquinone can be reduced by the adrenergic antagonist phentolamine. Toxicologist **15(1)**:300,  1995.

**ABSTRACTS (continued):**

55.    Schell, J.D., C.J. Borgert, R.C. James, R.W. Freeman and C.A. Williams.    The contribution of soil half-life to risk assessment conservatism. Toxicologist **15(1):**170, 1995.

56.    Halmes, N.C., L.E. Tonner-Navarro, K. Portier, R.C. James and S.M. Roberts.   An analysis of the risk impact associated with changes in surface water standards in Florida. Toxicologist **42(1-S)**:60, 1998.

57.    Toner-Navarro, L.E., N.C. Halmes, R.L. Sielken, R.C. James and S.M. Roberts. Estimating cancer risks from dermal exposure to benzo(a)pyrene. Toxicologist **42(1-S)**:225, 1998.

58.    Saranko, C.J., R.L. Sielken, P.S. Guzelian, R.C. James and S.M. Roberts.  Development of inhalation and oral benchmark doses for trichloroethylene based on carcinogenicity in mice.  Toxicologist **48(1-S)**:83, 1999.

59.    Kerger, B.D. and R.C. James.  Do the epidermal tissues of humans provide a substantial sink and excretion pathway for more persistent polychlorinated biphenyls and dioxins? Toxicologist **90(1)**:20, 2006.

60.    Britt, J.K., N.C. Halmes and R.C. James. Painting and acute leukemia: An evidence–based causation analysis. Toxicologist **90(1)**:176, 2006.

61.    Freeman, R.W., J.K. Britt, C. Halmes, J.A. Kind and R.C. James.  Predicting blood lead levels with IEUBK: Over–prediction at moderate soil lead levels? Toxicologist **90(1)**:449, 2006.



Available online at www.sciencedirect.com



Talanta 73 (2007) 561–566

Talanta

www.elsevier.com/locate/talanta

# A sensitive flow analysis system for the fluorimetric determination of low levels of formaldehyde in alcoholic beverages

Fabio Santos de Oliveira, Eliane Teixeira Sousa, Jailson B. de Andrade *

*Instituto de Química, Universidade Federal da Bahia, Campus Universitário de Ondina, 40170-290 Salvador, BA, Brazil*

Received 22 January 2007; received in revised form 16 April 2007; accepted 17 April 2007
Available online 4 May 2007

---

## Abstract

A sensitive FIA method was developed for the selective determination of formaldehyde in alcoholic beverages. This method is based on the reaction of Fluoral-P (4-amine-3-pentene-2-one) with formaldehyde, leading to the formation of 3,5-diacetyl-1,4-dihydrolutidine (DDL), which fluoresces at $\lambda_{ex} = 410$ nm and $\lambda_{em} = 510$ nm. The analytical parameters were optimized by the response surface method using the Box–Behnken design. The proposed flow injection system allowed for the determination of up to $3.33 \times 10^{-5}$ mol L$^{-1}$ of formaldehyde with R.S.D. < 2.5% and a detection limit of 3.1 ng mL$^{-1}$. The method was successfully applied to determine formaldehyde in alcoholic beverages, without requiring any sample pretreatment, and the results agreed with the reference at a 95% confidence level by paired $t$-test. In the optimized condition, the FIA system proved able to analyze up to 60 samples/h.
© 2007 Elsevier B.V. All rights reserved.

*Keywords:* Formaldehyde determination; Alcoholic beverages; Fluoral-P; Box–Behnken design

---

## 1. Introduction

In recent years, efforts have focused increasingly on quantifying carbonyl compound levels in alcoholic beverages [1–11]. The importance of such analyses is understandable in view of the known toxicity of several aldehydes, including formaldehyde, acetaldehyde, acrolein and benzaldehyde [12–14]. In this context, information regarding aldehyde profiles may be a valuable tool in assessing the authenticity and/or aging conditions of different alcoholic beverages [15] since aldehydes are extracted from wood into alcoholic beverages during the aging process, thereby contributing to their final flavor [5].

The formaldehyde level is important to evaluate the quality of alcoholic beverages, for it presents toxic activity at levels above $16.65 \times 10^{-5}$ mol L$^{-1}$ [16]. Formaldehyde can be formed during the alcoholic fermentation process, or it can occur due to aldehyde contamination when plastic bottles are employed.

The development of automatic methods for formaldehyde determination in spirits is important in view of the growing interest of Brazilian government agencies to establish chemical profiles and markers that differentiate Brazilian *cachaça* (sugar-cane brandy) from other types of beverages such as rum.

Several methods have been developed for aldehyde determination, including color reaction with chromotropic acid [17,18], pararosaniline-bisulfite (Schiff reagent) [19,20], malachite green-bisulfite [21,22], brilliant green-bisulfite [23], enzymatic methods [8–10], liquid chromatography by derivatization with 2,4-dinitrophenylhydrazine [24–28], reaction with 3-methyl-2-benzothiazolone hydrazone (MBTH) [29–33] and reaction with Fluoral-P [1,11,34–43].

The chromotropic acid method employs concentrated sulfuric acid (>85%), which increases the viscosity of reaction media, making its application in flow systems difficult. Spectrophotometric methods based on the reaction with pararosaniline, malachite green or brilliant green associated with HSO$_3^-$ are subject to interference from low levels of ethanol [21–23], making them unsuitable for determining formaldehyde in alcoholic beverages.

The standard method for determining carbonyl compounds in atmospheric air samples is HPLC, using 2,4-dinitrophenilhydrazine (2,4-DNPH) as the chromogenic reagent and spectrophotometric detection at 365 nm, which offers excellent sensitivity and selectivity [24–28]. Nonetheless, the development of automatic flow systems using 2,4-DNPH without the

---

* Corresponding author. Tel.: +55 7132375524; fax: +55 7132375524.
E-mail address: jailsong@ufba.br (J.B. de Andrade).

0039-9140/$ – see front matter © 2007 Elsevier B.V. All rights reserved.
doi:10.1016/j.talanta.2007.04.027

*F.S. de Oliveira et al. / Talanta 73 (2007) 561–566*

chromatographic separation step is considered unfeasible, since the reagent and reaction products have absorption maxima in the same wavelength range. The MBTH method has been employed for the determination of total aliphatic aldehydes in several samples [29–33]. On the other hand, the MBTH method is not selective for formaldehyde determination and several other aliphatic aldehydes can interfere in this determination.

The Fluoral-P method [34–43] is based on the reaction of this compound (4-amino-3-penten-2-one) with formaldehyde, producing 3,5-diacetyl-1,4-dihydrolutidine (DDL). When excited at 410 nm, DDL fluoresces at 510 nm. Although Fluoral-P presents reactions similar to those of other aliphatic aldehydes, the reaction product with formaldehyde is the only one that produces a high fluorescent emission. Thus, the Fluoral-P method is specific for formaldehyde [1,11,34–43], allowing for the determination of this analyte even in the presence of acetaldehyde concentrations 1000 times higher than formaldehyde [1].

In this work, a flow injection system was developed for the selective determination of formaldehyde in different alcoholic beverages. The proposed flow system was based on the reaction of formaldehyde with Fluoral-P with the selective production of a fluorescent compound ($\lambda_{ex} = 410$ nm and $\lambda_{em} = 510$ nm).

Because many parameters related to the flow system can affect the fluorescent response, a multivariate optimization approach was adopted. This optimization strategy presents several advantages such as: (a) valuable information is obtained with fewer experiments than when using traditional one-factor-at-a-time optimization; (b) a mathematical model that describes the dependency of the experimental response and evaluated parameters is obtained; (c) it provides information regarding the interactions between the factors under study; (d) even if optimal conditions are not located in the evaluated domain, the mathematical model can indicate the optimal direction and steepest ascent method that can be used.

## 2. Experimental

### 2.1. Reagents and solutions

All the solutions were prepared from analytical grade reagents using distilled and deionised water with a resistivity greater than 18 MΩ cm⁻¹.

The Fluoral-P solution was prepared by reacting 0.2 mL of acetylacetone with 15.4 g of ammonium acetate in the presence of 0.3 mL of acetic acid. The volume was adjusted to 100 mL with distilled water.

A 0.033 mol L⁻¹ formaldehyde stock solution was prepared by diluting 2.5 mL of 37% formaldehyde solution with distilled water and standardized by 2,4-DNPH/HPLC method [25].

Samples of alcoholic beverages were purchased in the local market and analyzed by the proposed flow system without any further pretreatment.

### 2.2. Apparatus

A Rheodyne, USA, model 5020 six-port rotary injection valve was employed for sampling aliquots in the flow path and



Fig. 1. Flow manifold for the fluorimetric determination of formaldehyde in alcoholic beverage samples. S = sample, SL = sampling loop, RC = reaction coil, DET = fluorimetric detector ($\lambda_{ex} = 410$ nm and $\lambda_{em} = 510$ nm), W = waste. Flow rate = 0.95 mL min⁻¹ and sample volume = 414 µL.

a Minipuls 3 (Gilson, France) peristaltic pump was utilized for fluid propulsion. Polyethylene and PTFE tubes (0.8 mm i.d.) were used in the flow systems as peristaltic and connection tubes, respectively. A Spectra-Physics FS-970D-A1 fluorimeter whose excitation wavelength was adjusted at 410 nm was used with a high-pass filter (which transmits at wavelengths above 440 nm, transmittance at 440 nm being 0.8) to collect maximum DDL fluorescent emission at 510 nm. Bathwise fluorescence determinations were carried out with a spectrofluorimeter (Jasco, model FP-777) equipped with a 1.0 cm quartz cell. An Intralab 4290 integrator was used to record transient signals produced by the FIA system.

Statistica 6.0 (Statsoft, USA) was employed for calculations related to multivariate response surface optimization.

### 2.3. Flow system

Fig. 1 shows a schematic diagram of the flow manifold. In the FIA manifold an aliquot of 414 µL of alcoholic beverage sample solution was inserted into the flow system and the Fluoral-P reagent was continuously added by confluence. The mixture was then directed to a reaction coil heated in a thermostatic bath at 80 °C in order to improve the sample/reagent mixture and reaction rate, then to the fluorimetric detector ($\lambda_{ex} = 410$ nm and $\lambda_{em} = 510$ nm) where the signal was acquired and recorded by an integrator.

## 3. Results and discussion

### 3.1. Effect of reaction coil temperature

Previous work showed that, in the batch condition, the highest and most stable fluorescent responses were obtained several hours after the addition of reagent at room temperature (25 °C) or after 20 min of sonication [1]. To reduce the long time interval required to complete the reaction of formaldehyde with Fluoral-P, a reaction coil was inserted into a thermostatic water bath to heat the Fluoral-P—sample segment and thus accelerate DDL formation.

The effect of heating time on fluorescent emission was evaluated and the heating temperature of 80 °C was selected, since higher temperatures did not significantly increase the analytical signals and led to the formation of air bubbles.

Because temperature affects the fluorescence emission of several compounds, the addition of a cooling coil before the fluorescence detector was evaluated. The use of the cooling coil led to a 6% increase in the analytical signal, and this cooling step was not employed in further experiments due to the low gain in sensitivity and the longer analysis time interval.

### 3.2. Optimization by response surface method

In this work, we employed the response surface method and Box–Behnken [44,45] design to optimize the sensitivity of the proposed flow system. The Box–Behnken [44,45] design can be considered a highly fractionalized three-level factorial design where the treatment combinations are the midpoints of edges of factor levels and the center point. These designs are rotatable (or nearly rotatable) and require three levels of each factor under study. Like other designs such as central composite [45] and Doehlert [46], Box–Behnken designs can fit full quadratic response surface models and offer advantages over other designs.

The advantages of the Box–Behnken design over other response surface designs are: (a) it needs fewer experiments than central composite design and similar ones used for Doehlert designs; (b) in contrast to central composite and Doehlert designs, it has only three levels; (c) it is easier to arrange and interpret than other designs; (d) it can be expanded, contracted or even translated; and (e) it avoids combined factor extremes since midpoints of edges of factors are always used.

To optimize the sensitivity of the proposed flow system, a multivariate optimization design was adopted to evaluate the influence of the flow rate (flow$_R$), reaction coil length ($l_{RC}$), and sampling loop length ($l_{SL}$) on the analytical signal. The univariate evaluation of these flow parameters can be difficult for, although the sampling loop and reaction coil length ratios are closely related to the mixture condition and sample zone dispersion, the flow rate determines the residence time of the sample zone in the heating bath, so interactions among these parameters can occur.

A Box–Behnken design was employed for multivariate optimization, and the levels of the evaluated variables are presented in Table 1. The response surface obtained by Box–Behnken design (Fig. 2) was described by the equation

$S = 16.5 + 2.5l_{RC} - 1.7l_{RC}^2 + 1.6l_{SL} - 1.8l_{SL}^2 - 2.7\,\text{flow}_R - 1.4\,\text{flow}_R^2$, with the variables at coded levels, revealing a parabolic response surface whose maximum was located within the evaluated domain. The equation obtained by the response surface method revealed that linear and quadratic terms were significant while interaction terms were not.

The optimized values of flow variables obtained by the Box–Behnken method were calculated by Statistica 6.0 using derivative techniques [44,46]. Flow system optimal conditions were attained using a sampling loop with 82.4 cm, reaction coil with 158.0 cm and flow rate at 0.95 mL min$^{-1}$. The optimization methodology allowed for maximization of the analytical sensitivity with only 15 experiments.

### 3.3. Interference study

#### 3.3.1. Evaluation of ethanol level

The ethanol level in alcoholic beverages can be related to the type of beverage (cachaça, rum, wine, vodka and others), to the producer, and to variations in production processes. Thus, the proposed method must be insensitive to ethanol variations within the range expected for this kind of sample.

The effect of the ethanol level in samples was evaluated, since variations in solvent composition could lead to fluctuating fluorescence signals. Additionally, flow systems with poor mixing conditions can lead to strong solvent concentration gradients when an alcoholic sample is inserted into an aqueous carrier stream, resulting in the occurrence of a liquid lens in the ethanolic/aqueous medium interface [47] due to differences in the refraction indexes. This phenomenon, known as the Schlieren effect [47], is well described in light absorption measurements, but there is little information about its extension to fluorescence and how it affects signal repeatability.

The results obtained by these experiments showed that the ethanol level had a non-significant effect on the fluorescent signal magnitude and repeatability up to 50% (v/v) of ethanol. The observation of non-significant Schlieren effect may be ascribed to the fact that the excitation beam diffracted by a liquid lens was blocked by a high-pass filter positioned in front of the photomultiplier. Additionally, the geometry of the fluorimeter and flow cell produces an incident/excitation beam angle of 45° in relation to the collected fluorescent emission beam, and diffraction of the excitation beam by Schlieren's effect at such a high angle is not expected to occur.

Hence, the results indicated that the proposed system is insensitive to ethanol levels within the evaluated range, and is suitable for determining formaldehyde in the alcoholic media of beverages without requiring analyte/ethanol separations.

#### 3.3.2. Effect of acetaldehyde level

Aliphatic aldehydes are expected to react with Fluoral-P, producing colored species [38]. On other hand, the literature [1,11,34–43] has shown that the fluorimetric determination of formaldehyde using Fluoral-P as reagent is almost specific, since the product of the reaction of Fluoral-P with other aldehydes does not present a significant fluorescent signal. Despite the selectivity of the Fluoral-P fluorimetric method for formalde-

Table 1
Experimental levels employed for Box–Behnken optimization design

| Variable | Coded variable | | |
|---|---|---|---|
| | (−1) | (0) | (+1) |
| Sampling loop (cm) | 20 | 55 | 90 |
| Reaction coil (cm) | 55 | 125.5 | 200 |
| Flow rate (mL min$^{-1}$) | 0.90 | 1.75 | 2.60 |

*F.S. de Oliveira et al. / Talanta 73 (2007) 561–566*



Fig. 2. Response surfaces obtained by the Box–Behnken design for optimization of the flow parameters: (A) sampling loop and reaction coil, (B) reaction coil and flow-rate, and (C) flow-rate and sampling loop.

hyde determination, high levels of other aliphatic aldehydes could lead to interferences due to Fluoral-P consumption and absorption of analyte fluorescent radiation by reaction products of these interferents.

Acetaldehyde is the prevalent carbonyl compound in alcoholic beverages, so interference studies were conducted to evaluate the maximum tolerable level of this compound that would still allow for formaldehyde to be determined accurately.

The results of these experiments indicated that the proposed method is selective for formaldehyde in the presence up to $0.0033 \, mol \, L^{-1}$ of acetaldehyde.

### 3.3.3. Effect of bisulfite level

Bisulfite and S(IV) oxides form a strong oxidation-resistant adduct with formaldehyde, hydroxymethanesulfonate (HMSA) [36]. The kinetics of the decomposition of HMSA is slow at the optimum pH for the formation of DDL, and problems in determining bisulfite-bound formaldehyde are expected to occur. Moreover, the presence of bisulfite is expected in some alcoholic beverages such as wines and beer, since it is employed as antioxidant. Thus, the interference of S(IV) in the determination of formaldehyde by the Fluoral-P method was evaluated.

The results obtained by the proposed flow system revealed that bisulfite levels above $1.0 \, mg \, L^{-1}$ resulted in recoveries of less than 95%. Therefore, the elimination of bisulfite interference through the addition of $H_2O_2$, followed by alkalinization with NaOH solution [35], must be carefully evaluated to determine total formaldehyde in alcoholic beverages preserved with bisulfite.

### 3.4. Figures of merit

The proposed procedure presented good precision with a relative standard deviation of less than 2.5% for all determinations and an analytical throughput of 60 samples/h. The formaldehyde detection limit was $3.1 \, ng \, mL^{-1}$ and was calculated as three times the standard deviation of the blank signal from 10 replicates divided by the slope of the analytical curve [48]. The linear range for formaldehyde determination was obtained up to $3.33 \times 10^{-5} \, mol \, L^{-1}$ ($S = (40.6 \pm 0.3) \, C \, (mg \, L^{-1}) + 0.7 \pm 0.1$, $R = 0.9998$).

Table 2 compares the proposed method against other Fluoral-P based fluorimetric methods for determining formaldehyde in alcoholic and other liquid phase samples. The proposed method presents a higher analytical throughput, lower sample/reagent

Table 2
Comparison of the performance of the proposed flow system and other Fluoral-P based methods for determining formaldehyde

|  | Bathwise method [1] | Previous flow based method [42] | Present work |
|---|---|---|---|
| Reagent volume per determination (mL) | 9 | 2–3 | 1–2 |
| Sample volume per determination (μL) | 1000 | 25 | 414 |
| Analytical throughput (sample h$^{-1}$) | 2 | 12 | 60 |
| Average R.S.D.% | 1.7 | 0.2 | 2.02 |
| Limit of detection (ng mL$^{-1}$) | 2.0 | 15 | 3.1 |

Table 3
Results obtained by the FIA procedure and the batchwise method to determine formaldehyde in samples of alcoholic beverages ($n = 3$)

| Sample | Formaldehyde (μg mL$^{-1}$) | |
|---|---|---|
|  | FIA | Batch |
| Cachaça 1 | 0.150 ± 0.001 | 0.152 ± 0.006 |
| Cachaça 2 | 0.073 ± 0.002 | 0.076 ± 0.001 |
| Cachaça 3 | 0.095 ± 0.002 | 0.093 ± 0.003 |
| Cachaça 4 | 0.073 ± 0.002 | 0.076 ± 0.003 |
| Cachaça 5 | 0.095 ± 0.001 | 0.097 ± 0.001 |
| Cachaça 6 | 0.093 ± 0.003 | 0.088 ± 0.003 |
| Cachaça 7 | 0.256 ± 0.004 | 0.255 ± 0.002 |
| Cachaça 8 | 0.159 ± 0.003 | 0.163 ± 0.007 |
| Rum 1 | 0.125 ± 0.001 | 0.122 ± 0.001 |
| Rum 2 | 0.042 ± 0.001 | 0.044 ± 0.001 |
| Rum 3 | 0.47 ± 0.01 | 0.462 ± 0.002 |
| Vodka 1 | ND$^a$ | ND$^a$ |
| Vodka 2 | 0.034 ± 0.001 | 0.032 ± 0.001 |

$^a$ ND = not detected.

consumption and similar detection limits compared with the bathwise method [1]. In comparison with other flow injection systems described in the literature [42], the proposed method was able to determine formaldehyde without any interference removal step, allowing for higher analytical throughput and lower reagent consumption. Moreover, when compared with results described in the literature [42], the proposed flow system allowed for the determination of lower levels of formaldehyde with a low average relative standard deviation (R.S.D.).

### 3.5. Formaldehyde determination in alcoholic beverages

The proposed method was applied to determine formaldehyde in alcoholic beverage samples with no further pretreatment, which were injected directly into the proposed flow system. All the alcoholic beverages evaluated here except the vodka sample contained formaldehyde in the range of $1.4 \times 10^{-6}$ to $8.6 \times 10^{-6}$ mol L$^{-1}$, reinforcing the need for evaluating the levels of this carbonyl compound in this type of sample. The results obtained by the proposed method were compared with the Fluoral-P bath procedure (Table 3) [1] as reference, and a paired $t$-test [48] confirmed their congruence at a 95% confidence level.

### 4. Conclusions

The proposed system was successfully applied to determine formaldehyde in alcoholic beverage samples, providing good repeatability and accuracy. The flow analysis system displayed high sensitivity, a low detection limit and a wide linear range. This system proved suitable for routine analyses, as indicated by its high sample throughput, low reagent consumption, minor waste generation, and the fact that it requires no sample pretreatment.

### References

[1] J.B. de Andrade, M.S. Bispos, M.V. Rebouças, M.L.S.M. Carvalho, H.L.C. Pinheiro, American Lab. 28 (1996) 56.
[2] D.M. Rodríguez, K. Wrobel, K. Wrobe, Eur. Food Res. Technol. 221 (2005) 798.
[3] R. Rodriguez Madrera, D. Blanco Gomis, J.J. Mangas Alonso, J. Agric. Food Chem. 51 (2003) 7969.
[4] C.G. Barroso, M.C. Rodrıguez, D.A. Guillen, J.A. Perez-Bustamante, J. Chromatogr. A 724 (1996) 125.
[5] S. Canas, A.P. Belchior, M.I. Spranger, R. Bruno-de-Sousa, J. Sep. Sci. 26 (2003) 496.
[6] R.F. Nascimento, J.C. Marques, B.S. Lima Neto, D. De Keukeleire, D.W. Franco, J Chromatogr. A 782 (1997) 13.
[7] J. Quesada-Granados, M. Villalon-Mir, H. Lopez-Garcia-Serrana, M.C. Lopez-Martinez, Food Chem. 52 (1995) 203.
[8] F. Lázaro, M.D.L. de Castro, M. Valcárcel, Anal. Chim. Acta 185 (1986) 57.
[9] A.M. Almuaibed, A. Townshend, Anal. Chim. Acta 198 (1987) 37.
[10] N. Kiba, L. Sun, S. Yokose, M.T. Kazue, T.T. Suzuki, Anal. Chim. Acta 378 (1999) 169.
[11] H. Tsuchiya, S. Ohtani, K. Yamada, M. Akagiri, N. Takagi, Analyst 119 (1994) 1413.
[12] Formaldehyde and other aldehydes. National Research Council Committee on Aldehydes, National Academy of Science Press, Washington, 1981, p. 14.
[13] B.M. Golldschmidt, J. Environ. Sci. Health 2 (1984) 231.
[14] M.V.A.S. Andrade, H.L.C. Pinheiro, P.A.P. Pereira, J.B. de Andrade, Quim. Nova 25 (2002) 1117.
[15] C. Bauer-Chriostoph, N. Christoph, B.O. Aguilar-Cisneros, M.G. Lopez, E. Richling, A. Rossmann, P. Schreider, Eur. Food Res. Technol. 217 (2003) 438.
[16] J.K. Faweel, S. Hunt, Environmental Toxicology of Organic Pollutants, Ellis Horwood, Chichester, 1988, p. 332.
[17] E. Fagnani, C.B. Melios, L. Pezza, H.R. Pezza, Talanta 60 (2003) 171.
[18] A. Pretto, M.R. Milani, A.A. Cardoso, J. Environ. Monit. 2 (2000) 566.
[19] J.M. Bosque-Sendra, S. Pescarolo, L. Cuadros-Rodríguez, A.M. García-Campaña, E.M. Almansa-López, Fresenius J. Anal. Chem. 369 (2001) 715.
[20] G.L. Kok, S.N. Gitlin, B.W. Gandrud, A.L. Lazrus, Anal. Chem. 56 (1984) 1993.
[21] A. Afkhami, M. Rezaei, Microchem. J. 63 (1999) 243.
[22] A. Afkhami, H. Parham, M. Rezaei, Anal. Lett. 33 (2000) 527.
[23] A. Safavi, A.A. Ensafi, Anal. Chim. Acta 252 (1991) 167.
[24] J.B. de Andrade, A.H. Miguel, Quím. Nova 356 (1985) 1985.
[25] J.B. de Andrade, M.V. Andrade, H.L.C. Pinheiro, R.A. Martins, E.L. Borges, American Lab. 31 (1999) 22.
[26] A.E. Oliveira, J.B. de Andrade, Quim. Nova 17 (1994) 13.
[27] J.B. de Andrade, J.O.N. Reis, M.V. Rebouças, H.L.C. Pinheiro, Quim. Anal. 15 (1996) 144.

*F.S. de Oliveira et al. / Talanta 73 (2007) 561–566*

[28] K. Takami, K. Kuwata, A. Sugimae, M. Nakamoto, Anal. Chem. 57 (1985) 243.

[29] E. Sawicki, T.W. Stanley, T.R. Hauser, W. Elbert, J.L. Noe, Anal. Chem. 33 (1961) 722.

[30] G. Zurek, U. Karst, Anal. Chim. Acta 351 (1997) 247.

[31] E.A. Pereira, A.A. Cardoso, Quim. Nova 24 (2001) 443.

[32] F.S. Oliveira, B.C.O. Leite, M.V.A.S. Andrade, M. Korn, J. Braz, Chem. Soc. 16 (2005) 87.

[33] J. Ledauphin, D. Barillier, M. Beljean-Leymarie, J. Chromatogr. A 1115 (2006) 225.

[34] H.L.C. Pinheiro, M.V. Andrade, P.A.P. Pereira, J.B. de Andrade, Microchem. J. 78 (2004) 15.

[35] S. Dong, P.K. Dasgupta, Environ. Sci. Technol. 21 (1987) 581.

[36] K. Motyka, P. Mikuska, Anal. Chim. Acta 518 (2004) 51.

[37] S. Belman, Anal. Chim. Acta 29 (1963) 120.

[38] B.J. Compton, W.C. Purdy, Anal. Chim. Acta 119 (1980) 349.

[39] A.L. Lazrus, K.L. Fong, J.A. Lind, Anal. Chem. 60 (1988) 1074.

[40] J. Li, P.K. Dasgupta, W. Luke, Anal. Chim. Acta 531 (2005) 51.

[41] L.S.G. Teixeira, E.S. Leão, A.F. Dantas, H.L.C. Pinheiro, A.C.S. Costa, J.B. de Andrade, Talanta 64 (2004) 711.

[42] H. Tsuchiya, S. Ohtani, K. Yamada, M. Akagiri, N. Takagi, M. Sato, Analyst 119 (1994) 1413.

[43] L. Lagace, J. Dumont, G. Brazeau, A. Soucy, J. Hache, V. Marquis, J. AOAC Int. 85 (2002) 1144.

[44] J.M. Bosque-Sendra, S. Pescarolo, L. Cuadros-Rodriguez, A.M. Garcia-Campaña, E.M. Almansa-López, Fresenius J. Anal. Chem. 369 (2001) 715.

[45] K.H. Esbensen, Multivariate Data Analysis in Practice: An Introduction to Multivariate Data Analysis and Experimental Design, 5th ed., CAMO, New Jersey, 2002, p. 400.

[46] S.L.C. Ferreira, W.N.L. dos Santos, C.M. Quintella, B.B. Neto, J.M. Bosque-Sendra, Talanta 63 (2004) 1061.

[47] A.C. Dias, E.P. Borges, E.A.G. Zagatto, P.J. Worsfold, Talanta 68 (2006) 1076.

[48] J.C. Miller, J.N. Miller, Statistics for Analytical Chemistry, 2nd ed., Ellis Horwood, 1984, p. 100.

Z Lebensm Unters Forsch A (1997) 205: 300–304

© Springer-Verlag 1997

## ORIGINAL PAPER

L. Trézl · A. Csiba · S. Juhász · M. Szentgyörgyi
G. Lombai · L. Hullán

# Endogenous formaldehyde level of foods and its biological significance

Received: 23 December 1996 / Revised version: 17 March 1997

**Abstract** Formaldehyde was measured in different food samples based on its reaction with hydralazine to form *s*-triazolo-(3,4-α)-phthalazine(Tri-P). Formaldehyde reacts with hydralazine under mild acidic conditions to form Tri-P. The reaction products were separated by reversed-phase, high-performance liquid chromatography. The method of sample preparation and chromatography are reviewed and the analytical method validated. Using the discussed methods we measured formaldehyde levels in 23 animals and 22 vegetable and fruit samples. Formaldehyde levels were one and a half times higher in vegetable samples compared to meat samples.

**Key words** Formaldehyde levels · Determination · Food

## Introduction

In this study we have used the reaction of aldehydes with hydralazine to determine the levels of formaldehyde in biological materials. The product of the reaction *s*-triazolo-(3,4-α)-phthalazine, (Tri-P) was detected in extracts by high-performance liquid chromatography (HPLC) [1, 2]. It is known that the formaldehyde molecule is fundamental in biological systems. Its presence served as a basis for synthesis of organic compounds in the pre-biological period. Studies dealing with the origin and evolution of life

L. Trézl (✉) · A. Csiba · S. Juhász · M. Szentgyörgyi · G. Lombai · L. Hullán
Technical University of Budapest, Department of Organic Chemical Technology, Müegyetem rkp. 3, H-1111 Budapest, Hungary

A. Csiba · A. Juhász · M. Szentgyörgyi · G. Lombai
Veterinary and Food Control Station, Lehel u. 43–47, H-1135 Budapest, Hungary

L. Hullán
National Oncological Institute, Ráth G. u. 7/9, H-1122 Budapest, Hungary

have indicated that formaldehyde was a key molecule in the process of chemical evolution, primarily in the formation of complex organic molecules [3]. Formaldehyde almost certainly took part in the pre-biotic synthesis of 5-substituted uracils, which provide a link between RNA and DNA-protein as emphasized by Miller and coworkers [4]. Formaldehyde is present in all biological material and plays a fundamental role in biological methylation through $N_5$, $N_{10}$-methylene tetrahydrofolic acid with the help of the enzyme, thymidylate synthase [5, 6]. In biological systems, formaldehyde is generated from different methylated compounds by demethylases, e.g. from L-methionine, L-ε-methly-lysines, etc. [7, 8], or formaldehyde can be generated from serine-glycine interconversion catalysed by pyridoxal phosphate, with the help of the enzyme transhydroxymethylase. Formaldehyde is the most reactive aliphatic aldehyde molecule and takes part in many well-known chemical reactions [9]. Hungarian research scientists were the first to publish an essential difference between reactions of formaldehyde with L-lysine and L-arginine. L-Lysine is spontaneously methylated by formaldehyde on the ε-amino group (in the absence of reduction catalysts, such as $NaBH_4$ or cc.HCOOH) [10, 11]. L-Arginine can only be hydroxymethylated on the guanidino group by formaldehyde [12, 13]. These hydroxymethylated compounds have been found in human blood [14]. Spontaneous methylation of L-lysine by formaldehyde can be activated by hydrogen peroxide ($H_2O_2$) or peroxidase enzymes. During the reaction chemiluminescence occurs with the release of a singlet oxygen and an excited formaldehyde radical. Formaldehyde radicals are known to be toxic [15]. In contrast the hydroxymethylation of L-arginine by formaldehyde can not be activated by $H_2O_2$. This leaves L-arginine as the most suitable molecule to carry endogenous formaldehyde in biological systems. $N(G)$-hydroxymethyl L-arginine derivatives are non-toxic and have been shown to have antiproliferative properties [16, 17]. We propose that all biological material contains endogenous formaldehyde. In this work we provide confirmatory evidence that this is indeed the case and draw some conclusions from the collected data.



**Fig. 1** Calibration of formaldehyde measurements over a 0–2 mgl⁻¹ concentration range

**Table 1** Statistical evaluation of accuracy, repetition and recovery

|  | Concentration ($c$) of formaldehyde added to sample extracts (mgl⁻¹) | | |
|---|---|---|---|
|  | 0.05 | 0.2 | 0.5 |
| Number of determinations | 6 | 6 | 6 |
| Mean | 0.053 | 0.195 | 0.506 |
| Standard deviation | 0.0012 | 0.0042 | 0.0105 |
| Accuracy %[a] | 6.00 | 2.50 | 1.20 |
| Coefficient of variance (repetition) % | 2.26 | 2.15 | 2.07 |
| Recovery % | 106.0 | 97.5 | 101.2 |

[a] $\text{Accuracy \%} = \dfrac{\text{measured } c - \text{actual } c}{\text{actual } c} \times 100$

## Materials and methods

*Chemicals.* Reagent grade hydralazine hydrochloride (HP-HCl) was purchased from Sigma (St. Louis, Mo., USA), reagent grade formaldehyde 35% p. a. from Reanal (Budapest, Hungary) and acetonitrile for the mobile phase was of HPLC grade from Carlo Erba (Milan, Italy). All other chemicals used were of analytical grade and from Sigma.

*Standard solution.* A standard solution of formaldehyde was prepared by diluting reagent grade formaldehyde in distilled water. For the recovery study, meat samples were spiked with various amounts of formaldehyde in the range of 0.025–2 mg l⁻¹.

*Reversed phase HPLC.* Detection of Tri-p in food extracts was performed as follows: Aliquots of extracts were injected through a 20-µl loop (Rheodyne, USA) onto HPLC columns (250 mm×4 mm ID) in tandem. The HPLC columns were packed with reversed-phase

Nucleosil – C18, 10 µm (Macherey-Nagel, Düren, Germany) maintained at room temperature. The mobile phase was 30% acetonitrile in 0.05 M $KH_2PO_4$ (pH 4.5) delivered by a Waters model 501 HPLC pump, at a flow rate of 1 ml min⁻¹. Detection was carried out using a Waters 470 spectrofluorometric detector at 237 nm (excitation) and 370 nm (emission). The sensitivity/attenuation of the detector was 100×/1. Retention time of the formaldehyde adduct product (Tri-p) was 9.15 min.

*Sample preparation.* Food material was homogenized in an Ultra Turrax homogenizer and refrigerated at –20 °C. Samples of the frozen material were melted and used for the determination of their formaldehyde content. Homogenized food samples (5 g) were suspended in 70 ml distilled water. The pH of the suspension was adjusted to pH 9 with 1 M NaOH containing two drops of 1% phenolphthalein indicator in ethanol. Carrez I (30 g $ZnSO_4$ in 100 ml distilled water) (1 ml) and Carrez II (15 g $K_4Fe(CN)_6$ in 100 ml distilled water) (1 ml) were added to the suspension matrix materials and the final volume was made up to 100 ml. After 1 h the mixture was filtered using Whatman no. 1 filter paper and the resulting solution was used as the food extract.

**Fig. 2** High-performance liquid chromatography (HPLC) chromatogram of hydralazine hydrochloride (HP-HCl) in water. HPLC conditions: loop volume 20 µl; columns two Nucleosil C18, 10 µ (250 mm×4 mm ID); mobile phase, 30% acetonitrile in 0.05 M $KH_2PO_4$; temperature ambient; flow rate: 1 min⁻¹; detection fluorescence, excitation (237 nm), emission (370 nm); strengthening/attenuation: 100×/1

302

**Fig. 3**  HPLC chromatogram of formaldehyde phthalazine adduct. The concentration of formaldehyde is 1 µgml⁻¹; retention time: 9.14 min; HPLC conditions: see Fig. 2



*Determination of formaldehyde.* A 4 ml aliquot of HP-HCl reagent (10 mg hydralazine hydrochloride in 100 ml, 0.2 M KH₂PO₄) was added to 4 ml of food extract. The mixture was heated in a boiling-water bath for 15 min. The cooled reaction mixture was passed through filter paper (if necessary) and 20-µl aliquots were injected directly into the HPLC columns.

*Calculations.* The concentration of formaldehyde in the extracts was determined by interpolation from a calibration curve, constructed by plotting the peak areas of Tri-P versus the concentration of formaldehyde (0.05 – 2 mgl⁻¹).

## Results and discussion

### Analytical data

*Linearity.* The detector response was found to be linear for peak area measurements within the concentration range $(0.05 - 2 \text{ mg l}^{-1})$ examined. As shown in Fig. 1 a linear calibration was observed to occur in the range of $0 - 2 \text{ mg l}^{-1}$ formaldehyde with a correlation coefficient of $r = 0.9995$. Conversion of the calibration data into mg kg⁻¹ formaldehyde concentration was made possible using the factor $f = 20$.

*Limit of detection.* The lowest possible concentration of formaldehyde detected was 0.5 µg l⁻¹, calculated to be three times the standard deviation of the background noise.

*Limit of quantification.* Using the sample preparation method given above the maximum amount of formaldehyde detectable was 5 µg l⁻¹.

*Recovery study.* The accuracy of formaldehyde recovery from meat samples was examined using three concentrations of formaldehyde (0.05, 0.2, and 0.5 mgl⁻¹). The results are shown in Table 1.

*Precision.* The reproducibility of the method was also examined. The results showed good consistency, with a relative standard deviation of only 0.2% at 1 mgl⁻¹ formaldehyde (Fig. 1).

### Practical application

The results of a control chromatograph run with HP-HCl in water are shown in Fig. 2. This can be compared to the chromatogram produced by Tri-P presented in Fig. 3. The first large peak in Fig. 3 is Tri-P (retention time: 9.13 min) derived from formaldehyde. The nature of the two small peaks following the Tri-P peak is unknown.

*Concentration of formaldehyde in meat products, milk, and baker's yeast.* The formaldeyhde concentrations in meat extracts are presented in Table 2. The sample extracts are listed in order to increasing formaldehyde concentration. In meat products the levels of endogenous formaldehyde varied greatly.

*Concentration of formaldehyde in vegetable crops.* The concentration of endogenous formaldehyde was determined for five dried medicinal plants and 17 species of raw fruit



**Fig. 4** HPLC chromatogram of formaldehyde (0.25 µg ml⁻¹) in the presence of glucose (0.5 mgml⁻¹) and fructose (0.5 mgml⁻¹). HPLC conditions: see Fig. 2

**Table 2** Concentration of formaldehyde in meat products, milk, and baker's yeast (eucariontes)

| Sample[a] | Formaldehyde mgkg⁻¹ |
|---|---|
| Raw milk | 0.8 |
| Sandwich paste from poultry | 2.5 |
| Cold meat cuts | 2.9 |
| Ham from turkey breast with red pepper | 3.4 |
| Ham from poultry | 3.8 |
| Ham from smoked turkey breast | 4.0 |
| Hoof from turkey | 4.2 |
| Smoked turkey wing | 4.5 |
| Rump from beef | 4.6 |
| Chop from pig neck | 5.8 |
| Pork chop | 6.2 |
| Cold meat cuts "Milanese" | 9.8 |
| Cold meat cuts "Paris" | 9.9 |
| "Bologna" sausage | 10.2 |
| Miscellaneous cold meat cuts | 11.1 |
| Liver paste (pate) | 11.7 |
| Canned liver paste | 11.9 |
| Ham | 12.4 |
| "Casino" sausage | 12.5 |
| Baker's yeast | 12.5 |
| "Boy-scout" sausage | 12.9 |
| "Casino" sausage with red pepper | 13.1 |
| "Peasant" sausage | 20.7 |

[a] Sample number = 23

**Table 3** Concentration of formaldehyde in plant material

| Sample[a] | Formaldehyde mgkg⁻¹ |
|---|---|
| Medicinal plants | |
| Hawthorn (*Crataegus* sp.) (one species) | 3.6 |
| Yarrow (*Achillea millefolium*) | 4.6 |
| Mistletoe (*Viscum album*) | 6.8 |
| Althea root (*Althaea*) | 7.2 |
| Common comfrey (*Symphytum officinale*) | 11.9 |
| Fruits and vegetables | |
| Apple summer (*Malus pumila*) | 6.3 |
| Carrot (*Daucus carota*) | 6.8 |
| Water-melon fresh (*Colocynthis citrullus*) | 9.0 |
| Water-melon skin (*Colocynthis citrullus*) | 9.2 |
| Apricot (*Prunus armeniaca*) | 9.5 |
| Bulb (*Bulbus*) | 11.0 |
| Plum (*Prunus domestica*) | 11.2 |
| Apple winter (*Malus pumila*) | 12.5 |
| Tomato (*Solanum lycopersicum*) | 13.3 |
| Banana (*Musa paradisiaca* var. *sapientum*) | 16.3 |
| Morello (*Prunus cerasus*) | 18.0 |
| Potato (*Solanum tuberosum*) | 19.5 |
| Grape (*Vitis*) | 22.4 |
| Beetroot little (*Beta vulgaris* var. *rubra*) | 22.5 |
| Cauliflower (*Brassica oleacea* var. *cauliflora*) | 26.9 |
| Kohlrabi (*Brassica oleracea* var. *gongyloides*) | 31.0 |
| Beetroot large (*Beta vulgaris* var. *rubra*) | 35.0 |

[a] Sample number = 22

and vegetables. The results are summarized in Table 3. Kohlrabi and beetroot species had extremely high formaldehyde levels. These levels appeared to be variety dependent. Formaldehyde may be produced during photosynthesis in vegetables and plays an important overall role in biological systems.

Formaldehyde is always present in biological systems, as endogenous formaldehyde in the C 1 pool. Exogenous formaledehyde is found in environmental samples, i.e. drinking water, cloth, drug preparations, plastic containers. The hydralazine-formaldehyde method uses low concentrations of hydralazine. This reaction was also examined in the presence of glucose and/or fructose. These sugars are found in extremely high concentrations in vegetable and fruit

304

**Fig. 5** Separation of formalde-
hyde by HPLC (for conditions,
see Fig. 2): acetaldehyde
(0.1 µgml⁻¹, retention time
8.53 min), formaldehyde
(0.05 µgml⁻¹, retention time
9.06 min), diacetyl (10 µgml⁻¹,
retention time 11.26 min), un-
known material retention time
14.43 min



samples. The results are presented in the HPLC chromato-
gram shown in Fig. 4. The formaldehyde reaction was not
affected by the presence of the reducing sugars. We have
also shown that the hydralazine does not react with aro-
matic aldehydes, i.e. cinnamonaldehyde, anisealdehyde and
benzaldehyde, or with aldehydes with a higher number of
carbon atoms, i.e. propionaldehyde and butylaldehyde. In
contrast, hydralazine reacted with acetaldehyde and diace-
tyl in our test system but independently from formaldehyde
as demonstrated in Fig. 5.

In conclusion it is likely that most of the endogenous
formaldeyhde in biological material is reversibly bound to
nucleophiles. For example, both free and bound L-arginine
can bind a portion of the total formaldehyde in the form of a
methylol group. This follows from the mechanism of
enzymic transmethylation in which the methyl group of
S-adenosyl-L-methyonine acts as a formaldehyde donor.
The donated formaldehyde binds to the guanidino group
of L-arginine of the enzyme protein [18]. These labile
methylol groups can be isolated by means of hydralazine.
However, it is also possible that formaldehyde binds other
molecules e.g. glutathione. Moreover formaldehyde is a
product of demethylation reactions. Interestingly we found
high endogenous formaldehyde levels in vegetables and
fruits. Formaldehyde may be a product of photosynthesis in
vegetables and fruits (beside Calvin cycle). Crops can thus
serve as formaldehyde generators for animals and humans
organism. It is very important vegetable and fruits are
included in the food chain to provide a source of formal-
dehyde which is indispensable for the folate cycle (C1
pool).

**Note added in proof:** N(G)dihydroxymethyl-, and N(G)trihydroxy-
methyl arginines and cosiderable amount of free arginine amino acid
were found in various fruits, vegetables, young leaves and budlets.

## References

1. Noda H, Minemoto M, Noda A, Ushio T (1986) Chem Pharm Bull
   34: 3499
2. Csiba A, Szentgyörgyi M, Juhász S, Lombai G (1996) Acta
   Aliment Hung 25: 291
3. Canuto VM, Levine JS, Augustsson TR, Imhoff CL, Giampapa
   MS (1983) Nature 305: 281
4. Robertson MP, Miller SL (1995) Science 268: 702
5. Heck H, White EL, Casanova-Schmitz M (1982) Biomed Mass
   Spectrom 9: 347
6. Kucharczyk N, Yang JT, Wong KK, Sofia RD (1984) Xenobiotica
   14: 667
7. Tyihák E, Balla J, Gáborjányi R, Balázs E (1978) Acta Phyto-
   pathol Acad Sci Hung 13: 29
8. Gescher A, Raymont C (1981) Biochem Pharmacol 30: 1245
9. Walker JF (1964) Formaldehyde. Reinhold, New York
10. Trézl L, Rusznák I, Tyihák E, Szarvas T, Szende B (1983)
    Biochem J 214: 289
11. Trézl L, Tyihák E, Lotlikar PD (1990) In: Paik WK, Kim S (eds)
    Protein methylation. CRC Press, Boca Raton Fla, p 407
12. Csiba A, Trézl L, Tyihák E, Graber H, Vári E, Téglás B, Rusznák I
    (1982) Acta Phys Acad Sci Hung 59: 35
13. Csiba A, Trézl L, Rusznák I (1986) Acta Phys Acad Sci Hung
    68: 96
14. Csiba A, Trézl L, Rusznák I (1986) Biochem Med Metab Biol
    35: 271
15. Trézl L, Pipek J (1988) J Mol Struct Theochem 170: 213
16. Csiba A, Trézl L, Rusznák I (1986) Med Hpyotheses 19: 75
17. Trézl L, Szende B, Csiba A, Rusznák I, Lapis K (1986) Proceed-
    ings of the 14th International Cancer Congress, 21–27 August,
    Budapest, Hungary
18. Huszti Z, Tyihák E (1986) FEBS Lett 209: 362