Exhibit C

# Case: FEMA Trailer Formaldehyde Products Liability Litigation

Volume No.

## Transcript of the Testimony of H. James Wedman

**Date:** October 12, 2009



515 Olive Street, Suite 700
St. Louis, MO  63101
Phone:314.241.6750
1-800-878-6750
Fax:314.241.5070
Email:schedule@goreperry.com
Internet: www.goreperry.com

Page 90

```
 1       Q    I'm not talking about formaldehyde gas
 2   off gasing.  I'm talking about formaldehyde in the
 3   formyl group, as you discussed it, as being in
 4   food substances.
 5       A    Well, formaldehyde is one of our major
 6   way of transporting one carbon fragments, so we
 7   use it all the time in intermediary metabolism.
 8   There is formaldehyde in all foods.  So to that
 9   extent, everything has formaldehyde, but it's not
10   the kind of formaldehyde we are talking about.
11       Q    It's not the type of formaldehyde that we
12   are talking about that can cause harm to the human
13   body and is considered a primary irritant; isn't
14   that right?
15       A    I would say not.
16       Q    In fact, there is formaldehyde contained
17   in human blood; isn't that right?
18       A    Yes.
19       Q    And that's not the type of formaldehyde
20   that causes harm to the human body, is it?
21       A    I would hope not.
22       Q    That's part of the formaldehyde that's in
23   the formyl group, isn't it?
24       A    Actually, some of it actually, if you
25   were to look at it in low, low, low concentrations
```

Page 91

1   actually in the form of formaldehyde, yes, you can
2   actually breathe it out. So when you -- during
3   the course of breathing, there is actually
4   formaldehyde gas when you exhale, and that comes
5   out of the blood.
6       Q    But formaldehyde doesn't exist in the
7   human blood as an ambient gas, does it?
8       A    That's a -- that's a non-term. Nothing
9   can exist in a fluid as an ambient gas.
10      Q    It doesn't exist in a pre-state in human
11  blood, does it?
12      A    Yes, it does.
13      Q    But not in the same fashion as it exists
14  in ambient air, does it?
15      A    Yes, it is.
16      Q    But what you said is at very, very low
17  levels?
18      A    Very low concentrations.
19      Q    And what do you call that?
20      A    Formaldehyde.
21      Q    No, the low concentrations.
22      A    Oh, low parts per billion.
23      Q    What are you talking about?
24      A    One, two, but it's in the form of HCHO.
25  It's not bound losing one hydrogen.

FEMA Trailer Formaldehyde Products Liability Litigation                H. James Wedman
                                                                        10/12/2009

Page 92

```
 1      Q     Is there any particular reason you keep
 2   on looking over at Mr. Hines?
 3      A     No.  I just don't understand what you are
 4   getting at, and it makes -- half of what you just
 5   said makes no chemical sense at all.  I thought
 6   maybe he knew something I didn't.
 7      Q     You know, it's just some terms that I've
 8   see people using, so I wanted to ask you about it.
 9      A     Okay.
10      Q     But if somebody put up a slide in a
11   judicial proceeding and compared the formaldehyde
12   in shrimp and formaldehyde that's in ambient air,
13   you wouldn't think that that's a scientific and
14   accurate way to make a comparison, would you?
15           MR. HINES:  Object to form and
16   foundation.
17      A     It all depended on how you were showing
18   the formaldehyde.  Formaldehyde can exist in a
19   variety of forms, okay?  Formaldehyde, the
20   chemical, is a very simple one carbon, one oxygen,
21   two hydrogen compounds.  It is highly reactive.
22   But if you remember your freshman chemistry, the
23   HCHO is an equilibrium with its -- with one
24   hydrogen being lost from the compound.  So during
25   the course of intermediary metabolism, there is in
```

Page 93

1    actuality formaldehyde H2CO in every part of your
2    tissue, in your muscle, in your blood, and that's
3    why you can breathe out formaldehyde.  So
4    depending upon this depiction that you are talking
5    about, if they showed an equilibrium between
6    formaldehyde and formyl in intermediary metabolism
7    and compared the formaldehyde to gaseous
8    formaldehyde, they would not be incorrect.  You do
9    indeed have formaldehyde in your body every day.
10        Q    (By Mr. Pinedo)  That wasn't my question.
11   That wasn't what I was driving at, Doctor.
12        A    Then you are going to have to tell me
13   what you are driving at because I have no idea.
14             (Plaintiff's Exhibit No. 16 was marked,
15   dated, NJM.)
16        Q    (By Mr. Pinedo)  I want to show you
17   what's been marked as Exhibit No. 16, which is a
18   printout from the website for the Formaldehyde
19   Council.
20        A    Okay.
21        Q    It's entitled, "Building and Construction
22   - Typical Formaldehyde Exposure Levels."  Do you
23   see that?
24        A    Yes.
25        Q    And it lists the formaldehyde levels in