UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | |
| | * | |
| This Document Relates to: | * | JUDGE: ENGELHARDT |
| *Dubuclet v. Fleetwood Enterprises, Inc.* | * | |
| Case No. 07-9228 | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO STRIKE LAY WITNESS

**NOW INTO COURT**, comes Defendant, Fleetwood Enterprises, Inc. ("Fleetwood") who requests that this Honorable Court issue an Order striking the aforementioned lay witness because Plaintiff has not established good cause or a compelling reason for allowing discovery to obtain such testimony beyond the discovery deadline established in this matter.

            Respectfully submitted:

            **NELSON MULLINS RILEY
            & SCARBOROUGH, LLP**

            s/*Richard K. Hines, V*
            _____

            *Richard K. Hines, V*
            **GA Bar No. 356300**
            Atlantic Station
            201 17th Street, NW, Suite 1700
            Atlanta, GA  30363
            (404) 322-6000 (phone)
            (404) 322-6050 (fax)
            richard.hines@nelsonmullins.com

and

LEAKE & ANDERSSON, LLP
Jerry L. Saporito #11717
**1700 Energy Center**
1100 Poydras Street
**New Orleans, LA 70163-1701**
(504) 585-7500 (phone)
(504) 585-7775 (FAX)
jsaporito@leakeandersson.com
**Counsel for Defendant, Fleetwood Enterprises, Inc.**

## C E R T I F I C A T E

    I hereby certify that on the 21st day of November, 2009, a copy of the foregoing Motion for to Strike Lay Witness was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

    s/*Richard K. Hines, V*
    _____
    Richard K. Hines, V
    Georgia Bar No. 356300