UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | |
| | * | |
| This Document Relates to: | * | JUDGE: ENGELHARDT |
| *Dubuclet v. Fleetwood Enterprises, Inc.* | * | |
| Case No. 07-9228 | * | MAG: CHASEZ |

*************************************************************************

## MOTION FOR EXPEDITED HEARING

**NOW INTO COURT**, comes Defendant, Fleetwood Enterprises, Inc., who respectfully requests that this Honorable Court set its Motion to Strike Lay Witness for an expedited hearing.

Respectfully Submitted:

**NELSON MULLINS RILEY
& SCARBOROUGH, LLP**

s/*Richard K. Hines, V*
_____
Richard K. Hines, V
**GA Bar No. 356300**
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)
richard.hines@nelsonmullins.com

and

**LEAKE & ANDERSSON, LLP**
**Jerry L. Saporito #11717**
1700 Energy Center
1100 Poydras Street
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585-7775 (FAX)
jsaporito@leakeandersson.com
**Counsel for Defendant, Fleetwood Enterprises, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 21st day of November, 2009, a copy of the foregoing Motion for Expedited Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/*Richard K. Hines, V*
_____
Richard K. Hines, V
Georgia Bar No. 356300