UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER         FORMALDEHYDE         PRODUCTS LIABILITY         LITIGATION | * * * * * | MDL NO. 1873 |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* Case No. 07-9228 | * * * | JUDGE: ENGELHARDT

MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Motion For Expedited Hearing on Fleetwood Enterprises, Inc.'s Motion to Strike Lay Witness is hereby **GRANTED**; and the hearing on Fleetwood's Motion to Strike Lay Witness is hereby set for hearing on the ____ day of _____, 2009 at _____ o'clock a.m.

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**