**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** § | | **MDL NO. 1873** |
| **FORMALDEHYDE** § | | |
| **PRODUCT LIABILITY LITIGATION** § | | **SECTION "N-5"** |
| § | | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** § | | |
| § | | |
| *Raymond, et al v. Gulf Stream Coach* § | | **MAG. JUDGE CHASEZ** |
| *Inc., et al* § | | |
| **Civil Action No. 09-4699** § | | |

**ORDER ON PLAINTIFF CHIN TRAN, AS NEXT FRIEND OF CHRISTINA TRAN, A MINOR'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff CHIN TRAN, AS NEXT FRIEND OF CHRISTINA TRAN, A MINOR's Notice of Voluntary Dismissal Without Prejudice is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 19th day of November, 2009.

_____
HONORABLE KURT ENGELHARDT