**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873  SECTION "N-5"  JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Burks, et al v. Forest River, Inc., et al* Civil Action No. 09-7072 | § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFFS', TRACY SCHWARTZ, AS NEXT FRIEND OF DAVID HILL, A MINOR AND TRACY SCHWARTZ, AS NEXT FRIEND OF OSCAR MCCALL, A MINOR, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', Tracy Bennett, Tracy Bennett, as Next Friend of Harleigh Bennett, a Minor, and Tracy Bennett, as Next Friend of Tyler Bennett, a Minor, Notice of Voluntary Dismissal Without Prejudice is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 19th day of November, 2009.

_____
HONORABLE KURT ENGELHARDT