RECORD ON APPEAL FORM
(Please Print)

*THIS PORTION REMAINS WITH COURT RECORDS*

No. 07-1873-N Short Title **Fema Trailer Formaldehyde** Date 11-3-09

To: Jason Senic (Forest River)
Name

Address: 1100 Poydras St.
2800 Energy Centre

City: New Orleans  State: LA  Zip: 70163

Documents Enclosed
☐ Record Vols: 8
*☐ Exhibits ☐ Env.
☐ Box: ☐
☐ Supp. Record Vols.
☐ Second Supp. Record Vols.
☐ Third Supp. Record Vols.

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES

Attorney Return — SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit. Complete the shaded area below and return this form to the 5th Circuit along with the documents.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV - 4 2009
LORETTA G. WHYTE
CLERK

To: Clerk, 5th Circuit

☐ Record Vols.
☐ Supp. Record Vols.
*☐ Exhibits ☐

Records above listed are returned to Clerk.
Attorney Name:
Date:

✂ Cut Here

Clerk's Receipt  *To be completed by 5th Circuit Clerk's office and forwarded to person in previous section.*

No._____ Short Title _____

District: _____

☐ Record Vols.
☐ Supp. Record Vols.
*☐ Exhibits ☐

Records in above case have been received by Clerk.
Name:
Date:

✂ Cut Here

Attorney Forwarding Receipt  *If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.*

No._____ Short Title _____

To: Clerk, U.S. District Court

District: _____

☐ Record Vols.
☐ Supp. Record Vols.
*☐ Exhibits ☐

Records in above case forwarded to:
Attorney Name:
Address:
City, State, Zip:
Signed: _____ Date: _____

✂ Cut Here

Attorney Receipt  *The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.*

No._____ Short Title _____

To: Clerk, U.S. District Court

District: _____

___ Fee_____
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

☐ Record Vols.
☐ Supp. Record Vols.
*☐ Exhibits ☐

Records in above case listed received.
Judge/Attorney Name:
Date: