UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 07-9228

## ORDER

Considering Fleetwood Enterprises, Inc's representation to the Court that it withdraws any objection to the instant motion,

**IT IS ORDERED** that **Plaintiffs' Motion for Leave to File Fourth Supplemental and Amended Complaint (Rec. Doc. 5394)** is **GRANTED.**

New Orleans, Louisiana, this 23rd day of November, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**