UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 2:07-MD-1873 |
| | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | JUDGE ENGELHARDT |
| *ALL CASES* | MAGISTRATE JUDGE CHASEZ |

*   *   *   *   *   *   *   *   *   *   *   *

## EX PARTE MOTION TO BE PLACED ON NON-LITIGATION TRACK

**NOW COMES** Insurco, Ltd., ("Insurco"), without prejudice to the defenses preserved in the previously filed Preservation of Defenses, it being understood that this shall not constitute a general appearance, pursuant to Pretrial Order No. 24 (doc. no. 1002) and for the reasons provided in the attached Memorandum in Support, moves to be placed on the Non-Litigation Track.

**WHEREFORE**, Insurco prays that it be placed on the Non-Litigation Track and that the claims asserted against it proceed in accordance therewith.

Respectfully submitted,

s/ James R. Sutterfield
JAMES R. SUTTERFIELD,T.A.(Bar # 12597)
CANDACE R. LeBLANC (Bar # 31831)
650 Poydras Street, Suite 2715
New Orleans, Louisiana 70130
Telephone:   (504) 598 -2715
Facsimile:    (504) 529 -7197
jsutterfield@swslaw.com
cleblanc@swslaw.com
**Attorneys for Insurco, Ltd.**

## CERTIFICATE OF SERVICE

    I hereby certify that on November 23, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                     __s/ James R. Sutterfield____
                                                     SUTTERFIELD & WEBB, L.L.C.