UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 2:07-MD-1873 |
| | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | JUDGE ENGELHARDT |
| *ALL CASES* | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF EX PARTE MOTION TO BE PLACED ON NON-LITIGATION TRACK

Insurco, Ltd., ("Insurco"), without prejudice to the defenses preserved in the previously filed Preservation of Defenses, it being understood that this shall not constitute a general appearance, hereby moves to be placed on the Non-Litigation Track, as set forth in Pretrial Order No. 24 (doc. no. 1002).

Insurco was named as a defendant in the following Complaints in the United States District Court for the Western and Middle Districts of Louisiana:

1. *Sonia Joseph, et al.* (docket no. 09-1006, doc no. 3, filed September 15, 2009);

2. *Brittany Nicole Annis, et al.* (docket no. 09-539, doc no. 1, filed July 31, 2009);

3. *Francis (Frank) Irwin Gras, et al.* (docket no. 09-1328, doc. no. 1, filed August 1, 2009);

4. *Gloria M. Durham, et al.* (docket no. 09-1326, doc. no. 1, filed July 31, 2009);

5. *John P. Decourcy, et al.* (docket no. 09-501, doc. no. 1, filed July 28, 2009);

6. *Dale Danastasio, et al.* (docket no. 09-1332, doc. no. 3, filed September 15, 2009); and

7. *Leanna Griffin, et al.* (docket no. 09-1019, doc. no. 4, filed September 15, 2009).

1

These matters were subsequently transferred to this Court pursuant to the following Conditional Transfer Orders:

1. *Sonia Joseph, et al.* (CTO- 15, docket no. 09-1006, doc no. 105, filed October 22, 2009);

2. *Brittany Nicole Annis, et al.* (CTO-9, docket no. 09-539, doc no. 15, filed September 2, 2009);

3. *Francis (Frank) Irwin Gras, et al.* (CTO-12, docket no. 09-1328, doc. no. 8, filed September 24, 2009);

4. *Gloria M. Durham, et al.* (CTO-13, docket no. 09-1326, doc. no. 10, filed October 1, 2009);

5. *John P. Decourcy, et al.* (CTO-9, docket no. 09-501, doc. no. 8, filed September 2, 2009);

6. *Dale Danastasio, et al.* (CTO-16, docket no. 09-1332, doc. no. 110, filed November 2, 2009); and

7. *Leanna Griffin, et al.* (CTO-15, docket no. 09-1019, doc. no. 109, filed October 22, 2009).

Further, Insurco was also named as a defendant in the following United States Eastern District of Louisiana cases, which have also be transferred to this Court:

1. *Anthony Carlo Cacioppo, et al.* (docket no. 09-4840, doc. no. 1, filed July 31, 2009);

2. *Dianne J. Adam, et al.* (docket no. 09-4841, doc. no. 1, filed July 31, 2009);

3. *Noah William Hurtle, et al.* (docket no. 09-3950, doc. no. 1, filed June 23, 2009);

4. *Bernadine Johnson, et al.* (docket no. 09-4047, doc. no. 1, filed June 15, 2009);

5. *Troy Mackles, et al.* (docket no. 09-4843, doc. no. 1, filed July 31, 2009);

6. *Angelina Buras, et al.* (docket no. 09-1320, doc. no. 1, filed July 31, 2009);

7. *Louis Rabalais, et al.* (docket no. 09-4845, doc. no. 1, filed July 31, 2009);

8. *Jonathan L. Umbehagen, et al.* (docket no. 09-4844, doc. no. 1, filed July 31, 2009);

9. *Christopher J. Gabourel, et al.* (docket no. 09-4842, doc. no. 1, filed July 31, 2009); and

10. *Vanessa Roche* (docket no. 09-4225, doc. no. 1, filed July 1, 2009).

Prior to the above filing dates, this Honorable Court had issued Pretrial Order No. 24 (doc. no. 1002) on December 18, 2008. Therein, Judge Engelhardt pronounced that "[t]o the extent that any Defendant that manufactured HUD-regulated homes is omitted from this list, such Defendant may apply to the Court to be placed on the Non-Litigation Track." Patriot Homes of Texas, L.P. and/or Patriot Homes, Inc. (collectively referred to as "Patriot"), a defendant that manufactured HUD-regulated homes, was omitted from the list and is now in bankruptcy.

Insurco allegedly insured Patriot, and now various suits have been filed against it. In addition to allegedly insuring Patriot, Insurco allegedly insures two other manufacturers of HUD-regulated homes, which have already been placed on the Non-Litigation Track. Patriot was already in bankruptcy, and therefore, was not placed on the Non-Litigation Track. Liaison counsel for the Plaintiffs' Steering Committee, Manufacturing Defendants, Contractor Defendants, Non-litigation Defendants, and the U.S. Government have consented to this motion. Because Insurco was not a defendant in the instant action at the time the "list" of defendants (see doc. no. 1002, paragraph 3)

was prepared, it was omitted from that list.  Accordingly, Insurco respectfully moves the Court to be placed on the Non-Litigation Track, in accordance with Pretrial Order No. 24.

WHEREFORE, Insurco prays that it be placed on the Non-Litigation Track in this matter and that the claims asserted against it proceed in accordance therewith.

Respectfully submitted,

s/ James R. Sutterfield
JAMES R. SUTTERFIELD,T.A.(Bar # 12597)
CANDACE R. LeBLANC (Bar # 31831)
650 Poydras Street, Suite 2715
New Orleans, Louisiana 70130
Telephone:   (504) 598 -2715
Facsimile:    (504) 529 -7197
jsutterfield@swslaw.com
cleblanc@swslaw.com
**Attorneys for Insurco, Ltd.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

s/ James R. Sutterfield
SUTTERFIELD & WEBB, L.L.C.