UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 2:07-MD-1873 |
| | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | JUDGE ENGELHARDT |
| *ALL CASES* | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING THE FOREGOING EX PARTE MOTION TO BE PLACED ON NON-LITIGATION TRACK:

**IT IS HEREBY ORDERED** that Insurco's Ex Parte Motion to be Placed on Non-Litigation Track is **GRANTED**.

New Orleans, Louisiana, this _____ day of _____ 2009.

_____

**JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**