Exhibit B

# Deposition of

## CHARLES REICK, JR.

## RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

*Taken On*
*October 6, 2009*

**Transcript provided by:**

**HUTCHINGS**℠
COURT REPORTERS, LLC
CSR 649

GLOBAL LEGAL SERVICES

800.697.3210

RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION V.   October 6, 2009                          CHARLES REICK, JR.

Page 70

| | | |
|---|---|---|
| 11:55 | 1 | There was a individual part number for the label |
| | 2 | that was affixed to the unit, and there was an |
| | 3 | individual part number for the owner's manual that was |
| | 4 | installed in each unit. |
| 11:55 | 5 | Q.  And those different part numbers were part of |
| | 6 | the bill of materials for the travel trailers? |
| | 7 | A.  Yes. |
| | 8 | They're part of the bill of materials. |
| | 9 | Q.  And that is true for the FEMA travel trailers |
| 11:55 | 10 | that were built for use after Katrina? |
| | 11 | A.  That's correct. |
| | 12 | Q.  Now, with respect to the low-emitting |
| | 13 | formaldehyde products that you have discussed, were |
| | 14 | those products used in the FEMA trailers that were |
| 11:55 | 15 | supplied following Katrina? |
| | 16 | MR. BENCOMO:  Objection to the form of the |
| | 17 | question. |
| | 18 | THE WITNESS:  Yes. |
| | 19 | Low formaldehyde-emitting products were used in all |
| 11:55 | 20 | travel trailers, FEMA and dealer units. |
| | 21 | MS. DALY:  Okay. |
| | 22 | Q.  The unit involved in this case, the Dubuclet |
| | 23 | unit, was produced at Plant 40. |
| | 24 | Do you understand that? |
| 11:56 | 25 | A.  That's correct. |

RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION V.    October 6, 2009                                CHARLES REICK, JR.

Page 71

| | | |
|---|---|---|
| 11:56 | 1 | Q.  Okay. |
| | 2 | How do you know Plant 40 was utilizing LFE |
| | 3 | products? |
| | 4 | A.  They were ordering from the suppliers that were |
| 11:56 | 5 | spec'd in that met the low formaldehyde-emitting |
| | 6 | products. |
| | 7 | Q.  You mentioned in your testimony earlier that |
| | 8 | there were -- there was information sent to suppliers, |
| | 9 | which information included the requirement for LFE. |
| 11:56 | 10 | Could you explain that? |
| | 11 | A.  Suppliers were notified via a multitude of |
| | 12 | ways -- the supplier agreement, engineering bulletins, |
| | 13 | what I called a wood products manual -- that mentioned |
| | 14 | that these products needed to be low-emitting |
| 11:56 | 15 | formaldehyde, and that would be the only ones that we |
| | 16 | would use in our products. |
| | 17 | Q.  In your position in purchasing during the time |
| | 18 | that these FEMA units that were used for Katrina were |
| | 19 | produced, 2005, 2006, did it ever come to your attention |
| 11:57 | 20 | that any of your plants were concerned that they were |
| | 21 | not receiving LFE? |
| | 22 | A.  No. |
| | 23 | I had never had a complaint about those types of |
| | 24 | materials not being available. |
| 11:57 | 25 | Q.  Did there ever come a time during the |

Case 2:07-md-01873-KDE-MBN  Document 7741-2  Filed 11/23/09  Page 5 of 5

RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION V.   October 6, 2009                                    CHARLES REICK, JR.

Page 72

| | | |
|---|---|---|
| 11:57 | 1 | production of the FEMA units following Katrina that you |
| | 2 | got any -- any information that there were shortages of |
| | 3 | any particular type of LFE product? |
| | 4 | A.  The -- we did experience some shortages.  They |
| 11:57 | 5 | were an issue of the size, the dimensions of the wood. |
| | 6 | The -- we ran out of a particular size, 48 by maybe |
| | 7 | 81 inches, and we had to substitute 48 by 96.  Same |
| | 8 | product, just different dimensions, and, if not in most |
| | 9 | cases, paid an upcharge to buy a larger piece because we |
| 11:58 | 10 | couldn't get the shorter pieces. |
| | 11 | Q.  So even though you had to buy the larger piece |
| | 12 | because the supplier didn't have your usual product |
| | 13 | available, you had to pay an upcharge? |
| | 14 | A.  That's correct. |
| 11:58 | 15 | Q.  And yet, using the bigger piece, you had more |
| | 16 | waste, I assume? |
| | 17 | A.  We generated more scrap and more labor. |
| | 18 | Q.  But Fleetwood still paid the extra charge to |
| | 19 | have the LFE? |
| 11:58 | 20 | A.  That's correct. |
| | 21 | Q.  All right. |
| | 22 | In a number of documents that Fleetwood has |
| | 23 | produced relative to the production of these units used |
| | 24 | by FEMA after Katrina, there is a reference to Fleetwood |
| 11:58 | 25 | using obsolete products of various kinds. |