Exhibit C

DANNY MCBRIDE

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE:   FEMA TRAILER | * MDL NO. 07-1873 |
| | * |
| **FORMALDEHYDE PRODUCTS** | * |
| | * |
| **LIABILITY LITIGATION** | * |
| | * |
| (THIS DOCUMENT IS RELATED | * |
| | * SECTION "N" (5) |
| TO CIVIL ACTION No. | * |
| | * |
| 07-9228) | * |
| | * |
| Aldridge, et al, vs. Gulf | * |
| | * JUDGE ENGLEHARDT |
| Stream Coach, Inc., et | * |
| | * |
| Al. | * |
| | * |
| (Elisha Dubuclet on | * |
| | * |
| Behalf of Timia | * |
| | * |
| Dubuclet) | * MAG: CHASEZ |

**********************************************************
ORAL AND VIDEOTAPED DEPOSITION OF
DANNY MCBRIDE
NOVEMBER 6TH, 2009
**********************************************************

HG LITIGATION SERVICES
HGLITIGATION.COM

```
 1   for these assembly lines to draw from?
 2              MR. BENCOMO:  Object to the form of the
 3   question.
 4       A.   No.
 5       Q.   (BY MR. SAPORITO)  Where did the assembly
 6   lines 1 and 2 for public use and assembly line 3 for
 7   FEMA trailer use, where did they draw their materials?
 8       A.   From our warehouse or our mill, wherever it
 9   was -- whatever it was called for, whether it was cut
10   pieces or full pieces of material.
11       Q.   Were the -- were the materials or the
12   components for the FEMA trailer and the trailers for
13   public use to be sold through a dealership, were the
14   materials, components, the same or different?
15              MR. BENCOMO:  Object to the form of the
16   question.
17       A.   The same.
18       Q.   (BY MR. SAPORITO)  I'm sorry?
19       A.   They were the same.
20              MR. BENCOMO:  Same objection.
21       Q.   (BY MR. SAPORITO)  And the amount of time that
22   was necessary to build a travel trailer, previously you
23   estimated to be approximately a day and a half.  Is that
24   correct?
25       A.   That's correct.
```

Electronically signed by Tammy Staggs (401-029-128-2421)    bb37233f-7b2a-4712-8395-325f36313084

DANNY MCBRIDE

Page 93

1  **Q.**  Would that time frame be the same -- or would
2  that -- would that time frame be any different relative
3  to whether an assembly line was building a trailer for
4  public use and sale through a dealership or was building
5  a trailer for FEMA?
6  **A.**  It would be the same if it was the same model.
7  **Q.**  Same if it was the same model?
8  **A.**  The same if it was the same model.
9  **Q.**  Would the air-condition units and the mounting
10 of the air-condition unit on the roof of the travel
11 trailer be the same whether it was a unit to be sold
12 through a dealership or a unit going to FEMA?
13 **A.**  It would be the same.
14 **Q.**  Would the insulation that would be in the
15 ceiling cavity or the wall cavity be the same in the
16 unit whether it was going for sale through a dealership
17 or being sent to FEMA?
18 **A.**  The same.
19 **Q.**  Would the vinyl wall covering on the interior
20 walls of the unit be the same whether the unit was being
21 sold to pub- -- for public use through a dealer or being
22 sent to FEMA?
23 **A.**  It would be the same.
24 **Q.**  The structural members of the travel trailers,
25 the steel for the frame, the wood supports for the wall,

DANNY MCBRIDE

Page 94

 1   the seal, and the roof, would those materials all be the
 2   same no matter whether the unit was being built to sell
 3   for public use through a dealership or -- or the unit
 4   was being sent to FEMA?
 5              **MR. BENCOMO:  Object to the form of the**
 6   **question.**
 7       A.   All the same.
 8       Q.   (BY MR. SAPORITO)  I'm sorry?
 9       A.   All the same.
10       Q.   Mr. Bencomo asked you about Exhibit No. 7.
11              **MR. SAPORITO:  Could have I the exhibits,**
12   **please?  Just all of them would be fine.**
13              **MR. BENCOMO:  Yeah, there are a couple**
14   **that are missing.  So...**
15              **MR. SAPORITO:  Here's one or two here.**
16              **MR. BENCOMO:  Okay.  Well, let's just**
17   **make sure we have them all.**
18              **THE VIDEOGRAPHER:  Excuse me, there's a**
19   **PDA or a Blackberry that's causing interference now.  If**
20   **it's close to the microphone cable, it will cause that.**
21              **MR. BENCOMO:  It's Mr. Saporito's fault.**
22              **THE VIDEOGRAPHER:  Thank you.**
23       Q.   (BY MR. SAPORITO)  All right.  Back to my
24   question.
25              **MR. SAPORITO:  I'm looking for Exhibit**

HG LITIGATION SERVICES
HGLITIGATION.COM

DANNY MCBRIDE

Page 95

```
 1   No. 7.
 2              MR. BENCOMO:  As I said, there's -- can
 3   we just take a quick break and let's make sure we have
 4   all the exhibits?
 5              THE VIDEOGRAPHER:  Off the record
 6   everyone?
 7              MR. BENCOMO:  Yes.
 8              THE VIDEOGRAPHER:  The time is 11:30, off
 9   the record.
10              (Discussion held off the record.)
11              THE VIDEOGRAPHER:  11:31, back on the
12   record.
13     Q.   (BY MR. SAPORITO)  Mr. McBride, one of the
14   exhibits that you were shown earlier is McBride Exhibit
15   No. 7, and it is a document that's entitled FEMA Unit
16   Specification.  Do you see that?
17     A.   Yes, sir, that's correct.
18     Q.   As part of that specification, is -- does FEMA
19   tell Fleetwood to use standard construction practices?
20     A.   Yes.
21              MR. BENCOMO:  Object to the form of the
22   question.
23     A.   Yes, it does.
24              MR. BENCOMO:  Also leading.
25              MR. SAPORITO:  All right.
```

 1   rush through the FEMA units?
 2       **A.**   No, sir.
 3       **Q.**   Did you use the same general time frame to
 4   build the FEMA units as your assembly plant did to build
 5   regular units for public use to be sold for a
 6   dealership?
 7       **A.**   To a comparable unit, yes.
 8       **Q.**   You told us about having an experienced
 9   supervisor at the end of the assembly line to check on
10   the quality of the construction and to check that things
11   were done that were supposed to have been done.  Was
12   that the same process whether the unit was being built
13   for public use and sale through a dealership or as it
14   would have been for a unit being built to send to FEMA?
15       **A.**   The same.
16             **MR. BENCOMO:  Object to the form of the**
17   **question.  It's also compound.**
18       **Q.**   (BY MR. SAPORITO)  Is it the same process?
19       **A.**   It's the same.
20       **Q.**   Another exhibit that I'm looking for is
21   Exhibit No. 9 -- McBride No. 9.  Do you remember being
22   previously shown that exhibit by Mr. Bencomo?
23       **A.**   Yes, I do.
24       **Q.**   And what is the subject matter of that
25   document, Exhibit No. 9?

DANNY MCBRIDE

Page 98

```
 1      A.    It's a design change specifically for the
 2   32FSH Special FEMA Handicap Unit.
 3      Q.    And what is it -- what does it say for the --
 4   the 32FSH what?
 5      A.    Special FEMA handicap unit.
 6      Q.    All right.  And on that document, which has
 7   been introduced as McBride No. 9 -- it's actually a
 8   two-page document, isn't it?
 9      A.    That is correct.
10      Q.    Would you hold that up just to the camera just
11   for a second just so that he can clearly show that it's
12   a two-page document?
13            MR. BENCOMO:  That's why I said in globo.
14      Q.    (BY MR. SAPORITO)  And -- and the list -- the
15   list of things on that document were things that were to
16   be done for the special FEMA handicap unit; is that
17   correct?
18      A.    That is correct.
19            MR. BENCOMO:  Object to the form of the
20   question.
21      Q.    (BY MR. SAPORITO)  Is that what the title of
22   the document says, the subject matter?
23      A.    Yes, sir, it is.
24      Q.    Mr. Bencomo took you through a couple of
25   things on this form relative to deleting certain
```