Exhibit D

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 07-1873 |
| | ) | |
| FORMALDEHYDE PRODUCTS | ) | SECTION: "N" (5) |
| | ) | |
| LIABILITY LITIGATION | ) | JUDGE ENGELHARDT |

VIDEOTAPED AND ORAL DEPOSITION OF

STEVEN SMITH

VOLUME 1

    VIDEOTAPED AND ORAL DEPOSITION OF STEVEN SMITH, a witness produced at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on the 3rd day of November, 2009, from 9:15 a.m. to 12:57 p.m., before Mary LaBounty, a Certified Shorthand Reporter in and for the State of Texas, reported by machine shorthand, at Associated Court Reporters, 425 Austin Avenue, 14th Floor, Waco, Texas, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record.

Page 112

1       A.   It is a memo to me from Bill Farish who was
2   our engineering manager.
3       Q.   And this was written to you while you were an
4   employee of Fleetwood; is that right?
5       A.   That is correct.
6       Q.   And what this reflects is that due to the
7   great number of FEMA units that needed to be produced,
8   that Fleetwood suspended their longstanding practice of
9   avoiding the use of particleboard for homes --
10               MS. DALY:  Objection to the form.
11      Q.   (By Mr. Pinedo)  -- in the Gulf Coast.
12               MS. DALY:  Object to the form.
13      A.   (By the witness)  What it is, is a response to
14  a question that if we didn't have adequate OSB and we
15  were to use particleboard, was there a way of sealing
16  the particleboard, and the reason for that historically
17  in the Gulf Coast there were incidents of the particle
18  board swelling and causing floor humps.  So, from a
19  service perspective, I was adverse to using it.  I
20  didn't want to create any service problems.
21      Q.   Well, this memo seems, quote, "This means we
22  will probably be violating our longstanding practice of
23  avoiding the use of particleboard for homes going to the
24  Gulf Coast."  Is that what it states?
25      A.   That was Bill's interpretation of the question

Page 113

1  that if we had to use particleboard, but it started with
2  a question of if we have to use particleboard, we know
3  of a sealer that works on top and the edges of the
4  board.  Can we do it all the way around the board, which
5  meant on the bottom, and Bill's answer says that you
6  can't do that because it doesn't let the glue bond to
7  the joist work.
8              THE REPORTER:  The glue bond?
9              THE WITNESS:  Glue bond to the floor
10 joist.
11             THE REPORTER:  Floor joist.
12      Q.   (By Mr. Pinedo)  The memo starts out, "The
13 word from our supplier is that we will have to be
14 prepared to use any and all types and brands of floor
15 decking during our crash FEMA production;" is that
16 right?
17      A.   That's the way it starts out.
18      Q.   And "crash FEMA production" is producing a lot
19 of units for FEMA?
20      A.   Right.  They had a very tight time frame and
21 wanted to ramp production up very quickly.
22      Q.   Did Fleetwood indeed violate their
23 longstanding practice of avoiding the use of
24 particleboard for homes going to be used in the Gulf
25 Coast?

1       A.   Yeah, I -- I can't specifically say.  My
2  recollection is that we did not have to, but I can't
3  specifically say on the particleboard issue.
4       Q.   But at least here what this memo is talking
5  about, due to the great number of units that need to be
6  prepared Fleetwood was looking at violating some of
7  their own internal practices; is that right?
8       A.   We reviewed products that we would need to
9  build the FEMA orders in the time frame that we had to
10 build them in, the availability of materials, and there
11 were a couple of products that were in question.  And,
12 you know, rather than wait till -- till it happens, we
13 address the issues ahead of it that if it did happen,
14 then what do we need to do to make sure that we don't
15 create and introduce any unnecessary service issues or
16 product issues in the field.
17      Q.   Did Fleetwood indeed violate their
18 longstanding practice of avoiding the use of
19 particleboard for homes going to be used in the Gulf
20 Coast?
21      A.   Yeah.  As I just stated, I don't think that we
22 had to, but on the issue of the flooring or the
23 particleboard, I don't know for absolute sure.
24      Q.   Well, Fleetwood to your knowledge didn't make
25 two types of travel trailers, one type to be used in the

1    Gulf Coast and one type to be used in the rest of the
2    nation, did they?
3         A.   I have no idea on travel trailers.  It's my
4    understanding it was their standard run product with the
5    exception of holding tanks and a couple of little things
6    much as it was with the manufactured housing.  It was
7    standard product.
8         Q.   And you would agree with me that if Fleetwood
9    had a policy that particleboard should not be used in
10   manufactured housing in the Gulf Coast, likewise, it
11   would not be a good idea to have particleboard in travel
12   trailers used in the Gulf Coast, would it?
13        A.   That's not necessarily true.  As director of
14   service, I spent a lot of time researching issues, and,
15   you know, to us a floor issue is a major issue.  It
16   really inconveniences the customer and is difficult to
17   repair.  But in manufactured housing, we did establish
18   through tests and following units over long periods of
19   time and help of some outside agencies and information
20   that particleboard actually performed quite well with a
21   lower incident of service than any other products except
22   when the home was not properly sited.  If there was wet
23   conditions under the home and the bottom vapor barrier
24   was damaged and not repaired and it was extremely humid
25   conditions, then it could result in -- in swelling of