Exhibit E

# Transcript of the Testimony of
# Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

### Date taken: October 22, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN Document 7741-5 Filed 11/23/09 Page 3 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)  Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 94

1   it had an owner's manual in it?
2        A.   That was my instruction.
3        Q.   Who did you receive that
4   instruction from?
5        A.   No, that was my instruction to my
6   people.
7        Q.   Okay.  Sir, I'm going to hand you
8   a document which is marked Exhibit 18.
9   (Exhibit No. 18 marked for identification.)
10            This document is assigned
11  identification numbers FLE-00001942 through
12  1955.  It's copied on front and back and
13  it's titled on the first page FEMA
14  Procedures Storage Site Manual, Fall 2005.
15  And it has on the front of it the FEMA logo,
16  a Morgan logo and a Fleetwood logo.  Have
17  you seen this document before?
18       A.   Yes, sir.
19       Q.   Are you familiar with this
20  document?
21       A.   Yes, sir.
22       Q.   Do you know who put this document
23  together?
24       A.   Yes, sir.
25       Q.   Who?

Case 2:07-md-01873-KDE-MBN Document 7741-5 Filed 11/23/09 Page 4 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)   Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 95

```
 1      A.   Doug Henriquez of Fleetwood.
 2      Q.   Do you know when he put this
 3   document together?
 4      A.   It was prior to Katrina/Rita.
 5      Q.   Did you or anyone from Morgan have
 6   any input into the production of this
 7   document?
 8      A.   No, sir.  As a matter of fact, we
 9   rejected it.
10      Q.   When you say you rejected it, what
11   do you mean?
12      A.   It was a proposal from Doug
13   Henriquez as he thought the procedure should
14   be at the staging area for manufactured
15   housing.
16      Q.   Was this manual ever used by
17   Morgan for any of the units produced or
18   provided to FEMA?
19      A.   No, sir.  I rejected it before
20   Katrina/Rita response.
21      Q.   If I ask you to turn to the third
22   page, which is Bates stamped FLE-00001944,
23   halfway down there, you see where it says:
24   Do not include?
25      A.   Yes, sir.
```