**Farish, Bill**

**From:** Farish, Bill
**Sent:** Monday, September 26, 2005 8:57 AM
**To:** 'Dick Reinhard'
**Cc:** Angie Udelhofen; Jim Husom
**Subject:** RE: FEMA and IBTS

You already have all of the PFS plants, correct? I sent that last week.

As to the start dates I only know some start late this week and most of the others start next week. We have to have all 3,000 shipped by end of November!

-----Original Message-----
From: Dick Reinhard [mailto:DReinhard@PFSCorporation.com]
Sent: Monday, September 26, 2005 7:52 AM
To: Farish, Bill
Cc: Angie Udelhofen; Jim Husom
Subject: FEMA and IBTS

Bill,
IBTS is bugging PFS for some more exact data on which plants will be building FEMA units, and when are they starting. You can bet IBTS is going to be paying many ,if not all of them a visit. Do you know that yet, and/or when you do can you relay that info to me?
Thanks, Dick

Confidential

FLE-00000621