**Farish, Bill**

| | |
|---|---|
| From: | Farish, Bill |
| Sent: | Friday, September 23, 2005 4:11 PM |
| To: | 'Dick Reinhard' |
| Cc: | Jim Husom; Jim Rothman; Ted Gugliotta (Gugliotta, Ted) |
| Subject: | RE: FEMA Units & the IPIA |

Dick,
For now I think it best to ask your inspectors to focus on the DAPIA approved drawings rather than trying to understand or interpret the FEMA specs.

As to the smoke alarm in the bathroom - it is on the approved drawing (and the FEMA specs) so that should not be an inspection issue. If we get permission from FEMA to delete this smoke alarm in the bath (as we are trying to do) then we will revise the approved floor plan and that will dictate what should be inspected.

Our production rates are going to put enough pressure on your staff. I don't want them burdened trying to learn what "child-proof locks" or "quick recovery" is. Bill

-----Original Message-----
From: Dick Reinhard [mailto:DReinhard@PFSCorporation.com]
Sent: Friday, September 23, 2005 11:52 AM
To: Farish, Bill
Cc: Jim Husom; Jim Rothman
Subject: FEMA Units & the IPIA

Bill,
I think we need to arrive at some philosophical understanding as to how much Fleetwood wants its IPIA to be a part of the FEMA Inspection process.

Consider: The IPIA must inspect to the HUD Standard and to any other items shown on a DAPIA-approved drawing, even if they are above and beyond the code.

For example, of all the spec variations we have seen for the "FEMA" home, every dwg shows a smoke alarm in the bathroom. If the IPIA Inspector goes into the bathroom of a FEMA home and doesn't see a smoke alarm in there, he is obligated to cite that. The argument that it is beyond the HUD code (and probably dumb as well) may be true, but it doesn't mean it can be omitted.

Here is a slightly different example: both the FEMA Lite spec and the Ruggedized spec call for a 1.2 cu. ft microwave with a childproof lock (Frankly, I don't even know what that means)....but....if that is shown on a DAPIA dwg, the IPIA would be obligated to look for it. If it doesn't show on a dwg, what do you want the IPIA to do?

The question becomes, how much involvement do you want from the IPIA in checking for conformance to FEMA's specs?

Let me know, and I will pass it on to our inspectors. They are asking how much they should do.

Dick Reinhard PE
Mgr. Manufactured Housing Operations
Phone: 608-224-5528 (Direct)
Fax:   608-221-0180
dreinhard@pfscorporation.com

1