# Farish, Bill

| | |
|---|---|
| From: | Gugliotta, Ted |
| Sent: | Tuesday, October 25, 2005 4:58 PM |
| To: | Farish, Bill |
| Subject: | Lippert new tire bill back information-FEMA |

FYI

-----Original Message-----
| | |
|---|---|
| From: | Schwartz, Jim |
| Sent: | Tuesday, October 25, 2005 4:51 PM |
| To: | Anderson, Skip; Burrow, Troy; Douglas, Danny; Fox, Randy; Gugliotta, Ted; Henriquez, Doug; Hertzog, Charles; Hunter, Robert; Icard, Greg; Jeffrey, Chuck; Kelley, Mike; Kolaskey, Philip; Lindsay, Ricky; Maler, Tami; McCartney, Jerry; Mitchell, Allison; Murphy, Jeff; Opitz, Marc; Pendleton, Brent; Pippin, Carson; Rogers, Mike; Schwartz, Jim; Skipper, D'Lane; Stanaland, Paul; Tinsley, Jon; Webster, Joey; Weinberg, Bill; Williams, Paul; Winter, Gerry |
| Cc: | scottme@lci1.com |
| Subject: | FW: Lippert new tire bill back information-FEMA |

We are having random blow out issues at some of our plants that are using the new tire from Lippert on FEMA units. Air pockets are forming on the sidewall and blowing the tire. The brand is a load range G, 14ply "Rollmax low boy" tire. You are authorized to bill back Lippert for repairs to the unit caused by the blow out, replacement tire for the truck driver ($44.00ea) and his tire change fee of $7.50 per tire as priced on the freight bill. The Eastern Region can also bill back for the OSB/Plywood put over each tire to protect the unit at $12 for labor and $9 material for a total of $21 per home( per Jimmy Phillips).

Please fax your shipping ticket to 269-585-6006 Attn: Scott Meiner. Lippert will issue a credit memo for each shipper. Be sure to have the back up paperwork for each repair and a defective tire for each replacement tire. Lippert will want the exchanged tires back. They will make arrangements to pick up next month.

Any questions, please call.

Jim Schwartz
Sourcing Manager/Corporate Contracts Group
Fleetwood Enterprises Inc.
951-351-3680
951-351-3348 Fax
jim.schwartz@fleetwood.com

1

Confidential FLE-00000733

# FEMA Weight Data - Model 2603D

as of 10-17-05

 of 10-4-05

| | Lane McDuff | Triangle | Triangle used by 27-1&2 |
|---|---|---|---|
| | 1,150 lbs | 1,420 lbs | - Total Furniture weight (~29 total pcs.) |
| | 196 lbs | 196 lbs | - Total AC equipment weight (4 total pcs.) |
| | 1,346 lbs | 1,616 lbs | |

| | 3 axles | 4 axles | | | |
|---|---|---|---|---|---|
| | 15,240 | 20,320 | 800 x 10 ply tires (E) | 2,540 | lbs / tire |
| | 16,740 | 22,320 | 800 x 12 ply tires (F) | 2,790 | lbs / tire |
| | 18,000* | 24,000* | 800 x **14 ply** tires (G) | 3,040 | lbs / tire |

\* Note: with 14 Ply Tires, axle capacity governs

OCT 18 2005

| Plant | Date | Total Weight With Furniture and AC | Total Weight With Out Furniture and AC | Headboard to Axle CL Distance | Hitch | Hitch % of Total | Axle Weight Front Door Side | Axle Weight Back Door Side | Total Axle | # of Axles | Tires | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 10-3 | 20,040 | | 38' - 11" | 4580 | 22.85% | 7,770 | 7,760 | 15,460 | 3 | 14 ply | Weighed away from Plant at Certified scales (Equalizer Inc) |
| 84 | | | | | | | | | | | | |
| 86 | | | | | | | | | | | | |
| 27-1 | 9-27 | 18,200 | | 38' - 6" | 4,400 | 24.18% | 8,600 | 5,200 | 13,800 | 3 | 14 ply | Weighed by Plant with in Plant scales |
| | 9-28 | 19,700 | | 38' - 6" | 4,100 | 20.81% | 7,800 | 7,800 | 15,600 | | | Same home next day. Re-distributed furniture. Bad scales? |
| 27-2 | 10-3 | 21,100 | | 39' - 11" | 4,400 | 20.85% | 8,680 | 8,020 | 16,700 | 3 | 14 ply | Weighed by Plant with in Plant scales |
| 45 | 10-3 | 19,880 | | 38' -5" | 4,040 | 20.32% | | | 15,840 | 3 | 14 ply | Weighed away from Plant at a State of KY Scale site. First 10 homes built with 4 axles. Moving forward will use 3 axles + 14 ply Tires |
| 55 | | | | | | | | | | 4 | 10 ply | Until told otherwise, will use 4 axles + 10 Ply Tires |
| 19 | 9-28 | | 20,960 | 37' - 7" | 3,900 | 18.61% | | | 17,060 | 3 | 14 ply | 1st home, Weighed by Plant with in Plant scales |
| | | | | | | | | | | 4 | 10 ply | Until told otherwise, will use 4 axles + 10 Ply Tires |
| 22 | | | | | | | | | | 4 | 10 ply | Until told otherwise, will use 4 axles + 10 Ply Tires |
| 41 | 9-30 | 20,680 | | 38' - 11 | 4,525 | 21.88% | | | 16,155 | 3 | 14 ply | Weighed at Plant by NC DMV |
| 07 | 9-29 | | 19,600 | 38' - 6" | 3,600 | 18.37% | 9,000 | 7,000 | 16,000 | 3 | 14 ply | Weighed by Plant with in Plant scales |
| 34 | 10-17 | 20,740 | | | 4660 | 22.47% | | | 16,080 | 3 | 14 ply | Weighed away from Plant at Certified Automated Truck Scales |
| 35 | 10-17 | 20,640 | | 38' - 9" | 4,420 | 21.41% | | | 16,220 | 3 | 14 ply | Weighed away from Plant at Certified Automated Truck Scales. The Gross Wt is the Certified Weight and was weighed on a full length platform scale |
| 75 | | | | | | | | | | | | |

Confidential

FLE-00000734



OCT 18 2005

Confidential
FLE-00000735

# Farish, Bill

**From:** Gugliotta, Ted
**Sent:** Wednesday, October 05, 2005 1:19 PM
**To:** Farish, Bill
**Subject:** FW: FEMA

FYI

Next time we talk, I'll give you the latest since Doug's e-mail.

-----Original Message-----
From: Henriquez, Doug
Sent: Wednesday, October 05, 2005 7:37 AM
To: Gugliotta, Ted
Subject: FW: FEMA

Ted,

Given the severity of our transportation system, and the multiple destinations we may ship, I think we need to use 4 axles on all FEMA units.  I realize this is overkill, but the precaution may save us in the long run on this project.  I would like to review this with you, and maybe we should review with the RVP's?  Your thoughts?


Doug Henriquez
(P) 512-986-4092
(F) 512-528-8959
(Cell) 281-381-6138



-----Original Message-----
From: Beverly Morgan [mailto:bky@bennettig.com]
Sent: Wednesday, October 05, 2005 9:15 AM
To: Rosie Garbutt
Subject: FEMA

UPDATE FROM BENTON KY  WE ARE STILL WAITING ON FLOORING AND DESTINATION.. WHEN I LEFT YEATERDAY THEY HAD 15 HOUSES ON THE YARD.

I HAD TWO DRIVERS PICK UP IN GALLATIN THIS MORNING. THEY HAVE BEEN 65 MILES AND BLOWN 3 TIRES.  THEY MET DRIVERS COMING BACK FROM LA  AND HE TOLD THEM HE HAD 12 FLATS LAST TRIP.

THANKS BEV

1

# Farish, Bill

**From:** Henriquez, Doug
**Sent:** Tuesday, October 04, 2005 2:28 PM
**To:** Gugliotta, Ted; Hardison, Jim
**Cc:** Farish, Bill
**Subject:** RE: Fleetwood FEMA # axles

I sent a note back to Dan earlier stating that we have not shipped any homes except DynCorp.
None of which were 14 X 70's.

I thought this was dead this morning.

Doug Henriquez
(P) 512-986-4092
(F) 512-528-8959
(Cell) 281-381-6138

-----Original Message-----
From: Gugliotta, Ted
Sent: Tuesday, October 04, 2005 4:26 PM
To: Henriquez, Doug; Hardison, Jim
Cc: Farish, Bill
Subject: Fleetwood FEMA # axles

Doug / Jim,

Just got a copy of this e-mail and, while I wait for Dan to call me back, I wanted you to know that I am following up on it.

Based on the weight and the box size, it appears that Rosie is talking about last years homes.

I will share what I learn.

-----Original Message-----
From: Dan McaNeil <dan.macneil@bennettig.com>
To: Hardison, Jim <Jim.Hardison@fleetwood.com>; Pendleton, Brent <Brent.Pendleton@fleetwood.com>
Sent: Tue Oct 04 09:14:12 2005
Subject: FW: Fleetwood FEMA # axles


------ Forwarded Message
From: Rosie Garbutt <rosie.garbutt@bennettig.com>
Date: Tue, 04 Oct 2005 12:04:47 -0400
To: Dan MacNeil <dan.macneil@bennettig.com>
Cc: Tim Baker <tim.baker@bennettig.com>, Ruby Davis <ruby.davis@bennettig.com>
Subject: Fleetwood FEMA # axles

Dan,
All of the Fleetwood plants in our area GA, NC, TN, and KY are putting 3 axles on the FEMA houses. The TN terminal has been having all kinds of flat tires on the houses they have shipped in the last 2 days. Nell had a 14x70 FEMA unit from Plant 35 weighed this morning with all furniture and A/C unit loaded in it and it weighed 24,400 lbs.

Thanks,
Rosie

1

## Farish, Bill

| | |
|---|---|
| **From:** | Gugliotta, Ted |
| **Sent:** | Tuesday, October 04, 2005 11:46 AM |
| **To:** | Henriquez, Doug |
| **Cc:** | Phillips, Jimmy; Johnson, Kent; Pendleton, Brent; Schwartz, Jim; Tinsley, Jon; Smith, Steve; Farish, Bill; Walters, John; Gradillas, Frank; Braun, Dave |
| **Subject:** | Axles and Tires |

Doug and all others,

Please, this info is for internal use only.

Here's a recap leading up to today....

- Based on an initial weight from 27-1
  - Provided initial direction... 3 axles + min. 10 ply tires

- Based on a re-weigh at 27-1 and weights from 07 & 19
  - Directed 19, 22, 45 & 55 to use     4 axles + 10 ply tires
  - Directed all others to use          3 axles + 14 ply tires
  - <u>Directed 12, 45, 41 & 35 to provide weights</u>

Attached is the FEMA weight information that has been collected.

The off site 3rd Party weights from Plants 12, 45 and 41 ( whose gross weights are within 4% of each other) appear to be the most appropriate to base our decisions on. As for the overall wide spread in weights collected (when adding furniture weight as needed, from: 17,386 to 22,306....a 28% spread), no comment at this time.

Jimmy, Kent and I will review the data before day's end and provide final direction.

Right now it's looking like 3 Axles and 14 Ply Tires works, but because of the distance, Plants 19, 22 & 55 may be directed to continue using 4 Axles and 10 Ply Tires.



FEMA WEight
Data.pdf (12 KB)

-----Original Message-----
**From:** Henriquez, Doug
**Sent:** Tuesday, October 04, 2005 6:39 AM
**To:** Phillips, Jimmy; Johnson, Kent; Gugliotta, Ted
**Subject:** Axles and Tires

As part of our competitive bid, we need to provide a carriage transportation system that is dependable, nearly flawless.
I have been asked to review the 3 axles, and tire ply given the construction weight of the units.
Please keep in mind the furniture and AC weight.

What are your thoughts around this concern?

<< OLE Object: Picture (Metafile) >>
**Doug Henriquez**
*Director, Business Development Group*
Fleetwood Housing

1

Confidential

## FEMA Weight Data - Model 2603D

as of 10-4-05

| | Lane McDuff | Triangle | Triangle used by 27-1&2 |
|---|---|---|---|
| | 1,150 lbs | 1,420 lbs | - Total Furniture weight (~29 total pcs.) |
| | 196 lbs | 196 lbs | - Total AC equipment weight (4 total pcs.) |
| | 1,346 lbs | 1,616 lbs | |

| 3 axles | 4 axles | | | |
|---|---|---|---|---|
| 15,240 | 20,320 | 800 x 10 ply tires (E) | 2,540 | lbs / tire |
| 16,740 | 22,320 | 800 x 12 ply tires (F) | 2,790 | lbs / tire |
| 18,000* | 24,000* | 800 x 14 ply tires (G) | 3,040 | lbs / tire |

\* Note: with 14 Ply Tires, axle capacity governs

| Plant | Date | Total Weight With Furniture and AC | Total Weight With Out Furniture and AC | Headboard to Axle CL Distance | Hitch | Hitch % of Total | Axle Weight Front Door Side | Axle Weight Back Door Side | Total Axle | # of Axles | Tires | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 10-3 | 20,040 | | 38' - 11" | 4580 | 22.85% | 7,770 | 7,760 | 15,460 | 3 | 14 ply | |
| 84 | | | | | | | | | | | | |
| 86 | | | | | | | | | | | | |
| 27-1 | 9-27 | 18,200 | | 38' - 6" | 4,400 | 24.18% | 8,600 | 5,200 | 13,800 | 3 | 10 ply | Weighed by Plant with in Plant scales |
| | 9-28 | 19,700 | | 38' - 6" | 4,100 | 20.81% | 7,800 | 7,800 | 15,600 | | | Same home next day. Re-distributed furniture. Bad scales? |
| 27-2 | 10-3 | 21,100 | | 39' - 11" | 4,400 | 20.85% | 8,680 | 8,020 | 16,700 | 3 | 14 ply | Weighed by Plant with in Plant scales |
| 45 | 10-3 | 19,880 | | | 4,040 | 20.32% | | | 15,840 | 3 | 14 ply | |
| | | | | | | | | | | | | First 10 homes built with 4 axles. Moving forward will use 3 axles + 14 ply Tires |
| 55 | | | | | | | | | | 4 | 10 ply | Until told otherwise, will use 4 axles + 10 Ply Tires |
| 19 | 9-28 | | 20,960 | | 3,900 | 18.61% | | | 27,000 | 3 | 14 ply | 1st home, Weighed by Plant with in Plant scales |
| | | | | | | | | | | 4 | 10 ply | Until told otherwise, will use 4 axles + 10 Ply Tires |
| 22 | | | | | | | | | | 4 | 10 ply | Until told otherwise, will use 4 axles + 10 Ply Tires |
| 41 | 9-30 | 20,680 | | | 4,525 | 21.88% | | | 16,155 | 3 | 14 ply | |
| 07 | 9-29 | | 19,600 | 38' - 6" | 3,600 | 18.37% | 9,000 | 7,000 | | 3 | 14 ply | Weighed by Plant with in Plant scales |
| 34 | | | | | | | | | | | | |
| 35 | 10-04 | | 16,040 | 40 - 6" | 4,500 | | | | 11,540 | 3 | 14 ply | |
| | | | | | | | | | | | | This weight does not appear accurate. Will reduce axle CL from 40' - 6" to ~ (38'-6" to 39'-0") |
| 75 | | | | | | | | | | | | |

FLE-00000739

**Farish, Bill**

| | |
|---|---|
| From: | Gugliotta, Ted |
| Sent: | Friday, September 30, 2005 2:01 PM |
| To: | Farish, Bill; Walters, John; Gradillas, Frank; Braun, Dave; Pendleton, Brent; Schwartz, Jim; Tinsley, Jon |
| Subject: | FEMA Weight Data |

FYI

-----Original Message-----
From: Gugliotta, Ted
Sent: Friday, September 30, 2005 1:54 PM
To: Wrye, Buddy; Johnson, Kent
Cc: Parma, Ray; Kemp, Randy; Graves, Bill; Farris, Garlin; Comer, Walter
Subject: FEMA Weight Data

FYI

-----Original Message-----
From: Gugliotta, Ted
Sent: Friday, September 30, 2005 1:42 PM
To: Phillips, Jimmy
Subject: FEMA Weight Data

As of now, because of the weight uncertainty and the travel distance, 19, 22, 45 & 55 have been directed to use 4 axles.

I've just added 41's info (they had NC DMV weigh the home) and it helps support 3 axles with 14 Ply's.

We should know more when we get weights from 12 & 35.

FEMA WEight Data.pdf (10 KB)

-----Original Message-----
From: Gugliotta, Ted
Sent: Friday, September 30, 2005 12:47 PM
To: Phillips, Jimmy
Subject: FEMA Weight Data

Jimmy,

From what I understand....

12 will obtain an off site third party certified weight.
27 is looking to get a third party weight
35 will obtain an off site third party certified weight.
41 will have DOT come to the Plant

Once the above is done we should be able to make a good decision.

For now, with AC & Furniture @ 1,550 lbs and if we target hitch wt to be ~22% of gross, I believe that 3 axles with new 14 Ply Tires should work.

Please call me.

1

Confidential                                                                                                                                                       FLE-00000740

## FEMA Weight Data - Model 2603D

as of 9-30-05

1,420 lbs - Total Furniture weight 29 total pcs.)
196 lbs - Total AC equipment weight (4 total pcs.)
1,549 lbs

|  | 3 axles | 4 axles |  |  |  |
|---|---|---|---|---|---|
|  | 15,240 | 20,320 | 800 x 10 ply tires  (E) | 2,540 | lbs / tire |
|  | 16,740 | 22,320 | 800 x 12 ply tires  (F) | 2,790 | lbs / tire |
|  | 18,240 | 24,320 | 800 x 14 ply tires  (G) | 3,040 | lbs / tire |

| Plant | Date | Total Weight With Furniture and AC | Total Weight With Out Furniture and AC | Headboard to Axle CL Distance | Hitch | Hitch % of Total | Axle Weight Front Door Side | Axle Weight Back Door Side | Axle Weight Total Axle | # of Axles | Tires | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 |  |  |  | 38' - 11" |  |  |  |  |  | 3 |  |  |
| 84 |  |  |  |  |  |  |  |  |  |  |  |  |
| 86 |  |  |  |  |  |  |  |  |  |  |  |  |
| 27-1 | 9-27 | 18,200 |  | 38' - 6" | 4,400 | 24.18% | 8,600 | 5,200 | 13,800 | 3 | 10 ply | Weighed by Plant with in Plant scales |
|  | 9-28 | 19,700 |  | 38' - 6" | 4,100 | 20.81% | 7,800 | 7,800 | 15,600 |  |  | Same home next day. Re-distributed furniture. Bad scales? |
| 27-2 |  |  |  |  |  |  |  |  |  |  |  |  |
| 45 |  |  |  |  |  |  |  |  |  |  |  |  |
| 55 |  |  |  |  |  |  |  |  |  |  |  |  |
| 19 | 9-28 |  | 20,960 |  | 3,900 | 18.61% |  |  |  | 3 | 14 ply | Weighed by Plant with in Plant scales |
|  |  |  |  |  |  |  |  |  |  |  |  | Moving forward, will use 4 axles + 10 Ply Tires, until certified weights prove otherwise |
| 22 |  |  |  |  |  |  |  |  |  |  |  |  |
| 41 | 9-30 | 20,680 |  |  | 4,525 | 21.88% |  |  | 16,155 | 3 | 14 ply | Weighed by NC DMV |
| 07 | 9-29 |  | 19,600 | 38' - 6" | 3,600 | 18.37% | 9,000 | 7,000 |  | 3 | 14 ply | Weighed by Plant with in Plant scales |
| 34 |  |  |  |  |  |  |  |  |  |  |  |  |
| 35 |  |  |  |  |  |  |  |  |  |  |  |  |
| 75 |  |  |  |  |  |  |  |  |  |  |  |  |

Confidential

FLE-00000741

## Farish, Bill

| | |
|---|---|
| From: | Hardison, Jim |
| Sent: | Friday, September 30, 2005 8:23 AM |
| To: | Wright, Dennis; Bailey, John; Comer, Walter; Farris, Garlin; Futch, James; Garner, Bill; Graves, Bill; Haklin, Hank; Harker, Scott; Kemp, Randy; Parma, Ray; Regan, Joe; Weaver, Randy; Winter, Gerry; Anderson, Skip; Burrow, Troy; Douglas, Danny; Fox, Randy; Gugliotta, Ted; Hertzog, Charles; Hunter, Robert; Icard, Greg; Jeffrey, Chuck; Kelley, Mike; Kolaskey, Philip; Lindsay, Ricky; Maler, Tami; McCartney, Jerry; Mitchell, Allison; Murphy, Jeff; Opitz, Marc; Pendleton, Brent; Pippin, Carson; Rogers, Mike; Schwartz, Jim; Skipper, D'Lane; Stanaland, Paul; Tinsley, Jon; Webster, Joey; Weinberg, Bill; Williams, Paul |
| Cc: | Henriquez, Doug; Leidig, Jason; Kepford, Charles; Farish, Bill |
| Subject: | Brake Wiring re: Meeting Information Followup |

Please refer to the note below from Ted Gugliotta regarding a question that has been raised regarding brake wiring...specifically the gauge of wire required. The DAPIA is the governing document. We'll remove the reference to a specific wire gauge in the shipping and receiving document.

-----Original Message-----
| | |
|---|---|
| From: | Gugliotta, Ted |
| Sent: | Friday, September 30, 2005 8:19 AM |
| To: | Henriquez, Doug |
| Cc: | Pendleton, Brent; Tinsley, Jon; Hardison, Jim |
| Subject: | FW: Meeting Information Follow Up |

On the attached shipping and receiving doc, the "Brake lighting wiring requires **10 gage** wire to the hitch" is not correct. Plants will use either 12 or 10 gauge depending on whether they use 1 or 2 brake axles respectively.

Our Dapia provides the detail.


09-15-0001.01.pdf
(44 KB)

Can you update the doc and get the word out. One Plant called thinking the shipping doc was providing direction on what wire size to use. There may be others.

Thank you.

1

**Farish, Bill**

| | |
|---|---|
| From: | Gugliotta, Ted |
| Sent: | Tuesday, September 27, 2005 12:57 PM |
| To: | Farish, Bill; Walters, John; Gradillas, Frank; Braun, Dave |
| Subject: | FEMA weights |

FYI

| | |
|---|---|
| From: | Owen, Joe |
| Sent: | Tuesday, September 27, 2005 12:49 PM |
| To: | Tinsley, Jon |
| Cc: | Gugliotta, Ted |
| Subject: | FEMA Tires |

We weighed our first Fema in Gallatin this morning.

One sidewall was 8,600. This is too heavy for 3 E-Series tires, which are 10 ply tires. Each tire handles 2,540lbs, so 3 will carry 7,620.

That is the tire that Purchasing has bought for use on FEMA homes.

With only three axles, we need G-Series 14 ply tires, which carry 3,040lbs each.

Add axle or buy 14 ply tires?

# Joe Owen

| | |
|---|---|
| From: | Woodcock, James |
| Sent: | Tuesday, September 27, 2005 9:16 AM |
| To: | Graves, Bill |
| Cc: | Opitz, Marc; Burrow, Troy |
| Subject: | FEMA weights |

Guys,

We weighed the FEMA unit this morning and according to the scales we are at 18,200 total weight with the hitch being at 24.2%. This allows us to continue using only 1 brake and 2 idlers.

Thanks,

**James Woodcock**
**Quality Assurance**
**MC-27-1**

1

Confidential                                                                                                          FLE-00000743

**Farish, Bill**

| | |
|---|---|
| **From:** | Gugliotta, Ted |
| **Sent:** | Tuesday, September 27, 2005 12:55 PM |
| **To:** | Farish, Bill; Walters, John; Gradillas, Frank; Braun, Angie |
| **Subject:** | FW: FEMA weights |

FYI

-----Original Message-----

| | |
|---|---|
| **From:** | Graves, Bill |
| **Sent:** | Tuesday, September 27, 2005 11:26 AM |
| **To:** | Johnson, Kent; Gugliotta, Ted; Wrye, Buddy |
| **Subject:** | FW: FEMA weights |

FYI

| | |
|---|---|
| **From:** | Woodcock, James |
| **Sent:** | Tuesday, September 27, 2005 9:16 AM |
| **To:** | Graves, Bill |
| **Cc:** | Opitz, Marc; Burrow, Troy |
| **Subject:** | FEMA weights |

Guys,

We weighed the FEMA unit this morning and according to the scales we are at 18,200 total weight with the hitch being at 24.2%. This allows us to continue using only 1 brake and 2 idlers.

Thanks,

**James Woodcock**
**Quality Assurance**
**MC-27-1**

1

Confidential  FLE-00000744