**Farish, Bill**

**From:** Farish, Bill
**Sent:** Tuesday, October 11, 2005 6:02 AM
**To:** Stapleton, Charles
**Cc:** Buddy Wrye (Wrye, Buddy); Steve Smith (Smith, Steve); Irv Hill (Hill, Irv); Ted Gugliotta (Gugliotta, Ted); Marisella Rivera (Rivera, Marisella); Robert Garcia (Garcia, Robert); Ornella Atwell (Atwell, Ornella)
**Subject:** RE: Protecting Particleboard

Charles,
Do not use the BioGreen with OSB. It will prevent the glue (either PVA or Alpha) from bonding with the floor joist.

BioGreen should only be used to protect particleboard (like G-P NovoDeck).
Bill

-----Original Message-----
**From:** Stapleton, Charles
**Sent:** Tuesday, October 11, 2005 5:47 AM
**To:** Farish, Bill
**Subject:** FW: Protecting Particleboard

are you saying we should NOT use it with OSB or that the test show we dont get as good of a bond with OSB??
-----Original Message-----
**From:** Smith, Steve
**Sent:** Monday, October 03, 2005 11:07 AM
**To:** Stapleton, Charles; Wrye, Buddy; Hill, Irv
**Subject:** FW: Protecting Particleboard

Test results of sealer on the bottom of particle board decking.

Steve
-----Original Message-----
**From:** Farish, Bill
**Sent:** Monday, October 03, 2005 8:03 AM
**To:** Steve Smith (Smith, Steve)
**Cc:** Ted Gugliotta (Gugliotta, Ted); Ron St Onge (St Onge, Ron); Brent Pendleton (Pendleton, Brent); Jon Tinsley (Tinsley, Jon); Robert Garcia (Garcia, Robert); Marisella Rivera (Rivera, Marisella); Mark Handian (Handian, Mark); Ornella Atwell (Atwell, Ornella); John Walters (Walters, John); Dave Braun (Braun, Dave); Frank Gradillas (Gradillas, Frank); Jack Woolard (Woolard, Jack); Tejada, Sergio
**Subject:** Protecting Particleboard

Steve,
Attached is a summary of the testing you requested.
Bill

10/11/2005

Confidential                                                              FLE-00000797

# MEMORANDUM

BF5-080

To:       Steve Smith

From:     Bill Farish

Subject:   Moisture Treating Particleboard

Date:      Oct. 3, 2005

**HOUSING GROUP**                                            *Fleet*wood Enterprises®

The word from our suppliers is that we will have to be prepared to use any and all types and brands of floor decking during our crash FEMA production. This means we will probably be violating our long-standing practice of avoiding the use of particleboard for homes going to the Gulf coast.

In order to provide added moisture protection to the particleboard it has been suggested to paint the entire bottom surface of the floor decking with the floor sealer we currently use to comply with 3280.305(g)(2). But since this product is usually only used on the top of the floor decking the question has been raised as to what effect this product would have on the strength of the bond of the decking to the floor joists.

Engineering has run a series of small-scale tests on Bio/Green #1400 floor sealer to see comparative shear strength of various combinations of decking and adhesives. The results show that the Bio/Green product has no negative effect on the shear strength of either PVA or urethane (Alpha) adhesives. The tests did show, however, that Bio/Green inhibits the proper bonding of both adhesives with OSB.

Base on these tests I would say that Bio/Green #1400 has no adverse affect on the structural integrity of the floor decking/joist system when applied to the lower surface of particleboard decking.

Engineering has yet to do any testing to verify the effectiveness of this product on the prevention of water vapor problems with particleboard, nor has it studied any other possible problems, such as the possible prevention of overly dry board from stabilizing to normal moisture content.

cc – Ted Gugliotta, Ron St. Onge, Brent Pendleton, Jon Tinsley, Ornella Atwell, Robert Garcia, Mark Handian, Marisella Rivera, John Walters, Frank Gradillas, Dave Braun

# Farish, Bill

| | |
|---|---|
| **From:** | Farish, Bill |
| **Sent:** | Friday, September 30, 2005 10:12 AM |
| **To:** | Ted Gugliotta (Gugliotta, Ted) |
| **Cc:** | Robert Garcia (Garcia, Robert) |
| **Subject:** | FW: Moisture seal for replacement floor decking |

Ted,
I will consider how to write a test summary for this one issue.
Bill

-----Original Message-----
| | |
|---|---|
| **From:** | Smith, Steve |
| **Sent:** | Friday, September 30, 2005 9:50 AM |
| **To:** | Farish, Bill |
| **Subject:** | RE: Moisture seal for replacement floor decking |

We do not need a Directive. We need a letter or document to state that the product has been tested and will adhere with PVA glue on PARTICLE board. We will not use or need it on OSB, only on particle board. I'll send you the correspondence I just sent. I would think we need it from an engineer incase they are questioned in the plant by the IPIA. Not all plants will do this, it will be up to the VP. We have used this on homes repair in Florida for a couple of years with good success at preventing moisture from swelling the deck.

Steve

-----Original Message-----
| | |
|---|---|
| **From:** | Farish, Bill |
| **Sent:** | Friday, September 30, 2005 9:41 AM |
| **To:** | Smith, Steve |
| **Cc:** | Ron St Onge (St Onge, Ron); Robert Garcia (Garcia, Robert); Ted Gugliotta (Gugliotta, Ted); Marisella Rivera (Rivera, Marisella); Ornella Atwell (Atwell, Ornella) |
| **Subject:** | RE: Moisture seal for replacement floor decking |

Steve,
We have completed the requested tests on the #1400 BioGreen sealer and it does not prevent adequate shear bond with PVA or Alpha when used with particleboard. So we have no objection to its use in regards to its use in the floor as far as structural requirements. It does not work well with OSB however.

Ron St. Onge said you now need a "directive" from engineering that all FEMA houses that have to be constructed with particleboard floor decking must use this sealer on the bottom side to prevent moisture problems.

I have not been convinced yet that this practice is an effective means of preventing moisture problems in the floor, nor am I sure that taking such steps would be worth the expense and effort. I agreed to the testing to clear any barriers that we might have as to the structural bond, but not with the idea that this would be an endorsement.

In order for me to endorse this system, I need to do the following:
- Determine the actual cost (labor and materials)
- Investigate if the product claims to prevent moisture vapor damage (not just liquid moisture damage)
- Perform a simple, small scale lab test to verify that the product inhibits water vapor transfer into the particleboard.

This process should only take a few days. I will attempt to complete the work as quickly as possible.
Bill

-----Original Message-----
| | |
|---|---|
| **From:** | Smith, Steve |
| **Sent:** | Monday, September 26, 2005 9:22 AM |
| **To:** | Farish, Bill |
| **Subject:** | FW: Moisture seal for replacement floor decking |

1

Bill,
Can we do a quick test on this sealer on the bottom of particle board. We are looking at it for FEMA units..

Steve

-----Original Message-----
**From:** Stapleton, Charles
**Sent:** Monday, September 26, 2005 8:40 AM
**To:** Wright, Dennis; Bailey, John; Freeman, Jim; Futch, James; Haklin, Hank; Harker, Scott; Minter,Matt; Phillips, Jimmy; Weaver, Randy; Regan, Joe
**Cc:** Smith, Steve
**Subject:** FW: Moisture seal for replacement floor decking

We will have this tested. I think its the way to go for a quick fix.

-----Original Message-----
**From:** Goff, Jeaneen
**Sent:** Thursday, September 22, 2005 5:34 PM
**To:** Stapleton, Charles
**Cc:** Lastinger, Seab; Minter,Matt
**Subject:** FW: Moisture seal for replacement floor decking

Charles,
This is the floor sealer we use in service, we purchase it from Service Supply.

Jeaneen

-----Original Message-----
**From:** Bankhead, Regina
**Sent:** Thursday, September 22, 2005 1:43 PM
**To:** Goff, Jeaneen
**Subject:** RE: Moisture seal for replacement floor decking

I buy it from Service Supply, part#7004043, # 1400 BIO/Green Floor Sealer $19.40 bucket (5 gals).

---

**From:** Goff, Jeaneen
**Sent:** Tuesday, September 20, 2005 2:53 PM
**To:** Bankhead, Regina
**Cc:** Cokas, Dean; Keasler, Sam; Minter,Matt; Robinson, Chris; Statzer, Thomas
**Subject:** Moisture seal for replacement floor decking

Regina,
Seab Lastinger call and said that Charles Stapleton wants to know exactly what it is that we are using to seal the floor decking in Service.

It seems only you know.

Please E-mail me with a description and where you purchase it.

Thanks,
Jeaneen

2

Confidential
FLE-00000800

**FLEETWOOD**

Date: September 29, 2005

PIPE # 405

Adhesive contact area = 13.5 in²

### No Seal (Control)

| Sample | Failure Load (lbs.) | Average Load (lbs.) | Adhesive capacity (lbs./in²) | HUD Adhesive capacity (lbs./in²) |
|---|---|---|---|---|
| O S B 1 | 5820 | 4653 | 172 | 69 |
| O S B 2 | 3920 | | | |
| O S B 3 | 4220 | | | |
| N A I L E D 4 | | 0 | 0 | 0 |
| N A I L E D 5 | | | | |
| N A I L E D 6 | | | | |
| O S B 1 | 3810 | 5043 | 187 | 75 |
| O S B 2 | 4120 | | | |
| O S B 3 | 7200 | | | |
| N A I L E D 4 | 5720 | 6030 | 223 | 89 |
| N A I L E D 5 | 5280 | | | |
| N A I L E D 6 | 7090 | | | |

### Cure Seal (24 hr. cure time) Dry

| Failure Load (lbs.) | Average Load (lbs.) | Adhesive capacity (lbs./in²) | HUD Adhesive capacity (lbs./in²) |
|---|---|---|---|
| 2620 | 3743 | 139 | 55 /  (No) |
| 4540 | | | |
| 4070 | | | |
| 5290 | 5193 | 192 | 71 / >70 |
| 5620 | | | |
| 4670 | | | |
| 5030 | 4283 | 159 | 63 / (No) |
| 3380 | | | |
| 4440 | | | |
| 6500 | 5917 | 219 | 86 / >70 |
| 5850 | | | |
| 5400 | | | |

### Wet Seal (4 min. open time)

| Failure Load (lbs.) | Average Load (lbs.) | Adhesive capacity (lbs./in²) | HUD Adhesive capacity (lbs./in²) |
|---|---|---|---|
| 4660 | 4387 | 162 | 65 / (No) |
| 3770 | | | |
| 4730 | | | |
| 6300 | 6807 | 252 | 101 / >70 |
| 5830 | | | |
| 8290 | | | |
| 5400 | 4573 | 169 | 88 ok ~70 |
| 4530 | | | |
| 3790 | | | |
| 8480 | 6567 | 243 | 87 / >70 |
| 5820 | | | |
| 7400 | | | |

Confidential   FLE-00000801