

# FEMA Procedure Storage Site Manual Fall 2005





Confidential

FLE-00001942

# FEMA Storage Site Duties/Responsibilities

Site personnel will consist of the following:
  Fleetwood Representative
  Fleetwood Service Contractor
  Morgan Representative
  FEMA Inspector

Availability:
  Both the Fleetwood Representative and Service Contractor must be available 24hrs to facilitate the unit transfer from Morgan to FEMA by ensuring that the unit is structurally and cosmetically sound. Contact information for both the Fleetwood Representative and Service Contractor should be relayed to the Morgan Representative.

Fleetwood Representative is responsible for the following:
  * Confirm unit arrival by serial number with plant dispatcher.
  * Coordinate with plant service centers to track inventory of service parts stocked on site.
  * Confirm the load loose inventory for each unit and sign off on check list and obtain Morgan/FEMA sign off on form w/serial number.
  * Inspect homes for structural or cosmetic damage, the involvement of inspection will be determined by the Morgan Representative.
  * Coordinating with the Service Contractor to ensure that all repairs to unit are complete.
  * Relay repairs made to units by serial number to regional service contact each evening by email.
  * Notifying the Morgan Representative that unit is ready to be transferred to FEMA.
  * Having in their possession a laptop computer, digital camera and cell phone.

Morgan Representative is responsible for the following:
  * Assemble and distribute furniture to the appropriate area of unit.
  * Transfer unit to FEMA Representative.

Fleetwood Regional Ownership of Storage Sites:
  A fluctuation in the number and location of the Storage Sites can be expected. The Central (Jim Trepinski) and Eastern (Seab Lastinger) Region Service Directors will coordinate with one another in determining their roles and participation at each site. Texarkana is currently the only Storage Site being shipped to, other sites TBD.

Confidential

FLE-00001943

# FEMA Storage Site Unit Transfer Process

## Plant Production Process:

The Storage Site unit transfer process will begin with steps that are conducted at the plants. To ensure that the Fleetwood Representative can efficiently and effectively facilitate the transfer of the unit at the Storage Site the following steps need to be fulfilled by the plant:

- Fasten the marker/flagging tape to the hitch end corners at the roof edge of the unit (see below for further detail).
- Fill out and adhere the "Missing" form to the window on the hitch end (see below for further detail).
- If the unit is being utilized to ship load loose service parts materials please adhere the "XLL" form to the window located at the hitch end to designate that the unit is a unit being utilized to transport service parts.
- OPC will coordinate with Jim Hardison/Doug Henriquez/Jason Leidig regarding the dispersing of units to Storage Sites and units that are reallocated to other sites.
- **DO NOT INCLUDE** any warranty information with the unit packet, including the HOME OWNERS MANUEL.

\*\*\*\*   The purpose of the above steps is to assist the Fleetwood Representative at the FEMA Storage Site in identifying what units are Fleetwood units and which units are missing load loose material and/or contain load loose service parts material.

## Plant Service Process:

The Fleetwood Representatives at each Storage Site location will be provided with a region contact. This region contact will assist the Fleetwood Site Representatives in the ordering and shipping of parts to the Storages Sites. The contact for the Central Region will be Jennifer McKinney, the Eastern Region contact TBA.

- Coordinate with the Fleetwood Storage Site Representative to maintain an inventory of service parts at each Storage Site.
- Designate and track units coming off line that are to be utilized for the shipment of service parts to the Storage Sites and relay the units serial numbers to the Fltwd Site Rep.
- Track the service parts usage for each FEMA Storage Site.

## Storage Site Process:

The Storage Site process will be facilitated by the Fleetwood Representative who will assist the Morgan Representative with the transference of the unit to FEMA.

- Identify and track the Fleetwood units as they are delivered to the Storage Site.
- Inspect units for damage and missing load loose parts using the check sheets. Retrieve check sheets with all signatures and send to Region Service Director weekly.

Confidential

- Track repairs caused by transportation neglect using "Transport Damage" form and digital camera. These forms and pictures to be collected and turned in weekly to the Region Service Director. **Before taking pictures** of damage ensure that the digital camera is set to mark pictures with a data/time stamp.
- Unload service parts that were shipped as load loose from units and move parts to storage area.
- Maintain a on site inventory of service parts. A three day amount of service parts should be maintained.
- Report delivered homes daily to Region Service Director.
- Report repairs made by units daily to Regional Service Director so that RO's can be generated.
- Remove Marker/Flagging tape once unit free of all service issues.

\*\*\*\*    The Fleetwood units will be identifiable by florescent orange marker/flagging tape hanging from both corners of the roof line at the hitch end of the home. Units shipped with missing furniture or A/C's will be indicated by a "Missing" form on the hitch end window.