

# Louisiana State Board of Medical Examiners



## Licensee Verifications - Detail

[back]

Information as of 7/7/2009

Name:
LAWRENCE GOODALL MILLER, MD
Public Address:
2017 CANAL ST #103
NEW ORLEANS, LA 70112-3037

LSBME Home

The Louisiana State Board of Medical Examiners obtains verification of the following information as part of the licensure process:
- Identity and age
- Medical/Professional education
- Examination scores
- Professional training (in the US/Canada only)
- Character

| Name | Public Address |
|---|---|
| LAWRENCE GOODALL MILLER, MD | 2017 CANAL ST #103<br>NEW ORLEANS, LA 70112-3037 |

| License Number | License Category | Issue Date | Reinstatement Date | Current Through | Current Status |
|---|---|---|---|---|---|
| MD.07476R | Medicine and Surgery | 08/10/1987 | | 12/31/1989 | Inactive Due to Non Renewal/No Disciplinary Action |
| VPHY | Visiting Physician Temporary Permit | 07/07/2009 | | 07/08/2009 | Active and Unrestricted - No prior Board action |

| Medical/Professional School | Degree | Date Graduated |
|---|---|---|
| | | |

PRIMARY SOURCE VERIFICATION STATEMENT: This verification service provides data extracted by the LSBME from its own database. The data in this web site is provided by and controlled entirely by the LSBME and therefore constitutes a primary source verification as authentic as a direct inquiry to the LSBME. The information provided through the verification service is all of the information pertinent and available in that field of information in the LSBME database. The information is Real-Time-Data (up-to-the-minute information). PRESCRIPTIVE AUTHORITY FOR PHYSICIAN ASSISTANTS: Please note the suffix "RX" for Physician Assistants denotes the following: Prescriptive Authority for Legend Drugs, Medical Devices and Controlled Substances, Schedule III, IV and V. If "RX" is not following the license number, the Physician Assistant cannot prescribe any medications or medical devices.

PSC026166