# Louisiana State Board of Medical Examiners

Physical Address: 630 Camp Street, New Orleans, LA 70130
Mailing Address: P.O. Box 30250, New Orleans, LA 70190-0250
Phone: (504) 568-6820, Fax: (504) 568-0503

## *VISITING PHYSICIAN EVALUATION TEMPORARY PERMIT*
## *QUALIFICATIONS/INSTRUCTIONS*

The board may issue a visiting physician <u>evaluation</u> temporary permit to an applicant physician to conduct a non-invasive evaluation of an individual located in Louisiana, who has given consent, provided that while acting under the authority of such permit in Louisiana such physician shall not utilize the results of his evaluation to treat any medical condition which he may determine such individual to suffer, or engage in any activity beyond the scope of authority specifically conferred by such permit.

### Qualifications for Permit

1. Be a citizen of the United States or possess valid and current legal authority to reside and work in the United States duly issued by the commissioner of the Immigration and Naturalization Service.
2. Possess a doctor of medical or doctor of osteopathic degree duly issued by a medical or osteopathic school approved by the Board.
3. Hold an unrestricted license to practice medicine issued by another state or country if not licensed and domiciled in the United States

### Application – submitted as a single set of documents as follows

1. Confirmation that the evaluation sought to be performed is being undertaken with the consent of the individual to be evaluated
2. Confirmation of the location and date where such evaluation is to be conducted.
3. A copy of the applicant's medical license issued by another state or country
4. Oath or Affirmation relating to professional background
5. Third party authorization for release of information

### Please note

1. No fee is required.
2. LSBME will obtain verifications of licensure and training and conduct required background checks
3. A copy of the temporary permit when approved will be faxed to the applicant with an original mailed by regular mail service unless requested otherwise
4. Work may not begin until the permit has been approved

PSC026167

| Name (Printed or typed): | SS#: |
|---|---|

**Louisiana State Board of Medical Examiners**
P. O. Box 30250, New Orleans, LA 70190-0250
Telephone: (504) 568-6820

**OATH OR AFFIRMATION relating to Professional Activities**
Answer the following questions (Yes answers must be explained in sworn affidavit - **AFFIDAVIT MUST BE TYPED!**)

| | | Yes | No |
|---|---|---|---|
| 1 | In the five years prior to this application, have you had any physical injury or disease or mental illness or impairment, which could reasonably be expected to affect your ability to practice medicine or other health profession? | ☐ | ☐ |
| 2 | In the five years prior to this application, have you been addicted to or used in excess any drug or chemical substance including alcohol or treated through a drug or alcohol rehabilitation program? | ☐ | ☐ |
| 3 | Have you ever, either as an adult or juvenile, been cited, arrested, charged, convicted or pled nolo contendere to, violation of any state of federal statute? | ☐ | ☐ |
| 4 | Has your application for examination or license ever been rejected or denied? If so, How many times? _____ | ☐ | ☐ |
| 5 | Have you ever failed a licensure/certification examination? | ☐ | ☐ |
| 6 | Have you ever been denied membership in a state, county, or local professional society? | ☐ | ☐ |
| 7 | Has your membership in a state, county, or local professional society ever been revoked, suspended, placed on probation, or restricted in any manner? | ☐ | ☐ |
| 8 | Have you ever been denied, had suspended, revoked or restricted, or voluntarily relinquished, staff or clinical privileges in any hospital or other health care institution or organization? | ☐ | ☐ |
| 9 | Have you had any malpractice claims filed, settled or adjudicated against you within the last five (5) years? | ☐ | ☐ |
| 10 | Have you ever voluntarily surrendered, or did you have suspended, revoked or restricted, your narcotics controlled substances license or registration (state or federal)? | ☐ | ☐ |
| 11 | Have you ever voluntarily surrendered, or did you have suspended, revoked, placed on probation, or restricted in any manner, any professional license issued by any licensing authority? | ☐ | ☐ |
| 12 | Have you ever been the subject of any type of disciplinary action or inquiry by any licensing agency, hospital, institution, society, etc.? | ☐ | ☐ |
| 13 | Have you ever agreed not to seek re-licensure in any licensing jurisdiction? | ☐ | ☐ |
| 14 | Have you ever been, or are you currently in the process of being denied, terminated, suspended, refused, limited, placed on probation or placed under other disciplinary action with respect to your participation in any private, state, or federal health insurance program (e.g., Medicare, Medicaid)? | ☐ | ☐ |
| 15 | Has any court determined you are currently in violation of a court's judgment or order for the support of dependent children? | ☐ | ☐ |

## OATH OR AFFIRMATION OF APPLICANT

I HEREBY swear or affirm that all statements made and information provided in or with this application are true, correct and complete; that I am the person named in the credentials herewith presented and that I am the original and lawful possessor of such documents; that the photograph submitted to LSBME is a true likeness of me and that it was taken within the last 60 days; that in consideration of the issuance to me of a license/certificate to practice in Louisiana, I swear that I shall observe, abide by and uphold the laws of the State of Louisiana governing my practice and that I shall abstain from unethical, deceptive and fraudulent methods of practice and from immoral, unprofessional and unethical conduct, and that I shall not associate professionally with nor become a partner or employee of any person who resorts to such practices.   I hereby agree that the violation of this oath shall constitute cause sufficient for the revocation of said license/certificate and surrender of the rights and privileges accorded me there under.

Signed_____
          (Full name)

**Notarization is required for all categories of licensure except visiting professor and visiting physician short term permits**

PSC026168

| Name (Printed or typed): | SS#: |
|---|---|

**Louisiana State Board of Medical Examiners**
P. O. Box 30250, New Orleans, LA 70190-0250
Telephone: (504) 568-6820

**Third Party Authorization**

I understand and acknowledge that the submission of an application to, as well as the acceptance or maintenance of, any license, permit, certificate and/or registration (hereinafter referred to as a "license") issued by the Louisiana State Board of Medical Examiners (the "Board") shall constitute and operate as a perpetual authorization by me to each educational institution at which I have matriculated, each state or federal agency to which I have applied for any license, permit, certificate and/or registration, each person, firm, corporation, clinic, office or institution by whom or with whom I have been employed in the practice of medicine or as an allied health professional, each physician or other health care practitioner whom I have consulted or seen for diagnosis or treatment and each professional organization or specialty board to which I have applied for membership, to disclose and release to the Board any and all information and documentation concerning me which the Board may deem material to the consideration of my initial application and during such period as I may hold or maintain a license. With respect to any such information or documentation, the submission of an application to or the acceptance or maintenance of a license from the Board shall equally constitute and operate as a consent by me to the disclosure and release of such information and documentation and as a waiver by me of any privilege or right of confidentiality which I would otherwise possess with respect thereto.

By submitting an application or accepting or maintaining a license issued by the Board, I shall be deemed to have given my consent to submit to physical or mental examinations if, when and in the manner so directed by the Board and to have waived all objections as to the admissibility or disclosure of findings, reports or recommendations pertaining thereto on the grounds of privileges provided by law.   I acknowledge that the expense of any such examination shall be borne by me.

The submission of an application or the acceptance or maintenance of a license from the Board shall also constitute and operate as perpetual a authorization and consent by me to the Board to disclose and release any information or documentation set forth in or submitted with my application, or which then or at any time thereafter may be obtained b y the Board from other persons, firms, corporations, associations or governmental entities, to any person, firm, corporation, association or governmental entity having a lawful, legitimate and reasonable need therefore, including, without limitation, the medical and/or allied health professional licensing, permitting, certifying and/or registering authority of any state; the Federation of State Medical Boards of the United States; professional organizations, associations and societies; the American Medical Association and any component state, county or parish medical society, including but not limited to the Louisiana State Medical Society and component parish societies thereof; the American Osteopathic Association; the Louisiana Osteopathic Medical Association; the Federal Drug Enforcement Agency; the Louisiana Office of Narcotics and Dangerous Drugs, Office of Licensing and Registration, Department of Health and Hospitals; federal, state, county or parish and municipal health and law enforcement agencies and the Armed Services.

I understand that this authorization and consent is valid commencing on the date herein below subscribed and that such will remain in force and effect until and unless I withdraw my application for, or no longer possess or maintain, a license issued by the Board.   I also acknowledge that a duplicate of this document may serve as an original.

Signature: _____
                    (Full name)

PSC026169

# Louisiana State Board of Medical Examiners

Physical Address: 630 Camp Street, New Orleans, LA 70130
Mailing Address: P.O. Box 30250, New Orleans, LA 70190-0250
Phone: (504) 568-6820, Fax: (504) 599-0503

## *VISITING PHYSICIAN PERMITS*
## *QUALIFICATONS/INSTRUCTIONS*

The board may issue a visiting physician temporary permit to an applicant physician who is invited by one or more physicians licensed in Louisiana to participate or consult in the diagnosis or treatment of a patient under their care

### Qualifications for permit

1. Be at least 21 years of age and of good moral character
2. Be a citizen of the United States or possess valid and current legal authority to reside and work in the United States duly issued by the commissioner of the Immigration and Naturalization Service
3. Possess a doctor of medicine or doctor of osteopathic medicine degree duly issued by a medical school approved by the board.
4. Hold an unrestricted license to practice medicine issued by another state or country if not licensed and domiciled in the United States

### Application – submitted as a single set of documents as follows

1. A letter of recommendation from the physician (s) responsible for the care of the patient (s) who will be treated
   a. attesting to the professional qualifications of the visiting physician
   b. assuming responsibility for his or her professional activities and for the patient care that will  be provided
   c. specifying when and where the treatment will take place
2. A copy of the applicant's medical license issued by another state
3. A copy of the applicant's curriculum vitae
4. Oath or Affirmation relating to professional background
5. Third party authorization for release of information

### Please note

1. No fee is required.
2. LSBME will obtain verifications of licensure and training and conduct required background checks
3. A copy of the temporary permit when approved will be faxed to the applicant with an original mailed by regular mail service unless requested otherwise
4. Work may not begin until the permit has been approved

PSC026170

| Name (Printed or typed): | SS#: |
|---|---|

**Louisiana State Board of Medical Examiners**
P. O. Box 30250, New Orleans, LA 70190-0250
Telephone: (504) 568-6820

**OATH OR AFFIRMATION relating to Professional Activities**
Answer the following questions (Yes answers must be explained in sworn affidavit - AFFIDAVIT MUST BE TYPED!)

|  |  | Yes | No |
|---|---|---|---|
| 1 | In the five years prior to this application, have you had any physical injury or disease or mental illness or impairment, which could reasonably be expected to affect your ability to practice medicine or other health profession? | ☐ | ☐ |
| 2 | In the five years prior to this application, have you been addicted to or used in excess any drug or chemical substance including alcohol or treated through a drug or alcohol rehabilitation program? | ☐ | ☐ |
| 3 | Have you ever, either as an adult or juvenile, been cited, arrested, charged, convicted or pled nolo contendere to, violation of any state of federal statute? | ☐ | ☐ |
| 4 | Has your application for examination or license ever been rejected or denied? If so, How many times? _____ | ☐ | ☐ |
| 5 | Have you ever failed a licensure/certification examination? | ☐ | ☐ |
| 6 | Have you ever been denied membership in a state, county, or local professional society? | ☐ | ☐ |
| 7 | Has your membership in a state, county, or local professional society ever been revoked, suspended, placed on probation, or restricted in any manner? | ☐ | ☐ |
| 8 | Have you ever been denied, had suspended, revoked or restricted, or voluntarily relinquished, staff or clinical privileges in any hospital or other health care institution or organization? | ☐ | ☐ |
| 9 | Have you had any malpractice claims filed, settled or adjudicated against you within the last five (5) years? | ☐ | ☐ |
| 10 | Have you ever voluntarily surrendered, or did you have suspended, revoked or restricted, your narcotics controlled substances license or registration (state or federal)? | ☐ | ☐ |
| 11 | Have you ever voluntarily surrendered, or did you have suspended, revoked, placed on probation, or restricted in any manner, any professional license issued by any licensing authority? | ☐ | ☐ |
| 12 | Have you ever been the subject of any type of disciplinary action or inquiry by any licensing agency, hospital, institution, society, etc.? | ☐ | ☐ |
| 13 | Have you ever agreed not to seek re-licensure in any licensing jurisdiction? | ☐ | ☐ |
| 14 | Have you ever been, or are you currently in the process of being denied, terminated, suspended, refused, limited, placed on probation or placed under other disciplinary action with respect to your participation in any private, state, or federal health insurance program (e.g., Medicare, Medicaid)? | ☐ | ☐ |
| 15 | Has any court determined you are currently in violation of a court's judgment or order for the support of dependent children? | ☐ | ☐ |

## OATH OR AFFIRMATION OF APPLICANT

I HEREBY swear or affirm that all statements made and information provided in or with this application are true, correct and complete; that I am the person named in the credentials herewith presented and that I am the original and lawful possessor of such documents; that the photograph submitted to LSBME is a true likeness of me and that it was taken within the last 60 days; that in consideration of the issuance to me of a license/certificate to practice in Louisiana, I swear that I shall observe, abide by and uphold the laws of the State of Louisiana governing my practice and that I shall abstain from unethical, deceptive and fraudulent methods of practice and from immoral, unprofessional and unethical conduct, and that I shall not associate professionally with nor become a partner or employee of any person who resorts to such practices.  I hereby agree that the violation of this oath shall constitute cause sufficient for the revocation of said license/certificate and surrender of the rights and privileges accorded me there under.

Signed_____
          (Full name)

**Notarization is required for all categories of licensure except visiting professor and visiting physician short term permits**

PSC026171

| Name (Printed or typed): | SS#: |
|---|---|

**Louisiana State Board of Medical Examiners**
P. O. Box 30250, New Orleans, LA 70190-0250
Telephone: (504) 568-6820

**Third Party Authorization**

I understand and acknowledge that the submission of an application to, as well as the acceptance or maintenance of, any license, permit, certificate and/or registration (hereinafter referred to as a "license") issued by the Louisiana State Board of Medical Examiners (the "Board") shall constitute and operate as a perpetual authorization by me to each educational institution at which I have matriculated, each state or federal agency to which I have applied for any license, permit, certificate and/or registration, each person, firm, corporation, clinic, office or institution by whom or with whom I have been employed in the practice of medicine or as an allied health professional, each physician or other health care practitioner whom I have consulted or seen for diagnosis or treatment and each professional organization or specialty board to which I have applied for membership, to disclose and release to the Board any and all information and documentation concerning me which the Board may deem material to the consideration of my initial application and during such period as I may hold or maintain a license. With respect to any such information or documentation, the submission of an application to or the acceptance or maintenance of a license from the Board shall equally constitute and operate as a consent by me to the disclosure and release of such information and documentation and as a waiver by me of any privilege or right of confidentiality which I would otherwise possess with respect thereto.

By submitting an application or accepting or maintaining a license issued by the Board, I shall be deemed to have given my consent to submit to physical or mental examinations if, when and in the manner so directed by the Board and to have waived all objections as to the admissibility or disclosure of findings, reports or recommendations pertaining thereto on the grounds of privileges provided by law.   I acknowledge that the expense of any such examination shall be borne by me.

The submission of an application or the acceptance or maintenance of a license from the Board shall also constitute and operate as perpetual a authorization and consent by me to the Board to disclose and release any information or documentation set forth in or submitted with my application, or which then or at any time thereafter may be obtained b y the Board from other persons, firms, corporations, associations or governmental entities, to any person, firm, corporation, association or governmental entity having a lawful, legitimate and reasonable need therefore, including, without limitation, the medical and/or allied health professional licensing, permitting, certifying and/or registering authority of any state; the Federation of State Medical Boards of the United States; professional organizations, associations and societies; the American Medical Association and any component state, county or parish medical society, including but not limited to the Louisiana State Medical Society and component parish societies thereof; the American Osteopathic Association; the Louisiana Osteopathic Medical Association; the Federal Drug Enforcement Agency; the Louisiana Office of Narcotics and Dangerous Drugs, Office of Licensing and Registration, Department of Health and Hospitals; federal, state, county or parish and municipal health and law enforcement agencies and the Armed Services.

I understand that this authorization and consent is valid commencing on the date herein below subscribed and that such will remain in force and effect until and unless I withdraw my application for, or no longer possess or maintain, a license issued by the Board.   I also acknowledge that a duplicate of this document may serve as an original.

Signature: _____
                       (Full name)