## FORENSIC ECONOMICS CORPORATION

| | |
|---|---|
| **1710 Pine Street** | **Telephone (504) 874-1097** |
| **New Orleans, Louisiana  70118** | **Fax:  (504) 866-2100** |

**Thomas R. Dalton, Ph.D.**          **Shael N. Wolfson, M.S.**          **James R. Bartkus, Ph.D.**

**November 2, 2009**

Ms. Linda Nelson
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130

         RE: Timia Dubuclet

**Dear Ms. Nelson:**

         You have provided Ms. Timia's date of birth as September 23, 1998.  According to the National Vital Statistics Report vol. 56, No. 9 Life tables 2004 (Updated December 28, 2007) female life expectancy is 70 additional years (Age 81.1) for a female your client's age. Additionally, you requested our estimate of her worklife equivalent. We have estimated a worklife equivalent of 40.3 years from age 18.

         The United States Department of Commerce and the Bureau of Labor Statistics have compiled data upon which researchers in both the private and public sectors have produced estimates of working life and estimates of average retirement age.  An example of the former is Bulletin 2254, published in February 1986; while an example of the latter is an article entitled "The Use of Worklife Tables in Estimates of Lost Earning Capacity", published April 1983, in the <u>Monthly Labor Review</u>, a publication of the United States Department of Labor.  This article was authored by David M. Nelson, Western Washington University, Bellingham, WA.  Data were taken from U. S. Department of Labor Statistics, Special Labor Force Report, "Tables of Working Life: The Increment-Decrement Model", Bulletin 2135, released November 1982 (based on 1977 statistics).  The duration of loss has also been derived from estimates reported by Shirley J. Smith, "Median Age of Final Labor Force Separation", United States Department of Labor, Bureau of Labor Statistics, Office of Employment and Unemployment Statistics.  Worklife estimates seek to measure the discontinuous period of labor force participation one may experience on the average but fail to identify an average retirement age upon which one may build estimates of earning capacity loss.

                  To reconcile these differences, loss estimates for your client are based upon a period independent of worklife or average retirement age. Estimates are based upon the adjustment of earning capacity streams for age and other non-inflationary factors, reduced to present value, have been modified by accounting for the probability that your client

**PSC026173**

would not participate in the labor force. Such estimates eliminate the need to determine a precise age at which your client's work life might terminate or at which your client might retire. They are based upon a labor force participation factor reported by the United States Department of Labor for each age and relate to experience for women. Since one may enjoy earning capacity through life expectancy (Congress has repealed limitations on mandatory retirement), estimates might be carried to age 81.1. We have estimated worklife equivalent of 40.3 years from Age 18.

Thanks for this opportunity to work with you,

Shael N. Wolfson, M.S.

PSC026174