UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                      SECTION "N" (5)

THIS DOCUMENT RELATES TO
*Dubuclet v. Fleetwood Enterprises, Inc.*

Member Case No. 07-9228

## ORDER AND REASONS

Before the Court is Plaintiff's *Daubert* Motion to Exclude the Testimony of Howard I. Maibach, M.D. (Rec. Doc. No. 6650), which is opposed.

Having carefully considered the arguments set forth by plaintiff in her memorandum in support of this motion, the Court has determined that, while certainly grist for the cross-examination mill, such lines of attack on Dr. Maibach's testimony are not sufficient grounds for the exclusion of his expert opinion in this case. Accordingly, although plaintiff's counsel will be given a wide berth to vigorously cross examine Dr. Maibach regarding his opinions, this motion is **DENIED**.

New Orleans, Louisiana, this 23rd day of November, 2009.

                                              **KURT D. ENGELHARDT**
                                              **United States District Judge**