UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | | MDL NO. 07-1873 |
|     FORMALDEHYDE * | | |
|     PRODUCTS LIABILITY * | | |
|     LITIGATION * | | SECTION:  N(4) |
| * | | |
| This Document Relates to: * | | JUDGE: ENGELHARDT |
| *Dubuclet, et al v. Fleetwood Enterprises, Inc., et al* * | | |
| * | | |
| Case No. 07-9228 * | | |
| * | | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT FLEETWOOD ENTERPRISES, INC.'S
<u>PROPOSED JURY INSTRUCTIONS</u>**

**MAY IT PLEASE THE COURT:**

NOW COMES DEFENDANT Fleetwood Enterprises, Inc. ("Fleetwood") who submits the following requested jury instructions in accordance with this Honorable Court's Order (Rec. Doc. 7605) dated November 19, 2009:

Fleetwood requests that the Court charge the jury using the *Alexander v. Gulf Stream, et al.* charges as given in their entirety with appropriate modification for the singular plaintiff and the singular Fleetwood defendant.   For the convenience of the Court, Fleetwood will submit the as modified *Alexander* charge to the Court on or before November 30, 2009.

In addition to the as given *Alexander* charges, Fleetwood  submits the following specially requested proposed jury instructions:

<u>Proposed Jury Instruction No. 1: CAUSATION</u>

A defendant is only liable for damage caused by his fault, not from separate, independent, or intervening causes of damage, and it is the plaintiff who bears the burden of proving that

plaintiff's injuries are in fact attributable to a defendant. *Douchet v. Doug Ashy Bldg. Materials. Inc.*, 671 So.2d 1148 (La. App. 3d Cir. 1966); *Rhodes v. State Through Dept. of Transp. and Development*, 684 So.2d 1134 (La. App. 1st Cir. 1996), writ not considered, 688 So.2d 487 (La. 1991); *Hurts v. Woodis*, 676 So.2d 1166 (La. App. 1st Cir. 1996).

Proposed Jury Instruction No. 2: [ALTERNATE] CAUSATION

In order to prove causation, the plaintiff must show that the plaintiff would not have suffered the injuries but for some unreasonably dangerous condition of the Fleetwood travel trailer and plaintiff must show that this unreasonably dangerous condition was a substantial contributing factor in bringing about the harm and was not a remote or slight factor. *Quick v. Murphy*, 643 So.2d 1291 (La. App. 4th Cir. 1994); *Lastrappes v. South Central Bell Telephone Co.*, 473 So.2d 115, 119 (La. App. 3d Cir. 1985); *Doven v. Cessna Aircraft Co.*, 416 So.2d 1337 (La. App. 3d Cir. 1982); *Rogers v. Parish of East Baton Rouge*, 577 So.2d 1068, 1071 (La. App. 1st Cir. 1991).

Proposed Jury Instruction No. 3: LANDLORD LIABILITY

The owner of a building is liable for the damage caused by the building's destruction, decrepitude or ruin, (i) when this condition is caused by the owner's neglect in repairing the building or (ii) when the condition is the result of a vice or defect in its original construction. La. Civ. Code art. 2322.

The owner is liable for damages upon a showing that he knew or should have known (i) of the vice or defect which caused the damage, (ii) that the damage could have been prevented by the exercise of reasonable care, and (iii) that he failed to exercise such reasonable care. Id.

In determining whether the travel trailer is a "building," all that is required is that you believe the trailer is a structure of some permanence; it is not necessary that the structure be

intended for permanent habitation for it to be considered a "building." *See Moczygemba v. Danos & Curole Marine Contractors, Inc.*, 561 F.2d 1149, 1151 (5th Cir. 1977).

Respectfully submitted:

**LEAKE & ANDERSSON, L.L.P.**

s/Amanda W. Vonderhaar

_____

Jerry L. Saporito (La. Bar No. 11717)
Amanda W. Vonderhaar (La. Bar No. 31350)
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701
(504) 585-7500
jsaporito@leakeandersson.com
avonderhaar@leakeandersson.com

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

s/Richard K. Hines, V

_____

Richard K. Hines, V (Ga. Bar No. 656300)
Taylor T. Daly (Ga. Bar No. 697887)
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6154
richard.hines@nelsonmullins.com

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____

Andrew D. Weinstock (La. Bar No. 18495)
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
andreww@duplass.com

**Counsel for Defendant, Fleetwood Enterprises, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2009, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                              s/Amanda W. Vonderhaar
                              _____
                              Amanda W. Vonderhaar