UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: | * | JUDGE: ENGELHARDT |
| *Dubuclet, et al v. Fleetwood Enterprises, Inc., et al* | * | |
| | * | |
| Case No. 07-9228 | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT FLEETWOOD ENTERPRISES, INC.'S
<u>PROPOSED JURY VERDICT FORM</u>**

**MAY IT PLEASE THE COURT:**

NOW COMES DEFENDANT Fleetwood Enterprises, Inc. ("Fleetwood") who submits the following two proposed versions of the jury verdict form, attached as Exhibits A and B, in accordance with this Honorable Court's Order (Rec. Doc. 7605) dated November 19, 2009.

Respectfully submitted:

**LEAKE & ANDERSSON, L.L.P.**

s/Amanda W. Vonderhaar
_____
Jerry L. Saporito (La. Bar No. 11717)
Amanda W. Vonderhaar (La. Bar No. 31350)
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701
(504) 585-7500
jsaporito@leakeandersson.com
avonderhaar@leakeandersson.com

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

s/Richard K. Hines, V

_____
Richard K. Hines, V (Ga. Bar No. 656300)
Taylor T. Daly (Ga. Bar No. 697887)
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6154
richard.hines@nelsonmullins.com

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____

Andrew D. Weinstock (La. Bar No. 18495)
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
andreww@duplass.com

**Counsel for Defendant, Fleetwood Enterprises, Inc.**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 23, 2009, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Amanda W. Vonderhaar
        _____
        Amanda W. Vonderhaar