UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 | |
| FORMALDEHYDE | * | | |
| PRODUCTS LIABILITY | * | | |
| LITIGATION | * | SECTION:  N(4) | |
| | * | | |
| This Document Relates to: | * | JUDGE: ENGELHARDT | |
| *Dubuclet, et al v. Fleetwood Enterprises, Inc., et al* | * | | |
| | * | | |
| Case No. 07-9228 | * | | |
| | * | MAG: CHASEZ | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JURY VERDICT FORM**

**A.    FLEETWOOD ENTERPRISES, INC.**

1.  Do you find that Timia Dubuclet sustained injury to which Fleetwood substantially contributed, as a result of the unreasonably dangerous condition of the trailer?

    Yes_____   No_____

    [IF YOU ANSWERED QUESTION 1 YES, PROCEED TO QUESTION NO. 2, IF YOU ANSWERED QUESTION 1 NO, SIGN AND DATE THE VERDICT FORM AND RETURN TO THE COURTROOM]

2.  Do you find that the Fleetwood Enterprises, Inc. ("Fleetwood") trailer occupied by Timia Dubuclet was unreasonably dangerous in its construction or composition?

    Yes_____   No_____

    [PROCEED TO QUESTION NO. 2]

1

3. Do you find that the Fleetwood trailer occupied by Timia Dubuclet was unreasonably dangerous in its design?

   Yes_____    No_____

   [PROCEED TO QUESTION NO. 3]

4. Do you find that the Fleetwood trailer occupied by Timia Dubuclet was unreasonably dangerous because an adequate warning about the trailer was not provided?

   Yes_____    No_____

   [IF YOU ANSWERED ANY OF QUESTION NUMBERS 2, 3, OR 4 A YES, PROCEED TO QUESTION NO. 5. IF YOU ANSWERED EACH AND ALL QUESTION NUMBERS 2, 3, AND 4 A NO, SIGN AND DATE THE VERDICT FORM AND RETURN TO THE COURTROOM]

B.   **ALLOCATION OF FAULT/DAMAGES**

5. For Timia Dubuclet, please allocate on a percentage basis the degree of fault, if any, which you attribute to each of the following parties. Please be careful to enter a "0" or leave blank where you have found no fault on the part of that party in your previous answers. All numerical percentages you enter in this question should add up to a total of 100%:

   Defendant Fleetwood Enterprises, Inc.                                 _____%

   Fluor Enterprises, Inc.                                                          _____%

   United States (FEMA) (for negligence)                              _____%

   Mrs. Dubuclet                    _____%

   Person or Entity Other Than Defendants or         _____%
   Plaintiffs Actions or Omissions

                             **100% (TOTAL)**

          [PROCEED TO QUESTION NO. 6]

6. What amount of damages, if any, do you find should be awarded with respect to each of the following claims:

   Past, present and future physical pain and suffering
   of Timia Dubuclet:                 $_____

   Past, present and future mental anguish and emotional
   Distress of Timia Dubuclet:             $_____

   Past, present and future medical expenses (including
   medical monitoring) for Timia Dubuclet:       $_____

   Loss or impairment of life's pleasures
   for Timia Dubuclet:                  $_____

Date_____       _____
                          JURY FOREPERSON