UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER          * | MDL NO. 07-1873 |
|      FORMALDEHYDE        * | |
|      PRODUCTS LIABILITY  * | |
|      LITIGATION          * | SECTION: N(4) |
|                          * | |
| This Document Relates to:    * | JUDGE: ENGELHARDT |
| *Dubuclet, et al v. Fleetwood Enterprises, Inc., et al* * | |
|                          * | |
| Case No. 07-9228             * | |
|                          * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JURY VERDICT FORM**

**A.** **FLEETWOOD ENTERPRISES, INC.**

1. Do you find that the Fleetwood Enterprises, Inc. ("Fleetwood") trailer occupied by Timia Dubuclet was unreasonably dangerous in its construction or composition?

   Yes_____     No_____

   [PROCEED TO QUESTION NO. 2]

2. Do you find that the Fleetwood trailer occupied by Timia Dubuclet was unreasonably dangerous in its design?

   Yes_____     No_____

   [PROCEED TO QUESTION NO. 3]

3. Do you find that the Fleetwood trailer occupied by Timia Dubuclet was unreasonably dangerous because an adequate warning about the trailer was not provided?

   Yes\_\_\_\_\_     No\_\_\_\_\_

1

[IF YOU ANSWERED ANY OF QUESTION NUMBERS 1, 2, OR 3 A YES, PROCEED TO QUESTION NO. 4. IF YOU ANSWERED EACH AND ALL QUESTION NUMBERS 1, 2, AND 3 A NO, SIGN AND DATE THE VERDICT FORM AND RETURN TO THE COURTROOM]

4. Do you find that Timia Dubuclet sustained injury to which Fleetwood substantially contributed, as a result of the unreasonably dangerous condition of the trailer?

   Yes_____   No_____

   [IF YOU ANSWERED QUESTION 4 YES, PROCEED TO QUESTION NO. 5, IF YOU ANSWERED QUESTION 4 NO, SIGN AND DATE THE VERDICT FORM AND RETURN TO THE COURTROOM]

B. **ALLOCATION OF FAULT/DAMAGES**

5. For Timia Dubuclet, please allocate on a percentage basis the degree of fault, if any, which you attribute to each of the following parties. Please be careful to enter a "0" or leave blank where you have found no fault on the part of that party in your previous answers. All numerical percentages you enter in this question should add up to a total of 100%:

   | | |
   |---|---|
   | Defendant Fleetwood Enterprises, Inc. | _____% |
   | Fluor Enterprises, Inc. | _____% |
   | United States (FEMA) (for negligence) | _____% |
   | Mrs. Dubuclet | _____% |
   | Person or Entity Other Than Defendants or Plaintiffs Actions or Omissions | _____% |
   | | **100% (TOTAL)** |

   [PROCEED TO QUESTION NO. 6]

6.   What amount of damages, if any, do you find should be awarded with respect to each of the following claims:

        Past, present and future physical pain and suffering  
        of Timia Dubuclet:      $_____

        Past, present and future mental anguish and emotional  
        Distress of Timia Dubuclet:      $_____

        Past, present and future medical expenses (including  
        medical monitoring) for Timia Dubuclet:      $_____

        Loss or impairment of life's pleasures  
        for Timia Dubuclet:      $_____

Date_____          _____  
                                                                JURY FOREPERSON