Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

November 23, 2009

Keith Hillard, Sr.  vs.
Gulf Stream Coach, Inc., U.S. of Am through
FEMA and Shaw Environmental, Inc..
Case No.  # 09-4847, Sect.  N,  Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

Gulf Stream Coach, Inc.
Through its Agent for Service of Process:
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

United States of America through FEMA
Through the Office of the Director,
Craig Fugate, Director
500 C Street SW
Washington, DC 20477

Shaw Environmental, Inc.
Through its agent for service of process:
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

Very truly yours,

/s/ J. Douglas Sunseri

J.  DOUGLAS SUNSERI
Attorney for Plaintiff, Keith Hillard, Sr.
3000 18th Street
Metairie, Louisiana  70002