Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

September 11, 2009

Katherine Turner vs.
Coachman Industries, Inc., U.S. of Am through
FEMA, Shaw Environmental, Inc., Fluor
Enterprises, Inc., CH2M Hill Contractors, Inc.
and American Radiation Services, Inc.
Case No. # 09-4850, Sect. N, Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

Coachman Industries, Inc.
Through its Agent for Service of Process:
Corporation Service Company
251 East Ohio Street, Suite 500
Indianapolis, IN 46204

CH2M Hill Constructors, Inc.
Through its Agent for Service of Process:
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

FLUOR Enterprises, Inc.
Through its Agent for Service of Process:
Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802-6129

United States of America through FEMA
Through the Office of the Director,
Craig Fugate, Director
500 C Street SW
Washington, DC 20477

Page Two
September 11, 2009

       American Radiation Services, Inc.
       Through the office of the registered agent,
       Danny L. Coleman
       2609 North River Road
       Port Allen, LA 70767

       Shaw Environmental, Inc.
       Through its agent for service of process:
       CT Corporation System
       5615 Corporate Blvd., Suite 400B
       Baton Rouge, LA 70808

                  Very truly yours,


                  */s/ J. Douglas Sunseri*


                  J. DOUGLAS SUNSERI
                  Attorney for Plaintiff, Katherine Turner
                  3000 18th Street
                  Metairie, Louisiana 70002