# UNITED STATES DISTRICT COURT
for the

## USDC Middle District of Louisiana

Nola Bailey, et al.

Plaintiff

v.

Cavalier Home Builders, LLC

Defendant

Civil Action No. 09-520

### Summons in a Civil Action

To: *(Defendant's name and address)*

Cavalier Home Builders, LLC
The Corporation Company
2000 Interstate Pk Dr. Suite 204
Montgomery, AL 36109


A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Nick J. Lorio
Nick Lorio
Name of clerk of court

Beth Perry

Date: July 31, 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free      2506 N. Port Avenue      Mikal C. Watts, P.C.
info@fematrailerlitigation.com      Corpus Christi, TX 78401      Robert Hilliard, L.L.P.

August 20, 2009

*Via Certified Mail - Return Receipt Requested & Regular Mail*
Cavalier Home Builders, LLC
The Corporation Company
2000 Interstate Pk Dr. Suite 204
Montgomery, AL 36109

RE:    Service for Nola Bailey, et al. v. Cavalier Home Builders, LLC, et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 30, 2009 in Cause No. 09-520, in the USDC Middle District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Cavalier Home Builders, LLC. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures




**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Cavalier Home Builders, LLC</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____ _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #70081830000463080534, Sent 8/24/2009, Received 8/27/2009.  Registered Agent:  The Corporation Company 2000 Interstate Pk Dr. Suite 204 Montgomery, AL 36109</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>10/29/2009</u>

                                                  */s/ Wynter Lee*
                                                  Server's signature

                                    Wynter Lee - Mass Tort Coordinator
                                                 Printed name and title

                                    2506 N. Port Ave. Corpus Christi, TX 78401
                                                      Server's address