AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

## USDC Southern District of Mississippi

Lowell Mitchell, et al.

_____
Plaintiff
v.
Thor Industries, Inc.
_____
Defendant

)
)
)
)
)

Civil Action No. 1:09cv555 HSo-JmR

### Summons in a Civil Action

To: *(Defendant's name and address)*

Thor California, Inc.
C T Corporation System
818 West Seventh St.
Los Angeles, CA 90017

A lawsuit has been filed against you.

      Within  **20**  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**
~~Perli Stoker~~
_____
Name of clerk of court

_____
Deputy clerk's signature

Date:  **8-6-09**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

August 20, 2009

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Thor Industries, Inc.
John Deeds
100 S. Main Ave Ste 300
Sidney, OH 45365

RE:    Service for Lowell Mitchell, et al. v. Thor Industries, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause No. 1:09-cv-555 HSO JMR, in the USDC Southern District of Mississippi. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Thor Industries, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures





**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Thor Industries, Inc.</u> by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>Certified mail return receipt requested #70081830000463079026, Sent 8/24/2009,</u>
<u>Received 8/28/2009.  Registered Agent:  John Deeds 100 S. Main Ave Ste 300 Sidney, OH 45365</u>

My fees are $_____ for travel and $ _____ for services, for a total of $_____.

Date: <u>10/29/2009</u>                              _____
                                                        Server's signature

                                        _____
                                        Wynter Lee - Mass Tort Coordinator
                                                Printed name and title

                                        _____
                                        2506 N. Port Ave. Corpus Christi, TX 78401
                                                Server's address