UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | MAGISTRATE CHASEZ |

*Administrative Master Complaint, No. 07-1873*

___

**MORGAN'S MOTION TO DISMISS PURSUANT TO RULES 12(b)(1), 12(b)(2) AND 12(b)(6) WITH RESPECT TO THE THIRD AND FOURTH SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINTS (R. DOCS. 4486 and 7688)**

Morgan Building & Spas, Inc. (Morgan Buildings) and Morgan Building Systems, Inc.[1] (Morgan Systems, and collectively with Morgan Buildings, Morgan) move to dismiss the Third and Fourth Supplemental and Amending Administrative Master Complaints (R. Docs. 4486 and 7688) pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2) with respect to the allegations under Texas law and 12(b)(6) with respect to the Louisiana plaintiffs' claims for breach of express warranty on the grounds that the plaintiffs have no standing against Morgan, causing the Court to lack subject matter jurisdiction, Morgan is not properly before the Court in any case asserted by a Texas plaintiff and the Louisiana plaintiffs fail to state a claim against Morgan for breach of express warranty.

WHEREFORE, for the reasons more fully explained in the accompanying memorandum, Morgan prays that the Court dismiss, with prejudice, the plaintiffs' claims against Morgan Buildings and Morgan Systems.

___

[1] Morgan Building Systems, Inc., which merged into Morgan Buildings & Spas, Inc. on January 19, 1994, no longer exists.

343163.1

Respectfully submitted:

**McGlinchey Stafford, PLLC**

*s/Amanda S. Stout*
Christine Lipsey (LA Bar Roll # 1182), T.A.
Dan E. West (LA Bar Roll #13372)
Amanda S. Stout (LA Bar Roll #29001)
One American Place, 14th Floor
Baton Rouge, LA  70825
Telephone:  (225) 383-9000
clipsey@mcglinchey.com
dwest@mcglinchey.com
astout@mcglinchey.com

***Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.***

**CERTIFICATE OF SERVICE**

I certify that, on November 23, 2009, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.  I also certify that there are no known non-CM/ECF participants.

*s/Amanda S. Stout*
Amanda S. Stout