## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | MAGISTRATE CHASEZ |

*Administrative Master Complaint, No. 07-1873*

_____

## NOTICE OF HEARING

Please take notice that Morgan Buildings & Spas, Inc. (Morgan Buildings) and Morgan Building Systems, Inc. (Morgan Systems) (collectively, Morgan) will bring on for hearing Morgan's Motion to Dismiss Pursuant to Rules 12(b)(1), 12(b)(2) and 12(b)(6) with Respect to the Third and Fourth Supplemental and Amended Administrative Master Complaints (R. Docs 4486 and 7688) on December 16, 2009, at 9:30 a.m., at the United States Court for the Eastern District of Louisiana.

Pursuant to Uniform Local Rule 78.1E, this motion will be heard without oral argument, unless the Court directs otherwise.

Respectfully submitted:

**McGlinchey Stafford, PLLC**

*s/Amanda S. Stout*
Christine Lipsey (LA Bar Roll # 1182), T.A.
Dan E. West (LA Bar Roll #13372)
Amanda S. Stout (LA Bar Roll #29001)
One American Place, 14th Floor
Baton Rouge, LA  70825
Telephone:  (225) 383-9000
clipsey@mcglinchey.com
dwest@mcglinchey.com
astout@mcglinchey.com

**Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.**

343469.1

1

**CERTIFICATE OF SERVICE**

  I certify that, on November 23, 2009, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I also certify that there are no known non-CM/ECF participants.

                *s/ Amanda S. Stout*
                Amanda S. Stout