<u>Exhibit A</u>

**Cases pending in the MDL against Morgan Building & Spa, Inc. and/or Morgan Building Systems, Inc.**

|   | **Case** | **Original Civil Action No.** | **Original Court** | **E. Dist. Civil Action No.** |
|---|---|---|---|---|
| 1 | Dianne J. Adams, et al. v. Alliance Homes, Inc., et al. | 09-4841 | Eastern District of Louisiana | 09-4841 |
| 2 | Michael Adams, et al. vs. Alliance Homes, et al. | 09-590 | Middle District of Louisiana | 09-6402 |
| 3 | Estella Adkins, et al. v. Morgan Building & Spas, Inc., et al. | 09-441 | Southern District of Mississippi | 09-5575 |
| 4 | Helen Albarado, et al. v. Morgan Buildings and Spas, Inc., et al. | 09-3829 | Eastern District of Louisiana | 09-3829 |
| 5 | James H. Aldridge, et al. v. Gulf Stream Coach, Inc., et al. | 07-9228 | Eastern District of Louisiana | 07-9228 |
| 6 | Brittany Nicole Annis, et al. v. Alliance Homes, Inc. et al. | 09-539 | Middle District of Louisiana | 09-5994 |
| 7 | Della Ayers, et al. v. Forest River, Inc., et al. | 09-4973 | Eastern District of Louisiana | 09-4973 |
| 8 | George Basile, et al. v. Alliance Homes, Inc., et al. | 09-4762 | Eastern District of Louisiana | 09-4762 |
| 9 | Belinda H. Bauer, et al. v. Liberty Homes, Inc., et al. | 08-5031 | Eastern District of Louisiana | 08-5031 |
| 10 | Ryan Michael Bostic, et al. vs. Alliance Homes, et al. | 09-626 | Southern District of Mississippi | 09-6412 |
| 11 | Lillie Boteler, et al. v. Alliance Homes, Inc., et al. | 09-160 | Southern District of Mississippi | 09-6643 |
| 12 | Angelina Buras, et al. v. Alliance Homes, et al. | 09-1320 | Western District of Louisiana | 09-6501 |
| 13 | Emmette Burrle, et al. v. Morgan Building & Spas, et al. | 09-4590 | Eastern District of Louisiana | 09-4590 |
| 14 | Anthony Carlo Cacioppo, et al. v. Alliance Homes, Inc. et al. | 09-4840 | Eastern District of Louisiana | 09-4840 |
| 15 | Albert Croon, et al. v. Morgan Buildings & Spas, Inc., et al. | 09-405 | Southern District of Mississippi | 09-5548 |
| 16 | Judy Porche Defelice, et al. v. Alliance Homes, Inc., et al | 09-5341 | Eastern District of Louisiana | 09-5341 |
| 17 | Gloria M. Durham and Roger Dale Durham v. Alliance Homes, et al. | 09-1326 | Western District of Louisiana | 09-6636 |
| 18 | Steven Weyland Fincher, et al. v. Alliance Homes, et al. | 09-497 | Southern District of Alabama | 09-6497 |
| 19 | Steven Weyland Fincher, et al. v. Alliance Homes, et al. | 09-742 | Middle District of Alabama | 09-6632 |
| 20 | Debra Fitte, et al. v. Morgan Building & Spas, Inc., et al. | 09-4534 | Eastern District of Louisiana | 09-4534 |

Exhibit A

| | Case | Original Civil Action No. | Original Court | E. Dist. Civil Action No. |
|---|---|---|---|---|
| 21 | Christopher J. Gabourel, et al. v. Alliance Homes, Inc., et al. | 09-4842 | Eastern District of Louisiana | 09-4842 |
| 22 | Francies (Frank) Irwin Gras and John Jochum v. Alliance Homes, et al. | 09-1328 | Western District of Louisiana | 09-6498 |
| 23 | Leanna Griffin, et al. v. Alliance Homes, Inc., et al. | 09-1019 | Western District of Louisiana | 09-6882 |
| 24 | Sonia Joseph. et al. v. Alliance Homes, Inc., et al. | 09-1006 | Western District of Louisiana | 09-6881 |
| 25 | Robert Moise Legendre, et al. vs. Morgan Buildings and Spas, Inc., et al. | 09-530 | Southern District of Mississippi | 09-6907 |
| 26 | Troy Mackles, et al. v. Alliance Homes, Inc., et al. | 09-4843 | Eastern District of Louisiana | 09-4843 |
| 27 | Glenda Massey, et al. v. Alliance Homes, Inc., et al. | 09-01312 | Western District of Louisiana | 09-6884 |
| 28 | Kevin Stephen Menard, et al. v. Alliance Homes, et al. | 09-743 | Middle District of Alabama | 09-6494 |
| 29 | Regina Morales, et al. v. Alliance Homes, Inc., et al. | 09-112 | Southern District of Mississippi | 09-5612 |
| 30 | Kimberly G. Nelson, et al. vs. Gulf Stream Coach, et al. | 07-921 | Western District of Louisiana | 07-7494 |
| 31 | Sandy N. Pelas, et al. v. Alliance Homes, et al. | 09-486 | Southern District of Mississippi | 09-6419 |
| 32 | Louis Rabalais, et al. v. Alliance Homes, Inc., et al. | 09-4845 | Eastern District of Louisiana | 09-4845 |
| 33 | Luis A. Rodriguez, et al. v. Alliance Homes, Inc., et al. | 09-1569 | Northern District of Alabama | 09-6495 |
| 34 | Jonathan L. Umbehagen, et al. v. Alliance Homes, Inc., et al. | 09-4844 | Eastern District of Louisiana | 09-4844 |
| 35 | Marshell Banks, et al. v. Morgan Buildings & Spas, Inc., et al. | 09-5434 | Eastern District of Louisiana | 09-5434 |
| 36 | Christy Ball, et al. v. Alliance Homes, Inc., et al. | 09-00598 | Middle District of Louisiana | 09-06193 |
| 37 | Dale Danastasio and Joseph Shelby v. Alliance Homes, Inc., et al. | 09-1332 | Western District of Louisiana | 09-7163 |
| 38 | Melissa Stewart, et al. v. Alliance Homes, Inc., et al. | 09-1327 | Western District of Louisiana | 09-6712 |
| 39 | Elizabeth Baker and Edgar W. Galijour v. Morgan Buildings and Spas, Inc., et al. | 09-1290 | Western District of Louisiana | 09-7162 |