Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

    November 23, 2009

    Easterine White, individually, and for her minor child, Alton Thornes; The estate of Alton White v. Cavalier Home Builders, LLC, U.S. of Am through FEMA and Shaw Environmental, Inc.
    Case No.  # 09-4846, Sect.  N,  Mag (5)

Dear Sir:

    Please issue summons on the Complaint for Damages to the following:

    Cavalier Home Builders, LLC
    Through its Agent for Service of Process:
    The Corporation Company
    2000 Interstate Park Drive, Suite 204
    Montgomery, AL 36109

    United States of America through FEMA
    Through the Office of the Director,
    Craig Fugate, Director
    500 C Street SW
    Washington, DC 20477

    Shaw Environmental, Inc.
    Through its agent for service of process:
    CT Corporation System
    5615 Corporate Blvd., Suite 400B
    Baton Rouge, LA 70808

    Very truly yours,

    */s/ J. Douglas Sunseri*

    J.  DOUGLAS SUNSERI
    Attorney for Plaintiffs, Easterine White, Ind.  and for her minor child, Alton Thornes; The Estate of Alton White
    3000 18th Street
    Metairie, Louisiana  70002