AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Louisiana

| | |
|---|---|
| Easterine White, ind.and for her minor child, Alton Thornes; The Estate of Alton White <br> Plaintiff <br> v. <br> Cavalier Home Builders, LLC:,U.S. of Am through FEMA and Shaw Environmental, Inc. <br> Defendant | ) ) ) ) ) ) Civil Action No. 09-4846  Sect.N  Mag 5 |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Shaw Environmental, Inc.  through its Agent for CT Corporation, 5615 Corporate Blvd., # 400B, Baton Rouge, LA 70808

A lawsuit has been filed against you.

     Within _____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J.  DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 

Name of clerk of court

Date: _____

Deputy clerk's signature

(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*