UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION:  N(5) |
| | | * | |
| | | * | |
| | | * | |
| This Document Relates to: | | * | |
| *Dubuclet v. Fleetwood Enterprises, Inc.* | | * | |
| | | * | JUDGE: ENGELHARDT |
| Case No. 07-9228 | | * | |
| | | * | |
| | | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT FLEETWOOD ENTERPRISES, INC.'S REPLY BRIEF IN
SUPPORT OF ITS MOTION IN LIMINE TO PROHIBIT ANY TESTIMONY,
EVIDENCE, OR ARGUMENT REGARDING NONPARTIES' MEDICAL ISSUES
(Rec. Doc. 7202)**

Fleetwood asks that this Court narrow the issues that go on trial in this case, and that the only medical issues that should be presented to the jury are Timia's.

**1.    Testimony nonparty medical issues is not relevant and should not be admitted.**

The only example of a nonparty medical issue that Plaintiff provided is testimony from a former Fleetwood employee, Jason Leidig, but Plaintiff has now withdrawn Leidig as a witness.[1] Additionally, Plaintiff's argument regarding notice is unpersuasive without any showing that Fleetwood knew of any complaint related directly to formaldehyde prior to the manufacture of the Dubuclet unit. Any reference to any nonparty's alleged health problems purportedly caused by being in or around an EHU is irrelevant because that nonparty's subjective experience

---

[1] Email from Plaintiff's counsel from Chris Pinedo to Fleetwood counsel Taylor Daly of November 20, 2009, 4:20 p.m. (Exhibit A).

(particularly an experience that has never been shared with Fleetwood) is not related to whether Timia has been harmed.

**2.      Timia's family members' medical issues are not relevant in this case.**

Plaintiff's argument that the family members' "resulting medical issues" are relevant to Fleetwood's notice of the "formaldehyde issue" has no merit without evidence that they informed Fleetwood of the same—and Plaintiff has not pointed to any evidence. Additionally, the family members' medical issues have no bearing on whether the EHU is in a "defective condition"—this case is about whether it was in a defective condition that caused Timia harm, not whether it is defective because it has allegedly caused others harm. As this Court stated in the Alexander trial, "this particular bellwether trial is about any injury allegedly sustained by [the plaintiff], not anyone else."[2]

For these reasons, Fleetwood asks that its motion filed at Rec. Doc. 7202 be granted.

This 23rd day of November 2009.

Respectfully submitted:

*/s/ Richard K. Hines, V*
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717

---

[2] Order dated Sept. 8, 2009 at 2 (Rec. Doc. 3093).

2

LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## <u>C E R T I F I C A T E OF SERVICE</u>

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery                    ( )    Prepaid U.S. Mail

( )    Facsimile                        ( )    Federal Express

(X)    CM/ECF

New Orleans, Louisiana, this 23rd day of November, 2009.

                            */s/ Richard K. Hines, V*
                            Richard K. Hines, V
                            Georgia Bar No. 356300
                            E-mail:  richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)