Exhibit A

Page 1 of 1
Case 2:07-md-01873-KDE-MBN   Document 7841-1   Filed 11/23/09   Page 2 of 2

## Maureen Dreeman

**From:** Taylor Daly
**Sent:** Monday, November 23, 2009 4:52 PM
**To:** Maureen Dreeman
**Subject:** FW: Jason Leidig

---

**From:** Chris Pinedo [mailto:cpinedo@cpinedolaw.com]
**Sent:** Friday, November 20, 2009 4:20 PM
**To:** Taylor Daly
**Cc:** 'Linda Nelson'; 'Jennifer Minden'; 'Magan Ennis'
**Subject:** Jason Leidig

This is to advise you that Plaintiffs will not be designating any excerpts from the deposition of Jason Leidig to play during the trial of this matter.

**Chris Pinedo**
**Attorney At Law**
**4550 Jericho Road**
**Corpus Christi, Texas 78413**
**(361) 946-1474**
**(361) 244-2278 (Cell)**
**(361) 288-8028 (Fax)**

11/23/2009