# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

SILVIO AGUILAR O/B/O NUBIA AGUILAR, ET AL. )
Plaintiff )
v. )
FOREST RIVER, INC. )
Defendant )
)
)

Civil Action No. 2:09-cv-5637

## Summons in a Civil Action

To: *(Defendant's name and address)*

**Forest River, Inc.**
Through its registered agent for service:
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*[signature]*
Deputy clerk's signature

Nov 10 2009

Date: _____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __11/13/2009__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* __By certified mail_____.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

Date: __11/20/2009__

                                                               _/s/_____
                                                                Server's signature

                                               Lawrence J. Centola, Jr. - Attorney
                                                            Printed name and title

                                               600 Carondelet Street
                                                          Suite 602
                                             New Orleans, LA 70130
                                                             Server's address

November 2, 2009

**<u>CERTIFIED MAIL: 7009 2250 0004 1429 1831</u>**

Through its registered agent for service:
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

     Re:    *Silvio Aguilar O/B/O Nubia Aguilar, et al. v Forest River, Inc.*
              EDLA, Case No: 09-5637

Dear Sir/Madam

    Please accept service on behalf of Forest River, Inc.

                                   Very truly yours,

                                   Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Forest River, Inc.
Through its Agent for Service of Process
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Elle Hart
☐ Agent
☐ Addressee

B. Received by (Printed Name): Elle Hart
C. Date of Delivery: 11/16/09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0004 1429 1831

PS Form 3811, February 2004    Domestic Return Receipt    5637    102595-02-M-154

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — NOV 13 2009

7009 2250 0004 1429 1831

Forest River, Inc.
Through its Agent for Service of Process
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

PS Form 3800, August 2006    See Reverse for Instructions