# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRACY MARTIN | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  2:09-cv-5687 |
| GILES INDUSTRIES, INC., ET AL. | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

**Giles Family Holdings**
Through its registered agent for service:
Alan Neely
405 South Broad St.
New Tazewell, TN 37825

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Name of clerk of court

*Sarah Dusang*

Deputy clerk's signature

Nov 10 2009

Date: _____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____11/13/2009_____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)*   By certified mail _____

    _____

    _____.

My fees are $ __0.00_____ for travel and $ __0.00_____ for services, for a total of $ __0.00_____.

Date: ____11/20/2009____

                                     _____
                                       Server's signature

                           Lawrence J. Centola, Jr. - Attorney
                                 Printed name and title

                                 600 Carondelet Street
                                    Suite 602
                              New Orleans, LA 70130
                                   Server's address

November 3, 2009

**_CERTIFIED MAIL: 7009 1680 0001 8687 8926_**

Through its registered agent for service:
Alan Neely
405 South Broad St.
New Tazewell, TN 37825-7243

> Re:   *Tracy Martin v Giles Industries, Inc., et al.*
>         EDLA, Case No: 09-5687

Dear Sir/Madam

Please accept service on behalf of Giles Family Holdings.

Very truly yours,

Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Patricia Daniels_ ☑ Agent ☐ Addressee

B. Received by (Printed Name) _Patricia Daniels_   C. Date of Delivery 11 16 09

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

1. Article Addressed to:

*Giles Family Holdings*

Through its Agent for Service of Process
Alan C. Neely
405 S. Broad Street
New Tazewell, TN 37825-7243

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7009 1680 0001 8687 8926

PS Form 3811, February 2004      Domestic Return Receipt   5687   102595-02-M-154

---

**U.S. Postal Service** (TM)
**CERTIFIED MAIL** (TM) **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com ®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To
*Giles Family Holdings*
Through its Agent for Service of Process
Alan C. Neely
405 S. Broad Street
New Tazewell, TN 37825-7243

PS Form 3800, August 2006       See Reverse for Instructions

7009 1680 0001 8687 8926