AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

USDC Eastern District of Louisiana

James Castillion, et al.
        Plaintiff
v.
Oak Creek Homes, Inc.
        Defendant

Civil Action No. **09-4747**

**SECT. N MAG. 5**

Summons in a Civil Action

To: *(Defendant's name and address)*

Oak Creek Homes, L.P.
Craig A. Reynolds
2450 South Shore Boulevard Ste. 300
League City, TX 77573

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Aug 06 2009__

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

# Watts Hilliard, L.L.C.
# FEMA Trailer Litigation

800.994.0019 toll free  
info@fematrailerlitigation.com

2506 N. Port Avenue  
Corpus Christi, TX 78401

Mikal C. Watts, P.C.  
Robert Hilliard, L.L.P.

August 20, 2009

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Oak Creek Homes, Inc.
Texas Secretary of State
2450 South Shore Boulevard Ste. 300
League City, TX 77573

RE:     Service for James Castillion, et al. v. Oak Creek Homes, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause No. 09-4747, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Oak Creek Homes, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures





Home | Help | Sign In

Track & Confirm         FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 1830 0004 6307 7992**
Status: Delivered

Your item was delivered at 12:02 pm on August 26, 2009 in LEAGUE CITY, TX 77573. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )



| Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway |

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA




**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Oak Creek Homes, Inc.</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____;or

    (4) returning the summons unexecuted to the court clerk on _____;or

    (5) other (specify) <u>Certified mail return receipt requested #70081830000463077992, Sent 8/24/2009, Received 8/26/2009. Registered Agent: Texas Secretary of State 2450 South Shore Boulevard Ste. 300 League City, TX 77573</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>10/29/2009</u>

                                                *Wynter Lee*
                                            Server's signature

                          Wynter Lee - Mass Tort Coordinator
                                         Printed name and title

                        2506 N. Port Ave. Corpus Christi, TX 78401
                                               Server's address