Exhibit A

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  FEMA TRAILER              *    Docket MDL 1873 "N"
FORMALDEHYDE PRODUCTS             *
LIABILITY LITIGATION              *    New Orleans, Louisiana
                                  *
THIS DOCUMENT IS RELATED TO:      *    September 24, 2009
                                  *
CHARLIE AGE, ET AL V              *    8:30 A.M.
GULF STREAM COACH, INC.,          *
ET AL, DOCKET NO. 09-2892;        *
ALANA ALEXANDER, INDIVIDUALLY     *
AND ON BEHALF OF                  *
CHRISTOPHER COOPER                *
* * * * * * * * * * * * * * * * *
```

DAY 9
JURY TRIAL PROCEEDINGS BEFORE THE
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:          Gainsburgh, Benjamin, David,
                               Meunier & Warshauer
                             BY:  GERALD E. MEUNIER, ESQ.
                             1100 Poydras Street
                             Suite 2800
                             New Orleans, Louisiana 70163


                             The Buzbee Law Firm
                             BY:  ANTHONY G. BUZBEE, ESQ.
                             JP Morgan Chase Tower
                             600 Travis, Suite 7300
                             Houston, Texas  77002




JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT

```
10:28  1   There's no comparison between an RV that you may own and this
10:28  2   piece of junk that they sold.
10:28  3              When you return this verdict, you have an
10:28  4   opportunity here to make a difference.  To make a difference.
10:28  5   And I'm asking you to do that, and I know you will do that.
10:28  6   And I thank you in advance for that.
10:28  7              THE COURT:  All right.  Thank you, Counsel.
10:28  8              We are going to take a ten-minute break.  And
10:28  9   then when you come back in, I will go ahead and charge you,
10:28 10   which will take probably a little less than an hour.  So let's
10:28 11   go ahead and we will plan to start at 10:40.
10:28 12              All rise.
10:28 13              THE DEPUTY CLERK:  All rise.
10:28 14              (WHEREUPON, the jury exited the courtroom.)
10:29 15              THE COURT:  All right.  You can be seated.  Counsel,
10:29 16   anything we need to cover at this point?
10:29 17              MR. WEINSTOCK:  Yes.  We'd ask for a limiting
10:29 18   instruction.  I think the "taxpayer" reference violates the
10:29 19   gold standard that you're talking about the personal jurors.
10:29 20   It's personal to them.  It's like saying to them, "Your
10:29 21   insurance premium is going to go up."
10:29 22              THE COURT:  I think that the nature of the rebuttal
10:29 23   of the closing argument was dangerously close to the edge of
10:29 24   being improper.  And I suppose we're going to find out whether
10:29 25   it crossed the line of propriety by the way of post-trial
```

```
10:29  1   motions.
10:29  2                I instructed counsel yesterday -- which I
10:29  3   shouldn't even need to instruct counsel -- to argue the
10:29  4   evidence.  Argue the evidence.  And I think we departed from
10:29  5   that in rebuttal; and, yes, I am concerned about it.  But we'll
10:30  6   see what the jury does with this.  Your objection is so noted
10:30  7   and the issue will be briefed, I would think, appropriately,
10:30  8   after trial.
10:30  9           MR. WEINSTOCK:  It will be, Your Honor.  But we would
10:30 10   still ask for a limiting instruction at the close of the
10:30 11   charge.
10:30 12           THE COURT:  Well, I'm going to explain to them that
10:30 13   closing arguments are not evidence.  I've already told them
10:30 14   that probably half a dozen times already, and I will certainly
10:30 15   do that again before I begin to give them the formal
10:30 16   instructions.
10:30 17                But we'll go ahead and take it up and give them
10:30 18   the limiting instruction again, as I had always planned to do.
10:30 19                Thank you.
10:30 20           MR. BUZBEE:  Yes, sir.
10:30 21           (WHEREUPON, the Court took a recess.)
10:40 22           THE DEPUTY CLERK:  All rise.
10:40 23           (WHEREUPON, the jury entered the courtroom.)
10:40 24           THE COURT:  You may be seated.
10:40 25           MR. WEINSTOCK:  Your Honor, can we approach?
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA