Exhibit B

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

******************************************************************

IN RE:   FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

                              DOCKET MDL NO. 1873 "N"
                              NEW ORLEANS, LOUISIANA
                              FRIDAY, SEPTEMBER 18, 2009, 8:30 A.M.

THIS DOCUMENT IS RELATED TO

CHARLIE AGE, ET AL V
GULF STREAM COACH, INC.,
ET AL, DOCKET NO. 09-2892;
ALANA ALEXANDER,
INDIVIDUALLY AND ON BEHALF
OF CHRISTOPHER COOPER

******************************************************************

                            DAY 5
                       MORNING SESSION
              TRANSCRIPT OF JURY TRIAL PROCEEDINGS
          HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
                   UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE PLAINTIFFS:

                       GAINSBURGH BENJAMIN DAVID MEUNIER AND
                       WARSHAUER
                       BY:  GERALD E. MEUNIER, ESQUIRE
                       2800 ENERGY CENTRE
                       1100 POYDRAS STREET, SUITE 2800
                       NEW ORLEANS LA   70163


                       THE BUZBEE LAW FIRM
                       BY:  ANTHONY G. BUZBEE, ESQUIRE
                       600 TRAVIS, SUITE 7300
                       HOUSTON TX   77002

 1   Q.   WAS OSB UTILIZED AND AVAILABLE IN 2004?

 2   A.   OSB HAS BEEN ON THE MARKET SINCE THE 1960S.

 3   Q.   SINCE YOU BRING UP THE '60S, A LOT OF TALK ABOUT, YOU KNOW,

 4   WE DON'T WANT OUR KIDS SNIFFING GLUE.  THERE ARE REASONS FOR

 5   THAT, RIGHT?

 6   A.   YES, THERE ARE.

 7   Q.   IF YOU GOT TO USE GLUE TO TIE TOGETHER WOOD CHIPS TO MAKE

 8   COMPOSITE WOOD, IN YOUR VIEW, WOULD IT BE PREFERABLE TO REDUCE

 9   THE AMOUNT OF FORMALDEHYDE IN IT?

10   A.   YES.

11   Q.   IN ADDITION TO THESE ALTERNATIVE MATERIALS THAT WERE

12   AVAILABLE IN 2004 THAT WOULD HAVE EMITTED NO FORMALDEHYDE OR SO

13   LITTLE FORMALDEHYDE THAT THEY ARE EXEMPT FROM ANY ISSUES, THE

14   VENTILATION RATE THAT WE ALSO CIRCLED OVER THERE, IS THAT

15   SOMETHING THAT GULF STREAM COULD HAVE CONTROLLED?

16   A.   YES.  THAT'S ENTIRELY UP TO GULF STREAM, WHETHER OR NOT TO

17   PROVIDE VENTILATION, AND IF SO, WHAT VENTILATION SYSTEM.

18   Q.   SURE.  AND WE'VE TALKED WITH MR. RITTER, SO I DON'T WANT TO

19   DEAL WITH THIS IN A GREAT DETAIL, BUT YOU TALKED ABOUT THIS A LOT

20   IN YOUR DEPOSITION WITH THESE LAWYERS; IS THAT RIGHT?

21   A.   YES.

22   Q.   THESE MECHANICAL VENTILATION SYSTEMS THAT PULL FRESH AIR IN

23   AND EXPEL POLLUTED AIR OUT, THOSE WERE AROUND IN 2004?

24   A.   YES, THEY WERE.  AND, IN FACT, IN HUD CODE MANUFACTURING

25   HOUSING, THEY HAVE BEEN A REQUIREMENT SINCE 1984 AS A RESULT OF

IN RE:   FEMA TRAILER                                CATHY PEPPER, CRR
FORMALDEHYE PRODUCTS LIABILTY LITIGATION              SEPTEMBER 18, 2009

Page 57

1  THE FIRST FORMALDEHYDE PROBLEM THAT HAPPENED IN HUD CODE

2  MANUFACTURED HOUSING IN THE 1970S AND 1980S.

3           MR. WEINSTOCK:  OBJECTION, YOUR HONOR.

4           MR. WATTS:  LET'S MOVE ON -- WELL, I THINK IT'S RELEVANT

5  FROM THE STANDPOINT OF SHOWING THE FEASIBILITY OF THE MECHANICAL

6  VENTILATION SYSTEM.  BUT I'LL MOVE ON.

7           THE COURT:  I'M GOING TO SUSTAIN THE OBJECTION, BUT I'LL

8  MARK IT SO THAT IT CAN BE COVERED UNDER CROSS SINCE IT WAS

9  ALREADY TESTIFIED, AND I'LL ALLOW YOU SOME LATITUDE TO COVER IT

10 ON CROSS, IF YOU CHOOSE TO.

11                         EXAMINATION

12 BY MR. WATTS:

13 Q.   YEAH, LET'S -- DON'T TALK ABOUT THE REASONS THAT ARE THERE

14 RIGHT NOW UNLESS HE ASKS YOU ABOUT IT, BUT LET ME JUST GET A

15 DIRECT ANSWER.  IN 2004, IN HUD HOUSING, FOR EXAMPLE, IN LARGER

16 MOBILE HOMES, DID THEY HAVE MECHANICAL VENTILATION SYSTEMS?

17 A.   YES, THEY DID.

18 Q.   AND IN TERMS OF THE TECHNOLOGY, THE TECHNOLOGY WAS AVAILABLE

19 TO PLACE MECHANICAL VENTILATION SYSTEMS IN TRAVEL TRAILERS IN

20 2004, FAIR?

21 A.   YES.

22 Q.   IN TERMS OF ECONOMICS, PEOPLE WERE ECONOMICALLY

23 INCORPORATING MECHANICAL VENTILATION SYSTEMS INTO THESE KINDS OF

24 HOUSING.

25 A.   INTO HUD CODE MANUFACTURED HOUSES, YES.

1    IS GOING TO USE THE TRAVEL TRAILER, BUT THE TRAVEL TRAILER

2    MANUFACTURER KNOWS THAT THEY ARE USING GOOD COMPOSITE PRODUCTS

3    THAT EMIT FORMALDEHYDE INTO A SMALL VOLUME OF AIR, IT IS FOR THE

4    TRAVEL TRAILER MANUFACTURER TO PROVIDE THAT MECHANICAL

5    VENTILATION THAT OVERRIDES THE ACTIVITIES OF THE OCCUPANT TO

6    ENSURE THAT THE TRAVEL TRAILER IS PROPERLY VENTED.

7    Q.   I MUST HAVE MISSPOKE.  THAT INFORMATION WAS NOT RELEVANT TO

8    YOUR OPINION.  THAT'S MY QUESTION.  ISN'T THAT CORRECT?

9    A.   IN LARGE PART, NO.

10   Q.   BECAUSE YOU'RE GIVING US AN OPINION ON THEORETICALLY WHAT

11   MIGHT BE WRONG WITH THIS TRAVEL TRAILER IF IT'S USED IN A CERTAIN

12   WAY, CORRECT?

13   A.   I AM TELLING YOU WHAT THE EXPERIENCE WITH FORMALDEHYDE

14   PROBLEM HAS BEEN IN HUD CODE MANUFACTURED HOMES IN THE 1980S AND

15   WE HAVE TODAY THE IDENTICAL PROBLEM OCCURRING FOR THE IDENTICAL

16   REASON AND THE REASON THE GOVERNING PRINCIPLE --

17            MR. WEINSTOCK:  OBJECTION, YOUR HONOR.  THAT'S

18   COMPLETELY NONRESPONSIVE.

19            THE COURT:  ANSWER THE QUESTION.  IF YOU'RE NOT GOING TO

20   ANSWER THE QUESTION, THEN WE'RE GOING TO STOP AND YOU'LL HAVE TO

21   STEP DOWN AND WE'LL DISREGARD YOUR TESTIMONY.  SO LISTEN

22   CAREFULLY AND ANSWER THE QUESTION THAT'S ASKED.  THERE WILL BE AN

23   OPPORTUNITY FOR REDIRECT AFTER MR. WEINSTOCK FINISHES.  SO LISTEN

24   VERY CAREFULLY TO THE QUESTION.

25            THE WITNESS:  YES, YOUR HONOR.