O AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARA D. STEWART LOWE O/B/O JESSILENA AMBER LOWE, ET AL | ) ) ) | |
| Plaintiff | ) | Civil Action No.  2:09-cv-5695 |
| v. | ) | |
| JAYCO, INC., ET AL | ) | |
| Defendant | ) ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

**Jayco, Inc.**
Through its registered agent for service:
Glenn S. Killoren
121 W. Franklin St.
Elkhart, IN 46516

A lawsuit has been filed against you.

      Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

      Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

**Nov 10 2009**

Name of clerk of court

_____
Deputy clerk's signature

Date: _____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

*≈ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____11/13/2009_____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with  _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on  _____; or

    (5) other *(specify)*   By certified mail _____

    _____

    _____.

My fees are $ _0.00_____ for travel and $ _0.00_____ for services, for a total of $ _0.00_____.

Date: _____11/20/2009_____

_____
Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address

November 3, 2009

**_CERTIFIED MAIL: 7009 1680 0001 8687 8995_**

Through its registered agent for service:
Glenn S. Killoren
121 W. Franklin St.
Elkhart, IN 46516

       Re:    *Cara D. Stewart Lowe O/B/O Jessilena Amber Lowe, et al. v Jayco, Inc., et al.*
               EDLA, Case No: 09-5695

Dear Sir/Madam

      Please accept service on behalf of Jayco, Inc.

                Very truly yours,

                Lawrence J. Centola Jr.

LC:jld
See Enclosures

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X Debra Haynes    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
DEBRA HAYNES

1. Article Addressed to:

Jayco, Inc.
Through its Agent for Service of Process
Glenn E. Killoren
121 W. Franklin Street
Elkhart, IN 46516

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7009 1680 0001 8687 8995

PS Form 3811, February 2004    Domestic Return Receipt   5695   102595-02-M-154

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here
NOV 13 2009

Jayco, Inc.
Through its Agent for Service of Process
Glenn E. Killoren
121 W. Franklin Street
Elkhart, IN 46516

PS Form 3800, August 2006    See Reverse for Instructions