AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

## USDC Southern District of Mississippi

Jackie Dillon, et al.

|  |  |
|---|---|
| Plaintiff | ) |
| v. | ) |
| Champion Home Builders Co. | ) |
| Defendant | ) |

Civil Action No. 2:09CV147 HSO-JMR

### Summons in a Civil Action

To: *(Defendant's name and address)*

Champion Home Builders Co.
Mark Cole
2710 Cambridge St. Suite 300
Auburn Hills, MI 48326

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

Name of clerk of court

Date: *August 6, 2009*

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

August 20, 2009

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Champion Home Builders Co.
The Corporation Company
30600 Telegraph Road Ste. 2345
Bingham Farms, MI 48025

RE:    Service for Jackie Dillon, et al. v. Champion Home Builders Co., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause
No. 2:09-cv-147 HSO-JMR, in the MS - USDC Southern District of Mississippi. This
case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde
Products Liability Litigation.

Enclosed is the Court issued summons addressed to Champion Home Builders Co..
Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Champion Home Builders Co.</u> by:

(1) personally delivering a copy of each to the individual at this place, _____ _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) <u>Certified mail return receipt requested #70081830000114996870, Sent 8/27/2009,</u> <u>Received 9/1/2009. Registered Agent: The Corporation Company 30600 Telegraph Road Ste. 2345</u> <u>Bingham Farms, MI 48025</u>

My fees are $_____ for travel and $ _____ for services, for a total of $_____ .

Date: <u>10/29/2009</u>    _____
                                    Server's signature

                        _____
                        Wynter Lee - Mass Tort Coordinator
                        Printed name and title

                        2506 N. Port Ave. Corpus Christi, TX 78401
                        Server's address