Exhibit A

Page 1

VIDEOGRAPHER: We're on the record at 10:35.

MR. MILLER: Ms. Court Reporter, can you please put the witness under oath?

RENE RODRIGUEZ, the witness hereinbefore named, after being first duly cautioned and sworn to tell the truth, the whole truth, and nothing but the truth testified under oath as follows:

MR. MILLER: Peter, it's your nickel.

MR. TAAFFE: Thank you.

EXAMINATION

By Mr. Taaffe:

Q   Could you state your name for the record.
A   Rene Lizandro Rodriguez.
Q   Mr. Rodriguez, I'm Peter Taaffe, and I represent the plaintiffs in this case. I'm going to be asking you some questions. Okay?
A   Okay.
Q   What do you currently do for a living.
A   I work for FEMA.
Q   What do you do for them?
A   I am a disaster assistance employee.
Q   Where is your main office?
A   In Denton, Texas.

1   By Mr. Miller:
2   Q   Mr. Rodriguez, I'm Henry Miller. I represent the
3       United States of America, which is a defendant in
4       some these cases, not all of these cases, and I
5       have some questions that relate to some of the
6       cases that the United States is a defendant in.
7           First of all, can you please introduce
8       yourself to the judge and the jury and spell your
9       last name?
10  A   My name Rene Lizandro Rodriguez. Last name spelled
11      R-o-d-r-i-g-u-e-z.
12  Q   Mr. Rodriguez, are you currently employed?
13  A   Yes, I am.
14  Q   Who do you work for?
15  A   FEMA.
16  Q   What is your position?
17  A   My position is disaster assistance employee.
18  Q   Does that also go by the acronym DAE?
19  A   Yes, it does.
20  Q   As a disaster assistance employee, were you called
21      upon to respond to Hurricane Katrina and Rita?
22  A   Yes, I was.
23  Q   What was the time period that you worked the
24      Hurricane Katrina/Rita disaster?
25  A   From September '05 to August 18th of '06.

1    A    Well, I was actually overseeing about 80 or more
2         field inspectors. I had given them their job
3         assignments daily.
4    Q    So, in that position you were supervising the field
5         inspectors?
6    A    That's correct.
7    Q    You indicated that in April of 2006, you were
8         promoted to the director of DHOP's; is that
9         correct?
10   A    That's correct.
11   Q    How did your position job duties change when you
12        went from deputy director to director?
13   A    At that point they basically stayed the same. It's
14        just I did not have a deputy to assist me there at
15        that point.
16   Q    So, the director had left and you moved into his
17        position?
18   A    Correct.
19   Q    They didn't back fill your position?
20   A    That's correct.
21   Q    So, you continued to supervise all the field
22        inspectors?
23   A    All the field staff.
24   Q    Given your position as a field inspector, deputy of
25        the DHOP's and director of DHOP's, are you familiar

Page 55

1      that.
2   Q  Then she also talks in the second paragraph about
3      urethane foam flammability, correct?
4   A  Correct.
5   Q  And she doesn't talk about urethane foam being
6      cancer causing agent or a birth defect causing
7      agent, true?
8   A  True.
9   Q  Okay. So, really the -- Ms. Guay's e-mail doesn't
10     really answer the question you-all posed which was
11     the chemicals -- what chemicals can cause cancer or
12     birth defects, did it?
13  A  Right. No, it really didn't, no.
14  Q  Okay.
15          MS. DALY: All right. Thank you very
16     much.
17          THE WITNESS: You're welcome.
18          MS. DALY: Thank you, Henry.
19          MR. GLASS: No questions.
20          MR. MILLER: No questions. We're all
21     done.
22          MS. DALY: Thank you-all very much. Have
23     a good day.
24          VIDEOGRAPHER: We're off the record at
25     11:54.

Page 31

 1  Q   And do you have any information that this occupant
 2      was complaining about formaldehyde or odors in his
 3      unit?
 4  A   No.
 5  Q   So, nothing about formaldehyde as far as you know
 6      triggered this man to call about whatever this
 7      notice was?
 8  A   As far as I know, no, nothing about formaldehyde.
 9  Q   Okay.
10              MS. DALY:  That's all I have.
11              MR. MILLER:  Let's take a five-minute
12         break.
13              MS. DALY:  Sure.
14              VIDEOGRAPHER:  We're off the record at
15         11:18.
16                  (Recess taken)
17              MR. MILLER:  We're going back on the
18         record.  Peter, are you there?
19              MR. TAAFFE:  Yes.
20  Q   (By Videographer)
21              MR. MILLER:  Taylor, are you there.
22              MS. DALY:  I am.
23              VIDEOGRAPHER:  This is the beginning of
24         tape 2.  Back on the record are 11:24.
25                      EXAMINATION

1       office, DHOP, what was the geographic area of
2       responsibility for that JFO?
3  A    All of Louisiana.
4  Q    Now, when you say that you would look at a site to
5       determine whether it would accept a unit, was that
6       before a unit was placed on the property?
7  A    That's correct, before a unit was placed.
8  Q    When you refer to "unit," what are you referring
9       to?
10 A    Either a mobile home, park model, or a travel
11      trailer.
12 Q    Are these also called temporary emergency housing
13      units?
14 A    Yes, THU's.
15 Q    Now, was there any restrictions on the placement of
16      mobile homes at various sites?
17 A    Yes, there were.  If a site was in the Flood Zone
18      A, we could not place a mobile home and for a while
19      not even a park model in there.
20 Q    Let me step back.  We went through what you did as
21      basically a field inspector, you did site
22      assessments.
23          As the deputy director of DHOP's, how did your
24      responsibilities change from that of the field
25      inspector?

1           with the requirements for siting a temporary
2           emergency housing unit such as a mobile home,
3           travel trailer, or park model unit.
4    A      Yes, I am.
5    Q      What are the requirements to -- what are you
6           looking at when you look at a site to determine
7           what type of temporary housing unit it can accept?
8    A      No. 1 is the size of the lot that it's being placed
9           on and another the flood zone if it's not in the --
10          if it is not in a 100-year floodplain we can place
11          any type of unit there.  We have to make sure all
12          water, sewer, and electric tie-in's are present on
13          the site and that would be basically it right
14          there.
15   Q      Let me talk to you about the flood zone issue.  You
16          indicated that there are some restrictions relating
17          to the type of temporary housing unit that can be
18          placed on a site depending upon the flood zone
19          designation; is that right?
20   A      That's correct.
21   Q      What are those requirements?
22   A      Well, within a -- we cannot place mobile homes in a
23          floodplain because those are considered permanent
24          structures.  We were allowed to place travel
25          trailers because they were easier to pull out if