UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION:  N(5) |
| | | * | |
| This Document Relates to: | | * | |
| *Dubuclet v. Fleetwood Enterprises, Inc.* | | * | |
| | | * | JUDGE: ENGELHARDT |
| *Case No. 07-9228* | | * | |
| | | * | |
| | | * | MAG: CHASEZ |

**************************************************************************

**DEFENDANT FLEETWOOD ENTERPRISES, INC'S**
**REPLY BRIEF IN FURTHER SUPPORT OF ITS**
**MOTION TO EXCLUDE REFERENCES TO POST-KATRINA "PROTOTYPE"**

In her response (Rec. Doc. 7636) to Fleetwood Enterprises, Inc.'s motion to exclude

references to post-Katrina "prototype" (Rec. Doc. 7195), Plaintiff offers only bare assertions in a

feeble attempt to show some relevance to the prototype that is the subject of Fleetwood's motion

at Rec. Doc. 7195.

Plaintiff argues that evidence of the manufactured housing prototype Fleetwood

attempted to manufacture *after* the Dubuclets vacated their travel trailer is somehow relevant to

her theory that Fleetwood had expertise to develop a travel trailer with a lower formaldehyde

level.  *See* Rec. Doc. 7636, p. 2.  Manufactured housing is a completely different product -- and

developed for different purposes -- from a travel trailer.  This distinction is somehow lost on

Plaintiff, or more likely, is a distinction she chooses to ignore.  Plaintiff asserts that "many of the

same wood products that were used in manufactured housing were used in travel trailers."

Tellingly, she cites no support for this proposition.

1

Not only is it patently obvious that manufactured housing and travel trailers are different products developed in different ways, Fleetwood has cited to evidence that demonstrates why this prototype is clearly irrelevant to this case. As explained in its underlying motion, former Fleetwood employee Steven Smith has testified that "[v]irtually everything" was different in the prototype, including "[a]ll wood cabinets, all wood painted trim throughout the unit, linoleum throughout," and drywall throughout. *See* Rec. Doc. 7195, pp. 3-4. In fact, Mr. Smith testified that "I personally don't think it is feasible to build an all drywall travel trailer." *Id.* There is nothing in the record to infer that any design change made in this "prototype" could have been applied to a feasible alternative travel trailer design -- in terms of any of the three crucial factors of transportability, durability, or price point. And Plaintiff's response has done nothing to indicate otherwise.

Furthermore, as this prototype was indisputably developed to determine the feasibility of complying with FEMA's newly issued formaldehyde requirements, it would appear that Plaintiff wishes to use evidence of this prototype to get around this Court's prior rulings regarding the inadmissibility of subsequently passed ambient air standards. *See* Rec. Docs. 3069 and 7684.

**Conclusion**

For these reasons, Fleetwood requests that all evidence, testimony, and argument regarding the "prototype" manufactured housing units not be admitted at trial.

This 23rd day of November 2009.

Respectfully submitted:

 */s/ Richard K. Hines, V*
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station

2

201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## C E R T I F I C A T E OF SERVICE

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )     Hand Delivery                          ( )     Prepaid U.S. Mail

( )     Facsimile                              ( )     Federal Express

(X)     CM/ECF

New Orleans, Louisiana, this 23rd day of November 2009.

/s/ Richard K. Hines, V
Richard K. Hines, V
Georgia Bar No. 356300
richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)