```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3                  NEW ORLEANS DIVISION

 4

 5   IN RE:   FEMA TRAILER            MDL NO. 1873

 6           FORMALDEHYDE PRODUCTS

 7           LIABILITY LITIGATION     SECTION "N" (5)

 8                                    JUDGE: ENGELHARDT

 9                                    MAG: CHASEZ

10   THIS DOCUMENT IS RELATED TO: 07-9228

11   Aldridge, et al. vs. Gulf Streat Coach, Inc., et

12   al.

13   (Elisha Dubuclet obo Timia Dubuclet)

14

15           Video Deposition of H. JAMES WEDNER,

16    M.D., taken on behalf of the Plaintiffs, at the

17    offices of Dr. H. James Wedner, One Barnes

18    Hospital Plaza, Northwest Tower, 15th Floor, St.

19    Louis, Missouri, on the 12th of October, 2009,

20    before Nicki J. Madison, a Certified Court

21    Reporter #959(G), a Registered Professional

22    Reporter and Certified Shorthand Reporter and

23    Notary Public.

24

25
```

```
 1        A    Correct.
 2        Q    Because we know if you drink a glass of
 3   beer or you eat a few shrimp, that's going down
 4   through your throat and into your stomach, and
 5   that doesn't cause the type of primary irritant
 6   reaction that we are talking about with ambient
 7   formaldehyde in the air, does it?
 8        A    Well, if we are talking about
 9   formaldehyde in beer, no.  To some people, beer
10   itself is an irritant, but that's neither here nor
11   there.
12        Q    That's not true for you, is it?
13        A    I don't drink much beer actually.  I
14   prefer wine, personally.
15        Q    So if somebody is talking about
16   formaldehyde in food, whether it's beer or whether
17   it's shrimp or whether it's catfish, and we are
18   talking about formaldehyde in the air, that's just
19   two different things, that's apples and oranges,
20   isn't it?
21        A    I usually don't talk about formaldehyde
22   in foods, so I really don't know what you are
23   talking about, so.  We generally don't talk about
24   formaldehyde in food.
25        Q    We don't talk it about being an irritant
```

```
 1     or a cancer risk, do we?
 2          A    No, we don't talk about it at all.
 3          Q    Because it's not something to be
 4     concerned about, is it?
 5          A    As I say, I can't remember the last time
 6     anybody ever mentioned to me the fact that there
 7     was formaldehyde in their food.
 8          Q    And if somebody was making a comparison
 9     between formaldehyde and food and formaldehyde and
10     ambient air, that would just be something that is
11     totally without merit when we are discussing about
12     a risk of harm due to exposure to formaldehyde,
13     wouldn't it?
14          A    I have no idea what you are talking
15     about.  Formaldehyde is a gas.  So the
16     formaldehyde that I envision in food is a formyl
17     one carbon fragment, so I wouldn't even call it
18     formaldehyde.
19          Q    Okay.  So if somebody is talking about
20     formaldehyde in shrimp, you don't think it's
21     scientifically accurate to discuss that, do you,
22     describe it that way, do you?
23          A    I have never heard it called that, so
24     maybe there is formaldehyde gas that off gases
25     from shrimp.  I don't know.
```

```
 1        Q    I'm not talking about formaldehyde gas
 2   off gasing.  I'm talking about formaldehyde in the
 3   formyl group, as you discussed it, as being in
 4   food substances.
 5        A    Well, formaldehyde is one of our major
 6   way of transporting one carbon fragments, so we
 7   use it all the time in intermediary metabolism.
 8   There is formaldehyde in all foods.  So to that
 9   extent, everything has formaldehyde, but it's not
10   the kind of formaldehyde we are talking about.
11        Q    It's not the type of formaldehyde that we
12   are talking about that can cause harm to the human
13   body and is considered a primary irritant; isn't
14   that right?
15        A    I would say not.
16        Q    In fact, there is formaldehyde contained
17   in human blood; isn't that right?
18        A    Yes.
19        Q    And that's not the type of formaldehyde
20   that causes harm to the human body, is it?
21        A    I would hope not.
22        Q    That's part of the formaldehyde that's in
23   the formyl group, isn't it?
24        A    Actually, some of it actually, if you
25   were to look at it in low, low, low concentrations
```