UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Aldridge, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 07-9228; | * | |
| Elisha Dubuclet, individually and on behalf | * | |
| of Timia Dubuclet | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### REPLY TO DEFENDANT FLEETWOOD ENTERPRISES, INC.'S RESPONSE TO PLAINTIFF'S MOTION *IN LIMINE* TO PROHIBIT REFERENCE TO TRAILER TESTING NOT PERFORMED

Plaintiff Elisha Dubuclet, on behalf of Timia Dubuclet, ("Ms. Dubuclet" or "Plaintiff") respectfully submits the following reply to Defendant Fleetwood Enterprises, Inc. Response to Plaintiff's Motion *in Limine* to Prohibit Reference To Trailer Testing Not Performed.

In its response to Plaintiff's Motion in Limine to Exclude Reference to Testing Not Performed, Plaintiff specifically requested that Defendants not be allowed to make references that Plaintiff's testing was "incomplete" or "inadequate" since the Defendant did not allow more extensive testing. Court Rec. 7286-2, p. 2.  However Defendant takes this as an admission that by Plaintiff that the testing was indeed inadequate or incomplete.  This is exceedingly disingenuous, and Plaintiff's do not admit to the same.

1

The testing, Plaintiff's experts conducted was sufficient for them to base their opinions, but during their depositions of one or more of Plaintiff's experts, Defendant insinuated that the testing was incomplete. This is not at all the case and Plaintiff's expert's opinions fully pass muster under Rule 702. Plaintiff has all the testing to meet her burden of proof in this matter. Plaintiff merely wanted to conduct more tests, but was prohibited by doing so by Defendant.

Plaintiff does not admit in her Motion that additional testing should have been done as Defendant's allege. Court Rec. 7614 at 2. Plaintiffs requested more testing and Defendant denied Plaintiff the opportunity from doing so. Therefore, Defendant should be stopped from insinuating and making the suggestion that the testing was not adequate. This has nothing to do with the requirements of Rule 702, but of improper innuendo and suggestions by Defendant that would be misleading, prejudicial and confusing to the jury. Therefore, Defendant should not be able to make any reference to testing not performed and from insinuating in some way that the testing was inadequate, or incomplete.

Defendant's argument is meritless and this Court should grant Plaintiff's Motion *in Limine* to Exclude References to Trailer Testing Not Performed.

                Respectfully submitted:

                **FEMA TRAILER FORMALDEHYDE**
                **PRODUCT LIABILITY LITIGATION**

      BY:    s/Gerald E. Meunier
               GERALD E. MEUNIER, #9471
               **PLAINTIFFS' CO-LIAISON COUNSEL**
               Gainsburgh, Benjamin, David, Meunier &

Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
Dennis Reich, Texas #16739600

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing on November 23, 2009.

 s/Gerald E. Meunier
GERALD E. MEUNIER, #9471

3