O AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEVEN ACKER | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  2:09-cv-5723 |
| KEYSTONE INDUSTRIES, INC., ET AL. | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

**Keystone RV Company**
Through its registered agent for service:
Davis G. Thomas
2642 Hackberry Drive
Goshen, IN 46526

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Loretta G. Whyte**
Name of clerk of court

**Nov 10 2009**

Deputy clerk's signature

Date: _____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____11/13/2009_____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)*   By certified mail _____

    _____

    _____ .

My fees are $ __0.00_____ for travel and $ __0.00_____ for services, for a total of $ __0.00_____ .

Date: _____11/20/2009_____

                                         _____
                                             Server's signature

                                Lawrence J. Centola, Jr. - Attorney
                                           Printed name and title

                                    600 Carondelet Street
                                           Suite 602
                                    New Orleans, LA 70130
                                           Server's address

November 3, 2009

**_CERTIFIED MAIL: 7009 2250 0001 3450 4402_**

Through its registered agent for service:
Davis G. Thomas
2642 Hackberry Drive
Goshen, IN 46526

      Re:     *Steven Acker v Keystone Industries, Inc., et al.*
              EDLA, Case No: 09-5723

Dear Sir/Madam

      Please accept service on behalf of Keystone RV Company.

              Very truly yours,

              Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Keystone RV Company
Through its Agent for Service of Process
David G. Thomas
2642 Hackberry Drive
Goshen, IN 46526

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)

7009 2250 0001 3450 4402

PS Form 3811, February 2004        Domestic Return Receipt   5723        102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7009 2250 0001 3450 4402

Keystone RV Company
Through its Agent for Service of Process
David G. Thomas
2642 Hackberry Drive
Goshen, IN 46526

PS Form 3800, August 2006        See Reverse for Instructions