O AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBORAH LAMBERT, ET AL. | ) |
| Plaintiff | ) |
| v. | ) |
| KZRV, LP. | ) |
| Defendant | ) |
| | ) |
| | ) |

Civil Action No.  2:09-cv-5669

### Summons in a Civil Action

To: *(Defendant's name and address)*

**KZRV, LP**
Through its Agent for Service of Process
Daryl Zook
9270 W. US 20
Shipshewana, IN 46565

A lawsuit has been filed against you.

        Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

        Lawrence J. Centola, Jr.
        600 Carondelet St. Ste. 602
        New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Loretta G. Whyte**

Name of clerk of court

*Norah Dusang*

Deputy clerk's signature

**Nov 10 2009**

Date: _____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ 11/13/2009 _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)*    By certified mail _____
    _____
    _____.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

Date: _____11/20/2009_____

_____
Server's signature

Lawrence J. Centola, Jr. - Attorney
_____
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
_____
Server's address

November 2, 2009

**_CERTIFIED MAIL: 7009 2250 0004 1429 2203_**

Through its Agent for Service of Process
Daryl Zook
9270 W. US 20
Shipshewana, IN 46565

      Re:    *Deborah Lambert, et al. v KZRV, LP.*
            EDLA, Case No: 09-5669

Dear Sir/Madam

      Please accept service on behalf of KZRV, LP.

            Very truly yours,

            Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KZRV, LP
Through its Agent for Service of Process
Daryl Zook
9270 W. US 20
Shipshewana, IN 46565

A. Signature

X _____  ☐ Agent
                           ☐ Addressee

B. Received by ( Printed Name )     C. Date of Deliver

Holly D Yoder                       11-10-2009

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)     7009 2250 0004 1429 2203

PS Form 3811, February 2004      Domestic Return Receipt     5669     102595-02-M-154

---

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
### (Domestic Mail Only; No Insurance Coverage Provided)

**For delivery information visit our website at www.usps.com®**

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

OCT 2009

KZRV, LP
Through its Agent for Service of Process
Daryl Zook
9270 W. US 20
Shipshewana, IN 46565

7009 2250 0004 1429 2203

PS Form 3800, August 2006      See Reverse for Instructions