Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

          November 23, 2009

          Edwin Trufant, Sr., Tyric Trufant, Benjamin Irvin, Kenneth Stumpf and Bonnie Stumpf  v. Coachman Industries, Inc., U.S. of Am through FEMA and CH2M Hill Contractors, Inc.
          Case No.  # 09-4848, Sect.  N,  Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

    Coachman Industries, Inc.
    Through its Agent for Service of Process:
    Corporation Service Company
    251 East Ohio Street, Suite 500
    Indianapolis, IN 46204

    CH2M Hill Constructors, Inc.
    Through its Agent for Service of Process:
    CT Corporation System
    5615 Corporate Blvd., Suite 400B
    Baton Rouge, LA 70808

    United States of America through FEMA
    Through the Office of the Director,
    Craig Fugate, Director
    500 C Street SW
    Washington, DC 20477

          Very truly yours,

          */s/ J. Douglas Sunseri*

          J. DOUGLAS SUNSERI
          Attorney for Plaintiff, Edwin Trufant Sr., Tyric Trufant, Benjamin Irvin, Kenneth Stumpf and Bonnie Stumpf
          3000 18th Street
          Metairie, Louisiana  70002