Q AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIFFANY PICQUET, ET AL. | ) |
| Plaintiff | ) |
| v. | ) |
| LEXINGTON HOMES, INC., ET AL. | ) |
| Defendant | ) |
| | ) |
| | ) |

Civil Action No.  2:09-cv-5680

## Summons in a Civil Action

To: *(Defendant's name and address)*

**Lexington Homes, Inc.**
Through its registered agent for service:
John W. Barrett
404 Court Square
P.O. Box 987
Lexington, MS 39095

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Loretta G. Whyte**

Clerk of court

**Nov 10 2009**

_____
Deputy clerk's signature

Date:  _____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on     11/13/2009    ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

            _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
         who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

            _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)*   By certified mail _____

         _____

         _____ .

My fees are $   0.00      for travel and $   0.00      for services, for a total of $   0.00    .

Date:     11/20/2009               _____

                                            Server's signature

                             Lawrence J. Centola, Jr. - Attorney

                                Printed name and title

                               600 Carondelet Street
                                  Suite 602
                             New Orleans, LA 70130

                                  Server's address

November 2, 2009

**_CERTIFIED MAIL: 7009 2250 0004 1429 2302_**

Through its registered agent for service:
John W. Barrett
404 Court Square
P.O. Box 987
Lexington, MS 39095

      Re:    *Tiffany Picquet, et al. v Lexington Homes, Inc., et al.*
              EDLA, Case No: 09-5680

Dear Sir/Madam

      Please accept service on behalf of Lexington Homes, Inc.

              Very truly yours,

              Lawrence J. Centola Jr.

LC:jld
See Enclosures

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature
X _Danny Britt_          ☐ Agent
                         ☐ Addresse

B. Received by (Printed Name)    C. Date of Deliver
_DANNY BRITT_  11-16-09

1. Article Addressed to:

...ington Homes, Inc.
Through its Agent for Service of Process
John W. Barrett
404 Court Square
PO Box 987
Lexington, MS 39095

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

NOV 16 2009

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandis
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)

7009 2250 0004 1429 2302

PS Form 3811, February 2004      Domestic Return Receipt  5680      102595-02-M-15

---

**U.S. Postal Service** ™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₀

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To
Lexington Homes, Inc.
Through its Agent for Service of Process
John W. Barrett
404 Court Square . PO Box 987
Lexington, MS 39095

PS Form 3800, August 2006      See Reverse for Instructions