◯ AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GLENDA EDWARDS, ET AL. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:09-cv-5696 |
| OAK CREEK HOMES, LP., ET AL. ) | |
| Defendant ) | |
| ) | |
| ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

**Oak Creek Homes, Inc.**
Through its Agent for Service of Process
Craig A. Reynolds
2450 South Shore Blvd
Suite 300
League City, TX 77573

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

**Nov 10 2009**

_____
Name of clerk of court

_____
Deputy clerk's signature

Date: _____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on   11/13/2009  , by:

  (1) personally delivering a copy of each to the individual at this place, _____ ; or

  (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

  (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

  (4) returning the summons unexecuted to the court clerk on _____ ; or

  (5) other (specify)   By certified mail

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

Date:   11/20/2009

*Server's signature*

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address

November 3, 2009

**CERTIFIED MAIL: 7009 1680 0001 8687 9015**

Through its Agent for Service of Process
Craig A. Reynolds
2450 South Shore Blvd
Suite 300
League City, TX 77573

      Re:    *Glenda Edwards, et al, v Oak Creek Homes, L.P., et al.*
              EDLA*,* Case No: 09-5696

Dear Sir/Madam

      Please accept service on behalf of Oak Creek Homes, Inc.

      Very truly yours,

      Lawrence J. Centola Jr.

LC:jld
See Enclosures

**COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Oak Creek Homes, Inc.
   Through its Agent for Service of Process
   Texas Secretary of State
   2450 South Shore Blvd, Suite 300.
   League City, TX 77573

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X /s/ D Graham    ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name): GRAHAM
C. Date of Delivery: 11/17/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 1680 0001 8687 9015

PS Form 3811, February 2004   Domestic Return Receipt   5696   102595-02-M-154

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage: $
Certified Fee:
Return Receipt Fee (Endorsement Required):
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $

Postmark Here: NOV 13 2009

7009 1680 0001 8687 9015

Sent To:
Oak Creek Homes, Inc.
Through its Agent for Service of Process
Texas Secretary of State
2450 South Shore Blvd, Suite 300.
League City, TX 77573

PS Form 3800, August 2006   See Reverse for Instructions