# UNITED STATES DISTRICT COURT
для the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EVELYN VADOVSKY, ET AL. <br> Plaintiff <br> v. <br> SUPERIOR HOMES, LLC., ET AL. <br> Defendant | ) ) ) ) ) ) ) Civil Action No. 2:09-cv-5724 |

## Summons in a Civil Action

To: *(Defendant's name and address)*

**Superior Homes, LLC.**
Through its registered agent for service:
James C. Roby
816 S. Broadway
P.O. Box 1600
Watertown, SD 57201-6600

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*/s/ Joriah Dusang*
Deputy clerk's signature

**Nov 10 2009**

Date: _____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __11/13/2009__, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify)  __By certified mail__

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

Date: __11/20/2009__

Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address

November 3, 2009

**CERTIFIED MAIL: 7009 2250 0001 3450 4426**

Through its Agent for Service of Process
James C. Roby
816 S. Broadway
P.O. Box 1600
Watertown, SD 57201-6600

      Re:   *Evelyn Vadovsky, et al. v Superior Homes, LLC, et al.*
              EDLA, Case No: 09-5724

Dear Sir/Madam

    Please accept service on behalf of Superior Homes, LLC.

                              Very truly yours,

                              Lawrence J. Centola Jr.

LC:jld
See Enclosures

