# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

TRENZETTA BARABIN O/B/O TAMIAH HOWARD, ET AL. )
Plaintiff )
v. )
THOR CALIFORNIA, INC. DOING BUSINESS IN CALIFORNIA AS )   Civil Action No. 2:09-cv-5638
THOR MANUFACTURING, ET AL. )
Defendant )
)

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Thor California, Inc. doing business in California as Thor Manufacturing
Through its registered agent for service:
John Deeds
100 S. Main Avenue
Suite 300
Sidney, OH 45365

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*[signature]*

Nov 10 2009

Deputy clerk's signature

Date: _____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___11/13/2009___, by:

 (1) personally delivering a copy of each to the individual at this place, _____ _____ ; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

 (4) returning the summons unexecuted to the court clerk on _____; or

 (5) other (specify) __By certified mail_____
_____.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

Date: __11/20/2009__

Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address

November 2, 2009

**CERTIFIED MAIL: 7009 2250 0004 1429 1848**

Through its registered agent for service:
John Deeds
100 S. Main Avenue
Suite 300
Sidney, OH 45365

    Re:    *Trenzetta Barabin O/B/O Tamiah Howard, et al. v. Thor California, Inc. Doing Business in California as Thor Manufacturing, et al.* EDLA, Case No: 09-5638

Dear Sir/Madam

    Please accept service on behalf of Thor California, Inc. doing business in California as Thor Manufacturing.

                            Very truly yours,

                            Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Thor California, Inc. doing business in
   California as Thor Manufacturing
   Through its Agent for Service of Process
   John Deeds
   100 S. Main Avenue, Suite 300
   Sidney, OH 45365

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Beldridge    ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name): Beldridge    C. Date of Delivery: 11-16-09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0004 1429 1848

PS Form 3811, February 2004    Domestic Return Receipt  5638    102595-02-M-154

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here: UPTOWN ST NEW ORLEANS NOV 13 2009

7009 2250 0004 1429 1848

Thor California, Inc. doing business in California as Thor Manufacturing
Through its Agent for Service of Process
John Deeds
100 S. Main Avenue, Suite 300
Sidney, OH 45365

PS Form 3800, August 2006    See Reverse for Instructions