# UNITED STATES DISTRICT COURT
for the

## USDC Southern District of Mississippi

Andrea Jones, et al.
           Plaintiff
              v.
   Townhomes, L.L.C.
          Defendant

Civil Action No. 1:09cv5H4HS0-JMR

### Summons in a Civil Action

To: *(Defendant's name and address)*

Townhomes, L.L.C.
Gary C. Towns
133 SE Newell Drive
Lake City, FL 32025

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**

Porfi Stokes
Name of clerk of court

Date: 8-11-09

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

August 20, 2009

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Townhomes, L.L.C.
Gary C. Towns
133 SE Newell Drive
Lake City, FL 32025

RE:   Service for Andrea Jones, et al. v. Townhomes, L.L.C., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause No. 1:09-cv-544 HSO JMR, in the USDC Southern District of Mississippi. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Townhomes, L.L.C.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures





## Track/Confirm - Intranet Item Inquiry
### Item Number: 7008 1830 0004 6307 7435

**This item was delivered on 08/27/2009 at 10:18**

| Signature: | *Gary C Towns* |
|---|---|
| Address: | 133 SE Dewel Dr |

Enter Request Type and Item Number:

Quick Search ⦿     Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple Items.

Go to the Product Tracking System Home Page.

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Townhomes, L.L.C. by:

    (1) personally delivering a copy of each to the individual at this place, _____ _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) Certified mail return receipt requested #70081830000463077435, Sent 8/24/2009, Received 8/27/2009. Registered Agent: Gary C. Towns 133 SE Newell Drive Lake City, FL 32025

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: 10/29/2009

_____
Server's signature

Wynter Lee - Mass Tort Coordinator
Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401
Server's address