Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

November 23, 2009

Frances B. Acevedo; together with all individuals
and entitles whose names appear on the attached
"Exhibit A" v. Gulf Stream Coach Inc., Through
United Stated Of America Emergency
Managements Agency; and Shaw Environmental
Inc.,
Case No. # 09-5299, Sect. N, Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

Shaw Environmental, Inc,
Through its Agent for Service of Process
C.T. Corporation
5615 Corporation Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

Gulf Stream Coach, Ic.
Through its Agent for Service of Process
Alan C. Neely
405 S. Broad St.
New Tazewell, TN 37825-7243

United States of America through FEMA
Through the Office of the Director,
Craig Fugate, Director
500 C Street SW
Washington, DC 20477

Very truly yours,

/s/ J. Douglas Sunseri

J. DOUGLAS SUNSERI
Attorney for Plaintiff, Frances B. Acevedo
3000 18th Street
Metairie, Louisiana 70002