✎ AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Louisiana

| | | |
|---|---|---|
| Harold Ross and Olester Ross | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  09-5294 |
| Skyline Corporation,,U.S. of Am through FEMA and CH2M Hill Contractors, Inc. | ) ) | Sect.N  Mag 5 |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

United States of America through FEMA
Through the Office of the Director,Craig Fugate,
Director,500 C Street SW Washington, DC
20477

A lawsuit has been filed against you.

Within ____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J.  DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18ᵗʰ Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____     _____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*