Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

November 24, 2009

David Bethley and Cieara Burkett individually and for her minor child, Ryan Bruce, v. Gulf Stream Coach Inc., Through United Stated Of America Emergency Managements Agency; and CH2M Hill Constructors
Case No. # 09-5300, Sect. N, Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

> CH2M Hill Constructors, Inc.
> Through its Agent for Service of Process:
> CT Corporation System
> 5615 Corporate Blvd., Suite 400B
> Baton Rouge, LA 70808
>
> Gulf Stream Coach, Ic.
> Through its Agent for Service of Process
> Alan C. Neely
> 405 S. Broad St.
> New Tazewell, TN 37825-7243
>
> United States of America through FEMA
> Through the Office of the Director,
> Craig Fugate, Director
> 500 C Street SW
> Washington, DC 20477

Very truly yours,

/s/ J. Douglas Sunseri

J. DOUGLAS SUNSERI
Attorney for Plaintiff, David Bethley, Cieara Burkett, and Ryan Bruce
3000 18th Street
Metairie, Louisiana 70002