# UNITED STATES DISTRICT COURT
### for the
### USDC Middle District of Louisiana

Vaughn Coleman, et al.
_____
Plaintiff
v.                                  Civil Action No. 09-515-JVP-SCR
Patriot Homes of Texas, L.P.
_____
Defendant

### Summons in a Civil Action

To: *(Defendant's name and address)*

Patriot Homes of Texas, L.P.
Will Turk
1001 West Loop 340
Waco , TX 76712

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Nick J. Lorio
Nick Lorio
Name of clerk of court

Beth Perry
_____
Deputy clerk's signature

Date: July 30, 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free     2506 N. Port Avenue     Mikal C. Watts, P.C.
info@fematrailerlitigation.com     Corpus Christi, TX 78401     Robert Hilliard, L.L.P.

August 20, 2009

***Via Certified Mail - Return Receipt Requested & Regular Mail***
Patriot Homes of Texas, L.P.
Will Turk
1001 West Loop 340
Waco, TX 76712

RE: Service for Vaughn Coleman, et al. v. Patriot Homes of Texas, L.P., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 30, 2009 in Cause No. 09-515, in the USDC Middle District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Patriot Homes of Texas, L.P.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Patriot Homes of Texas, L.P.</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) <u>Certified mail return receipt requested #70081830000463077237, Sent 8/24/2009, Received 8/31/2009. Registered Agent: Will Turk 1001 West Loop 340 Waco, TX 76712</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>10/29/2009</u>

*Wynter Lee* (signature)

Server's signature

Wynter Lee – Mass Tort Coordinator

Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401

Server's address