Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

          November 23, 2009

          Harold Ross and Olester Ross v. Skyline Corporation, U.S. of Am through FEMA and CH2M Hill Contractors, Inc.
          Case No. # 09-5294, Sect. N, Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

    Skyline Corporation
    Through its Agent for Service of Process:
    Linda Philippsen
    2520 By-Pass Road
    Elkhart, IN 46514

    CH2M Hill Constructors, Inc.
    Through its Agent for Service of Process:
    CT Corporation System
    5615 Corporate Blvd., Suite 400B
    Baton Rouge, LA 70808

    United States of America through FEMA
    Through the Office of the Director,
    Craig Fugate, Director
    500 C Street SW
    Washington, DC 20477

          Very truly yours,

          */s/ J. Douglas Sunseri*

          J. DOUGLAS SUNSERI
          Attorney for Plaintiffs, Harold Ross
          and Olester Ross
          3000 18th Street
          Metairie, Louisiana 70002