Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

November 24, 2009

Michelle Young v. Skyline Corporation, U.S. of Am
through FEMA and Fluor Enterprises, Inc.
Case No.  # 09-5293, Sect.  N,  Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

Skyline Corporation
Through its Agent for Service of Process:
Linda Philippsen
2520 By-Pass Road
Elkhart, IN 46514

United States of America through FEMA
Through the Office of the Director,
Craig Fugate, Director
500 C Street SW
Washington, DC 20477

Fluor Enterprises, inc.
Through its Agent for Service of Process
Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802-6129

Very truly yours,

/s/ J. Douglas Sunseri

J.  DOUGLAS SUNSERI
Attorney for Plaintiff, Michelle Young
3000 18th Street
Metairie, Louisiana  70002