AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Louisiana

| | |
|---|---|
| Michelle Young | ) |
| Plaintiff | ) |
| v. | ) |
| Skyline Corporation,,U.S. of Am through FEMA and Fluor Enterprises, Inc. | ) |
| Defendant | ) |

Civil Action No.   09-5293
Sect.N  Mag 5

### Summons in a Civil Action

To: *(Defendant's name and address)*

Skyline Corporation, through its Agent for Service of
Process: Linda Philippsen, 2520 By-Pass Road,
Elkhart, IN 46514

A lawsuit has been filed against you.

Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J.  DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*