Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

November 24, 2009

Mary Bonner v. Southern Energy Homes, Inc.; The United Stated Of America Emergency Managements Agency; and American Radiation Services, Inc.,
Case No. # 09-5290, Sect. N, Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

American Radiation Services
Through the office of the registered agent,
Danny L. Coleman
2609 North River Rd.
Port Allen, LA 70767

Southern Energy Homes, Inc.
Through its Agent for Service of Process
C T Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808
AND
Wendell 41 North
Addison, AL 35540

United States of America through FEMA
Through the Office of the Director,
Craig Fugate, Director
500 C Street SW
Washington, DC 20477

Very truly yours,

/s/ J. Douglas Sunseri

J. DOUGLAS SUNSERI
Attorney for Plaintiff, Mary Bonner

3000 18th Street
Metairie, Louisiana 70002