# UNITED STATES DISTRICT COURT
for the

## USDC Southern District of Mississippi

Christopher Paige, et al.
_____
Plaintiff
v.
Patriot Manufacturing, Inc.
_____
Defendant

) ) ) ) ) )

Civil Action No. 1:09cv541 HSO-JMR

### Summons in a Civil Action

To: *(Defendant's name and address)*

Patriot Manufacturing, Inc.
Patriot Manufacturing, Inc Registered Agent
582 S. Egg Harbor Road
Hammonton, NJ 08037

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**

~~Perfi Stokes~~
Name of clerk of court

Date:  8-17-09

_[signature]_
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
# FEMA Trailer Litigation

800.994.0019 toll free  2506 N. Port Avenue  Mikal C. Watts, P.C.
info@fematrailerlitigation.com  Corpus Christi, TX 78401  Robert Hilliard, L.L.P.

August 20, 2009

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Patriot Manufacturing, Inc.
Patriot Manufacturing, Inc Registered Agent
582 S. Egg Harbor Road
Hammonton, NJ 08037

RE:   Service for Christopher Paige, et al. v. Patriot Manufacturing, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause No. 1:09-cv-541 HSO JMR, in the USDC Southern District of Mississippi. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Patriot Manufacturing, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on **Patriot Manufacturing, Inc.** by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) Certified mail return receipt requested #70081830000463077114. Sent 8/24/2009, Received 9/1/2009. Registered Agent: Patriot Manufacturing, Inc Registered Agent 582 S. Egg Harbor Road  Hammonton, NJ 08037

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

Date: 10/29/2009

_____*Wynter Lee*_____
Server's signature

_____Wynter Lee - Mass Tort Coordinator_____
Printed name and title

_____2506 N. Port Ave. Corpus Christi, TX 78401_____
Server's address