Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

November 24, 2009

Leonard Smith, Calvin Pixley, Ella Mae Brooks v.
Frontier RV.; The United Stated Of America
Emergency Managements Agency; Shaw
Environmental, Inc., Flour Enterprises, Inc., and
CH2M Hill Constructors, Inc
Case No. # 09-5303, Sect. N, Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

CH2M Hill Constructors, Inc.
Through its Agent for Service of Process:
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

Gulf Stream Coach, Ic.
Through its Agent for Service of Process
Alan C. Neely
405 S. Broad St.
New Tazewell, TN 37825-7243

United States of America through FEMA
Through the Office of the Director,
Craig Fugate, Director
500 C Street SW
Washington, DC 20477

Frontier RV, Inc.
Through its Agent for Service of Process
Lawyer's Aid Service, Inc.
408 W. 17th Street, Suite 101
Austin, TX 78701

Very truly yours,

/s/ J. Douglas Sunseri

J. DOUGLAS SUNSERI

Attorney for Plaintiff, Leonard Smith, Calvin
Pixley, Ella Mae Brooks
3000 18th Street
Metairie, Louisiana 70002