AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

USDC Eastern District of Louisiana

Florence Anderson, et al.
_____
Plaintiff
v.
Patriot Manufacturing, Inc.
_____
Defendant

)
)
)
)
)
)

Civil Action No. **09-4757**

**SECT. N MAG. 5**

Summons in a Civil Action

To: *(Defendant's name and address)*

Patriot Homes of Texas, L.P.
Will Turk
1001 West Loop 340
Waco, TX 76712

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Aug 06 2009__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
# FEMA Trailer Litigation

800.994.0019 toll free     2506 N. Port Avenue     Mikal C. Watts, P.C.
info@fematrailerlitigation.com     Corpus Christi, TX 78401     Robert Hilliard, L.L.P.

August 20, 2009

**Via Certified Mail - Return Receipt Requested & Regular Mail**
Patriot Homes of Texas, L.P.
Will Turk
1001 West Loop 340
Waco, TX 76712

RE:    Service for Florence Anderson, et al. v. Patriot Manufacturing, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause No. 09-4757, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Patriot Homes of Texas, L.P.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures





### Track/Confirm - Intranet Item Inquiry
### Item Number: 7008 1830 0004 6307 7060

**This item was delivered on 08/31/2009 at 16:16**

| | |
|---|---|
| Signature: | *[handwritten signature]* |
| Address: | 1585 HANOVER RD |

Enter Request Type and Item Number:

Quick Search ⦿    Extensive Search ○

[Explanation of Quick and Extensive Searches]

Submit

*Version 1.0*

Inquire on multiple Items.

Go to the Product Tracking System Home Page.

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Patriot Homes of Texas, L.P.</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #70081830000463077060, Sent 8/24/2009, Received 8/31/2009. Registered Agent: Will Turk 1001 West Loop 340 Waco , TX 76712</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>10/29/2009</u>

                                                     */s/ Wynter Lee*
                                                   Server's signature

                                 Wynter Lee - Mass Tort Coordinator
                                        Printed name and title

                          2506 N. Port Ave. Corpus Christi, TX 78401
                                             Server's address