Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

November 24, 2009

Barbara Carbo and the Estate of Elizabeth Carbo v.
Superior Homes, LLC; United Stated Of America
Emergency Managements Agency; and Shaw
Environmental Inc.,
Case No. # 09-5299, Sect. N, Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

Shaw Environmental, Inc,
Through its Agent for Service of Process
C.T. Corporation
5615 Corporation Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

Superior Homes, LLC
Through its Attorney/Agent for Service of Process
James C. Roby
P.O. Box 1600
Watertown, SD 57201

United States of America through FEMA
Through the Office of the Director,
Craig Fugate, Director
500 C Street SW
Washington, DC 20477

Very truly yours,

/s/ J. Douglas Sunseri

J. DOUGLAS SUNSERI
Attorney for Plaintiff, Barbara Carbo and Elizabeth
Carbo
3000 18th Street
Metairie, Louisiana 70002