AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

Lillie Green, et al.
_____
Plaintiff
v.
Coachmen Industries, Inc.
_____
Defendant

)
)
)
)
)
)

Civil Action No. **09-4758**

**SECT. N MAG. 5**

Summons in a Civil Action

To: *(Defendant's name and address)*

Coachmen Industries, Inc.
Corporation Service Company
251 East Ohio Street Suite 500
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: **Aug 06 2009**

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free  　　　2506 N. Port Avenue  　　　Mikal C. Watts, P.C.
info@fematrailerlitigation.com　Corpus Christi, TX 78401　Robert Hilliard, L.L.P.

August 20, 2009

**Via Certified Mail - Return Receipt Requested & Regular Mail**
Coachmen Industries, Inc.
Corporation Service Company
251 East Ohio Street Suite 500
Indianapolis, IN 46204

RE:   Service for Lillie Green, et al. v. Coachmen Industries, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause No. 09-4758, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Coachmen Industries, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures




**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on Coachmen Industries, Inc. by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) Certified mail return receipt requested #70081830000463076964, Sent 8/24/2009, Received 8/27/2009. Registered Agent: Corporation Service Company 251 East Ohio Street Suite 500 Indianapolis, IN 46204

My fees are $_____ for travel and $ _____ for services, for a total of $_____.

Date: 10/29/2009

_____*Wynter Lee*_____
Server's signature

\_\_\_Wynter Lee - Mass Tort Coordinator\_\_\_
Printed name and title

\_\_\_2506 N. Port Ave. Corpus Christi, TX 78401\_\_\_
Server's address