Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

      November 24, 2009

      Brenda Lee Hill; Dianna S. Maikell, ind. And for her minor children, Barbara Maikell and Kristine Maikell; and John Maikell, Jr. v. Gulf Stream Coach, Inc., U.S. of Am through FEMA and CH2M Hill Constructors, Inc.
      Case No. # 09-5297, Sect. N, Mag (5)

Dear Sir:

    Please issue summons on the Complaint for Damages to the following:

    Gulf Stream Coach, Inc.
    Through its Agent for Service of Process:
    Kenneth C. Brinker
    503 South Oakland
    Nappanee, IN 46550

    United States of America through FEMA
    Through the Office of the Director,
    Craig Fugate, Director
    500 C Street SW
    Washington, DC 20477

    CH2M Hill Constructors, Inc.
    Through its Agent for Service of Process
    CT Corporation System
    5615 Corporate Blvd., # 400 B
    Baton Rouge, LA 70808

      Very truly yours,

      /s/ J. Douglas Sunseri

      J. DOUGLAS SUNSERI
      Attorney for Plaintiffs, Brenda Lee Hill, et al
      3000 18th Street
      Metairie, Louisiana 70002