✎ AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Louisiana

Brenda Lee Hill; Dianna S. Maikell, ind. and for her
minor children, Barbara Maikell and Kristine Maikell
and John Maikell, Jr.

_____
Plaintiff

v.

Gulf Stream Coach, Inc.,U.S. of Am through FEMA
and CH2M Hill Constructors, Inc.
_____
Defendant

)
)
)
)
)
)

Civil Action No.   09-5297
Sect.N  Mag 5

### Summons in a Civil Action

To: *(Defendant's name and address)*
      CH2M Hill Constructors, Inc.Through its Agent for
      Service of Process, CT Corporation System,
      5615 Corporate Blvd., # 400 B,Baton Rouge, LA 70808

A lawsuit has been filed against you.

      Within _____ days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The
answer or motion must be served on the plaintiff's attorney, whose name and address are:
J.  DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your
answer or motion with the court.

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*