Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

November 24, 2009

Tammy Briggs, individually, and for her minor
children, Kinjite Briggs and Patera Williams,
together with all individuals and entities whose
names appear on the attached "Exhibit A"  v.  Gulf
Stream Coach, Inc., U.S. of Am through FEMA and
Fluor Enterprises, Inc.
Case No.  # 09-5296, Sect.  N,  Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

Gulf Stream Coach, Inc.
Through its Agent for Service of Process:
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

United States of America through FEMA
Through the Office of the Director,
Craig Fugate, Director
500 C Street SW
Washington, DC 20477

Fluor Enterprises, Inc.
Through its Agent for Service of Process
Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802-6129

Very truly yours,

/s/ J. Douglas Sunseri

J.  DOUGLAS SUNSERI
Attorney for Plaintiffs, Tammy Briggs, Ind.  and for
her minor children, et al
3000 18th Street
Metairie, Louisiana  70002