AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Louisiana

Tammy Briggs, Ind. and for her minor children, Kinjite Briggs and Patera Williams; together with all ind. and entities whose names appear on Exhibit "A"
    Plaintiff

v.

Gulf Stream Coach, Inc., U.S. of Am through FEMA and Fluor Enterprises, Inc.
    Defendant

Civil Action No. 09-5296
Sect.N  Mag 5

### Summons in a Civil Action

To: *(Defendant's name and address)*
Fluor Enterprises, Inc. Through its Agent for Service of Process, Corporation Service Company, 320 Somerulos Street, Baton Rouge, LA 70802-6129

A lawsuit has been filed against you.

Within _____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J. DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: _____

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)