Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

November 24, 2009

Kenneth Gable and Marlene Gable v. Keystone RV Co.,; United Stated Of America Emergency Managements Agency; and Flour Enterprises, Inc., Case No. # 09-5291, Sect. N, Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

Keystone RV Company
Through its Agent for Service of Process
Glenn E. Killoren
121 W. Franklin Street
Elkhart, IN 46516

Flour Enterprises, Inc.,
Through its Agent for Service of Process
Corporation Service Company
320 Somerulos Street
Baton Rouge, Louisiana 70802

United States of America through FEMA
Through the Office of the Director,
Craig Fugate, Director
500 C Street SW
Washington, DC 20477

Very truly yours,

/s/ J. Douglas Sunseri

J. DOUGLAS SUNSERI
Attorney for Plaintiff, Kenneth Gable and Marlene Gable
3000 18th Street
Metairie, Louisiana 70002