AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Kenneth Gable and Marlene Gable )
　　　　　　　　　　　　　　　　　　　　)
*Plaintiff* )
v. ) Civil Action No. 09-5291 Sect.N Mag 5
Keystone RV Co.,; United Stated Of America )
Emergency Managements Agency; and Flour Enterpr )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Flour Enterprises, Inc.,
　　　　　　　　　　　　　　　　　　　　Through its Agent for Service of Process
　　　　　　　　　　　　　　　　　　　　Corporation Service Company
　　　　　　　　　　　　　　　　　　　　320 Somerulos Street
　　　　　　　　　　　　　　　　　　　　Baton Rouge, Louisiana 70802

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. DOUGLAS SUNSERI (#19173)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NICAUD & SUNSERI, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　3000 18th Street, Metairie, LA 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date: _____　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*