## NICAUD & SUNSERI, LLC
### A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002

Albert J. Nicaud*
J. Douglas Sunseri*
Frank Thomas Fradella*
Svetlana "Lana" Crouch
Timothy P. Farrelly
Kristin J. Milano
Edward J. Vocke, IV.
 (*A Professional Law Corporation)

Telephone (504) 837-1304
Facsimile (504) 833-2843
*writer's e-mail:  anicaud@nsflaw.com*

Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA  70130

November 24, 2009

Deborah M. Scott v Cavalier Home Builders, LLC;
U.S. of America through FEMA; and American
Radiation Services, Inc.
Case No. #09-5302, Sect. N,  Mag 5

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

Cavalier Home Builders, LLC
Through its Agent for Service of Process
The Corporation Company
2000 Interstate Park Drive; Suite 204
Montgomery, AL  36109

United States of America through FEMA
Through the Office of the Director,
Craig Fugate, Director
500 C. Street SW
Washington, DC  20477

American Radiation Services, Inc.
Through the Office of the Registered Agent
Danny L. Coleman
2609 North River Road
Port Allen, LA  70767

Very truly yours,

/s/ J. Douglas Sunseri
J. DOUGLAS SUNSERI