# NICAUD AND SUNSERI, LLC
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002

Albert J. Nicaud*
J. Douglas Sunseri*
Frank Thomas Fradella*
Svetlana "Lana" Crouch
Timothy P. Farrelly
Kristin J. Milano
Edward J. Vocke, IV.
(*A Professional Law Corporation)

Telephone (504) 837-1304
Facsimile (504) 833-2843
writer's e-mail: anicaud@nsflaw.com

Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

November 24, 2009

Thu Thi Nguyen vs KZRV, LP, U.S. of America
Through FEMA and Fluor Enterprises, Inc.
Case No #09-6430, Sect. N, Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

> Thor California, Inc., doing business in California as Thor Manufacturing
> Through its Counsel
> John Deeds
> 100 S. Main Avenue, Suite 300
> Sidney, Ohio 45365
>
> United States of America through FEMA
> Through the Office of the Director,
> Craig Fugate, Director
> 500 C. Street SW
> Washington, DC 20477
>
> CH2M Hill Constructors, Inc.
> Through its Agency For Service of Process
> CT Corporation Boulevard
> Suite 400B
> Baton Rouge, Louisiana 70808

Very truly yours,

/s/ J. Douglas Sunseri
J. DOUGLAS SUNSERI