# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Thu Thi Nguyen | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: 09-6430<br>Sect. N   Mag 5 |
| Thor California, Inc d/b/a Thor Manufacturing; United States of America Through the Federal Emergency Management Agency; and CH2M Hill Constructors, Inc. | |

TO: United States of America through FEMA
    Through the Office of the Director
    Craig Fugate, Director
    500 C Street SW
    Washington, DC  20477

A lawsuit has been filed against you.

   Within_____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J. DOUGLAS SUNSERI, (#19173)
NICAUD & SUNSERI, LLC
3000 18TH Street, Metairie, LA  70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the Court.

_____
Name of Clerk of Court

Date: _____   _____
                                Deputy Clerk's Signature