**NICAUD & SUNSERI, LLC**
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002

Albert J. Nicaud*
J. Douglas Sunseri*
Frank Thomas Fradella*
Svetlana "Lana" Crouch
Timothy P. Farrelly
Kristin J. Milano
Edward J. Vocke, IV.
 (*A Professional Law Corporation)

Telephone (504) 837-1304
Facsimile (504) 833-2843
writer's e-mail: anicaud@nsflaw.com

Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

November 24, 2009

Arthur G. Briggs, together with all individuals and
Entities whose names appear on the attached
"Exhibit A"
Case No. #09-5295, Sect. N  Mag 5

Dear Sir:

    Please issue summons on the Complaint for Damages to the following:

    Gulf Stream Coach, Inc.
    Through its Agent for Service of Process
    Kenneth C. Brinker
    503 South Oakland
    Nappanee, IN  46550

    United States of America through FEMA
    Through the Office of the Director,
    Craig Fugate, Director
    500 C. Street SW
    Washington, DC  20477

    Fluor Enterprises, Inc.
    Through its Agent for Service of Process
    Corporation Service Company
    320 Somerulos Street
    Baton Rouge, Louisiana  70802-6129

                       Very truly yours,

                         /s/ J. Douglas Sunseri
                         J. DOUGLAS SUNSERI