AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Arthur G. Briggs, together with all individuals and entities whose names appear on the attached "Exhibit A" | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: 09-5295<br>Sect. N   Mag 5 |
| Gulf Stream Coach, Inc;  United States of America Through the Federal Emergency Management Agency; and Fluor Enterprises, Inc. | |

TO:  Gulf Stream Coach, Inc.
     Through its Agent for Service Process
     Kenneth C. Brinker
     503 South Oakland
     Nappanee, IN  46550

A lawsuit has been filed against you.

   Within_____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J. DOUGLAS SUNSERI, (#19173)
NICAUD & SUNSERI, LLC
3000 18TH Street, Metairie, LA 70002


If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the Court.



_____
Name of Clerk of Court


Date: _____       _____
                                          Deputy Clerk's Signature