Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

November 24, 2009

Zachary Winfield, Jr. v. Coachmen Industries, Inc.,
U.S. of Am through FEMA and Shaw
Environmental, Inc.
Case No. # 09-6188, Sect. N, Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

Coachmen Industries, Inc.,
Through its Agent for Service of Process:
Corporation Service Company
251 East Ohio Street, Suite 500
Indianapolis, IN 46204

United States of America through FEMA
Through the Office of the Director,
Craig Fugate, Director
500 C Street SW
Washington, DC 20477

Shaw Environmental, Inc.
Through its agent for service of process:
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

Very truly yours,

*/s/ J. Douglas Sunseri*

J. DOUGLAS SUNSERI
Attorney for Plaintiff, Zachary Winfield, Jr.
3000 18th Street
Metairie, Louisiana 70002