✎ AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Louisiana

| | |
|---|---|
| Edwin Trufant, Sr., Tyric Trufant, Benjamin Irvin, Kenneth Stumpf and Bonnie Stumpf <br> *Plaintiff* <br><br> v. <br><br> Coachman Industries, Inc., U.S. of Am through FEMA and CH2M Hill Contractors, Inc. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 09-4848 <br> Sect.N  Mag 5 |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Coachman Industries, Inc., through its agent for service of process: Corporate Service Company, 251 East Ohio St., Suite 500, Indianapolis, IN 46204

A lawsuit has been filed against you.

     Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J. DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                       **Loretta G. Whyte**
                                                       Name of clerk of court

Date:  **Nov 25 2009**                                                        *B. Gregory*
                                                       Deputy clerk's signature

(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*