AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Mary Bonner )
  )
Plaintiff )
  ) Civil Action No. 09-5290 Sect.N Mag 5
v. )
  )
Southern Energy Homes, Inc.; The United Stated Of )
America Emergency Managements Agency; and Am )
  )
Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* American Radiation Services
Through the office of the registered agent,
Danny L. Coleman
2609 North River Rd.
Port Allen, LA 70767

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Nov 25 2009