AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Leonard Smith, Calvin Pixley, Ella Mae Brooks )
　　　　　　　　　*Plaintiff* 　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　v. 　　　　　　　　　　　　　　　　　　　) 　Civil Action No. 09-5303 Sect.N Mag 5
Frontier RV.; The United Stated Of America 　　　)
Emergency Managements Agency; Shaw Environme )
　　　　　　　　　*Defendant* 　　　　　　　　　　　)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 　CH2M Hill Constructors, Inc.
　　　　　　　　　　　　　　　　　　　　Through its Agent for Service of Process:
　　　　　　　　　　　　　　　　　　　　CT Corporation System
　　　　　　　　　　　　　　　　　　　　5615 Corporate Blvd., Suite 400B
　　　　　　　　　　　　　　　　　　　　Baton Rouge, LA 70808

　　A lawsuit has been filed against you.

　　Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: 　J. DOUGLAS SUNSERI (#19173)
　　　　　　　　　　　　　　　　　　　　NICAUD & SUNSERI, LLC
　　　　　　　　　　　　　　　　　　　　3000 18th Street, Metairie, LA 70002

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Loretta G. Whyte
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name of clerk of court

Date: ___Nov 25 2009___ 　　　　　　　　　　　　　　　　　_B. Gregory_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy clerk's signature