AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Leonard Smith, Calvin Pixley, Ella Mae Brooks  )
            *Plaintiff*                        )
                v.                              )   Civil Action No. 09-5303 Sect.N Mag 5
Frontier RV.; The United Stated Of America     )
Emergency Managements Agency; Shaw Environme   )
            *Defendant*                        )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Frontier RV, Inc.
Through its Agent for Service of Process
Lawyer's Aid Service, Inc.
408 W. 17th Street, Suite 101
Austin, TX 78701

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Nov 25 2009__

**Loretta G. Whyte**
Name of clerk of court

*B. Gregory*
Deputy clerk's signature