AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Barbara Carbo and the Estate of Elizabeth Carbo )
                                                )
                    *Plaintiff*                 )
                                                )
            v.                                  )   Civil Action No. 09-5292 Sect.N Mag 5
                                                )
Superior Homes, LLC; United Stated Of America   )
Emergency Managements Agency; and Shaw Enviro   )
                                                )
                    *Defendant*                 )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Superior Homes, LLC
Through its Attorney/Agent for Service of Process
James C. Roby
P.O. Box 1600
Watertown, SD 57201

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____              _____
                                            *Signature of Clerk or Deputy Clerk*