✎ AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Louisiana

| | |
|---|---|
| Brenda Lee Hill; Dianna S. Maikell, ind. and for her minor children, Barbara Maikell and Kristine Maikell and John Maikell, Jr.<br>Plaintiff<br>v.<br>Gulf Stream Coach, Inc.,U.S. of Am through FEMA and CH2M Hill Constructors, Inc.<br>Defendant | Civil Action No. 09-5297<br>Sect.N  Mag 5 |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Gulf Stream Coach, Inc. Through its Agent for Service of Process: Kenneth C. Brinker, 503 South Oakland
Nappanee, IN 46550

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J. DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Loretta G. Whyte**
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date:  Nov 25 2009

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)