✎ AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Louisiana

| | |
|---|---|
| Brenda Lee Hill; Dianna S. Maikell, ind. and for her minor children, Barbara Maikell and Kristine Maikell and John Maikell, Jr. _____ ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 09-5297 Sect.N  Mag 5 |
| ) | |
| Gulf Stream Coach, Inc.,U.S. of Am through FEMA and CH2M Hill Constructors, Inc. ) | |
| Defendant | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
CH2M Hill Constructors, Inc.Through its Agent for
Service of Process, CT Corporation System,
5615 Corporate Blvd., # 400 B,Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within ___20___ days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The
answer or motion must be served on the plaintiff's attorney, whose name and address are:
J.  DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your
answer or motion with the court.

<u>**Loretta G. Whyte**</u>
Name of clerk of court

Date: ___Nov 25 2009___                              *B. Gregory*
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)