# EXHIBIT B-1
# TO THE JOINT PRETRIAL

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| This Document Relates to: | | * | |
| *Dubuclet v. Fleetwood Enterprises, Inc.* | | * | |
| | | * | JUDGE: ENGELHARDT |
| *Case No. 07-9228* | | * | |
| | | * | |
| | | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT FLEETWOOD ENTERPRISES, INC. REVISED
## TRIAL EXHIBIT LIST

| No. | Exhibit Description | Bates Range |
|---|---|---|
| 1. | Medical Records related to Timia Dubulcet of Dr. John Willis II | These records have been requested but not yet received. |
| 2. | Medical Records related to Timia Dubulcet of Dr. Linda Ann Doughty White | Dubuclet-Doughty-White-001 through Dubuclet-Doughty-White -009 |
| 3. | Medical Records related to Timia Dubulcet of Napoleon Pediatrics produced by Plaintiff | DUB-FARBER-000239 through DUB-FARBER-000293 |
| 4. | Medical Records related to Timia Dubulcet of Kenner Dermatology produced by Plaintiff | DUB-FARBER-000340 through DUB-FARBER-000364 |
| 5. | Medical Records related to Timia Dubulcet of Medical Center of Louisiana at New Orleans | Withdrawn |
| 6. | Pharmacy Records related to Timia Dubulcet from | DUB-FARBER-000296 |

| No. | Exhibit Description | Bates Range |
|-----|---------------------|-------------|
| | Walgreens Pharmacy produced by Plaintiff | through DUB-FARBERT-000339 |
| 7. | Medical Records related to Timia Dubuclet from Children's Hospital produced by Plaintiff | DUB-FARBER-000083 through DUB-FARBER-000238 |
| 8. | Medical Records related to Timia Dubuclet from Dr. Cesar Parra produced by Plaintiff | DUB-FARBER-000067 through DUB-FARBER-000076 |
| 9. | Medical Records related to Timia Dubuclet from Primary Eye Care | DUB001393 through DUB001394 |
| 10. | Medical Records related to Timia Dubuclet from John Bull Pharmacy | Dubuclet-John-Bull-Pharmacy -001 through 004 |
| 11. | Medical Records related to Timia Dubuclet from Dr. Kathleen McDonald | Dubuclet-Kenner-Dermatology-001 through 030 |
| 12. | School Records related to Timia Dubuclet from Lake Forest Charter School | Exhibit 5 to Deposition of Dr. Shwery |
| 13. | School Records related to Timia Dubuclet from Ridgecrest Elementary | Dubuclet-Ridgecrest-Education-001 through 008 |
| 14. | True Patch Test 7/6/09 taken by Dr. Farber on Timia Dubuclet | DUB001143 through DUB001146 |
| 15. | FEMA forms 95 of Elisha Dubuclet | Exhibits 2 and 3 to the deposition of Elisha Dubuclet taken 10/6/09 |
| 16. | Photographs of Timia Dubuclet from the medical records of Kenner Dermatology dated 7/6/09 and 7/8/09 (color photos) | Plaintiff Ex. 212 |
| 17. | Original Plaintiff Fact Sheet of Elisha Dubuclet o/b/o Timia Dubuclet dated 6/13/08 | |
| 18. | Updated Plaintiff Fact Sheet of Elisha Dubuclet o/b/o Timia Dubuclet dated 7/24/09 | Dubuclet-Cole_001 to Dubuclet-Cole_020 |
| 19. | Medical Timeline for Timia Dubuclet | Exhibit 8 to Elisha Dubuclet deposition of October 6, 2009 |
| 20. | Prescription Timeline for Timia Dubuclet | Exhibit 9 to Elisha Dubuclet deposition of October 6, 2009 |
| 21. | Louisiana Uniform Abuse Prevention Order, Case No. 2007-3348, April 10, 2007 relating to Dubuclet family. | FLE-00135334 through FLE-00135339 |

| No. | Exhibit Description | Bates Range |
|---|---|---|
| 22. | Petition for Protection from Abuse of Elisha Dubuclet, April 11, 2007. | FLE-00135340 through FLE-00135346 |
| | **RELATED TO DUBUCLET UNIT** | |
| 23. | FEMA documents on Dubuclet unit | FEMA166-000006 through FEMA166-000013 |
| 24. | Fluor Dubuclet unit installation documents | FEI 000001 through FEI 000060 |
| 25. | FEMA Disaster File on the Dubuclets | FEMA20-000001 through FEMA20-0000142 |
| 26. | Certificate of Origin and Transport Documents for Dubuclet unit | Morgan 001049 to 1053 [Parties have stipulated to the information on this document] |
| 27. | Unit Production File | FLE_00010739-FLE_00010747b |
| 28. | Map of location of Dubuclet unit on Dorothea Street | Exhibits 7a and 7b to Elisha Dubuclet deposition of October 6, 2009 |
| 29. | Floorplan of Dubuclet unit with markings by Elisha Dubuclet | Exhibits 6 and 6a to Elisha Dubuclet deposition of October 6, 2009. |
| 30. | Photographs of inspection of subject Dubuclet unit by Fleetwood expert Robert Wozniak | FLE_00013954 through FLE_00014082 and FLE_000015180 |
| 31. | Photographs of Dubuclet unit as installed | DUB-MOORE-000521 to 528 |
| 32. | Photographs of formaldehyde warning as posted in Dubuclet unit. | DUB001014 and Dubuclet-Watson_0064 |
| 33. | Test Protocol for Fleetwood Testing of Dubuclet Unit | Dubuclet-Watson_0156 through Dubuclet-Watson_0156_0017 |
| | **RELATED TO FLEETWOOD** | |
| | | |
| 34. | 2006 Pioneer Owners Manual | FLE-00006495-FLE-00006615 |
| 35. | Warning Label with placement directions | FLE-00012455 and FLE- |

| No. | Exhibit Description | Bates Range |
|-----|---------------------|-------------|
| | | 00005100 through FLE-00005102 |
| 36. | RADCO testing performed for Fleetwood | FLE-00006624-FLE-00006891 |
| 37. | Fleetwood Master Sales Agreement with Morgan | FLE-0000045-FLE-0000050 |
| 38. | Amendment No. 1 to Fleetwood Master Sales Agreement with Morgan | FLE-00006126 |
| 39. | Amendment No. 2 to Fleetwood Enterprises, Inc. Master Sales Agreement with Morgan | FLE-00006124 through FLE-00006125 |
| 40. | September/October, 2005 Purchase Orders from Morgan to Fleetwood for units | FLE-0000051 to FLE-0000058 |
| 41. | 9/6/05 E-mail from Doug Henriquez to Guy Morgan and Jim Schilligo regarding comments from Brian McCreary on FEMA specs | Morgan-000147 through Morgan-000148 |
| 42. | 9/8/05 Schillago to Fleetwood with Request for Quotes from Brian McCreary and attached FEMA spec dated 8/12/04 | Morgan-000087 through Morgan-000089 |
| 43. | E-mail dated 8/31/05 from Michael Wagner with government to Guy Morgan on request for proposals for travel trailers and attached travel trailer spec | Morgan-000097 through Morgan-000098 |
| 44. | Engineering Standard Bulletin  (1984) | FLE-00010936 |
| 45. | Engineering Standard Bulletin (1994) | FLE-00010919 through FLE-10935 |
| 46. | Engineering Standard Bulletin (December 1997) | FLE-00010913 through FLE-10918 |
| 47. | Quality Assurance Manual | FLE-00135333 through FLE-00135477 |
| 48. | Travel Trailer Assembly Manual | FLE-00010017 through FLE-00010736 and FLE-00010748 through FLE-00010912 |
| 49. | Bill of Materials Manual for FEMA travel trailers (Gary Beatty book) | FLE-00004474 through FLE-00004835 |
| 50. | Fleetwood memo from Mike Liveri re FEMA 32FSH specifications, 9/7/05, with specifications dated 9/7/05. | FLE-00005018 through FLE-00005020 |
| 51. | 11/17/05 FEMA Unit Specifications for 32F/32FD | FLE-00006491; |
| 52. | 11/17/05 FEMA Unit Specifications for 32FSH/32DFSH – | FLE-00006492; |

| No. | Exhibit Description | Bates Range |
|---|---|---|
| 53. | April 21, 2006 FEMA Travel Trailer Spec | FLE-00007042 to FLE-00007049; [Fleetwood will withdraw unless Plaintiff opens door to this exhibit] |
| 54. | August 12, 2004 FEMA Travel Trailer Spec FLE | FLE-00006914 to FLE-00006917; |
| 55. | List of Fleetwood travel trailer units sold by Fleetwood | FLE-00000148-FLE-00000400 [Fleetwood will withdraw unless Plaintiff opens door to this exhibit] |
| 56. | E-mail from Craig Biazo dated 2/13/06 | FLE-00135116 to FLE-00135118; |
| 57. | Customer Complaint Chart | FLE-00014083 to FLE-00014107; |
| 58. | Material Safety Data Sheets relevant to formaldehyde products. | FLE-00002608– FLE-00002735, FLE-00005510 – FLE-00005513, FLE-00002736 – FLE-00004009. |
| 59. | Standard Job Requirements identified by Alby Snyder | FLE-00135127 through FLE-00135131 |
| 60. | Various Patrick Industries Invoices | FLE-00014716 to FLE-00014776 |
| 61. | Various Continental Lumber Invoices | FLE-2736 through FLE-2820 |
| 62. | 99 Fed. Reg. (155): 31986 to 32013 (August 8, 1984) | |
| 63. | ASHRAE 62.1 Ventilation for Acceptable Indoor Air Quality – American Society of Heating, Refrigeration, and Air Conditioning Engineers, Inc., Atlanta, GA | |
| 64. | ASHRAE 62.2 Ventilation for Acceptable Indoor Air Quality in Low Rise Residential Buildings – American Society of Heating, Refrigeration, and Air Conditioning Engineers, Inc., Atlanta, GA | |
| 65. | Floor plan for 32FSH unit | FLE00006492 |
| 66. | NFPA 1192 Standard for Recreational Vehicles, 2002 Edition | Dubuclet-Serauskas_001 through Dubuclet-Serauskas_047 |
| 67. | Floor plan for 32F/32FD | FLE00006491 |

| No. | Exhibit Description | Bates Range |
|---|---|---|
| 68. | Diagrams of Travel Trailer | FLE-00006493 – FLE00006494; FLE-00007041; |
| 69. | 9/8/05 E-mail from Doug Henriquez to Bill Farish | FLE-00002067 to FLE-00002068; |
| 70. | 9/22/05 E-mail from Tina Inkrote to various persons regarding shipment of FEMA owner's manuals | FLE-00032706 |
| 71. | 9/16/06 E-mail from Tina Inkrote to various persons regarding status of orders of Pioneer FEMA Owner's manual | FLE-00032677 |
| 72. | 9/15/04 E-mail from Tina Inkrote to Terry Pratt regarding changes for the 2006 Pioneer owner's manual, warranty page 1 | FLE-00033516 |
| 73. | 9/15/05 E-mail from Charlie Reick to Tina Inkrote regarding ordering of FEMA owner's manuals | FLE-00033490 |
| 74. | 9/13/05 E-mail from Charlie Reick to Gary Beatty regarding RVIA tags installed in FEMA units | FLE-00090475 |
| 75. | 2/06 Email stream, Dave Wells to Kerri Cull to Fleetwood with Engineering Standard referenced therein | FLE-00135116 to 135118 and FLE-0010913 to 10918. |
| 76. | Disney Materials related to Fleetwood | FLE-00135340 through FLE-00135385 |
| | **EXPERTS** | |
| 77. | CV of Fleetwood expert Tony Watson | |
| 78. | Test Protocol for Fleetwood Testing of Dubuclet Unit | Dubuclet_Serauskas_0637 to Dubuclet_Serauskas_653 |
| 79. | Photos of inspection of Dubuclet unit | Dubuclet-Watson_0001 through Dubuclet-Watson_0155 and Dubuclet-Watson_0157 through Dubuclet-Watson_0186 |
| 80. | CV of Fleetwood expert Dr. Michael Ginevan | |
| 81. | Ginevan, M.E., and D.E. Splitstone. 2003. *Statistical Tools for Environmental Quality Measurement.* Chapman & Hall / CRC. Chapter 1. Pages 1-16; Chapter 4, pages 81-87. | Exhibit no. 22 to Ginevan deposition |
| 82. | I. Kushch et al 2008 *Compounds enhanced in a mass spectrometric profile of smokers' exhaled* | Exhibit 9 to Ginevan deposition |

| No. | Exhibit Description | Bates Range |
|---|---|---|
| | *breath versus non-smokers as determined in a pilot study using PTR-MS.* J. Breath Res. 2. 026002 (26pp) | |
| 83. | B. Moser et al. 2005. *Mass spectrometric profile of exhaled breath—field study by PTR-MS.* Respiratory Physiology & Neurobiology 145: 295–300 | Exhibit 11 to Ginevan deposition |
| 84. | T. Wang et al. 2008. *Analysis of breath, exhaled via the mouth and nose, and the air in the oral cavity.* J. Breath Res. 2. 037013 (13pp). | Exhibit 10 to Ginevan deposition |
| 85. | J.J. Clary and J.B. Sullivan, Jr. 2001. *Chapter 95. Formaldehyde.* Clinical Environmental Health and Toxic Exposures (Second Edition). J.B. Sullivan and G. R. Krieger eds. | Dubuclet-Ginevan 259-268 |
| 86. | Hewett. P. 1996. *Interpretation And Use Of Occupational Exposure Limits For Chronic Disease Agents.* Occupational Medicine: State of the Art Reviews. 11: 561-590. | Exhibit 18 to Ginevan deposition |
| 87. | CV of Dr. Philip Cole | |
| 88. | American Cancer Society *Guidelines for the Early Detection of Cancer*, Last Medical Review: 3/5/2008 and Last Revised 5/21/2009 | Dubuclet-Cole_021 to Dubuclet-Cole_023 |
| 89. | Cole, Philip and Morrison, Alan S., *Basic Issues in Population Screening for Cancer*, JNCI, Vol. 64,No. 5., May 1980; 1263-1272. | Dubuclet-Cole_027 through Dubuclet-Cole_036 |
| 90. | Cole, Philip, *Causality in Epidemiology, Health Policy and Law*, Environmental Law Reporter., June 1997. 27 ELR 10279 | Dubuclet-Cole_037 through Dubuclet-Cole_048 |
| 91. | Cole, Philip and Rodu, Brad, *Declining Cancer Mortality in the United States*, American Cancer Society 1996. pp 2045-2048 | Dubuclet-Cole_049 through Dubuclet-Cole_052 |
| 92. | Coggon, David, Harris, E. Clare et al., *Extended Follow-Up of a Cohort of British Chemical Workers Exposed to Formaldehyde.* Journal of the National Cancer Institute. Vol. 95, No. 21, November 5, 2003. | Dubuclet-Cole_143 to Dubuclet-Cole_150 |
| 93. | Boseti, C et al. *Formaldehyde and cancer risk: a quantitative review of cohort studies through 2006.* Annals of Oncology 19: 29-43, 2008 | Dubuclet-Cole_221 |

| No. | Exhibit Description | Bates Range |
|---|---|---|
| 94. | Cole, Philip and Axten, Charles, *Formaldehyde and leukemia: an improbable causal relationship.* Regulatory Toxicology and Pharmacology 40 (2004) 107-112. | Dubuclet-Cole_222 to Dubuclet-Cole_227 |
| 95. | Miller, Anthony B, *Fundamental issues in screening for cancer.* Cancer Prevention and Control. pp 1433-1452 | Dubuclet-Cole_228 to Dubuclet-Cole_247 |
| 96. | World Health Organization International Agency for Research on Cancer, *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Vol 88, Formaldehyde, 2-Butoxyethanol and 1-tert-Butoxypropan-2-ol*, Summary of Data Reported and Evaluated. Dec. 2006 | Dubuclet-Cole_248 to Dubuclet-Cole_263 |
| 97. | Marsh, Gary M., et al., *Mis-specified and non-robust mortality risk models for nasopharyngeal cancer in the National Cancer Institute formaldehyde worker cohort study.* Regulatory Toxicology and Pharmacology, 47 (2007) 58-67 | Dubuclet-Cole_289 |
| 98. | Pinkerton, L E, et al., *Mortality among a cohort of garment workers exposed to formaldehyde: an update.* Occup. Environ. Med. 2004;61; 193-200 | Dubuclet-Cole_290 |
| 99. | Beane Freeman, Laura E., et al., *Mortality from Lymphohematopoietic Malignancies Among Workers in Formaldehyde Industries: The National Cancer Institute Cohort.* JNCI, Article 751. Vol. 101, Issue 10, May 20, 2009 | Dubuclet-Cole_291 to Dubuclet-Cole_301 |
| 100. | Marsh, Gary M. and Youk Ada O., *Reevaluation of mortality risks from nasopharyngeal cancer in the formaldehyde cohort study of the Naitonal Cancer Institute.* Regulatory Toxicology and Pharmacology 42 (2005) 275-283 | Dubuclet-Cole_302 |
| 101. | American Cancer Society Guidelines for the Early Detection of Cancer, www.cancer.org | Dubuclet-Cole_303 |
| 102. | Screening and Testing to Detect Cancer from National Cancer Institute. www.cancer.org | Dubuclet-Cole-307 to 308 |
| 103. | Guide to Clinical Preventive Services, Agency for Healthcare Research and Quality. www.ahrq.gov | Dubuclet-Cole-309 to 315 |
| 104. | Cole, Philip and Sateren, Warren, *The Evolving* | Dubuclet-Cole-316 |

| No. | Exhibit Description | Bates Range |
|---|---|---|
| | *Picture of Cancer in America*, Journal of the National Cancer Institute. Vol. 87, No. 3, February 1, 1995 | |
| 105. | Rodu, Brad and Cole, Philip, *The Fifty-Year Decline of Cancer in America*. Journal of Clinical-Oncology, Vol. 19, No. 1, January 1, 2001: pp 239-241 | Dubuclet-Cole-317 |
| 106. | Marsh, Gary M. et al., *Work in the metal industry and nasopharyngeal cancer mortality among formaldehyde-exposed workers.* Regulatory Toxicology and Pharmacology. 48 (2007) 308-319 | Dubuclet-Cole-318 |
| 107. | Mundt, Kenneth A., *A Meta-Analysis of Formaldehyde Exposure and Risk and Risk of Leukemia Nasopharyngeal Cancer.* Formaldehyde Council, Inc. and Hexion Speciality Chemicals. October 16, 2009 | Dubuclet-Cole-350 to Dubuclet-Cole-395 |
| 108. | Duhayon, S., et. al. *Carcinogenic potential of formaldehyde in occupational settings: a critical assessment and possible impact on occupational exposure levels.* Int. Arch. Occup. Environ. Health (2008) 81: 695-710 | Dubuclet-Cole-319 to Dubuclet-Cole-334 |
| 109. | Bosetti, C. et. al. *Formaldehyde and cancer risk: a quantitative review of cohort studies through 2006.* Annals of Oncology 19: 29-43, 2008 | Dubuclet-Cole-335 through Dubuclet-Cole-349 |
| 110. | CV of Dr. Patricia Farris | |
| 111. | Laughter D, Istvan JA, Tofte SJ, et al. *The prevalence of atopic dermatitis in Oregon schoolchildren. J Am Acad Dermatol* 2000;43(3):649-655 | Dubuclet-Farris_444 to Dubuclet-Farris_450 |
| 112. | Pallor AS and Mancini AJ. Hurwitz *Clinical Pediatric Dermatology*, 3rd Edition | |
| 113. | Wuthrich B. *Clinical aspects, epidemiology, and prognosis of atopic dermatitis.* Ann Allergy Asthma Immunol 1999;83(5):860-876 | Dubulcet-Farris-432 to Dubuclet-Farris-438 |
| 114. | Wolkerstorfer A, Wahn U, Kjellman NI, et al. *Natural course of sensitization to cow's milk and hen's egg in childhood atopic dermatitis.* | Dubulcet-Farris-054 to Dubuclet-Farris-058 |
| 115. | Hill DJ, Sporik R, Thorburn J, et al. *The* | Dubulcet-Farris-439 to |

| No. | Exhibit Description | Bates Range |
|-----|---------------------|-------------|
|  | *association of atopic dermatitis in infancy with immunoglobulin E food sensitization.* J Pediatr 2000;137(4):475-479 | Dubuclet-Farris-443 |
| 116. | Elias PM. *Epidermal lipids, barrier function and desquamation.* J Invest Dermatol. 1983; 80(suppl):44s-49s | |
| 117. | Palmer CN, Irvine AD, Terron-Kwiatkowski A, et al. *Loss of function variants of the epidermal barrier protein filaggrin are a major predisposing factor for atopic dermatitis.* Nat Genet 2006;38:441-446 | Dubuclet-Farris-008 to Dubuclet-Farris-013 |
| 118. | Leung DYM, Boguniewicz M, Howell MD et al. *New insights into atopic dermatitis.* J Clin Invest. 2004;113:651-657 | Dubulcet-Farris-014 to Dubuclet-Farris-035 |
| 119. | Novak N and Beiber MD. *Allergic and nonallergic forms of atopic diseases.* J Allergy and Clin Immunol. 2003;112:252-262 | Dubuclet-Farris-412 to Dubuclet-Farris-422 |
| 120. | Oztas P, Polat M, Cinar L, et al. *Shoe dermatitis from para-tertiary butylphenol formaldehyde.* Contact Dermatitis 2007;56(5):294-295. | Dubuclet-Farris-423 to Dubuclet-Farris-431 |
| 121. | Bruynzeel DP and Maibach HI. *Excited skin syndrome (angry back).* Arch Dermaol 1986;122(3):323-328 | Dubuclet-Farris-366 to Dubuclet-Farris-371 |
| 122. | Pasche-Koo F, Hauser C. *How to better understand the angry back syndrome.* Dermatology 1992;184(4):237-240 | Dubuclet-Farris-405 to Dubuclet-Farris-408 |
| 123. | Arndt J, Smith N, Tausk F. *Stress and atopic dermatitis.* Curr Allergy Asthma Rep. 2008;8(4):312-317 | Dubulcet-Farris-453 to Dubuclet-Farris-458 |
| 124. | Hashizume J, Takigawa M. *Anxiety in allergy and atopic dermatitis.* Curr Opin Allergy Clin Immunnol 2006;6(5):335-339. | Dubuclet-Farris-003 to Dubuclet-Farris-007 |
| 125. | Osofsky HJ, Osofsky JD, Kronenberg M, et al. *Posttraumatic stress symptoms in children after Hurricane Katriina: predicting the need for mental health services.* Am J Orthopsychiatry. 2009;79(2)212-220 | Dubulcet-Farris-423 to Dubuclet-Farris-431 |
| 126. | Drury SS, Scheeringa MS, Zeanah CH. *The* | Dubulcet-Farris-036 to |

| No. | Exhibit Description | Bates Range |
|---|---|---|
| | *traumatic impact of Hurricane Katrina on children in New Orleans.*  Child Adolesc Psychiatr Clin N Am. 2008 17(3):685-702 | Dubuclet-Farris-053 |
| 127. | CV of Dr. William Dyson | |
| 128. | Dooms-Goossens, A. and Deleu, H., *Airborne Contact Dermatitis: An Update.*  Contact Dermatitis (1991); 25:211-17 | Dubuclet-Dyson-0001 to Dubuclet-Dyson-0008 |
| 129. | Sexton, Ken et al., *Formaldehyde Exposures inside Mobile Homes.* Environ. Sci. Technol., 1989, 23, 985-988 | Dubuclet-Dyson-0009 to Dubuclet-Dyson-0012 |
| 130. | Bardana, Emil J., Jr., *Occupational Asthma.* | Dubuclet-Dyson-0013 to Dubuclet-Dyson-0032 |
| 131. | Moser, Berthold, et al., *Mass spectrometric profile of exhaled breath-field study by PRT-MS.* Respiratory Physiology & Neurbiology 145 (2005) 295-300 | Dubuclet-Dyson-0033-Dubuclet-Dyson-0038 |
| 132. | Godish, Thad, PhD., *Formaldehyde Exposure from Tobacco Smoke: A Review*. Public Health Briefs. AJPH August 1989, Vol. 79, No. 8, pp 1044-1045 | Dubuclet-Dyson-0039-Dubuclet-Dyson-0040 |
| 133. | Kaminski, Jerzy, et al., *Determination of Formaldehyde in Fresh and Retail Milk by Liquid Column Chromatography,* Journal of AOAC International, Vol. 76, No. 5, 1993 | Dubuclet-Dyson-0041-Dubuclet-Dyson-0044 |
| 134. | Weng, Xuan. et al., *Rapid detection of formaldehyde concentration in food on a polydimethylsiloxane (PDMS) microfluidic chip.* Food Chemistry 114 (2009) 1079-1082 | Dubuclet-Dyson-0045-Dubuclet-Dyson-0048 |
| 135. | Kulle, Thomas J., et al., *Formaldehyde Dose-Response in Healthy Nonsmokers*, JAPCA 37: 919-924 (1987) | Dubuclet-Dyson-0049-Dubuclet-Dyson-0054 |
| 136. | Kulle, Thomas J., *Acute Odor and Irritation Response in Healthy Nonsmokers with Formaldehyde Exposure*, Inhalation Toxicology, 5:323-332, 1993 | Dubuclet-Dyson-0055-Dubuclet-Dyson-064 |
| 137. | Bender, Joel, *The Use of Noncancer Endpoints as a Basis for Establishing a Reference Concentration for Formaldehyde*, Regulatory Toxicology and Pharmacology, 35, 23-31 (2002) | Dubuclet-Dyson-0065-Dubuclet-Dyson-0073 |

| No. | Exhibit Description | Bates Range |
|-----|--------------------|-------------|
| 138. | Paustenbach, Dennis, *A Recommended Occupational Exposure Limit for Formaldehyde Based on Irritation,* Journal of Toxicology and Environmental Health, 50: 217-263, 1997 | Dubuclet-Dyson-0074-Dubuclet-Dyson-0120 |
| 139. | Arts, Josje H.E. et al., *Inhaled formaldehyde: Evaluation of sensory irritation in relation to carcinogenicity*, Regulatory Toxicology and Pharmacology 44 (2006) 144-160; | Dubuclet-Dyson-0121-Dubuclet-Dyson-0137 |
| 140. | Arts, Josje H.E. et al., *Setting an indoor air exposure limit for formaldehyde: Factors of concern*, Regulatory Toxicology and Pharmacology 52 (2008) 189-194; | Dubuclet-Dyson-0138-Dubuclet-Dyson-0143 |
| 141. | Franks, S.J., *A mathematical model for the absorption and metabolism of formaldehyde vapour by humans,* Toxicology and Applied Pharmacology 206 (2005) 309-320 | Dubuclet-Dyson-0144-Dubuclet-Dyson-0155 |
| 142. | Frigas, Evangelo, MD, et al., *Bronchial Challenge with Formaldehyde Gas:  Lack of Bronchoconstriction in 13 Patients Suspects of Having Formaldehyde-Induced Asthma,* Mayo Clinic Proceedings, Vol. 59, 295-299, May 1984 | Dubuclet-Dyson-0156-Dubuclet-Dyson-0160 |
| 143. | Schachter, E. N., M.D. *Respiratory Effects of Exposure to 2.0 PPM of Formaldehyde in Asthmatic Subjects,* Air Pollution: Environmental and Occupational Health. | Dubuclet-Dyson-0161-Dubuclet-Dyson-0169 |
| 144. | Schachter, E. Neil, MD, *A Study of Respiratory Effects from Exposure to 2 ppm Formaldehyde in Healthy Subjects.* Archives of Environmental Health, July/August 1986, Vol. 41, No. 4 | Dubuclet-Dyson-00170-Dubuclet-Dyson-0172 |
| 145. | Schachter, E. Neil, MD, *A Study of Respiratory Effects from Exposure to 2.0 ppm Formaldehyde in Occupationally Exposed Workers*, Environmental Research, 44, 188-205 (1987) | Dubuclet-Dyson-0173-Dubuclet-Dyson-0190 |
| 146. | Rumchev, K, et al., *Association of domestic exposure to volatile organic compounds with asthma in young children.* Thorax 2004, 59:746-751 | Dubuclet-Dyson-0191-Dubuclet-Dyson-0202 |
| 147. | Franklin, Peter J., *Indoor air quality and respiratory health of children,* Paediatric Respiratory Reviews | Dubuclet-Dyson-0203-Dubuclet-Dyson-0208 |

| No. | Exhibit Description | Bates Range |
|---|---|---|
| | (2007) 8, 281-286 | |
| 148. | Harving, Henrik, *Pulminary Function and Bronchial Reactivity in Asthmatics During Low-Level Formaldehyde Exposure.* Lung (1990) 168:15-21 | Dubuclet-Dyson-0209-Dubuclet-Dyson-0215 |
| 149. | Harving, Henrik, *Low concentrations of formaldehyde un bronchial asthma: a study of exposure under controlled conditions* | Dubuclet-Dyson-0216 |
| 150. | Lee, Hye Kyung, *Induction of Formaldehyde Sensitivity in Guinea Pigs*, Toxicology and Applied Pharmacology 75, 147-155 (1984) | Dubuclet-Dyson-0217-Dubuclet-Dyson-0225 |
| 151. | Kranke, B. and Aberer, W., *Indoor exposure to formaldehyde and risk of allergy,* Allergy 2000: 55, 402-404 | Dubuclet-Dyson-0226-Dubuclet-Dyson-0228 |
| | CV of Dr. Howard Maibach | |
| | **MAIBACH RELIANCE FILE** | |
| 152. | Agathos, M. The formaldehyde problem [ZUR FORMALDEHYD-PROBLEMATIK] 1987 *H+G Zeitschrift fur Hautkrankheiten* 62 (24), pp. 1696+1699-1702 | |
| 153. | Agner, et al, *Standardization of the TRUE Test imidazolidinyl urea and diazolidinyl urea patches,* Contact Dermatitis 2001, 34, 21-25 | Dubuclet-Maibach-0028 to Dubuclet-Maibach-032 |
| 154. | Ale, S., Maibach, H., *Reproducibility of Patch Test Results: A Concurred Right-Versus Left Study Using T.R.U.E. Test™*, Contact Derm. 2004: 50:304-312; | |
| 155. | Ale S., Maibach H. (2002) *Scientific basis of patch testing.* Dermatol Beruf Umwelt 50:43-50, 91-96, 131-133 | |
| 156. | Ale S., Maibach H. (1995) *Clinical relevance in allergic contact dermatitis.* Dermatosen 43:119-12 | |
| 157. | Springer, Berlin. *Handbook of Occupational dermatology.* pp. 344-350. | |
| 158. | Andersen, K.E., Maibach, H. I., *Contact Allergy Predictive Tests in Guinea Pig.* Current Problems in Dermatology | Dubuclet-Maibach-0089 to Dubuclet-Maibach-0109 |
| 159. | Ale S., Maibach H. (2001) *Operational definition of occupational allergic contact dermatitis.* In: | |

| No. | Exhibit Description | Bates Range |
|-----|---------------------|-------------|
|  | Kanerva L., Menné T., Wahlberg J., Maibach H. (eds) | |
| 160. | Baba, K. *Measurement of formaldehyde-specific IgE antibodies in adult asthmatics*.   2000 Japanese Journal of Allergology 49 (5): 404-411 | |
| 161. | Bean Freeman, Laura E., et. al.   *Mortality from Lymphohematopoietic Malignancies Among Workers in Formaldehyde Industries: The National Cancer Institute Cohort.*  JCNI, Vol 101, Issue 10, May 20, 2009 | |
| 162. | Bergh et al, *Sensitizing potential of acetaldehyde and formaldehyde using a modified cumulative contact enhancement test (CCET),*  Contact Dermatitis 1999, 46, 139-145 | Dubuclet-Maibach-0231 to Dubuclet-Maibach-0237 |
| 163. | Bergh, M., et al.   Contact allergenic activity of Tween® 80 before and after air exposure  1997 *Contact Dermatitis* 37 (1), pp. 9-18 | Dubuclet-Maibach-0291 to Dubuclet-Maibach-0301 |
| 164.   0 | Bergh, *Formation of formaldehyde and peroxides by air oxidation of high purity polyoxyethylene surfactants*. 1998 Contact Dermatitis 39 (1): 14-20 | Dubuclet-Maibach-0368 to Dubuclet-Maibach-0375 |
| 165. | Boukhman and Maibach, *Thresholds in contact sensitization:   Immunologic mechanisms and experimental evidence in humans – an overview.* Food and Chemical Toxicology 39 (2001) 1125-1134 | Dubuclet-Maibach-0469 to Dubuclet-Maibach-0478 |
| 166. | Brenninkmeijer, et al., *Clinical Differences Between Atopic and Atopiform Dermatitis* | |
| 167. | Brozek, J.L., et. al., *Grading Quality of Evidence and Strength of Recommendations in Clinical Practice Guidelines: Part 2 of 3*. Allergy 2009 | |
| 168. | Bruze et al, *Cross-reaction patterns in patients with contact allergy to simply methylol phenols*. Contact Dermatitis 1997, 37, 82-86 | |
| 169. | Bruze, Magnus, Fregert, Sigerid, Zimerson, Erik, *Contact allergy to phenol-formaldehyde resins.* Contact Dermatitis 1985: 12: 81-86 | Dubuclet-Maibach_0033 to Dubuclet-Maibach_0042 |
| 170. | Burden et al, *Contact hypersensitivity induced by p-tert-butylphenol-formaldehyde resin in an adhesive* | Dubuclet-Maibach_0043 to Dubuclet-Maibach_0044 |

| No. | Exhibit Description | Bates Range |
|---|---|---|
| | *dressing*; Contact Dermatitis 1994, 31:276 | |
| 171. | Burk, C.J. *Avoid medications with formaldehyde in patients with contact allergies.* 2007 Pediatric Annals 36 (7) July: 378 | Dubuclet-Maibach_0045 to Dubuclet-Maibach_0049 |
| 172. | DeLeo, *The effect of race and ethnicity on patch test results*, 2002 Journal of the American Academy of Dermatology 46(2), Part 3: S107-S112 | Dubuclet-Maibach_0050 to Dubuclet-Maibach_0055 |
| 173. | Dooms-Goossens, A. and Deleu, H., *Airborne Contact Dermatitis: An Update.* Contact Dermatitis (1991); 25:211-17 | Dubuclet-Maibach_0056 to Dubuclet-Maibach_0063 |
| 174. | Eberlein-Konig, Bernadette, et. al. *Change of Skin Roughness due to Lowering Air Humidity in a Climate Chamber.* Acta Derm Venereol (stockh) 1996; 76; 447-449 | |
| 175. | Eberlein-Konig, Bernadette, et. al. *Influence of Airborne Nitrogen Dioxide or Formaldehyde on Parameters of Skin Function, et. al.*, J. Allergy Clin. Immunol. January, 1998 | Dubuclet-Maibach-0064 to Dubuclet-Maibach-0066 |
| 176. | Ezughah, Francesca, et. al. *Occupational Airborne Allergic Contact Dermatitis from Medium Density Fribreboard Containing Phenol-Formaldehyde Resin-2 (PFR-2).* Contact Dermatitis. 2001, 45, 242 | Dubuclet-Maibach-0067 |
| 177. | Feinman, Susan E., *Formaldehyde Sensitivity and Toxicity.* | |
| 178. | Fisher et al, *Clinical Standardization of the TRUE Test™ Formaldehyde Patch*, Curr Prob Dermatol. Basel, Karger, 1995, 22, 24-30 | Dubuclet-Maibach-0068 to Dubuclet-Maibach-0074 |
| 179. | Fisher, AA. Dermatitis due to the presence of formaldehyde in certain sodium lauryl sulfate (SLS) solutions 1981 *Cutis* 27 (4), pp. 360-362+366 | |
| 180. | Fischer, T., et al. Clinical standardization of the TRUE Test formaldehyde patch. 1995 *Current problems in dermatology* 22, pp. 24-30 | |
| 181. | Flyvholm et al, *Comparison of 2 tests for clinical assessment of formaldehyde exposure*, Contact Dermatitis 1996, 34, 35-38 | Dubuclet-Maibach-0075 to Dubuclet-Maibach-0079 |
| 182. | Flyvholm et al, *Threshold for occluded* | Dubuclet-Maibach-0080 to |

| No. | Exhibit Description | Bates Range |
|---|---|---|
| | *formaldehyde patch test in formaldehyde-sensitive patients*, Contact Dermatitis 1997, 36, 26-33 | Dubuclet-Maibach-0088 |
| 183. | Flyvholm, *Preservatives in registered chemical products.* 2005 Contact Dermatitis 53(1): 27-32 | Dubuclet-Maibach-0110 to Dubuclet-Maibach-0115 |
| 184. | *Formaldehyde: A Knowledge Pooling and Risk Assessment.* A Progress Report from the Sweden Environmental Objectives Council, de facto 2003 | |
| 185. | Frankild, Soren, et. al. *Comparison of the Sensitivities of the Buehler Test and the Guinea Pig Maximization Test for Predictive Testing of Contact Allergy.* Acta. Derm. Venereol 2000, 80: 256-262l | |
| 186. | Frosch, P. J., et. al. *Contact Dermatitis.* 4th Edition. | |
| 187. | Garcia Gavin J. *Allergic contact dermatitis from melamine formaldehyde in a patient with a negative patch test to formaldehyde.* 2008 Dermatitis: contact, atopic, occupational, drug: Official Journal of the American Contact Dermatitis Society, North American Contact Dermatitis Group 19 (2) March: E5-6 | |
| 188. | Geldof, B. A. *Clinical aspects of para-tertiary-butylphenolformaldehyde resin (PTBP-FR) allergy.* 1989 Contact Dermatitis 21 (5): 312-315 | Dubuclet-Maibach-0116 to Dubuclet-Maibach-0119 |
| 189. | Gustafson, Pernilla, Barregard, Lars, Lindahl, Roger, Sallsten, Gerd, *Formaldehyde levels in Sweden: personal exposure, indoor, and outdoor concentrations.* Journal of Exposure Analysis and Environmental Epidemiology (2005) 15, 252-260 | |
| 190. | Haahtela et al, *Finnish allergy programme 2008-2018 – time to act and change the course.* Allergy. 2008, 63: 634-645 | Dubuclet-Maibach-0120 to Dubuclet-Maibach-0131 |
| 191. | Hansen, Jens, et al., *Proallergensof formaldehyde applied in patch testing of formaldehyde contact allergy,* J. Am Acad Dermatol 1989; 21: 838040) | |
| 192. | Hatch and Maibach, *Textile Dermatitis: An Update.* Contact Dermatitis. 1995, 32. 319-326 | Dubuclet-Maibach-0132 to Dubuclet-Maibach-0140 |
| 193. | Hausen, *p-tert.-Butylphenol-Formaldehydharz* | |
| 194. | Hausen, *p-tert.-Butylphenol (PTBP)* | |
| 195. | Held E., Juhansen, J.D., Agner T., Menne T., | Dubuclet-Maibach-0141 to |

| No. | Exhibit Description | Bates Range |
|---|---|---|
|  | *Contact allergy to cosmetics: testing with patients' own products.* Contact Dermatitis 1999 40:310 | Dubuclet-Maibach-0146 |
| 196. | Heine, G.  *Type IV sensitization profile of individuals with atopic eczema:  Results from the Information Network of Depts. of Dermatology (IVDK) and the German Contact Dermatitis Research Group (DKG).*  2006 Allergy: European Journal of Allergy and Clinical Immunology 61(5): 611-616 |  |
| 197. | Helander, I.  Contact urticaria from leather containing formaldehyde  1977  *Archives of Dermatology* 113 (10), pp. 1443 | Dubuclet-Maibach-0147 |
| 198. | Hilton, J.  *Estimation of relative skin sensitizing potency using the local lymph node assay: A comparison of formaldehyde with glutaraldehyde.*  1998 American Journal of Contact Dermatitis 9 (1): 29-33 |  |
| 199. | Hilton, J.  *Experimental Assessment of the sensitizing properties of formaldehyde.*  1996 Food and Chemical Toxicology 34, 571-578 |  |
| 200. | Hogeling M., Pratt, M.  *Allergic contact dermatitis in children: the Ottawa hospital patch-testing clinic experience, 1996-2006.*  Dermatitis 2008 19:86 | Dubuclet-Maibach-0148 to Dubuclet-Maibach-0151 |
| 201. | Holness, D. Linn, M.D., Nethercott, James R., MD.  *Heath Status of Funeral Service Workers Exposed to Formaldehyde,* Arch. Environ. Health (1989) 44:222-228 | Dubuclet-Maibach-0152 to Dubuclet-Maibach-0158 |
| 202. | Isaksson, M.  *Can an imidazolidinyl urea-preserved corticosteroid cream be safely used in individuals hypersensitive to formaldehyde?*  2006 Contact Dermatitis 54 (1) January:  29-34 | Dubuclet-Maibach-0159 to Dubuclet-Maibach-0165 |
| 203. | Jenson, *Course of contact allergy in consecutive eczema patients patch tested with TRUE Test panels 1 and 2 at least twice over a 12-year period.*  2005 Contact Dermatitis 52(5): 242-246 | Dubuclet-Maibach-0166 to Dubuclet-Maibach-0171 |
| 204. | Kalimo, K., et al.  Immediate and delayed type reactions to formaldehyde resin in glass wool  1980 *Contact Dermatitis* 6 (7), pp. 496 | Dubuclet-Maibach-0180 |

| No. | Exhibit Description | Bates Range |
|---|---|---|
| 205. | Kaniwa, *Chemical Approach to contact dermatitis caused by household products VII: p-tert-butylphenol-formaldehyde resin in commercially available adhesive tapes, shoes and adhesives for rubber and leather.* 1991 Eisei Kagaku 37(1): 58-67 | Dubuclet-Maibach-0181 to Dubuclet-Maibach-0190 |
| 206. | Krzyzanowski M, Quackenboss JJ, Lebowitzz M. *Chronic respiratory effects of indoor formaldehyde exposure.* Environ Res 1990 52:117 | Dubuclet-Maibach-0191 to Dubuclet-Maibach-0199 |
| 207. | Lachapelle, Jean-Marie and Maibach, Howard. *Patch Testing and Prick Testing.* Second Edition. 2009. | |
| 208. | Lever, R. *Allergic contact dermatitis in atopic dermatitis.* 1992 Acta Dermato-Venereologica 176: 95-98Lindskov, R. Contact urticaria to formaldehyde 1982 *Contact Dermatitis* 8 (5), pp. 333-334 | Dubuclet-Maibach-0200 to Dubuclet-Maibach-0203 |
| 209. | Lindskov, R. Contact urticaria to formaldehyde 1982 *Contact Dermatitis* 8 (5), pp. 333-334 | Dubuclet-Maibach-0204 to Dubuclet-Maibach-0205 |
| 210. | Makela et al, *Contact sensitivity and atopic dermatitis: association with prognosis, a follow-up study in 801 atopic patients.* Contact Dermatitis. 2007, 56:76-78 | Dubuclet-Maibach-0206 to Dubuclet-Maibach-0210 |
| 211. | Matsunaga, Miyaka, et. al. *Ambient Formaldehyde Levels and Allergic Disorders Among Japanese Pregnant Women: Baseline Data from the Osaka Maternal and Child Health Study.* Ann Epidemiol 18:78-84, 2008 | Dubuclet-Maibach-0211 to Dubuclet-Maibach-0217 |
| 212. | Massone *Sensitization to para-tertiary-butylphenolformaldehyde resin.* 1996 International Journal of Dermatology 35 (3): 177-180 | Dubuclet-Maibach-0218 to Dubuclet-Maibach-0221 |
| 213. | Maurice, F., et al. *Anaphylactic shock caused by formaldehyde in a patient undergoing long-term hemodialysis* 1986 Journal of Allergy and Clinical Immunology 77 (4), pp. 594-597 | Dubuclet-Maibach-0222 to Dubuclet-Maibach-0225 |
| 214. | Meding et al, *Hand eczema extent and morphology – Association and influence on long term prognosis.* The Society for Investigative Dermatology. 2007, | Dubuclet-Maibach-0226 to Dubuclet-Maibach-0230 |

| No. | Exhibit Description | Bates Range |
|---|---|---|
| | 126, 2147-2151 | |
| 215. | Meding et al, *Fifteen-year follow-up of hand eczema: Predictive factors.* The Society for Investigative Dermatology. 2005, 124, 893-895 | Dubuclet-Maibach-0238 to Dubuclet-Maibach-0242 |
| 216. | Meding et. al., *Fifteen-year follow-up of hand eczema: persistence and consequences.* British Journal of Dermatology. 2005, 975-980 | Dubuclet-Maibach-0243 to Dubuclet-Maibach-0238 |
| 217. | Meding et al, *Predictive factors for hand eczema.* Contact Dermatitis. 1990, 23, 154-161 | Dubuclet-Maibach-0249 to Dubuclet-Maibach-0256 |
| 218. | Mirshaahpanah P., Maibach, H., *Relationship of patch test positivity in a general versus and eczema population.* Contact Dermatitis 2007 56:125 | Dubuclet-Maibach-0257 to Dubuclet-Maibach-0262 |
| 219. | Miyake, Y. et al., *Dietary Intake of Seaweed and Minerals and Prevalence of Allergic Rhinitis in Japanese Pregnant Females: Baseline Data From the Osaka Maternal and Child Health Study*, AEP Vol. 16, No. 8, August 2006: 614-621 | |
| 220. | Miyamoto, Y, et al., *Fat and Fish Intake and Asthma in Japanese Women: Baseline Data From the Osaka Maternal and Child Health Study*, INT J TUBERC LUNG DIS 2007, 11(1): 103-109 | |
| 221. | Molina, CI, et al. *Formalin allergy and odonto-stomatology* | [Allergie au formol et odonto-stomatologie] 1971 Revue Francaise d'Allergologie 11 (1), pp. 11-18 | Dubuclet-Maibach-0263 to Dubuclet-Maibach-0270 |
| 222. | Nilsson, *Contact sensitivity and urticaria in "wet" work.* Contact Dermatitis. 1985, 13: 321-328 | Dubuclet-Maibach-0271 to Dubuclet-Maibach-0278 |
| 223. | Norback, D., Bjornsson, E., Janson, C., Widstrom, J, Boman, G, *Asthmatic symptoms and volatile organic compounds, formaldehyde, and carbon dioxide in dwellings.* Occupational and Environmental Medicine 1995: 52: 388-395 | |
| 224. | Patterson, R., et al. *Formaldehyde reactions and the burden of proof* 1987 The Journal of Allergy and Clinical Immunology 79 (5), pp. 705-706 | |
| 225. | Pedersen, NB. *Occupational hand eczema from formaldehyde in price labels* 1980 Contact Dermatitis 6 (1), pp. 57-58 | Dubuclet-Maibach-029 to Dubuclet-Maibach-0280 |

| No. | Exhibit Description | Bates Range |
|---|---|---|
| 226. | Perret, CM, et al. *Contact sensitivity do diazolidinyl urea* (Germall II) *1989* Archives of Dermatological Research 281 (1), pp. 57-59 | Dubuclet-Maibach-0281 to Dubuclet-Maibach-0283 |
| 227. | Piletta-Zanin, P. *Detection of formaldehyde in moistened baby toilet tissues.* 1998 Contact Dermatitis 38 (1): 46 | |
| 228. | Rani, Z. *Allergic contact dermatitis: A comparison between atopic and non-atopic individuals.* 2002 Medical Forum Monthly 13(4): 23-25 | Dubuclet-Maibach-0284 to Dubuclet-Maibach-0286 |
| 229. | Rani, Z. *Allergy to para-tertiary butylphenol formaldehyde resin in general population: a retrospective analysis of 37 cases.* 2002 Journal of Pakistan Association of Dermatologists 12 (Oct/Dec): 171-174 | Dubuclet-Maibach-0287 to Dubuclet-Maibach-0290 |
| 230. | Sakai, Kiyoshi, et. al., *A Comparison of Indoor Air Pollutants in Japana and Sweden: formaldehyde, nitrogen dioxide, and chlorinated volatile organic compounds.* Environmental Research 94 (2004) 75-85 | Dubuclet-Maibach_0001 to Dubuclet-Maibach_ |
| 231. | Sanchez, I. *Occupational dermatitis due to formaldehyde in newspapers.* 1997 Contact Dermatitis 37 (3): 131-132Salphale et al, *Contact Points*, Contact Dermatitis 2003, 48, 162-177 | |
| 232. | Salphale et al, *Contact Points*, Contact Dermatitis 2003, 48, 162-177 | Dubuclet-Maibach_012 to Dubuclet-Maibach_027 |
| 233. | Scheman, A. *Contact dermatitis alternatives 2003.* 2003 Advances in Dermatology 19: 113-138 | Dubuclet-Maibach-0318 to Dubuclet-Maibach-0321 |
| 234. | Schuppli, R. *On the problem of formalin allergy* \| [Zur Frage der Formalin-Allergie.] 1967 Dermatologica 134 (5), pp. 257-261 | Dubuclet-Maibach-0322 to Dubuclet-Maibach-0326 |
| 235. | Shono et al, *Allergic contact dermatitis from para-tertiary-butylphenol-formaldehyde resin (PTBR-FR) in athletic tape and leather adhesive.* Contact Dermatitis. 1991, 24:282-288Sugai, T., et al. *Decrease in the incidence of contact sensitivity to formaldehyde* 1980 Contact Dermatitis 6 (2), pp. 154 | Dubuclet-Maibach-0327 to Dubuclet-Maibach-0344 |
| 236. | Sugai, T., et al. *Decrease in the incidence of* | Dubuclet-Maibach-0335 |

| No. | Exhibit Description | Bates Range |
|-----|---------------------|-------------|
|  | *contact sensitivity to formaldehyde*   1980 Contact Dermatitis 6 (2), pp. 154 | |
| 237. | Susitaival et. al., *Hand eczema in Finnish farmers,* Contact Dermatitis, 1995, 32, 150-155 | Dubuclet-Maibach-0336 to Dubuclet-Maibach-0341 |
| 238. | Takahashi S, Tsuji K, Fujii K, et. al. *Prospective study of clinical symptoms and skin test reactions in medical students exposed to formaldehyde gas.*   J Dermatol 2007 34:283 | Dubuclet-Maibach-0342 to Dubuclet-Maibach-0348 |
| 239. | Tanglertsampan, Churchai, *Allergic Contact Dermatitis from Formaldehyde from Initially Negative Repeated Open Application Test.*  Contact Points.  Contact Dermatitis 2003: 48: 162-177 | |
| 240. | Trattner et al, *Formaldehyde concentration in diagnostic patch testing:  comparison of 1% with 2%,* Contact Dermatitis 1998, 38, 9-13 | Dubuclet-Maibach-0349 to Dubuclet-Maibach-0354 |
| 241. | Uter et al, *The impact of meterological conditions on patch test results with 12 standard series allergens (fragrances, biocides, topical ingredients),* Contact Dermatitis and Allergy, British Journal of Dermatology 2008, 158, 734-739 | Dubuclet-Maibach-0355 to Dubuclet-Maibach-0360 |
| 242. | Uter, et. al. *Another Look at Seasonal Variation in Patch Test Results.*  Contact Dermatitis. 2001. 44, 146-152 | Dubuclet-Maibach-0361 to Dubuclet-Maibach-0367 |
| 243. | Van Hecke, E., et al.    *Where next to look for formaldehyde*?  1994 Contact Dermatitis 31 (4), pp. 268 | Dubuclet-Maibach-0376 |
| 244. | von Hertzen et al, *Scientific rationale for the Finnish Allergy Programme 2008 – 2018: emphasis on prevention and endorsing tolerance.* Allergy. 2009, 64: 678-701 | Dubuclet-Maibach-0377 to Dubuclet-Maibach-0400 |
| 245. | Wantke F. Demmer CM, Tappler P., et. al. *Exposure to formaldehyde and phenol during an anatomy dissecting course: sensitizing potency of formaldehyde in medical students.*   Allergy 2000 55:84-87 | |
| 246. | Warshaw EM, Ahmed RL, Belsito DV et. al. *Contact dermatitis of the hands:  cross-sectional analyses of North American Contact Dermatitis* | Dubuclet-Maibach-0401 to Dubuclet-Maibach-0414 |

| No. | Exhibit Description | Bates Range |
|-----|--------------------|-------------|
|  | *Group Data 1994-2004* .J Am Acad Dermatol 2007 57:301 |  |
| 247. | Warshaw EM, Belsito DV, DeLeo VA, et. al. *North American Contact Dermatitis Group patch test results 2003-2004 study period.* Dermatitis 2008 19:129 | Dubuclet-Maibach-0415 to Dubuclet-Maibach-0422 |
| 248. | Westburg, Hakan, et. al. *Exposure to Low Molecular Weight Isocyanates and Formaldehyde in Foundries Using Hot Box Core Binders.* Ann. Occup. Hyg., Vol. 49, No. 8, pp 719-725, 2005 |  |
| 249. | Zachariae, C. *Experimental elicitation of contact allergy from a diazolidinyl urea preserved cream in relation to anatomical region exposure.* 2005 Contact Dermatitis 53 (5 ): 268-277 | Dubuclet-Maibach-0423 to Dubuclet-Maibach-0432 |
| 250. | Zachariae et al, *ROAT: morphology of ROAT on arm, neck and face in formaldehyde and iazolidinyl urea sensitive individuals*. Contact Dermatitis. 2006, 54: 21-24 | Dubuclet-Maibach-0433 to Dubuclet-Maibach-0436 |
| 251. | Zaghi and Maibach, *Quantitative Relationships Between Patch Test Reactivity and Use Test Reactivity:* An *Cutaneous and Ocular Toxicology,* 2008, 27, 241-248 | Dubuclet-Maibach-0437 to Dubuclet-Maibach-0444 |
| 252. | Zhai, Hongbo, et. al. *Dermatoxicology* 7th Edition |  |
| 253. | Zimerson et al, *Contact allergy to 5,5'-di-tert-butyl-2,2'-dihydroxy-(hydroxymethyl)-dibenzyl ethers, sensitizers in p-tert-butylphenol-formaldehyde resin*, Contact Dermatitis 2000, 43, 20-26 | Dubuclet-Maibach-0445 to Dubuclet-Maibach-0451 |
| 254. | Zimerson, *Contact Allergy to trimers in p-tert-butylphenol-formaldehyde resin,* 2002 Exogenous Dermatology 1(4): 207-216 | Dubuclet-Maibach-0452 to Dubuclet-Maibach-0461 |
| 255. | Zimerson, Erik, Bruze, Magnus. *Contact allergy to the monomers in p-tert-butylphenol-formaldehyde resin.* Contact Dermatitis 2002, 46, 147-153 | Dubuclet-Maibach-0462 to Dubuclet-Maibach-0468 |
| 256. | Zug KA, Warshaw EM, Fowler JF Jr., et. al. *Patch test results of the North American Contact Dermatitis Group 2005-2006.* Dermatitis 2009 20:149IARC Monographs on Evaluation of Carcinogen Risks in Human, Vol 88, 2006, | Dubuclet-Maibach-0469 to Dubuclet-Maibach-0490 |

| No. | Exhibit Description | Bates Range |
|-----|---------------------|-------------|
|  | *Formaldehyde,  2-Butoxyethanol,  1-tert-Butoxypropan-2-ol* |  |
| 257. | IARC Monographs on Evaluation of Carcinogen Risks in Human, Vol 88, 2006, *Formaldehyde, 2-Butoxyethanol, 1-tert-Butoxypropan-2-ol* |  |
| 258. | US Department of Health and Human Services, CDC, NIOSH, *Occupational Exposure to Formaldehyde*, December 1976, Parts I thru IV |  |
| 259. | Consumer Product Safety Commission*, An Update on Formaldehyde, 1997* |  |
| 260. | US Department of Health and Human Services, ATSDR, *Toxicological Profile for Formaldehyde*, July 1999 |  |
| 261. | Centers for Disease Control, ATSDR, *Health Consultation, Formaldehyde Sampling of FEMA Temporary Housing Units*, February 1, 2007 and October 2007 |  |
| 262. | US Environmental Protection Agency, *Formaldehyde: Preliminary Risk Assessment for the Registration Eligibility Decision*, April 7, 2008 |  |
| 263. | Centers for Disease Control, ATSDR, *Final Report on Formaldehyde Levels in FEMA Supplied Travel Trailers, Park Models and Mobile Homes*, July 2, 2008 |  |
| 264. | US Environmental Protection Agency, *Integrated Risk Information System, Formaldehyde, CASRN 50-00-0*) |  |
| 265. | Centers for Disease Control, ATSDR, *Update and Revision of February 2007 Health Consultation Formaldehyde Sampling of FEMA Housing Units*, July 30, 2009 |  |
| 266. | Isaksson, Marlene, et. al.  *Which Test Chambers should be used for acetone, ethanol, and water solutions when patch testing?* Contact Dermatitis 2007: 57: 134-136; |  |
| 267. | Gilpin, Sarah, et. al.  *Volatility of Fragrance Chemical: Patch Testing Implications.* Dermatitis, Vol. 20, No. 4 (July/August) 2009, pp. 200-207 |  |

| No. | Exhibit Description | Bates Range |
|-----|---------------------|-------------|
| 268. | Bruze, Magnus, et. al. *Recommendation of Appropriate Amounts of Petrolatum Preparation to be Applied at Patch Testing.* Contact Dermatitis. 2007: 56: 281-285. | |
| 269. | Bruze, Magnus. *Contact Sensitizers in Resins Based on Phenol and Formaldehyde.* Dept. of Occupational Dermatology, Dept. of Dermatology, University of Lund. Lund, Sweden. 1985 | |
| 270. | Zimerson, Erik *Contact Allergens in p-tert-Butylphenol-Formaldehyde Resin* Dept. of Occupational and Environmental Dermatology. Dept. of Dermatology and Venereology. Malmo University Hospital. Malmo 2000 | |
| 271. | CV of Dr. Robert James | |
| 272. | ROBERT JAMES RELIANCE FILE | |
| 273. | CV of Dr. H. James Wedner | |
| 274. | Akdis, M., Verhagen, J., Blaser, K., Akdis, C.A. Role of T Cells in Atopic Eczema in Handbook of Atopic Eczema 2ed., Eds J Ring, 8. Przybilla and T. Ruzicka, Berlin, Springer-Verlag, 2006 pp323-329 | |
| 275. | Eberlein-Konig, B., Huss-Marp, j., Behrebdt, H., Ring, J., Environmental Pollution and Atopic Eczema, Ibid pp381-388 | |
| 276. | Using olfaction to study memory. Eichenbaum H. Annals of the New York Academy of Sciences. 855:657-69, 199 | |
| 277. | The prevalence of IgE sensitization to formaldehyde in asthmatic children. Doi S., Suzuki S., Morishita M., Yamada M., Kanda Y., Torii S., Sakamoto T. Allergy. 58(7):668-71, 2003 | |
| 278. | J Allergy Clin Immunol.,The natural course of atopic dermatitis from birth to 7 years and the association with asthma, 2004, 113:925-931 | |
| 279. | Novak, N and Beiber, MD., Allergic and nonallergic forms of atopic diseases., J Allergy and Clin Immunol. 2003, 112:252-262 | |
| 280. | Paracelsus and the science of nutrition in the renaissance. On occasion of the 500th anniversary | |

| No. | Exhibit Description | Bates Range |
|---|---|---|
|  | of his birth. Guggenheim KY. Journal of Nutrition. 123(7):1189-94, 1993. |  |
| 281. | Clinical aspects of para-tertiary-butylphenolformaldehyde resin (PTBP-FR) allergy. Geldof BA. Roesyanto ID. van Joost T. Contact Dermatitis. 21(5):312-5, 1989 |  |
| 282. | Whan, U., et al., IgE antibody responses in young children with atopic dermatitis., Pediatric Allergy and Immunology, 2008, 19:332-336 |  |
| 283. | CV of Gary Marsh |  |
| 284. | Beane Freeman L, Blair A, Lubin J, Stewart P, Hayes R, Hoover R, Hauptmann M, 2009. Mortality from lymphohematopoietic malignancies among workers in formaldehyde industries : the National Cancer Institute report. J. Natl. Cancer Institute 101:751-761 |  |
| 285. | Blair, A., Stewart, P., O'Berg, M., et al., 1986. Mortality among industrial workers exposed to formaldehyde. J. Natl. Cancer Institute 76, 195-215. |  |
| 286. | Blair, A., Stewart, P.A., Hoover, R.N., Fraumeni Jr., J.F., 1987. Cancers of the nasopharynx and oropharynx and formaldehyde exposure [letter]. J. Natl. Cancer Institute 78, 191. |  |
| 287. | Blair A, Saracci R, Stewart PA, et al., 1990. Epidemiological evidence on the relationship between formaldehyde exposure and cancer. Scandinavian Journal of Work Environment and Health 16:381-393. |  |
| 288. | Blair A, Saracci R, Stewart PA, et al., 1990. Epidemiological evidence on the relationship between formaldehyde exposure and cancer. Scandinavian Journal of Work Environment and Health 16:381-393. |  |
| 289. | Coggon, D., Harris, E.C., Poole, J., Palmer, K.T., 2003. Extended follow-up of a cohort of british chemical workers exposed to formaldehyde. J.Natl. Cancer Inst. 95, 1608– |  |

| No. | Exhibit Description | Bates Range |
|-----|---------------------|-------------|
|  | 1615. |  |
| 290. | Hauptmann, M., Lubin, J.H., Stewart, P.A., Hayes, R.B., Blair, A., 2003. Mortality from lymphohematopoietic malignancies among workers employed in formaldehyde industries. J. Natl. Cancer Inst. 95, 1615–1623. |  |
| 291. | Hauptmann, M., Lubin, J. H., Stewart, P. A., Hayes, R. B., and Blair, A., 2004. Mortality from solid cancers among workers in formaldehyde industries. Am. J. Epidemiol. 159,1117-1130 |  |
| 292. | IARC, 2006. IARC monographs on the evaluation of the carcinogenic risk to humans. Vol. 86: Formaldehyde, 2-Butoxyethanol and 1-tert-Butoxypropan-2-ol. Lyon: IARC Press. |  |
| 293. | Marsh, G.M., Stone, R.A., Esmen, N.A., et al., 1994. Mortality patterns among chemical plant workers exposed to formaldehyde and other substances. J. Natl. Cancer Institute 86, 384-385. |  |
| 294. | Marsh, G.M., Stone, R.A., Esmen, N.A., et al., 1996. Mortality patterns among chemical workers in a factory where formaldehyde was used. Occup. and Environ. Med. 53, 613- 617. |  |
| 295. | Marsh, G.M., Youk, A.O., Buchanich, J.M., Cassidy, L.D., Lucas, L.J., Esmen, N.A., and Gathuru, I.M., 2002. Pharyngeal cancer mortality among chemical plant workers exposed to formaldehyde. Toxicol. Ind. Health 18, 257-268. |  |
| 296. | Marsh, G.M., Youk, A.O., 2004. Reevaluation of mortality risks from leukemia in the formaldehyde cohort study of the National Cancer Institute. Regulatory Toxicology and Pharmacology 40, 113–124. |  |
| 297. | Marsh, G.M., Youk, A.O., 2005. Reevaluation of mortality risks from nasopharyngeal cancer in the formaldehyde cohort study of the National Cancer Institute. Regul. Toxicol. |  |

| No. | Exhibit Description | Bates Range |
|---|---|---|
|  | Pharmacol. 42, 275-283. |  |
| 298. | Marsh, G.M., Youk, A.O., Morfeld, P., 2007a. Mis-specified and non-robust mortality risk models for nasopharyngeal cancer in the National Cancer Institute Formaldehyde Worker Cohort Study. Regulatory Toxicology and Pharmacology 47, 59-67. |  |
| 299. | Marsh GM, Youk AO, Buchanich JM, Erdal S, Esmen NA., 2007b. Work in the Metal Industry and Nasopharyngeal Cancer Mortality among Formaldehyde-Exposed Workers. Regulatory Toxicology and Pharmacology 48:308-319. |  |
| 300. | Pinkerton, L.E., Hein, M.J., Stayner, L.T., 2004. Mortality among a cohort of garment workers exposed to formaldehyde: an update. Occup. Environ. Med. 61, 193–200. |  |
| 301. | Stewart PA, Cubit DA, Blair A, 1987. Formaldehyde exposure levels in seven industries. Applied Industrial Hygiene 2:231-236. |  |
| 302. | CV of Damien Serauskas |  |
| 303. | CV of Thomas Fribley |  |
| 304. | Photographs of Thomas Fribley of Dubuclet unit | Dubuclet-Fribley-1543 through Dubuclet-Fribley-1752 |
| 305. | Handwritten notes of Thomas Fribley | Dubuclet-Fribley-1753 |
| 306. | Handwritten notes of interview of Elisha and Timia Dubuclet on 7/13/09 and 7/15/09 | Exhibit 7 to Deposition of Dr. Edward Shwery taken 8/10/09 |
| 307. | Handwritten notes of Dr. Schwery | Exhibit 9 to his deposition taken 8/10/09 |
| 308. | Curriculum Vitae of Dr. Edward H. Schwery | PSC025369 through PSC025384 |
| 309. | Exhibit 4 to Deposition of Charles David Moore taken August 11, 2009 – identified as bates numbers | FLE-00006608; FLE-00006518, FLE-00006502, FLE-00006519, FLE-00005018-FLE-00005020; FLE-00004089-FLE-00004090; FLE-00004491- |

| No. | Exhibit Description | Bates Range |
|-----|--------------------|-------------|
|  |  | FLE-00004090; FLE-00004491-FLE-00004493; FLE-00004507; FLE-00004511; FLE-00004669-FLE-00004673; FLE-00004680-FLE-00004684; FLE-00004688-FLE-00004690; FLE-00004694-FLE-00004696; FLE-00004701-FLE-00004707; FLE-00004791-FLE-00004794; FLE-00004799-FLE-00004801; FLE-00006901 – FLE-6902; |
| 310. | Flyer distributed by FEMA in summer, 2006 | Exhibit 4 to deposition of Guy Bonomo |
| 311. | FEMA Important Formaldehyde Information for FEMA Housing Occupants | Withdrawn duplicates Ex. 335 |
| 312. | SP-Formaldehyde PS Post bates stamped FEMA 162-000016 | Exhibit 4 to deposition of Stanley Larson |
| 313. | SP-Formaldehyde PS Post bates stamped 162-000388 | Exhibit 5 to deposition of Stanley Larson |
| 314. | Declaration of Joseph Little | Withdrawn |
| 315. | Email from Joseph Little to Howard Frumkin | Exhibit 4 to deposition of Joseph Little |
| 316. | Health Consultation, Formaldehyde Sampling of FEMA Temporary Housing Units, Baton Rouge, LA, February 1, 2007 | Exhibit 5 to deposition of Joseph Little |
| 317. | Declaration of Martin McNeese | Withdrawn |
| 318. | Email dated 10/11/06 FEMA 17-000380-82 | Exhibit 7 to deposition of Martin McNeese |
| 319. | Email dated 3/6/07 FEMA 17-003608 | Exhibit 9 to deposition of Martin McNeese |
| 320. | Declaration of David Garratt | Withdrawn |
| 321. | Email dated 5/18/07 DHS S&T 6040-44 | Exhibits 5 to deposition of David Garratt |
| 322. | Email dated 5/17/07 FEMA 17-0009030-33 | Exhibits 7 to deposition of David Garratt |

| No. | Exhibit Description | Bates Range |
|---|---|---|
| 323. | 5/18/07 DHS S&T 4856-57 | Exhibit 8 to deposition of David Garratt |
| 324. | Email dated 8/18/07 DHS S&T 4060-62 | Exhibit 16 to deposition of David Garratt |
| 325. | Memo dated 7/26/06 FEMA – Waxman 23-25 | Exhibit 17 to deposition of David Garratt |
| | **FEMA/ U.S. GOVERNMENT** | |
| 326. | CDC Summary and Interim Report: "VOC and Aldehyde Emissions in Four FEMA Temporary Housing Units" – Indoor Environment Department, Lawrence Berkeley National Laboratory, May 8, 2008 | PSC002113 - PSC002166 |
| 327. | U.S. Department of Health and Human Services and CDC Presentation Titled "Formaldehyde Levels in Occupied FEMA-supplied Temporary Housing Units (THUs) in LA and MS, Winter 2007-2008" | PSC002167 - PSC002181 |
| 328. | "CDC Interim Findings on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes" – February 29, 2008 | PSC002182- PSC002202 |
| 329. | CDC Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes" – July 2, 2008 | PSC002203 - PSC002263 |
| 330. | Agency for Toxic Substances and Disease Registry (ATSDR) "Health Consultation, Formaldehyde Sampling at FEMA Temporary Housing Units, Baton Rouge, Louisiana, February 1, 2007" | PSC002264 - PSC002277; |
| 331. | ATSDR October 2007 "An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Louisiana, September-October 2007" | PSC002278 - PSC002318 |
| 332. | "Formaldehyde Levels in FEMA-Supplied Trailers - Early Findings from the Centers for Disease Control and Prevention" | PSC003218 - PSC003219; |
| 333. | Indoor Air Quality and Health in FEMA Temporary Housing for Trailer Residents prepared by CDC | PSC021583 – PSC021584 |
| 334. | "Important Information for Travel Trailer Occupants" FEMA brochure | Withdrawn, duplicate of Ex. 335. |

| No. | Exhibit Description | Bates Range |
|---|---|---|
| 335. | FEMA: Important Formaldehyde Information for FEMA Housing Occupants | FEMA08-000015 |
| 336. | Martin McNeese email dated 10/11/06 | FEMA 17-000029 |
| 337. | "Medical Management Guidelines for Formaldehyde" A publication of the Department of Health and Human Services, ATSDR. Updated 2/7/08. | Withdrawn. |
| 338. | FEMA: Formaldehyde in FEMA Family Units Sampling Program, Baton Rouge, LA, Field Documentation, Data Files and Analytical Data DVD, November 13, 2006 (Cited to ATSDR above) | Withdrawn. |
| 339. | ATSDR, Managing Hazardous Materials Incidents, Medical Management Guidelines for Acute Chemical Exposure, Formaldehyde, ATSDR, 2001 | Withdrawn. |
| 340. | FEMA: Important Formaldehyde Information for FEMA Housing Occupants | Withdrawn, duplicate of Ex. 335. |
| 341. | Judith Reilly email dated 4/14/06 | Withdrawn. |
| 342. | Michael Miller email dated 6/2/06 | Withdrawn. |
| 343. | Runge email dates 11/2/07 | Withdrawn. |
| 344. | Ryan Buras email dated 5/17/07 | Withdrawn. |
| 345. | FEMA Talking Points | Withdrawn. |
| 346. | Martin McNeese email dated 3/5/07 | Withdrawn. |
| 347. | Curtis Melnick email dated 5/11/06 (Miller deposition exhibit 22) | Withdrawn. |
| 348. | FEMA 17-010774 | Withdrawn. |
| 349. | Internal FEMA emails regarding formaldehyde response | Withdrawn. |
| 350. | Internal FEMA emails regarding OSHA testing and media publicity | Withdrawn. |
| 351. | FEMA 17-009065, 009067 | Withdrawn. |
| 352. | FEMA 17-018456 | Withdrawn. |
| 353. | FEMA 17-002096 | Withdrawn. |
| 354. | FEMA 17-008401 | Withdrawn. |
| 355. | Devany Summary of Sierra Club Results | Withdrawn. |
| 356. | Devany memo on bake-off procedures | Withdrawn. |
| 357. | Devany attachment to Becky Gillette letter to David Garratt | Withdrawn. |

| No. | Exhibit Description | Bates Range |
|---|---|---|
| 358. | Correspondence from Patrick Logue (Industrial Hygienist) Employee Formaldehyde Exposure Assessment/Raleigh with attached recommended occupational exposure limit for formaldehyde based on irritation (FL-FDA-025835) | Withdrawn. |
| 359. | Formaldehyde Indoors – Use reconstituted wood products with lower emissions Authored by Stephen Smulski, April, 1987 | |
| 360. | Toxicological Profile on Formaldehyde prepared by ATSDR on July 1999 | |