UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Charlie Age, et al v. Gulf Stream Coach, Inc., et al*
Case No. 09-2892

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S REQUESTED JURY
CHARGE NO. 59**

If you find by a preponderance of the evidence that a percentage of fault for the damages of the plaintiff Alana Alexander and/or her son Christopher Cooper should be allocated to FEMA as the owner of the travel trailer in this case, then I instruct you that the following law of Louisiana would apply:

> Any organization, public or private, which owns immovable property or other premises and which voluntarily and without compensation makes this property or premises available for the purpose of sheltering persons during an emergency, shall not be considered liable for any injury which occurs solely by reason of the use of the property and premises, unless the gross negligence or the willful and wanton misconduct of the owner was a proximate cause of the injury.

*See* LSA-R.S. 29:733.1.