# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Arthur G. Briggs, together with all individuals and entities whose names appear on the attached "Exhibit A" | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: 09-5295<br>Sect. N   Mag 5 |
| Gulf Stream Coach, Inc; United States of America Through the Federal Emergency Management Agency; and Fluor Enterprises, Inc. | |

TO: Fluor Enterprises, Inc.
   Through its Agent for Service of Process
   Corporation Service Company
   320 Somerulos Street
   Baton Rouge, Louisiana  70802-6129

A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J. DOUGLAS SUNSERI, (#19173)
NICAUD & SUNSERI, LLC
3000 18TH Street, Metairie, LA  70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the Court.

Loretta G. Whyte
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date:  Nov 25 2009