# United States District Court

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Devin Romero, individually and for his minor child, Logan Romero, and Jamee Romero | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: 09-6423<br>Sect. N   Mag 5 |
| KZRV, LP, United States of America Through the Federal Emergency Management Agency; and Fluor Enterprises, Inc. | |

TO: KZRV, LP
   Through its Agent for Service of Process
   Daryl Zook
   9270 W. US 20
   Shipshewana, IN 46565

A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J. DOUGLAS SUNSERI, (#19173)
NICAUD & SUNSERI, LLC
3000 18TH Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

__Loretta G. Whyte__
Name of clerk of court

Date: __Nov 25 2009__

*B. Gregory*
Deputy clerk's signature