UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

MDL NO: 1873

SECTION N(5)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:
*North American Catastrophe Service, Inc. v. Northfield Ins. Co.*
*No. 09-3818*

*************************************************************************

### NORTHFIELD INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER VENUE FOR CONVENIENCE TO MIDDLE DISTRICT OF FLORIDA PURSUANT TO 28 U.S.C. § 1404(A) [Rec. Doc. 3193]

Defendant, Northfield Insurance Company ("Northfield"), hereby moves this Honorable Court for leave to file the attached Supplemental Reply Brief in support of its Motion to Transfer Venue for Convenience to Middle District of Florida Pursuant to 28 U.S.C. § 1404 (A) [Rec. Doc. 3193]. In support of this request, Northfield submits that the attached Supplemental Reply Brief is necessary to correct an assertion contained in North American Catastrophe Services, Inc.'s supplemental opposition to Northfield's Motion to Transfer [Rec. Doc. 7679].

WHEREFORE, Northfield Insurance Company moves this Honorable Court for leave to file the attached Supplemental Reply Brief in support of its Motion to Transfer.

1

Respectfully submitted,

**RALPH S. HUBBARD III, T.A., La. Bar # 7040**
**TINA L. KAPPEN, La. Bar #29579**
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Northfield Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November, 2009, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system and notice of this filing was sent to all know counsel of record by operation of the court's electronic filing system.

2