UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) |
| This Document Relates to: | | * * | |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* | | * * * | JUDGE: ENGELHARDT |
| Case No. 07-9228 | | * * * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT FLEETWOOD ENTERPRISES, INC.'S LIST OF PROSPECTIVE JURORS WHO SHOULD BE EXCUSED FOR CAUSE**

MAY IT PLEASE THE COURT:

Pursuant to the Court's Order of November 19, 2009 (Rec. Doc. 7305), Defendant Fleetwood first lists the prospective jurors as to whom it agrees with Plaintiff should be dismissed for cause. Separately, Defendant lists those additional jurors who Fleetwood believes should be excused for cause and who are not mutually agreed upon:

**I.**

**LIST OF POTENTIAL JURORS THAT BOTH PARTIES AGREE SHOULD BE CHALLENGED FOR CAUSE**

1. Adams, Marilyn

2. Authement, Chris Robert

3. Bercegeay, Justin

4. Brignac, Melissa

5. Broussard, Wallace D.

6. Campbell, Michael J., Sr.

7. Chess, Cynthia Marie

8. Crochet, Virginia H.

9. Crosby, Ancylee Marie

10. Dier, Keith Allan

11. Digitolamo, Joey

12. Doescher, Komkum

13. Falgout, Dale

14. Foster, Wayne

15. Hastings, Jamie

16. Hawkins, Geoffrey

17. Juncker, Elaine

18. Lee, Michael

19. McDonald, Jacynthia Smith

20. O'Dell, Donna

21. Orellana, Francisco

22. Prattini, Brian

23. Schudman, Sam

24. Serov, Michael

25. Tastet, Brian

26. Ward, Canary

    27.     Williams, Renee R.

    28.     Wilson-Sider, Karen

    29.     Woods, Michael

## II.

### LIST OF JURORS WHO FLEETWOOD BELIEVES SHOULD BE EXCUSED FOR CAUSE AND WHO ARE NOT MUTUALLY AGREED UPON

| 1. | Lewis H. Bayhi, III | F (Cause) | Answers to question 74, 75, 76 in which is positive that corporations conspire, that they are putting profit over honesty and ethics and that pre-testing on the safety of products is inadequate. Those answers coupled with his answers to 82 and 83 where the government should pay even though they did nothing wrong and that he could not fairly decide a lawsuit between an individual and the government. In 119 and 120, he says that not only is formaldehyde very dangerous, but that it is a substance that is linked with many respiratory illnesses and even death. Critically, at 127, he indicates that he would have trouble being open minded in the case involving the person suing a travel trailer manufacturer because he would favor the person. Has already formed an opinion – Quote Question 119, 120, former plaintiff, 128 – Financial hardship |
|---|---|---|---|
| 2. | Jerry L. Brooks | F (Cause) | In response to question no. 25, he is almost unique in answering the question that he could not re-examine his own opinions and change his mind even if he were convinced that he were wrong primarily because of the people that have been convicted and sent to jail in his family. In responses to 74, 75 and 76, he indicates that he suspects that companies conspire and that they put profits over honesty and ethics and their products are inadequately tested for safety. In answer to 82, he indicates that the government should pay for injuries even if there is no proof that the government did anything wrong. In response to 126, he indicates that someone close to him has a claim concerning alleged injuries from living in FEMA provided housing and in response to question 128, he indicates that serving would be a severe personal and economic hardship. He |

3

|   |   |   |   |
|---|---|---|---|
|   |   |   | indicates it would be severe personally because he would be "stressing that someone else is [illegible]." |
| 3. | Shirlene Brumfield | C (Cause) | Toxic mold in house<br>Questions her personal safety (92)<br>Concerns over environmental toxins (93)<br>No transportation |
| 4. | Andrew J. Cannatella | F (Cause) | From answer 114, he has had 4 cousins who lived in FEMA trailers and according to questions 74 and 75, he is positive that companies conspire, most companies will do anything to make profits without regard to honesty or ethics. |
| 5. | Angela G. Cilluffa | Cause | She has two sisters that lived in FEMA trailers and were exposed to formaldehyde and both of her sisters suffered both sinus and skin problems (94, 95).  From 117, she indicates that she has discussed formaldehyde with family members and friends who have lived in the trailers and in 119 she indicates that the exposure could have caused sinus and lung illnesses or injuries.<br>Parents - Chinese Drywall - PSC represents her in that matter<br>Travel issues,<br>Formaldehyde very dangerous (120) |
| 6. | Phyllis Dufrene | Weak challenge for cause | Companies  conspire to hide health effects (74)<br>Companies place profit over ethics (75)<br>Companies inadequately test products (76)<br>She is very concerned about environmental toxins (96) |
| 7. | Pepper Dupont | Cause | Companies put profit first over ethics<br>Very concerned about toxins in water<br>In-laws in FEMA trailer<br>Somewhat concerned about formaldehyde |
| 8. | Deborah Frank | Cause | Exposed to toxic mold (93)<br>Very concerned about toxins<br>Mother sick from FEMA trailer (94, 95, 96, 99, 100)<br>Brother in FEMA trailer (115, 116)<br>Formaldehyde is bad for lungs (119)<br>Preconceived opinions |
| 9. | Joseph Gale | Cause | He has hardly any confidence in corporations.  He is positive corporations conspire to hide health effects.  He believes corporations put profit over ethics.  He thinks companies do not adequately test products.  He is very concerned about environmental toxins. (72 – 76) |

4

|     |                       |           |                                                                                                                                                                                                                                                                                                                                                                                    |
| --- | --------------------- | --------- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     |                       |           | Formaldehyde is very dangerous (120) <br> Could not be open minded (127)                                                                                                                                                                                                                                                                                                           |
| 10. | Pamela Guidry         | Cause     | Believes that companies conspire to hide health effects <br> Believes that companies put profit over ethics <br> Father developed lung cancer from pesticides (94) <br> Preconceived Notion that formaldehyde injures people (117)                                                                                                                                                 |
| 11. | Destiny Henry         | Cause     | Employed by Acorn who has enlisted people this litigation <br> Believes companies place profit over ethics <br> Exposed to Mold (91) <br> Very concerned about toxins (93) <br> Terrible made many people sick (119) <br> Very dangerous (120)                                                                                                                                     |
| 12. | Tiffany Jones         | Cause     | Bay Inspection – Zapps <br> Believes companies place profit over ethics <br> Very concerned about environmental toxins <br> Believes companies do not try to make safe products <br> Financial Hardship                                                                                                                                                                            |
| 13. | Rachel, Brian         | F (Cause) | #105: Maybe. "I believe the manufacturer was trying to get as many trailers built as quickly as possible and considering the expected term of use would not be long, they went with the cheapest material available to build the trailers.  Thinking that the negative effects wouldn't be felt if the trailer use wasn't long term." <br> #115 Maybe. "see question 105."         |
| 14. | Matthew August Rota   | F (Cause) | He does not believe the formaldehyde issue has been fully taken care of and that the manufacturers and the government inspectors are at fault (105).  He is a member of the Sierra Club and knows some of the people that brought the formaldehyde issue to the media and this problem also comes up with some of the other organizations that he works for (117).  He has formed opinions that formaldehyde is bad for you and for your quality of life and health (119) and since he is in the Sierra Club, he does have opinions against FEMA (119). |
| 15. | Doris E. Starnes      | F (Cause) | Ms. Starnes suffered from toxic mold in her flooded home and suffered from Katrina cough.  It finally went away after treatment (94, 95).  She went to counseling at the FEMA office for many months due to post traumatic stress syndrome (109) and underwent "multiple torture" to get her rent subsidy (109).  Her                                                               |

| | | | |
|---|---|---|---|
| | | | answers to many questions reveal anger (108) in which she indicated that applying to FEMA for anything was a "disturbing experience and waste of time." In 116 she indicates that 90% of her friends were living in emergency housing. Two of her friends got sick from formaldehyde and she has discussed the "horror" of providing evacuees with harmful housing (117) and that as a result of her experience, she has formed opinions about the effects of formaldehyde exposure including that it causes lung and breathing problems that if not immediately sickening will have long term effects (119). She has had a friend who was working in a "carpetbagger law firm from Texas" and she discussed the formaldehyde lawsuits with her (124). Finally, she indicates that although she could try hard to be objective, given her past five years experience, she is not sure that she could (127) |
| 16. | Tracie Thomas | F (Cause) | Q.98: "My father worked for a company that was inspecting FEMA trailers after Hurricane Katrina." Q100: No, but "However, my father complained of eye irritation while inspecting some FEMA trailer units." Q114: "My uncle lived in a FEMA trailer." Q119: "Constant prolonged exposure to the chemical could possibly result in respiratory reactions, such as nasal drip, watering of eyes, etc." |

WHEREFORE, the jurors listed in Paragraph I above, which both parties agree upon, should be stricken and for the reasons Fleetwood sets forth in Paragraph II above, those jurors should also be stricken.

6

This 25th day of November 2009.

        Respectfully submitted:

        */s/ Richard K. Hines, V*
        Richard K. Hines, V
        GA Bar No. 356300
        NELSON MULLINS RILEY & SCARBOROUGH, LLP
        Atlantic Station
        201 17th Street, NW, Suite 1700
        Atlanta, GA  30363
        (404) 322-6000 (phone)
        (404) 322-6050 (fax)

        Jerry L. Saporito
        LA Bar No. 11717
        LEAKE & ANDERSSON, L.L.P.
        1700 Energy Centre
        1100 Poydras St.
        New Orleans, LA 70163-1701
        (504) 585-7500 (phone)
        (504) 585- 7775 (fax)

        Counsel for Defendant Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )   Hand Delivery                          ( )   Prepaid U.S. Mail

( )   Facsimile                              ( )   Federal Express

(X)   CM/ECF

New Orleans, Louisiana, this 25th day of November, 2009.

>    */s/ Richard K. Hines, V*
>    Richard K. Hines, V
>    Georgia Bar No. 356300
>    E-mail:  richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)