UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 |
| | | | SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* | | * * | |
| Case No. 07-9228 | | * * * | JUDGE: ENGELHARDT |
| | | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT FLEETWOOD ENTERPRISES, INC'S OBJECTIONS TO
<u>DEPOSITION OF JESSICA GUAY TAKEN NOVEMBER 4, 2009</u>**

COMES NOW Defendant Fleetwood Enterprises, Inc. ("Fleetwood") and objects to the admission of any portion of the deposition of Jessica Guay, taken November 4, 2009.

Jessica Guay was a former Fleetwood customer service representative for a travel trailer plant in California.  In July 2006, Ms. Guay contributed to an email chain with the subject line "FW: Harmful chemicals notice" which related to a label allegedly posted on a Fleetwood travel trailer issued by FEMA for use as an EHU post Katrina.  This email stream is discussed at length in Fleetwood's pending motion in limine to exclude all testimony relating to this email stream. Rec. Doc. 7279.  The email stream and related testimony should be excluded, as noted in Fleetwood's motion in limine, because it references an alleged notice in some EHU, but not the Dubuclet EHU; no individual deposed about this email stream could testify what the actual notice said or looked like.  Although the email chain notes that at some point pictures of the notice were attached to the email, those pictures are not part of the record. No one knows what

Guay looked at to respond to the emails or where her content came from. Plaintiff simply cannot lay the foundation for that email. Without the actual notice, it has no bearing on this case. There is no foundation to assume or even speculate that the label that this email chain discusses is a label that was in the Dubuclet unit. Without the adequate foundation, Guay's email and the entire email chain refer to nothing. *See* Fleetwood's motion in limine Rec. Doc. 7279.

This 29th day of November 2009.

Respectfully submitted:

 /s/ Richard K. Hines, V
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Andrew D. Weinstock
Louisiana Bar No. 18495
DUPLASS, ZWAIN, BOURGEOIS,
     PFISTER & WEINSTOCK
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700 (phone)
(504) 837-3119 (fax)

Counsel for Defendant Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )     Hand Delivery              ( )     Prepaid U.S. Mail

( )     Facsimile                  ( )     Federal Express

(X)     CM/ECF

New Orleans, Louisiana, this 29th day of November, 2009.

                                /s/ Richard K. Hines, V
                                Richard K. Hines, V
                                Georgia Bar No. 356300
                                E-mail: richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)