UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 |
| | | | SECTION:  N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* Case No. 07-9228 | | * * * * * * | JUDGE: ENGELHARDT MAG: CHASEZ |

******************************************************************************

### DEFENDANT FLEETWOOD ENTERPRISES, INC'S OBJECTIONS TO CERTAIN PORTIONS OF PLAINTIFF'S DESIGNATED TESTIMONY WITH RESPECT TO GEORGIA-PACIFIC CORPORATION WITNESS MARK ATKINS

COMES NOW Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") and submits these its objections to certain portions of Plaintiffs designated testimony with respect to the deposition of Georgia Pacific witness Mark Atkins, taken November 3, 2009.  (Referenced pages of the deposition of Atkins are attached as Exhibit "A."  Fleetwood objects to the entire deposition however, therefore it will deliver to chambers on a CD the entire deposition of Atkins with highlighted designations of the Plaintiff shown thereon. The referenced page to the William Farish deposition is attached as Exhibit "B.")

Fleetwood objects to the entirety of the Marc Atkins deposition on the grounds that it fails to lay any foundation whatever that the materials discussed by Mr. Atkins as sold to Fleetwood were sold for incorporation by Fleetwood into its travel trailers.  For example, Mr. Atkins was asked, and responded:

"Q. Did you know products that you were involved in selling to Fleetwood, which I – or your division was involved in selling to Fleetwood, did you know how those products were going to be used by Fleetwood?

A. No, sir.

Q. Did you know that Fleetwood made travel trailers?

A. I was not aware of that, no sir.

Atkins Dep. at 18:20 – 19:2.

In addition, Atkins discusses the sale of particleboard underlayment (Atkins Dep. at 25:21 – 26:12, 29:12 – 17, 34:5 -11) that was specifically used by Fleetwood in its manufactured housing units, not in travel trailers.  William Farish testified in his 30(b)(6) deposition dated July 16, 2008 at 89:18 – 24, as follows:

"Q. Do you know whether or not Fleetwood manufactured travel trailers using particleboard decking?. . . .

A. For FEMA. . . the specs I've seen are strictly OSB floor decking."

Consequently, the testimony is irrelevant to any issue in the case.  In addition, the testimony is confusing and misleading to the jury, cumulative of other witnesses who do have requisite knowledge, and prejudicial to Fleetwood.  Rules 402, 403.

This 29th day of November 2009.

                                                Respectfully submitted:
                                                */s/ Richard K. Hines, V*
                                                Richard K. Hines, V
                                                GA Bar No. 356300
                                                NELSON MULLINS RILEY & SCARBOROUGH, LLP
                                                Atlantic Station
                                                201 17th Street, NW, Suite 1700
                                                Atlanta, GA  30363
                                                (404) 322-6000 (phone)
                                                (404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Andrew D. Weinstock
Louisiana Bar No. 18495
DUPLASS, ZWAIN, BOURGEOIS,
        PFISTER & WEINSTOCK
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700 (phone)
(504) 837-3119 (fax)

Counsel for Defendant Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

  I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )  Hand Delivery     ( )  Prepaid U.S. Mail

( )  Facsimile      ( )  Federal Express

(X)  CM/ECF

  New Orleans, Louisiana, this 29th day of November 2009.

             /s/ Richard K. Hines, V
             Richard K. Hines, V
             Georgia Bar No. 356300
             E-mail: richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)