Exhibit B

1              UNITED STATES DISTRICT COURT

2             EASTERN DISTRICT OF LOUISIANA

3

4

5      IN RE:   FEMA TRAILER          )MDL NO. 1873

               FORMALDEHYDE PRODUCTS )

6              LIABILITY LITIGATION  )SECTION "N" (4)

                                     )

7                                    )

                                     )

8      _____)

9

10

11            Deposition of FLEETWOOD ENTERPRISES, INC.,

12     taken on behalf of the Plaintiffs, at 3649 Mission

13     Inn Avenue, Riverside, California, beginning at

14     9:49 a.m. and ending at 2:19 p.m., on Wednesday,

15     July 16, 2008, before JOANNA B. BROWN, Certified

16     Shorthand Reporter No. 8570.

17

18

19

20

21

22

23

24

25

1       Q    Was there any curing time for OSB before

2    you used it in mobile homes that you are aware of?

3             MR. HINES:  Object.  Foundation.

4             THE WITNESS:  I don't know how it was

5    handled.  No, I don't know.

6    BY MR. LAMBERT:

7       Q    How about curing time for particleboard?

8       A    No.

9             MR. HINES:  Same objection.

10            THE WITNESS:  I don't know.

11   BY MR. LAMBERT:

12      Q    You don't know?

13      A    I don't know what the processes were before

14   we got them.  No, I don't know.

15      Q    Okay.  And the materials that you received

16   for travel trailers -- scratch that.  Let me back

17   up.

18            Do you know whether or not Fleetwood

19   manufactured travel trailers using particleboard

20   decking?

21      A    At all?  Again, we are --

22      Q    For FEMA.

23      A    For FEMA.  Okay.  No, I don't -- the specs

24   I've seen are strictly OSB floor decking, yes.

25      Q    Okay.  So, as far as you know, travel