UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | | MDL NO. 1873 |
| | | | | SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* Case No. 07-9228 | | * * * * * | | JUDGE: ENGELHARDT  MAG: CHASEZ |

*****************************************************************************

### DEFENDANT FLEETWOOD ENTERPRISES, INC'S OBJECTIONS TO CERTAIN PORTIONS OF PLAINTIFFS DESIGNATED TESTIMONY WITH RESPECT TO THE JAMES CROXTON DEPOSITION OF AUGUST 18, 2009

COMES NOW Defendant Fleetwood Enterprises, Inc. ("Fleetwood") and submits these its objections to certain portions of Plaintiffs designated testimony with respect to the James Croxton deposition taken August 18, 2009. (Referenced pages of the deposition are attached as Exhibit "A").

**Objections:**

1. Page 347:17 – 25 to 348:1 – 4. Objection. Witness has no personal knowledge, the testimony is cumulative, misleading and confusing, testimony not relevant. Rule 402, 601.

Croxton is asked about the RADCO testing done by Fleetwood in the 70's and 80's and he responds that he was not aware of it. The witness has no personal knowledge of the RADCO testing that he is being questioned about, his testimony adds no relevant information, the questioning is misleading and confusing. Other witnesses including Zieman and Theobald will

testify based on personal knowledge about the RADCO studies. As such, this portion should be excluded.

    This 29th day of November 2009.

        Respectfully submitted:

        */s/ Richard K. Hines, V*
        Richard K. Hines, V
        GA Bar No. 356300
        NELSON MULLINS RILEY & SCARBOROUGH, LLP
        Atlantic Station
        201 17th Street, NW, Suite 1700
        Atlanta, GA  30363
        (404) 322-6000 (phone)
        (404) 322-6050 (fax)

        Jerry L. Saporito
        LA Bar No. 11717
        LEAKE & ANDERSSON, L.L.P.
        1700 Energy Centre
        1100 Poydras St.
        New Orleans, LA 70163-1701
        (504) 585-7500 (phone)
        (504) 585- 7775 (fax)

        Andrew D. Weinstock
        Louisiana Bar No. 18495
        DUPLASS, ZWAIN, BOURGEOIS,
            PFISTER & WEINSTOCK
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        (504) 832-3700 (phone)
        (504) 837-3119 (fax)

        Counsel for Defendant Fleetwood Enterprises, Inc.

## C E R T I F I C A T E OF SERVICE

      I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery               ( )    Prepaid U.S. Mail

( )    Facsimile                    ( )    Federal Express

(X)    CM/ECF

      New Orleans, Louisiana, this 29th day of November, 2009.

                                              /s/ Richard K. Hines, V
                                              Richard K. Hines, V
                                              Georgia Bar No. 356300
                                              E-mail: richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)