Exhibit A

257

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE         MDL NO. 1873
PRODUCTS LIABILITY LITIGATION
                                         SECTION "N" (5)

                                         JUDGE ENGELHARDT
                                         MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO

Elisha Dubuclet on behalf of
Timia Dubuclet vs. Fleetwood

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED DEPOSITION OF

FLEETWOOD ENTERPRISES, INC.

VOLUME II, PAGES 257 THROUGH 390

August 18, 2009

9:21 a.m.

3649 Mission Inn Avenue

Riverside, California

Reported by Gail Nesson, CSR No. 7010

Case 2:07-md-01873-KDE-MBN   Document 8142-1   Filed 11/29/09   Page 3 of 4
Fleetwood Enterprises, Inc. - Volume II                                        August 18, 2009

347

1  longer than, again, three months, six months, anything
2  like that?
3      A    No, sir.
4      Q    Now, I asked a question of Mr. Snyder about
5  testing for formaldehyde before a travel trailer, that is
6  a FEMA travel trailer, once it is manufactured leaves the
7  plant.
8           How would you test for formaldehyde before a
9  travel trailer left your production plant at Longview,
10 Texas?
11          MS. DALY:  Objection.  This is beyond the scope
12 of what this witness is offered for under the 30(b)(6)
13 category.  It isn't on the notice.
14          MR. SAPORITO:  It isn't on the 30(b) notice.
15 BY MR. BENCOMO:
16     Q    You can answer.
17     A    I have no idea.
18     Q    Were you ever made aware of the RADCO studies
19 that Fleetwood had conducted as they pertained to
20 formaldehyde between 1979 and 1991?
21     A    I have never seen anything on it.  I -- just the
22 tag that comes out of that, but I don't know anything
23 about RADCO.
24     Q    So you were never in any meeting or discussion
25 with any other Fleetwood employees or management that

348

1  addressed the issue of tests that were conducted by a
2  company by the name of RADCO for Fleetwood on the issue
3  of formaldehyde?
4       A    No, sir.
5       Q    When is the first time that you heard the name
6  RADCO?
7       A    RADCO, probably in -- I was in Rialto.  It would
8  have been in the early '87 to '89.
9       Q    In connection with what particular issue?
10      A    They were a third party inspector for the state
11 of Oregon on travel trailers, and I was producing travel
12 trailers at Rialto's plant.
13      Q    Do you know what they were inspecting for at
14 that time?
15      A    Yes.  RVIA standards.  They inspected it for
16 RVIA standards, building to the 119.2 code.
17      Q    To your knowledge, they were not inspecting it
18 for formaldehyde?
19      A    No.  No, sir.
20      Q    Now, you may have heard -- you may recall
21 hearing earlier the issue of someone calling the plant --
22 or rather, calling Mr. Biazo's office or whoever was
23 under him and saying, "Look, I want to use this travel
24 trailer to go up north" and was told that "Well, that's a
25 problem because this is built on R7, and it is not