UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 | |
| FORMALDEHYDE | * | | |
| PRODUCTS LIABILITY | * | SECTION: N(5) | |
| LITIGATION | * | | |
| | * | JUDGE: ENGELHARDT | |
| This Document Relates to: | * | | |
| | * | | |
| *Dubuclet, et al v. Fleetwood* | * | | |
| *Enterprises, Inc., et al.* | * | MAG: CHASEZ | |
| | * | | |
| Docket No. 07-9228 | * | | |

**DEFENDANT FLEETWOOD ENTERPRISES, INC.'S OBJECTIONS TO PLAINTIFF'S CERTAIN DESIGNATIONS OF DEPOSITION OF JOSEPH LITTLE TAKEN JUNE 23, 2009**

| PAGE/LINE DESIGNATIONS | OBJECTION |
|---|---|
| Page 31, Lines 9-17 | Hearsay, double hearsay, unduly prejudicial. |
| Page 69, Lines 9-23 | Violates the Court's ruling on Congressional Hearings – Motion in Limine. (Need docket number) |
| Page 70, Lines 16-20 | Violates the Court's ruling on Congressional Hearings – Motion in Limine. (Need docket number) |
| Page 84, Lines 16-25 | Violates the Court's ruling on Congressional Hearings – Motion in Limine. (Need docket number) |
| Page 85, Lines 1-16 | Violates the Court's ruling on Congressional Hearings – Motion in Limine. (Need docket number) |
| Page 86, Lines 2-5 | Violates the Court's ruling on Congressional Hearings – Motion in Limine. (Need docket number) |
| Page 103, Lines 4&5 | Need to remove "I represent Gulf Stream Coach." |
| Page 123 | Add in Line 13-17 |
| | Add in Line 21-25 |

This 29th day of November 2009.

Respectfully submitted:

*/s/ Richard K. Hines, V*
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP

Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
Louisiana Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Andrew D. Weinstock
Louisiana Bar No. 18495
DUPLASS, ZWAIN, BOURGEOIS,
     PFISTER & WEINSTOCK
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700 (phone)
(504) 837-3119 (fax)

Counsel for Defendant Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

      I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery                     ( )    Prepaid U.S. Mail

( )    Facsimile                            ( )    Federal Express

(X)    CM/ECF

      New Orleans, Louisiana, this 29th day of November, 2009.

                                      /s/ Richard K. Hines, V
                                      Richard K. Hines, V
                                      Georgia Bar No. 356300
                                      E-mail: richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)