Exhibit B

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4

 5     -------------------------X

 6     IN RE:                   )  MDL NO. 1873

 7        FEMA TRAILER          )  SECTION "N" (4)

 8        FORMALDEHYDE PRODUCTS )  JUDGE ENGELHARDT

 9        LIABILITY LITIGATION. )  PAGES 1 - 40

10     -------------------------X

11                        Tuesday, September 23, 2008

12                        Washington, D.C.

13

14              CONFIDENTIAL DISCOVERY MATERIAL

15     30(b)(6) Videotaped Deposition of:

16

17        BRIAN McCREARY, called for oral examination by

18     counsel for the Plaintiffs, pursuant to notice, at 1821

19     Jefferson Place, Washington, D.C., before Leslie Todd,

20     of Capital Reporting Company, a Notary Public in and for

21     the Commonwealth of Virginia, beginning at 12:28 p.m.,

22     when were present on behalf of the respective parties:
```

**9/23/2008  McCreary, Brian**

1      Q.   Have the specifications changed since 2005?

2           MR. MILLER:  Objection.  Vague, time.

3           THE WITNESS:  It's my understanding that they

4    have, but I haven't been involved with any procurement

5    since then of these temporary housing units.

6    BY MR. PENTON:

7      Q.   Do you know if any of the new specifications

8    requires any requirement for the use of LFE material,

9    low formaldehyde-emitting material?

10          MR. MILLER:  Objection.  Foundation.

11          THE WITNESS:  I haven't seen the new specs.

12   BY MR. PENTON:

13     Q.   Do you know what type of THUs were purchased

14   in response to the hurricanes in this year, for

15   instance, Ike?

16          MR. MILLER:  Objection.  Foundation, beyond

17   the scope.

18          THE WITNESS:  The only one that I'm aware

19   of -- I'm aware of awards for mobile homes; none for

20   travel trailers.

21   BY MR. PENTON:

22     Q.   Is there any directive not to use travel

**9/23/2008  McCreary, Brian**

1    trailers in the future by FEMA in response to housing

2    needs, emergency housing needs?

3            MR. MILLER:  Objection.  Foundation, beyond

4    the scope.

5            THE WITNESS:  I haven't seen any written, but

6    it's my understanding that it's a last resort, based on

7    an interview with Admiral Johnson that I heard.

8    BY MR. PENTON:

9        Q.    So you only order travel trailers as a last

10   resort?

11       A.    Yes, sir.

12           MR. PENTON:  That's all I have, sir.

13           MR. MILLER:  The United States requires all

14   the witnesses to read and sign the depositions.

15           THE VIDEOGRAPHER:  The time is 1:00 p.m.

16   September 23rd, 2008.  We're going off the record,

17   concluding the 30(b)(6) depositions.

18

19

20

21

22