Exhibit A

Case 2:07-md-01873-KDE-MBN Document 8146-1 Filed 11/29/09 Page 2 of 6

RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION V.    October 6, 2009                                              CHARLES REICK, JR.

```
                                          CERTIFIED COPY

                      UNITED STATES DISTRICT

                   EASTERN DISTRICT OF LOUISIANA

                        NEW ORLEANS DIVISION



  IN RE: FEMA TRAILER                    )
  FORMALDEHYDE PRODUCTS LIABILITY        )
  LITIGATION                             )   MDL No. 07-1873
  _____)




        DEPOSITION OF CHARLES FREDERICK REICK, JR., a

    witness herein, noticed by Bencomo & Associates,

    at 3649 Mission Inn Avenue and 3403 10th Street,

    Riverside, California, at 9:29 a.m., on Tuesday,

    October 6, 2009, before Jana Ruiz, CSR 12837.



    Hutchings Number 233419
```

Case 2:07-md-01873-KDE-MBN   Document 8146-1   Filed 11/29/09   Page 3 of 6

RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION V.   October 6, 2009                                    CHARLES REICK, JR.

Page 76

```
12:02    1        same LFE components --
         2           A.  Correct.
         3           Q.  -- that your dealer units used?
         4           A.  Yes, ma'am.
12:03    5        MS. DALY:  That's all I have.  Thank you.
         6
         7                      -EXAMINATION-
         8
         9        BY MR. BENCOMO:
12:03   10           Q.  Mr. Reick, you were asked by your attorney
        11        about the trailers that had been sold by Fleetwood to
        12        the government for prior disasters.
        13           Do you remember that?
        14           A.  Yes, I do.
12:03   15           Q.  Can you tell the jury how many hundreds of
        16        millions of dollars Fleetwood made in connection with
        17        those sales?
        18           A.  No.
        19           I have no idea how much.
12:04   20           Q.  Would you believe it was thousands of trailers
        21        they did, in fact, sell; correct?
        22           A.  That's correct.
        23           Q.  Do you know how much each of those trailers
        24        would sell for per copy?
12:04   25        MR. MILLER:  I'm going to object.  It assumes facts
```

Case 2:07-md-01873-KDE-MBN   Document 8146-1   Filed 11/29/09   Page 4 of 6

RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION V.   October 6, 2009                          CHARLES REICK, JR.

Page 87

```
12:24    1              I have no idea.
         2              Q.  Now, getting back to the question of LFE, do
         3        you know what an aggregate of LFE in a travel trailer
         4        can produce in so far as the offgassing of formaldehyde
12:24    5        is concerned?
         6              A.  No.
         7              I've never heard of those terms.
         8              Q.  You were asked questions about the warnings
         9        that are in the Fleetwood owner's manual.
12:25   10        Do you recall that?
        11              A.  Yes.
        12              Q.  Do you recall what those warnings say about the
        13        effects of formaldehyde on individuals who may come in
        14        contact with or inhale the formaldehyde?
12:25   15              A.  No.
        16              I don't recall the verbiage that was in the owner's
        17        manuals.
        18              Q.  I'm going to show you a document that you
        19        have in front of you that has been labeled
12:25   20        Fleetwood Number 7.  [EXH-7]
        21              You've had a chance to look at that document, sir?
        22              A.  Yes, I have.
        23              Q.  I'll direct your attention to
        24        FLE quadruple-01944.
12:25   25              A.  I have it.
```

Case 2:07-md-01873-KDE-MBN   Document 8146-1   Filed 11/29/09   Page 5 of 6

RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION V.   October 6, 2009                               CHARLES REICK, JR.

Page 88

```
12:25    1         Q.  Would you please read under Plant Production
         2    Process, at the very bottom with the asterisks, not the
         3    quadruple star, but just above that where, in bold, it
         4    begins, "Do not include."  Please read that.
12:26    5         MR. MILLER:  Objection.  Foundation.
         6         MR. BENCOMO:
         7         Q.  Sir, I'm going to refer to a document that has
         8    previously been identified as Fleetwood quadruple-01942.
         9         MR. MILLER:  Same objections.
12:26   10         MS. DALY:  Same objection.
        11         MR. BENCOMO:  What's the objection?
        12         I said I'm going to refer to.  I haven't even asked
        13    the question.
        14         MR. MILLER:  Just foundation on the document.
12:26   15         MS. DALY:  Right.
        16         Same objection for Fleetwood.
        17         Go ahead.
        18         MR. BENCOMO:
        19         Q.  Have you ever seen this document before?
12:26   20         A.  No.
        21         I don't believe I've ever seen this document.
        22         Q.  Okay.
        23         So your attorneys did not provide you with that
        24    document; correct?
12:26   25         A.  I don't recall this document at all.
```

Case 2:07-md-01873-KDE-MBN   Document 8146-1   Filed 11/29/09   Page 6 of 6

RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION V.   October 6, 2009                                              CHARLES REICK, JR.

Page 89

12:26    1        Q.  Okay.

         2            Now, would you please read into the record what I

         3    asked you about a moment ago which is the bold, that

         4    sentence that starts with, "Do not include," that is

12:27    5    contained in Fleetwood quadruple-01944.

         6            MS. DALY:  And objection to the foundation.  He

         7    just said he's never seen this document.

         8            MR. MILLER:  Same objection.

         9            MR. BENCOMO:  Please, go ahead and read it.

12:27   10            THE WITNESS:  It says, "Do not include any warranty

        11    information with the unit packet including the

        12    homeowner's manual."

        13            MR. BENCOMO:

        14        Q.  And what does that mean to you, sir, that

12:27   15    language?

        16        A.  Just what it says, don't provide the warranty

        17    of all the suppliers and the owner's manual.

        18        Q.  Now, if you will look at the stars, the

        19    quadruple stars just below that, what is the stated

12:27   20    purpose of the plant production process steps, the last

        21    one of which you just read to us and gave us your

        22    interpretation of what it means, would you please read

        23    that.

        24            MR. MILLER:  Objection.  Foundation.

12:28   25            MR. BENCOMO:  The purpose.