Exhibit B

```
 1              UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE:  FEMA TRAILER        MDL NO. 1873

 5   FORMALDEHYDE PRODUCTS       SECTION N(4)

 6   LIABILITY LITIGATION        JUDGE ENGELHARDT

 7

 8                     *   *   *

 9              (RE:  DUBUCLET)

10

11          VIDEOTAPED DEPOSITION OF MORGAN

12   BUILDINGS & SPAS THROUGH ITS CORPORATE

13   REPRESENTATIVE JAMES SCHILLIGO, 2800 MCCREE

14   ROAD, GARLAND, TEXAS 75041, TAKEN AT THE

15   OFFICES OF MCGLINCHEY, STAFFORD, PLLC, 601

16   POYDRAS STREET, 12TH FLOOR, NEW ORLEANS,

17   LOUISIANA, ON THE 22ND DAY OF OCTOBER, 2009.

18
     REPORTED BY:
19
         PAT KENNEDY QUINTINI, CCR

20       PROFESSIONAL SHORTHAND REPORTERS

         (504)529-5255

21

22   VIDEOGRAPHER:

23       MICHAEL BERGERON

         PROFESSIONAL SHORTHAND REPORTERS

24       (504)529-5255

25
```

```
 1    it had an owner's manual in it?
 2         A.   That was my instruction.
 3         Q.   Who did you receive that
 4    instruction from?
 5         A.   No, that was my instruction to my
 6    people.
 7         Q.   Okay.  Sir, I'm going to hand you
 8    a document which is marked Exhibit 18.
 9    (Exhibit No. 18 marked for identification.)
10              This document is assigned
11    identification numbers FLE-00001942 through
12    1955.  It's copied on front and back and
13    it's titled on the first page FEMA
14    Procedures Storage Site Manual, Fall 2005.
15    And it has on the front of it the FEMA logo,
16    a Morgan logo and a Fleetwood logo.  Have
17    you seen this document before?
18         A.   Yes, sir.
19         Q.   Are you familiar with this
20    document?
21         A.   Yes, sir.
22         Q.   Do you know who put this document
23    together?
24         A.   Yes, sir.
25         Q.   Who?
```

```
 1        A.   Doug Henriquez of Fleetwood.
 2        Q.   Do you know when he put this
 3   document together?
 4        A.   It was prior to Katrina/Rita.
 5        Q.   Did you or anyone from Morgan have
 6   any input into the production of this
 7   document?
 8        A.   No, sir.  As a matter of fact, we
 9   rejected it.
10        Q.   When you say you rejected it, what
11   do you mean?
12        A.   It was a proposal from Doug
13   Henriquez as he thought the procedure should
14   be at the staging area for manufactured
15   housing.
16        Q.   Was this manual ever used by
17   Morgan for any of the units produced or
18   provided to FEMA?
19        A.   No, sir.  I rejected it before
20   Katrina/Rita response.
21        Q.   If I ask you to turn to the third
22   page, which is Bates stamped FLE-00001944,
23   halfway down there, you see where it says:
24   Do not include?
25        A.   Yes, sir.
```