Exhibit A

257

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE    MDL NO. 1873
PRODUCTS LIABILITY LITIGATION
                                             SECTION "N" (5)

                                             JUDGE ENGELHARDT
                                             MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO

Elisha Dubuclet on behalf of
Timia Dubuclet vs. Fleetwood

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED DEPOSITION OF

FLEETWOOD ENTERPRISES, INC.

VOLUME II, PAGES 257 THROUGH 390

August 18, 2009

9:21 a.m.

3649 Mission Inn Avenue

Riverside, California

Reported by Gail Nesson, CSR No. 7010

292

1        A     That's correct.
2        Q     Then you did not, in turn, relate any
3    information pertaining to formaldehyde to any of your
4    employees, if you will?
5        A     Our employees were required to read Material
6    Safety Data Sheets for department specific materials that
7    they had.
8        Q     Is there some document that shows that
9    employees, in fact, would have read these documents?
10       A     At the time, there was an MSDS book stationed in
11   each department that was signed off by each associate
12   that worked there.
13       Q     Look at the document I just gave you, Fleetwood
14   0000-6354, which is the second page -- it should be the
15   second page.
16             Do you have that in front of you?
17       A     Yes, I do.
18       Q     On the right-hand column, the third full
19   paragraph that reads "Formaldehyde has been listed."
20             Do you see that?
21       A     Yes, sir.
22       Q     Would you please read that for the record.
23       A     "Formaldehyde has been listed by IARC, NTP, and
24   OSHA as either a carcinogen, cancer-causing agent or a
25   potential carcinogen.  Formaldehyde may cause irritation

                                                                        295

1        A      No, sir.  I'm sorry.
2        Q      Now, please look at Fleetwood 00006405.
3               And what is that particular document?
4        A      It looks like a paper from North American Forest
5    Products.
6        Q      It reads "Panel Products" at the very top;
7    correct?
8        A      You're correct, sir.
9        Q      Now, there are six different types of products
10   that are listed on there; is that not correct?
11       A      Yes.
12       Q      What is OSB?
13       A      It's Oriented Strand Board.  It's a type of
14   plywood.
15       Q      Then there's also below that mentioned plywood;
16   correct?
17       A      That's correct.
18       Q      And then below that is baltic birch plywood?
19       A      Correct.
20       Q      Then to the right of that column there's another
21   column that has particle board; correct?
22       A      Yes, sir.
23       Q      Medium density fiberboard?
24       A      Yes, sir.
25       Q      And Lauan?

296

1    A    Yes, sir.
2    Q    Now, which of those products contain
3    formaldehyde?
4    A    I cannot answer that.
5    Q    Did you ever receive any information or
6    documentation from corporate headquarters about which of
7    those products contain formaldehyde?
8    A    Only on what MSDS sheets we received, sir.
9    Q    As we sit here today, with you having been the
10   plant manager, you cannot tell us which of those products
11   would contain formaldehyde?
12   A    I can't.
13   Q    Now, look at the next document, which is
14   00006492, and tell us what that document is.
15   A    This appears to be a spec sheet from FEMA for
16   FEMA unit specifications.
17   Q    What is the date of that particular spec sheet?
18   A    November 17, 2005.
19   Q    Do you or can you tell us what that particular
20   specification is for?
21   A    This is a specification for standard
22   construction and features for a FEMA-specified unit.
23   Q    Would that be for a -- what they call a
24   slide-out trailer, or do you know by looking at that
25   particular number?

297

1    A    The model number under FEMA unit specifications
2  tells me that it's for a 32 FSH, which is a slide-out
3  unit.
4    Q    So 32 D FSH is a slide-out unit?
5    A    32 FSH is one of the units.  The D unit we
6  didn't build.
7    Q    So it would have been the 32 FSH was, in fact, a
8  slide-out unit; is that correct?
9    A    Correct.
10   Q    Now, do you know what, if any, warnings were
11 contained in the owner's manual?
12   A    From my knowledge of the years I put in,
13 warnings in the owner's manual are -- there were
14 numerous, but this formaldehyde warning, there are fuel
15 warnings for the LP, several pages.  There's numerous
16 warnings in there, sir.
17   Q    Let's talk specifically about the formaldehyde
18 warnings.
19        Do you know what the formaldehyde warnings would
20 have said?
21   A    I don't off the top of my head, but I've read
22 it.  It's a formaldehyde warning that warns -- that there
23 is formaldehyde in traces in the unit.
24   Q    When you say "in traces," is that what the
25 warning would have said that there's formaldehyde traces

```
                                                                      298
 1    in the unit?
 2        A    Without the warning in front of me, sir, I'd
 3    just be speculating what it says.  I'd rather not do
 4    that.
 5        Q    I don't want you to speculate.  That's why I'm
 6    asking you.
 7             Of your own knowledge, without having the
 8    warning in front of you, though, you cannot tell?
 9        A    I cannot tell.
10        Q    Now, what do you understand by the term "proper
11    ventilation," if you have any understanding of it at all?
12             MS. DALY:  You're not going to put it in any
13    context?  Are you talking about with respect to these
14    units?
15    BY MR. BENCOMO:
16        Q    With respect to a warning for formaldehyde, if
17    you can tell us.
18        A    Can you ask that one more time, sir.
19             MR. BENCOMO:  Would you mind reading it back,
20    please.
21             (Record read)
22    BY MR. BENCOMO:
23        Q    When it comes to formaldehyde.
24        A    I don't.
25        Q    Were you ever told that formaldehyde vapor may
```

                                                                    299

1    in some people cause headaches, eye, nose, and throat
2    irritation, and aggravation of allergies and respiratory
3    problems, such as asthma?
4         A    From reading MSDS sheets, that was listed on
5    MSDS sheets.
6         Q    What else can formaldehyde vapors cause in a
7    human who is susceptable to a formaldahyde allergy?
8         A    I can't answer that, sir.
9         Q    Now, have you ever heard of a company by the
10   name of RADCO, R-A-D-C-O?
11        A    I have heard the name RADCO.  I'm not exactly
12   positive of what they do.
13        Q    So you do not -- even though you heard the name
14   RADCO, you don't know other than that what they do or in
15   which context you would have heard it?
16        A    Correct, sir.
17        Q    Were you ever furnished with any documentation
18   from the corporate -- the Fleetwood corporate
19   headquarters pertaining to any studies that RADCO ever
20   conducted in connection with formaldehyde?
21        A    No.
22        Q    When you went to work at the corporate
23   headquarters here in Riverside, what was your job title
24   again?
25        A    Director of manufacturing.

305

1    and then it says "No. 23" on the bill of materials.
2        Q    Right.  I read that myself, but I'm asking do
3    you recognize the handwriting?
4        A    No, sir.
5        Q    If you will look at 5102, which is right behind
6    it, is that the bill of materials that you were just
7    referring to?
8        A    That's correct, sir.
9             MR. BENCOMO:  In connection with the witness's
10   testimony, we're going to offer, introduce and file into
11   evidence as Fleetwood 36 the Material Safety Data Sheet,
12   otherwise known as MSDS, which is Fleetwood 00006355
13   through 6 -- well, it's not all the numbers.  I'll give
14   the numbers that I was looking at.  00006354, 00006357,
15   and 00006360.  And we're going to label that in glogo as
16   Fleetwood 36.
17            Fleetwood 37 is the panel products that we
18   referred to earlier, which has previously been labeled in
19   the first deposition as Fleetwood 8.  And it is Bates
20   numbered 00006405.
21            The Material Safety Data Sheet from which he
22   read about the probable carcinogen and general work
23   practices, which is labeled Fleetwood 00006354,
24   previously marked in the other deposition as Fleetwood 4,
25   will also be Fleetwood 38.

Case 2:07-md-01873-KDE-MBN   Document 8147-1   Filed 11/29/09   Page 10 of 18
Fleetwood Enterprises, Inc. - Volume II                              August 18, 2009

306

1           I would offer to introduce and file into
2    evidence for those purposes.
3           Fleetwood 00006360 is marked as Fleetwood 39.
4           Fleetwood 00006492 is Fleetwood 40, previously
5    marked as Fleetwood 10.
6           And Counsel, if it's okay with you, I'm not
7    going to say "Offer and introduce and file into
8    evidence."
9           Are we okay with that?
10          MS. DALY:  Yes.
11          MR. BENCOMO:  Thank you.
12          MR. SAPORITO:  Just give the Bates numbers,
13   please.
14          MR. BENCOMO:  I am.
15          Fleetwood 41, previously marked as Fleetwood 13,
16   is Bates 00006508.
17          RADCO, which is part of an entire report, but
18   I'll just attach for now the front page, which was
19   previously marked as Fleetwood 20, will be Fleetwood 42.
20   And that is Fleetwood 00006692.
21          And the variables affecting formaldehyde levels
22   previously marked as Fleetwood 22 will also be marked as
23   Fleetwood 43.  That is Bates No. Fleetwood 00006776.
24          MS. DALY:  Not to interrupt you, but it's fine
25   for you to put those on there, but there were many of

307

1  those that he said he has no knowledge of, those
2  particular.  That's fine.
3         MR. BENCOMO:  I don't want you to -- please, if
4  you want to interpose an objection, please, but I don't
5  want a speaking commentary.
6         MS. DALY:  It wasn't a speaking commentary.
7         MR. SAPORITO:  We object to the attachment of
8  any document as an exhibit to this deposition that this
9  witness did not author or did not recognize or did not
10 see.
11        Also, we object to any exhibit where you have
12 markings or yellow highlighting on any of the language to
13 highlight any particular --
14        MR. BENCOMO:  I don't believe there's
15 anything -- but if there is, I'm happy to take that out.
16 We can work through that.
17        MR. SAPORITO:  Okay.
18        Ms. Court Reporter, if you see any exhibits that
19 have highlighting when you go to reproduce, let us know,
20 and we'll substitute.  Okay?
21        MR. BENCOMO:  Lastly, the two documents that
22 referred to the warning and the mirror, which are
23 Fleetwood Bates 00005101 and 5102, will be marked in
24 globo as Fleetwood 44.
25        (Exhibits 36 through 44 marked)

308

1  BY MR. BENCOMO:
2       Q    Specifically as to Fleetwood 44, you have, in
3  fact, seen these documents before, have you not?
4       A    Yes, sir.
5            MR. BENCOMO:  And Mr. Saporito is correct there
6  are some that are highlighted in yellow that I will
7  specifically request that the yellow -- I think it kind
8  of doesn't copy.
9            MS. DALY:  Right.  That's fine.
10           MR. BENCOMO:  Not a problem with your request,
11  Mr. Saporito.
12      Q    I want to show you a document that bears
13  Fleetwood number 00010939.
14           And just look at the bottom right-hand corner of
15  that document.  I need to ask you a question.
16           Do you see where it says "seven-year file"?
17      A    Yes, sir.
18      Q    What is a seven-year file?
19      A    That would be a better question for -- better
20  question for someone else, but my guess would be that
21  it's a unit file that is held for seven years.  And
22  that's just a guess.  That's not factual.
23      Q    I'm going to show you -- even though this has
24  the yellow highlighting, but this was the front page of
25  this 2-page document.  And maybe you can tell me what

Case 2:07-md-01873-KDE-MBN   Document 8147-1   Filed 11/29/09   Page 13 of 18
Fleetwood Enterprises, Inc. - Volume II                                August 18, 2009

313

1   price and the delivery requirements can be met."
2           Is that what it says?
3       A   Yes, sir.
4       Q   You were not, meaning Fleetwood, was not
5   restricted in what they built as long as the units they
6   built were equal or better?
7       A   Correct.
8       Q   You knew that?
9       A   Yes, sir.
10      Q   As a matter of fact, read the very next sentence
11  where it says "The construction and outfitting standards
12  identified minimum square footage," et cetera, et cetera.
13          Do you see that?
14      A   Yes, sir.
15      Q   It also talks in the second line about "and
16  environmental living conditions."
17          What do you understand by that term?
18      A   I don't.
19      Q   Do you have any clue what "environmental living
20  conditions" means?
21      A   No, sir.
22      Q   Now, the last sentence that reads -- and I quote
23  from that paragraph "All exterior openings, such as
24  windows, doors, drain pipes, et cetera will be caulked
25  with a clear nonhardening weather proof sealant to

314

1  prevent air and moisture penetration"?
2      A    Yes, sir.
3      Q    Do you know what brand of this sealant was used
4  to provide for the FEMA trailers?
5      A    There's multiple sealants on there.  We used
6  putty type, which is a base.  And then over the top of
7  all moldings we had a secondary sealant that was a -- I'm
8  not sure of the exact brand name, but again, it's an
9  industry standard exterior sealant.
10     Q    Now, you see the next category "Quality of
11 Construction"?
12     A    Yes, sir.
13     Q    Read that first sentence, please.
14     A    "The specifications establish the Minimum
15 standards for travel trailer construction and outfitting
16 to meet FEMA contract requirements."
17     Q    Read the last sentence of that particular
18 section.
19     A    "The manufacturer shall design and construct all
20 units under this contract with superior grade quality of
21 workmanship."
22     Q    Thank you.
23          In connection with the witness's testimony, we
24 offer, introduce, and file into evidence as Fleetwood 46
25 10993.  And Fleetwood 47 will be 00010990.

318

1  set very high, and our people were expected to meet those
2  quality standards.
3      Q    What documentation do you have that would
4  address the standards and the training and what have you?
5      A    I don't.  I don't have any document.
6      Q    Have you ever seen a document?
7      A    No.
8      Q    So you can't --
9      A    Not off the top of my head.  I mean, there might
10 have been, but I don't recall off the top of my head,
11 sir.
12     Q    You can't direct me or the jury, for that
13 matter, to "Look, here is a document that shows exactly
14 what people were supposed to be taught before they built
15 there type of housing"; correct?
16          Listen to my question first.
17          Correct?
18     A    Yes.
19          Can I make a comment?
20     Q    Sure.
21     A    We had books in each department that had job
22 process requirements for them, and they were a
23 training -- it was a training book that had each job in
24 that department listed with steps and in some cases
25 pictures of how each job was supposed to be completed.

323

1    just one little slight housekeeping.
2             The maximum staffing plan that we previously
3    discussed with the witness, which bears Fleetwood Bates
4    No. 00011172 has been marked, offered, introduced and
5    filed as Fleetwood No. 48.
6             (Exhibit 48 marked)
7    BY MR. BENCOMO:
8        Q    Now, while we took a break, you looked through a
9    number of files that I labeled Plant 40; is that correct?
10       A    That's correct.
11       Q    And specifically it is 11 files that contain
12   photos, contain what's called standard operating
13   procedures and so on and so forth; correct?
14       A    That's correct.
15       Q    Now, those files that I am not going to attach
16   to the deposition, but which contain a number of photos
17   and documents do not pertain to Plant 40; correct?
18       A    They were not -- did not originate at Plant 40.
19   Assembly procedures are the same when you do pretty much
20   the same, but they did not originate in Plant 40.
21       Q    You believe this is from the Kentucky plant?
22       A    My guess is they came from Cambellsville,
23   Kentucky.
24            MR. BENCOMO:  We again reurge our request for
25   Plant 40 specific documents, photos, et cetera, to be

                                                                          325

1        A    -- process, yes.
2        Q    Just since you've been discussing this document,
3   I'm going to label this and attach it to the deposition
4   as Fleetwood 00011721, now labeled Exhibit Fleetwood 49.
5            (Exhibit 49 marked)
6   BY MR. BENCOMO:
7        Q    I'm going to show you a diagram of a trailer and
8   ask you if you can identify that for the record.
9        A    This is a floor plan.
10       Q    Is that a floor plan for the 32 FSH unit?
11       A    It appears to be.  It's not marked, but it
12  appears to be the floor plan for the 32 FSH, yes.
13           MR. BENCOMO:  We would offer, introduce, and
14  file into evidence this particular floor plan, which is
15  Fleetwood 00006494 and be labeled Fleetwood 50.
16           (Exhibit 50 marked)
17  BY MR. BENCOMO:
18       Q    I'm going to show you a two-page document,
19  Fleetwood Bates No. 00011629 and 00011630 and ask you if
20  this is applicable to the Fleetwood Plant No. 40.  If you
21  don't know, tell us you don't know.  If you have not seen
22  it, tell us you have not seen it.
23       A    This is a document that, I believe, I developed
24  just explaining the different department definitions.
25  And it's not complete.  It hasn't been completed.

331

1  Q   Or whether there's any more than the ones that
2  he's looking at that I just gave him.
3          MS. DALY:  What period of time are you asking
4  him?
5          MR. BENCOMO:  In reference to when I asked him
6  the question when he said there were nine Fleetwood
7  plants.  It's not a trick question.  We reference that
8  same time period.
9          MS. DALY:  I think you were talking about 2006.
10         THE WITNESS:  Uh-huh.
11         MS. DALY:  Okay.
12 BY MR. BENCOMO:
13     Q   Is there any other plant that you can think of?
14     A   No.  I was -- no.  Actually, up in Oregon we had
15 two buildings on the one site, and that's what I was
16 thinking about.
17     Q   Not a problem.
18         We are going to label this exhibit as Fleetwood
19 52, Fleetwood 00006615, which shows the Fleetwood
20 manufacturing plants.
21         (Exhibit 52 marked)
22 BY MR. BENCOMO:
23     Q   And specifically to the Plant No. 40, that plant
24 was located at 901 Fisher Road, Longview, Texas 75607; is
25 that correct, sir?