Exhibit A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: FEMA TRAILER          )   MDL NO. 07-1873

                             )

FORMALDEHYDE PRODUCTS         )   SECTION:  "N" (5)

                             )

LIABILITY LITIGATION          )   JUDGE ENGELHARDT



VIDEOTAPED AND ORAL DEPOSITION OF

STEVEN SMITH

VOLUME 1




VIDEOTAPED AND ORAL DEPOSITION OF STEVEN SMITH, a
witness produced at the instance of the Plaintiffs, and
duly sworn, was taken in the above-styled and numbered
cause on the 3rd day of November, 2009, from 9:15 a.m.
to 12:57 p.m., before Mary LaBounty, a Certified
Shorthand Reporter in and for the State of Texas,
reported by machine shorthand, at Associated Court
Reporters, 425 Austin Avenue, 14th Floor, Waco, Texas,
pursuant to the Texas Rules of Civil Procedure and the
provisions stated on the record.

Steven Smith                    I               November 3, 2009

Page 7

```
 1          A.   Yes.
 2          Q.   Could you please give me your current
 3     employment.
 4          A.   I am not employed at this -- at this time.
 5          Q.   Have you ever been employed by Fleetwood?
 6          A.   Yes, I was.
 7          Q.   When did you cease being an employee of
 8     Fleetwood?
 9          A.   August 17th of 2009.
10          Q.   And when we use the term "Fleetwood," what
11     does that mean to you?
12          A.   Fleetwood Enterprises, the company, and I
13     worked with the manufactured-housing division.
14          Q.   And what was your title with Fleetwood?
15          A.   My last title was vice president of the
16     western region.
17          Q.   Did you ever do anything with regard to trend
18     analysis?
19          A.   As director of service, we consistently
20     followed trends.
21          Q.   And when I talk about trends, that's like
22     repairs or warranty plans.  Is that what you mean by it?
23          A.   That, as well as market, market share.
24          Q.   Were you employed by Fleetwood in 2005?
25          A.   Yes, I was.
```

Steven Smith                        I                    November 3, 2009

Page 8

1      Q.    And what was your title with Fleetwood in
2   2005?
3      A.    I was director of corporate service.
4      Q.    And were your offices here in Waco, Texas?
5      A.    They were in Riverside, California.
6      Q.    Where do you currently reside?
7      A.    In Waco, Texas.
8      Q.    And when did you move to Waco, Texas?
9      A.    In November of 2006.
10      Q.    Did you have a position change when you moved
11   to Waco, Texas, in November of 2006?
12      A.    Yes, I did.
13      Q.    And what was the new position that you
14   undertook at that time?
15      A.    Vice president of the western region housing
16   group.
17      Q.    The housing group, does that have any
18   manufacturing or warranty responsibilities for travel
19   trailers manufactured by Fleetwood?
20      A.    None, whatsoever.
21      Q.    Are Fleetwood mobile homes or manufactured
22   homes manufactured in the vicinity of Waco, Texas?
23      A.    One of the facilities is, yes.
24      Q.    And which facility is that?
25      A.    It would be Fleetwood Homes of Texas, plant

Steven Smith                      I                November 3, 2009

```
                                                        Page 9
 1    12.

 2           Q.    And where is that located?

 3           A.    On Gholson Road in Waco, Texas.

 4           Q.    And is there a particular model of mobile home

 5    they manufacture there or manufactured homes?

 6           A.    A variety.

 7           Q.    What are some of the models that they

 8    manufacture there?

 9           A.    They build 28-wide, 32-wide, 14-wide, 16-wide,

10    18-wide.

11           Q.    When you were vice president of the western

12    region for Fleetwood, did you have any responsibility or

13    oversight for any of the manufacture warranty claims or

14    anything else related to travel trailers manufactured by

15    Fleetwood?

16           A.    None, whatsoever.

17           Q.    What were your duties as vice president for

18    the western region for Fleetwood?

19           A.    Oversight of the western region manufacturing

20    plants.

21                 THE REPORTER:  Manufacturing?

22                 THE WITNESS:  Plants.

23           Q.    (By Mr. Pinedo)  And which manufacturing

24    plants were those?

25           A.    Initially it was Washington; Oregon; Woodland,
```

Steven Smith                          I                    November 3, 2009

Page 10

1    California; Riverside, California; Phoenix, Arizona;

2    Nampa, Idaho; and three facilities in Texas.

3         Q.   And what were those Texas facilities?

4         A.   All three of them would be known as Fleetwood

5    Homes of Texas:  Plant 86, which is in Belton, Texas;

6    plant 84 that is on Imperial Drive in Waco, Texas; and

7    plant 12 that's on Gholson Road in Waco, Texas.

8         Q.   Those Texas plants and the other plants that

9    you mentioned on the west coast -- whether it be in

10   California or Washington, et cetera -- did those all

11   manufactured -- did those all -- all those plants

12   manufacture mobile homes?

13        A.   Manufactured homes.

14        Q.   And how do you define manufactured homes?

15        A.   A home built to the HUD code that was

16   established in 1976.

17        Q.   Did any of those plants manufacture travel

18   trailers?

19        A.   No.

20        Q.   Where are the travel trailers that are sold by

21   Fleetwood -- where are those manufactured?

22        A.   A variety of plants across the nation.

23        Q.   Can you name some of those plants for me,

24   please?

25        A.   All of them are closed now.  I think that's a

Steven Smith                    I                    November 3, 2009

 1    matter of record, but it was Longview, Texas.  There was

 2    a plant in Ohio; Pendleton, Oregon; Lagrande, Oregon.

 3    That's the ones off the top of my head.

 4         Q.   Let me ask you a few background questions.

 5    What's your date of birth, sir?

 6         A.   November 12th, 1948.

 7         Q.   Did you graduate from high school?

 8         A.   Yes, I did.

 9         Q.   And what year was that?

10         A.   1967.

11         Q.   And what was the first job you took upon

12    graduation?

13         A.   A company called Meridian Wood Products.

14         Q.   Did you go on to college at any point?

15         A.   I did.

16         Q.   And what did you do for Meridian Wood

17    Products?

18         A.   A lumber grader.

19         Q.   And what kind of college education did you

20    get?

21         A.   A little less than two years of business

22    courses.

23         Q.   Is there any particular reason why you didn't

24    finish your college degree?

25         A.   A wife and children and opportunities to do

Steven Smith                    I              November 3, 2009

                                                        Page 13

  1    Fleetwood?

  2         A.   Correct.

  3         Q.   And why did you leave Fleetwood in 1983?

  4         A.   To get back to Idaho where I had children.

  5         Q.   And then why did you leave Skyline Corporation

  6    after one year?

  7         A.   I missed Fleetwood and the values that

  8    Fleetwood had.

  9         Q.   And what values are you referring to?

 10         A.   The open-door policy of communication with

 11    the -- anybody in the company, the value they placed on

 12    their employees.

 13         Q.   During your 41 years with Fleetwood, have you

 14    had any involvement in manufacturing warranty claims or

 15    anything related to travel trailers -- Fleetwood travel

 16    trailers?

 17         A.   As director of service -- and I believe it was

 18    Hurricane Charlie -- we accepted that our service

 19    organization would do routine warranty repairs on travel

 20    trailers that were in parks or similar locations to the

 21    manufactured housing.

 22         Q.   And about what year was that?

 23         A.   It was probably 2003 or -4.

 24         Q.   Did you notice any particular type of service

 25    claim that was coming up more often?

Steven Smith                        I                   November 3, 2009

```
                                                          Page 16
   1          Q.   And where was Mr. Eskrit situated when he was

   2     holding that role?

   3          A.   Riverside, California.

   4          Q.   What I'd like you to do is take me through the

   5     various positions you've held while you were working for

   6     Fleetwood from 1968 forward.  Could you do that for me,

   7     please.

   8          A.   I was initially an assembler, then a lead man

   9     over a assembly group.

  10          Q.   Excuse me, a lead man over assembly --

  11          A.   Lead.  L-e-a-d.  A utility person.  I left the

  12     company for a period of time and --

  13          Q.   Was that the 1983 time frame that you're

  14     talking about?

  15          A.   No.  That was 1970, I believe, or maybe '71.

  16     Then I returned to Fleetwood as a manager in training.

  17     I was then an assistant --

  18          Q.   When did you -- I'm sorry.  When did you

  19     return as a manager in training?

  20          A.   1971.

  21          Q.   And what did you do in the interim when you

  22     left Fleetwood and before you came back in the 1970 --

  23          A.   Home remodeling and repairs.

  24          Q.   All right.  And as a manager in training, how

  25     long did you hold that position?
```

Steven Smith                    I                 November 3, 2009

                                                        Page 17

 1            A.   I don't recall.  Probably three or four
 2     months, and then I was transferred to Rocky Mount,
 3     Virginia, as an assistant production manager.
 4            Q.   And what plant was that?
 5            A.   Would be known as plant 19.
 6            Q.   And what did they manufacture at plant 19?
 7            A.   Mobile homes.
 8            Q.   And how long did you remain in that position?
 9            A.   I was there two years, and then I was
10     laterally transferred to Washougal, Washington, as an
11     assistant production manager.
12            Q.   Is that about the 1972 time frame?
13            A.   It would have been 1974 when I transferred to
14     Washington state.
15            Q.   And what did they make at that plant in
16     Washington state for Fleetwood?
17            A.   Mobile homes.
18            Q.   And how long did you stay in that position?
19            A.   In 1975, I was promoted to production manager
20     of that plant.
21            Q.   And what's the difference between a production
22     manager and assistant production manager?
23            A.   A production manager is in charge of the
24     entire production for that manufacturing plant.
25            Q.   And how many people did you oversee at that

Steven Smith                    I              November 3, 2009

Page 18

 1   time approximately?

 2        A.   It ranged from 150 to 200 plus.

 3        Q.   And how many mobile homes did that plant

 4   manufacture on a weekly or monthly basis?  Just give me

 5   an idea.

 6        A.   Weekly between 20 and 30 depending on the time

 7   frame.

 8        Q.   And how long did you remain as production

 9   manager at the Washington plant?

10        A.   Until 1981.

11        Q.   And then what was the next position you took

12   in 1981?

13        A.   I was factory manager for an Australian

14   company.

15        Q.   Did you say factor manager or factory?

16        A.   Factory.

17        Q.   And which Australian company was it?

18        A.   It's called Bycar Industries (phonetical).

19        Q.   And they had nothing to do with Fleetwood, did

20   they?

21        A.   Fleetwood had sold them rights and royalties

22   and along with it assistance in starting a manufactured

23   housing plant in Australia.

24        Q.   So, you went to Australia?

25        A.   Yes.

Steven Smith                          I                  November 3, 2009

                                                              Page 19

1            Q.    And how long did you remain working for Bycar

2      Industries?

3            A.    One year.

4            Q.    And then what did you do around the 1982 time

5      frame?

6            A.    I went back to the state of Washington, and I

7      was assigned as a manager in training with the Woodland,

8      Washington plant.

9            Q.    Did they also manufacture mobile homes?

10           A.    At that time, it would be manufactured

11     housing, yes.

12           Q.    Did those manufactured housing use composite

13     wood products?

14           A.    Yes.

15           Q.    And you would consider oriented strand board,

16     particleboard, medium density fiberboard, and luan

17     panelling as composite wood products?

18           A.    Yes.

19           Q.    Likewise, you would consider plywood as a

20     composite wood product?

21           A.    Yes.

22           Q.    In doing your work for Fleetwood, you became

23     familiar with those composite wood products, didn't you?

24           A.    Yes.

25           Q.    And you're aware that those composite wood

Steven Smith                    I                November 3, 2009

Page 20

1    products use formaldehyde as a resin in them; is that

2    right?

3         A.    Yes, they do.

4         Q.    Were there MSDS sheets in the plant there?  By

5    that I mean, material safety data sheets.

6         A.    Back then I couldn't tell you.  In the early

7    '80s, it was a requirement, and, yes, there were.

8         Q.    And do you recollect your coming across

9    material safety data sheets for wood products containing

10   formaldehyde resins?

11        A.    I really can't remember.

12        Q.    At any time you have been working for

13   Fleetwood, have you seen material safety data sheets for

14   wood products containing formaldehyde resins?

15        A.    Yes.

16        Q.    And what do you remember of those material

17   safety data sheets with regard to health risks that were

18   described for wood products containing formaldehyde

19   resins?

20        A.    I can't recall the verbiage on them at all.

21        Q.    You don't remember anything from those

22   material safety data sheets for wood products containing

23   formaldehyde?

24             MS. DALY:  You just asked him about health

25   effects.  Are you widening that?

Steven Smith                    I                    November 3, 2009

Page 21

1            MR. PINEDO:  Yes, I am.

2            MS. DALY:  Okay.

3       A.   (By the witness)  I recall seeing them and

4    knowing that -- that we got them, but, no, I don't

5    remember any of the verbiage on them.

6       Q.   (By Mr. Pinedo)  Do you recognize formaldehyde

7    as having a health risk to individuals exposed to it?

8       A.   In very high volume.

9       Q.   How long have you known that?

10      A.   I think it was the late '70s when there was

11   some -- some cases and some publication on it.

12      Q.   What do you mean some cases on it?

13      A.   Some customer complaints, some lawsuits in the

14   industry.

15      Q.   Did you have any involvement with those

16   customer complaints or those lawsuits?

17      A.   No.

18            MR. PINEDO:  There's a knock at the door.

19            MS. GUEST:  Excuse me.  Tom Cougill just

20   called.  He said y'all had dropped off of the conference

21   call and could you please call back.

22            MS. DALY:  Oh, all right.  Thank you very

23   much.

24            MR. PINEDO:  We'll go off the record while

25   we're doing that.

Steven Smith                    I                November 3, 2009

Page 22

1           THE VIDEOGRAPHER:  Going off the record.

2    The time is approximately 9:40 a.m.

3                    (Recess.)

4           THE VIDEOGRAPHER:  Back on the record.

5    The time is approximately 9:48 a.m.

6       Q.   (By Mr. Pinedo)  Sir, we have taken a break,

7    and prior to taking that break we had been discussing

8    some cases or lawsuits that you were referring to; is

9    that right?

10      A.   That is correct.

11      Q.   And those cases or lawsuits involved

12   formaldehyde?

13      A.   Yes.

14      Q.   And did you say that was the late '70s or

15   early '80s or what's your recollection?

16      A.   Late '70s, maybe in the '80s.

17      Q.   And what is your understanding of the

18   allegations there were in those lawsuits?

19      A.   Illness that they felt was created by fumes

20   from the home.

21      Q.   And you, as plant manager or assistant plant

22   manager working for Fleetwood, were aware of those

23   claims back in the late '70s and early 1980s; is that

24   right?

25      A.   Remotely, yes.

Steven Smith                    I                    November 3, 2009

Page 23

1       Q.   And it's your understanding that the
2   formaldehyde in those manufactured homes was coming from
3   manufactured wood products in those homes; is that
4   right?
5       A.   That among other -- other components, yes.
6       Q.   Is it your understanding that manufactured
7   wood products in those mobile homes was the primary
8   source of formaldehyde?
9       A.   Yes.
10      Q.   And was Fleetwood making travel trailers at
11  that time?
12      A.   Yes.
13      Q.   And was Fleetwood using manufactured wood
14  products in their travel trailers at that time?
15      A.   I have no idea what they used.
16      Q.   Have you ever been to any of the Fleetwood
17  plants where they were manufacturing travel trailers?
18      A.   In the '90s.
19      Q.   And what was your purpose for going to those
20  plants in the '90s?
21      A.   As director of service, we went to one of the
22  plants to see if they could build us a parts trailer.
23      Q.   A what?
24      A.   A parts trailer -- a parts delivery vehicle.
25      Q.   Are you aware that Fleetwood has used

Steven Smith                     I                November 3, 2009

```
                                                    Page 25
 1    defendant in those cases or lawsuits?
 2           A.   They were in one of them.
 3           Q.   And which is the one that you're referring to?
 4    Can you tell me more about that?
 5           A.   I believe it was in Sequim, Washington.
 6           Q.   How do you spell Sequim?
 7           A.   S-q-u-i-m, I believe.
 8           Q.   All right.  We were talking about the position
 9    you held in the Washington plant.  I believe it was
10    Woodland, Washington; is that right?
11           A.   It was actually Washougal, Washington, where I
12    was production manager.
13           Q.   Is that close to Woodland?
14           A.   45, 50 miles.
15           Q.   So, you were a production manager in a plant
16    starting around 1982; is that right?
17           A.   Actually starting around 1975 or -6.
18           Q.   All right.  We were going through kind of a
19    sequence of the various positions you held, and I do
20    have that you were production manager in 1975 in
21    Washington state.  And then I had in 1981 you went to
22    work for Bycar Industries in Australia.
23           A.   Correct.
24           Q.   You stayed there about a year, and in 1982 you
25    came back to Fleetwood working in Washington; is that
```

Steven Smith                    I              November 3, 2009

Page 26

 1    right?

 2         A.   That was my headquarters.  I worked all over

 3    at Fleetwood plants for awhile.

 4         Q.   And what was your title as you were working

 5    all over for Fleetwood plants for awhile?

 6         A.   Manager in training.

 7         Q.   And how long did you remain in that position?

 8         A.   Maybe three months.

 9         Q.   And then what was the next position you held?

10         A.   Production manager at Fleetwood Homes of Texas

11    in Waco.

12         Q.   And when did you take that position?

13         A.   It was probably January of '83, I think.

14         Q.   And as production manager for Fleetwood Homes

15    in Texas, how many people did you oversee?

16         A.   Close to 200.

17         Q.   And were you in Waco, Texas, or Longview,

18    Texas?

19         A.   Waco, Texas.

20         Q.   And how long did you stay in that position?

21         A.   Until August of that year.

22         Q.   August 1983?

23         A.   Yes, I believe.

24         Q.   And what was the next position you took?

25         A.   I went to work for Skyline Corporation in

Steven Smith                    I              November 3, 2009

1    Boise, Idaho.

2         Q.   And you stayed there for about a year?

3         A.   Yes.

4         Q.   That would be 19 -- sometime in 1984?

5         A.   I think so.  I'd really have to look.

6         Q.   Do you have any kind of resume or CV that sets

7    forth the various positions you've held over the years?

8         A.   Yes, I have one.

9         Q.   You're going to have a chance to read and sign

10   your deposition.  Would you be able to attach that

11   resume or CV that sets forth the various positions

12   you've held?

13        A.   I could.

14        Q.   You don't have a copy of that with you today,

15   do you?

16        A.   I do not.

17        Q.   So, what was the next position you took after

18   Skyline?

19        A.   I returned to Fleetwood as a plant

20   superintendent in Lexington, Mississippi.

21        Q.   Were these positions you asked for or they

22   just made them available to you or -- at some point

23   didn't you say "I want to stay in one place instead of

24   moving all over"?

25        A.   I said that several times, but it never

Steven Smith                    I              November 3, 2009

                                                        Page 28

    1    happened.

    2          Q.   So, you were a plant superintendent in

    3    Mississippi, and what did they manufacture at that

    4    plant?

    5          A.   Manufactured homes.

    6          Q.   For Fleetwood?

    7          A.   For Fleetwood.

    8          Q.   And how would you describe your duties as a

    9    plant superintendent?

   10          A.   It was a two-shift operation, and I was

   11    responsible for one of the manufacturing shifts

   12    production.

   13          Q.   And how many people did you oversee?

   14          A.   Close to 200.

   15          Q.   And you would have taken that position

   16    sometime in late 1984, early 1985?

   17          A.   I believe it was '84.

   18          Q.   And then how long did you remain in that

   19    position?

   20          A.   Probably six or seven months.

   21          Q.   And then what did you do?

   22          A.   I was production manager of Fleetwood Homes of

   23    North Carolina in Roxboro, North Carolina.

   24          Q.   Did your family get tired of moving at some

   25    point?

Steven Smith                    I                  November 3, 2009

                                                        Page 29

     1          A.    Absolutely.

     2          Q.    And how long did you stay in that position?

     3          A.    Probably 10 months.

     4          Q.    How would you describe the difference between

     5     a production manager and a plant supervisor -- excuse

     6     me, a plant superintendent and a production manager?

     7          A.    Superintendent was the term for the person

     8     that was basically the production manager over one

     9     shift, and then there was a superintendent on the other

    10     shift that reported to a common production manager.

    11          Q.    So, you stayed in that position for about 10

    12     months in Roxboro, North Carolina.  At this point, we're

    13     talking about 1985?

    14          A.    Now it was -- actually should have gotten us

    15     to 1987.

    16          Q.    And what was the next position you took?

    17          A.    Was general manager of Fleetwood Homes of

    18     Mississippi.

    19          Q.    And how would you describe the duties of a

    20     general manager as opposed to a production manager?

    21          A.    General manager was responsible for sales,

    22     service, manufacturing, quality, supply, distribution --

    23     the entire organization.

    24          Q.    And how long did you remain in that position?

    25          A.    Until 1999.

Steven Smith                    I               November 3, 2009

                                                          Page 30

    1          Q.   So, you were there from about 1986, 1987 to

    2     1999?

    3          A.   Correct.

    4          Q.   And what position did you take in 1999 with

    5     Fleetwood?

    6          A.   Director of operations for Fleetwood central

    7     region.

    8          Q.   Are there three regions:  East, west and

    9     central?

   10          A.   It's changed throughout the years.  At that

   11     time, I believe there was maybe four divisions.

   12          Q.   And how long did you remain as director of

   13     operations for Fleetwood central?

   14          A.   Until 2001, I believe it was.

   15          Q.   And where were your offices located as

   16     director of operations?

   17          A.   Round Rock, Texas.

   18          Q.   As director of operations, did you oversee

   19     various plants?

   20          A.   Yes.

   21          Q.   Did any of those plants manufacture travel

   22     trailers?

   23          A.   No.

   24          Q.   Is there a separate side of Fleetwood that

   25     manufactures travel trailers?

Steven Smith                    I               November 3, 2009

 1          A.    Yes.

 2          Q.    Are there, likewise, more than one region for

 3    the travel trailer side of the Fleetwood business?

 4          A.    God, I couldn't tell you.

 5          Q.    And how long did you remain as director of

 6    operations for Fleetwood central?  Till 2001?

 7          A.    Yeah, I believe it was 2001.

 8          Q.    And what's the next position you took?

 9          A.    For a very, very short period of time -- 30 or

10    45 days -- I was general manager of the Fleetwood Homes

11    plant in Belton, Texas.

12          Q.    And then what was next?

13          A.    I relocated to California as director of

14    operations over Fleetwood's west region.

15          Q.    Was that, likewise, for manufactured housing?

16          A.    Yes.

17          Q.    And manufactured housing includes mobile

18    homes?

19          A.    Manufactured houses at that time.

20          Q.    Did you have -- also have oversight for mobile

21    homes?

22          A.    Mobile homes would be homes built prior to

23    1976 before the HUD code.  We would refer to anything

24    after July of '76 as a manufactured home.

25          Q.    But that does not include travel trailers?

Steven Smith                     I                    November 3, 2009

Page 32

1          A.   It does not include travel trailers.

2          Q.   Are you aware of the HUD standard that came

3     into existence approximately 1984 with regard to

4     formaldehyde in manufactured housing?

5          A.   Yes.

6          Q.   Did Fleetwood put a HUD notice in the

7     manufactured housing units that they sold after HUD

8     passed that rule in 1984?

9          A.   Yes.

10         Q.   Has Fleetwood at any time put a similar notice

11    in travel trailers?

12         A.   I'm told that they did, but I have no

13    firsthand knowledge of that.

14         Q.   Who told you that Fleetwood put such similar

15    notices in travel trailers?

16         A.   I don't remember.

17         Q.   Do you have any idea when you were told that

18    or when that came to your awareness?

19         A.   No, not really.

20         Q.   I take it you have read the HUD notice

21    regarding formaldehyde that is required for manufactured

22    housing.

23         A.   Yes.

24         Q.   Do you disagree with anything that is stated

25    in the HUD notice with regard to formaldehyde for

Steven Smith                    I              November 3, 2009

                                                        Page 36

1    consider, quote, "high concentrations," end quote?

2         A.   I don't know how you would measure that, but

3    homes sitting in the sun where the temperature is very,

4    very high, and to go into it there could be a burning

5    sensation in early '70s homes.

6         Q.   You recognize that heat makes formaldehyde

7    emit more rapidly or in greater concentrations from

8    composite wood products?

9              MS. DALY:  Objection, lack of foundation.

10        A.   (By the witness)  Yeah, I'm told that it does.

11        Q.   (By Mr. Pinedo)  Has that also been your

12   experience over the some 40 years of working for

13   Fleetwood that when you would enter a manufactured house

14   that was hot there would be a stronger more noticeable

15   odor of formaldehyde in it?

16        A.   Back in the '60s and '70s, that would be

17   accurate.

18        Q.   You didn't notice it after the '70s?

19        A.   Not really.

20        Q.   And what do you attribute the change to that

21   you no longer noticed it after the '70s -- the

22   formaldehyde odor in manufactured housing?

23        A.   Different building products.

24        Q.   So, you recognize that a manufacturer has a

25   way to reduce the amount of formaldehyde odor in a

Steven Smith                        I                  November 3, 2009

Page 37

1    living unit by using different building products?

2        A.    Yes.

3        Q.    You would agree with me that there's certain

4    types of wood that emit more formaldehyde than other

5    types of composite wood products?

6              MS. DALY:  Objection, lack of foundation.

7        A.   (By the witness)  Yes, there is.

8        Q.   (By Mr. Pinedo)  Do you personally know what

9    types of wood products emit less formaldehyde than

10   others?

11       A.    Hardwood or real wood obviously.

12       Q.    As opposed to a composite wood product?

13       A.    As opposed to composite wood or particleboard.

14       Q.    And by "composite" we're talking about wood

15   that's glued or bonded together; is that right?

16       A.    Correct.

17       Q.    And you're aware that a lot of the resins used

18   to glue or bond those wood products together contain

19   formaldehyde?

20             MS. DALY:  Objection, lack of foundation.

21       A.   (By the witness)  Yes.

22       Q.   (By Mr. Pinedo)  How did you become aware of

23   that, sir?

24       A.    From information in meetings relating to using

25   low-emitting products -- requirement to do so.

Steven Smith                    I                November 3, 2009

Page 38

1        Q.   And when did you have those meetings?

2        A.   Probably back in the '80s.

3        Q.   Were those meetings related to manufactured

4   housing?

5        A.   Every meeting and every communication that I

6   had was related to manufactured housing.

7        Q.   You don't think that your -- let me start

8   over.  Fleetwood also had production managers and

9   superintendents on the travel trailer side of things,

10  didn't they?

11       A.   They had production managers.  I don't know

12  about anything else.

13       Q.   You don't think the knowledge with regard to

14  formaldehyde being emitted from wood products was just

15  something known to Fleetwood in the manufactured housing

16  side of things as opposed to on the travel trailer side

17  of things, do you?

18            MS. DALY:  Object to the form.

19       A.   (By the witness)  I have no knowledge of what

20  was known or what was going on in the recreation vehicle

21  side of the company.

22       Q.   (By Mr. Pinedo)  Is that what it's referred to

23  as the recreational side of --

24       A.   Yes.

25       Q.   -- vehicle side of the company?

Steven Smith                    I              November 3, 2009

Page 39

1          A.   Yes.

2          Q.   But at least on the manufactured housing side

3    of the company, people working there, including yourself

4    as plant manager, plant superintendent or general

5    manager, knew that there were wood products that emitted

6    formaldehyde at a higher rate than other wood products?

7          A.   Yes.

8          Q.   And Fleetwood knew that one of the ways to

9    reduce the amount of formaldehyde in their manufactured

10   housing was to use products that emitted no or very low

11   amounts of formaldehyde.

12         A.   Yes.

13         Q.   And that knowledge existed all the way back to

14   the 1980s with Fleetwood; isn't that right?

15         A.   Yes.

16         Q.   And what was the next position you held after

17   the six-month period you were in Belton, Texas, sometime

18   around the 2001 time frame?

19         A.   Actually, I was only there a month, and then I

20   moved to California as director of operations over the

21   west region.

22         Q.   And how long did you stay in that position?

23         A.   Until early 2002 and I became director of

24   corporate service.

25         Q.   I take it all these positions you had been

Steven Smith                    I                   November 3, 2009

Page 40

```
 1    proceeding in since going back to 1968 with Fleetwood
 2    they're considered promotions along the line or lateral
 3    moves?
 4         A.   Yes, with the exception of the short period of
 5    time I was in Belton, Texas, and I had elected that I
 6    didn't want to move and reconsidered later.
 7         Q.   Because that really wasn't a promotion when
 8    you went to Belton, Texas, was it?
 9         A.   No, that was a step backward.
10         Q.   That was a significant step backwards, wasn't
11    it?
12         A.   One level.
13         Q.   I'm sorry.  Early 2002, it was director --
14         A.   Of corporate service.
15         Q.   For manufactured housing?
16         A.   Yes.
17         Q.   And at that point did you transfer to
18    Riverside, California?
19         A.   I was already in Riverside, California.
20         Q.   And how many people did you oversee in that
21    position?
22         A.   Directly probably six or seven.
23         Q.   But you -- in that position, you had
24    nationwide responsibilities.  This was no longer --
25         A.   Yes.
```

Steven Smith                    I              November 3, 2009

                                                    Page 42

 1        A.   Yes, logs and, you know, notations of any call
 2    that came in.
 3        Q.   You would agree with me that heat causes
 4    formaldehyde to emit more rapidly from manufactured wood
 5    products?
 6             MS. DALY:  Objection, lack of foundation.
 7        A.   (By the witness)  I'm told that that's true.
 8        Q.   (By Mr. Pinedo)  You don't have any
 9    disagreement with that, do you?
10        A.   I have no reason to disagree with it.
11        Q.   And it also seems consistent with your
12    understanding.  When you would go into some manufactured
13    houses and it was hotter, the odor of formaldehyde was
14    more noticeable.
15             MS. DALY:  Objection to the form.
16        A.   (By the witness)  This is early mobile home
17    days, yes.
18        Q.   (By Mr. Pinedo)  Do you agree that humidity
19    causes formaldehyde to off-gas from manufactured wood
20    products more rapidly?
21             MS. DALY:  Objection, lack of foundation.
22        A.   (By the witness)  Yes.
23        Q.   (By Mr. Pinedo)  And when did that come to
24    your knowledge or awareness?
25        A.   Probably the same time that we all became

Steven Smith                    I              November 3, 2009

Page 43

 1   aware of formaldehyde.
 2        Q.   And that's back in the late '70s, early
 3   '80s --
 4        A.   Yes.
 5        Q.   -- that you at Fleetwood became aware that
 6   humidity can cause formaldehyde to off-gas more rapidly
 7   from manufactured wood products?
 8             MS. DALY:  Objection to the form.
 9        A.   (By the witness)  Yeah, I would say that's the
10   time frame.
11        Q.   (By Mr. Pinedo)  And how long did you remain
12   as director of corporate services for manufactured
13   housing?
14        A.   In late 2005, I was added responsibility for
15   manufacturing and quality along with service in the same
16   or similar position.
17        Q.   Manufacturing and quality, correct?
18        A.   Manufacturing, quality and service was the
19   title.
20             MR. PINEDO:  All right.  Let's take a
21   break.  We need to change tapes.
22             THE VIDEOGRAPHER:  Going off the record.
23   The time is approximately 10:18 a.m.
24                  (Recess.)
25             THE VIDEOGRAPHER:  Back on the record.

Steven Smith                    I              November 3, 2009

                                                     Page 120

 1    your testimony is, you have not seen this document

 2    before?

 3         A.   No, not that I recall.

 4         Q.   Have you ever seen a similar document from the

 5    State of California talking about the risks and hazards

 6    due to formaldehyde exposure?

 7         A.   I can't state that I have, no.

 8              MR. PINEDO:  Pass the witness.

 9                    FURTHER EXAMINATION

10    BY MR. DINNELL:

11         Q.   Mr. Smith, this is Adam Dinnell again on

12    behalf of the United States.  I just have a couple

13    questions for you.  A couple minutes ago you were asked

14    about the possibility reflected in that e-mail of using

15    particleboard for flooring in manufactured homes.  Do

16    you remember that?

17         A.   Yes, I do.

18         Q.   And those were manufactured homes that were

19    going to be provided to FEMA eventually, right?

20         A.   Correct.

21         Q.   Do you know whether FEMA ever had any role in

22    selecting what wood products Fleetwood would actually

23    use in its units?

24         A.   I don't recall the wording or the RFP.  It

25    varied a little bit between each order, so I couldn't

Associated Court Reporters    P. O. Box 1247, Waco, TX  76703        254-753-3330

Steven Smith                    I              November 3, 2009

Page 121

1    tell you that without reviewing the RFP.

2        Q.    Right.   But Fleetwood and FEMA did not have a

3    direct contract with one another, correct?

4        A.    That is correct.

5        Q.    Okay.   And Fleetwood would make the decisions

6    regarding what actual wood products and where they would

7    buy their wood products to construct units that would be

8    eventually sold through a subsid -- through an

9    intermediary to FEMA, right?

10       A.    Correct.

11       Q.    You were asked about an e-mail involving a

12   different Steve Smith that's not you from 2007 about

13   this use of aqueous ammonia.  Do you remember that?

14       A.    Yes.

15       Q.    And you said that you've heard of the process

16   of using aqueous ammonia before, right?

17       A.    Yes.

18       Q.    And that's a process that you remember from

19   the '70s and '80s, right?

20       A.    Yes.

21       Q.    And back in the '70s and '80s, that would

22   sometimes be used if there were complaints regarding a

23   formaldehyde smell inside of a space, right?

24       A.    Yes.

25       Q.    Okay.   Now, is it correct that at least in