AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## for the

Eastern _____ District of _Louisiana_

**RETURN**

| | |
|---|---|
| BOBBY GORDON, ET AL. | ) |
| Plaintiff | ) |
| v. | ) |
| CH2M HILL CONSTRUCTORS, INC. | ) |
| Defendant | ) |

Civil Action No. **09-7151**

**SECT. N MAG. 5**

**Summons in a Civil Action**

To: *(Defendant's name and address)*

CH2M Hill Constructors, Inc.
Through Its Registered Agent for Service:
CT Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Loretta G. Whyte**

Name of clerk of court

**Nov 05 2009**

Date: _____

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____11/24/2009_____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
CT Corporation System: 5615 Corporate Blvd. #400B, Baton Rouge LA 70808 ; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other *(specify)* _____
_____
_____.

My fees are $ ___0.00___ for travel and $ ___0.00___ for services, for a total of $ ___0.00___ .

Date: ___11/25/2009___                              _____
                                                              Server's signature

                                                          John Crawford - Legal Assistant
                                                        _____
                                                                Printed name and title

                                                    3041 Dumaine Street. New Orleans, LA 70119
                                                    _____
                                                                Server's address