AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

## RETURN

for the

Eastern        District of  Louisiana

| | |
|---|---|
| ROBERT J. NELSON ON BEHALF OF ROBERT NELSON, ET AL. | ) |
| Plaintiff | ) |
| v. | ) |
| PILGRIM INTERNATIONAL, INC., ET AL. | ) |
| Defendant | ) |

Civil Action No. **09-7159**

### Summons in a Civil Action

## SECT.N MAG5

To: *(Defendant's name and address)*

CH2M Hill Constructors, Inc,
Through Its Registered Agent of Service
CT Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within  20   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Nov 05 2009**

Date: _____

**Loretta G. Whyte**
_____
Name of clerk of court

*Mariah Dusang*
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____11/24/2009_____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
CT Corporation System: 5615 Corporate Blvd. #400B, Baton Rouge LA 70808 ; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other *(specify)* _____
_____
_____.

My fees are $ _____0.00_____ for travel and $ ____0.00____ for services, for a total of $ ___0.00___.

Date: _____11/25/2009_____

_____
Server's signature

John Crawford - Legal Assistant
Printed name and title

3041 Dumaine Street. New Orleans, LA 70119
Server's address