UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 | |
|     FORMALDEHYDE | * | | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) | |
|     LITIGATION | * | | |
| | * | JUDGE: ENGELHARDT | |
| This Document Relates to: | * | | |
| | * | | |
| *Dubuclet, et al v. Fleetwood* * | | | |
| *Enterprises, Inc., et al.* | * | MAG: CHASEZ | |
| | * | | |
| Docket No. 07-9228 | * | | |

**DEFENDANT FLEETWOOD ENTERPRISES, INC.'S OBJECTIONS TO CERTAIN
PORTIONS OF PLAINTIFF'S DESIGNATED TESTIMONY
WITH RESPECT TO DEPOSITION OF CHRISTOPHER DEROSA**

| PAGE/LINE DESIGNATIONS | OBJECTION |
|---|---|
| Page 99, Line 3–14; 19–25<br>Page 100, Lines 1-5; 8-11<br>Page 101, Lines 6-12; 17-18 | Testimony references a hearsay e-mail the witness has never seen before to solicit his agreement to the Wilder e-mail that should not go into evidence because:<br>(1) Complete hearsay;<br>(2) No foundation<br>   (a) No personal knowledge by DeRosa<br>   (b) Statement not made to DeRosa |
| Page 107, Lines 16-25<br>Page 108, Lines 1-6 | Objection irrelevant, misleading and unduly prejudicial. Dr. DeRosa's testimony on pages 72 and 73 make it clear this is only a concern while someone pregnant is living in the trailer. The plaintiffs are trying to portray this as a future complication for Timia Dubuclet. |
| Page 108, Lines 9-25<br>Page 1-3 | This is Dr. DeRosa's recitation of media reports on children in Mississippi. He did not review any medical records to form a scientific opinion (see page 280). The reports are hearsay. His response (including crying), while genuine, is unduly prejudicial to the defendants. If the objection is overruled, defendants request the video be cut and only the sound of the answer played to the jury. |
| Page 262, Lines 15-25<br>Page 263, Lines 1-7 | Objection: This is DeRosa's response to media reports and not a scientific review of medical records (which he has not seen – see page 280 of his deposition). |
| Page 290, Lines 3-25 | Objection. Not part of his report. Dennis Reich is asking him |

1

| Page 291, Line 1 | to comment on the Freeman Paper which was not even published until May of 2009 and not part of his work or "report" from 2007 – 2008. |
|---|---|
| Page 300, Lines 5-8; 12; 15-25 Page 301, Lines 1-11 | Calls for speculation. Witness states he had no involvement but is asked to speculate on why a panel convened. The last question and answer is also duplicative having been asked and answered several times before. (See pages 70-71; 288-89; 255-57). |

This 30th day of November 2009.

Respectfully submitted:

 /s/ Richard K. Hines, V
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Andrew D. Weinstock
Louisiana Bar No. 18495
DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700 (phone)
(504) 837-3119 (fax)

Counsel for Defendant Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

      I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

| | | | |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| (X) | CM/ECF | | |

      New Orleans, Louisiana, this 30th day of November, 2009.

                                          /s/ Richard K. Hines, V
                                          Richard K. Hines, V
                                          Georgia Bar No. 356300
                                          E-mail: richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA 30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)