UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                       MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                                  SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 07-9228

## ORDER

      **IT IS ORDERED** that the **Motion for Expedited Hearing (Rec. Doc. 7694)** is **GRANTED.** Any opposition to the Motion to Strike Lay Witnesses (Rec. Doc. 7693) shall be filed **on or before Tuesday, December 1, 2009, at noon**, at which time the motion will be taken under advisement.

      New Orleans, Louisiana, this 30th day of November, 2009.

                                                    **KURT D. ENGELHARDT**
                                                  **UNITED STATES DISTRICT JUDGE**