**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                         MDL NO. 2:07-MD-1873
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION                        SECTION "N" (5)

THIS DOCUMENT IS RELATED TO:                JUDGE ENGELHARDT

*ALL CASES*                                 MAGISTRATE JUDGE CHASEZ

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

CONSIDERING THE FOREGOING EX PARTE MOTION TO BE PLACED ON

NON-LITIGATION TRACK:

**IT IS HEREBY ORDERED** that Insurco's Ex Parte Motion to be Placed on Non-

Litigation Track is **GRANTED**.

New Orleans, Louisiana, this 30th day of November 2009.

**JUDGE KURT D. ENGELHARDT**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**