UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION N-5
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyndon Wight v. Forest River, et. al.*, No. 09-2977 (E.D.LA)

............................................................................

## ORDER

Considering the foregoing,

IT IS ORDERED that plaintiff's Ex Parte Motion To Extend Hearing Date is hereby **granted** and the hearing scheduled for December 2, 2009 at 9:30 a.m. is hereby extended to December 16, 2009 at 9:30 a.m. WITHOUT ORAL ARGUMENT.

**DONE AND SIGNED** this  30th  day of  November , 2009.

HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA