UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                        MDL NO. 07-1873
          FORMALDEHYDE PRODUCTS
          LIABILITY LITIGATION
                                                           SECTION "N"  (5)


THIS DOCUMENT RELATES TO
Member Case No. 07-9228


## ORDER AND REASONS


Before the Court is Fleetwood Enterprises, Inc.'s Motion in Limine to Exclude Evidence,

Testimony, and Argument Regarding Other Lawsuits or Claims (Rec. Doc. 6898).   In this

motion, Fleetwood Enterprises, Inc. ("Fleetwood") moves the Court to exclude all evidence,

testimony, and argument regarding other lawsuits or claims by people who, having been

displaced by Hurricanes Katrina or Rita, were placed in a FEMA unit.

After considering the memoranda of the parties and the applicable law, the Court grants

this motion to the extent that Plaintiff will be precluded from offering evidence or testimony of

the claims of MDL litigants if those claims arose *after* the manufacture of Plaintiff's emergency

housing unit.  The motion is deferred to trial in all other respects.

Considering the foregoing, **IT IS ORDERED** that **Fleetwood Enterprises, Inc.'s**

**Motion in Limine to Exclude Evidence, Testimony, and Argument Regarding Other**

**Lawsuits or Claims (Rec. Doc. 6898)** is **GRANTED IN PART AND PARTLY DEFERRED TO TRIAL**.

New Orleans, Louisiana, this 30th day of November, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**