UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 SECTION: N(5) | |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* Case No. 07-9228 | | * * * * * * | JUDGE: ENGELHARDT MAG: CHASEZ | |

******************************************************************************

### DEFENDANT FLEETWOOD ENTERPRISES, INC'S WITHDRAWL OF OBJECTIONS TO CERTAIN PORTIONS OF PLAINTIFF'S DESIGNATED TESTIMONYWITH RESPECT TO GEORGIA-PACIFIC CORPORATION WITNESS MARK ATKINS

COMES NOW Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") and withdraws its objections to the deposition of Georgia Pacific witness Mark Atkins, filed on November 29, 2009 as Rec. Doc. 8141, having been informed today by counsel for Plaintiff Chris Pinedo that Plaintiff will not call Mr. Atkins in the case. Fleetwood will not use any portion of the Atkins deposition nor will it call Mr. Atkins. This change will be noted on the parties updated Trial Plan which is being submitted today to the Court as an exhibit to the parties' Revised Joint Pretrial.

This 30th day of November 2009.

Respectfully submitted:
 */s/ Richard K. Hines, V*
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station

201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Andrew D. Weinstock
Louisiana Bar No. 18495
DUPLASS, ZWAIN, BOURGEOIS,
     PFISTER & WEINSTOCK
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700 (phone)
(504) 837-3119 (fax)

Counsel for Defendant Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

       I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery              ( )    Prepaid U.S. Mail

( )    Facsimile                   ( )    Federal Express

(X)    CM/ECF

       New Orleans, Louisiana, this 30th day of November 2009.

                                           /s/ Richard K. Hines, V
                                           Richard K. Hines, V
                                           Georgia Bar No. 356300
                                           E-mail: richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)