UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 SECTION "N" (5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO *Aldridge, et al v. Gulf Stream Coach Inc., et al*, Docket No. 07-9228; Elisha Dubuclet, individually and on behalf of Timia Dubuclet | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PSC's RESPONSE TO FLEETWOOD'S OBJECTIONS TO CERTAIN
PORTIONS OF PLAINTIFFS DESIGNATED TESTIMONY WITH
RESPECT TO FEMA WITNESSES MARTIN MCNEESE AND BRIAN MCCREARY**

MAY IT PLEASE THE COURT:

Plaintiff, Elisha Dubuclet, individually and on behalf of Timia Dubuclet, respectfully submits the following responses to Fleetwood's Objections to Certain Portions of Plaintiffs' Designated Testimony with Respect to FEMA Witness Martin McNeese taken on July 14, 2009, and Brian McCreary taken on September 23, 2008. (Rec. Doc. 8145).

**MARTIN MCNEESE**

Fleetwood first objects to plaintiff's designation of pages 54:17 – 58:9 on the basis that such testimony is irrelevant to the case and cumulative of other witnesses. Upon review, the plaintiff agrees with said objection on the grounds of the testimony being cumulative and withdraws the designation.

Second, Fleetwood objects to plaintiff's designation of pages 62:14 – 65:3. Plaintiff respectfully disagrees with Fleetwood and believes the testimony at issue to be relevant and

material to the case at bar. The subject testimony refers to an email exchange between two FEMA employees, as well as follow-up questioning, on the very pertinent relationship between formaldehyde levels and the habitability of travel trailers, and by implication the health impacts on trailer residents. The testimony is sought to be introduced to reflect a clear understanding of the existence of a relationship between formaldehyde levels, trailer habitability, and the health of occupants including the plaintiff. Accordingly, plaintiff respectfully requests that Fleetwood's objection be overruled and the testimony be admitted.

### BRIAN MCCREARY

Fleetwood objects to plaintiff's designation of pages 34:1 – 35:11. Upon review, the plaintiff agrees with said objection and withdraws the designation.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
Dennis Reich, Texas #16739600

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on November 30, 2009.

 s/Gerald E. Meunier
GERALD E. MEUNIER, #9471