Martin Edward McNeese — Washington, DC — July 14, 2009

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2                 DISTRICT OF LOUISIANA
 3                  NEW ORLEANS DIVISION
 4   In Re:  FEMA Trailer      )
 5   Formaldehyde Products     ) MDL No. 1873
 6   Liability Litigation      )
 7
 8                             Washington, D.C.
 9                             Tuesday, July 14, 2009
10   Videotape Deposition of MARTIN EDWARD McNEESE, called
11   for examination by counsel for Plaintiffs in the
12   above-entitled matter, the witness being duly sworn
13   by CHERYL A. LORD, a Notary Public in and for the
14   District of Columbia, taken at the offices of NELSON
15   MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution
16   Avenue N.W., Suite 900, Washington, D.C., at
17   9:03 a.m., and the proceedings being taken down by
18   Stenotype by CHERYL A. LORD, RPR, CRR.
19
20
21
22
```

Page 28

1    viable temporary emergency housing unit -- I'm sorry
2    -- housing option.
3            Did I read that correctly after I
4    corrected myself?
5        A.   On the final correction, yes.
6        Q.   When you say, based on your review of that
7    report, did that report have the -- conclude the
8    trailer -- travel trailers in combination with
9    ventilation remained a viable temporary emergency
10   housing option?
11       A.   Not specifically.
12       Q.   So what was your basis for informing
13   Mr. Souza that the travel trailers in combination
14   with ventilation remained a viable temporary --
15   temporary emergency housing option?
16       A.   The report actually stated, you know,
17   graphically depicted and stated that the units could
18   be brought down below what they'd identified as a
19   level of concern for sensitive people. And so if the
20   trailers could be brought there, I felt that left
21   them as a viable option.
22       Q.   What did you mean by the term viable?