UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Aldridge, et al v. Gulf Stream Coach* | | * | |
| *Inc., et al*, Docket No. 07-9228; | | * | |
| Elisha Dubuclet, individually and on behalf | | * | |
| of Timia Dubuclet | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PSC's RESPONSE TO FLEETWOOD'S OBJECTIONS TO CERTAIN PORTIONS OF PLAINTIFFS DESIGNATED TESTIMONY WITH RESPECT TO WITNESS JOSEPH LITTLE**

MAY IT PLEASE THE COURT:

Plaintiff, Elisha Dubuclet, individually and on behalf of Timia Dubuclet, respectfully submits the following response to Fleetwood's Objections to Certain Portions of Plaintiffs' Designated Testimony with Respect to Witness Joseph Little taken on June 23, 2009.

Fleetwood first objects to plaintiff's designation of pages 139: 7 – 140:1 on the basis that such testimony is Hearsay and that it violates the Court's ruling on Congressional hearings. The PSC disagrees with Fleetwood on its objection to the designation as hearsay. The questioning of this witness based upon the Dr. Vincent Garry's opinion is not being sought for the truth of the matter asserted, the primary requisite to a finding of hearsay. Instead, the testimony reflects proper cross-examination of a witness as to his credibility and that of his opinion as reflected in the 2007 Health Consultation Study.

In respect to this Honorable Court's previous ruling on the exclusion of reference to Congressional hearings, plaintiff withdraws any reference to Congress, its committees and/or subcommittees. However, the questioning as to Dr. Garry's opinion and critique of Mr. Little's report remain viable and appropriate in the cross-examination of this witness. Plaintiff will work with appropriate technological support to remove the references to the "subcommittee staff" at p. 139 line 15.

Accordingly, plaintiff respectfully requests this Honorable Court overrule Fleetwood's objection.

    Respectfully submitted:

    **FEMA TRAILER FORMALDEHYDE**
    **PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820

                RAUL BENCOMO, #2932
                FRANK D'AMICO, #17519
                MATT MORELAND, #24567
                LINDA NELSON, #9938
                MIKAL WATTS, Texas # 20981820
                Dennis Reich, Texas #16739600

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing on November 30, 2009.

                                      s/Gerald E. Meunier
                                GERALD E. MEUNIER, #9471