```
 1     and Health Administration?
 2          A.    Not necessarily.  This -- I don't know
 3     what this number was derived from.
 4          Q.    I think that's -- if you look at page 18
 5     of the Committee's report.  Are you there?
 6          A.    Yes, I am on page 18.
 7          Q.    Okay.  There is a paragraph that begins
 8     "Dr. Vincent Garry."
 9          A.    Yes.
10          Q.    Says:  Dr. Vincent Garry, a medical
11     doctor, pathologist, and former Director of
12     Environmental Medicine at the University of Minnesota
13     was a peer reviewer of the ATSDR's 1999 toxicological
14     profile on formaldehyde.  At the request of
15     subcommittee staff, Dr. Garry offered his own
16     critique of the .3 ppm, quote, level of concern
17     chosen in the February 2007 Health Consultation.
18                Goes on to say that Dr. Garry wrote of the
19     choice:  They leave no margin of safety for long-term
20     effects, nor do they take into account that unlike
21     occupational exposures, this is a 24-hour per day,
22     seven-days-per-week exposure for children and the old
23     who are sensitive to the chemical for different
24     reasons.
25                Do you have any reason, or what can you
```

```
 1     offer to disagree with Dr. Garry?
 2              MR. MILLER:  Objection, calls for
 3     speculation.  Lack of foundation.  Goes beyond this
 4     witness's -- you're calling for expert testimony from
 5     a person who has not been offered or presented as an
 6     expert witness, also for him to testify on
 7     credibility or qualifications of another person.
 8              MR. WOODS:  Thanks for the speaking
 9     objection.  But I'm just asking the Commander to --
10     he's been critiqued --
11              MR. MILLER:  He can go ahead and answer
12     the question.
13              MR. WOODS:  I understand.  He's been
14     critiqued for his choice of .3 ppm level of concern.
15     There is another individual that has taken issue with
16     it.
17     BY MR. WOODS:
18         Q.   And I'm more concerned about how do you
19     address a margin of safety for long-term effects?
20              MR. MILLER:  Objection.  Hold on.
21     Objection --
22         A.   The report wasn't about --
23              MR. MILLER:  -- vague.  Go ahead.
24         A.   The report wasn't about long-term hazards.
25     And the reference point that I used was chosen
```