IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § § § § § | MDL NO: 1873<br><br>SECTION: N (5)<br><br>JUDGE ENGLEHARDT<br><br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *North American Catastrophe Services, Inc. v. Northfield Ins. Co.*, No. 09-3818 | § § § | |

ORDER

Considering the foregoing motion for leave;

**IT IS ORDERED THAT** the North American Catastrophe Services, Inc.'s Motion for Leave to File Supplemental Memorandum in Opposition to Northfield Insurance Company's Motion to Transfer Venue is GRANTED.

**IT IS FURTHER ORDERED** that the attached Supplemental Memorandum in Opposition to Northfield Insurance Company's Motion to Transfer Venue shall be filed into the record of this matter.

New Orleans, Louisiana, this   30th   day of   November  , 2009.

_____
UNITED STATES DISTRICT JUDGE

1