UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO: 1873

SECTION N(5)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*North American Catastrophe Service, Inc. v. Northfield Ins. Co.*
*No. 09-3818*

*************************************************************************

### NORTHFIELD INSURANCE COMPANY'S SUPPLEMENTAL REPLY MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER VENUE FOR CONVENIENCE TO MIDDLE DISTRICT OF FLORIDA PURSUANT TO 28 U.S.C. § 1404(A) [Rec. Doc. 3193]

**MAY IT PLEASE THE COURT:**

In its supplemental opposition to Northfield Insurance Company's Motion to Transfer Venue [Rec. Doc. 3193], North American Catastrophe Services, Inc. ("NACS") erroneously contends that the Middle District of Florida transferred Northfield's separately filed declaratory judgment action to the Eastern District of Louisiana because it recognized that the Eastern District presents the most appropriate forum to decide Northfield's coverage obligations, if any, to NACS. Not so.

The Middle District of Florida transferred Northfield's separate declaratory judgment action regarding coverage—now docketed at 09-7359 and not yet consolidated into the Formaldehyde MDL—only because NACS first-filed its declaratory judgment action regarding coverage in this venue. The Middle District of Florida did not undertake to ascertain whether

1

NACS' original declaratory judgment action—the first-filed suit—is most appropriately decided either in this forum or as part of the Formaldehyde MDL. Northfield submits that this Honorable Court remains free to decide that Northfield's defense obligations to NACS (if any)—governed by Florida law—can be more efficiently decided by a Florida Court outside of the costly MDL and in keeping with the justified expectations of both NACS, a Florida corporation, and Northfield, a foreign insurer.

Respectfully submitted,

**RALPH S. HUBBARD III, T.A., La. Bar # 7040**
**TINA L. KAPPEN, La. Bar #29579**
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Northfield Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November, 2009, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system and notice of this filing was sent to all know counsel of record by operation of the court's electronic filing system.

2