# EXHIBIT A

## PLAINTIFFS RESPONSES TO DEFENDANT'S OBJECTIONS PERTAINING TO WILLIAM FARISH

Pages 22, line 20-23; pg. 23, line 18-22; pg. 24, line 6-8; pg. 45, line 16-25; pg. 46, line 1-6; pg. 47, line 8-25.

Page 21

1  Q. And what do you understand Radco's business to
2  be?
3  A. They're primarily a third-party listing and
4  testing agency.
09:39  5  Q. And are you aware of the fact that in the late
6  '70s, early '80s they performed tests specific to
7  formaldehyde for Fleetwood?
8  A. No. I did not know that.
9  Q. So you, as the director of engineering, was
09:39  10  never made aware of the testing that Radco may have
11  performed for Fleetwood; correct?
12  A. No. I did not know that.
13  Q. You were never made aware of any results that
14  Radco would have obtained in connection with those
09:40  15  tests; correct?
16  A. No. I didn't know that.
17  Q. Are you familiar with an individual by the name
18  of Forrest Theobald?
19  A. Yes.
09:40  20  Q. And would you please share with us who
21  Mr. Theobald is?
22  A. I knew him when he was counsel, when he was
23  internal counsel at Fleetwood.
24  Q. He was the head lawyer for Fleetwood?
09:40  25  A. For a while he was.

Page 22

1  Q. Now, did Mr. Theobald ever tell you that Radco
2  had been retained by Fleetwood to conduct any type of
3  formaldehyde testing?
4  A. No.
09:40  5  Q. Did Mr. Theobald ever tell you that tests had
6  in fact been performed as it pertains to the levels of
7  formaldehyde in Fleetwood products?
8  A. No.
9  Q. As the director of engineering, would you have
09:41  10  liked to have had that information available to you?
11  A. Well, as director of engineering it's
12  interesting information. But, I mean, we -- the time
13  period you're talking about, Fleetwood did all kinds of
14  testing in the early days of the HUD program that
09:41  15  wouldn't be beneficial to me now.
16  And that would be interesting to see that. But
17  since we weren't having formaldehyde problems, any old
18  testing that was done would be superficial to any -- to
19  my daily activities and pressures.
09:41  20  Q. Well, would formaldehyde testing become
21  important as soon as any issues arose pertaining to
22  formaldehyde?
23  A. Yes.
24  I think if we had some significant concerns about
09:42  25  formaldehyde, we'd definitely want to know about our

Page 23

1  history, yes, any data we had.
2  Q. And as an engineer, particularly a director of
3  engineering, that's something you would consider to be
4  important; correct?
09:42  5  A. What would be important?
6  Q. Looking at the data that you already had on
7  that issue.
8  A. If the issue was important, yes.
9  Q. When did you first hear or learn about the fact
09:43  10  that people were complaining about formaldehyde in
11  travel trailers?
12  A. I think it was in the news, actually, just TV
13  or internet or something like that I think first I heard
14  it.
09:43  15  Q. And you obviously know Mr. Eldon Smith;
16  correct?
17  A. Yes.
18  Q. Mr. Smith has previously testified that that's
19  how he learned -- he first learned about the issue of
09:43  20  formaldehyde. So you have a similar recollection; is
21  that correct?
22  A. I guess so, yes.
23  Q. Now, when you first heard in the news about the
24  fact that people were complaining or having issues with
09:43  25  formaldehyde in travel trailers, did you participate in

Page 24

1  any meeting that was called by Fleetwood to attempt to
2  address that issue?
3  A. Initially, no. Because it looked like it was
4  just -- well, it sounded like it was just very spotty,
09:44  5  very irregular, and nothing about Fleetwood at all.
6  Q. Did you attend any meetings at any time
7  pertaining to formaldehyde sometime after that?
8  A. Oh, yes.
9  I mean, afterwards it became, you know, as with the
09:44  10  more publicity, the manufactured housing industry and
11  the Manufactured Housing Institute, MHI, started
12  worrying about public relations because people were
13  saying "trailers" and lumping them together, FEMA
14  trailers. So that was having an effect on the
09:44  15  perception of manufactured housing.
16  Q. Manufactured housing being separate in your
17  mind from the travel trailers?
18  A. Yes, very much.
19  Q. So you felt as if -- well, the manufactured
09:45  20  housing industry, which you are a part of, felt that
21  from a PR point of view you all were being lumped
22  together; correct?
23  A. We often are lumped together, yes.
24  Q. Now, when that issue then came about, do you
09:45  25  have any recollection of Eldon Smith or anyone working

Page 41

1  Jeff?
2      A. I think it's both of us agreeing that that was
3  the right thing to do.
4      Q. To try to defeat ambient levels; is that
5  correct?
6      A. Yes.
7      Q. Then look at the last sentence which ends with
8  a question. Please read that into the record.
9      A. "How is Fleetwood (and other builders) going to
10 conform (or resist) the new California requirements for
11 formaldehyde?"
12     Q. And that, again, would have been just a
13 discussion or colloquy that would have occurred between
14 the two of you?
15     A. I think -- this is separated. So I have a
16 feeling this is a note to myself.
17     Q. Because there's some space?
18     A. There's a break. And it's strictly Fleetwood
19 related. So I think that's more of what it was about.
20     Q. So that was you, your view as the Fleetwood
21 director of engineering. And I quote, "How is Fleetwood
22 (and other buildings) going to conform (or resist) the
23 new California requirements for formaldehyde"; correct?
24     A. Yes.
25     Q. Now, what is your expertise when it comes to

Page 42

1  the issue of ambient levels, be it of formaldehyde or
2  any other type of material that might be emitted into a
3  structure such as a travel trailer or manufactured home?
4      A. I have very little expertise in that. I had a
5  mechanical engineer on my staff that I would rely on for
6  those type of issues.
7      Q. And who was that mechanical engineer?
8      A. Robert Garcia.
9      Q. Robert Garcia?
10     A. Yes.
11     Q. G-A-R-C-I-A?
12     A. Yes.
13     Q. And where is Mr. Garcia these days, if you
14 know?
15     A. He is now with Cavco that bought what was part
16 of Fleetwood, Fleetwood housing. So he is actually
17 still in Riverside.
18     Q. And what is your understanding of what
19 Mr. Garcia's knowledge was when it came to dealing with
20 issues pertaining to ambient levels of formaldehyde?
21     A. Well, he was -- after this subject came up, the
22 CDC testing, he was trying to find out more about test
23 protocols, acceptable levels, and all of those issues.
24     Q. But do you know what expertise he had when it
25 came to formaldehyde and its properties, meaning whether

Page 43

1  it was an irritant, whether it was a carcinogenic, or
2  anything like that?
3      A. No. That was beyond us, the medical side of
4  it. We were just trying to, as engineers, find out how
5  to test for it, find out what levels we had if we had
6  anything to concern.
7      Q. Let me ask you this: Why, if you did not have
8  the background and Mr. Garcia did not have the
9  background, specifically the chemical, epidemiological,
10 or other background necessary to address issues of
11 formaldehyde, were you of the opinion that the industry
12 will have to try to defeat ambient levels? What was
13 your basis for that?
14     A. Very good question.
15     It was strictly on the difficulty of this protocol.
16 And it was strictly on that we knew there were so many
17 variables that you could not get a really truly
18 controlled test.
19     As engineers we were frustrated by that. We knew
20 you were trying to test inside of a box that comes in
21 different sizes, all different types of materials.
22 There were too many variables. You could not get
23 consistent readings.
24     You could probably test two houses side by side and
25 get wildly varying reasons, we thought. But we knew the

Page 44

1  chamber test, where you test the materials that HUD
2  required, we knew that was a very good test, very
3  stable. You got consistent results. And we knew that
4  was a much better way.
5      That's what we were meaning. We wanted to make
6  sure that if FEMA came out with any kind of standard for
7  the homes, they had product standards, not ambient air
8  standards.
9      Q. Do you know whether or not the off-gassing of
10 formaldehyde varies -- and I'm talking about the
11 products that go into a travel trailer -- also vary from
12 let's say depending on the amount of time the product
13 had been in a plant or what the product is exposed to or
14 not exposed to? Are you aware of that?
15     A. I don't have expertise in that area, but I
16 have -- the general knowledge is that that should vary
17 some, yes.
18     Q. Now, when this discussion took place, did you
19 attempt to contact anyone to determine whether or not --
20 instead of trying to defeat ambient levels whether or
21 not they could come up with a protocol that would give
22 you an appropriate reading, for instance, in a travel
23 trailer?
24     A. No. We did not pursue that aspect.
25     Q. Did you ever hear anyone within the travel

### Page 45

```
10:18   1    trailer division say that they were attempting to pursue
        2    that aspect?
        3       A. No. I never heard that.
        4       Q. I'm going to label this document and offer it
        5    to be filed into evidence as Farish Number 5, and that
        6    is the two-page document 00000998 and -999, both sides.
        7       Sir, as an engineer with expertise in manufactured
        8    housing, what do you know about the ventilation and the
        9    importance of ventilation?
10:19  10       A. Well, first and foremost I know we have code
       11    requirements for ventilation that we have to comply with
       12    in our designs.
       13       And I know air quality is obviously -- it is a
       14    desired effect in the living unit. You want to have
10:19  15    good air quality.
       16       Q. And why does one have to want good air quality
       17    in a living unit?
       18       A. The most obvious reason I think is because the
       19    way people live generates undesirable air quality:
10:20  20    Cooking, smoking, other aspects add things to the air
       21    and you want to disperse those.
       22       Q. You want to disperse the bad elements, if you
       23    will, that are within a particular structure; correct?
       24    And that's for health reasons?
10:20  25       A. Generally.
```

### Page 46

```
        1       Q. Do windows help ventilation?
        2       A. Yes.
        3       Q. And why and how do windows help and affect
        4    ventilation?
10:20   5       A. They give you a chance to exchange outdoor
        6    supposedly fresh air with the indoor air.
        7       Q. And that is a concept that you do not quarrel
        8    with?
        9       A. Well, again, part of my expertise would be the
10:21  10    fact that that's mandated in the codes. Every window
       11    has a ventilation value when it's opened, and we have to
       12    make sure each room has a certain amount of ventilation.
       13    That's a code item.
       14       Q. Let's assume that's not a code item.
10:21  15       A. Okay.
       16       Q. Is it not important, though, just from an
       17    engineering point of view, if you want to have good
       18    ventilation to have things such as windows, if you will?
       19    I know that sounds simplistic, but is that a fair
10:21  20    statement?
       21       A. I wouldn't want to be selling homes without
       22    windows. Yes, I think that would be a tough market.
       23       Q. Besides the aesthetic reason, the obvious one
       24    you mentioned earlier which is the health reason;
10:21  25    correct?
```

### Page 47

```
        1       A. Well, there's -- light ventilation is one of
        2    their primary uses, yes.
        3       Q. What do you understand by the term "proper
        4    ventilation"? Is that an engineering term?
10:22   5       A. I would think -- if I use it as engineer, I'd
        6    mean complying to some code or standard when I say
        7    "proper."
        8       Q. Now, how does that differ from "adequate
        9    ventilation"?
10:22  10       A. It depends on how it was used, who was saying
       11    it, how they were using it. I wouldn't want to split
       12    hairs on that.
       13       Q. Assume for a moment that a document reads, and
       14    I'll quote, "This product is manufactured with
10:23  15    urea-formaldehyde resin. Formaldehyde vapor may in some
       16    people cause headaches, eye, nose, and throat
       17    irritation, and aggravation of allergies and respiratory
       18    problems, such as asthma. Proper ventilation should
       19    reduce the risk of such problems." [EXH-6]
10:23  20       As an engineer, what does that tell you, proper
       21    ventilation?
       22       A. It doesn't quantify. So as an engineer I would
       23    be frustrated with that. But it does say you should
       24    have ventilation. It does say you should have some
10:23  25    ventilation definitely.
```

### Page 48

```
        1       Q. I'm going to read to you yet another statement.
        2       "This product contains a urea-formaldehyde resin
        3    and may release formaldehyde vapors in low
        4    concentrations. Formaldehyde can be irritating to the
10:23   5    eyes and upper respiratory system of especially
        6    susceptible persons such as those with allergies or
        7    respiratory ailments. Use with adequate ventilation."
        8       Now, as an engineer, what does that tell you or
        9    does that also frustrate you?
10:24  10       A. Well, not necessarily. I mean, I wouldn't want
       11    to -- that's a general statement, a warning statement
       12    that sounds like it would be for the occupant. I
       13    wouldn't want to be giving them air changes per hour
       14    that they wouldn't know what that meant.
10:24  15       So obviously I think either way you're saying, to
       16    the consumer I assume, that you need ventilation that
       17    gets rid of whatever is aggravating; if you show these
       18    symptoms, you should have more ventilation obviously.
       19       Q. But do you know -- how do you quantify that?
10:24  20       A. No. You can't quantify from that, of course
       21    not.
       22       Q. Now, going back to the beginning sentence of
       23    the first statement that I read to you, "This product is
       24    manufactured with urea-formaldehyde resin," does that
10:25  25    tell you as an engineer what the quantity of that
```