UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 07-1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENTS IS RELATED TO: | * | |
| CIVIL ACTION NO. 07-9228 | * | JUDGE: ENGELHARDT |
| *(Elisha Dubuclet obo Timia Dubuclet vs. Fleetwood,* | * | |
| | * | MAG: CHASEZ |

**************************************************************************

### RESPONSES TO FLEETWOOD ENTERPRISES, INC.'S OBJECTIONS TO CERTAIN PORTIONS OF PLAINTIFFS DESIGNATED TESTIMONY WITH RESPECT TO <u>CHARLES REICK DEPOSITION OF OCTOBER 6, 2009</u>

**COMES NOW** Plaintiff and submits as follows:

1. Plaintiff withdraws designation of pg. 76: 10-22; and

2. Plaintiff withdraws designation of pg. 87: 23 and 89:2-17.

THIS 30TH DAY OF NOVEMBER, 2009.

        Respectfully submitted,

        **FEMA TRAILER FORMALDEHYDE**
        **PRODUCT LIABILITY LITIGATION**

        <u>**/s/ Gerald E. Meunier**</u>
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        **Gainsburgh, Benjamin, David, Meunier &**
        **Warshauer, L.L.C.**
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, LA 70113
        Telephone: (504) 522-2304
        Facsimile: (504) 528-9973
        **<u>gmeunier@gainsben-com</u>**

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
**Gainsburgh, Benjamin, David, Meunier &**
**Warshauer, L.L.C.**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70113
Telephone:  (504) 522-2304
Facsimile:   (504) 528-9973
**jwoods@gainsben-com**

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
RAÚL R. BENCOMO (LA Bar #2932)
LINDA J. NELSON (LA Bar #9938)
FRANK D'AMICO (LA Bar #17519)
MATT MORELAND (LA Bar #24567)
ROBERT M. BECNEL (LA Bar #14072)
ANTHONY BUZBEE (TX #24001820)
MIKAL WATTS (TX #20981820)
DENNIS REICH (TX #16739600)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Notice of Deposition by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice by electronic transmission on November 30, 2009.

/s/ Gerald E. Meunier
GERALD E. MEUNIER, #9471
