UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 07-1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENTS IS RELATED TO: | * | |
| CIVIL ACTION NO. 07-9228 | * | JUDGE: ENGELHARDT |
| *(Elisha Dubuclet obo Timia Dubuclet vs. Fleetwood,* | * | |
| | * | MAG: CHASEZ |

**************************************************************************

## RESPONSES TO FLEETWOOD ENTERPRISES, INC.'S OBJECTIONS TO CERTAIN PORTIONS OF PLAINTIFFS DESIGNATED TESTIMONY WITH RESPECT TO JAMES CROXTON DEPOSITION OF AUGUST 18, 2009

**COMES NOW** Plaintiff who submits these responses to Defendants' objections of James Croxton deposition taken August 18, 2009, as follows:

Relevancy. Once again, Defendants seek to strike relevant testimony of a hands-on employee by attempting to substitute that of Fleetwood's general counsel - a non-engineer, non-epidemiologist who did not disclose the RADCO testing to those who would have benefitted from it (i.e., the engineers, etc. and the consumers) such as Mr. Croxton.

**THIS 30TH DAY OF NOVEMBER, 2009.**

Respectfully submitted,

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

_____/s/ Gerald E. Meunier_____
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70113
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
**gmeunier@gainsben-com**

_____s/Justin I. Woods_____
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70113
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
**jwoods@gainsben-com**

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
RAÚL R. BENCOMO (LA Bar #2932)
LINDA J. NELSON (LA Bar #9938)
FRANK D'AMICO (LA Bar #17519)
MATT MORELAND (LA Bar #24567)
ROBERT M. BECNEL (LA Bar #14072)
ANTHONY BUZBEE (TX #24001820)
MIKAL WATTS (TX #20981820)
DENNIS REICH (TX #16739600)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Notice of Deposition by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice by electronic transmission on November 30, 2009.

                                                      /s/ Gerald E. Meunier
                                                   GERALD E. MEUNIER, #9471