UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 07-1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENTS IS RELATED TO: | * | |
| CIVIL ACTION NO. 07-9228 | * | JUDGE: ENGELHARDT |
| *(Elisha Dubuclet obo Timia Dubuclet vs. Fleetwood,* | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RESPONSES TO FLEETWOOD ENTERPRISES, INC.'S OBJECTIONS TO CERTAIN PORTIONS OF PLAINTIFFS DESIGNATED TESTIMONY WITH RESPECT TO STEVEN SMITH DEPOSITION OF NOVEMBER 3, 2009

**COMES NOW** Plaintiff who submits these responses to Defendants' objections of Steven Smith deposition of November 3, 2009, as follows:

1. Plaintiffs withdraws Pgs. 19:9 - 20:3.

2. Plaintiffs withdraws Pgs. 21:6 - 14, 22:11 - 20, 23:6 - 12.

3. Plaintiffs withdraws Pgs. 36:11 - 25 to 37:1-2.

4. Plaintiffs withdraws Pgs. 37:3 - 25 to 38: 1-2.

5. Plaintiffs withdraws Pgs. 42:3 - 25 to 43:1 - 10.

6. Plaintiffs withdraws Pgs. 120:21 - 25 to 121:1 - 10.

**THIS 30TH DAY OF NOVEMBER, 2009.**

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing Notice of Deposition by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice by electronic transmission on November 30, 2009.

/s/ Gerald E. Meunier
GERALD E. MEUNIER, #9471