UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 07-1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENTS IS RELATED TO: | * | |
| CIVIL ACTION NO. 07-9228 | * | JUDGE: ENGELHARDT |
| *(Elisha Dubuclet obo Timia Dubuclet vs. Fleetwood,* | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RESPONSES TO FLEETWOOD ENTERPRISES, INC.'S OBJECTIONS TO CERTAIN PORTIONS OF PLAINTIFFS DESIGNATED TESTIMONY WITH RESPECT TO ALBERT SNYDER DEPOSITION OF AUGUST 18, 2009**

**COMES NOW** Plaintiff who submits these responses to Defendants' objections of Albert Snyder deposition of August 18, 2009, as follows:

1. Plaintiffs withdraws Pages 292:13 - 25.

2. Plaintiffs withdraws Pages 295:2 - 25 to 296:12 and 305:9 0 25 to 306:1 - 5.

3. Plaintiffs withdraws Pages 297:17 - 25 to 299:8.

4. Plaintiffs withdraws Pages 307:21 to 308:4 and 314:23 - 25 and 323:2 - 5 and 325:13 - 15 and 331:18 - 20.

5. Plaintiffs withdraws Pages 313:10 to 21.

6. Plaintiffs withdraws Pages 318:16 - 18.

**THIS 30TH DAY OF NOVEMBER, 2009.**

Respectfully submitted,

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

_/s/ Gerald E. Meunier_
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
**Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70113
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
**gmeunier@gainsben-com**

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
**Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70113
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
**jwoods@gainsben-com**

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
RAÚL R. BENCOMO (LA Bar #2932)
LINDA J. NELSON (LA Bar #9938)
FRANK D'AMICO (LA Bar #17519)
MATT MORELAND (LA Bar #24567)
ROBERT M. BECNEL (LA Bar #14072)
ANTHONY BUZBEE (TX #24001820)
MIKAL WATTS (TX #20981820)
DENNIS REICH (TX #16739600)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Notice of Deposition by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice by electronic transmission on November 30, 2009.

                                                    /s/ Gerald E. Meunier
                                            GERALD E. MEUNIER, #9471