UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

                                    JUDGE ENGELHARDT
                                    MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S WITNESS LIST**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Lyndon Wright, pursuant to this Honorable Court's August 2009 Trial Scheduling Order, who hereby submits the following Witness List in connection with the above-captioned matter, which will be supplemented based upon ongoing discovery as needed:

|   | **Category:** | **Witness:** | **Type of Witness:** | **May / Will Call:** |
|---|---|---|---|---|
|   | **Plaintiffs:** |   |   |   |
| 1. |   | Lyndon Wright | Fact |   |
|   | **Specific to Wright:** |   |   |   |
| 2. |   | Bobbi Wright | Fact |   |
| 3. |   | Robert Fink | Fact |   |
| 4. |   | Tyshawn Marsh | Fact |   |
| 5. |   | Dr. Field | Fact |   |
| 6. |   | Dr. Frank Cruz | Fact |   |

1

| | | | | |
|---|---|---|---|---|
| 7. | | Any and all other doctors at Uptown Nephrology who have treated and/or have knowledge of Lyndon Wright | Fact | |
| 8. | | Gina Manguno-Mire, Ph.D. | Fact | |
| 9. | | Albert Jarrell | Fact | |
| 10. | | Robert Fink | Fact | |
| 11. | | Nicole Dyson | Fact | |
| 12. | | Tomika Zachary | Fact | |
| 13. | | Any and all witnesses who may be identified or discovered during the ongoing litigation | | |
| | **Experts:** | | | |
| 14. | | Dr. Lee Branscombe, Ph.D., C.C.M. | Expert | |
| 15. | | Dr. Paul Hewett, Ph.D. | Expert | |
| 16. | | Dr. Kenneth Laughery, Ph.D. | Expert | |
| 17. | | Alexis Mallet, Jr. | Expert | |
| 18. | | Dr. Lawrence Miller, M.D.,M.P.H. | Expert | |
| 19. | | Charles David Moore, P.E., P.L.S. | Expert | |
| 20. | | Ervin Ritter, P.E. | Expert | |
| 21. | | William Scott, P.E., C.H.M.M. | Expert | |
| 22. | | Dr. Edward Shwery, Ph.D. | Expert | |
| 23. | | Dr. Stephen Smulski, Ph.D. | Expert | |
| 24. | | Dr. Patricia Williams, Ph.D. | Expert | |
| 25. | | Paul LaGrange | Expert | |
| 26. | | Dr. Richard A. Spector | Expert | |
| 27. | | Custodian of Records for Dr. George A. Farber | Expert | |

| | | | | |
|---|---|---|---|---|
| 28. | | Any and all witnesses who may be identified or discovered during the ongoing litigation | Fact/Expert | |
| | **U.S.A.** | | | |
| 29. | | Robert James, Ph.D. | Expert | |
| 30. | | Bruce Kelman, Ph.D. | Expert | |
| 31. | | Michael Lindell, Ph.D. | Expert | |
| 32. | | Richard Monson, M.D., Sc.D. | Expert | |
| 33. | | Mark Polk | Expert | |
| 34. | | Coreen Robbins, M.H.S., Ph.D., C.I.H. | Expert | |
| 35. | | Dr. Christopher DeRosa<br>Center for Disease Control and Prevention (CDC) | Fact / Expert | |
| 36. | | Representative of the Federal Emergency Management Agency (FEMA) | Fact | |
| 37. | | Bryan McCreary<br>FEMA Contracting Officer | Fact | |
| 38. | | Chief R. David Paulison<br>FEMA Administrator | Fact | |
| 39. | | Admiral Harvey Johnson<br>FEMA | Fact | |
| 40. | | Chief Bronson Brown<br>FEMA<br>Occupational Health and Safety | Fact | |
| 41. | | David Chawaga<br>FEMA<br>Head of Safety in Washington, D.C.;<br>1A at Occupational Safety and Health | Fact | |
| 42. | | Eddie Kendrick<br>FEMA<br>Activity Supervisor/Contact for FEMA's Job Hazard Analysis for trailer in-bound inspections | Fact | |
| 43. | | Person(s) who performed and supervised the "FEMA Job Hazard Analysis" in July 2006 | Fact | |
| 44. | | Patrick "Rick" E. Preston<br>FEMA Trial Attorney, Office of General Counsel | Fact | |
| 45. | | Mary Ellen Martinet<br>FEMA Attorney | Fact | |

| | | | | |
|---|---|---|---|---|
| 46. | | Stephen Miller<br>FEMA | Fact | |
| 47. | | Kevin Souza<br>FEMA Administrative Program Management Branch Chief | Fact | |
| 48. | | Wayne Stoeh<br>FEMA | Fact | |
| 49. | | David Garrett<br>FEMA | Fact | |
| 50. | | Michael Lapinski<br>FEMA | Fact | |
| 51. | | David Porter<br>FEMA | Fact | |
| 52. | | Martin McNeese<br>FEMA | Fact | |
| 53. | | Carol Wood<br>FEMA | Fact | |
| 54. | | Chandra Lewis<br>FEMA | Fact | |
| 55. | | Gary Moore<br>FEMA/DHS, Director of Logistics | Fact | |
| 56. | | Betsy Hall<br>FEMA, Gulf Coast Recovery | Fact | |
| 57. | | Chairman Ross<br>FEMA | Fact | |
| 58. | | Jordan Fried<br>FEMA | Fact | |
| 59. | | Don Jackson<br>FEMA, Material Coordinator | Fact | |
| 60. | | FEMA Inspector for Forest River, Inc. Plant, yet to be designated | Fact | |
| 61. | | Joseph Matthews<br>Office of Emergency Preparedness Director | Fact | |
| 62. | | Jill Igert<br>Office of General Counsel | Fact | |
| 63. | | Guy Bonomo<br>FEMA, Direct Housing Operations Chief | Fact | |
| 64. | | Representative of Centers for Disease Control and Prevention (CDC) | Fact | |
| 65. | | Joseph Little, CDC; ATSDR | Fact | |
| 66. | | Representative of ATSDR | Fact | |
| 67. | | Philip M. Allred<br>Agency for Toxic Substances and Disease Registry (ATSDR) | Fact | |

| | | | | |
|---|---|---|---|---|
| 68. | | Sharon Wilbur, M.A.<br>ATSDR, Division of Toxicology | Fact | |
| 69. | | Thomas Sinks<br>ATSDR | Fact | |
| 70. | | Howard Frumkin<br>ATSDR | Fact | |
| 71. | | Donald Benken<br>ATSDR | Fact | |
| 72. | | Scott Wright<br>ATSDR | Fact | |
| 73. | | Representative of Environmental Protection Agency (EPA) | Fact | |
| 74. | | Sam Coleman<br>EPA | Fact | |
| 75. | | Chairman Henry A. Waxman, D-California<br>House Oversight and Government Reform Committee, Ranking Minority Member | Fact | |
| 76. | | Representative Gordon Tennessee<br>Chairman of the House Committee on Science and Technology | Fact | |
| 77. | | Steven Larsen<br>FEMA | Fact | |
| 78. | | Michael Harder<br>FEMA | Fact | |
| 79. | | Any and all witnesses who may be identified or discovered on the basis of Defendant's responses to discovery propounded by Plaintiff or depositions taken during discovery in this matter | Fact/Expert | |
| | **Forest River, Inc.** | | | |
| 80. | | Elton Kiefer | Fact | |
| 81. | | Jeff Burrian | Fact | |
| 82. | | Norman Nelson | Expert | |
| 83. | | G. Graham Allan | Expert | |
| 84. | | Philip Cole, M.D. | Expert | |
| 85. | | Nathan T. Dorris | Expert | |
| 86. | | William L. Dyson | Expert | |

5

| | | | | |
|---|---|---|---|---|
| 87. | | Thomas Fribley | Expert | |
| 88. | | Don Snell | Expert | |
| 89. | | Kenneth B. Smith | Expert | |
| 90. | | Dr. John W. Thompson | Expert | |
| 91. | | Tony Watson | Expert | |
| 92. | | H. James Wedner, M. D. | Expert | |
| 93. | | Jaime Albrecht | Fact | |
| 94. | | Jim Foltz | Fact | |
| 95. | | Forest River Warranty Officer, yet to be designated | Fact | |
| 96. | | Corporate Representative of Forest River, Doug Gaeddert | Fact | |
| 97. | | Corporate Representative of Forest River, yet to be designated | Fact | |
| 98. | | Any and all witnesses who may be identified or discovered on the basis of Defendant's responses to discovery propounded by Plaintiff or depositions taken during discovery in this matter | Fact/Expert | |
| | **Shaw Environmental:** | | | |
| 99. | | John D. Osteraas | Expert | |
| 101 | | Corporate Representative of Shaw Environmental | Fact | |
| 102 | | Project Manager of Shaw Environmental | Fact | |
| 103 | | Any and all witnesses who may be identified or discovered on the basis of Defendant's responses to discovery propounded by Plaintiff or depositions taken during discovery in this matter | Fact/Expert | |
| | **Vendors/Suppliers** | | | |
| 104 | | Any and all witnesses who may be identified or discovered on the basis of Defendants' responses to discovery propounded by Plaintiff or depositions taken during discovery in this matter | Fact/Expert | |

6

| | Other: | | | |
|---|---|---|---|---|
| 105 | | Corporate Representative of Lippert Components | Fact | |
| 106 | | Corporate Representative of RCG Enterprises | Fact | |
| 107 | | Representative of NACS | Fact | |
| 108 | | Representative of RVIA | Fact | |
| 109 | | Formaldehyde Counsel | Fact | |
| 110 | | Any and all witnesses who may be identified or discovered on the basis of Defendants' responses to discovery propounded by Plaintiff or depositions taken during discovery in this matter | Fact/Expert | |
| 111 | | Any and all witnesses listed by any other party in this action | Fact/Expert | |

Plaintiff respectfully reserves the right to utilize any exhibit listed by any other party or utilized as an exhibit in the depositions taken in this matter. Plaintiff further respectfully reserves the right to supplement and amend this list once discovery is complete.

RESPECTFULLY SUBMITTED:

**FRANK J. D'AMICO, JR., APLC**

BY:    s/Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR., T.A. (#17519)
AARON Z. AHLQUIST (#29063)
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Telephone:    (504) 525-7272
Fax:             (504) 525-952
*Counsel for Lyndon Wright*

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 30, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

              s/Frank J. D'Amico
              FRANK J. D'AMICO, #17519