AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

### for the
### Eastern District of Louisiana

**RETURN**

DAMON DAIGRE, SR., together with all
individuals and entities whose names appear on
the attached "Exhibit A"

Plaintiff

v.

GILES FAMILY HOLDINGS, INC.,
GILES INDUSTRIES, INC.,
GILES INDUSTRIES OF TAZEWELL,
INCORPORATED,
FLUOR ENTERPRISES, INC.
and
UNITED STATES OF AMERICA, through the
Federal Emergency Management Agency

Defendant

)
)
)
)
)

Civil Action No. **09 - 3721**

**SECT. N MAG. 5**

**Summons in a Civil Action**

To: *(Defendant's name and address)*
    **Federal Emergency Management Agency**
    **Through the Office of the Director**
    **Administrator of FEMA**
    **500 C Street S.W.**
    **Washington, D.C.  20472**

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The
answer or motion must be served on the plaintiff's attorney, whose name and address are:
**Sidney D. Torres, III, Law Offices of Sidney D. Torres, III, APLC**
**8301 West Judge Perez Drive, Suite 303, Chalmette, LA 70043**
If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your
answer or motion with the court.

**LORETTA G. WHYTE**
Name of clerk of court

Date:  **JUN 3 - 2009**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on ~~USA~~ *THROUGH FEMA*
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with
        who resides there and is of suitable age and discretion; or _____

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* *see US mail, certified card*

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00   .

Date: *11/30/09*

                                         Server's signature

                              Printed name and title
                                          Law Offices of
                                    **SIDNEY D. TORRES, III**
                                        *A Professional Law Corporation*
                                       8301 W. Judge Perez Drive, Suite 303
                                       Chalmette, Louisiana 70043

                              Server's address

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    **Federal Emergency Management Agency
    Through the Office of the Director
    Administrator of FEMA
    500 C Street S.W.
    Washington, D.C. 20472**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature *ORDS RECEIVING*
  X _____ ☐ Agent
                          ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                   JUN 15 2009

D. Is delivery address different from item 1? ☐ Yes
    If YES, enter delivery address below: ☐ No

             *Jonathan Ransom*

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)     7001 2510 0001 8538 3305

PS Form 3811, February 2004   Domestic Return Receipt