# VERON BICE PALERMO & WILSON, LLC

ATTORNEYS AT LAW

J. MICHAEL VERON
JERE JAY BICE*
J. ROCK PALERMO III*
ALONZO P. WILSON
JAMIE B. BICE
ELAINE B. SOLARI
MICHAEL G. HODGKINS

*CERTIFIED MEDIATORS

721 KIRBY STREET (70601)
POST OFFICE BOX 2125
LAKE CHARLES, LA 70602.2125

TELEPHONE (337) 310-1600
FACSIMILE  (337) 310-1601
TOLL FREE  (877) 300-8680

WEBSITE:
www.veronbice.com

EMAIL:
info@veronbice.com

November 16, 2009

Honorable Loretta G. Whyte
Clerk of Court
United States District Court
Eastern District of Louisiana
New Orleans Division
500 Camp Street, Room C-151
New Orleans, LA 70130

Re:  In Re: FEMA Trailer Formaldehyde
     Products Liability Litigation
     MDL No. 1873
     (Oscar Chavarria, et al
     Vs. No. 09-6253
     Dutchmen Manufacturing, et al)

Dear Ms. Whyte:

Enclosed please find a summons to be issued in the above-referenced matter:

> Dutchmen Manufacturing, Inc.
> Through CT Corporation System
> 251 E. Ohio Street, Suite 1100
> Indianapolis, IN 46204

Also enclosed is a self-addressed, stamped envelope for your return of these summonses.

Yours truly,

*Rock Palermo*

J. ROCK PALERMO III

JRP:mmc
Enclosures