UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| | * | |
| *Dubuclet, et al v. Fleetwood* | * | |
| *Enterprises, Inc., et al.* | * | MAG: CHASEZ |
| | * | |
| Docket No. 07-9228 | * | |

## DEFENDANT FLEETWOOD ENTERPRISES, INC.'S AMENDMENT TO ITS OBJECTIONS TO PLAINTIFF'S CERTAIN DESIGNATIONS OF DEPOSITION OF JOSEPH LITTLE TAKEN JUNE 23, 2009

COMES NOW Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") and amends it objections to certain designations made by Plaintiff to the deposition Joseph Little, (which objections were filed on November 29, 2009 as Rec. Doc. 8144) by deleting all of Fleetwood objections to pages which Plaintiff has now agreed to withdraw.

| PAGE/LINE DESIGNATIONS | OBJECTION |
|---|---|
| Page 139, Lines 7 – 25 to Page 140, Line 1 | Violates the Court's ruling on Congressional Hearings – Motion in Limine. (Rec. Doc. 7684, incorporating by reference its ruling in the *Alexander* case Rec. Doc. 3029); hearsay. |

This 30th day of November 2009.

            Respectfully submitted:

            */s/ Richard K. Hines, V*
            Richard K. Hines, V
            GA Bar No. 356300
            NELSON MULLINS RILEY & SCARBOROUGH, LLP
            Atlantic Station
            201 17th Street, NW, Suite 1700
            Atlanta, GA 30363
            (404) 322-6000 (phone)

(404) 322-6050 (fax)

Jerry L. Saporito
Louisiana Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Andrew D. Weinstock
Louisiana Bar No. 18495
DUPLASS, ZWAIN, BOURGEOIS,
    PFISTER & WEINSTOCK
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700 (phone)
(504) 837-3119 (fax)

Counsel for Defendant Fleetwood Enterprises, Inc.

## C E R T I F I C A T E OF SERVICE

      I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery                 ( )    Prepaid U.S. Mail

( )    Facsimile                     ( )    Federal Express

(X)    CM/ECF

      New Orleans, Louisiana, this 30th day of November, 2009.

                                   /s/ Richard K. Hines, V
                                   Richard K. Hines, V
                                   Georgia Bar No. 356300
                                   E-mail: richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)