# VERON BICE PALERMO & WILSON, LLC

ATTORNEYS AT LAW

J. MICHAEL VERON
JERE JAY BICE*
J. ROCK PALERMO III*
ALONZO P. WILSON
JAMIE B. BICE
ELAINE B. SOLARI
MICHAEL G. HODGKINS

*CERTIFIED MEDIATORS

721 KIRBY STREET (70601)
POST OFFICE BOX 2125
LAKE CHARLES, LA 70602.2125

TELEPHONE (337) 310-1600
FACSIMILE  (337) 310-1601
TOLL FREE  (877) 300-8680

WEBSITE:
www.veronbice.com

EMAIL:
info@veronbice.com



November 16, 2009

Honorable Loretta G. Whyte
Clerk of Court
United States District Court
Eastern District of Louisiana
New Orleans Division
500 Camp Street, Room C-151
New Orleans, LA 70130

Re:   In Re: FEMA Trailer Formaldehyde
      Products Liability Litigation
      MDL No. 1873
      (Lichelle Knighten
      Vs. No. 09-6473
      Keystone RV Company, et al)

Dear Ms. Whyte:

Enclosed please find a summons to be issued in the above-referenced matter:

    Keystone RV Company
    Pursuant to Louisiana Long Arm Statute
    Through David G. Thomas
    2642 Hackberry Drive
    Goshen, IN 46526

    United States of America
    Through the United States Attorney General
    Honorable Eric Holder
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530-0001

    United States of America
    Through the Office of the U.S. Attorney
    for the Eastern District of Louisiana
    Jim Letten, United States Attorney
    Hale Boggs Federal Building
    500 Poydras Street, Suite B-210
    New Orleans, LA 70130

Honorable Loretta G. Whyte
November 16, 2009
Page 2

>Federal Emergency Management Agency
>Through the Office of the Director
>Craig Fugate, Director
>500 C Street S.W.
>Washington, D.C. 20472

Also enclosed is a self-addressed, stamped envelope for your return of these summonses.

Yours truly,

*[signature: Rock Palermo]*

J. ROCK PALERMO III

JRP:mmc
Enclosures