## EXHIBIT A TO THE JOINT PRE-TRIAL ORDER

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION "N" (5) |
| RELATES TO CIVIL ACTION NO. 07-9228<br>Aldridge, et al. vs. Gulf Stream Coach, Inc., et al.<br>(Elisha Dubuclet obo Timia Dubuclet vs. Fleetwood,<br>Fluor Enterprises, Inc., and FEMA) | * <br> * <br> * <br> * | JUDGE ENGELHARDT <br><br> MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF'S SUPPLEMENTAL EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, come Plaintiff, Elisha Dubuclet

on behalf of her minor child, Timia Dubuclet, pursuant to this Honorable Court's Trial

Scheduling Order dated August 17, 2009 (Doc. No. 2717), who hereby submit the following

Exhibit List in connection with the above captioned matter:

| EXHIBIT ID | Category: | EXHIBIT DESCRIPTION | BATES RANGE | STATUS |
|---|---|---|---|---|
| Plaintiffs' Exhibits | | | | |
| | Governmental Agency Reports and Studies | | | |
| 1 | | CDC Summary and Interim Report: VOC and Aldehyde Emissions in Four FEMA Temporary Housing Units – Indoor Environment Department, Lawrence Berkeley National Laboratory, 8 May, 2008 | PSC002113 - PSC002166 | |

| 2 | | U.S. Department of Health and Human Services and CDC Presentation Titled "Formaldehyde Levels in Occupied FEMA-supplied Temporary Housing Units (THUs) in LA and MS, Winter 2007-2008" | PSC002167 - PSC002181 | |
|---|---|---|---|---|
| 3 | | CDC Interim Findings on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes – February 29, 2008 | PSC002182- PSC002202 | |
| 4 | | CDC Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes – July 2, 2008 | PSC002203 - PSC002263 | |
| 5 | | Agency for Toxic Substances and Disease Registry (ATSDR) "Health Consultation, Formaldehyde Sampling at FEMA Temporary Housing Units, Baton Rouge, Louisiana, February 1, 2007" | PSC002264 - PSC002277 | |
| 6 | | ATSDR October 2007 "An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Louisiana, September-October 2006" | PSC002278 - PSC002318 | |
| 7 | | Statement of Harvey E. Johnson, Jr., Acting Deputy Administrator and Chief Operating Officer for FEMA before the U.S. Senate Subcommittee on Disaster Recovery and Subcommittee on State, Local, and Private Sector Preparedness and Integration, March 4, 2008 | PSC003188 - PSC003198 | |

| 8 | | Statement of R. David Paulison, FEMA Administrator, before the U.S. House of Representatives Committee on Oversight and Government Reform, July 19, 2007 | PSC003199 - PSC003207 | |
|---|---|---|---|---|
| 9 | | "Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-Making" published in March 2008 by the DHHS, CDC, DHS, FEMA and the EPA | PSC003208 - PSC003213 | |
| 10 | | U.S. EPA "Indoor Air Quality" Basic Information for Formaldehyde – Last updated November 14, 2007 | PSC003214 - PSC003217 | |
| 11 | | "Formaldehyde Levels in FEMA-Supplied Trailers - Early Findings from the Centers for Disease Control and Prevention" | PSC003218 - PSC003219 | |
| 12 | | ASTM Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates in Wood Products Using a Large Chamber  (2002) | PSC021571 – PSC021582 | |
| 13 | | Indoor Air Quality and Health in FEMA Temporary Housing for Trailer Residents prepared by CDC | PSC021583 – PSC021584 | |
| 14 | | Trailer Manufacturers and Elevated Formaldehyde Levels Majority Staff Analysis, Committee on Oversight and Government Reform, U.S. House of Representatives dated on July 9, 2008 | PSC024251 – PSC024277 | |
| 15 | | ASHRAE Handbook, 2007:  HVAC Applications, Chapter One: Residences | DUB002101 – DUB002107 | |

| 16 | | Department of Homeland Security, Office of Inspector General: FEMA's Response to Formaldehyde in Trailers dated June, 2009 | PSC025938 – PSC026022 | |
| 17 | | Majority Staff Report Subcommittee on Investigations & Oversight - Committee on Science & Technology U.S. House of Representatives, September 2008, "Toxic Trailers – Toxic Lethargy: How the Centers for Disease Control and Prevention Has Failed to Protect the Public Health" | PSC002070 - PSC002112 | |
| | **Standards, Regulations and Statutes** | | | |
| 18 | | 24 C.F.R. § 3280.309, Health Notice on formaldehyde emissions Current through November 6, 2008 | PSC003147 | |
| 19 | | §3280.309 – 24 CFR Ch. XX, Health Notice on Formaldehyde emissions (4-1-07 Edition) | PSC021693 – PSC021694 | |
| 20 | | ATSDR Formaldehyde Minimal Risk Levels and Worksheets – Appendix A | PSC003158 - PSC003172 | |
| 21 | | U.S. Department of Housing and Urban Development Rules and Regulations regarding Formaldehyde, 49 FR 31996 | PSC003173 - PSC003186 | |
| 22 | | California Air Resources Board's (CARB) Standards | PSC021695 – PSC021753 | |
| 23 | | Occupational Safety and Health Administration's (OSHA) Standards for Formaldehyde | PSC021754 – PSC021772 | |

| 24 | | American Conference of Governmental Industrial Hygienists' (ACGIH) Standards for Formaldehyde | | |
| 25 | | National Institute of Occupational Safety and Health's (NIOSH) Standards for Formaldehyde | PSC024278 – PSC024358 | |
| 26 | | World Health Organization (WHO) and Health Canada's Standards for Formaldehyde | PSC024359 – PSC024361 | |
| 27 | | World Health Organization (WHO) and Health Europe's Standards for Formaldehyde | PSC024830 – PSC025117 | |
| 28 | | American National Standard (ANSI) for Medium Density Fiberboard dated February 4, 1994 | PSC021773 – PSC021784 | |
| 29 | | American National Standard (ANSI) for Particleboard dated February 8, 1999 | PSC021785 – PSC021797 | |
| 30 | | ANSI A119.2, NFPA 1192: Standard on Recreational Vehicles; 2002 Edition | DUB002054 – DUB002100 | |
| 31 | | ANSI A119.4, NFPA 1194: Standard on Recreational Vehicle Parks and Campgrounds; 2002 Edition | PSC021798 – PSC021817 | |
| 32 | | Toxicological Profile on Formaldehyde prepared by ATSDR on July 1999 | PSC024362 – PSC024829 | |
| | **Articles** | | | |
| 33 | | July 20, 2007 "Formaldehyde and FEMA Trailers" by Lee Shull, Ph.D | PSC021640 – PSC021641 | |

| 34 | | Maddalena, Randy; Russell, Marion; Sullivan, Douglas P.; an Apte, Michael G. "Aldehyde and Other Volatile Organic Chemical Emissions in Four FEMA Temporary Housing Unites – Final Report" – Ernest Orlando Lawrence Berkeley National Laboratory, November 2008 | PSC025133 – PSC025193 | |
| 35 | | "Effect of Formaldehyde Inhalation on Hsp70 in Seminiferous Tubules of rat testes: an immunohistochemical study" by O. Ozen, et al. (2005) | PSC021823 – PSC021829 | |
| 36 | | "Formaldehyde and Glutaradehyde and Nasal Cytotoxicity: Case Study within the Context of the 2006 IPCS Human Framework for the Analysis of a Cancer Mode of Action for Humans" by D. McGregor, et al. | PSC021830 – PSC021846 | |
| 37 | | "Effects of inhaled Formaldehyde on Learning and Memory of Mice" by Z. Lu, et al. (2008) | PSC021847 – PSC021854 | |
| 38 | | "Low Concentrations of Formaldehyde induce DNA damage and delay DNA repair after UV Irradiation in Human Skin Cells" by G. Emri, et al. (2004) | PSC021855 – PSC021866 | |
| 39 | | National Cancer Institute (NCI): Fact Sheet: Formaldehyde and Cancer Risk dated May 7, 2009 | PSC021867 – PSC021873 | |
| 40 | | National Cancer Institute (NCI): Formaldehyde Exposure among Industrial Workers is Associated with Increased Risk of Cancers of the Blood and Lymphatic System dated May 12, 2009 | PSC026117 – PSC026118 | |

| 41 | | FEMA media release: FEMA Awards Contracts for Low Emissions Travel Trailers – April 7, 2009 – Release No. HQ-09-034b | PSC021876 – PSC021879 | |
| 42 | | FEMA media release: FEMA to Introduce New Type of Manufactured Home – Dec. 18, 2008 – Release No. 1791-343 | PSC021880 | |
| 43 | | Article - "Formaldehyde Exposure in Nonoccupational Environments" by K. Dally, et al. | PSC021881 – PSC021888 | |
| 44 | | Article - "Formaldehyde-related Health Complaints of Residents Living in Mobile and Conventional Homes" by I. Ritchie, et al. | PSC021889 – PSC021894 | |
| 45 | | Article – FEMA rolls out new disaster mobile homes: Formaldehyde levels are far below those of Hurricane Katrina, Rita trailers dated 05/14/09 | PSC021895 – PSC021896 | |
| 46 | | Fact Sheet:  Airborne Toxic Control Measure (ATCM) to Reduce Formaldehyde Emissions from Composite Wood Products | PSC026119 – PSC026120 | |
| 47 | | Environmental Health – Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-Making (March 2008) | PSC021897 – PSC021902 | |
| 48 | | Environmental Health – What you should know about Formaldehyde in Mobile Homes | PSC021903 – PSC021906 | |
| 49 | | Formaldehyde Levels in FEMA-Supplied Trailers; Early Findings from the Centers for Disease Control and Prevention | PSC003218 – PSC003219 | |

| 50 | | "*Formaldehyde Indoors*" by Dr. Stephen Smulski, April 1987, Progressive Builder, 12(4):9-11. | PSC002752 - PSC002754 | |
| 51 | | Boyson, M. "*Nasal mucosa in workers exposed to formaldehyde: a pilot study.*" Br J of Ind Med 47:116-121, 1990. | PSC002845 - PSC002853 | |
| 52 | | Edling, C. "*Occupational exposure to formaldehyde and histopathological changes in nasal mucosa.*" Br J of Ind Med 45:761-765, 1988. | PSC002854 - PSC002865 | |
| 53 | | Holmstrom, M. "*Histological Changes in the Nasal Mucosa in Rats after Long-term Exposure to Formaldehyde and Wood Dust.*" Acta Otolaryngol (Stockh) 108:274-283, 1989. | PSC002866 - PSC002881 | |
| 54 | | Holmstrom, M. "*Histological Changes in the Nasal Mucosa in Persons Occupationally Exposed to Formaldehyde Alone and in Combination with Wood Dust.*" Acta Otolaryngol (Stockh) 107: 120-129, 1989. | PSC002882 - PSC002893 | |
| 55 | | Garrett, MH. "*Increased risk of allergy in children due to formaldehyde exposure in homes.*" Allergy 1999;54(4):330-7. | PSC002898 - PSC002905 | |
| 56 | | Jaakkola, JJ. "*Asthma, Wheezing, and Allergies in Russian Schoolchildren in Relation to New Surface Materials in the Home.*" Am J Public Health 2004;94(4):560-2. | PSC002906 - PSC002908 | |
| 57 | | Platts-Mills, TA. "*Indoor allergens and asthma: Report of the Third International Workshop.*" J Allergy Clin Immunol 1997;100(6 Pt 1):S2-S24. | PSC002909 - PSC002931 | |

| 58 | | *"Legacy of Shame: The On-Going Public Health Disaster of Children Struggling in Post-Katrina Louisiana."* Children's Health Fund & Columbia Univ. Mailman School of Public Health, Nov. 4, 2008 | PSC006033 – PSC006052 | |
| 59 | | *"Children from FEMA trailer park battle serious health problems"* USA Today 11/24/08 | PSC006053 – PSC006054 | |
| 60 | | Wantke, F, *"Exposure to gaseous formaldehyde induces IgE-mediated sensitization to formaldehyde in school-children"* Clinical and Experimental Allergy, 1996, Vol. 26, pages 276-280 | PSC006055 – PSC006059 | |
| 61 | | Krzyzanowski, Michal, *"Chronic Respiratory Effects of Indoor Formaldehyde Exposure"* Environmental Research 52, 117-125 (1990) | PSC006060 – PSC006068 | |
| 62 | | *"Indoor Residential Chemical Emissions as Risk Factor for Children's Respiratory Health"* by M. Mendell | PSC022228 – PSC022267 | |
| 63 | | *"Formaldehyde and Leukemia: Epidemiology, Potential Mechanisms, and Implications for Risk Assessment"* by Zhang, et al. | PSC026121 – PSC026131 | |
| 64 | | *"Formaldehyde-releasers: relationship to formaldehyde contact allergy. Contact allergy to formaldehyde and inventory of formaldehyde-releasers"* by Groot, et al. | PSC026132 – PSC026154 | |

| 65 | | "Prospective study of clinical symptoms and skin test reactions in medical students exposed to formaldehyde gas" by Takahashi, et al.<br>(Exhibit 20 from the deposition of Dr. Robert James) | JAMES-008350 – JAMES-008356 | |
| 66 | | "Influence of airborne nitrogen dioxide or formaldehyde on parameters of skin function and cellular activation in patients with atopic eczema and control subjects" by Eberlein-Konig, et al.<br>(Exhibit 21 from the deposition of Dr. Robert James) | JAMES-008357 – JAMES-008359 | |
| 67 | | "Ambient Formaldehyde Levels and Allergic Disorders Among Japanese Pregnant Women: Baseline Data From the Osaka Maternal and Child Health Study" by Matsunaga, et al.<br>(Exhibit 22 from the deposition of Dr. Robert James) | JAMES-008360 – JAMES-008366 | |
| | **Expert Records and Files** | | | |
| 68 | | Affidavit of Lee E. Branscome, Ph.D., C.C.M. | DUB000254 – DUB000271 | |
| 69 | | Curriculum Vitae of Lee E. Branscome, Ph.D., C.C.M. | PSC025205 – PSC025214 | |
| 70 | | Weather data from Dr. Lee Branscome for New Orleans, Louisiana and Lottie, Louisiana | DUB000272 – DUB000273 | |
| 71 | | Affidavit of Mary C. DeVany, M.S., C.S.P., C.H.M.M. | DUB000603 – DUB000644 | |
| 72 | | Curriculum Vitae of Mary C. DeVany, M.S., C.S.P., C.H.M.M. | PSC025215 – PSC025218 | |

| 73 | | THU Testing Protocol prepared by Mary DeVany, et al. | PSC003220 – PSC003348 | |
| 74 | | Medical Records of Timia Dubuclet and file of George Farber, M.D. | DUB-FARBER-000001 – DUB-FARBER-000509 | |
| 75 | | Affidavit of Paul Hewett, Ph.D. dated July 16, 2009 | DUB000544 – DUB000566 | |
| 76 | | Second Affidavit of Paul Hewett, Ph.D. dated October 26, 2009 | DUB002145 – DUB002174 | |
| 77 | | Addendum to Affidavits of Paul Hewett, Ph.D. dated November 4, 2009 | DUB002175 – DUB002187 | |
| 78 | | Curriculum Vitae of Paul Hewett, Ph.D. | PSC025265 – PSC025268 | |
| 79 | | File of Paul Hewett, Ph.D. | DUB-HEWETT-000001 – DUB-HEWETT-001055 | |
| 80 | | Affidavit of Marco Kaltofen, P.E. (Civil) | DUB000567 – DUB000587 | |
| 81 | | Curriculum Vitae of Marco Kaltofen, P.E. (Civil) | PSC025270 – PSC025278 | |
| 82 | | File of Marco Kaltofen, P.E. (Civil) | DUB-KALTOFEN-000001 – DUB-KALTOFEN-003362 | |
| 83 | | Affidavit of Kenneth Laughery, Ph.D. | DUB000588 – DUB000595 | |
| 84 | | Curriculum Vitae of Kenneth Laughery, Ph.D. | PSC025282 – PSC025310 | |
| 85 | | File of Kenneth Laughery, Ph.D. | DUB-LAUGH-000001 – DUB-LAUGH-000654 | |

| 86 | | Affidavit of Alexis Mallet, Jr. | DUB000683 – DUB001120 | |
| 87 | | Curriculum Vitae of Alexis Mallet, Jr. | PSC025314 – PSC025321 | |
| 88 | | File of Alexis Mallet, Jr. including thermographs and photographs | DUB-MALLET-000001 – DUB-MALLET-002515 | |
| 89 | | Trailer drawings by Alexis Mallet, Jr. | DUB001110 – DUB001120 | |
| 90 | | Affidavit of Lawrence G. Miller, M.D., M.P.H. | DUB000596 – DUB000602 | |
| 91 | | Curriculum Vitae of Lawrence G. Miller, M.D., M.P.H. | PSC025327 – PSC025342 | |
| 92 | | File of Lawrence G. Miller, M.D., M.P.H. | DUB-MILLER-000001 – DUB-MILLER-001221 | |
| 93 | | Affidavit of Charles David Moore, P.E., P.L.S. | DUB001121 – DUB001128 | |
| 94 | | Curriculum Vitae of Charles David Moore, P.E., P.L.S. | PSC025346 – PSC025348 | |
| 95 | | File of Charles David Moore, P.E., P.L.S. | DUB-MOORE-000001 – DUB-MOORE-000590 | |
| 96 | | Affidavit of Ervin Ritter, P.E. | DUB001395 – DUB002133 | |
| 97 | | Curriculum Vitae of Ervin Ritter, P.E. | PSC025350 – PSC025352 | |
| 98 | | File of Ervin Ritter, P.E. | DUB-RITTER-000001 – DUB-RITTER-001817 | |
| 99 | | Affidavit of William D. Scott, P.E., C.H.M.M. | DUB000645 – DUB000682 | |

| 100 | | Curriculum Vitae of William D. Scott, P.E., C.H.M.M. | PSC025355 – PSC025359 | |
| 101 | | File of William D. Scott, P.E., C.H.M.M. | DUB-SCOTT-000001 – DUB-SCOTT-005566 | |
| 102 | | W.D. Scott Group, Inc. Formaldehyde Passive Monitoring Data: FEMA Housing Units (Test Results on July 8, 2009 and July 9, 2009) | DUB000664 – DUB000665; DUB000668 | |
| 103 | | W.D. Scott Group, Inc. Formaldehyde Active Sampling Data:  FEMA Housing Units (Test Results on July 8, 2009) | DUB000662 – DUB000663; DUB000667 | |
| 104 | | Affidavit of Edward H. Shwery, Ph.D. regarding Timia Dubuclet | DUB001129 – DUB001137 | |
| 105 | | Second Affidavit of Edward H. Shwery, Ph.D. regarding Timia Dubuclet | DUB002135 – DUB002144 | |
| 106 | | Curriculum Vitae of Edward H. Shwery, Ph.D. | PSC025369 – PSC025384 | |
| 107 | | File of Edward H. Shwery, Ph.D. | DUB-SHWERY-000001 – DUB-SHWERY-000377 | |
| 108 | | Affidavit of Stephen Smulski, Ph.D. | DUB000274 – DUB00284 | |
| 109 | | Curriculum Vitae of Stephen Smulski, Ph.D. | PSC025392 – PSC025403 | |
| 110 | | File of Stephen Smulski, Ph.D. | DUB-SMULSKI-000001 – DUB-SMULSKI-000653 | |
| 111 | | Affidavit of Patricia M. Williams, Ph.D., D.A.B.T. | DUB000206 – DUB000253 | |

| 112 | | Curriculum Vitae of Patricia M. Williams, Ph.D., D.A.B.T. | PSC025407 – PSC025437 | |
| 113 | | File of Patricia M. Williams, Ph.D., D.A.B.T. | DUB-WILL-002461 – DUB-WILL-003337 | |
| 114 | | Exhibits from the deposition of Michael Zeiman | Zeiman Exhibits 1 – 2 | |
| 115 | | Exhibits from the deposition of Elden Smith | Smith Exhibit 1 | |
| 116 | | Exhibits from the deposition of Danny McBride | McBride Exhibits 1 – 15 and Exhibits 18 - 19 | |
| 117 | | Exhibits from the deposition of William Farish | Farish Exhibits 1 - 2 | |
| 118 | | Exhibits from the deposition of Jessica Guay | Guay Exhibits 1 - 2 | |
| 119 | | Exhibits from the deposition of Rene Rodriguez | Rodriguez Exhibits 1 - 2 | |
| | **Testing Database** | | | |
| 120 | | Formaldehyde Testing Database prepared by the PSC (as of August 5, 2009) | PSC026037 | |
| | **Inspection in Lottie, LA** | | | |
| 121 | | Photographs taken by D. Scott Johnson, Bombet, Cashio & Associates, during the inspection on July 8, 2009 and July 9, 2009 at FEMA Staging/Storage Facility in Lottie, Louisiana | DUB000287 – DUB000543 | |
| 122 | | Video taken by D. Scott Johnson, Bomber, Cashio & Associates, during the inspection on July 8, 2009 and July 9, 2009 at FEMA Staging/Storage Facility in Lottie, Louisiana | DUB000285 – DUB000286 | |

| 123 | | Photographs taken by Hugh Lambert, Esq., Lambert & Nelson, PLC, during the inspection on July 8, 2009 at FEMA Staging/Storage Facility in Lottie, Louisiana | DUB000116 – DUB000205 | |
|---|---|---|---|---|
| 124 | | Photographs taken by William D. Scott, W.D. Scott Group, Inc., during initial window/door inspection on July 2, 2009 at FEMA Staging/Storage Facility in Lottie, Louisiana | DUB000002 – DUB000115 | |
| 125 | | Photographs of Inspection taken by Robert Wozniak and Tony Watson | FLE00013954 – FLE00014082; FLE00015180 | |
| 126 | | Video taken by William D. Scott, W.D. Scott Group, Inc., during initial window/door inspection on July 2, 2009 at FEMA Staging/Storage Facility in Lottie, Louisiana | DUB000001 | |
| 127 | | Animations created by C4 Animation (Reagan Johnson) | | |
| 128 | | Test results of testing performed Tony Watson, on behalf of Defendant, Fleetwood, on the Dubuclet travel trailer | | |
| 129 | | Results of all testing and inspection of the Fleetwood/Dubuclet unit including, but not limited to, air sampling, temperature, humidity, and photographs thereof | | |
| 130 | | Exemplar of a Personal Monitoring System for Aldehydes (Exemplar Passive Dosimeter) | | |
| 131 | | Exemplar of a Panel of Wall from Fleetwood Travel Trailer | | |

| | Fleetwood | | | |
|---|---|---|---|---|
| 132 | | Fleetwood: Pioneer Owner's Manual dated 2006 | FLE-00006495 – FLE-00006615 | |
| 133 | | Fleetwood: Pioneer Owner's Manual dated 2006 (excerpts regarding Jacking Issues) | FLEET30b6-000001, 000005, 000007, 000008, 000011, 000034, 000035, 000036, 000037, 000038, 000039, 000040, 000098 | |
| 134 | | Fleetwood Enterprises, Inc. Travel Trailer Owner's Manual Excerpts | PSC003122 – PSC003134 | |
| 135 | | Confidential Consolidated Production: Unit Information | FLE-00010739 – FLE-00010747 | |
| 136 | | Fleetwood Floor Plan: FEMA 32FSH dated 12-07-2004 | FLE-00004089 – FLE-00004090 | |
| 137 | | Fleetwood Enterprises, Inc.'s Bill of Materials and Floor Plans (FEMA/JDE package) | FLE-00004474 – FLE-00004835 | |
| 138 | | Memorandum from Mike Livreri to Distribution regarding 32FSH, Product Code 428 (Special FEMA Handicap Unit) dated 09-07-2005 | FLE-00005018 – FLE-00005020 | |
| 139 | | Fleetwood Enterprises, Inc., Master Sales Agreement and Purchase Orders | FLE-00000045 – FLE-00000050 | |
| 140 | | Amendment No. 1 to Fleetwood Enterprises, Inc.'s Master Sales Agreement | FLE-00005671 | |
| 141 | | Amendment No. 2 to Fleetwood Enterprises, Inc.'s Master Sales Agreement | FLE-00005669 – FLE-00005670 | |
| 142 | | Important Health Notice regarding Formaldehyde | FLE-00005672 | |

| 143 | | Exhibit 7:  Travel Trailer Installation | FL-FCA-000113 – FL-FCA-000122 | |
| 144 | | RADCO Documents Fact Finding Reports: Formaldehyde Evaluation prepared for Fleetwood Enterprises, Inc. | FLE-00006624 – FLE00006897 | |
| 145 | | Fleetwood:  RV Ownercare Manual; Ownercare Warranty System (Partner Guidelines) edition publication date: April 2005 | FLE-00009792 – FLE-00009826 | |
| 146 | | Photographs of Fleetwood Plant 40 | | |
| 147 | | Travel Trailer Assembly Manual from Robert Wozniak's Reliance Materials | FLE00010017 – FLE00010912 | |
| 148 | | Bill of Materials from Robert Wozniak's Reliance Materials | FLE00004474 – FLE00004835 | |
| 149 | | Warning Label from Robert Wozniak's Reliance Materials | FLE00012455 | |
| 150 | | Email from Bill Farish regarding protecting particleboard dated October 11, 2005 | FLE-00000797 – FLE-00000801 | |
| 151 | | Fleetwood Formaldehyde Abatement Kit | | |
| 152 | | Quality Control Remarks and Equipment Serial Number Information | FLE_00010747a – FLE_00010747b | |
| 153 | | Email correspondence from Bill Farish to Dick Reinhard on September 26, 2005 regarding the number of units (3,000) that must be delivered by the end of November 2005 | FLE00000621 | |

| 154 | | Email correspondence from Bill Farish to Dick Reinhard on September 23, 2005 regarding Interpretation of FEMA specifications, DAIPIA drawings and inspection of units | FLE00000622 | |
| 155 | | Email correspondence from Doug Henriquez on September 23, 2005 regarding Production within limitations given (raw material issues) | FLE00000623 – FLE00000624 | |
| 156 | | Email correspondence from Ted Gugliotta on October 25, 2005 regarding weight of units and tire blow out issues | FLE00000733 – FLE00000744 | |
| 157 | | Workplace Hygiene: Formaldehyde Air Sampling Protocol created for Fleetwood Enterprises, Inc. by Tony Watson | | |
| | **Fluor Enterprises, Inc.** | | | |
| 158 | | Fluor: FEMA Projects "Specifications" | FL-FCA-003786 – FL-FCA-003803 | |
| 159 | | "Formaldehyde – Process for airing out trailers" | FL-FCA-028200 – FL-FCA-028202 | |
| 160 | | "Action – Contracting Officer Technical Representative (COTR) informs that no further action need be taken" | FL-FCA-007248 – FL-FCA-007300 | |
| 161 | | Work Orders and Documents concerning the Installation of the Dubuclet Unit | FEI000001 – FEI000019 | |
| | **FEMA** | | | |
| 162 | | FEMA Storage Site Duties/Responsibilities regarding Fleetwood and Morgan | FLE-00001943 – FLE-00001945 | |

| 163 | | FEMA Unit Specifications: 32F/32FD and 32FSH/32DFSH dated 11-17-2005 | FLE-00006491 – FLE-00006494 | |
|-----|--|--|--|--|
| 164 | | FEMA Floor plan regarding FEMA 32F | FLE-00006901 – FLE-00006902 | |
| 165 | | FEMA Model Travel Trailer Procurement Specifications dated 08-12-2004 (HSFE04-04-Q-800) | FLE-00006914 – FLE-00006917 | |
| 166 | | FEMA Accessible Model Travel Trailer Procurement Specifications dated 04-21-2006 (with Accessible One Bedroom Travel Trailer Floor plan) | FLE-00007041 – FLE-00007049 | |
| 167 | | "Important Information for Travel Trailer Occupants" FEMA brochure | PSC002350 - PSC002351 | |
| 168 | | FEMA Model Travel Trailer Procurement Specifications Dated: July 14, 2005 | PSC003049 - PSC003057 | |
| 169 | | Declaration of Kevin Souza, former Acting Deputy Director of Individual Assistance Division of FEMA | PSC003058 - PSC003065 | |
| 170 | | "FEMA Storage Site Duties/Responsibilities" | PSC003092 - PSC003094 | |
| 171 | | April 25, 2008 letter from FEMA to a THU occupant | PSC003397 - PSC003399 | |
| 172 | | Summary of Test Results conducted by Weston Solutions, Inc. for the U.S. EPA | PSC003407 - PSC003409 | |
| 173 | | Air Toxics Ltd. Laboratory Narrative for samples submitted by Weston Solutions | PSC003410 - PSC003415 | |

| 174 | | FEMA test results for formaldehyde testing at FEMA THU staging areas during November 2005, December 2005 and January 2006 | PSC003416 - PSC003420 | |
| 175 | | FEMA Memorandum from May 31, 2006 regarding Formaldehyde Air Sampling at the THU staging area in Purvis, Mississippi | PSC003421 - PSC003438 | |
| 176 | | Email correspondence between FEMA and Government staff | PSC003439 - PSC003447 | |
| 177 | | FEMA Job Hazard Analysis Worksheet | PSC023600 | |
| 178 | | FEMA Model Travel Trailer Procurement Specifications dated August 12, 2004 | FOREST- 0002503 - FOREST-0002508 | |
| 179 | | New FEMA Procurement Specifications dated April 11, 2008 Release Number HQ-08-056 | PSC023601 – PSC023686 | |
| 180 | | FEMA Formaldehyde Timeline as of June 15, 2007 | PSC023687 – PSC023689 | |
| 181 | | FEMA Timeline as of August 7, 2008 (From the deposition of Kevin Souza, FEMA Representative) | PSC023690 – PSC023702 | |
| 182 | | Dept of Homeland Security – Office of Inspector General – Hurricane Katrina Temporary Housing Technical Assistance Contracts – August 20, 2008 (Internal Audit: OIG-08-88) | PSC023835 – PSC023863 | |
| 183 | | FEMA media release: Initial Indoor Air Quality Tests Results - November 14, 2008 | PSC023789 – PSC023790 | |
| 184 | | FEMA media release: FAQ National Disaster Housing Strategy - January 16, 2009 | PSC023791 – PSC023794 | |

| 185 | | FEMA Statement on Travel Trailers and Formaldehyde | PSC023795 | |
| 186 | | Email from Christopher DeRosa to Howard Frumkin on February 27, 2007 | PSC023796 | |
| 187 | | Correspondence from Christopher DeRosa to Patrick Preston on February 27, 2007 | PSC023797 | |
| 188 | | Email from Christopher DeRosa to Howard Frumkin and Thomas Sinks on March 9, 2007 | PSC023798 – PSC023799 | |
| 189 | | Email from Christopher DeRosa to Mike Groutt on August 10, 2007 | PSC023800 | |
| 190 | | Comments on Chronology of FEMA Trailers, drafter by Christopher DeRosa | PSC023801 | |
| 191 | | Correspondence from Christopher DeRosa to Howard Frumkin on September 21, 2007 | PSC023802 – PSC023808 | |
| 192 | | Email from Thomas Sinks to All CDC on October 12, 2007 | PSC023809 | |
| 193 | | NCEH/ATSDR Procedures regarding Official Interaction with Persons or Organization outside of NCEH/ATSDR | PSC023810 – PSC023811 | |
| 194 | | Logbook of Joseph Little | | |
| 195 | | Email between Sam Coleman, Joseph Little and Scott Wright on December 1, 2006 | PSC023819 – PSC023821 | |
| 196 | | FEMA: Interim Direction on use of Temporary Housing Units (Revision Effective Date: March 10, 2008) | PSC023828 – PSC023834 | |

| 197 | | "FEMA:  Important Formaldehyde Information for FEMA Housing Occupants" | FEMA09-000388 | |
| 198 | | "FEMA Travel Trailer Requirements" | PSC021671 | |
| 199 | | Any and all documents produced by Dr. Christopher DeRosa at his deposition, which will be taken on or about July 6, 2009, or used as exhibits thereto | | |
| 200 | | Assessment of Health Complaints among Pediatric Residents of FEMA-Supplied Trailers and Mobile Homes in Hancock County, Mississippi (Exhibit 17 from the deposition of Michael Lapinski, which was taken on July 24, 2009) | Lapinski Exhibit 17 | |
| 201 | | Fact Sheet:  Assessment of Health Complaints Among Children Living in FEMA Temporary Housing Units in Hancock County, Mississippi (Exhibit 16 from the deposition of Michael Lapinski, which was taken on July 24, 2009) | Lapinski Exhibit 16 | |
| 202 | | Email from Jessica Guay regarding Harmful Chemicals Notice dated July 17, 2006 | FEMA17-005860 – FEMA17-005862 | |
| | **Morgan Buildings & Spas, Inc.** | | | |
| 203 | | Solicitation/Contract/Order for Commercial Items between FEMA and Morgan Buildings & Spas, Inc. dated September 9, 2005 (Exhibit 2 from the deposition of Morgan Buildings & Spas, Inc. through James Schilligo on October 22, 2009) | MORGAN-000002 - MORGAN- 000014 | |

| 204 | | Solicitation/Contract/Order for Commercial Items between FEMA and Morgan Buildings & Spas, Inc., no effective date (Exhibit 3 from the deposition of Morgan Buildings & Spas, Inc. through James Schilligo on October 22, 2009) | MORGAN-000015 – MORGAN-000016 | |
| 205 | | Solicitation/Contract/Order for Commercial Items between FEMA and Morgan Buildings & Spas, Inc., effective date September 1, 2005 (Exhibit 4 from the deposition of Morgan Buildings & Spas, Inc. through James Schilligo on October 22, 2009) | MORGAN-000017 | |
| 206 | | Certificate of Origin for a Vehicle for Vin Number 4CJ1F322764015272 dated March 28, 2006 (Exhibit 9 from the deposition of Morgan Buildings & Spas, Inc. through James Schilligo on October 22, 2009 | MORGAN-001049 – MORGAN-001050 | |
| 207 | | Invoice from Morgan Buildings & Spas, Inc. to FEMA regarding the shipment of the Fleetwood Travel Trailer Vin Number | MORGAN-001051 | |
| | **Dubuclet Unit** | | | |
| 208 | | Photographs taken by the Dubuclet Family of the Fleetwood unit | DUB002188 – DUB002195 | |
| 209 | | Photograph of the "Manufacturer Certifies Compliance with FEMA Specifications" Sticker located on the Fleetwood unit provided to the Dubuclet Family | | |
| 210 | | Any and all labels or stickers on the Fleetwood unit provided to the Dubuclet Family | | |

|  | Dubuclet File |  |  |  |
|---|---|---|---|---|
| 211 |  | Denial Letter from FEMA regarding Timia Dubuclet dated 03-25-2009 | PSC026155 – PSC026160 |  |
| 212 |  | Photographs of Elisha Dubuclet, Timia Dubuclet, and Timothy Dubuclet, Jr. regarding skin conditions | DUB002196 – DUB002206 |  |
| 213 |  | Dubuclet/Fleetwood Unit File from Robert Wozniak's Reliance Materials | FLE00010739 – FLE00010747 |  |
|  | Education Records |  |  |  |
| 214 |  | Education Records from Lake Forest Elementary Charter regarding Timia Dubuclet | DUB002207 – DUB002210 |  |
|  | Medical Records |  |  |  |
| 215. |  | Medical Records from Children Hospital regarding Timia Dubuclet | DUB001172 – DUB001329 |  |
| 216 |  | Medical Records from Dr. Sam Solis, Napoleon Pediatrics, regarding Timia Dubuclet | DUB001332 – DUB001386 |  |
| 217 |  | Medical Records from Dr. Linda Doughty White regarding Timia Dubuclet | DUB001387 – DUB001392 |  |
| 218 |  | Medical Records from Dr. George Farber, Kenner Dermatology, regarding Timia Dubuclet | DUB001147 – DUB001171 |  |
| 219 |  | Medical Records from Primary Eye Center regarding Timia Dubuclet | DUB001393 – DUB001394 |  |
| 220 |  | Medical Records from Dr. Cesar Parra regarding Timia Dubuclet | DUB002211 – DUB002220 |  |
| 221 |  | Pharmacy Records from John Bull Pharmacy regarding Timia Dubuclet | DUB001330 – DUB001331 |  |

| | Others | | | |
|---|---|---|---|---|
| 222 | | Pamphlet on Eczema/Atopic Dermatitis from the American Academy of Dermatology (AAD) | PSC026161 – PSC026165 | |
| 223 | | Temporary Medical License for Dr. Lawrence Miller | PSC026166 | |
| 224 | | Louisiana State Board of Medical Examiners Temporary Permit Qualifications/Instructions | PSC026167 – PSC026172 | |
| 225 | | BlueLinx Corporation: Material Safety Data Sheet for Urea Formaldehyde Bonded Wood Products | PSC003068 – PSC003078 | |
| 226 | | Georgia-Pacific: Material Safety Data Sheet for Urea Formaldehyde Bonded Wood Products | PSC003079 – PSC003091 | |
| 227 | | Louisiana Pacific: Material Safety Data Sheet for Urea Formaldehyde Bonded Panel Products | FLE00006354 | |
| 228 | | Owens Corning: Material Safety Data Sheet for Low Density Fiber Glass Insulation (Sections 6 and 7) | FLE00006357 | |
| 229 | | Owens Corning: Material Safety Data Sheet for Low Density Fiber Glass Insulation | FLE00006360 | |
| 230 | | Engineering Services and Standards Bulletins from Robert Wozniak's Reliance Materials | FLE00010919 – FLE00010935; FLE00010913 – FLE00010918; FLE00010936 | |
| 231 | | Quality Assurance Manual from Robert Wozniak's Reliance Materials (Exhibit 3 from the deposition of Robert Wozniak, which was taken on October 6, 2009) | Wozniak Exhibit 3 | |

| 232 | | Exemplar parts from a FW travel trailer including, but not limited to, a sample of the interior and exterior trailer wall with internal insulation | | |
|-----|--|------|--|--|
| 233 | | Forensic Economics Corporation Report regarding the Life Expectancy and Worklife Equivalent of Timia Dubuclet | PSC026173 – PSC026174 | |
| 234 | | Georgia Pacific: Material Safety Data Sheet #30 for UF Bonded Wood Products | GAPAC-000001– GAPAC-000006 | |
| 235 | | Georgia Pacific:  Material Safety Data Sheet #31 for Wood and Wood Products | GAPAC-000007– GAPAC-000011 | |
| 236 | | Manufactured Home Decking Labels from Georgia Pacific | GAPAC-000012– GAPAC-000014 | |
| 237 | | Dr. James Wedner's Employment contract with Washington University in St. Louis, School of Medicine | | |
| 238 | | Dr. James Wedner's Billings to the Formaldehyde Council for the period 2005-2009 | | |
| 239 | | Dr. James Wedner's Billings to Fleetwood or any other manufacturing defendants for the period 2005-2009 | | |
| 240 | | Dr. James Wedner's Time sheets for time spent on Alexander and Dubuclet matters | | |
| 241 | | Any documents, letters or correspondence that Dr. James Wedner sent to the Center for Disease Control, the ATSDR, or any other governmental or quasi governmental agencies pertaining to Formaldehyde | | |
| 242 | | Any studies that Dr. James Wedner forwarded or furnished to the CDC, | | |

| | | ATSDR, or any other governmental or agencies that support your views on the health impact of formaldehyde | | |
|---|---|---|---|---|
| 243 | | Any documents produced by Formaldehyde Counsel and/or Dr. Philip Cole and/or Dr. Mandell with regard to Formaldehyde | | |
| 244 | | Fujii – Effect of Formaldeyde Gas Exposure in a Murine Allergic Hypersensitivity Model | DUB-WILL-003338 – DUB-WILL-003351 | |
| 245 | | Takahashi – Prospective Study of clinical symptoms and skin test rash reactions in medical students exposed to formaldehyde gas | DUB-WILL-003352 – DUB-WILL-003359 | |

Plaintiff respectfully reserves the right to utilize any exhibit listed by any other party or utilized as an exhibit in the depositions taken in this matter.  Plaintiff further respectfully reserve the right to supplement and amend this list once discovery is complete.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:     */s/Gerald E. Meunier*
         GERALD E. MEUNIER, #9471
         **PLAINTIFFS' CO-LIAISON COUNSEL**
         Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
         2800 Energy Centre, 1100 Poydras Street
         New Orleans, Louisiana 70163
         Telephone:    504/522-2304
         Facsimile:    504/528-9973
         gmeunier@gainsben.com

         */s/Justin I. Woods*
         JUSTIN I. WOODS, #24713
         **PLAINTIFFS' CO-LIAISON COUNSEL**
         Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
         2800 Energy Centre, 1100 Poydras Street
         New Orleans, Louisiana 70163

Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    RAUL BENCOMO, #2932
    FRANK D'AMICO, #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    MIKAL WATTS, Texas # 20981820
    DENNIS REICH, Texas # 16739600
    ROBERT BECNEL, #14072


## CERTIFICATE OF SERVICE

I hereby certify that on _____, 2009, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system which will send a notice of electronic

filing to all counsel of record who are CM/ECF participants.  I further certify that I

electronically mailed the foregoing document to all counsel of record who are non-CM/ECF

participants.

                */s/ Justin I. Woods*
                JUSTIN I. WOODS (LA Bar #24713)