EXHIBIT C TO THE JOINT PRE-TRIAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:    FEMA TRAILER    *    MDL NO. 1873
         FORMALDEHYDE    *
         PRODUCTS LIABILITY    *    SECTION: N(5)
         LITIGATION    *

This Document Relates to:    *
*Dubuclet v. Fleetwood Enterprises, Inc.*    *    JUDGE: ENGELHARDT
Case No. 07-9228    *
         *    MAG: CHASEZ

**************************************************

JOINT TRIAL PLAN OF THE PARTIES

| Date | Activity | Subject-Matter | Mode | PSC | Fleetwood | Fluor | Time |
|---|---|---|---|---|---|---|---|
| **Initial Matters**[1] | | | | | | | |
| | Voir Dire/Seating Jury | | | | | | 2:00:00 |
| | Opening Statement | | | 0:25:00 | 0:25:00 | | 0:50:00 |
| | Reading of Stipulations. | | | | | | 0:20:00 |
| | Pre Admission of Exhibits | | | | | | 0:20:00 |

---

[1] The parties understand that the Court will instruct the parties on the amount of time permitted for these items; the listed times are from the Gulf Stream case.

~Doc #1116494.01~

| Date | Activity | Subject-Matter | Mode | PSC | Fleetwood | Fluor | Time |
|---|---|---|---|---|---|---|---|
| **PSC Case** | | | | | | | |
| | Smith, Elden | Fleetwood CEO | Live | 0:30:00 | 0:30:00 | | 1:00:00 |
| | McBride, Danny | Fleetwood | Deposition | 0:40:00 | 0:20:00 | | 1:00:00 |
| | Croxton, James | Fleetwood | Deposition | 0:15:00 | 0:20:00 | | 0:35:00 |
| | Snyder, Albert | Fleetwood | Deposition | 0:15:00 | 0:20:00 | | 0:35:00 |
| | Williams, Patricia PhD | PSCExpert/ Toxicologist | Live | 0:35:00 | 1:00:00 | | 1:35:00 |
| | Farish, William | Fleetwood | Deposition | 0:30:00 | 0:15:00 | | 0:45:00 |
| | Smulski, Stephen, Ph.D | PSC expert/ wood science | Live | 0:45:00 | 0:30:00 | | 1:15:00 |
| | Kaltofen, Marco, PE | PSC Expert/Testing Database | Live | 0:20:00 | 0:20:00 | | 0:40:00 |
| | Ritter, Ervin | PSC Expert/ HVAC and Ventilation | Live | 0:15:00 | 0:30:00 | | 0:45:00 |
| | Schilligo, James | Morgan 30b6 | Deposition | 0:15:00 | 0:20:00 | | 0:35:00 |
| | Zieman, Michael | RADCO | Deposition | 0:40:00 | 0:20:00 | | 1:00:00 |
| | Mallet, Alexis | PSC Expert/Trailer Construction | Live | 0:35:00 | 0:30:00 | | 1:05:00 |
| | DeRosa, Christopher Dr. | CDC/ATSDR | Deposition | 0:50:00 | 0:20:00 | | 1:10:00 |
| | Garratt, David | FEMA | Deposition | 0:20:00 | 0:30:00 | | 0:50:00 |
| | Larson, Stanley | US/FEMA | Deposition | 0:10:00 | 0:15:00 | | 0:25:00 |

2

| Date | Activity | Subject-Matter | Mode | PSC | Fleetwood | Fluor | Time |
|---|---|---|---|---|---|---|---|
| | Scott, William, PE | PSC Expert/Tested Unit | Live | 0:10:00 | 0:20:00 | | 0:30:00 |
| | Hewett, Paul, PhD | PSC Expert/Statistics | Live | 0:30:00 | 0:20:00 | | 0:50:00 |
| | Guay, Jessica | Fleetwood | Deposition | 0:20:00 | 0:15:00 | | 0:35:00 |
| | Smith, Steven | Fleetwood | Deposition | 0:30:00 | 0:15:00 | | 0:45:00 |
| | Representative of Formaldehyde Council | | | 0:30:00 | 0:15:00 | | 0:45:00 |
| | Laughery, Kenneth PhD | PSC Expert/Warnings | Live | 0:20:00 | 0:15:00 | | 0:35:00 |
| | Shwery, Edward Dr. | PSC Expert Psychologist | Live | 0:35:00 | 0:30:00 | | 1:05:00 |
| | Miller, Larry Dr. | PSC Expert/ | Live | 0:45:00 | 0:40:00 | | 1:25:00 |
| | Dubuclet, Timothy | Brother of Plaintiff | Live | 0:15:00 | 0:10:00 | | 0:25:00 |
| | Picot, Leslie | Grandmother of Plaintiff | Live | 0:15:00 | 0:15:00 | | 0:30:00 |
| | Dubuclet, Elisha | Mother of Plaintiff | Live | 0:45:00 | 0:30:00 | | 1:15:00 |
| | Dubuclet, Timia | Plaintiff | Live | 0:10:00 | 0:15:00 | | 0:25:00 |
| PSC TOTALS | | | | 12:25:00 | 10:20:00 | | 0:22:45:00 |
| FLEETWOOD | | | | | | | |
| | James, Robert | Expert Toxicologist | Live | 0:15:00 | 1:00:00 | | 1:15:00 |
| | Dyson, William | Expert Industrial Hygienist | Live | 0:15:00 | 0:40:00 | | 0:55:00 |

3

| Date | Activity | Subject-Matter | Mode | PSC | Fleetwood | Fluor | Time |
|---|---|---|---|---|---|---|---|
| | Theobald, Forrest | Fleetwood. Former General Counsel | Live | 0:20:00 | 0:30:00 | | 0:50:00 |
| | Reick, Charles | Fleetwood. Materials/ Purchasing | Deposition | 0:20:00 | 0:30:00 | | 0:50:00 |
| | Sauers, Terri | Continental Lumber. Materials/ Purchasing | Deposition | 0:15:00 | 0:20:00 | | 0:35:00 |
| | McCreary, Bryan | US/FEMA | Deposition | 0:15:00 | 0:15:00 | | 0:30:00 |
| | McNeese, Martin | US/FEMA | Deposition | 0:15:00 | 0:15:00 | | 0:30:00 |
| | Bonomo, Guy | US/FEMA | Deposition | 0:15:00 | 0:15:00 | | 0:30:00 |
| | Souza, Kevin | FEMA | Deposition | 0:20:00 | 0:15:00 | | 0:35:00 |
| | Little, Joseph | CDC/ATSDR | Deposition | 0:30:00 | 0:30:00 | | 1:00:00 |
| | Ginevan, Michael | Expert Biostatistics | Live | 0:15:00 | 0:30:00 | | 0:45:00 |
| | Biazo, Craig | Fleetwood. FEMA contract, customer comments. | Live | 0:15:00 | 0:20:00 | | 0:35:00 |
| | Fribley, Thomas | Expert | Live | 0:15:00 | 0:30:00 | | 0:45:00 |
| | Serauskus, Damien | Expert | Live | 0:20:00 | 0:40:00 | | 1:00:00 |
| | Wozniak, Robert | Fleetwood. Travel Trailer design and construction, customer service issues. | Live | 0:25:00 | 0:45:00 | | 1:10:00 |
| | Cole, Dr. Phillip | Expert | Live | 0:15:00 | 1:15:00 | | 1:30:00 |

4

| Date | Activity | Subject-Matter | Mode | PSC | Fleetwood | Fluor | Time |
|---|---|---|---|---|---|---|---|
| | Maibach, Dr. Howard | Expert | Live | 0:15:00 | 1:30:00 | | 1:45:00 |
| | Farris, Dr. Patricia | Expert | Live | 0:20:00 | 0:20:00 | | 0:40:00 |
| | Wedner, Dr. James | Expert | Live | 0:15:00 | 1:00:00 | | 1:15:00 |
| | | | | | | | |
| | Closing Arguments[2] | | | 0:45:00 | 0:45:00 | | 1:30:00 |
| FLEETWOOD TOTALS | | | | 7:05:00 | 13:00:00 | | 20:05:00 |
| | | | | | | | |
| TOTAL TIME | | | | 19:30:00 | 23:20:00 | | |

---

[2] The parties understand that the Court will instruct the parties on the amount of time permitted for these items; the listed times are from the Gulf Stream case.

5