EXHIBIT D TO THE JOINT PRE-TRIAL ORDER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
|---|---|---|
| RELATES TO CIVIL ACTION NO. 07-9228 Aldridge, et al. vs. Gulf Stream Coach, Inc., et al. (Elisha Dubuclet obo Timia Dubuclet) | * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S REVISED WITNESS LIST

NOW INTO COURT, through undersigned counsel, come Plaintiff, Elisha Dubuclet, on behalf of her minor child, Timia Dubuclet, pursuant to this Honorable Court's Trial Scheduling Order dated August 17, 2009 (Doc. No. 2717), who hereby submit the following Witness List in connection with the above captioned matter:

|   | Category: | Witness: | Type of Witness: | May/Will Call: |
|---|---|---|---|---|
|   | **Plaintiffs:** |   |   |   |
| 1. |   | Elisha Dubuclet | Fact |   |
| 2. |   | Timia Dubuclet | Fact |   |
|   | **Specific to Dubuclet:** |   |   |   |
| 3. |   | Timothy Dubuclet, Jr. Brother of Timia Dubuclet | Fact |   |
| 4. |   | Leslie Picot Grandmother of Timia Dubuclet | Fact |   |

Lambert & Nelson, PLC dated November 30, 2009         Page 1 of 7

|     | Experts:          |                                           |        |   |
| --- | ----------------- | ----------------------------------------- | ------ | - |
| 5.  |                   | Dr. Lee Branscome, Ph.D., C.C.M.          | Expert |   |
| 6.  |                   | Dr. Paul Hewett, Ph.D.                    | Expert |   |
| 7.  |                   | Marco Kaltofen, P.E. (Civil), M.S.        | Expert |   |
| 8.  |                   | Dr. Kenneth Laughery, Ph.D.               | Expert |   |
| 9.  |                   | Alexis Mallet, Jr.                        | Expert |   |
| 10. |                   | Dr. Lawrence Miller, M.D., M.P.H.         | Expert |   |
| 11. |                   | Charles David Moore, P.E., P.L.S.         | Expert |   |
| 12. |                   | Ervin Ritter, P.E.                        | Expert |   |
| 13. |                   | William Scott, P.E., C.H.M.M.             | Expert |   |
| 14. |                   | Dr. Edward Shwery, Ph.D.                  | Expert |   |
| 15. |                   | Dr. Stephen Smulski, Ph.D.                | Expert |   |
| 16. |                   | Dr. Patricia Williams, Ph.D., D.A.B.T.    | Expert |   |
|     | Fleetwood, et al.:|                                           |        |   |
| 17. |                   | Representative of Fleetwood, et al.       | Fact   |   |
| 18. |                   | Elden Smith<br>Fleetwood, et al.<br>CEO   | Fact   |   |
| 19. |                   | Robert "Bob" Wozniak<br>Fleetwood Travel Trailers of Texas, Inc.<br>Retired Director of Engineering for Recreational Vehicles; Responsible for Placing Warning Labels in travel trailers<br>Manufacturing Plant 40 Production Employee | Fact |   |

| | | | | |
|---|---|---|---|---|
| 20. | | Forrest Theobald<br>Fleetwood Travel Trailers of Texas, Inc.<br>Retired Manufacturing Plant 40 Production Employee<br>General Historical Standpoint | Fact | |
| 21. | | Doug Henriquez<br>Fleetwood, et al.<br>Director for Business Development<br>Waco Facilities | Fact | |
| 22. | | William C. Farish<br>Fleetwood, et al.<br>Director of Product Engineering for the Housing Group | Fact | |
| 23. | | Charlie Reick<br>Fleetwood, et al. | Fact | |
| 24. | | Chris Braun<br>Fleetwood, et al.<br>Executive Vice President of the RV Group | Fact | |
| 25. | | Danny McBride<br>Fleetwood, et al.<br>Senior Supervisor | Fact | |
| 26. | | Jessica Guay<br>Fleetwood, et al.<br>Former Employee | Fact | |
| 27. | | James Croxton<br>Fleetwood, et al. | Fact | |
| 28. | | Albert Snyder<br>Fleetwood, et al. | Fact | |
| 29. | | Steven Smith<br>Fleetwood, et al. | Fact | |
| | **Fluor Enterprises, Inc.:** | | | |
| 30. | | Representative of Fluor Enterprises, Inc. | Fact | |

| | | | | |
|---|---|---|---|---|
| 31. | | Hugo Linares<br>Fluor Enterprises, Inc.<br>Project Service Manager | Fact | |
| 32. | | Al Whitaker<br>Fluor Enterprises, Inc.<br>Program Manager | Fact | |
| 33. | | Dave Methot<br>Fluor Enterprises, Inc.<br>Contracting Officer's Technical Representative (COTR) Compliance | Fact | |
| 34. | | Robert Duckworth<br>Fluor Enterprises, Inc. | Fact | |
| 35. | | John B. Reeves<br>Fluor Enterprises, Inc.<br>Subcontractor | Fact | |
| | **Government/ FEMA:** | | | |
| 36. | | Dr. Christopher DeRosa<br>Previously Center for Disease Control and Prevention (CDC) | Fact/ Expert | |
| 37. | | Commander Joseph Little<br>Emergency Coordinator for the National Institute for Occupational Safety and Health (NIOSH)í | Fact | |
| 38. | | David E. Garratt<br>FEMA<br>Acting Deputy Administrator | Fact | |
| 39. | | Rene Rodriguez<br>FEMA | Fact | |
| 40. | | Stephen C. Miller<br>FEMA<br>Disaster Reservist in Region 2 | Fact | |

| 41. | | Kevin Souza<br>FEMA<br>Enterprise Coordination and Information Management Section Chief, Virginia | Fact | |
| --- | --- | --- | --- | --- |
| 42. | | Michael Lapinski<br>FEMA<br>Federal Coordinating Officer | Fact | |
| 43. | | Bryan McCreary<br>FEMA<br>Contracting Officer | Fact | |
| 44. | | David Porter<br>FEMA<br>Contracting Officer's Technical Representative (COTR) | Fact | |
| 45. | | Martin E. McNeese<br>FEMA<br>Program Officer for FEMA Region 8 in Individual Assistance Programs | Fact | |
| 46. | | Guy Bonomo<br>FEMA<br>Direct Housing Operations Chief | Fact | |
| 47. | | Stephen Harris<br>FEMA<br>Unit Inspector | Fact | |
| 48. | | Stanley Larson<br>FEMA<br>Employee | Fact | |
| | **Morgan Building & Spas, Inc.:** | | | |
| 49. | | Representative of Morgan Building and Spa, Inc. | Fact | |
| 50. | | James Schilligo<br>Morgan Building Systems<br>Assistant to President of Morgan Building Systems | Fact | |

| 51. |  | Guy Morgan<br>Morgan Building Systems<br>President and CEO | Fact |  |
|---|---|---|---|---|
|  | **Vendors/ Suppliers:** |  |  |  |
| 52. |  | Mark Atkins<br>Representative of Georgia-Pacific Corporation | Fact |  |
|  | **Other:** |  |  |  |
| 53. |  | Representative of the Formaldehyde Council | Fact |  |
| 54. |  | Nathan R. Vallette<br>W.D. Scott Group | Fact |  |
| 55. |  | Ronni Troiano<br>W.D. Scott Group | Fact |  |
| 56. |  | D. Scott Johnson<br>Bombet, Cashio & Associates<br>Photographer | Fact |  |
| 57. |  | Michael L. Zieman, P.E.<br>Resources Applications, Designs and Controls, Inc., Listing and Testing Division (RADCO)<br>Vice President | Fact |  |
| 58. |  | Any and all other witnesses who may be identified or discovered on the basis of Defendants' responses to discovery propounded by Plaintiffs or depositions taken during discovery in this matter | Fact/ Expert |  |
| 59. |  | Any and all witnesses listed by any other party in this action | Fact/ Expert |  |

Plaintiff respectfully reserve the right to call any witness who becomes known during discovery in this matter or is listed by any party. Plaintiff further reserve the right to supplement and amend this list once discovery is complete.

Lambert & Nelson, PLC dated November 30, 2009          Page 6 of 7

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:    /s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:   504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

        /s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:   504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        MIKAL WATTS, Texas # 20981820
        DENNIS REICH, Texas # 16739600
        ROBERT BECNEL, #14072