# EXHIBIT E
# TO THE JOINT PRETRIAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION: N(5) |
| This Document Relates to:<br>*Dubuclet v. Fleetwood Enterprises, Inc.*<br>Case No. 07-9228 | JUDGE: ENGELHARDT<br><br>MAG: CHASEZ |

*************************************************************************

## FLEETWOOD ENTERPRISES, INC.'S DESIGNATION OF WITNESSES

NOW INTO COURT, through undersigned counsel, comes Fleetwood Enterprises, Inc. which hereby submits the following witness list in the above captioned matter:

| | WITNESS | TYPE OF WITNESS | MAY/WILL CALL[1] |
|---|---|---|---|
| FLE1 | Craig Biazo<br>Former Fleetwood employee and 30(b)(6) witness (Deposition dates June 25, 2009 and August 18, 2009) | Fact Witness | May Call |
| FLE2 | James Croxton<br>Former Fleetwood employee and 30(b)(6) witness<br>(Deposition date August 18, 2009) | Fact Witness | May Call |
| FLE3 | William Farish<br>Former Fleetwood employee and 30(b)(6) witness<br>(Deposition in class cert July 16, 2008, Deposition date November 4, 2009) | Fact Witness | May Call |
| FLE4 | Jessica Guay | Fact Witness | May Call |

---

[1] Witnesses called will either testify live or by deposition. Dates of depositions for each witness are shown.

|       |                                                                                                                                                 |                                        |           |
|-------|-------------------------------------------------------------------------------------------------------------------------------------------------|----------------------------------------|-----------|
|       | Former Fleetwood employee (Deposition November 4, 2009)                                                                                         |                                        |           |
| FLE5  | Douglas Henriquez<br>Former Fleetwood employee and 30(b)(6) witness (Deposition in class cert portion of case date July 16, 2008)               | Fact Witness                           | May Call  |
| FLE6  | Jason Leidig<br>Former Fleetwood employee<br>(Deposition date November 3, 2009)                                                                 | Fact Witness                           | May Call  |
| FLE7  | Danny McBride<br>Former Fleetwood employee<br>(Deposition date November 6, 2009)                                                                | Fact witness                           | May Call  |
| FLE8  | Charles Reick<br>Former Fleetwood employee<br>(Deposition date October 6, 2009)                                                                 | Fact Witness                           | May Call  |
| FLE9  | Terri Sauers<br>Former Continental Lumber employee and 30(b)(6) witness<br>(Deposition class cert portion of case date July 16, 2008)           | Fact Witness                           | May Call  |
| FLE10 | James Schilligo<br>Morgan                                                                                                                       | Fact Witness                           | May Call  |
| FLE11 | Elden Smith<br>Fleetwood employee<br>(Deposition date October 7, 2009)                                                                          | Fact Witness                           | Will Call |
| FLE12 | Steven Smith<br>Former Fleetwood employee<br>(Deposition date November 3, 2009)                                                                 | Fact Witness                           | May Call  |
| FLE13 | Albert Snyder<br>Former Fleetwood employee and 30(b)(6) witness<br>(Deposition date August 18, 2009)                                            | Fact Witness                           | May Call  |
| FLE14 | Forrest Theobald<br>Former Fleetwood employee and 30(b)(6) witness (Deposition date June 25, 2009)                                              | Fact Witness                           | May Call  |
| FLE15 | Robert Wozniak<br>Former Fleetwood employee, 30(b)(6) witness and expert witness<br>(Deposition dates June 25, 2009, August 18, 2009, and October 6, 2009) | Fact Witness and Expert Witness | May Call  |
| FLE16 | Michael Zieman<br>RADCO<br>(Deposition date October 6, 2009)                                                                                    | Fact Witness                           | May Call  |
| FLE17 | Philip Cole, M.D.<br>Fleetwood Expert –<br>Epidemiologist                                                                                       | Expert Witness                         | May Call  |

|       |                                                                                                              |                |           |
|-------|--------------------------------------------------------------------------------------------------------------|----------------|-----------|
|       | (Deposition date October 27, 2009)                                                                           |                |           |
| FLE18 | William Dyson<br>Fleetwood Expert – Industrial Hygienist<br>(Deposition date October 27, 2009)               | Expert Witness | May Call  |
| FLE19 | Dr. Patricia Farris<br>Dermatologist/IME of Timia Dubuclet<br>(Deposition date October 14, 2009)             | Expert Witness | May Call  |
| FLE20 | Thomas Fribley<br>Fleetwood Expert --<br>RV construction and design<br>(Deposition date October 21, 2009)    | Expert Witness | May Call  |
| FLE21 | Michael Ginevan, PhD<br>Fleetwood Expert –<br>Biostatistician<br>(Deposition date November 4, 2009)          | Expert Witness | May Call  |
| FLE22 | Robert James, Ph.D.<br>Fleetwood Expert - Toxicologist                                                       | Expert Witness | Will Call |
| FLE23 | Dr Howard Maibach<br>Fleetwood Expert -- Dermatoxicologist<br>(Deposition date October 20, 2009)             | Expert Witness | Will Call |
| FLE24 | Damien W. Serauskas, P.E.<br>Fleetwood Expert –<br>Technical Items related to indoor air quality and construction<br>(Deposition date October 22, 2009) | Expert Witness | May Call  |
| FLE25 | Anthony Watson<br>Fleetwood Expert – Industrial Hygienist<br>(Deposition date October 27, 2009)              | Expert Witness | May Call  |
| FLE26 | James Wedner, MD, FAAAI<br>Fleetwood Expert –<br>Allergic and Immunologic Diseases<br>(Deposition date October 12, 2009) | Expert Witness | Will Call |
| FLE27 | Timia Dubuclet<br>Plaintiff                                                                                  | Fact Witness   | May Call  |
| FLE28 | Elisha Dubuclet<br>Mother of Plaintiff                                                                       | Fact Witness   | May Call  |
| FLE29 | Leslie Picot<br>Grandmother of Plaintiff                                                                     | Fact Witness   | May Call  |
| FLE30 | Timothy Dubuclet<br>Brother of Plaintiff                                                                     | Fact Witness   | May Call  |
| FLE31 | David Garratt<br>FEMA employee<br>(Deposition date July 7, 2009).                                            | Fact Witness   | May Call  |
| FLE32 | Joseph Little<br>ATSDR Employee<br>(Deposition date June 23, 2009)                                           | Fact Witness   | May Call  |

| | | | |
|---|---|---|---|
| FLE33 | Bryan McCreary<br>FEMA employee<br>(Deposition date September 23, 2008) | Fact Witness | May Call |
| FLE34 | David Porter<br>FEMA Employee<br>(Deposition date July 8, 2009). | Fact Witness | May Call |
| FLE35 | Kevin Souza<br>FEMA Employee<br>(Deposition date September 23, 2008) | Fact Witness | May Call |
| FLE36 | Martin McNeese<br>FEMA Employee<br>(Deposition date July 14, 2009) | Fact Witness | May Call |
| FLE37 | Guy Bonomo<br>FEMA Employee | Fact Witness | May Call |
| FLE38 | Stanley Larson<br>FEMA Employee | Fact Witness | May Call |
| FLE39 | Al Whitaker<br>Fluor Employee<br>(Deposition date August 5, 2009) | Fact Witness | May Call |
| FLE40 | Joseph Fritz<br>FEMA | Fact Witness | May Call |
| FLE41 | Rene Rodriquez<br>FEMA | Fact Witness | May Call |
| FLE42 | Any witness listed on any other party's witness list. | | May Call |