UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873
SECTION N MAG. 5

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT PERTAINS TO:

Civil Action Nos. 09-6916; 09-6917;
09-6918; 09-6919; 09-6920; 09-6637;
09-6923; 09-6924; 09-6925; 09-6926;
09-6927; 09-6928; 09-6718; 09-6639;
09-6640; 09-6930; 09-6931; 09-6641;
09-6932; 09-6933; 09-6935; 09-6936;
09-6937; 09-6938; 09-6939; 09-6940;
09-6941; 09-6942; 09-6944; 09-6945;
09-6946; 09-6947; 09-6642; 09-6948;
09-6951; 09-6503; 09-6719; 09-6955;
09-6956; 09-6958; 09-6959; 09-6960;
09-6962; 09-6964; 09-6965; 09-6417;
09-6418

JURY DEMANDED

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i) AGAINST DEFENDANT SHAW ENVIRONMENTAL, INC.**

NOW INTO COURT, through undersigned counsel, come the Plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and based upon the representation of counsel for Shaw Environmental, Inc. ("Shaw"), as well as the attached affidavit executed by Geoffrey C. Compeau (**Exhibit "A"**) for Shaw Environmental, Inc., that Shaw did not haul, install, or maintain travel trailers, park model trailers, or mobile homes in the States of Mississippi or Alabama pursuant to Shaw's IA/TAC contract with FEMA, hereby give notice of Named Plaintiffs' voluntary dismissal, without prejudice, of all claims asserted against the Defendant

**Shaw Environmental, Inc.** in the complaints previously filed in the above- referenced civil actions numbers.

                              Respectfully submitted,

                              /s/ Robert C. Hilliard

                              _____
                              **ROBERT C. HILLIARD**
                              **Trial Attorney in Charge for Plaintiffs**
                              Texas State Bar No. 09677700
                              Southern District of TX Federal ID No.  5912
                              Kevin W. Grillo, Of Counsel
                              Texas State Bar No. 08493500
                              Southern District of TX Federal ID No. 4647
                              ROBERT C. HILLIARD, L.L.P.
                              719 S. Shoreline Boulevard, Suite 500
                              Corpus Christi, Texas 78401
                              Telephone:  (361) 882-1612
                              Facsimile:  (361) 882-3015

                              **MIKAL C. WATTS**
                              Texas State Bar No. 20981820
                              Southern District of TX Federal ID No. 12419
                              MIKAL C. WATTS, P.C.
                              2506 N. Port Ave.
                              Corpus Christi, Texas 78401
                              Telephone: (800) 994-0019
                              Facsimile: (361) 882-1261

                              **RICHARD P. IEYOUB**
                              Louisiana State Bar and
                              Eastern District of Louisiana Federal ID No. 2217
                              CARLETON DUNLAP OLINDE & MOORE, LLC
                              One American Place, Suite 900
                              Baton Rouge, LA 70825
                              Phone 225-282-0600
                              Fax 225-282-0650

        **DANIEL D. WARE**
        Mississippi State Bar and
        Southern District of Mississippi Federal ID No. 10847
        **CARROLL LOUIS CLIFFORD IV**
        Mississippi State Bar and
        Southern District of Mississippi Federal ID No. 99545
        WARE CLIFFORD LAW FIRM PLLC
        2625 Ridgewood Rd., Ste 100
        Jackson, MS 39216
        Phone 601-368-9310
        Fax 601-368-9958

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that on November 30, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

        /s/ Robert C. Hilliard
        _____
        **ROBERT C. HILLIARD**