UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
All Cases

MDL NO. 07-1873

SECTION N(5)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

*****************************************************

## AFFIDAVIT OF GEOFFREY C. COMPEAU

1. My name is Geoffrey C. Compeau. I am an employee of Shaw Environmental, Inc. ("Shaw").

2. I worked as the Program Manager for Shaw in connection with the IA/TAC contract dated September 30, 2005 between Shaw and FEMA (the "Contract").

3. I am personally familiar with the scope of Shaw's work under the Contract.

4. Shaw did not haul, install, or maintain any travel trailers, park model trailers, or mobile homes in the States of Mississippi or Alabama in connection with Shaw's work under the Contract.

Geoffrey C. Compeau

SWORN TO AND SUBSCRIBED before me, Notary Public, at Seattle, Washington, this 2ND day of ~~October~~ November, 2009.

NOTARY PUBLIC

PLAINTIFF'S
EXHIBIT
"A"