IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>  PRODUCTS LIABILITY LITIGATION | *    MDL NO. 1873<br>*<br>*    SECTION: N (5)<br>* |
| This document relates to: *Lyndon T. Wright v.*<br>  *Forest River, Inc., et al,* Docket No. 09-2977 | *    JUDGE ENGELHARDT<br>*<br>*    MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * *

## FOREST RIVER, INC.'S WITNESS LIST

**NOW INTO COURT,** through undersigned counsel, comes Forest River, Inc. who, in accordance with this Honorable Court's scheduling order in the above-captioned matter, hereby submits the following witness list.  As both fact and expert discovery is ongoing, Forest River, Inc. expressly reserves the right to supplement or truncate this list as the litigation continues.

| | WITNESS | TYPE OF WITNESS | MAY/WILL CALL |
|---|---|---|---|
| FR 1 | David Porter<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| FR 2 | David Garratt<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| FR 3 | M. Bryan McCreary<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |

| FR 4 | Stephen Miller<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
|------|--------------------------------|--------------|----------------------------|
| FR 5 | Michael Lapinski<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| FR 6 | Martin McNeese<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| FR 7 | Kevin Souza<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| FR 8 | Steve Miller<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| FR 9 | Joseph Little<br>ATSDR  Employee | Fact Witness | May Call<br>(by deposition) |
| FR 10 | Bellance Green<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| FR 11 | Joseph Fritz<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| FR 12 | Rene Rodriguez<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| FR 13 | Stanley Larson<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| FR 14 | Travis Morris<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| FR 15 | Guy Bonomo<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| FR 16 | Charles Field, M.D.<br>Plaintiff's Treating Physician | Fact/Expert Witness | May Call<br>(by deposition) |
| FR 17 | Graham Allen<br>Forest River, Inc. Expert<br>Chemical Engineering and Professor of<br>Fiber and Polymer Science | Expert Witness | May Call |
| FR 18 | Philip Cole, MD, DrPH<br><br>Forest River, Inc. Expert<br>Epidemiologist | Expert Witness | May Call |

| FR 19 | Nathan T. Dorris, Ph.D.<br>Forest River, Inc. Expert<br>Warnings and Communications<br>pertaining to product safety | Expert Witness | May Call |
|---|---|---|---|
| FR 20 | William L. Dyson, PhD, CIH<br>Forest River, Inc. Expert<br>Industrial Hygienist | Expert Witness | May Call |
| FR 21 | Thomas Fribley<br>Forest River, Inc. Expert<br>RV Construction and Design | Expert Witness | May Call |
| FR 22 | Norman Nelson, P.E.<br>Forest River, Inc. Expert<br>Air Quality and Construction | Expert Witness | May Call |
| FR 23 | Kenneth Smith, M.D.<br>Forest River Inc. Expert<br>Pulmonary Diseases | Expert Witness | May Call |
| FR 24 | Donald Snell, P.E.<br>Forest River, Inc. Expert<br>Air Quality and Construction | Expert Witness | May Call |
| FR 25 | Dr. John Thompson, Jr.<br>Forest River, Inc. Expert<br>Psychiatrist | Expert Witness | May Call |
| FR 26 | Anthony Watson<br>Forest River, Inc. Expert<br>Industrial Hygienist | Expert Witness | May Call |
| FR 27 | James Wedner, MD, FAAAI<br>Forest River, Inc. Expert<br>Allergic and Immunologic Diseases | Expert Witness | May Call |
| FR 28 | Robert James, Ph.D.<br>FEMA Expert<br>Toxicologist | Expert Witness | May Call |
| FR 29 | Richard Monson, M.D., Sc.D.<br>FEMA Expert<br>Epidemiologist | Expert Witness | May Call |

| FR 30 | Coreen Robbins, M.H.S., Ph.D., C.I.H.<br>FEMA Expert<br>Industrial Hygienist | Expert Witness | May Call |
|---|---|---|---|
| FR 31 | Mark Polk<br>FEMA Expert<br>RV Construction and Design | Expert Witness | May Call |
| FR 32 | Bruce J. Kelman, Ph.D<br>FEMA Expert<br>Toxicologist - Mold | Expert Witness | May Call |
| FR 33 | Dr. Richard Spector<br>Otolaryngologist | Expert Witness | May Call |
| FR 34 | Elton Kiefer<br>Forest River employee | Fact Witness | May Call |
| FR 35 | Jeff Burian<br>Forest River employee | Fact Witness | May Call |
| FR 36 | Doug Gaeddert<br>Forest River employee | Fact Witness | May Call |
| FR 37 | Custodian of records for Uptown Nephrology | Fact Witness | May Call |
| FR 38 | Custodian of records for Touro Infirmary | Fact Witness | May Call |
| FR39 | Custodian of records for Jefferson Pulmonary Associates (East Jefferson General Hospital) | Fact Witness | May Call |
| FR 40 | Custodian of records for Rite Aid Pharmacy | Fact Witness | May Call |
| FR 41 | Custodian of records for Walgreen's Pharmacy | Fact Witness | May Call |
| FR 42 | Custodian of records for Entergy New Orleans, Inc./Entergy Louisiana, LLC | Fact Witness | May Call |
| FR 43 | Custodian of records for Materials Management Group, Inc. | Fact Witness | May Call |
| FR 44 | Custodian of records for Hyatt Corporation | Fact Witness | May Call<br>(by deposition) |

| FR 45 | Custodian of records for City of New Orleans | Fact Witness | May Call |
|---|---|---|---|
| FR 46 | Custodian of records for Riverland Credit Union | Fact Witness | May Call |
| FR 47 | Custodian of records for J.P. Morgan Chase | Fact Witness | May Call (by deposition) |
| FR 48 | Custodian of records for Poydras Properties Hotel Holdings | Fact Witness | May Call (by deposition) |
| FR 49 | Custodian of records for Orleans Parish School Board and/or Walter Cohen High School | Fact Witness | May Call |
| FR 50 | Custodian of records for Aetna | Fact Witness | May Call (by deposition) |
| FR 51 | Custodian of records for Cigna Healthcare | Fact Witness | May Call (by deposition) |
| FR 52 | Custodian of records for United Healthcare | Fact Witness | May Call (by deposition) |
| FR 53 | Custodian of records for SHC New Orleans, LLC | Fact Witness | May Call (by deposition) |
| FR 54 | A representative of Materials Management Group, Inc. | Fact Witness | May Call (by deposition) |
| FR 55 | A representative of C. Martin Company, Inc. | Fact Witness | May Call (by deposition) |
| FR 56 | A representative of A.M.E. Services, Inc. | Fact Witness | May Call |
| FR 57 | A representative of Crown Roofing Services, Inc. | Fact Witness | May Call |
| FR 58 | A representative of North American Catastrophe Services, Inc. | Fact Witness | May Call (by deposition) |
| FR 59 | Ms. Bobbie Wright | Fact Witness | May Call (by deposition) |

| FR 60 | Custodian of records for the Civil District Court for Orleans Parish, State of Louisiana | Fact Witness | May Call |
|---|---|---|---|
| FR 61 | Ms. Lucretia Johnson | Fact Witness | May Call |
| FR 62 | Ms. Vanessa Johnson | Fact Witness | May Call |
| FR 63 | Ms. Michelle Wright | Fact Witness | May Call |
| FR 64 | Any other physician who has treated plaintiff prior, during or subsequent to the alleged exposure | Fact Witness | May Call |
| FR 65 | Any witness needed to identify or authenticate a document to be entered into evidence | Fact Witness | May Call |
| FR 66 | Any witness needed for rebuttal purposes | Fact Witness | May Call |
| FR 67 | Any witness listed in any other party's witness list | Fact Witness | May Call |

Respectfully submitted,


 /s/ Jason D. Bone
ERNEST P. GIEGER, JR. (6154)
JASON D. BONE (28315)
CARSON W. STRICKLAND (31336)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
ATTORNEYS FOR FOREST RIVER, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 30th day of November, 2010, a copy of the foregoing Forest River, Inc.'s Witness List was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Jason D. Bone