UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Charlie Age, et al. v* | * | |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | JUDGE: ENGELHARDT |
| | * | |
| **This Pleading Pertains Only to**: Severed Claims | * | |
| of Alana Alexander individually and on behalf | * | MAG: CHASEZ |
| of the minor child Christopher Cooper | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing Motion for Leave to File Reply Memorandum in Support of Gulf Stream Coach, Inc.'s Motion to Assess Taxable Costs;

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc. is hereby granted leave to file its Reply Memorandum in Support of Gulf Stream Coach, Inc.'s Motion to Assess Taxable Costs.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
J U D G E