

**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**



| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135968 | 8/12/2009 | 60965 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/7/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

1 COPY OF TRANSCRIPT OF:
  Angela Baksh                                                    544.15

                                    **TOTAL DUE >>>        $544.15**

Transcript previously shipped

Our File Number: *Bil-6956i-660*  Today's Date *8/15/09*

File Name: *Depo of A. Baksh.*

Description: *Hillman / Gsei*

Requested by/Bill Attorney *Prd n/ch* Expense Code: *Depo*

Client Approved by: _____



Tax ID: 72-1177884                    Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment*

Watson, Philip G.                          Invoice No.   :  135968
Duplass, Zwain, Bourgeois, Pfister & Weinstock    Invoice Date  :  8/12/2009
Three Lakeway Center                       **Total Due**    :  **$ 544.15**
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

OLS-9491

Remit To: **Professional Shorthand Reporters, Inc.**      Job No.    :  60965
          **601  Poydras Street**                 BU ID      :  1-REP
          **Suite 1615**                     Case No.   :  1873
          **New Orleans, LA 70130**               Case Name  :  In Re: FEMA Trailer Formaldehyde products
                                                     Liability Litigation



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135800 | 7/31/2009 | 60873 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/29/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

---

1 COPY OF TRANSCRIPT OF:
   Anglea Baksh

                                              101.57

Transcript previously shipped        **TOTAL DUE >>>**    **$101.57**

Our File Number: _06-6501-100_   Today's Date _6/4/09_

File Name: _Hillard / 6501_

Description: _Depo of A. Baksh_

Requested by/Bill Attorney: _AMM/amb_   Expense Code: _D 400_

Client Approved by: _____

Tax ID: 72-1177884          Phone: 504-832-3700  Fax:504-837-3119

*Please detach bottom portion and return with payment.*

---

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | | |
|---|---|---|
| Invoice No. | : | 135800 |
| Invoice Date | : | 7/31/2009 |
| **Total Due** | : | **$ 101.57** |

OLS-9164

Remit To: **Professional Shorthand Reporters, Inc.
601 Poydras Street
Suite 1615
New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60873 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

_entered 8·21_

# INVOICE DG

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136027 | 8/12/2009 | 60901 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/6/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

1 COPY OF TRANSCRIPT OF:
   Gerald Paul Blanchard, II

446.20

**TOTAL DUE  >>>**          **$446.20**

Transcript was previously shipped

Our File Number: _06-6351-100_   Today's Date: _8/18/09_

File Name: _Hillard/Gsei_

Description: _Depo of G. Blanchard_

Requested by/Bill Attorney: _Brd/Crd_   Expense Code: _1300_

Client approval by: _____

**Tax ID:** 72-1177884                          Phone: 504-832-3700   Fax:504-837-3119

_Please detach bottom portion and return with payment._

---

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | | |
|---|---|---|
| Invoice No. | : | 136027 |
| Invoice Date | : | 8/12/2009 |
| **Total Due** | : | **$ 446.20** |

OLS-9428

Remit To: **Professional Shorthand Reporters, Inc.**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60901 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

*One set up Vendor*
*(# 228G )*
09-17-09

# UNITED REPORTING, INC.

United Reporting Services
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221  Fax: (954) 525-0511
www.unitedreporting.net

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 54820 | 8/24/2009 | 83205 |
| Job Date | Case No. | |
| 8/21/2009 | | |
| Case Name | | |
| In Re: FEMA Railer Formaldehyde Products Liability Litigation | | |
| Payment Terms | | |
| Due upon receipt | | |

Joseph G. Glass, Esq.
Duplass, Zwain, Borgeois, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metraire, LA 70002

| | | | |
|---|---|---|---|
| Deposition Of: | | | |
| Guy Bonomo | | 56.00 Pages | 179.20 |
| Mini Transcript | | | 15.00 |
| Exhibits | | 10.00 Pages | 5.00 |
| Shipping & Handling ( Fed Ex ) | | | 34.00 |
| | | **TOTAL DUE >>>** | **$233.20** |

One Certified Copy and Word Index
NR|West

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.



PAID
SEP 2009

Our File Number: 06-6661-100   Today's Date: 8/0?/06
File Name: Hillard/6661
Description: Depo 83 G. Bonomo
Requested by/Bill Attorney: *(handwritten)*   Expense Code: 0900
Client Approved by: _____

Tax ID: 55-0793657                                                Phone: 504-832-3700   Fax:

*Please detach bottom portion and return with payment.*

Joseph G. Glass, Esq.
Duplass, Zwain, Borgeois, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metraire, LA 70002

| | | | |
|---|---|---|---|
| Job No. | : 83205 | BU ID | : United |
| Case No. | : | | |
| Case Name | : In Re: FEMA Railer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : 54820 | Invoice Date | : 8/24/2009 |
| Total Due | : $ 233.20 | | |

OLS-10039

Remit To:  **United Reporting, Inc.**
           **1218 Southeast 3rd Avenue**
           **Fort Lauderdale, FL 33316**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

S



# *Midwest Reporting, Inc.*

## *Court Reporters*

**Number: 90840-3**

**Date:    July 21, 2009**

**Bill To:**
Mr. Andrew D. Weinstock
Duplass Zwain Bourgeois Pfister & We
29th Floor, Three Lakeway Center
3838 North Causeway Boulevard
Metairie, LA 70002

*07.29.09*

*2MR set up vendor (# 2172 )*

| Date Taken | Date Delivered | Fed ID #35-1818022 | Reporter |
|---|---|---|---|
| 7/16/09 & 7/17/09 | 7/21/09 | | Angela |

| Description | Amount |
|---|---|
| In Re: The FEMA Trailer Formaldehye Products Liability Litigation Charlie Age, et al -vs- Gulf Stream Coach, Inc., et al | |
| Depositions of Susan Linda Esparza, Joseph Cleland, Terry L. Slone, Jr. Todd Lentych, Kyle R. Timmins, James R. Brown, Jeffrey Zumbrun, Jeremy Williams, William Dudek | |
| 517 pages one copy w/miniscript and E-transcript | 1,079.85 |
| Shipping & Handling | 20.00 |
| 54 exhibit copies | 8.10 |

Ole HSCI-100  Today's Date: 7/24/09
File Name: Hilliard/HSCI
Witness: Ulpo transcripts
Requested by/for Attorney: ADW   Expense Code: DEDU

*PAYMENT DUE UPON RECEIPT!*
*THANK YOU*

| | Total | $1,107.95 |

*1448 Lincolnway East.*
*South Bend, Indiana  46613*

Phone (800) 270-3121        (574) 288-4242
Fax (574) 288-5441


OLS-8902

S

# I N V O I C E

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23536 | 7/28/2009 | 15308 |
| **Job Date** | **Case No.** | |
| 7/8/2009 | MDL NO. 1873 | |
| **Case Name** | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Net 30 | | |

Timothy D. Scandurro
Scandurro & Layrisson LLC
607 St. Charles Avenue
New Orleans, LA 70130

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| David Porter | | | | 595.05 |
| Exhibit | 44.00 Pages | @ | 0.35 | 15.40 |
| Draft Transcript (ASCII) | 176.00 Pages | @ | 1.50 | 264.00 |
| Processing Fee | | | 55.00 | 55.00 |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$929.45** |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$929.45** |

**Tax ID:** 53-0257990

Phone: 504-522-7100   Fax:

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23549 | 7/28/2009 | 15309 |
| **Job Date** | **Case No.** | |
| 7/9/2009 | MDL NO. 1873 | |
| **Case Name** | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Net 30 | | |

Timothy D. Scandurro
Scandurro & Layrisson LLC
607 St. Charles Avenue
New Orleans, LA 70130

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Stephen Miller | 214.00 | Pages | @ | 2.55 | 545.70 |
| Exhibit | 69.00 | Pages | @ | 0.35 | 24.15 |
| Draft Transcript (ASCII) | 214.00 | Pages | @ | 1.50 | 321.00 |
| Synchronized video on DVD | 4.50 | Hours | @ | 45.00 | 202.50 |
| Processing Fee | | | | 55.00 | 55.00 |

| | |
|---|---|
| TOTAL DUE >>> | $1,148.35 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $1,148.35 |

**Tax ID:** 53-0257990

Phone: 504-522-7100   Fax:

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23501 | 7/28/2009 | 15307 |

| Job Date | Case No. | |
|---|---|---|
| 7/7/2009 | MDL NO. 1873 | |

| Case Name | | |
|---|---|---|
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Timothy D. Scandurro
Scandurro & Layrisson LLC
607 St. Charles Avenue
New Orleans, LA 70130

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| David Garratt | 245.00 Pages | @ | 2.55 | 624.75 |
| Exhibit | 51.00 Pages | @ | 0.35 | 17.85 |
| Draft Transcript (ASCII) | 245.00 Pages | @ | 1.50 | 367.50 |
| Synchronized video on DVD | 4.75 Hours | @ | 45.00 | 213.75 |
| Processing Fee | 55.00 | | | 55.00 |

| | |
|---|---|
| TOTAL DUE  >>> | $1,278.85 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $1,278.85 |

**Tax ID:** 53-0257990

Phone: 504-522-7100   Fax:

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260    Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23589 | 7/28/2009 | 15422 |

| Job Date | Case No. |
|---|---|
| 7/14/2009 | MDL NO. 1873 |

| Case Name |
|---|
| In re: FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Net 30 |

Timothy D. Scandurro
Scandurro & Layrisson LLC
607 St. Charles Avenue
New Orleans, LA 70130

1 CERTIFIED COPY OF TRANSCRIPT OF:

Martin McNeese

| | | | | |
|---|---|---|---|---|
| Exhibit | 133.00 Pages | @ | 2.55 | 339.15 |
| Draft Transcript (ASCII) | 26.00 Pages | @ | 0.35 | 9.10 |
| Synchronized video on DVD | 133.00 Pages | @ | 1.50 | 199.50 |
| Processing Fee | 2.75 Hours | @ | 45.00 | 123.75 |
| | | | 55.00 | 55.00 |

| | |
|---|---|
| TOTAL DUE  >>> | $726.50 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $726.50 |

Tax ID: 53-0257990

Phone: 504-522-7100    Fax:

LegaLink, Inc. - A Merrill Company
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 287879 | 07/30/2009 | 01-159429 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/15/2009 | LONAMI | 1873 |

| CASE CAPTION |
|---|
| FEMA Formaldehyde Products, In Re: |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Timothy D. Scandurro, Esquire
Scandurro & Layrisson, LLC
607 St. Charles Avenue
New Orleans, LA 70130

```
EXPEDITED COPY & INDEX OF TRANSCRIPT OF:
  Kevin Souza                       178 Pages              703.10
        Rough Draft             135.00 Pages              168.75
        OVERNIGHT/MESSENGER DELY                            25.00
                                                         --------
                             TOTAL  DUE   >>>>             896.85

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

PLEASE MAKE CHECKS PAYABLE TO:
~
LegaLink, Inc. - A Merrill Company
P.O. Box 630484
Baltimore, MD 21263
~
Tax ID No.: 20-2665382

TAX ID NO.:  20-2665382                                    (504) 522-7100

*Please detach bottom portion and return with payment.*

Timothy D. Scandurro, Esquire
Scandurro & Layrisson, LLC
607 St. Charles Avenue
New Orleans, LA 70130

```
Invoice No.:  287879
Date        :  07/30/2009
TOTAL DUE   :      896.85


Job No.     :  01-159429
Case No.    :  1873
FEMA Formaldehyde Products, In Re:
```

Remit To:    LegaLink, Inc.
             P.O. Box 630484
             Baltimore, MD 21263

# *Midwest Reporting, Inc.*



## *Court Reporters*

**Number: 90813-2**

**Date:**   **July 14, 2009**

**Bill To:**

Mr. Dewey M. Scandurro
Scandurro & Layrisson
607 St. Charles Avenue
New Orleans, LA 70130

| Date Taken | Date Delivered | Fed ID #35-1818022 | Reporter |
|---|---|---|---|
| July 10, 2009 | July 14, 2009 | | Angela |

| Description | Amount |
|---|---|
| In Re: The FEMA Trailer Formaldehye Products Liability Litigation<br>Charlie Age, et al -vs- Gulf Stream Coach, Inc., et al | |
| Deposition of Eddie Abbott | |
| 133 pages one copy w/miniscript and E-trans | 272.65 |
| Shipping & Handling | 12.00 |
| 25 exhibit copies | 6.25 |
| *PAYMENT DUE UPON RECEIPT!*<br>*THANK YOU* | |
| **Total** | **$290.90** |

*1448 Lincolnway East*
*South Bend, Indiana  46613*

*Phone (800) 270-3121*      *(574) 288-4242*
*Fax (574) 288-5441*

4206.0

# NAEGELI REPORTING CORPORATION



**Portland, OR**
(503) 227-1544

**Seattle, WA**
(206) 622-3376

**Spokane, WA**
(509) 838-6000

**Coeur d'Alene, ID**
(208) 667-1163

*www.naegelireporting.com*

**DEWEY M. SCANDURRO ESQUIRE**
SCANDURRO AND LAYRISSON
607 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70130

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR  97204

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| **Asg. Date:** | 07/21/2009 | | |
| **Case\Assg No.** | 11303-2 | **Invoice #** | 37330 |
| **Case Caption:** | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | **Invoice Date** | 07/31/2009 |

---

*COPY / INDEX / CONDENSED / VIDEO DEPOSITION OF MICHAEL K. LINDELL*

**Remarks**
TRANSCRIPT $1,297.20, EXHIBITS $440.00.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | $1,737.20 |
| **Interest** | $.00 |
| **Total Tax** | $.00 |
| **Less Paid To Date** | $.00 |
| **Balance Due** | $1,737.20 |

PAID
AUG 0 6 2009
BY: *Thank you! Damian*

**Net Terms: 30 Days**

**Phone:** (800) 528-3335

**Fax:** (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

---

Method of Payment:
☐ Check Enclosed
  Please Make Checks Payable to:

NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐  ☐☐☐☐  ☐☐

Credit Card #                    Exp. Date     Address (AS IT APPEARS ON YOUR BILLING STATEMENT)

# NAEGELI REPORTING CORPORATION



**Portland, OR**
(503) 227-1544

**Spokane, WA**
(509) 838-6000

*www.naegelireporting.com*

**Seattle, WA**
(206) 622-3376

**Coeur d'Alene, ID**
(208) 667-1163

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

Tax Number: 93-1079908

**DEWEY M. SCANDURRO ESQUIRE**
SCANDURRO AND LAYRISSON
607 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70130

| | | | |
|---|---|---|---|
| Asg. Date: | 07/22/2009 | | |
| Case\Assg No. | 11303-3 | Invoice # | 37356 |
| Case Caption: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | Invoice Date | 07/31/2009 |

COPY / INDEX VIDEO DEPOSITION OF COREEN A. ROBBINS MHS, PhD

**Remarks**
TRANSCRIPT $1,220.50, EXHIBITS $232.50.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total Amount $ | $1,453.00 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $1,453.00 |

PAID
AUG 0 6 2009
BY: *Thank you!*

**Net Terms: 30 Days**

**Phone: (800) 528-3335**

**Fax: (503) 227-7123**

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
  Please Make Checks Payable to:

NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #       Exp. Date

Address (AS IT APPEARS ON BILLING STATEMENT)

# INVOICE



**O'BRIEN & LEVINE**
Court Reporting Services
*Making Your Case*
www.court-reporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 37001 | 8/5/2009 | 34974 |

| Job Date | Case No. | |
|---|---|---|
| 7/27/2009 | 09-2892 | |

| Case Name |
|---|
| Charle Age, et al v. Gulf Stream Coach, Inc. et al |

| Payment Terms |
|---|
| Net 30, after 30 int. @ 1.5% per month |

Stephen O. Scandurro
Scandurro & Layrisson
607 St. Charles Avenue
New Orleans, LA

---

Medical/Technical Videotaped & Telephonic Transcript of:

| | | | | |
|---|---|---|---|---|
| Richard R. Monson | 109.00 Pages | @ | 3.50 | 381.50 |
| Exhibits Copied | 151.00 Pages | @ | 0.35 | 52.85 |
| Transcript Archiving | | | 15.00 | 15.00 |
| Condensed Transcript | | | 30.00 | 30.00 |
| Next Day Shipping | | | 36.00 | 36.00 |
| | | **TOTAL DUE >>>** | | **$515.35** |

Thank you for choosing O'Brien & Levine. We appreciate your business.

FGMA case

---

**Tax ID:** 04-3106514

Phone:          Fax:



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136041 | 8/12/2009 | 60900 |

| JOB DATE | CASE NUMBER | |
|---|---|---|
| 8/5/2009 | 1873 | |

| CASE CAPTION | | |
|---|---|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |

| TERMS | | |
|---|---|---|
| Net 30 | | |

Scandurro, Timothy D.
Scandurro & Layrisson, L.L.C.
607 St. Charles Avenue
Suite 100
New Orleans, LA 70130

| | |
|---|---|
| 1 COPY OF TRANSCRIPT OF: Travis Allen | 281.90 |
| 1 COPY OF TRANSCRIPT OF: Heath Allen | 316.95 |
| **TOTAL DUE >>>** | **$598.85** |

Transcript was previously shipped

**Tax ID:** 72-1177884

Phone: 504-522-7100    Fax:

SCANDU

1111



# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45383 | 8/13/2009 | 24835 |

| Job Date | Case No. | |
|---|---|---|
| 7/31/2009 | 1873 | |

| Case Name | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Timothy D. Scandurro
SCANDURRO & LAYRISSON, LLC
607 St. Charles Avenue
New Orleans, LA 70130

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Mary C. DeVany                                           1,037.35

                                                **TOTAL DUE >>>**       **$1,037.35**

Tax ID: 20-3092682

*Please detach bottom portion and return with payment.*



# INVOICE

Tiffany Alley & Associates
400 Perimeter Center Terrace, Suite 900
Atlanta, GA 30346
Phone:770-343-9696   Fax:770-343-8430

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51267 | 7/20/2009 | 28284 |
| Job Date | Case No. | |
| 7/6/2009 | | |
| Case Name | | |
| In Re: FEMA Trailer | | |
| Payment Terms | | |
| Due upon receipt | | |

Andy Weinstock
Duplass Zwain Bourgeois Pfister & Weinstock
3838 N. Causeway Boulevard
Suite 2900
Metairie, LA 70002

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Christopher DeRosa, Ph.D. | 991.00 |
| Christopher DeRosa - Video | 416.25 |
| **TOTAL DUE >>>** | **$1,407.25** |

Thank you for your business!

Our File Number: 02-6501-100  Today's Date: 8/1/09
File Name: Hatford/6501
Description: Depo of C. DeRosa
Requested by/Bill Attorney: PBM/CMO  Expense Code: Depo
Client Approved by _____

Tax ID: 58-1952135                          Phone: 504.832.3700   Fax:504.837.3119

*Please detach bottom portion and return with payment.*

Andy Weinstock
Duplass Zwain Bourgeois Pfister & Weinstock
3838 N. Causeway Boulevard
Suite 2900
Metairie, LA 70002



OLS-9068

Remit To: **Tiffany Alley & Associates**
          **400 Perimeter Center Terrace, Suite 900**
          **Atlanta, GA 30346**

| | | | |
|---|---|---|---|
| Job No. | : 28284 | BU ID | :1-TA&A |
| Case No. | : | | |
| Case Name | : In Re: FEMA Trailer | | |
| Invoice No. | : 51267 | Invoice Date | :7/20/2009 |
| **Total Due** | **: $ 1,407.25** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

IRS NUMBER 57-0985038

# Invoice

**JUDY COMP AND ASSOCIATES**

JUDY COMP AND ASSOCIATES, INC.
301 NORTH MAIN STREET, SUITE 1703
GREENVILLE, SC 29601
(864) 271-0810

*IMR set up vendor*
*(# 2261 )*
*09.04.09*

| DATE | INVOICE # |
|------|-----------|
| 8/18/2009 | 17766 |

BILL TO

Joseph Glass, Esquire
Duplass, Zwain, Bourgeios et al
Three Lakeway Center
3838 N. Cause Blvd., Suite 2900
Metairie, LA 70002

| TERMS |
|-------|
| 30 days |

| DESCRIPTION | QTY | AMOUNT |
|-------------|-----|--------|
| 1 Copy - Whitaker | 378 | 850.50 |
| Exhibits/Tabs | 500 | 200.00 |
| 1 Copy - Duckworth | 82 | 184.50 |
| Exhibits/Tabs | 5 | 2.00 |
| E-mail | 1 | 25.00 |
| Shipping & Handling - overnight | 1 | 35.50 |

Age et al vs. Gulf Stream Coach et al taken 8/5/09

Our File Number: *04-GSC1-100*   Today's Date: *8/24/09*

File Name: *Hillard/ GSC1*

Description: *Deps of Whitaker*

Requested by/Bill Attorney: *Anajenb*   Expense Code: *Depo*

Client Approved by:

*IMR*
*CR. 106194*
*SEP 2009*
*PAID*

OLS-9826

Finance Charge applied to all accounts unpaid
after 30 days.

| | **Total** | $1,297.50 |
|---|---|---|

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**THANK YOU FOR YOUR BUSINESS**

5



# INVOICE



**hg**
The best partner a law firm could have.

www.hglitigation.com
1-888-636-DEPO (3376)

Ryan Malone
Duplass, Zwain, Bourgeois & Morton
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, LA 70002

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 280595 | 8/7/2009 | 109863 |

| Job Date | Case No. |
|---|---|
| 7/16/2009 | MDL NO. 1873  SECTION "N-5" |

| Case Name |
|---|
| In Re: FEMA Trailer Formaldehyde Product Liability Litigation. |

| Payment Terms |
|---|
| DUE UPON RECEIPT |

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
|---|---|
| Dwight Durham | 287.20 |

**TOTAL DUE  >>>**          **$287.20**

Go Green with HG!  Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 287.20 |

Our File Number: *06-6901-10*   Today's Date: *8/20/09*

File Name: *Hilliard / Gseli*

Description: *Depo of Durham*

Requested by/Bill Attorney: *Atronsos*   Expense Code: *Dep*

Client approved by: _____

*PAID AUG 2009*

**Tax ID:** 75-2912774                              Phone: 504-837-3700   Fax: 504-837-3119

---

*Please detach bottom portion and return with payment.*

Ryan Malone
Duplass, Zwain, Bourgeois & Morton
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, LA 70002

| | | | |
|---|---|---|---|
| Job No. | : 109863 | BU ID | : 1-DAL |
| Case No. | : MDL NO. 1873  SECTION "N-5" | | |
| Case Name | : In Re: FEMA Trailer Formaldehyde Product Liability Litigation | | |
| Invoice No. | : 280595 | Invoice Date | : 8/7/2009 |
| Total Due | : $ 287.20 | | |

OLS-9495

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date: _____  Phone#:
Billing Address:
Zip: _____  Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Henjum Goucher Reporting Services LP**
**2501 Oak Lawn Avenue**
**Suite #600**
**Dallas, TX 75219**

*JmR Set up Vendor*
*(# 2266 )*
*09.08.09*

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260  Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24270 | 8/12/2009 | 15493 |
| **Job Date** | **Case No.** | |
| 7/24/2009 | MDL NO. 1873 | |
| **Case Name** | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew Weinstock, Esq.
Duplass Zwain Bourgeois & Morton
3838 N. Causeway Blvd. #2900
Doubletree Lakeside Bld.
Metairie, LA 70002

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Michael J. Lapinski | | 195.00 Pages | @ | 2.55 | 497.25 |
| Exhibit | | 147.00 Pages | @ | 0.35 | 51.45 |
| Processing Fee | | | | 55.00 | 55.00 |
| | | | **TOTAL DUE  >>>** | | **$603.70** |

Ordered By : Timothy D. Scandurro
Scandurro & Layrisson LLC
607 St. Charles Avenue
New Orleans, LA 70130

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$603.70** |

Our File Number: *06-6561-100*  Today's Date: *6/24/09*

File Name: *Hillard/cases*

Description: *Depo of M. Lapinski*

Requested by/Bill Attorney: *ADW/cab*  Expense Code: *0900*

Client Approved by:

Tax ID: 53-0257990

Phone: (504)832-3700    Fax:(504)837-3119

*Please detach bottom portion and return with payment.*

Andrew Weinstock, Esq.
Duplass Zwain Bourgeois & Morton
3838 N. Causeway Blvd. #2900
Doubletree Lakeside Bld.
Metairie, LA 70002

| Invoice No. | : | 24270 |
|---|---|---|
| Invoice Date | : | 8/12/2009 |
| **Total Due** | : | **$ 603.70** |



OLS-9842

Remit To: **Alderson Reporting Company, Inc.**
**1155 Connecticut Ave., NW**
**Suite 200**
**Washington, DC 20036**

| Job No. | : | 15493 |
|---|---|---|
| BU ID | : | Affiliate |
| Case No. | : | MDL NO. 1873 |
| Case Name | : | In re: FEMA Trailer Formaldehyde Products Liability Litigation |

COMPLETE LITIGATION SUPPORT

# Invoice

490 Park, Suite 205
Beaumont, TX 77701
Office: 409-839-8800
Fax: 409-839-8828

| DATE | INVOICE NO. |
|------|-------------|
| 8/21/2009 | 18081 |

| BILL TO | SHIP TO |
|---------|---------|
| Duplass Zwain Bourgeois Morton Pfister & Weinstock Three Lakeway Center, 29th Floor 3838 North Causeway Blvd. Metairie, LA  70002 | Mr. Joseph Glass |

PAYMENT FOR THIS WORK PRODUCT IS NOT CONTINGENT UPON YOUR CLIENT'S ABILITY TO PAY NOR THE ABILITY OF ANY THIRD PARTY TO PAY.

| Rep | Job Code | Tax ID 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 |
|-----|----------|--------------------|
| HPR | D | |

| Description | Amount |
|-------------|--------|
| Copy, Video Depo: Stanley Larson and Michael Harder      8/20/09 | 210.00 |
| MPEG Encoding: | 150.00 |
| Shipping & Handling: FedEx | 30.00 |
| | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation      MDL NO. 1873      Section "N" (5) | |

Our File Number: *06-FEA-100*  Today's Date: *8/21/09*

File Name: *Hillard/Gaul*

Description: *Video depo of Larson & Harder*

Requested by/Bill Attorney: *ADM/CAB*  Expense Code: *Depo*

Client Approved by: _____





| Thank You. We Appreciate Your Business! | | |
|---|---|---|
| | **Total** | $390.00 |
| | **Balance Due** | $390.00 |

OLS-9843

S

COMPLETE LITIGATION SUPPORT

**Invoice**

490 Park, Suite 205
Beaumont, TX 77701
Office: 409-839-8800
Fax: 409-839-8828

| DATE | INVOICE NO. |
|------|-------------|
| 9/10/2009 | 18126 |

| BILL TO: | SHIP TO: |
|----------|----------|
| Duplass Zwain Bourgeois Morton Pfister & Weinstock Three Lakeway Center, 29th Floor 3838 North Causeway Blvd. Metairie, LA 70002 | Mr. Joseph Glass ATTN: Crystle Burns |

PAYMENT FOR THIS WORK PRODUCT IS NOT CONTINGENT UPON YOUR CLIENT'S ABILITY TO PAY NOR THE ABILITY OF ANY THIRD PARTY TO PAY.

| Rep | Job Code | Tax ID 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 |
|-----|----------|--------------------|
| HPR | D | |

| Description | Amount |
|-------------|--------|
| Copy, Video Depo: Stanley Larson    8/20/09 | 140.00 |
| Video Synchronization w/Visionary and Sanctions | 130.00 |
| Copy, Video Depo: Michael Harder    8/20/09 | 70.00 |
| Video Synchronization w/Visionary and Sanctions | 65.00 |
| | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation    MDL No. 1873 | |



Our File Number: *06-GSU-100*  Today's Date: *9/14/09*

File Name: *Hilliard/Bush*

Description: *Video sync depos of Larson & Harder*

Requested by/Bill Attorney: *Barrios*

Client Approved by: _____

Thank You. We Appreciate Your Business!

| Total | $405.00 |
|-------|---------|
| **Balance Due** | $405.00 |



OLS-10155

S

DG₁  09·21·09



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136548 | 9/3/2009 | 61419 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/20/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | |
|---|---|
| 1 COPY OF TRANSCRIPT OF: | |
| Stanley Larson | 85.80 |
| 1 COPY OF TRANSCRIPT OF: | |
| Michael Harder | 120.90 |
| **TOTAL DUE >>>** | **$206.70** |

Previously shipped

Our File Number: *06-6561-100*   Today's Date: *9/19/09*

File Name: *Hillard / 6561*

Description: *Copies of Larson & Harder*

Requested by/Bill Attorney: *PW/JDG*   Expense Code: *0920*

Client Approved by: _____

Tax ID: 72-1177884                        Phone: 504-832-3700    Fax: 504-837-3119

*Please detach bottom portion and return with payment.*

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | | |
|---|---|---|
| Invoice No. | : | 136548 |
| Invoice Date | : | 9/3/2009 |
| **Total Due** | : | **$ 206.70** |

OLS-10144

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 61419 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

S

*Smt Set up vender (# 2122 )*
*07-23-09*

# INVOICE

Tiffany Alley & Associates
400 Perimeter Center Terrace, Suite 900
Atlanta, GA 30346
Phone:770-343-9696   Fax:770-343-8430

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51028 | 7/7/2009 | 28130 |

| Job Date | Case No. |
|---|---|
| 6/23/2009 | |

| Case Name |
|---|
| In Re: FEMA Trailer |

| Payment Terms |
|---|
| Due upon receipt |

Andy Weinstock
Duplass Zwain Bourgeois Pfister & Weinstock
3838 N. Causeway Boulevard
Suite 2900
Metairie, LA 70002

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
|---|---|
| Joseph Little | 704.55 |
| Joseph Little - Video | 270.00 |
| | |
| **TOTAL DUE  >>>** | **$974.55** |

Thank you for your business!

Our File Number: _09·651·100_  Today's Date: _7/15/09_

File Name: _Hillard/GSCI_

Description: _Depo & Video of Joseph Little_

Requested by/Bill Attorney _Andy/Depo_  Expense Code: _Depo_

Client Approved by _____

CP. 105764

Tax ID: 58-1952135                                    Phone: 504.832.3700   Fax:504.837.3119

*Please detach bottom portion and return with payment.*

Andy Weinstock
Duplass Zwain Bourgeois Pfister & Weinstock
3838 N. Causeway Boulevard
Suite 2900
Metairie, LA 70002

| | | | |
|---|---|---|---|
| Job No. | : 28130 | BU ID | :1-TA&A |
| Case No. | : | | |
| Case Name | : In Re: FEMA Trailer | | |
| | | | |
| Invoice No. | : 51028 | Invoice Date | :7/7/2009 |
| **Total Due** | **: $ 974.55** | | |



OLS-8936

Remit To: **Tiffany Alley & Associates**
**400 Perimeter Center Terrace, Suite 900**
**Atlanta, GA 30346**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Case 2:07-md-01873-KDE-ALC   Document 6325-4   Filed 11/03/2009   Page 35 of 45

## A W R
### A. William Roberts, Jr., & Associates
Registered Professional Reporters
1200 Woodruff Road, A-3
Greenville, SC  29607
Phone (864) 234-7030 • Fax (866) 390-3376
Toll Free (800) 743-3376
www.scheduledepo.com

Job #:   090825KSM
Job Date:   08/25/2009
Order Date:   08/25/2009
DB Ref.#:
Date of Loss:   / /
Your File #:
Your Client:   Gulf Stream Coach, Inc.

# Invoice

Invoice #:   145088
Inv.Date:   09/10/2009
Balance:   $873.10

Bill To:
Mr.  Kevin R. Derham
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 North Causeway Blvd.
Suite 2900
Metairie, LA 70002

Action:   FEMA Trailer Formaldehyde Products
              vs
              Liability Litigation
Action #:   1873
Rep:   KSM
Cert:

| Item | Proceeding/Witness | Description | Disc. Amt. | Amount |
|------|-------------------|-------------|-----------|--------|
| 1 | Dave Michael Methot | Copy of Transcript | $0.00 | $560.00 |
| 2 | Dave Michael Methot | PDF Scanned Exhibits | $0.00 | $136.85 |
| 3 | Dave Michael Methot | Exhibits | $0.00 | $101.25 |
| 4 | Dave Michael Methot | ASCII-Minuscript PDF-ETran-Cond. w/Index | $0.00 | $0.00 |
| 5 | | Shipping & Handling | $0.00 | $75.00 |

Our File Number: D6-GSF1-100   Today's Date: 9/10/09
File Name: Hillard/Meth
Description: Depo of Methot
Requested by Bill Attorney: Ann Jacob

Comments:

| | |
|---|---|
| Sub Total | $873.10 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $873.10 |
| Payment | $0.00 |
| Balance Due | $873.10 |

Federal Tax I.D.:   57-0762990    Terms:   Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
Mr. Kevin R. Derham
Duplass, Zwain, Bourgeois, Pfister & Weinstock

Deliver To:
Mr. Kevin R. Derham
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 North Causeway Blvd.
Suite 2900
Metairie, LA 70002


OLS-10104

Invoice #:   145088
Inv.Date:   09/10/2009
Balance:   $873.10
Job #:   090825KSM
Job Date:   08/25/2009
DB Ref.#:
Date of Loss:   / /
Your File #:
Your Client:   Gulf Stream Coach, Inc.

REMIT TO:
Imp Set-up Vendor (#2292)
09-21-09

A. William Roberts, Jr. & Associates, Inc.
46-A State Street
Charleston, SC 29401

OL
Ck. 106337
SEP 2009
PAID

S