Case 2:07-md-01873-KDE-ALC Document 6325-7 Filed 11/03/2009 Page 4 of 30



# INVOICE

DG entered

**Stratos Legal**

*Raising the bar. Nationwide.*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44724 | 7/27/2009 | 24422 |
| **Job Date** | **Case No.** | |
| 7/10/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ryan M. Malone
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

1 CERTIFIED COPY OF TRANSCRIPT OF:
Paul Hewett Ph.D — 733.87

**TOTAL DUE >>> $733.87**

Our File Number: 06-6561.100 Today's Date: 9/5/09

File Name: Hillard/GSH

Description: Depo of Hewett

Requested by/Bill Attorney: ADW/CAB Expense Code: DEPO

Client Approved by:

DL CR. 106567 OCT 2009 PAID

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Job No. : 24422 BU ID : 1-MAIN
Case No. : 1873
Case Name : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION
Invoice No. : 44724 Invoice Date : 7/27/2009
**Total Due : $ 733.87**

Ryan M. Malone
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002



OLS-9882

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

**For the Record Reporting, Inc.**
1500 Mahan Drive, Suite 140
Post Office Box 12042
Tallahassee, FL 32317-2042
(850) 222-5491 Phone (850) 224-5316 Fax
Tax ID: 59-3616998

SMF out-up vendor
(# 2287)
09.17.09

August 25, 2009

Mr. Ryan Malone,Esq.
DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK
3838 North Causeway Boulevard - Suite 2900
Metairie, LA 70002
(504) 832-3700

**Invoice Number**
**C 7512**

**Re:** In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS
Case No. MDL NO. 1873
Depo. Robert C. James, Ph.D.

| Description of Services | | Pgs/Qty | Rate | Extension |
|---|---|---|---|---|
| Transcript copy | Inv. No. 7512, Taken on 08/05/09 | 94.00 | 2.25 | 211.50 |
| ASCII disk - n/c | | 1.00 | 0.00 | n/c |
| Mini-transcript and index - n/c | | 1.00 | 0.00 | n/c |
| Shipping | UPS OVERNIGHT | 1.00 | 38.77 | 38.77 |
| Exhibit copy | | 107.00 | 0.52 | 55.64 |
| | | **Invoice total:** | | **$305.91** |
| | | After 09/24/09: | | $311.94 |
| Please call for balance after 11/23/09. | | After 10/24/09: | | $317.98 |

Payment due upon receipt. Thank you




Our File Number: 06-6561-100 Today's Date: 8/28/09
File Name: Hillard/6561
Description: Depo of Dr. R. James
Requested by/Bill Attorney: RCM/AMS Expense Code: Depo
Client Approved by: ______




5

Jme 07.27.09 Case 2:07-md-01873-KDE-ALC Document 6325-7 Filed 11/03/2009 Page 10 of 30



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135367 | 7/10/2009 | 60241 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/16/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:
Marco Kaltofen, P.E. 567.15

**TOTAL DUE >>> $567.15**

Condensed transcript sent to deponent for reading & signing

Transcript previously shipped

Our File Number: 06-G561-100 Today's Date: 7/22/09
File Name: Hilliard/G561
Description: Depo of M. Kaltofen
Requested by/Bill Attorney: ADW/CAB Expense Code: Depo
Client Approved by:

**Tax ID:** 72-1177884 Phone: 504-832-3700 Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No. : 135367
Invoice Date : 7/10/2009
**Total Due : $ 567.15**


OLS-8889

JL
Ck. 106504
OCT 2009
PAID

Job No. : 60241
BU ID : 1-REP
Case No. : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

5



# INVOICE

**Stratos Legal**

*Raising the bar. Nationwide.*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44847 | 8/3/2009 | 24286 |
| **Job Date** | **Case No.** | |
| 7/9/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

ORIGINAL TRANSCRIPT OF:
James P. Kornberg — 1,394.25

**TOTAL DUE >>> $1,394.25**

Our File Number: 06-GSU-100 Today's Date: 8/4/09
File Name: Hillard/GSU
Description: Depo of J. Kornberg
Requested by/Bill Attorney: ADW/AMD Expense Code: Depo
Client Approved by: ____________________

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

OLS-9425

Job No. : 24286 BU ID :1-MAIN
Case No. : 1873
Case Name : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION
Invoice No. : 44847 Invoice Date :8/3/2009
**Total Due : $ 1,394.25**

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

JR 07.20.09

Case 2:07-md-01873-KDE-ALC Document 6325-7 Filed 11/03/2009 Page 18 of 30



PROFESSIONAL SHORTHAND REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135275 | 7/7/2009 | 60298 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/1/2009 | 1873 | |

**CASE CAPTION**

In Re: FEMA Trailer Formaldehyde products Liability Litigation

**TERMS**

Net 30

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:
Paul J. LaGrange 458.55

**TOTAL DUE >>> $458.55**

Condensed transcript sent to deponent for reading & signing

Previously shipped

Our File Number: 06-GSCI-100 Today's Date: 7/15/09

File Name: Hilliard/GSCI

Description: Depo of Paul LaGrange

Requested by/Bill Attorney: AA/aj/ATB Expense Code: 290

Client Approved by: ____________________

**Tax ID:** 72-1177884

Phone: 504-832-3700 Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No. : 135275
Invoice Date : 7/7/2009
**Total Due : $ 458.55**

DL
Ck. 106504
OCT 2009
PAID



OLS-8746

Job No. : 60298
BU ID : 1-REP
Case No. : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

# INVOICE

**Stratos Legal**

*Raising the bar. Nationwide.*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43454 | 6/15/2009 | 23710 |
| **Job Date** | **Case No.** | |
| 5/29/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

ORIGINAL TRANSCRIPT OF:
Lila F. Laux, PhD 1,812.90

**TOTAL DUE >>> $1,812.90**

Our File Number: 06-Gasci-100 Today's Date: 6/18/09
File Name: Hilliard/Gasci
Description: Depo of Lila Laux
Requested by/Bill Attorney: ADW/CAS Expense Code: Depo
Client Approved by:

PAID Ck. 106530 OCT 2009

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002



OLS-8512

Job No. : 23710 BU ID : 1-MAIN
Case No. : 1873
Case Name : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION
Invoice No. : 43454 Invoice Date : 6/15/2009
**Total Due : $ 1,812.90**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

JR 07.31.09

Case 2:07-md-01873-KDE-ALC Document 6325-7 Filed 11/03/2009 Page 24 of 30



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135599 | 7/22/2009 | 60384 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/17/2009 | 1873 | |

**CASE CAPTION**

In Re: FEMA Trailer Formaldehyde products Liability Litigation

**TERMS**

Net 30

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:
Alexis Mallet, Jr. 972.30

**TOTAL DUE >>> $972.30**

Condensed transcript sent to deponent for reading & signing

Previously shipped

Our File Number: 06-G501-100 Today's Date: 7/29/09

File Name: Hilliard/Gulf Stream

Description: Depo of AM Mallet

Requested by/Bill Attorney: ADM/CAR Expense Code: Depo

Client Approved by: ____________

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31
JL
ck. 106504
OCT 2009
PAID

**Tax ID:** 72-1177884

Phone: 504-832-3700 Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No. : 135599
Invoice Date : 7/22/2009
**Total Due : $ 972.30**



OLS-9037

Job No. : 60384
BU ID : 1-REP
Case No. : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

5

Imp art -p vendor (#2237)
08.20.09

# INVOICE



436 Boulevard of the Allies
Pittsburgh, PA 15219
P: 412-261-2323
F: 412-261-2537
Court Reporting & Trial Technologies
www.akf.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 225872 | 8/10/2009 | 113928 |
| **Job Date** | **Case No.** | |
| 7/30/2009 | | |
| **Case Name** | | |
| INRE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Weinstock, Esq., Andrew D.
DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK
3838 N. CAUSEWAY BLVD.
29TH FLOOR
Metairie, LA 70002

| | | |
|---|---|---|
| CERTIFIED TRANSCRIPT OF: | | |
| DR GARY MARSH | | |
| Exhibit | 145.00 Pages | 333.50 |
| Next Day Delivery | 65.00 Pages | 16.25 |
| HOLD | | 40.25 |
| | | 0.00 |
| | **TOTAL DUE >>>** | **$390.00** |

THANK YOU FOR HAVING ORDERED THIS TRANSCRIPT. UPON RECEIPT OF PAYMENT OF THIS INVOICE AND PREVIOUSLY UNPAID BALANCES ARE PAID, IT WILL BE PROMPTLY DELIVERED TO YOU. NOTE: YOU ARE OBLIGATED AND RESPONSIBLE FOR PAYMENT EVEN IF YOU CANCEL THIS ORDER OR THE CASE SETTLES.

Our File Number: 06-6561-108 Today's Date: 8/20/09

File Name: Hillard / 6561

Description: Depo of Marsh

Requested by/Bill Attorney: [illegible] Expense Code: [illegible]

Client Approved by: ____________________

**Tax ID:** 25-1368597

Phone: 504-832-3700 Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Weinstock, Esq., Andrew D.
DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK
3838 N. CAUSEWAY BLVD.
29TH FLOOR
Metairie, LA 70002

Invoice No. : 225872
Invoice Date : 8/10/2009
**Total Due : $ 390.00**

OLS-9391

JE
ck. 105997
AUG 2009
PAID

Job No. : 113928
BU ID : 1-MAIN
Case No. :
Case Name : INRE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

Remit To: **AKF Reporters, Inc.**
**436 Boulevard of the Allies**
**Pittsburgh, PA 15219**



5

# INVOICE

**Stratos Legal**
*Raising the bar. Nationwide.*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45179 | 8/10/2009 | 24915 |
| **Job Date** | **Case No.** | |
| 7/27/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

ORIGINAL TRANSCRIPT OF:
Gerald McGwin, Jr. 1,824.60

**TOTAL DUE >>> $1,824.60**

Our File Number: DL-GSEL-100 Today's Date: 8/19/09
File Name: Gilmore/Gsel
Description: Depo of G. McGwin
Requested by/Bill Attorney: ADW/CME Expense Code: D900
Client Approved by: ____________

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002


OLS-9731

Job No. : 24915 BU ID : 1-MAIN
Case No. : 1873
Case Name : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION
Invoice No. : 45179 Invoice Date : 8/10/2009
**Total Due : $ 1,824.60**

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135265 | 7/7/2009 | 60418 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/30/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

1 COPY OF TRANSCRIPT OF:
Charles David Moore, PE, PLS — 439.80

**TOTAL DUE >>> $439.80**

Previously shipped

Our File Number: 04-GSCI-100 Today's Date: 7/15/09
File Name: Hilliard/GSCI
Description: Depo of Charles Moore
Requested by/Bill Attorney: ARM/CMP Expense Code: D990
Client Approved by: ______

**Tax ID:** 72-1177884

Phone: 504-832-3700 Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No. : 135265
Invoice Date : 7/7/2009
**Total Due : $ 439.80**



OLS-8752




Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No. : 60418
BU ID : 1-REP
Case No. : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

5

# INVOICE



Raising the bar.
Nationwide.

| Invoice No. | Invoice Date | Job No. |
| --- | --- | --- |
| 44950 | 8/3/2009 | 24562 |
| Job Date | Case No. | |
| 7/16/2009 | 1873 | |
| Case Name | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| Payment Terms | | |
| Due upon receipt | | |

Kevin Derham
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

ORIGINAL TRANSCRIPT OF:
Dr. Karin Pacheco 707.55

**TOTAL DUE >>> $707.55**

Our File Number: DG-GSEL-100 Today's Date: 8/14/09
File Name: Hilliard/GSEL
Description: Depo of Pacheco (7/16/09)
Requested by/Bill Attorney: [illegible] Expense Code: Depo
Client approved by:

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Kevin Derham
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

OLS-9424

Job No. : 24562 BU ID : 1-MAIN
Case No. : 1873
Case Name : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION
Invoice No. : 44950 Invoice Date : 8/3/2009
**Total Due : $ 707.55**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

# INVOICE

**Stratos Legal**

*Raising the bar. Nationwide.*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44957 | 8/3/2009 | 24543 |
| **Job Date** | **Case No.** | |
| 7/15/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

ORIGINAL TRANSCRIPT OF:
Dr. Karin Pacheco

549.45

**TOTAL DUE >>> $549.45**

Our File Number: 06-6511-100 Today's Date: 8/14/09
File Name: Hillard /6511
Description: Depo of K. Pacheco (7-15-09)
Requested by/Bill Attorney: ADW/CAP Expense Code: D920
Client Approved by: ____

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002


OLS-9423

Job No. : 24543 BU ID : 1-MAIN
Case No. : 1873
Case Name : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION
Invoice No. : 44957 Invoice Date : 8/3/2009
**Total Due : $ 549.45**

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: ____
Card Number: ____
Exp. Date: ____ Phone#: ____
Billing Address: ____
Zip: ____ Card Security Code: ____
Amount to Charge: ____
Cardholder's Signature: ____

omr 07.27.09 Case 2:07-md-01873-KDE-ALC Document 6325-8 Filed 11/03/2009 Page 10 of 15



PROFESSIONAL SHORTHAND REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135333 | 7/10/2009 | 60301 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/2/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Derham, Kevin R.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:
Ervin L. Ritter, Jr. 394.35

**TOTAL DUE >>> $394.35**

Condensed transcript sent to deponent for reading & signing

Trenscript previously hand delivered

Our File Number: 06-6501-100 Today's Date: 7/22/09
File Name: Hillard/6501
Description: Depo of E. Ritter
Requested by/Bill Attorney: AMW/CAB Expense Code: 0990
Client Approved by: ____

**Tax ID:** 72-1177884

Phone: 504-832-3700 Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Derham, Kevin R.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No. : 135333
Invoice Date : 7/10/2009
**Total Due : $ 394.35**



OLS-8888

DL Ck. 106504 OCT 2009 PAID

Job No. : 60301
BU ID : 1-REP
Case No. : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

5

Case 2:07-md-01873-KDE-ALC Document 6325-8 Filed 11/03/2009 Page 12 of 15

JR 07.24.09



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135315 | 7/9/2009 | 60293 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/18/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:
Dr. Edward Shwery — 554.90

**TOTAL DUE >>> $554.90**

Condensed transcript sent to deponent for reading & signing

Transcript previously hand delivered

Our File Number: 06-4561-100 Today's Date: 7/15/09
File Name: Hilliard / GSCI
Description: Depo of Dr. Ed Shwery
Requested by/Bill Attorney: ADN/PAB Expense Code: Depo
Client Approved by:

**Tax ID:** 72-1177884

Phone: 504-832-3700 Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No. : 135315
Invoice Date : 7/9/2009
**Total Due : $ 554.90**

JL
CK. 106504
OCT 2009
PAID


OLS-8871

Job No. : 60293
BU ID : 1-REP
Case No. : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **Professional Shorthand Reporters, Inc.
601 Poydras Street
Suite 1615
New Orleans, LA 70130**

S

# INVOICE

**Stratos Legal**

*Raising the bar. Nationwide.*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43711 | 6/22/2009 | 23723 |
| **Job Date** | **Case No.** | |
| 6/11/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

ORIGINAL TRANSCRIPT OF:
William D. Scott — 1,343.65

**TOTAL DUE >>> $1,343.65**

Our File Number: 06-G561-100 Today's Date: 7/1/09
File Name: Hillard/ GSEL
Description: Depo of William Scott
Requested by/Bill Attorney: [illegible] Expense Code: DEPO
Client Approved by:

Ck. 106530 OCT 2009 PAID

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002



OLS-8935

Job No. : 23723 BU ID : 1-MAIN
Case No. : 1873
Case Name : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION
Invoice No. : 43711 Invoice Date : 6/22/2009
**Total Due : $ 1,343.65**



**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135733 | 7/29/2009 | 60669 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/15/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

1 COPY OF TRANSCRIPT OF:
Damien W. Serauskas — 412.55

**TOTAL DUE >>> $412.55**

Previously shipped

Our File Number: 06-6561-100 Today's Date: 8/1/09
File Name: Hillard/Gulf
Description: Depo of D. Serauskas
Requested by/Bill Attorney: ADN/CDS Expense Code: Depo
Client Approved by: ________

**Tax ID:** 72-1177884

Phone: 504-832-3700 Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No. : 135733
Invoice Date : 7/29/2009
**Total Due : $ 412.55**

OLS-9094

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No. : 60669
BU ID : 1-REP
Case No. : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Case 2:07-md-01873-KDE-ALC Document 6325-9 Filed 11/03/2009 Page 6 of 15



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135562 | 7/20/2009 | 60656 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/10/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

1 COPY OF TRANSCRIPT OF:
Dr. Kenneth B. Smith — 497.50

TOTAL DUE >>> **$497.50**

Transcript previously shipped

Our File Number: 156-G561-100 Today's Date: 7/23/09
File Name: [illegible]
Description: Depo of Dr. K. Smith
Requested by/Bill Attorney: [illegible] Expense Code: Depo
Client Approved by: ____

**Tax ID:** 72-1177884

Phone: 504-832-3700 Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No. : 135562
Invoice Date : 7/20/2009
**Total Due : $ 497.50**

PAID OCT 2009 CK. 106504


OLS-8920

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No. : 60656
BU ID : 1-REP
Case No. : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

5

# INVOICE

**Stratos Legal**
*Raising the bar. Nationwide.*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43676 | 7/6/2009 | 23719 |
| **Job Date** | **Case No.** | |
| 6/10/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

ORIGINAL TRANSCRIPT OF:
Stephen J. Smulski 2,630.75

**TOTAL DUE >>> $2,630.75**

Our File Number: 04-G5C1-100 Today's Date: 7/13/09
File Name: Hilliard/Gulf
Description: Depo of Stephen Smulski
Requested by/Bill Attorney: ADW/CONZ Expense Code: Depo
Client Approved by: ______

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002


OLS-8574

Job No. : 23719 BU ID : 1-MAIN
Case No. : 1873
Case Name : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION
Invoice No. : 43676 Invoice Date : 7/6/2009
**Total Due : $ 2,630.75**




Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



(314) 241-6750 800-878-6750
Fax (314) 241-5070

Jmf set-up
Vendor (# 2175)
07.27.09

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 13187 | 7/16/2009 | 9769 |
| **Job Date** | **Case No.** | |
| 7/13/2009 | | |
| **Case Name** | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Glass, Joseph G.
Duplass Zwain Bourgeois Morton Pfister & Weinstock
3838 N. Causeway Blvd.
Three Lakeway Center, 29th floor.
Metairie, LA 70002

| Deposition of | | | | | |
|---|---|---|---|---|---|
| Dr. H. James Wedner | 128.00 Pages | @ | 2.00 | 256.00 |
| ASCII | | | 0.00 | 0.00 |
| E-Transcript | | | 0.00 | 0.00 |
| Condensed Transcript (4 per page) w/word index | | | 0.00 | 0.00 |
| Fed Ex NDA | | | 35.00 | 35.00 |
| Transcript/exhibit archive | | | 7.50 | 7.50 |
| Exhibits (scanned PDF) | 71.00 Pages | @ | 0.35 | 24.85 |
| | **TOTAL DUE >>>** | | | **$323.35** |

Thank you for choosing GorePerry Reporting & Video. Ask about GPconnect - our new on-line office system featuring real-time scheduling - your entire deposition schedule available 24/7!!

Our File Number: 06-G581-100 Today's Date: 7/23/09

File Name: Hilliard/GS81

Description: Depo of Dr. James Wedner

Requested by/Bill Attorney: ADM/MEB Expense Code: Depo

Client Approved by:

**Tax ID:** 43-1371211

*Please detach bottom portion and return with payment*

Glass, Joseph G.
Duplass Zwain Bourgeois Morton Pfister & Weinstock
3838 N. Causeway Blvd.
Three Lakeway Center, 29th floor.
Metairie, LA 70002

Invoice No. : 13187
Invoice Date : 7/16/2009
**Total Due : $ 323.35**



OLS-8909

CE. 105759
JUL 2009
PAID

Remit To: **GorePerry Reporting & Video**
**515 Olive St., Suite 700**
**Saint Louis, MO 63101**

Job No. : 9769
BU ID : GorePerry
Case No. :
Case Name : In Re: FEMA Trailer Formaldehyde Products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135448 | 7/15/2009 | 60303 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/7/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:
Patricia M. Williams — 531.30

**TOTAL DUE >>> $531.30**

Condensed transcript sent to deponent for reading & signing

Transcript previously shipped

Our File Number: 06-6561-100 Today's Date: 7/30/09

File Name: Hillard/6561

Description: Depo of P. Williams

Requested by/Bill Attorney: ADW/CAB Expense Code: Depo

Client Approved by: __________

**Tax ID:** 72-1177884

Phone: 504-832-3700 Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767



OLS-9092

Invoice No. : 135448
Invoice Date : 7/15/2009
**Total Due : $ 531.30**




Job No. : 60303
BU ID : 1-REP
Case No. : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **Professional Shorthand Reporters, Inc.
601 Poydras Street
Suite 1615
New Orleans, LA 70130**