UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                              MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                     SECTION "N-5"
                                                 JUDGE ENGELHARDT
                                                 MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

*Lyndon T. Wright v. Forest River, Inc., et. al.*, Civ. No. 09-2977

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT UNITED STATES OF AMERICA'S WITNESS LIST

Pursuant to the Court's Scheduling Order, Defendant United States of America ("United States") submits its witness list.

**I.     Will Call Fed. R. Civ. P. 26(a)(2)(B) Expert Witnesses:**

1.    Dr. Robert James, Ph.D.
      Terra, Inc.
      1234 Timberlane Road
      Tallahassee, FL 32312

      Associate Scientist
      Center for Environment and Human Toxicology
      Building 471, Mallory Road
      University of Florida
      Gainesville, FL 326111-0885

      Estimated Time for Direct Examination: ~ 1 hour.
      Subject Matter:  Toxicology/Formaldehyde.

2. Dr. Bruce Kelman, Ph.D.
   Veritox, Inc.
   18372 Redmond-Fall City Road
   Redmond, WA 98052

   Estimated Time for Direct Examination: ~ 1 hour.
   Subject Matter:  Toxicology/Mold

3. Dr. Michael K. Lindell, Ph.D.
   Hazard Reduction & Recovery Center
   107C Langford Bldg. C
   3137 TAMU
   College Station, TX

   Estimated Time for Direct Examination: ~1 ½ hour.
   Subject Matter:  Disaster Response

4. Dr. Richard Monson, M.D., M.Sc., Sc.D.
   Harvard School of Public Health
   655 Huntington Avenue
   Boston, MA 02115

   Estimated Time for Direct Examination: ~ 1 hour.
   Subject Matter:  Epidemiology/Formaldehyde.

3. Mark J. Polk
   RV Education 101
   150 Bay Ridge Road
   Harrells, NC 28444

   Estimated Time for Direct Examination: ~ 45 minutes.
   Subject Matter: Travel Trailers.

6. Dr. Coreen A. Robbins, M.H.S., Ph.D., CIH
   Veritox
   18372 Redmond-Fall City Road
   Redmond, WA 98052

   Estimated Time for Direct Examination: ~ 1 hour.
   Subject Matter:  Industrial Hygiene and Testing for /Formaldehyde and Mold

**II.     Will Call Fact Witnesses[1]:**

1. Bronson Brown
   Section Chief
   Occupation Safety, Health & Security Branch
   Facilities Management Division
   FEMA DHS

   Estimated Time for Direct Examination: ~1 hour.
   Subject Matter:   FEMA OSH testing and participation in testing temporary emergency housing units for formaldehyde.

2. Guy Bonomo (via deposition)
   Deputy Human Services Section Chief
   Individual Assistance Branch
   FEMA DHS

   Estimated Time for Direct Examination: ~ 20 minutes.
   Subject Matter:  FEMA distribution of August 2006 Formaldehyde Brochure.

3. David Garratt
   Acting Deputy Administrator
   FEMA DHS

   Estimated Time for Direct Examination: ~ 45 minutes.
   Subject Matter:  FEMA response to formaldehyde concerns ~May 2006 through Summer 2007.

4. Bellance R. Green
   Manager
   FEMA National Processing Service Center
   Hyattsville, MD

   Estimated Time for Direct Examination: ~30 minutes.
   Subject Matter:  FEMA Individual Assistance Files.

---

[1] The United States has designated witnesses "via deposition" to the extent a determination has been made that the witness will testify via deposition.  As to witnesses with no designation – the United States has not yet determined whether the witness will be called live or presented by deposition.

5. Jack Hume (via deposition)
   Bechtel National, Inc. Rule 30(b)(6) Witness
   San Francisco, CA

   Estimated Time for Direct Examination: ~ 20 minutes.
   Subject Matter: Actions taken by Bechtel in response to concerns regarding formaldehyde in temporary emergency housing units.

6. Mike Lapinski
   Federal Coordinating Officer
   Office Coordinating Officer Operations
   FEMA DHS

   Estimated Time for Direct Examination: ~45 minutes.
   Subject Matter: FEMA response actions to concerns about formaldehyde in temporary housing units from ~ July 2007 to June 2008.

7. Stanley Larson (via deposition)
   DHOPS Management Specialist
   FEMA DHS

   Estimated Time for Direct Examination: ~20 minutes.
   Subject Matter: Actions taken by FEMA to distribute July 2007 Formaldehyde Flyer to travel trailer occupants.

8. Joseph D. Little (via deposition)
   Commander, Public Health Service
   National Institute for Occupational Safety and Health
   Centers for Disease Control and Prevention
   Atlanta, GA

   Estimated Time for Direct Examination: ~30 minutes.
   Subject Matter: Actions taken from ~ June 2006 to May 2007 to test temporary emergency housing units and determination of an appropriate response actions to formaldehyde in temporary emergency housing units.

9.  Martin McNeese
    Assistant Branch Chief
    FEMA Region 8
    Denver, CO

    Estimated Time for Direct Examination: ~45 minutes.
    Subject Matter:  Actions taken from ~ June 2006 to May 2007 to test temporary
                    emergency housing units and determination of an appropriate response
                    actions to formaldehyde in temporary emergency housing units.

10. Kenneth J. Melchiorre (via deposition)
    CH2M Hill Constructors, Inc. ("CH2M Hill") Rule 30(b)(6) Witness
    15010 Conference Center Drive, Suite 200
    Chantilly, VA

    Estimated Time for Direct Examination: ~ 20 minutes.
    Subject Matter:  Actions taken by CH2M Hill in response to concerns regarding
                    formaldehyde in temporary emergency housing units.

11. Stephen C. Miller
    Logistics Management Specialist Supervisor
    FEMA DHS

    Estimated Time for Direct Examination: ~45 minutes.
    Subject Matter:   Actions taken by FEMA to respond to formaldehyde concerns in
                    temporary emergency housing units from ~ March 2006 through
                    ~ October 2006.

12. Travis Morris
    Disaster Assistance Employee
    FEMA DHS

    Estimated Time for Direct Examination: ~20 minutes.
    Subject Matter:   Actions taken by FEMA to deliver July 2007 Formaldehyde Flyer.

5

13. Clyde Payne
    Officer In Charge
    Jackson Area Office
    Occupation Safety and Health Agency
    U.S. Department of Labor
    Jackson, Mississippi

    Estimated Time for Direct Examination: ~ 45 minutes.
    Subject Matter:  OSHA testing of unoccupied temporary emergency housing units between ~ October 2005 and ~ February 2006.

12. Dan Shea (via deposition)
    President
    Gulf Stream Coach

    Estimated Time for Direct Examination: ~ 20 minutes.
    Subject Matter:  Recommendations and advice to FEMA in Spring 2006 regarding appropriate response to concerns about formaldehyde in temporary emergency housing units.

13. Jim Shea (via deposition)
    President/CEO
    Gulf Stream Coach, Inc.

    Estimated Time for Direct Examination: ~ 20 minutes.
    Subject Matter:  Recommendations and advice to FEMA in Spring 2006 regarding appropriate response to concerns about formaldehyde in temporary emergency housing units.

14. Kevin Souza
    Chief (former)
    Individual Assistance Program Management
    Individual Assistance Division
    FEMA DHS

    Estimated Time for Direct Examination: ~ 1 hour.
    Subject Matter:  FEMA decision in August/September 2005 to use travel trailers as opposed to manufactured housing for temporary emergency housing. FEMA's response action commencing in  ~ Spring 2006 through ~Summer 2007 to concerns about formaldehyde in temporary emergency housing units.

**III.     May Call Witness List:**

1. Jesse Baynes
   Jackson Area Office
   Occupation Safety and Health Agency
   U.S. Department of Labor
   Jackson, Mississippi

2. Michael S. Bonner (via deposition)
   Bonner Analytical Testing Company
   2703 Oak Grove Road
   Hattiesburg, MS 39402
   Phone: 601.264.2854

3. Lenell Bryant
   DHOPS Special Projects/
   DHOPS Demolition Lead
   FEMA DHS

4. Jeffrey Burian
   Production Manager
   Forest River, Inc.

5. James Burris
   Senior Project Manager
   Contractor Support Branch
   FEMA DHS

6. David Chawaga
   Safety Specialist
   OM-FM-SY-SH
   FEMA DHS

7. Jorge Colon
   Contracting Officer's Technical Representative
   FEMA DHS

8. Robert Ferguson
   MHOPS Maintenance
   FEMA DHS

9. Doug Gaeddert
   Forest River, Inc. Fed. R. Civ. P. 30(b)(6)
   General Manager
   South Bend, Indiana

10. Eric Gentry
    Team Leader R-5 First
    FEMA DHS

11. Carl Hallstead
    Lead Program Specialist
    DAD-IA-PM-HS
    FEMA DHS

12. Tracy Haynes
    Branch Chief
    IM-RS
    FEMA DHS

13. Gil Jamieson
    Former Associate Deputy Administrator
    Gulf Coast Recovery
    FEMA DHS

14. Merrit Lake
    Captain, Public Health Service

15. Dr. William Lang, M.D.
    Assoc. Chief of Medical Office
    Dept. of Homeland Security Health

    As part of its response actions to formaldehyde concerns, FEMA commencing on or about May 2007 consulted with Dr. Lang. The United States hereby notifies the parties that the advice he provided may potentially be considered Fed. R. Evid. 702, 703 or 705.

16. Deidre Lee
    Director Office of Management
    FEMA DHS

17. Bryan McCreary
    Supervisor Contract Specialist
    OM-AQ-CP-MT-NA
    FEMA DHS

18. Sidney Melton
    Individual Assistance Section Chief
    TRO MS/LA
    FEMA DHS

19. Michael Miller
    Area Field Office Coordinator
    FEMA DHS

20. Mark Misczak
    Branch Chief
    DAD-IA-PM-HS
    FEMA DHS

21. Clifford Oliver
    Special Programs Program Manager
    Acquisition Program and Planning Branch
    Office of Acquisition Management
    FEMA DHS

22. David Porter (via deposition)
    ITESS COTR
    DHS-OCIO
    IT Acquisition Mgmt Branch
    Department of Homeland Security

23. Rene Rodriguez (via deposition)
    Disaster Assistance Employee
    FEMA DHS

24. Eugene Romano
    FEMA DHS

25. Dr. Jeff Rung, M.D.
    Assistant Secretary Health Affairs
    U.S. Dept. of Homeland Security

    As part of its response actions to formaldehyde concerns, FEMA commencing on or about May 2007 consulted with Dr. Lang.  The United States hereby notifies the parties that the advice he provided may potentially be considered Fed. R. Evid. 702, 703 or 705.

26. James N. Russo
    Federal Coordinating Officer
    RE-FC
    FEMA DHS

27. Richard C. Seeds
    Disaster Assistance Employee
    FEMA Office of Health and Safety
    FEMA DHS

28. James W. Stark
    Director
    TRO-LA-OP
    FEMA DHS

29. Wayne Stoeh
    FEMA DHS

30. Cindy Taylor
    FEMA Office of External Affairs

31. Tommy Warder
    COTR, MDC
    Individual Assistance, CSB
    FEMA DHS IA-TAC

32. Tammi Wisko
    Gulf Coast Recovery Office
    FEMA DHS

33. Lyndon T. Wright

34. FEMA Document Custodian from Logistics.

35. FEMA Press Officer Records Custodian.

36. All persons designated by Plaintiff as will call/may call witnesses, including any Rule 26 (a)(2)(B) Expert Witnesses.

37. All persons designated by Shaw as will call/may call witnesses, including any Rule 26 (a)(2)(B) Expert Witnesses.

38. All persons designated by Forest River as will call/may call witnesses, including any Rule 26 (a)(2)(B) Expert Witnesses.

Dated: November 30, 2009.                                      Respectfully Submitted,

| | |
|---|---|
| TONY WEST | ADAM BAIN |
| Assistant Attorney General, Civil Division | Senior Trial Counsel |
| | |
| J. PATRICK GLYNN | ADAM DINNELL |
| Director, Torts Branch, Civil Division | MICHELLE BOYLE |
| | MICHELE GREIF |
| DAVID S. FISHBACK | JONATHAN WALDRON |
| Assistant Director | Trial Attorneys |
| | |
| OF COUNSEL: | //S// *Henry T. Miller* |
| JORDAN FRIED | HENRY T. MILLER (D.C. Bar No. 411885) |
| Associate Chief Counsel | Senior Trial Counsel |
| | United States Department of Justice |
| JANICE WILLIAMS-JONES | Civil Division – Torts Branch |
| Trial Attorney | P.O. Box 340, Ben Franklin Station |
| FEMA/DHS | Washington, D.C. 20004 |
| Department of Homeland Security | Telephone No: (202) 616-4223 |
| Washington, D.C. 20472 | E-mail: Henry.Miller@USDOJ.Gov |

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)