**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**


| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 07-1873** <br> **SECTION "N-5"** <br> **JUDGE ENGELHARDT** <br> **MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**

*Lyndon T. Wright v. Forest River, Inc., et. al.*, **Civ. No. 09-2977**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT UNITED STATES OF AMERICA'S EXHIBIT LIST**

Pursuant to the Court's Scheduling Order, the Defendant United States of America

("United States") hereby proffers its initial list of potential exhibits.

| Exhibit UX-000# | EXHIBIT DESCRIPTION | BATES NUMBERS |
|---|---|---|
| UX-0001 | Important Health Notice | FLE-00005672 |
| UX-0002 | Brochure for Travel Trailer Occupants | FEMA08-000013-14 |
| UX-0003 | 4/6/06, Case Narrative of Michael Bonner for Carlton and Dawn Sistrunk | CH2M-FEMA(Sub2)-006379-006381 |
| UX-0004 | Important Notices | FEMA09-000363 |
| UX-0005 | EPA, "An Introduction to Indoor Air Quality" | EPA-000001- 04 |
| UX-0008 | 4/7/08, Timeline | FEMA10-000325 - 37 |
| UX-0009 | 7/22/06, E-mails | FEMA17-005982 - 84 |
| UX-0010 | 6/15/06, E-mails | FEMA17-02236 - 37 |
| UX-0011 | 6/27/06, E-mails | FEMA17-007073- 76 |
| UX-0012 | 6/28/06, E-mails | FEMA17-002458 - 59 |
| UX-0013 | 3/17/06, E-mails | FEMA17-022333 |
| UX-0014 | 3/17/06, E-mails. | FEMA-Waxman-3623 |
| UX-0015 | 5/31/06, Memorandum, Formaldehyde Statistics | FEMA10-000163 - 64 |
| UX-0016 | CPSC, 1997 Revision - An Update on Formaldehyde | CPSC-000001 - 12 |
| UX-0017 | 7/6/06, E-mails | FEMA17-001957 |
| UX-0018 | 8/31/2007, E-mails | FEMA17-016367 – 68 |

| UX-0019 | 7/16/07, Inter/Intra agency Agreement Analysis of Alternatives | FEMA17-020812-14 |
|---|---|---|
| UX-0020 | 08/29/07, Briefing - Formaldehyde Task Force | FEMA17-018963 - 65 |
| UX-0021 | 3/27/06, E-mails | FEMA17-024497 - 98 |
| UX-0022 | 3/06/07, E-mails | FEMA17-003608 |
| UX-0023 | 5/24/07, E-mail. | FEMA17-010957 |
| UX-0024 | 5/24/07, E-Mail | FEMA17-024013 |
| UX-0025 | 3/22/06, E-mail,  Re: File Search | FEMA17-024456 |
| UX-0026 | 3/23/06 E-Mail | FEMA17-024014 – 15 |
| UX-0027 | 3/22/06, Letter/E-Mail | FEMA17-024012 |
| UX-0028 | 5/31/06, Formaldehyde Air Sampling, FEMA Trailer Staging Area, Purvis, Mississippi | FEMA17-023996 - FEMA17-023997 |
| UX-0365 | Air Quality Testing In The Gulf | http://www.fema.gov/media/fortherecord.shtm |
| UX-0366 | CDC Environmental Hazards & Health Effects FEMA-Provided Travel Trailer Study | http://www.fema.gov/media/fortherecord.shtm |
| UX-0367 | CDC Releases Results of Formaldehyde Level Tests | http://www.fema.gov/media/fortherecord.shtm |
| UX-0368 | Contractor Payments | http://www.fema.gov/media/fortherecord.shtm |
| UX-0369 | Cost Share Adjustment History | http://www.fema.gov/media/fortherecord.shtm |
| UX-0370 | Disaster News Public Assistance and Project Worksheets:  The Path to Rebuilding | http://www.fema.gov/media/fortherecord.shtm |
| UX-0371 | FEMA Authorizes Hotel or Motel Assistance for Occupants of FEMA Temporary Housing Units | http://www.fema.gov/media/fortherecord.shtm |
| UX-0372 | FEMA Continues To Address Formaldehyde Concerns | http://www.fema.gov/media/fortherecord.shtm |
| UX-0373 | FEMA Disposal of Ice | http://www.fema.gov/media/fortherecord.shtm |
| UX-0374 | FEMA Ice Disposition | http://www.fema.gov/media/fortherecord.shtm |
| UX-0375 | FEMA Ice Disposition Update | http://www.fema.gov/media/fortherecord.shtm |
| UX-0376 | FEMA Plan of Action on Formaldehyde Findings to be Implemented Immediately | http://www.fema.gov/media/fortherecord.shtm |
| UX-0377 | FEMA Reforms Maintenance And Deactivation Of Housing Contracts Post Katrina | http://www.fema.gov/media/fortherecord.shtm |
| UX-0378 | FEMA Statement on the Deployment and Sale of Temporary Housing Units | http://www.fema.gov/media/fortherecord.shtm |
| UX-0379 | FEMA's Logistical Planning Efforts | http://www.fema.gov/media/fortherecord.shtm |
| UX-0380 | FEMA's Response to Allegations Of Suppressed Or Influenced Formaldehyde Reports | http://www.fema.gov/media/fortherecord.shtm |

| UX-0381 | Formaldehyde and Travel Trailers | http://www.fema.gov/me dia/fortherecord.shtm |
|---|---|---|
| UX-0382 | Formaldehyde Sampling at FEMA Temporary Housing Units, Baton Rouge, Louisiana | http://www.fema.gov/me dia/fortherecord.shtm |
| UX-0383 | Is FEMA Ready? | http://www.fema.gov/me dia/fortherecord.shtm |
| UX-0384 | Logistics Centers | http://www.fema.gov/me dia/fortherecord.shtm |
| UX-0385 | Logistics Supply Chain | http://www.fema.gov/me dia/fortherecord.shtm |
| UX-0386 | 5/31/06, Memorandum, "Formaldehyde Air Sampling, FEMA Trailer Staging Area, Purvis, Mississippi" | http://www.fema.gov/me dia/fortherecord.shtm |
| UX-0387 | 5/31/06, Memorandum, "Formaldehyde Statistics" | http://www.fema.gov/me dia/fortherecord.shtm |
| UX-0388 | Oral Statement of R. David Paulison Before the House Committee on Oversight and Government Reform "Hearing of FEMA Trailers" | http://www.fema.gov/me dia/fortherecord.shtm |
| UX-0389 | Pre-Positioned Disaster Supplies (PPDS) Capability | http://www.fema.gov/me dia/fortherecord.shtm |
| UX-0390 | Public Assistance And Project Worksheets:  The Path To Rebuilding | http://www.fema.gov/me dia/fortherecord.shtm |
| UX-0391 | Public Assistance Cost Share | http://www.fema.gov/me dia/fortherecord.shtm |
| UX-0392 | Public Assistance Louisiana Global Report:  Summary of PA Funding and Project Worksheet Data | http://www.fema.gov/me dia/fortherecord.shtm |
| UX-0393 | Public Assistance Mississippi Global Report: Summary of PA Funding and Project Worksheet Data | http://www.fema.gov/me dia/fortherecord.shtm |
| UX-0394 | Public Assistance Project Worksheets (PWs) and Dollars Hurricanes Katrina and Rita:  Gulf-Wide | http://www.fema.gov/me dia/fortherecord.shtm |
| UX-0395 | Results of Indoor Air Quality Testing Of Trailers And Mobile Homes For Formaldehyde In Mississippi and Louisiana:  Frequently Asked Questions | http://www.fema.gov/me dia/fortherecord.shtm |
| UX-0396 | Statement of FEMA Administrator David Paulison: Committed to FEMA and the American People | http://www.fema.gov/me dia/fortherecord.shtm |
| UX-0398 | Statement On Travel Trailers and Formaldehyde | http://www.fema.gov/me dia/fortherecord.shtm |
| UX-0399 | Statements Before the Senate Homeland Security and Government Affairs Committee Subcommittee on Disaster Recovery U.S. Senate | http://www.fema.gov/me dia/fortherecord.shtm |
| UX-0400 | Testimony of James Walke before the Homeland Security and Governmental Affairs Committee Subcommittee on Disaster Recovery | http://www.fema.gov/me dia/fortherecord.shtm |
| UX-0401 | The Deployment and Sale of Temporary Housing Units | http://www.fema.gov/me dia/fortherecord.shtm |
| UX-0402 | Unfounded: Assertions that FEMA Ignored or Manipulated Formaldehyde Research | http://www.fema.gov/me dia/fortherecord.shtm |

| UX-0403 | 12/11/07, E-mails | FEMA17-015826 – 28 |
|---|---|---|
| UX-0404 | 11/18/07, E-mails | FEMA17-014756 – 58 |
| UX-0405 | 11/17/07, E-mails | FEMA17-015592 – 94 |
| UX-0406 | 12/11/07, Emails | FEMA17-018848 – 49 |
| UX-0407 | 11/28/97, E-mails | FEMA17-016055 – 58 |
| UX-0408 | 11/23/07, E-mails | FEMA17-020647 – 49 |
| UX-0409 | 12/4/07, E-mails | FEMA17-015159 |
| UX-0410 | 12/11/07, E-mails | FEMA17-013072 – 73 |
| UX-0411 | 12/11/07, E-Mails | FEMA17-013799 |
| UX-0412 | 12/1/07, Formaldehyde Issue Sheet | FEMA17-018972 |
| UX-0413 | 7/26/06, E-mail | FEMA17-001836 – 39 |
| UX-0414 | 1/4/08, E-mails | FEMA17-015770 – 72 |
| UX-0415 | 12/19/07, E-mails | FEMA17-019831 |
| UX-0416 | 12/27/07, E-mails | FEMA17-015795 |
| UX-0417 | 12/13/07, House Briefing Regarding Formaldehyde Testing in the Gulf Coast Program | FEMA17-018973 – 76 |
| UX-0418 | 1/23/08, Report, Delay in CDC Testing | FEMA17-018971 |
| UX-0419 | 8/24/07, Briefing - Formaldehyde Task Force | FEMA17-018942 – 48 |
| UX-0420 | 10/29/07, E-mail | FEMA17-018880 |
| UX-0421 | 8/2/07, E-mails | FEMA17-011580 |
| UX-0422 | 10/31/07, E-mails | FEMA17-013045 |
| UX-0423 | 10/19/07, E-mails | FEMA17-014160 – 61 |
| UX-0424 | 8/27/07, E-mails | FEMA17-015383 |
| UX-0425 | 8/31/07, E-mails | FEMA17-015261 – 62 |
| UX-0426 | 11/07/07, E-mails | FEMA17-014222 |
| UX-0427 | 11/02/07, E-mails | FEMA17-016087 – 88 |
| UX-0428 | 10/12/07, E-mails | FEMA17-019570 -  71 |
| UX-0429 | 10/30/07, E-mails | FEMA17-018881 – 82 |
| UX-0430 | 10/22/07, E-mails | FEMA17-016374 – 75 |
| UX-0431 | 8/20/07, E-mails | FEMA17-015418 |
| UX-0432 | 10/29/07 E-mails | FEMA17-018846 – 47 |
| UX-0433 | 10/22/09, E-mails | FEMA17-018822 – 29 |
| UX-0434 | 10/22/07, E-mails | FEMA17-015339 – 41 |
| UX-0435 | 9/24/07, E-mails | FEMA17-015306 – 09 |
| UX-0436 | 8/27/07, E-mails | FEMA17-018519 – 22 |
| UX-0437 | 11/06/07, E-mails | FEMA17-018802 – 04 |
| UX-0438 | 9/6//07, Formaldehyde Pamphlet | FEMA17-019127 |
| UX-0439 | National Housing Task Force Meeting - Support for | FEMA17-020588 |

| | GULF COAST Formaldehyde Initiatives Agenda | |
|---|---|---|
| UX-0440 | 8/27/07, Emails | FEMA17-013194 – 95 |
| UX-0441 | 7/12/06, E-mails | FEMA17-022996 – 97 |
| UX-0442 | 7/17/07, Emails | FEMA17-020331 – 32 |
| UX-0443 | 3/21/06, Emails | FEMA17-022360 – 62 |
| UX-0444 | 5/31/06, E-mails | FEMA17-005600 – 601 |
| UX-0445 | 3/21/06, Emails | FEMA17-003838 – 39 |
| UX-0446 | 7/10/06 E-mail | FEMA17-006717 – 19 |
| UX-0448 | 4/6/06, Emails | FEMA17-023098 – 102 |
| UX-0449 | 5/30/06 E-mails | FEMA17-022746 – 47 |
| UX-0450 | 7/18/06, Emails | FEMA17-023067 – 68 |
| UX-0451 | 6/15/06, E-mail | FEMA17-002191 – 95 |
| UX-0452 | 6/27/06, E-mails | FEMA17-001961 – 64 |
| UX-0453 | 9/13/07, E-mails | FEMA17-011885 – 87 |
| UX-0454 | 4/17/06, E-mails | FEMA17-000722 |
| UX-0455 | 6/2/06, E-mails | FEMA17-002196 – 201 |
| UX-0456 | 3/21/06, E-mails | FEMA17-022556 – 57 |
| UX-0457 | 4/17/06, E-mails | FEMA17-000723 |
| UX-0458 | 3/21/06, E-mails | FEMA17-023156 – 59 |
| UX-0459 | 7/14/06, E-mails | FEMA17-023227 – 28 |
| UX-0460 | 7/18/06, E-mails | FEMA17-005851 – 52 |
| UX-0461 | 7/18/06, E-mails | FEMA17-005849 – 50 |
| UX-0462 | 6/19/06, E-mails | FEMA17-023200 -201 |
| UX-0463 | 5/16/06, E-mails | FEMA17-23262 -66 |
| UX-0464 | 6/29/06, E-mails | FEMA17-023170 |
| UX-0465 | 6/27/06, E-mails | FEMA17-000789 – 92 |
| UX-0466 | 9/28/07, E-mails | FEMA17-019419 – 20 |
| UX-0467 | 3/21/06, E-mails | FEMA17-000241 – 42 |
| UX-0468 | 5/11/06, E-mails | FEMA17-022351 |
| UX-0469 | 5/11/06, E-mails | FEMA17-022546 |
| UX-0470 | 7/16/07, E-mails | FEMA17-012747 – 48 |
| UX-0471 | 6/29/06, E-mails | FEMA17-022661 |
| UX-0472 | 5/23/06, E-mails | FEMA17-005662 – 63 |
| UX-0473 | 5/23/06, E-mails | FEMA17-023196 |
| UX-0474 | 6/09/06, E-mails | FEMA17-022347 |
| UX-0475 | E-mail, CDC Analysis of EPA Formaldehyde Testing | FEMA17-002097-98 |
| UX-0476 | E-mail, EPA IAA SOW | FEMA17-007349-50 |
| UX-0477 | E-mail, EPA IAA SOW | FEMA17-008413-14 |

| | | |
|---|---|---|
| UX-0478 | E-mail, FEMA Comments on Formaldehyde Plan | FEMA17-005821 |
| UX-0479 | E-mail, Formaldehyde | FEMA17-001986 |
| UX-0480 | E-mail, Formaldehyde-Air Quality Test | FEMA17-007604-5 |
| UX-0481 | E-mail, Bi-monthly formaldehyde conference call | FEMA17-002484-85 |
| UX-0482 | E-mail | FEMA17-000559-560 |
| UX-0484 | 11/27/06, E-mails | FEMA17-000392 |
| UX-0492 | 8/24/07, Agenda Formaldehyde Task Force Briefing | FEMA17-014064 |
| UX-0493 | 8/14/06, E-Mails | FEMA17-000638 – 39 |
| UX-0494 | 7/7/06, E-Mails | FEMA17-000832 |
| UX-0495 | 6/28/06, E-mails | FEMA17-002458 - 59 |
| UX-0496 | 7/19/06, E-mails | FEMA17-001760 |
| UX-0497 | 1/18/08, E-mails | FEMA17-017728 – 32 |
| UX-0498 | 10/20/06, E-mails | FEMA17-001666 – 67 |
| UX-0499 | 11/27/06, E-mails | FEMA17-000731 – 32 |
| UX-0500 | 12/07/07, E-mails | FEMA17-016023 – 25 |
| UX-0501 | 12/11/07, E-mails | FEMA17-015819 – 23 |
| UX-0502 | 2/15/07, E-mails | FEMA17-003538 – 40 |
| UX-0503 | 3/06/07, E-mails | FEMA17-003608 |
| UX-0504 | 4/12/07, E-mails | FEMA17-022560 |
| UX-0505 | 5/16/07, E-mails | FEMA17-017409 – 10 |
| UX-0506 | 5/17/07, E-mails | FEMA17-008762 – 64 |
| UX-0507 | 5/17/07, E-mails | FEMA17-014782 – 89 |
| UX-0508 | 5/17/07, E-mails | FEMA17-016319 – 27 |
| UX-0509 | 5/17/07, E-mails | FEMA17-009792 – 97 |
| UX-0510 | 5/17/07, E-mails | FEMA17-009034 – 35 |
| UX-0511 | 5/17/07, E-mails | FEMA17-009013 – 14 |
| UX-0512 | 5/17/07, E-mails | FEMA17-016428 – 35 |
| UX-0513 | 5/18/07, E-mails | FEMA17-010235 -36 |
| UX-0514 | 5/18/07, E-mails | FEMA17-011315 -16 |
| UX-0515 | 5/18/07, E-mails | FEMA17-011323 – 24 |
| UX-0516 | 5/22/07, E-mails | FEMA17-012154 |
| UX-0517 | 5/30/07, E-mails | FEMA17-009232 – 36 |
| UX-0518 | 6/04/07, E-mails | FEMA17-009283 – 84 |
| UX-0519 | 6/05/07, E-mails | FEMA17-016258 – 60 |
| UX-0520 | 6/13/07, E-mails | FEMA17-009445 |
| UX-0521 | 6/15/06, E-mails | FEMA17-002191 – 95 |
| UX-0522 | 6/26/07, E-mails | FEMA17-007449 |
| UX-0523 | 6/27/06, E-mails | FEMA17-000789 - 92 |

| UX-0524 | 6/27/07, E-mails | FEMA17-009604 |
|---|---|---|
| UX-0525 | 6/27/07, E-mails | FEMA17-004995 |
| UX-0526 | 6/28/07, E-mails | FEMA17-012379 – 80 |
| UX-0527 | 6/29/07, E-mails | FEMA17-007533 – 35 |
| UX-0528 | 7/06/06, E-mails | FEMA17-001953 – 54 |
| UX-0529 | 7/06/06, E-mails | FEMA17-000834 |
| UX-0530 | 7/10/06, E-mails | FEMA17-001922 – 23 |
| UX-0531 | 7/11/07, E-mails | FEMA17-011413 – 14 |
| UX-0532 | 7/17/07, E-mails | FEMA17-011483 |
| UX-0533 | 7/19/07, E-mails | FEMA17-015562 – 63 |
| UX-0534 | 7/21/07, E-mails | FEMA17-009886 – 87 |
| UX-0535 | 7/23/07, E-mails | FEMA17-017160 |
| UX-0536 | 7/25/07, E-mails | FEMA17-017207 – 08 |
| UX-0537 | 7/30/07, E-mails | FEMA17-016132 – 33 |
| UX-0538 | 8/03/06, E-mails | FEMA17-001895 – 96 |
| UX-0539 | 8/06/07, E-mails | FEMA17-013968 – 72 |
| UX-0540 | 8/09/07, E-mails | FEMA17-019159 – 61 |
| UX-0541 | 8/27/07, E-mails | FEMA17-015387 – 89 |
| UX-0542 | 8/31/07, E-mails | FEMA17-018820 – 21 |
| UX-0543 | 9/05/07, E-mails | FEMA17-012996 – 97 |
| UX-0544 | 9/23/07, E-mails | FEMA17-015364 – 66 |
| UX-0545 | 9/25/07, E-mails | FEMA17-018830 – 34 |
| UX-0546 | 9/23/06, E-mails | FEMA17-002048 – 49 |
| UX-0547 | 5/16/07, E-mails | FEMA17-015068 |
| UX-0548 | 5/16/07, E-mails | FEMA17-016405 |
| UX-0549 | 5/02/07, E-mails | FEMA17-000130 – 32 |
| UX-0550 | 2/23/07, E-mails | FEMA17-002096 |
| UX-0551 | 4/12/07, E-mails | FEMA17-002080 – 81 |
| UX-0552 | 7/25/06, E-mails | FEMA17-001758 – 59 |
| UX-0553 | 7/20/06, E-mails | FEMA17-000784 – 86 |
| UX-0554 | 4/18/07, E-mails | FEMA17-002806 – 09 |
| UX-0555 | 4/18/07, E-mails | FEMA17-003325 – 26 |
| UX-0556 | 7/20/06, E-mails | FEMA17-000817 – 18 |
| UX-0557 | 5/5/06, E-mails | FEMA17-010720 – 21 |
| UX-0558 | 7/7/06, E-mails | FEMA17-000688 |
| UX-0559 | FEMA E-mail | FEMA17-000481 |
| UX-0560 | 8/21/06, Project Updates | FEMA17-000753 -  54 |
| UX-0561 | 8/7/06, E-mails | FEMA17-000805 |

| UX-0562 | 7/26/06, E-mails | FEMA17-000520 – 21 |
|---------|------------------|---------------------|
| UX-0563 | 7/12/06, E-mails | FEMA17-000827 |
| UX-0564 | 9/13/06, E-mails | FEMA17-000749 – 50 |
| UX-0565 | 9/08/06, E-mails | FEMA17-001688 – 89 |
| UX-0566 | 8/4/06, E-mails | FEMA17-022509 – 12 |
| UX-0567 | 9/11/06, E-mails | FEMA17-022719 -20 |
| UX-0568 | 8/30/06, E-mails | FEMA17-002480 – 81 |
| UX-0569 | 8/30/06 E-mails | FEMA17-022728 |
| UX-0570 | 9/6/06, E-mails | FEMA17-001701 |
| UX-0571 | 9/7/06, E-mails | FEMA17-022463 |
| UX-0572 | 9/6/06, E-mails | FEMA17-001704 |
| UX-0573 | 9/8/06, E-mails | FEMA17-022359 |
| UX-0574 | 8/23/06, E-mails | FEMA17-000337 |
| UX-0575 | 8/3/06, E-mails | FEMA17-000572 |
| UX-0576 | 7/27/06, E-mails | FEMA17-000809 – 10 |
| UX-0577 | 7/27/06, E-mails | FEMA17-000524 – 25 |
| UX-0578 | 8/3/06, E-mails | FEMA17-000558 |
| UX-0579 | 8/7/06, E-mails | FEMA17-000592 – 94 |
| UX-0580 | 7/28/06, E-mails | FEMA17-023195 |
| UX-0581 | E-mails | FEMA17-005823 |
| UX-0582 | 7/31/06, E-mails | FEMA17-005640 – 42 |
| UX-0583 | 8/24/06, E-mails | FEMA17-001706 – 07 |
| UX-0584 | 9/5/06, E-mails | FEMA17-023017 – 20 |
| UX-0585 | 7/20/06, E-mails | FEMA17-000473 |
| UX-0586 | 7/26/06, E-mails | FEMA17-001787 |
| UX-0587 | 7/27/06, E-mails | FEMA17-000523 |
| UX-0588 | 8/10/06, E-mails | FEMA17-022506 – 08 |
| UX-0589 | 7/22/06, E-mails | FEMA17-022768 – 72 |
| UX-0590 | 8/2/06, E-mails | FEMA17-022497 – 98 |
| UX-0591 | 7/26/06, E-mails | FEMA17-001788 |
| UX-0592 | 7/28/06, E-mails | FEMA17-006848 – 49 |
| UX-0593 | 8/2/06, E-mails | FEMA17-001791 – 94 |
| UX-0594 | 8/3/06, E-mails | FEMA17-000556 – 57 |
| UX-0595 | 7/20/06, E-mails | FEMA17-001092 – 93 |
| UX-0596 | 7/21/06, E-mails | FEMA17-022694 – 99 |
| UX-0597 | 7/31/06, E-mails | FEMA17-022519 – 25 |
| UX-0598 | 8/14/06, E-mails | FEMA17-000631 |
| UX-0599 | 8/04/06,  E-mails | FEMA17-023252 |

| UX-0600 | 07/26/06, E-mails | FEMA17-000510 – 11 |
|---|---|---|
| UX-0601 | 8/3/06, E-mails | FEMA17-000570 – 71 |
| UX-0602 | 8/15/06, E-mails | FEMA17-000640 – 41 |
| UX-0603 | 8/9/06, E-mails | FEMA17-000614 – 15 |
| UX-0604 | 8/29/06, E-mails | FEMA17-000365 – 67 |
| UX-0605 | 8/14/06, E-mails | FEMA17-000625 – 26 |
| UX-0606 | 7/27/06, E-mails | FEMA17-023224 – 25 |
| UX-0607 | 7/21/06, E-mails | FEMA17-002163 – 66 |
| UX-0608 | 8/14/06, E-mails | FEMA17-023258 – 59 |
| UX-0609 | 7/28/06, E-mails | FEMA17-023222 – 23 |
| UX-0610 | 7/21/06, E-mails | FEMA17-022379 |
| UX-0611 | 7/20/06, E-mails | FEMA17-001776 – 77 |
| UX-0612 | 7/20/06, E-mails | FEMA17-005624 |
| UX-0613 | 7/20/06, E-mails | FEMA17-001778 |
| UX-0614 | 9/7/06, E-mails | FEMA17-023248 – 49 |
| UX-0615 | 7/21/06, E-mails | FEMA17-001806 – 10 |
| UX-0616 | 4/30/07, E-mails | FEMA17-002018 – 21 |
| UX-0617 | 12/13/06, E-mails | FEMA17-022975 – 76 |
| UX-0618 | 9/14/06, E-mails | FEMA17-022974 |
| UX-0619 | 3/9/07, E-mails | FEMA17-002012 – 13 |
| UX-0620 | 10/12/06, E-mails | FEMA17-002244 – 46 |
| UX-0621 | 2/15/07, E-mails | FEMA17-003538 - 40 |
| UX-0622 | 5/16/07, E-mails | FEMA17-010949 |
| UX-0623 | 2/22/07, E-mails | FEMA17-002103 – 04 |
| UX-0624 | 3/6/07, E-mails | FEMA17-003608 |
| UX-0626 | 3/30/07, E-mails | FEMA17-005390 – 97 |
| UX-0627 | 3/8/07, E-mails | FEMA17-000072 – 73 |
| UX-0628 | 11/15/06, E-mails | FEMA17-022549 – 50 |
| UX-0629 | 10/17/06, E-mails | FEMA17-023190 |
| UX-0630 | 6/7/07, E-mails | FEMA17-009395 – 96 |
| UX-0631 | 12/13/06, E-mails | FEMA17-024808 – 09 |
| UX-0632 | 5/18/07, E-mails | FEMA17-005000 – 01 |
| UX-0633 | 10/20/06, E-mails | FEMA17-002242 – 43 |
| UX-0634 | 9/14/06, E-mails | FEMA17-022970 |
| UX-0635 | 9/28/06 E-mails | FEMA17-002249 |
| UX-0636 | 9/15/06, E-mails | FEMA17-022727 |
| UX-0637 | 1/11/07, E-mails | FEMA17-002142 |
| UX-0638 | 12/1/06, E-mails | FEMA17-002486 |

| UX-0639 | 9/23/06, E-mails | FEMA17-001672 |
|---------|------------------|---------------|
| UX-0640 | 3/8/07, E-mails | FEMA17-022407 |
| UX-0641 | 2/9/07, E-mails | FEMA17-002134 – 36 |
| UX-0642 | 1/25/07, E-mails | FEMA17-023234 |
| UX-0643 | 9/12/6, E-mails | FEMA17-023257 |
| UX-0644 | 9/27/06, E-mails | FEMA17-023202 – 05 |
| UX-0645 | 6/4/07, E-mails | FEMA17-008408 |
| UX-0646 | E-mail | FEMA17-001668 |
| UX-0647 | 12/1/06, E-mails | FEMA17-005598 – 99 |
| UX-0648 | 11/29/06, E-mails | FEMA17-000146 – 47 |
| UX-0649 | 4/12/07, E-mails | FEMA17-022560 |
| UX-0660 | 7/07, FEMA Formaldehyde Flyer Distribution List – Group Sites. | FEMA162-000001– 15 |
| UX-0661 | 7/07, FEMA, Formaldehyde Flyer Distribution List – Private Sites | FEMA162-000016 – 916 |
| UX-0689 | ATDSR, Toxicological Profile for Formaldehyde | ATSDR 00001 – 468 |
| UX-0691 | ATSDR Minimal Risk Levels (MRLs) for Hazardous Substances | ATSDR_MRL-00001 – 10 |
| UX-0699 | CDC Final Report on Formaldehyde Levels | CDC 000208 – 68 |
| UX-0701 | CDC/FEMA Formaldehyde Exposure in Homes | CDC 000269 – 74 |
| UX-0709 | Data Dictionary for FEMA Trailer Formaldehyde Study | CDC-000 087 – 207 |
| UX-0712 | DeVany Testing Protocol | PSC 003220 – 348 |
| UX-0713 | Temporary Housing Unit Inspection Report form | FEMA09-00073 – 74 |
| UX-0718 | 3/23/06, E-Mails | FEMA09-000364 – 80 |
| UX-0719 | 3/22/06, E-mails | FEMA09-000362 |
| UX-0720 | 12/4/06, Emails | CDC104-001024 – 26 |
| UX-0721 | 6/2/06, E-mails | FEMA17-024461 |
| UX-0722 | 7/26/06, E-mails | FEMA10-000183 – 84 |
| UX-0723 | 3/27/06, E-mails | FEMA17-0003670 – 71 |
| UX-0724 | 3/18/06, E-mails | OSH001-004338 |
| UX-0725 | 6/16/06, E-mails | FEMA17-004817 – 18 |
| UX-0726 | 3/24/06, E-mails | FEMA09-000360 – 61 |
| UX-0727 | 7/6/06, E-mails | FEMA17-006702 – 04 |
| UX-0728 | EPA, Basic Information for Formaldehyde | PSC 003214 – 17 |
| UX-0729 | EPA Introduction to Indoor Air Quality | EPA 000001 – 04 |
| UX-0736 | FEMA and CDC Joint Press Release:  CDC Releases Results of Formaldehyde Level Tests | ATSDR-000470 – 72 |
| UX-0740 | FEMA Model Travel Trailer Procurement Specs | FEMA10-0000280 – 309 |

| UX-0741 | FEMA,  FEMA Announces Refunds For Travel Trailers Purchased By Disaster Occupants and Through GSA Sales | FEMA10-000198 – 208 |
|---|---|---|
| UX-0742 | FEMA,  FEMA's Ongoing Response to Formaldehyde | FEMA10-000209 – 11 |
| UX-0743 | FEMA, Formaldehyde and Travel Trailes | FEMA10-000190 – 92 |
| UX-0744 | FEMA, Hurricane Katrina, One Year Later | FEMA10-000340 – 41 |
| UX-0747 | 2006, Fleetwood Owner's Manual | 7/16/08, Fleetwood Rule 30(b)(6) Depo., Exh. 10 (FLE-00005548-5668) |
| UX-0750 | Formaldehyde Levels in FEMA-Supplied Trailers Handout (English and Spanish) | FEMA08-000011 – 12; FEMA08-000017 -  18 |
| UX-0754 | Formaldehyde Statistics | FEMA 10-000163 – 64 |
| UX-0756 | GCRO Individual Assistance Global Report Executive Summary | FEMA09-000326 – 30 |
| UX-0759 | Health Consultation - Formaldehyde Sampling at FEMA Temporary Housing Units | ATSDR_FEMA-00001-14 |
| UX-0762 | HUD Formaldehyde Rule Making | HUD 000001 – 48 |
| UX-0763 | Important Formaldehyde Information for FEMA Housing Occupants Handout | FEMA08-000015 – 16 |
| UX-0764 | Important Information for TT Occupants | FEMA08 0000013 – 15 |
| UX-0773 | 5/31/06, Memorandum,Formaldehyde Air Sampling, FEMA Trailer Staging Area, Purvis, Mississippi | FEMA17-000111 – 12 |
| UX-0774 | 3/22/06, Memorandum | FEMA09-000088- 89 |
| UX-0775 | 3/22/06, Memorandum | FEMA09-000086– 87 |
| UX-0777 | OSHA Gas and Vapor Monitoring Data | OSHA 00001 - 64 |
| UX-0783 | Public Health Statement: How can families reduce the risk of exposure to formaldehyde? | ATSDR-000025 |
| UX-0788 | 6/13/06, Letter, Sierra Club to FEMA | FEMA 123-000001-15 |
| UX-0789 | Solicitation/Contract/Order for Commercial Items (Travel Trailer Purchase Contract) | FEMA10-000310 – 24 |
| UX-0790 | Solicitation/Contract/Order For Commercial Items: Contract No. HSFEHQ-05-D-4125 | FEMA07-000001 – 19 |
| UX-0796 | USDH Safety and Health Fax Cover: OSHA Data | FEMA 09-000081 – 85 |
| UX-0798 | Vendor Request for Quotations Letter and form | FEMA10-000251 – 71 |
| UX-0802 | FEMA's Ongoing Response to Formaldehyde | FEMA10 000209 – 11 |
| UX-0803 | 10/07, An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers: Baton Rouge, Louisiana | RATSDR_FEMA-00001 -23 |
| UX-0804 | FEMA Press Release: Myths & Facts: Travel Trailers | FEMA-10-000195 – 97 |
| UX-0805 | 5/4/07, E-mails | DeRosa 000114-18 |
| UX-0806 | 8/07, FEMA-CDC Interagency Agreement-Testing/Investigation Formaldehyde | |

| UX-0807 | 8/06, FEMA-EPA Interagency Agreement-Testing/Investigation of Formaldehyde | |
| UX-0808 | 5/27/07, Letter,  CDC to Cong. Gene Taylor | FGC027-001239 – 41 |
| UX-0809 | Letter, CDC Dr. Mark Keim (OTPER) to FEMA Rick Preston | DeRosa 000116 |
| UX-0810 | 11/16/07, Letter, EPA to FEMA | |
| UX-0811 | Letter, FEMA Rick Preston to ATSDR Scott Wright | FEMA162-000917 |
| UX-0813 | 12/07, CDC, Indoor Air Quality and Your Health | CDC-000154 |
| UX-0827 | 7/07, Applicants Reporting MH/TT Formaldehyde Issues | FEMA10-000378 – 83 |
| UX-0828 | 4/12/07, E-Mails | FEMA17-002082-83 |
| UX-0829 | 8/16/07, Letter, GSC to FEMA | GULF0003176 |
| UX-0831 | 11/07, CDC Script Prepared Response Report – Formaldehyde | CDC-000026 - 78 |
| UX-0842 | 12/4/07, E-Mails | GULF0003178 |
| UX-0846 | 3/17/06, E-mails | GULF0002831 |
| UX-0850 | 6/15/06, E-mails | GSC003-000221 |
| UX-0856 | 3/23/06, E-mails | GULF0000966 |
| UX-0857 | 3/21/06, E-mails | GULF0002832 |
| UX-0858 | 3/17/06, E-mails | GULF0002838 – 41 |
| UX-0859 | 5/24/06, E-mails | GULF0004479 – 80 |
| UX-0862 | 3/22/06, E-mails | GULF0003020 |
| UX-0863 | 6/14/06, E-mails | GULF0004487 – 94 |
| UX-0864 | 3/21/06, E-mails | GULF0004471 |
| UX-0867 | August 2006, FEMA Flyer: Important Information for Travel Trailer Occupants Living in EHU's | FEMA09-000386 – 87 |
| UX-0871 | Flyer: What You Should Know About Formaldehyde in Mobile Homes | FEMA10-000376 – 77 |
| UX-0875 | 4/27/06, GSC, Statement Regarding FEMA Purchases of Travel Trailers | GULF0003204 |
| UX-0876 | 4/27/06, GSC, Statement Regarding Travel Trailers | GS(COGR) 01489 |
| UX-0879 | 7/07, FEMA, Important Formaldehyde Information for FEMA Housing Occupants Living in EHU's | FEMA09-000388 - 90 |
| UX-0880 | 12/07, Indoor Air Quality and Health in FEMA Temporary Housing For Trailer Residents | CDC-000152 - 53 |
| UX-0881 | 12/07, Indoor Air Quality Fact Sheet for CDC Partners in LA and MS | CDC-000157 |
| UX-0882 | Interagency Agreement Regarding Testing/ Investigation of Formaldehyde HS FELA (07-X-0270) | FEMA162-000944 –55 |
| UX-0883 | Interagency Agreement Regarding Testing/ Investigation of Formaldehyde (HSFE06-06-X-2014) | FEMA162-000918–34 |
| UX-0885 | 11/06/07  JB Formaldehyde Sampling for Mississippi | |

| | dated | |
|---|---|---|
| UX-0887 | 7/21/06, E-Mails | FEMA17-000476 |
| UX-0888 | 7/21/06, E-Mails | FEMA17-000479 |
| UX-0889 | 7/21/06, E-Mails | FEMA17-000485 |
| UX-0890 | 7/24/06, Formaldehyde Testing Conference Call | FEMA17-000787-88 |
| UX-0891 | 7/25/ 06, E-Mails | FEMA17-001756-57 |
| UX-0892 | 7/27/06, E-Mails | FEMA17-000526 |
| UX-0894 | 6/8/06, Letter GSC to FEMA | GSC003-000199 – 200 |
| UX-0895 | 8/3/06, Letter, GSC to FEMA | GULF0002342 – 45 |
| UX-0897 | 10/10/05, Letter, GSC to FEMA | GULF0003008  - 09 |
| UX-0905 | 3/20/07, E-Mails | FEMA17-006148-51 |
| UX-0906 | 3/21/06, E-Mails | Gulf0004471-72 |
| UX-0907 | 3/21/06, E-Mails | GULF004467-70 |
| UX-0910 | 5/11/06, Letter, GSC to FEMA | Gulf0004473-74<br>GSC005-001143-44 |
| UX-0911 | 5/15/06, E-Mails | GULF0004477 |
| UX-0912 | 5/18/07, Emails | FEMA162-000957 - 58 |
| UX-0913 | 5/19/06, Letter,  GSC to FEMA | |
| UX-0914 | 3/17/06, E-mails | GULF0004466 |
| UX-0915 | Memo. for FEMA Temporary Housing Agent Group: Occupants with questions about formaldehyde July 2007 (re: Formaldehyde-Helpline Calls, Referrals and Transfers) | FEMA10-000386 – 90 |
| UX-0916 | Memo. for TROs, GCRO, National Coordination Team/IHPAG: Occupants wishing to move out of their EHUs August 2007 (Script dated 03/28/08) | FEMA10-000384 |
| UX-0917 | News Articles relating to Formaldehyde in FEMA EHUs | |
| UX-0918 | 11/16/06, E-Mail | FEMA17-001663 |
| UX-0919 | 11/27/06, E-Mail | FEMA17-000389 |
| UX-0920 | 11/27/06, E-Mail | FEMA17-000733-34 |
| UX-0921 | 10/10/05, Letter, Gulf Stream Coach to FEMA | GULF00030008-09 |
| UX-0922 | 10/11/06, E-Mail | FEMA17-000029-32 |
| UX-0923 | February 2007, Operational Housing Action Plan Script: Individual Assistance (IA) Recipients With Questions | FEMA09-000408 – 24 |
| UX-0931 | July 2007, Script for Formaldehyde Concerns in Temporary Housing Unit: IA Recipients With Questions About formaldehyde | FEMA09-000402 - 07 |
| UX-0932 | December 2007, Public Service Announcement | CDC-000165 - 66 |
| UX-0933 | 9/5/06, E-Mails | FEMA17-000375-76 |

| UX-0941 | 12/07, You Can Take Steps to Improve the Air You Breath | CDC-000180 - 181 |
|---|---|---|
| UX-0944 | 12/1/07 E-mails | DeRosa 000103 - 04 |
| UX-0945 | 11/30/06, Letter, FEMA to CDC/ATSDR | DeRosa 000106 |
| UX-0946 | 2/2/07 E-mails | DeRosa 0063- 65 |
| UX-0947 | 1/8/07 E-mails | DeRosa 000110 |
| UX-0948 | 5/3/07 E-mails | DeRosa 000114 -18 |
| UX-0949 | Risher/DeRosa, "The Precision, Uses, and Limitations of Public Health Guidance Values" | DeRosa Depo. Exh. 22 |
| UX-0950 | 4/6/07, Emails | DeRosa  0084-0085 |
| UX-0951 | 3/17/07 Letter CDC to FEMA | DeRosa 0075-0082 |
| UX-0952 | 5/29/07, Letter, CDC to Congressman Taylor | DeRosa 0075-0082 |
| UX-0953 | 6/23/06 Letter GSC to Pierce | Gulf 0004638 |
| UX-0958 | 3/17/06, E-Mails | Gulf0004466 |
| UX-0959 | E-mails | Gulf4467-4470 |
| UX-0973 | 6/15/06, E-mails | Gulf0002354 |
| UX-0974 | 4/27/07, GSC Statement | Gulf0003204 |
| UX-0975 | 4/27/06, GSC Statement | GS 01489 |
| UX-0977 | 8/3/06, Letter, GSC to FEMA | Gulf0002342-2345 |
| UX-0979 | 6/8/06, Letter, GSC to FEMA | Gulf0002506-2507 |
| UX-0991 | National Contingency Plan | |
| UX-0992 | Maintenance Documents | FGC041-000004 – 08 |
| UX-0993 | Bobbie Wright Individual Assistance File | FEMA124-000001 to 78; FGC009-000012 to 89 |
| UX-0994 | Wright FRRATS Screenshots | FEMA10-002283 -332 |
| UX-0995 | FEMA Documents relating to Wright Travel Trailer | FEMA154-000019-29; FGC009-000001 to 11; FEMA165-000188-189; FEMA165-000013-187 |
| UX-0996 | FEMA Photos of Documents in Wright Travel Trailer | FEMA165-000001 to 12 |
| UX-0997 | Photographs of Wright Travel Trailer | PL.L.Wright-000399; LWFR-LW-000072 to 77 |
| UX-0998 | Wright Medical Records | PL_L.Wright-000109 to 2179; PL_L.Wright-000362-94; PL_L.Wright-000400 to 427 |
| UX-0999 | Wright Travel Trailer Testing Documents | PL_L.Wright-395 to 398; L_L.Wright-428 to 444 |
| UX-1000 | Lyndon Wright SF-95 and associated documents | FEMA178-000001-4; FEMA000976-982 |

| UX-1001 | City of New Orleans Documents | FR_CNOLA-000001-161 |
|---|---|---|
| UX-1002 | Riverland Credit Union Documents | FR_RCU-000001-232 |
| UX-1009 | Ready for Occupancy Check List | SHAW-WRI 00011 |
| UX-1011 | FEMA document, Important Information for Travel Trailer Occupants | FEMA08-00013 - 14 |
| UX-1012 | Formaldehyde levels in FEMA-Supplied Trailers | Wright Depo Ex. 4 |
| UX-1013 | FEMA Document, Important Information for Housing Occupants | Wright Depo Ex. 5 |
| UX-1014 | FEMA Landowner's Authorization, Ingress-Egress Agreement | SHAW-WRI 00004 |
| UX-1015 | Handwritten document dated January 18, 2006 by Bobby R. Wright | FEMA124-000041; FGC009-000052 |
| UX-1016 | Inspection report | SHAW-WRI-00007 |
| UX-1017 | Call Center Maintenance Request Form | SHAW-WRI-0015, 16 |
| UX-1020 | Lyndon Wright , SF Form 95 | Wright Depo Ex. 13 |
| UX-1021 | Production Inspection Sheets -- Unit Traveler | FOREST0151936- 46 |
| UX-1022 | Statement of Newly Manufactured Processed Panel Product | FR157340 |
| UX-1023 | Travel Trailer Sales Order | FOREST 151924- 35 |
| UX-1025 | 9/1/05, E-mails Martin to Jordan | FR169774-775 |
| UX-1026 | Forest River Trailer Warning | Burian Depo Exh. 7 |
| UX-1028 | 9/1/05, E-mail, Wagner to Dekle | FOREST 0002504 |
| UX-1029 | 8/12/04, FEMA Model Travel Trailer Procurement Specifications | FOREST0002505-2508 |
| UX-1030 | 9/1/05, Fax, Farell to Gaeddert | Forest 0002503-2508 |
| UX-1031 | 7/1/04, Fax, Ferrall to Gaeddert | Forest 0003521 |
| UX-1032 | 6/30/04, Letter,  Spillane to Prospective Bidders | Forest 0003522 |
| UX-1033 | 5/28/04, FEMA Model Travel Trailer Procurement Specifications | Forest 0003523 |
| UX-1036 | 10/8/05, Letter, BlueLinx to FR 8/05 | Forest 0002620-2629 |
| UX-1039 | 9/1/05, Memorandum, Gaeddert to Mike Ferrall | Forest 0003449 |
| UX-1040 | Forest River Unit File | FOREST 0151924-  46 |
| UX-1043 | 11/1/06, Keifer Notes | FOREST 0002595-2596 |
| UX-1044 | Dianne Farrell, Vice President Gov't Affairs, RVIA | FOREST 0003119 |
| UX-1045 | E-mails re: FEMA bid | FOREST 0004459, 4461 |
| UX-1046 | 9/15/05, E-mails, Keifer to Mastercraft | FOREST 0004721 |
| UX-1047 | 8/30/05, E-mail, Lintz to Keifer | FR154937 |
| UX-1049 | 3/17/06, E-mail, Bosscher to Keifer | FR155174 |
| UX-1051 | 3/17/06, E-mails, Bosscher to Keifer | FR155626 |
| UX-1052 | 1/6/06, E-mails Bradley to Keifer | FR155630 |

| UX-1057 | E-mail | FR156195 |
|---|---|---|
| UX-1060 | 9/4/05, E-mails | FR167436 |
| UX-1063 | Forest River Recreational Vehicle Owner's Manual | FOREST 0002399-483 |
| UX-1068 | Contract No. HSFEHQ-05-D-0573 x | Shaw Inc. 000373-578 |
| UX-1069 | Work Plan for Site Inspection | SHAW INC. 0006699-700 |
| UX-1070 | Shaw Inc. Task Order No. 05-0006, | SHAW INC. 000601-615 |
| UX-1071 | Shaw Inc. Task Order No. 0014 | SHAW INC. 000631-632 |
| UX-1072 | Shaw Inc. Task Order No. HSFEHQ-05-J-0032 | SHAW INC. 000711-714 |
| UX-1073 | Shaw Inc. Task Order No. HSFEHQ-06-J-0002 | SHAW INC. 000872-881 |
| UX-1074 | Final Draft Work Plan | SHAW INC. 000900-939 |
| UX-1075 | Final Work Plan | SHAW INC. 000952-992 |
| UX-1076 | Work Plan | SHAW INC. 000746-786 |
| UX-1077 | Work Plan | SHAW INC. 001054-1086 |
| UX-1078 | Final Work Plan | SHAW INC. 001102-1142 |
| UX-1079 | Dr. Bruce Kelman, Ph.D., Curriculum Vita | |
| UX-1080 | Dr. Bruce Kelman, Ph.D., Expert Report and Demonstrative Exhibits | |
| UX-1081 | Dr. Michael Lindell, Ph.D., Curriculum Vita. | |
| UX-1082 | Dr. Michael Lindell, Ph.D., 6/19/09 Expert Report and Demonstrative Exhibits. | |
| UX-1083 | Dr. Michael Lindell, Ph.D., 8/1/09, Supplemental Expert Report and Demonstrative Exhibits. | |
| UX-1084 | Dr. Michael Lindell, Ph.D., 11/1/09 Supplemental Report and Demonstrative Exhibits. | |
| UX-1085 | Dr. Richard R. Monson, Curriculum Vita | |
| UX-1086 | Dr. Richard R. Monson, Expert Report and Demonstrative Exhibits. | |
| UX-1087 | Dr. Robert C. James, Ph.D., Curriculum Vita | |
| UX-1088 | Dr. Robert C. James, Ph.D., Expert Report and Demonstrative Exhibits. | |
| UX-1089 | Dr. Coreen A. Robbins, PhD, CIH Curriculum Vita | |
| UX-1090 | Dr. Coreen A. Robbins, PhD, CIH, Expert Report and Demonstrative Exhibits | |
| UX-1091 | Dr. Coreen A. Robbins, PhD, CIH, Supplemental Expert Report and Demonstrative Exhibits | |
| UX-1092 | Mr. Mark J. Polk, Curriculum Vita | |
| UX-1093 | Mr. Mark J Polk, Expert Report and Demonstrative Exhibits | |

Dated: November 30, 2009                    Respectfully Submitted,

TONY WEST                                   ADAM BAIN
Assistant Attorney General, Civil Division  Senior Trial Counsel

J. PATRICK GLYNN                            ADAM DINNELL
Director, Torts Branch, Civil Division      MICHELLE BOYLE
                                            MICHELE GREIF
DAVID S. FISHBACK                           JONATHAN WALDRON
Assistant Director                          Trial Attorneys

OF COUNSEL:                                 //S// *Henry T. Miller*
JORDAN FRIED                                HENRY T. MILLER (D.C. Bar No. 411885)
Associate Chief Counsel                     Senior Trial Counsel
                                            United States Department of Justice
JANICE WILLIAMS-JONES                       Civil Division – Torts Branch
Trial Attorney                              P.O. Box 340, Ben Franklin Station
FEMA/DHS                                    Washington, D.C. 20004
Department of Homeland Security             Telephone No:  (202) 616-4223
Washington, D.C. 20472                      E-mail:  Henry.Miller@USDOJ.Gov

                                            Attorneys for the United States of America

## CERTIFICATE OF SERVICE

        I hereby certify that on November 30, 2009, the foregoing document was filed via the
U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon
Liaison Counsel.

                                *//S// Henry T. Miller*
                                HENRY T. MILLER (D.C. Bar No. 411885)