UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Lyndon Wright v. Forest River, Inc., et al.* | * | MAGISTRATE CHASEZ |
| No. 09-2977 (E.D. La.) | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SHAW ENVIRONMENTAL, INC.'S PRELIMINARY WITNESS LIST**

NOW INTO COURT, through undersigned counsel, comes Shaw Environmental, Inc. ("Shaw"), and pursuant to the Court's Trial Scheduling Order [Doc. No. 2716] hereby submits the following preliminary list of witnesses it may call at the trial of this matter:

| NO. | WITNESS | TYPE OF WITNESS |
|---|---|---|
| 1. | Kevin Souza | Fact |
| 2. | Clifford Oliver | Fact |
| 3. | Guy Bonomo | Fact |
| 4. | Gary Keyser | Fact |
| 5. | Stephen Miller | Fact |
| 6. | Brian Boyle | Fact |
| 7. | Stephen Deblasio | Fact |

| 8.  | Larry Woodruff | Fact |
|-----|---|---|
| 9.  | Nancy Costello | Fact |
| 10. | David Porter | Fact |
| 11. | Johnathan Torres | Fact |
| 12. | Mike Goetz | Fact |
| 13. | Kathy Miller | Fact |
| 14. | Joseph Little | Fact |
| 15. | All FEMA Contracting Officers assigned to the Individual Assistance / Technical Assistance Contract ("IA/TAC") with Shaw. | Fact |
| 16. | All Contracting Officers' Technical Representatives ("COTRs") assigned to the IA/TAC with Shaw. | Fact |
| 17. | John Osteraas, Ph.D., P.E.<br>Exponent | Expert |
| 18. | Geoffrey C. Compeau | Fact |
| 19. | Allison Hansen | Fact |
| 20. | Jim Brixius | Fact |
| 21. | Andrew Burgess | Fact |
| 22. | Gary Quay | Fact |
| 23. | Don Janz | Fact |
| 24. | Kevin Neal | Fact |
| 25. | Jimmy Screen | Fact |
| 26. | Hab Karam | Fact |
| 27. | Mike Noble | Fact |
| 28. | Kevin Donnelly | Fact |

| | | |
|---|---|---|
| 29. | Representative(s) of C. Martin Company or any other maintenance and deactivation contractor ("MDC") that was responsible for maintenance and/or deactivation of the Wright unit. | Fact |
| 30. | Representative(s) of RCG Enterprises, Inc. | Fact |
| 31. | Representative(s) of KETA Group, LLC | Fact |
| 32. | Representative(s) of Thompson Engineering | Fact |
| 33. | Representative(s) of Pinnacle | Fact |
| 34. | Representative(s) of Lippert Components, Inc. | Fact |
| 35. | Charles Field, M.D. | Fact/Expert |
| 36. | Richard Spector, M.D. | Fact/Expert |
| 37. | All medical providers or representatives of medical providers who provided medical care or services to Lyndon Wright. | Fact |
| 38. | Representative(s) of Forest River, Inc. | Fact |
| 39. | Doug Gaeddert | Fact |
| 40. | Jeffrey Burian | Fact |
| 41. | Elton Keifer | Fact |
| 42. | Robert James, Ph.D. (USA Expert) | Expert |
| 43. | Bruce Kelman, Ph.D. (USA Expert) | Expert |
| 44. | Michael Lindell, Ph.D. (USA Expert) | Expert |
| 45. | Richard Monson, M.D., Sc.D. (USA Expert) | Expert |
| 46. | Mark Polk (USA Expert) | Expert |
| 47. | Coreen Robbins, M.H.S., Ph.D., C.I.H. (USA Expert) | Expert |

| | | |
|---|---|---|
| 48. | G. Graham Allan, Ph.D.<br>(Forest River, Inc. Expert) | Expert |
| 49. | Philip Cole, M.D.<br>(Forest River, Inc. Expert) | Expert |
| 50. | Nathan T. Dorris, Ph.D.<br>(Forest River, Inc. Expert) | Expert |
| 51. | William L. Dyson, Ph.D., C.I.H.<br>(Forest River, Inc. Expert) | Expert |
| 52. | Thomas Fribley<br>(Forest River, Inc. Expert) | Expert |
| 53. | Norman Nelson<br>(Forest River, Inc. Expert) | Expert |
| 54. | Don Snell<br>(Forest River, Inc. Expert) | Expert |
| 55. | Kenneth B. Smith, M.D.<br>(Forest River, Inc. Expert) | Expert |
| 56. | John W. Thompson, M.D.<br>(Forest River, Inc. Expert) | Expert |
| 57. | Tony Watson, M.S.H.P., C.I.H., C.S.P.<br>(Forest River, Inc. Expert) | Expert |
| 58. | H. James Wedner, M.D.<br>(Forest River, Inc. Expert) | Expert |
| 59. | Lyndon Wright | Fact |
| 60. | Bobbie Wright | Fact |
| 61. | Lucretia Johnson | Fact |
| 62. | Vanessa Johnson | Fact |
| 63. | Michelle Wright | Fact |
| 64. | Tyshawn Marsh | Fact |
| 65. | Nicole Dison | Fact |
| 66. | Tomika Zachary | Fact |

| | | |
|---|---|---|
| 67. | Any custodian of records necessary to authenticate documents to be entered into evidence. | Fact |
| 68. | Any witness listed by any other party to this litigation. | Fact |
| 69. | Any witness needed for rebuttal purposes. | Fact |
| 70. | Any witness deposed in this MDL proceeding at any time. | Fact |
| 71. | Any witness referred to or identified in any party's responses to interrogatories or other written discovery, or identified in any written discovery requests propounded on any party in this MDL proceeding. | Fact |
| 72. | Any person mentioned in any deposition taken in this MDL proceeding. | Fact |
| 73. | Any person identified in any document produced or exchanged in this MDL proceeding. | Fact |

Shaw respectfully reserves the right to call any other witness who becomes known during discovery in this matter. Shaw further reserves the right to supplement and amend this preliminary witness list once discovery in this matter is completed.

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

  /s/ M. David Kurtz
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
cthigpen@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT, SHAW ENVIRONMENTAL, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 30th day of November, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel and counsel of record who are CM/ECF participants.

    /s/ M. David Kurtz
    M. DAVID KURTZ