UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Lyndon Wright v. Forest River, Inc., et al.* | * | MAGISTRATE CHASEZ |
| No. 09-2977 (E.D. La.) | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SHAW ENVIRONMENTAL, INC.'S PRELIMINARY EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes Shaw Environmental, Inc. ("Shaw"), and pursuant to the Court's Trial Scheduling Order [Doc. No. 2716] hereby submits the following preliminary exhibit list:

| EXHIBIT # | EXHIBIT DESCRIPTION |
|---|---|
| 1. | The Individual Assistance / Technical Assistance Contract ("IA/TAC") between FEMA and Shaw Environmental, Inc. [Contract No. HSFEHQ-05-D-0573] including all Task Orders, Amendments, Attachments, Statements of Work, and Work Plans [SHAW 000373–001142] |
| 2. | All records of any Maintenance and Deactivation Contractor ("MDC") responsible for maintenance and/or deactivation of the Wright unit after June 1, 2006. |
| 3. | All records relating to the deactivation of the Wright Unit. |
| 4. | Lyndon Wright's Plaintiff Fact Sheets |
| 5. | Bobbie Wright's Individual Assistance file [FGC009-000012–000089] |

| | |
|---|---|
| 6. | All photographs of the property located at 2315 Seminole Lane from August 2005 to the present. |
| 7. | Shaw's Trailer File regarding the Wright Unit [SHAW-WRI 00001–00014] |
| 8. | Shaw's Maintenance File regarding the Wright Unit [SHAW-WRI 00015–00017] |
| 9. | Shaw's Haul and Install Applicant Information Sheet on the Wright Unit |
| 10. | Shaw's Site Assessment Packet for 2315 Seminole Lane |
| 11. | FEMA's Temporary Housing Unit Inspection Report |
| 12. | Redacted spreadsheet titled Shaw/FEMA Travel Trailers Leaving FEMA Yard |
| 13. | Redacted spreadsheet titled Manhattan Site Trailer Delivery List |
| 14. | Unit Delivery Ticket for the Wright Unit |
| 15. | Redacted spreadsheet titled AFO DHOPS Master Expedite List dated 03/31/2006 |
| 16. | RCG Enterprises Inc. redacted invoices reflecting charges for the hauling and installation of the Wright Unit. |
| 17. | Email dated June 1, 2006, from Robyn Williams reflecting that all trailers assigned to C. Martin Company, Inc. had been accepted, and attached redacted spreadsheet. |
| 18. | Preventive Maintenance Inspection Form dated June 1, 2006, reflecting acceptance of Wright Unit by C. Martin Company, Inc. |
| 19. | Redacted FEMA spreadsheet reflecting Bar Code History [FGC041-000001] |
| 20. | Redacted FEMA spreadsheets regarding the Wright Unit [FGC041-000004–000008] |
| 21. | FRRATS Screens for Bobbie Wright's Disaster Files [FEMA10-002283–002332] |
| 22. | Melville Travel Trailer Inspection Checklist and attached Reports [FGC009-000001–000011] |
| 23. | Photographs taken by FEMA on July 30, 2009, of the Wright Unit in Melville, LA [FEMA165-0000001–0000012] |

| | |
|---|---|
| 24. | Documents collected by FEMA on July 30, 2009, from within the Wright Unit in Melville, LA [FEMA165-0000013–0000187] |
| 25. | Forest River, Inc. documents relating to the Wright Unit [FOREST-0151924–0151946] |
| 26. | The Work Agreement between Shaw and RCG Enterprises, Inc. [SHAW 000285–000294] |
| 27. | Purchase Orders and related documentation regarding work under the IA-TAC subcontracted by Shaw to RCG Enterprises, Inc. |
| 28. | The Work Agreement between Shaw and Thompson Engineering, Inc. |
| 29. | Purchase Orders and related documentation regarding work under the IA-TAC subcontracted by Shaw to Thompson Engineering, Inc. |
| 30. | The Work Agreement between Shaw and Pinnacle Transportation Systems, Inc. |
| 31. | Purchase Orders and related documentation regarding work under the IA-TAC subcontracted by Shaw to Pinnacle Transportation Systems, Inc. |
| 32. | The Work Agreement between Shaw and Keta Group, LLC [SHAW 000215–000224] |
| 33. | Purchase Orders and related documentation regarding work under the IA-TAC subcontracted by Shaw to Keta Group, LLC |
| 34. | Examples of Shaw/subcontractor production reports |
| 35. | Examples of Shaw quality control reports |
| 36. | Examples of Shaw reports and briefings related to Task Order 15 of the IA/TAC (haul and install work) |
| 37. | FEMA Trailer Inspections Field Inspector's Guide |
| 38. | All communications, whether by letter, memorandum, email or otherwise, between Shaw and FEMA relating to the IA/TAC. |
| 39. | All documents produced by plaintiff, PSC, FEMA, Forest River, and any third party in this proceeding. |
| 40. | All documents contained in the reliance files of any expert designated by any party to this proceeding. |

3

| | |
|---|---|
| 41. | Curriculum vitae of any expert designated by any party to this proceeding. |
| 42. | All photographs and videos taken of the Wright Unit by or on behalf of any party or expert. |
| 43. | All documents relating to any testing performed on the Wright Unit by or on behalf of any party or expert. |
| 44. | John D. Osteraas, Ph.D., P.E., Exponent, Engineering Investigation – Lyndon Wright Trailer, Errata dated 11/17/09, and all documents referenced therein. |
| 45. | All medical records related to Lyndon Wright, including all clinical summaries, office encounters, emergency room records, inpatient records, outpatient records, surgical notes or reports, laboratory tests, x-rays, radiology exams, etc. |
| 46. | Pharmacy records related to Lyndon Wright. |
| 47. | Documents and records from the Internal Revenue Service related to Lyndon Wright. |
| 48. | Documents and records from the Social Security Administration related to Lyndon Wright. |
| 49. | Employment records from the City of New Orleans related to Lyndon Wright. |
| 50. | All documents produced in response to the subpoena duces tecum served on The City of New Orleans. |
| 51. | All documents produced in response to the subpoenas duces tecum served on the Hyatt Corporation, Hyatt HOC, Hyatt Louisiana, SHC New Orleans, and/or a related Hyatt entity. |
| 52. | All documents produced in response to the subpoena duces tecum served on Poydras Properties Hotel Holdings. |
| 53. | All documents produced in response to the subpoena duces tecum served on Clifford E. Cardone. |
| 54. | All documents produced in response to the subpoena duces tecum served on C. Martin Company, Inc. |
| 55. | All documents produced in response to the subpoena duces tecum served on Riverside Court Condos. |
| 56. | All documents produced in response to the subpoena duces tecum served on Riverland Credit Union. |

| | |
|---|---|
| 57. | All documents produced in response to the subpoena duces tecum served on A.M.E. Services. |
| 58. | All documents produced in response to the subpoena duces tecum served on Crown Roofing Services. |
| 59. | All documents produced in response to the subpoena duces tecum served on J.P. Morgan Chase. |
| 60. | All documents produced in response to the subpoena duces tecum served on Materials Management Group, Inc. |
| 61. | All documents produced in response to the subpoena duces tecum served on Orleans Parish School Board. |
| 62. | All documents produced in response to any subpoena duces tecum served in this litigation. |
| 63. | All diagrams and schematics of the Wright Unit Model. |
| 64. | All documents produced by Shaw Environmental, Inc. |
| 65. | All relevant, non-privileged documents contained in Shaw's files, as well as any document still under review to respond to outstanding discovery from plaintiffs and in order to prepare Shaw's defense; document recovery and review is incomplete and continuing. |
| 66. | All documents produced or exchanged in this MDL proceeding [07-md-1873, including all related case]. |
| 67. | All documents referenced, described or identified in any discovery responses of any party to this MDL proceeding. |
| 68. | All exhibits to every deposition taken in this MDL proceeding. |
| 69. | All documents entered as exhibits in any hearing or trial in this MDL proceeding, including the hearing on Plaintiffs' Motion for Class Certification and the Alexander/Cooper bellwether trial. |
| 70. | All documents identified by any witness in any deposition, hearing or bellwether trial in this MDL proceeding. |
| 71. | All documents attached as an exhibit to any pleading filed in this MDL proceeding. |
| 72. | All documents needed for rebuttal purposes. |

| | |
|---|---|
| 73. | All exhibits listed by any other party to this litigation. |

As both fact and expert discovery is ongoing, Shaw respectfully reserves the right to supplement and amend this preliminary exhibit list once discovery in this matter is completed.

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

　/s/ M. David Kurtz
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
cthigpen@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT, SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of November, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel and counsel of record who are CM/ECF participants.

　/s/ M. David Kurtz
　　M. DAVID KURTZ