# CHRIS PINEDO, LLC.
## ATTORNEY AT LAW

4550 Jericho Road                                    Phone: (361) 244-2278
Corpus Christi, Texas 78413                          cpinedo@cpinedolaw.com

---

November 23, 2009

_**Via E-Mail**_

Hesham M. Sharawy
Keller and Heckman, LLP
1001 G Street, N.W.
Washington, D.C.  20001

RE: _In re:  FEMA Trailer Formaldehyde Product Liability Litigation_, MDL No. 07-0817
     Subpoenas for the Formaldehyde Council, Inc. and Betsy Natz

Mr. Sharawy:

   I am in receipt of your letter dated November 20, 2009, with regard to the above referenced matter.  When I first discussed this matter with you I had been misinformed.  I had mentioned to you that someone had called the Formaldehyde Council.  What indeed happened was that someone called the Formaldehyde Council on November 13, 2009, to confirm the address of the Formaldehyde Council so that the subpoena could be served.  Whoever answered the phone confirmed the address.  We did not talk to Betsy Natz to our knowledge.  The person who answered the phone did not identify themselves.  We addressed a courtesy copy of the subpoenas and deposition notices to Betsy Natz, the Executive Director for the Formaldehyde Council, via facsimile and another copy to the general email box for the Formaldehyde Council.  To the extent I told you otherwise, I had been misinformed.  The first time I heard of you and your firm was on November 19, 2009, from Joe Glass, counsel for Gulf Stream.

    Be that as it may, you have informed me that you are counsel for the Formaldehyde Council.  We will work with you to arrange an alternate time for the depositions and we agree to pull down the deposition notice for the Formaldehyde

Council and withdraw the subpoenas, and reschedule the depositions to January 2010 on the condition that you send to us the article that Philip Cole co-authored with Jack Mandel for the Formaldehyde Council within the next seven days (November 30). Please let me know if you will agree to the same and if you will agree to accept service on behalf of the Formaldehyde Council and Betsy Natz.

Sincerely,

/s/

Chris Pinedo

Justin Woods, Plaintiffs' Liaison counsel (via email)
Andy Weinstock, Defendant's liaison counsel (via email)