UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 | |
| FORMALDEHYDE | * | | |
| PRODUCTS LIABILITY | * | | |
| LITIGATION | * | | |
| | * | JUDGE: ENGELHARDT | |
| This Document Relates to: | * | | |
| THIRD SUPPLEMENTAL AND | * | | |
| AMENDED ADMINISTRATIVE | * | | |
| MASTER COMPLAINT | * | MAG: CHASEZ | |
| | * | | |

*****************************************************************************

### UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADINGS TO THE THIRD SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come the Manufacturing Defendants, through Defense Liaison Counsel (DLC), who respectfully requests this Honorable Court to extend the deadline to file responsive pleadings to the Third Supplemental and Amended Administrative Master Complaint filed on October 2, 2009 (Rec. Doc. 4486), until sixty (60) days after service of the Fourth Supplemental and Amended Administrative Master Complaint filed on November 20, 2009 (Rec. Doc. 7688).

Plaintiff Liaison Counsel, Gerald Meunier, has been contacted and concurs with this request for extension of the deadline.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900

Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
*DEFENSE LIAISON COUNSEL*

## CERTIFICATE

I hereby certify that on the 1st day of December, 2009, a copy of the foregoing Unopposed Motion to Extend Deadline to File Responsive Pleadings to the Third Supplemental and Amended Administrative Master Complaint was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com