UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>    FORMALDEHYDE<br>    PRODUCTS LIABILITY<br>    LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: N(5) |
| This Document Relates to: *Lyndon T. Wright v.*<br>*Forest River, Inc., et al*, Docket No. 09-2977 | * * * | JUDGE: ENGELHARDT<br><br>MAG: CHASEZ |

**************************************************************************

## JOINT STIPULATION OF FACT

Plaintiff, Lyndon T. Wright, and defendants, Forest River, Inc., Shaw Environmental, Inc. and the United States of America, though their respective undersigned counsel, hereby jointly stipulate the following facts as established:

1. The wood products identified in Exhibit "A" utilized in the construction of the Forest River unit occupied by Lyndon Wright contain urea-formaldehyde resin.

2. The unit occupied by Lyndon Wright was manufactured by Forest River using only low formaldehyde emitting wood products.

                        Respectfully submitted,

                        /s/ Frank J. D'Amico
                        FRANK J. D'AMICO, JR. (La. State Bar Roll No. 17519)
                        AARON Z. AHLQUIST (La. State Bar Roll No. 29063)
                        FRANK J. D'AMICO, JR., APLC
                        622 Baronne Street
                        New Orleans, LA 70113
                        Phone: (504) 525-7272 ext.233
                        Fax: (504) 525-1073
                        *ATTORNEYS FOR LYNDON T. WRIGHT*

/s/ Jason D. Bone
ERNEST P. GIEGER, JR. (La. State Bar Roll No. 6154)
JASON D. BONE (La. State Bar Roll No. 28315)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*ATTORNEYS FOR FOREST RIVER, INC.*


/s/ M. David Kurtz
David Kurtz (La. State Bar Roll No. 23821)
Karen K. Whitfield (La. State Bar Roll No. 19350)
Catherine N. Thigpen (La. State Bar Roll No. 30001)
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
*ATTORNEYS FOR SHAW ENVIRONMENTAL, INC.*


/s/ Henry T. Miller
Henry T. Miller (D.C. Bar Roll No. 411885)
Adam Dinnell
Michele Greif
U.S. Department fo Justice
Civil Division - Torts Branch
P.O. Box 3040 Ben Franklin Station
Washington, D.C. 20004
*ATTORNEYS FOR UNITED STATES OF AMERICA*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Jason D. Bone