**Exhibit A**

| location | item | formaldehyde-emitting wood composite |
|---|---|---|
| | roof 3740 | • 1/8 in. hardwood plywood-vinyl overlay on face, rubber membrane on back, exposed edges |
| | walls 3495 | • 1/8 in. hardwood plywood-vinyl overlay on face, exposed back and edges<br>• 1/8 in. hardwood plywood trim over joints-vinyl overlay on face and edges, partially exposed back |
| | ceiling 3492 | • 1/8 in. hardwood plywood-vinyl overlay on face, exposed back and edges<br>• 1/8 in. hardwood plywood trim over joints-vinyl overlay on face and edges, partially exposed back |
| | windows 3718 | • 1/8 in. hardwood plywood spacer strips applied to outside of solid wood wall framing-vinyl overlay on face, exposed back and edges |
| bedroom | platform bed with storage compartment below 3437, 3442, 3443, 3444, 3445, 3446 | • 1/8 in. hardwood plywood left and right side panels and foot panel-vinyl overlay on face, exposed back and edges |
| | right and left wall-mounted shirt closets 3438, 3439 | • 1/8 in. hardwood plywood door panel-stain and clear finish on face and back<br>• hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back<br>• 1/8 in. hardwood plywood sandwich side panel and bottom panel<br>• 1/8 in. hardwood plywood trim-vinyl overlay on face and edges, partially exposed back |
| | right and left nightstands 3438, 3440, 3441 | • 1/8 in. hardwood plywood door panel-stain and clear finish on face and back<br>• hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back<br>• 1/8 in. hardwood plywood side panel-vinyl overlay on face, exposed back and edges<br>• 5/8 in. particleboard countertop-plastic laminate on face and back, plastic edge band |
| | sliding door 3448 | • 1-1/8 in. medium density fiberboard stiles |

**EXHIBIT A**

| | wall-mounted center cabinets 3438 | <ul><li>1/8 in. hardwood plywood door panel-stain and clear finish on face and back</li><li>hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back</li><li>1/8 in. hardwood plywood front panels-vinyl overlay on face, exposed back and edges</li><li>hardwood plywood sandwich bottom panel</li><li>1/8 in. hardwood plywood trim-vinyl overlay on face and edges, partially exposed back</li></ul> |
|---|---|---|
| | TV shelf 3447 | <ul><li>5/8 in. particleboard-plastic laminate on face and back, plastic edge band</li></ul> |
| | right and left window valances 3438, 3447 | <ul><li>1/8 in. hardwood plywood-vinyl overlay on face with foam and fabric covering, exposed back and edges</li></ul> |
| living area 3457, 3458, 3461, 3491, 3492 | pull-out sofa with storage compartment below 3457, 3458, 3488, 3489, 3490 | <ul><li>1/8 in. hardwood plywood right and left side panels-vinyl overlay on face, exposed back and edges</li><li>1/8 in. hardwood plywood front panel-vinyl overlay on face with fabric covering, exposed back and edges</li></ul> |
| | wall-mounted cabinets over sofa 3457, 3458, 3460 | <ul><li>1/8 in. hardwood plywood door panel-stain and clear finish on face and back</li><li>hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back</li><li>1/8 in. hardwood plywood right and left side panels and front panels-vinyl overlay on face, exposed back and edges</li><li>hardwood plywood sandwich bottom panel</li><li>1/8 in. hardwood plywood trim-vinyl overlay on face and edges, partially exposed back</li></ul> |
| | lower corner cabinet next to dinette 3467, 3468 | <ul><li>1/8 in. hardwood plywood door panel-stain and clear finish on face and back</li><li>hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back</li><li>1/8 in. hardwood plywood left side panel-vinyl overlay on face, exposed back and edges</li><li>5/8 in. particleboard countertop-plastic laminate on face and back, plastic edge band</li></ul> |
| | window valance 3457, 3458, 3460 | <ul><li>1/8 in. hardwood plywood-exposed face with foam and fabric covering, exposed back and edges</li></ul> |

| | | |
|---|---|---|
| | wardrobe-upper half 3459 | <ul><li>1/8 in. hardwood plywood door panel-stain and clear finish on face and back</li><li>hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back</li><li>1/8 in. hardwood plywood right and left side panels-vinyl overlay on face, and back, exposed edges</li><li>1/8 in. hardwood plywood divider between upper and lower halves-vinyl overlay on face, and back, exposed edges</li></ul> |
| | wardrobe-lower half 3459, 3469, 3470, 3471, 3486, 3487 | <ul><li>hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back</li><li>1/8 in. hardwood plywood right and left side panels-vinyl overlay on face, exposed back and edges</li><li>3/8 in. hardwood plywood drawer front, sides and rear-exposed face, back and edges</li><li>1/8 in. hardwood plywood drawer bottom-vinyl overlay on face, exposed back and edges</li></ul> |
| dinette 3491, 3492, 3493, 3494, 3495 | bench seats 3463, 3465, 3466, 3499, 3500 | <ul><li>1/8 in. hardwood plywood front panel-vinyl overlay on face, exposed back, plastic edge cap</li><li>5/8 in. particleboard side panel-vinyl overlay on face and back, plastic edge band</li><li>5/8 in. particleboard back of left seat-vinyl overlay on face and back, plastic edge band</li></ul> |
| | table 3463, 3467, 3468, 3493, 3494, 3495 | <ul><li>3/4 in. particleboard-plastic laminate on face and back, plastic edge band</li></ul> |
| | wall-mounted cabinets over table 3467, 3468 | <ul><li>1/8 in. hardwood plywood door panel-stain and clear finish on face and back</li><li>hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back</li><li>5/8 in. particleboard left side panel-vinyl overlay on face and back, plastic edge band</li><li>1/8 in. hardwood plywood front panels-vinyl overlay on face, exposed back and edges</li><li>hardwood plywood sandwich bottom panel</li><li>1/8 in. hardwood plywood trim-vinyl overlay on face and edges, partially exposed back</li></ul> |
| | window valance 3467, 3468 | <ul><li>1/8 in. hardwood plywood-exposed face with foam and fabric covering, exposed back and edges</li></ul> |

| | | |
|---|---|---|
| kitchen 3449, 3450, 3456, 3492, 3496, 3497, 3498 | upper cabinets 3449, 3450, 3453, 3456 | <ul><li>1/8 in. hardwood plywood door panel-stain and clear finish on face and back</li><li>hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back</li><li>5/8 in. particleboard right and left side panels-vinyl overlay on face and back, plastic edge band</li><li>1/8 in. hardwood plywood front panel-vinyl overlay on face, exposed back and edges</li><li>hardwood plywood sandwich bottom panel</li><li>1/8 in. hardwood plywood trim-vinyl overlay on face and edges, partially exposed back</li><li>hardwood plywood sandwich shelf over microwave</li></ul> |
| | lower cabinets 3449, 3450, 3451, 3452, 3454, 3455, 3456 | <ul><li>1/8 in. hardwood plywood door panel-stain and clear finish on face and back</li><li>hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back</li><li>3/4 in. particleboard countertop-plastic laminate on face and back, plastic edge band on visible edge, exposed edge for sink cutout</li><li>1/8 in. hardwood plywood right and left side panels and front panels-vinyl overlay on face, exposed back and edges</li><li>1/8 in. hardwood plywood shelf-vinyl overlay on face, exposed back and edges</li></ul> |
| | pantry cabinet 3461, 3462, 3472, | <ul><li>1/8 in. hardwood plywood door panel-stain and clear finish on face and back</li></ul> |

| | 3473 | <ul><li>hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back</li><li>1/8 in. hardwood plywood right and left side panels-vinyl overlay on face and back, exposed edges</li><li>two 1/2 in. particleboard shelves-vinyl overlay on face and back, plastic edge band</li><li>1/8 in. hardwood plywood divider between upper and lower halves-vinyl overlay on face, exposed back and edges</li></ul> |
|---|---|---|
| bunk beds with storage compartment below | upper berth 3474, 3475 | <ul><li>hardwood plywood sandwich mattress support</li></ul> |
| | lower berth 3476, 3477, 3478, 3479 | <ul><li>1/8 in. hardwood plywood mattress support-vinyl overlay on face, exposed back and edges</li><li>1/8 in. hardwood plywood front panel-vinyl overlay on face, exposed back and edges</li></ul> |
| bathroom | door 3474, 3475 | <ul><li>1-1/8 in. medium density fiberboard stiles</li></ul> |
| | vanity 3480, 3481, 3482, 3483, 3484, 3485 | <ul><li>1/8 in. hardwood plywood door panel-stain and clear finish on face and back</li><li>hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back</li><li>1/8 in. hardwood plywood right and left side panels, face panels and shelf-vinyl overlay on face, exposed back and edges</li><li>3/4 in. particleboard countertop-plastic laminate on face and back, plastic edge band on visible edge, exposed edge for sink cutout</li></ul> |