# VERON BICE PALERMO & WILSON, LLC

ATTORNEYS AT LAW

J. MICHAEL VERON
JERE JAY BICE*
J. ROCK PALERMO III*
ALONZO P. WILSON
JAMIE B. BICE
ELAINE B. SOLARI
MICHAEL G. HODGKINS

*CERTIFIED MEDIATORS

721 KIRBY STREET (70601)
POST OFFICE BOX 2125
LAKE CHARLES, LA 70602.2125

TELEPHONE (337) 310-1600
FACSIMILE  (337) 310-1601
TOLL FREE  (877) 300-8680

WEBSITE:
www.veronbice.com

EMAIL:
info@veronbice.com

November 24, 2009




Honorable Loretta G. Whyte
Clerk of Court
United States District Court
Eastern District of Louisiana
New Orleans Division
500 Camp Street, Room C-151
New Orleans, LA 70130

Re:   In Re: FEMA Trailer Formaldehyde
      Products Liability Litigation
      MDL No. 1873
      (Robert Bundridge, et al
      Vs. No. 09-7353
      Gulf Stream Coach, Inc., et al)

Dear Ms. Whyte:

Enclosed please find summonses to be issued in the above-referenced matter:

Gulf Stream Coach, Inc.
Through Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

United States of America
Through the United States Attorney General
Honorable Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

United States of America
Through the Office of the U.S. Attorney
for the Eastern District of Louisiana
Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA 70130

Honorable Loretta G. Whyte
November 24, 2009
Page 2

    Federal Emergency Management Agency
    Through the Office of the Director
    Craig Fugate, Director
    500 C Street S.W.
    Washington, D.C. 20472

Also enclosed is a self-addressed, stamped envelope for your return of these summonses.

Yours truly,

J. ROCK PALERMO III

JRP:mmc
Enclosures