UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 DEC -1  AM 11: 58

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION: N(5) |
| This Document Relates to: *Charlie Age, et al. v Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | JUDGE: ENGELHARDT |
| **This Pleading Pertains Only to**: Severed Claims of Alana Alexander individually and on behalf of the minor child Christopher Cooper | MAG: CHASEZ |

*************************************************************

### ORDER

Considering the above and foregoing Motion for Leave to File Reply Memorandum in Support of Gulf Stream Coach, Inc.'s Motion to Assess Taxable Costs;

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc. is hereby granted leave to file its Reply Memorandum in Support of Gulf Stream Coach, Inc.'s Motion to Assess Taxable Costs.

New Orleans, Louisiana, this ___1___ day of ___December___, 2009.

_____Loretta G. Whyte_____
~~JUDGE~~
Clerk

___Fee_____
___Process_____
_x_ Dktd_____
_✓_CtRmDep_____
___Doc. No._____