

## INVOICE

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135860 | 8/4/2009 | 60852 |
| JOB DATE | CASE NUMBER | |
| 7/29/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

1 COPY OF TRANSCRIPT OF:
Leonard C. Quick, P.E.

639.05

Transcript previously shipped

**TOTAL DUE >>>   $639.05**

Our File Number: _DG-10311-100_   Today's Date: _5/10/09_

File Name: _HAvard/Gos1_

Description: _Depo of L Quick_

Requested by/Bill Attorney: _Bonpad_   Expense Code: _Depo_

Client Approved by: _____

Tax ID: 72-1177884

Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | | |
|---|---|---|
| Invoice No. | : | 135860 |
| Invoice Date | : | 8/4/2009 |
| **Total Due** | : | **$ 639.05** |

OLS-9302

| | | |
|---|---|---|
| Job No. | : | 60852 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

DG  09.21.09



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136584 | 9/8/2009 | 61414 |
| **JOB DATE** | **CASE NUMBER** | |
| 9/5/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:
Jeremiah Scott

297.70

**TOTAL DUE >>>**    **$297.70**

Previously shipped

Our File Number: 06-6601-100  Today's Date: 9/14/09
File Name: Hillard/FEMA
Description: Depo of J. Scott
Requested by/Bill Attorney: New Orleans  Expense Code: Depo
Client Approved by:

Tax ID: 72-1177884

Phone: 504-832-3700    Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | | |
|---|---|---|
| Invoice No. | : | 136584 |
| Invoice Date | : | 9/8/2009 |
| **Total Due** | : | **$ 297.70** |

OLS-10143

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 61414 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

S

# I N V O I C E



One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

DEPOSITION SERVICES

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108636 | 6/2/2009 | 47199 |

| Job Date | Case No. | |
|---|---|---|
| 5/28/2009 | MDL No. 1873 | |

| Case Name |
|---|
| FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| James F. Shea | 331.00 | Pages | 645.45 |
| Exhibit | 83.00 | Pages | 23.24 |
| Rough ASCII | 311.00 | Pages | 311.00 |
| Reduced Transcript | | | 15.00 |
| Word index | | | 15.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Philip S. Sarvari | 52.00 | Pages | 101.40 |
| Exhibit | 20.00 | Pages | 5.60 |
| Rough ASCII | 41.00 | Pages | 41.00 |
| Reduced Transcript | | | 15.00 |
| Word index | | | 15.00 |
| P&H - Copy | | | 15.00 |

| TOTAL DUE  >>> | **$1,202.69** |
|---|---|
| AFTER 6/22/2009  PAY | $1,262.82 |

Thank you.  Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

**Tax ID:** 35-1381218

---

*Please detach bottom portion and return with payment.*

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| | | |
|---|---|---|
| Job No. | : | 47199     BU ID     : SRA |
| Case No. | : | MDL No. 1873 |
| Case Name | : | FEMA Trailer Formaldehyde Products Liability Litigation |
| Invoice No. | : | 108636     Invoice Date    : 6/2/2009 |
| **Total Due** | : | **$0.00** |

Remit To:  **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108636 | 6/2/2009 | 47199 |

| Job Date | Case No. | |
|---|---|---|
| 5/28/2009 | MDL No. 1873 | |

| Case Name |
|---|
| FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

|  |  |
|---|---|
| (-) Payments/Credits: | 1,202.69 |
| (+) Finance Charges/Debits: | 60.13 |
| (=) New Balance: | 0.00 |

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| | | | | |
|---|---|---|---|---|
| Job No. | : 47199 | | BU ID | : SRA |
| Case No. | : MDL No. 1873 | | | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | | | |
| Invoice No. | : 108636 | | Invoice Date | : 6/2/2009 |
| **Total Due** | : **$0.00** | | | |

**PAYMENT WITH CREDIT CARD**     AMEX   MC   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Phone#: _____

Billing Address: _____

Zip: _____   Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

# INVOICE



**Richardson**
DEPOSITION SERVICES

*Uniting the Power of People and Technology*

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108636 | 6/2/2009 | 47199 |
| **Job Date** | **Case No.** | |
| 5/28/2009 | MDL No. 1873 | |
| **Case Name** | | |
| FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

1 CERTIFIED COPY OF TRANSCRIPT OF:
    James F. Shea                               1,009.69
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Philip S. Sarvari                                193.00

               **TOTAL DUE  >>>**          **$1,202.69**
               AFTER 6/22/2009 PAY       $1,262.82

Thank you.  Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.



Our File Number: *06-6561-100*  Today's Date: *6/8/09*
File Name: *Hillard/6561*
Description: *Dqpas of Shen & Sarvari*
Requested by/Bill Attorney: *ADW/AWB*  Expense Code: *Depo*
Client Approved by: _____

*CK105277 JUN 2009 PAID*

**Tax ID: 35-1381218**

---

*Please detach bottom portion and return with payment*

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

Job No.   :  47199                     :SRA
Case No.  :  MDL No. 1873
Case Name  :  FEMA Trailer Formaldehyde Products Liability
                 Litigation

Invoice No.  :  108636       Invoice Date  :6/2/2009
**Total Due  :  $ 1,202.69**
  AFTER 6/22/2009 PAY  $1,262.82

|||||| barcode ||||||
OLS-7780

Remit To:  **Stewart Richardson & Associates, Inc.**
         **One Indiana Square, Suite 2425**
         **211 N. Pennsylvania**
         **Indianapolis, IN 46204**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108760 | 6/8/2009 | 47381 |

| Job Date | Case No. |
|---|---|
| 6/2/2009 | MDL No. 1873 |

| Case Name | |
|---|---|
| FEMA Trailer Formaldehyde Products Liability Litigation | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Scott Pullin | 261.00 | Pages | 508.95 |
| Exhibit | 48.00 | Pages | 13.44 |
| Color Exhibits (Hard copy) | | | 1.45 |
| Reduced Transcript | | | 15.00 |
| ASCII disk | | | 15.00 |
| Word index | | | 15.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Burl B. Keel, III | 173.00 | Pages | 337.35 |
| Exhibit | 13.00 | Pages | 3.64 |
| Reduced Transcript | | | 15.00 |
| ASCII disk | | | 15.00 |
| Word index | | | 15.00 |
| P&H - Copy | | | 15.03 |

| TOTAL DUE >>> | $969.86 |
|---|---|
| AFTER 6/28/2009 PAY | $1,018.35 |

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| | | | | |
|---|---|---|---|---|
| Job No. | : | 47381 | BU ID | : SRA |
| Case No. | : | MDL No. 1873 | | |
| Case Name | : | FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : | 108760 | Invoice Date | : 6/8/2009 |
| **Total Due** | : | **$0.00** | | |

**PAYMENT WITH CREDIT CARD**     AMEX   MASTERCARD   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108760 | 6/8/2009 | 47381 |
| **Job Date** | **Case No.** | |
| 6/2/2009 | MDL No. 1873 | |

| **Case Name** |
|---|
| FEMA Trailer Formaldehyde Products Liability Litigation |

| **Payment Terms** |
|---|
| Due upon receipt |

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

Thank you.  Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

| | |
|---|---|
| **(-) Payments/Credits:** | 969.86 |
| **(+) Finance Charges/Debits:** | 48.49 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| | | | | |
|---|---|---|---|---|
| Job No. | : 47381 | | BU ID | : SRA |
| Case No. | : MDL No. 1873 | | | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | | | |
| Invoice No. | : 108760 | | Invoice Date | : 6/8/2009 |
| **Total Due** | : **$0.00** | | | |

Remit To:   **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES
*Uniting the Power of People and Technology*

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108760 | 6/8/2009 | 47381 |

| Job Date | Case No. |
|---|---|
| 6/2/2009 | MDL No. 1873 |

| Case Name |
|---|
| FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Scott Pullin             568.84
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Burl B. Keel, III            401.02

**TOTAL DUE  >>>**    **$969.86**
AFTER 6/28/2009  PAY    $1,018.35

Thank you.  Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

Our File Number: *06-6TSCI-100*     Today's Date: *6/11/09*

File Name: *Gilard/45CI*

Description: *Transcript of Scott Pullin + B Keel*

Requested by/Bill Attorney *AD WIKim*    Expense Code *DEPO*

Client Approved by: _____

CK 105315
JUN 2009

Tax ID: 35-1381218

*Please detach bottom portion and return with payment.*

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| | | | |
|---|---|---|---|
| Job No. | : 47381 | BU ID | : SRA |
| Case No. | : MDL No. 1873 | | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : 108760 | Invoice Date | : 6/8/2009 |

**Total Due** : **$ 969.86**
AFTER 6/28/2009  PAY  $1,018.35



OLS-7817

Remit To: **Stewart Richardson & Associates, Inc.**
         **One Indiana Square, Suite 2425**
         **211 N. Pennsylvania**
         **Indianapolis, IN 46204**

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____    Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



**Stewart Richardson**
Deposition Services

*Uniting the Power of People and Technology*

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108747 | 6/8/2009 | 47379 |
| Job Date | Case No. | |
| 6/1/2009 | MDL No. 1873 | |
| Case Name | | |
| FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Payment Terms | | |
| Due upon receipt | | |

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF:<br>   Brian Shea | | 193.76 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF:<br>   Daniel Shea | | 719.31 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF:<br>   Elizabeth Ganiere (Gulf Stream Coast 30(b)(6)) | | 72.92 |

TOTAL DUE  >>>       **$985.99**
AFTER 6/28/2009  PAY      $1,035.29

Thank you.  Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

Our File Number: *06-6861-100*     Today's Date: *6/11/09*
File Name: *Hillard/HSCI*
Description: *Transcript of B Shea, D Shea, E Ganiere*
Requested by/BU Attorney: *ADW/IKIM*     Expense Code: *DEPO*
Client Approved by: _____

*QE*
*QE105298*
*JUN 2009*

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002



OLS-7805

**Remit To:  Stewart Richardson & Associates, Inc.
One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204**

Job No.     : 47379          BU ID          : SRA
Case No.    : MDL No. 1873
Case Name : FEMA Trailer Formaldehyde Products Liability
                  Litigation
Invoice No. : 108747          Invoice Date : 6/8/2009
**Total Due  : $ 985.99**
AFTER 6/28/2009  PAY  $1,035.29

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:              Phone#: | | | |
| Billing Address: | | | |
| Zip:              Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

*5*



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135533 | 7/20/2009 | 60062 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/29/2009 | 1873 | |
| | **CASE CAPTION** | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| | **TERMS** | |
| Net 30 | | |

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:
    Alana Alexander

791.70

**TOTAL DUE  >>>**          **$791.70**

Condensed transcript sent to witness for reading & signing

Transcript previously shipped

Our File Number: *06-6961-106*   Today's Date: *7/23/09*

File Name: *Hillard/6961*

Description: *Depo of Alana Alexander*

Requested by/Bill Attorney: *Rowland*   Expense Code: *Depo*

Client Approved by: _____

**Tax ID:** 72-1177884                                         Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No.     :  135533
Invoice Date   :  7/20/2009
**Total Due**       :  **$ 791.70**



OLS-8916

*(stamp)* OL 4
Ck. 106504
OCT 2009
PAID

| | | |
|---|---|---|
| Remit To: | **Professional Shorthand Reporters, Inc.** | Job No.     :  60062 |
| | **601  Poydras Street** | BU ID       :  1-REP |
| | **Suite 1615** | Case No.    :  1873 |
| | **New Orleans, LA 70130** | Case Name   :  In Re: FEMA Trailer Formaldehyde products Liability Litigation |

5



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

*entered 8·21·c*

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136020 | 8/12/2009 | 60906 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/6/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:
Alana Alexander (Volume 2)                                                243.60
ORIGINAL TRANSCRIPT OF:
Andrew Thomas Cristina                                                    191.55

                                                    TOTAL DUE >>>        $435.15

Condensed transcript sent to deponent for reading & signing

Transcript was previously shipped

Our File Number: *06 - GMEVIOI* Today's Date: *8/13/09*
File Name: *Gillard/Gser*
Description: *Depo of Alexander (Vol II) & A. Christina*
Requested by/Bill Attorney: *ADV/CAB* Expense Code: *0900*
Client Approved by: _____

Tax ID: 72-1177884                          Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment*

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | | |
|---|---|---|
| Invoice No. | : | 136020 |
| Invoice Date | : | 8/12/2009 |
| Total Due | : | $ 435.15 |

OLS-9429

Remit To: **Professional Shorthand Reporters, Inc.
601 Poydras Street
Suite 1615
New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60906 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136015 | 8/12/2009 | 60975 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/6/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

1 COPY OF TRANSCRIPT OF:

Dr. George Farber                                              323.50

                                          **TOTAL DUE  >>>        $323.50**

Transcript was previously shipped

Our File Number: _DC-CASEI-100_   Today's Date: _8/16/09_

File Name: _Hi-Angel/GSU_

Description: _Depo of G. Farber_

Requested by/Bill Attorney: _ADN/JOB_ Expense Code: _DCgs_

Client Approved by: _____

**Tax ID:** 72-1177884                    Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment*

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | |
|---|---|
| Invoice No. | : 136015 |
| Invoice Date | : 8/12/2009 |
| **Total Due** | **: $ 323.50** |

OLS-9490

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | |
|---|---|
| Job No. | : 60975 |
| BU ID | : 1-REP |
| Case No. | : 1873 |
| Case Name | : In Re: FEMA Trailer Formaldehyde products Liability Litigation |

 Knight & Associates

Post Office Box 841
Beulaville, NC 28518

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2009 | 321 |

(910)323-2048 (919)552-7816 (910)290-5134

**Bill To**

Duplass Zwain Bourgeois
Philip G. Watson
Three Lakeway Center, 29th Floor
3838 N. Causeway Blvd.
Metairie, LA 70002

| Case Name | Tax ID 26-1845163 |
|-----------|-------------------|
| FEMA | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| 7/13/09 Deposition of Mark Polk | | | |
| Transcript copy | 264 | 2.25 | 594.00 |
| Exhibits | 37 | 0.25 | 9.25 |
| Postage/handling | 1 | 15.00 | 15.00 |

Our File Number: *O6-G811-100*  Today's Date: *8/2/09*

File Name: *Hilliard/Gath*

Description: *Depo of Mark Polk*

Requested by/Bill Attorney: *AP W/OAB*  Expense Code: *DEPO*

Client Approved by: _____

OLS-9251

| | Total | $618.25 |
|---|-------|---------|
| Unpaid invoices will incur a finance charge of 1.5% per month (18% APR) after 30 days. | **Balance Due** | $618.25 |

JP 07·29·09



### PROFESSIONAL SHORTHAND
### REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135527 | 7/20/2009 | 60362 |
| JOB DATE | CASE NUMBER | |
| 6/30/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| Net 30 |

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:
Erika Alexander

428.70

**TOTAL DUE  >>>**          **$428.70**

Condensed transcript sent to deponent for reading & signing

Transcript previously shipped

Our File Number: _DC-CASC1-100_   Today's Date: _7/03/09_

File Name: _Hillard/GSC1_

Description: _Depo of Erika Alexander_

Requested by/Bill Attorney: _RDN/RAB_   Expense Code: _Depo_

Client Approved by: _____

Tax ID: 72-1177884                      Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No.      :  135527
Invoice Date    :  7/20/2009
**Total Due**      :  **$ 428.70**



OLS-8915

JL
CK. 106504
OCT 2009
PAID

Remit To:  **Professional Shorthand Reporters, Inc.**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.     :  60362
BU ID       :  1-REP
Case No.    :  1873
Case Name   :  In Re: FEMA Trailer Formaldehyde products
               Liability Litigation

S

*Jme 07.27.09*



## PROFESSIONAL SHORTHAND REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135444 | 7/15/2009 | 60641 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/10/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

---

1 COPY OF TRANSCRIPT OF:
   Shirley J. Alexander                                                401.50

                                          TOTAL DUE  >>>          **$401.50**

Transcript was previously shipped

---

Our File Number: *OL-GSCI-100*   Today's Date: *7/23/09*

File Name: *Hilliard / GSCI*

Description: *Depo of Shirley Alexander*

Requested by/Bill Attorney: *RDN/CRD*   Expense Code: *B 820*

Client Approved by: _____

Tax ID: 72-1177884                          Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment.*

---

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | | |
|---|---|---|
| Invoice No. | : | 135444 |
| Invoice Date | : | 7/15/2009 |
| **Total Due** | : | **$ 401.50** |



OLS-8887

CP. 106504
OCT 2009
PAID

| | | |
|---|---|---|
| Remit To: | **Professional Shorthand Reporters, Inc.** | Job No. |
| | **601  Poydras Street** | BU ID |
| | **Suite 1615** | Case No. |
| | **New Orleans, LA 70130** | Case Name |

| | | |
|---|---|---|
| Job No. | : | 60641 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

*S*

Case 2:07-md-01873-KDE-ALC   Document 6325-6   Filed 11/03/2009   Page 6 of 22

# NAEGELI REPORTING CORPORATION



Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000

Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

*www.naegelireporting.com*

**DEWEY M. SCANDURRO ESQUIRE**
SCANDURRO AND LAYRISSON
607 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70130

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR  97204

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| Asg. Date: | 07/20/2009 | | |
| Case\Assg No. | 11303-1 | Invoice # | 37342 |
| Case Caption: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | Invoice Date | 07/31/2009 |

*COPY / INDEX / CONDENSED / VIDEO DEPOSITION OF  G. GRAHAM  ALLAN*

<u>Remarks</u>
TRANSCRIPT $1,034.40, EXHIBITS $135.00, DELIVERY $95.00.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | $1,264.40 |
| **Interest** | $.00 |
| **Total Tax** | $.00 |
| **Less Paid To Date** | $1,264.40 |
| **Balance Due** | $.00 |

Net Terms:  30 Days

Phone: (800) 528-3335

Fax: (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
  Please Make Checks Payable to:

NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Credit Card #

Exp. Date

Address (AS IT APPEARS ON BILLING STATEMENT)

# I N V O I C E

## Stratos Legal

### Raising the bar.
### Nationwide.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43531 | 6/18/2009 | 23721 |

| Job Date | Case No. | |
|---|---|---|
| 6/4/2009 | 1873 | |

| Case Name | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

ORIGINAL TRANSCRIPT OF:
    Janet D. Barnes

1,932.20

**TOTAL DUE  >>>**        **$1,932.20**

Our File Number: *OC-GSCI-109*    Today's Date: *6/24/09*

File Name: *Hillard/GSCI*

Description: *Depo of Janet Barnes*

Requested by/Bill Attorney: *ADA/CAB*    Expense Code: *Depo*

Client Approved by: _____



Tax ID: 20-3092682

*Please detach bottom portion and return with payment.*

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

| Job No. | : 23721 | BU ID | : 1-MAIN |
|---|---|---|---|
| Case No. | : 1873 | | |

Case Name  : IN RE: FEMA TRAILER FORMALDEHYDE
             PRODUCTS LIABILITY LITIGATION

Invoice No. : 43531        Invoice Date : 6/18/2009
**Total Due** : **$ 1,932.20**

OLS-8510

### PAYMENT WITH CREDIT CARD

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____    Phone#: _____

Billing Address: _____

Zip: _____    Card Security Code: _____

Amount to Charge: _____    *$*

Cardholder's Signature: _____

Remit To: **Stratos Legal Services, LP**
          **1001 West Loop South**
          **Suite 809**
          **Houston, TX 77027**



**ESQUIRE**
Esquire - Dallas
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



# ESQUIRE
an Alexander Gallo Company

Telephone (214) 257-1436
Toll Free (800) 852-9737
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ67395

| Invoice Date | Terms |
|---|---|
| 07/21/2009 | NET 30 |

KEVIN DERHAM ,ESQ.
DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER &
SUITE 2900
3838 NORTH CAUSEWAY BOULEVARD
METAIRIE, LA 70002

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/23/2009 | IN RE: PRODUCT LIABILITY LITIGATION FE | 63678 | 07/21/2009 | F-S-O |

| Description |
|---|

Copy Transcript of GARY BUNZER

Our File Number: _D6-69GS-100_  Today's Date: _8/1/09_

File Name: _Hilliard/Cases_

Description: _Deps of G. Bunzer_

Requested by/Bill Attorney: _AAA/AMP_  Expense Code: _D690_

Client Approved by:

**We appreciate your business**
**Attorney is responsible for payment of all charges incurred**
**Payment due in 30 days**
**THANK YOU**

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 843.88 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 843.88** |
| **Payment Due:** | **08/20/2009** |

Tax Number:  22-3779684

After 09/04/2009 Pay This Amount:     $ 928.27

*(stamp: — 123456789101112131415... CP.105817 AUG 2009 PAID JR)*

## Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number                                    Exp. Date

Company: Esquire - Dallas
Invoice Number: EQ67395
Invoice Date: 07/21/2009
Balance: $ 843.88
Due Date: 08/20/2009
Late Date: 09/04/2009
Late Amount: $ 928.27

☐ Check Enclosed

Please Make Check Payable to Esquire

OLS-9102

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 934157,   Atlanta GA 31193-4157

042  0000067395  07212009  8  000084388  0  08202009  09042009  5  000092827  76

S



## PROFESSIONAL SHORTHAND
## REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135630 | 7/22/2009 | 60689 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/16/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

1 COPY OF TRANSCRIPT OF:
   Megan A. Ciota, Ph.D.                               310.75

                                     **TOTAL DUE  >>>**    **$310.75**

Transcript previously shipped

Our File Number: _06-6501-100_   Today's Date: _7/30/09_

File Name: _Hillard/6501_

Description: _Depo of Dr. Ciota_

Requested by/Bill Attorney: _PGW/LMB_   Expense Code: _B900_

Client Approved by: _____

Tax ID: 72-1177884                                   Phone: 504-832-3700    Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | | |
|---|---|---|
| Invoice No. | : | 135630 |
| Invoice Date | : | 7/22/2009 |
| **Total Due** | : | **$ 310.75** |



OLS-9093

JL
CR. 106504
OCT 2009
PAID

Remit To: **Professional Shorthand Reporters, Inc.**
        **601 Poydras Street**
        **Suite 1615**
        **New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60689 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

S



# ΙΕ TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

# INVOICE

(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196
One Federal Place, Suite 1020 • 1819 Fifth Avenue North
Birmingham, Alabama 35203

JOSEPH G. GLASS
DUPLASS, ZWAIN & BOURGEOIS
THREE LAKEWAY CENTER
SUITE 2900
3838 NORTH CAUSEWAY BOULEVARD
METAIRIE, LA  70002

July 28, 2009

**Invoice#** 09-2669C

**Balance:**   $562.90

**Re:** FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGTION
on 07/14/09  Billed 07/28/09
by SUZANNE LEE / BRAD CAMPBELL

| Charge Description | | Amount |
|---|---|---|
| DEPONENT:  PHILIP COLE, MD, DrPH | | |
| 237 | COPY            @ 2.05/PAGE | 485.85 |
| 1 | TRAVEL TRANSCRIPT        @ 20.00/EACH | 20.00 |
| 1 | ASCII ON CD W/EXHIBITS   @ 25.00/EACH | 25.00 |
| 1 | ETRAN           @ 20.00/EACH | 20.00 |
| | POSTAGE | 12.05 |


Our File Number: _DG-6811-100_   Today's Date: _7/31/09_

File Name: _Hillard/6811_

Description: _Depo of Dr. Philip Cole_

Requested by/Bill Attorney: _BDR/JAG_   Expense Code: _Depo_

Client Approved by: _____

EIN 20-2042132



**P l e a s e   R e m i t   - - - >   Total Due:   $562.90**
Please Detach and Return Stub With Payment

*"PAYMENT IS DUE UPON RECEIPT"*
***********MAJOR CREDIT CARDS ACCEPTED***********

Remit to:

# ΙΕ TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

One Federal Place, Suite 1020
1819 Fifth Avenue North
Birmingham, Alabama 35203

OLS-9091

Invoice# 09-2669C

Balance$     562.90

EIN 20-2042132



**PROFESSIONAL SHORTHAND**
**REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135359 | 7/10/2009 | 60062 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/29/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:

Christopher Cooper
270.15

**TOTAL DUE >>>**   **$270.15**

Condensed transcript sent to deponent for reading & signing

Transcript previously shipped

Our File Number: *OL-G501-100*   Today's Date: *7/22/09*

File Name: *Hilliard/Gaul*

Description: *Dgps of Chris Cooper*

Requested by/Bill Attorney: *Anaya/Eas*   Expense Code: *Dgps*

Client Approved by: _____

Tax ID: 72-1177884   Phone: 504-832-3700   Fax: 504-837-3119

*Please detach bottom portion and return with payment.*

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | | |
|---|---|---|
| Invoice No. | : | 135359 |
| Invoice Date | : | 7/10/2009 |
| **Total Due** | : | **$ 270.15** |

OLS-8901

*CR. 106504*

| | | |
|---|---|---|
| Job No. | : | 60062 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

S

# INVOICE

Tiffany Alley & Associates
400 Perimeter Center Terrace, Suite 900
Atlanta, GA 30346
Phone:770-343-9696  Fax:770-343-8430

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51594 | 8/6/2009 | 28427 |
| **Job Date** | **Case No.** | |
| 7/23/2009 | | |
| | **Case Name** | |
| In Re: FEMA Trailer | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Kevin Derham
Duplass Zwain Bourgeois Pfister & Weinstock
3838 N. Causeway Boulevard
Suite 2900
Metairie, LA 70002

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
|---|---|
| Nathan Dorris, PhD, | 1,006.75 |
| Nathan T. Dorris PhD - Video | 337.50 |
| | |
| TOTAL DUE  >>> | $1,344.25 |

Thank you for your business!

WE GLADLY ACCEPT VISA, MASTERCARD & AMERICAN EXPRESS.

Our File Number: *Du 6251-100*  Today's Date: *8/13/08*

Re: Name: *Hillard/Gross*

Deponent: *Depo of N. Dorris*

Requested by/Bill Attorney: *RDK/JMD*  Expense Code: *12380*

Client Approved by: _____

Tax ID: 58-1952135                                    Phone: 504.832.3700   Fax:504.837.3119

*Please detach bottom portion and return with payment.*

Kevin Derham
Duplass Zwain Bourgeois Pfister & Weinstock
3838 N. Causeway Boulevard
Suite 2900
Metairie, LA 70002

| | | |
|---|---|---|
| Invoice No. | : | 51594 |
| Invoice Date | : | 8/6/2009 |
| **Total Due** | : | **$ 1,344.25** |

OLS-9554

| | | |
|---|---|---|
| Remit To: | **Tiffany Alley & Associates** | |
| | **400 Perimeter Center Terrace, Suite 900** | |
| | **Atlanta, GA 30346** | |

| | | |
|---|---|---|
| Job No. | : | 28427 |
| BU ID | : | 1-TA&A |
| Case No. | : | |
| Case Name | : | In Re: FEMA Trailer |

# INVOICE

Tiffany Alley & Associates
400 Perimeter Center Terrace, Suite 900
Atlanta, GA 30346
Phone:770-343-9696   Fax:770-343-8430

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51458 | 7/30/2009 | 28426 |
| **Job Date** | **Case No.** | |
| 7/22/2009 | | |
| **Case Name** | | |
| In Re: FEMA Trailer | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andy Weinstock
Duplass Zwain Bourgeois Pfister & Weinstock
3838 N. Causeway Boulevard
Suite 2900
Metairie, LA 70002

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| William L. Dyson PhD | 624.80 |
| William L. Dyson PhD - Video | 225.00 |
| | **TOTAL DUE  >>>**   **$849.80** |

Thank you for your business!

WE GLADLY ACCEPT VISA, MASTERCARD & AMERICAN EXPRESS.

Our File Number: *06 - GSCI - 100* Today's Date: *8/5/09*

File Name: *Hillard / GSCI*

Description: *Depo of William Dyson*

Requested by/Bill Attorney: *Andy Cole* Expense Code: *Depo*

Client Approved by: _____

Tax ID: 58-1952135                                   Phone: 504.832.3700   Fax:504.837.3119

*Please detach bottom portion and return with payment.*

Andy Weinstock
Duplass Zwain Bourgeois Pfister & Weinstock
3838 N. Causeway Boulevard
Suite 2900
Metairie, LA 70002

| | | |
|---|---|---|
| Invoice No. | : | 51458 |
| Invoice Date | : | 7/30/2009 |
| **Total Due** | : | **$ 849.80** |

OLS-9142

| | | |
|---|---|---|
| Job No. | : | 28426 |
| BU ID | : | 1-TA&A |
| Case No. | : | |
| Case Name | : | In Re: FEMA Trailer |

Remit To: **Tiffany Alley & Associates**
          **400 Perimeter Center Terrace, Suite 900**
          **Atlanta, GA 30346**

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24303 | 8/13/2009 | 15783 |

| Job Date | Case No. | |
|---|---|---|
| 7/28/2009 | MDL NO. 1873 | |

| Case Name | | |
|---|---|---|
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Timothy D. Scandurro
Scandurro & Layrisson LLC
607 St. Charles Avenue
New Orleans, LA 70130

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Michael E. Ginevan, Ph.D. | 180.00 | Pages | @ | 2.55 | 459.00 |
| Exhibit | 160.00 | Pages | @ | 0.35 | 56.00 |
| Color Exhibits | 102.00 | Pages | @ | 1.50 | 153.00 |
| Draft Transcript (ASCII) | 180.00 | Pages | @ | 1.50 | 270.00 |
| Processing Fee | | | | 55.00 | 55.00 |

**TOTAL DUE  >>>**          **$993.00**

Transcript & DVD sent to Andrew Weinstock of Duplass Zwain

**Tax ID:** 53-0257990                                    Phone: 504-522-7100   Fax:

*Please detach bottom portion and return with payment.*

Timothy D. Scandurro
Scandurro & Layrisson LLC
607 St. Charles Avenue
New Orleans, LA 70130

| | | |
|---|---|---|
| Invoice No. | : | 24303 |
| Invoice Date | : | 8/13/2009 |
| **Total Due** | : | **$993.00** |

Remit To:   **Alderson Reporting Company, Inc.**
              **1155 Connecticut Ave., NW**
              **Suite 200**
              **Washington, DC 20036**

| | | |
|---|---|---|
| Job No. | : | 15783 |
| BU ID | : | Affiliate |
| Case No. | : | MDL NO. 1873 |
| Case Name | : | In re: FEMA Trailer Formaldehyde Products Liability Litigation |

LegaLink, Inc. - A Merrill Company
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

*Ime Set up Vendor*
*(# 2251)*
*08·28·09*

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 287924 | 07/30/2009 | 01-159808 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/20/2009 | BURSLE | 1873 |

| CASE CAPTION | | |
|---|---|---|
| FEMA Formaldehyde Products, In Re: | | |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

Ryan M. Malone, Esquire
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Three Lakeway Center, Suite 2900
Metairie, LA 70002

| 1 COPY & INDEX OF TRANSCRIPT OF: | | |
|---|---|---|
| Jessica Herzstein, M.D. | 290 Pages | 725.00 |
| Shipping & Handling | | 20.05 |
| | TOTAL DUE   >>>> | 745.05 |
| | AFTER 09/28/2009 PAY | 819.56 |

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

**PLEASE MAKE CHECKS PAYABLE TO:**

Our File Number: *06-6901-100*   Today's Date: *8/18/09*

File Name: *Rilard/Gael*

Description: *Depo of J Herzstein*

Requested by/Bill Attorney: *RMMalone*   Expense Code: *Depo*

Client Approved by: _____

~
**LegaLink, Inc. - A Merrill Company**
P.O. Box 630484
Baltimore, MD 21263

Tax ID No.: 20-2665382

TAX ID NO.: 20-2665382                              (504) 832-3700

*Please detach bottom portion and return with payment.*

Ryan M. Malone, Esquire
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Three Lakeway Center, Suite 2900
Metairie, LA 70002


CE.10G|30
AUG 2009
PAID

Invoice No.:  287924
Date       :  07/30/2009
TOTAL DUE  :  745.05
AFTER 9/28/2009 PAY : 819.56

Job No.   :  01-159808
Case No.  :  1873
FEMA Formaldehyde Products, In Re:

Remit To:    LegaLink, Inc.
             P.O. Box 630484
             Baltimore, MD 21263

OLS-9666

5