# Stratos Legal

*Raising the bar.*
*Nationwide.*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44724 | 7/27/2009 | 24422 |
| **Job Date** | **Case No.** | |
| 7/10/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ryan M. Malone
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Paul Hewett Ph.D                                                                         733.87

                                              TOTAL DUE >>>                $733.87

Our File Number: 06-6561-100       Today's Date: 9/5/09
File Name: Hilliard/6254
Description: Depo of Hewett
Requested by/Bill Attorney: RMM/CHB   Expense Code: Depo
Client Approved by: _____

[PAID stamp: CR.106567 OCT 2009]

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Ryan M. Malone
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002


OLS-9882

| | | |
|---|---|---|
| Job No. : 24422 | BU ID | : 1-MAIN |
| Case No. : 1873 | | |
| Case Name : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| Invoice No. : 44724 | Invoice Date | : 7/27/2009 |
| **Total Due : $ 733.87** | | |

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

**For the Record Reporting, Inc.**
1500 Mahan Drive, Suite 140
Post Office Box 12042
Tallahassee, FL 32317-2042
(850) 222-5491 Phone   (850) 224-5316 Fax
Tax ID: 59-3616998

*Smpl set up vendor*
*(# 2287)*
*09.17.09*

August 25, 2009

Mr. Ryan Malone, Esq.
DUPLASS, ZWAIN, BOURGEOIS, PFISTER &
WEINSTOCK
3838 North Causeway Boulevard - Suite 2900
Metairie, LA 70002
(504) 832-3700

**Invoice Number**
**C 7512**

Re:  In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS
     Case No. MDL NO. 1873
     Depo. Robert C. James, Ph.D.

| Description of Services | | Pgs/Qty | Rate | Extension |
|---|---|---|---|---|
| Transcript copy | Inv. No. 7512, Taken on 08/05/09 | 94.00 | 2.25 | 211.50 |
| ASCII disk - n/c | | 1.00 | 0.00 | n/c |
| Mini-transcript and index - n/c | | 1.00 | 0.00 | n/c |
| Shipping | UPS OVERNIGHT | 1.00 | 38.77 | 38.77 |
| Exhibit copy | | 107.00 | 0.52 | 55.64 |

|  | |
|---|---|
| Invoice total: | **$305.91** |
| After 09/24/09: | $311.94 |
| After 10/24/09: | $317.98 |

Please call for balance after 11/23/09.

Payment due upon receipt. Thank you



Our File Number: *06-6561-100*   Today's Date: *8/29/09*
File Name: *Hilliard/GSCI*
Description: *Depo of Dr. R. James*
Requested by/Blk Attorney: *Aquilles*   Expense Code: *Depo*
Client Approved by: _____



OLS-10040

S

JmL 07.27.09



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135367 | 7/10/2009 | 60241 |
| JOB DATE | CASE NUMBER | |
| 6/16/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:
Marco Kaltofen, P.E.                                              567.15

**TOTAL DUE   >>>         $567.15**

Condensed transcript sent to deponent for reading & signing

Transcript previously shipped

Our File Number: 06-6501-100   Today's Date: 7/22/09
File Name: Hilliard/Gsel
Description: Depo of M. Kaltofen
Requested by/Bill Attorney: APW/CAB   Expense Code: Depo
Client Approved by: _____

Tax ID: 72-1177884                                  Phone: 504-832-3700   Fax: 504-837-3119

*Please detach bottom portion and return with payment.*

---

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No.   : 135367
Invoice Date  : 7/10/2009
**Total Due**     : **$ 567.15**

OLS-8889


CK. 106504
OCT 2009
PAID

Job No.    : 60241
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

5

# INVOICE

**Stratos Legal**

*Raising the bar.*
*Nationwide.*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44847 | 8/3/2009 | 24286 |
| Job Date | Case No. | |
| 7/9/2009 | 1873 | |

| Case Name |
|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |
| **Payment Terms** |
| Due upon receipt |

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

---

ORIGINAL TRANSCRIPT OF:
James P. Kornberg                                                                       1,394.25

TOTAL DUE >>>        $1,394.25

Our File Number: _06-6041-100_   Today's Date: _8/14/09_
File Name: _Hilliard/GSLI_
Description: _Depo of J. Kornberg_
Requested by/Bill Attorney: _ADW/CMB_   Expense Code: _Depo_
Cost Approved by: _____

---

Tax ID: 20-3092682

*Please detach bottom portion and return with payment.*

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

OLS-9425

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

Job No.: 24286            BU ID: 1-MAIN
Case No.: 1873
Case Name: IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION
Invoice No.: 44847        Invoice Date: 8/3/2009
Total Due: $ 1,394.25

**PAYMENT WITH CREDIT CARD**     

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____

JR 07.20.09



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135275 | 7/7/2009 | 60298 |
| JOB DATE | CASE NUMBER | |
| 7/1/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:
Paul J. LaGrange                                                              458.55

**TOTAL DUE >>>**   **$458.55**

Condensed transcript sent to deponent for reading & signing

Previously shipped

Our File Number: 06-GSC1-100   Today's Date: 7/15/09
File Name: Hilliard/GSC1
Description: Depo of Paul LaGrange
Requested by/Bill Attorney: Aparicio   Expense Code: 0890
Client Approved by: _____

Tax ID: 72-1177884                                    Phone: 504-832-3700   Fax: 504-837-3119

*Please detach bottom portion and return with payment.*

---

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No.   : 135275
Invoice Date  : 7/7/2009
**Total Due**   : **$ 458.55**


DL4 CK.106504 OCT 2009 PAID

OLS-8746

Job No.   : 60298
BU ID     : 1-REP
Case No.  : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **Professional Shorthand Reporters, Inc.**
601 Poydras Street
Suite 1615
New Orleans, LA 70130

5

# INVOICE

# Stratos Legal
*Raising the bar.*
*Nationwide.*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43454 | 6/15/2009 | 23710 |
| Job Date | Case No. | |
| 5/29/2009 | 1873 | |
| Case Name | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| Payment Terms | | |
| Due upon receipt | | |

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

ORIGINAL TRANSCRIPT OF:
  Lila F. Laux, PhD                                                                 1,812.90

                                          TOTAL DUE >>>                        $1,812.90

Our File Number: OG-CASE1-100   Today's Date: 6/18/09
File Name: Hillard/CASE1
Description: Depo of Lila Laux
Requested by/Bill Attorney: AON/CAD   Expense Code: Depo
Client Approved by: _____

Ck. 106530
OCT 2009
PAID

Tax ID: 20-3092682

*Please detach bottom portion and return with payment.*

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002


OLS-8512

Remit To: **Stratos Legal Services, LP**
  **1001 West Loop South**
  **Suite 809**
  **Houston, TX 77027**

Job No.     : 23710          BU ID     : 1-MAIN
Case No.    : 1873
Case Name   : IN RE: FEMA TRAILER FORMALDEHYDE
              PRODUCTS LIABILITY LITIGATION
Invoice No. : 43454          Invoice Date : 6/15/2009
Total Due   : $ 1,812.90

| PAYMENT WITH CREDIT CARD | MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Case 2:07-md-01873-KDE-MBN   Document 8369-3   Filed 12/01/09   Page 7 of 20
JR 07.31.09
Case 2:07-md-01873-KDE-ALC   Document 6325-7   Filed 11/03/2009   Page 24 of 30



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135599 | 7/22/2009 | 60384 |
| JOB DATE | CASE NUMBER | |
| 7/17/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:
Alexis Mallet, Jr.                                                                                           972.30

**TOTAL DUE >>>     $972.30**

Condensed transcript sent to deponent for reading & signing
Previously shipped

Our File Number: _OC-6501-100_   Today's Date: _7/29/09_
File Name: _Hillard/6501_
Description: _Depo of M Mallet_
Requested by/Bill Attorney: _PGW/CAZ_   Expense Code: _Depo_
Client Approved by: _____

CK. 106504 OCT 2009 PAID

Tax ID: 72-1177884                                                          Phone: 504-832-3700    Fax: 504-837-3119

*Please detach bottom portion and return with payment.*

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No.    : 135599
Invoice Date   : 7/22/2009
**Total Due**  : **$ 972.30**

OLS-9037

Job No.     : 60384
BU ID       : 1-REP
Case No.    : 1873
Case Name   : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **Professional Shorthand Reporters, Inc.**
          601 Poydras Street
          Suite 1615
          New Orleans, LA 70130

S

*Inv set-p vendor (#2237)*
*08.20.09*

# INVOICE



436 Boulevard of the Allies
Pittsburgh, PA 15219
P: 412-261-2323
F: 412-261-2537
**Court Reporting & Trial Technologies**   www.akf.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 225872 | 8/10/2009 | 113928 |
| **Job Date** | **Case No.** | |
| 7/30/2009 | | |
| **Case Name** | | |
| INRE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Weinstock, Esq., Andrew D.
DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK
3838 N. CAUSEWAY BLVD.
29TH FLOOR
Metairie, LA 70002

CERTIFIED TRANSCRIPT OF:
   DR GARY MARSH                                   145.00 Pages           333.50
      Exhibit                                        65.00 Pages            16.25
      Next Day Delivery                                                     40.25
      HOLD                                                                   0.00

                                                   **TOTAL DUE >>>     $390.00**

THANK YOU FOR HAVING ORDERED THIS TRANSCRIPT.  UPON RECEIPT OF PAYMENT OF THIS INVOICE AND PREVIOUSLY UNPAID BALANCES ARE PAID, IT WILL BE PROMPTLY DELIVERED TO YOU. NOTE: YOU ARE OBLIGATED AND RESPONSIBLE FOR PAYMENT EVEN IF YOU CANCEL THIS ORDER OR THE CASE SETTLES.

Our File Number: *06-6501-100*   Today's Date: *8/20/09*

File Name: *Hillard/6501*

Description: *Depo of Marsh*

Requested by/Bill Attorney: *ADW/CMB*   Expense Code: *0320*

Client Approved by: _____

**Tax ID:** 25-1368597                                  Phone: 504-832-3700   Fax: 504-837-3119

*Please detach bottom portion and return with payment.*

---

Weinstock, Esq., Andrew D.
DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK
3838 N. CAUSEWAY BLVD.
29TH FLOOR
Metairie, LA 70002

Invoice No.    : 225872
Invoice Date   : 8/10/2009
**Total Due**  : **$ 390.00**

OLS-9391



ck. 105997
AUG 2009
PAID

Job No.    : 113928
BU ID      : 1-MAIN
Case No.   :
Case Name  : INRE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

**Remit To:** AKF Reporters, Inc.
436 Boulevard of the Allies
Pittsburgh, PA 15219

5

# Stratos Legal
*Raising the bar. Nationwide.*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45179 | 8/10/2009 | 24915 |
| Job Date | Case No. | |
| 7/27/2009 | 1873 | |
| Case Name | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| Payment Terms | | |
| Due upon receipt | | |

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

ORIGINAL TRANSCRIPT OF:
Gerald McGwin, Jr.

                                                                          1,824.60
                                                        **TOTAL DUE >>>    $1,824.60**

Our File Number: _DU-6581-100_  Today's Date: _8/29/09_
File Name: _Gilford/6581_
Doc. Desc.: _Depo of G. McGwin_
Requested by/Bill Attorney: _AW/JMP_  Expense Code: _Depo_ 
Client Approved by: _____

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

OLS-9731

Remit To: **Stratos Legal Services, LP
1001 West Loop South
Suite 809
Houston, TX 77027**

Job No.     : 24915         BU ID    : 1-MAIN
Case No.    : 1873
Case Name   : IN RE: FEMA TRAILER FORMALDEHYDE
              PRODUCTS LIABILITY LITIGATION
Invoice No. : 45179         Invoice Date : 8/10/2009
**Total Due : $ 1,824.60**

| **PAYMENT WITH CREDIT CARD** | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | | Card Security Code: | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135265 | 7/7/2009 | 60418 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/30/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

1 COPY OF TRANSCRIPT OF:
  Charles David Moore, PE, PLS                                                                439.80

Previously shipped                                                    **TOTAL DUE >>>**   **$439.80**

Our File Number: 04-GSCI-180   Today's Date: 7/15/09
File Name: Hilliard/GSCI
Description: Depo of Charles Moore
Requested by/Bill Attorney: ApN/cnb   Expense Code: 0990
Client Approved by: _____

Tax ID: 72-1177884                                          Phone: 504-832-3700   Fax: 504-837-3119

*Please detach bottom portion and return with payment.*

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No.  : 135265
Invoice Date : 7/7/2009
**Total Due** : **$ 439.80**


OLS-8752


CR. 106504
OCT 2009
PAID

Job No.   : 60418
BU ID     : 1-REP
Case No.  : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

5



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44950 | 8/3/2009 | 24562 |
| **Job Date** | **Case No.** | |
| 7/16/2009 | 1873 | |

**Case Name**

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

**Payment Terms**

Due upon receipt

**Stratos Legal**
*Raising the bar. Nationwide.*

Kevin Derham
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

ORIGINAL TRANSCRIPT OF:
Dr. Karin Pacheco                                                                 707.55

TOTAL DUE >>>     $707.55

Our File Number: _DG-6561-100_   Today's Date: _8/14/09_
File Name: _Hillard/6561_
Description: _Depo of Pacheco (7/14/09)_
Requested by/Bill Attorney: _RDW/KDD_  Expense Code: _Depo_
Client approved by: _____

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Kevin Derham
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002


OLS-9424

Remit To: **Stratos Legal Services, LP**
1001 West Loop South
Suite 809
Houston, TX 77027

Job No.     : 24562            BU ID    : 1-MAIN
Case No.    : 1873
Case Name   : IN RE: FEMA TRAILER FORMALDEHYDE
              PRODUCTS LIABILITY LITIGATION
Invoice No. : 44950            Invoice Date : 8/3/2009
Total Due   : $ 707.55

| **PAYMENT WITH CREDIT CARD** | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |

# INVOICE

## Stratos Legal
*Raising the bar. Nationwide.*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44957 | 8/3/2009 | 24543 |
| **Job Date** | **Case No.** | |
| 7/15/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

---

ORIGINAL TRANSCRIPT OF:
Dr. Karin Pacheco

549.45

TOTAL DUE >>>    $549.45

Our File Number: _06-6511-100_   Today's Date: _8/10/09_
File Name: _Hilliard 1654_
Description: _Depo of K. Pacheco (7/15/09)_
Requested by/Bill Attorney: _ADW/CMB_   Expense Code: _Depo_
Client Approved by: _____

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002


OLS-9423

Remit To: **Stratos Legal Services, LP**
1001 West Loop South
Suite 809
Houston, TX 77027

Job No. : 24543          BU ID : 1-MAIN
Case No. : 1873
Case Name : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION
Invoice No. : 44957      Invoice Date : 8/3/2009
**Total Due : $ 549.45**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135333 | 7/10/2009 | 60301 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/2/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Derham, Kevin R.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:
   Ervin L. Ritter, Jr.                                                                 394.35

                                                       **TOTAL DUE >>>**    **$394.35**

Condensed transcript sent to deponent for reading & signing

Transcript previously hand delivered

Our File Number: _06-G501-100_   Today's Date: _7/22/09_
File Name: _Hillard/G501_
Description: _Depo of E Ritter_
Requested by/Bill Attorney: _ARa/KRD_   Expense Code: _Depo_
Client Approved by: _____

Tax ID: 72-1177884                                   Phone: 504-832-3700   Fax: 504-837-3119

*Please detach bottom portion and return with payment.*

---

Derham, Kevin R.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No.   : 135333
Invoice Date  : 7/10/2009
**Total Due**  : **$ 394.35**

OLS-8888


Ck. 106504
OCT 2009
PAID

Job No.    : 60301
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **Professional Shorthand Reporters, Inc.**
         **601 Poydras Street**
         **Suite 1615**
         **New Orleans, LA 70130**

S

JR 07.24.09



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135315 | 7/9/2009 | 60293 |
| JOB DATE | CASE NUMBER | |
| 6/18/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:
 Dr. Edward Shwery                                                554.90

                                    TOTAL DUE >>>        $554.90

Condensed transcript sent to deponent for reading & signing
Transcript previously hand delivered

Our File Number: 06-4501-100   Today's Date: 7/15/09
File Name: Hillard/4501
Description: Depo of Dr. Ed Shwery
Requested by/Bill Attorney: AD/KAB   Expense Code: Depo
Client Approved by: _____

Tax ID: 72-1177884                                  Phone: 504-832-3700   Fax: 504-837-3119

*Please detach bottom portion and return with payment.*

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No.   : 135315
Invoice Date  : 7/9/2009
**Total Due**    : **$ 554.90**

OLS-8871

Remit To: **Professional Shorthand Reporters, Inc.**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.    : 60293
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation

CR. 106504  OCT 2009  PAID

S

# INVOICE

# Stratos Legal
*Raising the bar.*
*Nationwide.*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43711 | 6/22/2009 | 23723 |
| **Job Date** | **Case No.** | |
| 6/11/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

ORIGINAL TRANSCRIPT OF:
William D. Scott                                                                                             1,343.65

                                                                   TOTAL DUE  >>>          $1,343.65

Our File Number: 06-GSCI-100   Today's Date: 7/1/09
File Name: Hillard/GSCI
Description: Depo of William Scott
Requested by/Bill Attorney: Anayah   Expense Code: DEPO
Client Approved by: _____


Ck. 106530
OCT 2009
PAID

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

OLS-8935

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

Job No.      : 23723            BU ID      : 1-MAIN
Case No.    : 1873
Case Name : IN RE: FEMA TRAILER FORMALDEHYDE
                   PRODUCTS LIABILITY LITIGATION
Invoice No. : 43711        Invoice Date : 6/22/2009
**Total Due  : $ 1,343.65**

| PAYMENT WITH CREDIT CARD | | |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | S |
| Cardholder's Signature: | | |



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135733 | 7/29/2009 | 60669 |
| JOB DATE | CASE NUMBER | |
| 7/15/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

1 COPY OF TRANSCRIPT OF:
Damien W. Serauskas                                           412.55

                                              TOTAL DUE >>>      $412.55

Previously shipped

Our File Number: 06-6561-100   Today's Date: 8/1/09
File Name: Hillard/Gull
Description: Depo of D. Serauskas
Requested by/Bill Attorney: PGW/CDS   Expense Code: DEPO
Client Approved by: _____

Tax ID: 72-1177884                            Phone: 504-832-3700   Fax: 504-837-3119

*Please detach bottom portion and return with payment.*

---

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No.    : 135733
Invoice Date   : 7/29/2009
Total Due      : $ 412.55

OLS-9094

Remit To: **Professional Shorthand Reporters, Inc.**
601 Poydras Street
Suite 1615
New Orleans, LA 70130

Job No.   : 60669
BU ID     : 1-REP
Case No.  : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Inv 7/27/09



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135562 | 7/20/2009 | 60656 |
| JOB DATE | CASE NUMBER | |
| 7/10/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

1 COPY OF TRANSCRIPT OF:
Dr. Kenneth B. Smith                                                497.50

Transcript previously shipped

**TOTAL DUE >>>     $497.50**

Our File Number: 156-62501-100   Today's Date: 7/23/09
File Name: Bellard Cases
Description: Depo of Dr. K. Smith
Requested by/Bill Attorney: ADuk AB   Expense Code: Depo
Client Approved by: _____

Tax ID: 72-1177884                           Phone: 504-832-3700   Fax: 504-837-3119

*Please detach bottom portion and return with payment.*

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No.   : 135562
Invoice Date  : 7/20/2009
**Total Due**     : **$ 497.50**

OLS-8920

CK. 10 G504
OCT 2009
PAID

Job No.   : 60656
BU ID     : 1-REP
Case No.  : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **Professional Shorthand Reporters, Inc.**
601 Poydras Street
Suite 1615
New Orleans, LA 70130

5

# Stratos Legal
*Raising the bar.*
*Nationwide.*

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43676 | 7/6/2009 | 23719 |
| Job Date | Case No. | |
| 6/10/2009 | 1873 | |
| Case Name | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| Payment Terms | | |
| Due upon receipt | | |

ORIGINAL TRANSCRIPT OF:
Stephen J. Smulski

2,630.75

TOTAL DUE >>>   $2,630.75

Our File Number: 04-CASE1-100   Today's Date: 7/13/09
File Name: Hilliard/Case1
Description: Depo of Stephen Smulski
Requested by/Bill Attorney: Pew/Cooper   Expense Code: Depo
Client Approved by: _____

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002


OLS-8574

Remit To: Stratos Legal Services, LP
1001 West Loop South
Suite 809
Houston, TX 77027

| | |
|---|---|
| Job No. : 23719 | BU ID : 1-MAIN |
| Case No. : 1873 | |
| Case Name : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | |
| Invoice No. : 43676 | Invoice Date : 7/6/2009 |
| Total Due : $ 2,630.75 | |

E JK
CR.105554
JUL 2009

PAID

| **PAYMENT WITH CREDIT CARD** | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |



**GOREPERRY**
Reporting & Video
(314) 241-6750  800-878-6750
Fax (314) 241-5070

*Inv. set up*
*Vendor (# 2175)*
*07.27.09*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 13187 | 7/16/2009 | 9769 |
| **Job Date** | **Case No.** | |
| 7/13/2009 | | |
| **Case Name** | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Glass, Joseph G.
Duplass Zwain Bourgeois Morton Pfister & Weinstock
3838 N. Causeway Blvd.
Three Lakeway Center, 29th floor.
Metairie, LA 70002

Deposition of
  Dr. H. James Wedner

| | | | | |
|---|---|---|---|---|
| | 128.00 Pages | @ | 2.00 | 256.00 |
| ASCII | | | 0.00 | 0.00 |
| E-Transcript | | | 0.00 | 0.00 |
| Condensed Transcript (4 per page) w/word index | | | 0.00 | 0.00 |
| Fed Ex NDA | | | 35.00 | 35.00 |
| Transcript/exhibit archive | | | 7.50 | 7.50 |
| Exhibits (scanned PDF) | 71.00 Pages | @ | 0.35 | 24.85 |
| | | **TOTAL DUE >>>** | | **$323.35** |

Thank you for choosing GorePerry Reporting & Video. Ask about GPconnnect - our new on-line office system featuring real-time scheduling - your entire deposition schedule available 24/7!!

Our File Number: _06-CASE-100_  Today's Date: _7/23/09_
File Name: _Hilliard/GPSC_
Description: _Depo of Dr. James Wedner_
Requested by/Bill Attorney: _Day/LRB_  Expense Code: _Depo_
Client Approved by: _____

**Tax ID:** 43-1371211

*Please detach bottom portion and return with payment*

Glass, Joseph G.
Duplass Zwain Bourgeois Morton Pfister & Weinstock
3838 N. Causeway Blvd.
Three Lakeway Center, 29th floor.
Metairie, LA 70002

Remit To: GorePerry Reporting & Video
515 Olive St., Suite 700
Saint Louis, MO 63101

Invoice No.   : 13187
Invoice Date  : 7/16/2009
**Total Due**  : **$ 323.35**

OLS-8909

Job No.    : 9769
BU ID      : GorePerry
Case No.   :
Case Name  : In Re: FEMA Trailer Formaldehyde Products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135448 | 7/15/2009 | 60303 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/7/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:
Patricia M. Williams                                                                                          531.30

**TOTAL DUE >>>    $531.30**

Condensed transcript sent to deponent for reading & signing

Transcript previously shipped

Our File Number: _06-6501-100_  Today's Date: _7/30/09_
File Name: _Hymel/Gsell_
Description: _Depo of P. Williams_
Requested by/Bill Attorney: _ADW/CMB_  Expense Code: _Depo_
Client Approved by: _____

**Tax ID:** 72-1177884                                                 Phone: 504-832-3700    Fax: 504-837-3119

*Please detach bottom portion and return with payment.*

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767


OLS-9092

Remit To: **Professional Shorthand Reporters, Inc.**
601 Poydras Street
Suite 1615
New Orleans, LA 70130

Invoice No.   : 135448
Invoice Date  : 7/15/2009
**Total Due**   : **$ 531.30**

Job No.       : 60303
BU ID         : 1-REP
Case No.      : 1873
Case Name     : In Re: FEMA Trailer Formaldehyde products Liability Litigation

CR. 106504  OCT 2009  PAID

5