UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br>*ALL CASES* | MAGISTRATE CHASEZ |

## MOTION TO WITHDRAW

Christine Lipsey of the law firm of McGlinchey Stafford, PLLC, undersigned counsel for the defendants Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. moves this Honorable Court for an order permitting Kaye C. Templet to withdraw as counsel as she is no longer employed by the law firm of McGlinchey Stafford, PLLC. Christine Lipsey and the law firm of McGlinchey Stafford, PLLC will continue to represent Morgan Buildings & Spas, Inc. and Morgan Buildings Systems, Inc.

WHEREFORE, movers respectfully pray that this Court enter an order permitting Kaye C. Templet to withdraw as counsel for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.

Respectfully submitted:

**McGlinchey Stafford, PLLC**

*s/Christine Lipsey*
Christine Lipsey (LA Bar Roll # 1182), T.A.
Dan E. West (LA Bar Roll #13372)
Amanda S. Stout (LA Bar Roll #29001)
One American Place, 14th Floor
Baton Rouge, LA 70825
Telephone: (225) 383-9000

*Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.*

339457.1

## CERTIFICATE OF SERVICE

I certify that, on December 1, 2009, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I also certify that there are no known non-CM/ECF participants.

*s/Christine Lipsey*
Christine Lipsey

339457.1