**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:  N |
| | * | |
| This document relates to: | * | |
|     ADMINISTRATIVE MASTER | * | |
|     COMPLAINT | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * *

**LIBERTY MUTUAL INSURANCE CORPORATION'S UNOPPOSED MOTION TO
EXTEND DEADLINE TO FILE RESPONSIVE PLEADINGS TO
ADMINISTRATIVE MASTER COMPLAINT,
FIRST SUPPLEMENTAL AND AMENDED MASTER COMPLAINT,
SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT
AND THIRD SUPPLEMENTAL AND AMENDED
ADMINISTRATIVE MASTER COMPLAINT**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Liberty Mutual Insurance Corporation ("Liberty Mutual") who respectfully requests this Honorable Court to extend the deadline to file responsive pleadings to the Administrative Master Complaint (R. Doc. 109), First Supplemental and Amended Master Complaint (R. Doc. 379), Second Supplemental and Amended Master Complaint (R. Doc. 722) and Third Supplemental and Amended Master Complaint (R. Doc. 4486) until January 19, 2009, sixty (60) days after filing of the Fourth

Supplemental and Amended Administrative Master Complaint on November 20, 2009 (R. Doc. 7688).

Plaintiffs' Liaison Counsel has been contacted and concurs with this request for extension of the deadline.

        Respectfully submitted,

        s/ Anne E. Briard
        KRISTOPHER T. WILSON, T.A., La. Bar #23978
        RALPH S. HUBBARD III, La. Bar #7040
        KRISTOPHER M. REDMANN, La. Bar #18397
        ANNE E. BRIARD, La. Bar #29102
        **LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
        601 Poydras Street, Suite 2775
        New Orleans, Louisiana 70130
        Telephone: (504) 568-1990
        **Attorneys for Liberty Mutual Insurance Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2009 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

        s/ Anne E. Briard
        Anne E. Briard, La. Bar No. 29102