OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: December 1, 2009

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

RELATES TO CASE NO. 09-3701

Case No.   MDL No. 1873   Section N(5)

Dear Sir or Madam:

Please ISSUE summons on the PLAINTIFF'S SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES to the following:

1. Jayco, Inc.
   Through its registered agent for service of process:
   Glenn E. Killoren
   121 W. Franklin, St., Ste 200
   Elkhart, IN 46516

Very truly yours,

*[signature]*

HUGH P. LAMBERT, ESQ. (#7933)
LINDA J. NELSON, ESQ. (#9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931