OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: December 1, 2009

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

RELATES TO CASE NO. 09-4126

Case No. MDL No. 1873 Section N(5)

Dear Sir or Madam:

Please ISSUE summons on the PLAINTIFF'S SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES to the following:

1. American International Group, Inc.
   through the Louisiana Secretary of State
   8585 Archives Ave.
   Baton Rouge, LA 70809

2. Starr Excess Liability Insurance Co., Ltd.
   through its CEO
   175 Water Street, 19th Floor
   New York, New York 10038

3. American International Specialty Lines Insurance Co.
   through the Louisiana Secretary of State
   8585 Archives Ave.
   Baton Rouge, LA 70809

4. Gibraltar Insurance Co., Ltd.
   through its registered agent for service
   Quest Management Solutions
   FB Perry Building
   40 Church St.
   Hamilton, HM 11
   Bermuda

5. Fluor Enterprises, Inc.
   through its registered agent for service
   Corporation Service Company
   320 Somerulos St.
   Baton Rouge, LA 70802-6129

Very truly yours,

HUGH P. LAMBERT, ESQ. (#7933)
LINDA J. NELSON, ESQ. (#9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931