UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

    JUDGE ENGELHARDT
    MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION FOR EXTENSION OF FILING DEADLINES
### FOR WITNESS AND EXHIBIT LISTS

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Lyndon Wright, and Defendants Forest River, Inc. and Shaw Environmental, Inc., who respectfully request that this Court grant an extension of time to file final witness and exhibit lists in the instant litigation. There are significant amounts of outstanding production and discovery which includes necessary exhibits, and may identify additional individuals who will be necessary witnesses at trial. All parties believe that they will be able to provide accurate final witness and exhibit lists by January 12, 2010 (with possible for cause supplementation). All parties have filed witness and exhibit lists on November 30, 2009, but these are by necessity in somewhat preliminary form. Counsel for the United States has been contacted and voices no opposition to this Joint Motion for Extension of Filing Deadlines

1

WHEREFORE, the undersigned request that this Court grant the Joint Motion for Extension of Filing Deadlines.

RESPECTFULLY SUBMITTED:

**FRANK J. D'AMICO, JR., APLC**

BY:    s/Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR., T.A. (#17519)
AARON Z. AHLQUIST (#29063)
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Telephone:    (504) 525-7272
Fax:             (504) 525-952
*Counsel for Lyndon Wright*


/s/  Jason D. Bone
ERNEST P. GIEGER, JR. (# 6154)
JASON D. BONE (# 28315)
**GIEGER, LABORDE & LAPEROUSE, L.L.C.**
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*Attorneys for Forest River, Inc.*


/s/ M. David Kurtz
David Kurtz (# 23821)
Karen K. Whitfield (# 19350)
Catherine N. Thigpen (# 30001)
**Baker Donelson Bearman Caldwell & Berkowitz, PC**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
*Attorneys for Shaw Environmental, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                              s/Frank J. D'Amico
                                              FRANK J. D'AMICO, #17519