AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| DORIS WOODS, ET AL. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 09-6031 |
| CAVALIER HOME BUILDERS, LLC, ET AL. | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Cavalier Homes Inc.
Through its Agent for Service of Process
The Corporation Company
2000 Interstate Park Dr.
Suite 204
Montgomery, AL 36109

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Nov 18 2009

*B. Gregory*
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on __11/23/2009__ , by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* __By certified mail__ .

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

Date: __12/01/2009__

                                                                           Server's signature

                                       Lawrence J. Centola, Jr. - Attorney

                                                                      Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130

                                                                      Server's address

November 20, 2009

**CERTIFIED MAIL: 7009 2250 0004 1429 3217**

Through its Agent for Service of Process
The Corporation Company
2000 Interstate Park Dr.
Suite 204
Montgomery, AL 36109

      Re:   *Doris Woods, et al. v Cavalier Home Builders, LLC., et al.*
              EDLA, Case No: 09-6031

Dear Sir/Madam

    Please accept service on behalf of Cavalier Homes, Inc.

                              Very truly yours,

                              Lawrence J. Centola Jr.

LC:jld
See Enclosures

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X The Corporation Company  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
The Corporation Company  11/25/09

1. Article Addressed to:

Cavalier Homes, Inc.
Through its Agent for Service of Process
The Corporation Company
2000 Interstate Park Drive.
Suite 204
Montgomery, Al 36109

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7009 2250 0004 1429 3217

PS Form 3811, February 2004  Domestic Return Receipt  6031  102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE
MONTGOMERY AL 36109

| | |
|---|---|
| Postage | $1.56  0046 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.66  11/23/2009 |

Postmark Here  NOV 23 2009

Sent To
Cavalier Homes, Inc.
Through its Agent for Service of Process
The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, Al 36109

PS Form 3800, August 2006  See Reverse for Instructions