AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| JOEL GREEN, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 09-6576 |
| LEXINGTON HOMES INC., et al. | ) |
| Defendant | ) |

SECT. N MAG. 5

**Summons in a Civil Action**

To: *(Defendant's name and address)*

LEXINGTON HOMES, INC.
Through its Registered Agent for Service of Process
John W. Barrett
Post Office Box 987
Lexington, MS 39095

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: Sep 29 2009

Loretta G. Whyte

*Deputy clerk's signature*

Sarah Dusang

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

≋ AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on __11/23/2009__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* __By certified mail__
_____.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

Date:  __12/01/2009__

                                                                         *Server's signature*

                                                    Lawrence J. Centola, Jr. - Attorney
                                                             *Printed name and title*

                                                     600 Carondelet Street
                                                                Suite 602
                                                  New Orleans, LA 70130
                                                                 *Server's address*

November 20, 2009

**CERTIFIED MAIL: 7009 2250 0001 3449 8985**

Through its registered agent for service:
John W. Barrett
404 Court Square
P.O. Box 987
Lexington, MS 39095

    Re:   *Joel Green, et al. v Lexington Homes, Inc., et al.*
            EDLA, Case No: 09-6576

Dear Sir/Madam

    Please accept service on behalf of Lexington Homes, Inc.

                            Very truly yours,

                            Lawrence J. Centola Jr.

LC:jld
See Enclosures

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X  Danny Britt  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DANNY BRITT   11-25-09

1. Article Addressed to:

Lexington Homes Inc.
Through its Agent for Service of Process
John W. Barrett
404 Court Square
P.O. Box 987
Lexington, MS 39095

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7009 2250 0001 3449 8985

PS Form 3811, February 2004   Domestic Return Receipt 6576   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

LEXINGTON MS 39095

| | | |
|---|---|---|
| Postage | $1.73 | 0046 |
| Certified Fee | $2.80 | 02 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.30 | NOV 23 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.83 | 11/23/2009 |

Lexington Homes, Inc.
Through its Agent for Service of Process
John W. Barrett
404 Court Square  P.O. Box 987
Lexington, MS 39095

PS Form 3800, August 2006   See Reverse for Instructions