# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

)
)
)
)
v.                    )     Civil Action No. 1:09cv521 HSO - JMR
RV COMPANY, et als.   )
)
)
_____       )
Defendant             )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States of America, through the U.S. Attorney
for the Southern District of Mississippi
Stan Harris, Acting U.S. Attorney
188 East Capitol Street
One Jackson Place, Suite 500
Jackson, MS  39201

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sidney D. Torres, III
Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 West Judge Perez Drive
Chalmette, LA  70043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You ... file your answer or motion with the court.

... OBLIN
... OF COURT

Signature of Clerk or Deputy Clerk

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States of America
through the Office of the US Attorney
for the Southern District of Mississippi
Stan Harris
188 East Place, Suite 500
Jackson, Mississippi 39201

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  Case                                    □ Agent
                                           □ Addressee
B. Received by ( Printed Name)   C. Date of Delivery
Lindsay Case

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
   ■ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.
4. Restricted Delivery? (Extra Fee)            □ Yes

2. Article Number
(Transfer from service label)   7009 0820 0000 5893 3103

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540