UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N |
| | * | |
| This document relates to: | * | |
|    ADMINISTRATIVE MASTER | * | |
|    COMPLAINT | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering Liberty Mutual Insurance Corporation's Unopposed Motion to Extend Deadline:

IT IS HEREBY ORDERED that the Unopposed Motion is granted and that Liberty Mutual Insurance Corporation's deadline to file responsive pleadings to the Administrative Master Complaint (R. Doc.109), First Supplemental and Amended Master Complaint (R. Doc. 379), Second Supplemental and Amended Master Complaint (R. Doc. 722) and Third Supplemental and Amended Master Complaint (R. Doc. 4486) is extended until January 19, 2010, sixty (60) days after filing of the Fourth Supplemental and Amended Administrative

Master Complaint on November 20, 2009 (R. Doc. 7688).

DONE AND SIGNED this __2nd__ day of __December__, 2009.

_____
HONORABLE JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

2