◈ AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

___EASTERN___ District of ___LOUISIANA___

| | |
|---|---|
| JOHN HERRING <br> Plaintiff <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES, GIBRALTAR INSURANCE CO., STARR EXCESS LIABILITY INS. CO. AND CH2M HILL CONTRACTORS, INC. <br> Defendant | ) ) ) ) ) ) ) Civil Action No.   09-4760 "N"(5) |

RETURN

### Summons in a Civil Action

To:  Starr Excess Liability Insurance Company, Ltd.
     Through its CEO
     175 Water Street, 19th Floor
     New York, New York  10038

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jonathan B. Andry, The Andry Law Firm
610 Baronne Street, New Orleans, LA  70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Loretta G. Whyte**

Aug 11 2009

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

☐ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Starr Excess Liability** ~~by:~~ **Insurance Co., Ltd., by** :

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) **Certified Mail sent on October 27, 2009, Art.# 70071490 000052183322 Received by "P.S." on November 2, 2009**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

Date: **November 18, 2009**

    _____
    Server's signature

    **Jonathan B. Andry, Attorney for Plaintiff**
    Printed name and title

    **610 Baronne St. New Orleans, LA 70113**
    Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Starr Excess Liability Insurance Co., Ltd.
   Through its CEO
   175 Water Street, 19th Floor
   New York, NY 10038

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7007 1490 0000 5218 3322

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540