UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: THIRD SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT | * * * * * | MAG: CHASEZ |

*************************************************************************

**ORDER**

Considering Manufacturing Defendants' Unopposed Motion to Extend Deadline:

IT IS HEREBY ORDERED that the Unopposed Motion is granted and that the Manufacturing Defendants' deadline to file responsive pleadings to the Third Supplemental and Amended Administrative Master Complaint is extended until sixty (60) days after service of the Fourth Supplemental and Amended Administrative Master Complaint filed on November 20, 2009.

DONE AND SIGNED this ___2nd___ day of ___December___, 2009.

_____
HONORABLE JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE