UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE      MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:
Anthony Bartel v. Gulf Stream Coach, Inc, et al, No.: 09-03943
and
Leslie Kujawa, et al v. Keystone RV Company and Bechtel National, Inc., No.: 09-03944

## ORDER

Considering the foregoing Motion for Leave to File Reply to Plaintiffs' Opposition to Bechtel National, Inc's Motion to Certify for Interlocutory Review pursuant to 28 U.S.C. § 1292(B) the Court's October 1, 2009 Order:

**IT IS ORDERED** that Bechtel National, Inc. is **GRANTED** leave to file its Reply to Plaintiffs' Opposition to Bechtel National, Inc's Motion to Certify for Interlocutory Review pursuant to 28 U.S.C. § 1292(B) the Court's October 1, 2009 Order.

New Orleans, Louisiana this __1st__ day of __December__, 2009.

_____
**JUDGE**