UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873
SECTION N MAG. 5

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT PERTAINS TO:

Civil Action Nos. 09-6916; 09-6917;
09-6918; 09-6919; 09-6920; 09-6637;
09-6923; 09-6924; 09-6925; 09-6926;
09-6927; 09-6928; 09-6718; 09-6639;
09-6640; 09-6930; 09-6931; 09-6641;
09-6932; 09-6933; 09-6935; 09-6936;
09-6937; 09-6938; 09-6939; 09-6940;
09-6941; 09-6942; 09-6944; 09-6945;
09-6946; 09-6947; 09-6642; 09-6948;
09-6951; 09-6503; 09-6719; 09-6955;
09-6956; 09-6958; 09-6959; 09-6960;
09-6962; 09-6964; 09-6965; 09-6417;
09-6418

JURY DEMANDED

**ORDER ON PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i) AGAINST
DEFENDANT SHAW ENVIRONMENTAL, INC.**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs' Notice of Voluntary Dismissal against Defendant Shaw Environmental, Inc. is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 1st day of December, 2009.

_____
HONORABLE KURT ENGELHARDT