UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: *ALL CASES* | MAGISTRATE CHASEZ |

### ORDER

CONSIDERING the foregoing Motion to Withdraw;

IT IS HEREBY ORDERED that Kaye C. Templet is permitted to withdraw as counsel for Morgan Building & Spas, Inc. and Morgan Building Systems, Inc.. The Court notes that Christine Lipsey and the law firm of McGlinchey Stafford will continue to represent Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.

New Orleans, Louisiana, this 2nd day of December, 2009.

---
JUDGE KURT D. ENGLEHARDT ENGELHARDT
United States District Judge

339457.1