AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Edward Bergeron, Jr. | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 09-6585 "N"(5) |
| Fluor Enterprises, Inc., et al | ) ) ) | |
| *Defendant* | ) | |

RETURN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gibraltar Insurance Co., Ltd.
Through its Registered Agent:
Quest Management Solutions
FB Perry Building
40 Church Street
Hamilton, HM 11  Bermuda

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jonathan B. Andry
The Andry Law Firm
610 Baronne Street
New Orleans, LA  70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   **LORETTA G. WHYTE**

Date: **OCT - 1 2009**

*Signature of Clerk or Deputy Clerk*

☐ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Gibraltar Insurance Co.** by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) ☒ other (specify) **Through Hague Convention rules. Attached are verification of service documents from Supreme Court of Bermuda indicating service was made on October 26, 2009.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

Date: **December 2, 2009**

Server's signature

**Jonathan B. Andry, Attorney for Plaintiffs**
Printed name and title

**610 Baronne Street, New Orleans, LA 70113**
Server's address



# IN THE SUPREME COURT OF BERMUDA

Action No. 09SCO0068

EDWARD BERGERON, JR.  _____ Plaintiff

_____ Defendant

**GIBRALTAR INSURANCE CO. LTD**

**AFFIDAVIT OF SERVICE**

I, NICHOLAS LAMONTAGNE.  , Bailiff of the Supreme Court of Bermuda, Hamilton, Bermuda,

MAKE OATH and say as follows:-

On the 26TH day of OCTOBER, 2009 at 12:23 pm

I personally served (name of person)  MANDY MIZIBROCKY — CAPITAL MANAGER,

with (list of documents)  FOREIGN DOCUMENTS

at (place of service)  40 CHURCH STREET, HAMILTON, BERMUDA

in the Islands of Bermuda.

(delete if inappropriate)
- The person served is known to me personally. Or
- The person served identified himself/herself to be the person so-named above.

Sworn at the city of Hamilton in the Islands of Bermuda )
this 27R day of OCT 2009           )  _____

Before me:

A COMMISSIONER OF OATHS

**U.S. Department of Justice**
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jonathan B. Andry<br>The Andry Law Firm<br>610 Baronne Street<br>New Orleans, LA  70113 | The Registrar of the Supreme Court<br>Sessions House<br>21 Parliament St.<br>Hamilton HM 12, Bermuda |

**The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,**
  **(identity and address)**
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
  *(identité et adresse)*

Cover letter, Summons and Amended Complaint

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
  *c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents          Done at New Orleans, LA          , the Oct. 1, 2009
*Enumération des pièces*   *Fait à                                            le*

Cover letter
Summons                    Signature and/or stamp
Complaint                  *Signature et/ou cachet*

*Delete if inappropriate                                                        Form USM-94
Rayer les mentions inutiles.                                                    Est. 11/77
                                       (Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
 -- the (date) -- *le (date)* ___26TH OCTOBER 2009___
 -- at (place, street, number) - *à (localité, rue, numéro)*
 ___40 CHURCH STREET, HAMILTON, BERMUDA___

 -- in one of the following methods authorized by article 5:
 -- *dans une des formes suivantes prévues à l'article 5:*

 ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a) selon les formes légales (article 5. alinéa premier, lettre a)*

 ☐ (b) in accordance with the following particular method:
   *b) selon la forme particulière suivante:* _____

 ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
   *c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

 - (identity and description of person)
 - *(Identité et qualité de la personne)*
 ___MANDY MIZIBRDKKY - (CAPITAL MANAGER)___

 - relationship to the addressee family, business or other
 - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
 ___CAPITAL MANAGER.___

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at ___12:23 PM___ on the ___26TH OCT 2009___
*Fait à* / *le*

Signature and/or stamp
*Signature et/ou cachet*