AO 440 (Rev. 04/08) Civil Summons                                              Return

# UNITED STATES DISTRICT COURT
for the

EASTERN District of LOUISIANA

| | |
|---|---|
| GEORGE BASILE, JR. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.   09-6276 "N"(5) |
| AMERICAN INTERNATIONAL SPECIALTY LINES, ) | |
| GIBRALTAR INSURANCE CO., STARR EXCESS LIABILITY ) | |
| INS. CO. AND FLUOR ENTERPRISES, INC. ) | |
| Defendant | |

### Summons in a Civil Action

To:  Gibraltar Insurance Co., LTD
     Through its Registered Agent for Service of Process
     Quest Management Solutions
     FB Perry Building
     40 Church Street
     Hamilton, HM 11
     Bermuda

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jonathan B. Andry, The Andry Law Firm
610 Baronne Street, New Orleans, LA 70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: SEP 1 7 2009

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

☐ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Gibraltar Insurance Co.** by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) **Through Hague Convention rules. Attached are verification of service documents from Supreme Court of Bermuda indicating service was made on October 12, 2009.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

Date: **December 2, 2009**

Server's Signature

**Jonathan B. Andry, Attorney for Plaintiffs**
Printed name and title

**610 Baronne Street, New Orleans, LA 70113**
Server's address



# IN THE SUPREME COURT OF BERMUDA

Action No. 09SC00065

__GEORGE BASILE JR._____Plaintiff

_____Defendant

**GIBRALTAR INSURANCE CO. LTD**

### AFFIDAVIT OF SERVICE

I, NICHOLAS LAMONTAGNE, Bailiff of the Supreme Court of Bermuda, Hamilton, Bermuda,

MAKE OATH and say as follows:-

On the 12TH day of OCTOBER, 2009 at 3:36 am/pm

I personally served (name of person) ELAINE PARKER (VICE PRESIDENT)

with (list of documents) FORGEIN DOCUMENTS

at (place of service) 40 CHURCH Street, Hamilton, BERMUDA

in the Islands of Bermuda.

(delete if inappropriate)
. The person served is known to me personally. Or
. The person served identified himself/herself to be the person so-named above.

Sworn at the city of Hamilton in the Islands of Bermuda )
this 13 day of October 2009 )

Before me:

_____
A COMMISSIONER OF OATHS

U.S. Department of Justice
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jonathan B. Andry<br>The Andry Law Firm<br>610 Baronne Street<br>New Orleans, LA 70113 | The Registrar of the Supreme Court<br>Sessions House<br>21 Parliament Street<br>Hamilton HM 12 Bermuda |

**The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,**
   **(identity and address)**
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
   *(identité et adresse)*

   Cover letter, Summons and Complaint

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5 alinéa premier, lettre a).*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

| List of documents<br>*Enumération des pièces* | Done at New Orleans, LA , the 17/09/09<br>*Fait à                    , le* |
|---|---|
| Cover Letter<br>Summons<br>Complaint | Signature and/or stamp<br>*Signature et/ou cachet* |

*Delete if inappropriate
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
- the (date) -- *le (date)* __12TH OCTOBER 2009__
- at (place, street, number) - *à (localité, rue, numéro)*
__40 Church Street, Hamilton, BERMUDA__

-- in one of the following methods authorized by article 5:
-- *dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  a) *selon les formes légales (article 5, alinéa premier, lettre a)*

☐ (b) in accordance with the following particular method:
  b) *selon la forme particulière suivante:*

☐ (c) by delivery to the addressee, who accepted it voluntarily.*
  c) *par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(Identité et qualité de la personne)*
__ELAINE PARKER__

- relationship to the addressee family, business or other
- *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
__VICE PRESIDENT__

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pièces renvoyées*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at __3:36 PM__ on __, the 12 Oct 2009__
*Fait à* _____, *le* _____

Signature and/or stamp
*Signature et/ou cachet*

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

Jonathan Bl. Andry, The Andry Law Firm, 610 Baronne Street, New Orleans, LA 70113

**Particulars of the parties:**
*Identité des parties:*

Gibraltar Ins. Co., Ltd., c/o Quest Mgmnt Solutions, FB Perry Bldg., 40 Church Street, Hamilton, HM 11 Bern

### JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

Complaint for Damages

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

FEMA Formaldehyde Trailer Litigation

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

30 days after service, United States District Court for the Eastern District of Louisiana

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*

**Dale of judgment**:**
*Date de la décision:*

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*

30 days after service

### EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:**:**
*Indication des délais figurant dans l'acte:*