**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N-5" |
| | | * | |
| THIS DOCUMENT RELATES TO: | | * | JUDGE ENGELHARDT |
| *Anthony Bartel and Sherry Bartel v. Gulf* | | * | |
| *Stream Coach, Inc. et al. (Case No. 09-3943)* | | * | MAG. JUDGE CHASEZ |
| *and Leslie Kujawa, et al. v. Keystone RV Co.,* | | * | |
| *et al. (Case No. 09-3944)* | | * | |

*******************************************************************************

## ORDER

Considering the foregoing Ex Parte Motion to Enroll Additional Counsel of Record:

**IT IS HEREBY ORDERED** that Hugh P. Lambert of the law firm Lambert & Nelson, PLC be enrolled as additional counsel of record for Plaintiffs in the above captioned proceedings.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
**HONORABLE JUDGE KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**