# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**In Re: FEMA TRAILER**                                      **MDL NO. 1873**

**FORMALDEHYDE PRODUCTS**

**LIABILITY LITIGATION**

                                                            **SECTION "N" (4)**

**THIS DOCUMENT RELATES TO:**
*Aimee Lee Barrilleaux, et al. v. Coachmen Industries, Inc., et al.*
**No. 09-3726**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT:**

Plaintiffs, **Aimee Lee Barrilleaux,** *et al.*, respectfully move this Court to allow them to amend their Original Complaint, as supplemented and amended, to add as parties plaintiff hereto the individuals who are all named in the annexed listing of Named Plaintiffs (hereinafter, "Exhibit A"). The Federal Rules of Civil Procedure Rule 15 allow for amended and supplemental pleadings. While no answer has been filed in the underlying matter, responsive pleadings in the form of "Preservation of Defenses" may have been filed by one or more of the defendants. Plaintiffs herein simply desire to file a Second Supplemental and Amending Complaint for Damages to

1

include the additional parties plaintiff.  No undue prejudice will result in allowing the attached

Second Supplemental and Amending Complaint for Damages to be filed since no trial date has yet

been scheduled.

Accordingly, plaintiffs respectfully request that this Honorable Court enter the attached

Order granting leave to file a Second Supplemental and Amended Complaint on behalf **Aimee Lee**

**Barrilleaux,** *et al.*

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:  _____s/Roberta L. Burns, Esq._____
        SIDNEY D. TORRES, III, La. Bar No. 12869
        ROBERTA L. BURNS, La. Bar No. 14945
        DAVID C. JARRELL, La. Bar No. 30907
        8301 W. Judge Perez Drive
        Suite 303
        Chalmette, Louisiana 70043
        Telephone: (504) 271-8421
        ***Counsel for plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Roberta L. Burns, Esq.
ROBERTA L. BURNS (#14945)
