UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


COACHMEN


(1)  **JEFFREY L CHAUPETTA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Pearl River, La  70452**.


**Exhibit A**