UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Ashley Marie Bailey, et al. v. Forest River, Inc., et al.,*
**Docket No. 09-3588**

**************************************************************************

**PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO
FILE THIRD SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come plaintiffs, *Ashley Marie Bailey, et al.*, who, for the reasons set forth in the memorandum attached hereto, respectfully move the Court for leave to file the Third Supplemental and Amended Complaint for Damages submitted herewith.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:  s/Roberta L. Burns, Esq.

1

SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
*Counsel for plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                   s/Roberta L. Burns, Esq.
                                                   ROBERTA L. BURNS (#14945)