UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Ashley Marie Bailey, et al. v. Forest River, Inc., et al.*,
Docket No. 09-3588

*************************************************************************

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE THIRD SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES**

**MAY IT PLEASE THE COURT:**

　　　　Plaintiffs, ***Ashley Marie Bailey, et al.,*** respectfully move this Court to allow them to amend their Original Complaint, as supplemented and amended, to add as parties plaintiff hereto the individuals who are all named in the annexed listing of Named Plaintiffs (hereinafter, "Exhibit A").

　　　　The Federal Rules of Civil Procedure Rule 15 allow for amended and supplemental pleadings. While no answer has been filed in the underlying matter, responsive pleadings in the form of "Preservation of Defenses" may have been filed by one or more of the defendants. Plaintiffs herein simply desire to file a Third Supplemental and Amending Complaint for Damages to include

1

the additional parties plaintiff.  No undue prejudice will result in allowing the attached Third Supplemental and Amending Complaint for Damages to be filed since no trial date has yet been scheduled.

Accordingly, plaintiffs respectfully request that this Honorable Court enter the attached Order granting leave to file a Third Supplemental and Amended Complaint on behalf ***Ashley Marie Bailey, et al..***

                              Respectfully submitted,

                              LAW OFFICES OF SIDNEY D. TORRES, III,
                              *A PROFESSIONAL LAW CORPORATION*

                              BY:       s/Roberta L. Burns, Esq.
                                       SIDNEY D. TORRES, III, La. Bar No. 12869
                                       ROBERTA L. BURNS, La. Bar No. 14945
                                       DAVID C. JARRELL, La. Bar No. 30907
                                       8301 W. Judge Perez Drive
                                       Suite 303
                                       Chalmette, Louisiana 70043
                                       Telephone: (504) 271-8421
                                       ***Counsel for plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                s/Roberta L. Burns, Esq.
                ROBERTA L. BURNS (#14945)