UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FOREST RIVER

(1) **WILLIAM LARRY TERRY**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **UNKNOWN** was located at **Houma, La** .

**Exhibit A**