UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                     MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION            SECTION "N-5"

                                        JUDGE ENGELHARDT

                                        MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion

**IT IS ORDERED** that the Joint Motion for Extension of Time to File Witness and Exhibit Lists is hereby GRANTED.

**IT IS FURTHER ORDERED** that the Witness and Exhibit List filing deadline in the instant matter is set for January 12, 2010.

THIS DONE the __2nd__ day of __December__, 2009, New Orleans, Louisiana.
THIS EXTENSION SHALL NOT AFFECT ANY OTHER DATES OR DEADLINES, INCLUDING THE TRIAL DATE.

_____
HONORABLE KURT D. ENGLEHARDT
ENGELHARDT

1