UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                      MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Brittany A. Bruno, et al. v. Scotbilt Homes, Inc., et al.*
No. 09-3724

*************************************************************************

# ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the Second Supplemental and Amended Complaint for Damages.

THIS DONE the ____ day of _____, 2009, New Orleans, Louisiana.

_____
J U D G E