UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


SCOTBILT


**(1)**     **KIONNE Y. RHODES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SCOTBILT HOMES, INC.** and installed by **FLUOR** was located at **Edgard, La 70049**.

**Exhibit A**