MINUTE ENTRY
ENGELHARDT, J.
December 2, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                   MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                                        SECTION "N"  (4)

This Document Relates to:
*Dubuclet v. Fleetwood Enterprises, Inc.*

*Case No. 07-9228*

       A status conference was conducted on Wednesday, December 2, 2009, at 10:15 a.m.

Participating were Gerald E. Meunier, Raul R. Bencomo and Jerry L. Saporito.

Court Reporter:      Arlene Movahed

JS10(00:30)