# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA


## R-VISION

---

**(1)**    **PATRICIA BINDOM, INDIVIDUALLY AND ON BEHALF OF THE MINOR D.B.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **R-VISION, INC.** and installed by **UNKNOWN** was located at **Belle Chase, La  70037**.

**(2)**    **PATRICIA BINDOM, INDIVIDUALLY AND ON BEHALF OF THE MINOR J.B.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **R-VISION, INC.** and installed by **UNKNOWN** was located at **Belle Chase, La  70037**.

**(3)**    **PATRICIA    BINDOM**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **R-VISION, INC.** and installed by **UNKNOWN** was located at **Belle Chase, La 70037**.


**Exhibit A**