# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA


**RETURN**

GLORIA MARTIN )
Plaintiff )
v. )
TIMBERLAND RV COMPANY D/B/A ADVENTURE )
MANUFACTURING, ET AL )
Defendant )
)

Civil Action No.

**09-6986
SECT. N MAG 5**

## Summons in a Civil Action

To: *(Defendant's name and address)*

Timberland RV Company d/b/a Adventure Manufacturing
Through its registered agent for service:
James Brotherson
317 W. Franklin St.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Oct 20 2009

Loretta G. Whyte

*Name of clerk of court*

*Deputy clerk's signature*

Date: _____

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on     11/23/2009     , by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)*    By certified mail _____ .

My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

Date:    12/01/2009

*(signature)*

Server's signature

Lawrence J. Centola, Jr. - Attorney

Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130

Server's address

November 24, 2009

**<u>CERTIFIED MAIL: 7009 2250 0004 1428 6622</u>**

Through its Agent for Service of Process
Mark Gerber
P.O Box 1210
Peru, IN 46970

      Re:    *Gloria Martin v Timberland RV Company D/B/A Adventure Manufacturing, et al.*
              EDLA, Case No: 09-6986

Dear Sir/Madam

    Please accept service on behalf of Timberland RV Company d/b/a Adventure Manufacturing.

                              Very truly yours,

                              Lawrence J. Centola Jr.

LC:jld
See Enclosures

SENDER: COMPLETE THIS SECTION / COMPLETE THIS SECTION ON DELIVERY

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____ ☐ Agent ☑ Addressee

B. Received by ( Printed Name )
Mark _____

C. Date of Delivery

1. Article Addressed to:

Timberland RV Company d/b/a
Adventure Manufacturing
Through its Agent for Service of Process
P.O Box 1210
Peru, IN 46970

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0004 1428 6622

PS Form 3811, February 2004    Domestic Return Receipt    6986    102595-02-M-154



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

PERU IN 46970  OFFICIAL USE

| | |
|---|---|
| Postage | $1.56 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.66 |

Postmark Here  11/23/2009

Timberland RV Company d/b/a Adventure Manufacturing
Through its Agent for Service of Process
P.O Box 1210
Peru, IN 46970

PS Form 3800, August 2006    See Reverse for Instructions