AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| EVELYN RANDOLPH | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. **09-6979** |
| TIMBERLAND RV CO. D/B/A ADVENTURE MANUFACTURING | ) | |
| Defendant | ) | **SECT. N MAG. 5** |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Timberland RV Company d/b/a Adventure Manufacturing
Through its Agent for Service of Process
James Brotherson
317 W. Franklin St.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date:

Oct 20 2009

Loretta G. Whyte
Deputy clerk's signature

*Sarah Dusang*

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on __11/23/2009__, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* __By certified mail__.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

Date: __12/01/2009__

*[signature]*
Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address

November 24, 2009

**<u>CERTIFIED MAIL: 7009 2250 0004 1429 2425</u>**

Through its Agent for Service of Process
Mark Gerber
P.O Box 1210
Peru, IN 46970

  Re: *Evelyn Randolph v Timberland RV Company D/B/A Adventure Manufacturing*
    EDLA, Case No: 09-6979

Dear Sir/Madam

  Please accept service on behalf of Timberland RV Company d/b/a Adventure Manufacturing.

          Very truly yours,

          Lawrence J. Centola Jr.

LC:jld
See Enclosures

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  Mark Gonser
C. Date of Delivery  11/27/2009

1. Article Addressed to:

Timberland RV Company d/b/a
Adventure Manufacturing
Through its Agent for Service of Process
P.O Box 1210
Peru, IN 46970

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)   7009 2250 0004 1429 2425

PS Form 3811, February 2004   Domestic Return Receipt   6979 102595-02-M-154

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

PERU IN 46970   OFFICIAL USE

| | |
|---|---|
| Postage | $1.39   0046 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.49   11/23/2009 |

Postmark Here — NOV 23 2009 NEW ORLEANS LA

7009 2250 0004 1429 2425

Timberland RV Company d/b/a Adventure Manufacturing
Through its Agent for Service of Process
P.O Box 1210
Peru, IN 46970

PS Form 3800, August 2006   See Reverse for Instructions