UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                            MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                                SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Joann Cargo, et al. v. Coachmen Industries, Inc., et al.,*
**No. 09-5977 (MD-LA No. 3:09-cv-00493)**
**************************************************************************

# PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO
# FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come plaintiffs, **Joann Cargo**, *et al.*,

who, for the reasons set forth in the memorandum attached hereto, respectfully move the Court for

leave to file the First Supplemental and Amended Complaint for Damages submitted herewith.

        Respectfully submitted,

        LAW OFFICES OF SIDNEY D. TORRES, III,
        *A PROFESSIONAL LAW CORPORATION*

        BY:     s/Roberta L. Burns, Esq.
            SIDNEY D. TORRES, III, La. Bar No. 12869
            ROBERTA L. BURNS, La. Bar No. 14945

1

             DAVID C. JARRELL, La. Bar No. 30907
             8301 W. Judge Perez Drive
             Suite 303
             Chalmette, Louisiana 70043
             Telephone: (504) 271-8421
             ***Counsel for plaintiffs***

## CERTIFICATE OF SERVICE

  I hereby certify that on December 3, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                 s/Roberta L. Burns, Esq.
                ROBERTA L. BURNS (#14945)