## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER            MDL NO. 1873

**FORMALDEHYDE PRODUCTS**

**LIABILITY LITIGATION**

                                                SECTION "N" (4)

**THIS DOCUMENT RELATES TO:**
*Joann Cargo, et al. v. Coachmen Industries, Inc., et al.,*
**No. 09-5977 (MD-LA No. 3:09-cv-00493)**
**************************************************************************

## ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the First Supplemental and Amended Complaint for Damages.

THIS DONE the ____ day of _____, 2009, New Orleans, Louisiana.

                                                             _____
                                                             J U D G E