**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

In Re: FEMA TRAILER                                       MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                         SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Joann Cargo, et al. v. Coachmen Industries, Inc., et al.,*
**No. 09-5977 (MD-LA No. 3:09-cv-00493)**
**************************************************************************

**FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come **Joann Cargo, *et al.*,** who supplement and amend their original Complaint for Damages *Joann Cargo, et al. v. Coachmen Industries, Inc., et al.,* No. 09-5977 (Rec. Doc. 1-2) (*and see* MD-LA No. 3:09-cv-00493, Rec. Doc. 1) filed on July 28, 2009, and transferred to this Court pursuant to a Conditional Transfer Order (Rec. Doc. 1) on September 1, 2009.  Plaintiffs seek to supplement and amend the original Complaint for Damages, to add the named plaintiff(s) listed in Exhibit A, attached, and to reassert all claims against the defendants named herein.

While no answer has been filed in the underlying matter, responsive pleadings in the form of "Preservation of Defenses" may have been filed by one or more of the defendants. Plaintiffs herein simply desire to file a First Supplemental and Amending Complaint for Damages to include the additional parties plaintiff.  No undue prejudice will result in allowing the attached First Supplemental and Amending Complaint for Damages to be filed since no trial date has yet been scheduled.

Plaintiffs supplement and amend the original, underlying Complaint for Damages, as amended, in the following respects and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein.

1.

By supplementing **Section I.** (Parties), paragraph 2 of the Original Complaint for Damages by adding as parties plaintiff hereto the individuals who are all named in the annexed listing of all Named Plaintiffs (hereinafter, "Exhibit A").

WHEREFORE, plaintiffs respectfully supplement and amend the Original Complaint for Damages in the foregoing respects, they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:      s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
**Counsel for plaintiffs**

**SERVICE OF PROCESS INFORMATION**

1. **The United States of America**
   Through the United States Attorney General,
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
   And
   Through the Office of the U.S. Attorney for the Middle District of Louisiana
   Through David R. Dugas, United States Attorney
   Russell B. Long Federal Courthouse
   777 Florida Street, Suite 208
   Baton Rouge, LA 70801

2. **Federal Emergency Management Agency**
   Through the Office of the Director
   Administrator of the Federal Emergency Management Agency
   500 C Street S.W.
   Washington, D.C. 20472

3. **Coachmen Industries, Inc**.
   Through its Agent for Service of Process
   Corporation Service Company
   251 East Ohio St.
   Suite 500
   Indianapolis, IN 46204

4. **Coachmen Recreational Vehicle Company, LLC**
   Through its Agent for Service of Process
   Corporation Service Company
   251 East Ohio Street
   Suite 500
   Indianapolis , IN 46204

5. **Coachmen Recreational Vehicles of Georgia, LLC**
   Through its Agent for Service of Process
   Corporation Service Company
   40 Technology Pkwy South, #300
   Norcross, GA 30092

6. **Fluor Enterprises, Inc.**
   Through its Counsel of Record
   Charles Penot
   Middleberg Riddle and Gianna
   KPMG Centre

Suite 2400
717 Harwood
Dallas, TX 75201