## UNITED STATES DISTRICT COURT

## COACHMEN

| | |
|---|---|
| (1) | **JOANN CARGO, INDIVIDUALLY AND ON BEHALF OF THE MINOR A.T.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Baker, La 70714**. |

**Exhibit A**