# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                      MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                                                          SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Darrin G. Geisssler, et al. v River Birch Homes, Inc., et al.,*
No. 09-6152 (MD-LA No. 3:09-cv-00503)
**************************************************************************

## PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO
## FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come plaintiffs, **Darrin G. Geisssler,**

*et al.*, who, for the reasons set forth in the memorandum attached hereto, respectfully move the

Court for leave to file the First Supplemental and Amended Complaint for Damages submitted

herewith.

                                              Respectfully submitted,

                                              LAW OFFICES OF SIDNEY D. TORRES, III,
                                              *A PROFESSIONAL LAW CORPORATION*

                                              BY: _____s/Roberta L. Burns, Esq._____

SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
*Counsel for plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                s/Roberta L. Burns, Esq.
                                                ROBERTA L. BURNS (#14945)