# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                       SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Darrin G. Geisssler, et al. v River Birch Homes, Inc., et al.,*
**No. 09-6152 (MD-LA No. 3:09-cv-00503)**
**************************************************************************

## ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the First Supplemental and

Amended Complaint for Damages.

THIS DONE the _____ day of _____, 2009, New Orleans, Louisiana.


_____
                              J U D G E