## UNITED STATES DISTRICT COURT

## RIVER BIRCH

(1) **DARRELL J. CLARK**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RIVER BIRCH HOMES, INC. AND/OR RIVER BIRCH HOMES, LLC** and installed by **UNKNOWN** was located at **Springfield, LA 70462**.

(2) **DARRELL CLARK JR, INDIVIDUALLY AND ON BEHALF OF THE MINOR D.C.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RIVER BIRCH HOMES, INC. AND/OR RIVER BIRCH HOMES, LLC** and installed by **UNKNOWN** was located at **Springfield, LA 70462**.

(3) **DARRELL CLARK**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RIVER BIRCH HOMES, INC. AND/OR RIVER BIRCH HOMES, LLC** and installed by **UNKNOWN** was located at **Springfield, LA 70462**.

(4) **DEBBIE S. CLARK**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RIVER BIRCH HOMES, INC. AND/OR RIVER BIRCH HOMES, LLC** and installed by **UNKNOWN** was located at **Springfield, LA 70462**.

**Exhibit A**