## UNITED STATES DISTRICT COURT

## STEWART PARK

(1)     **CHARLENE H. MANZELLA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **FLUOR** was located at **Denham Springs, LA 70726.**

**Exhibit A**