UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Elisha Dubuclet, et al v. Fleetwood Enterprises, et al*, No. 07-9228

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion, and the discussion in chambers with counsel for the parties on Wednesday, December 2, 2009,

IT IS ORDERED that the trial of the case of *Elisha Dubuclet, on behalf of Timia Dubuclet v. Fleetwood Enterprises, Inc.*, previously scheduled to commence on Monday, December 7, 2009, be continued without date.

THIS DONE the  3rd  day of December, 2009, New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE