FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 NOV 27 AM 10: 29

LORETTA G. WHYTE
CLERK

## U.S. DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Gabourel, Christopher, Jareka Latoya[1], et al )<br>)<br>)<br>)<br>Plaintiff(s) )<br>)<br>vs. )<br>)<br>Alliance Homes, Inc., et al. )<br>)<br>)<br>Defendant(s). ) | Case No. 09-4842 |

### SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on the 15th day of November, 2009, the United States Bankruptcy Court for the District of Delaware entered an Order for Relief under Title 11 of Chapter 11 of the United States Code in the matters of In re Champion Enterprises, Inc.[2] and its affiliated companies listed below (collectively the "Debtors") jointly administered at Case No. 09-14019 (KG). A copy of the voluntary petition for Champion Enterprises, Inc. is attached hereto.

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 362(a), the Debtors' filing of voluntary petitions operates as a stay, applicable to all entities, of, among other

---

[1] See attached for complete list of Plaintiffs.
[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Redman Homes, Inc. (4957); Champion Enterprises, Inc. (3168); Champion Home Builders Co. (4984); New Era Building Systems, Inc. (0928); North American Housing Corp. (1097); Homes of Merit, Inc. (8488); Western Homes Corporation (6910); Star Fleet, Inc. (0506); Champion Enterprises Management Co. (6726); Champion Retail, Inc. (2154); San Jose Advantage Homes, Inc. (1951); Highland Acquisition Corp. (8962); Highland Manufacturing Company LLC (6762); SSH Liquidating Corp. (6678); Champion Homes of Boaz, Inc. (3165); Iseman Corp. (5899); MHCDC, LLC (3417); HomePride Finance Corp. (4767); and Champion Development Corp. (4642). The address for all Debtors is 755 W. Big Beaver, Suite 1000, Troy, MI 48084.

__Fee_____
__Process_____
X Dktd _____
__CtRmDep_____
__Doc. No._____

things: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against the Debtors (i) that were or could have been commenced before the commencement of the Debtors' cases or (ii) to recover any claims against the Debtors that arose before the commencement of the Debtors' cases; (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy estate, of a judgment obtained before the commencement of the Debtors' cases; or (c) any act to obtain possession of property of or from the Debtors' bankruptcy estate, or to exercise control over property of the Debtors' bankruptcy estate.

Dated: November 25, 2009

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:    ljones@pszjlaw.com
           dbertenthal@pszjlaw.com
           joneill@pszjlaw.com
           tcairns@pszjlaw.com

[Proposed] Counsel to Debtors and
Debtors in Possession

LIST OF PLAINTIFFS CONTINUED FROM CAPTION

Gabourel, Christopher, Jareka Latoya Gabriel, Sherry Bienemy, Individually and on Behalf of the Minor Jorey Jamal Gabriel, Kevin Gabriel, Sherman Donald Gabriel, Krissy Marie Gadwaw, Carol A. Gaeta, Denise Annette Gaeta, Lucas J. Gagliano, Rosemary E. Gagliano, Cynthia P. Gallardo, Cynthia P. Gallardo, Cynthia P. Gallardo, Henry E. Gallardo, Henry E. Gallardo, Manny Ernest Gallardo, Margret Gallaty, Robert Frederick Gallaty, Leo E. Gardere, Patricia Gardere, Mary R. Gauci, Bonnie Jochum Gaudet, Brandy Elizabeth Gauthier, Daniel J. Gauthier, Darryl C. Geraco, Manuel Geraci, Jesse Luke Gerkin, Sandra Virginia Cervais, Terry Lynn Gervais, Kim Gifford, Kim Gifford, Individually and on Behalf of the Minor Taylor Gifford, Laura Marie Gonzalez, Laura Marie Gonzalez, Ariel Gordon, Bertram Aloysius Gougisha, Mary G. Gras, Alfred Perry Graves, Alfred Perry Graves, Betty Green, Bruno Green, Darren Anthony Green, Darren Anthony Green, Darren Anthony Green, Netiokee Hill, Individually and on Behalf of the Minor Dorien Ahmad Green, Netiokee Hill, Individually and on Behalf of the Minor Dorien Ahmad Green, Netiokee Hill, Individually and on Behalf of the Minor India Quinnesha Brenda Green, Darren Green, Sr., Individually and on Behalf of the Minor Jada Green, Darren Green, Sr., Individually and on Behalf of the Minor Jada Green, Yolanda, Individually and on Behalf of the Minor Randy Green, Yolanda Green, Katelyn Gremillion, Catherine L. Guerra, Catherine L. Guerra, Colby & Nicole, Individually and on Behalf of the Minor Colby Rufino Guerra, Kurt Paul Guerra, Deborah P. Guerrera, Joseph A. Guerrera, Leonard Joseph Guidroz, Jerry Anthony Guidry, Leslie Guillot, Eugene P. Haindel, Shavontria Richard, Individually and on Behalf of the Minor Chasity Hampton, Dawne Hannon, Harper, Kristie, Individually and on Behalf of the Minor Holly M. Harper, James A. Harper, Rose Lee Harris, Earl J. Harvey, Elizabeth Harvey, Jimmy Harvey, Donna R. Hasik, Donna R. Hasik, Norman J. Hasik, Norman J. Hasik, Benjamin Hauck, Gregory Hauck, Gregory Hauck, John Hauck, Rene Hauck, Wendy Hauck, Evelyn B. Hawkins, Geoffrey D. Hawkins, Thomas O. Hawkins, John E. Haynes, Chasity Laine Heaney, Billy Heidel, Faith Held, Individually and on Behalf of the Minor Destiny Ann Held, Faith Held, Michael Held, Hope M. Henderson, Joshua B. Henderson, Joshua B. Henderson, Reed S. Henderson, Zachary Henderson, Shykra Hepburn, Arnel Magadia Hernandez, Shannon, Individually and on Behalf of the Minor Bailey Jane Hernandez, Felica Hernandez, James Hernandez, Jeffery David Hernandez, Shannon, Individually and on Behalf of the Minor Kacey Alexis Hernandez, Norberto Hernandez, Shannon Hernandez, Caffie Hill, Larry Hill, Netiokee Nekelia Hill, Carol Holley, Pattie Holley, Individually and on Behalf of the Minor Colby Holley, Crystal Holley, Pattie Holley, Warren Merlin Honore, Anthony Hookfin, Shannon Press, Individually and on Behalf of the Minor Jasmine Renee Houston, Irene Ernst Howard, John Richard Howard, Edith H. Howell, Joseph Scott Huber, Nellie R. Ucke, Florita Nunez Hyde, Drew J. Irby, Tyrone Irby, Abby Treadaway & Wayne Jackson, Individually and on Behalf of the Minor Cammie Jackson, Nicole Sylvester, Individually and on Behalf of the Minor John James, Otha Jefferson, Bonnie Barlow Jochum, Bonnie A. Jochum, Christian Joseph Jochum, John Jacob Jochum, Bonnie Jochum, Individually and on Behalf of the Minor Vincent Jochum, Walter Jochum, Wilson J. John, Brian Joseph Johnson, Lacresha Johnson, Pamela Johnson, Tessi R. Johnson, Tessi R. Johnson, Tessi R. Johnson, Timothy Johnson, Tommy Johnson, Charles Jones, Justin Jones, Sallie Oster Jones, Edward Jorgensen, _____[sic], Individually on Behalf of the Minor Elisabeth Jorgensen, Renee B. Jorgensen, Mary Santiago Joseph, Keandra Junius, Individually and on Behalf of the

Minor Ahmod J. Junius, Keandra Junius, Individually and on Behalf of the Minor Emanuel K. Junius, Keandra Junius, Keandra Junius, Individually and on Behalf of the Minor Kemori J. Junius, _____[sic], Individually and on Behalf of the Minor Marion Junius, John Edward Kain, Jules Brent Kain, Joyce Mary Keim, Joyce Mary Keim, Eugene J. Kellum, Connor Kenney, David L. Kenney, John Kenney, Julie T. Kenney, Julie Kenney, Individually and on Behalf of the Minor Kyle R. Kenney, Patricia A. Kenney, Jennifer Ann Kieff, Jamie Killian, Individually and on Behalf of the Minor Edward C. Killian, Jamie Marie Killian, Sandra Kimball, Julie Kinler, Individually and on Behalf of the Minor Brandon Rene Kinler, Edward Kinler, Edward J. Kinler, Julie A. Kinler, Julie Kinler, Individually and on Behalf of the Minor Katie Lauren Kinler, Bettie Kirk, Dorothy C. Kramer, William J. Kramer, Carrie L. Kroten, Brandon Kuntz, Rosalie Roberson Kunzli, Rosalie Roberson Kunzli, Bonnie Bryant Labeaud, Bonnie Labeaud, Individually and on Behalf of the Minor Kailynn Labeaud, Kurt Labeaud, Bonnie Labeaud, Individually and on Behalf of the Minor Kurt Labeaud, Vincent Labruzzo, Jack Lacaze, Jack Lacaze, Jr., Individually and on Behalf of the Minor Leilyn Lacaze, Brandon Louis Lacoste, James Lacour, III, Individually and on Behalf of the Minor Breanna L. Lacour, James Lacour, Jr., Kevin Richard Ladner, Mike P. Ladner, Tiffany Nicole Ladner, Kristi Ladut, Dreux Lafrance, Kacie Lafrance, Lanny David Lafrance, Lanny David Lafrance, Mark Lance, David Landry, Denise Landry, George Landry, Jared Norman Landry, Nichole M. Landry, Norman Joseph Landry, Penny Lynn Lanier, Henrietta G. Lawless, Harold Emerson Leaming, Jane Gagliano Leaming, Kathy A. Leblanc, Michael J. Leblanc, Sheryl Leblanc, Lena R. Leboeuf, Linda Leboeuf, Michael Leboeuf, Tina Marie Ledet, Sibyl Lee, Individually and on Behalf of the Minor Brandi Monique Lee, Dionne Lee, Johnnie Raye Lee, Johnnie Raye Lee, Marita Scott Lee, Melissa A. Lehrusse, Emilda M. Lejeune, Allen, Ashley, Individually and on Behalf of the Minor Eric H. Lentz, Allen, Ashley, Individually and on Behalf of the Minor Eric H. Lentz, Betty Lorraine Lewis, Greg A. Lewis, Kendrall C. Lewis, Louis Lewis, Tammy Evans Lewis, Chris Joseph Leydecker, Chris Joseph Leydecker, Sue Ann Leydecker, Antoinette Lodriguss, Patrick J. Lodriguss, Gay Lynn Ann Longo, Gregory Peter Longo, Jerry Lopez, Thomas Lopez, Angela Williamson, Individually and on Behalf of the Minor Kayla Lopiccolo, Lisa B. Lowe, Katie Mankin, Individually and on Behalf of the Minor Cade J. Lucas, Cade J. Lucas, Katie Mankin, Individually and on Behalf of the Minor Cameron J. Lucas, Cade Lucas, Individually and on Behalf of the Minor Hayley R. Lucas, Cade Lucas, Individually and on Behalf of the Minor Taylor R. Lucas, Richard Lucy, Anthony Luna, John Lynch v Alliance Homes, Inc., et al.

# EXHIBIT A

United States Bankruptcy Court
District of Delaware

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 11/15/2009 at 8:27 PM and filed on 11/15/2009.

**Champion Enterprises, Inc.**
755 W. Big Beaver
Suite 1000
Troy, MI 48084
Tax ID / EIN: 38-2743168



The case was filed by the debtor's attorney:

**Laura Davis Jones**
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
usa
302 652-4100

The case was assigned case number 09-14019-KG to Judge Kevin Gross.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.deb.uscourts.gov or at the Clerk's Office, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

David D. Bird
Clerk, U.S. Bankruptcy Court

B 1 (Official Form 1) (1/08)

**United States Bankruptcy Court**
**District of Delaware**

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Champion Enterprises, Inc. | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 38-2743168 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>755 W. Big Beaver<br>Ste. 1000<br>Troy, MI                    ZIP CODE 48084 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br><br>                                                   ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Oakland County, MI | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>same as mailing address<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>                                                                                                         ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>  *See Exhibit D on page 2 of this form*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other factory built housing | ☐ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9            Recognition of a Foreign<br>☒ Chapter 11           Main Proceeding<br>☐ Chapter 12       ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                                      Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer, debts defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose." ☒ Debts are primarily business debts |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $ 2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $10,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $10,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

American LegalNet, Inc.
www.FormsWorkflow.com

DOCS_DE:153248.2

B 1 (Official Form 1) (1/08) — Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Champion Enterprises, Inc. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed: none | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor:<br>see attached Schedule 1 | Case Number:<br>pending | Date Filed:<br>2009 |
|---|---|---|
| District:<br>District of Delaware | Relationship:<br>affiliate | Judge:<br>pending |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☒ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

American LegalNet, Inc.
www.FormsWorkflow.com

DOCS_DE:153248.2

B 1 (Official Form) 1 (1/08)                                                                                                   Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Champion Enterprises, Inc. |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X */s/ Laura Davis Jones*<br>Signature of Attorney for Debtor(s)    (No. 2436)<br>Laura Davis Jones<br>Printed Name of Attorney for Debtor(s)<br>Pachulski Stang Ziehl & Jones LLP<br>Firm Name<br>919 North Market Street, 17th Floor<br>Address<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705<br>302-652-4100<br>Telephone Number<br>November 15, 2009<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Phyllis A. Knight*<br>Signature of Authorized Individual<br>Phyllis A. Knight<br>Printed Name of Authorized Individual<br>Executive Vice President, CFO and Treasurer<br>Title of Authorized Individual<br>November 15, 2009<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

American LegalNet, Inc.<br>www.FormsWorkflow.com

## U.S. DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Gabourel, Christopher, Jareka Latoya[3], et al ) | Case No. 09-4842 |
| ) | |
| Plaintiff(s) ) | |
| vs. ) | |
| Alliance Homes, Inc., et al. ) | |
| Defendant(s). ) | |

### CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 25th day of November, 2009, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**SUGGESTION OF BANKRUPTCY REGARDING CHAMPION ENTERPRISES, INC.**

_____
Timothy P. Cairns (DE Bar No. 4228)

---

[3] See attached for complete list of Plaintiffs.

13814-001\DOCS_DE:154841.15

Gabourel, Christopher, Jareka Latoya et. al. v. Alliance Homes, Inc., et al.
02 – First Class Mail

**First Class Mail**
Lamont Domingue, Esquire
Voorhies & Labbe
700 St. John Street
Lafayette, LA  70502-3527

**First Class Mail**
Roberta Burns, Esquire
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Dr., Suite 303
Chalmette, LA  70043

13814-001\DOCS_DE:154841.15