UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                       SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Tanika Bell, et al. v. Cavalier Home Builders, LLC., et al.,*
**No. 09-6394 (MD-LA No. 3:09-cv-00491)**
**************************************************************************

 MEMORANDUM IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR LEAVE
TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

MAY IT PLEASE THE COURT:

Plaintiffs, **Tanika Bell***, et al*., respectfully move this Court to allow them to amend their

Original Complaint, as supplemented and amended, to add as parties plaintiff hereto the individuals

who are all named in the annexed listing of Named Plaintiffs (hereinafter, "Exhibit A"). The

Federal Rules of Civil Procedure Rule 15 allow for amended and supplemental pleadings. While

no answer has been filed in the underlying matter, responsive pleadings in the form of "Preservation

of Defenses" may have been filed by one or more of the defendants. Plaintiffs herein simply desire

to file a Second Supplemental and Amending Complaint for Damages to include the additional

1

parties plaintiff.  No undue prejudice will result in allowing the attached Second  Supplemental and

Amending Complaint for Damages to be filed since no trial date has yet been scheduled.

Accordingly, plaintiffs respectfully request that this Honorable Court enter the attached

Order granting leave to file a Second Supplemental and Amended Complaint on behalf **Tanika Bell,**
***et al.**.*

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY: _____s/Roberta L. Burns, Esq._____
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
***Counsel for plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Roberta L. Burns, Esq.
ROBERTA L. BURNS (#14945)
