# UNITED STATES DISTRICT COURT

## CAVALIER/GULFSTREAM

(1)      CHARLENE BLANCHARD, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Springfield, LA 70462**.

(2)      **ROBIN BOOZE, INDIVIDUALLY AND ON BEHALF OF THE MINOR L.B.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Denham Springs, LA 70726**.

(3)      ROBIN BOOZE, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Denham Springs, LA 70726**.

(4)      YENAN BOOZE, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Denham Springs, LA 70726**.

(5)      LOUISE BROOKS, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Denham Springs, LA 70726**.

(6)      RICHARD J. CANDEBAT, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **FLUOR** was located at **Walker, La 70726**.

**Exhibit A**

(7)     **GLADYS C. DAUTH**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **FLUOR** was located at **Oscar, LA 70726**.

(8)     **TOMMY LYNN HALL**, a resident of the full age of majority of the State of Mississippi, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Springfield, La** .

(9)     **BRIAN PEREZ**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **FLUOR** was located at **St. Amant, LA 70774**.

(10)     **SHANNON SHEFFIELD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Denham Springs, LA 70726**.

**Exhibit A**