IN THE STATE OF LOUISIANA

DISTRICT COURT EASTERN DISTRICT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 NOV 30 PM 2:09

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| Willis, Tennille, ) | Case No. 09-4789 |
| ) | |
| Plaintiff(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| Redman Homes, Inc., CH2M Hill Constructors, Inc.) | |
| Fluor Enterprises, Inc., Shaw Environmental, Inc., ) | |
| United States of America through the Federal ) | |
| Emergency Management Agency (FEMA) ) | |
| ) | |
| Defendant(s). ) | |

## SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on the 15th day of November, 2009, the United States Bankruptcy Court for the District of Delaware entered an Order for Relief under Title 11 of Chapter 11 of the United States Code in the matters of In re Champion Enterprises, Inc.[1] and its affiliated companies listed below (collectively the "Debtors") jointly administered at Case No. 09-14019 (KG). A copy of the voluntary petition for Champion Enterprises, Inc. is attached hereto.

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 362(a), the Debtors' filing of voluntary petitions operates as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of all judicial, administrative, or other actions or

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Redman Homes, Inc. (4957); Champion Enterprises, Inc. (3168); Champion Home Builders Co. (4984); New Era Building Systems, Inc. (0928); North American Housing Corp. (1097); Homes of Merit, Inc. (8488); Western Homes Corporation (6910); Star Fleet, Inc. (0506); Champion Enterprises Management Co. (6726); Champion Retail, Inc. (2154); San Jose Advantage Homes, Inc. (1951); Highland Acquisition Corp. (8962); Highland Manufacturing Company LLC (6762); SSH Liquidating Corp. (6678); Champion Homes of Boaz, Inc. (3165); Iseman Corp. (5899); MHCDC, LLC (3417); HomePride Finance Corp. (4767); and Champion Development Corp. (4642). The address for all Debtors is 755 W. Big Beaver, Suite 1000, Troy, MI 48084.

13814-001\DOCS_DE:155176.9



proceedings against the Debtors (i) that were or could have been commenced before the commencement of the Debtors' cases or (ii) to recover any claims against the Debtors that arose before the commencement of the Debtors' cases; (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy estate, of a judgment obtained before the commencement of the Debtors' cases; or (c) any act to obtain possession of property of or from the Debtors' bankruptcy estate, or to exercise control over property of the Debtors' bankruptcy estate.

Dated: November 25, 2009

PACHULSKI STANG ZIEHL & JONES LLP

*/s/*

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:   ljones@pszjlaw.com
          dbertenthal@pszjlaw.com
          joneill@pszjlaw.com
          tcairns@pszjlaw.com

[Proposed] Counsel to Debtors and
Debtors in Possession

IN THE STATE OF LOUISIANA

DISTRICT COURT EASTERN DISTRICT

| | | |
|---|---|---|
| Willis, Tennille, | ) | Case No. 09-4789 |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Redman Homes, Inc., CH2M Hill Constructors, Inc. | ) | |
| Fluor Enterprises, Inc., Shaw Environmental, Inc., | ) | |
| United States of America through the Federal | ) | |
| Emergency Management Agency (FEMA) | ) | |
| | ) | |
| Defendant(s). | ) | |

### CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 25th day of November, 2009, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**SUGGESTION OF BANKRUPTCY REGARDING CHAMPION ENTERPRISES, INC.**

_____
Timothy P. Cairns (DE Bar No. 4228)

Willis, Tennille v. Redman Homes, Inc., CH2M Hill Constructors, Inc. Fluor Enterprises, Inc., Shaw Environmental, Inc., United States of America through the Federal Emergency Management Agency (FEMA)
03 – First Class Mail


**First Class Mail**
Lamont Domingue, Esquire
Voorhies & Labbe
700 St. John Street
Lafayette, LA  70502-3527

**First Class Mail**
Jack Harang, APLC
228 St. Charles Avenue, Suite 501
New Orleans, LA  70130

**First Class Mail**
James Aubrey Stegall, III, Esquire
Law Offices of Newton B. Schwartz, Sr.
1911 Southwest Freeway
Houston, TX  77098

**Overnight Delivery**
Office Of The Clerk
United States District Court
Eastern District Of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 NOV 30 PM 1: 20

LORETTA G. WHYTE
CLERK

# MEMORANDUM

**TO:** Dickson County Circuit Court, Tennessee Clerk
**FROM:** Timothy P. Cairns
**RE:** Case No. 09-4789 – Willis, Tennille v. Redman Homes, Inc., CH2M Hill Constructors, Inc. Fluor Enterprises, Inc., Shaw Environmental, Inc., United States of America through the Federal Emergency Management Agency (FEMA)
**DATE:** November 25, 2009

Enclosed please find Suggestion of Bankruptcy to be filed in Case No. 09-4789 – Willis, Tennille v. Redman Homes, Inc., CH2M Hill Constructors, Inc. Fluor Enterprises, Inc., Shaw Environmental, Inc., United States of America through the Federal Emergency Management Agency (FEMA) as it pertains to Champion Enterprises, Inc.

Please send a court stamped copy of this filing in the self-addressed stamped envelope provided.

Thank you.

TPC:mms
Enclosure

13814-001\DOCS_DE:155176.9