IN THE STATE OF LOUISIANA

UNITED STATES DISTRICT COURT

| | |
|---|---|
| Adams, Diane, James Adubato, et al.[1] ) | Case No. 09-4841 |
| ) | |
| ) | Sect N/5 |
| ) | |
| Plaintiff(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| Alliance Homes, Inc. et al. ) | |
| ) | |
| ) | |
| ) | |
| Defendant(s). ) | |

## SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on the 15th day of November, 2009, the United States Bankruptcy Court for the District of Delaware entered an Order for Relief under Title 11 of Chapter 11 of the United States Code in the matters of <u>In re Champion Enterprises, Inc.</u>[2] and its affiliated companies listed below (collectively the "Debtors") jointly administered at Case No. 09-14019 (KG). A copy of the voluntary petition for Champion Enterprises, Inc. is attached hereto.

___Fee_____
___Process_____
X  Dktd_____
✓ CtRmDep_____
___Doc. No._____

---

[1] Please see attachment of all plaintiff names.
[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Redman Homes, Inc. (4957); Champion Enterprises, Inc. (3168); Champion Home Builders Co. (4984); New Era Building Systems, Inc. (0928); North American Housing Corp. (1097); Homes of Merit, Inc. (8488); Western Homes Corporation (6910); Star Fleet, Inc. (0506); Champion Enterprises Management Co. (6726); Champion Retail, Inc. (2154); San Jose Advantage Homes, Inc. (1951); Highland Acquisition Corp. (8962); Highland Manufacturing Company LLC (6762); SSH Liquidating Corp. (6678); Champion Homes of Boaz, Inc. (3165); Iseman Corp. (5899); MHCDC, LLC (3417); HomePride Finance Corp. (4767); and Champion Development Corp. (4642). The address for all Debtors is 755 W. Big Beaver, Suite 1000, Troy, MI 48084.

13814-001\DOCS_DE:155177.7

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 362(a), the Debtors' filing of voluntary petitions operates as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against the Debtors (i) that were or could have been commenced before the commencement of the Debtors' cases or (ii) to recover any claims against the Debtors that arose before the commencement of the Debtors' cases; (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy estate, of a judgment obtained before the commencement of the Debtors' cases; or (c) any act to obtain possession of property of or from the Debtors' bankruptcy estate, or to exercise control over property of the Debtors' bankruptcy estate.

Dated: November 30, 2009

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:     ljones@pszjlaw.com
            dbertenthal@pszjlaw.com
            joneill@pszjlaw.com
            tcairns@pszjlaw.com

[Proposed] Counsel to Debtors and Debtors in Possession

ATTACHMENT -- FULL CAPTION OF PLAINTIFF NAMES – CASE NO. 09-4841

Adams, Dianne, James Adubato, Jessica Adubato, Mary Adubato, Nicholas Adubato, Jacklyn Aguilar, Krissy Gadwaw, Individually and on Behalf of the Minor Addisyn Nichole Ajan, Dudley Raymond Ajan, Krissy Gadwaw or Dudley Ajan, Jr., Individually and on Behalf of the Minor Kassidy Rae Ajan, Lawrence Alberez, Patrica W. Albers, Robin Doreen Albers, Michael Alfonso, Michael Alfonso, Michael Alfonso, Olivia Alfonso, Sharon Alfonso, Vernon E. Alfonso, Mohamad R. Alkurd, Albert J. Allen, Ashley Allen, Ashley Allen, Lorrie Allen, Lorrie Allen, Edward Allo, Kathy Allo, Darlene Almonte, Taneka Hill, Individually and on Behalf of the Minor Teandrane Alveris, Natasha Ambo, Natasha Ambo, Rose Ancalade, Leondes Ancar, Stacy Anderson, Individually and on Behalf of the Minor Keefa A. Anderson, Stacey Anderson, Jessica Thornley, Individually and on Behalf of the Minor Logan Gary Andrews, Josana Applegate, Brandi Lynn Arbour, Lucille Margaret Arcement, Jose Arias, Wynette Marie Arias, Ashley Armstrong, Raymond Christopher Armstrong, Deborah Arnold, Christine Assavedo, Corey Assavedo, Courtney Assavedo, Melissa Assavedo, Barry Assevedo, Gretchen Schulte Atwood, Gina M. Aucoin, Leonard William Aucoin, Gina Aucoin, Individually and on Behalf of the Minor Tyler William Aucoin, Angel Augustine, Joseph Milford Augustine, Joseph Augustine, Joseph Augustine, Jr., Individually and on Behalf of the Minor Mia Augustine, Joseph Augustine, Jr., Individually and on Behalf of the Minor Mya Augustine, Robin Augustine, Robin Augustine, Robin Augustine, Robin Augustine, Individually and on Behalf of the Minor Sarah Augustine, Thais Joyce Augustine, Candice Sha-Linda Augustus, Diedra Fernandez Augustus, Jay J. Authement, Jaylin A. Authement, Jay Authement, Jr., Thelma Aymond, William Aymond, William (Billy) Aymond, Leo Ayo, David Bachemin, David Peter Bachemin, Michele Bacques, Jolie D. Bacques-Maggio, Bridget Bailes, Bridget Bailes, Individually and on Behalf of the Minor, Joelle Bailes, Keneth Bailes, Bridget Bailes, Individually and on Behalf of the Minor Leonae Bailes, Bridget Bailes, Individually and on Behalf of the Minor Nathaniel Bailes, Bridget Bailes, Individually and on Behalf of the Minor Westley Bailes, Beatrice M. Bailey, Darren Bailey, Jerome Bailey, June J. Bailey, Tiffany Lynn Bailey, Karen Lynn Baker, _____, Individually and on Behalf of the Minor Katherine Diane Baker, Otis Baker, Rudolph Carl Baker, Sheila Wolfe Baker, Reginald Banks, Larry J. Banner, Linda S. Barcelona, Steve V. Barcelona, Cree Barlow, Leona C. Baron, Clarence Barrow, Alyssa Bastoe, Andrew Bastoe, Blake Curt Bastoe, Corey M. Bastoe, Erica Bastoe, Jack Thomas Bastoe, _____, Individually and on Behalf of the Minor Jonathan Bastoe, Corey, Individually and on Behalf of the Minor Madison Bastoe, Regina B. Bastoe, Christopher Justin Beaulieu, Debrecca Beaulieu, Individually and on Behalf of the Minor Cydney Beaulieu, Debrecca Beaulieu, Brett Bergeron, Eric Bernard, Lauren Bernard, James Berndt, James Berndt, James Berndt, Laura Gonzales, Individually and on Behalf of the Minor Katie Berndt, Laura Gonzales, Individually on on Behalf of the Minor Katie Berndt, Savannah Berndt, Savannah Berndt, Brian M. Bersuder, Karen Bersuder, Trina Ben, Individually and on Behalf of the Minor Taj Bickham, Yolanda Green, Individually and on Behalf of the Minor Derrick Bienemy, Roscoe Jermain Bienemy, Sherry Lynn Bienemy, Debbie Bigner, Robert & Debbie Bigner, Individually and on Behalf of the Minor Elizabeth Marie Bigner, Robert & Debbie Bigner, Individually and on Behalf of the Minor Gavin Bigner, Robert & Debbie Bigner, Individually and on Behalf of the Minor Kimberly Bigner, Stacey Padilla, Individually and on Behalf of the Minor Blake D. Bihm,

Donald R. Bihm, Lucien Billiot, David M. Binder, Rose C. Binder, Dennis J. Bird, Lynda Cline Bird, Melanie R. Bird, Michelle Lynn Bird, Mary A. Black, Tomeka Black, Trenece Black, Bobby W. Blanchard, Bobby W. Blanchard, Bruno Paul Blanchard, Faye Blanchard, Randy Blanchard, Reyna L. Blanchard, Bobby Blanchard, Sr., Individually and on Behalf of the Minor Taylor Blanchard, Rachel Blymier, Barrett Bohne, Jeffrey & Lindsey, Individually and on Behalf of the Minor Jacob Bohne, Jeffrey Bohne, Lindsey Bohne, Kimberly Michelle Bollinger, Petrina A. Bondio, Brandon Charles Bonnecarre, Clinton Bonnecarre, Patricia Bonomo, Jennifer G. Bordelon, Laurie Drewes, Individually and on Behalf of the Minor Zachary Paul Bordelon, Sheila K. Borne, Ryan Michael Bostic, Laura Bradley Boudreaux, Charmaine L. Bourg, Charmiaine Bourg, Individually and on Behalf of the Minor Zachary D. Bourg, Connie Thompson Bourquard, Rene A. Bourquard, Cathleen Bowers, Cathleen Bowers, Geral Bowman, Starnell Boyington Stacy L. Braquet, Stacy L. Braquet, Ethan J. Breaux, Ethan J. Breaux, Melanie Breaux, Individually and on Behalf of the Minor Hayley Breaux, Melanie L. Breaux, Melanie L Breaux, Ronald A. Breaux, Ronald A. Breaux, Ronald A. Breaux, Maylin Bridgewater, Xiomara Bridgewater, Ada M. Brown, Erica M. Brown, Hillary Brown, Joshua Brown, Reuben Brown, Tina Ann Buckel, William James Buckel, Jody Buckley, Terrence Buckley, Krystal Buras, Individually and on Behalf of the Minor Colby Mark Buras, Krystal Buras, Krystal Buras, Individually and on Behalf of the Minor Madelyn Buras, Mark Buras, Krystal Buras, Individually and on Behalf of the Minor Nicholas Justin Buras, Jaeda N. Burke, Kelly R. Burke, Barbara Landry Burkhardt, Darin Joseph Burns, Julie Rico, Individually and on behalf of the Minor Giouliana Beth Burns, Julie Rico, Individually and on Behalf of the Minor Joylin Rita Burns, Charlene Bush, Robert Buuck

# EXHIBIT A

United States Bankruptcy Court
District of Delaware

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 11/15/2009 at 8:27 PM and filed on 11/15/2009.

**Champion Enterprises, Inc.**
755 W. Big Beaver
Suite 1000
Troy, MI 48084
Tax ID / EIN: 38-2743168



The case was filed by the debtor's attorney:

**Laura Davis Jones**
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
usa
302 652-4100

The case was assigned case number 09-14019-KG to Judge Kevin Gross.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.deb.uscourts.gov or at the Clerk's Office, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**David D. Bird**
**Clerk, U.S. Bankruptcy Court**

B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Champion Enterprises, Inc. | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 38-2743168 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>755 W. Big Beaver<br>Ste. 1000<br>Troy, MI    ZIP CODE 48084 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Oakland County, MI | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>same as mailing address<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other factory built housing

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer, debts defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**
| [ ] $0 to $50,000 | [ ] $10,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [x] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**
| [ ] $0 to $50,000 | [ ] $10,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [x] $500,000,001 to $1 billion | [ ] More than $1 billion |

American LegalNet, Inc.
www.FormsWorkflow.com

DOCS_DE:153248.2

B 1 (Official Form 1) (1/08) Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Champion Enterprises, Inc. |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed: none | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) ||||
|---|---|---|---|
| Name of Debtor:<br>see attached Schedule 1 | Case Number:<br>pending || Date Filed:<br>2009 |
| District:<br>District of Delaware | Relationship:<br>affiliate || Judge:<br>pending |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)      (Date) |
| ☒ Exhibit A is attached and made a part of this petition. | |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

American LegalNet, Inc.
www.FormsWorkflow.com

DOCS_DE:153248.2

B 1 (Official Form) 1 (1/08)            Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Champion Enterprises, Inc. |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Debtor<br><br>X _____<br>    Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>  (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X */s/ Laura Davis Jones*<br>Signature of Attorney for Debtor(s)<br>Laura Davis Jones (No. 2436)<br>Printed Name of Attorney for Debtor(s)<br>Pachulski Stang Ziehl & Jones LLP<br>Firm Name<br>919 North Market Street, 17th Floor<br>Address<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705<br>302-652-4100<br>Telephone Number<br>November 15, 2009<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Phyllis A. Knight*<br>Signature of Authorized Individual<br>Phyllis A. Knight<br>Printed Name of Authorized Individual<br>Executive Vice President, CFO and Treasurer<br>Title of Authorized Individual<br>November 15, 2009<br>Date | |

American LegalNet, Inc.<br>www.FormsWorkflow.com

DOCS_DE:153248.2

IN THE STATE OF LOUISIANA

UNITED STATES DISTRICT COURT

| | |
|---|---|
| Adams, Diane, James Adubato, et al.[1] ) | Case No. 09-4841 |
| ) | |
| Plaintiff(s) ) | |
| vs. ) | |
| Alliance Homes, Inc. et al. ) | |
| Defendant(s). ) | |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 30th day of November, 2009, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**SUGGESTION OF BANKRUPTCY REGARDING CHAMPION ENTERPRISES, INC.**

_____
Timothy P. Cairns (DE Bar No. 4228)

---

[1] Please see attachment of all plaintiff names.

13814-001\DOCS_DE:155177.7

Adams, Diane, James Adubato, et al v. Alliance Homes, Inc.- Case No. 09-4841
02 – First Class Mail
01 – Overnight Delivery

**First Class Mail**
(Defense Counsel)
Lamont Domingue
Voorhies & Labbe
700 St. John Street
Lafayette, LA  70502-3527

**First Class Mail**
(Plaintiff's Counsel)
Roberta Burns, Esquire
Law Offices of
Sidney D. Torres, III
8301 W. Judge Perez Dr., Suite 303
Chalmette, LA  70043

**Overnight Delivery**
U.S. District Court
Loretta G. Whyte
500 Poydras Street, Room C-151
New Orleans, LA 70130