UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Casey Brown, et al v. Gulf Stream Coach Inc., et al*<br>Civil Action No. 09-4676<br>*PLAINTIFFS UNMATCHED WITH A SPECIFIC MANUFACTURING DEFENDANT* | § § § § § § | MAG. JUDGE CHASEZ |

### ORDER ON PLAINTIFFS', CONSTANT SYLVAS, PHUOC TRAN, SAMMIE ALOMBRO AND THU NUYNH, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs' Constant Sylvas, Phuoc Tran, Sammie Alombro, Thu Nuynh, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 3rd day of December, 2009.

HONORABLE KURT ENGELHARDT