**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Jerry Chatman, et al v. Gulf Stream Coach Inc., et al*<br>Civil Action No. 09-4689<br>*PLAINTIFFS UNMATCHED WITH A SPECIFIC MANUFACTURING DEFENDANT* | § § § § § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFFS', MARY HILL, AS NEXT FRIEND OF KEONTE MCGREW, A MINOR AND VESTIL POYADOU, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', Mary Hill, as Next Friend of Keonte McGrew, a Minor and Vestil Poyadou, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 3rd day of December, 2009.

_____
HONORABLE KURT ENGELHARDT