UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *John Johnson, et al v. Gulf Stream Coach Inc., et al*<br>Civil Action No. 09-4691<br>*PLAINTIFFS UNMATCHED WITH A SPECIFIC MANUFACTURING DEFENDANT* | § § § § § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFF SANDRA NORMAND, AS NEXT FRIEND OF JACY RICKS, A MINOR'S NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff Sandra Normand, as Next Friend of Jacy Ricks, a Minor's Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this  3rd  day of ____December____, 2009.

_____
HONORABLE KURT ENGELHARDT