UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER            MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

           SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Aimee Lee Barrilleaux, et al. v. Coachmen Industries, Inc., et al.*
No. 09-3726

**************************************************************************

## ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the Second Supplemental and Amended Complaint for Damages.

THIS DONE the 3rd day of December, 2009, New Orleans, Louisiana.

_____
JUDGE