# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**In Re: FEMA TRAILER**                                        **MDL NO. 1873**

**FORMALDEHYDE PRODUCTS**

**LIABILITY LITIGATION**

                                                        **SECTION "N" (4)**

**THIS DOCUMENT RELATES TO:**
*Linda S. Barcelona, et al. v. R-Vision, Inc., et al.,*
**No. 09-3949**
*******************************************************************************

## ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the Second Supplemental and

Amended Complaint for Damages.

THIS DONE the _3rd_ day of ___December___, 2009, New Orleans, Louisiana.

_____
                                         J U D G E