# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| JONIQUE MEYERS, ET AL. | )
| Plaintiff | )
| v. | )
| CLAYTON HOMES OF LAFAYETTE, INC. (F/K/A CLAYTON HOMES, INC.), ET AL. | )
| Defendant | )

Civil Action No. 2:09-cv-6566

## Summons in a Civil Action

To: *(Defendant's name and address)*

Clayton Homes of Lafayette, Inc. (F/K/A Clayton Homes, Inc.)
Through its registered agent for service:
John K. Bride
201 Main Street
Suite 810
Lafayette, IN 47902

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

_B. Gregory_
Name of clerk of court

Nov 20 2009

_____
Deputy clerk's signature

Date: _____

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by

≅ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __11/23/2009__, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* __By certified mail__ .

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

Date: __12/03/2009__

Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address

November 20, 2009

**CERTIFIED MAIL: 7009 2250 0004 1428 6523**

John K. McBride
201 Main Street
Suite 810
Lafayette, IN 47902

      Re:    *Jonique Meyers, et al. v Clayton Homes of Lafayette, Inc (F/K/A Clayton Homes, Inc.), et al.* EDLA, Case No: 09-6566

Dear Sir/Madam

    Please accept service on behalf of Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.).

                                    Very truly yours,

                                    Lawrence J. Centola Jr.

LC:tje
See Enclosures



**SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Joseph Dunnuck
C. Date of Delivery 25 N

1. Article Addressed to:

Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.)
Through its Agent for Service of Process
John K. McBride
201 Main Street, Suite 810
Lafayette, IN 47902

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

P.O. Box 1535

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0004 1428 6523

PS Form 3811, February 2004  Domestic Return Receipt 6566  102595-02-M-154

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE
LAFAYETTE IN 47902

| | |
|---|---|
| Postage | $1.73 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.83 |

Postmark Here: NOV 23 2009  11/23/2009

7009 2250 0004 1428 6523

Clayton Homes of Lafayette, Inc. (f/k/a Clayton Homes, Inc.)
Through its Agent for Service of Process
John K. McBride
201 Main Street, Suite 810
Lafayette, IN 47902

PS Form 3800, August 2006  See Reverse for Instructions