O AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAILA BIENEMY O/B/O BREONE MAJOR, ET AL.<br>Plaintiff<br>v.<br>PALM HARBOR MANUFACTURING, LP., ET AL.<br>Defendant | ) | Civil Action No. 2:09-cv-5743 |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

**Palm Harbor Homes, Inc.**
Through its Agent for Service of Process
C T Corporation System
1200 S. Pine Island Road
Plantation, FL 33324 US

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Sarah Dusang
Deputy clerk's signature

Date: Nov 10 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on 11/13/2009, by:

(1) personally delivering a copy of each to the individual at this place, ______________________________ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______________________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ______________________________ ; or

(4) returning the summons unexecuted to the court clerk on ______________ ; or

(5) other *(specify)* By certified mail

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

Date: 12/03/2009

[signature]
Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address

November 2, 2009

***CERTIFIED MAIL: 7009 2250 0004 1429 2647***

Through its Agent for Service of Process
C T Corporation System
1200 S. Pine Island Road
Plantation, FL 33324 US

Re: *Laila Bienemy O/B/O Breone Major, et al. v Palm Harbor Manufacturing, LP, et al.* EDLA, Case No: 09-5743

Dear Sir/Madam

Please accept service on behalf of Palm Harbor Homes, Inc.

Very truly yours,

Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Palm Harbor Homes, Inc.
Through its Agent for Service of Process
CT Corporation System
1200 S. Pine Island Road
Plantation, FL 33324 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7009 2250 0004 1429 2647

PS Form 3811, February 2004 Domestic Return Receipt 5743 102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

7009 2250 0004 1429 2647

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

NOV 13 2009

Palm Harbor Homes, Inc.
Through its Agent for Service of Process
CT Corporation System
1200 S. Pine Island Road
Plantation, FL 33324 US

PS Form 3800, August 2006 See Reverse for Instructions