O AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

PAULA SMITH O/B/O CIERRA SUTTON.  )
           Plaintiff                )
                v.                  )     Civil Action No. 2:09-cv-5710
CRUM AND FORSTER SPECIALTY INSURANCE COMPANY, )
           ET AL.                   )
           Defendant                )
                                    )

## Summons in a Civil Action

To: *(Defendant's name and address)*

**Sentry Insurance a Mutual Company**
Through its registered agent for service:
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Nov 10 2009

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on __11/13/2009__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* __By certified mail__.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

Date: __12/03/2009__

*Server's signature*

Lawrence J. Centola, Jr. - Attorney
*Printed name and title*

600 Carondelet Street
Suite 602
New Orleans, LA 70130
*Server's address*

November 2, 2009

**<u>CERTIFIED MAIL: 7009 2250 0004 1429 2470</u>**

Through its registered agent for service:
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

  Re: *Paula Smith O/B/O Cierra Sutton v Crum & Forster Specialty Insurance Company, et al.* EDLA, Case No: 09-5710

Dear Sir/Madam

  Please accept service on behalf of Sentry Insurance A Mutual Company.

            Very truly yours,

            Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sentry Insurance A Mutual Company
   Through its Registered Agent for Service
   The Corporation Trust Company
   1209 Orange Street
   Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Scott _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: NOV 17 2009

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label):  7009 2250 0004 1429 2470

PS Form 3811, February 2004    Domestic Return Receipt    5710    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here  NOV 13 2009

Article Number: 7009 2250 0004 1429 2470

Sent To:
Sentry Insurance A Mutual Company
Through its Registered Agent for Service
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

PS Form 3800, August 2006    See Reverse for Instructions