O AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH SANCHEZ, ET AL.<br>Plaintiff<br>v.<br>TIMBERLAND RV COMPANY D/B/A ADVENTURE MANUFACTURING., ET AL.<br>Defendant | Civil Action No. 2:09-cv-5701 |

## Summons in a Civil Action

To: *(Defendant's name and address)*

**Timberland RV Company d/b/a Adventure Manufacturing**
Through its Agent for Service of Process
Baker & Daniels
202 S. Michigan St, Suite 1400
South Bend, IN 46601-2020

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Nov 10 2009

*Name of clerk of court*

*Deputy clerk's signature*

Date: _____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on    11/13/2009   ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)*    By certified mail _____
_____.

My fees are $ 0.00    for travel and $ 0.00    for services, for a total of $ 0.00.

Date:    12/03/2009

                                                                  Server's signature

                                          Lawrence J. Centola, Jr. - Attorney
                                                    Printed name and title

                                                    600 Carondelet Street
                                                          Suite 602
                                                New Orleans, LA 70130
                                                         Server's address

November 10, 2009

**_CERTIFIED MAIL: 7009 2250 0004 1429 2388_**

Through its Agent for Service of Process
P.O Box 1210
Peru, IN 46970

      Re:    *Kenneth Sanchez, et al. v Timberland RV Company D/B/A Adventure*
              *Manufacturing, et al.*
              EDLA, Case No: 09-5701

Dear Sir/Madam

    Please accept service on behalf of Timberland RV Company d/b/a Adventure Manufacturing.

                                              Very truly yours,

                                              Lawrence J. Centola Jr.

LC:jld
See Enclosures

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _(signature)_ ☒ Agent ☐ Addressee

B. Received by (Printed Name) KEAN MACOWAN
C. Date of Delivery NOV 6 2009

1. Article Addressed to:

   Timberland RV Company d/b/a
   Adventure Manufacturing
   Through its Agent for Service of Process
   P.O Box 1210
   Peru, IN 46970

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0004 1429 2388

PS Form 3811, February 2004   Domestic Return Receipt   5701   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7009 2250 0004 1429 2388

Timberland RV Company d/b/a Adventure Manufacturing
Through its Agent for Service of Process
P.O Box 1210
Peru, IN 46970

PS Form 3800, August 2006   See Reverse for Instructions