**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | |
| | **LIABILITY LITIGATION** | * | **SECTION "N-5"** |
| | | * | |
| **THIS DOCUMENT RELATES TO:** | | * | **JUDGE ENGELHARDT** |
| *Anthony Bartel and Sherry Bartel v. Gulf* | | * | |
| *Stream Coach, Inc. et al. (Case No. 09-3943)* | | * | **MAGISTRATE CHASEZ** |
| *and Leslie Kujawa, et al. v. Keystone RV Co.,* | | * | |
| *et al. (Case No. 09-3944)* | | * | |

**************************************************************************

## EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, come Anthony Bartel, Sherry Bartel, Leslie Kujawa, Richard Kujawa and Leslie and Richard Kujawa o/b/o of their minor children Blake Kujawa and Devin Kujawa, (hereinafter, "Plaintiffs"), who move this Honorable Court to add Hugh P. Lambert of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana, 70130, as additional counsel of record for Plaintiffs in the above referenced cases.

Hugh P. Lambert is admitted to practice in and in good standing with the United States District Court of the Eastern District of Louisiana.

**WHEREFORE**, Plaintiffs, respectfully request that Hugh P. Lambert be allowed to enroll as additional counsel of record.

1

Respectfully submitted,

 */s/ Ronnie G. Penton*
RONNIE G. PENTON, ESQ.
Trial Counsel for Plaintiffs (MS Bar #30011)
PENTON LAW FIRM
209 Hoppen Place
Bogalusa, Louisiana 70427
Phone: (985) 732-5651
Facsimile: (985) 735-5579
fecourtmail@rgplaw.com


 */s/ Maryanna Penton*
MARYANNA PENTON, ESQ.
Trial Counsel for Plaintiffs (MS Bar #102979)
PENTON LAW FIRM
209 Hoppen Place
Bogalusa, Louisiana 70427
Phone: (985) 732-5651
Facsimile: (985) 735-5579
fecourtmail@rgplaw.com


 */s/ Hugh P. Lambert*

 HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 3rd day of December, 2009.

                                                                 */s/ Ronnie G. Penton*
                                                                 RONNIE G. PENTON, ESQ. MS Bar #30011