UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                            MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                                SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Tanika Bell, et al. v. Gulf Stream Coach, Inc., et al.,*
No. 09-6149 (MD-LA No. 3:09-cv-00498)
**************************************************************************

### FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come **Tanika Bell, *et al.*,** who supplement and amend their original Complaint for Damages *Tanika Bell, et al. v. Gulf Stream Coach, Inc., et al.,* No. 09-6149 (Rec. Doc. 1-2) (*and see* MD-LA No. 3:09-cv-00498, Rec. Doc. 1) filed on July 28, 2009, and transferred to this Court pursuant to a Conditional Transfer Order (Rec. Doc. 1) on September 11, 2009.  Plaintiffs seek to supplement and amend the original Complaint for Damages, to add the named plaintiff(s) listed in Exhibit A, attached, to add an additional No-Bid contractor defendant, and to reassert all claims against the defendants named herein.

While no answer has been filed in the underlying matter, responsive pleadings in the form of "Preservation of Defenses" may have been filed by one or more of the defendants. Plaintiffs herein simply desire to file a First Supplemental and Amending Complaint for Damages to include the additional parties plaintiff.  No undue prejudice will result in allowing the attached First Supplemental and Amending Complaint for Damages to be filed since no trial date has yet been scheduled.

1

Plaintiffs supplement and amend the original, underlying Complaint for Damages, as amended, in the following respects and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein.

1.

By supplementing **Section I.** (Parties), paragraph 2 of the Original Complaint for Damages by adding as parties plaintiff hereto the individuals who are all named in the annexed listing of all Named Plaintiffs (hereinafter, "Exhibit A").

2.

By supplementing **Section I.** (Parties), paragraph 6 of the Original Complaint for Damages by adding as parties defendant the following No-Bid contractor defendants:

"6.(A) **CH2M Hill Constructors, Inc.** ("CH2M")(collectively with Shaw and Fluor, hereinafter the "No-Bid Defendants"), a Florida corporation with its principal place of business in Englewood, Colorado, licensed to do business in the State of Louisiana and in good standing, received a No-Bid contract from FEMA and was tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita."

3.

By amending **Section II.** (Jurisdiction and Venue), paragraph 12 of the Original Complaint for Damages to read as follows:

"11.    The **No- Bid Defendants, CH2M, Shaw and Fluor** are subject to the in personam jurisdiction of this Court because they do sufficient business in the State of Louisiana

and within this federal district to confer same, and at all relevant times hereto engaged in commerce both in this federal district and in the State of Louisiana with respect to the activities and claims which are the subject of this litigation."

WHEREFORE, plaintiffs respectfully supplement and amend the Original Complaint for Damages in the foregoing respects, they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

        Respectfully submitted,

        LAW OFFICES OF SIDNEY D. TORRES, III,
        *A PROFESSIONAL LAW CORPORATION*

        BY:_____s/ Roberta L. Burns_____
        SIDNEY D. TORRES, III, La. Bar No. 12869
        ROBERTA L. BURNS, La. Bar No. 14945
        DAVID C. JARRELL, La. Bar No. 30907
        8301 W. Judge Perez Drive
        Suite 303
        Chalmette, Louisiana 70043
        Telephone: (504) 271-8421
        **Counsel for plaintiffs**

**SERVICE OF PROCESS INFORMATION**

1. **The United States of America**
   Through the United States Attorney General,
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
   And
   Through the Office of the U.S. Attorney for the Middle District of Louisiana
   Through David R. Dugas, United States Attorney
   Russell B. Long Federal Courthouse
   777 Florida Street, Suite 208
   Baton Rouge, LA 70801

2. **Federal Emergency Management Agency**
   Through the Office of the Director
   Administrator of the Federal Emergency Management Agency
   500 C Street S.W.
   Washington, D.C. 20472

3. **Gulf Stream Coach, Inc.**
   Through its Agent for Service of Process
   Kenneth C, Brinker
   503 South Oakland
   Nappannee, IN 46550

4. **Fluor Enterprises, Inc.**
   Through its Counsel of Record
   Charles Penot
   Middleberg Riddle and Gianna
   KPMG Centre, Suite 2400
   717 Harwood
   Dallas, TX 75201

5. **Shaw Environmental, Inc.**
   Through its Counsel of Record
   Karen Whitfield
   Baker Donelson, Bearman, Caldwell & Berkowitz, PC
   201 St. Charles Ave.
   Suite 3600
   New Orleans, LA 70170

6. **CH2M Hill Constructors, Inc.**
   Through its Agent for Service of Process

C T CORPORATION SYSTEM
5615 CORPORATE BLVD., STE. 400B
BATON ROUGE, LA 70808

And through its Counsel of Record
Gerardo Barrios
Baker Donelson, Bearman, Caldwell & Berkowitz, PC
#3 Sanctuary Boulevard
Suite 201
Mandeville, LA 70471