UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER					MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
							SECTION "N" (4)
THIS DOCUMENT RELATES TO:
*Sunshine Augustine, et al. v. Fleetwood Canada, LTD., et al.,*
No. 09-6903 (SD-MS No. 1:09-cv-526)
****************************************************************************

## ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the First Supplemental and Amended Complaint for Damages.

THIS DONE the ____ day of _____, 2009, New Orleans, Louisiana.

							_____
							J U D G E