# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                                      SECTION "N" (4)
THIS DOCUMENT RELATES TO:
*Sunshine Augustine, et al. v. Fleetwood Canada, LTD., et al.,*
No. 09-6903 (SD-MS No. 1:09-cv-526)
*******************************************************************************

## FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come   **Sunshine Augustine, *et al.*,**

who supplement and amend their original Complaint for Damages *Sunshine Augustine, et al. v.*

*Fleetwood Canada, LTD., et al.,* No. 09-6903 (Rec. Doc. 1-2)  (*see also* SD-MS No.1:09-cv-526,

Rec. Doc. 1) filed on July 30, 2009, and subsequently transferred to this Court pursuant to

Conditional Transfer Order entered on October 22, 2009 (Rec. Doc. 7). Plaintiffs seek to

supplement and amend the original Complaint for Damages, as previously amended, to add the

named plaintiff(s) listed in Exhibit A, attached, and to reassert all claims against the defendants

named herein.

While no answer has been filed in the underlying matter, responsive pleadings in the

form of "Preservation of Defenses" may have been filed by one or more of the defendants.

Plaintiffs herein simply desire to file a First Supplemental and Amending Complaint for

Damages to include the additional parties plaintiff.  No undue prejudice will result in allowing

the attached First Supplemental and Amending Complaint for Damages to be filed since no trial

date has yet been scheduled.

1

Plaintiffs supplement and amend the original, underlying Complaint for Damages, as amended, in the following respects and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein.

1.

By supplementing **Section I.** (Parties), paragraph 2 of the Original Complaint for Damages by adding as parties plaintiff hereto the individuals who are all named in the annexed listing of all Named Plaintiffs (hereinafter, "Exhibit A").

WHEREFORE, plaintiffs respectfully supplement and amend the Original Complaint for Damages in the foregoing respects, they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:_____s/ Roberta L. Burns_____
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
***Counsel for plaintiffs***

2

**SERVICE OF PROCESS INFORMATION**

1.  **The United States of America**
    Through the United States Attorney General,
    Hon. Eric H. Holder, Jr.
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001
    And
    Through the Office of the U.S. Attorney for the Eastern District of Louisiana
    Through Jim Letten, United States Attorney
    Hale Boggs Federal Building
    500 Poydras Street, Suite B-210
    New Orleans, Louisiana 70130

2.  **Federal Emergency Management Agency**
    Through the Office of the Director
    Administrator of the Federal Emergency Management Agency
    500 C Street S.W.
    Washington, D.C. 20472

3.  **Fluor Enterprises, Inc.**
    Through its Counsel of Record
    Charles Penot
    Middleberg Riddle and Gianna
    KPMG Centre
    Suite 2400
    717 Harwood
    Dallas, TX 75201

4.  **CH2M Hill Constructors, Inc.**
    Through its Counsel of Record
    Gerardo Barrios
    Baker Donelson, Bearman, Caldwell & Berkowitz, PC
    #3 Sanctuary Boulevard
    Suite 201
    Mandeville, LA 70471

5.  **Bechtel National, Inc**.
    Through its Counsel of Record
    Peter Tafaro
    Frilot, LLC
    1100 Poydras Street, Suite 3700
    New Orleans, LA  70163