## UNITED STATES DISTRICT COURT

## SOUTHERN DIVISION

## FLEETWOOD

(1)   MARY NIKOLAUS, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FLEETWOOD** and installed by **UNKNOWN** was located at **Picayune, MS 39466**.

**Exhibit A**