UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION | SECTION "N" (4) |

THIS DOCUMENT RELATES TO:
*Diane Alice Chalaire, et al. v. Forest River, Inc., et al.,*
No. 09-6717 (SD-MS No. 1:09-cv-00527)
**************************************************************************

### PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come plaintiffs, **Diane Alice Chalaire, et al.**, who, for the reasons set forth in the memorandum attached hereto, respectfully move the Court for leave to file the First Supplemental and Amended Complaint for Damages submitted herewith.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:      s/Roberta L. Burns, Esq.
   SIDNEY D. TORRES, III, La. Bar No. 12869
   ROBERTA L. BURNS, La. Bar No. 14945
   DAVID C. JARRELL, La. Bar No. 30907

1

                8301 W. Judge Perez Drive
                Suite 303
                Chalmette, Louisiana 70043
                Telephone: (504) 271-8421
                ***Counsel for plaintiffs***

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 4, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                   s/Roberta L. Burns, Esq.
                  ROBERTA L. BURNS (#14945)