# UNITED STATES DISTRICT COURT

## SOUTHERN DIVISION

## FOREST RIVER

(1)  FRANCES S. MASCARO, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **BECHTEL** was located at **Carriere, MS 39466**.

(2)  LOUIS RALPH MASCARO, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **BECHTEL** was located at **Carriere, MS 39466**.

**Exhibit A**