

A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Dec 04, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    DEC - 4 2009

LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Nov 18, 2009

FILED
CLERK'S OFFICE

**IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION**

MDL No. 1873

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-18)**

On October 24, 2007, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 428 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 04, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Fse
Process
X Dkt
CtrmDep
Doc. No.

**IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION**             MDL No. 1873

### SCHEDULE CTO-18 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.N/5 |
|---|---|---|
| **ALABAMA SOUTHERN** | | |
| ALS 1 09-389 | Ralph Sprinkle, et al. v. Keystone RV Co., et al. | 09-7524 |
| ALS 1 09-390 | Vivian Allison, et al. v. Gulf Stream Coach, Inc., et al. | 09-7525 |
| ALS 1 09-391 | Iradell Armstrong, et al. v. Gulf Stream Coach, Inc., et al. | 09-7526 |
| ALS 1 09-395 | George Sprinkle, et al. v. DS Corp., et al. | 09-7527 |
| ALS 1 09-396 | Dustin Brockley, et al. v. Keystone RV Co., et al. | 09-7528 |
| ALS 1 09-397 | Roger Branch, et al. v. Fleetwood Enterprises, Inc., et al. | 09-7529 |
| ALS 1 09-472 | Tisha Adams, et al. v. Pilgrim International, Inc., et al. | 09-7530 |
| ALS 1 09-475 | Walter Harris v. Monaco Coach Corp., et al. | 09-7531 |
| ALS 1 09-476 | Ruby Henderson, et al. v. Fleetwood Enterprises, Inc., et al. | 09-7532 |
| ALS 1 09-478 | Herman Pruitt, et al. v. Keystone RV Co., et al. | 09-7533 |
| ALS 1 09-479 | Dorothy Seaman, et al. v. R-Vision, Inc., et al. | 09-7534 |
| ALS 1 09-480 | Bethany Strickland, et al. v. River Birch Homes, L.L.C., et al. | 09-7535 |
| ALS 1 09-481 | Sara Tillman, et al. v. Dutchmen Manufacturing, Inc., et al. | 09-7536 |
| ALS 1 09-595 | Larry Banks, et al. v. Jayco, Inc., et al. | 09-7537 |
| ALS 1 09-598 | Natasha Taylor, etc. v. KZRV LP, et al. | 09-7538 |
| | | |
| **LOUISIANA WESTERN** | | |
| LAW 1 09-1376 | Stephanie Chaisson, et al. v. DS Corp., et al. | 09-7539 |
| LAW 2 09-770 | David Meche, et al. v. Skyline Corp., et al. | 09-7540 |
| LAW 2 09-1295 | Eva Daigle v. American International Specialty Lines Co., et al. | 09-7541 |
| LAW 2 09-1300 | Belinda Keddy v. American International Specialty Lines Co., et al. | 09-7542 |
| LAW 2 09-1315 | Nikeya Ardie, et al. v. Keystone RV Co., et al. | 09-7543 |
| LAW 2 09-1323 | Chad McLaughlin, et al. v. Keystone RV Co., et al. | 09-7544 |
| LAW 2 09-1361 | Cody Edward Carpenter, et al. v. River Ridge, Inc. | 09-7545 |
| LAW 6 09-1358 | Belle Greene, et al. v. Keystone RV Co., et al. | 09-7546 |
| LAW 6 09-1362 | Charles Merriell v. Keystone RV Co., et al. | 09-7547 |
| | | |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 1 09-370 | Coleman Ruiz, et al. v. Jayco, Inc., et al. | 09-7548 |

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone:  [202] 502-2800
Fax:             [202] 502-2888
http://www.jpml.uscourts.gov

December 4, 2009

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re:  MDL No. 1873 -- IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

(See Attached CTO-18)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on November 18, 2009.  As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel and judges are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Tanisha Spinner
Tanisha Spinner
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:  Judge Kurt D. Engelhardt

JPML Form 36A

**IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION**                     MDL No. 1873

## INVOLVED COUNSEL LIST (CTO-18)

Michael F. Cavanaugh
P.O. Drawer 1911
Biloxi, MS 39533-1911

Kevin W. Grillo
WATTS HILLIARD LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

Robert C. Hilliard
WATTS HILLIARD LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

Richard P. Ieyoub
CARLETON DUNLAP OLINDE & MOORE LLC
One American Place
Suite 900
Baton Rouge, LA 70825

Michael David Kurtz
BAKER DONELSON BEARMAN CALDWELL
   & BERKOWTIZ
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Gerald Edward Meunier
GAINSBURGH BENJAMIN DAVID MEUNIER
   & WARSHAUER LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

Matthew B. Moreland
BECNEL LAW FIRM LLC
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-0519

Ronnie G. Penton
LAW OFFICES OF RONNIE G PENTON
209 Hoppen Place
Bogalusa, LA 70427

James Michael Priest
GILL LADNER & PRIEST
403 S. State Street
Jackson, MS 39201-5020

Dennis C. Sweet, III
SWEET & ASSOCIATES
158 East Pascagoula Street
Jackson, MS 39201

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS PFISTER
   & WEINSTOCK
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

**IN RE: FEMA TRAILER FORMALDEHYDE**
**PRODUCTS LIABILITY LITIGATION**                    MDL No. 1873

## INVOLVED JUDGES LIST (CTO-18)

Hon. Sonja Faye Bivins
U.S Magistrate Judge
308 John A. Campbell United States Courthouse
113 St. Joseph Street
Mobile, AL 33602

Hon. Charles R. Butler, Jr.
Senior U.S. District Judge
John A. Campbell U.S. Courthouse
113 St. Joseph Street
4th Floor
Mobile, AL 36602-3606

Hon. William E. Cassady
U.S. Magistrate Judge
306 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3624

Hon. Kristi K. DuBose
U.S. District Judge
101 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

Hon. Callie V.S. Granade
Chief Judge, U.S. District Court
123 John A. Campbell U.S. Crthse.
113 St. Joseph Street
Mobile, AL 36602-3621

Hon. Richard T. Haik, Sr.
U.S. District Judge
4200 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Tucker L. Melancon
Senior U.S. District Judge
4700 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Bert W. Milling, Jr.
U.S. Magistrate Judge
301 U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr. U.S. Courthouse
    & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. Katherine P. Nelson
U.S. Magistrate Judge
101 John A. Campbell United States Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Hon. Sul Ozerden
U.S. District Judge
United States District Court
714 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. William H. Steele
U.S. District Judge
113 St. Joseph Street
Box 20
Mobile, AL 36602

Hon. James T. Trimble, Jr.
Senior U.S. District Judge
237 Edwin F. Hunter Jr. U.S. Courthouse
    & Federal Building
611 Broad Street
Lake Charles, LA 70601