OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: December 4, 2009

In re: FEMA Trailer Litigation
No. 07-1873, Section N-5

Dear Sir:

Please (issue) summons on the Fourth Supplemental and Amended Administrative Master Complaint to the following:

1. **Sunray Investments, LLC f/k/a Sunray RV, LLC**
   Through its Agent for Service of Process
   Alan Neely
   405 South Broad St.
   New Tazewell, TN 37825

2. **Davis Professional Accounting Services, L.L.C.**
   Through its Agent for Service of Process
   Corinthia Davis
   650 Poydras
   STE. 2242
   New Orleans, LA 70130

3. **MLU Services, Inc.**
   Through its Agent for Service of Process
   William L. Ulm
   10940 East I-10 Service Rd.
   New Orleans, LA 70122

4. **MLU Services, Inc.**
   Through its corporate headquarters
   William L. Ulm or Marcia L. Ulm
   5789 Hawthorne Ave.
   Athens, GA 30606

5.  **TKTMJ, Inc.**
    Through its Agent for Service of Process
    Yvonne R. Tubre
    623 Patrick Rd.
    Natchitoches, LA 71457

6.  **PRI/DJI, A Reconstruction JV**
    Through Agent for Service of Process for **Project Resources, Inc. Of California**
    National Registered Agents, Inc.
    1011 N. Causeway Boulevard, Suite 3
    Mandeville, Louisiana 70471

7.  **PRI/DJI, A Reconstruction JV**
    Through Agent for Service of Process for **Del-Jen, Inc.**
    Corporation Service Company
    320 Somerulos Street
    Baton Rouge, Louisiana 70802-6129

Very truly yours,

*Justin I. Woods/s*
JUSTIN I. WOODS
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304
Attorney for Plaintiff