*Stephanie Yvonne Ables, et al v. Gulf Stream Coach, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Ables | Stephanie | Yvonne | 1807 Bienville Blvd. | Ocean Springs | MS | 39564 |
| 2 | Agee | Shirley | | 126 Cherry Court | Gulfport | MS | 39501 |
| 3 | Alexander | Montrell | D. | 3416 Chicot Street, Apt. #18 | Pascagoula | MS | 39381 |
| 4 | Allen | Ruth | E. | 616 Plum Street | Oecan Springs | MS | 39564 |
| 5 | Allen | David | Eugene | 4603 Seminole Avenue | Pascagoula | MS | 39581 |
| 6 | Anderson | Harriett | Marie | 1533 Lima Drive | Gautier | MS | 39553 |
| 7 | Anderson | Willie | Daniel | 1533 Lima Drive | Gautier | MS | 39553 |
| 8 | Angus | Marcy | Ann | 2006 Rosevelt Street | Pascagoula | MS | 39581 |
| 9 | Argote | Donna | | 1311 22nd Street, Lot #12 | Pascagoula | MS | 39581 |
| 10 | Arrington | Joseph | Denver | 809 East 12th Street | Laurel | MS | 39440 |
| 11 | Attia | Joel | Barton | Post Office Box 1323 | Escatawpa | MS | 39552 |
| 12 | Attia | Amanda | | 3728 Britt Ave. | Moss Point | MS | 39563 |
| 13 | Attia | Connie | | 3728 Britt Ave. | Moss Point | MS | 39563 |
| 14 | Barnett | Beverly | A. | 90 East Railroad Street, Lot #36 | Gulfport | MS | 39507 |
| 15 | Batiste | Leoutha | Arnaze | 6331 Shortcut Road | Moss Point | MS | 39563 |
| 16 | Battles | Betty | J. | 3800 Magnolia Street | Moss Point | MS | 39563 |
| 17 | Battles, individually and as mother as next of friend of A.J. | Gayla | L. | 3800 Magnolia Street | Moss Point | MS | 39563 |
| 18 | Battles | Sandra | | 3800 Magnolia Street | Moss Point | MS | 39563 |
| 19 | Beard | Carol | | 530 Vickie Drive | D'Iberville | MS | 39540 |
| 20 | Beard | Issac | | 530 Vickie Drive | D'Iberville | MS | 39540 |
| 21 | Beard | Rodney | | 530 Vickie Drive | D'Iberville | MS | 39540 |
| 22 | Beckham | David | Leon | 1533 Lima Drive | Gautier | MS | 39553 |
| 23 | Benjamin | Regina | L. | 3000 Brazil Street, Apt. H-162 | Pascagoula | MS | 39581 |
| 24 | Bennett | Charles | Edward | 9408 Windrow Place | Moss Point | MS | 39562 |
| 25 | Bennett, individually and as mother and next of friend of I.B. and T.B. | Elesha | Denise | 9408 Windrow Place | Moss Point | MS | 39562 |
| 26 | Blake | Ben | | 1203 School Avenue | Pascagoula | MS | 39567 |
| 27 | Blythe | April | L. | 4310 Old Saracenia Road | Moss Point | MS | 39563 |
| 28 | Blythe, individually and as mother and next of friend of C.M. | Sharon | Atwell | 4310 Old Saracenia Road | Moss Point | MS | 39563 |
| 29 | Bradford, individually and as mother and next of friend of D.B.and D.B. | Cassandra | | 3800 Magnolia Street | Moss Point | MS | 39563 |
| 30 | Bragg, individually and as mother and next of friend of A.B. and J.N. | Rita | G. | 4407 Griffin Street | Moss Point | MS | 39563 |
| 31 | Brinkman | Dustin | Levi | 4607 Burns Street | Moss Point | MS | 39563 |
| 32 | Brister, individually and as mother and next of friend of T.B. | Candy | S. | 210 Turner Street | Bay St. Louis | MS | 39520 |
| 33 | Broach, individually and as mother and next of friend of J.B. and M.B. | Elishea | | 9245 Caundet Road, Apt. 178 | Gulfport | MS | 39503 |
| 34 | Brown | Abasi | | 332 Magnolia Street | Biloxi | MS | 39530 |
| 35 | Brown | Aisha | | 332 Magnolia Street | Biloxi | MS | 39530 |
| 36 | Brown | Beverly | | 37 Dogwood Court | Gulfport | MS | 39501 |
| 37 | Brown | Larry | | 37 Dogwood Court | Gulfport | MS | 39501 |
| 38 | Brown | Takiyahia | | 332 Magnolia Street | Biloxi | MS | 39530 |
| 39 | Burns | Sandra | Lynn | 1202 Bel-Air Street, Apt.7 | Pascagoula | MS | 39567 |
| 40 | Cameron | Margaret | Ann | 3606 Catalina St. | Pascagoula | MS | 39581 |
| 41 | Carter | Barbara | R. | 4106 Pearl Street | Moss Point | MS | 39563 |
| 42 | Cole | John | E. | Post Office Box 8888 | Moss Point | MS | 39563 |
| 43 | Cole | Paulette | L. | Post Office Box 8888 | Moss Point | MS | 39563 |
| 44 | Collins | Doris | J. | 121 Cherry Court | Gulfport | MS | 39501 |
| 45 | Collins | Jessica | A. | 2206 Calle De Arena | Gautier | MS | 39553 |
| 46 | Collins | John | | 2206 Calle De Arena | Gautier | MS | 39553 |
| 47 | Collins | Shawn | O. | 2206 Calle De Arena | Gautier | MS | 39553 |

*Stephanie Yvonne Ables, et al v. Gulf Stream Coach, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 48 | Collins | Armilla | Z. | 2206 Calle De Arena | Gautier | MS | 39553 |
| 49 | Combs | Christine | | 624 Roy Street, Apt. B | Biloxi | MS | 39531 |
| 50 | Courtney | James | B. | 15228 Lemoyne Blvd., Lot #28 | Biloxi | MS | 39532 |
| 51 | Cronier | William | Glen | 10200 Highway 613, Lot #29 | Moss Point | MS | 39562 |
| 52 | Cunnigham | Corwin | Marcos | 2310 Polk Avenue | Pascagoula | MS | 39567 |
| 53 | Davison | Tracey | Evette | 1223 School Street | Pascagoula | MS | 39567 |
| 54 | Dawson | Carole | | Post Office Box 5353 | Moss Point | MS | 39563 |
| 55 | Dawson | Steven | | Post Office Box 5353 | Moss Point | MS | 39563 |
| 56 | Demouey, individually and as mother and next of friend of A.D. | Angela | Dawn | 4607 Burns Street | Moss Point | MS | 39563 |
| 57 | Demouey | Daniel | | 4607 Burns Street | Moss Point | MS | 39563 |
| 58 | Denis, Jr. | Maceo | | 1203 School Avenue | Pascagoula | MS | 39567 |
| 59 | Duckworth | Eugene | | 4210 Old Mobile Highway | Pascagoula | MS | 39581 |
| 60 | Edgerton, Sr. | Tyrone | Jones | 357 Auguste Court | Biloxi | MS | 39530 |
| 61 | Ester, Jr. | Robert | | 118 Cherry Court | Gulfport | MS | 39501 |
| 62 | Evans | Charlotta | Renee | 332 Magnolia Street | Biloxi | MS | 39530 |
| 63 | Evans | Denver | | 332 Magnolia Street | Biloxi | MS | 39530 |
| 64 | Fairley | Eva | Mae | 1009 School Street | Pascagoula | MS | 39567 |
| 65 | Ferguson, II. | Earnest | | 2804 Duberry Drive, Apt. 603 | Gautier | MS | 39553 |
| 66 | Fisher | Timothy | A. | Post Office Box 393 | Pascagoula | MS | 39568 |
| 67 | Fletcher | Shannon | Wayne | 14700 High Point Road | Vancleave | MS | 39565 |
| 68 | Forehand, individually and as mother and next of friend of A.L.A. and S.L.F. | Velana | L. | 14700 High Point Road | Vancleave | MS | 39565 |
| 69 | Fouche, individually and as mother and next of friend of C.M. | Pamela | L. | 8319 George Avenue | Gulfport | MS | 39501 |
| 70 | Gandy | Alice | Marie | 4215 Martha Court | Pascagoula | MS | 39581 |
| 71 | Gandy | John | P. | 4215 Martha Court | Pascagoula | MS | 39581 |
| 72 | Gardner | Darren | | Post Office Box 693 | Escatawpa | MS | 39552 |
| 73 | Gibson | Gregory | Allen | 1202 Bel-Air Street, Apt.7 | Pascagoula | MS | 39567 |
| 74 | Gildersleeve | Debra | | 4706 Griffin Street | Moss Point | MS | 39563 |
| 75 | Gilliam, individually and as mother and next of friend of J.W. | Anna | | Post Office Box 727 | Gulfport | MS | 39502 |
| 76 | Gilliam | Paula | Lopez | 640 26th Street | Gulfport | MS | 39501 |
| 77 | Graham, individually and as mother and next of friend of M.G. | Mary | Lorraine | 1802 Monroe Street | Pascagoula | MS | 39567 |
| 78 | Graham | Richard | | 1802 Monroe Street | Pascagoula | MS | 39567 |
| 79 | Graves | Minnie | | 3908 Monterey Drive | Gulfport | MS | 39501 |
| 80 | Griffin | Pamela | Jenetta | 10484 Seymour Avenue | D'Iberville | MS | 39540 |
| 81 | Griffin | Brandon | | 295 Kuhn Street | Biloxi | MS | 39530 |
| 82 | Griffin | Debra | | 295 Kuhn Street | Biloxi | MS | 39530 |
| 83 | Hall, individually and as mother and next of friend of C.F.and L.G. | Jessica | Kyler | 5800 Martin Bluff, #103 | Gautier | MS | 39553 |
| 84 | Halsell | Venetta | | 2800 19th Avenue, Lot 65 | Gulfport | MS | 39501 |
| 85 | Handshaw | Leslie | M. | 394 Main Street | Biloxi | MS | 39530 |
| 86 | Hardin | Kendall | Lamaurice | 18113 Highway 26 West, Apt. B-5 | Lucedale | MS | 39452 |
| 87 | Harness | Dorothy | | 253 Graham Avenue | Biloxi | MS | 39530 |
| 88 | Harrell, individually and as mother and next of friend of L.B.and N.B. | Kimberly | Leann | 3201 Prescott Street | Moss Point | MS | 39562 |
| 89 | Harris | Kimberly | | 123 Cherry Court | Gulfport | MS | 39501 |
| 90 | Hayes | Terry | Ray | 2101 Ladnier Road, Lot #95 | Gautier | MS | 39553 |
| 91 | Haynes | Bari | Jo | 4119 Briggs Street | Moss Point | MS | 39563 |
| 92 | Haynes | Harold | Milton | 4119 Briggs Street | Moss Point | MS | 39563 |
| 93 | Henderson | Ethel | Lee | 2775 Fernwood Road, #28 | Biloxi | MS | 39530 |
| 94 | Henderson | Tameka | R. | 14547 Indian Trails Circle | Biloxi | MS | 39532 |
| 95 | Hernandez | Oscar | Manuel | Post Office Box 12 | Pascagoula | MS | 39553 |

*Stephanie Yvonne Ables, et al v. Gulf Stream Coach, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 96 | Holloway | Clemestine | | 2313 Calle Desoto | Gautier | MS | 39553 |
| 97 | Hover | Cheryl | Lee | 601 Liz Circle | Gulfport | MS | 39502 |
| 98 | Hover | Robert | Grandville | 601 Liz Circle | Gulfport | MS | 39503 |
| 99 | Hunter | Fitzroy | G. | 2212 Hewes Avenue | Gulfport | MS | 39507 |
| 100 | Hurd | Eva | M. | 6106 Orange Grove Road | Moss Point | MS | 39563 |
| 101 | Hurd | Laquita | | 6106 Orange Grove Road | Moss Point | MS | 39563 |
| 102 | Hurd, Jr. | Willie | A. | 6106 Orange Grove Road | Moss Point | MS | 39563 |
| 103 | Jack | Lynda | | Post Office Box 873 | Lucedale | MS | 39452 |
| 104 | Jackson, father and next of friend of A.J. | Anthony | | 316 Reynoir Street | Biloxi | MS | 39530 |
| 105 | Jackson, father and next of friend of K.J. | Anthony | | 316 Reynoir Street | Biloxi | MS | 39530 |
| 106 | Jenkins, individually and as father and next of friend of J.J.and J.J. | Jerome | Kenneth | 4900 Old Mobile Highway, Apt #L-86 | Pascagoula | MS | 39581 |
| 107 | Johnson | Alexander | Lee | 8408 Autumn Ridge Drive | Ocean Springs | MS | 39564 |
| 108 | Johnson | Chadrick | | 3502 Oakland | Pascagoula | MS | 39581 |
| 109 | Johnson | Dereka | Danell | 2642 Knollwood Drive | Montgomery | AL | 36116 |
| 110 | Johnson | Oliver | Chris | 3530 Davis Street | Moss Point | MS | 39563 |
| 111 | Johnson | Ruby | | Post Office Box 1040 | Gautier | MS | 39553 |
| 112 | Johnson | Sallie | Mae | Post Office Box 407 | Perkinston | MS | 39573 |
| 113 | Johnson | Terrica | DeShun | 37 Dogwood Court | Gulfport | MS | 39501 |
| 114 | Johnson | Tremaine | | 37 Dogwood Court | Gulfport | MS | 39501 |
| 115 | Johnson, individually and as mother and next of friend of A.T. | Edna | Ruth | 5610 Rose Drive | Moss Point | MS | 39563 |
| 116 | Johnson, Sr. | Andre' | | 3800 Magnolia Street | Moss Point | MS | 39563 |
| 117 | Johnson-Patterson, individually and as mother and next of friend of K.P. | Iris | V. | 18000 Restoration Circle | Gulfport | MS | 39503 |
| 118 | Kea, individually and as mother and next of friend of B.J. | Robin | R. | 3502 Oakland Street | Pascagoula | MS | 38591 |
| 119 | Kennedy | Yvonne | L. | 8092 34th Avenue | Gulfport | MS | 39501 |
| 120 | Keyes | Bobby | | 126 Cherry Street | Gulfport | MS | 39501 |
| 121 | Keyes | Talafarron | | 123 Cherry Court | Gulfport | MS | 39501 |
| 122 | Keyes | Vinia | Mae | 126 Cherry Street | Gulfport | MS | 39501 |
| 123 | King | Jeffrey | | 4703 Seminole Avenue | Pascagoula | MS | 39581 |
| 124 | Knight | James | F. | 45 Holly Circle | Gulfport | MS | 39501 |
| 125 | Knight | Sarah | | 45 Holly Circle | Gulfport | MS | 39501 |
| 126 | Lamb, individually and as mother and next of friend of H.S.and S.L. | Lisa | | 1720 Beachview Road | Ocean Springs | MS | 39564 |
| 127 | Lamb | Thomas | | 1720 Beachview Road | Ocean Springs | MS | 39564 |
| 128 | Laster, individually and as mother and next of friend of E.L. and K.J. | Nicole | Denise | 2313 Old Mobile Avenue, Apt. 811 | Pascagoula | MS | 39581 |
| 129 | Lavinghouse | David | Len | 4811 Fairmont Avenue | Pascagoula | MS | 39581 |
| 130 | Lee | Anesha | A. | 14510 Madison Street, Apt.#A | Gulfport | MS | 39501 |
| 131 | Lee | Carolyn | | 10530 Three Rivers Road, Lot 161 | Gulfport | MS | 39503 |
| 132 | Lee | Jeremy | D. | 10530 Three Rivers Road, Lot 161 | Gulfport | MS | 39503 |
| 133 | Lee, Jr. | James | | 875 Strawberry Street | Biloxi | MS | 39530 |
| 134 | Leggins, individually and as mother and next of friend of D.B., E.S., J.L., J.N., J.L., and Q.C. | Temikka | | 2204 Cleveland Avenue | Pascagoula | MS | 39567 |
| 135 | Lennon, individually and as guardian and next of friend of Jordyn Lennon | Maria | R. | 1501 Popps Ferry Road, Lot #X4 | Biloxi | MS | 39532 |
| 136 | Lett | Mary | C. | 1009 School Street | Pascagoula | MS | 39567 |