*Stephanie Yvonne Ables, et al v. Gulf Stream Coach, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Beard | Issac |  | 530 Vickie Drive | D'Iberville | MS | 39540 |
| 2 | Bilbo, individually and as father and next of friend of D.B. | Warren | A. | 2705 Auburn Drive | Gautier | MS | 39553 |
| 3 | Boyd | James | D. | 3606 Catalina St. | Pascagoula | MS | 39581 |
| 4 | Boyd, individually and as mother and next of friend of S.C. and Z.C. | Natasha | Marie | 2002 Ducayet Street | Pascagoula | MS | 39567 |
| 5 | Boyd, Jr. | John | A. | 3606 Catalina St. | Pascagoula | MS | 39581 |
| 6 | Lavinghouse, father and next of friend of A.L. | David | Len | 4811 Fairmont Avenue | Pascagoula | MS | 39581 |
| 7 | Lavinghouse, father and next of friend of D.L. | David | Len | 4811 Fairmont Avenue | Pascagoula | MS | 39581 |
| 8 | Osborne | Evelyn | Denise | 3606 Catalina St. | Pascagoula | MS | 39581 |
| 9 | Seymour | Lauren | Denise | 10687 Auto Mall Pkwy. | D'Iberville | MS | 39540 |