*Stephanie Yvonne Ables, et al v. Gulf Stream Coach, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Lavinghouse, father and next of friend of A.L. | David | Len | 4811 Fairmont Avenue | Pascagoula | MS | 39581 |
| 2 | Lavinghouse, father and next of friend of D.L. | David | Len | 4811 Fairmont Avenue | Pascagoula | MS | 39581 |