# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**DONIELLE S. MORAZAN, FOR HER MINOR CHILD**

        **Plaintiff,**           CIVIL ACTION NO.  09-7482

**VERSUS**          SECTION N, MAGISTRATE 5

**KEYSTONE RV COMPANY, SHAW ENVIRONMENTAL, INC., FLUOR ENTERPRISES, INC., AND CH2M HILL CONSTRUCTORS, INC.**

        **Defendants.**

## CONCURRENCE IN REMOVAL

Defendant Keystone RV Company (Keystone) hereby concurs in the removal of this action.

Keystone further suggests that this action is a potential tag-along action in the *In re FEMA Formaldehyde Products Liability Litigation*, No. 07-MD-1873, currently pending the United States District Court for the Eastern District of Louisiana.

        Respectfully submitted,

        *s/Ryan E. Johnson*

        _____
        James C. Percy (La. Bar No. 10413)
        Ryan E. Johnson (La. Bar No. 26352)
        **JONES, WALKER, WAECHTER, POITEVENT,**

{B0628339.1}

       **CARRERE & DENEGRE, LLP**
       Four United Plaza
       8555 United Plaza Boulevard
       Baton Rouge, LA  70809
       Telephone: (225) 248-2080
       Facsimile:  (225) 248-3080

         -and-

       Madeleine Fischer (La. Bar No. 5575)
       Jones, Walker, Waechter, Poitevent,
       Carrère & Denègre, L.L.P.
       201 St. Charles Avenue, 49th floor
       New Orleans, LA   70170
       Telephone:  (504) 582-8000
       Facsimile:  (504) 589-8208

       *Counsel for Defendant Keystone RV Company*


## CERTIFICATE OF SERVICE

   I hereby certify that on this 4th day of December, 2009, a true and correct copy of the foregoing document was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

       *s/Ryan E. Johnson*
      _____
       Ryan E. Johnson

{B0628339.1}