UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES | * | |
| TO ALL CASES | * | MAG. JUDGE CHASEZ |
| | * | |

******************************************************************************

## ORDER

Considering the foregoing Motion filed by Recreation By Design, LLC:

IT IS ORDERED that Scott P. Yount and Kelly M. Morton, be and are hereby added as additional counsel of record for Recreation By Design, LLC, in this matter.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
HONORABLE JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE