UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                  SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Kolby Sean Hood, et al. v. Sunline Acquisition Company, LTD., et al.,*
No. 09-6891 (SD-MS No. 1:09-cv-00516)
*************************************************************************

## ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the First Supplemental and Amended Complaint for Damages.

THIS DONE the ____ day of _____, 2009, New Orleans, Louisiana.

                                                           _____
                                                                          J U D G E