# UNITED STATES DISTRICT COURT

## SOUTHERN DIVISION

## SUNLINE

(1)   **DONALD GLEN TOPEY**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SUNLINE** and installed by **BECHTEL** was located at **Picayune, La 39466**.

**Exhibit A**