UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES | * | |
| TO ALL CASES | * | MAG. JUDGE CHASEZ |
| | * | |

**************************************************************************

### EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant, Frontier RV, Inc., which moves this Honorable Court for an Order enrolling as its additional counsel of record Scott P. Yount and Kelly M. Morton, along with counsel Lyon Garrison, Randall Mulcahy, and Darrin Forte of Garrison, Yount, Forte & Mulcahy, LLC.

WHEREFORE, Frontier RV, Inc., prays that this Court enter an Order, enrolling Scott P. Yount and Kelly M. Morton as additional counsel of record for Frontier RV, Inc.

Respectfully submitted,

*s/Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE & MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorney for defendant,
Frontier RV, Inc.
Email: rmulcahy@garrisonyount.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2009, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*s/Randall C. Mulcahy*
RANDALL C. MULCAHY, Bar No. 26436