UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br><br>JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | <br>MAG. JUDGE CHASEZ |

************************************************************************

## ORDER

Considering the foregoing Motion filed by Play'Mor Trailers, Inc.:

IT IS ORDERED that Scott P. Yount and Kelly M. Morton, be and are added as additional counsel of record for Play'Mor Trailers, Inc., in this matter.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
HONORABLE JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE