UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                  MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                 SECTION "N" (4)

**THIS DOCUMENT RELATES TO:**
*Cheryl Andrews, et al. v. Gulf Stream Coach, Inc., et al.,*
**No. 09-6894 (SD-MS No. 1:09-cv-00518)**
*************************************************************************

**ORDER**

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the First Supplemental and Amended Complaint for Damages.

THIS DONE the ____ day of _____, 2009, New Orleans, Louisiana.

                                                       _____
                                                                     J U D G E