UNITED STATES DISTRICT COURT

SOUTHERN DIVISION

GULF STREAM

(1)  MARI J LOWER, a resident of the full age of majority of the State of Mississippi, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by UNKNOWN was located at **Carriere, Ms 39426**.

(2)  MICHAEL E LOWER, a resident of the full age of majority of the State of Mississippi, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by UNKNOWN was located at **Carriere, Ms 39426**.

(3)  BRIAN SHIELDS, a resident of the full age of majority of the State of Mississippi, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by BECHTEL was located at **Picayune, Ms 39466**.

(4)  EMMETT G UNBEHAGEN, a resident of the full age of majority of the State of Mississippi, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by BECHTEL was located at **Carriere, MS 39426**.

**Exhibit A**