UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * | MDL NO. 1873  SECTION "N-5"  JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | MAG. JUDGE CHASEZ |

**************************************************************************

## EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant, Cruiser RV, LLC, which moves this Honorable Court for an Order enrolling as its additional counsel of record Scott P. Yount, along with counsel of record Lyon Garrison, Randall Mulcahy, Darrin Forte, and Kelly Morton of Garrison, Yount, Forte & Mulcahy, LLC.

WHEREFORE, Cruiser RV, LLC, prays that this Court enter an Order, enrolling Scott P. Yount as additional counsel of record for Cruiser RV, LLC.

Respectfully submitted,

*s/Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE & MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorney for defendant,
Cruiser RV, LLC
Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2009, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*s/Randall C. Mulcahy*
RANDALL C. MULCAHY, Bar No. 26436