# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **MDL 1873**

SECTION "N-5"

TO: **MLU Services, Inc.**
Through its corporate headquarters
William L. Ulm or Marcia L. Ulm
5789 Hawthorne Ave.
Athens, GA 30606

**YOU ARE HEREBY SUMMONED** and required to serve upon

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973

Within twenty (20) 21 days after service of this summons upon you, exclusive of the day of service, you must serve on the plaintiff an answer to the attached **Fourth Supplemental and Amended Administrative Master Complaint** which are herewith served upon you or a motion under Rule 12 of the Federal Rules of Civil Procedure. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. The answer or motion must be served on the plaintiff's attorney, whose name and address are cited above. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Dec 07 2009

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other *(specify)*: _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　Date　　　　　　　　　　　　　　　Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.