UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Lyndon Wright v. Forest River, Inc., et al.*<br>No. 09-2977 (E.D. La.) | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO CERTIFY FOR INTERLOCUTORY REVIEW PURSUANT TO 28 U.S.C. § 1292(b) THE COURT'S NOVEMBER 16, 2009 ORDER DENYING SHAW ENVIRONMENTAL, INC.'S MOTION FOR SUMMARY JUDGMENT BASED ON PRESCRIPTION

**NOW INTO COURT**, through undersigned counsel, comes defendant, Shaw Environmental, Inc. ( "Shaw"), and respectfully requests that this Court certify for interlocutory appeal its Order of November 16, 2009 (Rec. Doc. 7241), so that Shaw may seek immediate appellate review of the questions: (1) whether the doctrine set forth in *American Pipe and Construction Co. v. Utah*, 414 U.S. 538 (1974) operates to suspend the prescription of claims against third parties who are not named as defendants in the putative class action; (2) whether a plaintiff's lack of knowledge of a tortfeasor's identity operates to interrupt prescription under the doctrine of *contra non valentum*; and (3) whether Article 2324 of the Louisiana Civil Code, which provides that interruption of prescription as to one joint tortfeasor is effective against all

joint tortfeasors, can be combined with *American Pipe* tolling so as to affect putative class members who have not yet made claims in their own names.

**WHEREFORE,** for the reasons more fully set forth in the attached memorandum, defendant, Shaw Environmental, Inc. respectfully requests that this Court certify for interlocutory appeal its November 16, 2009 Order.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**


  /s/ M. David Kurtz
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

  /s/ M. David Kurtz

2