UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Lyndon Wright v. Forest River, Inc., et al.* No. 09-2977 (E.D. La.) | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO: ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that Shaw Environmental, Inc.'s Motion to Certify for Interlocutory Review Pursuant to 28 U.S.C. § 1292(b) the Court's November 16, 2009 Order Denying Shaw Environmental, Inc.'s Motion for Summary Judgment Based on Prescription in the above-captioned matter is hereby set for hearing on the 30th day of December 2009, at 9:30 o'clock a.m.

Respectfully submitted,

**BAKER DONELSON BEARMAN  
CALDWELL & BERKOWITZ, PC**

  /s/ M. David Kurtz  
M. DAVID KURTZ (#23821)  
KAREN KALER WHITFIELD (#19350)  
CATHERINE N. THIGPEN (#30001)  
201 St. Charles Avenue, Suite 3600  
New Orleans, Louisiana 70170  
Telephone:  (504) 566-5200  
Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT,  
SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

  /s/ M. David Kurtz