AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| ALLSEE TOBIAS, ET AL. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 09-3872 |
| ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES, ET AL. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES
Through its Registered Agent for Service:
Glinn H. Spann
734 East Main St.
Adrian, GA 31002

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.
Hurricane Legal Center, LLC
600 Carondelet St., Ste. 602
New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**LORETTA G. WHYTE**
Name of clerk of court

Date: _____

Deputy Loretta G. Whyte

*B. Gregory*

Sep 28 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __11/23/2009__, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* __By certified mail__.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

Date: __12/07/2009__

Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address

September 25, 2009

**<u>CERTIFIED MAIL: 7009 1680 0001 8687 9527</u>**

Glinn H. Spann
734 East Main St.
Adrian, GA 31002

      Re:    *Allsee Tobias, et al. v Alliance Homes, Inc. d/b/a Adrian Homes, et al.*
              EDLA, Case No: 09-3872

Dear Sir/Madam

    Please accept service on behalf of Alliance Homes, Inc. d/b/a Adrian Homes.

                            Very truly yours,

                            Lawrence J. Centola Jr.

LC:jdc
See Enclosures

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

ADRIAN, GA 31002

| | | |
|---|---|---|
| Postage | $ | $2.24 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.34 |

Postmark Here NOV 23 2009
11/23/2009

Sent To:
Alliance Homes, Inc. d/b/a Adrian Homes
Through its Agent for Service of Process
Glinn H. Spann, CEO
734 East Main St.
Adrian, GA 31002

PS Form 3800, August 2006   See Reverse for Instructions

7009 2250 0004 1429 3194

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alliance Homes, Inc. d/b/a Adrian Homes
Through its Agent for Service of Process
Glinn H. Spann, CEO
734 East Main St.
Adrian, GA 31002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Gina Tisitts_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Gina Tibitts
C. Date of Delivery: 11-30

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below: ☐ No

   PO Box 266
   Adrian, GA 31002

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0004 1429 3194

PS Form 3811, February 2004   Domestic Return Receipt   3872   102595-02-M-1540