AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

RONALD LAHOSTE, JR., ET AL.
Plaintiff
v.
FOREST RIVER, INC., ET AL.
Defendant

Civil Action No.

**RETURN**

**09-7153**

**SECT.N MAG 5**

Summons in a Civil Action

To: *(Defendant's name and address)*

Bechtel National, Inc.
Through its registered agent for service:
The Corporation Trust Company of Nevada
6100 Neil Road
Suite 500
Reno, NV 89511

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nov 05 2009

Date: _____

Loretta G. Whyte
Name of clerk of court

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

≈ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on 11/25/2009,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* By certified mail
_____.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

Date: 12/07/2009

Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130

Server's address

November 24, 2009

**CERTIFIED MAIL: 7009 2250 0004 1428 6691**

Through its registered agent for service:
The Corporation Trust Company of Nevada
6100 Neil Road
Suite 500
Reno, NV 89511

      Re:   *Ronald Lahoste, Jr., et al. v Forest River, Inc., et al.*
              EDLA, Case No: 09-7153

Dear Sir/Madam

    Please accept service on behalf of Bechtel National, Inc.

                                      Very truly yours,

                                      Lawrence J. Centola Jr.

LC:tje
See Enclosures



**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7009 1428 0004 2250 6691

RENO, NV 89511

| | |
|---|---|
| Postage | $1.73 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.83 |

Postmark 11/25/2009

Bechtel National, Inc.
Through its registered agent for service:
The Corporation Trust Company of Nevada
6100 Neil Road, Suite 500
Reno, NV 89511

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bechtel National, Inc.
Through its registered agent for service:
The Corporation Trust Company of Nevada
6100 Neil Road
Suite 500
Reno, NV 89511

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent ☐ Addressee

B. Received by (Printed Name): Jordan Chesm
C. Date of Delivery: 11/30/09

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0004 1428 6691

PS Form 3811, February 2004   Domestic Return Receipt   7153   102595-02-M-1540