UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CAVALIER

(1)     **DARRELL CLARK**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Meraux, LA  70075**.

(2)     **DARRELL CLARK JR, INDIVIDUALLY AND ON BEHALF OF THE MINOR D.C.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Meraux, LA  70075**.

(3)     **DARRELL J. CLARK**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Meraux, LA  70075**.

(4)     **DEBBIE S. CLARK**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Meraux, LA  70075**.

(5)     **MARY V. LEDET**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Arabi, La  70032**.

(6)     **MELISSA A LEHRISSE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Arabi, LA  70032**.

**Exhibit A**