AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

**RETURN**

| | |
|---|---|
| PATRICIA WHEELER O/B/O DESTINEE TARDO, ET AL.<br>Plaintiff<br>v.<br>AMERICAN CAMPER MANUFACTURING LLC D/B/A AMERICAMP, ET AL.<br>Defendant | )<br>)<br>) Civil Action No.<br>)<br>) |

Summons in a Civil Action

09-7157

SECT.N MAG5

To: *(Defendant's name and address)*

Bechtel National, Inc.
Through its Registered Agent for Service of Process
The Corporation Trust Company
6100 Neil Rd
Suite 500
Reno, NV 89511

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Nov 05 2009

Name of clerk of court

Date: _____

*Sarah Dusang*
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on  11/25/2009  ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)*  By certified mail
_____ .

My fees are $ 0.00  for travel and $ 0.00  for services, for a total of $ 0.00 .

Date:  12/07/2009

                                                                            *Server's signature*

                                      Lawrence J. Centola, Jr. - Attorney
                                      *Printed name and title*

                                      600 Carondelet Street
                                      Suite 602
                                      New Orleans, LA 70130
                                      *Server's address*

November 24, 2009

**CERTIFIED MAIL: 7009 2250 0001 3449 8886**

Through its registered agent for service:
The Corporation Trust Company of Nevada
6100 Neil Road
Suite 500
Reno, NV 89511

    Re:   *Patricia Wheeler o/b/o Destinee Tardo, et al. v American Camper Manufacturing LLC d/b/a Ameri-Camp, et al.*
           EDLA, Case No: 09-7157

Dear Sir/Madam

    Please accept service on behalf of Bechtel National, Inc.

                              Very truly yours,

                              Lawrence J. Centola Jr.

LC:tje
See Enclosures



**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

RENO NV 89511

| | |
|---|---|
| Postage | $1.73 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.83 |

7009 2250 0001 3449 8886

Bechtel National, Inc.
Through its registered agent for service:
The Corporation Trust Company of Nevada
6100 Neil Road, Suite 500
Reno, NV 89511

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bechtel National, Inc.
Through its registered agent for service:
The Corporation Trust Company of Nevada
6100 Neil Road
Suite 500
Reno, NV 89511

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent ☐ Addressee

B. Received by (Printed Name): Jordan Chism
C. Date of Delivery: 11/30/09

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0001 3449 8886

PS Form 3811, February 2004    Domestic Return Receipt    7157    102595-02-M-1540