AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| ELOUISE PRITCHETT, ET AL. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. **09-7155** |
| COACHMEN INDUSTRIES, INC., ET AL. ) | |
| Defendant ) | |

**RETURN**

**SECT. N MAG. 5**

## Summons in a Civil Action

To: *(Defendant's name and address)*

Coachmen Industries, Inc.
Through Its Registered Agent for Service
Corporation Service Company
251 East Ohio St.
Suite 500
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nov 05 2009

Date: _____

Loretta G. Whyte
Name of clerk of court

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **11/25/2009**, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* **By certified mail**.

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0.00**.

Date: **12/07/2009**

Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130

Server's address

November 24, 2009

***CERTIFIED MAIL: 7009 2250 0001 3449 8855*__

Through its registered agent for service:
Corporation Service Company
251 East Ohio St.
Suite 500
Indianapolis, IN 46204

      Re:   *Elouise Pritchett, et al. v Coachmen Industries, Inc., et al.*
              EDLA, Case No: 09-7155

Dear Sir/Madam

    Please accept service on behalf of Coachmen Industries, Inc.

                              Very truly yours,

                              Lawrence J. Centola Jr.

LC:tje
See Enclosures



