# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK NORWOOD, ET AL <br> Plaintiff <br> v. <br> FOREST RIVER, INC. <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 09-6565 |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Forest River, Inc.
Through its registered agent for service:
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Sep 29 2009

Loretta G. Whyte
Name of clerk of court

/s/ Jorah Dusang
Deputy clerk's signature

Date: _____

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  11/23/2009  ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* By certified mail
    _____.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

Date: 12/07/2009

Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address

November 20, 2009

**CERTIFIED MAIL: 7009 2250 0004 1428 6509**

Through its registered agent for service:
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

      Re:   *Patrick Norwood, et al. v Forest River, Inc., et al.*
             EDLA, Case No: 09-6565

Dear Sir/Madam

    Please accept service on behalf of Forest River, Inc.

                            Very truly yours,

                            Lawrence J. Centola Jr.

LC:tje
See Enclosures

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

ELKHART, IN 46516

| | | |
|---|---|---|
| Postage | $ | $1.73 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.83 |

Postmark Here
NEW ORLEANS, LA 70113
NOV 23 2009
11/23/2009

Forest River, Inc.
Through its Agent for Service of Process
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

7009 2250 0004 1428 6509

PS Form 3800, August 2006  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Forest River, Inc.
Through its Agent for Service of Process
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Elle Hart
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Elle Hart                        11/30/09

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 2250 0004 1428 6509

PS Form 3811, February 2004   Domestic Return Receipt   6565   102595-02-M-1540