# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MIDRED ETIENNE., ET AL.<br>Plaintiff<br>v.<br>AMERICAN INTERNATIONAL GROUP, ET AL.<br>Defendant | )<br>)<br>)<br>)  Civil Action No. 2:09-cv-6009<br>)<br>)<br>) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

    Gibraltar Insurance Company, Ltd.
    Through its registered agent for service:
    Quest Management Solutions
    FB Perry Building
    40 Church Street
    Hamilton, HM 11
    Bermuda

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Lawrence J. Centola, Jr.
    600 Carondelet St. Ste. 602
    New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 

_____
Name of clerk of court


_____
Deputy clerk's signature

Date: _____

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __10/28/2009__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* __By international registered mail__.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

Date: __12/07/2009__

                                                        *Server's signature*

                                  Lawrence J. Centola, Jr. - Attorney
                                       *Printed name and title*

                                                600 Carondelet Street
                                                        Suite 602
                                              New Orleans, LA 70130
                                                       *Server's address*

October 23, 2009

**<u>International Registered Mail</u>**

Through its registered agent for service:
Quest Management Solutions
FB Perry Building
40 Church Street
Hamilton, HM 11
Bermuda

      Re:    *Mildred Etienne, et al. v American International Group, Inc., et al.*
              EDLA, Case No: 09-6009

Dear Sir/Madam

    Please accept service on behalf of Gibraltar Insurance Company, Ltd.

                                    Very truly yours,

                                    Lawrence J. Centola Jr.

LC:jld
See Enclosures

