# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARTHUR ROBINSON, SR., ET AL. ) <br> Plaintiff ) <br> v. ) <br> AMERICAN INTERNATIONAL GROUP, INC., ET AL. ) <br> Defendant ) <br> ) <br> ) | Civil Action No. 2:09-cv-6007 |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

    Gibraltar Insurance Company, Ltd.
    Through its registered agent for service:
    Quest Management Solutions
    FB Perry Building
    40 Church Street
    Hamilton, HM 11
    Bermuda

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Lawrence J. Centola, Jr.
    600 Carondelet St. Ste. 602
    New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

_____
Deputy clerk's signature

Date:  _____

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __10/28/2009__, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* __By international registered mail__.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

Date: __12/07/2009__

Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address

October 23, 2009

*__International Registered Mail__*

Through its registered agent for service:
Quest Management Solutions
FB Perry Building
40 Church Street
Hamilton, HM 11
Bermuda

      Re:   *Arthur Robinson, Sr., et al. v American International Group, Inc., et al.* EDLA, Case No: 09-6007

Dear Sir/Madam

    Please accept service on behalf of Gibraltar Insurance Company, Ltd.

                                     Very truly yours,

                                     Lawrence J. Centola Jr.

LC:jld
See Enclosures

Registered No. RB241682233US

| Reg. Fee | $11.50 | | | 0046 | OCT 28 |
|---|---|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $2.30 | 18 | |
| Postage | $5.98 | Restricted Delivery | $0.00 | 10/28/09 | |
| Received by | | | | | |

Customer Must Declare Full Value $0.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

70113

**FROM:** Hurricane Legal Center
600 Carondelet Street
Suite 602
New Orleans, LA 70130

**TO:** Gibraltar Insurance Company, Ltd.
Through its Agent for Service of Process
FB Perry Building
40 Church St.
Hamilton, HM 11, Bermuda

Case 6007

PS Form 3806, May 2007 (7530-02-000-9051)   Receipt for Registered Mail   Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) ☐ | Letter (Lettre) ☐ | Printed Matter (Imprimé) ☐ | Other (Autre) ☐ | Recorded Delivery (Envoi à livraison attestée) ☐ | Express Mail International ☐ |
|---|---|---|---|---|---|---|

Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number

Office of Mailing (Bureau de dépôt) | Date of Posting (Date de dépôt)

Addressee Name or Firm: Gibraltar Insurance Company, Ltd.
Through its Agent for Service of Process
Street and No. (Rue et N): FB Perry Building
40 Church St.
Place and Country (Loc.): Hamilton, HM 11, Bermuda

HAMILTON 09
23.NOV.09
BERMUDA

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.) | Date

Signature of Addressee (Signature du destinataire) | Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination)

PS Form 2865, February 1997 (Reverse)

Case 6007