AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| MILTON JOSEPH ANTOINE, JR., ET AL )<br>Plaintiff )<br>v. ) Civil Action No. 09 - 6608<br>GULF STREAM COACH, INC., ET AL )<br>Defendant ) | |

**Summons in a Civil Action**  SECT. N MAG. 5

To: *(Defendant's name and address)*

GULF STREAM COACH, INC.
Through its Agent for Service of Process
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46500

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____        _____
                                Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on __11/23/2009__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* __By certified mail__.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

Date:  __12/07/2009__

                                                                   *Server's signature*

                                            Lawrence J. Centola, Jr. - Attorney
                                                       *Printed name and title*

                                                  600 Carondelet Street
                                                           Suite 602
                                              New Orleans, LA 70130
                                                          *Server's address*

November 20, 2009

**<u>CERTIFIED MAIL: 7009 2250 0001 3449 8992</u>**

Through its registered agent for service:
Kenneth C. Brinker
503 South Oakland Ave.
Nappannee, IN 46550

      Re:    *Milton Joseph Antoine, Jr., et al. v Gulf Stream Coach, Inc., et al.*
               EDLA, Case No: 09-6608

Dear Sir/Madam

    Please accept service on behalf of Gulf Stream Coach, Inc.

                               Very truly yours,

                               Lawrence J. Centola Jr.

LC:jld
See Enclosures

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

NAPPANEE IN 46550

| | | |
|---|---|---|
| Postage | $ | $1.56 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.66 |

0046 NOV 23 Postmark Here

11/23/2009

Gulf Stream Coach, Inc.
Through its Agent for Service of Process
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

PS Form 3800, August 2006  See Reverse for Instructions

7009 2250 0001 3449 8992

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gulf Stream Coach, Inc.
Through its Agent for Service of Process
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7009 2250 0001 3449 8992

PS Form 3811, February 2004   Domestic Return Receipt   6608   102595-02-M-1540