UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                      MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                                                       SECTION "N" (4)
THIS DOCUMENT RELATES TO:
*Richard J. Candebat, et al. v. Stewart Park Homes, Inc., et al.,*
**No. 09-6153 (MD-LA No. 3:09-cv-00506)**
**************************************************************************

ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the First Supplemental and

Amended Complaint for Damages.

THIS DONE the  7th  day of ___December___, 2009, New Orleans, Louisiana.

_____
JUDGE