*Estella Adkins, et al v. Pilgrim International, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Adkins | Estella | | Post Office Box 12 | Pascagoula | MS | 39568 |
| 2 | Attia | Micah | | 3903 Dearman Avenue | Moss Point | MS | 39563 |
| 3 | Demoruelle | Carolyn | Ann | 286 Hopkins Blvd. | Biloxi | MS | 39530 |
| 4 | Demoruelle, Jr., individually and as father and next of friend of J.D. | James | L. | 286 Hopkins Blvd. | Biloxi | MS | 39530 |
| 5 | Dykes | Keleigh | Ann | 1705 14th Street | Pascagoula | MS | 39567 |
| 6 | Farmer, individually and as mother and next of friend of J.L., J.L., and K.F. | Felicia | M. | Post Office Box 203 | Saucier | MS | 39574 |
| 7 | Goff | Ethel | M. | 2117 31st Avenue | Gulfport | MS | 39501 |
| 8 | Gray | Willie | | 3414 Short Cut Road, Apt. 244 | Pascagoula | MS | 39581 |
| 9 | Hanberry, individually and as mother and next of friend of A.D. | Leigh | Ann | 1705 14th Street | Pascagoula | MS | 39567 |
| 10 | Hawkins | Johnny | | 3110 Harris Street | Pascagoula | MS | 39567 |
| 11 | Hernandez, Jr. | Fernando | | Post Office Box 542 | Gulfport | MS | 39502 |
| 12 | Hodge | Bonnie | | 5407 Arrowhead Drive | Pascagoula | MS | 39581 |
| 13 | Hodge | Patt | | 5407 Arrowhead Drive | Pascagoula | MS | 39581 |
| 14 | Holmes, individually and as mother and next of friend of A.H. | Ashley | D. | 1809 29th Avenue | Gulfport | MS | 39501 |
| 15 | Johnson | Nathaniel | C. | 2214 Catalpa Avenue, #26 | Pascagoula | MS | 39567 |
| 16 | Jones, individually and as mother and next of friend of N.G. | Natasha | M. | 3222 Wesley Road | Pascagoula | MS | 39567 |
| 17 | Martin, mother and next of friend of B.M. | Ashanti | Shawna | 2020 Ladnier Road, #16H | Gautier | MS | 39553 |
| 18 | Martin, mother and next of friend of B.M. | Ashanti | Shawna | 2020 Ladnier Road, #16H | Gautier | MS | 39553 |
| 19 | Martin, mother and next of friend of C.M. | Ashanti | Shawna | 2020 Ladnier Road, #16H | Gautier | MS | 39553 |
| 20 | Martin, mother and next of friend of J.M. | Ashanti | Shawna | 2020 Ladnier Road, #16H | Gautier | MS | 39553 |
| 21 | Martin, mother and next of friend of S.M. | Ashanti | Shawna | 2020 Ladnier Road, #16H | Gautier | MS | 39553 |
| 22 | McFall | Gregory | Rene | 315 Reynoir Street | Biloxi | MS | 39530 |
| 23 | Moore | Charles | D. | 1920 Westgate Parkway | Gautier | MS | 39553 |
| 24 | Moore | Della | T. | 1920 Westgate Parkway | Gautier | MS | 39553 |
| 25 | Moore | Sylvania | Eden | 1920 Westgate Parkway | Gautier | MS | 39553 |
| 26 | Nance | Angela | C. | 178 Gristmill Road | Lucedale | MS | 39452 |
| 27 | Parson | Monique | C. | 110 Skip Avenue | Pascagoula | MS | 39567 |
| 28 | Patterson, individually and as mother and next of friend of A.S., D.B., and N.P. | LaTasha | N. | 1208 Belair Street, Apartment H | Pascagoula | MS | 39581 |
| 29 | Ray | Leroy | | 1613 Perry Drive | Biloxi | MS | 39530 |
| 30 | Scott | James | William | 1705 14th Street | Pascagoula | MS | 39567 |
| 31 | Smith, Jr. | Alex | | 245 Lameuse Street | Biloxi | MS | 39530 |
| 32 | Stallworth | Roger | Anthony | 2119 Choctaw Avenue | Pascagoula | MS | 39567 |
| 33 | Stallworth, individually and as mother and next of friend of L.S. | Wilhemena | Wells | 2119 Choctaw Avenue | Pascagoula | MS | 39567 |
| 34 | Stewart | Deborah | L. | 3304 Martin Street | Pascagoula | MS | 39581 |
| 35 | Stewart | George | L. | 3304 Martin Street | Pascagoula | MS | 39581 |
| 36 | Walls | Clairetha | | 3612 Morningview Drive | Moss Point | MS | 39563 |
| 37 | Wells | Kenneth | Lavon | 2119 Choctaw Avenue | Pascagoula | MS | 39567 |