*Estella Adkins, et al v. Pilgrim International, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Attia | Joel | Barton | Post Office Box 1323 | Escatawpa | MS | 39552 |
| 2 | Moore | Charlotte | M. | 5048 Gardenia Hill Road | Perkinston | MS | 39573 |
| 3 | Moore | Roy | A. | 5048 Gardenia Hill Road | Perkinston | MS | 39573 |