*Angela Suzette Ashford, et al v. Homes of Merit, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Ashford | Angela | Suzette | 6207 Grierson St. | Moss Point | MS | 39563 |
| 2 | Brown | Owanna | Shepre | 13448 Windridge Drive | Gulfport | MS | 39503 |
| 3 | Evans, individually and as mother and next of friend of B.E., K.E., and M.E. | Brenda | Sue | 4207 Karen Street | Moss Point | MS | 39563 |
| 4 | Harris, individually and as mother and next of friend of A.A., M.H., O.H., and R.H. | Latisha | M. | 5024 Bay Avenue | Moss Point | MS | 39563 |
| 5 | Lewis | Brandon | Charles | 12200 Old Hwy 67, Lot 41 | Biloxi | MS | 39532 |
| 6 | Lewis, individually and a mother and next of friend of J.S. and K.L. | Eugenia | Carlotte | 12200 Old Hwy 67, Lot 41 | Biloxi | MS | 39532 |
| 7 | Lofton | Carolyn | P. | 2101 Ladnier Road, Lot 164 | Gautier | MS | 39553 |
| 8 | Lofton | Huey | Austin | 2101 Ladnier Road, Lot #164 | Gautier | MS | 39553 |
| 9 | Newell | Maggie | Leigh | Post Office Box 294 | Pascagoula | MS | 39568 |
| 10 | Rivera | Rafael | Jesus | 2101 Ladnier Road, Lot 85 | Gautier | MS | 39553 |
| 11 | Rivera | Wanda | Irene | 2101 Ladnier Road, Lot #85 | Gautier | MS | 39553 |
| 12 | Rodriguez, individually and as mother and next of friend of C.R., I.R., and R.R. | Wanda | Ivette | 2101 Ladnier Road, Lot #85 | Gautier | MS | 39553 |
| 13 | Schram | William | | 258 Stennis Drive, #14 | Biloxi | MS | 39531 |
| 14 | Sloane | Betty | Sue | 106 Choctaw Drive | Lucedale | MS | 39452 |
| 15 | Smith | Steven | Cardel | 12200 Old Hwy 67, Lot 41 | Biloxi | MS | 39532 |
| 16 | Varnado | Geneva | H. | 2800 19th Avenue, Lot 64 | Gulfport | MS | 39501 |
| 17 | Watson | Lena | M. | 9267 Caundet Road, Lot #75 | Gulfport | MS | 39503 |