*Angela Suzette Ashford, et al v. Homes of Merit, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Ashford, individually and as guardian and next of friend of M.A. | Blanch | Helen | 6207 Grierson St. | Moss Point | MS | 39563 |
| 2 | Ashford | Cassandra | Patrice | 6207 Grierson St. | Moss Point | MS | 39563 |
| 3 | Ashford | Christal | Monique | 6207 Grierson St. | Moss Point | MS | 39563 |
| 4 | Evans | Kenneth | Tyrone | 4207 Karen Street | Moss Point | MS | 39563 |
| 5 | Lofton | Christopher | Scott | 4407 Griffin Street | Moss Point | MS | 39563 |