*Sabrina Booker, et al v. Southern Energy Homes, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Booker, individually and as mother and next of friend of K.B., N.B., S.B., and Y.B. | Sabrina | | Post Office Box 8456 | Moss Point | MS | 39563 |
| 2 | Boyd | James | D. | 3606 Catalina St. | Pascagoula | MS | 39581 |
| 3 | Boyd, indiviually and as guardian and mother and next of friend of S.C.and Z.C. | Natasha | Marie | 3606 Catalina St. | Pascagoula | MS | 39581 |
| 4 | Boyd, Jr. | John | A. | 3606 Catalina St. | Pascagoula | MS | 39581 |
| 5 | Bruton | Joseph | | P.O. Box 360 | Chatom | AL | 36518 |
| 6 | Bruton, on behalf of the wrongful death beneficiary of R.N. | Joseph | | P.O. Box 360 | Chatom | AL | 36518 |
| 7 | Washington | Lafonte | Jermaine | 1824 Popps Ferry Road, Lot 123 | Biloxi | MS | 39532 |
| 8 | Williams | Benjamin | Paul | Flamingo Beach Inn 1746 Beach Blvd., Room 139 | Biloxi | MS | 39532 |
| 9 | Williams | Denika | | 2124 Chestwood Drive | Gautier | MS | 39553 |