*Sabrina Booker, et al v. Southern Energy Homes, inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Williams, mother and next of friend of C.W. | Denika | | 2124 Chestwood Drive | Gautier | MS | 39553 |