*Ruby Lee Beamer, et al v. Patriot Homes of Texas, LP*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Beamer | Ruby | Lee | 2915 Alpine St. | Pascagoula | MS | 39567 |
| 2 | Beschen | Carl | J. | 419 31st Street | Gulfport | MS | 39507 |
| 3 | Beschen, individually and as father and next of friend of J.B. | Carl | J. | 419 31st Street | Gulfport | MS | 39507 |
| 4 | Collins | George | Edward | 1824 Popps Ferry Road | Biloxi | MS | 39532 |
| 5 | Fox | Garry | Michael | 2915 Alpine St. | Pascagoula | MS | 39567 |
| 6 | Jackson, Jr. | Sidney | Malone | 3414 Shortcut Road, Apt. 204 | Pascagoula | MS | 39581 |
| 7 | Jackson, Sr. | Sidney | Malone | 4800 Dutch Bayou | Moss Point | MS | 39563 |
| 8 | Osborne | Evelyn | Denise | 3606 Catalina St. | Pascagoula | MS | 39581 |