*Ruby Lee Beamer, et al v. Patriot Homes of Texas, LP*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Boyd | James | D. | 3606 Catalina St. | Pascagoula | MS | 39581 |
| 2 | Boyd, Jr. | John | A. | 3606 Catalina St. | Pascagoula | MS | 39581 |
| 3 | Boyd, individually and as mother and next of friend of Z.C. and S.C. | Natasha | Marie | 2002 Ducayet Street | Pascagoula | MS | 39567 |
| 4 | Bruton | Joseph | Arthur | Post Office Box 360 | Chatom | AL | 39518 |