*James Brandon Ahern, et al v. Keystone Industries, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Allen | Robert | | 5431 Community Street | Moss Point | MS | 39563 |
| 2 | Anderson | Yvette | R. | 7118 Grierson Street | Moss Point | MS | 39563 |
| 3 | Anderson, Jr. | Mack | Q. | 7118 Grierson Street | Moss Point | MS | 39563 |
| 4 | Beard | Berdia | | 266 Mary Magdeline Road | Hattiesburg | MS | 39401 |
| 5 | Beard | Earnest | | 266 Mary Magdeline Road | Hattiesburg | MS | 39401 |
| 6 | Bilbo, individually and as father and next of friend of D.B. | Jerry | L. | 2705 Auburn Drive | Gautier | MS | 39553 |
| 7 | Bilbo | Ruby | | 2705 Auburn Drive | Gautier | MS | 39553 |
| 8 | Bolton | Mara | L. | 1538 Bienville Street, Apt. E | New Orleans | LA | 70112 |
| 9 | Bonner, individually and as mother and next of friend of A.S. | Erica | | 1615 Heidenheim Drive | Pascagoula | MS | 39581 |
| 10 | Bonner, Jr. | Eric | | 1615 Heidenheim Drive | Pascagoula | MS | 39581 |
| 11 | Catchings | Sherry | | 354 Sherry Lane | Biloxi | MS | 39530 |
| 12 | Eanes | Pearline | | 2503 Forrest Street | Pascagoula | MS | 39581 |
| 13 | Gerac, individually and as father and next of friend of A.W., B.G., and W.J. | Wendell | M. | 9524 Highway 613, Lot #30 | Moss Point | MS | 39563 |
| 14 | Green | Linda | K. | 1643 Pringle Circle | Biloxi | MS | 39531 |
| 15 | Hight | Debra | L. | 13115 Headstart Road | Ocean Springs | MS | 39565 |
| 16 | Jones | Norwechie | H. | P.O.Box 8396 | Moss Point | MS | 39562 |
| 17 | Jones | Tiffiney | Chimere | P.O. Box 8396 | Moss Point | MS | 39562 |
| 18 | Knight-Culberson | Renell | | 5014 28th Street, Apartment 22 | Gulfport | MS | 39501 |
| 19 | McEwen, individually and as mother and next of friend of C.B. | Shirley | | 1615 Heidenheim Drive | Pascagoula | MS | 39581 |
| 20 | Smith | Calvin | | 2705 Auburn Drive | Gautier | MS | 39553 |
| 21 | Smith | Willie | Ray | 1643 Pringle Circle | Biloxi | MS | 39531 |
| 22 | Watson, individually and as mother and next of friend of A.W. | Esther | Marie | 4342 Terrace Drive | Moss Point | MS | 39563 |
| 23 | Williams | Lorraine | | Post Office Box 9163 | Moss Point | MS | 39560 |
| 24 | Williams | Samuel | | Post Office Box 9163 | Moss Point | MS | 39562 |