*James Brandon Ahern, et al v. Keystone Industries, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Carter | Barbara | R. | 4106 Pearl Street | Moss Point | MS | 39563 |
| 2 | Hand, individually and as mother and next of friend of D.H., H.D., and S.H. | April | Rene | 3722 Old Airport Road | Moss Point | MS | 39562 |

*Exhibit A-2*
*Page 1 of 1*