*Deanna Marie Barnes, et al v. Sunnybrook RV, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Lawson | Darrell | J. | 10530 Three Rivers Road, #89 | Gulfport | MS | 39503 |
| 2 | Lawson | Sharon | | 10530 Three Rivers Road, #89 | Gulfport | MS | 39503 |
| 3 | Mitchell | Chad | Avery | 5600 Thomas Avenue | Moss Point | MS | 39563 |
| 4 | Mitchell | Naomi | | 5600 Thomas Avenue | Moss Point | MS | 39563 |