*Deanna Marie Barnes, et al v. Sunnybrook RV, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Sheppard | Carlos | Lynn | 5600 Thomas Avenue | Moss Point | MS | 39563 |