*Floyd D. Ambercrombie, et al v. Forest River, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Abercrombie | Floyd | D. | Post Office Box 1626 | Escatawpa | MS | 39552 |
| 2 | Abercrombie | Nelda | E. | Post Office Box 1626 | Escatawpa | MS | 39552 |
| 3 | Abercrombie | Nolan | | Post Office Box 1026 | Escatawpa | MS | 39552 |
| 4 | Armstrong | Meryl | E. | 6604 Baker Road | Ocean Springs | MS | 39565 |
| 5 | Ashford | Blanch | Helen | 6207 Grierson St. | Moss Point | MS | 39563 |
| 6 | Ashford | Cassandra | Patrice | 6207 Grierson St. | Moss Point | MS | 39563 |
| 7 | Ashford | Christal | Monique | 6207 Grierson St. | Moss Point | MS | 39563 |
| 8 | Ashford | Angela | Suzette | 6207 Grierson St. | Moss Point | MS | 39563 |
| 9 | Ashford, guardian and as next of friend of M.A. | Blanch | Helen | 6207 Grierson St. | Moss Point | MS | 39563 |
| 10 | Bardwell, Individually and as mother and next of friend of B.B., J.B., K.B., S.B., and T.W. | Ratonia | Danice | 2101 Ladnier Road, Lot #111 | Gautier | MS | 39553 |
| 11 | Bardwell, Sr. | Kenneth | Ray | 2114 Convent Avenue | Pascagoula | MS | 39567 |
| 12 | Beech | Edith | Merlene | 4700 Miller Road | Moss Point | MS | 39563 |
| 13 | Beech | Marvin | Lee | 4700 Miller Road | Moss Point | MS | 39563 |
| 14 | Buehl | Charlia | Jo | Post Office Box 1309 | Escatawpa | MS | 39552 |
| 15 | Buffkin | Clotill | | 59 Holly Circle | Gulfport | MS | 39501 |
| 16 | Bufkin | Willie | | 59 Holly Circle | Gulfport | MS | 39501 |
| 17 | Cooper | Tearessa | W. | 4700 Welch Avenue | Moss Point | MS | 39563 |
| 18 | Davis | Geraldine | H. | 4322 Old Mobile Avenue | Pascagoula | MS | 39581 |
| 19 | Grace | Dorothy | | 3416 Chicot Street, Apartment 54 | Pascagoula | MS | 39581 |
| 20 | King | Kathleen | I. | 263 Eisenhower Drive, #107 | Biloxi | MS | 39531 |
| 21 | Manning | Wilder | | 5418 Quail Creek Circle | Biloxi | MS | 39532 |
| 22 | Marsh | Catherine | Denise | 1523 34th Avenue | Gulfport | MS | 39501 |
| 23 | Martin | Ramonica | G. | 4309 Scovel Avenue, #23 | Pascagoula | MS | 39581 |
| 24 | McCune | Charles | A. | 15 W. Church Road | Mechanicsburg | PA | 17055 |
| 25 | Patrick | Sarah | Copeland | Post Office Box 1309 | Escatawpa | MS | 39552 |
| 26 | Polk | April | Michell | 6736 Brown Street | Moss Point | MS | 39563 |
| 27 | Polk, Jr. | Don | C. | 1905 Arcadian Circle | Gautier | MS | 39553 |
| 28 | Pruitt | Darius | | 4900 Belfair Circle | Moss Point | MS | 39563 |
| 29 | Pruitt | Darryl | | 4900 Belfair Circle | Moss Point | MS | 39563 |
| 30 | Pruitt | Jessie | Lee | 4900 Belfair Circle | Moss Point | MS | 39563 |
| 31 | Richardson | Eileen | A. | 4309 Scovel Avenue, #23 | Pascagoula | MS | 39581 |
| 32 | Richardson | William | C. | 3622 Reynosa Drive | Gulfport | MS | 39501 |
| 33 | Rogers | Charlotte | Marie | Post Office Box 8888 | Moss Point | MS | 39563 |
| 34 | Sloane | Betty | Sue | 106 Choctaw Drive | Lucedale | MS | 39452 |
| 35 | Sloane, Individually and as mother and next of friend of A.C.B. | Jennifer | Elaine | 3807 Lincolnshire Street | Pascagoula | MS | 39581 |
| 36 | Smith | Shannon | Rena | 242 McDonald Avenue, Apt. C-66 | Biloxi | MS | 39531 |
| 37 | Smith, Jr. | Cleve | | 1018 School Avenue | Pascagoula | MS | 39567 |
| 38 | Spurr | Jaqualia | D, | 4706 Oneida Avenue | Pascagoula | MS | 39581 |
| 39 | Taylor | Adam | T. | 7225 Gregory Street | Moss Point | MS | 39563 |
| 40 | Taylor | Forrest | Devanine | 7225 Gregory Street | Moss Point | MS | 39563 |
| 41 | Taylor | Shelia | | 7225 Gregory Street | Moss Point | MS | 39563 |
| 42 | Thirsk | Randall | T. | 113 Thornhill Drive | Fort Walton Beach | FL | 32547 |
| 43 | Trussell | Willie | Mae | 17561 Saucier Lizana Road | Saucier | MS | 39574 |

*Floyd D. Ambercrombie, et al v. Forest River, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 44 | Watson | Stanley | Craig | 311 Graveline Road | Gautier | MS | 39553 |
| 45 | Watson | Tammy | | 311 Graveline Road | Gautier | MS | 39553 |
| 46 | York | Deborah | Denise | 4618 Elder Street | Moss Point | MS | 39563 |
| 47 | Young, Individually and as mother and next of friend of K.B. and R.R. | Geneva | | Post Office Box 8336 | Moss Point | MS | 39562 |