*Floyd D. Ambercrombie, et al  v. Forest River, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Ashford | Angela | Suzette | 6207 Grierson St. | Moss Point | MS | 39563 |
| 2 | Boyd | James | D. | 3606 Catalina St. | Pascagoula | MS | 39581 |
| 3 | Boyd, Jr. | John | A. | 3606 Catalina St. | Pascagoula | MS | 39581 |
| 4 | Boyd, individually and as mother and next of friend of S.C. and Z.C. | Natasha | Marie | 2002 Ducayet Street | Pascagoula | MS | 39567 |
| 5 | Broach, individually and as mother and next of friend of J.B. and M.B. | Elishea | | 9245 Caundet Road, Apt. 178 | Gulfport | MS | 39503 |
| 6 | Ferguson, II. | Earnest | | 2804 Duberry Drive, Apt. 603 | Gautier | MS | 39553 |
| 7 | Lawrence | Jamelia | | 87 Maci Lane | Lucedale | MS | 39542 |
| 8 | Osborne | Evelyn | Denise | 3606 Catalina St. | Pascagoula | MS | 39581 |
| 9 | Riley, individually and as mother and next of friend of C.R., K.R., and W.R. | Shirley | | 87 Maci Lane | Lucedale | MS | 39452 |
| 10 | Riley, Sr. | Willie | | 87 Maci Lane | Lucedale | MS | 39452 |