UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Earline Castanel, et. al. v. Recreation by Design, LLC, et. al.*
Case No. 09-3251 (E.D. La.)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS PLAINTIFF EARLINE CASTANEL'S FTCA CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant the United States of America ("United States") hereby moves pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3), or alternatively, Fed. R. Civ. P. 56(b), to dismiss plaintiff Earline Castanel's Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§1346(b)(1), 2671-80, claims for lack of subject matter jurisdiction. The Court lacks subject matter jurisdiction over Ms. Castanel's FTCA claims because her claim accrued on or before the end of April 2006, and her administrative claim was presented to the Federal Emergency Management Agency ("FEMA") on August 7, 2008, well beyond the FTCA's requirement that a claim be filed within two-years of its accrual. 28 U.S.C. § 2401(b). The Court should grant this motion for the all the reasons set forth in the memorandum and statement of facts filed by the United States in support of this motion.

| | |
|---|---|
| Dated:  December 7, 2009 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | MICHELLE BOYLE<br>ADAM DINNELL<br>MICHELE GREIF |
| DAVID S. FISHBACK<br>Assistant Director | JONATHAN WALDRON<br>Trial Attorneys |
| OF COUNSEL: | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885) |
| JORDAN FRIED<br>Associate Chief Counsel | Senior Trial Counsel<br>United States Department of Justice<br>Civil Division – Torts Branch |
| JANICE WILLIAMS-JONES<br>Senior Trial Attorney<br>Federal Emergency Management Agency<br>Department of Homeland Security<br>Washington, D.C. 20472 | P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No:  (202) 616-4223<br>E-mail:  Henry.Miller@USDOJ.Gov |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

> *//S// Henry T. Miller*
> HENRY T. MILLER (D.C. Bar No. 411885)