**U.S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**EMERGENCY SHELTER - AGREEMENT TO RULES OF OCCUPANCY**

| FEMA DR # | Location # | Lot # |
|---|---|---|
| 939657559A | 9961 Ugartel New Orleans, LA 70127 | |

I acknowledge and understand that FEMA is providing this unit as a temporary shelter because the President declared a major disaster or emergency in the area and I am not able to live in my residence due to this event. I understand that this is a temporary shelter and that I may be required to move if any of the following occur: when housing options become available; if FEMA determines I am ineligible for this shelter unit; or when FEMA determines the shelter operations. See 42 U.S.C. 5170b.

I have been informed and understand that violations of any of the rules listed below may result in my being required to leave the unit immediately. I agree that I:

(1) Must keep the unit and the surrounding area clean.
(2) Must not permit or allow animals to occupy the unit or in the vicinity.
(3) Must not allow anyone, other than the individuals listed below, to live in the unit.
(4) Must secure other housing options, when they become available.
(5) Must occupy the unit continuously and must seek approval from FEMA if leaving the unit for any extended period of time.
(6) Must respect the rights and privacy of other individuals in the park as outlined in the attached park rules.

Certified to be True Copy of the Original

| Name of Person Assigned to Shelter Unit (Please Print) | Signature of Person Assigned to Shelter Unit | Date |
|---|---|---|
| EARLINE CASTANEL | Earline Castanel | 3/14/06 |

*(To be Completed by Person Accepting the Shelter Unit)*

Family Composition - Occupant Information

| Name | Age | Sex |
|---|---|---|
| EDWIN GANIER | 63 | M |
| | | |
| | | |
| | | |
| | | |
| | | |

| Site Code # | Unit Bar Code # | Unit VIN # |
|---|---|---|
| 87-149439 | 700335 | 5C2 A164346 IDS25V |

| Name of Person Assigning Shelter Unit (Please Print) | Signature of Person Assigning Shelter Unit | Date |
|---|---|---|
| Kendric Khail | | 3-14-06 |

**EXHIBIT 3**

DEPOSITION EXHIBIT 6

FEMA159-000009

Certified to be True Copy of the Original

## Applicant Pending Inspection

Date: 11/13/2005  
Site Control Number: SC-03-549429  
Assigned Contractor:  
Registrant ID: 938457592

### Site Information:
Last Name: CASTANEL          First Name, MI: EARLINE T  
Address: 2501 URQUHART ST  
City: NEW ORLEANS        State: LA  
Parish: Orleans           Zip: 70117  
Land Owner  
Phone: (504) 439-9212              Alt. Phone:  
Site Phone: (504) 460-5525         Site Alt. Phone:  
Number of Trailers: 1              Number of Occupants:  

| Electric | Gas | Water | Sewer |
|---|---|---|---|
|  |  |  |  |

Call Attempts (Date/#):  
Special Needs:  
0914128504

Site Feasible (from Call Center)?   Yes    No    Hold  
If No, Reason:

Site Assessor: Ronald White Jr.    Date of Assessment: 11/23/05

Site Description/Sketch:

① utilities on something  
② _____ _____ _____  
③ _____ on _____ _____  
Site Feasible

Appt Sunday 9:00 AM

No. of People Housed:          No. of Bedrooms Needed:  
Site Feasible (from Assessment)?  (Yes)   No    Hold  
If No, Reason:

| FEDERAL EMERGENCY MANAGEMENT AGENCY LANDOWNER'S AUTHORIZATION INGRESS-EGRESS AGREEMENT | 1. T.H. APPLICATION NO. 9876525894 | See Reverse side for Instructions and Paperwork Burden Notice | O.M.B. No. 3067-0222 Expires September 30, 2005 |
|---|---|---|---|
| 2. LANDOWNER'S INFORMATION | | 3. APPLICANT SITE INFORMATION | |
| NAME | | NAME  Earline T Castanel | |
| ADDRESS (House No. and Street name) 8861 Urquhart St. | | SITE ADDRESS (House No. and Street name) SAME | |
| CITY AND STATE (Include Zip Code) N.O. La, 70117 | | CITY AND STATE (Include Zip Code) | |
| PHONE NO. (Include area Code) 292-866-6524 | | NOTE: PROVIDE DIRECTIONS AND ATTACH MAP IF NECESSARY | |

4. In consideration of the President's Disaster Declaration of __8-29-05__  __1603__ and the furnishing of a temporary
   (date of declaration)    (DR#)

housing unit by the United States of America to the above applicant, a disaster victim, and other good and valuable consideration not herein expressly stated, and intending to be bound hereby, the Landowner (which term shall, for the purposes of this agreement, include the owner of record and any parties in possession) does hereby agree with the applicant as follows:

1. The Landowner hereby certifies that he/she is the owner of the above described property and authorizes placement of a temporary unit on his/her land for the use of the subject applicant for the temporary housing period established by the United States Government.

2. The Landowner agrees that no indebtedness of this Act will become a lien on the said housing unit, and that he/she will not attempt to restrain the owner of the unit from removing it from the subject property.

3. The Landowner agrees to allow and maintain a route of ingress and egress for placing and removing the temporary housing unit along and across the subject property to the nearest reasonable access to a public road. This agreement includes the prohibition of structures and barriers upon the property which would hinder or preclude the removal and sectional maneuvering, parking, placing, blocking, or removing of the temporary housing unit.

4. The Landowner further agrees to maintain a reasonable route of ingress and egress along and across the property to and from the temporary housing unit for the applicant.

5. The Landowner has agreed the following alterations to the property may be made to assure adequate ingress and egress or to allow for utility connections to existing utility service on the property. No claim will be filed by Landowner for these actions. (List removal of trees, shrubs, fences, grading holes in driveway or foundation, etc.). Attach drawing of agreed-upon ingress and egress route.

Certified to be True Copy of the Original

5. This Agreement shall remain in force for 30 days following termination of transport of the temporary housing unit in accordance with procedures and regulations promulgated by the Government.

6. Site preparation costs will be the responsibility of: (Check one) ☐ the applicant   ☐ landowner   ☐ other (specify)
   Provide details if responsibility is divided.   N/A

7. Landowner intends to charge and applicant agrees to pay __N/A__ monthly rental for use of the property. (Mark "None" if no rental is to be charged).

| 8. SIGNATURES | DATES |
|---|---|
| a. OWNER/AGENT [signature] | 11/27/05 |
| b. APPLICANT [signature] | 11/27/05 |
| c. WITNESS [signature] | 11/27/05 |

FEMA Form 90-91, OCT 02   REPLACES ALL PREVIOUS EDITIONS.

U.S. DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
READY FOR OCCUPANCY STATUS

| FEDERAL EMERGENCY MANAGEMENT AGENCY (Disaster Temporary Housing Program) | TEMPORARY HOUSING NUMBER | CONTRACT NO NUMBER | SITE CONTROL NUMBER |
|---|---|---|---|
| ☐ 1st ☑ 2nd ☐ Other | 136Y330 | 1003-2115-0797-04 | 03-049429 |

| APPLICANT NAME | PHONE | ADDRESS |
|---|---|---|
| Earline P. Curtand | 9396675894 | 2261 Urquhart St. New Orleans, LA 70117 |

INSPECTION (To be completed by Direct Labor Contractor)

INSTALLATION OF THE UNIT REFERENCED ABOVE IS COMPLETED AS FOLLOWS:
☑ Blocked    ☐ Sewer Connected    ☐ (illegible)    ☐ Needs Safety Tie
☐ Supported  ☐ Electric Connected  ☐ (illegible)
☑ Water Connected ☑ Pad Connected  ☐ (illegible)

COMMENTS - INSTALLATION OF SITE CONDITIONS:

VIN# 5CZ200R24W1185294

Certified to be True Copy of the Original

| INSPECTOR | DATE |
|---|---|
| Kevin R Paul | 9-11-06 |

2. CERTIFY WORK OF UTILITY INSTALLERS

Statement at any other utility booking terms. I agree to comply as unit provided by the U.S. Department of Homeland Security Federal Emergency Management Agency without...

☐ Water Connection  ☐ Electrically Connected  ☐ Sewer Connection  ☐ Gas Connected

...

| APPLICANT SIGNATURE | DATE | CONTRACTOR REPRESENTATIVE | DATE |
|---|---|---|---|

TO:    DIRECT HOUSING OPERATIONS (OHOPS)

Applicant has moved in and the following utilities are connected.

☐ Sewer  ☐ Electric  ☐ Permanent (illeg)  ☐ Water  ☐ Gas  ☐ Home (illeg)  ☐ Private (illeg)

Please notify Applicant Assistant Staff when these utilities are connected.

| SIGNATURE APPLICANT ASSISTANT SPECIALIST | DATE |
|---|---|

FEMA Form 90-74, JUL 06