# U.S. DEPARTMENT OF HOMELAND SECURITY
## FEDERAL EMERGENCY MANAGEMENT AGENCY
### TEMPORARY HOUSING UNIT INSPECTION REPORT

**Temporary Housing Unit No.:** 1304300
**Serial No./VIN:** 4396575377 / 5c2900230u61052  94

### 3. TYPE OF INSPECTION
- Transport
- Dispatch
- Receipt
- Storage
- Staging
- Site
- RFO
- Move In ✓
- Move Out

### 4. TYPE OF FACILITY
- Other
- Mobile Home
- Travel Trailer ✓

### 5. APPLIANCES
| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | Dometic | | |
| Range | Magic Chef | | |
| Microwave | Dometic | | |
| Refrigerator | Frigidaire | | |
| A/C | Dometic | | |
| Water Heater | | | |

### 6. UNIT INFO
- **a. Manufacturer:** [illegible]
- **b. Year:** 2005
- **c. Size (L, W, and height):** 32
- **d. Number of Bedrooms:** 2 BDR

### 7. INSPECTORS
☑ Disaster  ☐ Storage

### 8. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR
N = New   G = Good   P = Poor   D = Damaged   M = Missing
**Hurricane:** ☐ Yes  ☑ No

| FURNISHINGS Kitchen & Dining | Sc | D/G | R/E | FURNISHINGS First Bedroom | Sb | D/G | R/E | FURNISHINGS Bathroom | Sa | D/G | R/E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dinette Table | | | N | Double Bed Complete | | | N | Commode | | | N |
| Dinette Chairs | | | | Mirror | | | N | Tub/Shower | | | N |
| Range | | | | Cabinet Storage | | | | Lavatory | | | |
| Range Hood & Vent Fan | | | | Curtains & Rods | | | | Storage Cabinet | | | |
| Refrigerator | | | | Light Fixtures | | | | Mirror | | | |
| Curtains & Rods | | | | Second Bedroom | | | | Curtains & Rods | | | |
| Cabinets | | | | Double Bed Complete | | | | Light Fixtures | | | |
| Sink | | | | Mirror | | | | Exterior Condition | | | |
| Light Fixtures | | | | Cabinet Storage | | | | Water Heater | | | |
| Fire Extinguisher | | | | Curtains & Rods | | | | Doors | | | |
| A/C Living Room | | | | Light Fixtures | | | | Entry Per Door | | | |
| Couch | | | | Third Bedroom | | | | Windows | | | |
| Arm Chair | | | | Double Bed Complete | | | | Screens | | | |
| End Table | | | | Mirror | | | | Front Panels | | | |
| Coffee Table | | | | Cabinet Storage | | | | Left Side Panels | | | |
| Curtains & Rods | | | | Curtains & Rods | | | | Rear Panels | | | |
| Light Fixtures | | | | Light Fixtures | | | | Right Side Panels | | | |
| Hall | | | | Interior Condition | | | | Roof Vents | | | |
| Furniture | | | | Floor Covering | | | | Tow Bar Hitch | | | |
| Smoke Detectors | | | V | Wall Panels | | | N | Axle & Springs | | | V |
| Light Fixtures | | | N | Ceiling Finish | | | N | Wheels & Tires | | | N |

### 9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAM BELOW:

[Diagram: Right Side - "New"; Left Side - "New"; Front - "N"; Rear - "N"]

NOTE: Tail light harness furnished by: ☐ Towing Contractor

### 10. COMMENTS (if more space is needed, continue on reverse)

### 11. READY FOR OCCUPANCY
**CONTRACT W.O. No.:** 1805-0023-13790-2 PR
**INSPECTOR SIGNATURE:** [signature]
**DATE:** 3-11-06

### 12. OCCUPANT NAME: KEARLINE CASTANEL
**ADDRESS:** 3261 uTown ant St., Reserve, LA
**THA No.:** 4396579894

### 13. REPRESENTATIVES ACKNOWLEDGING CONDITIONS DESCRIBED ABOVE: 7017

| NAME (Contractor) | SIGNATURE AND DATE (Contractor) | SIGNATURE AND DATE (FEMA Rep.) |
|---|---|---|
| Dispatch To/From Storage | | |
| Receipt To/From Storage | | |
| Inspection To/From Site | | |

**OCCUPANT SIGNATURE (Move in & Move Out):** Kearline Castanel
**DATE:** 3/11/06
**FEMA REP. SIGNATURE:** [signature]

MA Form 90-13, JULY 05

**DEPOSITION EXHIBIT**

**EXHIBIT 4**