
Shaw Environmental & Infrastructure, Inc.

## WARNING AND ADVISORY NOTICE REGARDING PROPANE USE

* All trailers are equipped with two tanks with either 5½ or 7½ gallon capacity each.
* Constant use of furnace alone uses 2 gallons per day.
*** WARNING *** Check bottles in the morning to be sure one is full.
*** WARNING *** Check bottle in use before retiring for the evening and if low, switch to full tank at once. Refill low bottle at first opportunity.

## MAINTENANCE

For maintenance, please call FEMA at 866-903-7429.

## TRAILER RETURN PROCEDURES

1. When you no longer require the use of your FEMA trailer, please call 1-800-621-FEMA or 1-800-621-3362, and request removal of your unit. Please give operator your FEMA Registration number and the type of unit you have.
2. Before making the call for a pickup request, please:
    - Turn both propane tanks to OFF position
    - Clean out refrigerator completely
    - Remove all personal items from trailer
    - Leave interior of trailer as clean as possible
    - If possible, please brush and hose down the exterior of the trailer
3. Your trailer is your responsibility until it is removed from your site. Do not leave keys in trailer or in door. Return keys to truck driver at scheduled pick up appointment.

Your cooperation is appreciated.

Shaw Environmental & Infrastructure, Inc.

Date  3-16-06

Print Name  EARLINE CASTANEL

Signature  Earline Castanel
(BLUE INK ONLY)

Address:  2261 Elkhart St.
New Orleans, La
70117

EXHIBIT 5

DEPOSITION EXHIBIT 9