LAW OFFICES
**GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.**
2800 ENERGY CENTRE
1100 POYDRAS
NEW ORLEANS 70163-2800

ROBERT J. DAVID
GERALD E. MEUNIER
IRVING J. WARSHAUER
STEVAN C. DITTMAN
TRACEY RANNALS BRYAN
MICHAEL J. ECUYER
KARA M. HADICAN
TODD J. BIALOUS
JUSTIN I. WOODS
NAKISHA ERVIN-KNOTT

OF COUNSEL
JACK C. BENJAMIN

SAMUEL C. GAINSBURGH
(1926-2003)

TELEPHONE
(504) 522-2304

TELECOPIER
(504) 528-9973

August 6, 2008

Federal Emergency Management Agency
Office of the Director
500 C Street S.W.
Washington, D.C. 20472

VIA FEDERAL EXPRESS
TRACKING # 8659 3464 1524

RE: In Re: Formaldehyde Litigation

Dear Sir/Madam:

Enclosed you will find completed Form 95s (as well as an attached Rider) and contract of representation for the following:

| | | |
|---|---|---|
| 08013829 | 1. | Oze Avants, III |
| 08013830 | 2. | Doris Baas |
| 08013831 | 3. | Errol Blouin |
| 08013832 | 4. | Essence Blouin |
| 08013833 | 5. | Mikeia Blouin |
| 08013834 | 6. | Shantell Blouin |
| 08013835 | 7. | Johnnie Blunt |
| 08013836 | 8. | Aniya Branon |
| 08013837 | 9. | Homer Brister |
| 08013838 | 10. | Stanley Brown |
| 08013839 | 11. | Earline Castanel |
| 08013841 | 12. | Lily Cowart |
| 08013843 | 13. | Melody Cowart |
| 08013847 | 14. | Timothy Cowart |
| 08013850 | 15. | Gail Davis |
| 08013852 | 16. | Louise Doley |
| 08013855 | 17. | Angelique Dyer |
| 08013858 | 18. | Wallace Gregory |
| 08013861 | 19. | Wayne Gregory |
| 08013864 | 20. | Toxi Jackson |
| 08013868 | 21. | Tydra Jackson |
| 08013871 | 22. | Rodnee Joichin |
| 08013874 | 23. | Alexander Martin |
| 08013876 | 24. | Aliyah Martin |
| 08013877 | 25. | Beverly Martin |


EXHIBIT 6

FEMA179-000001

GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.
Page 2
August 6, 2008

26. Alysia McCrary      08013840
27. Alyse Mills         08013842
28. Clara Mosley        08013844
29. Deborah Nocentelli  08013846
30. Logan O'Neal        08013848
31. Joenae Perique      08013854
32. Jovan Perique       08013856
33. Blake Rizzuto       08013859
34. Ernestine Saul      08013862
35. Joseph Saul         08013866
36. Woodrow Stevenson   08013870
37. James Steward       08013867
38. Albertine Thomas    08013872
39. Derek Thomas        08013845
40. Doris Thomas        08013849
41. Brittney Tortorich  08013851
42. Deja Walls          08013857
43. Renee Walls         08013860
44. Yoland Washington   08013853
45. Walonzo White       08013863
46. Wenzy White         08013865
47. Whenisher White     08013869
48. Willa White         08013873
49. Justin Willis       08013875
50. Edward Wininger, Jr. 08013878
51. Linda Wininger      08013879

Sincerely,

*Justin R. Woods*
JUSTIN I. WOODS

Enclosures
JIW/ss

<100>
<100>
<100>



Case 2:07-md-01873-KDE-MBN   Document 8629-9   Filed 12/07/09   Page 3 of 3

FEMA179-000003

FedEx Express USAirbill

THU — 07 AUG A2
PRIORITY OVERNIGHT
XC WASA

Tracking Number: 8659 3464 1524

From: Justin I. Woods, 504 522-2304
GAINSBURGH-BENJAMIN, ETAL
1100 POYDRAS ST STE 2800
NEW ORLEANS, LA 70163-2800

To: Federal Emergency Management Agency
Office of the Director
500 C Street S.W.
Washington, DC 20472

Room: 828   OFFICE DIRECTOR'S   1 of 1
08/07/09 09:16

08013879 thru 08013879