*Amanda Attia, et al v. Cavalier Home Builders, LLC, d/b/a Cavalier Homes, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Attia | Amanda | | 3728 Britt Ave. | Moss Point | MS | 39563 |
| 2 | Attia | Connie | | 3728 Britt Ave. | Moss Point | MS | 39563 |
| 3 | Brown, individually and as mother and next of friend of J.K.B., J.B., and P.B. | Renee | Faye | 4817 Robinhood Drive, Apartment U-163 | Pascagoula | MS | 39581 |
| 4 | Brown | Vince | A. | 4817 Robinhood Drive, Apartment U-163 | Pascagoula | MS | 39581 |
| 5 | Buehl | Charlia | Jo | Post Office Box 1309 | Escatawpa | MS | 39552 |
| 6 | Collins | Armilla | Z. | 2206 Calle De Arena | Gautier | MS | 39553 |
| 7 | Gaylord, individually and as mother and next of friend of C.T.L., J.C.G., and R.J.G. | Darline | E. | Post Office Box 544 | Gautier | MS | 39553 |
| 8 | Johnson, individually and as mother and next of friend of A.T. | Edna | Ruth | 5610 Rose Drive | Moss Point | MS | 39563 |
| 9 | Leggins, individually and as mother and next of friend of D.B., E.S., J.L., J.N., J.L., and Q.C. | Temikka | | 2204 Cleveland Avenue | Pascagoula | MS | 39567 |
| 10 | Lindsey | Jacqueline | Ann | 5007 Cambridge Drive | Pascagoula | MS | 39581 |
| 11 | Mitchell | Justin | | P.O. Box 5537 | Moss Point | MS | 39563 |
| 12 | Nguyen, individually and as father and next of friend of C.H.N., D.H.N., and D.H.N. | Nick | N. | 15313 Winsor Place | Biloxi | MS | 39532 |
| 13 | Nguyen | Thu | H. | 15313 Winsor Place | Biloxi | MS | 39532 |
| 14 | Patrick | Alecia | Nicole | Post Office Box 1309 | Escatawpa | MS | 39552 |
| 15 | Patrick | Sarah | Copeland | Post Office Box 1309 | Escatawpa | MS | 39552 |
| 16 | Stallworth | Jerome | | 1009 School Avenue | Pascagoula | MS | 39567 |
| 17 | Thomas | Felicia | M. | 4106 Del Rosa Avenue | Moss Point | MS | 39563 |
| 18 | Vaxter, individually and as mother and next of friend o J.J.and M.J. | Rosetta | M. | 4630 Bowen Street | Moss Point | MS | 39563 |
| 19 | Williams | Shelia | D. | 3600 Jefferson Street, Lot #59 | Pascagoula | MS | 39567 |
| 20 | Young, mother and next of friend of K.B. | Geneva | | Post Office Box 8336 | Moss Point | MS | 39562 |
| 21 | Young, mother and next of friend of R.R. | Geneva | | Post Office Box 8336 | Moss Point | MS | 39562 |