*Amanda Attia, et al v. Cavalier Home Builders, LLC, d/b/a Cavalier Homes, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Bartholomew | Floyd | Anthony | Post Office Box 554 | Gautier | MS | 39553 |
| 2 | Bartholomew | Melissa | Nicole | Post Office Box 554 | Gautier | MS | 39553 |
| 3 | Bartholomew, individually and as mother and next of friend of A.S., B.B., F.S., M.B., S.B., and S.B. | Sonya | Eyvette | Post Office Box 554 | Gautier | MS | 39553 |
| 4 | Lennon, individually and as guardian and next of friend of J.L. | Maria | R. | 1501 Popps Ferry Road, Lot #X4 | Biloxi | MS | 39532 |