```
 1               UNITED STATES DISTRICT COURT
 2               EASTERN DISTRICT OF LOUISIANA
 3
 4   - - - - - - - - - - - - - - - - -
 5   IN RE:                              )    MDL NUMBER 1873
 6   FEMA TRAILER FORMALDEHYDE           )    SECTION "N" (4)
 7   PRODUCTS LIABILITY LITIGATION       )    JUDGE ENGELHARDT
 8   - - - - - - - - - - - - - - - - -
 9
10        VIDEOTAPED DEPOSITION OF BECHTEL NATIONAL, INC.
11              30(B)(6) DEPONENT JACK HUME
12              THURSDAY, AUGUST 21, 2008
13
```

                                    BEHMKE REPORTING & VIDEO SERVICES
              BY: CHRISTINE L. JORDAN, CSR NO. 12262, RPR, CCRR
                                    160 SPEAR STREET, SUITE 300
                                    SAN FRANCISCO, CALIFORNIA 94105
                                                    (415) 597-5600

1

1      A.   No.  We don't do that.  They're competitors.
2  They're on their own.
3      Q.   And so I take it from your response that there
4  was no communication amongst the three other contractors
5  I named and Bechtel with respect to the work performed
6  under this contract with FEMA, correct?
7      A.   Not relative to the work plan.
8      Q.   And I think you testified earlier you may have
9  had some group meetings with FEMA.  Did those group
10 meetings discuss the technical details of how each
11 contractor was going to be performing their scope of
12 work?
13     A.   Generally not.  The meetings with Corps of
14 Engineers led by the FEMA COTR were more issue
15 like -- issue-related meetings and
16 coordination-related meetings.
17     Q.   Essentially --
18     A.   And that was with just CH2 HILL (sic).
19     Q.   Right.  And so I take it that from that that
20 Shaw and Fluor were not parties to those meetings with
21 FEMA?
22     A.   Well, Fluor and Shaw were working in
23 Louisiana.  CH2 and ourselves were working in
24 Mississippi.
25     Q.   So the meetings you took part in only dealt with

117

1   the status of the work being performed in Mississippi,
2   correct?
3       A.   Correct.  That was our scope.
4       Q.   When you submitted the initial work plan, was
5   the initial work plan to be limited to the state of
6   Mississippi or did you do it for the entire Gulf Coast
7   and then you were told by FEMA you would only be working
8   in Mississippi?
9       A.   I don't know the juxtaposition of time
10  between the submission of the work plan and the
11  determination for our work to be in Mississippi only.
12      Q.   The only work performed by Bechtel with respect
13  to the contract we're here for today, which is the
14  contract with FEMA to support the Temporary Housing
15  Assistance Program was performed by Bechtel in
16  Mississippi, correct?
17      A.   Correct.
18      Q.   And you had three staging areas -- in Jackson,
19  Harrison, and Hancock Counties?
20      A.   That's correct.
21      Q.   And those were the only staging areas that
22  Bechtel either oversaw or was involved with on a
23  day-to-day basis, correct?
24      A.   I'm saying yes, but I'm trying to think
25  because we worked in the northern nine counties a