*Estella Adkins, et al v. Waverlee Homes, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Adkins | Estella | | Post Office Box 12 | Pascagoula | MS | 39568 |
| 2 | Bartholomew, individually and as mother and next of friend of A.S., B.B., F.S., M.B., S.B., and S.B. | Sonya | Eyvette | 1621 Lima Drive, Lot #206 | Gautier | MS | 39553 |
| 3 | Bartholomew | Floyd | Anthony | 1621 Lima Drive, Lot #206 | Gautier | MS | 39553 |
| 4 | Bartholomew | Melissa | Nicole | Post Office Box 554 | Gautier | MS | 39553 |
| 5 | Hebert, individually and as mother and next of friend of A.K. and H.K. | Heather | Kim | 12200 Old Hwy 67, Lot 39 | Biloxi | MS | 39532 |
| 6 | Holloman, Jr. | William | Ray | 3809 Douglas Avenue | Pascagoula | MS | 39581 |
| 7 | Sipp, individually and as mother and next of friend of D.S. and H.S. | Tameka | R. | 5336 James Avenue | Moss Point | MS | 39563 |
| 8 | Valentine, mother and next of friend of A.V. | Victoria | Lynn | 6616 Frank Griffin Road | Moss Point | MS | 39563 |
| 9 | Valentine, mother and next of friend of C.V. | Stephanie | Lynn | 6616 Frank Griffin Road | Moss Point | MS | 39563 |
| 10 | Watson | Tinkie | Lynn | 2101 Ladnier Road, Lot 105 | Gautier | MS | 39553 |