*Estella Adkins, et al v. Waverlee Homes, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Hoda, individually and as mother and next of friend of C.H. and K.C. | Gena | Janelle | 14906 Cable Bridge Road | Gulfport | MS | 39503 |
| 2 | Hoda | Ronnie | Wayne | 14906 Cable Bridge Road | Gulfport | MS | 39503 |

*Exhibit A-2*
*Page 1 of 1*