*Marvin Matthew Ballow, et al v. Alliance Homes, Inc., d/b/a Adrian Homes*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Demouey, individually and as mother and next of friend of A.D. | Angela | Dawn | 4607 Burns Street | Moss Point | MS | 39563 |
| 2 | Demouey | Daniel | | 4607 Burns Street | Moss Point | MS | 39563 |
| 3 | Manning | Wilder | | 5418 Quail Creek Circle | Biloxi | MS | 39532 |