*Marvin Matthew Ballow, et al v. Alliance Homes, Inc., d/b/a Adrian Homes*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|----:|-----------|-----------|--------|---------|------|-------|-----|
| 1 | Brinkman | Dustin | Levi | 4607 Burns Street | Moss Point | MS | 39563 |