AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

ELAINE DUNCAN LEE O/B/O WARDEL DUNCAN  
Plaintiff  
v.  
GULF STREAM COACH, INC.  
Defendant  

Civil Action No. 09-6985 SECT. N MAG 5

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Gulf Stream Coach, Inc.  
Through its Agent for Service of Process  
Kenneth C. Brinker  
503 South Oakland Ave.  
Nappanee, IN 46550

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date:  
Oct 20 2009

Loretta G. Whyte  
Deputy clerk's signature  
*Sarah Dusang*

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on __11/23/2009__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* __By certified mail__ .

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

Date: __12/07/2009__

Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130

Server's address

November 24, 2009

**CERTIFIED MAIL: 7009 2250 0004 1428 6615**

Through its registered agent for service:
Kenneth C. Brinker
503 South Oakland Ave.
Nappannee, IN 46550

      Re:    *Elaine Duncan Lee O/B/O Wardel Duncan v Gulf Stream Coach, Inc.*
              EDLA, Case No: 09-6985

Dear Sir/Madam

    Please accept service on behalf of Gulf Stream Coach, Inc.

                                              Very truly yours,

                                              Lawrence J. Centola Jr.

LC:jld
See Enclosures



**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

NAPPANEE IN 46550

| | | |
|---|---|---|
| Postage | $ | $1.39 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.49 |

Postmark Here  Nov 23 2009   11/23/2009

Gulf Stream Coach, Inc.
Through its Agent for Service of Process
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

PS Form 3800, August 2006      See Reverse for Instructions

7009 2250 0004 1428 6615

---

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gulf Stream Coach, Inc.
Through its Agent for Service of Process
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Randy Ter____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)    7009 2250 0004 1428 6615

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540