AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

**RETURN**

FLOYD BRANCH, ET. AL.
Plaintiff
v.
JAYCO, INC.
Defendant

Civil Action No. **09-7150**

Summons in a Civil Action

**SECT. N MAG. 5**

To: *(Defendant's name and address)*

Jayco, Inc.
Through its Registered Agent for Service of Process
Glenn E. Killoren
121 W. Franklin Street
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Nov 05 2009

Date: _____

Name of clerk of court

*Sarah Dusang*

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __11/25/2009__, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* __By certified mail__.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

Date: __12/07/2009__

Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address

November 24, 2009

**CERTIFIED MAIL: 7009 2250 0004 1428 6660**

Through its registered agent for service:
Glenn E. Killoren
121 W. Franklin St.
Elkhart, IN 46516

    Re:    *Floyd Branch, at al. v Jayco, Inc.*
            EDLA, Case No: 09-7150

Dear Sir/Madam

    Please accept service on behalf of Jayco, Inc.

                          Very truly yours,

                          Lawrence J. Centola Jr.

LC:tje
See Enclosures



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Luis Stenan_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  Lois Stepman   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Jayco, Inc.<br>Through its Agent for Service of Process<br>Glenn E. Killoren<br>121 W. Franklin Street<br>Elkhart, IN 46516 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 2250 0004 1428 6660 |
| PS Form 3811, February 2004 | Domestic Return Receipt   7150   102595-02-M-1540 |