AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| COLEMAN RUIZ, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:09-cv-0370 |
| JAYCO, INC., et al. ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jayco, Inc.
Through its Registered Agent for Service of Process:
Glenn S. Killoren
121 W. Franklin St.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. Noblin
CLERK OF COURT

Date: 10/5/09

Signature of Clerk or Deputy Clerk

≈ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  11/23/2009 ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)*  By certified mail .

My fees are $ 0.00  for travel and $ 0.00  for services, for a total of $ 0.00 .

Date:  12/07/2009

Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address

November 17, 2009

**<u>CERTIFIED MAIL: 7009 2250 0001 3449 8916</u>**

Glenn S. Killoren
121 W. Franklin Street
Elkhart, IN 46516

       Re:    *Coleman Ruiz and Cheryl Ruiz v Jayco, Inc. and Bechtel National, Inc.*
               US District Court for the Southern District of Mississippi
               Civil Action No. 1:09-cv-370 HSO-JMR

Dear Sir/Madam

    Please accept service on behalf of Jayco, Inc.

                                  Very truly yours,

                                  Lawrence J. Centola Jr.

LC:jdc
See Enclosures

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

ELKHART, IN 46516  OFFICIAL USE

| | |
|---|---|
| Postage | $1.56 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.66 |

Postmark: NEW ORLEANS, LA 70130 NOV 23 2009 — 11/23/2009

Sent To: Jayco (via) Glenn S. Kilbren (agent for service)
Street, Apt. No.; or PO Box No.: 121 W. Franklin St.
City, State, ZIP+4: Elkhart IN 46516

PS Form 3800, August 2006    See Reverse for Instructions

7009 2250 0001 3449 8916

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jayco, Inc.
Through its Registered Agent for Service
Glenn S. Kilbren
121 W. Franklin Street
Elkhart, IN 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Lois Stemm    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Lois Stemm
C. Date of Delivery:

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label):  7009 2250 0001 3449 8916

PS Form 3811, February 2004    Domestic Return Receipt    MS-370    102595-02-M-1540