UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * * * | MDL NO. 1873<br><br>SECTION N (5) |
| THIS DOCUMENT RELATES TO<br>Civil Cases: 09-06881, 09-06882, 09-07163 | * * * | JUDGE ENGELHARDT |

******************************************************************************

## HURRICANE LEGAL CENTER, LLC.'S LIST OF PLAINTIFFS WHO REMAIN UNMATCHED (PRETRIAL ORDER 40)

In compliance with Pretrial Order 40 (Document 1781), and the order granting extension of time regarding PTP 40 (Document 2182), Hurricane Legal Center, LLC, hereby notifies the Court of the plaintiffs who remain unmatched with a specific manufacturing defendant and the civil action number of the original complaint in which they were named:

| Claimant | Court Case Number |
|---|---|
| Amanda Boteler | 2:09-cv-6881 |
| Anthony Griffin | 2:09-cv-6881 |
| Ashley Ryan | 2:09-cv-6881 |
| Bobby Boteler | 2:09-cv-6881 |
| Cartrina Ceaser | 2:09-cv-6881 |
| Chester Wilson | 2:09-cv-6881 |
| Cynthia Hauck | 2:09-cv-6881 |
| Cynthia Hauck on behalf of G. le Hauck | 2:09-cv-6881 |

| | |
|---|---|
| David Hauck | 2:09-cv-6881 |
| Diane Davis | 2:09-cv-6881 |
| Diane Davis on behalf of B. Davis | 2:09-cv-6881 |
| Diane Davis on behalf of I. Sanders | 2:09-cv-6881 |
| Diane Davis on behalf of J. Sanders | 2:09-cv-6881 |
| Diane Davis on behalf of K. Sanders | 2:09-cv-6881 |
| Edward Ceaser | 2:09-cv-6881 |
| Edward Ceaser III | 2:09-cv-6881 |
| Edward Ceaser on behalf of S. Ceaser | 2:09-cv-6881 |
| Gail Perkins | 2:09-cv-6881 |
| Gerald Truxillo on behalf of S. Wells | 2:09-cv-6881 |
| Herman Campo, Jr | 2:09-cv-6881 |
| Ken Williams | 2:09-cv-6881 |
| Kimberly Williams | 2:09-cv-6881 |
| Kimberly Williams on behalf of M. Detrion | 2:09-cv-6881 |
| Kimberly Williams on behalf of S. Detrion | 2:09-cv-6881 |
| Lucien Ganier | 2:09-cv-6881 |
| Mario Martinez | 2:09-cv-6881 |
| Rechelle Ragas | 2:09-cv-6881 |
| Rechelle Ragas on behalf of A. Ragas | 2:09-cv-6881 |
| Rechelle Ragas on behalf of Z. Ragas | 2:09-cv-6881 |
| Wanda Ceaser | 2:09-cv-6881 |
| Zealise Lacour | 2:09-cv-6881 |
| Diane Davis | 2:09-cv-6882 |
| Diane Davis on behalf of B. Davis | 2:09-cv-6882 |
| Diane Davis on behalf of G. Davis | 2:09-cv-6882 |
| Diane Davis on behalf of I. Sanders | 2:09-cv-6882 |
| Diane Davis on behalf of J. Sanders | 2:09-cv-6882 |
| Diane Davis on behalf of K. Sanders | 2:09-cv-6882 |
| Mattie Dickerson on behalf of Charles Dickerson | 2:09-cv-6882 |

The above list contains 38 names out of HLC's approximately 7000 clients. Of these, 33 are clients who have been uncooperative and/or to whom HLC has been unable to establish contact notwithstanding repeated attempts to do so. A further 5 of these clients involve those as to whom FEMA has failed to provide matching information

notwithstanding HLC having provided FEMA with FEMA ID numbers, as well as, in most instances, such additional information as applicant name, trailer address, date of birth (and in many instances, Social Security number).  At the HLC's request, some of these clients also directly contacted FEMA in an attempt to obtain information.

>Respectfully submitted,
>
>HURRICANE LEGAL CENTER, LLC.
>
>BY   /s/  Lawrence J. Centola, Jr.
>        Lawrence J. Centola, Jr.
>
>600 Carondelet Street  LA Bar #3962
>Suite 602
>New Orleans, LA 70170
>(504) 525-1944 (telephone)
>(504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

>/s/  Lawrence J. Centola, Jr.
>      Lawrence J. Centola, Jr.