# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

**HENRY BARNES, ET AL** : **CIVIL ACTION NO. 09-6048**

**VERSUS** : **SECTION N, MAG. 5**

**AMERICAN CAMPER** :
**MANUFACTURING, LLC**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION TO DISMISS PARTY PLAINTIFF

On motion of plaintiffs in the above numbered and entitled cause, and on suggesting to the Court that undersigned counsel has learned that the minor child R'S. H. was living in the trailer/housing unit manufactured by Keystone RV Company and Fluor Enterprises, Inc., which is at issue in the matter entitled *Felicia Holmes, individually and for her minor children, T.H. and K.H. vs. Keystone RV Company and Fluor Enterprises, Inc.,* bearing Docket No. 677-323 "G", 24th Judicial District Court, Jefferson Parish, Louisiana, filed on behalf of plaintiffs on August 28, 2009. Undersigned counsel has amended plaintiffs' original petition to add Tyechia Holmes for her minor child, R'S. H. as a party plaintiff in the above-referenced *Felicia Holmes, et al, v. Keystone RV Company, et al,* matter, bearing Docket No. 677-323 "G", 24th Judicial District Court, Jefferson Parish, Louisiana.

Accordingly, there is no necessity to further prosecute the above-captioned matter on behalf of Tyechia Holmes for her minor child, R'S. H. and prays for an order dismissing Tyechia Holmes for her minor child, R'S. H. *only* as a party plaintiff in the above-referenced matter, reserving any and all rights Tyechia Holmes may have in the matter entitled *Felicia Holmes,*

*individually and for her minor children, T.H. and K.H. vs. Keystone RV Company and Fluor Enterprises, Inc.,* bearing Docket No. 677-323 "G", 24th Judicial District Court, Jefferson Parish, Louisiana.

        Respectfully submitted:

**J. ROCK PALERMO III (#21793)**
**J. MICHAEL VERON (#7570)**
VERON, BICE, PALERMO & WILSON, L.L.C.
721 KIRBY STREET
P. O. BOX 2125
LAKE CHARLES, LA 70602
(337) 310-1600
(337) 310-1601 (FAX)

**PAUL A. DOMINICK**
**RICHARD L. TAPP, JR**
**DENNIS J. LYNCH**
NEXSEN PRUET, L.L.C.
P. O. BOX 486
CHARLESTON, SC  29402
(843) 577-9440
(843) 720-1777

**SEAN K. TRUNDY**
SEAN KEVIN TRUNDY, L.L.C.
P. O. BOX 41343
NORTH CHARLESTON, SC  29423
(843) 747-4424
(843) 747-4489


BY:  **/s/   J. ROCK PALERMO III**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the above and foregoing on all counsel of record by electronic filing and/or United States mail.

Lake Charles, Louisiana, this 7th day of December, 2009.

                                                   **/s/    J. ROCK PALERMO III**
                                                 **J. ROCK PALERMO III**