IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HENRY BARNES, ET AL** | **:** | **CIVIL ACTION NO. 09-6048** |
| **VERSUS** | **:** | **SECTION N, MAG. 5** |
| **AMERICAN CAMPER MANUFACTURING, LLC** | **:** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the above and foregoing Motion to Dismiss Party Plaintiff,

IT IS HEREBY ORDERED THAT Tyechia Holmes for her minor child, R'S. H. be and she is hereby dismissed as a party plaintiff in the above-referenced matter, reserving any and all rights she may have in the matter entitled *Felicia Holmes, individually and for her minor children, T.H. and K.H. vs. Keystone RV Company and Fluor Enterprises, Inc.,* bearing Docket No. 677-323 "G", 24th Judicial District Court, Jefferson Parish, Louisiana.

New Orleans, Louisiana, this _____ day of December, 2009.

_____
**DISTRICT JUDGE**