*Cherie Greenwell, et al v. Dutchmen Manufacturing, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Wilson | Lois | | Post Office Box 769 | Escatawpa | MS | 39552 |

*Exhibit A-2*
*Page 1 of 1*