*Darron Levery Allen, et al v. River Birch Homes, In., and/or River Birch Homes, LLC*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Allen | Darron | Levery | 3801 Jeffery Rd. | Escatawpa | MS | 39562 |
| 2 | Allen | Ruby | Lee | 3801 Jeffery St. | Escatawpa | MS | 39562 |
| 3 | Allen, Sr. | Tyrone | L. | 3801 Jeffery St. | Escatawpa | MS | 39562 |
| 4 | Bragg, individually and as mother and next of friend of A.B. and J.N. | Rita | G. | 4407 Griffin Street | Moss Point | MS | 39563 |
| 5 | Davis | Sean | L. | 1505 Laurel Glenn Road | Gautier | MS | 39553 |
| 6 | Hathorne, individually and as mother and next of friend of B.H., C.H., C.H., I.H., I.H., J.M., and X.H. | Dione | A. | 7709 Narcissus Drive, Lot #203 | Gautier | MS | 39553 |
| 7 | Helms | Belinda | Lynn | 1505 Laurel Glenn Road | Gautier | MS | 39553 |
| 8 | Lofton | Christopher | Scott | 4407 Griffin Street | Moss Point | MS | 39563 |
| 9 | Richardson, individually and as mother and next of friend of D.R., R.R., and T.R. | Tuntoa | Denise | 6534 Jasmine St, Apt 31 | Moss Point | MS | 39563 |
| 10 | Walburn | Kassie | L. | 14269 County Farm Road, Lot #64 | Gulfport | MS | 39503 |
| 11 | Walburn | Kathleen | N. | 14269 County Farm Road, Lot #64 | Gulfport | MS | 39503 |