*Darron Levery Allen, et al v. River Birch Homes, Inc., and/or River Birch Homes, LLC*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Bruton | Joseph | Arthur | Post Office Box 360 | Chatom | AL | 39518 |

*Exhibit A-2*
*Page 1 of 1*