IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LINDA BUCKLEY, ET AL<br>Plaintiffs | : | CIVIL ACTION NO. 09-4785 |
| v. | : | SECTION N. MAG. 5 |
| AMERICAN CAMPER MANUFACTURING, LLC, ET AL,<br>Defendants. | | |

## MOTION TO DISMISS PARTY PLAINTIFF

On motion of plaintiffs, LINDA BUCKLEY, ET AL, in the above numbered and entitled cause, and on suggesting to the Court as follows:

1.

Plaintiff Ora Lee Weber initially contacted the law firm of Nicaud, Sunseri and Fradella, LLC to represent her regarding her formaldehyde claim against certain manufacturer(s) of the trailer(s) or housing unit(s) at issue in this case. Ms. Weber was advised that it would be necessary for her to provide detailed information to undersigned counsel in order to adequately represent her.

2.

Despite numerous attempts to contact her to provide said information, Ora Lee Weber has not responded to any requests and undersigned is unable to continue to proceed on her behalf.

3.

Accordingly, plaintiffs pray that Ora Lee Weber be dismissed as a party plaintiff in this matter.

        J. MICHAEL VERON (#7570)
        J. ROCK PALERMO III (#21793)
        VERON, BICE, PALERMO & WILSON, L.L.C.
        P. O. BOX 2125
        LAKE CHARLES, LA 70602
        (337) 310-1600
        (337) 310-1601 (FAX)

        PAUL A. DOMINICK
        RICHARD L. TAPP, JR
        DENNIS J. LYNCH
        NEXSEN PRUET, L.L.C.
        P. O. BOX 486
        CHARLESTON, SC  29402
        (843) 577-9440
        (843) 720-1777

        SEAN K. TRUNDY
        SEAN KEVIN TRUNDY, L.L.C.
        P. O. BOX 41343
        NORTH CHARLESTON, SC  29423
        (843) 747-4424
        (843) 747-4489

        BY:   **/s/ J. ROCK PALERMO III**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the above and foregoing on all counsel of record by the electronic filing system or by placing a copy of same in the United States mail, properly addressed, postage prepaid.

Lake Charles, Louisiana, this 7th day of December, 2009.

/s/ J. Rock Palermo III
J. ROCK PALERMO III