UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT UNITED STATES OF AMERICA'S UNOPPOSED *EX PARTE* MOTION TO SUBSTITUTE HENRY T. MILLER FOR JANICE WILLIAMS-JONES AS ONE OF THE GOVERNMENT'S REPRESENTATIVE ON THE SUMMARY JURY TRIAL WORKING GROUP

Defendant United States of America ("United States") pursuant to Local Rules 7.3 and 7.8.1 submits this *Ex Parte* Unopposed Motion to substitute Henry T. Miller, Senior Trial Counsel, United States Department of Justice, for Janice Williams-Jones, Senior Trial Counsel, Federal Emergency Management Agency, as one of the Government's Representative on the Summary Jury Trial Working Group established by the Court.  The Court should grant this motion because Mrs. Jones' was recently assigned additional cases unrelated to this action and as a result does not have sufficient time to meaningful investigate, participate or contribute to the Summary Jury Trial Working Group.

The United States further requests that the Court appoint undersigned Government Counsel, Henry T. Miller, to replace Mrs. Jones as one of the two Government representatives on the Summary Jury Trial Working Group.  Undersigned counsel is the United States' lead counsel in this litigation, and to date has worked closely with Michelle Boyle, Trial Attorney, United States Department of Justice, and Mrs. Jones in matters relating to summary jury trials, and as

such is familiar with the procedural, logistic, and legal issues that the parties must address and resolve to make summary jury trials a fair and effective alternate dispute resolution tool in the context of this Multi-District Litigation action.

Undersigned government counsel has conferred with Liaison Counsel through e-mail, and undersigned government counsel hereby certifies that Liaison Counsel do not object or oppose this motion.

Accordingly, for good cause shown, the United States request that the Court grant this *Ex Parte* Motion and enter the attached proposed Order.

Dated: December 7, 2009.                                          Respectfully Submitted,

TONY WEST                                                                          ADAM BAIN
Assistant Attorney General, Civil Division          Senior Trial Counsel

J. PATRICK GLYNN                                                         MICHELLE BOYLE
Director, Torts Branch, Civil Division                    ADAM DINNELL
                                                                                              MICHELE GREIF
DAVID S. FISHBACK                                                     JONATHAN WALDRON
Assistant Director                                                          Trial Attorneys

OF COUNSEL:                                                                 //S// *Henry T. Miller*
                                                                                              HENRY T. MILLER (D.C. Bar No. 411885)
JORDAN FRIED                                                              Senior Trial Counsel
Associate Chief Counsel                                              United States Department of Justice
                                                                                              Civil Division – Torts Branch
                                                                                              P.O. Box 340, Ben Franklin Station
JANICE WILLIAMS-JONES                                         Washington, D.C. 20004
Senior Trial Attorney                                                    Telephone No: (202) 616-4223
Federal Emergency Management Agency           E-mail: Henry.Miller@USDOJ.Gov
Department of Homeland Security
Washington, D.C. 20472

                                                                                              Attorneys for the United States of America

2

## CERTIFICATE OF SERVICE

      I hereby certify that on December 7, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                      *//S// Henry T. Miller*
                                      HENRY T. MILLER (D.C. Bar No. 411885)