UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                           MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION N-5
                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Defendant United States of America's Unopposed *Ex Parte* Motion to substitute Henry T. Miller, Senior Trial Counsel, United States Department of Justice, for Janice Williams-Jones, Senior Trial Counsel, Federal Emergency Management Agency, as one of the Government's Representative on the Summary Jury Trial Working Group, and good cause having been show,

**IT IS HEREBY ORDERED** that the Motion is granted and Henry T. Miller, Senior Trial Attorney, United States Department of Justice is hereby appointed and replaces Janice Williams-Jones as one of the Government Representatives on the Summary Jury Trial Working Group.

**DONE AND SIGNED** this _____ day of _____, 2009

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**