UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　　　　MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Brian J. Perera, et al. v. Coachmen Industries, Inc., et al.,*
**No. 09-6146 (ND-AL No. 2:09-cv-01424)**
**************************************************************************

## ORDER

　　Considering the foregoing motion,

　　**IT IS ORDERED** that plaintiffs be granted leave to file the First Supplemental and

Amended Complaint for Damages.

　　THIS DONE the ____ day of _____, 2009, New Orleans, Louisiana.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　J U D G E