UNITED STATES DISTRICT COURT

COACHMEN

(1)     JACOB JOSEPH BORROUSO, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by    unknown was located at Delta, Al .

Exhibit A