AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Melvin Johnson, et al <br> *Plaintiff* <br> v. <br> American International Group, Inc., et al <br> *Defendant* | ) ) ) ) ) ) | Civil Action No. 09-4943 |

SECT. N MAG. 5

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gibraltar Insurance Company, Ltd.
Through its Registered Agent for Service
Quest Mnagement Solutions
FB Perry Building
40 Church Street
Hamilton, HM 11
Bermuda

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Loretta G. Whyte

Date: _____   _____
                                *Signature of Clerk or Deputy Clerk*

Aug 12 2009

**POSTAL SERVICE OF THE UNITED STATES OF AMERICA**
*Administration des Postes des Etats-Unis d'Amérique*

**PAR AVION**

C5
Postmark of the office
returning the receipt
*Timbre du bureau
renvoyant l'avis*

**POSTAL SERVICE**
*Service des postes*

**RETURN RECEIPT**
*Avis de réception*

To be returned by the
quickest route (air or
surface mail), à
découvert and postage
free.

To be filled out by the sender, who will indicate his address for the return of this receipt.
*A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.*

Name or firm / Nom ou raison sociale:
Gainsburgh Benjamin

Street and No. / Rue et no.:
1100 Poydras St. Suite 2800

City, State and ZIP Code / Lieu et Pays:
New Orleans, LA 70163

A remplir par la
voie la plus rapide
(aérienne ou de
surface), à découvert et
en franchise de port.

UNITED STATES OF AMERICA / *États-Unis d'Amérique*

PS Form 2865
Mar. 1985

---

Registered article / *Envoi recommandé*  ☐ Letter / Lettre  ☒ Printed Matter / Imprimé  ☐ Other / Autre  ☐ Express Mail International

Insured parcel / *Colis avec valeur déclarée*   Insured Value / *Valeur déclarée*   Article No.: RB241682235US

Office of mailing / *Bureau de dépôt*:   Date of posting / *Date de dépôt*: 11-2-09

Addressee (Name or firm) / *Nom ou raison sociale du destinataire*:
Gerlings Ins Co Through Quest Management

Street and No. / *Rue et No.*:
EB Perry Bldg 40 Church St

Place and country / *Lieu et Pays*:
Hamilton HM 11 Bermuda

This receipt must be signed by the addressee or by a person authorized to do so by virtue of the regulations of the country of destination or, if those regulations so provide, by the employee of the office of destination, and returned by the first mail directly to the sender.
*Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.*

The article mentioned above was duly delivered.
*L'envoi mentionné ci-dessus a été dûment livré.*

Date:

Signature of the addressee / *Signature du destinataire*

Signature of the employee of the office of destination. *Signature de l'agent du bureau de destination.*

Postmark of the office of destination
*Timbre du bureau de destination*

HAMILTON 09 BERMUDA