UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER            MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Tanika Bell, et al. v. Gulf Stream Coach, Inc., et al.,*
**No. 09-6149 (MD-LA No. 3:09-cv-00498)**
*************************************************************************

**ORDER**

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the First Supplemental and Amended Complaint for Damages.

THIS DONE the 7th day of December, 2009, New Orleans, Louisiana.

_____
JUDGE