UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                        MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                                           SECTION "N" (4)
THIS DOCUMENT RELATES TO:
*Sunshine Augustine, et al. v. Fleetwood Canada, LTD., et al.,*
No. 09-6903 (SD-MS No. 1:09-cv-526)
**************************************************************************

ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the First Supplemental and Amended Complaint for Damages.

THIS DONE the 7th day of December, 2009, New Orleans, Louisiana.

_____
JUDGE