UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


FLEETWOOD

---

(1) DARRELL & PEARL, INDIVIDUALLY AND ON BEHALF OF THE MINOR B.C., a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FLEETWOOD** and installed by **UNKNOWN** was located at **St. Bernard, La 70085**.

(2) DARRELL & PEARL, INDIVIDUALLY AND ON BEHALF OF THE MINOR D.C., a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FLEETWOOD** and installed by **UNKNOWN** was located at **St. Bernard, La 70085**.

(3) **PEARL B CARUSO**, a resident of the full age of majority of the State of Mississippi, whose temporary housing unit manufactured by, or bore a model of, **FLEETWOOD** and installed by **UNKNOWN** was located at **St. Bernard, La 70085**.

(4) **GRACELYN MICHELLE CASANOVA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FLEETWOOD** and installed by **UNKNOWN** was located at **Chalmette, La** .

(5) **BRANDY ELIZABETH GAUTHIER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FLEETWOOD** and installed by **UNKNOWN** was located at **Arabi, La 70032**.

(6) **KEVIN RICHARD LADNER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FLEETWOOD** and installed by **UNKNOWN** was located at **Arabi, La 70032**.

**Exhibit A**

(7)     **MIKE P. LADNER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FLEETWOOD** and installed by **UNKNOWN** was located at **Arabi, La 70032**.

(8)     **TIFFANY NICOLE LADNER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FLEETWOOD** and installed by **UNKNOWN** was located at **Arabi, La 70032**.

(9)     **MATHILDA MILLER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FLEETWOOD** and installed by **UNKNOWN** was located at **St. Bernard, La 70085**.

(10)     **MICHAEL D. MORAIN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FLEETWOOD** and installed by **FLUOR** was located at **Arabi, La 70032**.

(11)     **MANDI LYNN PETERSON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FLEETWOOD** and installed by **UNKNOWN** was located at **Meraux, La 70075**.

(12)     **EDITH SCOTT, INDIVIDUALLY AND ON BEHALF OF THE MINOR P.R.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FLEETWOOD** and installed by **SHAW** was located at **New Orleans, La 70119**.

(13)     **ELOISE ROBIN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FLEETWOOD** and installed by **FLUOR** was located at **St. Bernard, La 70085**.

**Exhibit A**

(14)   **KENNETH ROBIN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FLEETWOOD** and installed by **FLUOR** was located at **St. Bernard, La 70085**.

(15)   **KERRIE SCHMID, INDIVIDUALLY AND ON BEHALF OF THE MINOR A.T.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FLEETWOOD** and installed by **UNKNOWN** was located at **Meraux, La 70075**.

**Exhibit A**