UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER            MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Diane Alice Chalaire, et al. v. Forest River, Inc., et al.,*
No. 09-6717 (SD-MS No. 1:09-cv-00527)
**************************************************************************

## ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the First Supplemental and Amended Complaint for Damages.

THIS DONE the  7th  day of  December , 2009, New Orleans, Louisiana.

_____
JUDGE