UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## CLEAR SPRINGS

(1)     GRACELYN MICHELLE CASANOVA, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CLEAR SPRINGS** and installed by **UNKNOWN** was located at Meraux, La 70075.

Exhibit A