UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## COACHMEN

(1) **JOSEPHINE M. GLAVIANO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **UNKNOWN** was located at , Chalmette, La 70043.

(2) **FLORITA NUNEZ HYDE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **UNKNOWN** was located at , Chalmette, La 70043.

Exhibit A