AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

DELLA AYERS, individually and on behalf of ALVIN )
Plaintiff )
v. ) Civil Action No. **09-4973**
FOREST RIVER, INC., ET AL )
Defendant )

SUMMONS IN A CIVIL ACTION  **SECT. N MAG. 5**

To: *(Defendant's name and address)* Morgan Buildings & Spas, Inc.
Through Its Agent for Service of Process
C T Corporation System
5615 Corporate Blvd.
Ste. 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gainsburgh, Benjamin, David,
Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Loretta G. Whyte

Date:
Aug 12 2009

Signature of Clerk or Deputy Clerk

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  CT Corporation System<br>X  5615 Corporate Blvd.  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  Suite 400B  C. Date of Delivery<br>Baton Rouge, LA |
| 1. Article Addressed to:<br>Morgan Bldg & Spas, Inc.<br>Thru its agent for<br>Service of process<br>CT Corporation System<br>5615 Corporate Blvd<br>Ste. 400B<br>Baton Rouge, LA 70808 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 009 0960 0001 0043 9406 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15



UNITED STATES POSTAL SERVICE  BATON ROUGE LA 708  22 SEP 2009 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-4973 Della Ayers