UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES | * | |
| TO ALL CASES | * | MAG. JUDGE CHASEZ |
| | * | |

**********************************************************************

## **ORDER**

Considering the foregoing Motion filed by Frontier RV, Inc.:

IT IS ORDERED that Scott P. Yount and Kelly M. Morton be and are added as additional counsel of record for Frontier RV, Inc., in this matter.

New Orleans, Louisiana, this ____8th____ day of ___December_____, 2009.

_____
HONORABLE JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE