AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

**RETURN**

Kay Perera )
*Plaintiff* )
v. )   Civil Action No. 09-6281 "N"(5)
Alliance Homes, Inc., et al )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alliance Homes, Inc., d/b/a Adrian Homes
Through its Registered Agent for Service of Process:
G. Hiller Spann, CEO
P.O. Box 266
Adrian, GA  31002

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jonathan B. Andry
610 Baronne Street
New Orleans, LA  70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Loretta G. Whyte

Date:  Nov 05 2009

*Signature of Clerk or Deputy Clerk*

☐ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __Alliance Homes, Inc.,__ by: __d/b/a Adrian Homes__ by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __Certified Mail sent on December 2, 2009, Art# 70071490 0000 52184015 Received on 12/4/09 by Gina Tibitts__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __12/8/09__

_____
Server's signature

__Jonathan B. Andry, Attorney for Plaintiff__
Printed name and title

__610 Baronne Street, New Orleans, LA 70113__
Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alliance Homes, Inc., d/b/a Adrian Homes
   Through its Registered Agent for Service of Process:
   G. Hiller Spann, CEO
   P.O. Box 266
   Adrian, GA 31002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Tina Tibbitts_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Tina Tibbitts
C. Date of Delivery: 12/04/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0000 5218 4015

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540