```
1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3     ****************************************************************

4   IN RE:  FEMA TRAILER
    FORMALDEHYDE PRODUCTS
5   LIABILITY LITIGATION

6                              DOCKET MDL NO. 1873 "N"
                               NEW ORLEANS, LOUISIANA
7                              FRIDAY, SEPTEMBER 18, 2009, 8:30 A.M.

8   THIS DOCUMENT IS RELATED TO

9   CHARLIE AGE, ET AL V
    GULF STREAM COACH, INC.,
10  ET AL, DOCKET NO. 09-2892;
    ALANA ALEXANDER,
11  INDIVIDUALLY AND ON BEHALF
    OF CHRISTOPHER COOPER
12
      ****************************************************************
13
                               DAY 5
14                         MORNING SESSION
                  TRANSCRIPT OF JURY TRIAL PROCEEDINGS
15          HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
                     UNITED STATES DISTRICT JUDGE
16

17  APPEARANCES:

18
    FOR THE PLAINTIFFS:
19
                            GAINSBURGH BENJAMIN DAVID MEUNIER AND
20                          WARSHAUER
                            BY:  GERALD E. MEUNIER, ESQUIRE
21                          2800 ENERGY CENTRE
                            1100 POYDRAS STREET, SUITE 2800
22                          NEW ORLEANS LA  70163

23
                            THE BUZBEE LAW FIRM
24                          BY:  ANTHONY G. BUZBEE, ESQUIRE
                            600 TRAVIS, SUITE 7300
25                          HOUSTON TX  77002
```

```
 1  APPEARANCES CONTINUED:

 2
                              WATTS GUERRA CRAFT
 3                            BY:  MIKAL C. WATTS, ESQUIRE
                              FOUR DOMINION DRIVE
 4                            BUILDING THREE, SUITE 100
                              SAN ANTONIO TX 78257
 5

 6                            HILLIARD MUNOZ GUERRA
                              BY:  ROBERT C. HILLIARD, ESQUIRE
 7                            719 S. SHORELINE BOULEVARD #500
                              CORPUS CHRISTI TX 78401
 8

 9                            CHRIS PINEDO
                              ATTORNEY AT LAW
10                            802 N. CARANCAHUA, SUITE 2250
                              CORPUS CHRISTI TX  78470
11

12  FOR GULF STREAM COACH, INC.:

13                            DUPLASS ZWAIN BOURGEOIS MORTON
                              PFISTER & WEINSTOCK
14                            BY:  ANDREW D. WEINSTOCK, ESQUIRE
                                   JOSEPH G. GLASS, ESQUIRE
15                            THREE LAKEWAY CENTER
                              3838 N. CAUSEWAY BOULEVARD
16                            SUITE 2900
                              METAIRIE LA  70002
17

18                            SCANDURRO & LAYRISSON
                              BY:  TIMOTHY D. SCANDURRO, ESQUIRE
19                            607 ST. CHARLES AVENUE
                              NEW ORLEANS LA  70130
20

21
    FOR FLUOR ENTERPRISES, INC.:
22
                              MIDDLEBERG RIDDLE & GIANNA
23                            BY:  CHARLES R. PENOT, JR., ESQUIRE
                                   RICHARD A. SHERBURNE, ESQUIRE
24                                 SONIA MALLETT, ESQUIRE
                              717 N. HARDWOOD
25                            DALLAS TX  75201
```

```
1   OFFICIAL COURT REPORTER:        CATHY PEPPER, CCR, RMR, CRR
                                    500 POYDRAS STREET, ROOM B406
2                                   NEW ORLEANS LA  70130
                                    (504) 589-7779
3
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
4   PRODUCED BY COMPUTER.

5

6

7                         I N D E X

8

9   EXAMINATIONS                                        PAGE

10
```

11  **STEPHEN SMULSKI**........................................    4

12  DIRECT EXAMINATION BY MR. WATTS........................    6

13  CROSS-EXAMINATION BY MR. WEINSTOCK.....................   68

14  CROSS-EXAMINATION BY MR. SHERBURNE.....................   97

15  REDIRECT EXAMINATION BY MR. WATTS..................... 100

```
16

17

18                       E X H I B I T S

19  DESCRIPTION                                         PAGE

20
```

21  EXHIBITS 308 AND 325.00 WERE ADMITTED.................    6

22  EXHIBITS 325.1 THROUGH 325.19 WERE ADMITTED...........    6

23  EXHIBIT NOS. 310.1 AND 310.2 WERE ADMITTED............ 111

```
24

25
```

1                        **P-R-O-C-E-E-D-I-N-G-S**

2                        MORNING SESSION

3            FRIDAY, SEPTEMBER 18, 2009, 8:30 A.M.

4                  (COURT CALLED TO ORDER)

5

6

7            THE DEPUTY CLERK:  ALL RISE.

8            (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THE JURY

9    PANEL ENTERS THE COURTROOM.)

10           THE COURT:  ALL RIGHT.  YOU MAY BE SEATED.

11           THE DEPUTY CLERK:  PLEASE RAISE YOUR RIGHT HAND.  DO YOU

12   SOLEMNLY SWEAR THE TESTIMONY WHICH YOU ARE ABOUT TO GIVE WILL BE

13   THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH, SO HELP YOU

14   GOD?

15           THE WITNESS:  I DO.

16                        **STEPHEN SMULSKI**

17   WAS CALLED AS A WITNESS AND, AFTER BEING FIRST DULY SWORN BY THE

18   CLERK, WAS EXAMINED AND TESTIFIED ON HIS OATH AS FOLLOWS:

19           THE DEPUTY CLERK:  THANK YOU.  YOU MAY BE SEATED.

20           THE COURT:  STATE AND SPELL YOUR FULL NAME.  I WAS GOING

21   TO ASK MR. WATTS TO CALL THE NEXT WITNESS.

22           MR. WATTS:  WE CALL STEPHEN SMULKSI.

23           THE COURT:  OKAY.  GOOD.  NOW, YOU CAN GO AHEAD AND

24   INTRODUCE YOURSELF, AND WE'LL GET GOING.

25           THE WITNESS:  MY NAME IS STEPHEN SMULKSI, S-T-E-P-H-E-N,

1    S-M-U-L-S-K-I.

2            MR. WATTS:  MAY I PROCEED, YOUR HONOR?

3            THE COURT:  YES, PLEASE.

4        MR. WEINSTOCK:  I DON'T WANT TO STEAL YOUR THUNDER, BUT

5    WE WILL ACCEPT HIM AS AN EXPERT IN WOOD SCIENCE; BUT, YOU CAN DO

6    WHATEVER YOU'D LIKE.

7            THE COURT:  SO WE HAVE A STIPULATION.

8                MR. WATTS, HE'S GOING TO BE OFFERED AS AN EXPERT IN

9    WOOD SCIENCE, AS I UNDERSTAND IT?

10           MR. WATTS:  YES, SIR.

11           THE COURT:  AND MR. WEINSTOCK HAS JUST INDICATED THAT

12   HIS CLIENT IS WILLING TO SO STIPULATE.

13           MR. SHERBURNE:  SO IS FLUOR, YOUR HONOR.

14           THE COURT:  THE COURT WILL THEREFORE ACCEPT MR. SMULSKI

15   AS AN EXPERT IN THE FIELD OF WOOD SCIENCE, AND YOU CAN GO AHEAD

16   AND PROCEED ON THAT BASIS.

17           MR. WATTS:  THANK YOU, YOUR HONOR.  AND I'VE CONFERRED

18   WITH COUNSEL ABOUT THE EXHIBITS THAT WE'RE GOING TO INTRODUCE

19   THROUGH DR. SMULKSI.  AT THIS TIME, WITH AGREEMENT, I BELIEVE, WE

20   OFFER HIS CURRICULUM VITAE AS EXHIBIT 308.

21           THE COURT:  308, OKAY.

22           MR. WATTS:  WE OFFER AS EXHIBIT 325.00 A DOCUMENT

23   ENTITLED, EXHIBIT B, FORMALDEHYDE-EMITTING WOOD PRODUCTS INSIDE

24   GULF STREAM COACH, INCORPORATED, CAVALIER MODEL TRAVEL TRAILER

25   OCCUPIED BY ALANA ALEXANDER BASED ON VISUAL INSPECTION.

1          THE COURT:  AND THERE IS NO OBJECTION, COUNSEL?

2          MR. WATTS:  THERE IS NONE.

3          MR. WEINSTOCK:  THERE IS AGREEMENT, YOUR HONOR.

4          MR. SHERBURNE:  THERE IS AGREEMENT, YOUR HONOR.

5          THE COURT:  SO EXHIBITS 308 AND 325.00 ARE ADMITTED.

6          (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS,

7    EXHIBITS 308 AND 325.00 WERE ADMITTED.)

8          MR. WATTS:  AND, FINALLY, WE OFFER 325.1 THROUGH 325.19.

9    AND I TOLD YOU 18 EARLIER.  I APOLOGIZE.  THESE ARE THE

10   PHOTOGRAPHS INSIDE THE TRAILER THAT DEPICT THE

11   FORMALDEHYDE-EMITTING PRODUCTS THAT DR. SMULKSI WANTS TO TALK

12   ABOUT.

13          THE COURT:  ALL RIGHT.

14          MR. WATTS:  AND THOSE ARE WITHOUT OBJECTION, AS WELL, I

15   BELIEVE, YOUR HONOR.

16          THE COURT:  SO THOSE ARE ADMITTED, ALSO.

17          (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS,

18   EXHIBITS 325.1 THROUGH 325.19 WERE ADMITTED.)

19          THE COURT:  LET'S GO AHEAD AND PROCEED.

20          MR. WATTS:  THANK YOU.

21                         DIRECT EXAMINATION

22   BY MR. WATTS:

23   Q.   IT SEEMS LIKE WE RAN OFF WITHOUT YOU.  GO AHEAD AND

24   INTRODUCE YOURSELF TO THE LADIES AND GENTLEMEN OF THE JURY.

25   A.   GOOD MORNING, MY NAME IS STEPHEN SMULSKI.

1    Q.    AND ARE YOU A PH.D. IN WOOD SCIENCES?

2    A.    I DO.

3    Q.    WOULD IT BE ACCEPTABLE IF I CALLED YOU DR. SMULKSI?

4    A.    THAT'S FINE.

5    Q.    DOCTOR, AS WE BEGIN OUR DISCUSSION, WHY DO WE STUDY HISTORY?

6    A.    I THINK WE STUDY HISTORY SO THAT WE DON'T REPEAT IT.

7    Q.    YOU'VE HEARD THE PHRASE THAT THOSE WHO IGNORE HISTORY ARE

8    DOOMED TO REPEAT IT?

9    A.    I HAVE.

10   Q.    DOES THAT PHRASE HAVE PARTICULAR RESONANCE WITH WHAT WE'RE

11   GOING TO TALK ABOUT HERE TODAY?

12   A.    YES, IT DOES.

13   Q.    BEFORE WE GET INTO THE DETAILS OF THAT, I WANT TO JUST

14   BRIEFLY TAKE THE JURY THROUGH YOUR BACKGROUND, VERY BRIEFLY,

15   SINCE YOU'VE, AS WE PUT IT, PASSED MUSTER AND HAVE BEEN ACCEPTED

16   AS AN EXPERT.

17          IN TERMS OF YOUR EDUCATIONAL BACKGROUND, YOU HAVE A BS,

18   A BACHELOR OF SCIENCE, IN WOOD SCIENCE AND TECHNOLOGY FROM THE

19   UNIVERSITY OF MASSACHUSETTS AT AMHERST?

20   A.    I DO.

21   Q.    A MASTER'S IN ENVIRONMENTAL AND RESOURCE ENGINEERING FROM

22   STATE UNIVERSITY OF NEW YORK AT SYRACUSE?

23   A.    YES.

24   Q.    AND A PH.D. IN WOOD SCIENCE AND FOREST PRODUCTS FROM

25   VIRGINIA TECH AT BLACKSBURG?

1   A.    YES.

2   Q.    WHAT HAVE YOU BEEN DOING SINCE YOU GOT YOUR BACHELOR'S IN

3   1977, IN TERMS OF HOW YOU'VE MADE A LIVING?

4   A.    WELL, FROM 1977 THROUGH 1985, I WAS PURSUING A MASTER'S

5   DEGREE AND THEN A PH.D. DEGREE.  AND IN 1985, I JOINED THE

6   FACULTY AT THE UNIVERSITY OF MASSACHUSETTS IN THE WOOD SCIENCE

7   PROGRAM.  I WAS THERE THROUGH 1992, AT WHICH TIME I LEFT THE

8   UNIVERSITY TO START MY OWN CONSULTING COMPANY, WHICH IS WHAT I'VE

9   BEEN DOING TO THE PRESENT DAY.

10  Q.    ALL RIGHT.  I DIDN'T EVEN KNOW ABOUT THIS, BUT APPARENTLY

11  THERE ARE PROFESSIONAL ORGANIZATIONS THAT DEAL WITH WOOD SCIENCE;

12  IS THAT RIGHT?

13  A.    YES, THERE ARE.

14  Q.    ARE YOU A MEMBER OF THE FOREST PRODUCTS SOCIETY, THE SOCIETY

15  OF WOOD SCIENCE AND TECHNOLOGY, THE INTERNATIONAL ASSOCIATION OF

16  WOOD ANATOMISTS?

17  A.    I AM.

18  Q.    THESE OTHER THREE, PHI KAPPA PHI -- WHAT'S THAT XI?

19  A.    SIGMA XI.

20  Q.    SIGMA XI.  OKAY.  THOSE ARE GENERAL SMART GUY CLUBS?

21  A.    IT'S ALL GREEK TO ME.

22  Q.    IN TERMS OF PROFESSIONAL SERVICES, IT TURNS OUT THAT THERE'S

23  A SOCIETY OF WOOD SCIENCE AND TECHNOLOGY, AND YOU'RE ON THE BOARD

24  OF DIRECTORS OF THAT?

25  A.    I WAS PREVIOUSLY, YES.

1  Q.    THERE'S A PUBLICATION CALLED *WOOD DESIGN FOCUS, A JOURNAL OF*

2  *CONTEMPORARY WOOD ENGINEERING*.   YOU'VE BEEN AN EDITOR OF THAT?

3  A.    YES, FOR SIX YEARS.

4  Q.    WHAT IS THE FPS?

5  A.    THAT'S THE FOREST PRODUCTS SOCIETY, WHICH IS ANOTHER

6  PROFESSIONAL SOCIETY FOR THE FIELD OF WOOD SCIENCE AND

7  TECHNOLOGY.

8  Q.    YOU'VE GOT A FIRST PLACE WOOD AWARD IN THE FOREST PRODUCTS

9  SOCIETY BACK IN 1986.   YOU'VE BEEN AROUND WOOD ALL YOUR LIFE,

10  IT'S WHAT YOU DO; IS THAT FAIR?

11  A.    YES.

12  Q.    I'M GOING TO START CALLING YOU DR. WOOD INSTEAD OF

13  DR. SMULKSI.   BUT, BEFORE WE GET THERE, YOU'VE ALSO PUBLISHED A

14  BUNCH ON WOOD AND WOOD SCIENCE; IS THAT RIGHT?

15  A.    I HAVE.

16  Q.    BECAUSE YOU'VE ALREADY BEEN ACCEPTED, WE WON'T GO THROUGH

17  THESE; BUT, IF WE NUMBER THEM ALL UP, IT GOES ON FOR SEVERAL

18  PAGES, APPROACHING 50 PUBLICATIONS ON WOOD AND WOOD SCIENCE?

19  A.    SOUNDS ABOUT RIGHT.

20  Q.    YOU'VE GIVEN A BUNCH OF PRESENTATIONS.   AND, AGAIN, WE WON'T

21  GO THROUGH THEM; BUT, IT LOOKS LIKE YOU'VE GIVEN A WHOLE BUNCH OF

22  PRESENTATIONS TO OTHERS ABOUT WOOD AND WOOD SCIENCE, MORE THAN A

23  HUNDRED, FAIR?

24  A.    YES.

25  Q.    LET'S GO BACK IN TIME.   ONE OF THOSE ARTICLES THAT YOU WROTE

1  WAS BACK IN 1987 ENTITLED, "FORMALDEHYDE INDOORS"; TRUE?

2  A.   YES.

3  Q.   IT'S THE 43RD STUDY ON PAGE 4 OF YOUR CV.  IT SAYS,

4  SMULKSI, S., 1987, "FORMALDEHYDE INDOORS".  IT'S PUBLISHED IN

5  *PROGRESSIVE BUILDER*, VOLUME 12, NUMBER 4, PAGES 9 THROUGH 11,

6  CORRECT?

7  A.   YES, THAT'S IT.

8  Q.   I WANT TO PUT THAT ARTICLE UP ON THE SCREEN AND TALK TO YOU

9  ABOUT IT, WITH PERMISSION.

10        MR. WATTS:  FOR THE RECORD, IT'S BEEN MARKED AS

11  EXHIBIT 215, BUT, YOUR HONOR, WE'RE NOT GOING TO ADMIT IT.  WE'RE

12  JUST GOING TO SHOW IT, IF THAT'S ACCEPTABLE.

13        THE COURT:  ALL RIGHT.

14                          EXAMINATION

15  BY MR. WATTS:

16  Q.   AND WE'VE GOT A LOT OF GROUND TO COVER, WOULD THAT BE FAIR?

17  A.    FOR EVERY STUDY, YES.

18  Q.   WHAT I'D LIKE TO DO IS JUST READ A FEW OF THE THINGS THAT

19  YOU WROTE BACK 22 YEARS AGO, AND THEN WE'LL ASK YOU SOME

20  QUESTIONS ABOUT IT IN MORE DETAIL.

21        THIS ARTICLE, DID IT START OFF, "FORMALDEHYDE GAS

22  EMITTED FROM CERTAIN WOOD PRODUCTS CAN THREATEN PEOPLE'S HEALTH.

23  EVEN AT LOW CONCENTRATIONS AIRBORNE FORMALDEHYDE MAY LEAD TO

24  SERIOUS PROBLEMS OVER MANY YEARS OF EXPOSURE"; IS THAT WHAT YOU

25  STARTED OFF WITH?

1   A.    MY LEAD PARAGRAPH, YES.

2           MR. WEINSTOCK:  YOUR HONOR, IF WE CAN APPROACH.

3           (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THERE WAS

4   A CONFERENCE HELD AT THE BENCH.)

5           MR. WEINSTOCK:  I THINK BEFORE WE'RE DONE TODAY, WE'RE

6   GOING TO GET A HISTORY LESSON ON HOW THIS SITUATION IS EXACTLY

7   LIKE THE MANUFACTURED HOUSING SITUATION IN THE EARLY '80S, WHICH

8   I THINK IS ONE OF THE THINGS I ACTUALLY WON IN MY MOTION IN

9   LIMINE.

10          MR. GLASS:  MORE SO, THE HEALTH ISSUE, TOO.  HE'S NOT A

11  DOCTOR.  HE CAN'T TALK ABOUT HEALTH PROBLEMS.  HE CAN SAY THAT

12  HE'S AWARE THAT CERTAIN LEVELS OF HEALTH, BUT THAT'S IT.

13          THE COURT:  I THOUGHT HE WAS GOING TO TALK ABOUT

14  FORMALDEHYDE.

15          MR. WATTS:  TWO RESPONSES.  NUMBER ONE, I SPECIFICALLY

16  ASK ANDY BEFORE WE STARTED WHETHER I COULD USE THIS ARTICLE, AND

17  HE SAID YES.

18          NUMBER TWO, I THINK THAT MR. GLASS' -- YOU KNOW,

19  WHAT'S THE OLD JOKE, EVERYBODY IS OUT TO GET ME, BUT I'M NOT --

20  YOU KNOW, I MEAN, LET ME ASK THE QUESTIONS, AND IF I GO OVER THE

21  LINE --

22          MR. HILLIARD:  JUST BECAUSE I'M PARANOID DOESN'T MEAN

23  THERE'S NOT SOMEONE OUT TO GET ME.

24          MR. WATTS:  THERE YOU GO.

25          I WANT TO TALK ABOUT HIS ARTICLE AND MOVE ON.  I

1   DON'T THINK THEY NEED TO WORRY ABOUT IT.

2          MR. WEINSTOCK:  IT WASN'T EVEN SO MUCH WHEN YOU PULLED

3   THE ARTICLE UP, IT'S WHEN YOU ANNOUNCED WE'RE GOING TO GET A

4   HISTORY LESSON, WHICH I KNOW WHAT THAT MEANS.

5          THE COURT:  I WAS A LITTLE CONCERNED ABOUT THAT

6   BECAUSE -- I REALIZE THAT THERE MAY BE A PHRASEOLOGY OR

7   COLLOQUIALISM, BUT LET'S STICK WITH THE FORMALDEHYDE AND STICK

8   WITH THE REPORT.  I DON'T WANT TO TAKE A LOT OF TIME WITH HIM,

9   ESPECIALLY IF TONY'S GOT PLACES TO GO.

10         MR. GLASS:  I MEAN, SPECIFICALLY, WHEN YOU'RE TALKING

11  ABOUT THE HEALTH, THE WHOLE THING --

12         MR. WATTS:  GUYS, GUYS, I KNOW HOW TO DO A DIRECT

13  EXAMINATION.

14         THE COURT:  I UNDERSTAND, BUT LET'S JUST GET GOING.

15         (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THE BENCH

16  CONFERENCE CONCLUDED.)

17                              EXAMINATION

18  BY MR. WATTS:

19  Q.   DR. SMULSKI, CONTINUING ON, IS THAT HOW YOU STARTED YOUR

20  ARTICLE IN 1987?

21  A.   IT IS.

22  Q.   AND THEN YOU WROTE, "THE ORIGIN OF THE VAPOR IS UREA

23  FORMALDEHYDE, UF, ADHESIVE WHICH BONDS THE VENEERS, PARTICLES AND

24  FIBERS"; IS THAT RIGHT?

25  A.   YES.

1   Q.   LET'S SEE IF WE CAN GO ABOUT IT THIS WAY.   WHEN SOMEBODY IS

2   BUILDING A HOUSE, AND THERE IS A BUNCH OF TWO BY FOURS UP, IS

3   THAT FORMALDEHYDE EMITTING?

4   A.   THERE IS ACTUALLY A MINUSCULE AMOUNT OF FORMALDEHYDE THAT'S

5   NATURALLY RELEASED FROM SOLID WOOD PRODUCTS, BUT IT'S SO SMALL

6   THAT WE IGNORE IT.

7   Q.   THAT'S NOT WHAT WE'RE TALKING ABOUT HERE?

8   A.   NO.

9   Q.   HOW IS THAT DIFFERENT FROM PARTICLEBOARD OR COMPOSITES THAT

10  ARE PUT TOGETHER?

11  A.   WHAT I'M TALKING ABOUT IN THIS ARTICLE ARE THE GLUES THAT

12  ARE USED TO MAKE WHAT WE CALL WOOD COMPOSITE PRODUCTS, IN

13  PARTICULAR, HARDWOOD PLYWOOD, PARTICLE BOARD AND SOMETHING CALLED

14  MEDIUM DENSITY FIBERBOARD.

15  Q.   LET'S TALK ABOUT THAT FOR A SECOND.   WHEN TREES COME OUT OF

16  CANADA OR THE PACIFIC WEST AND THEY ARE BROUGHT IN TO PLACES TO

17  GET THEM CUT, WHAT ARE THOSE CALLED?

18  A.   LOGS.

19  Q.   NO, NOT THE LOGS.   THEY GO INTO A MILL, AND THEY GET CUT OR

20  PREPARED; IS THAT RIGHT?

21  A.   YES.

22  Q.   LOTS OF SAW DUSTS, LOTS OF CHIPS, THIS KIND OF THING, ARE

23  CREATED, RIGHT?

24  A.   YES, AS A BY-PRODUCT OF THE PRIMARY SAWING PROCESS.

25  Q.   ALL THAT SAWDUST AND THE CHIPS AND EVERYTHING, SOME GUY

1    COMES ALONG AND COLLECTS IT AND PUTS IT IN A BIN, FOR LACK OF A

2    BETTER WORD, RIGHT?

3    A.    YES.

4    Q.    IT'S KEPT?

5    A.    YES.

6    Q.    AND THEN EVENTUALLY IT'S SHIPPED TO SOMEWHERE.  AND WHAT DO

7    THEY DO WITH IT TO MAKE COMPOSITE WOODS?

8    A.    ACTUALLY, WE'LL BACK UP A LITTLE BIT.

9    Q.    GO AHEAD.

10   A.    MOST OF THE RESIDUES YOU'RE TALKING ABOUT ARE ACTUALLY USED

11   FOR FUEL ON SITE.  THE COMPOSITE WOOD PRODUCTS ACTUALLY START --

12   THE STARTING RAW MATERIAL ARE LOW QUALITY, LOW GRADE TREES THAT

13   WOULDN'T BE SUITABLE FOR SAWING WOOD PRODUCTS OR VENEERING WOOD

14   PRODUCTS.

15   Q.    WHAT KIND OF LOW QUALITY, LOW GRADE TREES ARE USED THAT

16   WOULDN'T BE SUITABLE?

17   A.    THESE ARE TREES THAT ARE MISSHAPEN, THAT ARE SMALL, THAT

18   HAVE BEEN SUPPRESSED IN THE UNDERSTORY.  AGAIN, THEY ARE NOT

19   SUITABLE FOR MAKING SOLID, LARGE WOOD PRODUCTS.

20         THESE WOULD THEN BE DELIVERED TO MILLS WHERE THEY ARE

21   REDUCED, USUALLY THROUGH CUTTING OR SLICING PROCESSES, INTO SMALL

22   PIECES, AND THEN THEY ARE MIXED WITH UREA FORMALDEHYDE ADHESIVE

23   AND FORMED INTO A CONTINUOUS MAT.  THAT MAT IS THEN CONSOLIDATED

24   UNDER HEAT AND PRESSURE TO FORM THE PANEL PRODUCTS THAT WE

25   RECOGNIZE TODAY AS HARDWOOD PLYWOOD, PARTICLEBOARD AND MEDIUM

1  DENSITY FIBERBOARD.

2        MR. WATTS:  MAY I APPROACH, YOUR HONOR?

3        THE COURT:  YES.

4                          EXAMINATION

5  BY MR. WATTS:

6  Q.   JUST TO RECAP THAT, YOU START OFF WITH SOME SORT OF AN

7  UNDESIRABLE OR MISSHAPEN KIND OF WOOD THAT'S NOT SUITABLE FOR

8  YOUR TWO BY FOURS OR SOMETHING, RIGHT?

9  A.   CORRECT.  THAT WOULD BE THE CASE FOR PARTICLEBOARD AND

10 MEDIUM DENSITY FIBERBOARD.

11 Q.   ALL RIGHT.

12 A.   BECAUSE HARDWOOD PLYWOOD IS MADE FROM VENEER, WHICH ARE THIN

13 SLICES OF WOOD, THE STARTING RAW MATERIAL THERE ARE ACTUALLY

14 LOGS.

15 Q.   OKAY.  AND SO IS THIS UNDESIRABLE WOOD THEN SHREDDED, FOR

16 LACK OF A BETTER WORD?

17 A.   YOU COULD DESCRIBE IT AS THAT, YES.

18 Q.   AND ALL OF THESE SHREDDED PIECES OR WOOD CHIPS, WHAT HAPPENS

19 NEXT?

20 A.   THEY'RE DRIED TO A CERTAIN LEVEL OF MOISTURE CONTENT.  THEY

21 ARE SPRAYED WITH UREA FORMALDEHYDE ADHESIVE.

22 Q.   STOP THERE.  WHAT IS UREA FORMALDEHYDE?

23 A.   IT IS AN ADHESIVE, WHICH IS ANOTHER NAME FOR A GLUE.  IT'S A

24 MATERIAL THAT WE USE TO GET THE INDIVIDUAL PIECES OF WOOD TO

25 STICK TOGETHER.

1   Q.   WHAT IS IT ABOUT UREA FORMALDEHYDE?  I MEAN, WHY AREN'T WE

2   USING ELMER'S GLUE?

3   A.   THERE ARE A FAIRLY LARGE NUMBER OF DIFFERENT TYPES OF

4   ADHESIVES THAT ARE USED FOR CREATING VARIOUS TYPES OF WOOD

5   PRODUCTS, AND EACH OF THOSE ADHESIVES AND THE WOOD PRODUCTS MADE

6   FROM THEM HAVE CERTAIN PROPERTIES.

7          UREA FORMALDEHYDE IS CHOSEN AS A PREFERRED ADHESIVE FOR

8   HARDWOOD PLYWOOD, PARTICLEBOARD AND MEDIUM DENSITY FIBERBOARD

9   PRIMARILY BECAUSE IT'S AN ECONOMICAL ADHESIVE, IT'S A VERY GOOD

10  ADHESIVE IN TERMS OF HOLDING THE WOOD PRODUCTS TOGETHER, AND IT'S

11  A FAIRLY EASY ADHESIVE TO PROCESS IN THE MANUFACTURING.

12  Q.   SO, TO QUOTE YOUR ARTICLE UP THERE, "IT BONDS THE VENEERS,

13  THE PARTICLES AND THE FIBERS"?

14  A.   YES.

15  Q.   SO ALL OF THESE WOOD SHRED PIECES ARE BONDED TOGETHER WITH

16  THIS UREA FORMALDEHYDE?

17  A.   THAT'S CORRECT.

18  Q.   AND AFTER IT'S SPRAYED WITH UREA FORMALDEHYDE, WHAT'S THE

19  NEXT STEP?

20  A.   AGAIN, IF YOU WERE MAKING MEDIUM DENSITY FIBERBOARD OR

21  PARTICLEBOARD, THE RESIN OR ADHESIVE SPRAYED MATERIAL IS DUMPED

22  ONTO A MOVING CONVEYOR BELT THAT FORMS A LOOSE MAT.  THAT LOOSE

23  MAT IS THEN CONVEYED INTO A HOT PRESS; AND, UNDER HEAT AND

24  PRESSURE, THAT MAT IS CONSOLIDATED TO THE DESIRED THICKNESS TO

25  PRODUCE, AGAIN, THE PANEL PRODUCTS THAT WE RECOGNIZE AS

1    PARTICLEBOARD AND MEDIUM DENSITY FIBERBOARD.

2    Q.    ALL RIGHT.  NOW, THESE UNDESIRABLE WOODS, BEFORE THEY ARE

3    SHREDDED, YOU KNOW, YOU'VE GOT SOME TREE THAT'S KIND OF MISSHAPED

4    OR WHATEVER, DOES THAT EMIT A BUNCH OF FORMALDEHYDE BEFORE YOU

5    SPRAY IT WITH THIS UREA FORMALDEHYDE?

6    A.    LIVING TREES DO EMIT FORMALDEHYDE, AGAIN, IN MINUSCULE

7    AMOUNTS THAT WE DON'T CONCERN OURSELVES WITH.

8    Q.    I GUESS, REALLY, WHAT I'M ASKING IS, IS THE FORMALDEHYDE

9    EMISSIONS THAT WE'RE TALKING ABOUT WITH THESE PARTICLEBOARDS AND

10   EVERYTHING LIKE THAT, IS IT PRIMARILY FROM THE WOOD ITSELF OR THE

11   UREA FORMALDEHYDE THAT GLUES IT TOGETHER?

12   A.    IT IS THE UREA FORMALDEHYDE ADHESIVE THAT'S THE SOURCE OF

13   THE FORMALDEHYDE THAT'S EVENTUALLY OUT-GASSING FROM THESE PANELS

14   ONCE THEY'VE BEEN PLACED IN SERVICE.

15   Q.    LET ME RIP THROUGH SOME MORE OF YOUR ARTICLE HERE JUST REAL

16   QUICK.  REAL BRIEFLY, YOU WRITE THAT, "IN THE MID 1970S, THE

17   CONSUMER PRODUCT SAFETY COMMISSION BEGAN TO RECEIVE COMPLAINTS

18   FROM OWNERS OF NEW MOBILE AND MANUFACTURED HOMES."  AND THEN YOU

19   WRITE, "OWNERS ASSOCIATED THEIR EYE AND RESPIRATORY TRACT

20   IRRITATION, HEADACHES, DIZZINESS AND GENERAL MALAISE WITH A

21   STRONG NEW HOME ODOR."

22           AND HERE IS WHAT I WANTED TO ASK YOU, JUST REAL

23   BRIEFLY.  IS IT A FACT THAT BACK IN THE LATE '70S OR EARLY '80S,

24   THERE WAS A CHANGE IN THE WAY THAT THIS KIND OF PARTICLEBOARD WAS

25   MADE?

1  A.   EVENTUALLY, AS A RESULT OF THE COMPLAINTS THAT WERE LODGED

2  WITH THE CONSUMER PRODUCT SAFETY COMMISSION.

3  Q.   AND WE'LL TALK ABOUT THOSE IN MORE DETAIL.  BUT TO KEEP

4  MOVING ON, YOU HAVE AN ARTICLE -- OR IN YOUR ARTICLE, YOU TALK A

5  LITTLE BIT ABOUT STANDARDS.  AND IT SAYS, "HUD SETS A CEILING OF

6  0.4 PPM ON THE ALLOWABLE FORMALDEHYDE CONCENTRATION IN NEW UNITS.

7  THE OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION WORKPLACE

8  EXPOSURE LIMIT IS AN EIGHT-HOUR TIME WEIGHTED AVERAGE OF 3 PPM.

9  OSHA IS CURRENTLY SEEKING TO REDUCE THAT LIMIT TO 1.5 PPM."  DID

10 I READ THAT CORRECTLY?

11 A.   YOU DID.

12 Q.   NOW, FIRST OF ALL, LET'S FALL ON THE SWORD FOR A SECOND.  IS

13 THAT ACCURATE THAT THE HUD STANDARD IS .4?

14 A.   NO.  AT THE TIME I WROTE THAT, I MISUNDERSTOOD THE

15 DIFFERENCE BETWEEN A PROPOSED RULE AND SOMETHING THAT HAD BEEN

16 ENACTED INTO LAW.  AND IN 1987, THIS WAS A PROPOSED RULE TO SET

17 THIS STANDARD OF .4 PPM, BUT IT WAS NEVER ENACTED INTO LAW.

18 Q.   AND WE'VE GOT EXHIBIT 198, WHICH IS THE ACTUAL STANDARD THAT

19 WAS ENACTED, AND IT'S DIFFERENT, AND YOUR ARTICLE WAS MISTAKEN;

20 FAIR?

21 A.   YES.

22 Q.   NOW, LET'S KEEP GOING.  YOU ALSO WRITE, "CAN A BUILDER BE

23 HELD LIABLE FOR A FORMALDEHYDE PROBLEM?  THE ALLURE OF

24 CONTINGENCY FEES AND DAMAGES PAID FROM DEEP POCKETS MAKES

25 ANYTHING POSSIBLE IN TODAY'S LITIGIOUS SOCIETY."

1   A.   I DID.

2   Q.   22 YEARS AGO, YOU WROTE THAT?

3   A.   YES, I DID.

4   Q.   AND THEN YOU END, "BUT THE RISK TO HUMAN HEALTH POSED BY

5   LONG-TERM EXPOSURE TO LOW CONCENTRATION OF FORMALDEHYDE IS

6   UNKNOWN.   INDUSTRY AND THE FEDERAL GOVERNMENT ARE ENGAGED IN A

7   CONTINUING EFFORT TO ASSESS THESE HEALTH RISKS."   DID I READ THAT

8   RIGHT?

9   A.   YOU DID.

10  Q.   AFTER THESE COMPLAINTS TO THE CPSC, DID THE AMOUNT OF

11  RESEARCH IN THIS COUNTRY WITH RESPECT TO FORMALDEHYDE EMISSIONS

12  ON MANUFACTURED HOUSING, DID IT REALLY INCREASE AT THAT POINT?

13  A.   IT DID.   THOSE COMPLAINTS GENERATED A LOT OF INTEREST IN THE

14  SUBJECT AND A LOT OF RESEARCH IN THE SUBJECT TO IDENTIFY WHAT WAS

15  THE PROBLEM, WHAT WAS THE CAUSE OF THE PROBLEM, WHAT SOLUTIONS

16  COULD BE PUT IN PLACE TO PREVENT THE PROBLEM.

17  Q.   AND AS A RESULT, I MEAN, I DIDN'T EVEN KNOW THAT COLLEGES

18  HAD A WOOD SCIENCE DEPARTMENT.   IS THAT SPECIFIC TO THE

19  UNIVERSITY OF MASSACHUSETTS AT AMHERST, OR DO OTHER COLLEGES TALK

20  ABOUT WOOD SCIENCE?

21  A.   THERE ARE ABOUT 20 UNIVERSITIES NATIONWIDE AND IN CANADA

22  THAT HAVE WOOD SCIENCE PROGRAMS.

23  Q.   AND SO YOU'RE IN THE FIELD OF WOOD SCIENCE.   YOU'VE

24  PUBLISHED.   DID YOU START TEACHING ON THE SUBJECT?

25  A.   I DID.

1    Q.    HOW LONG DID YOU TEACH ON THE SUBJECT OF WOOD SCIENCE?

2    A.    I TAUGHT AT THE UNIVERSITY OF MASSACHUSETTS FULL TIME FROM

3    1985 TO 1982, AND --

4    Q.    I'M SORRY, SAY THAT AGAIN.

5    A.    -- FULL TIME FROM 1985 TO 1992, AND THEN ON A PART-TIME

6    BASIS FROM 1992 UNTIL 2002.

7    Q.    SO YOU TAUGHT STUDENTS ON THE SUBJECT OF WOOD SCIENCE FOR

8    17 YEARS ON AND OFF?

9    A.    YES.

10   Q.    NOW, ARE THERE BASIC PRINCIPLES OF WHAT AFFECTS FORMALDEHYDE

11   EMISSIONS FROM WOOD PRODUCTS?

12   A.    THERE ARE BASIC PRINCIPLES THAT GOVERN THE RELEASE OF

13   FORMALDEHYDE FROM UREA FORMALDEHYDE BONDED WOOD PRODUCTS AND HOW

14   THOSE AFFECT THE CONCENTRATION OF FORMALDEHYDE IN THE AIR IN A

15   STRUCTURE BUILT WITH THOSE WOOD PRODUCTS.

16           MR. WATTS:  MAY I APPROACH, YOUR HONOR?

17           THE COURT:  YES.

18                          EXAMINATION

19   BY MR. WATTS:

20   Q.    ARE THESE PRINCIPLES THAT YOU CAME UP WITH FOR THIS CASE, OR

21   DID YOU TEACH THEM TO THE STUDENTS FOR 17 YEARS?

22   A.    THESE WERE PRINCIPLES THAT ALREADY EXISTED AT THE TIME THAT

23   I WROTE THAT ARTICLE, AND I INCORPORATED THOSE PRINCIPLES INTO A

24   CLASS THAT I USED TO TEACH CALLED WOOD ADHESIVES TECHNOLOGY.  AND

25   IN THAT CLASS, I -- WHICH WAS A SURVEY COURSE OF ALL THE VARIOUS

1  TYPES OF GLUED WOOD PRODUCTS THAT ARE MANUFACTURED, HOW THEY ARE

2  MANUFACTURED, WHAT USES THEY ARE PUT TO, WHAT STANDARDS APPLY TO

3  THEM, WHAT THEIR PROPERTIES ARE, HOW THEY PERFORM ONCE YOU PLACE

4  THEM IN SERVICE.

5  Q.   WHAT ARE THE BASIC PRINCIPLES OF FORMALDEHYDE EMISSIONS FROM

6  WOOD PRODUCTS?

7  A.   THERE ARE FIVE GOVERNING PRINCIPLES THAT, AGAIN, DETERMINE

8  HOW MUCH FORMALDEHYDE IS RELEASED FROM THESE WOOD PRODUCTS AND

9  WHAT THE CONCENTRATION OF FORMALDEHYDE WILL BE IN THE AIR IN A

10 STRUCTURE BUILT USING THESE PRODUCTS.

11 Q.   WHAT IS THE FIRST BASIC PRINCIPLE OF FORMALDEHYDE EMISSIONS

12 FROM WOOD PRODUCTS?

13 A.   THE FIRST IS THE NUMBER OF FORMALDEHYDE-EMITTING WOOD

14 PRODUCTS AND THE AGE OF THOSE FORMALDEHYDE-EMITTING WOOD

15 PRODUCTS.

16 Q.   WOULD THAT BE A FANCY WAY OF SAYING HOW MUCH FORMALDEHYDE DO

17 YOU HAVE AVAILABLE TO EMIT?

18 A.   RIGHT.  IT WOULD BE AN INDICATION OF HOW STRONG IS THE

19 SOURCE OF FORMALDEHYDE; THE MORE PRODUCTS YOU HAVE, THE STRONGER

20 THAT SOURCE IS GOING TO BE.

21        AND IT'S ALSO DEPENDENT ON THE AGE OF THE PRODUCT.

22 THERE IS MORE FORMALDEHYDE IN THE PRODUCTS WHEN THEY ARE NEWLY

23 MANUFACTURED, AND THE AMOUNT THAT'S RELEASED FROM THEM EVENTUALLY

24 DECREASES OVER TIME AS IT ESCAPES INTO THE AIR.

25 Q.   WHAT IS THE SECOND FACTOR THAT AFFECTS THE LEVEL OF

1  FORMALDEHYDE EMISSIONS FROM WOOD PRODUCTS?

2  A.    THE SECOND FACTOR IS THE VOLUME OF AIR THAT YOU ENCLOSE WHEN

3  YOU BUILD A STRUCTURE USING THOSE FORMALDEHYDE-EMITTING WOOD

4  PRODUCTS.

5  Q.    NOW, I WANT TO TALK TO YOU ABOUT THAT FOR A SECOND.  WE'RE

6  IN A PRETTY BIG AND AUGUST COURTROOM, FAIR?

7  A.    WE ARE.

8  Q.    THERE ARE WOOD PRODUCTS ALL AROUND US?

9  A.    YES, THERE ARE.

10  Q.    NOW, THIS BEING FEDERAL COURT INSTEAD OF STATE COURT, ARE

11  THE WOOD PRODUCTS A LITTLE BETTER HERE?

12  A.    THESE ARE VERY NICE CHERRY WALL PANELS.

13  Q.    IS THIS COMPOSITE WOOD AROUND US?

14  A.    THIS WOULD BE A CHERRY VENEER GLUED TO EITHER MDF OR

15  PARTICLEBOARD SUBSTRATE.

16  Q.    BUT IF I WERE TO WALK FROM HERE TO THE DOOR THAT THAT

17  GENTLEMAN JUST WALKED INTO, IT LOOKS LIKE, WHAT, 60, 75 FEET?

18  A.    I WOULD SAY PROBABLY BETWEEN 50 OR 60 FEET, YES.

19  Q.    OKAY.  AND IF I WERE TO START OVER HERE NEXT TO ANDY'S

20  GRAPHIC AND WALK TO WHERE ANDY'S MODEL IS OVER THERE -- OR

21  CHARLIE'S?

22          MR. PENOT:  CHARLIE'S.

23          MR. WATTS:  EXCUSE ME, CHARLIE.

24                              EXAMINATION

25  BY MR. WATTS:

1   Q.   HOW BIG IS THE WIDTH OF THIS COURTROOM?

2   A.   OH, I'D GUESS ON THE ORDER OF 35, 40 FEET.

3   Q.   AND IF I WERE MICHAEL JORDAN AND COULD JUMP REAL HIGH AND

4   COULD TOUCH THE CEILING, HOW HIGH WOULD I JUMP BEFORE I TOUCHED

5   THIS CEILING?

6   A.   I THINK ABOUT 20-FOOT CEILING HEIGHT IN HERE.

7   Q.   DOES THIS ROOM HAVE A LOT OF AIR VOLUME IN IT?

8   A.   VERY, VERY LARGE VOLUME OF AIR.

9   Q.   NOW, BY CONTRAST, ONE OF THE OTHER WITNESSES WAS ASKED HOW

10  BIG IS THE TRAILER, AND WE USED THIS JURY BOX.  AND HE SAID IT'S

11  ABOUT THE LENGTH OF THIS JURY BOX, BUT IT'S NOT AS WIDE.

12  A.   I WOULD AGREE.  NOT QUITE AS WIDE, AND MAYBE EVEN A LITTLE

13  BIT LONGER, BUT THAT'S THE BASIC SIZE.

14  Q.   AND, OF COURSE, THE TRAILER IS NOT 20 FEET HIGH?

15  A.   NO.  IT HAS ABOUT A SEVEN-FOOT CEILING, AND THAT'S BEING

16  GENEROUS.

17  Q.   NOW, WHAT IS THE DIFFERENCE IN THE AIR VOLUME THAT WE HAVE

18  HERE IN HIS HONOR'S COURTROOM VERSUS THE AIR VOLUME THAT WE HAVE

19  IN A SMALL TRAVEL TRAILER?

20  A.   AGAIN, THE LARGER THE VOLUME OF AIR THAT YOU HAVE INTO WHICH

21  WOOD PRODUCTS MAY BE EMITTING FORMALDEHYDE, THE GREATER THE

22  DILUTION THAT IS GOING TO OCCUR.  THAT IS, YOU'VE GOT A CERTAIN

23  AMOUNT OF FORMALDEHYDE BEING RELEASED INTO A LARGE VOLUME OF AIR,

24  YOU GET A LOT OF DILUTION, WHICH MEANS LOW CONCENTRATION.  WHEN

25  YOU HAVE THAT SAME AMOUNT OF FORMALDEHYDE BEING RELEASED INTO A

1  MUCH MORE SMALLER VOLUME OF AIR, YOU HAVE VERY LITTLE DILUTION

2  AND, THEREFORE, A MUCH HIGHER CONCENTRATION OF FORMALDEHYDE IN

3  THE AIR.

4  Q.   WHAT IS THE THIRD BASIC PRINCIPLE THAT AFFECTS THE LEVEL OF

5  FORMALDEHYDE EMISSIONS FROM WOOD PRODUCTS?

6  A.   THE THIRD GOVERNING PRINCIPLE IS THE VENTILATION RATE OF

7  THAT VOLUME THAT YOU'VE CREATED USING THOSE FORMALDEHYDE-EMITTING

8  PRODUCTS.   THAT IS, WE EXPRESS IT IN AIR CHANGES PER HOUR, HOW

9  MANY TIMES PER HOUR IS THE AIR INSIDE THAT ENCLOSED SPACE

10  REPLACED WITH FRESH, OUTDOOR AIR.

11  Q.   AND YESTERDAY WE SPOKE WITH A GENTLEMAN BY THE NAME OF

12  ERVIN RITTER, WHO IS AN HVAC EXPERT.   WOULD IT BE FAIR THAT WITH

13  RESPECT TO THE VENTILATION RATE, WE CAN LEAVE THAT ALONE WITH

14  HIM?

15  A.   YES.

16  Q.   WHAT IS THE FOURTH BASIC FACTOR THAT AFFECTS FORMALDEHYDE

17  EMISSIONS FROM WOOD PRODUCTS?

18  A.   THE FOURTH PRINCIPLE IS THAT AS THE TEMPERATURE OF THE AIR

19  RISES, THE AMOUNT OF FORMALDEHYDE EMITTED FROM WOOD PRODUCTS ALSO

20  RISES; SO, AS THINGS GET HOTTER, MORE FORMALDEHYDE GETS OUT.   AND

21  THE CONVERSE IS TRUE; IF THE AIR TEMPERATURES ARE LOWER, LESS

22  FORMALDEHYDE COMES OUT.

23  Q.   NOW, I'VE READ THE ANSWER TO THIS, AND I WANT YOU TO TRY TO

24  PUT THIS INTO ENGLISH INSTEAD OF WOOD SCIENCE.   WHY WHEN THE

25  TEMPERATURE GOES UP DOES THE FORMALDEHYDE EMISSION GO UP?

1   A.   TWO REASONS.  ONE IS WHAT'S KNOWN AS CHEMICAL ACTIVITY.

2   GENERALLY, WHEN YOU RAISE THE TEMPERATURE OF ANYTHING, IT

3   ACCELERATES CHEMICAL REACTIONS.  AND PART OF THE RELEASE OF

4   FORMALDEHYDE FROM WOOD PRODUCTS IS AN ACTUAL CHEMICAL REACTION

5   GOING ON INSIDE THE WOOD PRODUCT.

6            AND THE OTHER IS THAT ONE OF THE PROPERTIES OF UREA

7   FORMALDEHYDE ADHESIVES IS THAT AS YOU RAISE THE TEMPERATURE OF A

8   WOOD PRODUCT BONDED WITH UREA FORMALDEHYDE, YOU CAN ACTUALLY

9   CAUSE A BREAKDOWN OR DEGRADATION OF THE ADHESIVE, WHICH

10  STIMULATES THE RELEASE OF FORMALDEHYDE.

11  Q.   WHAT IS THE FIFTH FACTOR THAT AFFECTS FORMALDEHYDE EMISSIONS

12  FROM WOOD PRODUCTS?

13  A.   THE FIFTH GOVERNING PRINCIPLE IS THE RELATIVE HUMIDITY OF

14  THE AIR.  AND RELATIVE HUMIDITY, AS YOU KNOW, IS A MEASURE OF HOW

15  MUCH WATER VAPOR IS IN THE AIR.  AND THE PRINCIPLE IS THAT AS THE

16  RELATIVE HUMIDITY OF THE AIR INCREASES, THAT IS, AS THE AIR

17  BECOMES MORE HUMID, THAT ALSO STIMULATES THE RELEASE OF

18  FORMALDEHYDE FROM PRODUCTS BONDED WITH UREA FORMALDEHYDE.

19            SO WHEN RELATIVE HUMIDITY IS HIGH, YOU HAVE MORE

20  FORMALDEHYDE RELEASED FROM THOSE PRODUCTS.  WHEN THE RELATIVE

21  HUMIDITY IS LOW, THAT IS, THE AIR IS DRYER, YOU HAVE LESS RELEASE

22  OF FORMALDEHYDE.

23  Q.   NOW, I USED TO LIVE IN CORPUS CHRISTI, WHICH, LIKE

24  NEW ORLEANS, IS ON THE GULF COAST.  AND I MOVED TO SAN ANTONIO,

25  AND THE ONE THING I LEARNED IS I COULD GO OUTSIDE WITHOUT

1   SWEATING ALL OVER MYSELF.  IS THAT A FUNCTION OF LOWER HUMIDITY?

2   A.   YES.

3   Q.   NOW, WITH RESPECT TO TEMPERATURE AND RELATIVE HUMIDITY, WE

4   DON'T NEED A WOOD SCIENTIST TO TELL US WHERE WE ARE HERE IN

5   NEW ORLEANS, FAIR?

6   A.   NO.  I THINK EVERYONE REALIZES THEY LIVE IN A HOT AND HUMID

7   CLIMATE DOWN HERE.

8   Q.   OKAY.  NOW, WITH RESPECT TO THESE FIVE BASIC FACTORS, IN

9   TERMS OF WHEN GULF STREAM IS DESIGNING A TRAVEL TRAILER OR

10  PICKING OUT WHICH MATERIALS THEY WANT TO PUT IN OR ANYTHING LIKE

11  THAT, CAN THEY AFFECT THE TEMPERATURE OR THE HUMIDITY?

12  A.   NO, THEY ARE BASICALLY AT THE MERCY OF WHATEVER THE WEATHER

13  MOTHER NATURE DELIVERS IS.

14  Q.   IN TERMS OF THE VOLUME OF THE AIR ENCLOSED, IS THAT A

15  FUNCTION OF HOW SMALL THE TRAVEL TRAILER IS GOING TO BE?

16  A.   THAT ACTUALLY IS SOMEWHAT NOT CONTROLLED BY GULF STREAM

17  EITHER.  AND THAT'S BECAUSE A TRAVEL TRAILER IS TOWED OVER THE

18  ROAD, SO THERE ARE LIMITS TO HOW BIG IT CAN BE.  IT HAS TO FIT IN

19  A CERTAIN TRAVEL LANE WIDTH THAT HAS TO BE ABLE TO GO UNDERNEATH

20  AN UNDERPASS.  SO THE VOLUME OF THE TRAILER, THE SIZE OF THE

21  TRAILER, IS BASICALLY CONTROLLED BY THE FACT THAT IT'S BEING

22  TOWED ON OUR ROAD SYSTEMS.

23  Q.   OF THE FIVE BASIC FACTORS AFFECTING FORMALDEHYDE EMISSIONS

24  FROM WOOD PRODUCTS, WHAT ARE THE TWO FACTORS THAT GULF STREAM

25  COULD CONTROL?

1   A.   THE TWO FACTORS THAT GULF STREAM WOULD HAVE TOTAL CONTROL

2   OVER ARE THE NUMBER OF FORMALDEHYDE-EMITTING WOOD PRODUCTS THAT

3   ARE USED TO CONSTRUCT THAT TRAVEL TRAILER, AND, SECONDLY, THE

4   VENTILATION RATE IN THAT TRAVEL TRAILER.

5   Q.   HAVE I CIRCLED THE TWO FACTORS THAT GULF STREAM CAN CONTROL?

6   A.   YES.

7   Q.   WITH RESPECT TO THE THREE THAT THEY CANNOT CONTROL, DOES

8   THAT MEAN YOU CAN JUST IGNORE IT, OR DO YOU HAVE TO TAKE IT INTO

9   ACCOUNT WHEN YOU'RE CONTROLLING THE OTHER TWO?

10  A.   THEY ARE PART OF THE GENERAL CONSIDERATION WHEN YOU'RE

11  DESIGNING AND CONSTRUCTING A TRAVEL TRAILER.

12  Q.   NOW, I ASKED YOU WHETHER -- WHETHER THESE FIVE FACTORS IS

13  SOMETHING THAT STEVE SMULSKI CAME UP WITH, AND YOU SAID, NO, IT'S

14  IN THE LITERATURE; IS THAT RIGHT?

15  A.   THAT'S RIGHT.   THESE ARE THE GOVERNING PRINCIPLES THAT HAVE

16  BEEN KNOWN FOR DECADES.

17  Q.   EXHIBIT 206 IS A DOCUMENT FROM THE ERNEST ORLANDO LAWRENCE

18  BERKELEY NATIONAL LABORATORY.   CAN YOU TELL THE MEMBERS OF THE

19  JURY WHAT THE ERNEST ORLANDO LAWRENCE BERKELEY NATIONAL

20  LABORATORY IS?

21  A.   IT'S A GOVERNMENT RESEARCH LABORATORY.

22  Q.   THIS PAPER IS ENTITLED, ALDEHYDE AND OTHER VOLATILE ORGANIC

23  CHEMICAL EMISSIONS IN FOUR FEMA TEMPORARY HOUSING UNITS, FINAL

24  REPORT, BY RANDY MADDALENA, MARION RUSSELL, DOUGLAS SULLIVAN AND

25  MICHAEL APTE FROM THE ENVIRONMENTAL ENERGY TECHNOLOGIES DIVISION

1   OF BERKELEY NATIONAL LABORATORY, AND IT'S DATED NOVEMBER 2008; IS

2   THAT RIGHT?

3   A.   YES.

4   Q.   DID YOU HAVE ANYTHING TO DO WITH PREPARING THIS?

5   A.   NO.

6   Q.   ARE THOSE FACTORS ALL DISCUSSED IN THIS REPORT?

7   A.   THEY ARE.  THE SCIENTISTS AT THIS LABORATORY WENT OUT INTO

8   THE FIELD AS A RESULT OF THE FORMALDEHYDE PROBLEM THAT HAD ARISEN

9   IN TRAVEL TRAILERS.  THEY DID SAMPLING OF THOSE TRAVEL TRAILERS,

10  AND THE CONCLUSIONS THAT THEY ARRIVED AT AS TO WHY THERE WERE

11  HIGH LEVELS OF FORMALDEHYDE IN THOSE TRAVEL TRAILERS MIRROR THE

12  FIVE GOVERNING PRINCIPLES THAT HAVE BEEN KNOWN FOR DECADES.  THEY

13  BASICALLY DISCOVERED, QUOTE, UNQUOTE, THEM INDEPENDENTLY.

14  Q.   NOW, I WANT TO TAKE YOU THROUGH THOSE PRINCIPLES THAT

15  GULF STREAM CAN CONTROL ONE BY ONE REAL QUICK.

16         IN THIS CASE, DID YOU MAKE AN INVENTORY OF THE WOOD

17  PRODUCTS -- OR THE WOOD COMPOSITE PRODUCTS THAT WERE IN THE

18  TRAILER THAT WOULD EMIT FORMALDEHYDE?

19  A.   I DID.  ON MAY 6TH OF THIS YEAR, I SPENT ABOUT THREE AND A

20  HALF HOURS GOING THROUGH THE TRAILER AND MAKING AN INVENTORY OF

21  ALL THE FORMALDEHYDE-EMITTING WOOD COMPOSITE PRODUCTS THAT WERE

22  USED TO CONSTRUCT THAT TRAILER.

23  Q.   AND WE'VE ALREADY ENTERED IT INTO EVIDENCE BY AGREEMENT OF

24  COUNSEL.  AND IS THAT INVENTORY EXHIBIT 325.0, KNOWN AS

25  EXHIBIT B, ENTITLED, FORMALDEHYDE-EMITTING WOOD PRODUCTS INSIDE

1    GULF STREAM COACH, INCORPORATED, CAVALIER MODEL TRAVEL TRAILER

2    OCCUPIED BY MS. ALANA ALEXANDER BASED ON VISUAL INSPECTION?

3    A.    IT IS.  AND THAT'S A KEY POINT.  I WAS NOT PERMITTED TO

4    REMOVE MATERIALS OR TO SAMPLE MATERIALS.  I WAS LIMITED TO A

5    VISUAL INSPECTION OF THE TRAILER.

6    Q.    AND WE COULD PULL OUT THIS NICE ANIMATION THAT WE SAW

7    YESTERDAY.  WERE YOU IN THE COURTROOM WHEN THAT WAS PLAYED?

8    A.    I WAS.

9    Q.    THERE IS A PORTION IN THE ANIMATION WHERE YOU CAN SEE ALL

10   THESE DIFFERENT COMPONENTS; IS THAT RIGHT?

11   A.    YES.

12   Q.    AND THERE IS ARROWS SHOWING FORMALDEHYDE COMING OUT.

13          WITHOUT USING THAT ANIMATION, ARE YOU PREPARED TO TAKE

14   US THROUGH THE DIFFERENT PARTS OF THE TRAILER THAT HAVE

15   FORMALDEHYDE-EMITTING WOOD PRODUCTS IN THIS TRAILER?

16   A.    I AM.

17   Q.    AND WHAT I WOULD LIKE TO DO IS SUBSTITUTE, FOR PURPOSES OF

18   OUR DISCUSSION, A CLEAN COPY OF 325.00 THAT I'VE JUST PUT IN THE

19   RECORD WITH SOME NOTES.  DO YOU HAVE A PHOTOGRAPH THAT WE HAVE

20   PUT INTO EVIDENCE WITH RESPECT TO EACH OF THESE THINGS THAT IS IN

21   YOUR EXHIBIT B?

22   A.    I DID.  I TOOK PHOTOGRAPHS OF THE VARIOUS ROOMS, ITEMS

23   WITHIN EACH ROOM AND THE COMPONENTS FROM WHICH THOSE VARIOUS

24   ITEMS WERE MADE AS PART OF MY INSPECTION.

25   Q.    OKAY.  NOW, I WANT TO START UP HERE.  THIS HAS GOT THREE

1  COLUMNS; IS THAT RIGHT?

2  A.   YES.

3  Q.   I HEARD A PHRASE IN THIS COURTROOM I'VE NEVER HEARD BEFORE.

4  DO YOU KNOW WHAT COLUMNAR MEANS?

5  A.   I DO NOT.  IT'S A NEW ONE ON ME.

6  Q.   THE FIRST COLUMNAR, OR COLUMN, IS LOCATION, RIGHT?

7  A.   YES.

8  Q.   AND GENERALLY WHAT YOU HAVE, WITH THE EXCEPTION OF THE FIRST

9  BOX, IS YOU HAVE DIFFERENT LOCATIONS ALL THE WAY DOWN SHOWING

10 WHERE THESE PICTURES ARE BEING TAKEN; IS THAT RIGHT?

11 A.   YES, THAT FIRST COLUMN IS ESSENTIALLY A ROOM-BY-ROOM

12 LISTING.

13 Q.   OKAY.  AND THEN THE SECOND COLUMN IN THIS COLUMNAR

14 PRESENTATION IS ITEM; AND, THAT WOULD BE INSIDE OF EACH OF THESE

15 LOCATIONS YOU'VE GOT SPECIFIC COMPOSITE WOOD PRODUCTS THAT ARE

16 EMITTING FORMALDEHYDE IN THAT LOCATION, FAIR?

17 A.   RIGHT.  THESE WOULD BE BASICALLY THE CABINETS, THE BUILT-IN

18 FURNITURE THAT WAS INSIDE THE TRAVEL TRAILER.

19 Q.   AND THEN THE THIRD COLUMN, YOU'VE PUT A DESCRIPTION.  AND,

20 FOR EXAMPLE, IN THE GLOBAL SECTION ON SUB FLOOR, IT SAYS, 5/8

21 INCH PARTICLEBOARD-VINYL SHEET FLOOR COVERING ON FACE, EXPOSED

22 BACK AND EDGES; IS THAT RIGHT?

23 A.   YES.

24 Q.   AND THEN MY TERRIBLE HANDWRITING SAYS 325.1.  AND IF WE GO

25 TO 325.1, WE HAVE A PHOTOGRAPH OF SOMETHING; IS THAT RIGHT?

1  A.   WE DO.

2  Q.   DOES HE HAVE A POINTER?  I'M GOING TO GIVE YOU ONE OF THESE

3  SO THAT YOU CAN POINT OUT WHAT WE'RE LOOKING AT.

4        IF YOU COULD, USING 325.1, DESCRIBE FOR US WHAT WE'RE

5  LOOKING AT HERE.

6  A.   SURE.  I'D ACTUALLY LIKE TO START AND GIVE YOU A GENERIC

7  DESCRIPTION OF WHAT THAT TRAVEL TRAILER IS.  OBVIOUSLY --

8  Q.   GIVE ME A GENERIC DESCRIPTION OF WHAT THE TRAVEL TRAILER IS.

9  A.   YES.  OBVIOUSLY, THERE IS A METAL SHELL, AND THAT'S WHAT YOU

10  ACTUALLY SEE WHEN YOU'RE STANDING OUTSIDE AND LOOKING AT THAT

11  TRAVEL TRAILER.  BUT WHAT THE TRAVEL TRAILER IS INTERNALLY IS

12  ESSENTIALLY A WOODEN BOX MADE FROM HARDWOOD PLYWOOD,

13  PARTICLEBOARD AND MEDIUM DENSITY FIBERBOARD.  THAT INCLUDES THE

14  FLOOR, THE WALLS AND THE CEILINGS, AND ALL OF THOSE PRODUCTS EMIT

15  FORMALDEHYDE.

16        AND THEN INSIDE THAT WOODEN BOX ARE A SERIES OF

17  CABINETS, BUILT-IN FURNITURE, LIKE BENCH SEATING, BUNK BEDS, BED

18  SUPPORTS, COUNTERTOPS, AGAIN, ALL OF WHICH ARE MADE FROM HARDWOOD

19  PLYWOOD, PARTICLEBOARD AND MEDIUM DENSITY FIBERBOARD THAT EMIT

20  UREA FORMALDEHYDE RESIN.

21        NOW, WITH THAT AS A BACKGROUND, WHAT WE'RE LOOKING AT

22  HERE IS THIS IS ACTUALLY A HOLE CUT INTO THE FLOOR WHERE THERE

23  WAS A FLOOR REGISTER.  I REMOVED IT, AND WHAT YOU'RE LOOKING AT

24  IS THIS IS THE EDGE OF THE -- OOPS, MISSED IT -- PARTICLEBOARD

25  SUBFLOORING.

1   Q.   NOW, THIS EDGE OF THE PARTICLEBOARD SUBFLOORING, HOW BIG IS

2   IT?  IT'S KIND OF HARD TO SEE.

3   A.   IT'S ABOUT 5/8 OF AN INCH THICK.

4   Q.   AND DOES THAT EDGE EMIT FORMALDEHYDE?

5   A.   YES, THE ENTIRE SHEET OF PARTICLEBOARD EMITS FORMALDEHYDE.

6   Q.   IS THAT FORMALDEHYDE EMITTING VINYL SHEET FLOOR, IS IT

7   COVERED ON THE FACE?

8   A.   IT IS.  YOU CAN SEE THERE IS WHAT I CALL VINYL SHEET GOODS,

9   WHICH IS THE FLOORING MATERIAL HERE.  AND THEN, ADDITIONALLY,

10  THERE IS SOME CARPETING HERE.

11  Q.   IS IT EXPOSED ON THE BACK AND ON THE EDGES?

12  A.   THE EDGES ARE EXPOSED.  AND WHAT I MEAN BY THAT IS THAT IT'S

13  THE RAW PANEL.  THERE IS NO FINISH COVERING IT.  IT'S EXPOSED ON

14  THE EDGES AND THE REAR OF THE PANEL, AS WELL.

15  Q.   DOES THE FORMALDEHYDE -- I MEAN, DOES THE WOOD PRODUCT THAT

16  YOU JUST DESCRIBED FOR US IN 325.1 EMIT FORMALDEHYDE?

17  A.   YES, IT DOES.

18  Q.   NEXT, WE'VE GOT THE WALLS.  AND YOU DESCRIBE, 1/8 INCH

19  TROPICAL HARDWOOD PLYWOOD-OVERLAY ON FACE, EXPOSED BACK AND

20  EDGES, 325.2.

21  A.   WHAT YOU'RE LOOKING AT HERE IS A WALL PANEL.  IT'S ACTUALLY

22  BEEN REFERRED TO SEVERAL TIMES YESTERDAY BY MR. MALLET.  WHEN WE

23  ARRIVED AT THE TRAILER, THIS WALL PANEL HAD ALREADY BEEN

24  DETACHED, SO WE JUST SIMPLY PULLED IT BACK.  AND WHAT YOU'RE

25  LOOKING AT HERE, AGAIN, THIS IS A HARDWOOD PLYWOOD WALL PANEL.

1  IT'S ABOUT 1/8 OF AN INCH THICK, AND IT IS USED FOR THE WALL

2  PANELING THROUGHOUT THE ENTIRE TRAILER.

3  Q.   WHEN YOU SAY THE WALL PANELING, IF WE WERE TO BUILD A WALL

4  AROUND THE JURY SO THAT THEY COULD DELIBERATE IN PRIVACY OR

5  SOMETHING LIKE THAT, WOULD ALL THAT WALL PANELING CIRCLE THEM?

6  A.   YES.   THE ENTIRE SURFACE AREA, THEY WOULD BE WITHIN AN

7  ENCLOSURE.

8  Q.   AND THE LENGTH OF THIS TRAILER IS WHAT?

9  A.   APPROXIMATELY 30 FEET.

10  Q.   AND THE WIDTH IS WHAT?

11  A.   APPROXIMATELY EIGHT.

12  Q.   AND THE HEIGHT IS WHAT?

13  A.   APPROXIMATELY SEVEN.

14  Q.   AND IS ALL OF THAT COVERED WITH WALL PANELING ALL THE WAY

15  AROUND?

16  A.   THE WALLS WOULD BE.

17  Q.   AND DOES ALL OF THAT WALL PANELING THAT YOU'VE SHOWN THE

18  EXAMPLE OF RIGHT HERE EMIT FORMALDEHYDE?

19  A.   YES, IT DOES.

20  Q.   325.3.  BEFORE WE GET TO IT, IN THE CEILINGS IS THERE 1/8

21  INCH TROPICAL HARDWOOD PLYWOOD-OVERLAY ON FACE, EXPOSED BACK AND

22  EDGES?

23  A.   YES.   THE CEILING THROUGHOUT THE ENTIRE TRAILER IS THAT

24  HARDWOOD PLYWOOD.

25  Q.   ON 325.3, WE'VE GOT A PHOTOGRAPH OF WHAT LOOKS LIKE -- I

1   DON'T KNOW -- THAT USED TO BE THE SMOKE DETECTOR OR SOMETHING, OR

2   WHAT IS IT?

3   A.   THIS IS ACTUALLY A DIFFUSER GRATE FOR THE AIR CONDITIONING

4   SYSTEM, WHICH WE REMOVED FROM THE CEILING, OF COURSE.  AND WHAT

5   YOU'RE LOOKING AT HERE, HERE IS THE EDGE OF THAT 1/8 INCH THICK

6   HARDWOOD PLYWOOD PANEL THAT FORMS THE CEILING.

7   Q.   AND THE WIDTH AND LENGTH, AGAIN, OF THE TRAILER?

8   A.   THE CEILING WOULD BE ABOUT EIGHT FEET WIDE BY 30 FEET LONG.

9   Q.   SO 240 SQUARE FEET OF CEILING PANELING?

10  A.   YES.

11  Q.   AND IS ALL OF THAT CEILING PANELING MADE OF COMPOSITE UREA

12  FORMALDEHYDE CREATED WOOD?

13  A.   YES.  IT'S ALL HARDWOOD PLYWOOD THAT EMITS FORMALDEHYDE.

14  Q.   AND ALL OF THE WOOD THAT YOU'VE JUST DESCRIBED, THE

15  COMPOSITE WOOD THERE, DOES IT EMIT FORMALDEHYDE?

16  A.   YES.

17  Q.   NEXT, YOU HAVE THE WALL AND CEILING BETWEEN PANEL TRIM.  YOU

18  SAY THERE IS 1/8 INCH TROPICAL HARDWOOD PLYWOOD-OVERLAY ON FACE

19  AND EDGES, EXPOSED BACK AND ENDS, 325.4.  WHAT ARE WE LOOKING AT

20  HERE?

21  A.   WELL, WHAT YOU'RE LOOKING AT HERE, THIS IS THE CEILING IN

22  THE MASTER BEDROOM.  HERE IS ONE CEILING PANEL.  HERE'S A SECOND

23  CEILING PANEL.  THIS IS THE SEAM BETWEEN THEM, AND THAT'S THE

24  TRIM STRIP THAT'S BEEN APPLIED TO HIDE THAT JOINT.

25  Q.   AND IS THAT TRIM STRIP THAT IS USED TO HIDE THE JOINT, IS IT

1  MADE OF COMPOSITE WOODS WITH UREA FORMALDEHYDE?

2  A.   YES, IT'S HARDWOOD PLYWOOD, THE SAME AS THE CEILING PANELS

3  THEMSELVES.

4  Q.   WOULD THAT PIECE EMIT FORMALDEHYDE?

5  A.   YES.

6  Q.   ALL RIGHT.  LET'S GO TO THE BEDROOM ITSELF.  IT LOOKS LIKE

7  WE JUST RAN IT TO SHOW THAT PIECE.  BUT IT SAYS, PLATFORM BED

8  WITH STORAGE COMPARTMENT BELOW.  WHAT ARE WE GETTING AT HERE?

9  A.   DO YOU WANT TO SHOW THE PHOTO?

10  Q.   BEFORE I DO, IT SAYS, 3/8 INCH TROPICAL HARDWOOD PLYWOOD

11  MATTRESS SUPPORT PANEL-EXPOSED FACE, BACK AND EDGES; 1/8 INCH

12  TROPICAL HARDWOOD PLYWOOD LEFT SIDE PANEL, RIGHT SIDE PANEL, FOOT

13  PANEL-OVERLAY ON FACE, EXPOSED BACK AND EDGES.  EXHIBIT 325.5.

14  WHAT ARE WE LOOKING AT?

15  A.   WHAT YOU'RE LOOKING AT HERE IS A PLATFORM FOR THE MATTRESS

16  IN THE MASTER BEDROOM.  AND THE MATTRESS SUPPORT ITSELF, WHICH IS

17  THIS SHEET, IS ACTUALLY HINGED SO THAT YOU CAN ACCESS A STORAGE

18  COMPARTMENT BELOW.  THE MATTRESS SUPPORT PANEL, THE SIDE PANEL

19  HERE, THE SIDE PANEL HERE, AND THE FOOT PANEL ARE ALL HARDWOOD

20  PLYWOOD.

21  Q.   LET ME USE THIS BOTTOM ONE BECAUSE IT LOOKS THE BEST.  IS

22  THIS THE COMPOSITE WOOD RIGHT HERE?

23  A.   NO.  IT ISN'T.  THAT AND THE OTHER LINEAR MEMBERS YOU SEE

24  HERE ARE THE FRAME, THE STRUCTURAL SUPPORT, AND THEY ARE SOLID

25  SAWN WOOD.

1  Q.   SO THAT WOULD BE LIKE THE TWO BY FOURS; THEY DON'T EMIT MUCH

2  FORMALDEHYDE, THE FRAMES ITSELF?

3  A.   CORRECT.

4  Q.   BUT WHAT YOU'RE TALKING ABOUT IS THE SIDES AND THE SIDE

5  SHOWN RIGHT HERE ON THE BOTTOM, RIGHT?

6  A.   I'M TALKING ABOUT THE LEFT SIDE PANEL, RIGHT SIDE PANEL,

7  FOOT PANEL, AND THE ACTUAL MATTRESS SUPPORT PANEL ITSELF.

8  Q.   AND DO ALL OF THOSE PANELS EMIT FORMALDEHYDE?

9  A.   YES.

10  Q.   APPROXIMATELY HOW LONG AND WIDE AND TALL ARE THOSE PANELS?

11  A.   THAT WAS A QUEEN-SIZE BED.  AND I'M JUST ESTIMATING HERE.

12  IT WAS ABOUT 18 INCHES HIGH, MAYBE SIX FEET BY SIX FEET.

13  Q.   NEXT, WE HAVE THE CLOSET.  IT SAYS, 5/8 INCH DOOR PANEL OF

14  UNKNOWN SUBSTRATE-OVERLAY ON FACE, BACK AND EDGES.

15       NOW, WHEN YOU SAY SOMETHING IS AN UNKNOWN SUBSTRATE, TO

16  BE FAIR, CAN YOU SAY WHETHER THIS IS FORMALDEHYDE EMITTING

17  COMPOSITE WOOD?

18  A.   I CANNOT.  AGAIN, WE'RE TALKING ABOUT THE CLOSET DOOR HERE.

19  IT'S ENTIRELY WRAPPED ON ALL SIX SURFACES WITH AN OVERLAY, AND I

20  WASN'T ABLE TO SEE THE SUBSTRATE ITSELF.

21  Q.   AND TO BE FAIR, IT MAY HAVE COMPOSITE WOOD IN THERE, IT MAY

22  NOT?

23  A.   IN MY OPINION, IT'S MORE LIKELY THAN NOT THAT IT IS

24  COMPOSITE WOOD, GIVEN THAT VIRTUALLY EVERYTHING ELSE IN THE

25  TRAILER IS EITHER A PARTICLEBOARD, HARDWOOD PLYWOOD OR MEDIUM

1  DENSITY FIBERBOARD.

2  Q.   IF IT IS THAT, IT WOULD BE EMITTING FORMALDEHYDE?

3  A.   YES.

4  Q.   BUT IT'S COVERED, AND YOU CAN'T SAY FOR SURE?

5  A.   THAT'S CORRECT.

6  Q.   WHAT IS THE HEIGHT AND WIDTH OF THIS COVERED SURFACE THAT

7  MAY OR MAY NOT HAVE FORMALDEHYDE-EMITTING WOOD PRODUCTS?

8  A.   IT'S A DOOR ABOUT TWO FEET WIDE, SIX AND A HALF FEET TALL.

9  Q.   NEXT, WE HAVE THE NIGHTSTAND IN THE BEDROOM, 5/8 INCH DOOR

10  PANEL OF UNKNOWN SUBSTRATE-OVERLAY ON FACE, BACK AND EDGES; 5/8

11  INCH FRAME OF UNKNOWN SUBSTRATE-OVERLAY ON FACE, BACK AND EDGES;

12  1/8 INCH TROPICAL HARDWOOD PLYWOOD RIGHT SIDE PANEL-OVERLAY ON

13  FACE, EXPOSED BACK AND EDGES; 3/4 INCH MEDIUM DENSITY FIBERBOARD

14  TOP-OVERLAY ON FACE, EXPOSED BACK AND EDGE BANDS ON EDGES.  AND

15  THAT'S 325.7.  IS THIS THE PHOTOGRAPH THAT SHOWS WHAT YOU'RE

16  TALKING ABOUT THERE?

17  A.   YES.  THIS IS A NIGHTSTAND BUILT INTO THE MASTER BEDROOM,

18  AND THERE IS ACTUALLY A SECOND ONE ON THE OPPOSITE SIDE OF THE

19  BED.

20  Q.   WHAT IS THE BASIC DIMENSION OF THE NIGHT STAND ON EACH SIDE

21  OF THE BED?

22  A.   OH, IT'S PROBABLY THREE FEET TALL, MAYBE 18 INCHES BY

23  18 INCHES.

24  Q.   AND DO BOTH THE NIGHTSTANDS CONTAIN COMPOSITE WOODS THAT

25  EMIT FORMALDEHYDE?

1    A.    YES, THEY DO.

2    Q.    NEXT, WE HAVE THE DOOR, 1/8 INCH TROPICAL HARDWOOD PLYWOOD

3    SKIN ON BOTH SIDES OF DOOR-OVERLAY ON FACE, EXPOSED BACK AND

4    EDGES; ONE-INCH MEDIUM DENSITY FIBERBOARD TOP RAIL, EXPOSED EDGE.

5    325.8.  IS THIS DOOR MADE OF COMPOSITE WOOD PRODUCTS?

6    A.    IT IS.

7    Q.    DOES IT EMIT FORMALDEHYDE?

8    A.    YES, IT DOES.

9    Q.    WHAT'S THE BASIC DIMENSIONS OF THE DOOR THAT CONTAINS THIS

10   FORMALDEHYDE -- I MEAN, THIS COMPOSITE WOOD PRODUCT?

11   A.    A LITTLE OVER TWO FEET WIDE, ABOUT SIX AND A HALF FEET TALL.

12   Q.    AND HOW THICK IS IT?

13   A.    I THINK IT'S AROUND AN INCH AND A QUARTER THICK IN TOTAL.

14   Q.    NEXT, WE GO TO THE LIVING AREA.  IT SAYS, PULL-OUT SOFA WITH

15   STORAGE COMPARTMENT BELOW, 1/8 INCH TROPICAL HARDWOOD PLYWOOD

16   FRONT PANEL, FABRIC ON FACE, EXPOSED BACK AND EDGES; 1/8 INCH

17   TROPICAL HARDWOOD PLYWOOD LEFT SIDE PANEL-OVERLAY ON FACE,

18   EXPOSED BACK AND EDGES; 1/8 INCH TROPICAL HARDWOOD PLYWOOD

19   ARMREST-OVERLAY ON FACE, EXPOSED BACK AND EDGES.  AND IT REFERS

20   US TO 325.9.  IS THIS THE SOFA ITSELF?

21   A.    IT IS.  IT'S A CLOSE-UP.  YOU CAN'T SEE THE WHOLE SOFA

22   ITSELF, OF COURSE; BUT, WHAT YOU'RE LOOKING AT IS THIS IS ONE END

23   OF THE SOFA.  THERE IS A HARDWOOD PLYWOOD PANEL HERE, ANOTHER

24   HARDWOOD PLYWOOD PANEL HERE.  THERE IS ACTUALLY A HARDWOOD

25   PLYWOOD PANEL HIDDEN BEHIND THIS FABRIC, AS WELL.

1  Q.   AND UNDERNEATH IS THAT A HARDWOOD PLYWOOD PANEL?

2  A.   I CAN'T TELL WHAT IS UNDER.   IT'S JUST NOT VISIBLE IN THE

3  PHOTO.

4  Q.   HOW WIDE IS THIS HARDWOOD PLYWOOD COMPOSITE PANEL?

5  A.   IT'S ABOUT TWO FEET BY TWO FEET.

6  Q.   AND IT'S ON THE INSIDE AND OUTSIDE OF BOTH SIDES OF THE

7  SOFA, CORRECT?

8  A.   YES.   IT'S ESSENTIALLY FORMING THE ARM OF THE SOFA, IF YOU

9  WILL.

10  Q.   NEXT WE HAVE THE DINING AREA, BENCH SEATS:  "5/8 INCH

11  PARTICLEBOARD SEAT BACK TOP CAP AND SEAT TRIM-OVERLAY ON FACE,

12  BACK AND EDGES; 1/8 INCH TROPICAL HARDWOOD PLYWOOD SEAT BACK-

13  OVERLAY ON FACE, EXPOSED BACK AND EDGES; 3/8 INCH TROPICAL

14  HARDWOOD PLYWOOD SEAT, SUPPORT PANEL-EXPOSED FACE, BACK AND

15  EDGES; 1/8 INCH TROPICAL HARDWOOD PLYWOOD FRONT, SIDE AND REAR

16  PANEL ENCLOSING BENCH SEATS-OVERLAY ON FACE, EXPOSED BACK AND

17  EDGES."

18          AND YOU REFER US TO PAGE, OR TO PICTURE 325.1.  IS THAT

19  WHAT WE'RE LOOKING AT HERE?

20  A.   YES.   WHAT YOU'RE LOOKING AT IS A BUILT-IN -- ACTUALLY, ONE

21  OF TWO BUILT-IN BENCH SEATS.   THIS HAPPENS TO BE ON ONE SIDE OF

22  THE DINING TABLE.   THERE'S A SECOND ONE OVER HERE, AND AGAIN, THE

23  SEAT SUPPORT PANEL ITSELF, WHICH IS HARDWOOD PLYWOOD, IS

24  REMOVABLE SO THAT YOU CAN ACCESS THIS AS A STORAGE AREA.

25  Q.   AND WHAT IS THE DIMENSIONS OF THE SURFACES THAT HAVE THIS

1   COMPOSITE WOOD THAT EMITS FORMALDEHYDE?

2   A.   OH, IT'S ABOUT THREE AND A HALF FEET IN LENGTH.  A COUPLE

3   FEET IN WIDTH.  AGAIN, EVERYTHING YOU'RE LOOKING AT HERE IS A

4   FORMALDEHYDE-EMITTING PANEL.  THE BACK REST, THE TOP CAP, AND THE

5   CAP HERE, THE TRIM PIECES HERE, THE SIDE PANEL, THE FRONT PANEL,

6   AND THE SEAT PANEL ITSELF, AND THE SAME WOULD BE TRUE FOR THE

7   SECOND SEAT, WHICH WOULD BE LOCATED ON THE OPPOSITE SIDE OF THE

8   TABLE.

9   Q.   NOW, DOES THIS EMIT FORMALDEHYDE?

10  A.   ALL OF THOSE COMPONENTS DO, YES.

11  Q.   OKAY.  LET'S GO TO THE KITCHEN.  I'M SORRY, BEFORE WE GO TO

12  THE KITCHEN, THE DINING ROOM TABLE ITSELF.  "3/4 INCH

13  PARTICLEBOARD TABLETOP; OVERLAY ON FACE AND BACK, EDGE BAND ON

14  EDGES."

15            IS THAT THE KITCHEN TABLE?

16  A.   YES, RIGHT HERE.

17  Q.   DOES IT EMIT FORMALDEHYDE?

18  A.   YES, IT DOES.

19  Q.   WHAT ARE THE DIMENSIONS OF THE PARTICLEBOARD THAT IS

20  EMITTING?

21  A.   IT'S ABOUT THREE AND A HALF FEET IN LENGTH, A COUPLE FEET

22  WIDE.

23  Q.   NOW, LET'S GO TO THE KITCHEN.  THE KITCHEN UPPER CABINETS,

24  "5/8 INCH DOOR PANEL OF UNKNOWN SUBSTRATE-OVERLAY ON FACE, BACK

25  AND EDGES; 5/8 INCH PARTICLEBOARD FRAME-OVERLAY ON FACE, BACK AND

1  EDGES, EXPOSED END; 5/8 INCH MEDIUM DENSITY FIBERBOARD, RIGHT

2  SIDE PANEL-OVERLAY ON FACE AND BACK, EDGE BAND ON EDGES."

3         IS THE PICTURE THAT SHOWS THAT 325.12?

4  A.   YES.

5  Q.   TALKING ABOUT THESE UPPER CABINETS RIGHT HERE?

6  A.   THAT'S CORRECT.

7  Q.   APPROXIMATELY HOW LONG, HOW TALL AND HOW WIDE ARE THOSE

8  CABINETS WITH FORMALDEHYDE-EMITTING PARTICLEBOARD?

9  A.   LET ME JUST EXPLAIN WHAT YOU'RE SEEING HERE IN THE CORNERS

10 ARE THE MICROWAVE OVEN.  THE CABINET ITSELF IS ABOUT FIVE FEET BY

11 A FOOT DEEP.  MAYBE A FOOT AND A HALF IN HEIGHT.

12 Q.   OKAY.  DOES IT EMIT FORMALDEHYDE?

13 A.   YES, ALL THE COMPONENTS OF THE CABINETS DO.

14 Q.   LET'S TO GO THE LOWER CABINETS, YOU WRITE:  "5/8 INCH ON

15 DOOR PANELS OF UNKNOWN SUBSTRATE-OVERLAY ON FACE, BACK AND EDGES;

16 5/8 INCH PARTICLEBOARD FRAME-OVERLAY ON FACE, BACK AND EDGES; 1/8

17 INCH TROPICAL HARDWOOD PLYWOOD FRONT PANELS-OVERLAY ON FACE,

18 EXPOSED BACK AND EDGES."

19        DO ALL OF THOSE SUBSTANCES SHOWN IN 325.13 EMIT

20 FORMALDEHYDE?

21 A.   RIGHT.  AGAIN, WHAT YOU'RE LOOKING AT HERE IS THE LOWER

22 CABINETS OR THE BASE CABINETS AND THE COUNTERTOP.

23 Q.   WHAT ARE THE BASIC DIMENSIONS OF THE LOWER CABINET THAT HAS

24 THIS SUBSTANCE THAT EMITS FORMALDEHYDE?

25 A.   AGAIN, IT'S ABOUT TWO FEET DEEP, A LITTLE OVER THREE FEET IN

1  HEIGHT, AND ABOUT FIVE FEET LONG.

2  Q.   OKAY.  THE DRAWERS THEMSELVES, GO INTO THOSE CABINETS, ARE

3  THEY MADE WITH "5/8 INCH FRONT PANELS OF UNKNOWN

4  SUBSTRATE-OVERLAY ON FACE, BACK AND EDGES; 1/4 INCH PARTICLEBOARD

5  BOTTOM-OVERLAY ON FACE, EXPOSED BACK AND EDGES; 3/8 INCH HARDWOOD

6  PLYWOOD LEFT SIDE, RIGHT SIDE AND REAR-EXPOSED FACE, BACK AND

7  EDGES"?

8  A.   YES.

9  Q.   PHOTOGRAPH 325.14, DOES THAT SHOW ONE OF THE DRAWERS THAT

10  YOU'RE TALKING ABOUT?

11  A.   IT DOES.  THIS IS THE PARTICLEBOARD BOTTOM, THE HARDWOOD

12  PLYWOOD SIDE, HARDWOOD PLYWOOD SIDE.  THERE IS ANOTHER HARDWOOD

13  PLYWOOD REAR PANEL, AND THEN, AGAIN, I DON'T KNOW FOR CERTAIN

14  WHAT THE DRAWER FRONT IS BECAUSE IT'S OVERLAID ON ALL SURFACES

15  WITH THIS VINYL OVERLAY.

16  Q.   IN TERMS OF THE STUFF THAT WE DO KNOW, IT'S THREE OR

17  FOUR INCHES DEEP?

18  A.   YES.

19  Q.   ABOUT A -- 12, 15 INCHES WIDE?

20  A.   APPROXIMATELY.

21  Q.   AND MAYBE 18 INCHES DEEP?

22  A.   YES.

23  Q.   AND THEN WE MULTIPLY THAT BY THE NUMBER OF DRAWERS TO FIGURE

24  OUT WHAT THE TOTAL SURFACE HERE IS EMITTING FORMALDEHYDE?

25  A.   YES.

1   Q.   NEXT WE HAVE THE COUNTERTOP.  "3/4 INCH PARTICLEBOARD-

2   OVERLAY ON FACE AND BACK, VISIBLE EDGE WITH EDGE BAND, EXPOSED

3   HIDDEN EDGES."

4            AND THE PHOTOGRAPH IS 325.15.  IS THAT RIGHT?

5   A.   YES.

6   Q.   AND IF WE LOOK AT THE RIGHT SIDE OF THAT PHOTOGRAPH, IS THIS

7   THE COUNTERTOP THAT WE'RE TALKING ABOUT?

8   A.   YES, IT IS.

9   Q.   NOW, OBVIOUSLY, YOU CAN'T COUNT THE AREA WHERE THE SINK IS;

10  IS THAT RIGHT?  THAT'S NOT PARTICLEBOARD, I HOPE.

11  A.   CORRECT.

12  Q.   IN TERMS OF THE BASIC DIMENSION OF THE CABINET, HOW WIDE AND

13  HOW DEEP DOES IT RUN?

14  A.   AGAIN, THE COUNTERTOP ITSELF WOULD BE ABOUT TWO FEET WIDE,

15  ABOUT FIVE FEET LONG.  MINUS THE AREA FOR THE DOUBLE SINK.

16  Q.   DOES IT EMIT FORMALDEHYDE OTHER THAN THE SINK?

17  A.   YES, IT DOES.

18  Q.   LET'S GO TO PAGE 2 OF EXHIBIT 325.00.  AND MERCIFULLY, IT'S

19  NOT A FULL PAGE.  AT THE TOP, IT SAYS BUNK BEDS WITH STORAGE

20  COMPARTMENT BELOW.  YOU DESCRIBED IT AS "3/4 INCH TROPICAL

21  HARDWOOD PLYWOOD" -- LET ME TRY AGAIN.  THE DESCRIPTION SAYS,

22  "3/4 (SIC) INCH TROPICAL HARDWOOD PLYWOOD MATTRESS SUPPORT,

23  EXPOSED FACE, BACK AND EDGES; 1/8 INCH TROPICAL HARDWOOD PLYWOOD

24  STORAGE COMPARTMENT, FRONT PANEL-OVERLAY ON FACE, EXPOSED BACK

25  AND EDGES."

1           IS THAT RIGHT?

2   A.   IT ACTUALLY SAYS 1/4 INCH TROPICAL HARDWOOD PLYWOOD MATTRESS

3   SUPPORT, NOT 3/4.

4   Q.   I APOLOGIZE.   THAT'S SHOWN IN PHOTOGRAPH 325.16; IS THAT

5   RIGHT?

6   A.   YES.

7   Q.   NOW, 325.16, THIS IS THE BUNK BEDS, THERE IS AN UPPER BUNK

8   BED AND A LOWER BUNK BED; IS THAT RIGHT?

9   A.   YES, IT IS.

10  Q.   THE SUPPORT FRAME ITSELF, THAT'S LIKE A TWO-BY-FOUR, OR IS

11  THAT COMPOSITE?

12  A.   THAT'S CORRECT.   THAT IS SOLID SAWN LUMBER OF WHICH THERE

13  ARE NEGLIGIBLE FORMALDEHYDE EMISSIONS.

14  Q.   BUT THE SURFACE AREA OF THE KNEE (SPELLED PHONETICALLY) FOR

15  THE TOP BED OF THE BUNK BED IS ALL COMPOSITE -- FORMALDEHYDE

16  EMITTING?

17  A.   YES.   AND JUST LET ME TAKE A MOMENT TO EXPLAIN.   IT'S A

18  LITTLE BIT CONFUSING FROM THE PHOTO HERE.   THE BUNK BED IS SORT

19  OF TUCKED INTO ONE CORNER OF THE TRAILER.   SO WHAT YOU'RE LOOKING

20  AT HERE, THIS IS ACTUALLY THE LOWER BERTH, WHERE YOU CANNOT SEE

21  THE MATTRESS.   THAT WOULD BE DOWN HERE.   THIS IS THE MATTRESS

22  SUPPORT FOR THE UPPER BERTH, WHICH WE HAD LIFTED.   THIS IS THE

23  HARDWOOD PLYWOOD SUPPORT PANEL, HERE IS ANOTHER HARDWOOD PLYWOOD

24  DECORATIVE PANEL, SO WHEN YOU LAY IN THE LOWER BED, YOU'RE

25  LOOKING UP AT THIS PANEL.

1  Q.    OTHER THAN MAKING A SINK OUT OF COMPOSITE WOOD, IS IT

2  POSSIBLE TO PUT MORE FORMALDEHYDE-EMITTING PRODUCTS IN THIS

3  TRAVEL TRAILER?

4  A.    AGAIN, THE -- IN THE MOST GENERIC TERMS, THE INTERIOR OF A

5  TRAVEL TRAILER IS A WOODEN BOX THAT'S MADE FROM

6  FORMALDEHYDE-EMITTING PRODUCTS, AND THAT WOODEN BOX IS THEN

7  FILLED WITH BUILT-IN CABINETS, BEDS, SEATING, COUNTERTOPS, ALL OF

8  WHICH ALSO EMIT FORMALDEHYDE.

9  Q.    NOW, AS WE LOOK AT 325.16, THIS BUNK BED, WHAT YOU'RE

10  TALKING ABOUT IS THE COMPOSITE WOOD BOTH BELOW AND ABOVE THE

11  FRAME SUPPORT; IS THAT RIGHT?

12  A.    YES.

13  Q.    AND THAT EXISTS ON THE LOWER BUNK BED AS WELL?

14  A.    YES.

15  Q.    AND IN TERMS OF THE BASIC DIMENSIONS OF THAT COMPOSITE WOOD

16  THAT EMITS FORMALDEHYDE, HOW WIDE AND HOW LONG IS IT?

17  A.    IT'S ABOUT THREE FEET WIDE BY ABOUT SIX AND A HALF FEET

18  LONG.

19  Q.    AND YOU CAN MULTIPLY THAT BY TWO FOR THE TWO BEDS; IS THAT

20  RIGHT?

21  A.    WELL, ACTUALLY, BY THREE, BECAUSE YOU WOULD HAVE THE

22  MATTRESS SUPPORT ON THE LOWER BERTH, THE DECORATIVE PANEL ON THE

23  BOTTOM OF THE UPPER BERTH, AND THE MATTRESS SUPPORT ON THE TOP OF

24  THE UPPER BERTH.

25  Q.    DOES ALL OF THAT COMPOSITE WOOD EMIT FORMALDEHYDE?

1    A.    YES, IT DOES.

2    Q.    IS THIS THE AREA WHERE CHRIS SLEPT?

3    A.    YES, IT IS.

4    Q.    IS THE CEILING RIGHT ABOVE WHERE HE SLEPT MADE OF COMPOSITE

5    WOOD THAT EMITS FORMALDEHYDE?

6    A.    YES, IT IS.

7    Q.    ARE THE SIDE PANELS OF THE WALLS AROUND THIS BED MADE OF

8    COMPOSITE WOOD THAT EMITS FORMALDEHYDE?

9    A.    YES.  ALL THREE OF THEM ARE, TO THE LEFT, TO THE RIGHT, AND

10   TO THE BACK OF HIS HEAD.

11   Q.    EVERY WHICH WAY HE SNORES, THERE'S FORMALDEHYDE ALL AROUND

12   HIM?

13   A.    HE ESSENTIALLY SLEEPS IN A FIVE-SIDED BOX THAT IS MADE WITH

14   FORMALDEHYDE-EMITTING HARDWOOD PLYWOOD PRODUCTS.

15   Q.    FINALLY, THE BATHROOM.  UNDER THE DOOR IT SAYS:  "1/8 INCH

16   TROPICAL HARDWOOD PLYWOOD, SKIN ON BOTH SIDES OF THE DOOR-OVERLAY

17   ON FACE, EXPOSED BACK AND EDGES; ONE-INCH MEDIUM DENSITY

18   FIBERBOARD, TOP RAIL, EXPOSED EDGE."  IS THAT CORRECT?

19   A.    YES.

20   Q.    AND DOES THIS PHOTOGRAPH, 325.17, SHOW US THAT DOOR TO THE

21   BATHROOM?

22   A.    YOU'RE LOOKING AT IT RIGHT HERE, EXCUSE ME, YOU'RE LOOKING

23   AT IT RIGHT HERE.  THIS IS THE BUNK BED AREA TO ITS LEFT.

24   Q.    AND WHAT IS THE BASIC DIMENSION OF THE DOOR THAT'S MADE OF

25   THIS COMPOSITE WOOD THAT EMITS FORMALDEHYDE?

1   A.    IT'S APPROXIMATELY TWO FEET BY SIX AND A HALF FEET.

2   Q.    AND HOW THICK IS IT?

3   A.    ABOUT AN INCH AND A QUARTER.

4   Q.    NEXT YOU HAVE THE CLOSET:  "5/8 INCH DOOR PANEL OF UNKNOWN

5   SUBSTRATE-OVERLAY ON FACE, BACK AND EDGES; 5/8 INCH PARTICLEBOARD

6   DOOR FRAME, OVERLAY ON FACE AND EDGES, EXPOSED BACK."

7            THE PHOTOGRAPH IS 325.18; IS THAT CORRECT?

8   A.    YES.  WHAT YOU'RE LOOKING AT HERE, THIS IS THE ENTRANCE DOOR

9   TO THE BATHROOM, AND THEN THIS IS THE DOOR TO A LINEN CLOSET AND

10  SHELF SYSTEM INSIDE THE BATHROOM.

11  Q.    OKAY.  AND WHICH ITEM ARE WE TALKING ABOUT HERE?

12  A.    WE'RE TALKING ABOUT THE CLOSET OR LINEN CLOSET INSIDE THE

13  BATHROOM.

14  Q.    AND WHAT IS THE DIMENSION OF THE PARTICLEBOARD THAT EMITS

15  FORMALDEHYDE IN THAT CLOSET DOOR?  OR THAT CLOSET PANEL?

16  A.    I DON'T RECALL, AND IT'S A LITTLE DIFFICULT TO SEE HERE, BUT

17  I WOULD GUESS IT'S PROBABLY 18 INCHES BY 18 INCHES BY ABOUT 6

18  FEET TALL.

19  Q.    FINALLY, YOU WRITE THE VANITY.  DOES THAT SAY 1/4 OR 3/4?  I

20  CAN'T SEE IT.

21  A.    THAT ONE DOES SAY 3/4.

22  Q.    OKAY.  "3/4 INCH PARTICLEBOARD COUNTERTOP-OVERLAY ON FACE

23  AND BACK, EXPOSED EDGES; 5/8 INCH DOOR PANEL OF UNKNOWN

24  SUBSTRATE-OVERLAY ON FACE, BACK AND EDGES; 5/8 INCH PARTICLEBOARD

25  DOOR FRAME-OVERLAY ON FACE AND EDGES, EXPOSED BACK."

1           AND THE PICTURE IS 325.19.  IS THIS WHERE IT SHOWS THE

2   VANITY?

3   A.   YES.

4   Q.   USING 325.19, CAN YOU DESCRIBE FOR US THE

5   FORMALDEHYDE-EMITTING COMPOSITE WOOD PRODUCTS?

6   A.   AGAIN, YOU HAVE A COUNTERTOP THAT EMITS FORMALDEHYDE.  YOU

7   HAVE A FACE FRAME THAT EMITS FORMALDEHYDE.  YOU HAVE A DOOR PANEL

8   THAT EMITS FORMALDEHYDE.  AND THEN INSIDE IS A SHELF THAT EMITS

9   FORMALDEHYDE.

10  Q.   WHAT IS THE HEIGHT, LENGTH AND WIDTH OF THIS VANITY?

11  A.    IT'S A LITTLE -- APPROXIMATELY 36 INCHES HIGH, ABOUT

12  18 INCHES WIDE, 18 INCHES DEEP.

13  Q.   OKAY.  WE HAVE GONE THROUGH THE NUMBER OF

14  FORMALDEHYDE-EMITTING WOOD PRODUCTS IN THIS TRAILER; IS THAT

15  FAIR?

16  A.   YES.

17  Q.   WE'VE ALSO GOT THE PARENTHETICAL THAT SAYS "AND AGE."

18  EXPLAIN THAT FOR US.

19  A.   AGAIN, THE AGE OF A FORMALDEHYDE WOOD PRODUCT IS IMPORTANT

20  BECAUSE WHEN THAT WOOD PRODUCT IS BRAND-NEW, THAT IS, FRESHLY

21  MANUFACTURED, IT HAS THE HIGHEST AMOUNT OF FORMALDEHYDE, AND IT

22  ALSO RELEASES THAT FORMALDEHYDE MOST QUICKLY AT THE BEGINNING

23  WHEN IT'S YOUNG.

24  Q.   NOW, IF IT RELEASES FORMALDEHYDE MOST QUICKLY AT THE

25  BEGINNING WHEN IT'S YOUNG BUT IT'S NOT BEING USED, IT'S JUST

1   BASICALLY SEALED UP, WHAT EFFECT DOES THE FACT THAT IT'S SEALED
2   UP HAVE TO DO WITH THIS CONCEPT OF THE AGE?
3   A.   CORRECT ME IF I AM WRONG, BUT I THINK YOU MEAN BY IT BEING
4   SEALED UP THAT IT HAS, FOR EXAMPLE, IF IT WERE THE WALL PANEL IT
5   HAD A VINYL OVERLAY ON THE FACE THAT YOU COULD ACTUALLY SEE.
6   Q.   WELL, ACTUALLY WHAT I MEAN IS, IF THE TRAVEL TRAILER IS JUST
7   SHUT AND THERE AREN'T ANYTHING OPEN OR ANYTHING LIKE THAT, WHAT
8   DOES THAT EFFECT OR HOW DOES THAT AFFECT THIS FACTOR NUMBER 1
9   WITH RESPECT TO THE AGE?
10  A.   I SEE.   THANK YOU FOR CORRECTING ME.
11         ONCE A TRAVEL TRAILER HAS BEEN MANUFACTURED, AND LET'S
12  JUST SAY IT'S SITTING IN STORAGE, THE DOORS AND WINDOWS CLOSED,
13  THE ROOF VENT IS CLOSED, FORMALDEHYDE WILL BE EMITTED INTO THE
14  AIR OF THE TRAVEL TRAILER.   AND EVENTUALLY THE AMOUNT IN THE AIR
15  COMES INTO EQUILIBRIUM WITH WHAT IS IN THE PANELS, AND THAT KIND
16  OF JUST SITS THERE.
17  Q.   SO IF SOMETHING IS SITTING IN EQUILIBRIUM FOR A YEAR AND A
18  HALF, IS NOT BEING USED, DOES THAT SLOW DOWN THE EMISSION OF
19  FORMALDEHYDE ONCE YOU'VE HIT EQUILIBRIUM?
20  A.   IT DOES.
21  Q.   NOW, THE SECOND FACTOR IS THE VOLUME OF THE AIR ENCLOSED,
22  AND WE'VE TALKED ABOUT THE FACT THAT THIS IS A FACTOR THAT
23  GULF STREAM REALLY CAN'T CONTROL.   YOU'VE GOT TO PUT IT ON
24  WHEELS, YOU HAVE TO DRIVE IT UNDER BRIDGES, THIS KIND OF THING.
25  BUT JUST FOR THE RECORD, WE'VE GOT A LENGTH OF AROUND 30 FEET, A

1   WIDTH OF AROUND EIGHT FEET, AND A HEIGHT OF SEVEN FEET, SOMEWHERE

2   IN THERE?  MORE SPECIFICALLY, WE KNOW THE VOLUME OF THE AIR

3   THAT'S ENCLOSED, CORRECT?

4   A.   YES.

5   Q.   AND JUST FOR THE RECORD, STATE WHAT THAT VOLUME OF THE AIR

6   THAT'S ENCLOSED IS.

7   A.   IT'S ABOUT 1,435 CUBIC FEET.

8   Q.   ABOUT.  OKAY.  1435 CUBIC FEET?

9   A.   YES.

10  Q.   OKAY.  THE THIRD FACTOR, THE VENTILATION RATE.  WE'VE

11  ALREADY DISCUSSED THIS, BUT DID YOU DISCUSS IN YOUR DEPOSITION

12  WITH COUNSEL THIS CONCEPT OF THE RECIRCULATING AIR CONDITIONER?

13  A.   I DID.

14  Q.   JUST REALLY BRIEFLY, WHY IS THE FACT THAT IT'S A

15  RECIRCULATING AIR CONDITIONER IMPORTANT TO YOU AS A WOOD

16  SCIENTIST?

17  A.   IT'S IMPORTANT THAT IT'S A RECIRCULATING SYSTEM IN THE SENSE

18  THAT THERE OBVIOUSLY ARE DIFFERENT TYPES OF AIR CONDITIONING

19  SYSTEMS AND DIFFERENT TYPES OF MECHANICAL VENTILATION SYSTEMS.

20         ON THE ONE HAND, YOU HAVE A RECIRCULATING SYSTEM, WHICH

21  IS WHAT IS IN THE ALEXANDER TRAILER.  THAT'S SIMPLY BLOWING THE

22  SAME AIR AROUND INSIDE THE TRAILER OVER AND OVER AGAIN, AND THAT

23  WOULD BE IN CONTRAST TO A MECHANICAL SYSTEM, WHERE YOU HAD A

24  FRESH AIR INTAKE DUCT AND A STALE AIR OUTPUT DUCT, AND THAT'S THE

25  TYPE OF SYSTEM THAT WOULD TAKE POLLUTED INDOOR AIR, BLOW IT OUT

1    OF THE TRAILER AND THEN DRAW IN FRESH, CLEAN AIR TO REPLACE IT

2    INTO THE TRAILER.

3    Q.   OKAY.  AND BECAUSE WE HAVE A RECIRCULATING SYSTEM, DO YOU

4    HAVE THAT CAPACITY TO BLOW OUT POLLUTED AIR AND PULL IN FRESH

5    AIR?

6    A.   NO.

7    Q.   TO DRILL DOWN A LITTLE BIT MORE, IF THAT AIR IS POLLUTED

8    WITH FORMALDEHYDE AND IT'S JUST BEING RECIRCULATED, DO YOU HAVE

9    THE CAPACITY TO BLOW OUT FORMALDEHYDE AND PULL IN FRESH AIR THAT

10   DOESN'T HAVE IT?

11   A.   OTHER THAN WHAT WOULD ESCAPE BY NATURAL LEAKS THAT OCCUR IN

12   ALL TRAVEL TRAILERS AND ALL BUILDINGS, NO.

13   Q.   ALL RIGHT.  AND THEN WE'VE TALKED ABOUT THE FACT THAT THE

14   TEMPERATURE HERE IN NEW ORLEANS IS HOT, ESPECIALLY IN THE

15   SUMMERTIME, FAIR?  THAT'S WHY YOU LIVE IN MASSACHUSETTS, I

16   IMAGINE.

17   A.   I WOULD SAY THAT'S ONE OF THE ADVANTAGES OF LIVING IN

18   MASSACHUSETTS.

19   Q.   WE'LL TALK TO YOU WHEN THE WINTER COMES, OKAY.

20        AND THEN THE RELATIVE HUMIDITY, YOU WOULD AGREE IT'S A

21   HUMID CLIMATE HERE?

22   A.   YES.

23   Q.   NOW, GIVEN THESE FIVE FACTORS, BY MATERIAL SELECTION ITSELF

24   ON FACTOR NUMBER 1, COULD GULF STREAM HAVE SELECTED MATERIALS

25   THAT WOULD SUBSTANTIALLY REDUCE THE FORMALDEHYDE RELEASE IN THIS

1  TRAILER?

2  A.   YES.

3  Q.   WERE THERE MATERIALS AVAILABLE IN 2004 THAT GULF STREAM

4  COULD HAVE SELECTED THAT WOULD EMIT NO FORMALDEHYDE OR SO LITTLE

5  FORMALDEHYDE THAT THEY'RE EXEMPT FROM ANY PRODUCT STANDARD?

6  A.   YES, THERE ARE ALTERNATIVE WOOD PRODUCTS THAT EITHER EMIT NO

7  FORMALDEHYDE OR SO LITTLE FORMALDEHYDE THAT THEY ARE EXEMPT FROM

8  THE FORMALDEHYDE PRODUCTS STANDARDS.

9  Q.   IN 2004, DID WE KNOW HOW TO MAKE THOSE PRODUCTS THAT EMIT NO

10  FORMALDEHYDE OR SO LITTLE FORMALDEHYDE THEY ARE EXEMPT?

11  A.   WE NOT ONLY KNEW HOW TO MAKE THEM, THEY WERE COMMERCIALLY

12  AVAILABLE.

13  Q.   OKAY.  WERE THEY BOTH TECHNOLOGICAL AND ECONOMICALLY

14  FEASIBLE FOR USE IF SOMEBODY HAD CHOSEN TO USE THEM?

15  A.   YES.

16  Q.   WHAT ARE SOME OF THOSE PRODUCTS THAT EMIT NO FORMALDEHYDE OR

17  SO LITTLE FORMALDEHYDE THAT THEY ARE EXEMPT FROM ANY STANDARD?

18  A.   I THINK I SAID EARLIER THAT ALMOST ALL HARDWOOD PLYWOOD

19  PARTICLEBOARD AND MEDIUM DENSITY FIBERBOARD ARE MADE WITH UREA

20  FORMALDEHYDE ADHESIVES.  THAT'S THE KEY.  ALMOST ALL.  YOU CAN

21  ALSO GET ALL OF THOSE PRODUCTS THAT ARE MADE WITH NONFORMALDEHYDE

22  CONTAINING ADHESIVES.

23       IN ADDITION, THERE ARE OTHER COMPOSITE WOOD PRODUCTS

24  THAT EMIT LEVELS OF FORMALDEHYDE THAT ARE SO SMALL THAT THEY ARE

25  EXEMPT FROM THE FORMALDEHYDE PRODUCT STANDARDS.  AND THAT WOULD

1    INCLUDE THINGS SUCH AS SOFTWOOD PLYWOOD, WHICH IS THE PLYWOOD

2    THAT IS ROUTINELY USED, FOR EXAMPLE, FOR ROOFING AND SHEATHING ON

3    STICK-BUILT HOUSES, AND ANOTHER PANEL PRODUCT KNOWN AS ORIENTED

4    STRAND BOARD, WHICH IS USED FOR THE SAME PURPOSES, SHEATHING,

5    ROOF AND WALL SHEATHING.

6    Q.   DO YOU HAVE A PICTURE, AN EXAMPLE OF ORIENTED STRAND BOARD?

7    A.   I DON'T HAVE ANYTHING WITH ME.  I DO HAVE SMALL SAMPLES OF

8    HARDWOOD PLYWOOD MEDIUM DENSITY FIBERBOARD AND PARTICLEBOARD.

9    Q.   CAN YOU PULL THOSE OUT.

10           MR. WATTS:  JUDGE, I'VE TALKED TO ANDY.  I FORGOT TO

11   TELL YOU BEFORE, BUT HE'S FINE WITH THIS.

12           MR. WEINSTOCK:  I HAVE NO OBJECTION.  BUT, I MEAN, I

13   KNOW WHAT THEY LOOK LIKE, BUT MAYBE HIS SAMPLE IS DIFFERENT.

14           MR. WATTS:  THERE WE GO.

15           THE COURT:  OKAY.

16           MR. WATTS:  YOUR HONOR, MAY HE STEP DOWN AND SHOW THESE

17   TO THE JURY, WHAT THEY ARE?

18           THE COURT:  YES.  THAT'S FINE.  THAT'S FINE.

19           MR. WATTS:  COME ON DOWN HERE JUST REAL QUICK.

20           THE WITNESS:  THANK YOU.

21           MR. WATTS:  DOCTOR, IF YOU WOULD, SHOW THIS KIND OF

22   RIGHT IN THE MIDDLE SO EVERYBODY CAN SEE IT, AND TELL US WHAT

23   THEY ARE AND WHAT THE DIFFERENT ONES ARE REAL QUICK.  I APOLOGIZE

24   FOR HIM HAVING TO GET THAT CLOSE.

25           THE WITNESS:  THE PROBLEM PRODUCTS WE HAVE BEEN TALKING

1   ABOUT THAT EMIT FORMALDEHYDE -- THE PROBLEM PRODUCTS WE'VE BEEN

2   TALKING ABOUT THAT EMIT FORMALDEHYDE ARE HARDWOOD PLYWOOD, MEDIUM

3   DENSITY FIBERBOARD, PARTICLEBOARD.

4           WHAT I'M HOLDING NOW IS A SAMPLE OF HARDWOOD

5   PLYWOOD.  AND AGAIN, THIS IS MADE FROM THIN LAYERS OF WOOD CALLED

6   VENEER SLICED FROM LOGS, GLUED TOGETHER WITH UREA FORMALDEHYDE

7   ADHESIVES, AND THIS IS, ALTHOUGH IT IS QUITE THIN, IT'S ACTUALLY

8   A LITTLE BIT THICKER THAN THE PANELS THAT ARE USED IN THE TRAVEL

9   TRAILERS FOR THE WALLS AND CEILINGS.

10          MR. WATTS:  JUDGE, I APOLOGIZE, MAY WE PUBLISH THOSE TO

11  THE JURY SO THAT THEY CAN PASS THEM AROUND?

12          THE COURT:  ANY OBJECTION, COUNSEL?

13          MR. WEINSTOCK:  NO OBJECTION.

14          THE COURT:  WHY DON'T YOU GO AHEAD AND GIVE IT TO OUR

15  FIRST JUROR.

16          THE WITNESS:  WHAT I'M HANDING YOU NOW IS A PIECE OF

17  PARTICLEBOARD.  THIS ONE ACTUALLY HAS A VINYL OVERLAY ON IT.

18  THAT'S THE FAKE WOOD GRAIN THAT YOU CAN SEE.  THAT'S USED FOR THE

19  SUBFLOORING ON THE TRAVEL TRAILER.

20          AND THEN THIS IS A PIECE OF MEDIUM DENSITY

21  FIBERBOARD, WHICH IS ALSO USED IN THE TRAVEL TRAILER.  THE --

22  PROBABLY THE DOORS AND DRAWER FRONTS THAT I WASN'T ABLE TO

23  IDENTIFY WERE MOST LIKELY MEDIUM DENSITY FIBERBOARD THAT'S BEEN

24  OVERLAID WITH THE VINYL.

25                        EXAMINATION

1  BY MR. WATTS:

2  Q.   ALL RIGHT.  AND EVEN THOUGH YOU DIDN'T BRING AN OSB, OR

3  ORIENTED STRAND BOARD, THE JURY HEARD A LITTLE BIT ABOUT THAT

4  YESTERDAY.  CAN YOU DESCRIBE HOW ORIENTED STRAND BOARD OR OSB IS

5  MANUFACTURED?

6  A.   AGAIN, YOU START WITH BASICALLY WEED TREES, WHAT WE THINK OF

7  AS WEED TREES, TREES THAT ARE CROOKED OR UNUSABLE FOR VENEER OR

8  SOLIDS ON WOOD, THEY ARE SLICED INTO LONG, THIN, NARROW PIECES OF

9  WOOD KNOWN AS STRANDS.  THE STRANDS ARE DRIED.  THEY ARE SPRAYED

10  WITH AN ADHESIVE, YOU KNOW, FELTED ON TO A MOVING CONVEYOR BELT

11  AND A MAT ABOUT EIGHT INCHES THICK.  THAT MAT IS CONVEYED INTO A

12  HOT PRESS, AND THEN UNDER HEAT AND PRESSURE, IT IS CONSOLIDATED

13  TO THE DESIRE THICKNESS, HALF-INCH, 3/4 INCH, WHATEVER IT MAY BE,

14  TO FORM A LARGE STRUCTURAL PANEL.

15  Q.   IT SOUNDS LIKE THE EXACT SAME PROCESS WE WENT THROUGH EXCEPT

16  THE ADHESIVE IS DIFFERENT?

17  A.   IT IS.

18  Q.   THE TRICK IS IN THE GLUE.

19  A.   YES.  AND THE DIFFERENCE BETWEEN HARDWOOD PLYWOOD, MEDIUM

20  DENSITY FIBERBOARD AND PARTICLEBOARD THAT ARE MADE WITH UREA

21  FORMALDEHYDE ADHESIVES IS THAT ORIENTED STRAND BOARD IS A

22  STRUCTURAL WOOD PRODUCT; THEREFORE, IT'S MADE WITH A STRUCTURAL

23  ADHESIVE KNOWN AS PHENOL FORMALDEHYDE, WHICH IS A WATERPROOF

24  ADHESIVE; WHEREAS, UREA FORMALDEHYDE IS ONLY A WATER-RESISTANT

25  ADHESIVE.

1   Q.   WAS OSB UTILIZED AND AVAILABLE IN 2004?

2   A.   OSB HAS BEEN ON THE MARKET SINCE THE 1960S.

3   Q.   SINCE YOU BRING UP THE '60S, A LOT OF TALK ABOUT, YOU KNOW,

4   WE DON'T WANT OUR KIDS SNIFFING GLUE.  THERE ARE REASONS FOR

5   THAT, RIGHT?

6   A.   YES, THERE ARE.

7   Q.   IF YOU GOT TO USE GLUE TO TIE TOGETHER WOOD CHIPS TO MAKE

8   COMPOSITE WOOD, IN YOUR VIEW, WOULD IT BE PREFERABLE TO REDUCE

9   THE AMOUNT OF FORMALDEHYDE IN IT?

10   A.   YES.

11   Q.   IN ADDITION TO THESE ALTERNATIVE MATERIALS THAT WERE

12   AVAILABLE IN 2004 THAT WOULD HAVE EMITTED NO FORMALDEHYDE OR SO

13   LITTLE FORMALDEHYDE THAT THEY ARE EXEMPT FROM ANY ISSUES, THE

14   VENTILATION RATE THAT WE ALSO CIRCLED OVER THERE, IS THAT

15   SOMETHING THAT GULF STREAM COULD HAVE CONTROLLED?

16   A.   YES.  THAT'S ENTIRELY UP TO GULF STREAM, WHETHER OR NOT TO

17   PROVIDE VENTILATION, AND IF SO, WHAT VENTILATION SYSTEM.

18   Q.   SURE.  AND WE'VE TALKED WITH MR. RITTER, SO I DON'T WANT TO

19   DEAL WITH THIS IN A GREAT DETAIL, BUT YOU TALKED ABOUT THIS A LOT

20   IN YOUR DEPOSITION WITH THESE LAWYERS; IS THAT RIGHT?

21   A.   YES.

22   Q.   THESE MECHANICAL VENTILATION SYSTEMS THAT PULL FRESH AIR IN

23   AND EXPEL POLLUTED AIR OUT, THOSE WERE AROUND IN 2004?

24   A.   YES, THEY WERE.  AND, IN FACT, IN HUD CODE MANUFACTURING

25   HOUSING, THEY HAVE BEEN A REQUIREMENT SINCE 1984 AS A RESULT OF

1    THE FIRST FORMALDEHYDE PROBLEM THAT HAPPENED IN HUD CODE

2    MANUFACTURED HOUSING IN THE 1970S AND 1980S.

3              MR. WEINSTOCK:  OBJECTION, YOUR HONOR.

4              MR. WATTS:  LET'S MOVE ON -- WELL, I THINK IT'S RELEVANT

5    FROM THE STANDPOINT OF SHOWING THE FEASIBILITY OF THE MECHANICAL

6    VENTILATION SYSTEM.  BUT I'LL MOVE ON.

7              THE COURT:  I'M GOING TO SUSTAIN THE OBJECTION, BUT I'LL

8    MARK IT SO THAT IT CAN BE COVERED UNDER CROSS SINCE IT WAS

9    ALREADY TESTIFIED, AND I'LL ALLOW YOU SOME LATITUDE TO COVER IT

10   ON CROSS, IF YOU CHOOSE TO.

11                              EXAMINATION

12   BY MR. WATTS:

13   Q.   YEAH, LET'S -- DON'T TALK ABOUT THE REASONS THAT ARE THERE

14   RIGHT NOW UNLESS HE ASKS YOU ABOUT IT, BUT LET ME JUST GET A

15   DIRECT ANSWER.  IN 2004, IN HUD HOUSING, FOR EXAMPLE, IN LARGER

16   MOBILE HOMES, DID THEY HAVE MECHANICAL VENTILATION SYSTEMS?

17   A.   YES, THEY DID.

18   Q.   AND IN TERMS OF THE TECHNOLOGY, THE TECHNOLOGY WAS AVAILABLE

19   TO PLACE MECHANICAL VENTILATION SYSTEMS IN TRAVEL TRAILERS IN

20   2004, FAIR?

21   A.   YES.

22   Q.   IN TERMS OF ECONOMICS, PEOPLE WERE ECONOMICALLY

23   INCORPORATING MECHANICAL VENTILATION SYSTEMS INTO THESE KINDS OF

24   HOUSING.

25   A.   INTO HUD CODE MANUFACTURED HOUSES, YES.

1    Q.    SURE.   NOW, YOU SAID THE TRICK IS IN THE GLUE ON NUMBER 1.

2    ON NUMBER 3, IS THE KEY TO EXPEL POLLUTED AIR AND PULL IN FRESH

3    AIR?

4    A.    I WOULD SAY IT'S A TWO-PRONGED APPROACH.   NUMBER 1 WOULD BE

5    TO MINIMIZE THE NUMBER OF FORMALDEHYDE-RELEASING WOOD PRODUCTS

6    THAT ARE USED IN A TRAVEL TRAILER, AND AGAIN, TO -- AND YOU WOULD

7    DO THAT BY USING WOOD PRODUCTS, COMPOSITE WOOD PRODUCTS, THAT

8    EITHER DON'T CONTAIN FORMALDEHYDE OR EMIT SO LITTLE FORMALDEHYDE

9    THAT THEY ARE EXEMPT FROM THE FORMALDEHYDE PRODUCT STANDARDS.

10   AND THEN WHATEVER AMOUNT OF FORMALDEHYDE IS EMITTED, YOU DEAL

11   WITH BY PROVIDING A NONRECIRCULATING MECHANICAL VENTILATION

12   SYSTEM TO EXPEL THAT POLLUTED AIR OUTSIDE OF THE TRAVEL TRAILER.

13   Q.    COUPLE OF OTHER ISSUES.   YOUR FORMALDEHYDE INDOORS PAPER WAS

14   WRITTEN IN 1987; IS THAT RIGHT?

15   A.    THAT'S CORRECT.

16   Q.    THAT'S SO LONG AGO, THAT'S BACK WHEN I HAD HAIR AND YOURS

17   WASN'T GRAY.

18   A.    THAT'S TRUE.

19   Q.    IN TERMS OF THE STATE OF THE KNOWLEDGE OF WOOD SCIENCE, HAS

20   IT GOTTEN DRAMATICALLY BETTER SINCE 1987?

21   A.    THE FIVE PRINCIPLES THAT AFFECT THE RELEASE OF FORMALDEHYDE

22   FROM WOOD PRODUCTS ON THE CONCENTRATION INSIDE A STRUCTURE BUILT

23   WITH WOOD PRODUCTS HAVEN'T CHANGED AT ALL.   WHAT'S CHANGED IS THE

24   MEDICAL COMMUNITY'S UNDERSTANDING OF THE ADVERSE HEALTH EFFECTS

25   OF LONG-TERM EXPOSURE TO FORMALDEHYDE, AND THE OTHER THING THAT

1   HAS CHANGED IS THE REGULATIONS REGARDING THE PERMISSIBLE LEVELS

2   OF FORMALDEHYDE THAT WE ALLOW BOTH IN THE WORKPLACE AND IN OUR

3   RESIDENCES HAVE PROGRESSIVELY BEEN LOWERED OVER THAT 22-YEAR

4   PERIOD.

5   Q.   SURE.  TO JUST SHOOT AN EXAMPLE, I SEE THAT IN 1987, YOU SAY

6   THE HUD LIMIT IS THREE PARTS PER MILLION AND THEY ARE THINKING

7   ABOUT REDUCING IT TO ONE-AND-A-HALF.  SEE THAT?

8   A.   ACTUALLY, I BELIEVE YOU MISSPOKE.  IT'S THE OSHA LIMIT --.

9   Q.   DID I SAY HUD?  I MEANT OSHA.

10  A.   -- IN 1987 WAS THREE PARTS PER MILLION.  TODAY IT IS

11  .75 PARTS PER MILLION.  IT'S ONLY A QUARTER OF WHAT IT WAS OVER

12  20 YEARS AGO.

13  Q.   AND THERE ARE DISCUSSIONS ONGOING TO LOWER IT MORE?

14  A.   THERE ARE.

15        MR. WEINSTOCK:  I OBJECT TO THE FORM OF THE QUESTION.

16  IT CALLS FOR SPECULATION.

17        MR. WATTS:  DO YOU KNOW THAT?

18        THE WITNESS:  YES.

19        THE COURT:  OVERRULED.

20                          EXAMINATION

21  BY MR. WATTS:

22  Q.   THE OTHER ISSUES, THE SCIENTIFIC COMMUNITY, THE AMERICAN

23  SOCIETY FOR TOXIC DISEASE REGISTRY, HAVE THEY ISSUED LEVELS THAT

24  THEY BELIEVE AFFECT FORMALDEHYDE EMISSIONS?

25  A.   THEY HAVE.  AGAIN, THEY ARE A PART OF THE FEDERAL

1   GOVERNMENT.  THEY'RE ACTUALLY UNDER THE CENTERS FOR DISEASE

2   CONTROL.  AND THEY HAVE ISSUED RECOMMENDATIONS FOR THREE LEVELS

3   RELATED TO THE GENERAL PUBLIC IN RESIDENTIAL HOUSING.

4   Q.    NOW, I WANT TO TALK TO YOU ABOUT THAT JUST FOR A SECOND.

5   ARE THOSE THREE LEVELS DEPENDING ON HOW LONG YOU'RE GOING TO BE

6   THERE?

7   A.    THAT'S RIGHT.  THEY ARE REFERRED TO AS AN ACUTE LEVEL, AN

8   INTERMEDIATE LEVEL AND A CHRONIC LEVEL.  THE ACUTE LEVEL REFERS

9   TO EXPOSURE TO FORMALDEHYDE FROM ONE TO 14 DAYS; THE INTERMEDIATE

10  LEVEL, FROM 15 TO 364 DAYS; AND THE CHRONIC LEVEL, FOR 365 DAYS,

11  THAT IS, ONE YEAR OR LONGER.

12  Q.    WOULD YOU AGREE WITH ME THAT BETWEEN MAY 27TH OF 2006 AND

13  DECEMBER 27TH OF 2007, THAT'S MORE THAN 365 DAYS?

14  A.    IT IS.

15  Q.    AND LET ME JUST ASK YOU, IN YOUR PAPER, IN 1987, YOU CITE

16  SOME LITERATURE THAT WAS PUT OUT IN 1981, "FORMALDEHYDE AND OTHER

17  ALDEHYDES," *NATIONAL ACADEMY PRESS*, WASHINGTON, D.C., 1981; IS

18  THAT RIGHT?

19  A.    YES.

20  Q.    AND THIS HAS A LISTING OF SHORT-TERM EXPOSURE; IS THAT

21  RIGHT?

22  A.    YES.  THIS WOULD BE WHAT ATSDR IS REFERRING TO AS ACUTE

23  EXPOSURE.

24  Q.    ATSDR?

25  A.    YES, I'M SORRY, I'M USING THE ACRONYM.  I APOLOGIZE.

1   Q.   NOW, THIS SHORT-TERM EXPOSURE, IF YOU'RE ACUTELY EXPOSED --

2         MR. WEINSTOCK:  YOUR HONOR, MAY WE APPROACH?

3         THE COURT:  YES.

4             (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THERE

5   WAS A CONFERENCE HELD AT THE BENCH.)

6         MR. WEINSTOCK:  I BELIEVE YOUR ORDER WAS HE CERTAINLY

7   COULD TALK ABOUT THE ATSDR LEVEL, BUT AS TO THE HEALTH EFFECTS OF

8   THAT AND HEAT EXPOSURE AND WHAT IT MIGHT CAUSE WAS CLEARLY

9   WITHHELD OUT OF THIS WITNESS.

10        THE COURT:  BUT I THINK WE'RE GETTING INTO THIS COLUMN

11  OVER HERE THAT TALKS ABOUT, FIRST OF ALL, STUFF THAT WE HAVE

12  ALREADY HEARD ABOUT IN TERMS OF REACTIONS.  I THINK IF HE WANTS

13  TO TALK ABOUT THE LEVELS, THAT'S FINE, BUT GETTING MIGHTY CLOSE

14  TO SOME MEDICAL-TYPE TESTIMONY.

15        MR. WATTS:  LET ME TELL YOU WHAT I'M DOING JUST TO BE

16  FRANK.  THE DEPOSITION, THEY BEAT HIM UP ABOUT THIS BOX PRETTY

17  MUCH, AND I'M INOCULATING HIM.  IF THEY DON'T WANT TO DEAL WITH

18  IT, THEN I WON'T DEAL WITH IT.

19        MR. WEINSTOCK:  I'M GOING TO ASK HIM ABOUT THE STANDARD.

20  I'M NOT GOING TO ASK HIM ABOUT THE HEALTH EFFECTS.

21        MR. WATTS:  YOU'RE NOT GOING TO ASK HIM ABOUT THIS BOX?

22        MR. WEINSTOCK:  NO, I'M NOT GOING TO ASK HIM ABOUT THIS

23  BOX.

24        MR. WATTS:  OKAY, THEN I'LL GO ON.

25        MR. WEINSTOCK:  I HAVE NO INTENTION OF ASKING HIM A

1    SINGLE QUESTION ABOUT THAT BOX.

2              (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THE

3    BENCH CONFERENCE CONCLUDED.)

4                                EXAMINATION

5    BY MR. WATTS:

6    Q.   SO I WANT TO MOVE ON -- I WANT TO MOVE YOU ON TO ANOTHER BOX

7    ON PAGE 11, AVERAGE AIRBORNE FORMALDEHYDE CONCENTRATIONS.   NOW,

8    THIS BOX YOU GOT FROM THE AMERICAN CHEMICAL SOCIETY.   YOU SEE

9    THAT?

10   A.   YES.   ONE OF THEIR PUBLICATIONS.

11   Q.   AND HEAR IN THIS BOX, IT'S GOT THE AVERAGE AIRBORNE

12   FORMALDEHYDE CONCENTRATION, AND JUST TO GIVE US SOME IDEA ABOUT

13   THE DIFFERENCE IN OUR KNOWLEDGE, BACK IN THE 1980S, THERE WERE

14   URBAN AIR CENTERS THAT HAD FORMALDEHYDE CONCENTRATIONS OF .08; IS

15   THAT RIGHT?

16   A.   ACCORDING TO THIS TABLE, YES.

17   Q.   HAVE YOU EVER BEEN TO BEIJING, CHINA?

18   A.   I'VE NOT, BUT I'VE BEEN TO MEXICO CITY, WHICH WOULD BE ONE

19   OF THOSE URBAN AREAS THAT THE AIR IS JUST FILTHY.

20   Q.   SURE.   IS IT FAIR THAT EVEN THOUGH WE'RE HERE IN THIS CASE

21   TALKING ABOUT INDOOR AIR QUALITY, THAT IF YOU'RE PUMPING A BUNCH

22   OF FORMALDEHYDE OUT IN THE OUTDOOR AIR, THAT'S AN ISSUE, TOO?

23   A.   IT IS IN AN URBAN AREA.

24   Q.   WE'RE GOING TO TALK TO A GENTLEMAN THIS AFTERNOON FROM --

25   WHO WORKED 25 YEARS FOR NIOSH.   NIOSH HAS A LEVEL OF 0.016?

1   A.    THAT'S CORRECT.  AND THAT'S A WORKPLACE EXPOSURE.

2   Q.    OKAY.  IN TERMS OF ATSDR BEING AT 0.008 AND NIOSH BEING AT

3   0.016, IS ATSDR A WORKPLACE EXPOSURE?

4   A.    NO, THAT IS AN EXPOSURE FOR THE GENERAL PUBLIC IN A

5   RESIDENTIAL SETTING.  BASICALLY, IN YOUR HOME.

6   Q.    SO IF THE JURY IS SITTING THERE WONDERING, SAYING, I'VE GOT

7   TWO BRANCHES OF MY FEDERAL GOVERNMENT WITH DIFFERENT, YOU KNOW,

8   LEVELS, ONE OF THEM IS FOR THE HOME ENVIRONMENT AND THE OTHER ONE

9   IS A WORKPLACE ENVIRONMENT?

10  A.    THAT'S RIGHT.

11  Q.    OKAY.  I GOT YOU.

12        ONE LAST ISSUE I WANT TO ASK YOU ABOUT, EXHIBIT 206,

13  THE BERKELEY NATIONAL LABORATORY PAPER ON NOVEMBER 2008.  WE

14  DON'T NEED TO GO THROUGH IT, BUT THEY TALK ABOUT EACH OF THESE

15  FACTORS, RIGHT?

16  A.    YES.

17  Q.    I WANT TO ASK YOU ABOUT THIS, THEIR CONCLUSION.  ON PAGE 15,

18  THEY SAY, "THE RESULTS OF THIS STUDY ARE NOT STATISTICALLY

19  REPRESENTATIVE OF THE ENTIRE FLEET OF FEMA THU'S BECAUSE THE

20  STUDY WAS BASED ON A CONVENIENT SAMPLE OF FOUR THU'S."

21        DID THE BERKELEY FOLKS TAKE FOUR TRAVEL TRAILERS AND

22  TEST THEM?

23  A.    THEY DID.

24  Q.    THEY DID A BUNCH OF OTHER THINGS TO THEM, TOO, RIGHT?

25  A.    YES.

1  Q.   GENERALLY DESCRIBE WHAT THEY DID REAL QUICK.

2  A.   THEY BASICALLY CONDUCTED TWO DIFFERENT TESTS.  THEY DID AN

3  ASSESSMENT OF THE INDOOR AIR QUALITY AND WHAT VOLATILE ORGANIC

4  COMPOUNDS, OR VOC'S, WERE PRESENT IN THE AIR, INCLUDING

5  FORMALDEHYDE, AND THEN THEY ACTUALLY REMOVED SAMPLES FROM THE

6  WOOD COMPOSITE COMPONENTS THAT WERE USED TO CONSTRUCT THOSE

7  TRAVEL TRAILERS, THEY ANALYZED THOSE SAMPLES AND DETERMINED THAT

8  THOSE COMPOSITE WOOD PRODUCTS WERE MADE WITH UREA FORMALDEHYDE

9  ADHESIVES.

10 Q.   NOW, WHEN THEY TESTED THESE FOUR TRAVEL TRAILERS, WHAT WERE

11 THE LEVELS OF FORMALDEHYDE THAT THEY FOUND IN THE AIR?

12 A.   THE -- UNFORTUNATELY, IT DID NOT REPORT THEM FOR THE

13 INDIVIDUAL TRAILERS BUT RATHER AS A GROUP.  ONE OF THOSE TRAILERS

14 WAS, IN FACT, A GULF STREAM CAVALIER TRAVEL TRAILER.  AND THE

15 RANGE OF FORMALDEHYDE LEVELS THAT THEY MEASURED INSIDE THE

16 TRAILERS WENT FROM 0.31 PARTS PER MILLION TO 0.78 PARTS PER

17 MILLION.  AND THE KEY THING FOR THE GULF STREAM TRAVEL TRAILER

18 WAS THAT IT WAS MANUFACTURED 18 MONTHS BEFORE THE LAWRENCE

19 BERKELEY NATIONAL LABORATORY TESTED IT.

20 Q.   STOP THERE FOR A SECOND.  ALANA ALEXANDER'S TRAVEL TRAILER

21 WAS MANUFACTURED, I BELIEVE, ON DECEMBER 13TH OF 2004.  IS THAT

22 YOUR UNDERSTANDING?

23 A.   YES.

24 Q.   SHE MOVES IN WITH CHRIS COOPER ON MAY 27TH OF 2006.  IS THAT

25 YOUR UNDERSTANDING?

1  A.    YES.

2  Q.    ROUGHLY A YEAR AND A HALF AFTER IT WAS MANUFACTURED.

3  A.    EIGHTEEN MONTHS.

4  Q.    IN THE BERKELEY LAB'S WORK, THE TRAVEL TRAILER THAT WAS A

5  GULF STREAM CAVALIER THAT WAS TESTED BY THE BERKELEY LAB WAS

6  18 MONTHS OLD.

7  A.    IT WAS 18 MONTHS OLD AND HAD NEVER BEEN LIVED IN.

8  Q.    ALL RIGHT.  AND THE FOUR TRAILERS THAT WERE TESTED WERE

9  TESTED AT LEVELS BETWEEN 0.31 AND 0.78 PARTS PER MILLION, RIGHT?

10 A.    THAT'S CORRECT.

11 Q.    NOW, IN FAIRNESS TO GULF STREAM, WE DON'T KNOW WHICH OF

12 THOSE OR WHERE IN THAT RANGE IT WAS, BUT WE KNOW WHAT THE MINIMUM

13 WAS.

14 A.    THAT'S RIGHT.

15 Q.    AND SO IF IT WAS THE LEAST OR THE LOWEST FORMALDEHYDE LEVEL,

16 WHEN THE GULF STREAM TRAVEL TRAILER THAT WAS 18 MONTHS OLD WAS

17 TESTED BY BERKELEY LABS, WHAT WAS THE MINIMUM LEVEL OF

18 FORMALDEHYDE THAT WAS FOUND?

19 A.    THE MINIMUM LEVEL WAS 0.31 PARTS PER MILLION.

20 Q.    OKAY.  AND IF IT SO HAPPENED THAT IT WAS AT THE TOP END OF

21 THE RANGE, IT WOULD BE THE 0.78, WE JUST DON'T KNOW.

22 A.    THAT'S RIGHT.

23 Q.    NOW, BERKELEY LABS WRITES:  "IT IS IMPORTANT TO CONSIDER

24 THAT THE MATERIAL IN THIS STUDY WERE BOTH AGED AND ALLOWED TO

25 INTERACT WITH EMISSIONS FROM OTHER MATERIALS.  FORMALDEHYDE IN

1   SOME OF THE OTHER VOC'S MEASURED IN THE UNOCCUPIED THU'S AND

2   ASSOCIATED WHOLE-TRAILER EMISSION FACTORS WERE FOUND TO BE

3   HIGHER, SOMETIMES MUCH HIGHER THAN WHAT IS TYPICALLY FOUND IN

4   RESIDENTIAL ENVIRONMENTS.

5           "THE DIFFERENCE BETWEEN THESE THU'S AND OTHER HOUSING

6   APPEARS TO BE THE VERY HIGH COMPOSITE WOOD SURFACE AREA RELATIVE

7   TO ROOM VOLUME AND THE LOW VENTILATION RATES IN TERMS OF LOW

8   AREA-SPECIFIC, FRESH AIR FLOW RATES RELATIVE TO INTERNAL SURFACE

9   AREA IN THE THU'S."

10          DID I READ THAT CORRECTLY?

11  A.   YOU DID.

12          MR. WATTS:  MAY I APPROACH, YOUR HONOR?

13          THE COURT:  YES.

14                       EXAMINATION

15  BY MR. WATTS:

16  Q.   WHEN BERKELEY NATIONAL LABS WRITES THAT THE DIFFERENCE

17  BETWEEN THE THU'S AND OTHER HOUSING APPEARS TO BE THE VERY HIGH

18  COMPOSITE WOOD SURFACE AREA, THAT'S FACTOR NUMBER 1?

19  A.   THAT'S CORRECT.  THAT'S THE FACTOR CONTROLLED BY

20  GULF STREAM.

21  Q.   RELATIVE TO ROOM VOLUME, THAT'S FACTOR NUMBER 2?

22  A.   YES.

23  Q.   AND THE LOW VENTILATION RATES IN TERMS OF LOW AREA-SPECIFIC

24  FRESH AIR FLOW RATES RELATIVE TO INTERNAL SURFACE AREA AND THU'S,

25  THAT'S FACTOR NUMBER 3; IS THAT RIGHT?

1  A.   YES.  DETERMINED BY GULF STREAM.

2  Q.   NOW, BERKELEY IS A LAB THAT'S UP IN THE NORTHERN CALIFORNIA

3  AREA, RIGHT?

4  A.   I BELIEVE SO, YES.

5  Q.   DO YOU KNOW WHETHER THIS TESTING WAS DONE IN NORTHERN

6  CALIFORNIA OR WHETHER IT WAS DONE DOWN HERE IN LOUISIANA?

7  A.    IT WAS DONE EITHER HERE IN LOUISIANA OR IN, I THINK, A PLACE

8  CALLED PURVIS, MISSISSIPPI.  ONE OF THE TWO.  IT WOULD SAY SO IN

9  THE REPORT.

10  Q.   NOW, BERKELEY LABS IS A LAB THAT'S FUNDED BY THE FEDERAL

11  GOVERNMENT?

12  A.   YES, IT IS.

13  Q.   THIS WORK THAT BERKELEY DID WAS DONE IN CONJUNCTION WITH THE

14  CENTERS FOR DISEASE CONTROL.

15  A.   YES.

16  Q.   BY THE GOVERNMENT?

17  A.   BY THE GOVERNMENT, IN RESPONSE TO THE FORMALDEHYDE PROBLEM

18  IN THE FEMA TRAVEL TRAILERS.

19        MR. WATTS:  YOUR HONOR, I THINK THOSE ARE ALL OF MY

20  QUESTIONS AT THIS TIME.

21        THE COURT:  ALL RIGHT.  WHY DON'T WE -- IT'S A LITTLE

22  AFTER 10.  WHY DON'T WE GO AHEAD AND TAKE A SHORT BREAK AT THIS

23  TIME.  PLAN ON STARTING AT 10:15 WITH CROSS-EXAMINATION BY

24  MR. WEINSTOCK.

25        THE COURT SECURITY OFFICER:  ALL RISE.

1          (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THE JURY

2    PANEL LEAVES THE COURTROOM AND A BRIEF RECESS WAS TAKEN.)

3          THE DEPUTY CLERK:  ALL RISE.

4          (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THE JURY

5    PANEL ENTERS THE COURTROOM.)

6          THE COURT:  YOU MAY BE SEATED.  AND, SIR, YOU'RE STILL

7    UNDER OATH AND WE WILL HEAR NOW MR. WEINSTOCK'S QUESTIONS FOR

8    YOU.

9               MR. WEINSTOCK.

10                        CROSS-EXAMINATION

11   BY MR. WEINSTOCK:

12   Q.   DR. SMULKSI, ANDY WEINSTOCK.  WE'VE NEVER MET.  IF I

13   UNDERSTOOD PART OF YOUR TESTIMONY, THERE IS A LOT OF COMPOSITE

14   WOOD IN A TRAVEL TRAILER; IS THAT CORRECT?

15   A.   YES, IT IS.

16   Q.   AND YOU TALKED ABOUT A LOT OF OTHER TRAVEL TRAILERS IN TERMS

17   OF LEVELS OF FORMALDEHYDE, BUT WHEN THEY TESTED THIS SPECIFIC

18   TRAVEL TRAILER ON JANUARY 28TH, 2008, THE READING THEY GOT WAS

19   .050, CORRECT?

20   A.   PARTS PER MILLION, YES, THAT'S MY UNDERSTANDING.

21   Q.   BETWEEN 1987, WHEN YOU WROTE YOUR ARTICLE, AND SEPTEMBER 19,

22   2008, WHEN YOU GAVE YOUR FIRST DEPOSITION IN THIS CASE, THAT

23   ARTICLE WAS YOUR KNOWLEDGE OF FORMALDEHYDE, CORRECT?

24   A.   YES.

25   Q.   NOW, SINCE SEPTEMBER 19, 2008, YOU'VE WORKED ON THIS CASE,

1  CORRECT?

2  A.   YES.

3  Q.   I HAVE YOUR INVOICE.  MAY I GET THE ELMO?  AND THE BOTTOM IS

4  EXPENSES, SO LET'S JUST STICK WITH THE TIME.  I'LL TELL YOU WHAT,

5  I WENT TO THE LIBERTY OF ADDING IT UP.  IN 44 HOURS OF GETTING

6  BACK UP TO SPEED ON WHAT WAS GOING ON IN FORMALDEHYDE FOR THE

7  LAST 22 YEARS, YOU SPENT 20 HOURS TRAVELING, THREE AND A QUARTER

8  HOURS ON THE PHONE WITH THE PLAINTIFF LAWYERS, 15 HOURS PREPARING

9  YOUR AFFIDAVIT, AND FIVE HOURS EITHER TRAVELING OR MEETING WITH

10  THE PLAINTIFF LAWYERS, CORRECT?

11  A.   YES.

12  Q.   AND IN CONSIDERING WHAT LEVELS OF EXPOSURE TO CONSIDER, YOU

13  SAID YOU REVIEWED SOME OF THE PLAINTIFF OR YOU SPOKE TO SOME OF

14  THE OTHER PLAINTIFF EXPERTS, RIGHT?

15  A.   I'M NOT SURE I UNDERSTAND YOUR QUESTION.

16  Q.   WELL, YOU TALK ABOUT AN ATSDR LEVEL AND A NIOSH LEVEL.

17  THAT'S NOT STUFF YOU WERE DOING EVERY DAY?

18  A.   NO.  I READ ABOUT THOSE IN THE REPORTS OR DOCUMENTATION

19  THAT'S REFERENCED IN MY REPORT.

20  Q.   AND YOU READ ABOUT THEM IN THE PLAINTIFF EXPERT REPORTS,

21  CORRECT?

22  A.   THERE WAS ALSO MENTION OF THEM IN THE PLAINTIFFS' REPORTS,

23  YES.

24  Q.   AND --

25  A.   I SAID THERE WAS ALSO MENTION OF THEM IN THE PLAINTIFFS'

1  REPORTS, YES.

2  Q.   AND YOU CONFERRED WITH SOME OF THE PLAINTIFFS' EXPERTS ON

3  ONE OF THESE PHONE CALLS, CORRECT?

4  A.   YES.

5  Q.   AND THE EXPERT YOU CONFERRED WITH WAS MIKAL WATTS?

6         MR. HILLIARD:  YOU SAID EXPERT.

7         MR. WEINSTOCK:  I KNOW.

8                         EXAMINATION

9  BY MR. WEINSTOCK:

10 Q.   AARON ALQUIST, THAT GOOD-LOOKING GENTLEMAN WITH THE BEARD

11 BACK THERE, CHRIS PENIDO, THIS GOOD-LOOKING GENTLEMAN RIGHT HERE,

12 AND LINDA NELSON, THAT VERY NICE LADY WHO APPEARED -- OH, THERE'S

13 LINDA.  YOU CONFERRED WITH THOSE EXPERTS ON THE APPROPRIATE

14 LEVELS FOR FORMALDEHYDE EXPOSURE, CORRECT?

15 A.   FIRST, THOSE INDIVIDUALS YOU NAMED ARE ATTORNEYS, NOT

16 EXPERTS.  AND, YES, I'VE HAD CONVERSATIONS WITH THEM AS PART OF

17 MY WORK IN THIS CASE.

18 Q.   AND LET'S SEE.  I'M NOT GOING TO MAKE THE MISTAKE EVERY

19 OTHER LAWYER HAS MADE.  I CAN SEE IT RIGHT HERE, SO I'M NOT GOING

20 TO TURN MY BACK TO THE JURY LOOKING AT THE BIG SCREEN.

21         YOU WERE ASKED ABOUT COMPARING IT TO THE HUD STANDARD,

22 RIGHT?

23 A.   WHAT YOU'RE LOOKING AT HERE ARE NOTES THAT I MADE DURING A

24 TELEPHONE CONVERSATION WITH THE FOUR ATTORNEYS THAT YOU HAVE

25 MENTIONED.  THESE ARE NOTES TO MYSELF.  THE HUD STANDARD IS

1   SOMETHING I'M ALREADY FAMILIAR WITH BECAUSE THEY HAVE BEEN IN

2   PLACE SINCE 1987, WHEN I WROTE THE ARTICLE.

3   Q.   AND THEY SUGGESTED TO YOU, TAKE A LOOK AT THE ATSDR

4   STANDARD, CORRECT?

5   A.   I GOT THOSE THROUGH AN INTERNET SEARCH, JUST AS I FOUND THE

6   LAWRENCE BERKELEY NATIONAL LAB REPORTS AND THE CDC REPORTS.

7   Q.   I'M SORRY.  THAT WAS ON MAY 11TH, CORRECT, TOP RIGHT?

8   A.   THE PHONE CONVERSATION, MAY 11TH, YES.

9   Q.   THEN YOU HAD ANOTHER PHONE CALL TWO DAYS LATER, CORRECT?

10  A.   THAT'S RIGHT.  WEDNESDAY, MAY 13TH.

11  Q.   AND AT THAT POINT, EITHER THEY TOLD YOU OR YOU TOLD THEM,

12  BUT YOU GOT A NOTE SAYING, "AMBIENT AIR LEVELS ARE 8 TO 16 PARTS

13  PER BILLION", CORRECT?

14  A.   THOSE ARE PROBABLY NUMBERS THAT THEY PROVIDED, YES.

15  Q.   YES, THEY DID, I'M SURE.

16       AND THERE IS A PROBLEM, BECAUSE INDOOR LEVELS FOR OTHER

17  RESIDENCES RANGE FROM 10 TO 20 PARTS PER BILLION; IS THAT

18  CORRECT?

19  A.   THAT'S WHAT THE NOTES INDICATE HERE.

20  Q.   THEY ARE YOUR NOTES, AREN'T THEY?

21  A.   YES, THEY ARE.

22  Q.   AND TODAY, YOU'VE COME IN HERE AND TOLD THIS JURY THAT ATSDR

23  SET A RESIDENTIAL LIMIT OF 8 PARTS PER BILLION FOR CHRONIC

24  EXPOSURE; IS THAT RIGHT?

25  A.   YES.

1   Q.    ATSDR DOES NOT REGULATE FORMALDEHYDE, DO THEY?

2   A.    THEY ARE AN AGENCY THAT HAS SET THE ACUTE, CHRONIC, AND

3   INTERMEDIATE EXPOSURES FOR THE GENERAL PUBLIC IN A RESIDENTIAL

4   SETTING.

5   Q.    ACTUALLY, NOT FOR RESIDENTIAL SETTINGS, BUT FOR SUPERFUND

6   SITES, BUT WE'LL GET TO THAT IN A MINUTE.

7         FOR WHAT THEY DO, THEY DON'T SET REGULATIONS, THEY JUST

8   MAKE RECOMMENDATIONS, CORRECT?

9   A.    I ACTUALLY DON'T KNOW SPECIFICALLY WHAT THEY DO, BUT THOSE

10  ARE THE NUMBERS THAT THEY HAVE PROVIDED THAT APPLY TO THE GENERAL

11  PUBLIC AND RESIDENTIAL SETTING.

12  Q.    AND WHEN YOU TALK ABOUT THE CHRONIC EXPOSURE RECOMMENDED

13  LEVEL, YOU ARE AWARE, AS DR. DEROSA TESTIFIED, THAT THAT'S BASED

14  ON A 24-HOUR A DAY, SEVEN-DAY A WEEK EXPOSURE; ARE YOU NOT?

15  A.    I DON'T KNOW WHAT THAT DOCTOR TESTIFIED.  I WASN'T HERE FOR

16  HIS TESTIMONY, BUT IF THAT'S WHAT YOU CLAIM IT TO BE, I'LL ACCEPT

17  THAT.

18  Q.    WELL, LET'S BACK UP.  LEAVE OUT DR. DEROSA, ALTHOUGH HE WAS

19  RESPONSIBLE FOR THE ATSDR TOX PROFILE IN 1999 SETTING THAT LEVEL.

20  YOU DO NOT KNOW OR DID NOT CONSIDER THAT THAT WAS BASED ON A

21  24-HOUR A DAY, SEVEN-DAY A WEEK EXPOSURE, DID YOU?

22  A.    YOU'RE CORRECT.  I DON'T KNOW WHAT THOSE ACUTE, CHRONIC AND

23  INTERMEDIATE LEVELS ARE BASED ON.

24  Q.    AND, IN FACT -- WELL, I'LL MOVE ON TO SOMETHING ELSE.

25        NOW, WHEN YOU WERE AWARE OF WHAT WAS GOING ON IN

1   FORMALDEHYDE IN 1987 WHEN YOU WROTE YOUR ARTICLE, YOU WERE AWARE

2   THAT INDOOR CONCENTRATIONS WERE ABOUT 40 PARTS PER MILLION OR

3   .040, CORRECT?

4   A.   WHAT I WAS AWARE OF WAS THAT THIS TABLE WAS PUBLISHED IN THE

5   AMERICAN CHEMICAL SOCIETY TEXT THAT I'VE REFERENCED BELOW IN

6   1985, AND I HAVE TO ACCEPT IT AT FACE VALUE.  I KNOW NOTHING

7   ABOUT HOW THESE READINGS WERE MADE, WHO MADE THEM.  THEY WERE

8   PRESENTED WITHOUT EXPLANATION AS THEY ARE PRESENTED HERE IN MY

9   ARTICLE.

10  Q.   THAT'S THE THING, YOU ACCEPTED THEM ENOUGH TO PUT THEM IN

11  YOUR ARTICLE, CORRECT?

12  A.   I ASSUME, COMING FROM THE AMERICAN CHEMICAL SOCIETY.

13  Q.   YOU DIDN'T SAY, "WHAT IS THIS PIECE OF JUNK?  I WOULDN'T SAY

14  THAT EVER," YOU ACCEPTED THEM AND PUT THEM IN YOUR ARTICLE,

15  CORRECT?

16  A.   YES.

17  Q.   .040, THAT'S FIVE TIMES 8 PARTS PER BILLION?

18  A.   YES, IT IS.

19  Q.   AND THEN YOU SAID OUTDOOR URBAN AIR IS AS HIGH AS OR IS

20  ABOUT .060?  CAN I GET THAT PART BLOWN UP?  THAT'S GOOD ENOUGH.

21          I TOLD THIS JURY MY EYES ARE GOING.

22          OUTSIDE URBAN AIR -- I WAS WRONG -- IS AS HIGH AS .080,

23  CORRECT?  ISN'T THAT WHAT YOU WROTE?

24  A.   FIRST OF ALL, AGAIN, THESE NUMBERS ARE EXCERPTED --

25          THE COURT:  GO AHEAD AND ANSWER HIS QUESTION FIRST.

1       THE WITNESS:  I'M SORRY.  COULD YOU REPEAT IT, PLEASE.

2                       EXAMINATION

3  BY MR. WEINSTOCK:

4  Q.   ISN'T THAT WHAT YOU WROTE?

5  A.   THAT IS WHAT IS INCLUDED IN THIS TABLE IN THE ARTICLE, YES.

6  Q.   AND THAT IS TEN TIMES 8 PARTS PER BILLION, CORRECT?

7  A.   YES.  AND IT'S DATA FROM 1985.

8  Q.   YOU'RE FAMILIAR WITH OTHER DATA FROM THE ATSDR, AREN'T YOU?

9  YOU READ THE TOX PROFILE, DIDN'T YOU?

10 A.   I READ PART OF IT, YES.

11 Q.   YOU DIDN'T JUST PICK OUT THE GOOD PARTS, DID YOU?

12 A.   I READ THE PART THAT WAS RELATIVE TO ACUTE, CHRONIC AND

13 INTERMEDIATE EXPOSURES AND WHAT THE RECOMMENDED LEVELS ARE FOR

14 THE GENERAL PUBLIC.

15 Q.   SO YOU LEFT OUT THE PARTS, SAY, FOR EXAMPLE, WITH OFFICE

16 BUILDINGS THAT ARE AS HIGH ON AVERAGE OF 600 PARTS PER BILLION;

17 YOU DIDN'T READ THAT PART, DID YOU?

18 A.   I'M NOT AWARE OF THAT PART, NO.

19 Q.   THAT WOULD BE 75 TIMES HIGHER THAN 8 PARTS PER BILLION,

20 WOULDN'T IT?

21 A.   I'M NOT GOING TO QUESTION YOUR ARITHMETIC, BUT AN OFFICE

22 BUILDING ISN'T A TRAVEL TRAILER AND PEOPLE DON'T LIVE IN OFFICE

23 BUILDINGS.

24 Q.   RIGHT.  PEOPLE LEAVE OFFICE BUILDINGS, DON'T THEY?

25 A.   YES.

1    Q.    AND CHRIS COOPER LEFT THIS TRAILER EVERY DAY, DIDN'T HE?

2    A.    YES, HE DID.

3    Q.    AND YOU'VE ATTACHED ON THE 24/7 STANDARD, HAVEN'T YOU?

4    THAT'S NOT EVEN A REGULATORY LIMIT, CORRECT?  THAT'S THE ONE YOU

5    PICKED, AFTER CONSULTING WITH YOUR EXPERTS?

6              THE COURT:  LET'S LET HIM ANSWER.  YOU KEEP ADDING TO

7    THE QUESTION.

8              MR. WEINSTOCK:  I'M SORRY, YOUR HONOR.

9              THE COURT:  ASK A QUESTION AND LET HIM ANSWER IT.

10                              EXAMINATION

11   BY MR. WEINSTOCK:

12   Q.    8 PARTS PER BILLION IS THE LIMIT YOU SELECTED AFTER

13   CONSULTING WITH YOUR EXPERTS, RIGHT?

14   A.    YES.

15   Q.    YOU REJECTED THE HUD LEVEL, CORRECT?

16   A.    I DON'T KNOW WHAT YOU MEAN BY "THE HUD LEVEL."

17   Q.    LET'S TALK ABOUT THAT FOR A MINUTE.  I SAW THAT IN YOUR

18   ARTICLE AND I HEARD YOUR TESTIMONY TODAY.  HUD DOESN'T HAVE A

19   LEVEL, A REGULATED LEVEL, CORRECT?

20   A.    THAT'S CORRECT.  THAT'S WHY I EXPLAINED THAT IN THE ARTICLE,

21   THAT WAS A MISUNDERSTANDING ON MY PART AS TO WHAT IT MEANT.

22   Q.    AND I'M NOT QUIBBLING WITH WHAT YOU'VE WRITTEN IN THE

23   ARTICLE.  I WANT TO GET TO WHAT HUD IS ABOUT, NOT WHAT YOU WROTE.

24            WHAT HUD DOES IS, THEY REGULATE THE KIND OF WOOD YOU

25   CAN PUT IN A MOBILE HOME, CORRECT?

1   A.   HUD REGULATES THE FORMALDEHYDE EMISSIONS FROM COMPOSITE WOOD

2   PRODUCTS.  IT IS A PRODUCT STANDARD, NOT AN AMBIENT AIR QUALITY

3   STANDARD.

4   Q.   AND THE GOAL OF THAT PRODUCT STANDARD IS TO REACH A TARGET

5   AMBIENT AIR LEVEL OF .4, CORRECT?

6   A.   NO.

7   Q.   NOW, YOU'RE NOT AN EXPERT ON STANDARDS, ARE YOU?

8   A.   I'M NOT, AND AGAIN, WHEN I WROTE THAT ARTICLE, I

9   MISUNDERSTOOD THE DIFFERENCE BETWEEN THE RULE AND THE LAW.  THAT

10  WAS NEVER ENACTED IN THE LAW BECAUSE IT COULD NEVER BE

11  SCIENTIFICALLY SHOWN.

12  Q.   THAT'S RIGHT.  IT'S NOT A LAW.  IT'S A GOAL, CORRECT?  THAT

13  WAS THE TARGET AMBIENT AIR GOAL OF HUD?

14  A.   IT WAS PROPOSED AS THAT GOAL BECAUSE IT COULDN'T BE

15  SCIENTIFICALLY SHOWN THAT THE PRODUCTS STATUTE CONFORMED WITH THE

16  PRODUCT STANDARD YOU WOULD REACH THAT AMBIENT AIR LEVEL.  IT WAS

17  NEVER ENACTED AS A LAW.

18  Q.   THE ASTM 1.333, THAT'S THE PART THAT WAS ENACTED AS THE LAW,

19  THE PRODUCT PIECE, CORRECT?

20  A.   THAT'S CORRECT.

21  Q.   ARE YOU FAMILIAR WITH THE LIMBID (SPELLED PHONETICALLY)

22  STUDY ON WHAT AVERAGE SITE-BUILT HOMES HAD IN LOUISIANA, 53 OF

23  THEM IN 1998, FORMALDEHYDE LEVELS?

24  A.   NO, I'M NOT.

25  Q.   HYPOTHETICALLY, IF 53 SITE-BUILT HOMES TESTED IN SOUTH

1   LOUISIANA IN 1998 HAD AMBIENT AIR LEVELS, MORE THAN HALF OF THEM

2   IN EXCESS OF .3, 300 PARTS PER BILLION, YOU WOULD FIND ALL OF

3   THOSE NEED REMEDIATION, CORRECT?

4   A.   BASED ON THE ATSDR RECOMMENDATIONS, YES.

5   Q.   IF YOUR PAPER WAS CORRECT AND OUTSIDE AIR WAS MEASURED IN

6   URBAN AREAS AT .080 AND THE ALEXANDER TRAILER WAS MEASURED AT

7   .050, WOULDN'T YOU BE BETTER OFF INSIDE THE TRAILER THAN OUTSIDE

8   THE TRAILER?

9   A.   YOU'RE MAKING AN APPLES AND ORANGES COMPARISON, THE DATA

10   FROM 1985, WHICH I KNOW NOTHING ABOUT AS TO HOW IT WAS ACQUIRED,

11   WITH THE PRESENT.

12   Q.   WELL, IF BACKGROUND LEVELS IN HIGH-TRAFFIC AREAS, SAY, RIGHT

13   OFF OF CHEF MENTEUR HIGHWAY BOUNDED BY I-10 ON TWO SIDES WERE

14   HIGHER THAN .5, THEN THAT WOULD BE TEN TIMES HIGHER THAN .050,

15   CORRECT?

16   A.   YES.

17   Q.   AND AGAIN, AT THAT POINT, YOU WOULD BE BETTER OFF INSIDE --

18   I'M SORRY, 2008, NOT 1985, IF MY STATEMENT IS CORRECT ABOUT WHAT

19   LEVELS ARE IN HIGH-TRAFFIC AREAS, YOU, AGAIN, WOULD BE BETTER OFF

20   INSIDE THAN OUTSIDE; YES?

21   A.   THEORETICALLY, YES, BUT YOU'RE DRIVING THROUGH THAT TRAFFIC

22   AREA, YOU'RE THERE FOR A FEW MOMENTS AND HOPEFULLY YOU'RE MOVING

23   ON.

24   Q.   SURE.   UNLESS IF YOU HAPPEN TO BE THE POOR GUY THAT LIVES

25   THERE, RIGHT AT THAT INTERSECTION, RIGHT?

1  A.   THAT'S RIGHT.  AND THE WIND IS BLOWING AND THE FORMALDEHYDE

2  IS BEING DILUTED ULTIMATELY IN THE LARGER VOLUME OF AIR.

3  Q.   THE WIND IS BLOWING AND THE FORMALDEHYDE IS BEING DILUTED.

4  LET'S GET TO THAT PORTION OF YOUR OPINION.

5          THE VENTILATION RATE, THAT WAS ONE OF YOUR OPINIONS,

6  CORRECT?

7  A.   THAT'S ONE OF THE --

8  Q.   AND VENTILATION HAS A HUGE IMPACT ON THE CONCENTRATION OF

9  FORMALDEHYDE IN A TRAVEL TRAILER?

10  A.   THAT'S ONE OF THE GOVERNING PRINCIPLES, YES.

11  Q.   IT'S SIMPLE PHYSICS.  EVERYBODY KNOWS IF YOU FLUSH OUT THE

12  AIR INSIDE A UNIT WITH AIR FROM OUTSIDE, AND THERE IS MORE

13  FORMALDEHYDE INSIDE A UNIT, IT'S GOING TO DISSIPATE, IT'S GOING

14  TO FLUSH OUT, CORRECT?

15  A.   YES.

16  Q.   SO FOR EXAMPLE, IF YOU LEFT YOUR BATH VENT OPEN AT ALL TIMES

17  EXCEPT WHEN IT'S RAINING, THAT AIR IS COMING -- THE AIR IN THE

18  UNIT IS GOING OUT, CORRECT?

19  A.   THERE IS SOME MOVEMENT OF AIR OUT, YES.

20  Q.   IF YOU OPENED ALL OF YOUR DOORS -- I'M SORRY, OPENED ALL

21  FOUR OF YOUR WINDOWS AND YOUR DOOR, AND TURNED ON THE

22  AIR-CONDITIONING, ALL OF THAT STUFF YOU'RE TALKING ABOUT IS VERY

23  INTERESTING, BUT IN THAT REAL-WORLD SETTING, THE VENTILATION RATE

24  WOULD BE UNBELIEVABLE, WOULDN'T IT?

25  A.   YES, BECAUSE YOU'RE PROVIDING IT BY OPENING DOORS AND

1   WINDOWS.

2   Q.   SO YOUR THEORY OF POOR VENTILATION IN A TRAVEL TRAILER ALL

3   CLOSED UP LIKE STANFORD BERKELEY DID, HAS TO BE CONTRACTED WITH

4   THE REALITY OF HOW SOMEBODY ACTUALLY USED THE TRAVEL TRAILER,

5   CORRECT?

6   A.   THAT'S RIGHT.   AND THE REALITY IS YOU MAY OPEN A DOOR FOR A

7   FEW SECONDS AS YOU COME IN AND OUT, YOU MAY CRACK A WINDOW FOR AN

8   HOUR OR TWO DURING THE DAY.

9   Q.   WELL, YOU MAY LEAVE THE DOOR AND THE WINDOWS OPEN FOR AT

10  LEAST AN HOUR A DAY WITH THE VENT ON AND THE BATH VENT OPEN AT

11  ALL TIMES, YOU COULD DO THAT, TOO, COULDN'T YOU?

12  A.   YES, YOU COULD.

13  Q.   AND YOU SPOKE ON ONE OF YOUR PHONE CONFERENCES,

14  MS. ALEXANDER WAS ON THE PHONE, RIGHT?

15  A.   YES.

16  Q.   AND YOU WERE NOT INTERESTED IN HOW SHE USED THE TRAILER,

17  CORRECT?

18  A.   IN THE CASE OF I WASN'T INTERESTED, I HAD A FEW QUESTIONS IN

19  MIND AND THEY WERE INTERESTED IN HER -- AS SHE WENT THROUGH THE

20  CONVERSATION.

21  Q.   I MISSPOKE.   IT WAS NOT RELEVANT TO YOUR OPINION HOW SHE

22  USED THE TRAVEL TRAILER, CORRECT?   ISN'T THAT WHAT YOU SAID?

23  A.   OBVIOUSLY, THE ACTIVITIES OF THE OCCUPANT ARE GOING TO

24  AFFECT THE VENTILATION RATE.   AND THE BEST COURSE OF ACTION,

25  SINCE THE TRAVEL TRAILER MANUFACTURER HAS NO IDEA HOW AN OCCUPANT

1   IS GOING TO USE THE TRAVEL TRAILER, BUT THE TRAVEL TRAILER

2   MANUFACTURER KNOWS THAT THEY ARE USING GOOD COMPOSITE PRODUCTS

3   THAT EMIT FORMALDEHYDE INTO A SMALL VOLUME OF AIR, IT IS FOR THE

4   TRAVEL TRAILER MANUFACTURER TO PROVIDE THAT MECHANICAL

5   VENTILATION THAT OVERRIDES THE ACTIVITIES OF THE OCCUPANT TO

6   ENSURE THAT THE TRAVEL TRAILER IS PROPERLY VENTED.

7   Q.   I MUST HAVE MISSPOKE.   THAT INFORMATION WAS NOT RELEVANT TO

8   YOUR OPINION.   THAT'S MY QUESTION.   ISN'T THAT CORRECT?

9   A.   IN LARGE PART, NO.

10  Q.   BECAUSE YOU'RE GIVING US AN OPINION ON THEORETICALLY WHAT

11  MIGHT BE WRONG WITH THIS TRAVEL TRAILER IF IT'S USED IN A CERTAIN

12  WAY, CORRECT?

13  A.   I AM TELLING YOU WHAT THE EXPERIENCE WITH FORMALDEHYDE

14  PROBLEM HAS BEEN IN HUD CODE MANUFACTURED HOMES IN THE 1980S AND

15  WE HAVE TODAY THE IDENTICAL PROBLEM OCCURRING FOR THE IDENTICAL

16  REASON AND THE REASON THE GOVERNING PRINCIPLE --

17         MR. WEINSTOCK:   OBJECTION, YOUR HONOR.   THAT'S

18  COMPLETELY NONRESPONSIVE.

19         THE COURT:   ANSWER THE QUESTION.   IF YOU'RE NOT GOING TO

20  ANSWER THE QUESTION, THEN WE'RE GOING TO STOP AND YOU'LL HAVE TO

21  STEP DOWN AND WE'LL DISREGARD YOUR TESTIMONY.   SO LISTEN

22  CAREFULLY AND ANSWER THE QUESTION THAT'S ASKED.   THERE WILL BE AN

23  OPPORTUNITY FOR REDIRECT AFTER MR. WEINSTOCK FINISHES.   SO LISTEN

24  VERY CAREFULLY TO THE QUESTION.

25         THE WITNESS:   YES, YOUR HONOR.

1                              EXAMINATION

2    BY MR. WEINSTOCK:

3    Q.   SO WE'RE CLEAR, YOU WERE NOT INTERESTED IN GIVING AN OPINION

4    ABOUT THIS CASE OR -- STRIKE THAT.   NOT THIS CASE -- HOW THIS

5    UNIT WAS ACTUALLY USED BY THIS PLAINTIFF, CORRECT?

6    A.   MY OPINIONS WERE BASED WITHOUT THE KNOWLEDGE OF HOW

7    MS. ALEXANDER ACTUALLY USED THE TRAILER, YES.

8    Q.   BUT WE CAN AGREE THAT THAT'S A BIGGIE ON YOUR FIVE-ITEM

9    CHECKLIST, VENTILATION PRACTICES?

10   A.   YES, IT IS IMPORTANT.

11   Q.   VOLUME OF ENCLOSED AIR, THAT'S -- WHAT IS THAT, THE SIZE OF

12   THE UNIT?

13   A.   BASICALLY THE LENGTH, WIDTH, AND DEPTH OF THE UNIT.

14   Q.   AND FEMA KNEW THEY WERE BUYING SMALL TRAVEL TRAILERS.

15   THAT'S WHAT THEY WANTED FOR THE REASONS YOU HAD ALREADY TOLD US,

16   YOU'VE GOT TO BE ABLE TO TRANSPORT IT.   IT WOULD BE GREAT TO BUY,

17   YOU KNOW, A THREE-STORY HOUSE, YOU JUST CAN'T GET IT DOWN HERE,

18   RIGHT, OR MOVE IT AROUND, RIGHT?

19   A.   YES.

20   Q.   GULF STREAM DIDN'T SAY, "COME GET THE SMALLEST ONES WE

21   SELL;" THAT'S WHAT FEMA ASKED FOR, CORRECT?

22   A.   I DON'T KNOW WHAT GULF STREAM CONVERSATIONS WERE WITH FEMA.

23   Q.   WE'VE TALKED ABOUT WOOD HERE.   GULF STREAM HAS BEEN ACCUSED

24   OF DOING A LOT OF THINGS IN THIS LITIGATION, BUT THEY ARE NOT THE

25   PEOPLE THAT MAKE THIS WOOD, RIGHT?

1    A.    CORRECT.

2    Q.    THIS IS COMMERCIALLY AVAILABLE WOOD, RIGHT?

3    A.    YES, IT IS.

4    Q.    AND IT'S USED ALL OVER THE PLACE, ISN'T IT?   IN STICK-BUILT

5    HOMES, IN MOBILE HOMES?   YES?

6    A.    TO VARYING DEGREES, YES.

7    Q.    IF I GO TO LOWE'S TOMORROW, THERE IS PLENTY OF WOOD SITTING

8    THERE, OSB, PLYWOOD, HARDWOOD PLYWOOD, ALL THAT STUFF'S JUST

9    SITTING THERE FOR ME TO BUY IF I WANT IT, RIGHT?

10   A.    YES, IT IS.

11   Q.    AND THE WOOD DOESN'T KNOW HOW IT'S GOING TO BE USED; IT'S

12   JUST WOOD?

13   A.    THAT'S CORRECT.

14   Q.    WHEN YOU'VE USED WOOD, THAT'S IN STICK-BUILT HOMES, CORRECT?

15   A.    PRIMARILY, YES.

16   Q.    YOU'VE NEVER DESIGNED A TRAVEL TRAILER, CORRECT?

17   A.    NO, I HAVEN'T.

18   Q.    YOU'VE NEVER BUILT A TRAVEL TRAILER, CORRECT?

19   A.    NO.

20   Q.    IF WE CAN TALK BRIEFLY ABOUT THE LAMINATES.   IS IT

21   CORRECT -- AGAIN, YOU READ THE WHOLE STANFORD BERKELEY LAB,

22   RIGHT, NOT JUST THE GOOD STUFF?

23   A.    YES, I READ THE REPORT.

24   Q.    DID YOU READ THE PART WHERE THEY SAID THAT THE VINYL WALL

25   COVERINGS REDUCED FORMALDEHYDE EMISSIONS BY 30 TIMES?

1  A.   YES, I'M AWARE OF THAT.

2  Q.   AND YOU DIDN'T NEED TO READ THAT.  YOU ALREADY KNEW THAT,

3  DIDN'T YOU?

4  A.   THAT'S CORRECT.

5  Q.   YOU KNEW THAT VINYL WALL COVERINGS ARE INCREDIBLY HELPFUL IN

6  REDUCING FORMALDEHYDE EMISSIONS BY BLOCKING THEM, AREN'T THEY?

7  A.   THEY ARE A -- WHAT I WOULD REFER TO AS A VAPOR RETARDER AND

8  THAT THEY SLOW DOWN THE RELEASE OF FORMALDEHYDE THROUGH THE

9  VINYL.  THEY DON'T STOP IT ALTOGETHER, BUT THEY DRAMATICALLY SLOW

10 IT DOWN, YES.

11 Q.   AND YOU WERE IN COURT YESTERDAY, WEREN'T YOU?

12 A.   YES, I WAS.

13 Q.   AND YOU HEARD AL MALLET SAY THE VINYL WAS ON THE WRONG SIDE,

14 DIDN'T YOU?

15 A.   WITH REGARD TO A VAPOR RETARDER, YES, AND I AGREE WITH HIM.

16 Q.   AS A VAPOR RETARDER, BUT FOR FORMALDEHYDE PURPOSES, THAT

17 MIGHT HAVE BEEN THE DUMBEST THING YOU'VE EVER HEARD IN YOUR LIFE,

18 ISN'T IT?

19 A.   WELL, BECAUSE FORMALDEHYDE IS ALSO A VAPOR.  AND WHETHER

20 WE'RE TALKING ABOUT WATER VAPOR OR GASEOUS FORMALDEHYDE PASSING

21 THROUGH THE VINYL.

22 Q.   YOU ALSO HEARD THAT IF THERE WAS NO NEGATIVE PRESSURE, THE

23 FORMALDEHYDE WOULD GO IN THE OPPOSITE DIRECTION.  THAT'S YOUR

24 OPINION TOO, ISN'T IT?

25 A.   UNDER CERTAIN CIRCUMSTANCES, IT WOULD, YES.

1  Q.   AND YOU WERE HERE WHEN MR. RITTER TESTIFIED?

2  A.   I WASN'T, NO.

3  Q.   YOU WERE HERE ALL DAY YESTERDAY.  HE TESTIFIED YESTERDAY.

4  A.   I WASN'T HERE FOR MR. RITTER'S TESTIMONY.

5  Q.   HYPOTHETICALLY, IF MR. RITTER SAID THE MINUTE YOU OPENED THE

6  BATH VENT, NEGATIVE PRESSURE IS GONE, IF THAT'S TRUE, THEN YOU

7  WOULD AGREE THAT NOW THE FORMALDEHYDE IS GOING OUT, NOT IN,

8  CORRECT?

9  A.   I DON'T HAVE ANY BASIS FOR AGREEING WITH THAT STATEMENT

10 BECAUSE THE DIRECTION OF TRAVEL OF THE FORMALDEHYDE IS DEPENDENT

11 ON THINGS LIKE THE CONCENTRATION GRADIENT, AIR PRESSURE ACROSS

12 THE WALL, TEMPERATURE DIFFERENCES ACROSS THE WALL, HUMIDITY

13 DIFFERENCES ACROSS THE WALL, WHETHER OR NOT THE WIND IS BLOWING,

14 WHAT DIRECTION, ET CETERA, ET CETERA.

15 Q.   LET'S TAKE A LOOK AT THE WALL, ONE OF MR. -- WELL, ONE OF

16 YOUR PICTURES.

17       SO WE'RE CLEAR, THIS IS THE BACK OF THE WALL?

18 A.   IF YOU WOULDN'T MIND, WOULD YOU ROTATE IT 90 DEGREES?

19 Q.   ANY WAY YOU WOULD LIKE.

20 A.   NO, THE OTHER WAY.  TRY A 180.  THANK YOU.

21 Q.   OKAY.  IS THIS THE BACK OF THE WALL, WHAT I'M POINTING TO?

22 A.   THIS IS THE REAR OF THE HARDWOOD PLYWOOD WALL PANEL.

23 Q.   SO THE PART FACING WHOEVER IS PULLING THIS BACK, THAT'S THE

24 PART WITH THE VINYL ON IT, RIGHT?

25 A.   YES.

1  Q.   NOW, THE INSULATION IS GLUED TO THE BACK OF THE WALL,

2  CORRECT?

3  A.   I WOULD SAY SO, AT SPORADIC LOCATIONS.  THERE IS NO

4  CONTINUOUS FILM.  THERE IS A LITTLE BIT OF ADHESIVE HERE AND

5  THERE.

6  Q.   AND I THINK, AM I RIGHT, YOUR OPINION IS THAT BETWEEN GOING

7  THROUGH A VAPOR BARRIER LIKE VINYL, IT'S MUCH EASIER FOR

8  FORMALDEHYDE TO GO IN THE OPPOSITE DIRECTION THROUGH THE POROUS

9  INSULATION AND GO OUT, CORRECT?

10 A.   TO GO INTO THE WALL CAVITY IS EASIER THAN GOING THROUGH THE

11 VINYL, YES.

12 Q.   WE HEARD A LOT FROM MR. MALLET YESTERDAY ABOUT -- WHAT DID

13 HE SAY?  THE VINYL BARRIER WAS LIKE A RED LIGHT AND THE COPS

14 BEHIND YOU, AND THE PRESSURE IS BUILDING, AND THE FIBERGLASS IS

15 STUCK TO THE WALL.  AND THEY TOOK THE FIBERGLASS, WHICH WAS GLUED

16 TO THE WALL, ISN'T EVEN STUCK TO THE WHILE, RIGHT?  WHERE IS THE

17 VAPOR?  WET FIBERGLASS WOULD STICK TO THE WALL, WOULDN'T IT?

18 A.   IT COULD, YES.

19 Q.   IT SHOULD, SHOULDN'T IT?

20 A.   I WOULD SAY IT COULD.

21 Q.   WELL, HOW ABOUT THIS:  IF IT WAS WET ON THIS SIDE AND DRY ON

22 THE OUTSIDE, IT SURE AS HECK IS GOING TO STICK TO THAT WALL,

23 ISN'T IT?

24 A.   FORGIVE ME, BUT YOU WERE POINTING TO THE SCREEN.  I CAN'T

25 TELL WHAT YOU WERE ACTUALLY POINTING TO.

1  Q.   NO ARROWS.  IF IT WAS WET ON THIS SIDE AND DRY ON THAT SIDE,

2  IT'S GOING TO STICK TO THE WALL WHERE IT WAS ORIGINALLY GLUED TO,

3  RIGHT?

4  A.   RIGHT.  IT'S GOING TO STICK TO WHATEVER THE WETTER SIDE IS.

5  Q.   SO I DO NOT MESS UP MR. WATTS'S EXHIBITS, THERE IS A

6  COMPLETE SET OF PHOTOS.

7          NOW, LET'S TALK ABOUT THE EFFECT OF AIR-CONDITIONING.

8  YOU HEARD -- YOU WEREN'T HERE FOR MR. RITTER, SO YOU DIDN'T HEAR

9  HIS NEGATIVE PRESSURE THEORIES, RIGHT?

10  A.   CORRECT.

11  Q.   BUT I THINK YOU DID HEAR MR. MALLET SAY THAT TURNING ON THE

12  AIR-CONDITIONING WOULD HAVE THE EFFECT OF RAISING THE LEVEL OF

13  FORMALDEHYDE, CORRECT?

14  A.   I DON'T REMEMBER MR. MALLET SPECIFICALLY SAYING THAT.

15  Q.   WELL, YOU'VE SUGGESTED THAT TODAY, HAVEN'T YOU?

16  A.   I'M SAYING THAT ALL OTHER THINGS BEING EQUAL, IF YOU RAISED

17  THE RELATIVE HUMIDITY, YOU INCREASE THE RELEASE OF FORMALDEHYDE

18  FROM A UF BONDING PRODUCT.

19  Q.   APPLES AND ORANGES.  I'M NOT TALKING ABOUT HUMIDITY.  I'M

20  TALKING ABOUT TEMPERATURE FROM TURNING ON THE AIR-CONDITIONING.

21  A.   OH, I'M SORRY.

22  Q.   AND THE EFFECT OF USING THE AIR-CONDITIONER ON FORMALDEHYDE.

23  YOU HAVE SUGGESTED TO THIS JURY, ON ONE OF THESE, THE -- WHICH

24  ONE COVERS THE MECHANICAL NATURE, THAT WE COULD HAVE USED A

25  DIFFERENT AIR-CONDITIONING SYSTEM OR SOMETHING?

1   A.    THAT WAS IN REFERENCE TO THE VENTILATION.

2   Q.    VENTILATION.  IN YOUR RELIANCE FILE, IS THE ATSDR

3   FEBRUARY 2007 REPORT TESTING 96 NEVER-OCCUPIED TRAVEL TRAILERS,

4   ISN'T IT?

5   A.    IF YOU SAY SO.  I DON'T RECALL THAT PAGE, BUT, SURE.

6   Q.    I GOT THE REPORT FROM YOU; YES?

7   A.    IF THAT'S WHERE IT CAME FROM.

8   Q.    AND, IN FACT, WE KNOW -- LET'S SEE -- THAT NEVER-OCCUPIED

9   UNITS THAT, STARTING HERE, WHEN THEY TURNED ON THE

10  AIR-CONDITIONING ON THE UNITS, IT DROPPED THE LEVELS BY

11  60 PERCENT, CORRECT?  ALL CLOSED UP.

12  A.    YOU'LL HAVE TO EXPLAIN TO ME WHAT METHOD A AND METHOD B ARE.

13  THERE IS NO DESCRIPTION THERE.

14  Q.    NOT A PROBLEM.  FROM YOUR FILE, METHOD A IS

15  AIR-CONDITIONING, METHOD B IS VENTILATION.

16        SO WHEN THEY TESTED THESE 96 NEVER-OCCUPIED UNITS AND

17  THEY JUST TURNED ON THE AIR-CONDITIONING AND GENERATED ALL OF

18  THIS NEGATIVE PRESSURE TO SUCK IN FORMALDEHYDE, THE LEVELS

19  ACTUALLY WENT DOWN BY 60 PERCENT, CORRECT?

20  A.    WHAT THAT PLOT SHOWS IS THAT IF METHOD A IS, IN FACT, WHEN

21  THE AIR-CONDITIONING IS TURNED ON, THAT, YES, OVER TIME, THE

22  FORMALDEHYDE CONCENTRATION DROPPED.

23  Q.    AND THEN THEY FOUND METHOD B, THEY OPENED THE WINDOWS AND

24  THEY VENTILATED WITHOUT AIR-CONDITIONING.  THAT DROPPED THE

25  LEVELS BY 90 PERCENT, CORRECT?

1   A.   TO BE EXPECTED.  YOU'RE INTRODUCING OUTSIDE AIR TO DILUTE

2   IT.

3   Q.   TO BE EXPECTED.  THAT IS A VERY GOOD WAY OF PUTTING IT.

4   WHEN YOU OPEN YOUR DOOR, OPEN YOUR WINDOWS, AND OPEN YOUR BATH

5   VENT, YOU EXPECT LEVELS TO DROP, CORRECT?

6   A.   YES.

7        MR. WATTS:  WHAT PAGE WAS THAT ON?

8        MR. WEINSTOCK:  THIS?  IF THERE ARE ANY NOTES ON THEM,

9   DON'T READ THEM.

10                            EXAMINATION

11  BY MR. WEINSTOCK:

12  Q.   OH, ONE OTHER THING WE MISSED.  YOU ACTUALLY FOUND A MILL

13  STAMP ON THE WOOD, CORRECT?

14  A.   I FOUND ONE ILLEGIBLE MILL STAMP, YES.

15  Q.   YOU REALLY COULDN'T SEE, YOU COULD ONLY PULL BACK THAT ONE

16  PANEL, RIGHT?

17  A.   IT WASN'T ON THAT PANEL.  I WAS LIMITED TO ONLY VISUAL

18  INSPECTION.  THE MILL STAMPS ARE ON THE REAR OR HIDDEN SIDE OF

19  THE PANELS.

20  Q.   SO YOU HAD A VERY LIMITED ACCESS TO THE REAR OR HIDDEN SIDE

21  OF THE PANELS, RIGHT?

22  A.   YES.

23  Q.   BUT YOU ACTUALLY FOUND THE STAMP, ALTHOUGH YOU COULD NOT

24  READ IT, CORRECT?

25  A.   YES, I DID.

1  Q.   YOU WERE SOMEWHAT SHOCKED THAT MR. MALLET HAD DONE ALL OF

2  THIS WORK AND MISSED THAT STAMP, WEREN'T YOU?

3  A.   I DON'T KNOW WHETHER AL MALLET WAS LOOKING FOR STAMPS OR

4  NOT.  I WAS LOOKING FOR STAMPS.

5  Q.   SOMETHING THAT BOTHERED ME ABOUT YOUR TESTIMONY, YOU SAID

6  YOU KNEW WHERE CHRIS SLEPT IN THAT TRAILER; IS THAT RIGHT?

7  A.   MY UNDERSTANDING WAS HE SLEPT IN THE BUNK BED.

8  Q.   BUT WHEN YOU WERE ON THAT PHONE CALL WITH MS. ALEXANDER AND

9  I ASKED YOU ABOUT IT, OR MY PARTNER ASKED YOU ABOUT IT, YOU

10 COULDN'T REMEMBER ANYTHING ABOUT THAT PHONE CALL; ISN'T THAT

11 RIGHT?

12 A.   MY RECOLLECTION OF THE PHONE CALL IS WHATEVER IS REFLECTED

13 IN MY NOTES.

14 Q.   SO NOW YOU KNOW ABOUT HOW THEY USED THE TRAILER WHEN IT'S

15 IMPORTANT FOR THEIR CASE, CORRECT?

16 A.   AS I SAID BEFORE, I DON'T KNOW HOW THE TRAILER WAS ACTUALLY

17 LIVED IN BY THE ALEXANDERS.

18 Q.   THE MAJORITY OF FORMALDEHYDE THAT IS OFF-GASSED FROM

19 COMPOSITE WOOD PRODUCTS OCCURS WITHIN THE FIRST 200 DAYS,

20 CORRECT?

21 A.   THAT IS A RESULT OF ONE STUDY PRINTED IN THE *FOREST PRODUCTS*

22 *JOURNAL*.

23 Q.   ONE STUDY THAT YOU CITED, CORRECT?

24 A.   YES, I BELIEVE I MADE THAT STATEMENT, I THINK, IN MY

25 DEPOSITION IN THE CLASS ACTION.

1   Q.   SO THIS PAPER OF YOURS, YOU'RE NOT SAYING THAT OTHER THAN

2   YOU'VE CORRECTED THE HUD CODE, YOU'RE NOT SAYING THAT THE STUFF

3   YOU CITED AND RELIED ON AND YOU PUBLISHED IT UNDER YOUR NAME WAS

4   JUNK, ARE YOU?

5   A.   THAT'S NOT MY PAPER.  I DIDN'T PUBLISH THE PAPER THAT CITED

6   THE 200-DAY.

7   Q.   YOU CITED IN YOUR PAPER THAT YOU AUTHORED; YES?

8   A.   SHOW ME.  IF IT'S THERE, I'VE FORGOTTEN, BUT...

9   Q.   I PROMISE I'LL FIND WHERE IT IS AFTER SOMEBODY ELSE READS

10  THIS FOR ME.

11          DO YOU KNOW WHAT?  I MISSPOKE.  THAT WAS JUST IN

12  ANOTHER PAPER IN YOUR RELIANCE FILE.  IT WASN'T IN YOUR ACTUAL

13  ARTICLE, RIGHT?

14  A.   CORRECT.

15  Q.   A PAPER YOU SAW FIT TO PUT IN YOUR RELIANCE FILE, CORRECT?

16  A.   I'M NOT SURE THAT IT WAS INCLUDED ORIGINALLY AS PART OF MY

17  RELIANCE FILE, BUT AS I CONTINUED TO DIG THROUGH DOCUMENTS, I

18  PRINTED OUT AN ABSTRACT OF THAT PAPER, YES.

19  Q.   I GOT IT FROM YOU, SO...

20          YOU DON'T DISPUTE THAT, DO YOU, I GOT IT FROM YOU?

21  A.   NO, I DON'T DISPUTE THAT.

22  Q.   NOW, YOU'VE HINTED ABOUT WHAT HAPPENED IN THE '80S, AND I

23  REALLY DON'T WANT TO GET INTO WHAT HAPPENED IN THE '80S, BUT I

24  WANT TO GET INTO WHAT HAPPENED SINCE THE '80S.

25          SINCE THE '80S, MANUFACTURERS OF WOOD HAVE GONE OUT OF

1  THEIR WAY, THEY'VE GONE -- NOT ABOVE, BUT THEY'VE DONE A LOT OF

2  THINGS TO REDUCE FORMALDEHYDE LEVELS IN COMPOSITE WOOD, CORRECT?

3  A.   YES, THEY HAVE.

4  Q.   ONE OF THE BIGGIES IS THEY ALSO, IN THESE SITUATIONS, USED

5  VINYL BARRIERS, CORRECT?

6  A.   THAT IS ONE OF THE METHODS.

7  Q.   I DON'T WANT TO BELABOR IT.  I THINK WE'VE COVERED IT.  OH.

8  YOU GAVE --

9        MR. WEINSTOCK:  MAY I APPROACH, YOUR HONOR?

10        THE COURT:  YES.

11                      EXAMINATION

12  BY MR. WEINSTOCK:

13  Q.   YOU RESPONDED TO ONE OF MR. WATTS'S QUESTIONS -- CHARLIE,

14  CAN I BORROW YOUR DEMONSTRATIVE HERE?

15        MR. PENOT:  OF COURSE.

16                      EXAMINATION

17  BY MR. WEINSTOCK:

18  Q.   -- ABOUT HOW THE UNIT, WHEN IT'S JUST SITTING THERE, MAYBE

19  IT'S NOT GOING TO AIR EXCHANGERS MUCH, AND SO THE LEVELS MAY NOT

20  DISSIPATE AS RAPIDLY AS IT WOULD OTHERWISE, RIGHT?

21  A.   YES.

22  Q.   BUT THIS UNIT JUST DIDN'T SIT ANYWHERE FOR 200 DAYS.  YOU'RE

23  AWARE OF THAT, RIGHT?

24  A.   I COULD SEE IT'S WELL-TRAVELED.

25  Q.   IT'S WELL-TRAVELED.  AND THAT TRAVELING ON THE HIGHWAY AT

1  30, 40, 50, 60 MILES AN HOUR IS GOING TO VENTILATE THAT UNIT;

2  YES?

3  A.   IT'S PROBABLY GOING TO DRAW A LITTLE BIT OF AIR OUT OF IT,

4  YES.  I DON'T THINK I WOULD COMPARE IT TO VENTILATING IT AS YOU

5  WOULD ON OPENING DOORS AND WINDOWS.

6  Q.   BUT I THINK ONE OF THESE GENTLEMEN OR SOMEBODY MADE THE

7  POINT, IT'S ABOUT BEEN TO CALIFORNIA AND BACK.  THAT'S QUITE A

8  BIT OF DRIVING, HUH?

9  A.   YES.

10 Q.   IF WE GO BACK TO THE BERKELEY LAB TEST FOR A MINUTE, THEY

11 FOUND AN AIR EXCHANGE RATE IN THAT UNIT OF .21, CORRECT?

12 A.   YES, IN THE CAVALIER GULF STREAM THEY TESTED.

13 Q.   WHICH MEANS EVERY FIVE HOURS, THE AIR TURNS OVER?

14 A.   APPROXIMATELY.

15 Q.   AND ON THE HIGHWAY YOU WOULD THINK THAT NUMBER WOULD BE

16 QUITE A BIT MORE DRAMATIC, WOULDN'T YOU?

17 A.   I THINK IT WOULD BE HIGHER, AGAIN, BECAUSE OF THE SPEED AND

18 THE AIR PRESSURES INVOLVED.

19 Q.   DID YOU ACTUALLY READ WHAT THE SAME ATSDR WHO WROTE THE MRL

20 SAID ABOUT WHAT LEVEL ACTION SHOULD BE TAKEN AT IN THESE

21 TRAILERS?

22 A.   NO, I CONCENTRATED ON THE THREE LEVELS THAT THEY SET.

23 Q.   SO YOU MISSED THE PART WHERE THEY SAID, YOU KNOW, .3 IS THE

24 NO-ACTION LEVEL, RIGHT?

25 A.   I DON'T KNOW WHAT THEY SAID.

1   Q.   WELL, HYPOTHETICALLY, IF THEY SAID .3 WAS THE ACTION LEVEL,

2   WHAT'S THAT, ABOUT 35 TIMES HIGHER THAN 8 PARTS PER BILLION?

3   A.   .3, ABOUT.

4   Q.   THE DIFFERENCE BETWEEN 8 AND 300, FOR THE JURY, CORRECT, IN

5   TERMS OF PARTS PER BILLION, IN TERMS OF PARTS PER MILLION, IT'S A

6   DIFFERENT BETWEEN .3 AND .008, RIGHT?

7   A.   CORRECT.

8   Q.   I KNOW THE JURY HAS ABOUT HAD ENOUGH OF ME, SO LET'S MOVE

9   THIS ALONG.

10          YOU WOULD AGREE THE BERKELEY LAB TEST -- THE

11  GULF STREAM COACH THAT WAS TESTED IN THAT TEST WAS A 2006 UNIT,

12  RIGHT?

13  A.   2006 UNIT TESTED 18 MONTHS LATER, PRESUMABLY AFTER IT HAD

14  BEEN DRIVEN FROM WHEREVER IT WAS TO THE STAGING AREA IN PURVIS.

15  Q.   DID THE PLAINTIFF LAWYERS GIVE YOU ANY INFORMATION ABOUT THE

16  DIFFERENCE OF COMPOSITE WOOD PRODUCTS USED IN GULF STREAM'S

17  2004 UNITS VERSUS GULF STREAM'S 2006 UNITS?

18  A.   NO.

19  Q.   WHEN WE SAY, "TEMPERATURE AND HUMIDITY AFFECTS FORMALDEHYDE

20  LEVELS," WE ARE PRIMARILY CONCERNED WITH THE INTERIOR TEMPERATURE

21  AND HUMIDITY, CORRECT?

22  A.   THAT IS THE PRIMARY CONCERN, BUT THE TEMPERATURE DIFFERENCE

23  ACROSS THE WALL, THE DIFFERENCE BETWEEN OUTDOOR TEMPERATURE AND

24  INDOOR TEMPERATURE, AS WELL AS THE TEMPERATURE WITHIN THE WALL

25  CAVITY, ALL THREE OF THOSE AFFECT IT.

1   Q.   THEY HAVE RELEVANCE, BUT THE PRIMARY NUMBER WE'RE LOOKING AT

2   IS THE INTERIOR TEMPERATURE, CORRECT?

3   A.   INTERIOR TEMPERATURE ON THE WALL CAVITY IS INSIDE THE

4   TRAILER.

5   Q.   I THINK WE CAN GET TO YOUR LAST PIECE AND THEN WE CAN LET

6   YOU GO UNTIL MR. WATTS STARTS QUESTIONING YOU AGAIN.

7        YOU'VE DISCUSSED TODAY SOME POSSIBLE ALTERNATIVE DESIGN

8   PRODUCTS, CORRECT?

9   A.   YES.

10  Q.   YOU HAVE NEVER ACTUALLY BUILT A TRAVEL TRAILER WITH THOSE

11  DESIGN PRODUCTS, CORRECT?

12  A.   NO, I HAVEN'T.

13  Q.   YOU HAVE NEVER ACTUALLY TESTED THOSE DESIGN PRODUCTS IN A

14  TRAVEL TRAILER, CORRECT?

15  A.   NO.

16  Q.   YOU SAID MANY OF THESE ARE COMMERCIALLY AVAILABLE, RIGHT?

17  A.   YES.

18  Q.   ONE OF THEM, YOU SAID EVEN IN 2004, COULD BE SPECIALLY

19  ORDERED, RIGHT?

20  A.   I'M NOT SURE WHAT YOU ARE REFERRING TO.

21  Q.   FAIR ENOUGH.  BACK IN 2004, "SOME PARTICLEBOARDS, MEDIUM

22  DENSITY FIBER BOARD AND HARDWOOD PLYWOOD COULD BE SPECIAL ORDERED

23  TO BE MANUFACTURED WITHOUT THE FORMALDEHYDE-CONTAINING

24  ADHESIVES", CORRECT?

25  A.   YES.

1  Q.   DO YOU UNDERSTAND THAT THESE UNITS ARE BEING USED IN AN

2  EMERGENCY -- THEY ARE EMERGENCY HOUSING UNITS?

3  A.   YES.

4  Q.   DO YOU UNDERSTAND THAT IT'S KIND OF HARD FOR FEMA TO SAY,

5  "WE WOULD LIKE SOME UNITS.  CAN YOU GET SOME SPECIAL WOOD MADE UP

6  IN A JIFFY SO WE CAN PUT THEM IN THESE UNITS?"

7  A.   MEDIUM DENSITY FIBER BOARD MANUFACTURED WITH ISOCYANATED

8  ADHESIVE THAT DOES NOT RELEASE FORMALDEHYDE IS READILY AVAILABLE.

9  WHEN I SAY, "SPECIAL ORDER," YOU SIMPLY NEED TO SAY, "THAT'S THE

10 ONE WE'D LIKE."  IT'S MANUFACTURED WAITING TO BE SOLD.

11 Q.   SO YOU'RE HANGING YOUR HAT ON THE ISOCYANATE ONE, RIGHT?

12 THAT'S WHAT WE'RE TALKING ABOUT HERE WITH YOUR ALTERNATIVE

13 DESIGN?

14 A.   NO.  I'M SAYING, THAT'S ONE OF THE ALTERNATIVES.  HARDBOARD

15 IS ANOTHER ALTERNATIVE.

16 Q.   HARDBOARD, LIKE MASONITE, RIGHT?

17 A.   YES, THAT'S A GENERIC.

18 Q.   YOU'VE NEVER TESTED MASONITE IN A TRAVEL TRAILER, HAVE YOU?

19 A.   NO, I HAVEN'T.

20 Q.   YOU WEREN'T HERE WHEN JEFF ZUMBRUN TESTIFIED ABOUT WHEN THEY

21 TESTED MASONITE IN A TRAVEL TRAILER, WERE YOU?

22 A.   NO, I WASN'T.

23 Q.   SO IT SOUNDS GREAT.  IT'S ANOTHER GREAT THEORY, BUT YOU

24 HAVEN'T TOLD US THAT IT WORKS IN REALITY; IS THAT RIGHT?

25 A.   NO.

1   Q.   MY STATEMENT IS CORRECT?

2   A.   I'M SORRY?

3   Q.   MY STATEMENT IS CORRECT?

4   A.   I HAVEN'T TOLD YOU THAT IT WORKS IN REALITY, YES, YOUR

5   STATEMENT IS CORRECT.

6           MR. WEINSTOCK:  I'M SORRY, YOUR HONOR, IF I CAN CONFER

7   FOR A MOMENT.

8           THE COURT:  SURE.

9           MR. WEINSTOCK:  I APOLOGIZE.  ONE SMALL, FINAL POINT.

10                          EXAMINATION

11  BY MR. WEINSTOCK:

12  Q.   SO IF WE UNDERSTAND YOUR TESTIMONY CORRECTLY, ANYTHING ABOVE

13  .008, THE NUMBER GIVEN TO YOU BY YOUR EXPERTS, NEEDS TO BE

14  REMEDIATED, CORRECT?

15  A.   THAT'S THE NUMBER THAT IS PROMULGATED BY ATSDR --

16          THE COURT:  LET HIM FINISH.

17          THE WITNESS:  -- NOT BY THE ATTORNEYS I SPOKE WITH.  AND

18  THEY ARE THE MEDICAL EXPERTS IN THAT AREA.  AND IN MY VIEW, IF

19  THE FORMALDEHYDE LEVELS EXCEED THAT, THEN THAT BUILDING OR

20  STRUCTURE SHOULD BE REMEDIATED.

21                          EXAMINATION

22  BY MR. WEINSTOCK:

23  Q.   AND IT DOESN'T MATTER IF THAT'S A TRAVEL TRAILER, A REGULAR

24  HOME, OR AN IGLOO, DOES IT?

25  A.   IF PEOPLE ARE LIVING IN IT FOR THE LONG TERM, IF YOU WANT TO

1  AVOID THAT CHRONIC LONG-TERM EXPOSURE, AND THERE ARE METHODS FOR

2  DOING THAT.

3  Q.   I GUESS WE'RE GOING TO BE TEARING DOWN SOME HOUSES AND

4  BUILDING SOME IGLOOS SOON, HUH, DOC?

5  A.   I'M SORRY?

6         MR. WEINSTOCK:  NO FURTHER QUESTIONS.

7         THE COURT:  MR. SHERBURNE?

8                      CROSS-EXAMINATION

9  BY MR. SHERBURNE:

10 Q.   GOOD MORNING, DR. SMULKSI.  MY NAME IS RICHARD SHERBURNE.

11 WE MET AT YOUR DEPOSITION.

12 A.   YES.  GOOD MORNING.

13 Q.   IT'S FEMA THAT MADE THE DECISION, AS FAR AS YOU KNOW, TO USE

14 TRAVEL TRAILERS FOR EMERGENCY HOUSING, CORRECT?

15 A.   YES.

16 Q.   IT WASN'T MY CLIENT, FLUOR ENTERPRISES?

17 A.   AS FAR AS I UNDERSTAND, CORRECT.

18 Q.   DOCTOR, IF I UNDERSTOOD YOUR TESTIMONY EARLIER TODAY, WOOD

19 PRODUCTS, NO MATTER WHAT IT IS, A PIECE OF TWO-BY-FOUR, SOUTHERN

20 PINE, OR SOME SORT OF WOOD PRODUCT THAT USES ADHESIVE, THEY ALL

21 EMIT FORMALDEHYDE, CORRECT?

22 A.   ONLY THOSE THAT ARE BONDED WITH FORMALDEHYDE ADHESIVES --

23 EXCUSE ME, FORMALDEHYDE-BASED ADHESIVES.

24 Q.   AND WHEN YOU SAY, "ONLY THOSE BONDED WITH FORMALDEHYDE-BASED

25 ADHESIVES," THERE ARE MULTIPLE DIFFERENT TYPES OF

1    FORMALDEHYDE-BASED ADHESIVES; ARE THERE NOT?

2    A.   YES.

3    Q.   AND THERE ARE ADHESIVES THAT DO NOT USE FORMALDEHYDE AT ALL,

4    CORRECT?

5    A.   YES.

6    Q.   WHEN YOU LOOK AT -- AND WOULD IT BE OKAY IF I CALLED THIS

7    ENGINEERED WOOD?  WOULD THAT BE A USEFUL TERM?

8    A.   IT WOULD BETTER TO REFER TO IT AS WOOD COMPOSITES.

9    ENGINEERED WOOD IS A LITTLE DIFFERENT, ACTUALLY.

10   Q.   FINE, I'LL CALL IT WOOD COMPOSITES, THEN.

11        WHEN YOU LOOK AT A PIECE OF WOOD COMPOSITE, YOU JUST

12   EYEBALL IT, CAN YOU TELL FROM JUST EYEBALLING IT?  FOR EXAMPLE,

13   IF YOU LOOKED AT THAT PANEL RIGHT BEHIND YOU ON THE WALL, I THINK

14   YOU TOLD US THAT WAS A CHERRY VENEER OVER SOME SORT OF SUBSTRATE,

15   COULD YOU TELL HOW THAT CHERRY VENEER -- WHAT KIND OF ADHESIVE IS

16   USED TO BOND THAT TO THE SUBSTRATE?

17   A.   JUST BY LOOKING AT IT, NO.

18   Q.   IF YOU SAW A GRADE STAMP ON IT, YOU COULD TELL, RIGHT?

19   A.   THE GRADE STAMP REALLY DOESN'T CARRY INFORMATION ABOUT THE

20   ADHESIVE, PER SE, BUT IF, FOR EXAMPLE, IT WERE INDICATED IN THE

21   GRADE STAMP THAT IT COMPLIED WITH THE HUD STANDARD, THEN ONE

22   COULD INFER THAT IT WAS A UREA-FORMALDEHYDE-BASED ADHESIVE.

23   Q.   I'M SORRY.  IF IT COMPLIES WITH THE HUD STANDARD, IT IS A

24   UREA-FORMALDEHYDE-BASED ADHESIVE?

25   A.   THAT'S TYPICALLY THE IMPLICATION.  THE INDICATION IN THE

1  STAMP WOULD BE THIS PANEL CONFORMS TO THE HUD STANDARD, AND THAT

2  IS AN INDICATION THAT'S USED ON UREA-FORMALDEHYDE-BONDED PANELS.

3  Q.   THANK YOU.  AND IN THE THREE SOME-ODD HOURS YOU SPENT

4  LOOKING AT THIS TRAILER, YOU ONLY SAW ONE GRADE STAMP, CORRECT?

5  A.   YES.

6  Q.   AND EVEN THAT GRADE STAMP COULDN'T PROVIDE YOU ANY

7  INFORMATION ABOUT WHAT TYPE OF ADHESIVES, DID IT?

8  A.   THAT'S CORRECT.

9  Q.   AND YOU CAN'T TELL WHAT TYPE OF ADHESIVE WAS USED TO BOND

10 ANY OF THAT COMPOSITE WOOD PRODUCT?

11 A.   I CAN'T TELL BY LOOKING AT IT.

12 Q.   YOU'RE AN EXPERT, RIGHT?  I'M NOT TRYING TO BE A SMART ALECK

13 ABOUT IT.  YOU TRULY ARE AN EXPERT IN WOOD SCIENCE, AREN'T YOU?

14 A.   I CONSIDER MYSELF ONE, YES.

15 Q.   IF FLUOR HAD WANTED TO HIRE YOU TO GO WORK IN THEIR

16 INSPECTION SITES AND LOOK AT TRAILERS AS THEY CAME THROUGH, DOES

17 THIS TRAILER HAVE NONCOMPLIANT WOOD IN IT, WOULD YOU HAVE BEEN

18 ABLE TO DO IT JUST FROM LOOKING AT THE WOOD?

19 A.   JUST FROM LOOKING AT IT, NO.

20 Q.   YOU'RE AWARE THAT FEMA DIRECTED FLUOR TO INSPECT THESE

21 TRAILERS AS THEY WENT THROUGH THEIR STAGING SITES; ARE YOU NOT?

22 A.   IF YOU SAY SO, I BELIEVE YOU.

23 Q.   I'M GOING TO SHOW YOU WHAT'S PREVIOUSLY BEEN MARKED AS

24 EXHIBIT 468, DOCTOR, AND I CAN SHOW IT TO YOU OR PUT IT UP ON THE

25 SCREEN, WHICHEVER IS EASIER FOR YOU.  IT'S A FORM.

1  A.   THE SCREEN IS FINE.   THANK YOU.

2  Q.   CAN YOU READ IT LIKE THAT OR DO I NEED TO BLOW IT UP A

3  LITTLE BIT?

4  A.   A LITTLE LARGER, PLEASE.   THAT'S GOOD.

5  Q.   IT MAY BE A LITTLE TOO BIG.   IF YOU CAN'T SEE THE WHOLE OF

6  IT, LET ME KNOW AND I'LL MOVE IT.

7         HAVE YOU HAD A CHANCE TO READ THAT EXHIBIT 468?

8  A.   YES.

9  Q.   DO YOU SEE ANYWHERE ON THERE -- IF I REPRESENT TO YOU THAT

10  THAT'S THE FORM FEMA GAVE FLUOR TO USE IN INSPECTING THE

11  TRAILERS, DO YOU SEE ANYWHERE ON THERE WHERE FEMA DIRECTED FLUOR

12  TO INSPECT THEM TO SEE IF THEY CONTAINED HUD COMPLIANT WOOD?

13  A.   IF YOU COULD JUST MOVE IT A LITTLE BIT TO THE SIDE WHERE IT

14  SAYS "YEAR 2005."  THANK YOU.

15         NO, THERE ARE NO REFERENCES TO THE WOOD.

16  Q.   EVEN IF THEY HAD, EVEN AN EXPERT LIKE YOURSELF COULD NOT

17  HAVE DONE SO JUST BY LOOKING AT IT, CORRECT?

18  A.   NOT BY VISUAL INSPECTION ALONE.

19         MR. SHERBURNE:  THANK YOU.  THAT'S ALL THE QUESTIONS I

20  HAVE, MR. SMULKSI.

21         THE COURT:  MR. WATTS, REDIRECT?

22         MR. WATTS:  YES, SIR.  THANK YOU, YOUR HONOR.

23                    REDIRECT EXAMINATION

24  BY MR. WATTS:

25  Q.   MR. SMULKSI, HAD YOU EVER MET ANDY WEINSTOCK BEFORE?

1    A.   NO.

2    Q.   DID YOU GUYS HAVE SOME SORT OF UNTOWARD EVENT THAT MADE HIM

3    WANT TO YELL AT YOU?

4    A.   ALL I CAN THINK OF WAS MY PRIOR TESTIMONY.

5    Q.   LET'S GO CONCEPT-BY-CONCEPT OF HIS QUESTIONS, I THINK.  I

6    DON'T WANT TO HIT THEM ALL, BUT HE TALKED TO YOU ABOUT VINYL WALL

7    COVERINGS BEING THIS GREAT INSULATOR FROM FORMALDEHYDE.

8            DO YOU REMEMBER THAT?

9    A.   YES.

10   Q.   THE GULF STREAM CAVALIER TRAILER THAT THE ORLANDO LAWRENCE

11   BERKELEY NATIONAL LABORATORY TESTED AND GOT .32 TO .78, WHICHEVER

12   IT IS, DID THAT HAVE THOSE VINYL WALL COVERINGS THAT HE WAS

13   TALKING ABOUT?

14   A.   YES, IT DID.  IT HAD VINYL WALL COVERINGS ON THE WALLS, THE

15   CEILINGS, ALL OF THE INTERIORS IN THE TRAILER.

16   Q.   NOW, THE NEXT THING THAT HE ASKED YOU ABOUT IS -- DO YOU

17   REMEMBER YOUR NOTES THAT SAID THAT RESIDENCES HAVE 10 TO 20 PPB'S

18   OF FORMALDEHYDE IN THEM?

19   A.   YES.

20   Q.   AND THEN HE SAID THIS IS SO MANY TIMES THAT AND THIS IS SO

21   MANY TIMES THAT.  DO YOU REMEMBER ALL OF THOSE QUESTIONS?

22           LET ME JUST ASK YOU THIS --

23           MR. WATTS:  I'M SORRY, YOUR HONOR.  I FORGOT TO ASK

24   WHETHER I COULD COME OVER HERE.  IS THAT ALL RIGHT?  I APOLOGIZE.

25           THE COURT:  THAT'S ALL RIGHT.  GO AHEAD.

1               EXAMINATION

2  BY MR. WATTS:

3  Q.   IF A GULF STREAM TRAILER HAS .32 TO .78, THAT'S PARTS PER

4  MILLION, RIGHT?

5  A.   YES.

6  Q.   AND IF YOU WANTED TO CONVERT THAT TO PARTS PER BILLION,

7  .32 PARTS PER MILLION IS HOW MANY PARTS PER BILLION?

8  A.   MULTIPLY IT TIMES A THOUSAND.  320.

9  Q.   320 PARTS PER BILLION?

10 A.   780.

11 Q.   780 PARTS PER BILLION.  AND IF YOUR NOTES SAY THAT

12 RESIDENCES HAVE FORMALDEHYDE OF 10 TO 20 PARTS PER BILLION, NOW,

13 IF ALL OF THAT IS TRUE, THIS GULF STREAM TRAVEL TRAILER THAT WAS

14 TESTED WITH 320 PARTS PER BILLION, HOW MANY TIMES GREATER IS THE

15 LEVEL OF FORMALDEHYDE THAN THESE RESIDENCES THAT ARE TALKED ABOUT

16 IN YOUR NOTES THERE?

17 A.   EVEN AT THE HIGHEST LEVEL IN THE RESIDENCES OF 20 PARTS PER

18 BILLION, THE LOWEST VALUE FOR THE GULF STREAM TRAVEL TRAILER IS

19 16 TIMES THAT VALUE.

20 Q.   SO THE 320, IF THAT WAS THE GULF STREAM TRAILER, THAT WOULD

21 BE 16 TO 32 TIMES GREATER, RIGHT?

22 A.   RIGHT.

23 Q.   AND IF IT WAS THE HIGHER ONE, HOW MANY TIMES GREATER WOULD

24 THAT BE THAN THESE OTHER RESIDENCES THAT ARE IN YOUR NOTES THAT

25 HAVE 10 TO 20 PARTS PER BILLION?

1  A.   78.  39 TO 78.

2  Q.   SO THE NOTES THAT MR. WEINSTOCK ASKED YOU ABOUT IS 10 TO

3  20 PARTS PER BILLION, WE KNOW THAT A GULF STREAM TRAVEL TRAILER

4  WAS TESTED WITH SOMEWHERE BETWEEN 16 AND 32 AND PERHAPS 39 TO 78

5  TIMES THE FORMALDEHYDE IN THAT -- IN THOSE OTHER RESIDENCES?

6  A.   YES.

7  Q.   HE ASKED YOU ABOUT THE HUD STANDARD.  DO YOU REMEMBER THAT?

8  A.   YES.

9  Q.   LET ME JUST ASK YOU, THIS CAME INTO EVIDENCE YESTERDAY, HUD

10 HAS BEEN VERY ADAMANT WITH US THAT THEIR STANDARDS BEAR NO

11 ASSOCIATION TO RV TRAVEL TRAILERS.

12          DO YOU SEE THAT?

13 A.   YES, I DO.

14 Q.   THAT WAS AN E-MAIL SENT TO DAN SHEA.

15          DO YOU SEE THAT?

16 A.   YES.

17 Q.   DAN SHEA RUNS GULF STREAM, WHO HIRED THE LAWYER THAT ASKED

18 YOU ABOUT HUD STANDARDS, RIGHT?

19 A.   YES, HE DID.

20 Q.   OKAY.  NEXT, COUNSEL ASKED YOU ABOUT THIS LEMIEUX STUDY IN

21 THESE 53 LOUISIANA HOMES.  IN THE LEMIEUX STUDY --

22          MR. WEINSTOCK:  OBJECTION, YOUR HONOR.  WE COVERED

23 THIS --

24          MR. WATTS:  MAY WE APPROACH?

25          (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, A

1   CONFERENCE WAS HELD AT THE BENCH.)

2          MR. WEINSTOCK:  HE'S GOT AN HOUR ABOUT THE CARCINOGENIC

3   EFFECTS.  HE SAID HE HASN'T SEEN THE STUDY AND THAT'S WHY I

4   DIDN'T SHOW IT TO HIM.

5          MR. WATTS:  JUDGE, YOU ASKED HIM ABOUT THE STUDY.

6          MR. WEINSTOCK:  AND HE SAID HE HADN'T SEEN IT, SO I

7   DIDN'T ASK HIM.

8          MR. WATTS:  HE DIDN'T STOP IT THERE.  HE CROSS-EXAMINED

9   HIM ABOUT THE LEMIEUX STUDY.  I'M ENTITLED TO READ ONE THING OUT

10  OF THE LEMIEUX STUDY.  HE JUST CROSS-EXAMINED HIM.

11         THE COURT:  WHY DON'T YOU READ IT OUT LOUD.  YOU'RE

12  PUTTING STUFF UP HERE ABOUT CARCINOGENESIS.  THAT'S PART OF MY

13  RULING.

14             (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THE

15  BENCH CONFERENCE WAS CONCLUDED.)

16                            EXAMINATION

17  BY MR. WATTS:

18  Q.   ON THE FIRST PAGE OF THIS LEMIEUX STUDY THAT COUNSEL ASKED

19  YOU ABOUT, DID LEMIEUX WRITE, "THE PUBLIC CONCERN AND NOTORIETY

20  IN THE PAST HAS BEEN PRIMARILY WITH THE ACUTE HEALTH AND IRRITANT

21  EFFECTS OF FORMALDEHYDE"?

22  A.   YES, HE DID.

23  Q.   DID HE WRITE THAT "MORE RECENTLY, THE CONCERN IS ON CHRONIC

24  EXPOSURE AND THE POTENTIAL FOR CARCINOGENESIS"?

25  A.   YES, HE DID.

1  Q.   "AIRBORNE FORMALDEHYDE ACTS AS AN IRRITANT TO THE

2  CONJUNCTIVA AND THE UPPER AND LOWER RESPIRATORY TRACT.  SYMPTOMS

3  ARE TEMPORARY, AND DEPENDING UPON THE LEVEL AND LENGTH OF

4  EXPOSURE, MAY RANGE FROM A BURNING AND TINGLING SENSATION IN THE

5  EYES, NOSE, AND THROAT TO CHEST TIGHTNESS AND WHEEZING"?

6  A.   THAT'S WHAT HE WROTE.

7  Q.   AND AT THE END, DID LEMIEUX RECOMMEND THAT THESE HOMEOWNERS

8  NEEDED TO CONSIDER SEVERAL OPTIONS TO REDUCE THEIR INDOOR

9  FORMALDEHYDE LEVELS?

10  A.   MAY I READ THAT?

11  Q.   SURE.

12  A.   MAY I READ IT ALOUD?

13  Q.   JUST TELL ME WHAT IT MEANS.

14            THE COURT:  YOU CAN READ IT AND ANSWER HIS QUESTION.

15                           EXAMINATION

16  BY MR. WATTS:

17  Q.   DID HE SUGGEST THAT THESE HOMEOWNERS TAKE THE STEPS TO

18  REDUCE THEIR FORMALDEHYDE LEVELS?

19  A.   YES, HE DID.

20  Q.   DO YOU REMEMBER THE QUESTION, "WOOD DOESN'T KNOW HOW IT'S

21  GOING TO BE USED?"

22  A.   CORRECT.

23  Q.   DOES THE COMPANY THAT BUYS THE WOOD KNOW HOW THE WOOD IS

24  GOING TO BE USED?

25  A.   THEY KNOW EXACTLY HOW IT'S GOING TO BE USED AND FOR EXACTLY

1  WHAT PURPOSE IT'S GOING TO BE USED.

2  Q.   AND WITHOUT GOING THROUGH ALL OF THESE PICTURES AGAIN, DOES

3  THE COMPANY THAT BUYS THE WOOD KNOW THAT PEOPLE ARE GOING TO BE

4  SLEEPING ON BEDS MADE OUT OF FORMALDEHYDE-EMITTING WOOD PRODUCTS?

5  A.   YES, THEY DO.

6  Q.   DOES THE COMPANY THAT BUYS THE WOOD AND PUTS IT INTO THE

7  TRAILER KNOW THAT PEOPLE ARE GOING TO BE -- THEY'RE GOING TO BE

8  EATING OFF OF TABLES MADE OUT OF FORMALDEHYDE-EMITTING PRODUCTS?

9  A.   YES, THEY DO.

10  Q.   DO THEY KNOW THAT PEOPLE ARE GOING TO STORE THEIR FOOD

11  INSIDE OF CABINETS THAT ARE MADE OUT OF FORMALDEHYDE-EMITTING

12  PRODUCTS?

13  A.   THAT'S WHAT THE CABINETS ARE DESIGNED FOR.

14  Q.   DO THEY KNOW THAT PEOPLE ARE GOING TO STORE THEIR CLOTHES IN

15  CLOSETS THAT ARE MADE OUT OF FORMALDEHYDE-EMITTING PRODUCTS?

16       MR. WEINSTOCK:  YOUR HONOR, THESE ARE ALL LEADING

17  QUESTIONS.

18       THE WITNESS:  YES, THEY DO.

19       THE COURT:  LET'S NOT LEAD HIM ON REDIRECT.

20                      EXAMINATION

21  BY MR. WATTS:

22  Q.   WELL, LET ME JUST SEE IF WE CAN SHORT-CIRCUIT THIS.

23       DOES THE COMPANY THAT BUYS THE WOOD KNOW A LOT MORE

24  ABOUT HOW IT'S GOING TO BE USED THAN THE WOOD THAT, QUOTE,

25  DOESN'T KNOW HOW IT'S GOING TO BE USED?

1   A.   THE COMPANY THAT BUYS THE WOOD KNOWS MORE ABOUT HOW IT'S

2   GOING TO BE USED THAN ANYBODY ELSE BECAUSE THEY ARE BUYING IT FOR

3   A SPECIFIC PURPOSE AND A SPECIFIC APPLICATION.

4   Q.   NOW, COUNSEL ASKED YOU A QUESTION.  DO YOU REMEMBER THE HAND

5   THAT'S PULLING BACK THE WALL THERE IN THE BEDROOM, AND HE SAYS,

6   IF THE -- IF YOU GOT ALL OF THIS CONDENSATION, IF IT'S WET, IT'S

7   GOING TO STICK TO THE WALL, I THINK WAS HIS PHRASE.

8        DO YOU REMEMBER THAT QUESTION?

9   A.   YES.

10  Q.   NOW, LET ME JUST PUT UP A COUPLE OF PHOTOGRAPHS.

11       FIRST OF ALL, PSC-026117-27, IS THAT STICKING RIGHT

12  THERE?

13  A.   IT IS.

14  Q.   HOW ABOUT IMG-204, IS THAT STICKING RIGHT THERE?

15  A.   YES.  YOU CAN SEE THE INSULATION STICKING TO THE WALL.

16  Q.   IMG-203, YOU CAN SEE NOT ONLY THE INSULATION BUT THE STAIN

17  WHERE IT'S STICKING; CAN YOU NOT?

18  A.   YES.

19  Q.   I'M NOT A WOOD MAN, BUT DOES THAT LOOK WET TO YOU?

20  A.   THAT MIGHT ACTUALLY BE THE LITTLE RESIDUAL OF THE ADHESIVE.

21  Q.   OH, TO FOLLOW UP ON ANDY'S CHALLENGE TO YOU, IS IT STICKING

22  TO THE WALL?

23  A.   IT IS.

24  Q.   OKAY.  AND AS ANDY SAYS, IF IT'S WET, IT WILL STICK TO THE

25  WALL?

1    A.   IT HAS A POTENTIAL TO STICK TO THE WALL, DEPENDING ON HOW

2    WET THE WALL IS.

3    Q.   YEP.  OKAY.  NEXT ISSUE, THE ATSDR METHOD A AND METHOD B

4    DISCUSSION, DO YOU RECALL THAT?

5    A.   YES.

6    Q.   NOW, I WANT TO REFER YOU REAL QUICK TO PAGE 8.  REMEMBER THE

7    60 PERCENT DROP IN FORMALDEHYDE LEVELS THAT HE QUESTIONED YOU

8    ABOUT?  THIS METHOD A, THEY SET THE AIR-CONDITIONING ON AND LEFT

9    IT ON WITH THE BATHROOM STATIC VENTS OPEN, RIGHT?  YOU SEE THAT,

10   SIR?

11   A.   SURE.  JUST GIVE ME A MOMENT TO READ IT.

12        YES, THEY WERE NOT ONLY RUNNING THE AIR-CONDITIONING,

13   BUT THEY ALSO HAD THE BATHROOM VENT OPEN.

14   Q.   AND THEN B, THEY OPENED ALL THE WINDOWS, THE STATIC VENTS,

15   AND THE EXHAUST FAN VENT; IS THAT RIGHT?

16   A.   YES.

17   Q.   AND ANDY SAYS THAT THAT'S WHAT GOT THEM THE 60 TO 90 PERCENT

18   DROP BETWEEN THE LEFT SIDE OF HIS GRAPH UP HERE AND THE RIGHT

19   SIDE OF THE GRAPH OVER THERE.

20        DO YOU REMEMBER THAT?

21   A.   YES.

22   Q.   NOW, WHAT I NOTICED, THOUGH, WAS THE LEFT SIDE OF THE GRAPH

23   HAS A NUMBER ON IT.

24        WHAT DOES THAT SAY?

25   A.   IT LOOKS LIKE A DATE, SEPTEMBER 19TH.

1  Q.   AND THE RIGHT SIDE OF THE GRAPH HAS ANOTHER NUMBER ON IT.

2       WHAT DOES IT SAY?

3  A.   OCTOBER 7TH.

4  Q.   AND AS LUCK WOULD HAVE IT, TODAY IS SEPTEMBER 18TH, SO

5  TOMORROW IS THE 19TH.  HOW MANY DAYS ARE BETWEEN SEPTEMBER 19TH

6  AND OCTOBER 7TH TO GET THIS 60-PERCENT DROP THAT ANDY IS PROUD

7  OF?

8  A.   ABOUT 18 DAYS.

9  Q.   SO WITH VERSION A, IF YOU TURN THE AIR-CONDITIONER ON FOR

10 18 DAYS, YOU CAN REDUCE THE FORMALDEHYDE BY 60 PERCENT?

11 A.   THAT'S WHAT IT APPEARS TO INDICATE.

12 Q.   GOT YOU.

13      HE ASKED YOU A QUESTION ABOUT THIS GRADE STAMP?

14 A.   YES.

15 Q.   NOW, WE WENT THROUGH -- I THINK THE JURY WAS GOING TO SHOOT

16 ME IT TOOK SO LONG -- ALL OF THE DIFFERENT WOOD IN EXHIBIT B. YOU

17 PHOTOGRAPHED AND LOOKED AT EVERYTHING THAT YOU COULD LOOK AT; IS

18 THAT RIGHT?

19 A.   THAT'S RIGHT.  I WAS LIMITED TO A VISUAL INSPECTION.

20 Q.   AND EVERYTHING THAT YOU LOOKED AT, YOU SAW A GRAND TOTAL OF

21 ONE GRADE STAMP IN THIS ENTIRE TRAILER?

22 A.   CORRECT.

23 Q.   SPECIAL ORDERS.  ANDY SAID, ARE YOU AWARE, SIR, THAT THIS

24 WAS BEING USED IN AN EMERGENCY?

25      DO YOU REMEMBER THAT?

1    A.    YES.

2    Q.    IN FACT, THERE WAS A PREEXISTING CONTRACT.  HOW MANY MONTHS

3    WAS THIS TRAILER BUILT BEFORE KATRINA?

4    A.    THE ALEXANDER TRAILER -- I'M SORRY.  BEFORE

5    HURRICANE KATRINA?

6    Q.    SURE.  IT WAS BUILT IN 2004, RIGHT?

7    A.    NEARLY NINE MONTHS IN ADVANCE.

8    Q.    SO AT LEAST WITH RESPECT TO THE CHOICES OF WHETHER TO

9    SPECIAL ORDER THE STUFF WITHOUT FORMALDEHYDE, THEY CAN'T BLAME

10   THAT ON HURRICANE KATRINA?

11   A.    NO.

12   Q.    ANDY ASKED YOU SOMETHING ABOUT IGLOOS.  WHEN THE FEDERAL

13   GOVERNMENT TESTED THESE TRAILERS AND REACHED THE CONCLUSIONS THAT

14   WE'VE ALREADY TALKED ABOUT, DID THEY SAY THAT IGLOOS WERE GOING

15   TO BE THE SOLUTION?

16   A.    NO.

17   Q.    WHEN THE FEDERAL GOVERNMENT, THROUGH THE CENTERS FOR DISEASE

18   CONTROL, INVESTIGATED THIS ISSUE DOWN HERE IN LOUISIANA AND

19   MISSISSIPPI, DID THEY SAY, "WE CAN SOLVE THE PROBLEM BY MOVING

20   PEOPLE INTO IGLOOS"?

21   A.    NO.  THEY SAID, "WE COULD SOLVE THE PROBLEM BY MOVING PEOPLE

22   OUT OF THE TRAVEL TRAILERS."

23              MR. WATTS:  THOSE ARE ALL OF MY QUESTIONS.  THANK YOU.

24              THE COURT:  THANK YOU, SIR.  YOU CAN STEP DOWN.

25              MR. WEINSTOCK:  YOUR HONOR, IN CONJUNCTION WITH HIS

1    TESTIMONY, CAN WE OFFER 310.1 AND 310.2, HIS HANDWRITTEN NOTES?

2            THE COURT:  NO OBJECTION?  THAT'S 310.1 AND 310.2.  MAKE

3    SURE YOU TELL MS. RADOSTA THAT WHEN SHE COMES BACK.

4               (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS,

5    EXHIBIT NOS. 310.1 AND 310.2 WERE ADMITTED INTO EVIDENCE.)

6               THANK YOU, SIR.  YOU CAN STEP DOWN.

7               I HAVE 11:30 RIGHT NOW.  IS THERE A VERY SHORT

8    VIDEOTAPE OR ANYTHING WE CAN PLAY TODAY?

9         MR. WEINSTOCK:  I THOUGHT YOU WERE GOING TO SAY BRIEF,

10   YOUR HONOR.

11           THE COURT:  VIDEOTAPE, NOT BRIEF.

12           MR. WATTS:  WE DON'T HAVE ANYTHING THAT SHORT, JUDGE, IF

13   YOU WANT TO CUT EARLY AND START EARLY.

14           THE COURT:  LET'S GO AHEAD AND TAKE OUR LUNCH BREAK A

15   LITTLE BIT EARLIER TODAY AND PLAN ON RESUMING AT 12:40,

16   20 MINUTES TO 1.

17              (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THE JURY

18   PANEL LEAVES THE COURTROOM, AND THE COURT WAS IN LUNCHEON

19   RECESS.)

20                          *     *     *

21

22

23

24

25

1                          REPORTER'S CERTIFICATE

2

3          I, CATHY PEPPER, CERTIFIED REALTIME REPORTER, REGISTERED

4    MERIT REPORTER, REGISTERED PROFESSIONAL REPORTER, CERTIFIED COURT

5    REPORTER, OFFICIAL COURT REPORTER FOR THE UNITED STATES DISTRICT

6    COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY CERTIFY THAT THE

7    FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF MY

8    ABILITY AND UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN

9    THE ABOVE-ENTITLED AND NUMBERED MATTER.

10

11

12                              *S/CATHY PEPPER*_____

13                              CATHY PEPPER, CRR, RMR, CCR

14                              OFFICIAL COURT REPORTER

15                              UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25