UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER         MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION
                            SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

### PRETRIAL ORDER NO. 49

**IT IS ORDERED** that the undersigned's September 15, 2009 Order (Rec. Doc. 3324) is hereby **VACATED**. All parties must comply with Pre-trial Order No. 40 (Rec. Doc. 1781).

Accordingly, **IT IS FURTHER ORDERED** that all unmatched plaintiffs shall be matched with a specific manufacturing defendant **within 45 days of the date of the filing of the Complaint or, if the Complaint has already been filed/transferred to this Court, within 20 days of the entry of this Order**. These deadlines are subject to extension for good cause shown. Any motions requesting such extensions shall state whether or not they are opposed or unopposed and shall comply with Pretrial Order No. 10 (Rec. Doc. 301); otherwise they will be marked as "deficient" by the docket clerk.

NEW ORLEANS, LOUISIANA, this 8th day of December, 2009.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

1