AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| <u>GLORIA M DURHAM , ET AL.</u><br>Plaintiff<br>v.<br><u>ALLIANCE HOMES INC , ET AL.</u><br>Defendant | )<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 5:09–CV–01326–DEW–MLH

09 - 6636

### Summons in a Civil Action

To:
**U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE. 2200**
**LAFAYETTE, LA 70501–6832**

A lawsuit has been filed against you.

Within the time required by law*, normally 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

        **Law Offices of Sidney D Torres III**
        **8301 W Judge Perez Dr Ste 303**
        **Chalmette, LA 70043**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



           **TONY R. MOORE**

           CLERK

           /s/ – Tony R. Moore

    **ISSUED ON 2009–08–04 09:30:53.0 , Clerk USDC WDLA**

*(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on

**U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE. 2200**
**LAFAYETTE, LA 70501–6832** ,

by:_____

(1) personally delivering a copy of each to the individual at this place, _____

_____ or;

(2) leaving a copy of each at the individual's dwelling or usual place of abode with
_____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* See US mail, certified card
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: 12/9/09

_____
Server's signature

_____
Printed name and title

Law Offices of
**SIDNEY D. TORRES, III**
*A Professional Law Corporation*
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

_____
Server's address