AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## for the
### WESTERN DISTRICT OF LOUISIANA

GLORIA M DURHAM , ET AL. )
Plaintiff )
)
v. ) Civil Action No. 5:09–CV–01326–DEW–MLH
ALLIANCE HOMES INC , ET AL. )
Defendant )

09-66636

### Summons in a Civil Action

To  **Federal Emergency Management Agency**
**Through the Office of the Director**
**Administer of the Federal Management Agency**
**500 C Street S.W.**
**Washington, D.C. 20472**

A lawsuit has been filed against you.

Within the time required by law*, normally 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   **Law Offices of Sidney D Torres III**
   **8301 W Judge Perez Dr Ste 303**
   **Chalmette, LA 70043**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**TONY R. MOORE**

CLERK

/s/ – Tony R. Moore

**ISSUED ON 2009–08–04 09:30:53.0** , Clerk USDC WDLA

* *(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on
**Roberta L Burns ,**

by: _____

    (1) personally delivering a copy of each to the individual at this place, _____
_____ or;

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with
_____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* See US mail, certified card
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: 12/9/09 _____

_____
Server's signature

_____
Printed name and ~~title~~ SIDNEY D. TORRES, III

Law Offices of
A Professional Law Corp...
8301 W. Judge Perez ...
Chalme... ...

_____
Server's address



ENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Emergency Management Agency
Through the Office of the Director
Administrator of the FEMA
500 C Street S.W.
Washington, D.C. 20472

COMPLETE THIS SECTION ON DELIVERY

A. Signature  CRDS RECEIVING
X    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
SEP - 1 2009

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

Jonathan A. Ransom

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7009 0820 0000 5883 5483