UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                  SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Kolby Sean Hood, et al. v. Sunline Acquisition Company, LTD., et al.,*
No. 09-6891 (SD-MS No. 1:09-cv-00516)
**************************************************************************

ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the First Supplemental and

Amended Complaint for Damages.

THIS DONE the  8th  day of ___December___, 2009, New Orleans, Louisiana.

_____
JUDGE