# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                       **MDL NO. 1873**

**FORMALDEHYDE PRODUCTS**

**LIABILITY LITIGATION**

**SECTION "N" (4)**

**THIS DOCUMENT RELATES TO:**
*Kolby Sean Hood, et al. v. Sunline Acquisition Company, LTD., et al.,*
**No. 09-6891 (SD-MS No. 1:09-cv-00516)**
**********************************************************************************

### FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come  **Kolby Sean Hood**, *et al.*,

who supplement and amend their original Complaint for Damages ***Kolby Sean Hood, et al. v.***

***Sunline Acquisition Company, LTD., et al.,*** **No. 09-6891** (Rec. Doc. 1-2)  (*see also* SD-MS

No.1:09-cv-00516, Rec. Doc. 1) filed on July 30, 2009, and subsequently transferred to this

Court pursuant to Conditional Transfer Order entered on or about  October 23, 2009. Plaintiffs

seek to supplement and amend the original Complaint for Damages, as previously amended, to

add the named plaintiff(s) listed in Exhibit A, attached, and to reassert all claims against the

defendants named herein.

While no answer has been filed in the underlying matter, responsive pleadings in the

form of "Preservation of Defenses" may have been filed by one or more of the defendants.

Plaintiffs herein simply desire to file a First Supplemental and Amending Complaint for

Damages to include the additional parties plaintiff.  No undue prejudice will result in allowing

the attached First Supplemental and Amending Complaint for Damages to be filed since no trial

date has yet been scheduled.

Plaintiffs supplement and amend the original, underlying Complaint for Damages, as amended, in the following respects and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein.

1.

By supplementing **Section I.** (Parties), paragraph 2 of the Original Complaint for Damages by adding as parties plaintiff hereto the individuals who are all named in the annexed listing of all Named Plaintiffs (hereinafter, "Exhibit A").

WHEREFORE, plaintiffs respectfully supplement and amend the Original Complaint for Damages in the foregoing respects, they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:_____s/ Roberta L. Burns_____
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
***Counsel for plaintiffs***

2

**SERVICE OF PROCESS INFORMATION**

1. **The United States of America**
   Through the United States Attorney General,
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
   And
   Through the Office of the U.S. Attorney for the Eastern District of Louisiana
   Through Jim Letten, United States Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, Louisiana 70130

2. **Federal Emergency Management Agency**
   Through the Office of the Director
   Administrator of the Federal Emergency Management Agency
   500 C Street S.W.
   Washington, D.C. 20472

3. **Sunline Acquisition Company Ltd. d/b/a Sunline Coach Company**
   Through its Agent for Service of Process
   245 S Muddy Creek Rd.
   Denver, PA 17517-9638

4. **Bechtel National, Inc**.
   Through its Counsel of Record
   Peter Tafaro
   Frilot, LLC
   1100 Poydras Street, Suite 3700
   New Orleans, LA  70163

3