UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                        MDL NO. 1873

**FORMALDEHYDE PRODUCTS**

**LIABILITY LITIGATION**

SECTION "N" (4)

**THIS DOCUMENT RELATES TO:**
*Cheryl Andrews, et al. v. Gulf Stream Coach, Inc., et al.,*
**No. 09-6894 (SD-MS No. 1:09-cv-00518)**
**************************************************************************

### ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the First Supplemental and Amended Complaint for Damages.

THIS DONE the 8th day of December, 2009, New Orleans, Louisiana.

_____
JUDGE