IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LINDA BUCKLEY, ET AL<br>    Plaintiffs | : | CIVIL ACTION NO. 09-4785 |
| v. | : | SECTION N. MAG. 5 |
| AMERICAN CAMPER MANUFACTURING,<br>LLC, ET AL,<br>    Defendants. | | |

## ORDER TO DISMISS PARTY PLAINTIFF

Considering the above and foregoing:

IT IS ORDERED that Ora Lee Weber be and she is hereby dismissed as a party plaintiff from the above-captioned matter.

New Orleans, Louisiana, this __8th__ day of __December__, 2009.

**IT IS FURTHER ORDERED** that the case caption on any future filings should comply with Pretrial Order No. 1, Paragraph 8 (Rec. Doc. 5).

_____
**UNITED STATES DISTRICT JUDGE**