UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering Defendant United States of America's Unopposed *Ex Parte* Motion to substitute Henry T. Miller, Senior Trial Counsel, United States Department of Justice, for Janice Williams-Jones, Senior Trial Counsel, Federal Emergency Management Agency, as one of the Government's Representative on the Summary Jury Trial Working Group, and good cause having been show,

**IT IS HEREBY ORDERED** that the Motion is granted and Henry T. Miller, Senior Trial Attorney, United States Department of Justice is hereby appointed and replaces Janice Williams-Jones as one of the Government Representatives on the Summary Jury Trial Working Group.

**DONE AND SIGNED** this ___8th___ day of ___December___, 2009

_____
HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA