AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| JOSEPH AND MARY ANN KLEIN<br>*Plaintiff*<br>v.<br>JACQUET CONSTRUCTION SERVICES, LLC<br>*Defendant, Third-party plaintiff*<br>v.<br>MAD DAWG, INC. OF NORTH CAROLINA<br>*Third-party defendant* | Civil Action No. 09-6217 |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   MAD DAWG, INC. OF NORTH CAROLINA
Through its registered agent for service of process:
Jake Airey
303 S. Military Road
Slidell, LA 70461

    A lawsuit has been filed against defendant __Jacquet Construction__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Joseph and Mary Klein__.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
John A. Stewart, Jr.
Hulse & Wanek
1010 Common Street, Suite 2800 New Orleans, LA 70112

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jonathan B. Andry
The Andry Law Firm
610 Baronne Street, New Orleans, LA 70113

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: __12/09/2009__

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*