UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEAM TRAILER | * | MDL NO.: 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | JUDGE: KURT D. ENGELHARDT |
| This Document Relates to: | * | |
| THIRD SUPPLEMENTAL AND | * | |
| AMENDED ADMINISTRATIVE | * | MAG. JUDGE: ALMA L. CHASEZ |
| MASTER COMPLAINT | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADINGS TO THE THIRD SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come the Contractor Defendants, who respectfully requests this Honorable Court to extend the deadline to file responsive pleadings to the Third Supplemental and Amended Administrative Master Complaint filed on October 2, 2009 (Rec. Doc. 4486), until sixty (60) days after service of the Fourth Supplemental and Amended Administrative Master Complaint filed on November 20, 2009 (Rec. Doc. 7688).

Plaintiff Liaison Counsel, Gerald Meunier, has been contacted and concurs with the request for extension of the deadline.

Respectfully submitted,

**FRILOT L.L.C.**

*/s/ Peter R. Tafaro*
**JOHN J. HAINKEL, III – 18246**
**ANGELA M. BOWLIN – 20714**
**SHERI S. FAUST – 26283**
**JAMES H. BROWN, JR. – 3564**
**JOHN CAZALE – 27991**
**PETER R. TAFARO - 28776**
**ANDREW M. MAESTRI – 30606**
3700 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3700
T: (504) 599-8000; F: (504) 599-8100

**Counsel for Defendant: Bechtel National, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December, 2009, a copy of the foregoing Unopposed Motion to Extend Deadlines to File Responsive Pleadings to the Third Supplemental and Amended Administrative Master Complaint was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

*/s/ Peter R. Tafaro*