AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

RETURN

| | | |
|---|---|---|
| Wendell Matthews | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.   09-6206 |
| Gulf Stream Coach, Inc., et al | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Federal Emergency Management Agency
Craig Fugate, FEMA Director
500 C Street, SW
Washington, DC   20472

A lawsuit has been filed against you.

Within ~~20~~ 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Justin I Woods - Gainsburgh, Benjamin, David Meunier & Warshauer
1100 Poydras, Ste. 2800, New Orleans, LA   70130   (504)522-2304

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Loretta G. Whyte

Name of clerk of court

*B. Gregory*

Date: _____

**Nov 05 2009**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

71791000164500127171

**2. Article Number**

71791000164500127171

1. Article Addressed to:

**Federal Emergency Management Agency (FEMA)
through Craig Fugate, Director
500 C Street SW
Washington, DC,  20472**

Code: Wendell Matthews
Code2: JIW
File: 07-5980

**A. Signature**

X ☐ Agent ☐ Addressee

**B. Received by** *(Printed Name)*     **C. Date of Delivery**

**D.** Is delivery address different from item 1?   ☐ Yes
If YES enter delivery address below:   ☐ No

**3. Service Type**     ☒ Certified

**4. Restricted Delivery?** *(Extra Fee)*   ☐ Yes

PS Form 3811                         Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163**