# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Wendell Matthews | ) | **RETURN** |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 09-6206 |
| Gulf Stream Coach, Inc., et al | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*
   Gulf Stream Coach, Inc., Through its agent for
   service: Kenneth C. Brinker
   503 South Oakland
   Nappanee, IN  46550

A lawsuit has been filed against you.

Within ___20___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Justin I Woods - Gainsburgh, Benjamin, David Meunier & Warshauer
1100 Poydras, Ste. 2800, New Orleans, LA   70130   (504)522-2304

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: ___Nov 05 2009___   B. Gregory
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 71791000164500127218 | A. Signature: X _Chester Myrick_ ☐ Agent ☐ Addressee <br> B. Received by (Printed Name): <br> C. Date of Delivery: 11-16-09 |
| 1. Article Addressed to: <br><br> Gulf Stream Coach, Inc. <br> Through its Agent for Service <br> Kenneth C. Brinker <br> 503 South Oakland <br> Nappanee, IN 46550 | D. Is delivery address different from item 1? ☐ Yes <br> If YES enter delivery address below: ☐ No |
| | 3. Service Type  ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |

Code: Wendell Matthews
Code2: JIW
File: 07-5980

PS Form 3811         Domestic Return Receipt

UNITED STATES POSTAL SERVICE    NAPPANEE IN 465
16 NOV 2009 PM 1 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163