# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana


RETURN

| Wendell Matthews | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 09-6206 |
| Gulf Stream Coach, Inc., et al | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*
United States of America - EDLA

Through James Letten, U.S. Attorney
500 Poydras St., Suite B210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within ~~20~~ 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Justin I Woods - Gainsburgh, Benjamin, David Meunier & Warshauer
1100 Poydras, Ste. 2800, New Orleans, LA  70130   (504)522-2304

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Date: Nov 05 2009

Name of clerk of court
B. Gregory
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>7179 1000 1645 0012 7195 | A. Signature<br>X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>[illegible] white   11-16-09 |
| 1. Article Addressed to:<br><br>**United States of America<br>through James Letten, U.S. Attorney for EDLA<br>500 Poydras St., Suite B210<br>New Orleans, LA 70130**<br><br>Code: Wendell Matthews<br>Code2: JIW<br>File: 07-5980 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES enter delivery address below:    ☐ No<br><br>3. Service Type    ☒ Certified<br><br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |

PS Form 3811                                Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163**