AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

**RETURN**

Joseph Gilmore, Sr., et al )
_____ )
*Plaintiff* )
v. ) Civil Action No. 09-6586 "N"(5)
Cavalier Home Builders, LLC, et al )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cavalier Home Builders, LLC d/b/a Cavalier Homes, Inc.
Through its Registered Agent for Service of Process:
The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jonathan B. Andry
610 Baronne Street
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT     Loretta G. Whyte

Date:   Nov 05 2009                        B. Gregory
_____          _____
                                    *Signature of Clerk or Deputy Clerk*

☐ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Cavalier Home Builders by: LLC, d/b/a Cavalier Homes, Inc., by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) Certified mail to Registered Agent dated December 4, 2009, Article # 7007 1490 0000 5218 3353, Received by The Corporation Company on December 7, 2009.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: December 10, 2009

_____
Server's signature

Jonathan B. Andry, Attorney for Plaintiffs
Printed name and title

610 Baronne Street, New Orleans, LA 70113
Server's address

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X The Corporation Company ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): The Corporation Company  C. Date of Delivery: 12/7/09 |
| 1. Article Addressed to:<br>Cavalier Home Builders, LLC<br>d/b/a Cavalier Homes, Inc.<br>Through its Registered Agent<br>The Corporation Company<br>2000 Interstate Park Drive<br>Suite 204<br>Montgomery, AL 36109 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0000 5218 3353 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540