*Eric Bond, et al v. Thor California, Inc., doing business as Thor Manufacturing*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Crain, individually and as mother and next of friend of A.W., D.W., I.W., and K.C. | Zaneta | N. | 2645 Roberts Avenue | Gulfport | MS | 39501 |
| 1 | Curry | Donald | Roosevelt | 3011 Brazil Street | Pascagoula | MS | 39581 |
| 2 | Curry | Melba | Elaine | 3011 Brazil Street | Pascagoula | MS | 39581 |
| 3 | Drummond | LeErnest | | 4913 Midway Street | Ocean Springs | MS | 39564 |
| 4 | Drummond, individually and as mother and next of friend of A.H. and J.D. | Melody | | 4913 Midway Street | Ocean Springs | MS | 39564 |
| 5 | Evans | Kenneth | Tyrone | 2209 Minor Avenue | Pascagoula | MS | 39567 |
| 6 | Floyd | James | | 2712 Bartlett Avenue, # C-1 | Pascagoula | MS | 39567 |
| 7 | Forehand | Lonnie | Lee | 13201 Head Start Road | Vancleave | MS | 39565 |
| 8 | Jackson, Sr., individually and as father and next of friend of D.J., D.W., and M.J. | Marcus | Carnell | 4518 Third Street | Moss Point | MS | 39563 |
| 9 | Polk, individually and as mother and next of friend of M.S.W. | Vanessa | Earl | 4817 Robinhood Drive | Pascagoula | MS | 39581 |
| 10 | Torrey | Demetria | R. | 2712 Bartlett Avenue, #C-1 | Pascagoula | MS | 39567 |
| 11 | Washington, individually and as mother and next of friend of T.W., T.W., and T.M.W. | Trophonia | Alateshea | 5201 Monaco Lake Drive, Apt. #A-1 | Pascagoula | MS | 39581 |