*Eric Bond, et al v. Thor California, Inc., doing business as Thor Manufacturing*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Williams | Benjamin | Paul | 2604 Windy Point Court | Little Elm | TX | 75068 |