*Lelama Alexander, et al v. Destiny Industries, LLC*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Brown | Deshawn | Trayvon | 3818 Andrew Street | Moss Point | MS | 39563 |
| 2 | Fryer | Robin | Michelle | Post Office Box 8195 | Biloxi | MS | 39535 |
| 3 | Iturralde, individually and as mother and next of friend of E.A., J.A., and M.E. | Hilda | Miriam | 2101 Ladnier Road, Lot #26 | Gautier | MS | 39553 |
| 4 | Massey, individually and as mother and next of friend of A.M., C.M., T.M., and T.T. | Danielle | | 5234 Little John Street | Pascagoula | MS | 39581 |