*Lelama Alexander, et al v. Destiny Industries, LLC*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Burnham | Ronald | Charles | 2800 19th Avenue, Lot 65 | Gulfport | MS | 39501 |