*Estella Adkins, et al v. Morgan Building Spas, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Adkins | Estella | | Post Office Box 12 | Pascagoula | MS | 39568 |
| 2 | Berry | Tony | | Post Office Box 624 | Escatawpa | MS | 39552 |
| 3 | Freeman, individually and as father and next of friend of B.F. and R.F. | Robert | Lee | 3755 Timber Crest Drive | Jackson | MS | 39212 |
| 4 | Hall | Sherman | | Post Office Box 1503 | Lucedale | MS | 39452 |
| 5 | Harris | Wanda | | Post Office Box 7397 | Gulfport | MS | 39506 |
| 6 | Johnson | Darren | | 2210 Martin Street | Pascagoula | MS | 39581 |
| 7 | Lennon, individually and as guardian and next of friend of J.L. | Maria | R. | 1501 Popps Ferry Road, Lot #X | Biloxi | MS | 39532 |
| 8 | McEwen | Audrey | | 1502 School Avenue | Pascagoula | MS | 39567 |
| 9 | Smith | Annie | Liza | 2418 Camino Grande Street | Gautier | MS | 39553 |
| 10 | Watson | Johnson | R. | 2210 Martin Street | Pascagoula | MS | 39581 |
| 11 | Williams | Mary | E. | 2418 Comino Grande Street | Gautier | MS | 39553 |
| 12 | Wilson | James | A. | Post Office Box 769 | Escatawpa | MS | 39552 |
| 13 | Wilson | Lois | | Post Office Box 769 | Escatawpa | MS | 39552 |