*Estella Adkins, et al v. Morgan Building Spas, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Berry-Thomas | Mary | | 132 Scruggs Road | Lucedale | MS | 39452 |