*Rose Barnes, et al v. Recreation by Design, LLC*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Barnes | Rose | | 27310 Highway 67 | Saucier | MS | 39574 |
| 2 | Marsh | Catherine | Denise | 1523 34th Avenue | Gulfport | MS | 39501 |
| 3 | May, individually and as mother and next of friend of D.M. | Barbara | J. | 536 Orgon Drive, Apartment 1 | Gulfport | MS | 39507 |
| 4 | Payton | Ida | Ree | 5746 Eastwood Drive | Moss Point | MS | 39563 |
| 5 | Whittle, Sr. | Louis | C. | Post Office Box 4052 | Gulfport | MS | 39501 |

*Exhibit A-1*
*Page 1 of 1*