*Rose Barnes, et al v. Recreation by Design, LLC*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Nash | Princess | Tiajuana | 4018 Sue Ellen Street | Moss Point | MS | 39563 |
| 2 | Ross, individually and as guardian and next of friend of P.L.N. | Rosalyn | Pearis | 1304 Convent Avenue | Pascagoula | MS | 39581 |