*Carl W. Beaugez, Jr., et al v. R-Vision, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Griffith | James | Lee | 10517 Jim Ramsey Road | Ocean Springs | MS | 39565 |
| 2 | Jones, mother and next of friend of C.J. | Deneshia | Shunta | 4509 Dunham Street | Pascagoula | MS | 39567 |
| 3 | Jones, mother and next of friend of T.J. | Deneshia | Shunta | 4509 Dunham Street | Pascagoula | MS | 39567 |
| 4 | Lawrence | Edith | Mae | 208 Marais Street, # E | New Orleans | LA | 70112 |
| 5 | Moore, individually and as mother and next of friend of J.M. | Marilyn | L. | 2011 14th Street | Pascagoula | MS | 39567 |
| 6 | Nettles | Helen | R. | 4313 Charles Street | Moss Point | MS | 39563 |
| 7 | Nettles | Michael | Anthony | 5220 Elder Street | Moss Point | MS | 39563 |