*Carl W. Beaugez, Jr., et al v. R-Vision, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Combs | Christine | | 624 Roy Street, Apt. B | Biloxi | MS | 39531 |