*Letisha Biggs, et al v. Jayco, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Burns | Frederick | | 334 Fayard Street | Biloxi | MS | 39530 |
| 2 | Childs | James | W. | 6142 East Itawamba Street | Bay St. Louis | MS | 39520 |
| 3 | Conder | Robert | | 2602 Hester Street | Pascagoula | MS | 39581 |
| 4 | Cox | Terrance | A. | 3408 Chicago Avenue | Pascagoula | MS | 39581 |
| 5 | Davis | Lessie | | 2602 Hester Street | Pascagoula | MS | 39581 |
| 6 | Evans | Harrietta | C. | 3630 Mayo Avenue | Moss Point | MS | 39563 |
| 7 | Evans | Kendra | Nicole | 1761 Old Leland Road | Greenville | MS | 38703 |
| 8 | Griffin-Hubbard | Robin | | 321 Rodenberg Avenue, Apt. 1 | Biloxi | MS | 39531 |
| 9 | Harris, mother and next of friend of B.L. | Sandra | | 607 Amar Street | Waveland | MS | 39576 |
| 10 | Hubbard | Astin | M. | 321 Rodenberg Avenue, Apt. 1 | Biloxi | MS | 39531 |
| 11 | Jones | Debra | | 6412 Fernando Street | Moss Point | MS | 39563 |
| 12 | Kelly | Melinda | | 3416 Chicot Street, Apartment 25 | Pascagoula | MS | 39581 |
| 13 | Kimble, individually and as mother and next of friend of R.K., R.K., and R.J.K. | Tijuana | Leigh | 3408 Chicago Avenue | Pascagoula | MS | 39581 |
| 14 | Kimbley | Charles | Edward | 3408 Chicago Avenue | Pascagoula | MS | 39581 |
| 15 | Knox | Steven | Welesly | 3408 Chicago Avenue | Pascagoula | MS | 39581 |
| 16 | Murray | Elvin | | Post Office Box 830 | Biloxi | MS | 39533 |
| 17 | Nettles, mother and next of friend of T.J.C. | Sharon | | 4206 North Fair Street | Pascagoula | MS | 39567 |
| 18 | Robbins, individually and as mother and next of friend of J.R.G., J.G.and J.G. | Carolyn | Denise | 4811 Bel Meade Circle | Pascagoula | MS | 39581 |
| 19 | Smith | Shelby | | 506 Morgan Avenue | Pascagoula | MS | 39567 |
| 20 | Spurr | Sherry | A. | 4706 Oneida Avenue | Pascagoula | MS | 39581 |
| 21 | Talley | Ola | Mae | 4706 Oneida Avenue | Pascagoula | MS | 39581 |
| 22 | Thompson | Carolyn | | 3607 Rollings Avenue | Moss Point | MS | 39563 |
| 23 | Tolar, individually and as mother and next of friend of S.T. | Jenny | L. | 3414 Shortcut Road, Apt. 33 | Pascagoula | MS | 39581 |
| 24 | Van Peski, individually and as guardian and next of friend of H.H. | Cynthia | Y. | 6142 East Itawamba Street | Bay St. Louis | MS | 39520 |
| 25 | Van Peski | Kevin | J. | 6142 East Itawamba Street | Bay St. Louis | MS | 39520 |
| 26 | Worbington | Alice | Faye | P.O. Box 922 | Ocean Springs | MS | 39566 |