*Letisha Biggs, et al v. Jayco, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Davison | Tracey | Evette | 1223 School Street | Pascagoula | MS | 39567 |