UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (4) |
| | * | |
| | * | |
| This Document relates to: | * | JUDGE ENGELHARDT |
| *Paul Fountain, et al v.* | * | |
| *United States of America, et al* | * | |
| No. 09-03622 | * | |
| | * | MAG. JUDGE CHASEZ |

*************************************************************************

## MOTION TO AMEND COMPLAINT

NOW INTO COURT, through undersigned counsel, come plaintiffs, Paul Fountain, Joan Fountain Captain, Jessica Landry and Charles Ray Fountain, who move this Honorable Court for an Order, allowing the amendment of the complaint in this matter. This amendment is sought to add a party, who should be before this Court when the matter is tried.

1.

Fluor Enterprises, Inc. was involved in the transportation and set up of the temporary housing unit that is the subject of this litigation.

2.

In order to make necessary and proper allegations against Fluor Enterprises, Inc., which is not now a party to this litigation, it is necessary to add Fluor Enterprises, Inc. as a party defendant.

3.

The interest of justice would be served by allowing this amendment as it would allow the plaintiffs to proceed against all appropriate parties.

WHEREFORE, plaintiffs pray for an Order from this Honorable Court allowing the filing of the attached Second Amending and Supplemental Complaint For Damages.

Respectfully submitted:

Simien & Simien, L.L.C.
Attorneys and Counselors at Law
7908 Wrenwood Blvd.
Baton Rouge, Louisiana 70809
Telephone:   (225) 932-9221
Fax:            (225) 932-9286

*/s/ Eulis Simien, Jr.*

By:   Eulis Simien, Jr., Bar # 12077

## CERTIFICATE OF SERVICE

I hereby certify that on December 10th 2009, I presented the Motion To Amend Complaint for filing and uploading to the CM/ECF system which will send notification of such filing to all known counsel of record.

Done this 10th day of December 2009 at Baton Rouge, Louisiana.

*/s/ Eulis Simien, Jr.*

**EULIS SIMIEN, JR.**