AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Louisiana

| | | |
|---|---|---|
| SHIRLEY THOMPSON, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 09 - 4966 |
| CRUM & FORSTER SPECIALTY, ET AL. | ) | |
| *Defendant* | ) | |
| | ) | |

## SUMMONS IN A CIVIL ACTION

**SECT. N MAG. 5**

To: *(Defendant's name and address)*  Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Loretta G. Whyte

Date: _____

**Aug 12 2009**

Signature of Clerk or Deputy Clerk

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature RDS RECEIVING

X ............................ ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery
                    OCT 7 2009

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

Jonathan Ransom

1. Article Addressed to:

FEMA
Craig Fugate, Director
500 C Street SW
Washington DC 20472

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)

7009 0960 0001 0043 8799

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans,  70163-2800

09-4966   Shirley Thompson