AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Leo Sherman )<br><br>_Plaintiff_ )<br>)<br>v. )<br>)<br>Keystone Industries, Inc,, et al )<br>)<br>_Defendant_ ) | Civil Action No. 09-5993 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Keystone Industries, Inc,
> through its agent for service,
> David G, Thomas
> 2642 Hackberry Drive
> Goshen, IN  46528

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Justin I Woods, Esq.
> Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
> 2800 Energy Centre, 1100 Poydras Street
> New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Oct 01 2009__

_B. Gregory_
Deputy clerk's signature

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Keystone RV Co.
    David G. Thomas
    2642 Hackberry Dr
    Goshen IN 46526

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Alice Gaines       ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Alice Gaines
C. Date of Delivery: 10-13-09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 1680 0001 8683 9859

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-5993 Lee Sherman