AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

BERT SUTTON, ET AL. )
        *Plaintiff* )
v. ) Civil Action No. **09-4950**
SUNLINE ACQUISITION CO. LTD, ET AL )
        *Defendant* )

**SECT. N MAG. 5**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Sunline Acquisition Company LTD
d/b/a Sunline Coach Company
Through its Agent for Service of Process
245 S. Muddy Creek Road
Denver, PA 17517-9638

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Loretta G. Whyte

Date: _____

Aug 12 2009

_____
Signature of Clerk or Deputy Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
SING R.

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

OCT 15 20__

1. Article Addressed to:

   Sunlea Acquisitions
   Joseph Bucara, Pres.
   P.O. Box 6345
   Wyomissing PA 19610-06

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7009 1680 0001 8684 2439

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE
READING PA 195

15 OCT 2009 PM 1 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box

   Justin I. Woods
   Gainsburgh, Benjamin, David,
   Meunier & Warshauer, L.L.C.
   2800 Energy Centre, 1100 Poydras
   New Orleans, La. 70163-2800

09-4950  Bert Sutton