AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Beverly Martin, et al | ) |
| *Plaintiff* | ) ) |
| v. | ) |
| Sunray RV, LLC, et al | ) ) |
| *Defendant* | ) ) |

Civil Action No.  09-6003

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Federal Emergency Management Agency (FEMA)
through Craig Fugate, Director
500 C Street SW
Washington DC 20472

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

Date: ___Oct 01 2009___

*B. Gregory*
*Deputy clerk's signature*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature **CRDS RECEIVING**<br>X ☐ Agent ☐ Address<br>B. Received by ( Printed Name )   C. Date of Deliv<br>**OCT 13 2009** |
| 1. Article Addressed to:<br><br>FEMA<br>Craig Fugate<br>500 C. Street, SW<br>Washington DC<br>20472 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>*Jonathan A. Ransom*<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchand<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 0960 0001 0043 9291 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2600 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-6003 Bev Martin