UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Cases 09-7271, 09-7272, and
09-7286

## PRETRIAL ORDER NO. 50

Filing an Amended Complaint that is unmatched will not restart the deadline for matching found in Pretrial Order No. 40 and subsequent orders. Such Amended unmatched Complaints were filed in the above-referenced member cases. Accordingly, **IT IS ORDERED** that these Amended Complaints are hereby **STRICKEN** from the record and **CLOSED**. Such Amended Complaints may be re-filed when properly matched.

NEW ORLEANS, LOUISIANA, this 9th day of December, 2009.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

1