UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                  MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION
                                                     SECTION "N" (5)
THIS DOCUMENT RELATES TO
Member Cases 09-7293, 09-7304,
09-7279 & 09-7280

### PRETRIAL ORDER NO. 51

The above-referenced member cases contain Amended Complaints that refer to cases that have not yet been transferred to this Court; thus, to that extent, such references are made prematurely. Accordingly,

**IT IS ORDERED** that, within 30 days from the entry of this Order, the filing attorney shall have those cases transferred here (by filing an amended attachment to the Amended Complaint). Otherwise, this Court will strike from the Amended Complaints the references to those cases that have not been transferred here by this deadline.

NEW ORLEANS, LOUISIANA, this 9th day of December, 2009.

                                          _____
                                          KURT D. ENGELHARDT
                                          UNITED STATES DISTRICT JUDGE

1