UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                                    SECTION "N" (4)
THIS DOCUMENT RELATES TO:
*Brian J. Perera, et al. v. Coachmen Industries, Inc., et al.*,
**No. 09-6146 (ND-AL No. 2:09-cv-01424)**
****************************************************************************

ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the First Supplemental and Amended Complaint for Damages.

THIS DONE the 9th day of December, 2009, New Orleans, Louisiana.

_____
JUDGE