UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                   SECTION "N" (4)

**THIS DOCUMENT RELATES TO:**
*Lester Adams, et al. v. Fleetwood Canada, LTD., et al.,*
No. 09-4669
*****************************************************************************

**ORDER**

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the First Supplemental and Amended Complaint for Damages.

THIS DONE the 9th day of December, 2009, New Orleans, Louisiana.

_____
JUDGE