## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                   MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Lester Adams, et al. v. Fleetwood Canada, LTD., et al.,*
No. 09-4669
**********************************************************************************

### FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come **Lester Adams**, *et al.*, who supplement and amend their original Complaint for Damages *Lester Adams, et al. v. Fleetwood Canada, LTD., et al.,* **No. 09-4669** (Rec. Doc. 1). Plaintiffs seek to supplement and amend the original Complaint for Damages to add the named plaintiff(s) listed in Exhibit A, attached, add additional insurers for the Fleetwood defendants, and to reassert all claims against the defendants named herein.

While no answer has been filed in the underlying matter, responsive pleadings in the form of "Preservation of Defenses" may have been filed by one or more of the defendants. Plaintiffs herein simply desire to file a First Supplemental and Amending Complaint for Damages to include the additional parties plaintiff and defendant.  No undue prejudice will result in allowing the attached First Supplemental and Amending Complaint for Damages to be filed since no trial date has yet been scheduled.

1

Plaintiffs supplement and amend the original, underlying Complaint for Damages in the following respects and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein.

1.

By supplementing **Section I.** (Parties), paragraph 2 of the Original Complaint for Damages by adding as parties plaintiff hereto the individuals who are all named in the annexed listing of all Named Plaintiffs (hereinafter, "Exhibit A").

2.

By supplementing **Section I.** (Parties), paragraph 8 of the Original Complaint for Damages by adding as parties defendant the following additional insurers for the Fleetwood defendants:

"8. (A) Defendant **American International Group** is, upon information and belief, a foreign insurance corporation licensed to do and doing business in the State of Louisiana, at all times relevant herein, had in force and effect a policy or policies of commercial general liability insurance and/or Pollution Legal Liability and/or Excess Liability providing coverage to unnamed, bankrupt defendants **Fleetwood Canada, Ltd., Fleetwood Enterprises, Inc., Fleetwood Homes of North Carolina, Inc., Fleetwood Homes of Georgia, Inc., Fleetwood Travel Trailers of Maryland, Inc.** (collectively, "Fleetwood") for the risks involved in the incident sued upon herein, including coverage for these defendants, and by the terms of which said defendant insurer is liable to Louisiana plaintiffs and may be sued under the Louisiana Direct Action Statute, La. R.S. 22:1269."

"8. (B) Defendant **Starr Excess Liability Insurance Company, Ltd.** is, upon information and belief, a foreign insurance corporation licensed to do and doing business in the

State of Louisiana, which, at all times relevant herein, had in force and effect a policy or policies of commercial general liability insurance providing coverage to unnamed, bankrupt defendant Fleetwood for the risks involved in the incident sued upon herein, including coverage for named defendants, and by the terms of which said defendant insurer is liable to Louisiana plaintiffs and may be sued under the Louisiana Direct Action Statute, La. R.S. 22:1269."

3.

By amending the Original Complaint for Damages to substitute "La. R.S. 22:1269" for each and every occurrence of "La. R.S. 22:655".

4.

By supplementing and amending **Section III.** (Facts and General Allegations), Count 2, paragraph 95 of the Original Complaint for Damages to read as follows:

"95.   Plaintiffs aver that the defendant **American International Group** had in full force and effect policies of liability insurance affording coverage to the Manufacturing Defendant  Fleetwood with respect to the matters, risks and things for which this defendant is liable herein, thereby affording Louisiana plaintiffs the right to proceed against this defendant Insurer under the provisions of the Louisiana Direct Action Statute, La. R.S.  22:1269."

"95. (A)   Plaintiffs aver that the defendant **American International Specialty Lines** had in full force and effect policies of liability insurance affording coverage to the Manufacturing Defendant Fleetwood with respect to the matters, risks and things for which this defendant is liable herein, thereby affording Louisiana

3

plaintiffs the right to proceed against this defendant Insurer under the provisions of the Louisiana Direct Action Statute, La. R.S. 22:1269."

"95. (B)     Plaintiffs aver that the defendant **Gibraltar Insurance Co.** had in full force and effect policies of liability insurance affording coverage to the Manufacturing Defendant Fleetwood with respect to the matters, risks and things for which this defendant is liable herein, thereby affording Louisiana plaintiffs the right to proceed against this defendant Insurer under the provisions of the Louisiana Direct Action Statute, La. R.S.  22:1269."

"95 (C)     Plaintiffs aver that the defendant **Starr Excess Liability Insurance Company, Ltd.** had in full force and effect policies of liability insurance affording coverage to the Manufacturing Defendant Fleetwood with respect to the matters, risks and things for which this defendant is liable herein, thereby affording Louisiana plaintiffs the right to proceed against this defendant Insurer under the provisions of the Louisiana Direct Action Statute, La. R.S. 22:1269."

WHEREFORE, plaintiffs respectfully supplement and amend the Original Complaint for Damages in the foregoing respects, they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:_____s/ Roberta L. Burns_____
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907

4

8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
**_Counsel for plaintiffs_**

**SERVICE OF PROCESS INFORMATION**

1. **The United States of America**
   Through the United States Attorney General,
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
   And
   Through the Office of the U.S. Attorney for the Eastern District of Louisiana
   Through Jim Letten, United States Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, Louisiana 70130

2. **Federal Emergency Management Agency**
   Through the Office of the Director
   Administrator of the Federal Emergency Management Agency
   500 C Street S.W.
   Washington, D.C. 20472

3. **American International Specialty Lines**
   Through the Louisiana Secretary of State
   Legal Services Section
   Post Office Box 94125
   Baton Rouge, Louisiana 70804-9125

4. **American International Group**
   Through it Agent For Service of Process
   The Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, Louisiana 70809

5. **Gibraltar Insurance Co.**
   Through the Louisiana Secretary of State
   Legal Services Section
   Post Office Box 94125
   Baton Rouge, Louisiana 70804-9125

6. **Starr Excess Liability Insurance Company, Ltd.**
   Through the Louisiana Secretary of State
   Legal Services Section
   Post Office Box 94125
   Baton Rouge, Louisiana 70804-9125

and
Through its Chief Executive Officer
175 Water Street, 19th Floor
New York, New York 10038

7.  **Shaw Environmental, Inc.**
    Through its Counsel of Record
    Karen Whitfield
    Baker Donelson, Bearman, Caldwell & Berkowitz, PC
    201 St. Charles Avenue, Suite 3600
    New Orleans, LA 70170

8.  **Fluor Enterprises, Inc.**
    Through its Counsel of Record
    Charles Penot
    Middleberg Riddle and Gianna
    KPMG Centre
    Suite 2400
    717 Harwood
    Dallas, TX 75201

9.  **CH2M Hill Constructors, Inc.**
    Through its Counsel of Record
    Gerardo Barrios
    Baker Donelson, Bearman, Caldwell & Berkowitz, PC
    #3 Sanctuary Boulevard
    Suite 201
    Mandeville, LA 70471