## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER | *  MDL No. 1873 |
| FORMALDEHYDE | * |
| PRODUCTS LIABILITY LITIGATION | * SECTION N(5) |
| | * |
| | * JUDGE ENGELHARDT |
| | * |
| THIS DOCUMENT RELATES TO: | * |
| *Paulette C. Celestine, et. al. v. Recreation By* | * |
| *Design, et al., Case No. 09-5639* | |

 **************************************************************************

### SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their First Amended Complaint for Damages filed on their behalf with this Court on August 14, 2009.

1.

This Second Supplemental and Amending Complaint for Damages adds Jeremy C. Celestine and Loyce A. Cloud as additional Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter.

2.

Consistent with the above, plaintiffs request that Newly Added Plaintiffs be added to the caption and Exhibit B ("List of Original Complaints from which Plaintiff(s) in this Amended Complaint came"). As for the Newly Added Plaintiffs, Exhibit B should show

that they did not come from any original complaint as follows: "Loyce A. Cloud – None" and "Jeremy Celestine – None."

3.

Upon information and belief, the Newly Added Plaintiffs resided in the same emergency housing unit manufactured by Recreation By Design and installed by Defendant CH2M Hill Constructors, Inc. as the existing plaintiffs. This Supplemental and Amending Complaint seeks to add the Newly Added Plaintiffs to the complaint as they were inadvertently omitted from the first amended complaint.

4.

Newly Added Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the First Amended Complaint filed with this Court on August 14, 2009 (Civ. Action No. 09-5639).

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY: /s/ *Lawrence J. Centola, Jr.*
        Lawrence J. Centola, Jr.
600 Carondelet Street
Suite 602
New Orleans, LA 70170
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 9, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  <u>*Lawrence J. Centola, Jr.*</u>

Lawrence J. Centola, Jr.
