AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### MIDDLE District of LOUISIANA

| | | |
|---|---|---|
| **EARL SHORTY** | ) | $E D L A$  09- 5992 |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  09-527-JJB-SCR |
| **GULF STREAM COACH, INC., ET AL** | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*
Forest River, Inc.
through its agent for service of process
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Justin I. Woods
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Nick J. Lorio

Name of clerk of court

*Janice LeBlanc*

Deputy clerk's signature

Date: _____July 31, 2009_____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

FoRest RiveR, Inc
thru its agent for service
J. RichaRd Ransel
228 W. High St.
Elkhart, IN 46516

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X Ella Clay                    ☑ Agent
                                ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
  Ella Clay                     7/14/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

ELKHART  SEP 1 4 2009  USPS

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*       ☐ Yes

102595-02-M-1540



UNITED STATES POSTAL SERVICE

SOUTH BEND IN 46

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-0527 EaRl ShoRty

73