AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### MIDDLE District of LOUISIANA

| | | |
|---|---|---|
| EARL SHORTY | ) | EDLA 09-5992 |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 09-527-JJB-SCR |
| GULF STREAM COACH, INC., ET AL | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
David R. Dugas, US Attorney
for the Middle District of Louisiana
777 Florida Street, Suite 208
Baton Rouge, LA 70801

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Justin I. Woods
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Nick J. Lorio
Name of clerk of court

Date: __July 31, 2009__

Janice LeBlanc
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Daniel Guient   C. Date of Delivery 9-11-09<br>D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>David Dugas, US ATTY<br>for the Middle District<br>of Louisiana<br>777 Florida St.,<br>Suite 208   70801<br>Baton Rouge, LA | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 1680 0001 8689 2519 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



UNITED STATES POSTAL SERVICE
BATON ROUGE
LA 708 3L
11 SEP 2009 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-0527 Earl Shorty