UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO.: 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| This Document Relates to: | * | |
| SUPPLEMENTAL AND | * | |
| AMENDED ADMINISTRATIVE | * | |
| MASTER COMPLAINTS | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION TO EXTEND DEADLINE TO
FILE PLEADINGS RESPONSIVE TO THE THIRD AND FOURTH
SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINTS**

**NOW INTO COURT,** through undersigned counsel, come the Contractor Defendants, who respectfully request that this Honorable Court extend their deadline for filing pleadings responsive to the Third and Fourth Supplemental and Amended Administrative Master Complaints (Rec. Docs 4486 and 7688) until February 18, 2010.

Plaintiffs' Liaison Counsel, Gerald Meunier, has been contacted and does not object to extension of this deadline.

1

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.


/s/  David Kurtz
M. DAVID KURTZ (Bar No. 23821)
KAREN KALER WHITFIELD (Bar No. 19350)
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70112
Telephone:  (504) 566-5275
Facsimile:  (504) 636-3975

**LIAISON COUNSEL FOR
CONTRACTOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2009, a copy of the foregoing Unopposed Motion to Extend Deadlines to File Responsive Pleadings to the Third and Fourth Supplemental and Amended Administrative Master Complaints was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all known counsel of record through liaison counsel by operation of the Court's electronic filing system.


/s/  M. David Kurtz