UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO.: 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| This Document Relates to: | * | |
| SUPPLEMENTAL AND | * | |
| AMENDED ADMINISTRATIVE | * | |
| MASTER COMPLAINTS | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

**IT IS ORDERED** that the Contractor Defendants shall file pleadings responsive to the Third and Fourth Supplemental and Amended Administrative Master Complaints (Rec. Docs 4486 and 7688) not later than February 18, 2010.

THIS DONE the ____ day of December, 2009, New Orleans, Louisiana.

_____
JUDGE

1