Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

December 11, 2009

Jaime Clark, et al vs.
American International Group, Inc., et al
Case No. # 2:09-cv--5380

Dear Sir or Madam:

Please issue summons on the Amended Complaint for Damages to the following:

Gibraltar Insurance Company, Ltd.
Through its registered agent for service:
Quest Management Solutions
FB Perry Building
40 Church Street
Hamilton, HM 11
Bermuda

United States of America through FEMA
Through the Office of the Director,
Craig Fugate, Director
500 C Street SW
Washington, DC 20477

Honorable Eric Holder
US Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530

United States of America
Through the Office of the US Attorney
for the Eastern District of Louisiana
James Letten, US Attorney

Shaw Environmental, Inc.
Through its agent for service of process:
CT Corporation System

5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

CH2M Hill Constructors, Inc.
Through its agent for service of process
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

Fluor Enterprises, Inc.
Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802


Very truly yours,
*/s/Matthew B. Moreland*
Becnel Law Firm, LLC
106 W. 7th Street
P.O. Drawer H
Reserve, LA 70084