UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(4) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | MAGISTRATE CHASEZ |

*Administrative Master Complaint, No. 07-1873*

---

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MORGAN'S MOTION TO DISMISS PURSUANT TO RULES 12(b)(1), 12(b)(2) AND 12(b)(6) WITH RESPECT TO THE THIRD AND FOURTH SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINTS (R. DOC. 4486 and 7688)

Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively, Morgan) hereby move this Court for leave to file the attached reply memorandum in support of its "Motion to Dismiss Pursuant to Rules 12(b)(1), 12(b)(2) and 12(b)(6) with Respect to the Third and Fourth Supplemental and Amended Administrative Master Complaints (R. Docs. 4486 and 7688)," (R. Doc. 7792) to briefly address the arguments raised by plaintiffs in opposition to Morgan's motion. The reply memorandum will assist the Court in resolving the pending issues and will not unduly delay these proceedings.

Gerald Meunier, counsel for plaintiffs, has advised that plaintiffs do not oppose this motion.

Wherefore, Morgan respectfully requests that the Court allow the filing of the attached reply memorandum.

344979.1

Respectfully Submitted:

**McGlinchey Stafford, PLLC**

s/ *Amanda S. Stout*
Christine Lipsey (LA Bar Roll # 1182), T.A.
Dan E. West (LA Bar Roll #13372)
Amanda S. Stout (LA Bar Roll #29001)
One American Place, 14th Floor
Baton Rouge, LA 70825
Telephone: (225) 383-9000
clipsey@mcglinchey.com
dwest@mcglinchey.com
astout@mcglinchey.com

***Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.***

## CERTIFICATE OF SERVICE

I certify that, on December 14, 2009, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I also certify that there are no known non-CM/ECF participants.

s/ *Amanda S. Stout*
Amanda S. Stout

344979.1