UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(4) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | MAGISTRATE CHASEZ |

*Administrative Master Complaint, No. 07-1873*

---

### PRETRIAL ORDER NO. 10 CERTIFICATE OF CONFERENCE

In accordance with Pretrial Order No. 10, I hereby certify that on December 11, 2009, I corresponded via electronic mail with Gerald Meunier, counsel for plaintiffs, concerning the Motion for Leave to File Reply Memorandum in Support of Morgan's Motion to Dismiss Pursuant to Rules 12(b)(1), 12(b)(2) and 12(b)(6) with Respect to the Third and Fourth Supplemental and Amended Administrative Master Complaints (R. Docs. 4486 and 7688), and Mr. Meunier confirmed that plaintiffs have no opposition to the filing of this motion.

               Respectfully Submitted:

               *s/Amanda S. Stout*
               Amanda S. Stout (LA Bar Roll #29001)
               One American Place, 14th Floor
               Baton Rouge, LA 70825
               Telephone: (225) 383-9000
               astout@mcglinchey.com