UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(4) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | MAGISTRATE CHASEZ |

*Administrative Master Complaint, No. 07-1873*

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Reply Memorandum in Support of Morgan's Motion to Dismiss Pursuant to Rules 12(b)(1), 12(b)(2) and 12(b)(6) with Respect to the Third and Fourth Supplemental and Amended Administrative Master Complaints (R. Docs. 4486 and 7688);

IT IS ORDERED that leave is granted, and Morgan's reply memorandum is deemed filed as of the date of entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2009.

                                                           KURT D. ENGELHARDT
                                                         UNITED STATES DISTRICT JUDGE

344979.1