## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARGIE CLARK-DAVIS AND<br>JOHN J. CLARK, | * <br> * <br> * | CIVIL ACTION NO. 09-6709 |
| Plaintiffs,<br>vs. | * <br> * <br> * | SECTION: N |
| FOREST RIVER, INC. AND<br>CH2M HILL CONSTRUCTORS, INC.<br><br>Defendants. | * <br> * <br> * <br> * <br> * | MAGISTRATE: 5 |

* * * * * * * * * * * * * * * * *

### CONSENT TO REMOVAL BY FOREST RIVER, INC.

**NOW INTO COURT,** through undersigned counsel, comes defendant, Forest River, Inc., and with a full reservation of rights and defenses, confirms that it has consented to the removal of the above-captioned case from Civil District Court for the Parish of Orleans, State of Louisiana (No. 09-10140, Division D) to this Honorable Court.

Respectfully submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

/s/ Carson W. Strickland

ERNEST P. GIEGER, JR.  (#6154)
JASON D. BONE  (#28315)
CARSON W. STRICKLAND  (#31336)
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on December 14, 2009, the foregoing Consent to Removal was served on all known counsel of record through the electronic delivery system of the Court.

/s/ Carson W. Strickland