UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** § | | **MDL NO. 1873** |
| **FORMALDEHYDE** § | | |
| **PRODUCT LIABILITY LITIGATION** § | | **SECTION "N-5"** |
| § | | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** § | | |
| § | | |
| *Jacob Watson, et al* § | | |
| *v. Gulf Stream Coach Inc., et al* § | | **MAG. JUDGE CHASEZ** |
| Civil Action No. 09-4700 § | | |
| ***PLAINTIFFS UNMATCHED WITH A*** § | | |
| ***SPECIFIC MANUFACTURING*** § | | |
| ***DEFENDANT*** § | | |

**ORDER ON PLAINTIFFS', MARY CAILLIER AND REGINA ANTHONY,
NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', Mary Caillier and Regina Anthony, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2009.


_____
HONORABLE KURT ENGELHARDT