# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** § § § § | | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br>**JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** § § | | |
| *Raymond Brown, et al* § *v. Gulf Stream Coach Inc., et al* § Civil Action No. 09-4703 § ***PLAINTIFFS UNMATCHED WITH A*** § ***SPECIFIC MANUFACTURING*** § **DEFENDANT** § | | **MAG. JUDGE CHASEZ** |

### ORDER ON PLAINTIFFS', LINDA TORREGANO AND VAL GALLEGO NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', Linda Torregano and Val Gallego, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2009.


_____
HONORABLE KURT ENGELHARDT