UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br><br>*Jestin Quiett, et al*<br>*v. Gulf Stream Coach Inc., et al*<br>Civil Action No. 09-4705<br>*PLAINTIFFS UNMATCHED WITH A SPECIFIC MANUFACTURING DEFENDANT* | § § § § § § § § | <br><br><br>MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFFS', DONALD TORREGANO AND WALLACE SMITH, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', Donald Torregano and Wallace Smith, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2009.


_____
HONORABLE KURT ENGELHARDT