UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
FORMALDEHYDE PRODUCTS  
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

### PRETRIAL ORDER NO. 53

On December 14, 2009, the Court held a telephone status conference with the following counsel participating: Justin Woods, Henry Miller, and Dave Kurtz. During the conference, the Court **ORDERED** that third party contractor/installer defendants are hereby incorporated into the matching requirements contained in Pretrial Order No. 40 and Pretrial Order No. 49. Thus, in addition to matching to specific manufacturing defendants, all unmatched plaintiffs shall be matched with third party contractor/installer defendants with the previously-given time delays.

NEW ORLEANS, LOUISIANA, this 14th day of December, 2009.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

1