MINUTE ENTRY
ENGELHARDT, J.
December 10, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                     SECTION "N"  (4)

This Document Relates To All Cases

     A telephone conference was conducted on Thursday, December 10, 2009, at 10:00 a.m. Participating were Denise Martin - secretary to Gerald E. Meunier, Raul R. Bencomo, Jerry L. Saporito, and Richard K. Hines, V.

Court Reporter:    Arlene Movahed

JS10(00:10)