MINUTE ENTRY
ENGELHARDT, J.
December 11, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                 MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                                    SECTION "N" (4)

This Document Relates To All Cases


A telephone conference was conducted on Friday, December 11, 2009, at 10:30 a.m.

Participating were Gerald E. Meunier and Andrew D. Weinstock.



Court Reporter:     Toni Tusa

JS10(00:30)