UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEAM TRAILER | * | MDL NO.: 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | JUDGE: KURT D. ENGELHARDT |
| This Document Relates to: | * | |
| THIRD SUPPLEMENTAL AND | * | |
| AMENDED ADMINISTRATIVE | * | MAG. JUDGE: ALMA L. CHASEZ |
| MASTER COMPLAINT | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING Contractor Defendants' Unopposed Motion to Extend Deadline:

IT IS HEREBY ORDERED that the Unopposed Motion is granted and that the Contractor Defendants' deadline to file responsive pleadings to the Third Supplemental and Amended Administrative Master Complaint is extended until sixty (60) days after the service of the Fourth Supplemental and Amended Administrative Master Complaint filed on November 20, 2009.

DONE AND SIGNED AT NEW ORLEANS, LOUISIANA this 11th day of December, 2009.

_____
THE HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE