UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | SECTION "N" (4) |
| | * | |
| | * | |
| **This Document relates to:** | * | **JUDGE ENGELHARDT** |
| *Paul Fountain, et al v.* | * | |
| *United States of America, et al* | * | |
| No. 09-03622 | * | |
| | * | **MAG. JUDGE CHASEZ** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

The forgoing considered:

IT IS THE ORDER OF THE COURT that Plaintiffs' Second Supplemental and Amending Petition for Damages be filed as prayed for and according to law.

THUS DONE AND SIGNED, this __11th__ day of December, 2009, New Orleans, Louisiana.

Judge Engelhardt
United States District Court Eastern District