**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL NO. 07-1873** |
| **FORMALDEHYDE** | |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION N-5** |
| | **JUDGE ENGELHARDT** |
| | **MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**

*Lyndon Wright v. Forest River, et al.*, **No. 09-2977 (E.D. LA)**

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**UNITED STATES OF AMERICA'S MEMORANDUM IN SUPPORT OF ITS**
**UNOPPOSED MOTION TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS**
**"MOTION TO DISMISS PLAINTIFF LYNDON WRIGHT'S FTCA CLAIMS FOR**
**LACK OF SUBJECT MATTER JURISDICTION" (Doc. Rec. 7368)**

Defendant United States of America ("United States") submits this Memorandum in support of its unopposed Motion to file a reply memorandum in support of its "Motion to Dismiss Plaintiff Lyndon Wright's FTCA Claims for Lack of Subject Matter Jurisdiction" (Doc. Rec. 7368). The Court should grant this Motion in order to allow the United States an opportunity to respond to the arguments advanced by Plaintiff's Counsel in his "Memorandum in Opposition to Defendant United States of America's Motion to Dismiss Plaintiff Lyndon Wright's FTCA Claims For Lack of Subject Matter Jurisdiction" (Doc. Rec. 8670). Counsel for the United States has conferred with Plaintiff's Counsel, who does not oppose this Motion. Accordingly, for good cause shown, the United States requests that the Court grant this unopposed Motion and enter the attached proposed Order.

Dated:  December 15, 2009.

TONY WEST
Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

DAVID S. FISHBACK
Assistant Director

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel

JANICE WILLIAMS-JONES
Senior Trial Attorney
Federal Emergency Management Agency
Department of Homeland Security
Washington, D.C. 20472

Respectfully Submitted,

ADAM BAIN
HENRY T. MILLER
Senior Trial Counsel

ADAM DINNELL
MICHELE GREIF
JONATHAN WALDRON
Trial Attorneys

//S// *Michelle Boyle*
MICHELLE BOYLE (Va. Bar No. 73710)
Trial Attorney
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No:  (202) 616-4447
E-mail:  Michelle.Boyle@USDOJ.Gov

Attorneys for the United States of America

### CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2009, the foregoing document was filed via the

U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon

Liaison Counsel.

//S// *Michelle Boyle*
MICHELLE BOYLE (Va. Bar No. 73710)