**Miller, Henry (CIV)**

| | |
|---|---|
| **From:** | Miller, Henry (CIV) |
| **Sent:** | Monday, December 07, 2009 7:09 PM |
| **To:** | Douglas Schmidt; boris1s@aol.com |
| **Cc:** | Dinnell, Adam (CIV) |
| **Subject:** | FW: Activity in Case 2:07-md-01873-KDE-ALC In Re: FEMA Trailer Formaldehyde Products Liability Litigation Response/Memorandum in Opposition to Motion |

Doug,

I received the notice of the filing and have briefly reviewed your opposition memorandum. Unfortunately, the declaration referenced in your opposition was not attached. Joys of electronic filing. Not sure what the glitch was, but you may want to correct this so that the Court has the declaration.

At your earliest convenience I would appreciate it if you would email the declaration to me.

Thanks & Happy Holidays,

Henry Miller
US Dept. of Justice

---

**From:** Efile_Notice@laed.uscourts.gov [mailto:Efile_Notice@laed.uscourts.gov]
**Sent:** Monday, December 07, 2009 6:58 PM
**To:** Efile_Information@laed.uscourts.gov
**Subject:** Activity in Case 2:07-md-01873-KDE-ALC In Re: FEMA Trailer Formaldehyde Products Liability Litigation Response/Memorandum in Opposition to Motion


This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U. S. District Court

Eastern District of Louisiana

**EXHIBIT A**

**Notice of Electronic Filing**

The following transaction was entered by Schmidt, Douglas on 12/7/2009 at 5:58 PM CST and filed on 12/7/2009
**Case Name:**     In Re: FEMA Trailer Formaldehyde Products Liability Litigation

1

Case Number: 2:07-md-1873
Filer: Plaintiff
Document Number: 8670

Docket Text:
RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re [7368] MOTION to Dismiss for Lack of Jurisdiction *Lyndon Wright's FTCA Claims For Failure To Exhaust His Administrative Remedy And For Failure To Present His Administrative Claim To FEMA In A Timely Manner.* (Reference: 09-2977)(Schmidt, Douglas)


**2:07-md-1873 Notice has been electronically mailed to:**

Adam Michael Dinnell    adam.dinnell@usdoj.gov, etl.files@usdoj.gov

Andrew D. Weinstock    andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com

Catherine N. Thigpen    cthigpen@bakerdonelson.com, nfrank@bakerdonelson.com

Gerald Edward Meunier    gmeunier@gainsben.com, dmartin@gainsben.com

Henry Thomas Miller    henry.miller@usdoj.gov, etl.files@usdoj.gov

Herbert Victor Larson , Jr    hlnola@aol.com, herbl@swemlaw.com

John Adam Bain    adam.bain@usdoj.gov

Jonathan Richard Waldron    jonathan.waldron@usdoj.gov, chelsea.conanan@usdoj.gov

Justin I. Woods    jwoods@gainsben.com, clanassa@gainsben.com, tgilbreath@gainsben.com

Matthew B. Cano    mbc@aaplaw.com, nrr@aaplaw.com

Michael David Kurtz    dkurtz@bakerdonelson.com, lvinson@bakerdonelson.com

Michelle George Boyle    michelle.boyle@usdoj.gov

Ryan Estes Johnson    rjohnson@joneswalker.com, ahanegan@joneswalker.com, jdegraw@joneswalker.com

Sara A. Johnson    sara@swemlaw.com, ann@swemlaw.com

Shalla Santos    ses@aaplaw.com, nrr@aaplaw.com

**2:07-md-1873 Notice has been delivered by other means to:**

Jeffery N. Luthi
One Columbus Circle, NE
Federal Judiciary Bldg. Rm. G-255
Washington, DC 20002

The following document(s) are associated with this transaction:

2

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=12/7/2009] [FileNumber=3703479-0
] [9863f30afa70ab486a5a8764bea98fd5f7ce35bc451de5d22eb1f591f5f90f48f13
a9525a6c0d8cbfff165c50beb7f0895e53071a020b6598be4688e63fa3dcf]]

**Tracking:**