AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| <u>JIMMIE EPPERLY , ET AL.</u><br>Plaintiff<br>v.<br><u>INDIANA BUILDING SYSTEMS L L C , ET AL.</u><br>Defendant | )<br>)<br>) Civil Action No. 2:09-CV-00941-PM-KK<br>)<br>) |

### Summons in a Civil Action

To:
**U.S. ATTORNEY GENERAL**
**10th ST. &CONSTITUTION AVE., N.W.**
**WASHINGTON, D.C. 20530**

A lawsuit has been filed against you.

Within the time required by law*, normally 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   Gerald Edward Meunier
   Gainsburgh Benjamin et al (NO)
   1100 Poydras St Ste 2800
   New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE
CLERK

/s/ — Tony R. Moore

ISSUED ON 2009-06-23 11:10:20.0 , Clerk USDC WDLA

* (60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on

**U.S. ATTORNEY GENERAL**
**10th ST. &CONSTITUTION AVE., N.W.**
**WASHINGTON, D.C. 20530** ,

by:_____

(1) personally delivering a copy of each to the individual at this place, _____
_____ or;

(2) leaving a copy of each at the individual's dewelling or usual place of abode with
_____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

UNITED STATES POSTAL SERVICE

- Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-941 Epperly
E. Adam Aldehyde

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eric Holder
US Atty Gen
950 Penn Ave NW
Wash DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                   ☐ Agent
                                    ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7008 0500 0001 9549 0477

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540