AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

JIMMIE EPPERLY, ET AL.  )
Plaintiff  )
v.  ) Civil Action No. 2:09-CV-00941-PM-KK
INDIANA BUILDING SYSTEMS L L C, ET AL.  )
Defendant  )

## Summons in a Civil Action

To: **Fluor Enterprises Inc (Defendant)**

A lawsuit has been filed against you.

Within the time required by law*, normally 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gerald Edward Meunier
Gainsburgh Benjamin et al (NO)
1100 Poydras St Ste 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE

CLERK

/s/ – Tony R. Moore

ISSUED ON 2009-06-23 11:09:21.0, Clerk USDC WDLA

* (60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons (Page 2)

2:09-CV-00941-PM-KK
## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on
**Fluor Enterprises Inc (Defendant)**,

  by: _____

   (1) personally delivering a copy of each to the individual at this place, _____
   _____ or;

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with
   _____ who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
   _____; or

   (4) returning the summons unexecuted to the court clerk on _____; or

   (5) other *(specify)* _____
   _____
   _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

   Date: _____

                                                    _____
                                                    Server's signature

                                                    _____
                                                    Printed name and title

                                                    _____
                                                    Server's address

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-941 Epperly
formaldehyde

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ashley Val_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>ASHLEY FALCON |
| 1. Article Addressed to:<br>Kuor<br>% Corp. Serv. Co<br>320 Somerulos St<br>B.R. LA 70802-6129 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 0500 0001 9549 0491 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540