AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
### WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SCOTT DARRELL BOUDREAUX , ET AL.<br>Plaintiff | ) ) ) | *EDLA 09-6707* |
| v. | ) | Civil Action No. 2:09–CV–00946–PM–KK |
| HORTON HOMES INC , ET AL.<br>Defendant | ) ) ) | |

**Summons in a Civil Action**

To:
**U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE. 2200**
**LAFAYETTE, LA 70501–6832**

A lawsuit has been filed against you.

Within the time required by law\*, normally 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

  **Gerald Edward Meunier**
  **Gainsburgh Benjamin et al (NO)**
  **1100 Poydras St Ste 2800**
  **New Orleans, LA 70163–2800**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



        **TONY R. MOORE**

        CLERK

        /s/ – Tony R. Moore

**ISSUED ON** 2009–06–23 11:45:56.0 , Clerk USDC WDLA

\* (60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods, Esq.
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163

Formaldehyde

09-946 Boudreaux

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald Washington, U.S. Attorney
Western District of Louisiana
800 Lafayette St., Suite 2200
Lafayette, LA 70501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 8-17-09

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from serv   7008 0500 0001 9500 0270

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540