AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT DARRELL BOUDREAUX, ET AL. <br> Plaintiff <br> v. <br> HORTON HOMES INC, ET AL. <br> Defendant | ) <br> ) <br> ) Civil Action No. 2:09-CV-00946-PM-KK <br> ) <br> ) |

## Summons in a Civil Action

To: **Horton Homes Inc (Defendant)**

A lawsuit has been filed against you.

Within the time required by law*, normally 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    **Gerald Edward Meunier**
    **Gainsburgh Benjamin et al (NO)**
    **1100 Poydras St Ste 2800**
    **New Orleans, LA 70163-2800**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE
CLERK

/s/ – Tony R. Moore

ISSUED ON 2009-06-23 11:45:15.0 , Clerk USDC WDLA

* *(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

UNITED STATES POSTAL SERVICE

MACON GA
17 AUG 2009 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods, Esq.
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, LA 70163

Formaldehyde
09-976  *Boudreaux*

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Peary B. Beasley*  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>*Peary Beasley*  8/17/09<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Horton Homes, Inc.<br>through its agent for service<br>Steve Sinclair<br>557 Milledgeville Rd.<br>Eaton, GA 31024 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service k.)  7008 0500 0001 9500 0300 | |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |