AO 440 (Rev 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
## MIDDLE District of LOUISIANA

| | | |
|---|---|---|
| ANNIE MCCRARY, ET AL | ) | ℰ𝒟𝒜  09-5974 |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  09-482 |
| SUNNYBROOK RV, INC., ET AL | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
    The United States of America, through
    the US Attorney for the Middle District of LA
    777 Florida St., Suite 208
    Baton Rouge, LA 70801

A lawsuit has been filed against you.

        Within __60__ days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff's attorney, whose name and address are:
Justin I. Woods
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.



Nick J. Lorio
_____
Name of clerk of court

Date: __July 27, 2009__

*Clarissa Mansfield (signature)*
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

UNITED STATES POSTAL SERVICE ~~BATON ROUGE~~
LA 708 1 T
13 AUG 2009 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-482  *Annie McCrary*

101

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X ☐ Agent  ☐ Addressee <br><br> B. Received by ( Printed Name) _Daniel Guiart_  C. Date of Delivery _8-13-09_ |
| 1. Article Addressed to: <br><br> David Dugas <br> U.S. Attorney MDLA <br> 777 Florida #208 <br> B.R. LA 70801 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No <br><br> 3. Service Type <br> ☐ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number <br> (Transfer from service label) | 7008 1140 0003 1874 1539 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |