UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHERLEEN MCLAUGHLIN, individually and for her minor child, L. M., and DRUCILLA MCLAUGHLIN | * * * * | CIVIL ACTION NO.: 09-01031 |
| | * | SECTION: N(5) |
| Plaintiff, | * * | JUDGE ENGELHARDT |
| v. | * * | |
| FOREST RIVER, INC., and SHAW ENVIRONMENTAL, INC., | * * * | MAG. DIV.: MAG. JUDGE |
| Defendants, | * * | |

* * * * * * * * * * * * * * * * * * * *

### CONSENT TO REMOVAL BY FOREST RIVER, INC.

**NOW INTO COURT,** through undersigned counsel, comes defendant, Forest River, Inc., and with a full reservation of rights and defenses, confirms that it has consented to the removal of the above-captioned case from the 19TH Judicial District Court for the Parish of East Baton Rouge, State of Louisiana (No. 582959, Division 22) to this Honorable Court.

Respectfully submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

/s/ Carson W. Strickland

ERNEST P. GIEGER, JR.  (#6154)
JASON D. BONE  (#28315)
CARSON W. STRICKLAND  (#31336)
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on September 1, 2009, the foregoing Consent to Removal was served on all known counsel of record through the electronic delivery system of the Court.

/s/ Carson W. Strickland