AO 440 (Rev. 04/08) Civil Summons

**RETURN**

# UNITED STATES DISTRICT COURT
for the
EASTERN District of LOUISIANA

| | |
|---|---|
| WADE ANDREWS, ET AL <br> Plaintiff <br> v. <br> GULF STREAM COACH, INC., ET AL <br> Defendant | ) <br> ) <br> ) Civil Action No. 09-4337 <br> ) <br> ) SECT. N MAG. 5 |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Gulf Stream Coach, Inc.
Through its agent for service of process
~~Karen Whitfield~~ KENNETH BRINKER
~~201 St. Charles Ave., Suite 3600~~ 503 S. OAKLAND AVE
~~New Orleans, LA 70130~~ NAPPANEE, IN 46550

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Justin I. Woods
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: June 30, 2009

*Renee Radosta*
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

UNITED STATES POSTAL SERVICE
SOUTH BEND IN 466

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-4337-Andrews

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Chester Myrick_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  8-6-09 |
| 1. Article Addressed to:<br>Gulf Stream Coach<br>c/o Kenneth Brinker<br>503 So. Oakland<br>Nappanee IN 46550 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 0500 0001 9500 4247 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |