MINUTE ENTRY
ENGELHARDT, J.
December 14, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                                                      SECTION "N"  (4)

This Document Relates To All Cases

       A telephone conference was conducted on Monday, December 14, 2009, at 9:30 a.m.

Participating were Justin I. Woods, Henry T. Miller and M. David Kurtz.

JS10(00:10)