```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   DEC - 9 2009

LORETTA G. WHYTE
   CLERK
IN RE: FEMA TRAILER
```

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

```
U.S. COURT OF APPEALS
    FILED
   DEC 7  2009
CHARLES R. FULBRUGE III
      CLERK
```

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:07-MD-1873

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

*Charles R. Fulbruge*
CHARLES R. FULBRUGE, III
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 07, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 09-31131   In Re: FEMA Trailer
        USDC No. 2:07-MD-1873
        USDC No. 2:09-CV-2967

Enclosed is an order entered in this case.

In addition to filing the designation with the district court, counsel must also provide notice of filing to this court.

                CHARLES R. FULBRUGE III, Clerk

                By: _____
                Allison G. Lopez, Deputy Clerk
                504-310-7702

Ms. Nan Roberts Eitel
Ms. Madeleine M Fischer
Mr. Michael David Kurtz
Mr. Gerald Edward Meunier
Mr. Henry T Miller
Mr. James Conner Percy
Ms. Loretta Whyte

*Motion Notice - MOT2*