# United States District Court
## EASTERN DISTRICT OF LOUISIANA

ANTHONY FREDERICK

v.

WAVERLEE HOMES, INC. and
CH2M HILL CONSTRUCTORS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 09-4821

SECT. N MAG. 5

TO: Waverlee Homes, Inc.
Through its Agent for Service of Process
Phil Fowler
Hwy. 278 East
Hamilton, AL 33570

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Gainsburgh, Benjamin, David,
Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

AUG 1 1 2009

CLERK

DATE

_Renee Radosta_
(BY) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☑ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>                                         9-22-0<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No |
| 1. Article Addressed to:<br>Waverlee Homes, Inc.<br>Through its Agent<br>for Service of Process<br>Phil Fowley<br>P.O. Box 1887<br>Hamilton, AL 35570 | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 1680 0001 8688 7430 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre-1100 Poydras
New Orleans, LA 70163-2800

09-4821  Anthony Frederick