AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| CHRIS DAVIS <br> *Plaintiff* <br> v. <br> THOR CALIFORNIA, INC., ET AL. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 09-4962 <br> ) <br> ) SECT. N MAG. 5 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Thor California, Inc., doing business in California as Thor Manufacturing
Through its Counsel
John Deeds
100 S. Main Avenue, Suite 300
Sidney, Ohio 45365

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Loretta G. Whyte

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

Aug 12 2009

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Thor California, Inc
   through its agent for
   Service of Process
   John Deeds
   100 S. Main Avenue
   Suite 300
   Sidney, Ohio 45365

2. Article Number (Transfer from service label)

   7009 1680 0001 8688 7454

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Doris J. Armstrong   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Doris J. Armstrong   C. Date of Delivery: 9-21-09
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

UNITED STATES POSTAL SERVICE

21 SEP 2009

Sender: Please print your name, address, and ZIP+4 in this box

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre-1100 Poydras
New Orleans, LA 70163-2800

1210

09-4962 Chris Davis