AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Robert Davis, et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 09-4954 |
| Gulf Stream Coach, Inc., et al | ) |
| *Defendant* | ) SECT. N MAG. 5 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America
Through the Office of the U.S. Attorney for the Eastern District of Louisiana
Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleas, LA 70130

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Loretta G. Whyte

Signature of Clerk or Deputy Clerk

Date: **Aug 12 2009**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ABernie    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  SBernie     C. Date of Delivery 9/21/09<br>D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>James Letten, US ATTY<br>Eastern District of LA<br>500 Poydras St. B-210<br>New Orleans, LA 70136 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 1680 0001 8689 2755 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre-1100 Poydras
New Orleans, LA 70163-2800

09-4954 Robert Davis