AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

EASTERN District of LOUISIANA

| | | |
|---|---|---|
| ALICE MURTHIL, ET AL | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| FOREST RIVER, INC., ET AL | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

**RETURN**

**09-4328**

**SECT. N MAG. 5**

To: *(Defendant's name and address)*
Forest River, Inc.
Through its agent for service of process
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Justin I. Woods
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

Name of clerk of court

Date:  July 2, 2009

*Renee Radosta*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-4328 Murthil
formaldehyde

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Forest River Inc
% J. Richard Ransel
228 W. High St.
Elkhart In 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Eric Hart    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)
Elic Hart

C. Date of Delivery
5/19/09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7008 0500 0001 9549 0255

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540