AO 440 (Rev. 04/08) Civil Summons

**RETURN**

# UNITED STATES DISTRICT COURT
for the

_EASTERN District of _LOUISIANA

| | |
|---|---|
| ALICE MURTHIL, ET AL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| FOREST RIVER, INC., ET AL | ) |
| Defendant | ) |

**09-4328 SECT. N MAG.**

Summons in a Civil Action

To: *(Defendant's name and address)*
CH2M Hill Constructors
Through its agent for service of Process
1675 Broadway, Suite 1200
Denver, CO 80202

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Justin I. Woods
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

Name of clerk of court

Date: July 2, 2009

*Renee Radosta*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-4328 Murhil
formaldehyde

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CH2M Hill Constructors
1675 Broadway
Suite 1200
Denver CO 80202

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee
B. Received by C T Corporation System  Date of Delivery
1675 Broadway, Ste 1200
Denver, CO 80202
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 10 2009

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    7008 1140 0003 1874 1393

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540