IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BETTY JACOBS** | * | **DOCKET NO. 09-4131** |
| **together with all individuals and entities** | * | |
| **whose names appear on the attached** | * | **SECTION: N** |
| **"Exhibit A"** | * | |
| | * | |
| **versus** | * | |
| | * | **JUDGE: ENGELHARDT** |
| **GULF STREAM COACH, INC.,** | * | |
| **SHAW ENVIRONMETNAL, INC.,** | * | |
| **MLU, FLOUR ENTERPRISES, INC.,** | * | |
| **MONACO COACH CORPORATION, and** | * | **MAGISTRATE: 5** |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SECOND SUPPLEMENTAL AND AMENDING COMPLAINT**

**NOW INTO COURT** comes Petitioners to supplement and amend their Complaint, in

the following respects, to wit:

**1.**

Petitioners amend the complaint and Exhibit "A" to add the following additional

Plaintiffs:

1. Kevon Foster;

2. Kevin Foster;

3. Kevinisha Foster;

4. Cameron Foster; and

5. Kevontia Foster

2.

Plaintiff reiterates all allegations found in Plaintiff's original complaint as if copied here, in extensor.

**WHEREFORE**, Plaintiffs, Betty Jacobs, et al., pray that Defendants be duly cited to appear and answer this Complaint, and after the legal delays, and due proceedings had, there be judgment herein in favor of Plaintiffs and against the defendants, in a full and true sum sufficient to compensate Plaintiff for all damages and losses, and for such other and further relief as this court deems just and proper.

Respectfully submitted,
LAW OFFICES OF PIUS A. OBIOHA & ASSOCIATES, L.L.C.

/s/Pius A. Obioha
_____
PIUS A. OBIOHA, BAR# 25810
1550 North Broad Street
New Orleans, LA  70119
Telephone:     (504) 265-0437
Facsimile:      (504) 265-0440

PLEASE SERVE

GULF STREAM COACH, INC.
Through its Agent for Service of Process,
Dawn M. Johnson
17917 Lakeshore Dr.
Weed, CA 96094


SHAW ENVIRONMENTAL, INC.
Through its agent for Service of Process,
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70809

MONACO COACH CORPORATION
Through its Agent for Service of Process,
Richard E. Bond
606 Nelson's Parkway
Wakarusa, IN 46573


FLOUR, INC.
Through its Agent for Service of Process
Mr. Christopher D. Huber
236 Powell Ave.
Healdsburg, CA 95448


MLU
(hold service)


UNITED STATES OF AMERICA
Through the United States Attorney General,
Hon. Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

And

Through the Office of the U.S. Attorney for the Eastern District of Louisiana
Through Jim Letten, United States Attorney
Hale Boggs Federal Court Building
500 Poydras Street, Ste. B-210
New Orleans, La 70130


FEDERAL EMERGENCY MANAGEMENT AGENCY
Through R. David Paulison
Administrator of the Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

And

3

Through the Office of the U.S. Attorney for the Eastern District of Louisiana
Through Jim Letten, United States Attorney
Hale Boggs Federal Court Building
500 Poydras Street, Ste. B-210
New Orleans, La 70130


FEDERAL EMERGENCY MANAGEMENT AGENCY
Through R. David Paulison
Administrator of the Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472


UNITED STATES OF AMERICA
Through the United States Attorney General,
Hon. Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

And

Through the Office of the U.S. Attorney for the Eastern District of Louisiana
Through Jim Letten, United States Attorney
Hale Boggs Federal Court Building
500 Poydras Street, Ste. B-210
New Orleans, La 70130

FEDERAL EMERGENCY MANAGEMENT AGENCY
Through R. David Paulison
Administrator of the Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472