IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINDSOR DENNIS, | * | DOCKET NO. |
| KRYSTAL DENNIS & MYRTIS DENNIS | * | |
| JERRICA MCKNIGHT & | * | SECTION: |
| JESSICA MCKNIGHT | * | |
| | * | |
| versus | * | |
| | * | JUDGE: |
| FLEETWOOD CANADA, LTD. | * | |
| FLOUR ENTERPRISES, INC. | * | |
| And United States of America through the | * | MAGISTRATE: |
| Federal Emergency Management Agency | * | |
| | * | |

*******************************************************************************

## SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT** comes Petitioners to supplement and amend their Complaint, in the following respects, to wit:

**1.**

Petitioners amend the complaint to add the following additional Plaintiffs:

1. Sheila Robinson;

2. Ayana Lindsey;

3. Eddie Lindsey;

4. April Dauphine; and

5. Henry Burke

2.

Plaintiffs reiterate all allegations found in Plaintiffs' original complaint as if copied here, in extensor.

**WHEREFORE**, Plaintiffs, Windsor Dennis, et al., pray that Defendants be duly cited to appear and answer this Complaint, and after the legal delays, and due proceedings had, there be judgment herein in favor of Plaintiffs and against the defendants, in a full and true sum sufficient to compensate Plaintiff for all damages and losses, and for such other and further relief as this court deems just and proper.

                Respectfully submitted,
                **PIUS A. OBIOHA & ASSOCIATES, LLC**
                    s/Pius A. Obioha

                _____
                **PIUS A. OBIOHA, BAR# 25810**
                1550 North Broad Street
                New Orleans, Louisiana 70119
                Telephone:   (504) 265-0437
                Facsimile:    (504) 265-0440

<u>PLEASE SERVE</u>

FLEETWOOD CANADA, LTD.
70 Mount Hope St.
Lindsay, ON K9V 5G4

FLOUR, INC.
Through its Agent for Service of Process
Mr. Christopher D. Huber
236 Powell Ave.
Healdsburg, CA 95448

UNITED STATES OF AMERICA
Through the United States Attorney General,
Hon. Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

And

Through the Office of the U.S. Attorney for the Eastern District of Louisiana
Through Jim Letten, United States Attorney
Hale Boggs Federal Court Building
500 Poydras Street, Ste. B-210
New Orleans, La 70130


FEDERAL EMERGENCY MANAGEMENT AGENCY
Through R. David Paulison
Administrator of the Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472