IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **YOLANDA STUBBS, KENANDEZ HENRY** | * | **DOCKET NO.** |
| **KENYATTA STUBBS &** | * | |
| **SHANEKA STUBBS** | * | **SECTION:** |
| | * | |
| | * | |
| **versus** | * | |
| | * | |
| **STEWART PARK HOMES, INC.,** | * | **JUDGE:** |
| **SHAW ENVIRONMENTAL, INC.,** | * | |
| **PATRIOT MANUFACTURING, INC.,** | * | |
| **FLOUR ENTERPRISES, INC.** | * | |
| **and United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | **MAGISTRATE:** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SECOND SUPPLEMENTAL AND AMENDING COMPLAINT**

**NOW INTO COURT** comes Petitioners to supplement and amend their Complaint, in the following respects, to wit:

**1.**

Petitioners amend the complaint to add the following additional Plaintiff:

1.   Claude McClintock.

2.

Plaintiff reiterates all allegations found in Plaintiff's original complaint as if copied here, in extensor.

**WHEREFORE**, Plaintiffs, Yolanda Stubbs, et al., pray that Defendants be duly cited to appear and answer this Complaint, and after the legal delays, and due proceedings had, there be judgment herein in favor of Plaintiffs and against the defendants, in a full and true sum sufficient to compensate Plaintiff for all damages and losses, and for such other and further relief as this court deems just and proper.

Respectfully submitted,
LAW OFFICES OF PIUS A. OBIOHA & ASSOCIATES, L.L.C.

/s/Pius A. Obioha

_____
PIUS A. OBIOHA, BAR# 25810
1550 North Broad Street
New Orleans, LA  70119
Telephone:     (504) 265-0437
Facsimile:     (504) 265-0440

PLEASE SERVE
STEWART PARK HOMES, INC.
Through its Agent for Service of Process,
Glenn E. Killoren
121 W. Franklin St., Ste. 200
Elkhart, IN 46516


SHAW ENVIRONMENTAL, INC.
Through its Agent for Service of Process
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70809


PATRIOT HOMES, INC.
Through its agent for Service of Process
Steven K. Like
307 S. Main St.
Suite 200
Elkhart, IN 46516

FLOUR, INC.
Through its Agent for Service of Process
Mr. Christopher D. Huber
236 Powell Ave.
Healdsburg, CA 95448


UNITED STATES OF AMERICA
Through the United States Attorney General,
Hon. Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

And

Through the Office of the U.S. Attorney for the Eastern District of Louisiana
Through Jim Letten, United States Attorney
Hale Boggs Federal Court Building
500 Poydras Street, Ste. B-210
New Orleans, La 70130


FEDERAL EMERGENCY MANAGEMENT AGENCY
Through R. David Paulison
Administrator of the Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472
,