Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

December 15, 2009

Anita Lee, individually, and on behalf of her minor
child, Edwina Meyer v. Reaction By Design LLC;
United States of America through the Federal
Emergency Managements Agency; and Shaw
Environmental Inc.,
Case No. # 09-6428, Sect. N, Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

Shaw Environmental, Inc,
Through its Agent for Service of Process
C.T. Corporation
5615 Corporation Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

Reaction By Design, LLC
Through its Agent for Service of Process
Randall K. Rush
21746 Buckingham Rd.
Elkhart, IN 46516

United States of America through FEMA
Through the Office of the Director,
Craig Fugate, Director
500 C Street SW
Washington, DC 20477

Very truly yours,

/s/ J. Douglas Sunseri

J. DOUGLAS SUNSERI
Attorney for Plaintiff, Anita Lee and Edwina Meyer
3000 18th Street
Metairie, Louisiana 70002