Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

December 15, 2009

Joseph Williams, individually, and on behalf of his minor child Joseph Howard v. Layton Homes Corp; United States of America through the Federal Emergency Managements Agency; and Shaw Environmental
Case No. # 09-6427, Sect. N, Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

Layton Homes Corp.
Through its Agent for Service of Process
Linda Phillipsen
2520 By-Pass Rd.
Elkhart, IN 46514

Shaw Environmental, Inc.
Through its Agent for Service of Process
C.T. Corporation
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA 70808

United States of America through FEMA
Through the Office of the Director,
Craig Fugate, Director
500 C Street SW
Washington, DC 20477

Very truly yours,

/s/ J. Douglas Sunseri

J. DOUGLAS SUNSERI
Attorney for Plaintiff, Joseph Williams and Joseph Howard
3000 18th Street
Metairie, Louisiana 70002