AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Brenda Allen and on behalf of her minor Child Miracle Allen<br>*Plaintiff*<br>v.<br>Skyline Corp.; United States of America through the Federal Emergency Managements Agency; and CH2<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 09-6432 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CH2M Hill Constructors, Inc.
Through its Agent for Service of Process
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. DOUGLAS SUNSERI (#19173)
3000 18th Street
Metairie, Louisiana 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                                                    _____
*Signature of Clerk or Deputy Clerk*