Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

December 15, 2009

Nathan Scott, individually, and on behalf of his
minor child, Nathan-David Scott, and Benita Scott
v. Layton Homes Corp.; United States of America
through the Federal Emergency Managements
Agency; and CH2M Hill Constructors, Inc.
Case No. # 09-6426, Sect. N, Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

Layton Homes Corp.
Through its Agent for Service of Process
Linda Phillipsen
2520 By-Pass Rd.
Elkhart, IN 46514

CH2M Hill Constructors, Inc.
Through its Agent for Service of Process
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA 70808

United States of America through FEMA
Through the Office of the Director,
Craig Fugate, Director
500 C Street SW
Washington, DC 20477

Very truly yours,

/s/ J. Douglas Sunseri

J. DOUGLAS SUNSERI
Attorney for Plaintiff, Nathan Scott, Nathan-David
Scott, and Benita Scott
3000 18th Street
Metairie, Louisiana 70002