AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Youlanda Lambert, Quiniece Lambert-Dolliole, individually and on behalf of her minor children Donte | ) ) ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.  09-6425 |
| Jayco Inc. aka Bottom Line RV; United States of America through the Federal Emergency Manageme | ) ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Jayco Enterprises, Inc. a/k/a Bottom Line RV
Through its Agent for Service of Process
Glen S. Killoren
121 W. Franklin Street
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     J.  DOUGLAS SUNSERI (#19173)
3000 18th Street
Metairie, Louisiana  70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____           _____
                                                            _Signature of Clerk or Deputy Clerk_