Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

December 15, 2009

Pauline Manuel and Herman Isidore v. Recreation By Design, LLC; United States of America through the Federal Emergency Managements Agency; and CH2M Hill Constructors, Inc.
Case No. # 09-6425, Sect. N, Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

Recreation By Design, LLC
Through its Agent for Service of Process
Randall K. Rush
21746 Buckingham
Elkhart, IN 46516

CH2M Hill Constructors, Inc.
Through its Agent for Service of Process
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA 70808

United States of America through FEMA
Through the Office of the Director,
Craig Fugate, Director
500 C Street SW
Washington, DC 20477

Very truly yours,

/s/ J. Douglas Sunseri

J. DOUGLAS SUNSERI
Attorney for Plaintiff, Youlanda Lambert, Quiniece Lambert-Dolliole, Donte Edmond, and Lathan Dolliole
3000 18th Street
Metairie, Louisiana 70002