Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

December 15, 2009

Miquel Lyons and Lisa Lyons, individually, and on behalf of their minor chid Mikelle Lyons v. Skyline Corp.; United States of America through the Federal Emergency Managements Agency; and Shaw Environmental, Inc.
Case No. # 09-6431, Sect. N, Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

Skyline Corporation
Through its Agent for Service of Process
Linda Phillippsen
2520 By-Pass Road
Elkhart, IN 46514

Shaw Environmental Inc.
Through its Agent for Service of Process
C.T. Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA 70808

United States of America through FEMA
Through the Office of the Director,
Craig Fugate, Director
500 C Street SW
Washington, DC 20477

Very truly yours,

/s/ J. Douglas Sunseri

J. DOUGLAS SUNSERI
Attorney for Plaintiff, Miquel Lyons, Lisa Lyons, and Mikelle Lyons
3000 18th Street
Metairie, Louisiana 70002