Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

December 15, 2009

Leonard Smith, Calvin Pixley, Ella Mae Brooks v. Frontier RV, The Federal Emergency Management Agency; CH2M Hill Constructors; Flour Enterprises; and Shaw Environmental Inc., Case No. # 09-5303, Sect. N, Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

Shaw Environmental, Inc,
Through its Agent for Service of Process
C.T. Corporation
5615 Corporation Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

Flour Enterprises, Inc.
Through its Agent for Service of Process
Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802

CH2M Hill Constructors, Inc.
Thruogh its Agent for Service of Process
CT Corporation System
5615 Corporate Boulevard, Suit 400B
Baton Rouge, LA 70808

Frontier RV, Inc.
Through its Agent for Service of Process
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

United States of America through FEMA
Through the Office of the Director,
Craig Fugate, Director
500 C Street SW
Washington, DC 20477

Very truly yours,

*/s/ J. Douglas Sunseri*

J. DOUGLAS SUNSERI
Attorney for Plaintiff, Leonard Smith, Calvin Pixley, Ella Mae Brooks
3000 18th Street
Metairie, Louisiana 70002