UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Alana Franklin, et al* | * | |
| *v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-05348; | * | |
| PLAINTIFFS UNMATCHED WITH A | * | |
| SPECIFIC MANUFACTURING DEFENDANT | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF VOLUNTARY DISMISSAL,
WITHOUT PREJUDICE, OF CLAIMS OF CERTAIN PLAINTIFFS

The following Plaintiffs, *only*, hereby dismiss, without prejudice, their claims against all Defendants pursuant to Federal Rule of Civil Produce 41(a)(1)(A)(i):

1. Karen Gilmore
2. Richard Hebert
3. Rozelia Hebert
4. Pamela Hutchinson
5. Alice Jefferson
6. James Jefferson
7. Lydia Jerome
8. Deanna Jones
9. Derek Marrero

10. Sandra Montegut

11. Dale Montgomery

12. Clarence Moore, Jr.

13. John Rapenske

14. Sherrie Raymond-Galatas

15. Sherrie Raymond-Galatas on behalf of Lloryn Raymond-Galatas

16. Sherrie Raymond-Galatas on behalf of Lloyd Raymond-Galatas

17. Deborah Ruffin on behalf of Stephanie Holloway

18. Deborah Ruffin

19. Glorious Santos

20. Andrea Scott

21. Kevin Scott Sr.

22. Robert Smith Jr.

23. Paul Verhoven on behalf of Jordan Verhoven

24. Paul Verhoven on behalf of Lilia Verhoven

25. Paul Verhoven on behalf of Nathaniel Verhoven

26. Germaine Verhoven

27. Paul Verhoven

28. Angela Wagner

29. Elodie White

30. Mae Williams

No Defendant has served an answer or motion for summary judgment as of this date.

Respectfully submitted:

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*
_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:  (713) 223-5393
Fax.:  (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:  (504) 581-7070
Fax.:  (504) 581-7083

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15th, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ John Munoz*
JOHN MUNOZ, #9830