**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * | **MDL NO. 1873** |
| | * | **SECTION "N" (5)** |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO** | * | |
| *Betty Adams, et al* *v. Gulf Stream Coach, Inc., et al*; Docket No. 09-05351; **PLAINTIFFS UNMATCHED WITH A SPECIFIC MANUFACTURING DEFENDANT** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF VOLUNTARY DISMISSAL,**
**WITHOUT PREJUDICE, OF CLAIMS OF CERTAIN PLAINTIFFS**

The following Plaintiffs, *only*, hereby dismiss, without prejudice, their claims against all Defendants pursuant to Federal Rule of Civil Produce 41(a)(1)(A)(i):

1. Joel Alsandor
2. Terrence Bartholomew
3. Terry Beamon
4. Elizabeth Bell
5. Sharon Bradford
6. Marlon Bradford
7. Pamela Chauvin
8. Tammy Clark
9. Dwight Cummins

10. Corey Davis

11. Tyrone Davis

12. George Dawson, Jr.

13. George Dawson, Sr.

14. Christell Elmore

15. Leola Fields

16. Margaret Fortune

17. Tanya Fortune on behalf of Summer Forde

18. Tanya Fortune on behalf of Destiny Fortune

19. Tanya Fortune

20. Schilacy Hall

21. Teaneaka Harrell on behalf of Loreal Harrell

22. Teaneaka Harrell

23. Teaneaka Harrell on behalf of Treasure Harrell

24. Gwendolyn Jefferson on behalf of Rechell Brown

25. Jonathan Johnson

26. Dennard Johnson, Jr.

27. Dennard Johnson, Sr.

28. Dorothy Jones

29. Jerome Jones

30. Ali Khalil

31. Carl King

32. Gena Roach-Lee

33. Anthony Marrero

34. James Martin, Sr.

35. Sandra Mitchell

36. Keyonn Montgomery on behalf of Avonta Montgomery

37. Keyonn Montgomery on behalf of Devonta Montgomery

38. Keyonn Montgomery

39. Carol Moore

40. Tammy Nash on behalf of Loreal Nash

41. Raymond Nelson

No Defendant has served an answer or motion for summary judgment as of this date.

Respectfully submitted:

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

## CERTIFICATE OF SERVICE

I hereby certify that on December 16th, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

　　　　　　　　　　　　　　　　　　　　　*/s/ John Munoz*
　　　　　　　　　　　　　　　　　　　　　JOHN MUNOZ, #9830