UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Betty Allen, et al* | * | |
| *v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-05353; | * | |
| **PLAINTIFFS UNMATCHED WITH A** | * | |
| **SPECIFIC MANUFACTURING DEFENDANT** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF VOLUNTARY DISMISSAL,
WITHOUT PREJUDICE, OF CLAIMS OF CERTAIN PLAINTIFFS

The following Plaintiffs, *only*, hereby dismiss, without prejudice, their claims against all Defendants pursuant to Federal Rule of Civil Produce 41(a)(1)(A)(i):

1. Betty Allen
2. Lyle Allen
3. Valerie Allen
4. Karen Andrews
5. Brian Bethley, Sr.
6. Justin Carreras
7. Rosalind Conerly
8. Tabathia Cuiellette
9. Elenora Davis on behalf of Charles Davis

10. Elenora Davis

11. Elenora Davis on behalf of Kelli Davis

12. Elenora Davis on behalf of Lawrence Davis

13. Elenora Davis on behalf of Kondwani Winston, Jr.

14. Larry Davis

15. Lawrence Davis

16. Cassandra Dellihoue

17. Shirley Fontenot

18. Melba Gibson

19. Melba Gibson on behalf of Terrence Jacko

20. Alton Greenberry

21. Desmond Greenberry

22. Desmond Greenberry on behalf of Desmond Roach

23. Pamela Greenberry

24. Sheena Green

25. Sheena Green on behalf of Cedrionne Powell

26. Karen Gustave

27. Donna Hale

28. Irma Handy

29. Daniel Handy, Sr.

30. Alicia Hayes

31. Iness Heim on behalf of Kara'Yanna Jefferson

32. Iness Heim on behalf of Latrell Jefferson

33. Shawanda Henry on behalf of Erica Henry

34. Shawanda Henry on behalf of Jasmine Henry

35. Shawanda Henry

36. Doris Jackson

37. Leonard Jackson

38. David Jefferson, III

39. Latoya Jefferson

40. Kevin Johnson

41. Charley Jones

42. Clarise Jones on behalf of Chevelle Davis

43. Clarise Jones on behalf of Royale Jenkins

44. Clarise Jones

45. Selma Jones

46. Edwina King

47. Clara Lee

48. Emanuel Mathieu, Jr.

49. Vallery McCormick

50. Terrence McKay

51. Betty McKenzie

52. Godrey Mickens

53. George Miller

54. Amy Mitchell

55. Ashley Mitchell

56. Herlin Mogilles

57. Kasey Mogilles

58. Kendrick Morris

59. Herman Revader

60. Gerard Rigney

61. Gena Roach on behalf of Desmond Roach

62. Gena Roach on behalf of Jimmie Roach

63. Cheryl Roberts

64. Donald Roberts, Sr.

65. Keshawn Roberts

66. Keshone Roberts

67. Nikisha Roberts

68. James Scott, Sr.

69. Borrock Steward

70. Charlena Steward

71. Lorraine Tyler

72. Audrey Washington

73. Suprina Washington

74. Deborah Webb

75. Eddie Webb

76. Walter Bibbins

77. Fannie White

78. Arion Williams

79. Shoun Williams-Evans

80. Kelley Williams

81. Angela Wilson

82. Angela Wilson on behalf of Aryelle Hill

83. Kondwani Winston

84. Anthony Wren

85. Cheryl Wren on behalf of Natasha Wren

No Defendant has served an answer or motion for summary judgment as of this date.

Respectfully submitted:

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*

_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:	(504) 581-7070
Fax.:	(504) 581-7083

## CERTIFICATE OF SERVICE

I hereby certify that on December 16th, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

　　　　　　　　　　　　　　　　　　　　*/s/ John Munoz*
　　　　　　　　　　　　　　　　　　　　JOHN MUNOZ, #9830