UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Joseph Aguillard, et al* | * | |
| v. *Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-05376; | * | |
| **PLAINTIFFS UNMATCHED WITH A** | * | |
| **SPECIFIC MANUFACTURING DEFENDANT** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF VOLUNTARY DISMISSAL,
WITHOUT PREJUDICE, OF CLAIMS OF CERTAIN PLAINTIFFS

The following Plaintiffs, *only*, hereby dismiss, without prejudice, their claims against all Defendants pursuant to Federal Rule of Civil Produce 41(a)(1)(A)(i):

1. Charles Allen, Sr. on behalf of Charles Allen, Jr.

2. Charles Allen, Sr.

3. Willie Calhoun

4. Jonique Christopher on behalf of Donald Christopher

5. George Dawson, Sr. on behalf of Kenyerria Jones

6. Janice Jamison

7. Kisuana Martinez

8. Emory McKenzie

9. Mary Pierce

10. Shirley Portis

11. Austin Reneau

12. Gennie Roach

13. Charlestine Robertson

14. Wanda Roy on behalf of Devin Roy

15. Keenan Shields

16. Keenan Shields on behalf of Taylor Shields

17. Cordellia Townsend on behalf of Kimberly Townsend

18. Cordellia Townsend

19. Dominique Townsend

20. Joseph Tyler

21. Lee Wilson

22. Sheila Winston

No Defendant has served an answer or motion for summary judgment as of this date.

Respectfully submitted:

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:    (504) 581-7070
Fax.:   (504) 581-7083

## CERTIFICATE OF SERVICE

I hereby certify that on December 16th, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ John Munoz*
JOHN MUNOZ, #9830