# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER      \*      **MDL NO. 1873**
       FORMALDEHYDE PRODUCTS    \*
       LIABILITY LITIGATION      \*      **SECTION "N" (5)**
       \*
       \*      **JUDGE ENGELHARDT**
       \*      **MAGISTRATE CHASEZ**
       \*

**THIS DOCUMENT IS RELATED TO**    \*
       \*

*Olivia Price, et al*      \*
*v. Gulf Stream Coach, Inc., et al*;    \*
Docket No. 09-05357;      \*
**PLAINTIFFS UNMATCHED WITH A**    \*
**SPECIFIC MANUFACTURING DEFENDANT**   \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL,
## <u>WITHOUT PREJUDICE, OF CLAIMS OF CERTAIN PLAINTIFFS</u>

The following Plaintiffs, *only*, hereby dismiss, without prejudice, their claims against all

Defendants pursuant to Federal Rule of Civil Produce 41(a)(1)(A)(i):

1. Carolyn Boudreaux

2. Lynell Clark

3. Deborah Grimes

4. Deborah Grimes on behalf of Octavious Wright

5. Annastasia Harden

6. Annastasia Harden on behalf of Frankie Harden

7. Annastasia Harden on behalf of Jennifer Harden

8. Marc Haymond

9. Tammy Riley

10. Tammy Riley on behalf of Willnisha Riley

11. Keith Roberts

12. Eugene Robertson

13. Wanda Roy

14. Wanda Roy on behalf of Artesia Roy

15. Harlean Smith

16. Deobrah Spears-Williams

17. Brigeanna Steward

18. Brigeanna Steward on behalf of Blake Steward

19. Brigeanna Steward on behalf of Brent Steward

20. Brigeanna Steward on behalf of Bria Steward

21. Brigeanna Steward on behalf of Brionne Steward

22. Herbert Theodore III

23. Herbert Theodore Jr.

24. Lois Theodore

25. Jazmun Tolbert-Smith

26. Kenneth Wilson

27. Bryan White

28. Dwayne Williams

29. Kenneth Williams

No Defendant has served an answer or motion for summary judgment as of this date.

Respectfully submitted:

# THE BUZBEE LAW FIRM

*/s/ Anthony G. Buzbee*
_____

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
# THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

## CERTIFICATE OF SERVICE

I hereby certify that on December 16th, 2009, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants.

*/s/ John Munoz*
JOHN MUNOZ, #9830