UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Peggy Magee, et al* | * | |
| *v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-05357; | * | |
| PLAINTIFFS UNMATCHED WITH A | * | |
| SPECIFIC MANUFACTURING DEFENDANT | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF VOLUNTARY DISMISSAL,
WITHOUT PREJUDICE, OF CLAIMS OF CERTAIN PLAINTIFFS

The following Plaintiffs, *only*, hereby dismiss, without prejudice, their claims against all Defendants pursuant to Federal Rule of Civil Produce 41(a)(1)(A)(i):

1. Andrew Brown, Sr.

2. Kristin Brown

3. Kristin Brown on behalf of N'diya Shelton

4. Kristin Brown on behalf of Darrell Shelton

5. Kristin Brown on behalf of Andrew Brown, Jr.

6. Glenn Lemon

7. Derek Marrero on behalf of Dejah Blanchard

8. Derek Marrero on behalf of Derek Blanchard

9. Derek Marrero on behalf of Derron Blanchard

10. Gail Price on behalf of Ashton Perkins

11. Precious Slaughter

12. Precious Slaughter on behalf of Jareyell Slaughter

13. James Thornton

14. Cleo Trotter

No Defendant has served an answer or motion for summary judgment as of this date.

Respectfully submitted:

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*
_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:  (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:  (504) 581-7083

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16th, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                          */s/ John Munoz*
                                          JOHN MUNOZ, #9830