UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Quiana Acker, et al* | * | |
| *v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-02962 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF CLAIMS OF CERTAIN PLAINTIFFS

The following Plaintiffs, *only*, hereby dismiss, without prejudice, their claims against all Defendants pursuant to Federal Rule of Civil Produce 41(a)(1)(A)(i):

1. Quiana Acker
2. Savannah Bechet
3. Portia Bradford
4. Maxine Broadway
5. Delecia Brown
6. Harold Brown
7. Mattie Brown
8. Raynette Butler
9. Raynette Butler on behalf of Jalana Butler
10. Raynette Butler on behalf of James Butler

11. Bret Carreras

12. Gernell Carreras

13. Gernell Carreras on behalf of Nolan Carreras

14. Jerome Culler

15. Jerome Culler as representative of the estate of Joan Culler

16. Myra Cummins

17. Brandi Darby

18. Brandi Darby on behalf of Warren Haywood

19. Dione Davis

20. Dione Davis on behalf of Trinity Guesnon

21. Miriam Davis

22. Dwayne Fields

23. Joshua Fuertes

24. Mildred Fuertes

25. Rhonda Gilbert

26. Trichonda Green

27. Trichonda Green on behalf of Adam Barbarin

28. Trichonda Green on behalf of Tyreon Green

29. Charnell Haymond

30. Gillian Haymond

31. Curtis Howard

32. Monique Howze

33. Janice Hunter

34. Gwendolyn Jefferson on behalf of Jolinda Brown

35. Gwendolyn Jefferson on behalf of Alicia Jefferson

36. Gwendolyn Jefferson

37. Gwendolyn Jefferson on behalf of Tevin Jefferson

38. Joseph Jefferson

39. Cathy Johnson

40. Vanessa Johnson

41. Dionicia Martinez

42. Mario Martinez, Jr.

43. Mariano Martinez

44. Gaynell Martin

45. Gaynell Martin on behalf of James Martin, Jr.

46. Markeitha Nelson on behalf of Tyronique Ingram

47. Markeitha Nelson

48. Loleita Ordon

49. Troy Palmer

50. Terry Simon

51. Theodore Simon

52. Georgia Slaughter

53. Troy Stevenson

54. Gladys Williams

55. John Williams

56. Alvin Williby, Sr. as representative of the estate of Sandra Williby

57. Marilyn Wright

No Defendant has served an answer or motion for summary judgment as of this date.

          Respectfully submitted:

          **THE BUZBEE LAW FIRM**

          */s/ Anthony G. Buzbee*
          _____
          Anthony G. Buzbee
          Texas Bar No. 24001820
          JPMorgan Chase Tower
          600 Travis Street, Suite 7300
          Houston, Texas 77002
          Tel.:   (713) 223-5393
          Fax.:  (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:  (504) 581-7083

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16th, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                */s/ John Munoz*
                                                JOHN MUNOZ, #9830