## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER       *     MDL NO. 1873
      FORMALDEHYDE PRODUCTS    *
      LIABILITY LITIGATION      *     SECTION "N" (5)
                                  *
                                  *     JUDGE ENGELHARDT
                                  *     MAGISTRATE CHASEZ
                                  *
THIS DOCUMENT IS RELATED TO    *
                                  *
*Stephanie Turner, et al*            *
*v. Gulf Stream Coach, Inc., et al*;      *
Docket No. 09-05349            *
PLAINTIFFS UNMATCHED WITH A    *
SPECIFIC MANUFACTURING DEFENDANT *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL,
## WITHOUT PREJUDICE, OF CLAIMS OF CERTAIN PLAINTIFFS

      The following Plaintiffs, *only*, hereby dismiss, without prejudice, their claims against all

Defendants pursuant to Federal Rule of Civil Produce 41(a)(1)(A)(i):

      1.   Marguerite Bailey-Kelly on behalf of Aniya Bailey-Kelly

      2.   Marguerite Bailey-Kelly on behalf of Daneetra Bailey-Kelly

      3.   Maxine Broadway on behalf of Chyna Broadway

      4.   Chantrell Mutin

      5.   Kevin Mutin

      6.   Courtney Mutin

      7.   Jessie Chambliss

      8.   Glenda Foley on behalf of Tamiqua Foley

      9.   Glenda Foley on behalf of Tierra Foley

10. LaWanda McGraw

11. LaWanda McGraw on behalf of Jaylen Walker

12. Sehara Webb

13. Michael White

No Defendant has served an answer or motion for summary judgment as of this date.


Respectfully submitted:

## THE BUZBEE LAW FIRM

*/s/ Anthony G. Buzbee*

_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909


OF COUNSEL:
## THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 17th, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ John Munoz*
JOHN MUNOZ, #9830