AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of LOUISIANA

| | | |
|---|---|---|
| GAISHA EARLYCUTT, ET AL | ) | EDLA 09-5973 |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 09-462 |
| CAVALIER HOME BUILDERS, LLC, ET AL | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Cavalier Homes, Inc.
through its agent for service of process
The Corporation Company
2000 Interstate Pk. Dr., Suite 204
Montgomery, AL 36109

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Nick J. Lorio
Name of clerk of court

Date: July 27, 2009

Claressa Mansfield
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-462 Earlycutt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X The Corporation Company   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>The Corporation Company   8/19/09 |
| 1. Article Addressed to:<br>Cavalier Homes Inc<br>c/o Corporation Co.<br>2000 Interstate Pk Dr<br>Suite 204<br>Montgomery AL 36109 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 1140 0003 1874 1560 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540