AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
### for the
## MIDDLE District of LOUISIANA

| | | |
|---|---|---|
| GAISHA EARLYCUTT, ET AL | ) | |
| Plaintiff | ) | $\mathcal{EDLA}$  09. 5973 |
| v. | ) | Civil Action No.  09=462 |
| CAVALIER HOME BUILDERS LLC, ET AL | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

**Fluor Enterprises**
**2500 Atlantic Blvd.**
**Los Angeles, CA 90040**

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The
answer or motion must be served on the plaintiff's attorney, whose name and address are:

Justin I. Woods
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your
answer or motion with the court.

Nick J. Lorio
Name of clerk of court

Claressa T. Mansfield
Deputy clerk's signature

Date:  July 27, 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-462   Eackgutt
formaldehyde

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Shaw Enterprises
% Corp Service Co
320 Somerulos St
B. R. La 70802-6129

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                              ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
Julie Love                          2009

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)      7008 1140 0003 1874 1584

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540