**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | : | **MDL NO. 2:07-MD-1873** |
| **FORMALDEHYDE PRODUCT** | | |
| **LIABILITY LITIGATION** | : | **SECTION "N" (5)** |
| | | |
| **THIS DOCUMENT IS RELATED TO:** | : | **JUDGE ENGELHARDT** |
| | | |
| *ALL CASES* | : | **MAGISTRATE JUDGE CHASEZ** |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**JOINT UNOPPOSED MOTION TO**
**EXTEND NON-LITIGATION TRACK**

NOW INTO COURT, come the Non-Litigation Track Defendants and Plaintiffs' Steering

Committee, who move this Honorable Court for a pretrial order extending the Non-Litigation

Track for an additional thirty (30) day period, until January 18, 2010.  In support of this Motion,

the Parties state as follows:

1.     On October 8, 2009, this Court entered an Order (Doc. 4993) extending the Non-

Litigation Track until December 7, 2009.

2.     As set forth in the Parties' last motion to extend the Non-Litigation Track (Doc.

No. 4878), the PSC is currently appealing this Court's order granting the Non-Litigation Track

Defendants' motion to dismiss based upon federal preemption (Doc. No. 1629).  The PSC filed

its appellate brief with the Fifth Circuit Court of Appeals on December 4, 2009, and the Non-

Litigation Track Defendants' response is due on January 4, 2010.

3.     Both the Non-Litigation Track Defendants and the PSC continue to believe that

preparing the manufactured housing cases for bellwether trials before the Fifth Circuit rules on

the preemption issue would result in wasteful and potentially duplicative discovery, especially

expert discovery.

4.      Moreover,  FEMA continues to produce matching data, and the PSC continues to

provide new Plaintiff Fact Sheets and to file "matched" complaints.  Therefore, the identities of

plaintiffs and numbers of plaintiffs that are asserting claims against the Non-Litigation Track

Defendants continues to develop on a daily basis.  As this information becomes more concrete,

the Non-Litigation Track Defendants are better able to evaluate the claims and risks presented by

the litigation and are in a better position to determine whether or not the claims can be resolved

without further litigation.

5.      Therefore, the purposes and reasons for the original establishment of the Non-

Litigation Track remain in place, and the parties jointly request this Court to extend the Non-

Litigation Track for an additional thirty (30) day period.

6.      At the request of the United States, the undersigned notes that the January 19,

2010 deadline for the selection of a bellwether manufactured housing plaintiff (as set by this

Court's Order of August 5, 2009) is not extended as a result of the relief requested herein.

7.      The undersigned certifies to this Court that a copy of this motion was presented to

all Liaison Counsel before it was filed and none oppose the granting of this motion.

WHEREFORE, premises considered, the Non-Litigation Track Defendants and the Plaintiffs' Steering Committee jointly request that this Honorable Court extend the Non-Litigation Track for an additional thirty (30) day period, until January 18, 2010.

Respectfully submitted,

**For the Non-Litigation Track Defendants**

/s/ Stephanie Skinner
Stephanie Skinner

**OF COUNSEL:**

Lee E. Bains, Jr.
Thomas W. Thagard, III
Joshua B. Baker
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone: (205) 254-1000
Fax: (205) 254-1999

- and -

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s Stephanie Skinner
OF COUNSEL