UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGELHARDT |
| *ALL CASES* | : | MAGISTRATE JUDGE CHASEZ |

*   *   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

Before this Court is a Joint Unopposed Motion to Extend Non-Litigation Track filed by the Non-Litigation Track Defendants and the Plaintiffs' Steering Committee, which the Court finds establishes good cause for extending the Non-Litigation Track, and therefore:

IT IS HEREBY ORDERED that Pretrial Order No. 24 (Doc. 1002) establishing the Non-Litigation Track is hereby extended thirty (30) days, until January 18, 2010.

New Orleans, Louisiana, this ____ day of December, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

**Error! Unknown document property name.**