AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
MIDDLE District of LOUISIANA

| DESI DAY, ET AL | ) | |
|---|---|---|
| Plaintiff | ) | EDLA 09-6161 |
| v. | ) | Civil Action No. ~~09-530~~ |
| INSURECO AGENCY AND INS. CO., ET AL | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Fluor Enterprises, Inc.
c/o Charles R. Penot, Jr.
Middleberg, Riddle & Gianna
717 N. Harwood St., Suite 2400
Dallas, TX 75201

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Justin I. Woods
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Nick J. Lorio
Name of clerk of court

Date: __July 31, 2009__

*Beth Perry*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  JJ         SEP    ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>Scott Thistlethwaite<br>D. Is delivery address different from item 1?  ☐ Yes  ☑ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Fluor Enterprises, Inc.<br>Corporation Service Company<br>320 Somerulos St.<br>Baton Rouge, LA 70802-6129 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 1680 0001 8688 7256 |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-0530 Posi Day