AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
MIDDLE District of LOUISIANA

| | |
|---|---|
| KIMBERLY TAYLOR<br>Plaintiff<br>v.<br>KEYSTONE COACH, INC. ET AL<br>Defendant | ) EDLA    09-5976<br>) Civil Action No. 09-486-JJB-DLD<br>)<br>) |

## Summons in a Civil Action

To: *(Defendant's name and address)*
CH2M Hill Constructors, Inc.
Through its agent for service of process CT Corp
~~1675 Broadway, Suite 1200~~ 5615 Corporate Blvd #402B
~~Denver, CO 80202~~ Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Justin I. Woods
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nick J. Lorio
Name of clerk of court

Date: July 27, 2009

*Janice LeBlanc*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-486 Taylor
formaldehyde

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CH2M Hill Constructors
℅ CT Corp
5615 Corp. Blvd #400B
B.R. LA 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  CT Corporation System
X           5615 Corporate Blvd
            Suite 400B
            Baton Rouge, LA
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  8/18/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7008 1140 0003 1874 1638

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540