UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

TRACY L. SIMMONS, SANDRA
SIMMONS, INDIVIDUALLY, AND FOR
HER MINOR CHILD, TREY L. SIMMONS;
TRACY SIMMONS, JR. AND ANTHONY
M. BARRACO, JR.

                Plaintiffs,           CIVIL ACTION NO. 09-6375

VS.                                   SECTION, N MAGISTRATE 5

JAYCO, INC. a/k/a BOTTOM LINE RV
AND SHAW ENVIRONMENTAL, INC.

                Defendants

**CONCURRENCE IN REMOVAL**

Defendant Jayco, Inc. (Jayco) hereby concurs in the removal of this action.

Jayco further suggests that this action is a potential tag-along action in the *In re FEMA Formaldehyde Products Liability Litigation*, No. 07-MD-1873, currently pending in the United States District Court for the Eastern District of Louisiana.

                Respectfully submitted,

                **WILLINGHAM, FULTZ & COUGILL LLP**

By: *Thomas L. Cougill*
THOMAS L. COUGILL
Texas State Bar No. 04877300
Louisiana State Bar No. 31112
R. MARK WILLINGHAM
Texas State Bar No. 21641500
JEFFREY P. FULTZ
Texas State Bar No. 00790728
Mississippi Bar No. 101058
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas  77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile
**Attorneys for Jayco, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 17th day of December, 2009.

*Thomas L. Cougill*
THOMAS L. COUGILL