AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT 
for the

EASTERN District of LOUISIANA

| | | |
|---|---|---|
| INA SLIE | ) | |
| Plaintiff | ) | |
| v. | ) Civil Action No. 09-4326. |
| COACHMEN INDUSTRIES, INC., ET AL | ) | SECT. N MAG. 5 |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*
United States of America
through the U. S. Attorney for the Eastern District of LA
James Letten
500 Poydras St., Suite B 1210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Justin I. Woods
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: _____July 2, 2009_____   *Renee Kadosta*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

[USPS Domestic Return Receipt, PS Form 3811, February 2004]

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Cotton
620 Pydras St.
Suite 2310
N.O. LA 70130

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Cris Miller
C. Date of Delivery: 8/6/09
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label):
7008 0500 0001 9549 2570

102595-02-M-1540

---

UNITED STATES POSTAL SERVICE     First-Class Mail
                                  Postage & Fees Paid
                                  USPS
                                  Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-4336 blu