AO 440 (Rev. 04/08) Civil Summons

## UNITED STATES DISTRICT COURT **RETURN**

for the

EASTERN District of LOUISIANA

| INA SLIE | ) |
|---|---|
| Plaintiff | ) |
| v. | ) |
| COACHMEN INDUSTRIES, INC., ET AL | ) |
| Defendant | ) |

Civil Action No. **09-4326**

**SECT. N MAG. 5**

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Coachmen Recreational Vehicle Company.
Through its registered agent for service of process
Corporation Service Company
251 E. Ohio Street, Suite 500
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

_____
Name of clerk of court

Date:  _____July 2, 2009_____         *Renee Rudosfe*
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-4326 Slie
formaldehyde

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ ☐ Agent ☐ Addressee <br> B. Received by (Printed Name)  C. Date of Delivery <br> CHRIS SEEGER  8-10-09 |
| 1. Article Addressed to: <br><br> Coachmen Rec Vel Co <br> C/o Corporation Service Co <br> 251 E Ohio St. #500 <br> Indianapolis IN <br> 46204 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br> AUG 1 0 2009 <br><br> 3. Service Type <br> ☐ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number <br> (Transfer from service label)  7008 0500 0001 9549 2563 | |
| PS Form 3811, February 2004   Domestic Return Receipt  102595-02-M-1540 | |