**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | |
| **KENNETH LICATA** | * | NO: 09-4995 |
| | * | |
| **VERSUS** | * | **SECTION: "N(5)"** |
| | * | |
| **MORGAN BUILDINGS** | * | **JUDGE: ENGELHARDT** |
| **& SPAS, INC, MORGAN BUILGING** | * | |
| **SYSTEMS, INC., SHAW CORPORATION** | * | **MAG. CHASEZ** |
| **AND UNITED STATES OF AMERICA** | * | |
| **THROUGH FEDERAL EMERGENCY** | * | |
| **MANAGEMENT AGENCY** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' NOTICE OF VOLUNTARY**
**DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, come Plaintiff herein who, pursuant

to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give

notice of Kenneth Licata's voluntary dismissal, without prejudice, in the above captioned matter.

The defendants have not filed an answer to this suit, nor have they filed a motion for summary

judgment.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**

BY:     s/Gerald E. Meunier
          GERALD E. MEUNIER, #9471
          JUSTIN I. WOODS #24713
          **PLAINTIFFS' CO-LIAISON COUNSEL**
          Gainsburgh, Benjamin, David, Meunier &
          Warshauer, L.L.C.
          2800 Energy Centre, 1100 Poydras Street
          New Orleans, Louisiana 70163
          Telephone:     504/522-2304
          Facsimile:      504/528-9973
          gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on December 17, 2009.

/s/Justin I. Woods
JUSTIN I. WOODS