AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF LOUISIANA

GLENDA MASSEY , ET AL.
*Plaintiff*
v.
AMERICAN HOMES INC , ET AL.
*Defendant*

)
)
)
)
)

E DLA  09-6884
Civil Action No. 6:09–CV–01312–RTH–MEM

### Summons in a Civil Action

To:  **Vanguard Industries of Michigan Inc (Defendant)**

A lawsuit has been filed against you.

Within the time required by law*, normally 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> **Gerald Edward Meunier**
> **Gainsburgh Benjamin et al (NO)**
> **1100 Poydras St Ste 2800**
> **New Orleans, LA 70163–2800**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**TONY R. MOORE**
_____
CLERK

/s/ – Tony R. Moore
_____

ISSUED ON 2009–08–13 14:56:02.0 , Clerk USDC WDLA

\* (60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

VANGUARD Industaics
oF MICHIGAN
thru its agent for
service of process
Scott A. DAY
31450 M-86 West
CADON, MI 49040

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
DAViD BrackeTt           9-3-09

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:        ☐ No

PO Box 802

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7009 1680 0001 8688 7515

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

UNITED STATES POSTAL SERVICE
KALAMAZOO MI

03 SEP 2009  PM 2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-1312  GleNDA MASSEY