UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER　　　　　　　　　　MDL NO. 07-1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION　　　　SECTION N-5
　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

*Lyndon Wright v. Forest River, et al.*, No. 09-2977 (E.D. LA)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering Defendant United States of America's Unopposed Motion to File a Reply Memorandum in Support of its "Motion to Dismiss Plaintiff Lyndon Wright's FTCA Claims for Lack of Subject Matter Jurisdiction" (Doc. Rec. 7368),

**IT IS HEREBY ORDERED** that the Motion is granted.

**DONE AND SIGNED** this ___16th___ day of ___December___, 2009.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE KURT D. ENGELHARDT
　　　　　　　　　　　　　　　　　　JUDGE, UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　EASTERN DISTRICT OF LOUISIANA