**Miller, Henry (CIV)**

| | |
|---|---|
| **From:** | Douglas [boris1s@aol.com] |
| **Sent:** | Monday, December 07, 2009 9:46 PM |
| **To:** | Miller, Henry (CIV) |
| **Subject:** | Thanks |

Will send asap
Happy holidays also
Doug

Sent from my iPhone



1