*Charlie M. Levy, et al v. Gulf Stream Coach, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Levy | Charlie | M. | 1309 Dupont Avenue | Pascagoula | MS | 39567 |
| 2 | Levy | Clara | L. | 1309 Dupont Avenue | Pascagoula | MS | 39567 |
| 3 | Levy | Crystal | D. | 1309 Dupont Avenue | Pascagoula | MS | 39567 |
| 4 | Levy, individually and as mother and next of friend of M.L. | Paula | Jean | 2701 Auburn Drive | Gautier | MS | 39553 |
| 5 | Levy | Terrance | L. | 2701 Auburn Drive | Gautier | MS | 39553 |
| 6 | Lewis | Christine | | 509 East Tracey Drive | Gulfport | MS | 39503 |
| 7 | Lewis | Terrill | | 4303 Robin Hood Drive | Pascagoula | MS | 39563 |
| 8 | Lewis | Gregory | Wayne | 8317 William Baxter Street | Moss Point | MS | 39562 |
| 9 | Lofton | Christopher | Scott | 4407 Griffin Street | Moss Point | MS | 39563 |
| 10 | Maldonado-West | Linda | | Post Office Box 199 | Long Beach | MS | 39560 |
| 11 | Martino | Janet | | 5055 Eden Place | Biloxi | MS | 39532 |
| 12 | McAlpin | Edward | | Post Office Box 8879 | Moss Point | MS | 39563 |
| 13 | McDonald | Nacole | | 8319 Georgia Avenue | Gulfport | MS | 39501 |
| 14 | McGee | Tony | | 264 Stennis Drive, #13 | Biloxi | MS | 39531 |
| 15 | McGill | Brittney | N. | 2619 Elvierness Street | Gautier | MS | 39553 |
| 16 | McGill | Essie | Mae | 2619 Elvierness Street | Gautier | MS | 39553 |
| 17 | McGill | Kesha | S. | 2619 Elvierness Street | Gautier | MS | 39553 |
| 18 | McGill | Lloyd | | 2619 Elvierness Street | Gautier | MS | 39553 |
| 19 | McLeod | Miranda | Lea | 11314 General Walker Road | Moss Point | MS | 39562 |
| 20 | McMillian | Tronzie | | 4543 Dr. Martin Luther King Blvd. | Moss Point | MS | 39563 |
| 21 | McQueen | Darrell | Judson | Post Office Box 9154 | Moss Point | MS | 39563 |
| 22 | Miller | Justin | Labaron | 2101 Ladnier Road, Lot #95 | Gautier | MS | 39553 |
| 23 | Miskell, individually and as mother and next of friend o D.V.M. | Gladys | Inez | 15228 Lemoyne Blvd., Lot #23 | Biloxi | MS | 39532 |
| 24 | Moore | Joe | Lee | 503 Vicki Drive | D'Iberville | MS | 39540 |
| 25 | Murray | Gary | | 4106 Pearl Street | Moss Point | MS | 39563 |
| 26 | Nathan | Keith | LaShawn | 2718 Bartlett Bayou, Apt. F4 | Pascagoula | MS | 39567 |
| 27 | Nathan | Tomika | Penton | 2718 Bartlett Bayou, Apt. F4 | Pascagoula | MS | 39567 |
| 28 | Nelson | Ambrose | Leon | 4100 Pine Street | Moss Point | MS | 39563 |
| 29 | Netter | Dakarai | | 332 Magnolia Street | Biloxi | MS | 39530 |
| 30 | Netter | Derrel | | 332 Magnolia Street | Biloxi | MS | 39530 |
| 31 | Nichols | Christopher | Lee | 3300 Roberts Road | Moss Point | MS | 39562 |
| 32 | Nichols | Peggy | Lee | 8308 Austeria Lane | Moss Point | MS | 39562 |
| 33 | Nichols | Theodore | George | 8308 Austeria Lane | Moss Point | MS | 39562 |
| 34 | Niemeier, individually and as mother and next of friend of A.N. and E.N. | Cheryl | | 10317 Paige Bayou Road | Vancleave | MS | 39565 |
| 35 | Niemeier | Leon | Russell | 10317 Paige Bayou Road | Vancleave | MS | 39565 |
| 36 | Paris | Berma | Randolph | 1203 School Street | Pascagoula | MS | 39567 |
| 37 | Parker | Brian | Craig | 1909 Lamotte Drive | Gautier | MS | 39553 |
| 38 | Patterson | Kenneth | W. | 111 Elm Court | Gulfport | MS | 39501 |
| 39 | Perryman | Beatrice | D. | 2303 Jackson Avenue | Pascagoula | MS | 39567 |
| 40 | Peters | Kelly | | 2800 19th Avenue, Lot 65 | Gulfport | MS | 39501 |
| 41 | Pettis | Sarah | | 126 Cherry Court | Gulfport | MS | 39501 |

*Charlie M. Levy, et al v. Gulf Stream Coach, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 42 | Pittman | Alberta | | 140 Tulip Court | Gulfport | MS | 39501 |
| 43 | Pittman | Cassandra | | 124 Cherry Court | Gulfport | MS | 39501 |
| 44 | Plainer | Elizabeth | | Post Office Box 222 | Escatawpa | MS | 39552 |
| 45 | Polk, individually and as mother and next of friend of A.P., D.P., and I.P. | Monaleissa | | 6701 Elder Ferry Road | Moss Point | MS | 39563 |
| 46 | Prior, individually and as mother and next of friend of S.P. and T.P. | Renee' | Elaine | 10530 Three Rivers Road, #37 | Gulfport | MS | 39503 |
| 47 | Richards, individually and as mother and next of friend of D.R. and D.R. | Amy | | 1809 17th Avenue | Gulfport | MS | 39501 |
| 48 | Richardson | Jane | | 6525 Shortcut Road, Apt. #7 | Moss Point | MS | 39563 |
| 49 | Richburg | Bertha | | 264 Stennis Drive, #93 | Biloxi | MS | 39530 |
| 50 | Richburg | Sadie | Marie | 264 Stennis Drive, #93 | Biloxi | MS | 39530 |
| 51 | Richburg | Virginia | E. | 181 Crawford Street | Biloxi | MS | 39530 |
| 52 | Robinson | Cherry | | 15 Rosebud Court | Gulfport | MS | 39501 |
| 53 | Robinson | Jasmine | | 15 Rosebud Court | Gulfport | MS | 39501 |
| 54 | Robinson, individually and as mother and next of friend o X.R. | Laquana | | 15 Rosebud Court | Gulfport | MS | 39501 |
| 55 | Rocker | James | A. | 181 Crawford Street | Biloxi | MS | 39530 |
| 56 | Rodgers | Brenda | Faye | 1702 Williams Street | Pascagoula | MS | 39567 |
| 57 | Rodriguez, individually and as mother and next of friend o J.Q. and J.Q. | Felipa | Maria | 243 Oxford Drive | Gautier | MS | 39553 |
| 58 | Ronsonet | Mary | Ella | 375 Howard Avenue | Biloxi | MS | 39530 |
| 59 | Sanders | Lerrie | | 260 Magnolia Street | Biloxi | MS | 39530 |
| 60 | Sanders | Ruth | | 260 Magnolia Street | Biloxi | MS | 39530 |
| 61 | Sands, individually and as mother and next of friend o O.S. | Arvetta | | 9267 Cunadet, Lot #78 | Gulfport | MS | 39503 |
| 62 | Sims | Samuel | | 14221 O'Neal Road, #18-B | Gulfport | MS | 39503 |
| 63 | Slay, Jr. | Emirson | M. | 263 Eisenhower Dr., Bld. 4, Apt. 96 | Biloxi | MS | 39531 |
| 64 | Smith | Darren | B. | 3518 Southward Drive, Apt. 5 | Gulfport | MS | 39501 |
| 65 | Smith, individually and as mother of L.S., M.S., and M.S. | Michael | | 509 East Tracey Drive | Gulfport | MS | 39503 |
| 66 | Smith-Walls, individually and as mother and next of friend o I.S. | Robin | Meryl | 3602 Catalina Street | Pascagoula | MS | 39581 |
| 67 | Stallworth | Marlon | | 5724 Vester Lane | Moss Point | MS | 39563 |
| 68 | Stallworth | Jerome | | 1009 School Avenue | Pascagoula | MS | 39567 |
| 69 | Stewart | Bobbie | Darlene | 1807 Parsley Avenue | Pascagoula | MS | 39567 |
| 70 | Thomas | Antony | Damon | 3307 New York Ave. | Pascagoula | MS | 39581 |
| 71 | Thomas | Christian | J. | 14547 Indian Trials Circle | Biloxi | MS | 39532 |
| 72 | Thomas | David | L. | 319 Rosado Lane | Biloxi | MS | 39530 |
| 73 | Thomas | Willie | Jean | 319 Rosado Lane | Biloxi | MS | 39530 |
| 74 | Thomas | Felicia | M. | 4106 Del Rosa Avenue | Moss Point | MS | 39563 |
| 75 | Thompson | Evelyn | | 2902 Bilbo Street | Pascagoula | MS | 39567 |
| 76 | Thompson | George | | 2902 Bilbo Street | Pascagoula | MS | 39567 |
| 77 | Thompson | Gwendolyn | | 2902 Bilbo Street | Pascagoula | MS | 39567 |
| 78 | Thompson | John | | 26 Dogwood Court | Gulfport | MS | 39501 |

*Charlie M. Levy, et al v. Gulf Stream Coach, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 79 | Thurman | Roy | L. | 219 Lee Street | Biloxi | MS | 39530 |
| 80 | Thurman | Shirley | | 219 Lee Street | Biloxi | MS | 39530 |
| 81 | Tisdell | Niesha | L. | 530 Vickie Drive | D'Iberville | MS | 39540 |
| 82 | Towne | Damian | O. | 2619 Elvierness Street | Gautier | MS | 39553 |
| 83 | Triplett | Crystal | | 2503 Forrest Street | Pascagoula | MS | 39581 |
| 84 | Triplett | Freddie | | Post Office Box 833 | Pascagoula | MS | 39567 |
| 85 | Triplett | Jason | | 2503 Forrest Street | Pascagoula | MS | 39581 |
| 86 | Vaxter, individually and as mother and next of friend of J.J. and M.J. | Rosetta | M. | 4630 Bowen Street | Moss Point | MS | 39563 |
| 87 | Walker | Erick | | 1202 Beach Avenue | Gulfport | MS | 39501 |
| 88 | Walker | Pamela | | 1202 Beach Avenue | Gulfport | MS | 39501 |
| 89 | Walls, individually and as mother and next of friend o B.W. | Brian | Matthew | 6208 Flagstone Drive | Moss Point | MS | 39562 |
| 90 | Washington, individually and as mother and next of friend o G.W. and R.H. | Marvannia | Laqueisha | 4817 Robinhood Drive, Apt. F-42 | Pascagoula | MS | 39581 |
| 91 | Watson | Deaundric | Dewaine | 9267 Cuandet Road, Lot #75 | Gulfport | MS | 39503 |
| 92 | Webb | Barbara | Jean | Post Office Box 5055 | Moss Point | MS | 39563 |
| 93 | Webb, Jr. | Larry | | Post Office Box 5055 | Moss Point | MS | 39563 |
| 94 | Webb, mother and next of friend of K.W. | Tasha | | Post Office Box 5055 | Moss Point | MS | 39563 |
| 95 | White | Ruthie | L. | 2320 32nd Avenue | Gulfport | MS | 39501 |
| 96 | White, Jr. | Bennie | O. | 2320 32nd Avenue | Gulfport | MS | 39501 |
| 97 | Williams | Geraldine | | 1809 17th Avenue | Gulfport | MS | 39501 |
| 98 | Williams | Lorraine | | Post Office Box 9163 | Moss Point | MS | 39560 |
| 99 | Williams | Samuel | | Post Office Box 9163 | Moss Point | MS | 39562 |
| 100 | Willis | Geraldine | | 316 Croesus Street | Biloxi | MS | 39530 |
| 101 | Wordlaw | Robert | | 4037 Curt Street | Moss Point | MS | 39563 |
| 102 | Young | Callie | Mae | 4806 Tanner Street | Moss Point | MS | 39563 |
| 103 | Young | Earnest | Victor | 4806 Tanner Street | Moss Point | MS | 39563 |
| 104 | Young, individually and as mother and next of friend of K.B. and R.R. | Geneva | | Post Office Box 8336 | Moss Point | MS | 39562 |
| 105 | Young | Steven | David | P.O. Box 5080 | Moss Point | MS | 39562 |