*Charlie M. Levy, et al v. Gulf Stream Coach, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Lewis | Duan | | 4303 Robinhood Drive | Pascagoula | MS | 39581 |
| 2 | Robinson | John | F. | 15 Rosebud Court | Gulfport | MS | 39501 |
| 3 | Shropshire | Margie | | 1402 Cherokee Drive | Pascagoula | MS | 39581 |

*Exhibit A-2*
*Page 1 of 1*