## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Albert Williams, et al*<br>*v. Forest River, Inc., et al*<br>Civil Action No. 09-7070 | § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFFS', CHIN TRAN, AS NEXT FRIEND OF CHRISTINA TRAN, A MINOR, TRACY SCHWARTZ, AS NEXT FRIEND OF DAVID HILL, A MINOR AND TRACY SCHWARTZ, AS NEXT FRIEND OF OSCAR MCCALL, A MINOR, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', Chin Tran, as Next Friend of Christina Tran, a Minor, Tracy Schwartz, as Next Friend of David Hill, a Minor and Tracy Schwartz, as Next Friend of Oscar McCall, a Minor, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
HONORABLE KURT ENGELHARDT