**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                                      MDL NO. 1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

SECTION N (5)

JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:
*All Cases Filed By Hurricane Legal Center, LLC*
*************************************************************************

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come the plaintiffs

represented by Hurricane Legal Center, LLC., who move this court to grant their request

to allow Paul Y. Lee to withdraw as Counsel of Record.  Lawrence J. Centola, Jr. remains

Counsel of Record for plaintiffs represented by the Hurricane Legal Center, LLC. There

will be no prejudice to any party or disruption to the court's proceedings resulting form

this withdrawal.

WHEREFORE, plaintiffs pray that this Court enter an Order granting their

request to allow Paul Y. Lee to withdraw as a Counsel of Record.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY _____/s/  *Paul Y. Lee*_____
        Paul Y. Lee, #CA118981

600 Carondelet Street
Suite 602
New Orleans, LA 70170
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)
lee@kaplanleeoc.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion has been electronically filed on the 21st day of December 2009, with the Clerk of Court by using the CM/ECF system, which will send a notice of electron filing to all participating counsel of record.

_____ /s/  *Paul Y. Lee*_____
Paul Y. Lee