# VERON BICE PALERMO & WILSON, LLC

ATTORNEYS AT LAW

J. MICHAEL VERON
JERE JAY BICE*
J. ROCK PALERMO III*
ALONZO P. WILSON
JAMIE B. BICE
ELAINE B. SOLARI
MICHAEL G. HODGKINS

*CERTIFIED MEDIATORS

721 KIRBY STREET (70601)
POST OFFICE BOX 2125
LAKE CHARLES, LA 70602.2125

TELEPHONE (337) 310-1600
FACSIMILE  (337) 310-1601
TOLL FREE  (877) 300-8680

WEBSITE:
www.veronbice.com

EMAIL:
info@veronbice.com

December 7, 2009



Honorable Loretta G. Whyte
Clerk of Court
United States District Court
Eastern District of Louisiana
New Orleans Division
500 Camp Street, Room C-151
New Orleans, LA 70130

Re:  In Re: FEMA Trailer Formaldehyde
     Products Liability Litigation
     MDL No. 1873
     (Janice Jacks, et al
     Vs. No. 09-6934
     Stewart Park Homes, Inc., et al)

Dear Ms. Whyte:

Please **reissue** a summons on defendant Stewart Park Homes, Inc. as follows:

    Stewart Park Homes, Inc.
    Through its Managing Agent
    1207 Sunset Drive
    Thomasville, GA 31729

Also enclosed is a self-addressed, stamped envelope for your return of this summons.

Yours truly,

J. ROCK PALERMO III

JRP:mmc
Enclosures