UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAG. ALMA L. CHASEZ |
| *Member Case No. 09-2967* | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*

## JOINT RECORD DESIGNATIONS FOR
## FIFTH CIRCUIT APPELLATE REVIEW

NOW INTO COURT, through undersigned counsel, come Plaintiff's Steering Committee, United States of America, and Keystone RV Company, who submit the following record designations pursuant to direction from the Court of Appeals for the Fifth Circuit dated December 7, 2009.

1. Case No. 2:09-cv-2967 – Doc # 1, 1-2, 1-3 – Complaint;

2. Case No. 2:07-MD-1873 – Doc #2588 – First Supplemental and Amended Complaint by Diana Bell and Raymond Bell, III;

3. Case No. 2:09-cv-2967 – Doc # 3 – Notice of Voluntary Dismissal with prejudice by Diana Bell (also Doc. #3688 in Case No. 2:07-MD-1873);

4. Case No. 2:09-cv-2967 – Doc #4 – Order and Reasons Denying Plaintiff's Motion to Dismiss Without Prejudice (also Doc. #5471 in Case No. 2:07-MD-1873);

5. Case No. 2:09-cv-2967 – Doc # 5 – Notice of Appeal (also Doc #7041 in Case No. 2:07-MD-1873);

6. Case No. 2:09-cv-2967 – Doc #6 – Judgment (also Doc. #7486 in Case No. 2:07-MD-1873);

7. Case No. 2:07-MD-1873 – Doc #3408, 3408-2 – Motion to Substitute Bellwether Plaintiff;

8. Case No. 2: 07-MD-1873 – Doc #1096 – Pretrial Order No. 28;

9. Case No. 2: 07-MD-1873 – Doc #1224 – Report Concerning Bellwether Trial Candidates by Keystone RV Company;

10. Case No. 2: 07-MD-1873 – Doc #1225 – Objections to Bellwether Nominations of Defendants by Plaintiffs' Liaison Counsel;

11. Case No. 2:07-MD-1873 – Doc #1226 – Objections and Arguments Regarding Bellwether Trial Plaintiff Selections by United States of America;

12. Case No. 2:07-MD-1873 – Doc #1299 – Pretrial Order No. 34;

13. Case No. 2:07-MD-1873 – Doc #1308 – Trial IV Scheduling Order;

14. Case No. 2:07-MD-1873 – Doc #1560 – Motion to Compel Independent Medical Exam of Plaintiff Diana Bell by Keystone RV Company;

15. Case No. 2:07-MD-1873 – Doc #1603 – Minute Entry for Proceedings Held Before Magistrate Chasez;

16. Case No. 2:07-MD-1873 – Doc #2558 – Exparte/Consent Motion for Leave to File First Amended Complaint in Diana Bell;

17. Case No. 2:07-MD-1873 – Doc #2597 – Exparte/Consent Motion to Sever;

18. Case No. 2:07-MD-1873 – Doc #2622 – Order granting Doc. 2597 Motion to Sever the Claims of Diana Bell;

19. Case No. 2:07-MD-1873 – Doc #3224 – Motion for Extension of Deadlines;

20. Case No. 2:07-MD-1873 – Doc #3234 – Response to Motion filed by United States;

21. Case No. 2:07-MD-1873 – Doc #3408 – Motion to Substitute Bellwether Plaintiff;

22. Case No. 2:07-MD-1873 – Doc #3409 – Motion for Expedited Hearing on Motion to Substitute Bellwether Plaintiff;

23. Case No. 2:07-MD-1873 – Doc #3432 – Order and Reasons Granting Motion for Extension of Deadlines;

24. Case No. 2:07-MD-1874 – Doc #4098 – Plaintiff Diana Bell's Memorandum (Sealed) in Support of Motion to Substitute Bellwether Plaintiff;

25. Case No. 2:07-MD-1873 – Doc #4111 – Order Granting Motion for Expedited Hearing and Motion to Substitute Bellwether Plaintiff;

26. Case No. 2:07-MD-1873 – Doc #4164, 4164-2, 4164-3, 4164-4 – Motion to Substitute Bellwether Plaintiff, or in the Alternative, To Continue Trial;

27. Case No. 2:07-MD-1873 – Doc #4259 – Order;

28. Case No. 2:07-MD-1873 – Doc #4266 – Government's Response to Motion to Substitute Bellwether Plaintiff, or in the Alternative, To Continue Trial;

29. Case No. 2:07-MD-1873 – Doc #4270, 4270-2 – Keystone's Memorandum in Opposition to Plaintiff's Motion to Substitute Bellwether Plaintiff, or in the Alternative, To Continue Trial;

30. Case No. 2:07-MD-1873 – Doc #4271 – Motion Requesting Summary Jury Trial;

31. Case No. 2:07-MD-1873 – Doc #4273– Shaw's Memorandum in Opposition to Plaintiff's Motion to Substitute Bellwether Plaintiff, or in the Alternative, To Continue Trial;

32. Case No. 2:07-MD-1873 – Doc #4370 – Order and Reasons denying Motion to Substitute Valena Byrd as Plaintiff;

33. Case No. 2:07-MD-1873 – Doc #4537 – Response and Memorandum in Opposition filed by Contractor Defendants;

34. Case No. 2:07-MD-1873 – Doc #4571 – Response/Memorandum in Opposition filed by Keystone RV;

35. Case No. 2:07-MD-1873 – Doc #4572 – Response/Memorandum in Opposition filed by United States of America;

36. Case No. 2:07-MD-1873 – Doc #4864 – Answer to 2588 Amended Complaint with Jury Demand by Keystone RV Company;

37. Case No. 2:07-MD-1873 – Doc #4879 – Answer to Complaint ("First Supplemental and Amended Complaint for Damages" Doc. No. 2588) by United States of America;

38. Case No. 2:07-MD-1873 – Doc #5102, 5102-2, 5102-3, 5102-4 – Motion to Dismiss without Prejudice the Claims of Raymond Bell, III, Memorandum in Support, and Affidavit of Raymond Bell, III;

39. Case No. 2:07-MD-1873 – Doc #5471 – Order and Reasons;

40. Case No. 2:07-MD-1873 – Doc #5537 – Motion to name Valena Byrd as Replacement Bellwether;

41. Case No. 2:07-MD-1873 – Doc #5744 – Pretrial Order No. 46;

42. Case No. 2:07-MD-1873 – Doc #7041 – Notice of Appeal;

43. Case No. 2:07-MD-1873 – Doc #7489 – Judgment;

44. Case No. 2:07-MD-1873 – Doc #9163 – Order of USC re: designation of record.

Respectfully submitted:

**PLAINTIFF'S STEERING COMMITTEE**

BY:     s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:     504/522-2304
        Facsimile:      504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:     504/522-2304
        Facsimile:      504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'
        STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        ROBERT BECNEL, #14072
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        DENNIS REICH, Texas #16739600
        MIKAL WATTS, Texas # 20981820

**UNITED STATES OF AMERICA**

BY:    s/Henry T. Miller
       HENRY T. MILLER
       Senior Trial Counsel
       ADAM M. DINNELL (TX. No. 24055405)
       Trial Attorney
       **UNITED STATES DEPARTMENT OF JUSTICE**
       Civil Division, Torts Branch
       P.O. Box 340, Ben Franklin Station
       Washington, D.C. 20004
       Telephone: (202) 616- 4211
       Adam.Dinnell@usdoj.gov

**KEYSTONE RV COMPANY**

BY:    *s/Ryan E. Johnson*
       James C. Percy (La. Bar No. 10413)
       Ryan E. Johnson (La. Bar No. 26352)
       **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
       Four United Plaza
       8555 United Plaza Boulevard
       Baton Rouge, LA  70809
       Telephone: (225) 248-2080
       Facsimile:  (225) 248-3080

       -and-

       Madeleine Fischer (La. Bar No. 5575)
       Nan Roberts Eitel (La. Bar No. 19910)
       Jones, Walker, Waechter, Poitevent,
       Carrère & Denègre, L.L.P.
       201 St. Charles Avenue, 49th floor
       New Orleans, LA   70170
       Telephone:  (504) 582-8000
       Facsimile:  (504) 589-8208

**SHAW ENVIRONMENTAL, INC.**

BY:    __ s/ Karen K. Whitfield _____

M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
cthigpen@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2009, I electronically filed the foregoing

with the Clerk of Court by using CM/ECF system which will send a notice of electronic

filing to all counsel of record who are not CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713