**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fluor Enterprises
c/o Charles Penot Jr.
Middleburg Riddle & Gianna
717 N. Harwood St, Suite 2400
Dallas, TX 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kris Stewart_  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): Kris Stewart
C. Date of Delivery: 12/14/09

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0002 3027 9730

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540