UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                        MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION               SECTION "N-5"

                                           JUDGE ENGELHARDT
                                           MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Desi Day, et al, v. Insureco Agency and
Insurance Company*, Case No. 09-6161
*********************************************************************

## FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR DAMAGES

Named Plaintiffs, through undersigned counsel respectfully supplement and amend their original complaint in the following respects:

1.

Named Plaintiffs seek to add the following name as a Named Plaintiff in the Original Complaint:

Antionette Washington

2.

As no answer has been filed in the above captioned matter, the Named Plaintiff is entitled to amend his Complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

WHEREFORE, plaintiffs respectfully supplement their Original Complaint in the foregoing respects, and otherwise reiterate and re-aver all of the allegations, claims and prayers of relief contained therein.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY: s/ Justin I. Woods
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
Gainsburgh, Benjamin, David,
Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

### CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
