**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CH2M Hill Constructors, Inc.
   c/o Gerard R. Barrios
   Baker Donelson
   3 Sanctuary Boulevard, #201
   Mandeville, LA 70471

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Marilyn [signature]*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Marilyn Glaver
C. Date of Delivery: 11/25/09

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 2560 0000 8081 8994

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540