UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  	MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION 	SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Sylvia Brown, et al v. Alliance Homes, Inc.,*
*d/b/a Adrian Homes, et al, - 09-4953*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SECOND AMENDED AND SUPPLEMENTAL COMPLAINT FOR DAMAGES

Named Plaintiffs, through undersigned counsel, pursuant to the provisions of Rule 15 of the Federal Rules of Civil Procedure, respectfully supplement and amend the Original Complaint herein as follows:

1.

Named Plaintiffs seek to add the following name as a Named Plaintiff in the Original Complaint:

Joshua Hooker

WHEREFORE, plaintiffs respectfully supplement their Original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers of relief contained therein.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

BY: s/ Justin I. Woods
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
Gainsburgh, Benjamin, David,
Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713