| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)* ARLS Stewart   C. Date of Delivery 11/25/09 |
| 1. Article Addressed to:<br><br>Fluor Enterprises, Inc.<br>c/o Charles R. Penot, Jr.<br>Middleberg Riddle & Gianna<br>717 N. Harwood St., Suite 2400<br>Dallas, TX 75201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7007 2560 0000 8081 9014 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540