| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Marilyn* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Marilyn Glover  C. Date of Delivery: 11/25/09 |
| 1. Article Addressed to:<br><br>CH2M Hill Constructors, Inc.<br>c/o Gerard R. Barrios<br>Baker Donelson<br>3 Sanctuary Boulevard, #201<br>Mandeville, LA 70471 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2560 0000 8081 9113 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540