| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_[illegible]_  11/25/09<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Fluor Enterprises, Inc.<br>c/o Charles R. Penot, Jr.<br>Middleberg Riddle & Gianna<br>717 N. Harwood St., Suite 2400<br>Dallas, TX 75201 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2560 0000 8081 9106 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |