| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Marilyn* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) MARILYN Glover  C. Date of Delivery 11/25/09 |
| 1. Article Addressed to:<br><br>CH2M Hill Constructors, Inc.<br>c/o Gerard R. Barrios<br>Baker Donelson<br>3 Sanctuary Boulevard, #201<br>Mandeville, LA 70471 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7007 2560 0000 8081 9182 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |