| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Lois Stemm_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name ) Lois Stemm    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Starcraft RV, Inc.<br>c/o Glenn E. Killoren<br>121 W. Franklin St., Suite 200<br>Elkhart, IN 46516 | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2560 0000 8081 9212 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |