UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | |
| | * | |

## BENCOMO & ASSOCIATES'S LIST OF PLAINTIFFS WHO REMAIN UNMATCHED (PRETRIAL ORDER 40)

In compliance with Pretrial Order 40 (Document 1781) and the order granting extension of time regarding PTP 40 (Document 2182), Bencomo & Associates hereby notifies the Court of the plaintiffs who remain unmatched with a specific manufacturing defendant and the civil action number of the original complaint in which they were named:

| **Claimant** | **Court Case Number** |
|---|---|
| Alphonso, Elizabeth | 2:09-cv-5334 |
| Barnes, Makayla | 2:09-cv-5334 |
| Cook, Robert | 2:09-cv-5334 |
| Douglas, Jason | 2:09-cv-5334 |
| Douglas, Semaj | 2:09-cv-5334 |
| Jefferson, Patricia | 2:09-cv-5334 |

| | |
|---|---|
| Jefferson, Patricia | 2:09-cv-5334 |
| Johnson, J.B. | 2:09-cv-5334 |
| Jones Sr., Dale | 2:09-cv-5334 |
| Jones Sr., Joseph | 2:09-cv-5334 |
| Jones, Robert | 2:09-cv-5334 |
| Joshua, Byram | 2:09-cv-5334 |
| Kelson, Delores | 2:09-cv-5334 |
| King, Elizabeth | 2:09-cv-5334 |
| LaFrance, Briesha | 2:09-cv-5334 |
| Magee, Zniyah | 2:09-cv-5334 |
| Martin, Dante | 2:09-cv-5334 |
| Martinez, Christi | 2:09-cv-5334 |
| Martinez, Julie | 2:09-cv-5334 |
| McGee, Aaliyah | 2:09-cv-5334 |
| McGee Jr., Charles | 2:09-cv-5334 |
| Membreno, Marco | 2:09-cv-5334 |
| Merritt, Josephine | 2:09-cv-5334 |
| Miller, Elizabeth | 2:09-cv-5334 |
| Miller, Maxine | 2:09-cv-5334 |
| Miller, Michelle | 2:09-cv-5334 |
| Montana, Shavonne | 2:09-cv-5334 |
| Montana, Stephanie | 2:09-cv-5334 |
| Montana, Tevin | 2:09-cv-5334 |
| Morgan, Anthony | 2:09-cv-5334 |
| Morter, Felix | 2:09-cv-5334 |
| Narcisse, Dominique | 2:09-cv-5334 |
| Narcisse Jr., Michael | 2:09-cv-5334 |
| Neason, Anthony | 2:09-cv-5334 |
| Nicholson, Dwight | 2:09-cv-5334 |
| Nicholson, Gregory | 2:09-cv-5334 |
| Patterson, Elaine | 2:09-cv-5334 |
| Patterson, Katrina | 2:09-cv-5334 |
| Peters, Cheryl | 2:09-cv-5334 |
| Price, Charlene | 2:09-cv-5334 |
| Raphiel, Trevor | 2:09-cv-5334 |
| Robinson, Debra | 2:09-cv-5334 |
| Rogers, Jonothan | 2:09-cv-5334 |
| Ross, Ryheim | 2:09-cv-5334 |
| Rudolph, Aniah | 2:09-cv-5334 |
| Rudolph, Brianna | 2:09-cv-5334 |
| Rudolph, Laura | 2:09-cv-5334 |
| Rudolph, Zephaniah | 2:09-cv-5334 |
| Sander, Brandi | 2:09-cv-5334 |
| Sanders, Jada | 2:09-cv-5334 |
| Simmons, Patsy | 2:09-cv-5334 |
| Sims, Patricia | 2:09-cv-5334 |

| | |
|---|---|
| Singleton, Dennis | 2:09-cv-5334 |
| Singleton Jr., Sherman | 2:09-cv-5334 |
| Smith, Nakia | 2:09-cv-5334 |
| Stallworth, Gwendolyn | 2:09-cv-5334 |
| Sylvester, Sherrell | 2:09-cv-5334 |
| Tasker, Anthony | 2:09-cv-5334 |
| Tasker, Frances | 2:09-cv-5334 |
| Taylor, Romalice | 2:09-cv-5334 |
| Taylor, Zenia | 2:09-cv-5334 |
| Thibodeaux, Cornelius | 2:09-cv-5334 |
| Thornton, Robert | 2:09-cv-5334 |
| Torres, Juanita | 2:09-cv-5334 |
| Tran, Lai | 2:09-cv-5334 |
| Treadaway, Tracey | 2:09-cv-5334 |
| Turner Jr., Kenny | 2:09-cv-5334 |
| Vaughn, Barbara | 2:09-cv-5334 |
| Washington, Quartraine | 2:09-cv-5334 |
| Watler, Julian | 2:09-cv-5334 |
| Williams, Amanda | 2:09-cv-5334 |
| Wiley, Angela | 2:09-cv-5334 |
| Wiley, Maya | 2:09-cv-5334 |
| Wiley, Terrell | 2:09-cv-5334 |
| Williams Sr., Burnell | 2:09-cv-5334 |
| Williams Jr., Burnell | 2:09-cv-5334 |
| Williams, Charles | 2:09-cv-5334 |
| Williams, Terrance | 2:09-cv-5334 |
| Wooding, Deborah | 2:09-cv-5334 |
| Wooten, Paul. | 2:09-cv-5334 |

The above list contains 79 names out of Bencomo & Associates' approximately 1,100 clients. The list is represented by individuals whom Bencomo & Associates have been unable to establish contact notwithstanding repeated attempts to do so.

Respectfully submitted,

**BENCOMO & ASSOCIATES**

BY /s/ Raul R. Bencomo
    Raul R. Bencomo

639 Loyola Avenue, Suite 2110
New Orleans, LA 70122
(504) 529-2929 (telephone)
(504) 529-2018 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2009, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system in which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed forgoing documents and a notice of electronic filings by first class mail to all counsel of record who is non-CM/ECF participants.

/s/ Raul R. Bencomo

Raul R. Bencomo