## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER            MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Jessica B. Bastoe, et al. v. Dutchmen Manufacturing, Inc.,* **et al.**
No. 09-3590

*************************************************************************

### PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come plaintiffs, **Jessica B. Bastoe***, et al.*, who, for the reasons set forth in the memorandum attached hereto, respectfully move the Court for leave to file the Second Supplemental and Amended Complaint for Damages submitted herewith.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:      s/Roberta L. Burns, Esq.
         SIDNEY D. TORRES, III, La. Bar No. 12869
         ROBERTA L. BURNS, La. Bar No. 14945
         DAVID C. JARRELL, La. Bar No. 30907

1

>8301 W. Judge Perez Drive
>Suite 303
>Chalmette, Louisiana 70043
>Telephone: (504) 271-8421
>***Counsel for plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>s/Roberta L. Burns, Esq.
>ROBERTA L. BURNS (#14945)