# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## DUTCHMEN MANUFACTURING

(1) **TREASURE MARTIN, INDIVIDUALLY AND ON BEHALF OF THE MINOR** M.M , a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **DUTCHMEN MANUFACTURING, INC.** and installed by **UNKNOWN** was located at Chalmette, La 70043.

(2) **MICHAEL MARTIN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **DUTCHMEN MANUFACTURING, INC.** and installed by **UNKNOWN** was located at Chalmette, La 70043.

(3) **TREASURE COPPERSMITH MARTIN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **DUTCHMEN MANUFACTURING, INC.** and installed by **UNKNOWN** was located at Chalmette, La 70043.

(4) **KENTRELL RICHARD, INDIVIDUALLY AND ON BEHALF OF THE MINOR** A.R a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **DUTCHMEN MANUFACTURING, INC.** and installed by **UNKNOWN** was located at

(5) **KENTRELL RICHARD, INDIVIDUALLY AND ON BEHALF OF THE MINOR** A.R a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **DUTCHMEN MANUFACTURING, INC.** and installed by **UNKNOWN** was located at ..... , Chalmette, La 70043.

(6) **KENTRELL RICHARD, INDIVIDUALLY AND ON BEHALF OF THE MINOR** G.R., a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **DUTCHMEN MANUFACTURING, INC.** and installed by **UNKNOWN** was located at Chalmette, La 70043.

(7) **KENTRELL RICHARD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **DUTCHMEN MANUFACTURING, INC.** and installed by **UNKNOWN** was located at Chalmette, La 70043.