UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                               MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                                  SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*William G. Penney, et al. v. Fairmont Homes, Inc., et al.*
No. 09-3591
**************************************************************************

**PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO
FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come plaintiffs, **William G. Penney,** *et al.*, who, for the reasons set forth in the memorandum attached hereto, respectfully move the Court for leave to file the First Supplemental and Amended Complaint for Damages submitted herewith.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:      s/Roberta L. Burns, Esq.
         SIDNEY D. TORRES, III, La. Bar No. 12869
         ROBERTA L. BURNS, La. Bar No. 14945
         DAVID C. JARRELL, La. Bar No. 30907

1

>8301 W. Judge Perez Drive
>Suite 303
>Chalmette, Louisiana 70043
>Telephone: (504) 271-8421
>***Counsel for plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>        s/Roberta L. Burns, Esq.
>    ROBERTA L. BURNS (#14945)