# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## FAIRMONT HOMES, INC.

(1)     **KERRIE   SCHMID,** a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FAIRMONT HOMES, INC.** and installed by **UNKNOWN** was located at

**Exhibit A**