# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## FOREST RIVER

**(1)** **GRACELYN MICHELLE CASANOVA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **UNKNOWN** was located at **Chalmette, La  See Notes**.

**(2)** **WANDALYN MANUEL CURE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **UNKNOWN** was located at **Chalmette, La 70043**.

**(3)** **RICKY & STACY, INDIVIDUALLY AND ON BEHALF OF THE MINOR H.D.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Meraux, La  70075**.

**(4)** **PATSY M. FORSYTHE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Lacombe, LA**  .

**(5)** **JANICE SHOEMAKER JENEVEIN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **SHAW** was located at **Metairie, LA  70003**.

**(6)** **EUGENE JOSEPH KELLUM**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **UNKNOWN** was located at **Chalmette, La 70043**.

**Exhibit A**

**(7)**     **DONALD ROHRBACKER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **UNKNOWN** was located at **Arabi, La  70032**.

**(8)**     **JUDY ROHRBACKER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **UNKNOWN** was located at **Arabi, La  70032**.

**Exhibit A**