UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION: "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO: | * | |
| *Earline Castanel, et al v. Recreation by* | * | |
| *Design, Inc., et al,* No. 09-3251 | * | |

**************************************************************************

# FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

Plaintiff Earline Castanel, pursuant to the provisions of Rule 15 of the Federal Rules of Civil Procedure and to this Honorable Court's Scheduling Order of December 8, 2009, respectfully supplements and amends the Original Complaint herein as follows:

1.

Plaintiff Earline Castanel is a Named Plaintiff in the Original Complaint.

2.

The allegations of the Original Complaint with respect to the identification of Parties (Paragraphs 1 though 5 of the Original Complaint), as well as the allegations of the Original Complaint with respect to Jurisdiction and Venue (Paragraphs 6 through 12), respectfully are reiterated and incorporated herein by reference.

3.

The allegations of the Original Complaint dealing with general factual information (Paragraphs 13 through 78), also are reiterated and incorporated herein by reference.

4.

Plaintiff was displaced from her permanent home as a result of Hurricane Katrina. Since her home was rendered uninhabitable as a result of Hurricane Katrina, plaintiff was deemed eligible to receive emergency housing assistance from the defendant FEMA, pursuant to the Stafford Act and applicable federal regulations.

5.

The emergency housing assistance provided to plaintiff was in the form of a travel trailer manufactured by the defendant Recreation By Design, Inc., with Vehicle Identification Number (VIN) 5CZ200R2461125294.

6.

This travel trailer was manufactured by the defendant Recreation By Design on or about December 2, 2005.

7.

The travel trailer was delivered to plaintiff for occupancy in New Orleans, Louisiana at 2261 Urquhart Street.

8.

The travel trailer was installed at the above location and hooked up to utilities, etc. for residential purposes by defendant Shaw Environmental, Inc., pursuant to a contract between Shaw Environmental and defendant FEMA.

9.

Upon information and belief, plaintiff began living in the travel trailer in or about February of 2006, and stopped living in it in or about March of 2007. She resided continuously in the unit during this period of time.

10.

The travel trailer was vacated by the plaintiff once her permanent home was again habitable.

11.

Plaintiff respectfully reiterates and reincorporates all allegations in the Original Complaint with respect to the cause of action against the defendant FEMA (Paragraphs 79 through 84 of the Original Complaint). In addition, and more specifically, plaintiff avers that the defendant FEMA negligently failed to take prompt and appropriate remedial action, and/or to communicate promptly and effectively to her, with respect to the safety and health risks and concerns related to formaldehyde exposure in this travel trailer, even though FEMA became aware of such risks and concerns generally, as early as Fall/Winter of 2005. As a result, plaintiff was negligently and unnecessarily exposed to unsafe and potentially dangerous levels of formaldehyde in the travel trailer,

12.

Plaintiff respectfully reiterates and incorporates all of the allegations set forth in the Original Complaint with respect to the cause of action against defendant Recreation By Design under the Louisiana Product Liability Act (Paragraphs 85 through 90 of the Original Complaint). Additionally, and more specifically, plaintiff alleges that the defendant manufacturer's duty to warn her about the dangers and risks of formaldehyde in this travel trailer was continuing in

nature, and legally was owed to plaintiff by the defendant manufacturer during the entire period that plaintiff occupied this travel trailer.

13.

Plaintiff respectfully reiterates and incorporates all of the allegations in the Original Complaint with respect to the cause of action against defendant Shaw under the Louisiana Product Liability Act (Paragraphs 91 through 97) of the Original Complaint.

14.

Plaintiff respectfully reiterates and incorporates all of the allegations with respect to the cause of action for negligence against Shaw under Louisiana law (Paragraphs 98 through 104), specifically in the alternative and in the event this defendant is not found to be a "manufacturer" liable under the Louisiana Products Liability Act.

15.

Plaintiff respectfully amends the allegations with respect to damages in Paragraph 105 of the Original Complaint, as well as the allegations in Subparagraph 2 under the caption "Prayer for Relief" in the Original Complaint, in order to specify that she seeks compensatory damages herein for the following:

a. plaintiff's physical pain and suffering;

b. plaintiff's mental anguish and emotion distress, including the fear of an increased risk of future serious disease;

c. the past, continuing and future medical expenses of plaintiff which have been necessitated by the injuries sustained herein, including costs for future medical treatment, services, and/or procedures to address physical and/or mental injuries from formaldehyde exposure which currently are manifest.

16.

Plaintiff respectfully reiterates her request for trial by jury of all claims herein, to the extent permitted by law.

WHEREFORE, plaintiff Earline Castanel respectfully supplements and amends the Original Complaint in the foregoing respects, and she otherwise reiterates and reavers all of the allegations and prayers for relief contained therein.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
     GERALD E. MEUNIER, #9471
     **PLAINTIFFS' CO-LIAISON COUNSEL**
     Gainsburgh, Benjamin, David, Meunier &
     Warshauer, L.L.C.
     2800 Energy Centre, 1100 Poydras Street
     New Orleans, Louisiana 70163
     Telephone:   504/522-2304
     Facsimile:    504/528-9973
     gmeunier@gainsben.com

     s/Justin I. Woods
     JUSTIN I. WOODS, #24713
     **PLAINTIFFS' CO-LIAISON COUNSEL**
     Gainsburgh, Benjamin, David, Meunier &
     Warshauer, L.L.C.
     2800 Energy Centre, 1100 Poydras Street
     New Orleans, Louisiana 70163
     Telephone:   504/522-2304
     Facsimile:    504/528-9973
     jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on December 22, 2009.


/s/Justin I. Woods  _

JUSTIN I. WOODS