UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GULF STREAM

(1) GRACELYN MICHELLE CASANOVA, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Chalmette, La See Notes**.

(2) DARRELL J. CLARK, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Meraux, LA 70075**.

(3) DARRELL CLARK JR, INDIVIDUALLY AND ON BEHALF OF THE MINOR D.C., a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Meraux, LA 70075**.

(4) DARRELL CLARK, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Meraux, LA 70075**.

(5) DEBBIE S. CLARK, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Meraux, LA 70075**.

(6) KAREN CREEL, INDIVIDUALLY AND ON BEHALF OF THE MINOR A.C., a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Poydras, LA 70085**.

**Exhibit A**

(7)   KAREN KRANTZ CREEL, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Poydras, LA 70085**.

(8)   DAMON D DAIGRE, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Chalmette, La 70043**.

(9)   NUNEZ, JUANITA, INDIVIDUALLY AND ON BEHALF OF THE MINOR A.F., a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Meraux, La 70075**.

(10)  VINCENT MICHAEL GONZALES, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Chalmette, LA 70043**.

(11)  JOHN HARALAMPOPOULOS, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of **GULF STREAM** and installed by **FLUOR** was located at **Arabi, LA 70032**.

(12)  DENISE JOHNSON, INDIVIDUALLY AND ON BEHALF OF THE MINOR A.J., a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **SHAW** was located at **New Orleans, LA 70129**.

(13)  DENISE ATKINS JOHNSON, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **FLUOR** was located at **New Orleans, LA 70129**.

**Exhibit A**

(14)  SHANELL SMITH, INDIVIDUALLY AND ON BEHALF OF THE MINOR M.L., a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by FLUOR was located at St. Bernard, LA 70085.

(15)  WAYNE LEBLANC, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by FLUOR was located at Chalmette, La 70043.

(16)  MARY V. LEDET, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, CAVALIER and installed by UNKNOWN was located at Arabi, La 70032.

(17)  MELISSA A LEHRISSE, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, CAVALIER and installed by UNKNOWN was located at Arabi, LA 70032.

(18)  CODY J. LUCAS, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by FLUOR was located at Meraux, LA 70075.

(19)  LANDEN C. LUCAS, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by FLUOR was located at Meraux, LA 70075.

(20)  COULTON & SUZANNE LYELL, INDIVIDUALLY AND ON BEHALF OF THE MINOR B.L., a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by UNKNOWN was located at St. Bernard, La 70085.

**Exhibit A**

(21) COULTON MATIN LYELL, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by UNKNOWN was located at St. Bernard, La 70085.

(22) SUZANNE MANUEL LYELL, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by UNKNOWN was located at St. Bernard, La 70085.

(23) LOUIS RALPH MASCARO, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by FLUOR was located at St. Bernard, LA 70085.

(24) BARBARA M. MEYER, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by FLUOR was located at Chalmette, La 70043.

(25) FRANCES N. MONTANA, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by UNKNOWN was located at Chalmette, LA 70043.

(26) WANDA TAYLOR OLSON, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by UNKNOWN was located at Chalmette, LA 70043.

(27) LORENA PATTERSON, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by UNKNOWN was located at New Orleans, La 70126.

**Exhibit A**

(28) **EURDEL EUGENE PETERS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Chalmette, La 70043**.

(29) **ANTHONY RHODES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **FLUOR** was located at **St. Bernard, La 70085**.

(30) **ANTHONY LEE RHODES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **St. Bernard, La 70085**.

(31) **KIONNA RHODES, INDIVIDUALLY AND ON BEHALF OF THE MINOR K.R.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **St. Bernard, La 70085**.

(32) **POMLA R. RHODES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **St. Bernard, LA 70085**.

(33) **TREMAYNE T RHODES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **St. Bernard, La 70085**.

(34) **JEANNE & BRAD ROACH, INDIVIDUALLY AND ON BEHALF OF THE MINOR N.R.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Chalmette, La 70043**.

(35)  L  H. ROONEY, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **FLUOR** was located at **Chalmette, La 70043**.

(36)  DANA  SAMPSON, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **FLUOR** was located at **Violet, LA 70092**.

(37)  **DANA SAMPSON, INDIVIDUALLY AND ON BEHALF OF THE MINOR J.S.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **FLUOR** was located at **Violet, La 70092**.

(38)  **DANA SAMPSON, INDIVIDUALLY AND ON BEHALF OF THE MINOR J.S.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **FLUOR** was located at **Violet, LA 70092**.

(39)  **BOBBIE L SANTANA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **CH2MHILL** was located at **New Orleans, La 70114**.

(40)  **CAROLYN K SAUCIER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **St. Bernard, La 70085**.

(41)  **GLENN G SAUCIER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **St. Bernard, La 70085**.

**Exhibit A**

(42) RAY SCHULTZ, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by T-MAC was located at **St. Bernard, La 70085**.

(43) CHEVIS DANIEL TAYLOR, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by UNKNOWN was located at **Chalmette, LA 70043**.

(44) TRINITY SERCOVICH, INDIVIDUALLY AND ON BEHALF OF THE MINOR M.T., a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by UNKNOWN was located at **Chalmette, La 70043**.

(45) JUSTIN UMBEHAGEN, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by FLUOR was located at **Meraux, La 70075**.

(46) HENRY HERBERT VANDENBORRE, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by FLUOR was located at **Chalmette, La 70043**.

(47) SANDRA ANN WACH, a resident of the full age of majority of the State of UNKNOWN, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by FLUOR was located at **St. Bernard, La 70085**.

(48) NATASHA SUNGELIQUE WILLIAMS, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by UNKNOWN was located at **Chalmette, LA 70043**.

**Exhibit A**