# Transcript of the Testimony of
# Videotaped Deposition of David Edward Garratt

### Date taken: July 7, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



PLAINTIFF'S EXHIBIT 2

**Page 37**

```
09:45:34   1       Correct?
09:45:36   2    A.  I would say that's probably correct, that
09:45:36   3    they -- their taxes go to pay for those units, that's
09:45:43   4    correct, as does the rest of the United States
09:45:46   5    population.
09:45:46   6    Q.  Absolutely, but you're not excluding the
09:45:52   7    disaster victims from -- they didn't get anything per
09:45:50   8    se absolutely free or at no cost to them?
09:45:53   9        MR. WOODS:  Objection, calls for --
09:45:56  10    assumes facts not in evidence.
09:45:58  11    A.  Nothing came out of their pockets in terms
09:46:00  12    of the requirements for this.  They paid no
09:46:02  13    out-of-pocket costs for this.
09:46:03  14        BY MR. WOODS:
09:46:03  15    Q.  At the time that the units were provided,
09:46:05  16    but again, it being funded by taxpayer money,
09:46:09  17    assuming that an individual is a taxpayer that
09:46:24  18    received an EHU, that there is some portion --
09:46:27  19    A.  I'll concede the point.
09:46:30  20    Q.  Okay.  Let's get into talking specifically
09:46:33  21    about the reason we're here, and that's the
09:46:37  22    formaldehyde concerns in the EHUs.
```

**Page 38**

```
09:45:57   1        In paragraph -- or -- I'm sorry -- section
09:46:00   2    4, which is, again, the next section of your
09:46:06   3    declaration, you say:  I became aware of a possible
09:46:09   4    systemic formaldehyde problem involving EHUs in May,
09:46:13   5    June 2006, following the release of a Sierra Club
09:46:18   6    report recording high formaldehyde readings in
09:46:21   7    occupied EHUs.
09:46:32   8        Who brought to your attention that Sierra
09:46:36   9    Club report?
09:46:38  10    A.  A member of my staff named Kevin Souza.
09:47:00  11    Q.  And what is Mr. Souza's title?
09:47:06  12    A.  At the time, he was the chief of our IA
09:47:03  13    policy branch.
09:47:09  14    Q.  And IA stands for?
09:47:10  15    A.  I'm sorry.
09:47:12  16        Individual assistance.
09:47:55  17    Q.  You go on to state that:  In June 2006,
09:47:31  18    the disaster assistance director assumed FEMA
09:47:37  19    responsibility for coordinating the agency response
09:45:00  20    to formaldehyde-related concerns in EHUs.
09:45:01  21        How did the directorate assume FEMA
09:45:08  22    responsibility for coordination?
```

**Page 39**

```
 1    A.  Well, because the emergency housing units
 2    are provided under the aegis of the individual
 3    assistance program and the public assistance program,
 4    those programs are managed at least at the
 5    headquarters level by our directorate, so I don't
 6    think there was any doubt that this was our
 7    directorate's responsibility at the time.
 8    Q.  Well, go on to say that prior to the
 9    disaster assistance directorate assuming response
10    coordination responsibility of the formaldehyde issue
11    in June 2006, FEMA's Gulf Coast recovery office had
12    through its assigned transitional recovery offices in
13    each state been responding to occupants' air quality
14    complaints on a case-by-case basis.
15        What was your understanding in June of
16    2006 of how the Gulf Coast recovery office was
17    responding to air quality complaints?
18    A.  I'm not sure what you mean when you say my
19    understanding of how they were responding to
20    complaints.
21        You mean the -- the mechanism by which
22    they respond to complaints, how they're set up to
```

**Page 40**

```
 1    respond to complaints?
 2    Q.  How they're set up to respond to
 3    complaints and how did they actually respond to
 4    complaints, if you know?
 5        MR. MILLER:  Objection, compound.
 6    A.  In terms of the former, the transitional
 7    recovery offices, which are really extended versions
 8    of our joint field offices that we set up in every
 9    disaster operation, but these are there long term,
10    and we typically staff them with longer-term
11    employees, have maintenance and deactivation
12    contracts, and those maintenance and deactivation
13    contractors -- and they had numerous maintenance and
14    deactivation contractors -- supporting each of the
15    transitional recovery offices, depending on which
16    state that you're in are assigned a certain sector
17    area, and occupants of emergency housing units in
18    those areas would call this particular maintenance
19    and deactivation contractor if they have an issue or
20    a problem with a unit, and it was that contractor's
21    responsibility to respond and address and deal with
22    the issue.
```