UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Bennie Amos; Lydia Duncan, individually, and for her minor child, S. Duncan; Shantrice Duncan; Bruce Hampton, Sr.; Bruce Hampton, Jr.; Bryan LaFrance; Sharon T. LaFrance; Ernest Ricks; Aline Ricks; Tyra Gonzales for her minor child, J. Gonzales, vs. Gulf Stream Coach, Inc. and Shaw Environmental, Inc.*<br>No. 09-06781 | |

ORDER

Considering the foregoing motion,

IT IS ORDERED that plaintiff be granted leave to file the First Supplemental and Amending Complaint for Damages.

THUS DONE the ____ day of _____, 20____, New Orleans, Louisiana.

_____
JUDGE