# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## JAYCO

(1)  **RODNEY PAUL DALTON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **JAYCO, INC.** and installed by **FLUOR** was located at

(2)  **SHEILA L. IMBORNONE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **JAYCO, INC.** and installed by **UNKNOWN** was located at

**Exhibit A**