UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION | SECTION "N" (4) |

THIS DOCUMENT RELATES TO:
*HELEN ALBARADO, et al. v. KEYSTONE RV COMPANY, et al.*
No. 09-3731
**************************************************************************

**PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO
FILE THIRD SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come plaintiffs, **Helen Albarado**, *et al.*, who, for the reasons set forth in the memorandum attached hereto, respectfully move the Court for leave to file the Third Supplemental and Amended Complaint for Damages submitted herewith.

        Respectfully submitted,

        LAW OFFICES OF SIDNEY D. TORRES, III,
        *A PROFESSIONAL LAW CORPORATION*

        BY:   s/Roberta L. Burns, Esq.
          SIDNEY D. TORRES, III, La. Bar No. 12869
          ROBERTA L. BURNS, La. Bar No. 14945
          DAVID C. JARRELL, La. Bar No. 30907

> 8301 W. Judge Perez Drive
> Suite 303
> Chalmette, Louisiana 70043
> Telephone: (504) 271-8421
> ***Counsel for plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>     s/Roberta L. Burns, Esq.
> ROBERTA L. BURNS (#14945)