# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## KEYSTONE

(1)  GRACELYN MICHELLE CASANOVA, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **KEYSTONE RV COMPANY** and installed by **UNKNOWN** was located at

**Exhibit A**