## **Exhibit A**

1. Carl M. Bailey, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, Gulf Stream and installed by Shaw was located in Jefferson Parish, Louisiana;

2. Lynette Bailey, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, Gulf Stream and installed by Shaw was located in Jefferson Parish, Louisiana;

3. Robin Burkes, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, Gulf Stream and installed by Shaw was located in Jefferson Parish, Louisiana;

4. Shantae Burkes, individually, and for her minor child, J. Burkes, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, Gulf Stream and installed by Shaw was located in Jefferson Parish, Louisiana;

5. Shawana Harmon, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, Gulf Stream and installed by Shaw was located in Jefferson Parish, Louisiana;

6. Mamie E. Durio, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, Gulf Stream and installed by Shaw was located in Jefferson Parish, Louisiana;

7. Tomika Durio, individually, and for her minor children, S. Durio, S. McGee, and S. Peters, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, Gulf Stream and installed by Shaw was located in Jefferson Parish, Louisiana;

8. Jewel McGee, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, Gulf Stream and installed by Shaw was located in Jefferson Parish, Louisiana;

9. Maxine Harris, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, Gulf Stream and installed by Shaw was located in Jefferson Parish, Louisiana;

10. Danielle M. LaSalle, individually, and for her minor child, K. Lewis, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, Gulf Stream and installed by Shaw was located in Jefferson Parish, Louisiana;

11. Gezzelle M. LaSalle, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, Gulf Stream and installed by Shaw was located in Jefferson Parish, Louisiana;

12. Daniel A. Moisant, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, Gulf Stream and installed by Shaw was located in Jefferson Parish, Louisiana.

13. Alvan Ogarro, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, Gulf Stream and installed by Shaw was located in Jefferson Parish, Louisiana.

14. Shaevon Ogarro, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, Gulf Stream and installed by Shaw was located in Jefferson Parish, Louisiana.

15. Charmaine Martin, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, Gulf Stream and installed by Shaw was located in Jefferson Parish, Louisiana.

16. Sharmieca Martin, individually, and for her minor child, I. Martin, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, Gulf Stream and installed by Shaw was located in Jefferson Parish, Louisiana.

17. Alfred Picou, Jr., a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, Gulf Stream and installed by Shaw was located in Jefferson Parish, Louisiana.

18. Joseph R. Pursell, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, Gulf Stream and installed by Shaw was located in Jefferson Parish, Louisiana.

19. Debra Smith, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, Gulf Stream and installed by Shaw was located in Jefferson Parish, Louisiana.