UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                       MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                          SECTION "N" (4)
THIS DOCUMENT RELATES TO:
*Robert Manual Aguilera, et al. v. KZRV, LP, et al.*
No. 09-3738
******************************************************************************

**PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO**
**FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come plaintiffs, **Robert Manual Aguilera***, et al.*, who, for the reasons set forth in the memorandum attached hereto, respectfully move the Court for leave to file the Second Supplemental and Amended Complaint for Damages submitted herewith.

        Respectfully submitted,

        LAW OFFICES OF SIDNEY D. TORRES, III,
        *A PROFESSIONAL LAW CORPORATION*

        BY:  _____s/Roberta L. Burns, Esq._____
              SIDNEY D. TORRES, III, La. Bar No. 12869

1

        ROBERTA L. BURNS, La. Bar No. 14945
        DAVID C. JARRELL, La. Bar No. 30907
        8301 W. Judge Perez Drive
        Suite 303
        Chalmette, Louisiana 70043
        Telephone: (504) 271-8421
        ***Counsel for plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                s/Roberta L. Burns, Esq.
                ROBERTA L. BURNS (#14945)