UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KZRV LP

---

(1)   GAY   G. HUNT, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **KZRV, LP** and installed by **UNKNOWN** was located at

(2)   JIMMY   P. HUNT, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **KZRV, LP** and installed by **UNKNOWN** was located at

**Exhibit A**