UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5 |
| | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO:<br><br>Civil Action Nos. 09-4676; 09-4677;<br>09-4678; 09-4679; 09-4680; 09-4681;<br>09-4685; 09-4686; 09-4684; 09-4683;<br>09-4682; 09-4687; 09-4697; 09-4698;<br>09-4696; 09-4699; 09-4700; 09-4688;<br>09-4689; 09-4690; 09-4691; 09-4692;<br>09-4693; 09-4694; 09-4695; 09-4701;<br>09-4702; 09-4703; 09-4704; 09-4705;<br>09-4706; 09-4707; 09-7404; 09-7403;<br>09-7405; 09-7406; 09-7419; 09-7420;<br>09-7421; 09-7411; 09-7412; 09-7413;<br>09-7414; 09-7415; 09-7423; 09-7425;<br>09-7402; 09-7401; 09-7400; 09-7399;<br>09-7398; 09-7416; 09-7417; 09-7418;<br>09-7426; 09-7427; 09-7439; 09-7428;<br>09-7430; 09-7429; 09-7422 | JURY DEMANDED |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, come the Plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and based upon Keystone RV Company's List of Defenses and Motions to be Preserved filed on March 12, 2009 (Rec. Doc. 1165), hereby give notice of all Named Plaintiffs' voluntary dismissal, without prejudice, of all claims asserted against the Defendant **Keystone Industries, Inc.** in the complaints previously filed in the above- referenced civil actions numbers.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**