UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER   MDL NO. 1873
FORMALDEHYDE PRODUCTS   SECTION N MAG. 5
LIABILITY LITIGATION

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT PERTAINS TO:

Civil Action Nos. 09-4676; 09-4677;
09-4678; 09-4679; 09-4680; 09-4681;
09-4685; 09-4686; 09-4684; 09-4683;   JURY DEMANDED
09-4682; 09-4687; 09-4697; 09-4698;
09-4696; 09-4699; 09-4700; 09-4688;
09-4689; 09-4690; 09-4691; 09-4692;
09-4693; 09-4694; 09-4695; 09-4701;
09-4702; 09-4703; 09-4704; 09-4705;
09-4706; 09-4707; 09-7404; 09-7403;
09-7405; 09-7406; 09-7419; 09-7420;
09-7421; 09-7411; 09-7412; 09-7413;
09-7414; 09-7415; 09-7423; 09-7425;
09-7402; 09-7401; 09-7400; 09-7399;
09-7398; 09-7416; 09-7417; 09-7418;
09-7426; 09-7427; 09-7439; 09-7428;
09-7430; 09-7429; 09-7422

**ORDER ON PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i) AGAINST
DEFENDANT KEYSTONE INDUSTRIES, INC.**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs' Notice of Voluntary Dismissal against **Keystone Industries, Inc.** is hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
HONORABLE KURT ENGELHARDT