# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |
| **THIS DOCUMENT PERTAINS TO** | * <br> * | |
| CIVIL CASE NOS. 09-4708, 09-4709<br>09-4710, 09-4711, 09-4712, 09-4713,<br>09-4714, 09-4715, 09-4716, 09-4717,<br>09-4718, 09-4719, 09-4720, 09-4721,<br>09-4722, 09-4723, 09-4724, 09-4725,<br>09-4726, 09-4727, 09-4728, 09-4729,<br>09-4730, 09-4731, 09-4732, 09-4733,<br>09-4734, 09-4735, 09-4736, 09-4737,<br>09-4738, 09-4739, 09-4740; 09-4741,<br>09-4742, 09-4743, 09-4744, 09-4745,<br>09-4746, 09-4747, 09-4748, 09-4749,<br>09-4750, 09-4751, 09-4752, 09-5753,<br>09-4754, 09-4755, 09-4756, 09-4757,<br>09-4758, 09-4759, 09-4676, 09-4677,<br>09-4678, 09-4679, 09-4680, 09-4681,<br>09-4685, 09-4686, 09-4684, 09-4683,<br>09-4682, 09-4687, 09-4697, 09-4698,<br>09-4696, 09-4699, 09-4700, 09-4688,<br>09-4689, 09-4690, 09-4691, 09-4692,<br>09-4693, 09-4694, 09-4695, 09-4701,<br>09-4702, 09-4703, 09-4704, 09-4705,<br>09-4706, 09-4707, 09-6940, 09-6941,<br>09-7536, 09-6942, 09-5989, 09-7532,<br>09-6943, 09-6957, 09-6955, 09-6956,<br>09-6162, 09-6496, 09-6504, 09-6505,<br>09-6502, 09-6503, 09-6719, 09-6642,<br>09-6395, 09-6949, 09-6951, 09-6944,<br>09-6945, 09-6947, 09-6720, 09-6965,<br>09-6157, 09-6964, 09-6171, 09-7533,<br>09-6966, 09-6958, 09-6960, 09-6961,<br>09-6169, 09-6962, 09-6946, 09-7531,<br>09-6948, 09-5990, 09-6950, 09-6954,<br>09-5991, 09-7530, 09-6959, 09-6916, | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | |

| | |
|---|---|
| 09-6417, 09-6938, 09-5983, 09-7535, | * |
| 09-6939, 09-7534, 09-6937, 09-6935, | * |
| 09-6936, 09-5985, 09-6933, 09-6155 | * |
| 09-6932, 09-6641, 09-6931, 09-6167, | * |
| 09-6930, 09-6640, 09-6639, 09-5987, | * |
| 09-6929, 09-6159, 09-6718, 09-6638, | * |
| 09-6164, 09-6928, 09-6927, 09-6926, | * |
| 09-6925, 09-6924, 09-6418, 09-6923, | * |
| 09-6160, 09-6635, 09-6637, 09-5988, | * |
| 09-6922, 09-6921, 09-6920, 09-6919, | * |
| 09-5986, 09-5984, 09-6918, 09-6917 | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED COMPLAINT

Considering the foregoing Motion for Leave to File Supplemental and Amended Complaint on behalf of all Plaintiffs in the above-referenced matters:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file the Supplemental and Amended Complaint attached and submitted with the foregoing motion.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
HONORABLE KURT ENGELHARDT