# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LINDA DUNBAR, ET AL | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: 2:07-MDL-1873 |
| FOREST RIVER, INC., ET AL | |

TO: (Name and address of defendant)

United States of America
Through the United States Attorney General
Honorable Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

THIS DOCUMENT IS RELATED TO:
*Linda Dunbar, individually, and for her minor children, D. R. Dunbar and D. R. Dunbar; John Tatum, and Ernest Gill, vs. Forest River, Inc. and Shaw Environmental, Inc.*
*No. 09-06835*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Rock Palermo III
Veron, Bice, Palermo & Wilson
721 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602-2125

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                    DATE

(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify):* _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        *Date*                                  *Signature of Server*

                                          _____
                                           *Address of Server*

Case 2:07-md-01873-KDE-MBN   Document 9422-4   Filed 12/22/09   Page 2 of 2
AO 440 (Rev. 10/93) Summons in a Civil Action

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.