IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *   MDL No. 1873<br>*<br>*   SECTION N(5)<br>*<br>*   JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br>*Betty Alexander, et al. v. Jayco, Inc.*<br>Case No. 09-3908 | *<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING
COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, Case No. 09-3908. Plaintiffs respectfully move this Honorable Court for leave to supplement and amend the operative complaint pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement and amend their Complaint for Damages to add additional Plaintiffs, Joe Anna St. Cyr, Trudy Cooper and Johnny Ray Byrd, who, upon information and belief, resided in the same type of FEMA-supplied emergency housing unit manufactured by Jayco, Inc. as the existing plaintiffs named in the Complaint for Damages. No undue prejudice will result in allowing the attached First Supplemental and Amending Complaint for Damages to be filed since no trial date has yet been scheduled.

Plaintiffs assert that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing complaint for damages against the manufacturer and contractor defendants involved in the emergency housing unit in which each plaintiff resided.

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC

        BY:  /s/  *Lawrence J. Centola, Jr.*
             Lawrence J. Centola, Jr.
        600 Carondelet Street
        Suite 602
        New Orleans, LA 70170
        (504) 525-1944 (telephone)
        (504) 525-1279 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.