# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *  MDL No. 1873<br>*<br>*  SECTION N(5)<br>*<br>*  JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br>*Milton Joseph Antonie, Jr., et. al. v.*<br>*Fleetwood Canada, Ltd, et al.,*<br>*Case No. 09-3916* | *<br>* |

*************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File Second Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their Second Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this ___ day of ____, 2009 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola