UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Donielle S. Morazan on behalf of her minor child, S. M., vs. Keystone RV Company and CH2M Hill Constructors, Inc.<br>No. 09-07482* | |

**MOTION TO AMEND COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Donielle S. Morazan on behalf of her minor child, S. M., who moves this Honorable Court for an Order, allowing the amendment of the complaint in this matter.  This amendment is sought to add a party, who should be before this Court when the matter is tried.  No answer has been filed in this case.

1.

The Defendant United States of America is sued herein as acting through the Federal Emergency Management Agency (FEMA) and was involved by providing the temporary housing unit that is the subject of this litigation.

2.

In order to make necessary and proper allegations against the United States of America is sued herein as acting through the Federal Emergency Management Agency (FEMA) which is not now a party to this litigation, it is necessary to add United States of America is sued herein as acting through the Federal Emergency Management Agency (FEMA) as a party defendant.

3.

The interest of justice would be served by allowing this amendment as it would allow the plaintiff to proceed against all appropriate parties.

WHEREFORE, plaintiff prays for an Order from this Honorable Court allowing the filing of the attached First Supplemental and Amending Complaint for Damages.

J. MICHAEL VERON (#7570)
J. ROCK PALERMO III (#21793)
VERON, BICE, PALERMO & WILSON, L.L.C.
P. O. BOX 2125
LAKE CHARLES, LA  70602
(337) 310-1600
(337) 310-1601 (FAX)

PAUL A. DOMINICK
RICHARD L. TAPP, JR
DENNIS J. LYNCH
NEXSEN PRUET, L.L.C.
P. O. BOX 486
CHARLESTON, SC  29402
(843) 577-9440
(843) 720-1777

SEAN K. TRUNDY
SEAN KEVIN TRUNDY, L.L.C.
P. O. BOX 41343
NORTH CHARLESTON, SC  29423
(843) 747-4424
(843) 747-4489


BY:    /s/  J. Rock Palermo III

CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2009, I presented the Motion to Amend Complaint for filing and uploading to the CM/ECF system which will send notification of such filing to all known counsel of record.

/s/  J. Rock Palermo III
J. Rock Palermo III