UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1873**<br>**SECTION N MAG. 5**<br><br>**JUDGE ENGELHARDT**<br>**MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:**<br>*Bauer, et al v. Liberty Homes, Inc., et al.*<br>*No. 08-5031* | **JURY DEMANDED** |

### ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT

Considering the foregoing Motion for Leave to File Plaintiffs' Second Supplemental and Amended Complaint:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file the Second Supplemental and Amended Complaint attached and submitted with the foregoing motion.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
HONORABLE KURT ENGELHARDT