# Exhibit B

| **Contractor** | **Insurer** |
|---|---|
| Bechtel National, Inc<br>C T Corporation System<br>6100 Neil Road Suite 500<br>Reno, NV 89511 | |
| CH2M Hill Construction, Inc<br>C T Corporation System<br>5615 Corporate Blvd. Ste. 400B<br>Baton Rouge, LA 70808 | |
| Fluor Enterprises, Inc<br>Corporation Service Company<br>320 Sumerulos St.<br>Baton Rouge, LA 70802 | |
| Shaw Environmental, Inc<br>C T Corporation System<br>5615 Corporate Blvd. Ste. 400B<br>Baton Rouge, LA 70808 | |

| Manufacturer | Insurer |
|---|---|
| Alliance Homes, Inc. d/b/a Adrian Homes<br>G. Hiller Spann, CCP<br>PO Box 266<br>Adrian, GA 31002 | |
| American Camper Manufacturing, LLC d/b/a AMERI-CAMP<br>Peter J. Recchio<br>1406 Greenleaf Blvd.<br>Elkhart, IN 46514 | |
| American Camper Manufacturing, LLC d/b/a AMERI-CAMP<br>Peter J. Recchio<br>1406 Greenleaf Blvd.<br>Elkhart, IN 46514 | |
| American Homestar Corporation<br>Craig A. Reynolds<br>2450 South Shore Boulevard Ste. 300<br>League City, TX 77573 | |
| Cavalier Home Builders, LLC<br>The Corporation Company<br>2000 Interstate Pk Dr. Suite 204<br>Montgomery, AL 36109 | |

Cavalier Homes Inc.
The Corporation Company
2000 Interstate Pk Dr. Suite 204

Champion Enterprises, Inc.
The Corporation Company
30600 Telegraph Road Ste. 2345
Bingham Farms, MI 48025

Travelers Property Casualty Company of America TIL
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge LA 70809

Champion Home Builders Co.
The Corporation Company
30600 Telegraph Road Ste. 2345
Bingham Farms, MI 48025

Travelers Property Casualty Company of America TIL
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge LA 70809

Circle B Enterprises, Inc.
Jackie Williams
305 E. 3rd Street
Ocilla, GA 31774

CMH Manufacturing, Inc.
C T Corporation System
800 Gay Street Ste. 2021
Knoxville, TX 37929

Coachmen Industries, Inc.
Corporation Service Company
251 East Ohio Street Suite 500
Indianapolis, IN 46204

Coachmen Recreational Vehicle Company, LLC
Corporation Service Company
251 East Ohio Street Suite 500
Indianapolis, IN 46204

Design Homes, Inc.
Randolph Weeks
600 S. Marquette Rd. P.O. Box 239
Prairie Du Chien, WI 53821

Destiny Industries, LLC
Lester M. Castello
700 South Main Street
Moultrie, GA 31768

Dreams R.V. Sales, Inc.
Alice R. Stanley
1201 S. Vineland Road Suite 3121
Winter Garden , FL 34787

DS Corp. d/b/a CrossRoads RV, Inc.
Denette Boswell
P.O. Box 40
Topeka, IN 46571

Dutch Housing, Inc. d/b/a Champion Homes
The Corporation Company
30600 Telegraph Road Ste. 2345
Bingham Farms, MI 48025

Travelers Property Casualty Company of America TIL
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge LA 70809

Dutchmen Manufacturing, Inc.
CT Corporation System
251 E. Ohio Street Ste 1100
Indianapolis, IN 46204

Fairmont Homes, Inc.
Kenneth C. Brinker
502 South Oakland
Nappanee, IN 46550

| | |
|---|---|
| Fleetwood Canada, Ltd.<br>Fleetwood Canada Ltd Registered Agent<br>70 Mount Hope St.<br>Lindsay ON K9V 5G4, | American International Specialty Lines<br>Louisiana Secretary of State<br>8585 Archives Avenue<br>Baton Rouge LA 70809<br><br>Insurco, Ltd<br>Louisiana Secretary of State<br>8585 Archives Avenue<br>Baton Rouge LA 70809<br><br>Starr Excess Liability Insurance Company, LTD.<br>CEO<br>175 Water Street, 19th Floor<br>New York NY 10038 |
| Fleetwood Enterprises, Inc.<br>The Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 | American International Specialty Lines<br>Louisiana Secretary of State<br>8585 Archives Avenue<br>Baton Rouge LA 70809<br><br>Insurco, Ltd<br>Louisiana Secretary of State<br>8585 Archives Avenue<br>Baton Rouge LA 70809<br><br>Gibraltor Insurance Co<br>Quest Management Solutions<br>40 Church St.<br>Hamilton, HM 11 Bermuda<br><br>Starr Excess Liability Insurance Company, LTD.<br>CEO<br>175 Water Street, 19th Floor<br>New York NY 10038 |
| Fleetwood Homes of North Carolina, Inc.<br>C T Corporation System<br>225 Hillsborough Street<br>Raleigh, NC 27603 | American International Specialty Lines<br>Louisiana Secretary of State<br>8585 Archives Avenue<br>Baton Rouge LA 70809<br><br>Insurco, Ltd<br>Louisiana Secretary of State<br>8585 Archives Avenue<br>Baton Rouge LA 70809<br><br>Starr Excess Liability Insurance Company, LTD.<br>CEO<br>175 Water Street, 19th Floor<br>New York NY 10038 |
| Forest River, Inc.<br>J. Richard Ransel<br>228 W. High St.<br>Elkhart, IN 46516 | |

Frontier RV, Inc.
Lawyer's Aid Service, Inc.
408 W. 17th Street Suite 101
Austin, TX 78701

Giles Family Holdings, Inc.
Alan C. Neely
405 S. Broad St.
New Tazewell, TN 37825

Golden West Homes
Dawn M. Johnson
17917 Lakeshore Dr.
Weed, CA 96094

Gulf Stream Coach, Inc.
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

Heartland Recreational Vehicles, L.L.C.
Douglas Lantz
1001 All Pro Drive
Elkhart, IN 46514

Homes of Merit, Inc.
Homes of Merit, Inc. Registered Agent
755 West Big Beaver Road 1000
Troy, MI 48084

Travelers Property Casualty Company of America TIL
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge LA 70809

Horton Homes, Inc.
Steve M. Sinclair
557 Milledgeville Road
Eatonton, GA 31024

Hy-Line Enterprises, Inc.
Margaret Flager
52219 Delta Ct.
Elkhart, In 46514

Indiana Building Systems, LLC d/b/a Holly Park
Lisa Kuhtic
51700 Lovejoy Dr.
Middlebury, IN 46540

Integrity Midwest Inc. d/b/a US Adventure RV
David A. Dettmann
Lane & Waterman 220 N. Main St. Ste 600
Davenport, IA 52801

Jayco, Inc.
Glenn E. Killoren
121 W. Franklin St. Suite 200
Elkhart, IN 46516

Keystone RV Company
David G. Thomas
2642 Hackberry Drive
Goshen, IN 46526

KZRV, LP
Daryl Zook
9270 W US 20
Shipshewana, IN 46565

Lakeside Park Homes, Inc.
Ben C. Jarvis
70 Peachstate Drive
Adel, GA 31620

Layton Homes Corp.
Linda Phillippsen
2520 By Pass Road
Elkhart, IN 46514

Lexington Homes
John W. Barret
PO Box 987
Lexington , MS 39095




Liberty Homes Inc.
Edward J. Hussey
1101 Eisenhower Dr. North
Goshen, IN 46527




Liberty RV & Marine, Inc.
Wayne A. Spear
7500 NW 42 Ave Rd.
Ocala, FL 34482




Monaco Coach Corporation
John W. Neptune
91320 Coburg Industrial Way
Coburg, OR 97408

American International Specialty Lines
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge LA 70809

Insurance Company of the State of PA
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge LA 70809

Lexington Insurance Company
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge LA 70809

Morgan Building Systems, Inc.
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

Morgan Buildings & Spas, Inc.
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

Motor Coach Industries International
National Registered Agents, Inc.
200 West Adams St.
Chicago, IL 60606

Oak Creek Homes, Inc.
Texas Secretary of State
2450 South Shore Boulevard Ste. 300
League City, TX 77573

Oak Creek Homes, L.P.
Craig A. Reynolds
2450 South Shore Boulevard Ste. 300
League City, TX 77573

Oakwood Homes, LLC
J. Marc Replogle
1820 The Exchange Ste. 150
Atlanta, GA 30339




Palm Harbor Albemarle, L.L.C.
C T Corporation System
225 Hillsborough Street
Raleigh, NC 27603




Palm Harbor Homes, Inc.
C T Corporation System
5615 Corporate Blvd.  Suite 400B
Baton Rouge, LA 70808




Palm Harbor Homes, Inc.
C T Corporation System
5615 Corporate Blvd.  Suite 400B
Baton Rouge, LA 70808




Palm Harbor Manufacturing, Inc.
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

Patriot Homes of Texas, L.P.
Will Turk
1001 West Loop 340
Waco , TX 76712

Insurco, Ltd
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge LA 70809


Patriot Homes, Inc.
1585 Hanover Rd.
Lewistown, MT 59457

Insurco, Ltd
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge LA 70809


Patriot Manufacturing, Inc.
Patriot Manufacturing, Inc Registered Agent
582 S. Egg Harbor Road
Hammonton, NJ 08037

Insurco, Ltd
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge LA 70809


Phillips Products, Inc.
C T Corporation System
5615 Corporate Blvd.  Suite 400B
Baton Rouge, LA 70808

Pilgrim International, Inc.
Ronald Steve Bennett
14489 U.S. 20
Middlebury, IN 46540

Sentry Insurance
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge LA 70809

Crum & Forster Specialty Ins Co
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge LA 70809

Play'Mor Trailers, Inc.
John C. Willibrand
PO Box 128
Westphalia, MO 65085

R-Vision, Inc.
Michael Pangburn
606 Nelson's Parkway
Wakarusa, IN 46573

Liberty Insurance Corp
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge LA 70809

Recreation By Design, LLC
Randall K. Rush
21746 Buckingham Rd.
Elkhart, IN 46516

Redman Homes Inc. (f/k/a Dutch Homes)
C T Corporation System
5615 Corporate Blvd.  Suite 400B
Baton Rouge, LA 70808

Travelers Property Casualty Company of America TIL
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge LA 70809

River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
Delmo Payne
5400 Bexar Ave. E.
Hamilton, AL 35570

Scotbilt Homes, Inc.
Sam P. Scott
2888 Fulford Road
Waycross, GA 31503

Silver Creek Homes, Inc.
David H. Silvertooth
PO Box 150
Henrietta, TX 76365

Skyline Corporation
Linda Phillippsen
2520 By Pass Road
Elkhart, IN 46514

Southern Energy Homes, Inc.
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

Starcraft RV, Inc.
Glenn E. Killoren
121 W. Franklin St. Suite 200
Elkhart, IN 46516

Stewart Park Homes, Inc.
A. Lucas Stewart, III
1207 Sunset Blvd
Thomasville, GA 31792

Sunnybrook R.V., Inc.
Elvie J. Frey, SR
201 14th St.
Middlebury, IN 46540

SunRay Investments, LLC
Alan C. Neely
405 S. Broad St.
New Tazewell, TN 37825

Superior Homes, LLC
Bernard, Cassisa, Elliott & Davis
PO Box 55490 1615 Metairie Road,
Metairie, LA 70055

Thor California, Inc.
John Deeds
100 S. Main Ave Ste 300
Sidney, OH 45365

Thor Industries, Inc.
John Deeds
100 S. Main Ave Ste 300
Sidney, OH 45365

Timberland RV Company d/b/a/ Adventure Manufacturing
Kean MacOwan
PO Box 1210
Peru, IN 46970

TL Industries, Inc.
Rebecca Butler Power
221 W. Lexington Ave.
Elkhart, IN 46516

Tom Stinnett Holiday RV Center
Tom Stinnett
520 Marriott Dr.
Clarksville, IN 47129

Townhomes, L.L.C.
Gary C. Towns
133 SE Newell Drive
Lake City , FL 32025

Vanguard, LLC
Scott A. Day
31450 M-86
West Colon, MI 49040

Viking Recreational Vehicle Company, LLC
CSC- Lawyers Incorporating Services
601 Abbott Rd
East Lansing , MI 48823

Waverlee Homes, Inc.
Phil Fowler
Hwy. 278 East
Hamilton, AL 35570

Winnebago Industries Inc.
Raymond Beebe
605 Crystal Lake Road Box152
Forest City, IA 50436