UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  
FORMALDEHYDE PRODUCTS  
LIABILITY LITIGATION

MDL NO. 1873  
SECTION N MAG. 5

JUDGE ENGELHARDT  
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:  
*Bauer, et al v. Liberty Homes, Inc., et al.*  
*No. 08-5031*

JURY DEMANDED

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File Second Supplemental and Amended Complaint in the above-captioned matter, is hereby set for hearing on the 13th Day of January, 2010, at 9:30 a.m.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**  
**Trial Attorney in Charge for Plaintiffs**  
Texas State Bar No. 09677700  
Southern District of TX Federal ID No. 5912  
Kevin W. Grillo, Of Counsel  
Texas State Bar No. 08493500  
Southern District of TX Federal ID No. 4647  
ROBERT C. HILLIARD, L.L.P.  
719 S. Shoreline Boulevard, Suite 500  
Corpus Christi, Texas 78401  
Telephone:  (361) 882-1612  
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 23rd day of December, 2009.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**