UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Paul Alexis, et al. v. Monaco Coach Corporation, et al.*
No. 09-4839
**************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

MAY IT PLEASE THE COURT:

Plaintiffs, **Paul Alexis**, *et al.*, respectfully move this Court to allow them to amend their Original Complaint to add as parties plaintiff hereto the individuals who are all named in the annexed listing of Named Plaintiffs (hereinafter, "Exhibit A"), to add one additional No-Bid Contractor defendant and one Insurer defendant, and to correct a legal citation in the Original Complaint. The Federal Rules of Civil Procedure Rule 15 allow for amended and supplemental pleadings. While no answer has been filed in the underlying matter, responsive pleadings in the form of "Preservation of Defenses" may have been filed by one or more of the defendants. Plaintiffs

1

herein simply desire to file a First Supplemental and Amending Complaint for Damages to include the additional parties plaintiff and defendant, and to make the citation correction. No undue prejudice will result in allowing the attached First Supplemental and Amending Complaint for Damages to be filed since no trial date has yet been scheduled.

Accordingly, plaintiffs respectfully request that this Honorable Court enter the attached Order granting leave to file a First Supplemental and Amended Complaint on **Paul Alexis,** *et al.***.**

         Respectfully submitted,

         LAW OFFICES OF SIDNEY D. TORRES, III,
         *A PROFESSIONAL LAW CORPORATION*

         BY:     s/Roberta L. Burns, Esq.
              SIDNEY D. TORRES, III, La. Bar No. 12869
              ROBERTA L. BURNS, La. Bar No. 14945
              DAVID C. JARRELL, La. Bar No. 30907
              8301 W. Judge Perez Drive
              Suite 303
              Chalmette, Louisiana 70043
              Telephone: (504) 271-8421
              ***Counsel for plaintiffs***

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 23, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                                                   s/Roberta L. Burns, Esq.
                                                                                   ROBERTA L. BURNS (#14945)