# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL No. 1873<br>*<br>* SECTION N(5)<br>*<br>* JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br>*Darlene Laine, et al. v TL Industries, Inc.*<br>*Case No. 09-3987* | *<br>* |

*******************************************************************

## PLAINTIFFS' MOTION FOR LEAVE TO FILE
## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying Complaint for Damages to add one additional plaintiff who, on information and belief, resided in the same type of emergency housing unit manufactured by TL Industries, Inc. as the existing plaintiffs.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Darlene Laine, et al. v TL Industries, Inc.* Case No. 09-3987, filed in the Eastern District of Louisiana.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY: /s/ *Lawrence J. Centola, Jr.*
      Lawrence J. Centola, Jr. LA Bar #3962
600 Carondelet Street
Suite 602
New Orleans, LA 70170
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                          /s/ *Lawrence J. Centola, Jr.*
                            Lawrence J. Centola, Jr.