## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER          *  MDL No. 1873
FORMALDEHYDE           *
PRODUCTS LIABILITY LITIGATION   * SECTION N(5)
                                       *
                                       * JUDGE ENGELHARDT
                                       *
THIS DOCUMENT RELATES TO:      *
*Terry Jones, et al. v Starcraft RV, Inc.*    *
*Case No. 09-3988*
  ****************************************************************

### PLAINTIFFS' MOTION FOR LEAVE TO FILE
### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

       NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above

captioned matter, who for the reasons more fully set forth in the memorandum attached

hereto, respectfully represent that it is both necessary and appropriate to supplement and

amend their underlying Complaint for Damages to add one additional plaintiff who, on

information and belief, resided in the same type of emergency housing unit manufactured

by Starcraft RV, Inc. as the existing plaintiffs.

       WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to

grant Plaintiffs' Motion for Leave to file the attached First Supplemental and Amending

Complaint for Damages as it relates to the underlying suit of *Terry Jones, et al. v*

*Starcraft RV, Inc.* Case No. 09-3988, filed in the Eastern District of Louisiana on June

15th, 2009.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY: /s/ *Lawrence J. Centola, Jr.*
       Lawrence J. Centola, Jr.  LA Bar #3962
600 Carondelet Street
Suite 602
New Orleans, LA 70170
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
       Lawrence J. Centola, Jr.