UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                       MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                               SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*ANTHONY J. BARCIA, et al. v. THOR CALIFORNIA, INC., et al.*
No. 09-3742

**************************************************************************

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES**

Now into Court, through undersigned counsel, come plaintiffs, **Anthony J. Barcia**, *et al.*, for the reasons set forth in the memorandum attached hereto, respectfully move the Court for leave to file the Second Supplemental and Amended Complaint for Damages submitted herewith.

WHEREFORE, plaintiffs respectfully request that this Honorable Court enter the attached Order granting leave to file a Second Supplemental and Amended Complaint on behalf of Stacy L. Braquet, *et al.*.

Respectfully submitted,

1

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:     <u>s/Roberta L. Burns, Esq.</u>
       SIDNEY D. TORRES, III, La. Bar No. 12869
       ROBERTA L. BURNS, La. Bar No. 14945
       DAVID C. JARRELL, La. Bar No. 30907
       8301 W. Judge Perez Drive
       Suite 303
       Chalmette, Louisiana 70043
       Telephone: (504) 271-8421
       **Counsel for plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants Service was accomplished on any party or counsel who is not a CM/ECF participant in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

                                                                                                             s/Roberta L. Burns, Esq.
                                                                                                           ROBERTA L. BURNS (#14945)