UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THOR CALIFORNIA

(1) GRACELYN MICHELLE CASANOVA, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, THOR CALIFORNIA, INC. D/B/A THOR MANUFACTURING and installed by UNKNOWN was located at Meraux, La 70075.

(2) SCOTT MITCHELL, INDIVIDUALLY AND ON BEHALF OF THE MINOR C.M., a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, THOR CALIFORNIA, INC. D/B/A THOR MANUFACTURING and installed by FLUOR was located at Chalmette, La 70043.

(3) SCOTT P. MITCHELL, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, THOR CALIFORNIA, INC. D/B/A THOR MANUFACTURING and installed by UNKNOWN was located at Slidell, LA 70460.

Exhibit A