IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *  MDL No. 1873<br>*<br>*  SECTION N(5)<br>*<br>*  JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br>*Iris Brickley, et al. v. Coachman Industries,<br>Inc. et al., Case No. 09-6008* | *<br>* |

*************************************************************************

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with the Middle District Court of Louisiana on August 1, 2009. The case transferred to this Court August 28, 2009 (Original Docket Number 3:09-cv-0567).

1.

This First Supplemental and Amending Complaint for Damages adds Robert Bolds as <u>additional</u> Named Plaintiff (hereinafter referred to as "Newly Added Plaintiff"), in the above captioned matter.

2.

Upon information and belief, the Newly Added Plaintiff resided in the same type of emergency housing unit manufactured by Coachman Industries Inc./Coachman Recreational Vehicle Company, LLC as the existing plaintiffs. This Supplemental and

Amending Complaint seeks to add the Newly Added Plaintiff to a single complaint for damages against the same manufacturer (Coachman Industries Inc./Coachman Recreational Vehicle Company, LLC)

4.

Newly Added Plaintiff adopts all of the allegations, claims and prayers for relief contained in the Complaint for Damages filed with the Middle District Court of Louisiana on June 15, 2009 (Civ. Action No. 3:09-cv-0567) which has since transferred via CTO-9 to the this court, August 28, 2009 and been assigned case number 2:09-cv-6008.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY: /s/ *Lawrence J. Centola, Jr.*
      Lawrence J. Centola, Jr.  LA Bar #3962
600 Carondelet Street
Suite 602
New Orleans, LA 70170
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                /s/ *Lawrence J. Centola, Jr.*
                  Lawrence J. Centola, Jr.