UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS          MDL NO. 07-1873
LIABILITY LITIGATION
                               SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Adderson, et al v. American Camper, et al; Number 09-5997*
*Bonnvillian, et al v. American Camper, et al; Number 09-6699*
*Broussard, et al v. American Camper, et al; Number 09-6915*
*Lena Bigner, et al v. American Camper, et al; Number 09-4779*

**NOTICE TO COURT OF CURRENT UNMATCHED
PLAINTIFFS TO A SPECIFIC MANUFACTURER,
PURSUANT TO PRE-TRIAL ORDER NO. 40**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above entitled and numbered causes, who do respectfully submit the following as their current unmatched claimants, pursuant to Pre-Trial Order No. 40 dated June 17, 2009.

**I.**

The case entitled *Adderson, et al v. American Camper, et al*, was originally filed in the Middle District of Louisiana, bearing docket number 09-550. This litigation was transferred into the MDL in this Honorable Court on August 28, 2009 and bears Eastern District Docket Number 09-5997. The following are the claimants listed in that lawsuit that remain unmatched:

1. Cheryl Adderson
2. Ernest Arceneaux
3. Lynette Banks
4. Lovezella Barthomomey
5. Arneka Basquine
6. Kinm Basquine
7. Cheyenne V. Brooks

8. Gwendolyn Brown
9. Josie Brown
10. Danielle Carter
11. Lisa Carter
12. Ernest B. Cinco
13. Lynette L. Claude
14. Onnise M. Clayton
15. Juanika G. Collins
16. Tyronne K. Creecy
17. Shelton A. Dauzant
18. Derek O. Diggs
19. Simpson A. Donsereaux
20. Daniel Eaglin
21. Leroy Emilien
22. Lavonsell Grimes
23. Cache Harris
24. Patrice Harris
25. Tahj Harris
26. Cedroin I. Harrison
27. Junius Hartford
28. Valerie Hartford
29. Janet Hooker
30. Dorivan Houlbert
31. Chastity Irving
32. Christian Irving
33. Isaiah Irving
34. Siearra Irving
35. Derrick Jackson
36. Karen Jackson
37. Karen Marie Jackson
38. Rhonda Jackson
39. Ivaisha Jefferson
40. LaToy Jefferson
41. Crishawn Johnson
42. Donnell Johnson
43. Linda Johnson
44. Robert Johnson
45. Ryaneisha Johnson
46. Tresa Johnson
47. Amari Jones
48. Anthony Jones
49. Christopher Kelly
50. Destiny Kelly
51. Julizs Kelly
52. Alice King
53. Passion Knight

54. Ronald Lampton
55. Jary Leeper
56. Ronald Lewis
57. Anthony Love
58. Victoria Lucien
59. Darnicisa Miller
60. Raheem Miller
61. Ronald Miller Jr.
62. Ronald Miller Sr.
63. Ronmia A. Miller
64. Samantrea Miller
65. Gwendolyn Miner
66. Glenn Minyard, Jr.
67. Glenn Minyard Sr.
68. Herbert Nicholsm
69. Justin Nicholsm
70. Vivian Nicholsm
71. Calvin Norah
72. Shanron Norah
73. Lynette D. Oliver
74. Brenda M. Plamer
75. Kevionne Palmer
76. Benjamin Parnell
77. Solanje Powell
78. Allen H. Prouty
79. Albert Renfroe
80. Aresean Richardson
81. Justine Richardson
82. Marilyn Robinson
83. Mon'Quell Ross
84. Shalisha M. Ross
85. Alexander Sander
86. Keith W. Sippo
87. Calvin Smith
88. Camilla Smothers
89. Samual Smothers
90. Woodrow Stevenson
91. Almira Theriot
92. Charyl Thomas
93. Clarence Thomas
94. Corey Trepagnier
95. Melunica Trapagnier
96. Brandon Walker
97. Edward Washington
98. Jamie L. White
99. Colby D. Williams

    100.    Gerard Wilson
    101.    Bertrand R. Winfield

## II.

The case entitled *Bonnvillian, et al v. American Camper, et al*, was originally filed in the Southern District of Alabama, bearing docket number 09-468. This litigation was transferred into the MDL in this Honorable Court on October 08, 2009 and bears Eastern District Docket Number 09-6699. The following are the claimants listed in that lawsuit that remain unmatched:

    1.    Lori Dickson

## III.

The case entitled *Broussard, et al v. American Camper, et al*, was originally filed in the Southern District of Mississippi, bearing docket number 09-538. This litigation was transferred into the MDL in this Honorable Court on October 16, 2009 and bears Eastern District Docket Number 09-6915. The following are the claimants listed in that lawsuit who remain unmatched:

    1.    Martin DeSalvo

    2.    Randell C. Kael

    3.    Rachel Lee

    4.    Gabriel Ball

    5.    LaTyphanie Borden

    6.    Rebecca Borden

    7.    Royce Borden

    8.    LaTasha Dotson

    9.    Emelda L. Dugue

    10.     Ritha Jones

    11.     Sylvia Reddix

    12.     Eleria Smith

    13.     Charles Taite

    14.     Etta Taite

    15.     Bonnie S. Peters

    16.     Todd M. Peters

    17.     Demtria Reff

    18.     Lynisha Reff

**IV.**

The case entitled *Bigner, et al v. American Camper, et al*, was originally filed in the Eastern District of Louisiana, bearing docket number 09-4779. The following are the claimants named in that lawsuit who remain unmatched:

    1.     Roy Hazelwood

    2.     Doris Taylor

    3.     Shelly Amos

    4.     Beverly Bigard

    5.     Kelvin E. Brooks

    6.     Jerry Carter

    7.     Cordia Caston

    8.     Dorothy Caston

    9.     Joshua Celesine

    10.     Ricky Dantzler

11. Lequecia Dunn

12. Kenneth J. Dykes Jr.

13. Kenneth J. Dykes Sr.

14. Jazzlyn M. Ezeb

15. Michelle Fortune

16. Jada Gibson

17. Bernisha Goodrich

18. Bryanns Goodrich

19. Ciba Goodrich

20. Darrion Goodrich

21. Denisha Goodrich

22. Devonne Goodrich

23. Eric Gorman

24. Leola Green

25. Dorian L. Griffin

26. Sheira M. Griffin

27. Angela Hartford

28. Hassan Hartford

29. Torrey Hooks

30. Barbara Howard

31. Gayle Johnson

32. Edgar Kelly

33. Scherrell McKenzie

34. Paula Moses

35. Queensheba O'Conner

36. Seontae Pichon

37. Loriano Pichon-Lombard

38. Robiean Pichon-Lombard

39. Joan M. Price

40. Quentin J. Reed

41. Wanda A. Singleton

42. Josh Watson

43. Alanna Weathersby

44. Cecille Weathersby

45. Israel Weathersby

46. Bianca Wison

47. Yvonka N. Wilson

48. John P. Winston

49. Shirley Womack

50. Willie Womack

        LAW OFFICES OF RONNIE G. PENTON
        209 HOPPEN PLACE
        BOGALUSA, LOUISIANA 70427
        PHONE       :       (985) 732-5651
        TELECOPIER:       (985) 735-5579
        E-MAIL      :       rgp@rgplaw.com


        s/Ronnie G. Penton
        Ronnie G. Penton
        Trial Counsel for Plaintiffs
        Louisiana Bar Roll Number 10462


## CERTIFICATE OF SERVICE

    I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

    December 23, 2009.

        s/Ronnie G. Penton
        Ronnie G. Penton