IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   FEMA Trailer Formaldehyde Products Liability Litigation | * * * * * | MDL No. 1873 Section N(5) Judge Engelhardt |
| This Document Relates To: *Marie Allen, et al. v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc.* Civil Action No. 09-3482 | * * * * | Magistrate Chasez Jury Demand |

******************************************************************************

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, comes Marie Allen together with all individuals whose names appear on "Exhibit A" (attached to Civ. Action No. 09-3482, Rec. Doc. 1) and "Exhibit B" (attached to Rec. Doc. 2272 ), who, for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend the underlying Original Complaint and First Supplemental and Amending Complaint to add an additional Plaintiff based upon information now in the possession of counsel that was unknown at the time the underlying suit and amendment were filed.  The Plaintiffs herein respectfully move this Honorable Court for leave to file the attached unopposed Second Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Marie Allen, et al. v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc.* (No. 09-3482), filed in the Eastern District of Louisiana for the above mentioned reasons.

1

Respectfully submitted,

   /s/ Hugh P. Lambert

HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 23rd day of December, 2009.

   /s/ Hugh P. Lambert

Hugh P. Lambert, Esq. (#7933)