IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   FEMA Trailer Formaldehyde Products Liability Litigation | * * * * * | MDL No. 1873 Section N(5) Judge Engelhardt |
| **This Document Relates To:** *Marie Allen, et al. v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc.* *Civil Action No. 09-3482* | * * * * | Magistrate Chasez Jury Demand |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, comes Marie Allen together with all individuals whose names appear on "Exhibit A" (attached to Civ. Action No. 09-3482, Rec. Doc. 1) and "Exhibit B" (attached to Rec. Doc. 2272 ), who respectfully move this Court for leave to supplement and amend their Original and First Supplemental and Amending Complaints for Damages in the underlying action.  Plaintiffs request the supplement and amendment pursuant to Fed.Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires."

Plaintiffs seek to supplement and amend their underlying complaint for damages to add Dawn B. Dickinson as an additional Plaintiff (hereinafter, "Newly Added Plaintiff").  Upon information and belief, Newly Added Plaintiff resided in a travel trailer manufactured by Defendant Gulf Stream Coach, Inc. and installed by Defendant Fluor Enterprises, Inc. in the greater New Orleans area.  Newly Added Plaintiff resided in the same travel trailer (VIN 1NL1GTR2861025537) as Plaintiffs George Dickinson, Sr,. George Dickinson, Jr., Dylan Dickinson

1

and Edward Kinder.  These Plaintiffs were added in the First Supplemental and Amending Complaint for Damages.  (Rec. Doc. 2272).

Pursuant to this Honorable Court's Pretrial Order No. 38, (Rec. Doc. 1596), this Second Supplemental and Amending Complaint seeks to add a related Newly Added Plaintiff to a single complaint for damages against the same manufacturer (Gulf Stream) and contractor (Fluor) defendants.

Plaintiffs assert that it is necessary, appropriate and just to supplement and amend the underlying complaints to add an additional Plaintiff who resided in a travel trailer manufactured and installed by the same Defendants, Gulf Stream and Fluor respectively. Additionally, Plaintiffs assert that allowing an additional Newly Added Plaintiff with claims against the same manufacturer and contracting defendant to join the underlying original complaint is in-keeping with this Honorable Court's Pretrial Order No. 38 (Rec. Doc. 1596).

Furthermore, Plaintiffs' Counsel has conferred with opposing counsel for Gulf Stream and Fluor and they do not oppose Plaintiffs' Second Supplemental and Amending Complaint for Damages, with the reservation of all all defenses, including but not limited to the defense of prescription.  Additionally, opposing counsel, by their consent, do not concede that the Newly Added Plaintiff is entitled to relation back to the time of filing of the underlying Original or First Supplemental and Amending Complaints.

Respectfully submitted,

/s/ Hugh P. Lambert

HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 23rd day of December, 2009.

/s/ Hugh P. Lambert

Hugh P. Lambert, Esq. (#7933)