IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   FEMA Trailer Formaldehyde Products Liability Litigation | * * * * * | MDL No. 1873<br><br>Section N(5)<br><br>Judge Engelhardt |
| **This Document Relates To:**<br>*Marie Allen, et al. v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc.*<br>*Civil Action No. 09-3482* | * * * * | <br>Magistrate Chasez<br><br>Jury Demand |

******************************************************************************

### RULE 7.6 CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record for Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. have been contacted and do not object to Plaintiffs' Second Supplemental and Amending Complaint for Damages, with the reservation of all defenses, including but not limited to the defense of prescription. Additionally, opposing counsel, by their consent, do not concede that the Newly Added Plaintiff is entitled to relation back to the time of filing of the underlying Original or First Supplemental and Amending Complaints.

1

    Respectfully submitted,

      /s/ Hugh P. Lambert
    HUGH P. LAMBERT, ESQ. (LA Bar #7933)
    LINDA J. NELSON, ESQ. (LA Bar #9938)
    LAMBERT & NELSON, PLC
    701 Magazine Street
    New Orleans, LA 70130
    Telephone: (504)581-1750
    Facsimile: (504)529-2931
    hlambert@lambertandnelson.com
    lnelson@lambertandnelson.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 23rd day of December, 2009.

     /s/ Hugh P. Lambert

     Hugh P. Lambert, Esq. (#7933)