IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   FEMA Trailer Formaldehyde Products Liability Litigation | * * * * | MDL No. 1873<br><br>Section N(5)<br><br>Judge Engelhardt |
| **This Document Relates To:**<br>*Marie Allen, et al. v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc.*<br>*Civil Action No. 09-3482* | *<br>*<br>*<br>* | Magistrate Chasez<br><br>Jury Demand |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Second Supplemental and Amending Complaint on Plaintiffs' behalf:

    **IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their Second Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

    THIS DONE the _____ day of _____, 2009 in New Orleans, Louisiana.


                                                         _____

                                                         UNITED STATES DISTRICT COURT JUDGE ENGELHARDT