IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER        *   MDL No. 1873
FORMALDEHYDE              *
PRODUCTS LIABILITY LITIGATION    * SECTION N(5)
                                 *
                                 * JUDGE ENGELHARDT
                                 *
THIS DOCUMENT RELATES TO:      *
*Joseph Gaines, et al. v. Forest River Inc., et*    *
*al., Case No. 09-4001*
  ***********************************************************************

<u>**ORDER**</u>

Considering the foregoing Motion for Leave to File First Supplemental and

Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First

Supplemental and Amending Complaint for Damages attached and submitted with the

foregoing motion.

DATED this ___ day of ____, 2009 in New Orleans, Louisiana.


_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola   LA Bar #3962