## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER     *  MDL No. 1873
FORMALDEHYDE       *
PRODUCTS LIABILITY LITIGATION  * SECTION N(5)
              *
              * JUDGE ENGELHARDT
              *
THIS DOCUMENT RELATES TO:   *
*Joey Latapie, et al. v. Keystone RV Company,* *
*et al,  Case No. 09-4043*

 *************************************************************************

## <u>ORDER</u>

Considering the foregoing Motion for Leave to File First Supplemental and

Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First

Supplemental and Amending Complaint for Damages attached and submitted with the

foregoing motion.

DATED this ___ day of ____, 2009 in New Orleans, Louisiana.


_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 23, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
        Lawrence J. Centola  LA Bar #3962