IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER     *  MDL No. 1873
FORMALDEHYDE      *
PRODUCTS LIABILITY LITIGATION * SECTION N(5)
              *
              * JUDGE ENGELHARDT
              *
THIS DOCUMENT RELATES TO:  *
*Lynette Cloud, et al. v. Insurance Company of* *
*the State of Pennsylvania, et al.*
*Case No. 09-5316*
  ***************************************************************************

<u>ORDER</u>

   Considering the foregoing Motion for Leave to File First Supplemental and

Amending Complaint on Plaintiffs' behalf:

   **IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First

Supplemental and Amending Complaint for Damages attached and submitted with the

foregoing motion.

   DATED this ___ day of ____, 2009 in New Orleans, Louisiana.


           _____
           KURT D. ENGELHARDT
           UNITED STATES DISTRICT JUDGE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 23, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
Lawrence J. Centola  LA Bar # 3962