UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO | | * * | |
| CIVIL CASE NOS. 09-4734; 09-4676; 09-4677; 09-4678; 09-4679; 09-4680; 09-4681; 09-4685; 09-4686; 09-4684; 09-4683; 09-4682; 09-4687; 09-4697; 09-4698; 09-4696; 09-4699; 09-4700; 09-4688; 09-4689; 09-4690; 09-4691; 09-4692; 09-4693; 09-4694; 09-4695; 09-4701; 09-4702; 09-4703; 09-4704; 09-4705; 09-4706; 09-4707 | | * * * * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDED ORIGINAL COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiffs in the above-referenced matter, through undersigned counsel, respectfully supplement and amend their Original Complaint in the following respects:

**I.**

By supplementing Section I. (Parties), Paragraph 4 of the Original Complaint(s) for Damages by adding **Liberty Mutual Ins. Corp., Lexington Insurance Company, Westchester Surplus Lines Insurance Company** and **Arch Specialty Insurance Company** as party Defendants.

WHEREFORE, Plaintiffs respectfully supplement and amend the Original Complaint(s) in the above civil action numbers in the foregoing respects, and they

otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

       **DANIEL D. WARE**
       Mississippi State Bar and
       Southern District of Mississippi Federal ID No. 10847
       **CARROLL LOUIS CLIFFORD IV**
       Mississippi State Bar and
       Southern District of Mississippi Federal ID No. 99545
       WARE CLIFFORD LAW FIRM PLLC
       2625 Ridgewood Rd., Ste 100
       Jackson, MS 39216
       Phone 601-368-9310
       Fax 601-368-9958
       **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     I hereby certify that on December 23, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

       /s/ Robert C. Hilliard
       _____
       **ROBERT C. HILLIARD**