UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:      FEMA TRAILER            *      MDL NO. 1873
            FORMALDEHYDE PRODUCTS   *
            LIABILITY LITIGATION    *      SECTION "N" (5)
                                    *
                                    *      JUDGE ENGELHARDT
                                    *      MAGISTRATE CHASEZ
                                    *
THIS DOCUMENT PERTAINS TO           *
                                    *
CIVIL CASE NOS. 09-4734; 09-4676;   *
09-4677; 09-4678; 09-4679; 09-4680; *
09-4681; 09-4685; 09-4686; 09-4684; *
09-4683; 09-4682; 09-4687; 09-4697; *
09-4698; 09-4696; 09-4699; 09-4700; *
09-4688; 09-4689; 09-4690; 09-4691; *
09-4692; 09-4693; 09-4694; 09-4695; *
09-4701; 09-4702; 09-4703; 09-4704; *
09-4705; 09-4706; 09-4707           *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>NOTICE OF HEARING</u>

TO:   ALL COUNSEL OF RECORD

        **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File Supplemental

and Amended Complaints, is hereby set for hearing on the 13th Day of January, 2010, at

9:30 a.m.

                              Respectfully submitted,

                              /s/ Robert C. Hilliard
                              _____
                              **ROBERT C. HILLIARD**
                              **Trial Attorney in Charge for Plaintiffs**
                              Texas State Bar No. 09677700
                              Southern District of TX Federal ID No.  5912
                              Kevin W. Grillo, Of Counsel
                              Texas State Bar No. 08493500
                              Southern District of TX Federal ID No. 4647
                              ROBERT C. HILLIARD, L.L.P.

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 23rd day of December, 2009.

/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**