# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION: N(5) |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Kendra Cook, et al. v. Jayco, Inc., et al.* Civil Action No. 09-3603 | * * | MAGISTRATE CHASEZ |
| | * * | JURY DEMAND |

**************************************************************************

## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNOPPOSED FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend the underlying Original Complaint for Damages to correct the spelling of Plaintiff Devon Cook's name. Plaintiff Devon Cook was misnamed as Deron Cook.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached Unopposed First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Kendra Cook, et al. v. Jayco Inc., et al.*, (Civil Action No. 09-3603), filed in the Eastern District of Louisiana for the above mentioned reasons.

1

Respectfully submitted,

  /s/ Hugh P. Lambert

 HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 23rd day of December, 2009.

  /s/ Hugh P. Lambert
Hugh P. Lambert, Esq. (#7933)