IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE LIABILITY LITIGATION | * * | MDL NO. 1873 |
| | * | SECTION: N(5) |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Kendra Cook, et al. v. Jayco, Inc., et al.* | * | |
| Civil Action No. 09-3603 | * | MAGISTRATE CHASEZ |
| | * | |
| | * | JURY DEMAND |

**************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE UNOPPOSED FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their Original Complaint for Damages in the underlying action (Civ. Action No. 09-3603). Plaintiffs request the supplement and amendment pursuant to Fed.Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires."

Plaintiffs request this supplement and amendment to correct the spelling of Plaintiff Devon Cook's name. Plaintiffs seek to supplement and amend their underlying complaint to substitute Plaintiff <u>Kendra Cook on behalf of her minor child Devon Cook</u> for Kendra Cook on behalf of her minor child Deron Cook.

Plaintiffs' counsel has conferred with opposing counsel for Jayco, Inc., Fluor Enterprises, Inc. and the United States Government through FEMA and they do not oppose Plaintiffs' First Supplemental and Amending Complaint for Damages, with the reservation of all defenses, including but not limited to the defense of prescription.

1

Respectfully submitted,

　　*/s/ Hugh P. Lambert*

 HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

　　I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 23rd day of December, 2009.

　　　　　　　　　　　　　　　　　　　　　*/s/ Hugh P. Lambert*
　　　　　　　　　　　　　　　　　　　　Hugh P. Lambert, Esq. (#7933)