## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE LIABILITY LITIGATION | * * * * | MDL NO. 1873  SECTION: N(5) |
| THIS DOCUMENT RELATES TO: *Kendra Cook, et al. v. Jayco, Inc., et al.* Civil Action No. 09-3603 | * * * * | JUDGE ENGELHARDT  MAGISTRATE CHASEZ  JURY DEMAND |

**************************************************************************

### ORDER

Considering the foregoing Motion for Leave to File Unopposed First Supplemental and Amending Complaint for Damages on Plaintiff's behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

THIS DONE the _____ day of _____, 2009 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE ENGELHARDT

1