**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873  SECTION "N" (5)  JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO | | * * | |
| CIVIL CASE NOS. 09-7404; 09-7403; 09-7405; 09-7406; 09-7419; 09-7420; 09-7421; 09-7411; 09-7412; 09-7413; 09-7414; 09-7415; 09-7423; 09-7425; 09-7402; 09-7401; 09-7400; 09-7399; 09-7398; 09-7416; 09-7417; 09-7418; 09-7426; 09-7427; 09-7439; 09-7428; 09-7430; 09-7429; 09-7422 | | * * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED COMPLAINTS**

Considering the foregoing Motion for Leave to File Supplemental and Amended Complaints on behalf of all Plaintiffs in the above-referenced matters:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file the Supplemental and Amended Complaint attached and submitted with the foregoing motion.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
HONORABLE KURT ENGELHARDT