**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT PERTAINS TO** | | * | |
| | | * | |
| CIVIL CASE NOS. 09-7404; 09-7403; | | * | |
| 09-7405; 09-7406; 09-7419; 09-7420; | | * | |
| 09-7421; 09-7411; 09-7412; 09-7413; | | * | |
| 09-7414; 09-7415; 09-7423; 09-7425; | | * | |
| 09-7402; 09-7401; 09-7400; 09-7399; | | * | |
| 09-7398; 09-7416; 09-7417; 09-7418; | | * | |
| 09-7426; 09-7427; 09-7439; 09-7428; | | * | |
| 09-7430; 09-7429; 09-7422 | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiffs in the above-referenced matter, through undersigned counsel, respectfully supplement and amend their Original Complaint in the following respects:

**I.**

By supplementing Section I. (Parties), Paragraph 2 of the Original Complaint(s) for Damages by adding **Motor Coach Industries International, Inc.** as a party Defendant, and include Defendant **Motor Coach Industries International, Inc.** as a "Manufacturing Defendant" everywhere referenced in the Original Complaint.

WHEREFORE, Plaintiffs respectfully supplement and amend the Original Complaint(s) in the above civil action numbers in the foregoing respects, and they

otherwise reiterate and re-aver all of the allegations, claims and prayers for relief

contained therein.

Respectfully submitted,

/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**
**Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

2

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.


/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**

3