# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL No. 1873 <br> * <br> * SECTION N(5) <br> * <br> * JUDGE ENGELHARDT <br> * |
| THIS DOCUMENT RELATES TO: <br> *Troy Williams, et al. v. Thor California, Inc. Doing Businss in California as Thor Manufacturing. Case No. 09-3990* | * <br> * |

*************************************************************************

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel for Defendant has been contacted. Thor California, Inc. Doing Business in California as Thor Manufacturing does not object to the filing of Plaintiffs' First Supplemental and Amending Complaint, with the reservation of all defenses, including, but not limited to, prescription.

    Respectfully submitted,

    HURRICANE LEGAL CENTER, LLC

    BY: /s/ *Lawrence J. Centola, Jr.*
         Lawrence J. Centola, Jr.

    Lawrence J. Centola, Jr., LA Bar #3962
    600 Carondelet Street
    Suite 602
    New Orleans, LA 70170
    (504) 525-1944 (telephone)
    (504) 525-1279 (facsimile)

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 23, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                /s/ *Lawrence J. Centola, Jr.*
                Lawrence J. Centola, Jr.