# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL No. 1873<br>*<br>* SECTION N(5)<br>*<br>* JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Virgie Gros, et. al. v. Crum & Forster Specialty Insurance Co., et al.,*<br>*Case No. 09-5311* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiff's behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this ___ day of ____, 2009 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 23, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                                /s/ *Lawrence J. Centola, Jr.*
                                                   Lawrence J. Centola  LA Bar #3962