**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * | **MDL NO. 1873** |
| | * | **SECTION "N" (5)** |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO** | * | |
| *Vicki Bickham, et al* *v. Gulf Stream Coach, Inc., et al*; Docket No. 09-03205 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF VOLUNTARY DISMISSAL,**
**WITHOUT PREJUDICE, OF CLAIMS OF CERTAIN PLAINTIFFS**

The following Plaintiffs, *only*, hereby dismiss, without prejudice, their claims against all Defendants pursuant to Federal Rule of Civil Produce 41(a)(1)(A)(i):

1. Dolores Brown
2. Willie Brown
3. Lionel Corley
4. Matthew Davis
5. Cynthia Falls
6. Iness Heim
7. Pearl Lewis
8. Thomas Lewis
9. Denise Matthews
10. Domonique Merrick

11. Monique Merrick
12. Tiffany Merrick
13. Corey Palmer
14. Loretta Tanks
15. Ora Tanks
16. Shenell Thomas
17. Stella Washington
18. Dorothy Wells
19. Ronald White
20. Earl Wilright III
21. Manuel Gilbert
22. Audrey Scott

No Defendant has served an answer or motion for summary judgment as of this date.

Respectfully submitted,

*/s/ Aaron Ahlquist*

FRANK J. D'AMICO, JR., T.A. (#17519)
AARON Z. AHLQUIST (#29063)
FRANK J. D'AMICO, JR., APLC
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-7272
Fax: (504) 525-9522

**-and-**

Anthony G. Buzbee
Texas Bar No. 24001820
Peter K. Taaffe
Texas Bar No. 24003029
**THE BUZBEE LAW FIRM**
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.: (713) 223-5393
Fax.: (713) 223-5909

**-and-**

Raul Bencomo (#2932)
**Bencomo & Associates**
639 Loyola Ave., Suite 2110
New Orleans, Louisiana 70113
Telephone: (504) 529-2929
Fax: (504) 529-2018

***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17th, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ Aaron Ahlquist*
AARON Z. AHLQUIST, #29063