# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * MDL No. 1873 <br> * <br> * SECTION N(5) <br> * <br> * **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** *Orlando Arrom, et al. v Jayco, Inc., et al.* Case No. 09-5700 | |

*************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File Third Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their Third Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this ___ day of ____, 2009 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 24, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                                /s/ *Lawrence J. Centola, Jr.*
                                                  Lawrence J. Centola LA Bar #3962