## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL No. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION N(5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| *Orlando Arrom, et al. v Jayco, Inc., et al.* | * | |
| *Case No. 09-5700* | | |

  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### THIRD SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their original complaint and First Amended Complaint for Damages filed on their behalf.


1.

This Third Supplemental and Amending Complaint for Damages adds Tamara Jack on behalf of E.J., Tamara Jack on behalf of R. R., and Tamara Jack on behalf of G. J.,  as underlined additional Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter. As such, it is requested that Tamara Jack on behalf of E.J., Tamara Jack on behalf of R. R. and Tamara Jack on behalf of G. J. have their names added to the list of additional plaintiffs in Exhibit A and to Exhibit C.  As for the Newly Added Plaintiffs, Exhibit C should show that they did not come from any original complaint as follows: "Tamara Jack on behalf of E.J.– None", "Tamara Jack on behalf of R. R. – None" and "Tamara Jack on behalf of G. J. – None."

2.

Upon information and belief, the Newly Added Plaintiffs resided in the same emergency housing unit manufactured by Jayco, Inc. and installed by Defendant Fluor Enterprises, Inc., as their mother, plaintiff Tamara Jack, who is named in the operative complaint. Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add the Newly Added Plaintiffs to a single complaint for damages against the same manufacturer (Jayco, Inc.) and contractor (Fluor Enterprises, Inc).

3.

Newly Added Plaintiffs adopts all of the allegations, claims and prayers for relief contained in the original complaint and First Amended Complaint for Damages.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY: /s/ *Lawrence J. Centola, Jr.*
        Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street
Suite 602
New Orleans, LA 70170
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 24, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.