AO 440 (Rev. 12/09) Summons in a Civil Action

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

CASE NUMBER: 2:07-MD-1873

SECTION "N-5"

THIS DOCUMENT IS RELATED TO:
*Melkile Favorite, Mary Favorite, and Marlon Favorite vs. Vanguard Industries of Michigan, Inc. (a/k/a Palomino RV) and Fluor Enterprises, Inc.*
No. 09-07681

**SUMMONS IN A CIVIL CASE**

TO:  (Defendant's name and address)

**United States of America
Through the United States Attorney General
Honorable Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lacey M. Moore
Paul A. Dominick
NEXSEN PRUET, PLLC
201 S. Tryon St., Suite 1200
Charlotte, NC  28202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

_____     _____
Date:                                                               *Signature of Clerk or Deputy Clerk*