UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Luis Escobar and Emma Escobar vs. Frontier RV, Inc. Shaw Environmental, Inc.; Contractor Defendants; and CH2M Hill Constructors, Inc*<br>No. 09-06108 | |

ORDER

Considering the foregoing motion,

IT IS ORDERED that plaintiff be granted leave to file the First Supplemental and Amending Complaint for Damages.

THIS DONE the ____ day of _____, 2009, New Orleans, Louisiana.

_____
JUDGE