UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873

SECTION N (5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
*All Cases Filed By Hurricane Legal Center, LLC*
*************************************************************************

# ORDER

Considering the foregoing Motion filed by plaintiffs represented by Hurricane Legal Center, LLC.;

IT IS ORDERED that Paul Y. Lee shall be allowed to withdraw as Counsel of Record for plaintiffs.

New Orleans, Louisiana, this 23rd day of December, 2009.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Proposed Oder has been electronically filed on the 21st day of December, 2009, with the Clerk of Court by using the CM/ECF system, which will send a notice of electron filing to all participating counsel of record.


Paul Y. Lee