UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER     MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Jessica B. Bastoe, et al. v. Dutchmen Manufacturing, Inc.,* **et al.**
**No. 09-3590**
*************************************************************************

## ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the Second Supplemental and Amended Complaint for Damages.

THIS DONE the 23rd day of December, 2009, New Orleans, Louisiana.

_____
JUDGE