UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## CROSS ROADS

(1) DARRELL J CARUSO, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CROSSROADS** and installed by **UNKNOWN** was located at St. Bernard, La 70085.

(2) DARRELL & PEARL, INDIVIDUALLY AND ON BEHALF OF THE MINOR D. J C. (referred to as D.C.), a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CROSSROADS** and installed by **UNKNOWN** was located at , St. Bernard, La 70085.

Exhibit A