UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Jacklyn Aguilar, et al. v. Layton Homes, Corp., et al.*
No. 09-3730

**************************************************************************

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES**

**MAY IT PLEASE THE COURT**:

Plaintiffs, **Jacklyn Aguilar**, *et al.*, respectfully move this Court to allow them to amend their Original Complaint, as amended, to add as parties plaintiff hereto the individuals who are all named in the annexed listing of Named Plaintiffs (hereinafter, "Exhibit A"). The Federal Rules of Civil Procedure Rule 15 allow for amended and supplemental pleadings. While no answer has been filed in the underlying matter, responsive pleadings in the form of "Preservation of Defenses" may have been filed by one or more of the defendants. Plaintiffs herein simply desire to file a Second Supplemental and Amending Complaint for Damages to include the additional parties plaintiff. No

1

undue prejudice will result in allowing the attached Second Supplemental and Amending Complaint for Damages to be filed since no trial date has yet been scheduled.

Accordingly, plaintiffs respectfully request that this Honorable Court enter the attached Order granting leave to file a Second Supplemental and Amended Complaint on **Jacklyn Aguilar**, *et al.*.

        Respectfully submitted,

        LAW OFFICES OF SIDNEY D. TORRES, III,
        *A PROFESSIONAL LAW CORPORATION*

        BY:     s/Roberta L. Burns, Esq.
             SIDNEY D. TORRES, III, La. Bar No. 12869
             ROBERTA L. BURNS, La. Bar No. 14945
             DAVID C. JARRELL, La. Bar No. 30907
             8301 W. Judge Perez Drive
             Suite 303
             Chalmette, Louisiana 70043
             Telephone: (504) 271-8421
             **Counsel for plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants Service was accomplished on any party or counsel who is not a CM/ECF participant in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

               s/Roberta L. Burns, Esq.
               ROBERTA L. BURNS (#14945)