# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## NOMAD

(1) **CARL JOSEPH COOK**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at Violet, La 70092.

(2) **JOHN KENNEY**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at  , Violet, LA 70092.

Exhibit A