UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER							MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
												SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Judy Douglas, et al. v. Oak Creek Homes, L.P., et al.,*
No. 09-3740

*************************************************************************

**ORDER**

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the Second Supplemental and Amended Complaint for Damages.

THIS DONE the ____ day of _____, 2009, New Orleans, Louisiana.

_____
J U D G E

1