## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

## OAK CREEK HOMES, INC.

(1)      GRACELYN MICHELLE CASANOVA, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **OAK CREEK HOMES, INC.** and installed by **UNKNOWN** was located at      , Chalmette, La 70043.

(2)      JUSTIN UMBEHAGEN, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **OAK CREEK HOMES, INC.** and installed by **FLUOR** was located at raux, La 70075.

(3)      JUSTIN UMBEHAGEN, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **OAK CREEK HOMES, INC.** and installed by **FLUOR** was located at e, Meraux, La 70075.

**Exhibit A**