UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                                                    SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Angelica M. Alvarez, et al. v. Pilgrim International, Inc., et al.,*
No. 09-4838

**************************************************************************

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES**

Now into Court, through undersigned counsel, come plaintiffs, **Angelica M. Alvarez**, *et al.*, for the reasons set forth in the memorandum attached hereto, respectfully move the Court for leave to file the First Supplemental and Amended Complaint for Damages submitted herewith.

WHEREFORE, plaintiffs respectfully request that this Honorable Court enter the attached Order granting leave to file a First Supplemental and Amended Complaint on behalf of **Angelica M. Alvarez**, *et al.*.

Respectfully submitted,

1

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY: _____s/Roberta L. Burns, Esq._____
   SIDNEY D. TORRES, III, La. Bar No. 12869
   ROBERTA L. BURNS, La. Bar No. 14945
   DAVID C. JARRELL, La. Bar No. 30907
   8301 W. Judge Perez Drive
   Suite 303
   Chalmette, Louisiana 70043
   Telephone: (504) 271-8421
   **Counsel for plaintiffs**

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 28, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants Service was accomplished on any party or counsel who is not a CM/ECF participant in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

                                                                                     s/Roberta L. Burns, Esq.
                                                                               ROBERTA L. BURNS (#14945)