# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**In Re: FEMA TRAILER**                                    **MDL NO. 1873**

**FORMALDEHYDE PRODUCTS**

**LIABILITY LITIGATION**

                                                            **SECTION "N" (4)**

**THIS DOCUMENT RELATES TO:**
*Angelica M. Alvarez, et al. v. Pilgrim International, Inc., et al.,*
**No. 09-4838**


**************************************************************************

## ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the First Supplemental and

Amended Complaint for Damages.

THIS DONE the ____ day of _____, 2009, New Orleans, Louisiana.


_____
                          J U D G E

1