UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PILGRIMIN INTERNATIONAL

(1) GRACELYN MICHELLE CASANOVA, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **PILGRIM INTERNATIONAL, INC.** and installed by **UNKNOWN** was located at **Chalmette, La See Notes.**

(2) JESSICA MARIE EDWARDS, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **PILGRIM INTERNATIONAL, INC.** and installed by **UNKNOWN** was located at **, Chalmette, La 70043.**

(3) CLIFFORD JAMES LESIEUR, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **PILGRIM INTERNATIONAL, INC.** and installed by **UNKNOWN** was located at **etairie, La 70005.**

**Exhibit A**