UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                      SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Charles Arbour, et al. v. Recreation By Design, LLC, et al.,*
No. 09-3733

******************************************************************************

### ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the Second Supplemental and Amended Complaint for Damages.

THIS DONE the ____ day of _____, 2009, New Orleans, Louisiana.

                                                   _____
                                                           J U D G E