# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## RECREATION BY DESIGN

(1)  **CARL  JOSEPH  COOK**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **FLUOR** was located at      6 Violet, La  70092.

(2)  **EZILDA   MEYERS**, a resident of the full age of majority of the State of Mississippi, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **FLUOR** was located at Chalmette, La  70043.

(3)  **IRWIN   MEYERS**, a resident of the full age of majority of the State of Mississippi, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **FLUOR** was located at ·, Chalmette, La  70043.

**Exhibit A**