## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**In Re: FEMA TRAILER**                                    **MDL NO. 1873**

**FORMALDEHYDE PRODUCTS**

**LIABILITY LITIGATION**

                                                           **SECTION "N" (4)**

**THIS DOCUMENT RELATES TO:**
*Christina Jackson, et al. v. Gulf Stream Coach, Inc., et al.*
**No. 09-4665**
**************************************************************************

### FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come **Christina Jackson**, *et al.*,
who supplement and amend their original Complaint for Damages *Christina Jackson, et al. v.
Gulf Stream Coach, Inc., et al.,* **No. 09-4665** (Rec. Doc. 1) filed on July 30, 2009.  Plaintiffs
seek to supplement and amend the original Complaint for Damages to add the named plaintiff(s)
listed in Exhibit A, attached, to add an additional No-Bid Contractor defendant, and to reassert
all claims against the defendants named herein.

While no answer has been filed in the underlying matter, responsive pleadings in the
form of "Preservation of Defenses" may have been filed by one or more of the defendants.
Plaintiffs herein simply desire to file a First Supplemental and Amending Complaint for
Damages to include the additional parties plaintiff and defendant.  No undue prejudice will result
in allowing the attached First Supplemental and Amending Complaint for Damages to be filed
since no trial date has yet been scheduled.

1

Plaintiffs supplement and amend the original, underlying Complaint for Damages in the following respects and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein.

1.

By supplementing **Section I.** (Parties), paragraph 2 of the Original Complaint for Damages by adding as parties plaintiff hereto the individuals who are all named in the annexed listing of all Named Plaintiffs (hereinafter, "Exhibit A").

2.

By supplementing **Section I.** (Parties), paragraph 7 of the Original Complaint for Damages by adding as a party defendant the following:

"**T-Mac, Inc.** ("T-Mac")(collectively with Fluor, Shaw, CH2M, hereinafter the "No-Bid Defendants"), a Louisiana corporate entity with its principal place of business in Louisiana, licensed to do business in the State of Louisiana and in good standing, received a No-Bid contract from FEMA and was tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita in the State of Louisiana."

3.

By supplementing **Section II.** (Jurisdiction and Venue), paragraph 13 of the Original Complaint for Damages as follows:

"The **No-Bid Defendants, CH2M, Shaw, Fluor, and T-Mac** are subject to the in personam jurisdiction of this Court because they do sufficient business in the State of Louisiana and within this federal district to confer same, and at all relevant times hereto engaged in commerce both in

this federal district and in the State of Louisiana with respect to the activities and claims which are the subject of this litigation."

WHEREFORE, plaintiffs respectfully supplement and amend the Original Complaint for Damages in the foregoing respects, they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:_____s/ Roberta L. Burns_____
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
**Counsel for plaintiffs**

**SERVICE OF PROCESS INFORMATION**

1. **The United States of America**
   Through the United States Attorney General,
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
   And
   Through the Office of the U.S. Attorney for the Eastern District of Louisiana
   Through Jim Letten, United States Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, Louisiana 70130

2. **Federal Emergency Management Agency**
   Through the Office of the Director
   Administrator of the Federal Emergency Management Agency
   500 C Street S.W.
   Washington, D.C. 20472

3. **Gulf  Stream Coach, Inc.**
   Through its Agent for Service of Process
   Kenneth C. Brinker
   503 South Oakland
   Nappannee, IN 46550

4. **Fluor Enterprises, Inc.**
   Through its Counsel of Record
   Charles Penot
   Middleberg Riddle and Gianna
   KPMG Centre
   Suite 2400
   717 Harwood
   Dallas, TX 75201

5. **Shaw Environmental, Inc.**
   Through its Counsel of Record
   Karen Whitfield
   Baker Donelson, Bearman, Caldwell & Berkowitz, PC
   201 St. Charles Ave.
   Suite 3600
   New Orleans, LA 70170

4

6.  **CH2M Hill Constructors, Inc.**
    Through its Counsel of Record
    Gerardo Barrios
    Baker Donelson, Bearman, Caldwell & Berkowitz, PC
    #3 Sanctuary Boulevard
    Suite 201
    Mandeville, LA 70471

7.  **T-Mac, Inc.**
    Through its Agent for Service of Process
    Timothy McDonald
    232 Coquille Lane
    Madisonville, LA 70447