## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

## GULF STREAM

(1) **GRACELYN MICHELLE CASANOVA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Chalmette, La See Notes**.

(2) **DARRELL J. CLARK**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Meraux, LA 70075**.

(3) **DARRELL CLARK JR, INDIVIDUALLY AND ON BEHALF OF THE MINOR D.C.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Meraux, LA 70075**.

(4) **DARRELL CLARK**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Meraux, LA 70075**.

(5) **DEBBIE S. CLARK**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Meraux, LA 70075**.

(6) **KAREN CREEL, INDIVIDUALLY AND ON BEHALF OF THE MINOR A.C.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Poydras, LA 70085**.

**Exhibit A**

(7) **KAREN KRANTZ CREEL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Poydras, LA 70085**.

(8) **DAMON D DAIGRE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Chalmette, La 70043**.

(9) **NUNEZ, JUANITA, INDIVIDUALLY AND ON BEHALF OF THE MINOR A.F.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Meraux, La 70075**.

(10) **VINCENT MICHAEL GONZALES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Chalmette, LA 70043**.

(11) **JOHN HARALAMPOPOULOS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **FLUOR** was located at **Arabi, LA 70032**.

(12) **DENISE JOHNSON, INDIVIDUALLY AND ON BEHALF OF THE MINOR A.J.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **SHAW** was located at **New Orleans, LA 70129**.

(13) **DENISE ATKINS JOHNSON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **FLUOR** was located at **New Orleans, LA 70129**.

**Exhibit A**

(14) SHANELL SMITH, INDIVIDUALLY AND ON BEHALF OF THE MINOR M.L., a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by FLUOR was located at St. Bernard, LA 70085.

(15) WAYNE LEBLANC, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by FLUOR was located at Chalmette, La 70043.

(16) MARY V. LEDET, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, CAVALIER and installed by UNKNOWN was located at Arabi, La 70032.

(17) MELISSA A LEHRISSE, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, CAVALIER and installed by UNKNOWN was located at Arabi, LA 70032.

(18) CODY J. LUCAS, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by FLUOR was located at Meraux, LA 70075.

(19) LANDEN C. LUCAS, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by FLUOR was located at Meraux, LA 70075.

(20) COULTON & SUZANNE LYELL, INDIVIDUALLY AND ON BEHALF OF THE MINOR B.L., a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by UNKNOWN was located at St. Bernard, La 70085.

**Exhibit A**

(21) **COULTON MATIN LYELL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **St. Bernard, La 70085**.

(22) **SUZANNE MANUEL LYELL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **St. Bernard, La 70085**.

(23) **LOUIS RALPH MASCARO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **FLUOR** was located at **St. Bernard, LA 70085**.

(24) **BARBARA M. MEYER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **FLUOR** was located at **Chalmette, La 70043**.

(25) **FRANCES N. MONTANA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Chalmette, LA 70043**.

(26) **WANDA TAYLOR OLSON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Chalmette, LA 70043**.

(27) **LORENA PATTERSON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **New Orleans, La 70126**.

**Exhibit A**

(28)   **EURDEL EUGENE PETERS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Chalmette, La 70043**.

(29)   **ANTHONY RHODES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **FLUOR** was located at **St. Bernard, La 70085**.

(30)   **ANTHONY LEE RHODES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **St. Bernard, La 70085**.

(31)   **KIONNA RHODES, INDIVIDUALLY AND ON BEHALF OF THE MINOR K.R.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **St. Bernard, La 70085**.

(32)   **POMLA R. RHODES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **St. Bernard, LA 70085**.

(33)   **TREMAYNE T RHODES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **St. Bernard, La 70085**.

(34)   **JEANNE & BRAD ROACH, INDIVIDUALLY AND ON BEHALF OF THE MINOR N.R.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **Chalmette, La 70043**.

**Exhibit A**

(35)   L  H. ROONEY, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **FLUOR** was located at **Chalmette, La  70043**.

(36)   DANA  SAMPSON, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **FLUOR** was located at **Violet, LA  70092**.

(37)   **DANA SAMPSON, INDIVIDUALLY AND ON BEHALF OF THE MINOR J.S.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **FLUOR** was located at **Violet, La  70092**.

(38)   **DANA SAMPSON, INDIVIDUALLY AND ON BEHALF OF THE MINOR J.S.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **FLUOR** was located at **Violet, LA  70092**.

(39)   BOBBIE L SANTANA, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **CH2MHILL** was located at **New Orleans, La 70114**.

(40)   CAROLYN K SAUCIER, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **St. Bernard, La 70085**.

(41)   GLENN G SAUCIER, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GULF STREAM** and installed by **UNKNOWN** was located at **St. Bernard, La 70085**.

**Exhibit A**

(42) RAY SCHULTZ, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by T-MAC was located at St. Bernard, La 70085.

(43) CHEVIS DANIEL TAYLOR, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by UNKNOWN was located at Chalmette, LA 70043.

(44) TRINITY SERCOVICH, INDIVIDUALLY AND ON BEHALF OF THE MINOR M.T., a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by UNKNOWN was located at Chalmette, La 70043.

(45) JUSTIN UMBEHAGEN, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by FLUOR was located at Meraux, La 70075.

(46) HENRY HERBERT VANDENBORRE, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by FLUOR was located at Chalmette, La 70043.

(47) SANDRA ANN WACH, a resident of the full age of majority of the State of UNKNOWN, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by FLUOR was located at St. Bernard, La 70085.

(48) NATASHA SUNGELIQUE WILLIAMS, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, GULF STREAM and installed by UNKNOWN was located at Chalmette, LA 70043.

**Exhibit A**