UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Skyline Corporation

| | |
|---|---|
| (1) | **GRACELYN MICHELLE CASANOVA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **UNKNOWN** was located at ʼ                              ʼ, Poydras, La 70085. |
| (2) | **CARL JOSEPH COOK**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **FLUOR** was located at Violet, La 70092. |
| (3) | **JANE GAGLIANO LEAMING**, a resident of the full age of majority of the State  **SKYLINE CORPORATION** and installed by **FLUOR** was located at Slidell, La 70460. |
| (4) | **FELIX C. RUIZ**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **FLUOR** was located at Slidell, La 70461. |
| (5) | **JOY B. RUIZ**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **FLUOR** was located at Slidell, La 70461. |

**Exhibit A**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

(6) CARL JOSEPH COOK, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at Violet, La 70092.

(7) JOHN KENNEY, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at , Violet, LA 70092.

Exhibit A