UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                     MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                                          SECTION "N" (4)
THIS DOCUMENT RELATES TO:
*STACY L. BRAQUET, et al. v. LAKESIDE PARK HOMES, INC., et al.*
No. 09-3734

**************************************************************************

## ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the Second Supplemental and

Amended Complaint for Damages.

THIS DONE the ____ day of _____, 2009, New Orleans, Louisiana.

                                                    _____
                                                                    J U D G E

1