UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                          MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                                             SECTION "N" (4)
THIS DOCUMENT RELATES TO:
*STACY L. BRAQUET, et al. v. LAKESIDE PARK HOMES, INC., et al.*
No. 09-3734
**************************************************************************

## SECOND SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come **Stacy L. Braquet**, *et al.*, who supplement and amend their original Complaint for Damages *STACY L. BRAQUET, et al. v. LAKESIDE PARK HOMES, INC., et al.,* **No. 09-3734** (Rec. Doc. 1) filed on June 3, 2009, and as amended (Rec. Doc. 2385) on July 30, 2009.  Plaintiffs seek to supplement and amend the original Complaint for Damages to add the named plaintiff(s) listed in Exhibit A, attached, and to reassert all claims against the defendants named herein.

While no answer has been filed in the underlying matter, responsive pleadings in the form of "Preservation of Defenses" may have been filed by one or more of the defendants. Plaintiffs herein simply desire to file a Second Supplemental and Amending Complaint for Damages to include the additional parties plaintiff. No undue prejudice will result in allowing the attached Second Supplemental and Amending Complaint for Damages to be filed since no trial date has yet been scheduled.

1

Plaintiffs supplement and amend the original, underlying Complaint for Damages, as amended, in the following respects and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein.

1.

By supplementing **Section I.** (Parties), paragraph 2 of the Original Complaint for Damages by adding as parties plaintiff hereto the individuals who are all named in the annexed listing of all Named Plaintiffs (hereinafter, "Exhibit A").

**WHEREFORE**, plaintiffs respectfully supplement and amend the Original Complaint for Damages, as previously amended, in the foregoing respects, they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

    Respectfully submitted,

    LAW OFFICES OF SIDNEY D. TORRES, III,
    *A PROFESSIONAL LAW CORPORATION*

    BY:    s/ Roberta L. Burns
    SIDNEY D. TORRES, III, La. Bar No. 12869
    ROBERTA L. BURNS, La. Bar No. 14945
    DAVID C. JARRELL, La. Bar No. 30907
    8301 W. Judge Perez Drive
    Suite 303
    Chalmette, Louisiana 70043
    Telephone: (504) 271-8421
    **Counsel for plaintiffs**

**SERVICE OF PROCESS INFORMATION**

1. **The United States of America**
   Through the United States Attorney General,
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
   And
   Through the Office of the U.S. Attorney for the Eastern District of Louisiana
   Through Jim Letten, United States Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, Louisiana 70130

2. **Federal Emergency Management Agency**
   Through the Office of the Director
   Administrator of the Federal Emergency Management Agency
   500 C Street S.W.
   Washington, D.C. 20472

3. **Lakeside Homes, Inc.**
   Through its Agent for Service of Process
   Ben C. Jarvis
   70 Peachstate Drive
   Adel, GA 31620

4. **Shaw Environmental, Inc.**
   Through its Counsel of Record
   Karen Whitfield
   Baker Donelson, Bearman, Caldwell & Berkowitz, PC
   201 St. Charles Ave.
   Suite 3600
   New Orleans, LA 70170

5. **Fluor Enterprises, Inc.**
   Through its Counsel of Record
   Charles Penot
   Middleberg Riddle and Gianna
   KPMG Centre
   Suite 2400
   717 Harwood
   Dallas, TX 75201

6.  **CH2M Hill Constructors, Inc.**
    Through its Counsel of Record
    Gerardo Barrios
    Baker Donelson, Bearman, Caldwell & Berkowitz, PC
    #3 Sanctuary Boulevard
    Suite 201
    Mandeville, LA 70471