UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## LAKESIDE PARK HOMES, INC.

(1) GRACELYN MICHELLE CASANOVA, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **LAKESIDE PARK HOMES, INC.** and installed by **UNKNOWN** was located at: **Chalmette, La 70043**.

(2) **EDWARD H SALEZ**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **LAKESIDE PARK HOMES, INC.** and installed by      was located at **Violet, LA 70092**.

Exhibit A