UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                              MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION                                                             5
                                                                                 SECTION "N" (X)

THIS DOCUMENT RELATES TO:
*ALVIN BERGERON, et al. v. JAYCO ENTERPRISES, INC., et al.*,
**Docket No. 09-3719**
*************************************************************************

## ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the Third Supplemental and

Amended Complaint for Damages.

THIS DONE the 23rd day of December, 2009, New Orleans, Louisiana.

_____
JUDGE