UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION | |
| | SECTION "N" (4) |
| THIS DOCUMENT RELATES TO: | |
| *Helen Albarado, et al. v. Morgan Buildings & Spas, Inc., et al.,* | |
| No. 09-3829 | |

**************************************************************************

**ORDER**

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the Second Supplemental and Amended Complaint for Damages.

THIS DONE the ____ day of _____, 2009, New Orleans, Louisiana.

_____
J U D G E

1