UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MORGAN BUILDINGS AND SPAS

(1) JAY AUTHEMENT, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **MORGAN BUILDINGS & SPAS, INC.** and installed by **UNKNOWN** was located at l, Violet, La 70092.

(2) JAY J AUTHEMENT, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **MORGAN BUILDINGS & SPAS, INC.** and installed by **UNKNOWN** was located at d, Violet, La 70092.

(3) JAYLIN A. AUTHEMENT, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **MORGAN BUILDINGS & SPAS, INC.** and installed by **UNKNOWN** was located at olet, La 70092.

(4) LINDA ELLEN AUTHEMENT, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **MORGAN BUILDINGS & SPAS, INC.** and installed by **UNKNOWN** was located at Violet, La 70092.

**Exhibit A**