UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Terry Clausell, et al. v. River Birch Homes, Inc., et al.,*
No. 09-3715

**************************************************************************

### PLAINTIFFS' MOTION FOR LEAVE TO FILE
### SECOND SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

Now into Court, through undersigned counsel, come plaintiffs, **Terry Clausell**, *et al.*, for the reasons set forth in the memorandum attached hereto, respectfully move the Court for leave to file the Second Supplemental and Amended Complaint for Damages submitted herewith.

WHEREFORE, plaintiffs respectfully request that this Honorable Court enter the attached Order granting leave to file a Second Supplemental and Amended Complaint on behalf of **Terry Clausell**, *et al.*.

Respectfully submitted,

1

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY: <u>     s/Roberta L. Burns, Esq.     </u>
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
***Counsel for plaintiffs***

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 28, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants Service was accomplished on any party or counsel who is not a CM/ECF participant in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

                                                                              s/Roberta L. Burns, Esq.
                                                                        ROBERTA L. BURNS (#14945)