UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


RIVER BIRCH HOMES, INC.

---

(1)   CHARLENE BLANCHARD, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RIVER BIRCH HOMES, INC. AND/OR RIVER BIRCH HOMES, LLC** and installed by **UNKNOWN** was located at                    Meraux, LA 70075.

**Exhibit A**