UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                     MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION                  SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*HELEN ALBARADO, et al. v. KEYSTONE RV COMPANY, et al.*
No. 09-3731
*****************************************************************************

## ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the Third Supplemental and Amended Complaint for Damages.

THIS DONE the 23rd day of December, 2009, New Orleans, Louisiana.

_____
JUDGE