UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Carl Bailey, together with all individuals
and entities whose names appear on the
attached "Exhibit A," vs. Gulf Stream
Coach, Inc. and Shaw Environmental, Inc.
No. 09-06780*

ORDER

Considering the foregoing motion,

IT IS ORDERED that plaintiff be granted leave to file the First Supplemental and

Amending Complaint for Damages.

THUS DONE the 23rd day of _____December_____, 2009___, New Orleans,

Louisiana.

_____
JUDGE