UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:  *09-3922* | * | |
| *Antoine Prince, Sr., et al. v. Liberty Mutual Ins. Corp., et al.* | * | MAGISTRATE CHASEZ |
| | * | |
| | * | JURY DEMAND |

******************************************************************************

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
THIRD SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying Original Complaint for Damages and First Supplemental and Amending Complaint for Damages to add additional defendants based upon information now in the possession of counsel that was unknown at the time the underlying suit and amendment were filed.[1]

Plaintiffs seek to add as defendants insurance companies that, upon information and belief, had in full force and effect  policies of liability insurance affording coverage to R-Vision, Inc., the manufacturer of Plaintiffs' travel trailer.

WHEREFORE, Plaintiffs respectfully move this Honorable Court for leave to file the

---

[1] Plaintiffs' Motion to Withdraw their Motion for Leave to File Second Supplemental and Amending complaint for Damages (Rec. Doc. 4881) was granted by this Court on October 9, 2009, and their Second Supplemental and Amending Complaint for Damages was stricken from the record. (Rec. Doc. 5304).

1

attached unopposed Third Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Antoine Prince, Sr., et al. v. Liberty Insurance Corp., et al.*, (Civil Action No. 09-3922), filed in the Eastern District of Louisiana and the First Supplemental and Amending Complaint for Damages (Rec. Doc. 2276) for the above mentioned reasons.

                                                  Respectfully submitted,

                                                */s/ Hugh P. Lambert*

                                               HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                               LINDA J. NELSON, ESQ. (LA Bar #9938)
                                               LAMBERT & NELSON, PLC
                                               701 Magazine Street
                                               New Orleans, LA 70130
                                               Telephone: (504)581-1750
                                               Facsimile: (504)529-2931
                                               hlambert@lambertandnelson.com
                                               lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 28th day of December, 2009.

                                                                     */s/ Hugh P. Lambert*
                                                                  Hugh P. Lambert, Esq. (#7933)