**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *09-3922* | * | |
| *Antoine Prince, Sr., et al. v. Liberty Mutual Ins. Corp., et al.* | * | MAGISTRATE CHASEZ |
| | * | |
| | * | JURY DEMAND |

*********************************************************************************

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE THIRD SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced matter, (hereinafter "Plaintiffs"), who respectfully move this Honorable Court for leave to supplement and amend their Original and First Supplemental and Amending Complaints for Damages in the underlying action (Civ. Action No. 09-3922 and Rec. Doc. 2276).[1] Plaintiffs request this third supplement and amendment pursuant to Fed.Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement and amend their Original and First Supplemental and Amending Complaint for Damages to add additional defendants, who, upon information and belief, had in full force and effect policies of liability insurance affording coverage to R-Vision, Inc. (hereinafter, "R-Vision"), with respect to the matters, risks and things for which

---

[1] Plaintiffs' Motion to Withdraw their Motion for Leave to File Second Supplemental and Amending complaint for Damages (Rec. Doc. 4881) was granted by this Court on October 9, 2009, and their Second Supplemental and Amending Complaint for Damages was stricken from the record. (Rec. Doc. 5304).

1

Plaintiffs allege and assert in their underlying complaints, thereby affording Plaintiffs the right to proceed against these insurers under the provisions of the Louisiana Direct Action Statute, LSA-R.S. §1269.

Additional named defendants include:

1. Arch Specialty Insurance Company;

2. Lexington Insurance Company; and

2. Westchester Surplus Lines Insurance Company.

Plaintiffs assert that it is necessary, appropriate and just to supplement and amend their underlying complaints to add additional defendants who provided insurance coverage to R-Vision for the same risks involved in the manufacturing of Plaintiffs' travel trailer covered by the previously named Defendant Liberty Mutual Insurance Corporation.

Further, Plaintiffs' counsel has conferred with opposing counsel for Liberty Mutual Insurance Corporation and Fluor Enterprises, Inc. and they do not object to Plaintiffs' Third Supplemental and Amending Complaint for Damages, with the reservation of all defenses, including but not limited to the defense of prescription.

Respectfully submitted,

  /s/ Hugh P. Lambert
 HUGH P. LAMBERT, ESQ. (LA Bar #7933)
 LINDA J. NELSON, ESQ. (LA Bar #9938)
 LAMBERT & NELSON, PLC
 701 Magazine Street
 New Orleans, LA 70130
 Telephone: (504)581-1750
 Facsimile: (504)529-2931
 hlambert@lambertandnelson.com
 lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 28th day of December, 2009.

                                                  /s/ *Hugh P. Lambert*
                                                Hugh P. Lambert, Esq. (#7933)