UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION                    SECTION "N" (5)

**THIS DOCUMENT RELATES TO:**
*Robert Manual Aguilera, et al. v. KZRV, LP, et al.*
No. 09-3738
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the Second Supplemental and Amended Complaint for Damages.

THIS DONE the 23rd day of December, 2009, New Orleans, Louisiana.

_____
JUDGE