# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## KZRV LP

(1)      GAY G. HUNT, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **KZRV, LP** and installed by **UNKNOWN** was located at

(2)      JIMMY P. HUNT, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **KZRV, LP** and installed by **UNKNOWN** was located at

**Exhibit A**