UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


SCOTBILT HOMES, INC.


(1) GRACELYN MICHELLE CASANOVA, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, SKYLINE CORPORATION and installed by UNKNOWN was located at L͟  & ͟  Poydras, La 70085.

(2) CARL JOSEPH COOK, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, SKYLINE CORPORATION and installed by FLUOR was located at 2716 Violet, La 70092.

(3) JANE GAGLIANO LEAMING, a resident of the full age of majority of the State of Mississippi, whose temporary housing unit manufactured by, or bore a model of, SKYLINE CORPORATION and installed by FLUOR was located at ͟ ͟ ͟ Slidell, La 70460.

(4) FELIX C. RUIZ, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, SKYLINE CORPORATION and installed by FLUOR was located at ͟ t, Slidell, La 70461.

(5) JOY B. RUIZ, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, SKYLINE CORPORATION and installed by FLUOR was located at ͟ t, Slidell, La 70461.


Exhibit A