# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## STARCRAFT RV

(1) BENA S. VITRANO, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, STARCRAFT RV, INC. and installed by UNKNOWN was located at          in Chalmette, LA 70043.

**Exhibit A**