*Mary S. Adams, et al v. DS Corporation*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Adams | Mary | S. | 1931 Pamela Drive | Gautier | MS | 39553 |
| 2 | Adams, Jr. | Richard | L. | 1931 Pamela Drive | Gautier | MS | 39553 |
| 3 | Davis | Sean | L. | 1505 Laurel Glenn Road | Gautier | MS | 39553 |
| 4 | Dearman | Eugene | Franklin | 6305 Robinson Still Road | Vancleave | MS | 39565 |
| 5 | Helms | Belinda | Lynn | 1505 Laurel Glenn Road | Gautier | MS | 39553 |
| 6 | Nettles | William | James | 4225 Charles St. | Moss Point | MS | 39567 |
| 7 | Sellers, mother and next of friend of T.D.S. | Katara | | 4315 Orchard Avenue, Apt. 21 | Pascagoula | MS | 39581 |