*Mary S. Adams, et al v. DS Corporation*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Bass | Cedrick | Leroy | 1400 28th Street, Apt. 524 | Gulfport | MS | 39501 |
| 2 | Dearman | Margaret | D. | 6305 Robinson Still Road | Vancleave | MS | 39565 |
| 3 | Evans | Kenneth | Tyrone | 4207 Karen Street | Moss Point | MS | 39563 |