*Mary S. Adams, et al v. DS Corporation*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Dearman | Margaret | D. | 6305 Robinson Still Road | Vancleave | MS | 39565 |