UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:  *09-6410*<br>*Lionel Fields v. American Int'l Specialty Lines Ins. Co., et al.* | * <br> * <br> * <br> * | MAGISTRATE CHASEZ <br><br> JURY DEMAND |

******************************************************************************

### PLAINTIFF'S MOTION FOR LEAVE TO FILE
### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the above referenced matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represents that it is both necessary and appropriate to supplement and amend his underlying Original Complaint for Damages to add an additional defendant based upon information now in the possession of counsel that was unknown at the time the underlying suit was filed.

Plaintiff seeks to add as a defendant Starr Excess Liability Insurance Company, Ltd. which, upon information and belief, had in full force and effect  policies of liability insurance affording coverage to Monaco Coach Corporation the manufacturer of Plaintiff's travel trailer.

WHEREFORE, Plaintiff respectfully moves this Honorable Court for leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Lionel Fields v. American Int'l Specialty Lines Ins. Co., et al* (Civil Action No. 09-6410), transferred to the Eastern District of Louisiana form the Middle District of

Louisiana for the above mentioned reasons.

>Respectfully Submitted:
>
>**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**
>
>BY:   s/Gerald E. Meunier
>          GERALD E. MEUNIER (La. Bar #9471)
>          Gainsburgh, Benjamin, David, Meunier &
>          Warshauer, L.L.C.
>          2800 Energy Centre
>          1100 Poydras Street
>          New Orleans, Louisiana 70163-2800
>          Phone:504/522-2304
>          Facsimile:504/528-9973
>          E-mail:gmeunier@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>s/Gerald E. Meunier
>GERALD E. MEUNIER, #9471

2