UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *09-6410* | * | |
| *Lionel Fields v. American Int'l Specialty Lines Ins. Co., et al.* | * | MAGISTRATE CHASEZ |
| | * | |
| | * | JURY DEMAND |

******************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the above referenced matter, (hereinafter "Plaintiff"), who respectfully moves this Honorable Court for leave to supplement and amend his Original Complaint for Damages in the underlying action (Civ. Action No. 09-6410). Plaintiff requests this supplement and amendment pursuant to Fed.Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiff seeks to supplement and amend his Original Complaint for Damages to add Starr Excess Liability Insurance Company, Ltd. as an additional defendant, which, upon information and belief, had in full force and effect policies of liability insurance affording coverage to Monaco Coach Corporation (hereinafter, "Monaco"), with respect to the matters, risks and things for which Plaintiff alleges and asserts in his underlying complaint, thereby affording Plaintiff the right to proceed against this insurer under the provisions of the Louisiana Direct Action Statute, LSA-R.S. §1269.

Plaintiff asserts that it is necessary, appropriate and just to supplement and amend

1

his underlying complaint to add an additional defendant who provided insurance coverage to Monaco for the same risks involved in the manufacturing of Plaintiff's emergency housing unit covered by the previously named Defendants American International Specialty L ines, Ins. Co., The Insurance Company of the State of Pennsylvania and Lexington Insurance Company.

Further, Plaintiff's counsel has contacted opposing counsel for American International Specialty L ines, Ins. Co., The Insurance Company of the State of Pennsylvania, Lexington Insurance Company and Shaw Environmental, Inc. and they have been unable to respond to date.

                        Respectfully Submitted:

                        **GAINSBURGH, BENJAMIN, DAVID,**
                        **MEUNIER & WARSHAUER, L.L.C.**

                        BY:   s/Gerald E. Meunier
                              GERALD E. MEUNIER (La. Bar #9471)
                              Gainsburgh, Benjamin, David, Meunier &
                              Warshauer, L.L.C.
                              2800 Energy Centre
                              1100 Poydras Street
                              New Orleans, Louisiana 70163-2800
                              Phone:504/522-2304
                              Facsimile:504/528-9973
                              E-mail:gmeunier@gainsben.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                            s/Gerald E. Meunier
                                            GERALD E. MEUNIER, #9471