## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | **MDL NO. 1873** |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** *09-6410* | * | |
| *Lionel Fields v. American Int'l Specialty Lines Ins. Co., et al.* | * | **MAGISTRATE CHASEZ** |
| | * | |
| | * | **JURY DEMAND** |

*************************************************************************************

### PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDING
### COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the above

referenced matter, who through undersigned counsel, respectfully supplements and

amends his Original Complaint for Damages in the following respects and otherwise

reiterates and re-avers all of the allegations, claims and prayers for relief contained

therein.

### 1.

The following defendant is added as a party:

a.      Upon information and belief, Defendant Starr Excess Liability Insurance

Company, Ltd., (hereinafter, "Starr"), is, upon information and belief, an

entity incorporated in a state other than the state of Louisiana, with its

principle place of business in a state other than the state of Louisiana,

licensed to do business in the State of Louisiana and in good standing.

Further, defendant Starr provided insurance coverage for the matters, risks,

and things for which Plaintiff asserts herein and in his underlying complaint

1

against Monaco Coach Corporation (hereinafter, "Monaco"), which manufactured and supplied FEMA trailers or housing units as defined in the underlying complaints  pursuant to contracts with FEMA for use in the State of Louisiana.  Thus, affording Plaintiff the right to proceed against Starr under the provisions of the Louisiana Direct Action Statute, LSA-R.S. §1269.

**2.**

Plaintiff adds the following paragraph:

"Plaintiff asserts his claim against Starr under the laws of the State of Louisiana and under any other state and federal statutes which may be applicable."

**3.**

Plaintiff reiterates that he is entitled to and demands a trial by jury.

**6.**

Plaintiffs ask that Defendant Starr be served  with a copy of the Original and First Supplemental and Amending Complaints for Damages.

WHEREFORE, Plaintiff respectfully supplements and amends his Original and First Supplemental and Amending Complaints for Damages in the foregoing respects, and otherwise reiterates and re-avers all of the allegations, claims and prayers for relief contained therein.

Respectfully Submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER (La. Bar #9471)
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre
      1100 Poydras Street
      New Orleans, Louisiana 70163-2800
      Phone:504/522-2304
      Facsimile:504/528-9973
      E-mail:gmeunier@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

      s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471

**PLEASE SERVE:**

Starr Excess Liability Insurance Company, Ltd.
**through its attorney of record:**
Charles E. Leche
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

3