UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>    PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * <br>THIS DOCUMENT RELATES TO: *09-6410*     * <br> *Lionel Fields v. American Int'l Specialty Lines Ins. Co., et al.*  * <br> * <br> * | MDL NO. 1873 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br><br> MAGISTRATE CHASEZ <br><br> JURY DEMAND |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RULE 7.6 CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiff certifies that opposing counsel of record for American International Specialty L ines, Ins. Co., The Insurance Company of the State of Pennsylvania, Lexington Insurance Company and Shaw Environmental, Inc. have been contacted and have been unable to respond to date.

Respectfully Submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

BY:   s/Gerald E. Meunier
           GERALD E. MEUNIER (La. Bar #9471)
           Gainsburgh, Benjamin, David, Meunier &
           Warshauer, L.L.C.
           2800 Energy Centre
           1100 Poydras Street
           New Orleans, Louisiana 70163-2800
           Phone:504/522-2304
           Facsimile:504/528-9973
           E-mail:gmeunier@gainsben.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
