UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * | |
| Docket Nos. 09-5348; 09-5349; 09-5350; 09-5351; | * | |
| 09-5352; 09-5353; 09-5354; 09-5355; 09-5356; | * | |
| 09-5357; 09-5358; 09-5372; 09-5376; 09-6396; | * | |
| 09-6397; 09-6398; 09-6399; 09-6400; 09-6873; | * | |
| 09-6874; 09-6875; 09-6876; 09-6877; 09-6878; | * | |
| 09-6885; 09-7356 | * | |
| PLAINTIFFS UNMATCHED WITH A | * | |
| SPECIFIC MANUFACTURING DEFENDANT | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CERTAIN PLAINTIFFS' OPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDERS NO. 40 & 49**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who respectfully submit to this Honorable Court this motion for an extension of time to comply with the deadlines in Pretrial Orders 40 ("PTO 40") and 49 ("PTO 49").  PTO 40 requires all unmatched plaintiffs to be matched with a specific manufacturing defendant within 45 days of the date of filing of the complaint.  PTO 49 requires all unmatched plaintiffs to be matched with a specific manufacturer by December 28, 2009 if the complaint has already been filed/transferred to this Court.  This deadline is subject to extension for good cause shown.  For the reasons explained in the Memorandum in Support, it is submitted that good cause exists for a forty-five (45) day extension of the deadline in PTO 49 as to unmatched plaintiffs filed by The Buzbee Law Firm in

the following cases: 09-5348; 09-5349; 09-5350; 09-5351; 09-5352; 09-5353; 09-5354; 09-5355; 09-5356; 09-5357; 09-5358; 09-5372; 09-5376; 09-6396; 09-6397; 09-6398; 09-6399; 09-6400; 09-6873; 09-6874; 09-6875; 09-6876; 09-6877; 09-6878; 09-6885; and 09-7356.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*
_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 28, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                          */s/ John Munoz*
                                          JOHN MUNOZ, #9830