*Alana Franklin, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-05348

1. Ronette Bailey on behalf of Kendaul Bailey
2. Ronette Bailey on behalf of Kenidee Bailey
3. Ronette Bailey on behalf of Paris Bailey
4. Alana Franklin
5. Alana Franklin on behalf of Lance Jackson
6. Alana Franklin on behalf of Eugene Jackson Jr.
7. James Griffin
8. Zena Hardy on behalf of Bobbie Hardy
9. Geneva Hawthorne
10. Rashad Hawthorne
11. Rashad Hawthorne on behalf of Alaycia Judie
12. Lessie Heisser
13. Kenandez Henry
14. Latanya Jones on behalf of Damia Franklin
15. Latanya Jones on behalf of Tamia Franklin
16. Latanya Jones
17. Latanya Jones on behalf of Derry Jones Jr.
18. Millie Landry
19. William Landry
20. Deborah McCracken
21. Reginald Mitchell
22. Tabitha Riley
23. Gia Sands
24. Zandra Stewart
25. Emma Stuart on behalf of Derriondria Stuart
26. Emma Stuart
27. Shaneka Stubbs
28. Jeloni Taylor
29. Calvin Thomas
30. Ursula Thomas
31. Erica White on behalf of Joey Folse
32. Erica White on behalf of Taylor Folse
33. Erica White on behalf of Tyre Folse
34. Erica White on behalf of Deonte White
35. Erica White on behalf of Iyana White
36. Bridgette Williams on behalf of Roy Ferrandi III
37. Anthony Wilson
38. Ida Wright
39. Keisha Wright

EXHIBIT A

40. Tamekia Wynn

*Stephanie Turner, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-05349

1.  Aeesha Bailey on behalf of Jaequal Makson
2.  DaJuan Davis
3.  Juan Davis
4.  Johnny Hopkins
5.  Jameka Jackson
6.  Phoebe Lewis on behalf of Colby Muse
7.  Antoine Martin
8.  Gary Mitchell
9.  Kedrick Portis
10. Shavon Riley on behalf of Terian Smith
11. Byron Thomas Sr on behalf of Jasmine Thomas
12. Keisha Warren
13. Wilson Williams
14. Joseph Woods

*Peggy Magee, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-05350

1. Delta Cheatteam
2. Byron Henderson
3. Peggy Magee as representative of the estate of Archie Magee
4. Peggy Magee
5. Quola Magee
6. Charolette Martin
7. Charolette Martin on behalf of Monique  Martin
8. Charolette Martin on behalf of Randal  Martin
9. Demetrice Martin on behalf of Tevon Sears
10. Demetrice Martin
11. Demetrice Martin on behalf of Nicholas Sears
12. Demetrice Martin on behalf of Terrell Sears
13. Paul Mason
14. Joseph Matherne
15. Roland Mayeux Sr.
16. Sheron Mayeux
17. Veronica Montgomery on behalf of Lelani Williams
18. Veronica Montgomery on behalf of Otha Williams
19. Deantwain Page
20. Harold Parker
21. Mamie Robinson on behalf of Kehemah Downing(McDonald)
22. Mamie Robinson on behalf of Na'Ami Downing(McDonald)
23. Mamie Robinson on behalf of Shymrri Downing(McDonald)
24. Delmaleisa Smith on behalf of Delmoriya Dioxon
25. Delmaleisa Smith on behalf of Demoz Dioxon
26. Paulette Smith
27. Dorothy Sparks on behalf of Kendell Cain Jr.
28. Dorothy Sparks on behalf of Vincent Cain Jr.
29. Courtney Taylor
30. Edith Terry
31. Donna Thomas
32. Chariee Thomas-Gillian
33. Michael Thompson
34. Louis Thornton
35. Tracey Weary on behalf of Markita Weary
36. Tracey Weary on behalf of Shamienka Weary
37. Nicholas Wells
38. Tramain White Sr on behalf of Shalia White
39. Tramain White Sr on behalf of Sharmaine White

40. Tramain White Sr on behalf of Shyenne White
41. Tramain White Sr on behalf of Tramain White Jr.
42. Erica White on behalf of Cameron White
43. Beverly Williams on behalf of Natalien Williams
44. LaToya Williams on behalf of Lanaizia Williams
45. Latoya Williams on behalf of Lanaizia Williams
46. LaToya Williams on behalf of Savannah  Williams
47. Latoya Williams on behalf of Savannah Williams
48. Tamarea Williamson on behalf of Ashton Gaines
49. Tamarea Williamson on behalf of Ayden Gaines
50. Tamekia Wynn on behalf of Courtney Wynn
51. Kim Young on behalf of LeAndre Booth
52. Kim Young on behalf of Kimbrea Young
53. Kimberly Young

*Betty Adams, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-05351

1. Peter Alexander III on behalf of De'Quanna  Alexander
2. Joel Alsandor
3. Saul Bickham on behalf of Candice  Bickham
4. Saul Bickham on behalf of Hakeem  Bickham
5. Saul Bickham
6. Allan Fogelquist
7. Marsha Fogelquist
8. Carolyn Jones
9. Heather Nance
10. Doris Palmer as representative of the estate of Carrie Palmer
11. Johnellen Richardson
12. Spencer Richardson

*Benjamin Anderson, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-05352

1. Roy Birdsong Jr on behalf of Christopher Birdsong
2. Roy Birdsong Jr on behalf of Roy, III Birdsong
3. Roy Birdsong Jr.
4. Anthony Butler
5. Chantell Butler
6. Mary Butler
7. Melissa Bychurch on behalf of Jayaka Bychurch
8. Melissa Bychurch
9. Vanshannon Cargo on behalf of Paris Cargo
10. Vanshannon Cargo
11. Gay Cassreino
12. James Crain Jr.
13. Kim Crain on behalf of Brittany Crain
14. Kim Crain
15. Roseann Daroca
16. Ronald Eugene
17. Keisa Franklin
18. Keisa Franklin on behalf of Nyla Rodney
19. Sandy Gavin
20. Esna Gonzalez
21. Wesly Goodman III
22. Sabrina Harris
23. Wanda Jackson
24. Deshawn Johnson on behalf of Jordan Johnson
25. Deshawn Johnson on behalf of Raeshawn Johnson
26. Deshawn Johnson
27. Ronald Johnson
28. Betty Landry
29. Betty Landry on behalf of Lauren Landry
30. Deleeshus Lopez
31. Dinetrea Louis
32. Dinetrea Louis on behalf of Leonard Peart
33. Gwendolyn McNeil
34. Jeannette Melton
35. Trinesha Melton on behalf of Terrell Hardwell
36. Trinesha Melton
37. Patrick Mulhern on behalf of Molly Mulhern
38. Patrick Mulhern
39. Michael Nichols

40. Catherine Osborne
41. Latisha Pinkins
42. Latisha Pinkins on behalf of Jalen Turner
43. Kelvin Randall
44. Kriste Ruffin on behalf of Emani Ruffin
45. Kriste Ruffin on behalf of Emile Ruffin
46. Kriste Ruffin
47. Shantell Smith on behalf of Ja'Maia Smith
48. Shantell Smith
49. James Thompson III on behalf of James Thompson IV
50. Allison Young

*Betty Allen, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-05353

1. Willette Addison on behalf of Andre Addison
2. Willete Addison
3. Willette Addison on behalf of Harolnique McDonald
4. Leonard Alexander
5. Betty Allen
6. Bonnie Allen
7. Lyle Allen
8. Valerie Allen
9. Sherell Bennett
10. Wanda Bennett-Smith on behalf of Jade Bennett
11. Wanda Bennett-Smith on behalf of Townsend Bennett
12. Wanda Bennett-Smith
13. Dennis Blossom
14. Sharon Hardison
15. Laura Holloway
16. Thomas Jackson Jr.
17. Chanel Mack
18. Chanel Mack on behalf of Jada Mack
19. Chanel Mack on behalf of Jasmyne Mack
20. Christopher Mack
21. Tarrell Rainey
22. James Riley III
23. James Riley Jr.

*Cheryl Ambrose, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-05354

1. ReShawn Anderson on behalf of Aleaecia Anderson
2. ReShawn Anderson on behalf of Jailen Anderson
3. ReShawn Anderson on behalf of Odjsherrell Anderson
4. ReShawn Anderson
5. ReShawn Anderson on behalf of Marquis Wilson
6. Donna Aubert
7. Tyralyn Aubert on behalf of Jalen Aubert
8. Tyralyn Aubert on behalf of Justin Aubert
9. Tyralyn Aubert
10. Eugene Barnes
11. Pattie Bennett
12. Carrie Brown-Hargrove
13. Lucille Brown
14. Lucille Brown as representative of the estate of Raymond Brown
15. Walter Burnes
16. Thomas Dozier
17. Yolanda Dozier on behalf of Rolanda Dozier
18. Yolanda Dozier on behalf of Donna Gibson
19. Brandi Fobbs on behalf of Merage Fobbs
20. Kenneth Francis
21. Alana Franklin on behalf of Debraine Jackson
22. Anthony Frenandez
23. Jarrell Frenandez
24. Glennard Garrett
25. Otis Gary
26. Alvin Graber on behalf of Velvette Graber
27. Tamika Grant on behalf of Andrea Grant
28. Tamika Grant on behalf of Precious Grant
29. Tamika Grant on behalf of Curtis Moselt Jr.
30. Tamika Grant on behalf of David Richard Jr.
31. Whitney Griffin
32. Angela Guidroz
33. Betty Harrison
34. Mary Hunter
35. Cynthia Jefferson on behalf of Ariana Jefferson
36. Latasha Jones-Dillon on behalf of Miljeanee Cowley
37. Latasha Jones-Dillon on behalf of Greggionte Jones
38. Latasha Jones-Dillon on behalf of Edward Smith
39. Willie Joseph

40. John King on behalf of Trinity Cossich
41. Mervle LaBranch
42. Alma Lazard on behalf of Ja'nai Lazard
43. Earnestine Lenoir
44. Thomas Lund
45. Sonia Maas on behalf of Miranda Maas
46. Tracey Thornton

*Melvin Gains Jr., et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-05355

1. Gwendolyn Gilmore
2. Joshua Gilmore
3. Tamika Grant
4. Climothy Hawkins
5. Alex Hebert Jr.
6. Joycelyn Henderson-Galloway
7. Reamell Henderson
8. Jennifer Hicks
9. Contessa Hutton
10. Contessa Hutton on behalf of DeAvonte Hutton
11. Contessa Hutton on behalf of Charles Hutton Jr.
12. Arthur Isaac
13. Edward Johnson
14. Karen Johnson
15. OlaJuwon Johnson
16. Rayford Johnson
17. Latasha Jones-Dillon
18. Emma Jones
19. Janay Jones on behalf of De'Majh  Alexander
20. Janay Jones
21. Janiya Jones
22. Kevin Jones
23. Louis Jordan
24. John King
25. Monique Landry
26. Monique Landry on behalf of Joanna Thomas
27. Rose Laurant
28. Rose Laurant on behalf of Isaiah Singleton
29. Alma Lazard
30. Lois Lazard
31. Sharon Lee
32. Carolyn Lewis on behalf of Randall Lewis
33. Carolyn Lewis
34. Cynthia Lewis
35. Cynthia Lewis on behalf of Jeraun Zilton
36. Don Lewis
37. Edwin Lewis
38. Sadie Lewis on behalf of Sharandall Lewis
39. Sadie Lewis

40. Walene Lewis
41. Sonia Maas as representative of the estate of Henry Maas
42. Kimberly Mackyeon
43. Olivia Mason
44. Charles Matthews
45. Eric Matthews
46. Mark Matthews
47. Harold McDonald Jr.
48. Calvin McGee
49. Larry McGuffey
50. Issac Miller
51. Ronald Miller
52. Allen Molden
53. Yashica Nash on behalf of Brandon Nash
54. Yashica Nash
55. Yashica Nash on behalf of Antoine Turner
56. Lawrence O'Neal
57. Nadine Osborne on behalf of Alaysia Osborne
58. Nadine Osborne
59. Troy Overton
60. Risshawn Patterson
61. Zebedee Perdue Jr.
62. Juan Perez Sr on behalf of Dianna Perez
63. Juan Perez Sr on behalf of Juan Perez Jr.
64. Juan Perez Sr.
65. Valarie Perez on behalf of Valerie Perez
66. Valarie Perez on behalf of Brandon Stephany
67. Gerald Prejeant Jr.
68. James Price

*Lawrence Robertson, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-05356

1.  Edna Alverez
2.  Julius Alverez
3.  Trevor Anderson on behalf of Ja'Vae Anderson
4.  Alma Arena
5.  Ronette Bailey
6.  Sidney Bazley III
7.  Sidney Bazley Jr.
8.  Jonathan Bazley
9.  Ladell Bazley
10. Tiffany Beeson
11. Billy Bell
12. Remus Bowman
13. Jeffery Brown
14. Lucille Burke
15. Kelvin Burnett
16. Erica Celestine-White
17. Donna Conleay
18. James Cook
19. Bridgette Dave
20. Gwendolyn Duhe
21. Jacqueline Eursin
22. Jacqueline Eursin on behalf of Jamaar Eursin
23. Clayton Faggin
24. Linda Faggin
25. Lillian Foley as representative of the estate of Samuel Foley
26. Byron Thomas Sr.
27. Sidney Williams Jr.

*Olivia Price, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-05357

1. Earnestine Lenoir as representative of the estate of M L Lenoir
2. Lloyd Randle III
3. Oscar Reed
4. Ronald Register
5. Orean Richard
6. Jacqueline Robinson
7. Jalita Robinson
8. Ferdinand Rochon III
9. Jeremiah Rochon
10. Curtis Rounds
11. Richard Russell
12. Terry Sherman
13. Bruce Simoneaux
14. Arbor Smith
15. Arbor Smith on behalf of Precious Rodny
16. Arbor Smith on behalf of Raymond Rodny
17. Delmaleisa Smith on behalf of Byan Smith
18. Delmaleisa Smith
19. Fatrell Smith on behalf of Shaquill Smith
20. Merna Smith
21. Dorothy Sparks
22. Carla Steib
23. Jennifer Stephany Perez
24. Dorothy Stevens
25. Cheryl Stevenson
26. Tramaine Stevenson
27. Robert Stewart
28. Claude Taylor Jr.
29. Darrin Taylor
30. Marilyn Taylor
31. Willie Taylor
32. Donna Thomas on behalf of Champ Thomas
33. Donna Thomas on behalf of Claude Thomas
34. Donna Thomas on behalf of Domanique Thomas
35. Donna Thomas on behalf of Leseah Thomas
36. Donna Thomas on behalf of Salena Thomas
37. Donna Thomas on behalf of Tanya Thomas
38. Demetrius Thornton on behalf of Malcom Martin
39. Demetrius Thornton

40. Clinton Turner
41. Francisco Valerio
42. Monique Varnado on behalf of Marquise Varnado
43. Inez Victoriana
44. Travis Walton
45. Mary Watts
46. Tracey Weary
47. Jessica Wedekind
48. Tramain White Sr.
49. Janice White
50. Angela Williams
51. Beverly Williams
52. Dionka Williams on behalf of Damaije Williams
53. Donika Williams
54. Geraldine Williams
55. Tamarea Williamson
56. Tony Williams
57. Ronald Wright
58. Crystal Yancy

*Joyce Aguillard, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-05358

1. Wanda Ally
2. Trina Bergeron
3. Burnell Calvin
4. Cherylyn Davis
5. Joseph Diaz
6. Valerio Francisco
7. Mary Jackson
8. Lois Jones
9. Mervin Jones
10. Torolyn Jones
11. Phoebe Lewis
12. Corey Muse
13. Katrina Portis
14. Wilbert Roche Sr.

*Henry Bentel, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-05372

1. Darlene Antoine
2. Ilena Bernard
3. Leon Bernard
4. Anthony Black
5. Georzett Bowman
6. Georzett Bowman on behalf of Ha'Juan Bowman
7. Georzett Bowman on behalf of Ky'Lil Wilson
8. Desiree Brown on behalf of Amika Perkins
9. Geneva Brown
10. Carrie Brown-Hargrove as representative of the estate of Louis Hargrove
11. Kenneth Bryant
12. Charles Butler Jr.
13. Kendell Cain
14. Charles Chick
15. Joyce Cincore
16. Deirdra Clark
17. Akita Collins
18. Akita Collins on behalf of Murphy Noel
19. Akita Collins on behalf of Tatyana Noel
20. Enjoli Cuevas on behalf of Willie Cuevas
21. Enjoli Cuevas on behalf of Wayne Gayden
22. Jerry Daniels
23. Ethel Della
24. Ethel Della as representative of the estate of Wilfred Della
25. Daniel Demolle
26. Ronald Dibble
27. Damien Dillon
28. Dorothy Dillon-Watson
29. Robert Dixson
30. Yolanda Dozier
31. Lavar Duncan
32. Lavar Duncan on behalf of Lavar Duncan Jr.
33. James Earl
34. Lawrence Falgout
35. Joseph Ferdinand on behalf of Jourdan Ferdinand
36. Kayshawn Ford on behalf of Ka'Janea Ford
37. Kayshawn Ford
38. Kayshawn Ford on behalf of Ki'Janea Ford
39. Kayshawn Ford on behalf of Kristian Taylor

40. Tina Francois on behalf of Robernique Francois
41. Tina Francois
42. Jewel Franklin
43. Wardell Franklin
44. Lawrence Guimont
45. Allen Hall
46. Denise Hall
47. Alfreda Hardin
48. Brandon Harper
49. Marlene Harper
50. Betty Harrison as representative of the estate of James Harrison
51. Dionnia Harris on behalf of Tyrell Clark
52. Dionnia Harris
53. Neshandra Hill on behalf of Brandon Berfect
54. Neshandra Hill on behalf of Heaven Griffin
55. Neshandra Hill on behalf of Aubry Hill
56. Neshandra Hill on behalf of Lance Hill
57. Neshandra Hill on behalf of Landric Hill
58. Neshandra Hill on behalf of Lavance Hill
59. Neshandra Hill Neshandra Hill
60. Nidia Hill
61. Roosevelt Hills
62. Floyd Holden Jr.
63. Quarnita Holmes on behalf of Kewante Holmes
64. Quarnita Holmes
65. Margie Hulitt
66. Antoinette Legaux
67. Sophie Smith
68. Adrienne Thomas-Poret
69. Adrienne Thomas-Poret on behalf of Kevin Poret
70. Tracey Thornton as representative of the estate of Elnathan Thornton

*Joseph Aguillard, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-05376

1. Shelton Alexander
2. Howard Allen
3. Delisa Brown on behalf of Walisa Sears
4. Erica Clivens
5. Erica Clivens on behalf of Zyreon Clivens
6. Lynell Clivens on behalf of Dana Clivens
7. Lynell Clivens on behalf of Deneka Clivens
8. Lynell Clivens on behalf of George Clivens
9. Lynell Clivens
10. Lynell Clivens on behalf of Quiana Clivens
11. Darrin Cook Sr.
12. Monique Cook on behalf of Daran Cook
13. Monique Cook
14. Monique Cook on behalf of Darrin Cook Jr.
15. Kizzy Cowart on behalf of Tykia Bullock
16. Kizzy Cowart on behalf of Tyjah Cowart
17. Kizzy Cowart on behalf of Tyrese Cowart
18. Tama Dangerfield-Simms
19. Klydenitta Davis on behalf of Jeda Davis
20. Klydenitta Davis
21. Davon Howard
22. Lorens McGowan
23. Veronicca Montgomery
24. Kasondra Musacchia
25. Jasmine Peters
26. Kaitlyn Pitts on behalf of Kaitlyn Pitts
27. Centrell Rainey
28. Centrell Rainey on behalf of Jamia Rainey
29. Centrell Rainey on behalf of Jarrin Rainey
30. Debra Rolling
31. Wayne Scardino Sr on behalf of Wayne Scardino Jr.
32. Wayne Scardino Sr.
33. Melva Stepter
34. Latoya Taylor
35. Faye Thomas
36. Jeri Thornton
37. Willie Travis
38. David Washington
39. Bridgette Williams

40. Stanley Wrye

*Geneva Hunter, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-06396

1. Dianne Ambo on behalf of Dianne Lee
2. Dianne Ambo on behalf of Kasonka Lee
3. Dianne Ambo on behalf of Kawaski Lee
4. Royal Brooks Jr.
5. Christy Cartaginese
6. Treshelle Franklin on behalf of Jaina Franklin
7. Treshelle Franklin
8. Sheryl Griffin
9. Heidi Hernandez on behalf of Shelby Bozant
10. Heidi Hernandez
11. HernandezHeidi as representative of the estate of Nicolle Bozant
12. Geneva Hunter
13. Cornelius Jones
14. Della Ladner

*Gwendolyn Allen, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-06397

1. Gwendolyn Allen
2. Gwendolyn Allen on behalf of Granson Owney
3. Jonathan Carter
4. Daniel Hankton
5. Stacy Hankton on behalf of Desham Hankton
6. Stacy Hankton
7. Stacy Hankton on behalf of Troynika King
8. David Hawkins
9. Damita Miller on behalf of Deonte' Miller
10. Damita Miller on behalf of Deyonte' Cato
11. Damita Miller
12. Quentin Moore
13. Lazarro Nettles
14. Anthony Price
15. Sophie Smith on behalf of Terrione Booker
16. Sophie Smith on behalf of Norbert Henry III
17. Jackie Tate

*Lisa Adams, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-06398

1. Albert Allen
2. Dianne Ambo
3. Kasetdra Beene
4. Shashauna Beene
5. Kimberly Bryant as representative of the estate of Junius Randolph Jr.
6. George Burns
7. James Chandler
8. Thelma Guerin
9. Gina Johnson on behalf of Gailyn Johnson
10. Gina Johnson
11. Gina Johnson on behalf of Stephen Johnson
12. Gina Johnson on behalf of Deshawn Turner
13. Wayne Martin
14. Irvin Otero
15. Shirley Palmer
16. Natalie Price on behalf of Antea Price
17. Natalie Price
18. Natalie Price on behalf of Jonathan Price Smith
19. Betty Randolph
20. Betty Randolph on behalf of James Randolph
21. Derrell Randolph
22. Ellis Randolph

*Sean Autman, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-06399

1.  Cornelius Jones on behalf of Cornelius Jones
2.  Joseph Moore
3.  George Slan III on behalf of Cedric Roger

*Tiffany Dixon, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-06400

1. Cedric Barnett Jr.
2. Ashley Brooks on behalf of Javonte Brooks
3. Steve Crowell
4. Wilhelmeina Davis
5. Nelson Encalade
6. Donald Jones
7. Darren Kennedy
8. Nonesia May on behalf of Delilah May
9. Nonesia May
10. Vernon Morris Sr.
11. Demetrice Randolph
12. Jessica Randolph
13. Lee Williams
14. Maurice Williams on behalf of Alexander Bridges
15. Maurice Williams on behalf of Aneasha Bridges
16. Maurice Williams

*Anthony Bruno Jr., et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-06873

1.  Brenda Albert
2.  Ronald Alfred Jr on behalf of Jeremiah  Alfred
3.  Ronald Alfred Jr.
4.  Courtney Alfred on behalf of Eumaika  Alfred
5.  Courtney Alfred on behalf of Christopher  Thomas
6.  Frank Alfred
7.  Gloria Alfred
8.  Cindy Alsdurf-Breaux
9.  Demetris Antoine
10. Pernell Gaines
11. Heather Gapard on behalf of Arianna  Gaspard
12. Heather Gaspard
13. Heather Gapard on behalf of Joseph  Gaspard
14. Heather Gapard on behalf of Elijah  Lewis
15. Cleveland Gaspard
16. Jamaral Perrodin
17. Lindsey Tibodeaux

*Charles Patterson, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-06874

1. Sarah Bates
2. Wanda Brooks on behalf of Kevin Adams
3. Wanda Brooks on behalf of Tony Adams
4. Wanda Brooks
5. Wanda Brooks on behalf of Najah Sampson
6. Kevin Clophus
7. Jeanette Duhon
8. Robert Duhon
9. Wanda Dupre
10. Shaunda Guidry
11. Rebecca Guilbeau
12. Jasmine Guillory
13. Kenya Harrison on behalf of Ke'naya Harrison
14. Kenya Harrison
15. Randolph January
16. Allerina Jenkins
17. Allerina Jenkins on behalf of Chrystae'Jah Jenkins
18. James Joseph
19. Stephanie Joseph
20. Ray Kelly
21. Richard Kelly
22. Natalie Manuel
23. Natalie Manuel on behalf of Samantha Northcutt
24. Natalie Manuel on behalf of Stephanie Northcutt
25. Natalie Manuel on behalf of Stephen Northcutt
26. Donald Plumber
27. Nikki Reed on behalf of Raymond Young Jr.
28. Alvin Rideaux
29. John Stewart
30. Keelye Tomlinson
31. Kris Victorian on behalf of Donavon Victorian
32. Kris Victorian on behalf of Jermaine Victorian
33. Kris Victorian

*Darlene Staggs, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-06875

1. Rosalie Babineaux
2. Kaneshia Bargeman
3. Henry Davis
4. Melvin Franklin Jr.
5. Andrea Guillory
6. Nikita Hanks
7. Stephanie Houston on behalf of Caleb Jamal
8. D'Andre Jones
9. Cora Morrow
10. Stephanie Oliver
11. Shirley Plumber
12. Gary Sias
13. Glenda Simon
14. Barbara Smith
15. Karen Stevenson
16. Gill Whitney
17. Brandon Williams
18. Freida Williams on behalf of Darius Williams
19. Freida Williams
20. Freida Williamson behalf of Gabriella Williams
21. Freida Williams on behalf of Terrell Williams
22. Freida Williams on behalf of Timothy Williams
23. Freida Williams on behalf of Tyren Williams
24. Jeanetta Williams
25. LaShonda Williams on behalf of Hakeem Mitchell
26. LaShonda Williams on behalf of Jadacia Mitchell
27. LaShonda Williams on behalf of Xavier Mitchell
28. LaShonda Williams

*Debra Guillory, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-06876

1.  Phillip Guillory
2.  Marlon Guillory on behalf of Marlajah Guillory
3.  Marlon Guillory
4.  Phillip Guillory on behalf of Madison Guillory
5.  Phillip Guillory
6.  Roshanda Guillory
7.  Shermaine Guillory on behalf of Donavan Boutte Jr.
8.  Shermaine Guillory
9.  Tiffany Guillory
10. Torrance Guillory on behalf of Shantae Guillory
11. Torrance Guillory on behalf of Shantell Guillory
12. Torrance Guillory on behalf of Trevaughn Guillory
13. Torrance Guillory on behalf of Torrance Guillory Jr.
14. Torrance Guillory on behalf of Demonte Lewis
15. Torrance Guillory
16. TryQuessa Guillory
17. Johnny Hadnot
18. Malarie Hadnot
19. Mary Hagger
20. Derick Hardy on behalf of Brennan Hardy
21. Derick Hardy on behalf of Brittany Hardy
22. Derick Hardy
23. Theresa Harmon on behalf of Jermika Mayne
24. Theresa Harmon on behalf of Omonte Mayne
25. Theresa Harmon on behalf of Jermaihan Obrien
26. Theresa Harmon on behalf of Jermaine Obrien
27. Theresa Harmon
28. Gene Hill
29. Paulette Jack
30. Ashley Jackson
31. Jermaine Jasmine
32. Dranika Johnson
33. Merenceale Johnson
34. Lance Jones
35. Loraine Jones
36. David Kennerson
37. Greg Kennerson
38. Ysheka King
39. Nakemia Lampkin

40. Debra Lewis
41. Frances Lewis III
42. Shaketta Livings on behalf of Devonte Guidroz
43. Shaketta Livings on behalf of Krystal Livings
44. Shaketta Livings
45. Renita Lockett
46. Gabbrielle Malbrough
47. Adrian Mason
48. Adrianna Mason
49. Kenney Mason
50. Lionel Matthews
51. Gabrielle Mayne
52. Latoya Mayne
53. Nowola Mayne
54. Quintin Mayne
55. Gloria McCall
56. Tracey Meador
57. Ebony Meche
58. Earl Miller Jr.
59. Edna Miller
60. Johnnie Miller
61. Alfred Minor
62. Laenza Mitchell
63. Tomisha Mitchell
64. Michael Mose Jr.
65. Jessica Nevils on behalf of Corey Borel
66. Jessica Nevils on behalf of Megan Borel
67. Jessica Nevils
68. Melissa Oliver on behalf of Brenden Oliver
69. Manette Papillon
70. Takisha Perry
71. David Potts
72. Monaque Prudhomme
73. Alvin Pullam
74. Shonika Reado
75. Keith Redman
76. Ashley Reed
77. Phillip Reed
78. Bridgette Reeves
79. Ruben Richard

80. Edith Richardson
81. Gene Richardson
82. Travis Richardson
83. Shelton Rigmaiden
84. Calvin Roberts
85. Antoinette Robinson
86. Patrina Rogeau
87. Stanley Rogeau
88. Lacey Romero
89. Alvin Sam
90. Kimberly Skipper
91. Gloria Smith
92. Henry Spillman
93. Joyce Spillman
94. Vernell Stevens
95. David Strickland
96. Dora Taylor
97. Thomas Taylor
98. Jennifer Thibodeaux
99. Leland Thomas
100. Quinton Thomas
101. Ron Thomas
102. Tinika Thomas
103. Kevin Thompson
104. Michael Tillis
105. Edward Trent Jr.
106. Sandy Trent
107. Sigmund VanDyke
108. Brandy Victorian
109. Parris Vital
110. Arthur West
111. Dorotha West
112. Tawanna White on behalf of Alexis White
113. Tawanna White on behalf of Britany White
114. Tawanna White on behalf of JaMarcus White
115. Tawanna White on behalf of Kawana White
116. Tawanna White on behalf of Shunareka White
117. Daryl Wright
118. Jessie Zeno Jr.
119. Betty Zeno

*Francis Anthony, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-06877

1.  Shanaundra Alexander
2.  Desiree Anderson on behalf of AnnaStaysha Harris-Anderson
3.  Lisa Benoit
4.  Frederick Beverly
5.  Donna Boyd
6.  Donna Boyd on behalf of Trevon Broussard
7.  Donna Boyd on behalf of Diante Jack
8.  Perry Brackens
9.  Patricia Broussard as representative of the estate of Andrew Bryant
10. Thomas Campbell
11. Marcus Celestine
12. Alvin Chavis
13. Ron Fowlkes Sr on behalf of Ron Fowlkes Jr.
14. Mark Guillory
15. Pamela Guillory
16. Pamela Guillory on behalf of Jer'Reeka Williams
17. Gary Hanney
18. Katherine January
19. Sarah Johnson
20. Diedra Jones
21. Geralyn Lewis
22. Pauline Manuel
23. Francis Marshall
24. Troy McBride
25. Sandra Percle
26. Kelvin Prestley
27. Nikki Rideaux
28. Nikki Rideaux on behalf of Edmond Rideaux III
29. Nikki Rideaux on behalf of Quaniqua Carter
30. Albert Riggs
31. Bernard Statum
32. Angela Thompson on behalf of Ashley Thompson
33. Angela Thompson on behalf of Shaneequa Thompson
34. Angela Thompson on behalf of Shania Thompson
35. Angela Thompson
36. Bernitha Vital on behalf of Donariayina Guillory
37. Bernitha Vital on behalf of Donarria Guillory
38. Bernitha Vital
39. Bernitha Vital on behalf of D'Nharayane Vital

40. Bernitha Vital on behalf of D'Nhyarinaie Vital
41. Nola Williams
42. Hester Wilson
43. Hester Wilson as representative of the estate of Alma Harmon

*Lillie Andrews, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-06878

1. Tiffany Adams
2. Courtney Alfred
3. Gerald Bargeman
4. Jacqueline Bargeman
5. Michael Bargeman
6. Stacy Bargeman on behalf of Brandon Bargeman
7. Stacy Bargeman on behalf of Lucindy Bargeman
8. Stacy Bargeman
9. Robert Bartie Jr.
10. Angeline Bartie
11. Felicia Bartie on behalf of J'myrick Banks
12. Felicia Bartie
13. Nikima Bartie on behalf of Zakar Milburn
14. Nikima Bartie on behalf of Harry Prudhomme
15. Nikima Bartie on behalf of Nakelin Williams
16. Nikima Bartie
17. Tyrone Bartie
18. Lawrence Battle
19. Gwedolyn Bellard
20. Irene Bellard on behalf of Alexis Reed
21. Justin Bellard
22. Reggie Bellard
23. Sabrina Bellard
24. Daniel Bell
25. Arica Bias on behalf of Marquias Bias
26. Arica Bias on behalf of Keyona Blue
27. Arica Bias
28. Daryl Bigelow on behalf of Daryl Bigelow Jr.
29. Daryl Bigelow
30. Denise Bigelow
31. Malcolm Bigelow
32. James Bradley
33. Virginia Brignac on behalf of Mamie Brignac
34. Virginia Brignac on behalf of Mary Brignac
35. Virginia Brignac
36. Adriana Broussard on behalf of Ashley Broussard
37. Eric Brown
38. Shatina Brown
39. Terrence Brown

40. Betty Celestine
41. Michelle Celestine on behalf of Kemonta Celestine
42. Michelle Celestine on behalf of Neosha Celestine
43. Michelle Celestine on behalf of Teosha Celestine
44. Michelle Celestine on behalf of Daleonte Pullam
45. Rebecca Celestine
46. Rebecca Celestine on behalf of Meosha Smith
47. Rebecca Celestine on behalf of Mykeisha Smith
48. Rebecca Celestine on behalf of Sharmaine Smith
49. Rebecca Celestine on behalf of Jermaine Smith Jr.
50. Julee Chanthapanya
51. Keno Chanthapanya
52. Rebecca Cipriano
53. Lawrence Condell
54. Verdie Daniels on behalf of Keylon Sarver
55. Verdie Daniels on behalf of Todd Sarver
56. Verdie Daniels
57. Brandon Dicks
58. Edna Docette
59. Malian Dorman
60. Julia Dozei
61. Bittany Duhon
62. Charila Edward on behalf of Dorien Bryant
63. Charila Edward on behalf of Chrishanski Edward
64. Charila Edward on behalf of Jabronski Edward
65. Charila Edwards
66. Timmie Epps
67. Ebony Fontenot
68. Ginger Fox
69. Jennifer Franklin
70. Francine Galentine
71. Jonathan Galentine
72. Loleta Galentine
73. Anthony Garner
74. Erica Garrett on behalf of Erisha Alexander
75. Erica Garrett on behalf of Ashanti Garrett
76. Erica Garrett on behalf of Ajzha Alexander
77. Erica Garrett
78. Taunja Gene on behalf of Presium Gene
79. Romeo Gilmore

80. Jermaine Glodd
81. Michelle Goins
82. Kimberly Golightly
83. Alfred Grice
84. Loueanna Grice on behalf of Walter Grice
85. Loueanna Grice
86. Sharon Griffin on behalf of Kiyami Thomas
87. Sharon Griffin on behalf of Saisha Thomas
88. David Guerra
89. Debra Guillory
90. Donzall Guillory
91. Elnora Guillory
92. Howard Guillory
93. Jermaine Guillory on behalf of Jermaine Guillory Jr.
94. Jermaine Guillory
95. Jerome Guillory
96. Jobe Guillory on behalf of Gabriel Marshall
97. Jobe Guillory on behalf of Takowa Marshall
98. Jobe Guillory
99. Karen Guillory
100. Lisa Jefferson on behalf of Jalen Jefferson
101. Lisa Jefferson
102. Sandra Jones
103. Lance Lewis
104. Elton Meche Jr.
105. Calvin Peco Jr.
106. Pamuel Tezeno on behalf of Nicholas  Tezeno
107. Kathy Vital

*Tammy Hebert, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-06885

1.  Norma Armstead
2.  Kayla Captain
3.  Kayla Captain on behalf of Kaleb Fontenot
4.  Kayla Captain on behalf of Randy Fontenot
5.  Charles Fontenot on behalf of Trinity Fontenot
6.  Charles Fontenot on behalf of Nevaeh Fontenot
7.  Donna Guillory
8.  Donna Guillory on behalf of David Guillory Jr.
9.  Romaine Guillory
10. Laura Herbert
11. Hollis Jackson
12. Vance King
13. Lisa Landry
14. Michael Lowe
15. Dorothy Martzall
16. Mack McCain
17. Larry Miller Jr.
18. Darlene Miller
19. Judy Moody
20. Shirley Olivier
21. Larry Patterson
22. Rachele Plaster
23. Grace Prejean
24. Geraldfaye Randle
25. Dawn Ritchie
26. Shikira Shavers on behalf of Davyn Gardner
27. Pamuel Tezeno
28. Peggy Toby
29. Sharon Touson on behalf of Lakendra Touson
30. Sharon Touson
31. Sharon Touson on behalf of Tanya Touson
32. Sharon Touson on behalf of Tyiesha Touson
33. Desmond Weaver
34. Sheilda Weston
35. Joelette Williams on behalf of Carliss Williams
36. Joelette Williams on behalf of Keiaddea  Williams
37. Joelette Williams on behalf of Liontrell  Williams
38. Joelette Williams on behalf of Sigfrud  Williams
39. Joelette Williams

*Sylvester Barrett, et al v. Gulf Stream Coach, Inc., et al*; No. 2:09-cv-07356

1. Rockell Bias
2. Rockell Bias on behalf of Demond Bias
3. Rockell Bias on behalf of Elijah Bias
4. Rockell Bias on behalf of Jamesha Bias
5. Rockell Bias on behalf of Trandy Bias
6. LaToya Blanc on behalf of Jayla Armstead
7. Benjamin Corsey Sr.
8. Kimberly Francis
9. Latron Francis
10. Angie McBride
11. Alyce Morris
12. Alice Sensat
13. Sabrina Shepard
14. Felicia Tanton
15. Felicia Tanton on behalf of Tyrika Tanton