UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| Docket Nos. 09-5348; 09-5349; 09-5350; 09-5351; 09-5352; 09-5353; 09-5354; 09-5355; 09-5356; 09-5357; 09-5358; 09-5372; 09-5376; 09-6396; 09-6397; 09-6398; 09-6399; 09-6400; 09-6873; 09-6874; 09-6875; 09-6876; 09-6877; 09-6878; 09-6885; 09-7356 | * | |
| | * | |
| PLAINTIFFS UNMATCHED WITH A | * | |
| SPECIFIC MANUFACTURING DEFENDANT | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF CERTAIN PLAINTIFFS' OPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDERS NO. 40 & 49**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who respectfully submit to this Court for an extension of time to comply with the deadlines in Pretrial Orders 40 and 49.

Pretrial Order 40 ("PTO 40") requires all unmatched plaintiffs to be matched with a specific manufacturing defendant within 45 days of the date of filing of the complaint. Pretrial Order 49 ("PTO 49") requires all unmatched plaintiffs to be matched with a specific manufacturer by December 28, 2009 if the complaint has already been filed/transferred to this Court. This deadline is subject to extension for good cause shown. For the reasons explained in the Memorandum in Support, it is submitted that good cause exists for a forty-five (45) day

extension of the deadline in PTO 49 as to unmatched plaintiffs filed by The Buzbee Law Firm in the following lawsuits: 09-5348; 09-5349; 09-5350; 09-5351; 09-5352; 09-5353; 09-5354; 09-5355; 09-5356; 09-5357; 09-5358; 09-5372; 09-5376; 09-6396; 09-6397; 09-6398; 09-6399; 09-6400; 09-6873; 09-6874; 09-6875; 09-6876; 09-6877; 09-6878; 09-6885; and 09-7356.

On or about August 1, 2009, The Buzbee Law Firm filed the aforementioned complaints in the Eastern, Middle and Western Districts[1] of Louisiana. These lawsuits included 5676 plaintiffs that were unmatched to a specific manufacturer. As of December 28, 2009, Plaintiffs' counsel has filed dozens of amended complaints matching the vast majority of these plaintiffs to a specific manufacturer. However, Plaintiffs' counsel is still unable to match 1023 plaintiffs[2] to a specific manufacturer.

Plaintiffs' counsel has been working with FEMA to obtain the matching information related to their clients. Since April 3, 2009, Plaintiffs' counsel has requested matching information from the Government on at least nine different occasions. The most recent matching request was submitted to the Government on December 21, 2009 and included information for 525 individuals[3] believed to be the head of household. Plaintiffs' counsel does not expect a response from FEMA for this most recent submission until approximately January 25, 2010.

However, in some instances, Plaintiffs' counsel has been unable to match some of their clients to a specific manufacturer even after they have received matching information from the

---

[1] Complaints filed the Middle and Western Districts have since been transferred to this Court. The docket numbers above reflect the numbers assigned to these cases by the Clerk for the Eastern District of Louisiana.

[2] A list of plaintiffs, broken down by lawsuit, that counsel has been unable to match to a specific manufacturer is attached to this motion as **Exhibit A**.

[3] A copy of this submission is attached to this motion as **Exhibit B**. This submission did include some individuals that are not subject to this motion.

Government. For example,

- FEMA failed to report the name of the manufacturer and/or contractor or listed it as unknown;

- FEMA failed to provide the name of the manufacturer and also listed the VIN as either unknown or the VIN of a manufacturer that does not produce travel trailers or mobile homes; and

- FEMA provided the manufacturer's name but also provided a VIN that corresponded to a different manufacturer.

While these represent the minority of cases and Plaintiffs' counsel appreciates the Government's efforts in matching plaintiffs to a manufacturer and contractor, the fact remains that Plaintiffs' counsel is still unable to match certain clients based on the information provided.

Additionally, Plaintiffs' counsel has been working with their clients to obtain information necessary to match them to a specific manufacturer. Plaintiffs' counsel has made multiple efforts to contact their clients by mail and telephone to obtain the following information: 1) the name of the head of household and that person's FEMA ID number, 2) the manufacturer of every trailer they resided in, 3) the VIN for every trailer they resided in and 4) the bar code for every trailer they resided in. While Plaintiffs' counsel has received hundreds of responses from their clients, some of the plaintiffs no longer have any paperwork that contains this information. In this situation, Plaintiff's counsel instructed their clients to call FEMA directly but some plaintiffs have reported that FEMA refuses to provide them with this information, including their FEMA ID, over the phone.

As set forth above, Plaintiff's counsel has been actively attempting to acquire matching information for their clients. However, due to time restraints, as well as lacking information from the Government, Plaintiffs' counsel would respectfully request a 45-day extension of the

current December 28, 2009 deadline, giving the undersigned until February 11, 2010 to file all currently unmatched plaintiffs in the following cases: 09-5348; 09-5349; 09-5350; 09-5351; 09-5352; 09-5353; 09-5354; 09-5355; 09-5356; 09-5357; 09-5358; 09-5372; 09-5376; 09-6396; 09-6397; 09-6398; 09-6399; 09-6400; 09-6873; 09-6874; 09-6875; 09-6876; 09-6877; 09-6878; 09-6885; and 09-7356.

**WHEREFORE**, Plaintiffs respectfully pray that this Honorable Court grant their Opposed Motion for Extension of Time to Comply with Deadlines Imposed in Pretrial Orders 40 and 49.

                                                 Respectfully submitted,

                                                 **THE BUZBEE LAW FIRM**

                                                 */s/ Anthony G. Buzbee*
                                                 _____
                                                 Anthony G. Buzbee
                                                 Texas Bar No. 24001820
                                                 JPMorgan Chase Tower
                                                 600 Travis Street, Suite 7300
                                                 Houston, Texas 77002
                                                 Tel.:   (713) 223-5393
                                                 Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

                                               **ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 28, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                      */s/ John Munoz*
                                      JOHN MUNOZ, #9830