UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER  * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS  * | |
| LIABILITY LITIGATION  * | SECTION "N" (5) |
| * | |
| * | JUDGE ENGELHARDT |
| * | MAGISTRATE CHASEZ |
| * | |
| THIS DOCUMENT IS RELATED TO  * | |
| * | |
| Docket Nos. 09-5348; 09-5349; 09-5350; 09-5351;  * | |
| 09-5352; 09-5353; 09-5354; 09-5355; 09-5356;  * | |
| 09-5357; 09-5358; 09-5372; 09-5376; 09-6396;  * | |
| 09-6397; 09-6398; 09-6399; 09-6400; 09-6873;  * | |
| 09-6874; 09-6875; 09-6876; 09-6877; 09-6878;  * | |
| 09-6885; 09-7356  * | |
| * | |
| PLAINTIFFS UNMATCHED WITH A  * | |
| SPECIFIC MANUFACTURING DEFENDANT  * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

TO: ALL COUNSEL OF RECORD

　　　　IT IS HEREBY ORDERED that Certain Plaintiffs' Opposed Motion for Extension of Time to Comply with Pretrial Orders No. 40 and 49 in the above-captioned matters is hereby set for hearing on the 13th of January, 2010, at 9:30 o'clock a.m.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　THE BUZBEE LAW FIRM

　　　　　　　　　　　　　　　　　　　　　　*/s/ Anthony G. Buzbee*
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Anthony G. Buzbee
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24001820
　　　　　　　　　　　　　　　　　　　　　　JPMorgan Chase Tower
　　　　　　　　　　　　　　　　　　　　　　600 Travis Street, Suite 7300
　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　　　　Tel.:   (713) 223-5393
　　　　　　　　　　　　　　　　　　　　　　Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

  I hereby certify that on December 28, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

               */s/ John Munoz*
               JOHN MUNOZ, #9830