UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| Docket Nos. 09-5348; 09-5349; 09-5350; 09-5351; | * | |
| 09-5352; 09-5353; 09-5354; 09-5355; 09-5356; | * | |
| 09-5357; 09-5358; 09-5372; 09-5376; 09-6396; | * | |
| 09-6397; 09-6398; 09-6399; 09-6400; 09-6873; | * | |
| 09-6874; 09-6875; 09-6876; 09-6877; 09-6878; | * | |
| 09-6885; 09-7356 | * | |
| | * | |
| PLAINTIFFS UNMATCHED WITH A | * | |
| SPECIFIC MANUFACTURING DEFENDANT | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigns counsel for Plaintiffs certifies that liaison counsel for the Manufacturing Defendants and the Contracting Defendants have been contacted but, to date, have not responded.  Therefore, Plaintiffs must assume that Defendants are opposed to Certain Plaintiffs' Motion.

        Respectfully submitted,

        **THE BUZBEE LAW FIRM**

        */s/ Anthony G. Buzbee*
        _____
        Anthony G. Buzbee
        Texas Bar No. 24001820
        JPMorgan Chase Tower
        600 Travis Street, Suite 7300
        Houston, Texas 77002
        Tel.:   (713) 223-5393
        Fax.:  (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:  (504) 581-7083

        **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 28, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                      */s/ John Munoz*
                                      JOHN MUNOZ, #9830