UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| Docket Nos. 09-5348; 09-5349; 09-5350; 09-5351; | * | |
| 09-5352; 09-5353; 09-5354; 09-5355; 09-5356; | * | |
| 09-5357; 09-5358; 09-5372; 09-5376; 09-6396; | * | |
| 09-6397; 09-6398; 09-6399; 09-6400; 09-6873; | * | |
| 09-6874; 09-6875; 09-6876; 09-6877; 09-6878; | * | |
| 09-6885; 09-7356 | * | |
| | * | |
| PLAINTIFFS UNMATCHED WITH A | * | |
| SPECIFIC MANUFACTURING DEFENDANT | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Certain Plaintiffs' Opposed Motion for Extension of Time to Comply with Pretrial Order 40 and 49:

IT IS ORDERED that Certain Plaintiffs' Motion is GRANTED;

IT IS FURTHER ORDERED that the December 28, 2009 deadline for matching any unmatched plaintiff with a specific manufacturing defendant as specific in Pretrial Order 49 that is represented by Anthony G. Buzbee, et al, is extended so that any unmatched plaintiffs filed by The Buzbee Law Firm shall be given an additional 45 days to be matched with a specific manufacturing defendant (February 11, 2010).  At the end of the extended 45 day period, counsel for plaintiffs shall notify the court of any plaintiffs which remain unmatched and the civil action

number of the original complaint in which they were named.

New Orleans, Louisiana, this _____ day of _____, 20\_\_\_\_.

_____
JUDGE