UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *09-3922* *Antoine Prince, Sr., et al. v. Liberty Mutual Ins. Corp., et al.* | * * * | MAGISTRATE CHASEZ |
| | * | JURY DEMAND |

*******************************************************************************

### PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying Complaints for Damages to add additional defendants based upon information now in the possession of counsel that was unknown at the time the underlying suit was filed.

Plaintiffs seek to add as defendants the manufacturer of the second emergency housing unit provided to them by FEMA and recently identified through Plaintiff Sandra Prince Madison's Individual Assistance File. Additionally, Plaintiffs seek to add an additional contractor that, upon information and belief, hauled, installed, maintained and deactivated this unit.

WHEREFORE, Plaintiffs respectfully move this Honorable Court for leave to file the attached Fourth Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Antoine Prince, Sr., et al. v. Liberty Insurance Corp., et al.*, (Civil Action No.

1

09-3922), filed in the Eastern District of Louisiana for the above mentioned reasons.

        Respectfully submitted,

        */s/ Hugh P. Lambert*

        HUGH P. LAMBERT, ESQ. (LA Bar #7933)
        LINDA J. NELSON, ESQ. (LA Bar #9938)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Telephone: (504)581-1750
        Facsimile: (504)529-2931
        hlambert@lambertandnelson.com
        lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 28th day of December, 2009.

        */s/ Hugh P. Lambert*
        Hugh P. Lambert, Esq. (#7933)