**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *09-3922* | * | |
| *Antoine Prince, Sr., et al. v. Liberty Mutual Ins. Corp., et al.* | * | MAGISTRATE CHASEZ |
| | * | |
| | * | JURY DEMAND |

*******************************************************************************

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced matter, (hereinafter "Plaintiffs"), who respectfully move this Honorable Court for leave to supplement and amend their underlying Complaints for Damages in the underlying action (Civ. Action No. 09-3922). Plaintiffs request this fourth supplement and amendment pursuant to Fed.Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement and amend their underlying Complaints for Damages to add as additional defendants the manufacturer of the second emergency housing unit provided to them by FEMA and recently identified through Plaintiff Sandra Prince Madison's Individual Assistance File. Additionally, Plaintiffs seek to add an additional contractor that, upon information and belief, hauled, installed, maintained and deactivated this unit.

Additional named defendants are:

1. Stewart Park Homes, Inc.; and

1

2.    CH2M HILL Constructors, Inc.

Plaintiffs assert that it is necessary, appropriate and just to supplement and amend their underlying complaints to add additional defendants who were recently identified by the production of Plaintiff Sandra Prince Madison's Individual Assistance file.

Further, Plaintiffs' counsel has contacted opposing counsel for Liberty Mutual Insurance Corporation and Fluor Enterprises, Inc. and they have been unable to respond to date.

Respectfully submitted,

_/s/ Hugh P. Lambert_
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 28th day of December, 2009.

_/s/ Hugh P. Lambert_
Hugh P. Lambert, Esq. (#7933)

2