UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>    PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1873 |
| | * | |
| | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *09-3922* | * | |
| *Antoine Prince, Sr., et al. v. Liberty Mutual Ins. Corp., et al.* | * | MAGISTRATE CHASEZ |
| | * | |
| | * | JURY DEMAND |

******************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File Fourth Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their Fourth Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

THIS DONE the _____ day of _____, 2009 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE ENGELHARDT

1