UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:  *09-3922* | * | |
| *Antoine Prince, Sr., et al. v. Liberty Mutual Ins. Corp., et al.* | * | MAGISTRATE CHASEZ |
| | * | |
| | * | JURY DEMAND |

******************************************************************************

## PLAINTIFFS' FOURTH SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced matter, who through undersigned counsel, respectfully supplement and amend their underlying Complaints for Damages in the following respects and otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

**1.**

The following defendants are added as parities:

a. Defendant Stewart Park Homes, Inc. (hereinafter, "Stewart Park") is, upon information and belief, an entity incorporated in a state other than the State of Louisiana which conducts business in the State of Louisiana, and which manufactured and supplied FEMA trailers or housing units as defined in the underlying complaints pursuant to contracts with FEMA for use in the State of Louisiana.

b. CH2M HILL Constructors, Inc. (hereinafter, "CH2M"), a Delaware corporation with its principal place of business in Colorado, licensed to do business in the

State of Louisiana and in good standing, received a No-Bid contract from FEMA and was tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units provided by FEMA to persons displaced by hurricanes Katrina and Rita.

**2.**

The following paragraphs are added to "II. Jurisdiction and Venue" of the Original Complaint for Damages:

a. Stewart Park is subject to the *in personam* jurisdiction of this Court because it does sufficient business in the State of Louisiana and within this federal district to confer same, and at all relevant times hereto engaged in commerce both in this federal district and in the State of Louisiana with respect to the activities and claims which are the subject of this litigation.

b. CH2M is subject to the *in personam* jurisdiction of this Court because it does sufficient business in the State of Louisiana and within this federal district to confer same, and at all relevant times hereto engaged in commerce both in this federal district and in the State of Louisiana with respect to the activities and claims which are the subject of this litigation.

**3.**

Plaintiffs reassert, reiterate and re-aver all of the allegations, claims and prayers for relief contained in the underlying complaints and make the same allegations, claims and prayers for relief against Stewart Park and CH2M as were made against R-Vision, Inc. and

Fluor Enterprises, Inc. with regard to Plaintiffs unit manufactured by Stewart Park and, upon information and belief, installed by CH2M.

**4.**

Paragraph 117 "IV Compensatory Damages" of Plaintiffs' Original Complaint is amended as follows:

"In addition to and by way of summarizing the compensatory damages prayed for herein, Named Plaintiffs aver that the defendants, Liberty through R-Vision, Arch through R-Vision, Lexington through R-Vision, Westchester through R-Vision, Fluor, Stewart Park and CH2M individually and/or jointly are responsible for all damages which Named Plaintiffs herein have suffered and continue to suffer as a consequence of defendants' acts and/or omissions as pled herein and in their Original and First Supplemental and Amending Complaints for Damages, which damages include, but are not limited to, past and future physical injuries, past and future mental and physical pain and suffering, past and future physical impairments and disability, past and future reasonable and necessary medical expenses, past and future loss of earning capacity, past and future loss of enjoyment and quality of life and other damages and injuries, loss of consortium, and loss of use and/or opportunity to use safe and adequate shelter during the period of displacement from a natural disaster, as well as, all general, special, incidental and consequential damages as shall be proven at the time of trial.

**5.**

Plaintiffs reiterate that they are entitled to and demand a trial by jury.

**6.**

Plaintiffs reiterate and re-aver their prayers for relief in their underlying Complaints for Damages and make the same prayers as to Stewart Park and CH2M. Additionally, Plaintiffs ask that Defendants CH2M and Stewart Park be served with a copy of the underlying complaints, this Fourth Supplemental and Amending Complaint for Damages, and a copy of this Court's Order striking Plaintiffs' Second Supplemental and Amending Complaint for Damages (Rec. Doc. 5304) from the record.

WHEREFORE, Plaintiffs respectfully supplement and amend their underlying complaints in the foregoing respects, and otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

_/s/ Hugh P. Lambert_

HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**PLEASE SERVE:**

1. CH2M HILL Constructors, Inc.
   **through its registered agent for service:**
   C T Corporation System
   5615 Corporate Blvd., Suite 400B
   Baton Rouge, LA 70808

**PLEASE WITHHOLD SERVICE ON:**

1. Stewart Park Homes, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 28th day of December, 2009.

             /s/ *Hugh P. Lambert*
             Hugh P. Lambert, Esq. (#7933)