# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *09-3922* | * | |
| *Antoine Prince, Sr., et al. v. Liberty Mutual Ins. Corp., et al.* | * | MAGISTRATE CHASEZ |
| | * | |
| | * | JURY DEMAND |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RULE 7.6 CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record for Liberty Mutual Insurance Corporation and Fluor Enterprises, Inc. have been contacted and have been unable to respond to date.

Respectfully submitted,

   /s/ Hugh P. Lambert

 HUGH P. LAMBERT, ESQ. (LA Bar #7933)
 LINDA J. NELSON, ESQ. (LA Bar #9938)
 LAMBERT & NELSON, PLC
 701 Magazine Street
 New Orleans, LA 70130
 Telephone: (504)581-1750
 Facsimile: (504)529-2931
 hlambert@lambertandnelson.com
 lnelson@lambertandnelson.com

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 28th day of December, 2009.

                                                       /s/ *Hugh P. Lambert*
                                                      Hugh P. Lambert, Esq. (#7933)