UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br>*Angel Steber, as Next Friend of Kevin Steber, a Minor, et al*<br>*v. Fleetwood Enterprises, Inc.*<br>Civil Action No. 09-7069 | § § § § § | <br><br><br>MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFFS', DONALD TORREGANO, LINDA TORREGANO AND SANDRA NORMAND, AS NEXT FRIEND OF JACY RICKS, A MINOR, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', DONALD TORREGANO, LINDA TORREGANO AND SANDRA NORMAND, AS NEXT FRIEND OF JACY RICKS, A MINOR, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 23rd day of December, 2009.

_____
HONORABLE KURT ENGELHARDT