UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER § | | MDL NO. 1873 |
| FORMALDEHYDE § | | |
| PRODUCT LIABILITY LITIGATION § | | SECTION "N-5" |
| § | | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: § | | |
| *Anthony Prima, et al* § | | |
| *v. DS Corp. d/b/a CrossRoads RV, Inc.*§ | | MAG. JUDGE CHASEZ |
| Civil Action No. 09-6940 § | | |

### ORDER ON PLAINTIFF JULIE BERRY'S NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff JULIE BERRY'S Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 23rd day of December, 2009.

_____
HONORABLE KURT ENGELHARDT