**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Barbara Walton, as Next Friend of Jeremiah McDowell, a Minor, et al v. Forest River, Inc., et al*<br>Civil Action No. 09-6503 | § § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFFS, DOROTHY ROTHWELL, FREDRICK ROTHWELL, TRACY SCHWARTZ AND TRACY SCHWARTZ, AS NEXT FRIEND OF ARIELLE SCHWARTZ, A MINOR, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', DOROTHY ROTHWELL, FREDRICK ROTHWELL, TRACY SCHWARTZ, TRACY SCHWARTZ, AS NEXT FRIEND OF ARIELLE SCHWARTZ, A MINOR, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 23rd day of December, 2009.

_____
HONORABLE KURT ENGELHARDT