UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION N

  MAGISTRATE 5

THIS DOCUMENT RELATES TO:
09-3871; 07-9228; 09-4105; 09-5389

_____

TRIAL SCHEDULING ORDER
(JULY 19, 2009 BELLWETHER TRIAL)

Pursuant to Pretrial Order No. 52 (Rec. Doc. No. 9072), the following deadlines are entered as it relates to the bellwether trial preceding against Keystone RV Company, CH2M HILL Constructors, Inc, and The United States of America through the Federal Emergency Management Agency (FEMA):

Amendments to pleadings, third-party actions, cross-claims and counter-claims shall be filed no later than **January 14, 2010**.

Designation of experts and production of written reports of those experts, as defined by Federal Rules of Civil Procedure 26(a) (2) (B), who may be witnesses for parties, are subject to the following dates:

Plaintiffs shall designate experts no later than **March 1, 2010**.

Plaintiffs shall produce expert reports no later than **April 1, 2010**.

Defendants shall designate experts no later than **April 1, 2010**.

Defendants shall produce expert reports no later than **May 1, 2010**.

The parties must file any motions related to use of statistical modeling and

statistical evidence no later than **May 18, 2010**. Any such motions shall be noticed for hearing on **June 2, 2010**.

Depositions for use at trial shall be taken and all discovery shall be completed no later than **June 15, 2010.**

All pre-trial motions, including dispositive motions, shall be filed no later than **June 15, 2010**.

All *Daubert* motions shall be filed no later than the date the pre-trial order is due: **June 23, 2010**.

All motions *in limine* shall be filed no later than **June 23, 2010**.

Request for oral argument shall be submitted and handled in accordance with Local Rule 78.1E.

Counsel shall complete all disclosure of information as follows:

All parties have stipulated that initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) will not be conducted in this case.

Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Order. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefore.

The Court has previously entered Pretrial Orders authorizing parties to conduct discovery, including issuance of written discovery and taking of depositions.

Counsel for the parties shall file in the record and serve upon their opponents a *final* list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used at trial no later than **June 15, 2010.**

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Settlement possibilities have been discussed. A further settlement conference will be scheduled at any time at the request of any party.

This case **does** involve extensive documentary evidence, depositions or other discovery.

{B0631477.2}

Plaintiff shall issue Pre-Trial Order to all parties no later than **June 23, 2010**.

Defendants shall insert their additions to the Pre-Trial Order and circulate no later than **June 25, 2010.**

Final Pre-Trial Order shall be delivered to the Court no later than **June 29, 2010.**

A Final Pre-Trial Conference will be held before the District Judge on **July 1, 2010 at 9:00 a.m.**  Counsel will be prepared in accordance with the final Pre-Trial Notice attached.

**THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLED SPACED, PAGINATED, AND SIGNED BY ALL COUNSEL.**

Trials will commence during the week beginning **July 19,2010 at 9:00 a.m.** Attorneys are instructed to report for trial no later than 30 minutes prior to this time.  The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling.  Trial is estimated to last **fourteen** day(s).

Plaintiff's claims against the non-governmental private defendants will be tried before a jury.  Plaintiff's claims against the United States will be tried by the Court, and pursuant to the Court's previous Order in this Multi-District Litigation, the Court in resolving Plaintiff's claims against the United States may use the jury in an advisory capacity.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with the Plan and Local Rules and upon a showing of good cause.  Trial will not be continued, even on joint motion, absent good cause or compelling reason.  If, however, a continuance is granted, deadlines and cut-off dates will not be extended automatically, unless otherwise ordered by the Court.

It shall be assumed that all attorneys listed as counsel of records are, at all times, informed and conversant about the case, and have authority to discuss this matter with the Court.

**No cell phones, pagers, beepers, or other audible communication devices are allowed in Section "N" courtroom and chambers.  Any audible electronic communication devices brought in the Section "N" courtroom or chambers are subject to permanent confiscation, and/or sanction of the violator of this policy.**  You may turn such devices in to Susan Adams, judicial assistant to Section "N", upon

{B0631477.2}

arriving, and pick them up when you have completed business in Section "N".

All communication with Court staff is equivalent to communication directly with the undersigned, and shall be courteous and professional. Any conduct toward Court staff in deviation of this standard shall be promptly reported to the undersigned.

<u>COUNSEL ARE INSTRUCTED TO INCLUDE THEIR FAX NUMBERS AND EMAIL ADDRESSES ON ANY DOCUMENT THAT ARE FILED WITH THIS COURT.</u>

New Orleans, Louisiana, this 28th day of December, 2009.

_____
UNITED DISTRICT COURT JUDGE

{B0631477.2}