### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                   MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                      SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Dora Ann Greco, et al. v. Jayco Enterprises, Inc., et al.,*
No. 09-6896 (SD-MS No. 1:09-cv-00520)
*******************************************************************************

<u>MEMORANDUM IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR LEAVE
TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES</u>

MAY IT PLEASE THE COURT:

Plaintiffs, **Dora Ann Greco***, et al*., respectfully move this Court to allow them to amend

their Original Complaint, as supplemented and amended,  to add as parties plaintiff hereto the

individuals who are all named in the annexed listing of Named Plaintiffs (hereinafter, "Exhibit A").

The Federal Rules of Civil Procedure Rule 15 allow for amended and supplemental pleadings.

While no answer has been filed in the underlying matter, responsive pleadings in the form of

"Preservation of Defenses" may have been filed by one or more of the defendants.  Plaintiffs herein

simply desire to file a Second Supplemental and Amending Complaint for Damages to include the

1

additional parties plaintiff.  No undue prejudice will result in allowing the attached Second

Supplemental and Amending Complaint for Damages to be filed since no trial date has yet been

scheduled.

Accordingly, plaintiffs respectfully request that this Honorable Court enter the attached

Order granting leave to file a Second Supplemental and Amended Complaint on behalf **Dora Ann**

**Greco**, *et al*..

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY: _____s/Roberta L. Burns, Esq._____
         SIDNEY D. TORRES, III, La. Bar No. 12869
         ROBERTA L. BURNS, La. Bar No. 14945
         DAVID C. JARRELL, La. Bar No. 30907
         8301 W. Judge Perez Drive
         Suite 303
         Chalmette, Louisiana 70043
         Telephone: (504) 271-8421
         ***Counsel for plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 29, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Roberta L. Burns, Esq.
ROBERTA L. BURNS (#14945)