# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**In Re: FEMA TRAILER**                                           **MDL NO. 1873**

**FORMALDEHYDE PRODUCTS**

**LIABILITY LITIGATION**
                                                                 **SECTION "N" (4)**

**THIS DOCUMENT RELATES TO:**
*Dora Ann Greco, et al. v. Jayco Enterprises, Inc., et al.,*
**No. 09-6896 (SD-MS No. 1:09-cv-00520)**
**************************************************************************

# ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the Second Supplemental and

Amended Complaint for Damages.

THIS DONE the _____ day of _____, 2009, New Orleans, Louisiana.


_____
                                        J U D G E