UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

### JAYCO

(1) **WANDA C. CRONIN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **JAYCO, INC.** and installed by **CH2MHILL** was located at **Tylertown, MS 39667**.

(2) **LINDA WATSON POWELL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **JAYCO, INC.** and installed by **UNKNOWN** was located at **Tylertown, MS 39667**.

**Exhibit A**