UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N (5) |
| | * | |
| THIS DOCUMENT RELATES TO | * | JUDGE ENGELHARDT |
| ALL CASES | * | |
| | * | |

***********************************************************************

## NOTICE OF BECNEL LAW FIRM, LLC'S LIST OF PLAINTIFFS WHO REMAIN UNMATCHED (PRETRIAL ORDER 40)

In compliance with Pretrial Order 40 (Document 1781) and the order granting extension of time regarding PTO 40 (Document 2182, the Becnel Law Firm, LLC hereby notifies the Court of the plaintiffs who remain unmatched with a specific manufacturing defendant and the civil action number of the original complaint in which they were named:

| **Plaintiff** | **Original Complaint** |
|---|---|
| 1. Francis Ahrens | 09-5343 |
| 2. Anthony Alexander | 09-5343 |
| 3. Beatrice Allen | 09-5343 |
| 4. Brenda Lee Allen | 09-5343 |
| 5. Dexter Allen | 09-7167 |
| 6. Evelyn Allen | 09-5343 |
| 7. Howard Allen | 09-5343 |
| 8. Javier Allen | 09-5343 |
| 9. Jennifer Allen | 09-7167 |
| 10. Jeroderick Allen | 09-5343 |
| 11. Joyce Allen | 09-5341 |
| 12. Lola Allen | 09-5343 |
| 13. Lola Allen on behalf of D.P. | 09-5343 |
| 14. Miracle Allen | 09-5343 |
| 15. Raymond Allen | 09-5343 |
| 16. Cody Allison | 09-7167 |

| | |
|---|---|
| 17. Cameron Alsobrooks | 09-5343 |
| 18. Heaven Alsobrooks | 09-5343 |
| 19. Albert Anderson | 09-5343 |
| 20. Blessin Anderson | 09-5343 |
| 21. Gwyned Anderson | 09-5343 |
| 22. James Anderson | 09-5343 |
| 23. George Andrews | 09-7167 |
| 24. Keith Andrews | 09-5343 |
| 25. Sheri Williams Angeletta | 09-5343 |
| 26. TyJanah Angeletta | 09-5343 |
| 27. Tytania Angeletta | 09-5343 |
| 28. Kenneth Appleby | 09-5343 |
| 29. Donald Arceneaux | 09-5343 |
| 30. Eleni Arceneaux | 09-5343 |
| 31. Rhonda Arceneaux | 09-5343 |
| 32. Sarah Baham | 09-5343 |
| 33. Jayden Bailey | 09-5343 |
| 34. Martin Baldwin | 09-5343 |
| 35. Joan Banks | 09-5343 |
| 36. Willie Barnes | 09-5343 |
| 37. Omar Barnett | 09-5343 |
| 38. Alarick Barras | 09-7167 |
| 39. Benneth Barras | 09-7167 |
| 40. Pamela Barthe | 09-5343 |
| 41. Karima Bass | 09-5343 |
| 42. Jerry Bastian, Jr. | 09-5343 |
| 43. Elaine Bell | 09-5343 |
| 44. Natasha Bell | 09-5343 |
| 45. Samantha Dugas on behalf of A. B. | 09-7167 |
| 46. Samantha Dugas on behalf of C. B. | 09-7167 |
| 47. Samantha Dugas on behalf of W. B. | 09-7167 |
| 48. Ivy Benoit | 09-5343 |
| 49. Derrick Bienemy | 09-5343 |
| 50. Francis Bigner | 09-5343 |
| 51. Lena Bigner | 09-5343 |
| 52. Kathy Black | 09-5343 |
| 53. Sandy Blady | 09-5343 |
| 54. Adrian Booker | 09-7167 |
| 55. Jessie Boudreaux | 09-5343 |
| 56. Priscella Bowles | 09-5343 |
| 57. Chance Bowring | 09-5343 |
| 58. Darries Boyd | 09-5343 |
| 59. Ethel Bradford | 09-5343 |
| 60. Jesse Bradford | 09-5343 |
| 61. Anthony Bragg | 09-7167 |
| 62. Andrea Brass | 09-5343 |

| | |
|---|---|
| 63. Ty'Alize Brass | 09-5343 |
| 64. Christopher Breaux | 09-5343 |
| 65. Latonya Breaux | 09-5343 |
| 66. Caitlin Britt | 09-7167 |
| 67. Christine Britt | 09-7167 |
| 68. Courtney Britt | 09-7167 |
| 69. Desiree Broussard | 09-5343 |
| 70. Marion Broussard | 09-5343 |
| 71. Branisha Brown | 09-5343 |
| 72. Carol Brown | 09-5343 |
| 73. Delores Brown | 09-5343 |
| 74. Eloise Brown | 09-5343 |
| 75. Ron Brown | 09-5343 |
| 76. RonJae' Brown | 09-5343 |
| 77. Sharda Brown | 09-5343 |
| 78. Shikanah Brown | 09-5343 |
| 79. Nylan Bryant | 09-5343 |
| 80. Crystal Buckingham | 09-7167 |
| 81. Destiny Burl | 09-7940 |
| 82. Telyameka Burl-Marshall | 09-5343 |
| 83. Gabriella Burst | 09-5343 |
| 84. Shawn Burst | 09-5343 |
| 85. Belinda Butler | 09-6193 |
| 86. Ernest Butler | 09-5343 |
| 87. Howard Butler | 09-5343 |
| 88. Laqueshia Butler | 09-6193 |
| 89. Nia Butler | 09-5343 |
| 90. Quinton Butler | 09-6193 |
| 91. Terry Butler | 09-5341 |
| 92. Chelsey Byrd | 09-5343 |
| 93. Cheqwayl Byrd | 09-5343 |
| 94. Thomas Cajoe | 09-6876 |
| 95. Camry Camel | 09-7167 |
| 96. Lane Camel | 09-5343 |
| 97. Trenica Camel | 09-7167 |
| 98. Eric Campbell | 09-6193 |
| 99. Gloria Campbell | 09-5343 |
| 100. Takia Campbell | 09-5343 |
| 101. Connie Cannon | 09-5343 |
| 102. William Cannon | 09-7167 |
| 103. Gillanda Carbin | 09-7167 |
| 104. Yolanda Carbin | 09-7167 |
| 105. Ellis Carr | 09-5343 |
| 106. Miracle Carr | 09-5343 |
| 107. Lester Carson | 09-5343 |
| 108. Brian Carter | 09-5343 |

| # | Name | Case |
|---|------|------|
| 109. | Caneisha Carter | 09-5343 |
| 110. | Daniel Carter | 09-5343 |
| 111. | Dwayne Carter | 09-5343 |
| 112. | Iris Carter | 09-5343 |
| 113. | Ivory Carter | 09-5343 |
| 114. | Sedrick Carter | 09-5343 |
| 115. | Tameka Carter | 09-5343 |
| 116. | Tameka Carter on behalf of D.C. | 09-5343 |
| 117. | Tameka Carter on behalf of D.C. | 09-5343 |
| 118. | Tameka Carter on behalf of D.C. | 09-5343 |
| 119. | Daniel Carter | 09-5343 |
| 120. | Linda Carter | 09-5343 |
| 121. | Dwight Carter, Jr. | 09-5343 |
| 122. | Aquarius Casnave | 09-5343 |
| 123. | Lisha Casnave | 09-5343 |
| 124. | Rosheeda Casnave | 09-5343 |
| 125. | Deborah Ceaser | 09-5343 |
| 126. | Erica Ceaser | 09-5343 |
| 127. | Joyce Ceaser | 09-5343 |
| 128. | Robert Chan | 09-5343 |
| 129. | Richard Chan | 09-5343 |
| 130. | John Chaney | 09-5343 |
| 131. | Will Chapman | 09-5341 |
| 132. | Will Chapman | 09-5341 |
| 133. | Jaela Childers | 09-5343 |
| 134. | Kennette Christophe | 09-5343 |
| 135. | Dwayne Christy | 09-7167 |
| 136. | Sybil Christy | 09-7167 |
| 137. | Cynthia Clark | 09-7167 |
| 138. | Lawrence Clark | 09-5343 |
| 139. | Lindsay Clark | 09-5343 |
| 140. | Ruth Clark | 09-5343 |
| 141. | Paula Coker | 09-5343 |
| 142. | Ishanda Coleman | 09-5343 |
| 143. | Moses Coleman | 09-7167 |
| 144. | Gloria Collins | 09-6193 |
| 145. | Rechante Collins | 09-5343 |
| 146. | Jamari Condoll | 09-5343 |
| 147. | Jordan Condoll | 09-5343 |
| 148. | Lawrence Condoll | 09-5343 |
| 149. | Jody Cone | 09-5343 |
| 150. | Demetria Connors | 09-7167 |
| 151. | Kailey Conover | 09-5343 |
| 152. | Helen Cook | 09-5342 |
| 153. | Brandy Cooks | 09-6193 |
| 154. | Chantel Cooley | 09-5343 |

| | | |
|---|---|---|
| 155. | Dianca Cooley | 09-5343 |
| 156. | Felicia Cooper | 09-5343 |
| 157. | Phoebe Cormier | 09-5343 |
| 158. | George Crawford | 09-5343 |
| 159. | Beverly Crochet | 09-5343 |
| 160. | Kandace Crochet | 09-5343 |
| 161. | Tony Crochet | 09-5343 |
| 162. | Jonathan Daniels | 09-5343 |
| 163. | Ivory Davenport | 09-5343 |
| 164. | Hazel Davidson | 09-5343 |
| 165. | Carmen Davis | 09-5343 |
| 166. | Ciearra Davis | 09-7167 |
| 167. | Denise Davis | 09-5343 |
| 168. | Garry Davis | 09-5343 |
| 169. | Henry Davis | 09-5343 |
| 170. | Jennifer Davis | 09-5343 |
| 171. | Jermire Davis | 09-5343 |
| 172. | Mary Davis | 09-5343 |
| 173. | Paige Davis | 09-5343 |
| 174. | Shelley Davis | 09-5343 |
| 175. | Brenishia Demolle | 09-7167 |
| 176. | Jill Demolle | 09-5343 |
| 177. | Deanne Dendinger | 09-5343 |
| 178. | Tailor Dendinger | 09-5343 |
| 179. | Edward Dominguez | 09-7940 |
| 180. | Edwin Dominguez | 09-5341 |
| 181. | Lizangela Dominguez | 09-5343 |
| 182. | Adrian Domino | 09-5343 |
| 183. | Kendrick Drake | 09-7167 |
| 184. | Virginia Ducote | 09-5343 |
| 185. | Dedria Ducre | 09-5343 |
| 186. | Samantha Dugas | 09-7167 |
| 187. | Wakain Dugas | 09-7167 |
| 188. | Brittany Duplantis | 09-7167 |
| 189. | Brandon Ellis | 09-5343 |
| 190. | Linda Fields | 09-5343 |
| 191. | Charisse Filmore | 09-5343 |
| 192. | Camille Fletcher | 09-5343 |
| 193. | Jeff Flynn | 09-5343 |
| 194. | Robert Foley | 09-5343 |
| 195. | Braydon Fontenot | 09-7167 |
| 196. | Christopher Fontenot | 09-7167 |
| 197. | Terra Ford | 09-7167 |
| 198. | JoAnn Foster | 09-5343 |
| 199. | Pearl Francis | 09-5343 |
| 200. | Tiara Francois | 09-5343 |

201. Tami Francois-Carr     09-5343
202. Zyre Franklin     09-5343
203. Brianne Frazier     09-5343
204. Zyre Frazier     09-5343
205. David Frosch     09-5343
206. Tiffany Green on behalf of D.F.     09-7167
207. Sherlie Funchess     09-5343
208. Darlene Fuson     09-5343
209. Darlene Fuson on behalf of Robert Fuson     09-5343
210. Edna Gabriel     09-5343
211. Leo Gant     09-5343
212. Asia Garrison     09-5343
213. Edison Gaspar     09-5343
214. Zoe Gay     09-5343
215. Derrick George     09-7167
216. Elton Gibson     09-5343
217. Kaelii Gibson     09-5343
218. Edward Gilliam     09-5343
219. Michael Gilmore     09-5343
220. Inez Gonzalez     09-5343
221. Samuel Gordon     09-5343
222. Wima Gourgues     09-5343
223. Marcus Graham     09-5343
224. Ribert Graham     09-5343
225. Adrean Graves     09-5343
226. Jacqueline Gray     09-5343
227. Norbert Gray     09-7167
228. Larry Green     09-5343
229. Randy Green     09-5343
230. Yolanda Green     09-5343
231. Tiffany Green     09-7167
232. Pamela Greenberry     09-5343
233. Jeana Griffin     09-5343
234. Patricia Griffin     09-5343
235. Phylis Griffin     09-5343
236. Shamika Griffin     09-5343
237. Lakeba Griffith     09-5343
238. Paul Grillier     09-5340
239. John Grossley     09-7167
240. Juanita Guillory     09-5340
241. Karmyn Guillory     09-5340
242. Michael Guillory     09-7167
243. Tory Guillory     09-7167
244. Marc Hall     09-5340
245. Rocky Hall     09-5340
246. Rosa Hall     09-5340

247. Wilma Hall                                       09-5340
248. Brenda Hamilton                                  09-5340
249. Rebecca Hammons                                  09-7167
250. Tammy Harper                                     09-5340
251. Mamie Harrell                                    09-5340
252. Brian Harris                                     09-5340
253. Jean Harris                                      09-5340
254. Leslie Harris                                    09-5340
255. Rebecca Harris                                   09-5340
256. Edna Harrison                                    09-5340
257. Jamyric Harrison                                 09-5340
258. Judy Hart                                        09-7167
259. Gerald Hawkins                                   09-7940
260. Geralyn Hawkins                                  09-5340
261. Alvin Haywood                                    09-5340
262. Karen Haywood                                    09-5340
263. Aline Hebert                                     09-5340
264. Tiffany Green on behalf of M.H.                  09-7167
265. Paula Helm                                       09-5340
266. Ka Hemsouvanh                                    09-5340
267. Oraxone Hemsouvanh                               09-5340
268. Charlton Henderson-Scott                         09-5340
269. James Henke                                      09-5340
270. Judy Hester                                      09-5340
271. Michael Hickman                                  09-7167
272. Michele Hickman                                  09-7167
273. Michael Higginbotham                             09-5340
274. Devan High                                       09-5340
275. Theopolus Hill                                   09-7167
276. Sylvia Hillard                                   09-7940
277. Florence Hinchey                                 09-5340
278. Latania Hines                                    09-5340
279. Brandi Hobbs                                     09-5340
280. Keisha Hobbs                                     09-5340
281. Chandra Holsapple                                09-5340
282. Jarrod Huckleby                                  09-5340
283. Toria Hudson                                     09-5340
284. Toris Hudson                                     09-5340
285. Augusta Hudson                                   09-5340
286. Deborah Hudson                                   09-5340
287. Deborah Hudson on behalf of D.H.                 09-5340
288. Carolyn Hughes                                   09-5340
289. Jessie Hughes                                    09-5340
290. Nashon Hughes                                    09-5340
291. Brian Isidore                                    09-5340
292. Lynett Jacko                                     09-7167

| | | |
|---|---|---|
| 293. | Cameron Jackson | 09-5340 |
| 294. | Chassatey Jackson | 09-5340 |
| 295. | Darlinda Jackson | 09-7940 |
| 296. | Erick Jackson | 09-5340 |
| 297. | Keidra Jackson | 09-7940 |
| 298. | Marguerite Jackson | 09-5340 |
| 299. | Quhnah Jackson | 09-5340 |
| 300. | Ramad Jackson | 09-7940 |
| 301. | Ramon Jackson | 09-5340 |
| 302. | Kendall Jackson, Jr. | 09-7940 |
| 303. | Kendall Jackson, Sr. | 09-7940 |
| 304. | Brice Jacobs | 09-5340 |
| 305. | Kimberly James | 09-5340 |
| 306. | Willie James | 09-5340 |
| 307. | Deanna Jasmine | 09-5340 |
| 308. | Deshavonna Jasmine | 09-5340 |
| 309. | Oscar Jasmine | 09-5340 |
| 310. | Rashanna Jasmine | 09-5340 |
| 311. | Yvonne Jasmine | 09-5340 |
| 312. | Arleeta Jeanpierre-Jackson | 09-5340 |
| 313. | Trina Jefferson | 09-5340 |
| 314. | Norwood Jenkins | 09-5340 |
| 315. | Charles Jennings | 09-5340 |
| 316. | Joseph Jessie, Jr. | 09-5340 |
| 317. | Brianda Johnson | 09-7940 |
| 318. | Herbert Johnson | 09-5340 |
| 319. | Margaret Johnson | 09-5340 |
| 320. | Rayshavon Johnson | 09-5340 |
| 321. | Rory Johnson | 09-5340 |
| 322. | Taj Johnson | 09-7940 |
| 323. | Breena Jones | 09-5340 |
| 324. | Cecile Jones | 09-5340 |
| 325. | Donald Jones | 09-5340 |
| 326. | Elaina Jones | 09-5340 |
| 327. | Elizabeth Jones | 09-5340 |
| 328. | Jamie Jones | 09-5340 |
| 329. | Julie Jones | 09-5340 |
| 330. | Julie Jones | 09-5340 |
| 331. | Louis Jones | 09-6193 |
| 332. | Sherri Jones | 09-5340 |
| 333. | Songya Jones | 09-5340 |
| 334. | Jasmine Jordan | 09-5340 |
| 335. | Malcolm Jordan | 09-5340 |
| 336. | Malkeisha Jordan | 09-5340 |
| 337. | Malshawn Jordan | 09-5340 |
| 338. | Terrell Jordan | 09-5340 |

339. Sharon Joseph							09-5340
340. Karyn Jouty							09-5340
341. Chaka Judge							09-5340
342. Charlotte Kelly						09-5340
343. Jessie Kelly							09-5340
344. Tiffany Green on behalf of J.K.		09-7167
345. Dora Kline							09-5340
346. Deborah Kotraba						09-5340
347. Christian Laciura on behalf of B.L.	09-5340
348. Christian Laciura						09-5340
349. Charleston Ladner						09-5340
350. Mike Ladner							09-5340
351. Celeste Lang							09-5340
352. Jordan Lang							09-5340
353. Cynthia Langley						09-5340
354. Gregory Langley						09-5340
355. Shanon Langley						09-5340
356. Gregory Larkins						09-5340
357. Brenda Lasalle						09-5340
358. Rhonda Lattier						09-7167
359. Keoka Laurant							09-5340
360. Darlene Leavell						09-5340
361. Grethel Leblanc						09-5340
362. Joseph Leblanc						09-5340
363. Susan Ledbetter						09-5340
364. Christiana Ledet						09-5340
365. Christopher Ledet						09-5340
366. Thera Nichole Ledet					09-7167
367. Bryant Lee							09-5340
368. Cathy Lee								09-5340
369. Chanel Lee							09-5340
370. Darnell Lee							09-5340
371. Terry Lee								09-5340
372. Anthony Legaux						09-5340
373. Johnathan Lemaire						09-7167
374. Tyler Lemaire							09-7167
375. Linda Leon							09-5340
376. Darlene Lewis							09-5340
377. Jamal Lewis							09-5340
378. Maggie Lewis							09-5340
379. Rontazia Lewis						09-5340
380. Zykayla Lewis							09-5340
381. Danita Lindsey						09-5340
382. Anjanette Lloyd						09-5340
383. Connie Lopez							09-5340
384. Anthony Lopez, Jr.					09-5340

| | | |
|---|---|---|
| 385. | Gary Lucineo | 09-5340 |
| 386. | Jeanette Lucineo | 09-5340 |
| 387. | Dorothy Lyons | 09-5340 |
| 388. | Stacy Mallet | 09-7167 |
| 389. | Kyle Marinovich | 09-5340 |
| 390. | Louis Marrero | 09-5340 |
| 391. | Denise Martin-Marrero | 09-5340 |
| 392. | Carlos Mason | 09-5340 |
| 393. | Melissa Mason-Olivo | 09-5340 |
| 394. | Irma Maxwell | 09-5340 |
| 395. | Randy McCuistion | 09-5340 |
| 396. | Anissa McDonald | 09-5340 |
| 397. | Helen McGaughey | 09-5340 |
| 398. | James McGaughey | 09-5340 |
| 399. | Sarah McGowan | 09-5340 |
| 400. | William McKenzie | 09-5340 |
| 401. | Fay McMillan | 09-5340 |
| 402. | Frank Mikell | 09-5340 |
| 403. | Tron Miles | 09-5340 |
| 404. | Howard Miller | 09-5340 |
| 405. | Ravon Miller | 09-5340 |
| 406. | Anthony Mitchell | 09-5340 |
| 407. | Enel Mitchell | 09-5340 |
| 408. | Lucien Moliere | 09-5340 |
| 409. | Monchel Monier | 09-5340 |
| 410. | Angleula Moore | 09-5340 |
| 411. | Crystal Moore | 09-5340 |
| 412. | Daniel Moore | 09-5340 |
| 413. | Jerrion Moore | 09-5340 |
| 414. | Victoria Moore | 09-5340 |
| 415. | Charles Moreau | 09-5340 |
| 416. | Treina Muse | 09-7167 |
| 417. | Joshlyn Naveree | 09-5340 |
| 418. | Billie Necaise | 09-5340 |
| 419. | Keoka Laurant on behalf of A.N. | 09-5340 |
| 420. | Keoka Laurant on behalf of D.N. | 09-5340 |
| 421. | John Nelson | 09-5340 |
| 422. | Udonna Newton | 09-5340 |
| 423. | Nicolae Nitica | 09-5340 |
| 424. | Michael Nobel | 09-5340 |
| 425. | Judy Noel | 09-5340 |
| 426. | Geraldine Norbert | 09-5340 |
| 427. | Larry Norman | 09-5340 |
| 428. | Rowena Norman | 09-5340 |
| 429. | Andrew Olivo | 09-5340 |
| 430. | Chad Oubre | 09-5340 |

431. Denise Paul                    09-5340
432. Jamere Payne                   09-5340
433. Lititia Payne                  09-5340
434. Tarena Payne                   09-5340
435. Veeda Payne                    09-5340
436. Patricia Penny                 09-5340
437. Jaemarion Perrier              09-5340
438. Latoya Perrier                 09-5340
439. Oscar Peter                    09-5340
440. Samantha Peterson              09-5340
441. Mary Phillips                  09-7940
442. Mary Phoenix                   09-7167
443. Mary Phoenix                   09-5340
444. Teshaun Phoenix-Moore          09-7167
445. Teshaun Phoenix-Moore          09-5340
446. Christopher Picou              09-5340
447. Bernard Pierre                 09-5340
448. Jeremy Pierre                  09-5340
449. Jordan Pierre                  09-5340
450. Angelica Pierrie               09-5340
451. Robert Plauger                 09-7167
452. Madison Pleasant               09-5340
453. Donna Polk                     09-5340
454. Twanna Polk                    09-5340
455. Jessie Pollard                 09-5340
456. Alice Poole                    09-5340
457. Teaches Porter                 09-7167
458. Jeremiah Potter                09-5341
459. Jordan Powell                  09-5341
460. Zaria Powell                   09-5341
461. Desiree Radford                09-5341
462. Yolanda Radford                09-5341
463. Diana Rainford                 09-5341
464. Christina Ransom               09-5341
465. Joshua Ranson                  09-5341
466. Eleanor Reed                   09-5341
467. Shantazae Richardson           09-5341
468. Sheronica Richardson           09-5341
469. Leonard Riley                  09-5341
470. Troylyn Roberts                09-5341
471. Ester Robertson                09-5341
472. Antoinette Robinson            09-7167
473. Kim Robinson                   09-5341
474. Donald Robinson, Jr.           09-5341
475. Edmond Rollins                 09-5341
476. Casey Rooney                   09-5341

| | | |
|---|---|---|
| 477. | Leslie Ross on behalf of D. R. | 09-7940 |
| 478. | Leslie Ross | 09-5341 |
| 479. | James Roussell | 09-5341 |
| 480. | Setaya Rubbins | 09-5341 |
| 481. | Keith Rubio | 09-5341 |
| 482. | Thelma Rudison | 09-5341 |
| 483. | Paula Russell | 09-5341 |
| 484. | Annette Sam | 09-5341 |
| 485. | De'brika Sam | 09-7167 |
| 486. | De'naza Sam | 09-7167 |
| 487. | Reginald Sam | 09-5341 |
| 488. | Reginald Sam, Jr. | 09-5341 |
| 489. | Antoine Sampson | 09-5341 |
| 490. | Chantel Sampson | 09-5341 |
| 491. | Eileen Sanaxay | 09-5341 |
| 492. | Tommy Sanaxay | 09-5341 |
| 493. | Matthew Savoie | 09-5341 |
| 494. | Gerald Sazon | 09-5341 |
| 495. | Michael Schneiter | 09-7167 |
| 496. | Laurel Scott | 09-5341 |
| 497. | William Scott | 09-5341 |
| 498. | Christy Segura | 09-5341 |
| 499. | Lena Segura | 09-5341 |
| 500. | Molly Segura | 09-5341 |
| 501. | Steve Segura | 09-5341 |
| 502. | Brandi Shanley | 09-5341 |
| 503. | Darian Shanley | 09-5341 |
| 504. | Erika Shanley | 09-5341 |
| 505. | David Shanley, Jr. | 09-5341 |
| 506. | David Shanley, Sr. | 09-5341 |
| 507. | Yaleca Shelby | 09-5341 |
| 508. | Alfred Shelton | 09-5341 |
| 509. | Chante Simmons | 09-5341 |
| 510. | Ernest Simmons | 09-5341 |
| 511. | Nia Simmons | 09-5341 |
| 512. | Ronella Simmons | 09-5341 |
| 513. | Sherina Simmons | 09-5341 |
| 514. | Ryan Sinegal | 09-5341 |
| 515. | Lorraine Singleton | 09-5341 |
| 516. | Adonis Smith | 09-5341 |
| 517. | Akem Smith | 09-5341 |
| 518. | Akia Smith | 09-5341 |
| 519. | Curtis Smith | 09-5341 |
| 520. | Dontrell Smith | 09-6193 |
| 521. | Christy Segura on behalf of D.S. | 09-7167 |
| 522. | Herbert Smith | 09-5341 |

| | | |
|---|---|---|
| 523. | Ikim Smith | 09-5341 |
| 524. | Izola Smith | 09-5341 |
| 525. | Loranda Smith | 09-6193 |
| 526. | Melba Smith | 09-5341 |
| 527. | Christy Segura on behalf of P.S. | 09-7167 |
| 528. | Renard Smith | 09-5341 |
| 529. | Renard Smith | 09-6876 |
| 530. | Stanley Smith | 09-5341 |
| 531. | Carrie Soileau | 09-5341 |
| 532. | Rhonda Soubet | 09-5341 |
| 533. | Jamie Spade | 09-5341 |
| 534. | Saja St. Amant | 09-5341 |
| 535. | Alozia St. Julien | 09-5341 |
| 536. | Brittany Standley | 09-5341 |
| 537. | Paula Stell | 09-5341 |
| 538. | Lloyd Sterling | 09-7167 |
| 539. | Donna Stevens | 09-5341 |
| 540. | Dorothy Stevens | 09-5341 |
| 541. | Tamika Stevens | 09-5341 |
| 542. | Terry Stevens | 09-5341 |
| 543. | Woodrow Stevenson | 09-5341 |
| 544. | Kelley Stevenson, Jr. | 09-5341 |
| 545. | Kelley Stevenson, Sr. | 09-5341 |
| 546. | Barbara Stewart | 09-5341 |
| 547. | Brooke Stewart | 09-5341 |
| 548. | Chandler Stewart | 09-5341 |
| 549. | Dallis Stewart | 09-5341 |
| 550. | Deborah Stewart | 09-5341 |
| 551. | Elizabeth Stewart | 09-5341 |
| 552. | Michael Strahan | 09-5341 |
| 553. | Nicole Strahan | 09-5341 |
| 554. | Tiffany Green on behalf of G.S. | 09-7167 |
| 555. | Keoka Laurant on behalf of T.S. | 09-5340 |
| 556. | Ricky Suire | 09-7167 |
| 557. | Stacey Suire | 09-7167 |
| 558. | Hasan Sylvester | 09-7167 |
| 559. | Mona Sylvester | 09-7167 |
| 560. | Monalisa Sylvester | 09-7167 |
| 561. | Tiffany Tanner | 09-5341 |
| 562. | Leona Tate | 09-6193 |
| 563. | Amari Taylor | 09-6193 |
| 564. | Brenda Taylor | 09-5341 |
| 565. | Brandy Cooks on behalf of C.T. | 09-6193 |
| 566. | Brandy Cooks on behalf of G.T. | 09-6193 |
| 567. | Josie Taylor | 09-5341 |
| 568. | Brandy Cooks on behalf of M.T. | 09-6193 |

| | | |
|---|---|---|
| 569. | Penny Thibodeaux | 09-5341 |
| 570. | Annie Thomas | 09-5341 |
| 571. | Deiondre Thomas | 09-5341 |
| 572. | Keisha Harrison on behalf of J.T. | 09-7940 |
| 573. | King Thomas | 09-5341 |
| 574. | Steve Thomas | 09-5341 |
| 575. | Warren Thomas | 09-5341 |
| 576. | George Thomas, Jr. | 09-5341 |
| 577. | Chenita Tinsley | 09-5341 |
| 578. | Pearline Tobias | 09-5341 |
| 579. | Ayanna Toney | 09-5341 |
| 580. | Bria Toney | 09-5341 |
| 581. | Caylond Torres | 09-5341 |
| 582. | Gaige Touchet | 09-7167 |
| 583. | Graham Touchet | 09-7167 |
| 584. | Briana Toussaint | 09-5341 |
| 585. | Timothy Turlich | 09-5341 |
| 586. | Darilyn Turner | 09-7167 |
| 587. | Larriel Turner | 09-7167 |
| 588. | Lyric Turner | 09-5341 |
| 589. | Raquez Turner | 09-7167 |
| 590. | Teriyell Tyler | 09-5341 |
| 591. | Christine Underwood | 09-5341 |
| 592. | Dwain Vantress | 09-7167 |
| 593. | Jaheem Vincent | 09-5341 |
| 594. | Pamela Vincent | 09-5341 |
| 595. | Jernie Vinette | 09-5341 |
| 596. | Catherine Walker | 09-5341 |
| 597. | Lymiria Walker | 09-6193 |
| 598. | Melvin Walker | 09-5341 |
| 599. | Ricki Walker | 09-5341 |
| 600. | Kimberly Wallace | 09-5341 |
| 601. | James Wallace, III | 09-5341 |
| 602. | Carl Washington | 09-5341 |
| 603. | Shelia Waters | 09-5341 |
| 604. | Dennis Watson | 09-5341 |
| 605. | Ora Watson | 09-5341 |
| 606. | Lawrence Watts | 09-5341 |
| 607. | Mary Weber | 09-6876 |
| 608. | Linda West | 09-5341 |
| 609. | Richard Wheat | 09-5341 |
| 610. | Alfredia White | 09-5341 |
| 611. | Angelica White | 09-5341 |
| 612. | Celeste White | 09-5341 |
| 613. | Cherry White | 09-5341 |
| 614. | Stacey Suire on behalf of A.W. | 09-7167 |

| | | |
|---|---|---|
| 615. | Alexandria Williams | 09-5341 |
| 616. | Christy Williams | 09-5341 |
| 617. | Crystal Williams | 09-5341 |
| 618. | Demetria Williams | 09-5341 |
| 619. | Doris Williams | 09-5341 |
| 620. | Eunice Williams | 09-5341 |
| 621. | Florence Williams | 09-6193 |
| 622. | Lolita Williams | 09-5341 |
| 623. | Marcell Williams | 09-5341 |
| 624. | Michael Williams | 09-7167 |
| 625. | Raven Williams | 09-5341 |
| 626. | Raychelle Williams | 09-5341 |
| 627. | Shanbriel Williams | 09-5341 |
| 628. | Alice Wilson | 09-5341 |
| 629. | Charles Wilson | 09-5341 |
| 630. | Michael Windsay | 09-5341 |
| 631. | Gail Wise | 09-5341 |
| 632. | Brandi Woods | 09-5341 |
| 633. | Pamela Woods | 09-5341 |
| 634. | Laura Young | 09-5341 |
| 635. | Towanda Young | 09-5341 |
| 636. | Donn Youngblood | 09-5341 |

This list is represented by individuals whom the Becnel Law Firm have been unable to establish contact notwithstanding repeated attempts to do so, or those whom the Becnel Law Firm has requested trailer manufacturer information from FEMA and is still waiting for FEMA to answer that discovery request.

Respectfully submitted,

By: /s/Matthew B. Moreland
Matthew B. Moreland
Becnel Law Firm, LLC
106 W 7th Street
PO Drawer H
Reserve, LA 70084
(985) 536-1186

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification and that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 29th day of December, 2009.

                                              By:  /s/Matthew B. Moreland
                                              Matthew B. Moreland
                                              Becnel Law Firm, LLC
                                              106 W 7th Street
                                              PO Drawer H
                                              Reserve, LA 70084
                                              (985) 536-1186