UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                           MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                          SECTION "N" (5)

**THIS DOCUMENT RELATES**
**TO THE FOLLOWING CASES:**
  Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
  Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
  Annis, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-5994
  Bostic, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6412
  Boteler, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6643
  Pelas, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6419
  Buras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6501
  Durham, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6636
  Gras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6498
  Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6497
  Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6632
  Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
  Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
  Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844
  Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845
  Rodriguez, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6495

*OPPOSED MOTION FOR EXTENSION OF TIME*

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who do respectfully request an additional sixty (60) days to receive information to match clients with defendant-manufacturers and file lawsuits on their behalf, all as more particularly outlined in the attached Memorandum in Support of Motion for Extension of Time.

Inasmuch as undersigned counsel has not been able to contact opposing counsel for the numerous defendants, undersigned counsel represents to the Court that this Motion is opposed.

WHEREFORE, Plaintiffs pray that they be granted an additional sixty (60) days to match plaintiffs to individual manufacturers and to file Complaints for the newly-matched Plaintiffs against those respective manufacturers.

    Respectfully submitted,

    LAW OFFICES OF SIDNEY D. TORRES, III
    A PROFESSIONAL LAW CORPORATION


    BY:   /s/ David C. Jarrell
          SIDNEY D. TORRES, III (Bar No. 12869)
          ROBERTA L. BURNS (Bar No. 14945)
          **DAVID C. JARRELL** (Bar No. 30907)
          Torres Park Plaza, Suite 303
          8301 West Judge Perez Dr.
          Chalmette, Louisiana 70043
          Tel:  (504) 271-8421
          Fax: (504) 271-1961
          E-mail: dcj@torres-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 29th day of December, 2009, electronically filed the foregoing with the Clerk of Court for the Eastern District of the United States by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Roberta L. Burns
ROBERTA L. BURNS