THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421     Fax: (504) 271-1961

**Annis, et als v. Alliance Homes, Inc. d/b/a/ Adrian Homes, et al., E.D.L.A. No. 09-0594**

|  | . |
|---|---|
| Becnel, Carol | . |
| Becnel, Robert | . |
| Cager, Larry | . |
| Cargo, JoAnn | . |
| Decourcy, Bruce | . |
| Devine, Erick Abrin | . |
| Duplesis, Sampson | . |
| Fincher, Austin Bryce | . |
| Geraci, Adam Joseph | . |
| Gould, Tia | . |
| Gould, Zina | . |
| Harris, Dale Anthony | . |
| Kennair, Janice | . |
| Kennair, Randy | . |
| Melan, Bruce  Edwin | . |
| Mulvey, Emily | . |
| Mulvey, Jarrod | . |
| Mulvey, Jason | . |
| Mulvey, Raechael | . |
| Phillips, Giana Marie | . |
| Phillips, Giana Marie | . |
| Phillips, Kaymine Omar | |

|  |  |
|---|---|
| Phillips, Kennedy Nicole |  |
| Roe, Brenda |  |
| Roe, Robert |  |
| Scott, Lionel |  |
| Stewart, Carl E |  |
| Stewart, Jeriame |  |
| Stewart, Joetrell |  |
| Vogel, Kelly |  |
| Williamson, James F. |  |
| Wilson, Jaden |  |
| Wilson, Jaden |  |