THE LAW OFFICES OF
# SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421     Fax: (504) 271-1961

**Buras, et als v. Alliance Homes, Inc. d/b/a/ Adrian Homes, et al., E.D.L.A. No. 09-6501**

| |  |
|---|---|
| Buras, Allie | |
| Buras, Angelina | |
| Buras, Ashely Lynn | |
| Buras, Clyde Victor | |
| Cargo, Bernard E. | |
| Corley, Leslie Ree | |
| Harvey, Earl J | |
| Peters, Eurdel Eugene | |
| Ranton, Diana | |
| Uplinger, Dean | |