THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421     Fax: (504) 271-1961

**Bostic, et als v. Alliance Homes, Inc. d/b/a/ Adrian Homes, et al., E.D.L.A. No. 09-6412**

| |
|---|
| Bostic, Ryan Michael |
| Breckenridge, John |
| Brooks, Evelyn E. |
| Brown, Betty |
| Coble, Annemarie |
| Cortes, Roy Waters |
| Cortes, Sharon Liprie |
| Domingo, Warren |
| Fahm, Betty J. |
| Fahm, Jerry W |
| Fallas, Joseph Albert |
| Gadwaw, Carol Lynne |
| Gadwaw, Gary James |
| Gadwaw, Jamie Elizabeth |
| Graves, Alfred Perry |
| Hunt, Marilyn H. |
| Hutter, Ross Allen |
| Huy, Anthony Joseph |
| Huy, Juliana Marie |
| Johnston, Aaron N. |
| Johnston, Brandon L. |
| Johnston, Brianna |

| | . |
|---|---|
| Johnston, Chanlene E | |
| Johnston, Erica A | |
| Kiern, Glorietta | |
| Kruse, Eldon | |
| Lucas, Cade J | |
| Lucas, Cade J | |
| Lucas, Cameron J | |
| Lucas, Hayley R | |
| Lucas, Robert A. | |
| Lucas, Taylor R | |
| Lucas, Theresa | |
| Lumpkin, Angus | |
| Lumpkin, William | |
| Mankin, Katie E | |
| Melerine, Lance Daniel | |
| Neumann, Ashley | |
| Neumann, Ashley | |
| Neumann, Brendon Andrew | |
| Neumann, Brendon Andrew | |
| Neumann, Nathan | |
| Neumann, Nathan | |
| Neumann, Shari Coleman | |
| Neumann, Shari Coleman | |
| Neumann, Todd | |
| Neumann, Todd | |
| Neumann, Todd | |

|  |  |
|---|---|
| Neumann, Todd |  |
| Nikolaus, Roger A. |  |
| Roussell, Brandi |  |
| Roussell, Darlene |  |
| Roussell, Michael |  |
| Tyler, Dorothy Lynn |  |
| Vandenborre, Benjamin Henry |  |
| Vandenborre, Brittany Lynn |  |
| Vandenborre, Henry Herbert |  |
| Vandenborre, Henry Herbert |  |
| Vandenborre, Marina Dolores |  |
| Vandenborre, Rashelle Ann |  |
| Wright, Joseph Louise |  |