THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421      Fax: (504) 271-1961

**Boteler, et als v. Alliance Homes, Inc. d/b/a/ Adrian Homes, et al., E.D.L.A. No. 09-6643**

|   |   |
|---|---|
| Boteler, Lillie |   |
| Deogracias, Johnny L. |   |
| Sistrunk, Dawn |   |
| Sistrunk, Louis Carlton |   |
| Sistrunk, Shannah Marie |   |
| Sistrunk, Wyatt Thomas |   |
| Smith, Ashley Anne |   |
| Smith, Grace R. |   |