THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

**Fincher, et als v. Alliance Homes, Inc. d/b/a/ Adrian Homes, et al., E.D.L.A. No. 09-6497**

| | . |
|---|---|
| Fincher, Steven Weyland | . |
| Shanley, Diana E. | . |
| Shanley, Florine S. | |

[ 1 / 1 ]