THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421      Fax: (504) 271-1961

**Rodriguez, et als v. Alliance Homes, Inc. d/b/a/ Adrian Homes, et al., E.D.L.A. No. 09-6495**

| |
|---|
| Rodriguez, Luis A |
| Scuderi, Jamie M. |

[ 1 / 1 ]