THE LAW OFFICES OF
# SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421    Fax: (504) 271-1961

**Fincher, et als v. Alliance Homes, Inc. d/b/a/ Adrian Homes, et al., E.D.L.A. No. 09-6632**

| |  |
|---|---|
| Fincher, Steven Weyland | |
| Nuccio, David S | |
| Nuccio, Shawn M | |
| Perez, Warren A. | |
| Shanley, Diana E. | |
| Shanley, Florine S. | |

[ 1 / 1 ]