THE LAW OFFICES OF
# SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421    Fax: (504) 271-1961

**Cacioppo, et als v. Alliance Homes, Inc. d/b/a/ Adrian Homes, et al., E.D.L.A. No. 09-4840**

| |  |
|---|---|
| Bordelon, Stacy | |
| Bordelon, Stacy | |
| Brown, Harold | |
| Cacioppo, Anthony Carlo | |
| Cacioppo, Dawn Marie | |
| Callais, Robert A. | |
| Calvin, Kendrick A | |
| Campagna, Fletcher | |
| Campagna, Izah | |
| Campagna, Paitin | |
| Campagna, Salvadore Andrew | |
| Campagna, Salvadore | |
| Campo, Aaron | |
| Campo, Cynthia Frances | |
| Campo, Donald J | |
| Campo, Jonathan E | |
| Campo, Jonathan E | |
| Cangelosi, Paul Anthony | |
| Canizales, Joshua | |
| Cantrell, John | |
| Cantrell, William Benjamin | |
| Capro, Albert Joseph | |

| | . |
|---|---|
| Capro, Vicki Lynn Duet | |
| Carbello, Carlo Joseph | |
| Cargo, JoAnn | |
| Caronia, Chance | |
| Caronia, Christine | |
| Carpenter, Brenna Adele | |
| Carpenter, Drionna A. T. | |
| Carpenter, Ridez Devon | |
| Carpenter, Shamar Keyon | |
| Carpenter, Zicary Lamar | |
| Carriere, Richard Damien | |
| Carson, Chad | |
| Carson, Chad | |
| Carson, Clauda | |
| Carson, Jennifer | |
| Carson, Madison | |
| Carson, Randy | |
| Carson, Riley | |
| Caruso, Kim Giglio | |
| Caruso, Krysta M. | |
| Caruso, Valerie Nicole | |
| Caruso, Vincent Bertrand | |
| Casanova, Gracelyn Michelle | |
| Casanova, Marissa David Ann | |
| Castro, Atela Miguel | |
| Castro, Emily | |

| | . |
|---|---|
| Castro, Layla | |
| Catalanotto, Mark Anthony | |
| Catanese, Courtney | |
| Cazaubon, Eric J | |
| Cerniglia, Christina | |
| Cerniglia, Madison | |
| Cerniglia, Raymond | |
| Cerniglia, Raymond | |
| Chambon, Donna Theresa | |
| Chambon, Warren | |
| Chambon, Warren James | |
| Chappetta, Tina | |
| Charles, Karlton S. | |
| Chatelain, Brenda H. | |
| Chatelain, Richard Benedict | |
| Chatelain, Richard Benedict | |
| Chauppetta, Charles | |
| Chauppetta, Tashia | |
| Chelette, Kamrin Elliot | |
| Chelette, Kamrin Elliot | |
| Chelette, Kaylie Lynn | |
| Chelette, Kaylie Lynn | |
| Chelette, Kaylie Lynn | |
| Chelette, Kelsey Trishelle | |
| Chelette, Kelsey Trishelle | |
| Chelette, Kelsey Trishelle | |

| | |
|---|---|
| Chelette, Shirley Ann | |
| Chelette, Shirley Ann | |
| Chelette, Shirley Ann | |
| Chepetta, Tasha | |
| Chiasson, Christian Michael | |
| Chiasson, Robert J. | |
| Chiasson, Robert | |
| Chiasson, Stacey Desselle | |
| Chilton, Stephen M. | |
| Clague, David | |
| Clague, Nicholas | |
| Clark, Luciana Marie | |
| Cleggett, Shahira | |
| Cleggett, Shamaya | |
| Cleggett, Shamira | |
| Clements, Diane Marie | |
| Cochrane, Ciarra | |
| Cody, Cynthia Ann | |
| Cody, Joshua Taylor | |
| Cody, Michael Wayne | |
| Cook, Priscilla Lucille | |
| Coppersmith, Lisa Augustine | |
| Coppersmith, Lonnie Kelone | |
| Coppersmith, Marlene Kelone | |
| Corass, Michael J. | |
| Corass, Michael J. | |

| | |
|---|---|
| Corass, Michael J. | . |
| Corass, Michael J. | . |
| Corass, Rachel | . |
| Corass, Rachel | . |
| Corass, Rachel | . |
| Corass, Rachel | . |
| Corass, Rachel | . |
| Corass, Rachel | . |
| Cossie, Perry | . |
| Costella, Brooke Leigh | . |
| Couget, Coleen M. | . |
| Couget, Coleen M. | . |
| Couget, Paul M. | . |
| Couget, Paul | . |
| Cousins, Braxton | . |
| Cousins, Christopher David | . |
| Cousins, Trinity | . |
| Cousins, Zachary Paul | . |
| Crawford, Patrick | . |
| Creger, Doris B. | . |
| Creger, Philip George | . |
| Crosby, Carmella Gioiello | . |
| Cross, Jonathan | . |
| Cucinella, Clint | . |
| Cucinella, Mia | . |
| Cummins, Julius | |

| | . |
|---|---|
| Cummins, Tammy | |
| Cure, Joylin R | |
| Cure, William | |
| Currie, Ashley | |
| Currie, William | |
| Custer, Forrest Michael | |
| Custer, Marsha Ann | |
| Custer, Michael Forrest | |
| Daggs, Dwayne C | |
| Daigle, Damian M. | |
| Dalon, Deborah Ann | |
| Dalon, Dustin | |
| Darby, Edwin Thomas | |
| Darby, Kenneth | |
| Darcourt, Caileigh Michele-Riley | |
| Dauth, Audrey C. | |
| Davidson, Carly M. | |
| Davidson, Carly M. | |
| Davidson, Carly M. | |
| Davidson, Harly | |
| Davidson, Richard E | |
| Davidson, Stacy Ann | |
| Davis, Gerald | |
| Davis, Tamira | |
| Degelos, Cary | |
| Degelos, Hannah | |

| | |
|---|---|
| Degelos, Tony | . |
| DeGeorge, Janet H. | . |
| Degrasse, Catherine | . |
| Demolle, Danmond Troy | . |
| Demond, Pam | . |
| Dennis, Robin | . |
| Dent, Brittany L. | . |
| Deroche, Rebecca A | . |
| Desselle, Chris | . |
| Desselle, Christina | . |
| Desselle, Janice S | . |
| Desselles, Greta | . |
| Desselles, Harvey J. | . |
| Dewitt, Denise | . |
| Diaz, Jere London | . |
| DiBetta, Frank | . |
| DiFranco, Robyn M. | . |
| Dipadova, Isabella A. | . |
| DiPadova, Lex T. | . |
| DiPadova, Ralph Anthony | . |
| DiPadova, Ralph A | . |
| DiPadova, Rokko S | . |
| Dipadova, Vicki Lynn | . |
| DiVincenti, Ann M | . |
| Dixon, Dorothy D. | . |
| Doar, David John | |

| | |
|---|---|
| Doar, David John | . |
| Doar, Julie | . |
| Doar, Leanne Marie | . |
| Dobson, James | . |
| Dobson, Kayla | . |
| Domino, Ireione J | . |
| Domino, Ireione J | . |
| Dooley, Genevieve Marie | . |
| Dooley, Kathleen Dorsilla | . |
| Doran, Janice Henderson | . |
| Doran, John Ashley | . |
| Doran, John O. | . |
| Doran, Karen Stein | . |
| Doran, Seth O | . |
| Douglas, Anthony | . |
| Douglas, Brandon H. | . |
| Douglas, Joyce Mae | . |
| Douglas-Smith, Cynthia | . |
| Ducote, Dekka | . |
| Ducote, Dustan | . |
| Ducote, Fox | . |
| Ducote, Shelley | . |
| Dufay, Claude A. | . |
| Duke, Dana | . |
| Duke, Richard | . |
| Dusang, Marilyn R. | |

| | |
|---|---|
| Dwyer, Beverly Howell | . |
| Dwyer, Bobby Jay | |
| Ecklund, Century Lynne Marie | . |
| Ecklund, Mildred M | . |
| Ecklund, Ronald R. | |
| Ecklund, Ronald David | . |
| Ecklund, Valerie  A. | . |
| Ecklund, Victoria  Ashley | |
| Eddings, Rachael Marie | . |
| Edwards, Matthew Dean | . |
| Edwards, Melvin Earl | |
| Edwards, Shanda Michelle | . |
| Edwards, Shanda Michelle | . |
| Elmer, Beryl Guillot | |
| Encalade, Ashley  Venettra | . |
| Encalade, Vernell | |
| Enclarde, Ken  G. | . |
| Engolia, Barbara | |
| Espadron, Carolyn | . |
| Espadron, Jimmie | . |
| Estopinal, Albert A. | |
| Estopinal, Devin J. | . |
| Estopinal, Dylan J. | . |
| Estopinal, Roger J. | |
| Eugene, Lilly R. | . |
| Everhardt, Edward Gilbert | |

| | |
|---|---|
| Everhardt, Jolie Ann | . |
| Everhardt, Jolyn Elizabeth | . |
| Everhardt, Joseph John | . |
| Fandal, Rachel Williams | . |
| Faust, Myra | . |
| Faust, Robert | . |
| Faust, Robert | . |
| Fayard, Brittany Lynn | . |
| Fayard, Brittany Lynn | . |
| Fayard, Ricky Anthony | . |
| Fayard, Ricky Anthony | . |
| Fernandez, Kerry Collins | . |
| Ferrier, Jamie Lynn | . |
| Ferrier, Jamie Lynn | . |
| Ferrier, Madison Francis | . |
| Ferrier, Madison Francis | . |
| Fink, Michael A. | . |
| Fireck, Brooke | . |
| Fireck, Brooke | . |
| Fireck, Michael | . |
| Fireck, Michael | . |
| Flair, Louis E. | . |
| Florane, Sharon Ann | . |
| Flores, Floria | . |
| Ford, Norman P | . |
| Ford, Norman P. | . |

| | . |
|---|---|
| Forsythe, Eric | |
| Forsythe, Eric Eugene | |
| Frederick, Jermone  J. | |
| Frederick, Wendolyn  W. | |
| Frederick, Wenesha  E. | |
| Froeba, Alyssa  Crystal | |
| Froeba, Alyssa  Crystal | |
| Froeba, Jaden Aleah | |
| Froeba, Jaden Aleah | |
| Froeba, Robert Joseph | |
| Froeba, Robert Joseph | |
| Frught, Alecia Couget | |
| Frught, Alecia Couget | |
| Frught, Donald | |
| Frught, Donald | |
| Fuller, Clifford J | |