THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

**Adams, et als v. Alliance Homes, Inc. d/b/a/ Adrian Homes, et al., E.D.L.A. No. 09-4841**

| |  . |
|---|---|
| Adams, Dianne J. | . |
| Adubato, James | . |
| Adubato, Jessica | . |
| Adubato, Mary | . |
| Adubato, Nicholas | . |
| Aguilar, Jacklyn | . |
| Ajan, Addisyn Nichole | . |
| Ajan, Dudley Raymond | . |
| Ajan, Kassidy Rae | . |
| Alberez, Lawrence | . |
| Albers, Patrica W. | . |
| Albers, Robin Doreen | . |
| Alfonso, Michael | . |
| Alfonso, Michael | . |
| Alfonso, Michael | . |
| Alfonso, Olivia | . |
| Alfonso, Sharon | . |
| Alfonso, Vernon E | . |
| Alkurd, Mohammad R. | . |
| Allen, Albert J | . |
| Allen, Ashley | . |
| Allen, Ashley | . |

| | . |
|---|---|
| Allen, Lorrie | . |
| Allen, Lorrie | . |
| Allo, Edward | . |
| Allo, Kathy | . |
| Almonte, Darlene | . |
| Alveris, Teandrane | . |
| Ambo, Natasha | . |
| Ambo, Natasha | . |
| Ancalade, Rose | . |
| Ancar, Leondes | . |
| Anderson, Keefa A. | . |
| Anderson, Stacey | . |
| Andrews, Logan Gary | . |
| Applegate, Josanna | . |
| Arbour, Brandi Lynn | . |
| Arcement, Lucille Margaret | . |
| Arias, Jose | . |
| Arias, Wynette Marie | . |
| Armstrong, Ashley | . |
| Armstrong, Raymond Christopher | . |
| Arnold, Deborah | . |
| Assavedo, Christine | . |
| Assavedo, Corey | . |
| Assavedo, Courtney | . |
| Assavedo, Melissa | . |
| Assevedo, Barry | |

| |  . |
|---|---|
| Atwood, Gretchen  Schulte | |
| Aucoin, Gina M | |
| Aucoin, Leonard William | |
| Aucoin, Tyler William | |
| Augustine, Angel | |
| Augustine, Joseph | |
| Augustine, Joseph  Milford | |
| Augustine, Mia | |
| Augustine, Mya | |
| Augustine, Robin | |
| Augustine, Robin | |
| Augustine, Robin | |
| Augustine, Sarah | |
| Augustine, Thais Joyce | |
| Augustus, Candice  Sha-Linda | |
| Augustus, Diedra Fernandez | |
| Authement, Jay J | |
| Authement, Jaylin A. | |
| Aymond, Thelma Rose | |
| Aymond, William Wallace | |
| Aymond, William W | |
| Ayo, Leo | |
| Bacques, Michele | |
| Bacques-Maggio, Jolie D | |
| Bailes, Bridget | |
| Bailes, Joelle | |

| | |
|---|---|
| Bailes, Kenneth | . |
| Bailes, Leonae | |
| Bailes, Nathaniel | . |
| Bailes, Westley | . |
| Bailey, Beatrice M. | . |
| Bailey, Darren | . |
| Bailey, Jerome | . |
| Bailey, June J. | . |
| Bailey, Tiffany Lynn | . |
| Baker, Karen Lynn | . |
| Baker, Katherine Diane | . |
| Baker, Otis | . |
| Baker, Rudolph Carl | . |
| Baker, Sheila Wolfe | . |
| Banks, Reginald | . |
| Banner, Larry J | . |
| Barcelona, Linda S. | . |
| Barcelona, Steve V. | . |
| Barlow, Cree | . |
| Baron, Leona C | . |
| Barrow, Clarence | . |
| Bastoe, Alyssa | . |
| Bastoe, Andrew | . |
| Bastoe, Blake Burt | . |
| Bastoe, Corey M. | . |
| Bastoe, Erica | |

| | |
|---|---|
| Bastoe, Jack Thomas | |
| Bastoe, Jonathan | |
| Bastoe, Madison | |
| Bastoe, Regina B. | |
| Beaulieu, Christopher Justin | |
| Beaulieu, Cydney | |
| Beaulieu, Debrecca | |
| Bergeron, Brett | |
| Bernard, Eric | |
| Bernard, Lauren | |
| Berndt, James | |
| Berndt, James | |
| Berndt, James | |
| Berndt, Katie | |
| Berndt, Katie | |
| Berndt, Savannah | |
| Berndt, Savannah | |
| Bersuder, Brian M | |
| Bersuder, Karen | |
| Bickham, Taj | |
| Bienemy, Derrick | |
| Bienemy, Roscoe Jermain | |
| Bienemy, Sherry Lynn | |
| Bigner, Debbie | |
| Bigner, Elizabeth Marie | |
| Bigner, Gavin | |

| | |
|---|---|
| Bigner, Kimberly | |
| Bihm, Blake  D. | |
| Bihm, Donald R | |
| Billiot, Lucien | |
| Binder, David  M. | |
| Binder, Rose  C. | |
| Bird, Dennis J | |
| Bird, Lynda Cline | |
| Bird, Melanie R | |
| Bird, Michelle Lynn | |
| Black, Mary A. | |
| Black, Tomeka | |
| Black, Trenece | |
| Blanchard, Bobby  W. | |
| Blanchard, Bobby  W. | |
| Blanchard, Bruno Paul | |
| Blanchard, Faye | |
| Blanchard, Randy | |
| Blanchard, Reyna  L. | |
| Blanchard, Taylor | |
| Blymier, Rachelle | |
| Bohne, Barrett | |
| Bohne, Jacob | |
| Bohne, Jeffrey | |
| Bohne, Lindsey | |
| Bollinger, Kimberly  Michelle | |

| | |
|---|---|
| Bondio, Petrina A. | . |
| Bonnecarre, Brandon Charles | . |
| Bonnecarre, Clinton | . |
| Bonomo, Patricia | . |
| Bordelon, Jennifer G. | . |
| Bordelon, Zachary Paul | . |
| Borne, Sheila K. | . |
| Bostic, Ryan Michael | . |
| Boudreaux, Laura Bradley | . |
| Bourg, Charmaine L. | . |
| Bourg, Zachary D. | . |
| Bourquard, Connie Thompson | . |
| Bourquard, Rene A. | . |
| Bowers, Cathleen | . |
| Bowers, Cathleen | . |
| Bowman, Geral | . |
| Boyington, Starnell | . |
| Braquet, Stacy L. | . |
| Braquet, Stacy L. | . |
| Breaux, Ethan J. | . |
| Breaux, Ethan J. | . |
| Breaux, Hayley | . |
| Breaux, Melanie L. | . |
| Breaux, Melanie L. | . |
| Breaux, Ronald A. | . |
| Breaux, Ronald A. | |

| | . |
|---|---|
| Breaux, Ronald A. | |
| Bridgewater, Maylin | |
| Bridgewater, Xiomara | |
| Brown, Ada M. | |
| Brown, Erica M | |
| Brown, Hillary | |
| Brown, Joshua | |
| Brown, Reuben | |
| Buckel, Tina Ann | |
| Buckel, William James | |
| Buckley, Jody | |
| Buckley, Terrence | |
| Buras, Colby Mark | |
| Buras, Krystal | |
| Buras, Madelyn | |
| Buras, Mark | |
| Buras, Nicholas Justin | |
| Burke, Jaeda N. | |
| Burke, Kelly R. | |
| Burkhardt, Barbara Landry | |
| Burns, Darin Joseph | |
| Burns, Giouliana Beth | |
| Burns, Joylin Rita | |
| Bush, Charlene | |
| Buuck, Robert | |