THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421     Fax: (504) 271-1961

**Gabourel, et als v. Alliance Homes, Inc. d/b/a/ Adrian Homes, et al., E.D.L.A. No. 09-4842**

| |  |
|---|---|
| DeBlonde, Crystal Holley | |
| Gabourel, Christopher J. | |
| Gabriel, Jareka Latoya | |
| Gabriel, Jorey Jamal | |
| Gabriel, Kevin | |
| Gabriel, Sherman Donald | |
| Gadwaw, Krissy Marie | |
| Gaeta, Carol A. | |
| Gaeta, Denise Annette | |
| Gagliano, Lucas J. | |
| Gagliano, Rosemary Everhardt | |
| Gallardo, Cynthia P. | |
| Gallardo, Cynthia P. | |
| Gallardo, Cynthia P. | |
| Gallardo, Henry E. | |
| Gallardo, Henry E. | |
| Gallardo, Manny Ernest | |
| Gallaty, Margret Adams | |
| Gallaty, Robert Frederick | |
| Gardere, Leo E. | |
| Gardere, Patricia | |
| Gauci, Mary R. | |

| | . |
|---|---|
| Gaudet, Bonnie Jochum | |
| Gauthier, Brandy Elizabeth | |
| Gauthier, Daniel J. | |
| Geraci, Darryl C. | |
| Geraci, Manuel | |
| Gerkin, Jesse Luke | |
| Gervais, Sandra Virginia | |
| Gervais, Terry Lynn | |
| Gifford, Kim | |
| Gifford, Taylor | |
| Gonzalez, Laura Marie | |
| Gonzalez, Laura Marie | |
| Gordon, Ariel | |
| Gougisha, Bertram Aloysius | |
| Gras, Mary G. | |
| Graves, Alfred Perry | |
| Graves, Alfred Perry | |
| Green, Betty Harrison | |
| Green, Bruno | |
| Green, Darren Anthony | |
| Green, Darren Anthony | |
| Green, Darren Anthony | |
| Green, Dorien Ahmad | |
| Green, Dorien Ahmad | |
| Green, Dorien Ahmad | |
| Green, India Quinnesha Brenda | |

| | |
|---|---|
| Green, Jada | . |
| Green, Jada | . |
| Green, Randy | . |
| Green, Yolanda | . |
| Gremillion, Katelyn | . |
| Guerra, Catherine L | . |
| Guerra, Catherine L | . |
| Guerra, Colby Rufino | . |
| Guerra, Kurt Paul | . |
| Guerrera, Deborah P. | . |
| Guerrera, Joseph A. | . |
| Guidroz, Leonard Joseph | . |
| Guidry, Jerry Anthony | . |
| Guillot, Leslie | . |
| Haindel, Eugene P. | . |
| Hampton, Chasity | . |
| Hannon, Dawne | . |
| Harper, Holly M | . |
| Harper, James A. | . |
| Harris, Rose Lee | . |
| Harvey, Earl J | . |
| Harvey, Elizabeth | . |
| Harvey, Jimmy | . |
| Hasik, Donna R | . |
| Hasik, Donna R | . |
| Hasik, Norman J. | |

| | |
|---|---|
| Hasik, Norman J. | . |
| Hauck, Benjamin | |
| Hauck, Gregory | . |
| Hauck, Gregory | . |
| Hauck, John | |
| Hauck, Rene | . |
| Hauck, Wendy | . |
| Hawkins, Evelyn B. | |
| Hawkins, Geoffrey D. | . |
| Hawkins, Thomas O | |
| Haynes, John E. | . |
| Heaney, Chasity Laine | |
| Heidel, Billy | . |
| Held, Destiny Ann | . |
| Held, Faith | |
| Held, Michael | . |
| Henderson, Hope M. | . |
| Henderson, Joshua B. | |
| Henderson, Joshua B. | . |
| Henderson, Reed S. | . |
| Henderson, Zachary | |
| Hepburn, Shykra | . |
| Hernandez, Arnel Magadia | |
| Hernandez, Bailey Jane | . |
| Hernandez, Felicia | . |
| Hernandez, James | |

| | . |
|---|---|
| Hernandez, Jeffery David | |
| Hernandez, Kacey Alexis | |
| Hernandez, Norberto | |
| Hernandez, Shannon | |
| Hill, Caffie | |
| Hill, Larry | |
| Hill, Netiokee Nekelia | |
| Holley, Carol | |
| Holley, Colby | |
| Holley, Pattie | |
| Honore, Warren Merlin | |
| Hookfin, Anthony | |
| Houston, Jasmine Renee | |
| Howard, Irene Ernst | |
| Howard, John Richard | |
| Howell, Edith H. | |
| Huber, Joseph Scott | |
| Hucke, Nellie R. | |
| Hyde, Florita Nunez | |
| Irby, Drew J. | |
| Irby, Tyrone | |
| Jackson, Cammie | |
| James, John | |
| Jefferson, Otha | |
| Jochum, Bonnie Barlow | |
| Jochum, Christian Joseph | |

| | . |
|---|---|
| Jochum, John Jacob | |
| Jochum, Vincent | |
| Jochum, Walter | |
| John, Wilson J. | |
| Johnson, Brian Joseph | |
| Johnson, Lacresha | |
| Johnson, Pamela | |
| Johnson, Tessi R. | |
| Johnson, Tessi R. | |
| Johnson, Tessi R. | |
| Johnson, Timothy | |
| Johnson, Tommy | |
| Jones, Charles | |
| Jones, Justin | |
| Jones, Sallie Oster | |
| Jorgensen, Edward | |
| Jorgensen, Elisabeth | |
| Jorgensen, Renee B. | |
| Joseph, Mary Santiago | |
| Junius, Ahmod J. | |
| Junius, Emanuel K. | |
| Junius, Keandra | |
| Junius, Kemori J. | |
| Junius, Marion | |
| Kain, John Edward | |
| Kain, Jules Brent | |

| | . |
|---|---|
| Keim, Joyce  Mary | |
| Keim, Joyce  Mary | . |
| Kellum, Eugene Joseph | . |
| Kenney, Connor | . |
| Kenney, David  L. | . |
| Kenney, John | . |
| Kenney, Julie  T. | . |
| Kenney, Kyle  R. | . |
| Kenney, Patricia A. | . |
| Kieff, Jennifer Ann | . |
| Killian, Edward Charles | . |
| Killian, Jamie Marie | . |
| Kimball, Sandra | . |
| Kinler, Brandon  Rene | . |
| Kinler, Edward Joseph | . |
| Kinler, Edward  J. | . |
| Kinler, Julie  A. | . |
| Kinler, Katie Lauren | . |
| Kirk, Bettie S. | . |
| Knoten, Carrie L | . |
| Kramer, Dorothy  C. | . |
| Kramer, William  J. | . |
| Kuntz, Brandon | . |
| Kunzli, Rosalie  Roberson | . |
| Kunzli, Rosalie  Roberson | . |
| LaBeaud, Bonnie Bryant | |

| | . |
|---|---|
| Labeaud, Kailynn | |
| LaBeaud, Kurt | |
| LaBeaud, Kurt | |
| LaCaze, Jack | |
| LaCaze, Leilyn | |
| Lacoste, Brandon Louis | |
| Lacour, Breanna L | |
| Ladner, Kevin Richard | |
| Ladner, Mike P. | |
| Ladner, Tiffany Nicole | |
| Ladut, Kristi | |
| Lafrance, Dreux | |
| Lafrance, Kacie | |
| Lafrance, Lanny David | |
| Lafrance, Lanny David | |
| Lance, Mark | |
| Landry, David | |
| Landry, Denise | |
| Landry, George | |
| Landry, Jared Norman | |
| Landry, Nichole Maria | |
| Landry, Norman Joseph | |
| Lanier, Penny Lynn | |
| Lawless, Henrietta G. | |
| Leaming, Harold Emerson | |
| Leaming, Jane Gagliano | |

| | . |
|---|---|
| Leblanc, Kathy  A. | |
| LeBlanc, Michael  J. | |
| Leblanc, Sheryl | |
| LeBoeuf, Lena  R. | |
| Leboeuf, Linda | |
| Leboeuf, Michael | |
| Ledet-Glaser, Tina Marie | |
| Lee, Brandi  Monique | |
| Lee, Dionne | |
| Lee, Johnnie Raye | |
| Lee, Johnnie Raye | |
| Lee, Marita  Scott | |
| Lehrisse, Melissa A | |
| LeJeune, Emilda  M. | |
| Lentz, Eric H. | |
| Lentz, Eric H. | |
| Lewis, Betty  Lorraine | |
| Lewis, Greg A | |
| Lewis, Kendrall C | |
| Lewis, Louis  Albert | |
| Lewis, Tammy  Evans | |
| Leydecker, Chris  Joseph | |
| Leydecker, Chris  Joseph | |
| Leydecker, Sue  Ann | |
| Lodriguss, Antoinette | |
| Lodriguss, Patrick J | |

| | . |
|---|---|
| Longo, Gay Lynn Ann | |
| Longo, Gregory Peter | |
| Lopez, Jerry | |
| Lopez, Thomas | |
| Lopiccolo, Kayla Rae | |
| Lowe, Lisa Barras | |
| Lucas, Cade J | |
| Lucas, Cade J | |
| Lucas, Cameron J | |
| Lucas, Hayley R | |
| Lucas, Taylor R | |
| Luna, Anthony | |
| Luscy, Richard | |
| Lynch, John | |