THE LAW OFFICES OF
# SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421      Fax: (504) 271-1961

**Mackles, et als v. Alliance Homes, Inc. d/b/a/ Adrian Homes, et al., E.D.L.A. No. 09-4843**

| |  |
|---|---|
| Mackles, Troy | |
| Mackles, Troy | |
| Magee, Demond | |
| Magee, George W. | |
| Magee, Yvette | |
| Mamelli, Charles | |
| Mamelli, Rosemary | |
| Mankin, Katie E | |
| Manzella, Joe Bruce | |
| Marengo, Lukey Lucien | |
| Mariano, Deborah Sue | |
| Marino, Melissa Lynne | |
| Marks, John | |
| Marti, Christopher P. | |
| Martin, Deborah P. | |
| Martin, John C. | |
| Martin, Michael C | |
| Martin, Michael | |
| Martin, Treasure Coppersmith | |
| Martinez, Connie Wood | |
| Martinez, Evelyn P. | |
| Martinez, Grace B. | |

| | |
|---|---|
| Mauterer, Ronald | . |
| Mayeaux, Sandra A. | . |
| Mayeaux, Stanley P. | . |
| Mayeux, Raymond Mark | . |
| McElroy, Stephanie | . |
| McGuire, Ryan Emanuel | . |
| McKenzie, Thomas | . |
| McSwain, Kelly Janneck | . |
| Melancon, Johnny | . |
| Melancon, Johnny | . |
| Melendez, Louis | . |
| Menard, Jean R | . |
| Menesses, Alfred J. | . |
| Menesses, Kristy Morain | . |
| Mercier, Mary L. | . |
| Meyer, Alex | . |
| Meyer, Corey | . |
| Meyer, Dana | . |
| Meyer, Katherine A. | . |
| Meyer, Medric | . |
| Meyer, Medric Richard | . |
| Meyer, Ricky | . |
| Meyers, Ezilda | . |
| Meyers, Irwin | . |
| Meyers, Kristy Marie | . |
| Meyers, Lacie Lynn | . |

| | |
|---|---|
| Meyers, Marie C. | |
| Miller, Aaronisha M. | |
| Miller, Alicia M. | |
| Miller, Alyson R. | |
| Miller, Angie | |
| Miller, Ariane M | |
| Miller, Arthur E. | |
| Miller, Brandin K. | |
| Miller, Brandon | |
| Miller, Dawn | |
| Miller, Debra Ann | |
| Miller, Devin E. | |
| Miller, Edmund Louis | |
| Miller, Elnisha | |
| Miller, Jacquetta M | |
| Miller, Jakea | |
| Miller, Jessie Troy | |
| Miller, Jonathan R. | |
| Miller, Kenneth Alexander | |
| Miller, Kenneth Alexander | |
| Miller, Lakisha | |
| Miller, Mary Courtney | |
| Miller, Sabrina M. | |
| Miller, Samantha M. | |
| Miller, Trevon Marcel | |
| Miller, Troydel | |

| | |
|---|---|
| Miller, Wendy | |
| Mills, Nancy | |
| Mims, Harold W. | |
| Misuraca, Silvestro J. | |
| Mitchell, Stephanie | |
| Mitchell, Stephanie Ann | |
| Mitchell, Zina | |
| Mizzelle, Hazel Catherine | |
| Mocklin, Richard L. | |
| Mocklin, Richard L. | |
| Monaghan, Priscilla Lynn | |
| Mondello, Charles Joseph | |
| Mondello, Charles Joseph | |
| Montana, Joseph | |
| Montz, Grace | |
| Moody, James | |
| Moore, Alex | |
| Moore, Bryan Keith | |
| Moore, Bryan Keith | |
| Moore, Matthew J. | |
| Moore, Nicholas J. | |
| Moore, Nomakia | |
| Morain, Gerald Thomas | |
| Morain, Judy Ann | |
| Morain, Michael D. | |
| Morales, David | |

|  | . |
|---|---|
| Morales, Eugene |  |
| Morales, Karen |  |
| Morehead, Treiana |  |
| Morgan, Jewell |  |
| Morise, JoAnn A |  |
| Morise, Mark |  |
| Morris, Carolyn |  |
| Mosely, Gwendolyn Damond |  |
| Mosely, Jazlyn N |  |
| Mosley, Jazlyn |  |
| Mosley, Jazlyn |  |
| Mosley, Leslie |  |
| Mullen, Jennifer Achee |  |
| Mullet, John J |  |
| Mumphrey, Frank |  |
| Munch, Daniel B. |  |
| Munch, Daniel K |  |
| Murla, Charlotte |  |
| Murla, Macy Felicia |  |
| Murla, Matthew S |  |
| Murphy, James Henry |  |
| Murray, Bryant Joseph |  |
| Murrell, Megan |  |
| Murrell, Rene Stephen |  |
| Naquin, Andreau Ricord |  |
| Naquin, Wilson Joseph |  |

| | |
|---|---|
| Narcisse, Hilda Mae | |
| Nastasi, Michelle | |
| Nelms, Hattie Harriette | |
| Nelms, John | |
| Nelson, Trey P. | |
| Neumeyer, Kerilynn | |
| Neumeyer, Rodney | |
| Neumeyer, Rodney J. | |
| Nonenmacher, Paula Dalton | |
| Nunez, Gladys | |
| Nuschler, Linda Coleman | |
| OConnor, Darren M. | |
| Onidas, Martin D. | |
| Onidas, Martin D. | |
| Onidas, Melinda A. | |
| Onidas, Melinda A. | |
| Ortiz, Berta Caridal | |
| Ortiz, Linda A. | |
| Ortiz, Manuel M. | |
| Ostendorf, Brandy | |
| Oster, Atrisha | |
| Ourso, Cristy Ruiz | |
| Ourso, Jessica Louise | |
| Ourso, Katie Theresa | |
| Ourso, Rodney J. | |
| Owen, Mary R. Bernadine | |

| | |
|---|---|
| Owen, Rhonda | . |
| Owen, Thomas Joseph | . |
| Padilla, Stacey | . |
| Pagona, Kelly M. | . |
| Patten, Emmet | . |
| Payne, Dontre Jarmal | . |
| Payne, Dontrell | . |
| Payne, Kowanda Ketrice | . |
| Pellerano, Angela | . |
| Penny, William G | . |
| Penny, William G | . |
| Peralta, Ernest I. | . |
| Peralta, Zachary | . |
| Peralta, Zachary | . |
| Perera, Alida Bernard | . |
| Perera, Philip Claude | . |
| Perez, Linda | . |
| Perez, Warren A. | . |
| Perry, Joseph L. | . |
| Peters, Eurdel Eugene | . |
| Peters, Kentrell R. | . |
| Peters, Kentrell R. | . |
| Peterson, Darnell | . |
| Peterson, Mandi Lynn | . |
| Petitfils, Brooklynn Taylor | . |
| Petitfils, Cynthia | |

| | |
|---|---|
| Petitfils, Paul Joseph | |
| Petitfils, Paul Joseph | |
| Petitfils, Paul Joseph | |
| Pfiffner, Lacey | |
| Pfiffner, Raymond | |
| Pfiffner, Shaun Michael | |
| Phillips, Kaymine Omar | |
| Phillips, Kennedy Nicole | |
| Pilet, Lester William | |
| Pilet, Petrus James | |
| Pineda, Herman A | |
| Pizarro, Bethsy Parajon | |
| Planchard, Evelyn F. | |
| Polk, Mary Louise | |
| Pomes, Brandi | |
| Press, Jeremiah Leroy | |
| Press, Junice Shirley | |
| Press, Shannon Trenice | |
| Prestwood, Christopher | |
| Prestwood, Haylie | |
| Prestwood, Jessica | |
| Prestwood, Joella | |
| Prestwood, Michelle | |
| Prestwood, Tristan | |
| Punch, Israel Jasson | |
| Punch, Jade Mae Tao | |

| | |
|---|---|
| Punch, Jordan Alexis | . |
| Quintana, Joshua C. | . |