THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
**8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043**
Tel: (504) 271-8421      Fax: (504) 271-1961

**Umbehagen, et als v. Alliance Homes, Inc. d/b/a/ Adrian Homes, et al., E.D.L.A. No. 09-4844**

|  |  |
|---|---|
| McLeod, Frances Erato |  |
| Ross, John C. |  |
| Ross, Joseph E. |  |
| Umbehagen, Jonathan L. |  |
| Umbehagen, Joshua Michael |  |
| Umbehagen, Justin |  |
| Umbehagen, Lisa Stroemple |  |
| Unbehagen, Melissa M. |  |
| Upright, Jack |  |
| Vallelungo, Briana P. |  |
| Vandenborre, Benjamin Henry |  |
| Vandenborre, Brittany Lynn |  |
| Vandenborre, Henry Herbert |  |
| Vandenborre, Henry Herbert |  |
| Vandenborre, Rashelle Ann |  |
| Verdon, Julia |  |
| Verdon, Julia |  |
| Verdon, Kenneth |  |
| Verdon, Kenneth |  |
| Verdon, Kenneth |  |
| Verdon, Kenneth |  |
| Verdon, Shannon |  |

| | . |
|---|---|
| Verdon, Shannon | |
| Vicknair, Marie Ann | |
| Victoriana, John | |
| Villenwaver, Lauren | |
| Vixon, Bruce | |
| Vixon, Jeanne | |
| Voebel, Luke | |
| Voebel, Matthew | |
| Vosbein, Merlin J. | |
| Vucinovich, Jolynn M. | |
| Vucinovich, Thomas Frank | |
| Vucinovich, Warrine Luening | |
| Wahl, Michael Anthony | |
| Walgamotte, Micaela L | |
| Walker, Angela Onidas | |
| Walker, Marvin D. | |
| Walker, Roosevelt | |
| Walker, Roosevelt | |
| Wallace, Chrys E. | |
| Wallace, Clarence E. | |
| Wallace, Destany M. | |
| Wallace, Michael | |
| Wallace, Pamela C. | |
| Wallace, Theresa | |
| Washington, Howard | |
| Washington, Shikari K. | |

| | . |
|---|---|
| Watson, Ruby Lee | |
| Weiskopf, Bernard | |
| Weiskopf, Devin Dane | |
| Welbrock, George Lawrence | |
| Welbrock, Nicole Marie | |
| White, Louise | |
| White, Nicholas Michael | |
| Williams, Bernell | |
| Williams, Bobbie Lynell | |
| Williams, Bobbie Lynell | |
| Williams, Carrie Mae | |
| Williams, Christopher | |
| Williams, David Joseph | |
| Williams, Eldridge | |
| Williams, Estella Mae | |
| Williams, Jashina | |
| Williams, Juline | |
| Williams, Onita | |
| Williams, Ozzie Fezell | |
| Williams, Ozzie Fezell | |
| Williams, Trenton | |
| Williamson, Angela Marie | |
| Wilson, Danny Joseph | |
| Wilson, Gabrielle | |
| Wilson, John D. | |
| Wilson, Sandra J | |

|  |  |
|---|---|
| Wilson, Zachary |  |
| Winding, Ciarika LaShea |  |
| Winding, Ciarika LaShea |  |
| Winding, Curtis Lee |  |
| Winding, Curtis Lee |  |
| Winding, Curtis Lee |  |
| Winding, Curtis Lee |  |
| Winding, Wanda Theresa |  |
| Winding, Wanda Theresa |  |
| Winesberry, Michael |  |
| Wingerter, Jade M. |  |
| Wingerter, Jade M. |  |
| Wojtan, Anthony |  |
| Wolinski, George Anthony |  |
| Wolinski, Johnny Thomas |  |
| Wood, Michael C. |  |
| Woodruff, Jodie Hebert |  |
| Woodruff, John C. |  |
| Woodruff, Michael Anthony |  |
| Wuertz, Chasity Marie |  |
| Young, Jessica Ashley |  |
| Young, Jessica Ashley |  |
| Zito, Rainell M |  |