THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421     Fax: (504) 271-1961

**Rabalais, et als v. Alliance Homes, Inc. d/b/a/ Adrian Homes, et al., E.D.L.A. No. 09-4845**

| |  . |
|---|---|
| Chilton, Belinda Salande | |
| Rabalais, Louis | |
| Ragan, Lisa | |
| Ragan, Richard R. | |
| Ragan, Stacey | |
| Randall, Betty  J. | |
| Randall, Earl | |
| Randall, Sherry | |
| Rando-Short, Belinda  J. | |
| Ranko, Ellis G | |
| Ranko, Kirk | |
| Ranko, Kirk  Joseph | |
| Ranko, Madison  Claire | |
| Ranko, Mariah W | |
| Reed, Alayah | |
| Reed, Henry | |
| Reed, Mary | |
| Reed, Ronald | |
| Reed, Ryan | |
| Reeves, Annie Dufay | |
| Reeves, Chloe | |
| Reeves, Faith | |

| | . |
|---|---|
| Reeves, Tonya | |
| Reeves, Tonya | |
| Repath, Jean Paul | |
| Resendez, Alexis | |
| Resendez, Allie | |
| Resendez, Brandi | |
| Resendez, Jesse | |
| Retif, Shelia | |
| Reyes, Lexi L. | |
| Reyes, Mary Sachatana | |
| Reynolds, Karen | |
| Rhea, Everett Joseph | |
| Rhodes, Anthony Lee | |
| Rhodes, Anthony | |
| Rhodes, KeIrell (Molly) Ariyan | |
| Rhodes, KeIrell (Molly) Ariyan | |
| Rhodes, Kionne Y. | |
| Rhodes, Kionne Y. | |
| Rhodes, Kionne Y. | |
| Rhodes, Molly | |
| Rhodes, Tremayne T | |
| Richard, Abigail Marie | |
| Richard, Audrey S. | |
| Richard, Barbara Ann | |
| Richard, Brian Joseph | |
| Richard, Chermaine L. | |

| | |
|---|---|
| Richard, Chevelle | . |
| Richard, Damalis | . |
| Richard, Derrick | . |
| Richard, Glenda | . |
| Richard, Joseph | . |
| Richard, Kenya Glenda | . |
| Richard, Paula | . |
| Richard, Perry | . |
| Richard, Schwanda | . |
| Richard, Shawn Michael | . |
| Richards, Marvin L. | . |
| Richards, Michael Lewis | . |
| Richards, Michelle | . |
| Richardson, Deionna B. | . |
| Richardson, Eugene | . |
| Richardson, Gerald H. | . |
| Richardson, Maryann Peterson | . |
| Richardson, Tannitia | . |
| Rickli, Elizabeth O. | . |
| Rico, Julie Marie | . |
| Riley, Barbara A. | . |
| Riley, Christian Michael | . |
| Riley, Corey Matthew | . |
| Riley, Shelly Lynn | . |
| Rimkus, Linda | . |
| Rimkus, Richard | . |

| | |
|---|---|
| Rinkus, Anthony | |
| Risbourg, Devin Jules | |
| Rizzuto, Dawn | |
| Roach, Nathan Joseph | |
| Roberts, Alexandra J | |
| Roberts, Kellie | |
| Robichaux, Rusty | |
| Robin, Hannah Barbara | |
| Robin, Hannah Barbara | |
| Robin, Holly Lorinn | |
| Robin, Holly Lorinn | |
| Robin, Jonathan Michael | |
| Robin, Jonathan Michael | |
| Rodgers, Gabrielle Beth | |
| Rodgers, Jennifer Dawn | |
| Rodgers, Richard Anthony | |
| Rodriguez, Brandy | |
| Rodriguez, Brendan A. | |
| Rodriguez, Frank J. | |
| Rodriguez, Jason | |
| Rodriguez, Susan Tardo | |
| Roger, Kaylin | |
| Roger, Kenneth | |
| Rohrbacker, Judy | |
| Rome, Amanda | |
| Rome, Jodi LaFrance | |

| | |
|---|---|
| Rome, Judith B. | |
| Rome, Macy Lynn | |
| Rome, Nathaniel | |
| Rome, Roland Jodi | |
| Rome, Ronald | |
| Rome, Ryan Matthew | |
| Rome, Tiffany | |
| Roney, Tamra D. | |
| Rooney III, L.H. | |
| Roth, Rachel | |
| Roussell, Evelyn | |
| Rowan, Marie | |
| Ruiz, Alexander L. | |
| Ruiz, Camille | |
| Ruiz, Gary Michael | |
| Ruiz, Gary Michael | |
| Ruiz, Gerald P. | |
| Ryan, John | |
| Saavedra, Casey Holley | |
| Saavedra, Kaleb | |
| Saavedra, Kenneth A. | |
| Saavedra, Nathan | |
| Salazar, Alexis | |
| Salazar, Brooke | |
| Salazar, Erin | |
| Salazar, Gregory | |

| | . |
|---|---|
| Salazar, Raven | . |
| Salez, Carolyn Wigley | . |
| Salez, Edward H | . |
| Salez, Justin M. | . |
| Sambrano, Carmen | . |
| Sambrano, Roberto | . |
| Sampson, Dana | . |
| Sanchez, Ana Maribel | . |
| Sanchez, Darlene Brown | . |
| Sand, Chris | . |
| Sand, Miko Athena | . |
| Sand, Myranda | . |
| Santana, Bobbie L | . |
| Santiago, Angela | . |
| Santiago, Darren Martin | . |
| Santiago, Precious | . |
| Santiago, Tremayne | . |
| Santos, Juan Jose | . |
| Sarmiento, Charles | . |
| Sarmiento, Dolores G | . |
| Sartalamacchia, Adam | . |
| Sass, Richard | . |
| Saucier, Aaron Mitchell | . |
| Savoy, Anthony T. | . |
| Savoy, Jason Anthony | . |
| Savoy, Sandra Lee | . |

| | . |
|---|---|
| Schaefer, Philip Joseph | |
| Schmiderer, Ashley | |
| Schoenberger, Amber | |
| Schoenberger, Victoria | |
| Schule, Stephen | |
| Schultz, Ray | |
| Schwartz, Ricky | |
| Scott, Lionel | |
| Secrest, Kimberly | |
| Sercovich, George A | |
| Serigne, Lionel | |
| Serpas, Ramona R. | |
| Shaneyfelt, James | |
| Shaneyfelt, Selena Ann | |
| Shaneyfelt, Shalane | |
| Shelvin, Mikel | |
| Sherman, Kenilyn S. | |
| Short, Belinda | |
| Shuff, Kazia Marie | |
| Sibley, David | |
| Sino, Angelique | |
| Sino, Jarell | |
| Sino, Joseph | |
| Sino, Joseph | |
| Sino, Joseph | |
| Sino, Kiara Monet | |

| | |
|---|---|
| Sino, Maureen | |
| Sino, Melver Bailey | |
| Sino, Terrance Kene | |
| Sino, Troy | |
| Smith, Barbara June | |
| Smith, Cierra Ashley | |
| Smith, David Peter | |
| Smith, Dimonique | |
| Smith, Grace R. | |
| Smith, Jalen Gray | |
| Smith, Janell | |
| Smith, Ranada | |
| Smith, Rosalyn Sara | |
| Smith, Shantell Trenell | |
| Smith, Sterling | |
| Smith, Tyrone | |
| Songy, Rebecca Jill | |
| Sonnier, Jeanette Murphy | |
| Squires, Alan | |
| Squires, Virginia B. | |
| Stechmann, Arianne R. | |
| Stechmann, Rhonda Cure | |
| Stephany, Brandi Marylynn | |
| Stephany, Frank Matas | |
| Stephany, Nickolaus Henry | |
| Stera, Elmenia | |

| | |
|---|---|
| Stera, Louis | . |
| Sterling, Caleb Keaton | . |
| Sterling, James | . |
| Sterling, Shantrelle | . |
| Sterling, Sharelle | . |
| Sterling, Tanisha Terese | . |
| Stevens, Benny | . |
| Stevens, Kecia | . |
| Stevens, Kim | . |
| Stevenson, Alice | . |
| Stevenson, Latisha | . |
| Stewart, Carl E | . |
| Stowers, Cheryl | . |
| Stroebel, Matthew Thomas | . |
| Stroebel, Victoria Lodriguss | . |
| Stroemple, Justin Michael | . |
| Summers, Paulette | . |
| Sumner, Jayce A | . |
| Sumner, Jayce A | . |
| Sumner, Judy C. | . |
| Sumner, William Thomas | . |
| Sumner, William Thomas | . |
| Sussmann, Sylvia | . |
| Sylvester, Cyria | . |
| Sylvester, Nicole | . |
| Sylvester, Nyria | |

| | . |
|---|---|
| Taconi, Aubrey Marie | |
| Taconi, Jeanne Leigh | |
| Taconi, Scott Michael | |
| Tamor, Charles | |
| Tamor, Vincent | |
| Tamor, Vincent C. | |
| Taylor, Archelle Brionne | |
| Taylor, Harleigh | |
| Taylor, Hunter | |
| Taylor, John Troy | |
| Taylor, LaShawn Cierra | |
| Taylor, Tiffany | |
| Terry, Alex Lee | |
| Terry, Christy R. | |
| Terry, William Larry | |
| Terry, William Larry | |
| Thomas, Charles R. | |
| Thomas, Tammy Reeves | |
| Thore, Kayla M. | |
| Thore, Michael R | |
| Thornley, Mindy Lynn | |
| Timberlake, Misty Gayle | |
| Tinsley, Ellen | |
| Tinson, Kendrick | |
| Tinson, Kendrick | |
| Tircuit, Jacki | |

| | |
|---|---|
| Tircuit, Jacki | |
| Tircuit, Landin | |
| Tircuit, Raymond | |
| Tircuit, Raymond | |
| Totorico, Gwendolyn W. | |
| Trahan, Michael | |
| Trahan, Michelle | |
| Tranchina, Vinnie | |
| Tranchina, Vinnie F | |
| Trayanoff, Christy | |
| Treadaway, Abbilee | |
| Treadaway, Taylor | |
| Tremblay, Ronald James | |
| Trentecosta, Gordon J. | |
| Troxclair, Ronald | |
| Tumminello, Charles S. | |
| Tumminello, Yvette C. | |
| Turgeau, Elenora C. | |
| Turgeau, Joseph P. | |