UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO:
*Earline Castanel, et al. v. Recreation by Design, LLC, et al.*
Case No. 09-3251 (E.D. La.)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES' CONSENT MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS "MOTION TO DISMISS PLAINTIFF EARLINE CASTANEL'S FTCA CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION" (Rec. Doc. 8629)**

Defendant, the United States of America, hereby moves for leave to file a Reply Memorandum in support of its "Motion to Dismiss Plaintiff Earline Castanel's FTCA Claims for Lack of Subject Matter Jurisdiction" (Rec. Doc. 8629). The Court should grant the requested leave for the reasons set forth in the supporting memorandum filed herewith.

Dated:  December 29, 2009                                  Respectfully Submitted,

TONY WEST                                                            HENRY T. MILLER
Assistant Attorney General, Civil Division         ADAM BAIN
                                                                                   Senior Trial Counsel
J. PATRICK GLYNN
Director, Civil Division, Torts Branch                MICHELLE BOYLE
                                                                                   MICHELE GREIF
DAVID S. FISHBACK                                             JONATHAN WALDRON
Assistant Director                                                 Trial Attorneys

| | |
|---|---|
| OF COUNSEL: | *s/ Adam M. Dinnell* |
| | ADAM M. DINNELL (TX No. 24055405) |
| JORDAN FRIED | Trial Attorney |
| Associate Chief Counsel | United States Department of Justice |
| | Civil Division, Torts Branch |
| JANICE WILLIAMS-JONES | P.O. Box 340, Ben Franklin Station |
| Senior Trial Attorney | Washington, DC 20004 |
| Federal Emergency Management Agency | Telephone: (202) 616-4211 |
| Department of Homeland Security | Adam.Dinnell@usdoj.gov |

Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*s/ Adam M. Dinnell*
ADAM M. DINNELL (TX No. 24055405)