UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER　　　　　　　　　　MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION　　　　　　　　　　SECTION "N" (5)
　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:
*Earline Castanel, et al. v. Recreation by Design, LLC, et al.*
Case No. 09-3251 (E.D. La.)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES' MEMORANDUM IN SUPPORT OF ITS CONSENT MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS "MOTION TO DISMISS PLAINTIFF EARLINE CASTANEL'S FTCA CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION" (Rec. Doc. 8629)**

　　　　Defendant, the United States of America, hereby submits this Memorandum in support of its Consent Motion for leave to file a Reply Memorandum in support of its "Motion to Dismiss Plaintiff Earline Castanel's FTCA Claims for Lack of Subject Matter Jurisdiction" (Rec. Doc. 8629). The Court should grant the requested leave in order to afford the United States an opportunity to reply to the arguments advanced in the "Response/Memorandum in Opposition filed by Plaintiffs' Liaison Counsel" (Rec. Doc. 9402). Undersigned counsel has contacted all opposing counsel and there is no objection to the filing of a Reply Memorandum. Accordingly, for good cause shown, the United States requests that the Court grant this Consent Motion and enter the attached Proposed Order.

Dated:  December 29, 2009　　　　　　　　Respectfully Submitted,

TONY WEST　　　　　　　　　　　　　　　HENRY T. MILLER
Assistant Attorney General, Civil Division　　ADAM BAIN
　　　　　　　　　　　　　　　　　　　　　Senior Trial Counsel

J. PATRICK GLYNN
Director, Civil Division, Torts Branch　　　　MICHELLE BOYLE
　　　　　　　　　　　　　　　　　　　　　MICHELE GREIF

| | |
|---|---|
| DAVID S. FISHBACK<br>Assistant Director | JONATHAN WALDRON<br>Trial Attorneys |
| OF COUNSEL: | *s/ Adam M. Dinnell*<br>ADAM M. DINNELL (TX No. 24055405) |
| JORDAN FRIED<br>Associate Chief Counsel | Trial Attorney<br>United States Department of Justice<br>Civil Division, Torts Branch |
| JANICE WILLIAMS-JONES<br>Senior Trial Attorney<br>Federal Emergency Management Agency<br>Department of Homeland Security | P.O. Box 340, Ben Franklin Station<br>Washington, DC 20004<br>Telephone: (202) 616-4211<br>Adam.Dinnell@usdoj.gov |
| | Attorneys for Defendant United States |

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*s/ Adam M. Dinnell*
ADAM M. DINNELL (TX No. 24055405)