IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARK ENCLARDE** | * | **DOCKET NO. 09-6182** |
| | * | |
| | * | |
| **versus** | * | **SECTION "N" (KDE)** |
| | * | |
| *PATRIOT HOMES, INC.* | * | |
| *SHAW ENVIRONMENTAL INC.,* | * | **MAGISTRATE "5" ALC** |
| *FLUORENTERPRISES INC., CH2HMILL* | * | |
| *CONSTRUCTORS INC.,* **and** | * | |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**PLAINTIFFS FIRST AMENDED COMPLAINT**</u>

Now into Court through undersigned counsel come Plaintiffs and pursuant to the F.R.C.P. (15) (a) (1) (A), amends the original complaint filed herein in the following particulars:

I.  Plaintiffs adopt herein as if copied in extenso all the allegations of the original complaint.

II. Made additional parties defendant herein is Insurco, Limited. On information belief an insurer licensed to do and doing business in the State of Louisiana and subject to Louisiana's Direct Action Statue.

III. At all pertinent times hereto the above named defendant/insurer had in full force and effect policies of commercial liability insurance issued to the original defendant and Patriot Homes, Inc.

IV.    Plaintiffs bring this action directly against the named insurers pursuant to the Louisiana Direct Action Statue.

Wherefore, plaintiffs pray that the defendant/insurer be cited and served, and after due proceedings be had there be judgment in their favor and against all defendants as more fully set forth in the original complaint herein.

*Respectfully Submitted,*

JIM S. HALL & ASSOCIATES, LLC

s/ Jim S. Hall
*JIM S. HALL (#21644)*
*JOSEPH W. RAUSCH (#11394)*
*800 N. CAUSEWAY BLVD., STE. 100*
*METAIRIE, LOUISIANA 70001*
*PHONE NUMBER: (504-832-3000)*
*FAX NUMBER: (504-832-1799)*
*E-Mail Address: jim@jimshall.com*