UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                         MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                            SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Paul Alexis, et al. v. Monaco Coach Corporation, et al.*
No. 09-4839

*****************************************************************************

## FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come **Paul Alexis**, *et al.*, who supplement and amend their original Complaint for Damages *Paul Alexis, et al. v. Monaco Coach Corporation, et al.,* **No. 09-4839**(Rec. Doc. 1) filed on July 31, 2009. Plaintiffs seek to supplement and amend the original Complaint for Damages to add the named plaintiff(s) listed in Exhibit A, attached, to add one additional No-Bid Contractor defendant and one insurer defendant, to correct a legal citation in the Original Complaint, and to reassert all claims against the defendants named herein.

While no answer has been filed in the underlying matter, responsive pleadings in the form of "Preservation of Defenses" may have been filed by one or more of the defendants. Plaintiffs herein simply desire to file a First Supplemental and Amending Complaint for Damages to include the additional parties plaintiff and defendant, and to make the citation correction. No undue prejudice will result in allowing the attached First Supplemental and Amending Complaint for Damages to be filed since no trial date has yet been scheduled.

Plaintiffs supplement and amend the original, underlying Complaint for Damages in the following respects and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein.

1.

By supplementing **Section I.** (Parties), paragraph 2 of the Original Complaint for Damages by adding as parties plaintiff hereto the individuals who are all named in the annexed listing of all Named Plaintiffs (hereinafter, "Exhibit A").

2.

By supplementing **Section I.** (Parties), paragraph 4 of the Original Complaint for Damages by adding as additional party defendant the following Insurer defendant:

"4(A) Defendant **American International Group** is, upon information and belief, a foreign insurance corporation licensed to do and doing business in the State of Louisiana which, at all times relevant herein, had in force and effect a policy or policies of commercial general liability insurance and/or Pollution Legal Liability and/or Excess Liability providing coverage to unnamed, bankrupt defendant **Monaco Coach Corporation** ("Monaco") for the risks involved in the incident sued upon herein, including coverage for these defendants, and by the terms of which said defendant insurer is liable to Louisiana plaintiffs and may be sued under the Louisiana Direct Action Statute, La. R.S. 22:1269."

3.

By supplementing **Section I.** (Parties), paragraph 10 of the Original Complaint for Damages by adding as additional party defendant the following No-Bid Contractor defendant:

"10(A) **Jacquet Construction Services, LLC** ("Jacquet")(collectively with Fluor, Shaw, and CH2M, hereinafter the "No-Bid Defendants"), a Louisiana limited liability company with its principal place of business in Louisiana, licensed to do business in the State of Louisiana and in good standing, received a No-Bid contract from FEMA and was tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita in the State of Louisiana."

4.

By amending **Section II.** (Jurisdiction and Venue), paragraph 14 to read as follows:

"The **Insurers, American International Group, American International Specialty Lines, Lexington Insurance Company, and, Insurance Company of the State of Pennsylvania** are subject to the in personam jurisdiction of this Court because they do sufficient business in the State of Louisiana and within this federal district to confer same, and at all relevant times hereto engaged in commerce both in this federal district and in the State of Louisiana with respect to the activities and claims which are the subject of this litigation."

5.

By amending **Section II.** (Jurisdiction and Venue), paragraph 15 to read as follows:

"The **No-Bid Defendants, CH2M, Shaw, Fluor, and Jacquet** are subject to the in personam jurisdiction of this Court because they do sufficient business in the State of Louisiana and within this federal district to confer same, and at all relevant times hereto engaged in commerce both in this federal district and in the State of Louisiana with respect to the activities and claims which are the subject of this litigation."

3

6.

By substituting the citation "La. R.S. 1269" for the Louisiana Direct Action Statute, which originally was pled as "La. R.S. 22:655".

WHEREFORE, plaintiffs respectfully supplement and amend the Original Complaint for Damages in the foregoing respects, they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:   s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
**Counsel for plaintiffs**

**SERVICE OF PROCESS INFORMATION**

1. **The United States of America**
   Through the United States Attorney General,
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
   And
   Through the Office of the U.S. Attorney for the Eastern District of Louisiana
   Through Jim Letten, United States Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, Louisiana 70130

2. **Federal Emergency Management Agency**
   Through the Office of the Director
   Administrator of the Federal Emergency Management Agency
   500 C Street S.W.
   Washington, D.C. 20472

3. **American International Group**
   Through it Agent For Service of Process
   The Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, Louisiana 70809

4. **American International Specialty Lines**
   Through the Louisiana Secretary of State
   Legal Services Section
   Post Office Box 94125
   Baton Rouge, Louisiana 70804-9125

5. **Lexington Insurance Company**
   Through the Louisiana Secretary of State
   Legal Services Section
   Post Office Box 94125
   Baton Rouge, Louisiana 70804-9125

6. **Insurance Company of the State of Pennsylvania**
   Through the Louisiana Secretary of State
   Legal Services Section
   Post Office Box 94125
   Baton Rouge, Louisiana 70804-9125

7. **Shaw Environmental, Inc.**
   Through its Counsel of Record
   Karen Whitfield
   Baker Donelson, Bearman, Caldwell & Berkowitz, PC
   201 St. Charles Ave.
   Suite 3600
   New Orleans, LA 70170

8. **Fluor Enterprises, Inc.**
   Through its Counsel of Record
   Charles Penot
   Middleberg Riddle and Gianna
   KPMG Centre
   Suite 2400
   717 Harwood
   Dallas, TX 75201

9. **CH2M Hill Constructors, Inc.**
   Through its Counsel of Record
   Gerardo Barrios
   Baker Donelson, Bearman, Caldwell & Berkowitz, PC
   #3 Sanctuary Boulevard
   Suite 201
   Mandeville, LA 70471

10. **Jacquet Construction Services, LLC**
    Through its Agent for Service of Process
    George A. Mueller, III
    4044 Gentilly Road
    New Orleans, LA 71026-4813