# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## MONACO

(1) GRACELYN MICHELLE CASANOVA, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, MONACO COACH CORPORATION and installed by UNKNOWN was located at Chalmette, La .

(2) ASHELY ARCENEAUX, INDIVIDUALLY AND ON BEHALF OF THE MINOR J.N., a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, MONACO COACH CORPORATION and installed by FLUOR was located at Violet, LA 70092.

(3) GAYLE B. SAUBAT, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, MONACO COACH CORPORATION and installed by JACQUET was located at Chalmette, La 70043.

(4) LESLIE A. SAUBAT, a resident of the full age of majority of the State of UNKNOWN, whose temporary housing unit manufactured by, or bore a model of, MONACO COACH CORPORATION and installed by JACQUET was located at Chalmette, La 70043.

(5) LOUIS J. SAUBAT, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, MONACO COACH CORPORATION and installed by JACQUET was located at Chalmette, La 70043.