## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

**IN RE: FEMA TRAILER**　　　　　　　\*   **MDL No. 1873**
**FORMALDEHYDE**　　　　　　　　　　\*
**PRODUCTS LIABILITY LITIGATION**　\* **SECTION N(5)**
　　　　　　　　　　　　　　　　　　\*
　　　　　　　　　　　　　　　　　　\* **JUDGE ENGELHARDT**
　　　　　　　　　　　　　　　　　　\*
**THIS DOCUMENT RELATES TO:**　　　\*
*Terry Jones, et al. v Starcraft RV, Inc.*　\*
*Case No. 09-3988*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and

Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First

Supplemental and Amending Complaint for Damages attached and submitted with the

foregoing motion.

　　　　　　　　　28th　　December
DATED this \_\_\_ day of \_\_\_\_, 2009 in New Orleans, Louisiana.

　　　　　　　　　　_____
　　　　　　　　　　KURT D. ENGELHARDT
　　　　　　　　　　UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola