IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   FEMA Trailer Formaldehyde Products Liability Litigation | * | MDL No. 1873 |
| | * | |
| | * | Section N(5) |
| | * | |
| | * | Judge Engelhardt |
| **This Document Relates To:** | * | |
| *Marie Allen, et al. v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc.* | * | Magistrate Chasez |
| | * | |
| *Civil Action No. 09-3482* | * | Jury Demand |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Second Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their Second Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

THIS DONE the __28th__ day of __December__, 2009 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE ENGELHARDT