IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   FEMA Trailer Formaldehyde Products Liability Litigation | * * * * | MDL No. 1873<br><br>Section N(5)<br><br>Judge Engelhardt |
| **This Document Relates To:** | * | |
| *Marie Allen, et al. v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc.* | * * | Magistrate Chasez |
| Civil Action No. 09-3482 | * | Jury Demand |

*******************************************************************************

**<u>PLAINTIFFS' UNOPPOSED SECOND SUPPLEMENTAL AND AMENDING
COMPLAINT FOR DAMAGES</u>**

NOW INTO COURT, comes Marie Allen together with all individuals whose names appear on "Exhibit A" (attached to Civ. Action No. 09-3482, Rec. Doc. 1) and "Exhibit B" (attached to Rec. Doc. 2272 ), who, through undersigned counsel, respectfully supplement and amend the Original and First Supplemental and Amending Complaints for Damages in the following respects and otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

**1.**

Named Plaintiffs seek to add Dawn B. Dickinson, (hereinafter referred to as "Newly Added Plaintiff"), in the above captioned matter.

**2.**

Upon information and belief, Newly Added Plaintiff resided in a travel trailer manufactured by Defendant Gulf Stream Coach, Inc. and installed by Defendant Fluor

1

Enterprises, Inc. in the greater New Orleans area. Newly Added Plaintiff resided in the same travel trailer (VIN 1NL1GTR2861025537) as Plaintiffs George Dickinson, Sr., George Dickinson, Jr., Dylan Dickinson and Edward Kinder added in the previously filed First Supplemental and Amending Complaint for Damages (Rec. Doc. 2272).

**3.**

Newly Added Plaintiff adopts all of the allegations, claims and prayers for relief contained in the Original Complaint for Damages filed on behalf of *Marie Allen, et al.* filed with this Court on May 7, 2009, and the First Supplemental and Amending Complaint for Damages filed with this Court on July 23, 2009. (Civ. Action No. 09-3482 and Rec. Doc. 2272).

WHEREFORE, Plaintiffs respectfully supplement and amend the Original and First Supplemental and Amending Complaint for Damages in the foregoing respects, and otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

   /s/ Hugh P. Lambert

HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 23rd day of December, 2009.

                                                          /s/ *Hugh P. Lambert*

                                                  Hugh P. Lambert, Esq. (#7933)