UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Daisy Chartion vs. Stewart Park Homes, Inc. and Shaw Environmental, Inc.*<br>No. 09-06838 | |

ORDER

Considering the foregoing motion,

IT IS ORDERED that plaintiff be granted leave to file the First Supplemental and Amending Complaint for Damages.

THUS DONE the 28th day of December, 2009, New Orleans, Louisiana.

_____
JUDGE