# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL No. 1873<br>*<br>* SECTION N(5)<br>*<br>* JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br>*Lynette Cloud, et al. v. Insurance Company of the State of Pennsylvania, et al.*<br>*Case No. 09-5316* | * |

*************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this 28th day of December, 2009 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola  LA Bar # 3962