# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE LIABILITY LITIGATION | * | MDL NO. 1873 |
| | * | SECTION: N(5) |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Kendra Cook, et al. v. Jayco, Inc., et al.* Civil Action No. 09-3603 | * | MAGISTRATE CHASEZ |
| | * | JURY DEMAND |

*****************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File Unopposed First Supplemental and Amending Complaint for Damages on Plaintiff's behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

THIS DONE the 28th day of December, 2009 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE ENGELHARDT

1