UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL  NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

                                                             SECTION "N" (5)

THIS DOCUMENT RELATES TO
09-3871; 07-9228; 09-4105; 09-5389

## PRETRIAL ORDER NO. 54

**IT IS ORDERED** that the Trial Scheduling Order (Rec. Doc. 9600) for the Keystone bellwether trial is **AMENDED** only to the extent that the heading should read, "July 19, 2010 BELLWETHER TRIAL".  All other dates and deadlines therein remain unchanged.

NEW ORLEANS, LOUISIANA, this 29th day of December, 2009.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

1