# Transcript of the Testimony of
# Earline Castanel

Date taken: December 2, 2009

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files** are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



PLAINTIFF'S EXHIBIT
A

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                                Earline Castanel

Page 34

1    A.  Not that much.
2    Q.  Okay.  Besides this problem with your
3  sinus and breathing problems, did you have any
4  other problems that you attributed to the
5  trailer?
6    A.  No, I'd just feel bad sometimes, you
7  know, start feeling bad.  I know it wasn't very
8  comfortable, that's for sure.
9    Q.  Understood.  And what I want to know
10  is, what specific type symptoms were present,
11  how you presented, what was the problem, was it
12  a stomachache, was it headache, was it just
13  general malaise?
14    A.  I just would feel bad, I know that.
15  And I'd get that little funny feeling and I
16  would go lay down.
17    Q.  Let me ask you, you're 79 years old;
18  is that right?
19    A.  Yes.
20    Q.  Was the illness that you were
21  experiencing when you were in the trailer
22  different than other illnesses that you were
23  suffering?
24    A.  Before I didn't have all that problem
25  with that, you know, getting like -- sometimes

1  I'd get like nauseated and I just thought it
2  was just one of them things.
3      Q. And that's what I'm trying to get at,
4  was this something different, something unique
5  that you thought was being caused by the
6  trailer?
7      A. I don't know what it was being caused
8  by, I just know I felt it.
9      Q. So let's go through the symptoms you
10 had, sinus problems, breathing problems; is
11 that right?
12     A. Yeah.
13     Q. And those started about five weeks
14 after you moved in?
15     A. Yes.
16     Q. You had some generally just not
17 feeling well.
18     A. Yes.
19     Q. Anything else?
20     A. That's about it I can think about
21 right now.
22     Q. Did you ever suffer any irritation or
23 itching of the skin?
24     A. Yeah. My arm. I have some marks
25 now, you see where it's like dry skin. And you

1   the trailer?
2       A.  I just told her what was going on
3   about the air condition and the door and things
4   like that, you know.
5       Q.  Did you tell her that you thought the
6   trailer --
7       A.  I told her about my -- there's
8   something going on, I say because I keep
9   feeling bad and my nose will get stopped up and
10  I couldn't breathe.  I'd tell her things like
11  that, you know, just talking with her like
12  that.
13      Q.  And you indicated that these symptoms
14  started happening about five, six weeks after
15  you moved into the trailer, is that when you
16  were talking about with her about these things?
17      A.  Well, I didn't know exactly what was
18  going on then while I was feeling like that.
19  But then after that, you know, when she would
20  come out and I'd see her she'd say how you
21  feeling today, I'd tell her, well, I ain't
22  feeling too hot, you know, I don't know what it
23  is but I feel all stopped up and whatever.
24      Q.  Besides talking to Ms. Robert, did
25  you talk to anyone else about your health

Page 82

1    Q.  -- where it at least circulated air?
2    A.  No.
3    Q.  And you would call maintenance and
4  within a period of time they would come out and
5  repair the air conditioner; is that correct?
6    A.  Yeah.
7    Q.  When it was dripping water on the
8  floor, did you put any buckets or anything
9  underneath it or did you have to do that?
10   A.  Well, I take a little bucket, like
11 when I used the mop I would put it there to
12 catch the drips.
13   Q.  You didn't see any mold or
14 complications from it leaking, did you?
15   A.  No.  I just put the bucket there and
16 just, you know, emptied the water after.
17   Q.  And just from looking at these photos
18 of this unit, it looks like you kept a pretty
19 meticulous household, you kept it pretty clean;
20 is that correct?
21   A.  Yeah, I kept it clean.
22   Q.  And from your plaintiff fact sheet it
23 shows that you were a housekeeper for many
24 years; is that correct?
25   A.  Yeah.  I worked for the priest.

Page 83

1　　　Q.  And that's what you did for a moment
2　in time after the storms --
3　　　A.  Yeah, for a little while after.
4　　　Q.  -- for a while --
5　　　A.  But I just quit.  I couldn't do that
6　no more.
7　　　Q.  Prior to the storms though, for many
8　years you were a housekeeper; is that right?
9　　　A.  Yeah, before the storm, you know,
10　before Katrina I was working.  And after I came
11　back, you know, and I got kind of situated in
12　my house, that's when I went -- I mean in the
13　trailer, that's when I went back and worked a
14　couple of months after that.  But all together
15　I worked 30 something years for the priest.
16　　　Q.  And that was as a housekeeper for the
17　priest?
18　　　A.  Yeah.
19　　　Q.  Now, you moved back into your home on
20　St. Peters because the home had been repaired;
21　correct?
22　　　A.  Yeah.
23　　　Q.  And I think we looked at your fact
24　sheet earlier and it showed that the time frame
25　was roughly around March of 2007; correct?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)  Earline Castanel

Page 84

1     A.   Yeah.
2     Q.   Are there any documents that you
3  would have regarding you moving back into the
4  home as far as if you had to sign any type of
5  contracts or completion contracts on your home
6  being fixed, insurance documents that would
7  show that you were moving back in, that final
8  payments had been made on the repairs, anything
9  like that that would show the time that you
10 were moving back into your home?
11    A.   No.  When they finished it I just
12 moved in.
13    Q.   Did anyone else reside with you in
14 your home on St. Peters?
15    A.   No.
16    Q.   You said it was a double, did anybody
17 live in the other half of the double?
18    A.   No.  Since my sister died, I just go
19 in and out from one side to the other.
20    Q.   Okay.  As we sit here today, that
21 other side of your double is still vacant or is
22 still just occupied by you?
23    A.   Yeah.
24    Q.   It's my understanding that you moved
25 out of your FEMA trailer when you did because

Page 85

1   your home had been completed; correct?  The
2   repairs had been made.
3       A.  The majority of them, yeah.  I still
4   got little things to do, you know, nothing too
5   much.
6       Q.  But you didn't move out of your unit
7   because of complaints regarding your health in
8   the unit; correct?
9       A.  What?
10      Q.  You didn't move out of your unit,
11  your trailer because you had complaints
12  regarding your health in the trailer --
13      A.  No.
14      Q.  -- correct?
15      A.  No.
16      Q.  Now, your fact sheet shows this, I
17  just want to ask you but, you never had any
18  kind of burning of your eyes inside your unit;
19  correct?
20      A.  I'd get a little blurry and, you
21  know, kind of sting a little bit if that's what
22  you call burning.
23      Q.  Okay.  When did you notice that?
24      A.  That was about four or five weeks,
25  you know, once I was in there.

1      Q.   When you were having the sinus issues
2   you talked about?
3      A.   Yeah.
4      Q.   But as far as like first entering
5   your trailer --
6      A.   When I first entered it, I didn't
7   have all that.  After I was in there about
8   three to five weeks, four to five weeks like
9   that, that's when I started getting all that.
10     Q.   Okay.  I want to ask you this as far
11  as one of the complications you discussed
12  briefly earlier, you have checked shortness of
13  breath.  And when you were talking about that
14  as being one of those that came up about --
15     A.   Yeah.
16     Q.   -- five weeks or so after --
17     A.   Yeah.
18     Q.   -- being there --
19     A.   Yeah.
20     Q.   You're talking and you're doing -- we
21  don't have a video here today, so you're kind
22  of sucking like through your nostrils there,
23  but is that because the shortness of breath was
24  from your sinus area, is that what you're
25  telling me?

Page 87

1      A.  I don't know because when I -- my
2  nose would get stopped up, I could breathe
3  through my mouth.  And I don't know if it was
4  there, and I just feel like tight in my chest.
5      Q.  Okay.  And that was one of the
6  complaints that you were having about five
7  weeks or so after moving into the unit?
8      A.  Yeah.
9      Q.  You mentioned you went to see a
10 doctor who did something with packing your nose
11 and putting you in front of a heat lamp?
12     A.  Yeah.
13     Q.  Which doctor was that?
14     MS. GILBREATH:
15          For the record, I'm going to kind of
16 object to going beyond the scope of
17 prescription into medical issues.  You can
18 continue to ask the questions, but I'm going to
19 object for the record.
20     MR. MULCAHY:
21          Sure.  And the reason that I'm asking
22 this is that if there's a particular doctor
23 that she saw at this time period that she's
24 saying is when she had the symptomatology
25 that's how it's related.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Earline Castanel

Page 88

```
 1        MS. GILBREATH:
 2             We're not asking about the treatment,
 3   we're not talking specifically about time.
 4        MR. MULCAHY:
 5             Right.  But I need to know who she
 6   saw.
 7        MS. GILBREATH:
 8             Okay.
 9   BY MR. MULCAHY:
10        Q.   Which doctor would that have been?
11        A.   Dr. Joseph Gautreaux.
12        Q.   Dr. Gautreaux.  And I see his name in
13   your plaintiff facts sheet.  And do you know
14   about what time period it was that you were
15   seeing Dr. Gautreaux?  Was it the time period
16   that we're talking about here with the sinus
17   complications you've been talking about?
18        A.   Around there.
19        Q.   Pardon me?
20        A.   Yeah, around that time.
21        Q.   You also mentioned some dry skin
22   earlier, about the same time frame I think you
23   said?
24        A.   Yeah.
25        Q.   Which doctor would that have been?
```

1       A.   Well, for this, I used to go to this
2   Dr. Paddock but.
3       Q.   That was Dr. Paddock you said?
4       A.   Paddock.
5       Q.   Paddock, okay.  You also have a Dr.
6   Bowers listed in your plaintiff fact sheet,
7   that was your day-to-day doctor?
8       A.   That's the doctor I've been going to,
9   yeah.
10      Q.   And you mentioned earlier that you
11  told your daughter that you've been seeing your
12  doctors and your daughter just said take the
13  medicines your doctors have prescribed;
14  correct?
15      A.   Uh-huh (affirmative response).
16      Q.   And some of these doctors prescribed
17  medications for you for the complaints that you
18  were talking about having after moving into the
19  unit?
20      A.   Yeah.  Dr. Gautreaux.
21      Q.   Dr. Gautreaux.  Were you also seeing
22  Dr. Bowers during that same time frame?
23      A.   Yeah.  I sees Dr. Bowers.
24      Q.   You mentioned your daughter, you have
25  one daughter that lives here?

```
 1        A.   I got all my daughters live here.
 2        Q.   And how many daughters do you have
 3   that live here?
 4        A.   Three.
 5        Q.   And you mentioned one travels, but
 6   she lives here?
 7        A.   Yeah, she live here.  But she done
 8   retired now.
 9        Q.   Did any of your daughters ever come
10   and stay with you in your FEMA unit?
11        A.   No.  They all have their own place.
12        Q.   Who was the daughter you were
13   primarily talking about as far as your
14   complaints and telling you to take your
15   medications?
16        A.   The one that travels a lot.
17        Q.   Which daughter is that?
18        A.   That's the oldest one.
19        Q.   Her name?
20        A.   Laverne.
21        Q.   L-A-V-E-R-G-N-E?
22        A.   L-A-V-E-R-N-E.
23        Q.   And what's her last name?
24        A.   William.
25        Q.   And she lives in New Orleans but
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                                    Earline Castanel

Page 91

```
 1    travels a good bit?
 2         A.   Huh?
 3         Q.   You said she lives in New Orleans but
 4    travels?
 5         A.   Yeah.  But she don't travel no more.
 6    That ended last year.
 7         Q.   While you were in the trailer, was
 8    there a point in time to where the sinus
 9    condition you talked about was no longer
10    bothering you?
11         A.   You mean in the trailer?
12         Q.   Yeah, during the time period you
13    resided in the trailer.
14         A.   That's when it was bugging me.
15         Q.   Right.  And I'm asking you, was there
16    a point in time where it did not bug you, like
17    after a point in time?
18         A.   It bugged me most all the time,
19    often.
20         Q.   How about your skin, was there a
21    point in time where it wasn't bothering you
22    anymore while you lived in the trailer?
23         A.   Lived, but I mean, since I got out
24    the trailer it still bothering me every once in
25    a while, I'm still rubbing every once in a
```

Page 92

1  while with it.  It didn't completely leave.
2       Q.  And that's Dr. Paddock that you see
3  for that?
4       A.  That's who I go to.
5       Q.  Who did you call for maintenance, do
6  you know who you would call for maintenance?
7       A.  There was a phone number I had to
8  call.  I don't know what I did with that
9  number.  And I would just call and tell them
10 that something was wrong.
11      Q.  Do you know where you got that
12 number?  Was it a flyer or something in the
13 unit that had a number on it?
14      A.  I don't remember if this man who gave
15 me the key had told me the number, if I needed
16 anything to call, I can't remember.
17      Q.  Do you know about how long you lived
18 in the unit before you had your first
19 maintenance request?
20      A.  It was during the summer when it was
21 hot.
22      Q.  You mentioned earlier about the
23 litigation is when you first started
24 overhearing somebody speaking about the
25 trailers; is that correct?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                                Earline Castanel

Page 93

```
 1        A.  Yeah.
 2        Q.  Okay.  Were you still living in a
 3   trailer at that point in time?
 4        A.  No.
 5        Q.  This was after you had moved out of
 6   the trailer back into your home?
 7        A.  Yeah.
 8        Q.  Did you go to any public meetings
 9   prior to filing suit?
10        A.  No.
11        Q.  That's a no?
12        A.  No.
13        Q.  Did you ever spend time or visit
14   anybody in a travel trailer besides your own?
15        A.  No.
16        Q.  Did you have any family members in a
17   travel trailer?
18        A.  I had a niece I think was staying in
19   a trailer.
20        Q.  Do you know -- what's her name?
21        A.  You mean her last name?  I don't know
22   her last name.
23        Q.  What do you call your niece?
24        A.  Niece.
25        Q.  Does she have a first name that she
```