UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO
*ALL CASES ("LOUISIANA PLAINTIFFS)*
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

## ORDER

Considering the foregoing motion,

**IT IS ORDERED** that the Plaintiffs' Steering Committee allowed to amend/correct Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss the Remaining FTCA Claims on all "Louisiana Plaintiffs" for Lack of Subject Matter Jurisdiction (Doc. 9403) by appending "Exhibit 2" to the pleading.

THIS DONE the ____ day of _____, 2009, New Orleans, Louisiana.

_____
J U D G E