UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:
*ALL CASES ("MISSISSIPPI PLAINTIFFS")*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION TO AMEND/CORRECT PLAINTIFFS
MEMORANDUM IN OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS THE REMAINING
FTCA CLAIMS ON ALL "MISSISSIPPI PLAINTIFFS" FOR
<u>LACK OF SUBJECT MATTER JURISDICTION (DOC. 9405)</u>**

NOW INTO COURT comes the Plaintiff's Steering Committee (PSC) respectfully requesting that this Honorable Court allow it to amend/correct Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss the remaining FTCA Claims on all "Mississippi Plaintiffs" For Lack of Subject Matter Jurisdiction (DOC No. 9405) to append to it the attached document as referenced as "Exhibit 2"[1] that was inadvertently not included when such document was electronically filed.

---

[1] Doc No. 9405 incorrectly references "Exhibit 2" however it should only reference "Exhibit 1". There is only one exhibit intended to be attached to the pleading.

1

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
**GERALD E. MEUNIER, #9471
PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
PAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 29, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                          s/Gerald E. Meunier
                                          GERALD E. MEUNIER, #9471