## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO
*ALL CASES ("MISSISSIPPI PLAINTIFFS)*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

**IT IS ORDERED** that the Plaintiffs' Steering Committee be allowed to amend/correct

Plaintiffs Memorandum in Opposition to Defendant's Motion to Dismiss the Remaining FTCA

Claims on all "Mississippi Plaintiffs" for Lack of Subject Matter Jurisdiction (Doc. 9405) by

appending "Exhibit 2" to the pleading.

THIS DONE the _____ day of _____, 2009, New Orleans, Louisiana.

_____

J U D G E