UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>*EARLINE CASTANEL, ET AL v . RECREATION BY DESIGN, LLC, SHAW ENVIRONMENTAL, INC.,* and UNITED STATES OF AMERICA THROUGH THE FEDERAL EMERGENCY MANAGEMENT AGENCY, NO. 09-3251 | * * * * * * * * * * | |

**************************************************************************

## RULE 12(b)(6) MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Recreation By Design, LLC ("RBD"), who respectfully submits this Rule 12(b)(6) Motion to Dismiss requesting that this Court dismiss several of the claims put forth by the Plaintiff, Earline Castanel, in her Complaint for Damages (*Castanel, et al v. Recreation By Design, LLC., et al.,* 09-3251, Doc. No. 1), and her *First Supplemental and Amended Complaint for Damages*, filed on December 22, 2009,

in MDL 07-md-1873.[1]  As will be discussed in detail  in RBD's memorandum in support of this 12(b)(6) Motion, Plaintiff's claims of express warranty, warranty of intended use/redhibition, loss of use, fraud and misrepresentation, joint liability, and loss of consortium should all be dismissed as there is no basis for same against RBD.

Respectfully submitted,

/s/Randall C. Mulcahy
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: rmulcahy@garrisonyount.com

---

[1] On April 8, 2009, Earline Castanel, George Gaines, and Patricia Mack filed a complaint for damages, Docket No. 09-cv-3251, into MDL 07-1873.  RBD, Shaw Environmental, Inc., and the United States of America through the Federal Emergency Management Agency were named as Defendants in the matter.  Subsequent to the filing of this complaint, Earline Castanel was selected as the Plaintiff for the 5th Bellwether Trial which is slated to commence on Monday, May 17, 2010.  Despite her selection as the 5th Bellwether Trial Plaintiff, Earline Castanel has not yet severed her claims from those of George Gaines and Patricia Mack.  Defendant, RBD, is filing the instant 12(b)(6) Motion as to the claims asserted by bellwether trial plaintiff, Earline Castanel, only.  RBD expressly reserves its right to file any and all motions, including Rule 12 Motions asserting defenses of lack of personal jurisdiction, improper venue, insufficient process, and insufficient service of process, and Rule 12(b)(6) defenses regarding the claims of George Gaines and Patricia Mack, in Docket No. 09-cv-3251.

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 29, 2009, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

                */s/Randall C. Mulcahy*
                RANDALL C. MULCAHY, Bar No. 26436