UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v.  RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, DOCKET NO. 09-3251 | * | |

**************************************************************************

## RECREATION BY DESIGN, LLC'S MOTION FOR
## SUMMARY JUDGMENT REGARDING PRESCRIPTION

**NOW INTO COURT**, through undersigned counsel, comes defendant, Recreation By Design, LLC ("RBD"), and pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves for summary judgment dismissing all claims asserted against it in this matter because Earline Castanel's claims against RBD have prescribed.[1]  Discovery has verified that Ms.

---

[1] Recreation by Design is filing this motion due to the Court's directive that any such motion regarding prescription be filed on or before December 31, 2009.  However, Recreation by Design seeks to reserve its rights to re-urge this motion at a later date should the Court deny this motion and additional discovery provide more information that would warrant this issue being revisited.  Further, Recreation by Design seeks to reserve its rights should there be changes in the

Castanel was on notice of her potential claims for damages allegedly caused by living in an emergency housing unit (EHU) more than one year prior to her filing her individual lawsuit. Since Ms. Castanel failed to assert her claim against RBD within the applicable prescriptive period, her claims are time-barred and should be dismissed for the reasons more fully set forth in the attached Memorandum in Support, Statement of Uncontested Material Facts, supporting exhibits, and other items in the record.  Accordingly, RBD submits it is entitled to judgment as a matter of law and that all claims asserted against RBD should be dismissed with prejudice.

             Respectfully submitted,

             */s/ Randall C. Mulcahy*
             LYON H. GARRISON, Bar No. 19591
             SCOTT P. YOUNT, Bar No. 22679
             RANDALL C. MULCAHY, Bar No. 26436
             DARRIN L. FORTE, Bar No. 26885
             KELLY M. MORTON, Bar No. 30645
             GARRISON, YOUNT, FORTE
             & MULCAHY, LLC
             909 Poydras Street, Suite 1800
             New Orleans, Louisiana 70112
             Telephone: (504) 527-0680
             Facsimile: (504) 527-0686
             Attorneys for defendant,
             Recreation By Design, LLC
             Email: rmulcahy@garrisonyount.com

---

procedural posture of this case and/or additional Court rulings that would impact prescription relative to this matter.

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 29, 2009, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

                                           */s/ Randall C. Mulcahy*
                                           RANDALL C. MULCAHY, Bar No. 26436