UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v. RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, *DOCKET NO. 09-3251* | * | |

**************************************************************************

### STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Recreation By Design, LLC ("RBD"), who offers the following Statement of Uncontested Material Facts in support of its Motion for Summary Judgment Regarding Prescription:

1. Earline Castanel filed the instant matter, 09-3251, on April 8, 2009.

2. Ms. Castanel resided in an emergency housing unit (EHU) located at 2261 Urquhart Street, New Orleans, Louisiana.[1]

---

[1] Ex. A, Revised Plaintiff Fact Sheet, page 9.

3. Ms. Castanel claims she moved into her unit in February 2006 and moved out of her unit in March 2007.[2]

4. Ms. Castanel signed the Emergency Shelter Agreement, the Housing Inspection Report, and a Shaw Notice on March 11, 2006.[3]

5. Ms. Castanel claims that within five to six weeks of moving into the EHU, she started to experience breathing and sinus problems, and that she would go stand by the front door to ease her symptoms.[4]

6. Ms. Castanel also claims to have had dry, itching skin, puffy eyes, headaches, nausea, abdominal pain, diarrhea, tightness of chest, throat irritation, hoarseness, upper respiratory tract infection, and worsening of allergies while living in the EHU.[5]

7. Before moving into the unit, Ms. Castanel testified she was not having the same health complications like she was while in the unit.[6]

8. Ms. Castanel alleges the injuries she suffered were from her occupancy in

---

[2] Ex. A, Revised Plaintiff Fact Sheet, page 9; Ex. B, Deposition of Earline Castanel, pages 22-23.

[3] Ex. C, Emergency Shelter Agreement; Ex. D, Housing Inspection Report; Ex. E, Shaw Notice; Ex. B, Deposition of Earline Castanel, pages 64-69 and 105-111.

[4] Ex. B, Deposition of Earline Castanel, pages 32-33 and 68-71.

[5] Ex. B, Deposition of Earline Castanel, pages 35-39.

[6] Ex. B, Deposition of Earline Castanel, pages 35-39, 41-42, 68-71.

the trailer.[7]

9. Ms. Castanel testified she told her neighbor and her daughter of her problems.[8]

10. A sticker affixed to the unit lists "Manufactured By: Recreation By Design" and the V.I.N. as 5CZ200R2461125294.[9]

>Respectfully submitted,
>
>*/s/ Randall C. Mulcahy*
>LYON H. GARRISON, Bar No. 19591
>SCOTT P. YOUNT, Bar No. 22679
>RANDALL C. MULCAHY, Bar No. 26436
>DARRIN L. FORTE, Bar No. 26885
>KELLY M. MORTON, Bar No. 30645
>GARRISON, YOUNT, FORTE
>& MULCAHY, LLC
>909 Poydras Street, Suite 1800
>New Orleans, Louisiana 70112
>Telephone: (504) 527-0680
>Facsimile: (504) 527-0686
>Attorneys for defendant,
>Recreation By Design, LLC
>Email: rmulcahy@garrisonyount.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2009, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

>*/s/ Randall C. Mulcahy*
>RANDALL C. MULCAHY, Bar No. 26436

---

[7] Ex. B, Deposition of Earline Castanel, pages 35-39, 41-42, 68-71, and 111-112.

[8] Ex. B, Deposition of Earline Castanel, pages 49-53 and 68-71.

[9] Ex. F, FEMA Photograph, FEMA207-000001.