Transcript of the Testimony of
# Earline Castanel

## Date taken: December 2, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:    504-529-5255**
**Fax:    504-529-5257**
**Email:    reporters@psrdocs.com**
**Internet:    www.psrdocs.com**

COPY



EXHIBIT
B

Page 22

1    Q.  And the reason why I ask you this is

2   that if you turn to the ninth page of Exhibit

3   No. 2, which is also Bates stamped 09 at the

4   end, do you have that in front of you?

5    A.  Yeah.

6    Q.  And it shows is there questions at

7   the top, 5, 6 and 7 and 6 it says -- 5 it says,

8   was the temporary housing unit provided to you

9   by FEMA a travel trailer or a mobile home and

10  travel trailer is marked, did FEMA provide you

11  with a travel trailer?

12   A.  It was just a trailer that sits on

13  blocks, that's all I know.  It sit on blocks,

14  that's all I could tell you.

15   Q.  And No. 6 it has move in date and it

16  has 2/2006 which, I think, means February 2006.

17  Is that your best recollection about when you

18  moved into the travel trailer?

19   A.  It's about around that time, I guess.

20  Like I said, around the first part of 2006.

21   Q.  Correct, and February is the early

22  part of 2006.

23   A.  I guess so.

24   Q.  Do you have any reason to believe

25  that this is incorrect or inaccurate?

Page 23

```
 1        A.  Well, that's about right there.
 2        Q.  And then it says, the next question
 3   there 7, move out date and it has 3/2007, which
 4   would be March 2007.  Is that the approximate
 5   date you moved out of the trailer?
 6        A.  I can't say exactly because I don't
 7   exactly remember.  But I do know I moved out
 8   around that time, but I don't know exactly.
 9        Q.  Understood.  That was your best
10   estimate of when you moved out.
11        A.  That's right.
12        Q.  Now, between the time you evacuated
13   the city and came back to Louisiana and moved
14   into the trailer, were you in Texas the entire
15   time?
16        A.  Yeah, I wasn't nowhere else.  I ain't
17   had nowhere else to stay down here.
18        Q.  I understand that.  And that's all I
19   wanted to make sure.  So between the first week
20   or the week before Katrina hit until you moved
21   into the trailer on or about February 2006, you
22   were in Texas.
23        A.  Yes.
24        Q.  When you came back to Louisiana in
25   February of 2006, what was the condition of
```

Page 32

1    indicates here that you had some problems,

2    symptoms or complaints when you were in the

3    trailer.  Do you see that?  There's a whole

4    bunch of -- on C3, there's a whole bunch of

5    boxes and many of them are checked such as

6    irritation to the eyes, irritation to nasal

7    membrane inside the nose, do you see those?

8         A.  You're talking about down here?

9         Q.  Yes.  Do you see that?

10        A.  Yeah.

11        Q.  When you were in the trailer, did you

12   suffer irritation to your eyes?

13        A.  Well, when I was in the trailer,

14   after I was in there for a while, not too long,

15   then I started having my nose stopped up.  It

16   would get so stopped up like I had to go to the

17   door to see if I can catch some air, I couldn't

18   like hardly breathe.

19        Q.  So you had breathing problems?

20        A.  Yes.  My sinus.  When I get like that

21   I couldn't, I don't know, I keep going like

22   that (demonstrating), trying to catch my breath

23   because I couldn't breathe through my nose.

24        Q.  And this happened soon after you

25   moved into the trailer?

Page 33

```
 1        A.  It was like five weeks or so after I

 2   got in there, four or five weeks it started

 3   getting like that.

 4        Q.  And when you went outside of the

 5   trailer, did that relieve the symptoms?

 6        A.  Well, I would stand up by the door

 7   until I keep doing that (demonstrating), and

 8   then I would get some of that stuff, it's A-Y-R

 9   I think it is, and spray in my nose to try to

10   open it up some.  And when it opened up a

11   little bit, well, I'd go back in there.

12        Q.  So you'd experience this symptom,

13   this difficulty breathing when you were inside

14   the trailer.

15        A.  Yeah.

16        Q.  And this started happening about five

17   weeks after you moved into the trailer?

18        A.  Yeah.

19        Q.  And to relieve those symptoms, you

20   would go outside the trailer.

21        A.  Yes.

22        Q.  And when you went outside the trailer

23   it would get better?

24        A.  Not that much.

25        Q.  A little bit?
```

Page 35

1    I'd get like nauseated and I just thought it

2    was just one of them things.

3         Q.  And that's what I'm trying to get at,

4    was this something different, something unique

5    that you thought was being caused by the

6    trailer?

7         A.  I don't know what it was being caused

8    by, I just know I felt it.

9         Q.  So let's go through the symptoms you

10   had, sinus problems, breathing problems; is

11   that right?

12        A.  Yeah.

13        Q.  And those started about five weeks

14   after you moved in?

15        A.  Yes.

16        Q.  You had some generally just not

17   feeling well.

18        A.  Yes.

19        Q.  Anything else?

20        A.  That's about it I can think about

21   right now.

22        Q.  Did you ever suffer any irritation or

23   itching of the skin?

24        A.  Yeah.  My arm.  I have some marks

25   now, you see where it's like dry skin.  And you

Page 36

1    can see the marks right here (indicating).

2         Q.  Did that happen when you were in the

3    trailer?

4         A.  When I was in the trailer that

5    happened, you know, I would be like dry, itchy.

6         Q.  And when did that first present?

7         A.  I don't know.  I know it happened

8    while I was in there.

9         Q.  Did it happen shortly after you were

10   in there, were you in there a couple of months,

11   how long before you started presenting with dry

12   itchy skin?

13        A.  I'd say about three months or

14   something, something like that, I don't know.

15   I can't remember exactly.

16        Q.  And I understand, just the best of

17   what your recollection is.  Did you have any

18   irritation or swelling of your eyelids or your

19   lips?

20        A.  It would get a little puffy, my eye.

21        Q.  And that happened when you were in

22   the trailer?

23        A.  Yes.  And I don't know, I'd get like

24   a dry feeling, you know.  Like I said, I would

25   get like a dry feeling.  And then I would get

Page 37

1   like itchy.  And then I'd look at my arm and it

2   would be kind of a little scaly.  And when I'd

3   do like this, you know, dry.  You could see all

4   the little spots where it was.

5        Q.  And the irritation, swelling of your

6   eyelids or the puffiness that you just

7   described, how long were you in the trailer

8   before you presented with that?

9        A.  I would say around the same time I

10  was getting my sinus trouble.

11       Q.  So about five weeks?

12       A.  About the same time around up in that

13  time.

14       Q.  Is that about five weeks?  And it's

15  not an exact science, just your best

16  recollection.

17       A.  I'll say about five or six weeks,

18  something like that.

19       Q.  And I'm sorry, because I have to --

20  we have to be clear on it, so is your best

21  estimate that you started suffering the

22  irritation or swelling of your eyelids --

23       A.  Around the same time I started with

24  the sinus thing stopping up and that's when my

25  eyes started puffing and then I started feeling

Page 38

1    all this itchy stuff.

2         Q.   Okay.  And you indicated earlier that

3    your eyes or your sinus was about five weeks

4    after you moved in?

5         A.   Yeah.

6         Q.   So that would be about five weeks

7    after you started suffering the puffiness and

8    irritation of the eyelids?

9         A.   Yeah.  About five or six weeks,

10   something like that.

11        Q.   Did you ever suffer any headaches

12   that you associated with the trailer?

13        A.   Well, I'd get a little headache, my

14   head would hurt like right up in here

15   (indicating).

16        Q.   Were those different from headaches

17   that you had prior to moving in the trailer?

18        A.   I know they'd hurt me more than when

19   I would have a regular headache.

20        Q.   And when did you start having those

21   headaches?

22        A.   Around the same time.  Everything

23   started around the same time, around 5, 6,

24   6 1/2 weeks, around that time.

25        Q.   You also indicate that you suffered

Page 39

```
1    nausea, abdominal pain, diarrhea, did those

2    symptoms start occurring about five or six

3    weeks after you moved into the trailer?

4         A.  It was about I would say three

5    months.

6         Q.  About three months after you moved

7    in?

8         A.  Yeah.  That's when I started getting

9    all kind of problems.

10        Q.  If we turn to the next page of

11   Exhibit No. 2, Ms. Castanel, there are some

12   other complaints here that are marked at the

13   top of that page.  And you see it says

14   tightness of chest, throat irritation,

15   hoarseness, are those symptoms that you also

16   suffered within five or six weeks after you

17   moved into the trailer?

18        A.  I wasn't looking at the time, I just

19   know I got them, you know, I had those problems

20   after, but I didn't know exactly what, if it

21   was like two weeks, three weeks, I didn't

22   notice all of that, I just know I had them.

23        Q.  And I guess what I'm just trying to

24   do is put the best estimate date that you think

25   it was, was it one month, two months, three
```

Page 41

```
 1        A.  Yeah, up in my throat.
 2        Q.  Now, did you have allergies before
 3   you moved into the trailer?
 4        A.  Well, I ain't never had nothing like
 5   I had when I got in the trailer, you know, I
 6   mean, I get a little headache.
 7        Q.  And I understand that.  And the
 8   reason I ask you is because it says the
 9   worsening of allergies that you had previously.
10   Did you have allergies beforehand?
11        A.  Before, I might have a little stopped
12   up nose, but nothing compared to after I got in
13   that trailer what I was having.
14        Q.  Once you got in that trailer --
15        A.  It was like everything got worse.
16        Q.  And that started happening about five
17   or six weeks after you moved into the trailer?
18        A.  Yes.
19        Q.  And this is separate and apart from
20   that, were you ever treated or diagnosed with
21   allergies before you moved into the trailer?
22        A.  I had a little, I guess a little
23   light sinus trouble but nothing like I had when
24   I got in there.  After I was in there, that's
25   when I started really having it bad, I couldn't
```

Page 42

1    breathe.

2         Q.  When you moved into the trailer, was

3    there any odor or anything like that?  Was

4    there any smell or anything that you noticed?

5         A.  I'm not gonna lie, I didn't really

6    pay attention, you know.  It had something

7    going on in there to cause me to be having this

8    but, I mean, you know, I never gave it a

9    thought.

10        Q.  And I understand that.  And it's a

11   while ago, I understand that.

12        A.  Yeah.

13        Q.  The question is, did you notice any

14   odors or was there any special smell that was

15   different from things that you'd smelled

16   before?

17        A.  I can't say.

18        Q.  Let me approach it a different way.

19   If you burn something in your house most people

20   open up their windows; is that right, is that

21   reasonable?

22        A.  Yeah.

23        Q.  And you do that to get rid of that

24   burnt smell; right?

25        A.  Yeah.

Page 49

1   then?

2       A.   They sent somebody out but I don't

3   know what they was doing, it was some little

4   pipe they was fooling with.

5       Q.   Is it fair to say that every time

6   that you called up and complained about

7   something, someone came out and did something

8   in response to that complaint?

9       A.   They came out, but they didn't come

10  out exactly right then and there, I mean, I had

11  to wait.

12      Q.   I understand that.  And that is

13  understood that they didn't come out right

14  away.  But from what I gather from what you've

15  testified, every time you did complain,

16  eventually someone came out, sometimes it was

17  two or three days later, sometimes five days

18  later, maybe even longer than that, but someone

19  came out and repaired that problem.

20      A.   Yeah.

21      Q.   Is that "yes"?

22      A.   Yeah, they came out.

23      Q.   Now, did you ever complain to anyone

24  about these health problems or symptoms which

25  you believe were caused by the trailer?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                     Earline Castanel

Page 50

1          A.   Well, the lady I did tell it too, the

2     lady is dead now.

3          Q.   And who was that?

4          A.   Her name was Maude Robert (assumed

5     spelling), Robert, that's all I know.

6          Q.   And was she a friend of yours?

7          A.   Yeah, she was an older lady.

8          Q.   And what did you tell her?

9          A.   I would just tell her oh, I feel bad

10    and tell her how I was feeling, you know, about

11    my sinuses.  Because there was a side yard, her

12    house was sitting like here, this was the side

13    yard.  They had a backyard and side yard, so my

14    trailer was on the side of the house, you know,

15    in that side yard.

16         Q.   So you were neighbors?

17         A.   Right, we were neighbors.

18         Q.   And like most neighbors you would

19    talk about things with each other.

20         A.   Yeah.  When I'd see her because I

21    didn't see her that much, she mostly stayed

22    inside.  She was 80 something years old, she

23    stayed inside mostly.

24         Q.   And what did you tell her were the

25    problems that you thought were being caused by

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Earline Castanel

Page 51

1    the trailer?

2         A.  I just told her what was going on

3    about the air condition and the door and things

4    like that, you know.

5         Q.  Did you tell her that you thought the

6    trailer --

7         A.  I told her about my -- there's

8    something going on, I say because I keep

9    feeling bad and my nose will get stopped up and

10   I couldn't breathe.  I'd tell her things like

11   that, you know, just talking with her like

12   that.

13        Q.  And you indicated that these symptoms

14   started happening about five, six weeks after

15   you moved into the trailer, is that when you

16   were talking about with her about these things?

17        A.  Well, I didn't know exactly what was

18   going on then while I was feeling like that.

19   But then after that, you know, when she would

20   come out and I'd see her she'd say how you

21   feeling today, I'd tell her, well, I ain't

22   feeling too hot, you know, I don't know what it

23   is but I feel all stopped up and whatever.

24        Q.  Besides talking to Ms. Robert, did

25   you talk to anyone else about your health

Page 52

1    problems or symptoms that you were experiencing

2    in the trailer?

3         A.  Well, I would tell my daughter.  When

4    I see them, I tell them or when I get on the

5    phone, when they phone me and I tell them I

6    feel bad.  And I tell them how I was feeling.

7         Q.  Did you tell them that you hadn't

8    felt bad like this before you moved into the

9    trailer?

10        A.  Yeah, that's right.

11        Q.  And how often would you talk to your

12   daughter?

13        A.  Like maybe twice a week or something

14   like that.  But they be busy working.  And my

15   other daughter, she would traveling so whenever

16   I have a chance to talk to her, I'd talk to her

17   and I'd tell her how I felt.

18        MS. GILBREATH:

19             Can we take a break?

20        MR. MILLER:

21             We certainly can.

22             We're off the record.

23             (Whereupon, a short break was taken.)

24        MR. MILLER:

25             Back on the record.

Page 53

1    BY MR. MILLER:

2         Q.   When we broke, we were talking about

3    discussions that you had with persons about the

4    complaints or concerns that you experienced

5    when you were in the trailer, and you told me

6    that you talked to a Ms. Robert, to one of your

7    daughters; is that right?

8         A.   To tell them how I feel.

9         Q.   And besides your daughter and Ms.

10   Robert, anyone else who you talked to about the

11   complaints or concerns that you experienced in

12   the trailer?

13        A.   No.

14        Q.   Now, did you tell them that you

15   thought that these things were happening to you

16   after you moved into the trailer?

17        A.   Yeah.

18        Q.   And did you tell them that these were

19   things that you didn't experience before moving

20   into the trailer?

21        A.   Yeah.

22        Q.   What advice did they give you, if

23   any?

24        A.   They didn't really tell me, they

25   just, you know, take your medicine whatever the

Page 64

1    notes then I'll finish up my questions.  This

2    gentleman here and Ms. Whitfield might have

3    some questions after that.  Okay.

4         A.   Okay.

5         MR. MILLER:

6              Thank you, ma'am.

7              (Whereupon, a short break was taken.)

8         MR. MILLER:

9              Let's go back on the record.

10   BY MR. MILLER:

11        Q.   You have in front of you a document

12   which is marked Exhibit No. 6, it's Bates

13   stamped FEMA 159-000009 through 012.  The first

14   page is a document that is titled U.S.

15   Department of Homeland Security, Federal

16   Emergency Management Agency, Emergency Shelter

17   Agreement to Rules of Occupancy, and in the

18   middle of the page it has the name Earline

19   Castanel and I believe your signature; is that

20   correct?

21        A.   Uh-huh (affirmative response).

22        Q.   And have you to say "yes" or "no."

23        A.   Yes.

24        Q.   And it also appears to be dated

25   3/11/06, or March 11th, 2006; is that right?

Page 65

1      A.   Yes.

2      Q.   And is that also your handwriting?

3      A.   Yes.

4      Q.   And so is it fair to say that you

5   would have signed this document on or about

6   March 11th, 2006?

7      A.   Yes.

8      Q.   It has a name Edwin Ganier a little

9   bit below your name.  Do you see that?

10      A.   Uh-huh (affirmative response).

11      Q.   Who is Mr. Ganier?

12      A.   Just a friend of mine.

13      Q.   And was the trailer that you occupied

14   installed on his property?

15      A.   His mother's property.

16      Q.   And what was the address where your

17   trailer was installed?

18      A.   It's 2261 but that was a lot, so I

19   don't know if it go with the address or the

20   house.

21      Q.   What was the address that you thought

22   that the trailer was installed on?

23      A.   2250 something, I don't know.

24      Q.   If you look on this document there at

25   the top of the page there, it says location,

Page 66

1    very top it says location 22 --

2         A.  2261.

3         Q.  Right.  And what was the street?

4         A.  Urquhart.

5         Q.  How do you spell that?

6         A.  I don't know how you spell that.

7    It's all screwed up here.  I didn't write that,

8    that's not my handwriting.

9         Q.  Is it U-R-Q-U-H-A-R-T?

10        A.  Yeah, Urquhart.

11        Q.  Urquhart Street?

12        A.   It's right there on this page here,

13   it's printed.

14        Q.  And you're talking about the third

15   page of Exhibit No. 6 which is Bates stamped

16   FEMA 159-000011; is that correct?  At the

17   bottom of the page, I'm referring to that.

18        MS. GILBREATH:

19             For the record, I think she was

20   actually referring to the second page.

21        MR. MILLER:

22             Okay, that's fine.

23        THE WITNESS:

24             I was telling him about the name of

25   the street.

Page 67

```
 1       MS. GILBREATH:

 2            Right.  On the second page of the

 3  document.

 4       THE WITNESS:

 5            Yeah, it's written right here.

 6  BY MR. MILLER:

 7       Q.  So the address where the trailer was

 8  installed was 2261 Urquhart, and it's spelled

 9  U-R-Q-U-H-A-R-T; is that right?

10       A.  Right.

11       Q.  And the trailer was on that location

12  the entire time you occupied it.

13       A.  Right.

14       Q.  And the land that the trailer was on

15  was owned by Mr. Ganier or his family?

16       A.  I know his mother.  I don't know who

17  it's owned by.

18       Q.  Okay.  But he's the one who gave you

19  permission to put the trailer there.

20       A.  The mother.

21       Q.  His mother gave you permission.

22       A.  Yeah.

23       Q.  Now, this document is signed March

24  11th, 2006.  You indicated on your fact sheet,

25  Exhibit No. 2, that your best estimate of the
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Earline Castanel

Page 68

1    date that you moved in was February 2006 that

2    you moved into the trailer.  Do you think that

3    it may, in fact, be the date you moved into the

4    trailer may have been March 11th, 2006, when

5    you signed this agreement?

6         A.  I don't know if it was March 6th or

7    March the 11th.

8         Q.  And that's what I'm getting to.  When

9    you moved into the trailer, did you have to

10   sign some papers?

11        A.  I think, but I don't know if it was

12   before I went in the trailer or after.  I can't

13   remember.

14        Q.  Okay.

15        A.  All I remember is --

16        Q.  What do you remember?

17        A.  That Mr. Harry, the one that gave me

18   the key, that's all I remember.  And I don't

19   know what day that was.

20        Q.  So your best recollection as you sit

21   here stays the same, you moved in, best

22   estimate was February of 2006?

23        A.  Yeah.

24        Q.  Just to make it very clear, within

25   five to six weeks of moving in you started

Page 69

 1    suffering these symptoms, sinus problems,

 2    itching, dry itching skin, generally not

 3    feeling good; is that right?

 4         A.  Yes.

 5         Q.  Prior to moving into the trailer you

 6    weren't experiencing those symptoms or those

 7    problems?

 8         A.  No.

 9         Q.  You didn't have those problems

10    before?

11         A.  No.  I had a -- I used to have my

12    nose stop up a little bit but nothing like I

13    had it in there.

14         Q.  It was different and it was much

15    worse.

16         A.  Yes, it was much worse.

17         Q.  It was different than what you'd

18    experienced before and it was worse than you

19    experienced before?

20         A.  Yes.

21         Q.  And that happened within five or six

22    weeks of moving in the trailer.

23         A.  Yes.

24         Q.  And you had discussions with your

25    neighbor and your daughter about these

Page 70

1    problems?

2         A.  Yes.

3         Q.  And I think you also indicated that

4    you mentioned it to your doctor; is that right?

5         A.  Yes.

6         Q.  And did these problems go away after

7    you moved back into your house?

8         A.  I might have a -- well, I'll say yes,

9    because I don't have that anymore.

10        Q.  So these were problems that you had

11   because you attributed because of the trailer?

12        A.  Yeah.

13        Q.  And at no time did you complain to

14   FEMA or the maintenance contractor about these

15   problems?

16        A.  No.  I mean, when the guy came and

17   fixed that I told him I wasn't feeling good,

18   but I don't know who he was or nothing.  You

19   know, when they come in and say, good evening,

20   how you doing, I'd just say, well, I'm not

21   doing too well, that's all.

22        Q.  But you never called up FEMA and said

23   hey, I need for you to replace this trailer or

24   put me someplace else?

25        A.  No.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

Earline Castanel

Page 71

1     Q.  And the complaints that you called up

2  about were the air conditioning several times,

3  the screen door that needed to be repaired, and

4  some wire thing that was running around that

5  had to be repaired; and in each of those

6  occasions within 2, 3, 4, 5, 6 or 7 days

7  someone came out and fixed it; is that correct?

8     A.  Yeah.

9     Q.  And when you were in this trailer, if

10  the air conditioning wasn't working and it was

11  warm you would open the windows.

12     A.  Yeah.

13     Q.  And if it was warm out and the air

14  conditioner was working you'd run the air

15  conditioning?

16     A.  Yes.

17     Q.  And during the time in there, as you

18  sit here today, you don't recall any strange

19  odors or anything like that?

20     A.  No.  Just when I'd -- like I say,

21  when I took my clothes out that's what -- I

22  smelled my clothes, they had a funny odor,

23  that's all I know.

24     Q.  Those were just from the clothes that

25  were in the closet; right?

Page 74

```
 1        A.   Yeah.  But they didn't flood there.
 2   They had wind damage.
 3        Q.   And where is that in New Orleans, do
 4   you know, like is it the Seventh Ward or do you
 5   know what ward it would be in?
 6        A.   Oh, boy, I know it's across Elysian
 7   Fields.
 8        Q.   Okay.
 9        A.   Elysian Fields and around Claiborne,
10   between Claiborne and St. Claude I would say it
11   is.
12        Q.   Okay.  The neighbor that you
13   mentioned, a Ms. Robert I think you said was
14   her name, was she in a travel trailer too or
15   was she in a --
16        A.   No, she was in a house.
17        Q.   Were there any other travel trailers
18   near where your travel trailer was located?
19        A.   I was the only one in the block.
20        Q.   Did you only live in one travel
21   trailer during the whole time, or did they ever
22   have to swap out and give you a different
23   travel trailer?
24        A.   No, one.
25        Q.   One trailer.  You were presented some
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Earline Castanel

Page 75

1    photos earlier that are marked Exhibit 3, do

2    you have that in front of you, the stack of

3    photographs?  The very first photo shows a

4    label or some kind of placard, do you ever

5    recall seeing that on the unit?

6         A.  I never did look, I didn't see

7    nothing.

8         Q.  You don't know where this would have

9    been located on the unit?

10        A.  (Witness indicates a negative

11   response.)

12        Q.  That's a no?

13        A.  No.  The only one thing I seen on

14   here was that handicap, that's all I can

15   remember that handicap.

16        Q.  And that's on the outside.  And I'm

17   just asking if you remember seeing this other

18   one here, it says on this photo that we're

19   looking at, manufactured by Recreation by

20   Design and then it has a VIN number at the

21   bottom of that photo, you don't recall seeing a

22   label that looked like this; is that correct?

23        A.  Yeah, I don't remember seeing nothing

24   like this.

25        Q.  How about in the unit, when you first

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Earline Castanel

Page 76

1    moved into the unit, was there any documents,

2    owners manuals or papers left for you in the

3    unit to look at, do you recall any documents?

4        A.   No.  They had the little closet and

5    they had another little closest on the top but

6    I never did go on there, so I don't know if

7    they had anything in there or not.

8        Q.   Okay.  Now, you're talking about

9    closets inside the unit that you didn't use?

10       A.   Yeah.  Right up, you know, above the

11   little closet where you put your clothes in.

12       Q.   Do you recall seeing an owners manual

13   at all in the unit, something that would tell

14   you about maybe the stove or parts of the unit?

15       A.   No, I didn't see nothing like that.

16       Q.   Did anybody give you kind of a

17   walk-through or an inspection of the unit when

18   you first moved in?

19       A.   No.

20       Q.   You were just given the keys by

21   Harry?

22       A.   Yeah.  By this man I told you, Harry

23   or whatever his name.

24       Q.   Did you ever hear the name Recreation

25   by Design before this litigation?

Page 77

```
 1        A.  (Witness indicates a negative

 2   response.)

 3        Q.  Is that a "no"?

 4        A.  No.

 5        Q.  How about Shaw?

 6        A.  No.

 7        Q.  Are you aware who Recreation by

 8   Design is?

 9        A.  No.

10        Q.  You don't know if they were the

11   manufacturer of the unit that you resided in?

12        A.  No.

13        Q.  When you first met with attorneys and

14   were providing information regarding where you

15   lived, your address, that type of background

16   information, did you provide them a VIN number

17   on the unit that you lived in, a VIN number

18   would be such as we see here at the bottom of

19   this photo?

20        A.  No.  That I could remember.  Not that

21   I could remember.

22        Q.  Do you know how it came about that

23   this VIN number that we're looking at in this

24   photo, which is 5CZ200R2461125294 came about to

25   be in your plaintiff fact sheet?
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Earline Castanel

Page 105

```
 1          Q.   How did you set this meeting with

 2    Harry up?

 3          A.   Well, somehow another he called me.

 4    He called me on my cell phone and told me your

 5    trailer is on the lot, so if you can come and

 6    meet me at that address, you know, where it's

 7    located 2261 he said I have the key.  So he

 8    gave me the key.  He was in his car and he gave

 9    me the key.  I took the key.  And then after

10    that, you know, I just went in and looked

11    around.

12          Q.   Did he give you anything else other

13    than the keys?

14          A.   No.

15          Q.   No paperwork or anything?

16          A.   No.

17          Q.   Did he have you sign anything?

18          A.   No.  He just gave me the key, that's

19    all.  And then before, they had told me they

20    was gonna leave the key in the back of the

21    trailer -- in the back of the trailer in some

22    little part where the trailer was, they was

23    gonna leave the key there.  That's all they

24    told me on the phone.  And after that I got a

25    phone call, that's when he called me and told
```

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255                    (504) 529-5255
New Orleans * Baton Rouge * Shreveport

Page 106

1   me to come over at that address and he had the

2   key.  And I just went over and get the key.

3        Q.  I'm going to give you a document that

4   I'd like you to take a look at and tell me if

5   you've ever seen this document before

6   (tenders).

7        MR. MILLER:

8            Do you want to mark it as an exhibit?

9        MS. WHITFIELD:

10           Yeah, whatever the next one is.

11       MR. MILLER:

12           It will be Exhibit 7.

13       THE WITNESS:

14           I don't remember signing anything.  I

15   don't know if that was when he gave me the key

16   or not.

17   BY MS. WHITFIELD:

18       Q.  Have you ever seen this document

19   before, Ms. Castanel?

20       A.  This, I don't remember.  I don't

21   remember.

22       Q.  I'm sorry, I can't hear you.

23       A.  I don't remember seeing this.  I see

24   my signature but I don't remember seeing it.

25       Q.  I understand, it's been a long time.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Earline Castanel

Page 107

1    That is your signature, though, at the bottom?

2         A.  Yeah, that's my signature.  But I

3    don't remember, you know, when this was.

4         Q.  Okay.  And you don't recall signing

5    this at all?

6         A.  No, I sure don't.  I ain't gonna lie,

7    I don't remember.

8         Q.  That's quite all right, I understand.

9    Is that the handwriting on the date as well,

10   the March 11th, 2006, right next to your

11   signature?

12        A.  Yeah.  That's my signature.  That's

13   where I printed it at.  I honestly don't

14   remember.

15        Q.  That's quite all right.  I have

16   another question about your meeting with Harry

17   when he gave you the keys.  Was anybody else

18   present at that meeting?

19        A.  No.

20        Q.  No one was with you or with him?

21        A.  No.  Not that I could remember.

22        Q.  Okay.  Did you move into the trailer

23   that same day that he gave you the keys?

24        A.  I went in there and looked around.

25        Q.  All by yourself?

Page 108

1        A.  Yeah.  I went in there and see how it

2    looked.

3        Q.  Did you move in, though, at that

4    time?

5        A.  I moved that weekend.

6        Q.  That same week that he gave you the

7    keys?

8        A.  A few little pieces of clothes,

9    that's all I had to bring in there because they

10   had the pots and all that other stuff there.

11   The few little pieces that I had, I just

12   brought that with me.

13       Q.  So there wasn't a lot to move in?

14       A.  No.

15       Q.  Yeah, I understand.  I'm going to

16   show you one other document and ask you if

17   you've ever seen this one before, please

18   (tenders).

19       MS. WHITFIELD:

20            I'll mark that as Exhibit No. 8.

21       THE WITNESS:

22            I don't remember seeing this.  I

23   don't know.  I might have, but I don't

24   remember.  I see they got my -- what is that,

25   my initials.  That's been so long, I can't

Page 109

```
 1   remember all that.

 2   BY MS. WHITFIELD:

 3        Q.  I know it's been a long time.  But

 4   these are your initials on this document;

 5   right?

 6        A.  Yeah, that's my initials.  But I

 7   don't remember.

 8        Q.  And this is, for the record, it's a

 9   document called Trailer Lease Check-in List and

10   in each one of these 17 items you have initials

11   at each number; is that correct, that's your

12   handwriting?

13        A.  That's my handwriting.

14        Q.  Okay.  You don't recall anybody

15   walking you through your trailer at any time?

16        A.  No, I don't.

17        Q.  Like just for example the very first

18   item says "Walk through entire trailer room to

19   room, show where closets are, where to pull

20   blinds, light switches, let them look at

21   whatever they want to check out in each room."

22        A.  I don't remember that.  I just know

23   when he gave me that key I went in there and I

24   looked around.  Now this, I don't remember.

25        Q.  Okay.  But it is your initials?
```

Page 110

1          A.  It is my initials, but I don't

2     remember.

3          Q.  Okay.  I'm going to hand you one more

4     document, this is the last one, and ask you if

5     you've ever seen this one before, please

6     (tenders).

7          MS. WHITFIELD:

8               And I'll mark that as Exhibit 9.

9          THE WITNESS:

10              That's my handwriting here.

11    BY MS. WHITFIELD:

12         Q.  I'm sorry, I didn't hear you.

13         A.  That's my handwriting.  But like I

14    said, I don't remember.

15         Q.  Okay.  This is your handwriting on

16    this document, that's your signature that's

17    dated March 11th, '06, that at the top of the

18    page it talks about running an advisory notice

19    regarding propane use and then under that it

20    says for maintenance please call FEMA at and it

21    gives the telephone number?

22         A.  I don't remember any of that.

23         Q.  I hear you.

24         A.  I don't remember.

25         Q.  I don't understand.  I really just

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Earline Castanel

Page 111

1    wanted to make sure that that was your

2    signature.

3         A.  Yeah, but that's my signature.

4         Q.  And you don't remember ever signing

5    these documents at any time?

6         A.  No.  I don't remember.

7         Q.  Okay.

8    MS. WHITFIELD:

9         I believe that's all the questions I

10   have.  Thank you very much.

11   THE WITNESS:

12        All right.  I did the best I could.

13   RE-EXAMINATION BY MR. MILLER:

14        Q.  Ms. Castanel, I just have a couple of

15   follow-ups.  And it really goes to a question

16   that was asked to you by Ms. Whitfield and it

17   said that what you recalled Harry telling you

18   when he gave you the keys was he said to enjoy

19   your travel trailer.

20        A.  No.  Enjoy my trailer.

21        Q.  Enjoy your trailer.

22        A.  Yeah.

23        Q.  Did you enjoy your trailer?

24        A.  It was all right.  But I was sick and

25   I know that.  After I was in there a while it

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255          (504) 529-5255
New Orleans * Baton Rouge * Shreveport

Page 112

1    wasn't like I thought it would have been.

2         Q.   And after you were in there a while

3    you thought that the trailer was making you

4    sick?

5         A.   There was nothing else I see could be

6    making me sick, there was nothing else.  Like I

7    said, I don't drink, I don't smoke, and I don't

8    run the streets, so I don't see nothing else

9    could make me sick.

10        Q.   And you got sick within four or five

11   or six weeks of moving in that trailer.

12        A.   Yeah.  Because I started feeling bad,

13   you know, so that's it.

14        Q.   Now, in all of these documents that

15   Ms. Whitfield has showed you which are marked

16   Exhibit 7, 8 and 9, that's your signatures on

17   those documents.

18        A.   That's my signatures.

19        Q.   Although you don't remember them now,

20   you wouldn't have signed those documents at the

21   time without having gone through them, would

22   you?

23        A.   I had to meet the people who gave me

24   the paper to sign.

25        Q.   Okay.  And you would have read the