# U.S. DEPARTMENT OF HOMELAND SECURITY
## FEDERAL EMERGENCY MANAGEMENT AGENCY
### TEMPORARY HOUSING UNIT INSPECTION REPORT

**1. Temporary Housing Unit No.:** 1304330
**2. Serial No./Vin:** 5C2200R2461052

**3. TYPE OF INSPECTION:** Site (checked), Move In (checked)
Other options: Transport, Dispatch, Receipt, Storage, Staging, RFO, Move Out

**4. TYPE OF FACILITY:** Travel Trailer (checked)
Other options: Other, Mobile Home

**5. APPLIANCES:**
| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | Brotherm | | |
| Range | Magic Chef | | |
| Microwave | Panata | | |
| Refrigerator | Frigidaire | | |
| A/C | Brotherm | | |
| Water Heater | | | |

**6. UNIT INFO.**
- a. Manufacturer:
- b. Year: 2005
- c. Size (FL inc towing hitch): 32
- d. Number of Bedrooms: 1 BDR
- Handicap: No

**7. INSPECTIONS:** Disaster (checked)

**8. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR**
N = New  G = Good  P = Poor  D = Damaged  M = Missing

| FURNISHINGS (Kitchen & Dining) | Sto/DIS/RE Condition | FURNISHINGS (First Bedroom) | Sto/DIS/RE Condition | FURNISHINGS (Bathroom) | Sto/DIS/RE Condition |
|---|---|---|---|---|---|
| Dinette Table | N | Double Bed, Complete | N | Commode | N |
| Dinette Chairs (4 for 2 BR) | | Mirror | | Tub/Shower | |
| Range | | Cabinet Storage | | Lavatory | |
| Range Hood & Vent Fan | | Curtains & Rods | | Cosmetic Cabinet | |
| Refrigerator | | Light Fixtures | | Mirror | |
| Curtains & Rods | | Second Bedroom | | Curtains & Rods | |
| Cabinets | N | Double Bed, Complete | | Light Fixtures | |
| Sink | | Mirror | | Exterior Condition | |
| Light Fixtures | | Cabinet Storage | | Water Heater | |
| Fire Extinguisher | | Curtains & Rods | | Doors | |
| A/C Living Room | | Light Fixtures | | 2 Keys Per Door | |
| Couch | | Third Bedroom | | Windows | |
| Arm Chair | | Double Bed, Complete | | Screens | |
| End Table | | Mirror | | Front Panels | |
| Coffee Table | | Cabinet Storage | | Left Side Panels | |
| Curtains & Rods | | Curtains & Rods | | Rear Panels | |
| Light Fixtures | | Light Fixtures | | Right Side Panels | |
| Hall | | Interior Condition | | Roof Vents | |
| Furnace | | Floor Covering | | Towing Hitch | |
| Smoke Detectors | | Wall Panels | N | Axles & Springs | |
| Light Fixtures | | Ceiling Panels | N | Wheels & Tires | N |

**9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAM BELOW:**
RIGHT SIDE: New
LEFT SIDE: New
FRONT: N
REAR: N

NOTE: Tail light harness furnished by: Towing Contractor

**10. COMMENTS:**

**11. READY FOR OCCUPANCY** — CONTRACT W.O. No. 1603-0003-13797-IPR
**INSPECTOR SIGNATURE:** [signed]
**DATE:** 3-11-06
**THA No.:** 93965758 9A

**12. OCCUPANT NAME:** X Earline Castanel
**ADDRESS:** 2261 Urquhart St. New Orleans, LA 70117

**13. REPRESENTATIVES ACKNOWLEDGING CONDITIONS DESCRIBED ABOVE:**

Dispatch To/From Storage
Receipt To/From Storage
Dispatch To/From Site

**OCCUPANT SIGNATURE (Move In):** X Earline Castanel
**DATE:** 3/11/06
**FEMA REP. SIGNATURE:**

EXHIBIT D

MA Form 90-13, JULY 95