UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>ALL CASES ("Louisiana Plaintiffs") | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES' CONSENT MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS "MOTION TO DISMISS THE FTCA NEGLIGENCE CLAIMS OF ALL 'LOUISIANA PLAINTIFFS' FOR LACK OF SUBJECT-MATTER JURISDICTION BASED UPON NO ANALOGOUS PRIVATE LIABILITY" [Doc. No. 6970]**

Defendant, the United States of America, hereby moves for leave to file a Reply Memorandum in support of its "Motion to Dismiss the FTCA Negligence Claims of All 'Louisiana Plaintiffs' for Lack of Subject-Matter Jurisdiction Based Upon No Analogous Private Liability" [Doc. No. 6970]. The Court should grant the requested leave for the reasons set forth in the supporting memorandum filed herewith.

| | |
|---|---|
| Dated: December 29, 2009 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | HENRY T. MILLER<br>ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Civil Division, Torts Branch | MICHELLE BOYLE<br>MICHELE GREIF |
| DAVID S. FISHBACK<br>Assistant Director | JONATHAN WALDRON<br>Trial Attorneys |

| | |
|---|---|
| OF COUNSEL: | *s/ Adam M. Dinnell* |
| | ADAM M. DINNELL (TX No. 24055405) |
| JORDAN FRIED | Trial Attorney |
| Associate Chief Counsel | United States Department of Justice |
| | Civil Division, Torts Branch |
| JANICE WILLIAMS-JONES | P.O. Box 340, Ben Franklin Station |
| Senior Trial Attorney | Washington, DC 20004 |
| Federal Emergency Management Agency | Telephone: (202) 616-4211 |
| Department of Homeland Security | Adam.Dinnell@usdoj.gov |

Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*s/ Adam M. Dinnell*
ADAM M. DINNELL (TX No. 24055405)