UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>ALL CASES ("Louisiana Plaintiffs") | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT UNITED STATES' MEMORANDUM IN SUPPORT OF ITS CONSENT MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS "MOTION TO DISMISS THE FTCA NEGLIGENCE CLAIMS OF ALL 'LOUISIANA PLAINTIFFS' FOR LACK OF SUBJECT-MATTER JURISDICTION BASED UPON NO ANALOGOUS PRIVATE LIABILITY" [Doc. No. 6970]**

Defendant, the United States of America, hereby submits this Memorandum in support of its Consent Motion for leave to file a Reply Memorandum in support of its "Motion to Dismiss the FTCA Negligence Claims of All 'Louisiana Plaintiffs' for Lack of Subject-Matter Jurisdiction Based Upon No Analogous Private Liability" [Doc. No. 6970]. The Court should grant the requested leave in order to afford the United States an opportunity to reply to the arguments advanced in the "Response/Memorandum in Opposition filed by Plaintiffs' Liaison Counsel" [Doc. No. 9403]. Undersigned counsel has contacted all opposing counsel and there is no objection to the filing of a Reply Memorandum. Accordingly, for good cause shown, the United States requests that the Court grant this Consent Motion and enter the attached Proposed Order.

| | |
|---|---|
| Dated: December 29, 2009 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | HENRY T. MILLER<br>ADAM BAIN<br>Senior Trial Counsel |

| | |
|---|---|
| J. PATRICK GLYNN<br>Director, Civil Division, Torts Branch | MICHELLE BOYLE<br>MICHELE GREIF |
| DAVID S. FISHBACK<br>Assistant Director | JONATHAN WALDRON<br>Trial Attorneys |
| OF COUNSEL: | *s/ Adam M. Dinnell*<br>ADAM M. DINNELL (TX No. 24055405) |
| JORDAN FRIED<br>Associate Chief Counsel | Trial Attorney<br>United States Department of Justice<br>Civil Division, Torts Branch |
| JANICE WILLIAMS-JONES<br>Senior Trial Attorney<br>Federal Emergency Management Agency<br>Department of Homeland Security | P.O. Box 340, Ben Franklin Station<br>Washington, DC 20004<br>Telephone: (202) 616-4211<br>Adam.Dinnell@usdoj.gov |
| | Attorneys for Defendant United States |

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*s/ Adam M. Dinnell*
ADAM M. DINNELL (TX No. 24055405)