UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the United States' Consent Motion For Leave to File a Reply Memorandum in Support of its "Motion to Dismiss the Remaining FTCA Claims of All 'Mississippi Plaintiffs' for Lack of Subject-Matter Jurisdiction Based Upon No Analogous Private Liability" [Doc. No. 7690];

**IT IS HEREBY ORDERED** that the motion is granted and Defendant United States is hereby granted leave to file its Reply Memorandum.

**DONE AND SIGNED** this _____ day of _____, 20_____.

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**