# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL No. 1873<br>*<br>* SECTION N(5)<br>*<br>* JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br>*Virgie Gros, et al. v. Crum & Forster Specialty Insurance Co., et al.,*<br>*Case No. 09-5311* | *<br>* |

**************************************************************************

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with this Court on August 03, 2009.

1.

This First Supplemental and Amending Complaint for Damages adds Bernice Sylvas and Stacy Nicole Anderson as <u>additional</u> Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter.

2.

Consistent with the above, plaintiffs request that Newly Added Plaintiffs be added to Exhibit A ("Additional Parties").

3.

Upon information and belief, the Newly Added Plaintiffs resided in the same type of emergency housing unit manufactured by Pilgrim International and installed by Defendant Fluor Enterprises, Inc. as the existing plaintiffs. This Supplemental and Amending Complaint seeks to add the Newly Added Plaintiffs to the complaint for damages against the same manufacturer (Pilgrim International) and contractor (Fluor Enterprises, Inc.).

4.

Newly Added Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the Complaint for Damages filed with this Court on August 03, 2009 (Civ. Action No. 09-5311).

    Respectfully submitted,

    HURRICANE LEGAL CENTER, LLC

    BY:  /s/  *Lawrence J. Centola, Jr.*
         Lawrence J. Centola, Jr.

    Lawrence J. Centola, Jr., LA Bar #3962
    600 Carondelet Street
    Suite 602
    New Orleans, LA 70170
    (504) 525-1944 (telephone)
    (504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.