IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *  MDL No. 1873<br>*<br>*  SECTION N(5)<br>*<br>*  JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br>*Melvin Paul Robiho, Sr., et al. v. American International Group, et al., Case No. 09-5712* | *<br>* |

**************************************************************************

## SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their original complaint and First Amended Complaint for Damages filed on their behalf.

1.

This Second Supplemental and Amending Complaint for Damages adds Beverly Hall and Kynomi Courtney as <u>additional</u> Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter. As such it is requested that Beverly Hall's and Kynomi Courtney's names be added to the list of additional plaintiffs in Exhibit A.

2.

Upon information and belief, the Newly Added Plaintiffs resided in the same type of emergency housing unit manufactured by Fleetwood Enterprises, Inc. as the existing plaintiffs. Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc.1596), this

Supplemental and Amending Complaint seeks to add the unrelated Newly Added Plaintiffs to a single complaint for damages against the insurers of Fleetwood Enterprises, Inc. (American International Group, Inc., Starr Excess Liability Insurance Company, Ltd., American International Specialty Lines Insurance Company and Gibraltar Insurance Company, Ltd.)

3.

Newly Added Plaintiffs adopt all of the allegations, claims and prayers for relief contained in their original complaint and First Amended Complaint for Damages.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  Lawrence J. Centola, Jr.
         Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street
Suite 602
New Orleans, LA 70170
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

        /s/ *Lawrence J. Centola, Jr.*
        Lawrence J. Centola, Jr.