IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *  MDL No. 1873<br>*<br>*  SECTION N(5)<br>*<br>*  JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br>*Midred Etienne, et. al. v. American International Group, et al.,*<br>*Case No. 09-6009* | *<br>* |

*************************************************************************

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with the Middle District Court of Louisiana on August 1, 2009. The case transferred to this Court August 28, 2009 (Original Docket Number 3:09-cv-0568).

1.

This First Supplemental and Amending Complaint for Damages adds Yolanda Michelle Brown as an <u>additional</u> Named Plaintiff (hereinafter referred to as "Newly Added Plaintiff"), in the above captioned matter.

2.

Consistent with the above, plaintiffs request that Newly Added Plaintiff be added to the caption.

1

3.

Upon information and belief, the Newly Added Plaintiff resided in the same type of emergency housing unit manufactured by Fleetwood Enterprises as the existing plaintiffs. This Supplemental and Amending Complaint seeks to add the Newly Added Plaintiff to a single complaint for damages against the insurers of Fleetwood Enterprises, Inc. (American International Group, Inc., Starr Excess Liability Insurance Company, Ltd., American International Specialty Lines Insurance Company and Gibraltar Insurance Company, Ltd.).

4.

Named Plaintiffs seek to correct an inadvertent error by correcting the typographical error for the named plaintiff listed in the caption of the original complaint as "MIDRED ETIENNE" to "MILDRED ETIENNE."

5.

Newly Added Plaintiff adopts all of the allegations, claims and prayers for relief contained in the Complaint for Damages filed with the Middle District Court of Louisiana on June 15, 2009 (Civ. Action No. 3:09-cv-0568) which has since transferred via CTO-9 to the this court, August 28, 2009 and been assigned case number 2:09-cv-6009.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY: /s/ *Lawrence J. Centola, Jr.*
      Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street
Suite 602
New Orleans, LA 70170
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 24, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

      /s/ *Lawrence J. Centola, Jr.*
        Lawrence J. Centola, Jr.