UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>Melkile Favorite, Mary Favorite, and Marlon Favorite *vs. Vanguard Industries of Michigan, Inc. (a/k/a Palomino RV) and Fluor Enterprises, Inc.*<br>No. 09-07681 | |

ORDER

Considering the foregoing motion,

IT IS ORDERED that plaintiffs be granted leave to file the First Supplemental and Amending Complaint for Damages.

THIS DONE the 28th day of December, 2009, New Orleans, Louisiana.

_____
JUDGE