UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                      MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                         SECTION "N" X

THIS DOCUMENT RELATES TO:
*Sheila Borne, et al. v. D.S. Corp., et al.,*
No. 09-3729

**********************************************************************

ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the Second Supplemental and

Amended Complaint for Damages.

THIS DONE the 29th day of December, 2009, New Orleans, Louisiana.

_____
JUDGE