**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CROSS ROADS**

---

(1) **DARRELL J CARUSO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CROSSROADS** and installed by **UNKNOWN** was located at **St. Bernard, La 70085.**

(2) **DARRELL & PEARL, INDIVIDUALLY AND ON BEHALF OF THE MINOR D. J C. (referred to as D.C.)**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CROSSROADS** and installed by **UNKNOWN** was located at **l, St. Bernard, La 70085.**

**Exhibit A**