# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**In Re: FEMA TRAILER**                                    **MDL NO. 1873**

**FORMALDEHYDE PRODUCTS**

**LIABILITY LITIGATION**                          5

                                                    **SECTION "N" (4)**

**THIS DOCUMENT RELATES TO:**
*Judy Douglas, et al. v. Oak Creek Homes, L.P., et al.,*
**No. 09-3740**

*********************************************************************

## ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the Second Supplemental and

Amended Complaint for Damages.

THIS DONE the 29th day of ___December___, 2009, New Orleans, Louisiana.

_____
J U D G E

1