UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Priscilla Lucille Cook, et al. v. Skyline Corporation, et al.,*
No. 09-3739

**************************************************************************

## ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the Second Supplemental and Amended Complaint for Damages.

THIS DONE the 29th day of December, 2009, New Orleans, Louisiana.

_____
JUDGE

1