UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Skyline Corporation

(1) GRACELYN MICHELLE CASANOVA, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, SKYLINE CORPORATION and installed by UNKNOWN was located at ', Poydras, La 70085.

(2) CARL JOSEPH COOK, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, SKYLINE CORPORATION and installed by FLUOR was located at Violet, La 70092.

(3) JANE GAGLIANO LEAMING, a resident of the full age of majority of the State SKYLINE CORPORATION and installed by FLUOR was located at Slidell, La 70460.

(4) FELIX C. RUIZ, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, SKYLINE CORPORATION and installed by FLUOR was located at Slidell, La 70461.

(5) JOY B. RUIZ, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, SKYLINE CORPORATION and installed by FLUOR was located at Slidell, La 70461.

**Exhibit A**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

(6)  CARL   JOSEPH COOK, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at
Violet, La 70092.

(7)  **JOHN**   KENNEY, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at                , Violet, LA 70092.

**Exhibit A**