UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE: FEMA TRAILER                           MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                          SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
   Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
   Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
   Annis, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-5994
   Bostic, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6412
   Boteler, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6643
   Pelas, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6419
   Buras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6501
   Durham, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6636
   Gras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6498
   Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6497
   Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6632
   Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
   Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
   Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844
   Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845
   Rodriguez, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6495
   Jackler v. Cavalier Home Builders, LLC, N.D.A.L. No. 09-1423, E.D.L.A. No. 09-6145
   Perera v. Coachmen Industries, Inc., N.D.A.L. No. 09-1424, E.D.L.A. No. 09-6146
   Borrouso v. Forest River, Inc., N.D.A.L. No. 09-1422, E.D.L.A. No. 09-5971
   Jackler v. Gulf Stream Coach, Inc.,  N.D.A.L. No. 09-1426, E.D.L.A. No. 09-6147
   Jackler v. Pilgrim International, Inc., N.D.A.L. No. 09-1421, E.D.L.A. No. 09-6144
   Jackler v. Gulf Stream Coach, Inc.,  M.D.A.L. No. 09-666, E.D.L.A. No. 09-5970
   Menard v. Alliances Homes, Inc., d/b/a Adrian Homes, et al,
      M.D.A.L. No. 09-743, E.D.L.A. No. 09-6494
   Bell v. Cavalier Home Builders, L.L.C., M.D.L.A. No. 09-491, E.D.L.A. 09-6394
   Cargo v. Coachmen Industries, Inc.  M.D.L.A., No. 09-493, E.D.L.A. No. 09-5977
   DeCourcy v. Fleetwood, M.D.L.A. No. 09-495, E.D.L.A. No. 09-6148
   Wilson v. Forest River Inc., M.D.L.A. No. 09-496, E.D.L.A. No. 09-5978
   Bell v. Gulf Stream Coach, Inc., M.D.L.A. No. 09-498, E.D.L.A. No. 09-6149
   Kennair v. Lexington, M.D.L.A. No. 09-499, E.D.L.A. No. 09-6150

Gould v. Liberty Homes, M.D.L.A. No. 09-508, E.D.L.A. No. 09-6154
Sentilles v. Monaco Coach Corporation, M.D.L.A. No. 09-500, E.D.L.A. No. 09-6151
DeCourcy v. Patriot Homes, Inc., M.D.L.A. No. 09-501, E.D.L.A. No. 09-5979
Blanchard v. Pilgrim International, M.D.L.A. No. 09-502, E.D.L.A. 09-5980
Geissler v. River Birch Homes,. Inc., M.D.L.A. No. 09-504, E.D.L.A. No. 09-6152
DeCourcy v. R-Vision, Inc., M.D.L.A. No. 09-504, E.D.L.A. No. 09-5981
Gonzales v. Silver Creek, M.D.L.A. No. 09-505, E.D.L.A. No. 09-5982
Candebat v. Stewart Park Homes, M.D.L.A. No. 09-506, E.D.L.A. No. 09-6153
Karcher v. Cavalier Home Builders, LLC, W.D.L.A. No. 09-1271, E.D.L.A. No. 09-6501
Dow v. Fleetwood, W.D.L.A. No. 09-1277
Karcher v. Fleetwood, W.D.L.A. No. 09-1275, E.D.L.A. No. 09-
Noel v. Cavalier Home Builders, LLC, W.D.L.A. No. 09-320, E.D.L.A. No. 09-6501
Sigur v. Fleetwood, W.D.L.A. No. 09-1276, E.D.L.A. No. 09-
Kellogg v. Gulf Stream Coach, Inc., W.D.L.A. No. 09-1280, E.D.L.A. No. 09-
Noel v. Gulf Stream Coach, Inc., W.D.L.A. No. 09-1279, E.D.L.A. No. 09-
Sigur v. Gulf Stream Coach, Inc., W.DLA. No. 09-1278, E.D.L.A. No. 09-
Karcher v. Horton Homes, W.D.L.A. No. 09-1281, E.D.L.A. No. 09-6713
Brown v. Lexington Homes, W.D.L.A. No. 09-1282, E.D.L.A. No. 09-
Baker v. Morgan Buildings and Spas, Inc., W.D.L.A. No. 09-1290, E.D.L.A. No. 09-7162
Surtain v. Recreation by Design, W.D.L.A. No. 09-1289, E.D.L.A. No. 09-6714
Nata v. River Birch, W.D.L.A. No. 09-1287, E.D.L.A. No. 09-
Brown v. Stewart Park Homes, W.D.L.A. No. 09-1286, E.D.L.A. No. 09-
Tircuit v. Vanguard, W.D.L.A. No. 09-1285, E.D.L.A. No. 09-6871
Andrews v. Cavalier Home Builders, S.D.M.S. No. 09-523, E.D.L.A. No. 09-6899
Neumann v. Champion Enterprises, S.D.M.S. No. 09-531, E.D.L.A. No. 09-6908
Graves v. Clearsprings, S.D.M.S. No. 09-529, E.D.L.A. No. 09-6905
Borrouso v. Coachmen, S.D.M.S. No. 09-525, E.D.L.A. No. 09-6902
Wright v. DS Corp, S.D.M.S. No. 09-528, E.D.L.A. No. 09-6904
Augustine v. Fleetwood, S.D.M.S. No. 09-526, E.D.L.A. No. 09-6903
Ricouard v. Fleetwood, S.D.M.S. No. 09-449, E.D.L.A. No. 09-6018
Gabriel v. Fleetwood, S.D.M.S. No. 09-138, E.D.L.A. No. 09-6016
Chalaire v. Forest River, Inc., S.D.M.S. No. 09-427, E.D.L.A. No. 09-6717
Andrews v. Gulf Stream Coach., Inc, S.D.M.S. No. 09-523, E.D.L.A. No. 09-6894
Andrews v. Heartland Recreational Vehicles, S.D.M.S. No. 09-519, E.D.L.A. No. 09-6895
Greco v. Jayco, S.D.M.S. No. 09-520, E.D.L.A. No. 09-6896
Mixon v. Keystone, S.D.M.S. No. 09-521, E.D.L.A. No. 09-6897
Antoine v. Layton, S.D.M.S. No. 09-524, E.D.L.A. No. 09-6901
Blappert v. Layton, S.D.M.S. No. 09-139, E.D.L.A. No. 09-6211
Legendre v. Monaco Coach Corporation, S.D.M.S. No. 09-522, E.D.L.A. No. 09-6898
Legendre v. Morgan Buildings and Spas, S.D.M.S. No. 09-530, E.D.L.A. No. 09-6907
Merwin v. Pilgrim International, S.D.M.S. No. 09-511, E.D.L.A. No. 09-6887
Kelly v. R-Vision, S.D.M.S. No. 09-512, E.D.L.A. No. 09-6888
Baynes v. Recreation by Design, S.D.M.S. No. 09-513, E.D.L.A. No. 09-6716
Simmons v. Recreation by Design, S.D.M.S. No. 09-140, E.D.L.A. No. 09-6212
Antoine v. Skyline Corporation, S.D.M.S. No. 09-514, E.D.L.A. No. 09-6889
Blappert v. Skyline Corporation, S.D.M.S. No. 09-141, E.D.L.A. No. 09-6017

Kline v. Starcraft, S.D.M.S. No. 09-515, E.D.L.A. No. 09-6890
Hood v. Sunline, S.D.M.S. No. 09-516, E.D.L.A. No. 09-6891
Wright v. Thor, S.D.M.S. No. 09-517, E.D.L.A. No. 09-6892
Ermon v. American Homestar, E.D.L.A. No. 09-6796
Bruno v. Athens Park, E.D.L.A. No. 09-3948
Adams v. Cavalier, E.D.L.A. No. 09-3562
Alfonso v. Cavalier, E.D.L.A. No. 09-
Hall v. Cavalier, E.D.L.A. No. 09-6798
Boudreaux v. Champion, E.D.L.A. No. 09-3561
Melton v. Clearsprings, E.D.L.A. No. 09-4446
Salande v. CMH Manufacturing, E.D.L.A. No. 09-3592
Barrilleaux v. Coachmen, E.D.L.A. No. 09-3726
Cargo v. Coachmen, E.D.L.A. No. 09-6800
Ladner v. Coachmen, E.D.L.A. No. 09-7934
Taylor v. Destiny, E.D.L.A. No. 09-6795
Borne v. DS Corp, E.D.L.A. No. 09-3729
Gadwaw v. DS Corp, E.D.L.A. No. 09-7941
Boudreaux v. Dutch Housing, E.D.L.A. No. 09-3826
Bastoe v. Dutchmen Mfg, E.D.L.A. No. 09-3590
Edwards v. Fairmont, E.D.L.A. No. 09-7951
Penny v. Fairmont, E.D.L.A. No. 09-3591
Adams v. Fleetwood, E.D.L.A. No. 09-4371
Adams v. Fleetwood, E.D.L.A. No. 09-4669
Ladner v. Fleetwood, E.D.L.A. No. 09-4372
Atwood v. Forest River, E.D.L.A. No. 09-7958
Bailey v. Forest River, E.D.L.A. No. 09-3588
Ahl v. Frontier, E.D.L.A. No. 09-3589
Cummins v. Frontier, E.D.L.A. No. 09-7959
Daigre v. Giles, E.D.L.A. No. 09-3721
Bigting v. Golden West, E.D.L.A. No. 09-3951
Acosta v. Gulf Stream, E.D.L.A. No. 09-4661
Bader v. GulfStream, E.D.L.A. No. 09-3824
Falgout v. Gulf Stream, E.D.L.A. No. 09-4662
Hall v. Gulf Stream, E.D.L.A. No. 09-6799
Jackson v. Gulf Stream, E.D.L.A. No. 09-4665
Macalusa v. Gulf Stream, E.D.L.A. No. 09-4666
Sakobie v. Gulf Stream, E.D.L.A. No. 09-4664
Vaccarella v. Gulf Stream, E.D.L.A. No. 09-4663
Adams v. Heartland, E.D.L.A. No. 09-3727
Alkurd v. Heartland, E.D.L.A. No. 09-4671
Karcher v. Horton Homes, 09-3723
Brignac v. Hy-line, E.D.L.A. No. 09-3736
Robin v. Insurco, E.D.L.A. No. 09-6801
Bergeron v. Jayco, E.D.L.A. No. 09-3719
Albarado v. Keystone, E.D.L.A. No. 09-3731
Deroche v. Keystone, E.D.L.A. No. 09-7923

Aguilera v. KZRV, E.D.L.A. No. 09-3738  
Braquet v. Lakeside, E.D.L.A. No. 09-7982  
Adubato v. Layton, E.D.L.A. No. 09-  
Aguilar v. Layton, E.D.L.A. No. 09-3720  
Delone v. Lexington, E.D.L.A. No. 09-6797  
Gaudet v. Lexington, E.D.L.A. No. 09-3737  
Curtis v. Liberty Homes, E.D.L.A. No. 09-  
Winding v. Liberty Homes, E.D.L.A. No. 09-3735  
Alexis v. Monaco, E.D.L.A. No. 09-4839  
Annis v. Monaco, E.D.L.A. No. 09-6796  
Aguilar v. Morgan, E.D.L.A. No. 09-7985  
Albarado v. Morgan Bldg, E.D.L.A. No. 09-3829  
Casanavo v. Northwood, E.D.L.A. No. 09-7986  
Cavat v. Northwood, E.D.L.A. No. 09-3975  
DeGeorge v. Oak Creek, E.D.L.A. No. 09-  
Douglas v. Oak Creek, E.D.L.A. No. 09-3740  
Peterson v. Palm Harbor, E.D.L.A. No. 09-3718  
Hartle v. Patriot Homes, E.D.L.A. No. 09-3950  
Alvarez v. Pilgrim, E.D.L.A. No. 09-4838  
Barcelona v. R-Vision, E.D.L.A. No. 09-3949  
Arbour v. Recreation by Design, E.D.L.A. No. 09-3733  
Drewes v. Recreation by Design, E.D.L.A. No. 09-7993  
Clausell v. River Birch, E.D.L.A. No. 09-3715  
Bruno v. Scotbilt, E.D.L.A. No. 09-3724  
Rhodes v. Scotbilt, E.D.L.A. No. 09-  
Dubreuil v. Silver Creek, E.D.L.A. No. 09-3725  
Hill v. Silver Creek, E.D.L.A. No. 09-  
Adubato v. Skyline, E.D.L.A. No. 09-  
Cook v. Skyline, E.D.L.A. No. 09-3739  
Gagliano v. Southern Energy, E.D.L.A. No. 09-3716  
Hyde v. Starcraft, E.D.L.A. No. 09-7993  
Deogracias v. Starcraft, , E.D.L.A. No. 09-3732  
Braud v. Stewart, E.D.L.A. No. 09-3827  
Doty v. Sun Valley, E.D.L.A. No. 09-3722  
Rodrigue v. Sunline, E.D.L.A. No. 09-4177  
Khan v. Superior Homes, E.D.L.A. No. 09-3717  
Barcia v. Thor, E.D.L.A. No. 09-3742  
McHughes v. Timberland, E.D.L.A. No. 09-3825  
Frught v. Timberland, E.D.L.A. No. 09-  
Alvarez v. TL Industries, E.D.L.A. No. 09-3720  
Arbour v. Vanguard, E.D.L.A. No. 09-3728  
Penny v. Waverlee Homes, E.D.L.A. No. 09-3741

*MEMORANDUM IN SUPPORT OF*
*MOTION FOR EXTENSION OF TIME*

---

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who do respectfully submit the following Memorandum in Support of the foregoing Motion for Extension of Time to complete Plaintiff Fact Sheets.

In the later part of 2009, undersigned counsel numerous lawsuits in the Eastern District of Louisiana, Middle District of Louisiana, Western District of Louisiana, Northern District of Alabama, Middle District of Alabama, Southern District of Alabama, and the Southern District of Mississippi. The suits filed in these various jurisdictions represent approximately 6734 claims against F.E.M.A., the various contractors, and various trailer manufacturers.

The Court's Pre Trial Order (No. 49) set forth a deadline of December 31, 2009 for all plaintiffs to submit completed Plaintiff Fact Sheets. The Pre Trial Order Number 49 also sets forth that an extension may be granted for good cause shown.

Of the 6734 claims presented by undersigned counsel, undersigned counsel has, to date, submitted at least 3513 completed fact sheets, with few being returned as deficient. The number of fact sheets completed demonstrates the effort exerted in attempting to comply with this Court's Order.

Undersigned counsel avers that many of those required to submit plaintiff fact sheets live outside of the metropolitan area, many of whom have need help to complete the lengthy Plaintiff Fact Sheet.

Accordingly, undersigned counsel suggests that these reasons along with the diligence exerted in attempting to comply with the Court's Order provide good cause for granting an extension for the plaintiffs represented by undersigned counsel, and referenced in Exhibit 1, to

submit completed Plaintiff Fact Sheets.

                Respectfully submitted,
                LAW OFFICES OF SIDNEY D. TORRES, III
                A PROFESSIONAL LAW CORPORATION

        BY:   /s/ David C. Jarrell
                SIDNEY D. TORRES, III (Bar No. 12869)
                ROBERTA L. BURNS (Bar No. 14945)
                **DAVID C. JARRELL** (Bar No. 30907)
                Torres Park Plaza, Suite 303
                8301 West Judge Perez Dr.
                Chalmette, Louisiana 70043
                Tel:  (504) 271-8421
                Fax: (504) 271-1961
                E-mail: dcj@torres-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 30th day of December, 2009, electronically filed the foregoing with the Clerk of Court for the Eastern District of the United States by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                /s/ David C. Jarrell
                DAVID C. JARRELL