UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE: FEMA TRAILER                    MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                   SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
   Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
   Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
   Annis, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-5994
   Bostic, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6412
   Boteler, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6643
   Pelas, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6419
   Buras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6501
   Durham, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6636
   Gras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6498
   Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6497
   Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6632
   Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
   Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
   Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844
   Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845
   Rodriguez, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6495
   Jackler v. Cavalier Home Builders, LLC, N.D.A.L. No. 09-1423, E.D.L.A. No. 09-6145
   Perera v. Coachmen Industries, Inc., N.D.A.L. No. 09-1424, E.D.L.A. No. 09-6146
   Borrouso v. Forest River, Inc., N.D.A.L. No. 09-1422, E.D.L.A. No. 09-5971
   Jackler v. Gulf Stream Coach, Inc.,  N.D.A.L. No. 09-1426, E.D.L.A. No. 09-6147
   Jackler v. Pilgrim International, Inc., N.D.A.L. No. 09-1421, E.D.L.A. No. 09-6144
   Jackler v. Gulf Stream Coach, Inc.,  M.D.A.L. No. 09-666, E.D.L.A. No. 09-5970
   Menard v. Alliances Homes, Inc., d/b/a Adrian Homes, et al,
      M.D.A.L. No. 09-743, E.D.L.A. No. 09-6494
   Bell v. Cavalier Home Builders, L.L.C., M.D.L.A. No. 09-491, E.D.L.A. 09-6394
   Cargo v. Coachmen Industries, Inc.  M.D.L.A., No. 09-493, E.D.L.A. No. 09-5977
   DeCourcy v. Fleetwood, M.D.L.A. No. 09-495, E.D.L.A. No. 09-6148
   Wilson v. Forest River Inc., M.D.L.A. No. 09-496, E.D.L.A. No. 09-5978
   Bell v. Gulf Stream Coach, Inc., M.D.L.A. No. 09-498, E.D.L.A. No. 09-6149
   Kennair v. Lexington, M.D.L.A. No. 09-499, E.D.L.A. No. 09-6150

Gould v. Liberty Homes, M.D.L.A. No. 09-508, E.D.L.A. No. 09-6154
Sentilles v. Monaco Coach Corporation, M.D.L.A. No. 09-500, E.D.L.A. No. 09-6151
DeCourcy v. Patriot Homes, Inc., M.D.L.A. No. 09-501, E.D.L.A. No. 09-5979
Blanchard v. Pilgrim International, M.D.L.A. No. 09-502, E.D.L.A. 09-5980
Geissler v. River Birch Homes,. Inc., M.D.L.A. No. 09-504, E.D.L.A. No. 09-6152
DeCourcy v. R-Vision, Inc., M.D.L.A. No. 09-504, E.D.L.A. No. 09-5981
Gonzales v. Silver Creek, M.D.L.A. No. 09-505, E.D.L.A. No. 09-5982
Candebat v. Stewart Park Homes, M.D.L.A. No. 09-506, E.D.L.A. No. 09-6153
Karcher v. Cavalier Home Builders, LLC, W.D.L.A. No. 09-1271, E.D.L.A. No. 09-6501
Dow v. Fleetwood, W.D.L.A. No. 09-1277
Karcher v. Fleetwood, W.D.L.A. No. 09-1275, E.D.L.A. No. 09-
Noel v. Cavalier Home Builders, LLC, W.D.L.A. No. 09-320, E.D.L.A. No. 09-6501
Sigur v. Fleetwood, W.D.L.A. No. 09-1276, E.D.L.A. No. 09-
Kellogg v. Gulf Stream Coach, Inc., W.D.L.A. No. 09-1280, E.D.L.A. No. 09-
Noel v. Gulf Stream Coach, Inc., W.D.L.A. No. 09-1279, E.D.L.A. No. 09-
Sigur v. Gulf Stream Coach, Inc., W.D.L.A. No. 09-1278, E.D.L.A. No. 09-
Karcher v. Horton Homes, W.D.L.A. No. 09-1281, E.D.L.A. No. 09-6713
Brown v. Lexington Homes, W.D.L.A. No. 09-1282, E.D.L.A. No. 09-
Baker v. Morgan Buildings and Spas, Inc., W.D.L.A. No. 09-1290, E.D.L.A. No. 09-7162
Surtain v. Recreation by Design, W.D.L.A. No. 09-1289, E.D.L.A. No. 09-6714
Nata v. River Birch, W.D.L.A. No. 09-1287, E.D.L.A. No. 09-
Brown v. Stewart Park Homes, W.D.L.A. No. 09-1286, E.D.L.A. No. 09-
Tircuit v. Vanguard, W.D.L.A. No. 09-1285, E.D.L.A. No. 09-6871
Andrews v. Cavalier Home Builders, S.D.M.S. No. 09-523, E.D.L.A. No. 09-6899
Neumann v. Champion Enterprises, S.D.M.S. No. 09-531, E.D.L.A. No. 09-6908
Graves v. Clearsprings, S.D.M.S. No. 09-529, E.D.L.A. No. 09-6905
Borrouso v. Coachmen, S.D.M.S. No. 09-525, E.D.L.A. No. 09-6902
Wright v. DS Corp, S.D.M.S. No. 09-528, E.D.L.A. No. 09-6904
Augustine v. Fleetwood, S.D.M.S. No. 09-526, E.D.L.A. No. 09-6903
Ricouard v. Fleetwood, S.D.M.S. No. 09-449, E.D.L.A. No. 09-6018
Gabriel v. Fleetwood, S.D.M.S. No. 09-138, E.D.L.A. No. 09-6016
Chalaire v. Forest River, Inc., S.D.M.S. No. 09-427, E.D.L.A. No. 09-6717
Andrews v. Gulf Stream Coach., Inc, S.D.M.S. No. 09-523, E.D.L.A. No. 09-6894
Andrews v. Heartland Recreational Vehicles, S.D.M.S. No. 09-519, E.D.L.A. No. 09-6895
Greco v. Jayco, S.D.M.S. No. 09-520, E.D.L.A. No. 09-6896
Mixon v. Keystone, S.D.M.S. No. 09-521, E.D.L.A. No. 09-6897
Antoine v. Layton, S.D.M.S. No. 09-524, E.D.L.A. No. 09-6901
Blappert v. Layton, S.D.M.S. No. 09-139, E.D.L.A. No. 09-6211
Legendre v. Monaco Coach Corporation, S.D.M.S. No. 09-522, E.D.L.A. No. 09-6898
Legendre v. Morgan Buildings and Spas, S.D.M.S. No. 09-530, E.D.L.A. No. 09-6907
Merwin v. Pilgrim International, S.D.M.S. No. 09-511, E.D.L.A. No. 09-6887
Kelly v. R-Vision, S.D.M.S. No. 09-512, E.D.L.A. No. 09-6888
Baynes v. Recreation by Design, S.D.M.S. No. 09-513, E.D.L.A. No. 09-6716
Simmons v. Recreation by Design, S.D.M.S. No. 09-140, E.D.L.A. No. 09-6212
Antoine v. Skyline Corporation, S.D.M.S. No. 09-514, E.D.L.A. No. 09-6889
Blappert v. Skyline Corporation, S.D.M.S. No. 09-141, E.D.L.A. No. 09-6017

Kline v. Starcraft, S.D.M.S. No. 09-515, E.D.L.A. No. 09-6890
Hood v. Sunline, S.D.M.S. No. 09-516, E.D.L.A. No. 09-6891
Wright v. Thor, S.D.M.S. No. 09-517, E.D.L.A. No. 09-6892
Ermon v. American Homestar, E.D.L.A. No. 09-6796
Bruno v. Athens Park, E.D.L.A. No. 09-3948
Adams v. Cavalier, E.D.L.A. No. 09-3562
Alfonso v. Cavalier, E.D.L.A. No. 09-
Hall v. Cavalier, E.D.L.A. No. 09-6798
Boudreaux v. Champion, E.D.L.A. No. 09-3561
Melton v. Clearsprings, E.D.L.A. No. 09-4446
Salande v. CMH Manufacturing, E.D.L.A. No. 09-3592
Barrilleaux v. Coachmen, E.D.L.A. No. 09-3726
Cargo v. Coachmen, E.D.L.A. No. 09-6800
Ladner v. Coachmen, E.D.L.A. No. 09-7934
Taylor v. Destiny, E.D.L.A. No. 09-6795
Borne v. DS Corp, E.D.L.A. No. 09-3729
Gadwaw v. DS Corp, E.D.L.A. No. 09-7941
Boudreaux v. Dutch Housing, E.D.L.A. No. 09-3826
Bastoe v. Dutchmen Mfg, E.D.L.A. No. 09-3590
Edwards v. Fairmont, E.D.L.A. No. 09-7951
Penny v. Fairmont, E.D.L.A. No. 09-3591
Adams v. Fleetwood, E.D.L.A. No. 09-4371
Adams v. Fleetwood, E.D.L.A. No. 09-4669
Ladner v. Fleetwood, E.D.L.A. No. 09-4372
Atwood v. Forest River, E.D.L.A. No. 09-7958
Bailey v. Forest River, E.D.L.A. No. 09-3588
Ahl v. Frontier, E.D.L.A. No. 09-3589
Cummins v. Frontier, E.D.L.A. No. 09-7959
Daigre v. Giles, E.D.L.A. No. 09-3721
Bigting v. Golden West, E.D.L.A. No. 09-3951
Acosta v. Gulf Stream, E.D.L.A. No. 09-4661
Bader v. GulfStream, E.D.L.A. No. 09-3824
Falgout v. Gulf Stream, E.D.L.A. No. 09-4662
Hall v. Gulf Stream, E.D.L.A. No. 09-6799
Jackson v. Gulf Stream, E.D.L.A. No. 09-4665
Macalusa v. Gulf Stream, E.D.L.A. No. 09-4666
Sakobie v. Gulf Stream, E.D.L.A. No. 09-4664
Vaccarella v. Gulf Stream, E.D.L.A. No. 09-4663
Adams v. Heartland, E.D.L.A. No. 09-3727
Alkurd v. Heartland, E.D.L.A. No. 09-4671
Karcher v. Horton Homes, 09-3723
Brignac v. Hy-line, E.D.L.A. No. 09-3736
Robin v. Insurco, E.D.L.A. No. 09-6801
Bergeron v. Jayco, E.D.L.A. No. 09-3719
Albarado v. Keystone, E.D.L.A. No. 09-3731
Deroche v. Keystone, E.D.L.A. No. 09-7923

Aguilera v. KZRV, E.D.L.A. No. 09-3738
Braquet v. Lakeside, E.D.L.A. No. 09-7982
Adubato v. Layton, E.D.L.A. No. 09-
Aguilar v. Layton, E.D.L.A. No. 09-3720
Delone v. Lexington, E.D.L.A. No. 09-6797
Gaudet v. Lexington, E.D.L.A. No. 09-3737
Curtis v. Liberty Homes, E.D.L.A. No. 09-
Winding v. Liberty Homes, E.D.L.A. No. 09-3735
Alexis v. Monaco, E.D.L.A. No. 09-4839
Annis v. Monaco, E.D.L.A. No. 09-6796
Aguilar v. Morgan, E.D.L.A. No. 09-7985
Albarado v. Morgan Bldg, E.D.L.A. No. 09-3829
Casanavo v. Northwood, E.D.L.A. No. 09-7986
Cavat v. Northwood, E.D.L.A. No. 09-3975
DeGeorge v. Oak Creek, E.D.L.A. No. 09-
Douglas v. Oak Creek, E.D.L.A. No. 09-3740
Peterson v. Palm Harbor, E.D.L.A. No. 09-3718
Hartle v. Patriot Homes, E.D.L.A. No. 09-3950
Alvarez v. Pilgrim, E.D.L.A. No. 09-4838
Barcelona v. R-Vision, E.D.L.A. No. 09-3949
Arbour v. Recreation by Design, E.D.L.A. No. 09-3733
Drewes v. Recreation by Design, E.D.L.A. No. 09-7993
Clausell v. River Birch, E.D.L.A. No. 09-3715
Bruno v. Scotbilt, E.D.L.A. No. 09-3724
Rhodes v. Scotbilt, E.D.L.A. No. 09-
Dubreuil v. Silver Creek, E.D.L.A. No. 09-3725
Hill v. Silver Creek, E.D.L.A. No. 09-
Adubato v. Skyline, E.D.L.A. No. 09-
Cook v. Skyline, E.D.L.A. No. 09-3739
Gagliano v. Southern Energy, E.D.L.A. No. 09-3716
Hyde v. Starcraft, E.D.L.A. No. 09-7993
Deogracias v. Starcraft, , E.D.L.A. No. 09-3732
Braud v. Stewart, E.D.L.A. No. 09-3827
Doty v. Sun Valley, E.D.L.A. No. 09-3722
Rodrigue v. Sunline, E.D.L.A. No. 09-4177
Khan v. Superior Homes, E.D.L.A. No. 09-3717
Barcia v. Thor, E.D.L.A. No. 09-3742
McHughes v. Timberland, E.D.L.A. No. 09-3825
Frught v. Timberland, E.D.L.A. No. 09-
Alvarez v. TL Industries, E.D.L.A. No. 09-3720
Arbour v. Vanguard, E.D.L.A. No. 09-3728
Penny v. Waverlee Homes, E.D.L.A. No. 09-3741

*PROPOSED ORDER*

Considering the foregoing Motion:

IT IS HEREBY ORDERED that Plaintiffs in the above numbered cases be granted an additional sixty (60) days to submit completed Plaintiff Fact Sheets.

Signed this _____ day of _____, 20___ in New Orleans, Louisiana.

                                                                _____
                                                                JUDGE