# U.S. DEPARTMENT OF HOMELAND SECURITY
# FEDERAL EMERGENCY MANAGEMENT AGENCY
## TEMPORARY HOUSING UNIT INSPECTION REPORT

**1. Temporary Housing Unit No.:** 1304330  3-11-06
439657589A

**2. Serial No./Vin:** 5C2200R2461252 94

### 3. TYPE OF INSPECTION
- Transport ☐
- Dispatch ☐
- Receipt ☐
- Storage ☐
- Staging ☐
- Site ☑ ☑
- RFO ☐ ☑
- Move In ☐ ☑
- Move Out ☐

### 4. TYPE OF FACILITY
- Other ☐
- Mobile Home ☐
- Travel Trailer ☑

### 5. APPLIANCES
| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | Duotherm | | |
| Range | Magic Chef | | |
| Microwave | Vonetta | | |
| Refrigerator | Frigidaire | | |
| A/C | Duotherm | | |
| Water Heater | | | |

### 6. UNIT INFO.
- a. Manufacturer: 
- b. Year: 2005
- c. Size (Ft. -inc towing hitch): 32
- d. Number of Bedrooms: 1 BDR

### 7. INSPECTIONS
- ☑ Disaster  ☐ Storage

### 8. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR
(N = New)  G = Good  P = Poor  D = Damaged  M = Missing

**Handicap:** ☐ Yes  ☑ No

| FURNISHINGS Kitchen & Dining | Sto | DIS | RE Condition | FURNISHINGS First Bedroom | Sto | DIS | RE Condition | FURNISHINGS Bathroom | Sto | DIS | RE Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dinette Table | | | N | Double Bed, Complete | | | N | Commode | | | N |
| Dinette Chairs (6 for 3 BR) | | | | Mirror | | | N | Tub/Shower | | | N |
| Range | | | | Cabinets, Storage | | | | Lavatory | | | |
| Range Hood & Vent Fan | | | | Curtains & Rods | | | | Cosmetic Cabinet | | | |
| Refrigerator | | | | Light Fixtures | | | | Mirror | | | |
| Curtains & Rods | | | | Second Bedroom | | | | Curtains & Rods | | | |
| Cabinets | | | | Double Bed, Complete | | | | Light Fixtures | | | |
| Sink | | | | Mirror | | | | Exterior Condition | | | |
| Light Fixtures | | | | Cabinet Storage | | | | Water Heater | | | |
| Fire Extinguisher | | | | Curtains & Rods | | | | Doors | | | |
| A/C   Living Room | | | | Light Fixtures | | | | 2 Keys Per Door | | | |
| Couch | | | | Third Bedroom | | | | Windows | | | |
| Arm Chair | | | | Double Bed, Complete | | | | Screens | | | |
| End Table | | | | Mirror | | | | Front Panels | | | |
| Coffee Table | | | | Cabinet Storage | | | | Left Side Panels | | | |
| Curtains & Rods | | | | Curtains & Rods | | | | Rear Panels | | | |
| Light Fixtures | | | | Light Fixtures | | | | Right Side Panels | | | |
| Hall | | | | Interior Condition | | | | Roof Vents | | | |
| Furnace | | | | Floor Covering | | | | Towing Hitch | | | N |
| Smoke Detectors | | | | Wall Panels | | | N | Axles & Springs | | | |
| Light Fixtures | | | N | Ceiling Panels | | | N | Wheels & Tires | | | N |

### 9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAM BELOW:

New — RIGHT SIDE    New — LEFT SIDE    N — FRONT    N — REAR

**NOTE:** Tail light harness furnished by: ☐ Towing Contractor

### 10. COMMENTS (If more space is needed, continue on reverse)

**11. READY FOR OCCUPANCY**
**CONTRACT W.O. No.:** 1603-0002-13797-IPR

**INSPECTOR SIGNATURE:** [signature]

**DATE:** 3-11-06

**THA No.:** 439657589A

**12. OCCUPANT NAME:** Kearline Castanel
**ADDRESS:** 2261 Urquhart St. New Orleans, La 70117

### 13. REPRESENTATIVES ACKNOWLEDGING CONDITIONS DESCRIBED ABOVE:

| NAME (Contractor) | SIGNATURE AND DATE (Contractor) | SIGNATURE AND DATE (FEMA Rep.) |
|---|---|---|
| Dispatch To/From Storage | | |
| Receipt To/From Storage | | |
| Dispatch To/From Site | | |

**Occupant SIGNATURE (Move In or Move Out):** Karline Castanel
**DATE:** 3/11/06
**FEMA REP. SIGNATURE:** 
**DATE:**

MA Form 90-13, JULY 05

**EXHIBIT "B"**