Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

\*   \*   \*   \*   \*

IN RE: FEMA TRAILER          MDL NO. 07-1873

FORMALDEHYDE PRODUCTS         SECTION "N"(5)

LIABILITY LITIGATION          JUDGE ENGELHARDT

This document relates to:

   Earline Castanel v. Recreation by Design,

            L.L.C., et al

      Docket No. 09-3251


         \*    \*    \*    \*    \*


         Deposition of EARLINE CASTANEL,

2925 St. Peters Street, New Orleans, Louisiana

70163, taken at the Law Offices of Gainsburgh,

Benjamin, David, Meunier & Warshauer, L.L.C.,

2800 Energy Centre, 1100 Poydras Street, New

Orleans, Louisiana 70163-2800, on Wednesday,

December 2, 2009.

REPORTED BY:

      PAMELA C. BLACK, CCR, RPR
      PROFESSIONAL SHORTHAND REPORTERS
      (504) 529-5255

**EXHIBIT
"C"**

Page 22

1        Q.  And the reason why I ask you this is

2    that if you turn to the ninth page of Exhibit

3    No. 2, which is also Bates stamped 09 at the

4    end, do you have that in front of you?

5        A.  Yeah.

6        Q.  And it shows is there questions at

7    the top, 5, 6 and 7 and 6 it says -- 5 it says,

8    was the temporary housing unit provided to you

9    by FEMA a travel trailer or a mobile home and

10   travel trailer is marked, did FEMA provide you

11   with a travel trailer?

12       A.  It was just a trailer that sits on

13   blocks, that's all I know.  It sit on blocks,

14   that's all I could tell you.

15       Q.  And No. 6 it has move in date and it

16   has 2/2006 which, I think, means February 2006.

17   Is that your best recollection about when you

18   moved into the travel trailer?

19       A.  It's about around that time, I guess.

20   Like I said, around the first part of 2006.

21       Q.  Correct, and February is the early

22   part of 2006.

23       A.  I guess so.

24       Q.  Do you have any reason to believe

25   that this is incorrect or inaccurate?

Page 23

1          A.  Well, that's about right there.

2          Q.  And then it says, the next question

3    there 7, move out date and it has 3/2007, which

4    would be March 2007.  Is that the approximate

5    date you moved out of the trailer?

6          A.  I can't say exactly because I don't

7    exactly remember.  But I do know I moved out

8    around that time, but I don't know exactly.

9          Q.  Understood.  That was your best

10   estimate of when you moved out.

11         A.  That's right.

12         Q.  Now, between the time you evacuated

13   the city and came back to Louisiana and moved

14   into the trailer, were you in Texas the entire

15   time?

16         A.  Yeah, I wasn't nowhere else.  I ain't

17   had nowhere else to stay down here.

18         Q.  I understand that.  And that's all I

19   wanted to make sure.  So between the first week

20   or the week before Katrina hit until you moved

21   into the trailer on or about February 2006, you

22   were in Texas.

23         A.  Yes.

24         Q.  When you came back to Louisiana in

25   February of 2006, what was the condition of

Page 32

```
 1    indicates here that you had some problems,

 2    symptoms or complaints when you were in the

 3    trailer.  Do you see that?  There's a whole

 4    bunch of -- on C3, there's a whole bunch of

 5    boxes and many of them are checked such as

 6    irritation to the eyes, irritation to nasal

 7    membrane inside the nose, do you see those?

 8         A.  You're talking about down here?

 9         Q.  Yes.  Do you see that?

10         A.  Yeah.

11         Q.  When you were in the trailer, did you

12    suffer irritation to your eyes?

13         A.  Well, when I was in the trailer,

14    after I was in there for a while, not too long,

15    then I started having my nose stopped up.  It

16    would get so stopped up like I had to go to the

17    door to see if I can catch some air, I couldn't

18    like hardly breathe.

19         Q.  So you had breathing problems?

20         A.  Yes.  My sinus.  When I get like that

21    I couldn't, I don't know, I keep going like

22    that (demonstrating), trying to catch my breath

23    because I couldn't breathe through my nose.

24         Q.  And this happened soon after you

25    moved into the trailer?
```

Page 33

1      A.   It was like five weeks or so after I

2   got in there, four or five weeks it started

3   getting like that.

4      Q.   And when you went outside of the

5   trailer, did that relieve the symptoms?

6      A.   Well, I would stand up by the door

7   until I keep doing that (demonstrating), and

8   then I would get some of that stuff, it's A-Y-R

9   I think it is, and spray in my nose to try to

10  open it up some.  And when it opened up a

11  little bit, well, I'd go back in there.

12     Q.   So you'd experience this symptom,

13  this difficulty breathing when you were inside

14  the trailer.

15     A.   Yeah.

16     Q.   And this started happening about five

17  weeks after you moved into the trailer?

18     A.   Yeah.

19     Q.   And to relieve those symptoms, you

20  would go outside the trailer.

21     A.   Yes.

22     Q.   And when you went outside the trailer

23  it would get better?

24     A.   Not that much.

25     Q.   A little bit?

Page 34

1        A.   Not that much.

2        Q.   Okay.  Besides this problem with your

3   sinus and breathing problems, did you have any

4   other problems that you attributed to the

5   trailer?

6        A.   No, I'd just feel bad sometimes, you

7   know, start feeling bad.  I know it wasn't very

8   comfortable, that's for sure.

9        Q.   Understood.  And what I want to know

10  is, what specific type symptoms were present,

11  how you presented, what was the problem, was it

12  a stomachache, was it headache, was it just

13  general malaise?

14       A.   I just would feel bad, I know that.

15  And I'd get that little funny feeling and I

16  would go lay down.

17       Q.   Let me ask you, you're 79 years old;

18  is that right?

19       A.   Yes.

20       Q.   Was the illness that you were

21  experiencing when you were in the trailer

22  different than other illnesses that you were

23  suffering?

24       A.   Before I didn't have all that problem

25  with that, you know, getting like -- sometimes

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Earline Castanel

Page 35

1    I'd get like nauseated and I just thought it

2    was just one of them things.

3         Q.  And that's what I'm trying to get at,

4    was this something different, something unique

5    that you thought was being caused by the

6    trailer?

7         A.  I don't know what it was being caused

8    by, I just know I felt it.

9         Q.  So let's go through the symptoms you

10   had, sinus problems, breathing problems; is

11   that right?

12        A.  Yeah.

13        Q.  And those started about five weeks

14   after you moved in?

15        A.  Yes.

16        Q.  You had some generally just not

17   feeling well.

18        A.  Yes.

19        Q.  Anything else?

20        A.  That's about it I can think about

21   right now.

22        Q.  Did you ever suffer any irritation or

23   itching of the skin?

24        A.  Yeah.  My arm.  I have some marks

25   now, you see where it's like dry skin.  And you

Page 36

```
 1    can see the marks right here (indicating).

 2           Q.  Did that happen when you were in the

 3    trailer?

 4           A.  When I was in the trailer that

 5    happened, you know, I would be like dry, itchy.

 6           Q.  And when did that first present?

 7           A.  I don't know.  I know it happened

 8    while I was in there.

 9           Q.  Did it happen shortly after you were

10    in there, were you in there a couple of months,

11    how long before you started presenting with dry

12    itchy skin?

13           A.  I'd say about three months or

14    something, something like that, I don't know.

15    I can't remember exactly.

16           Q.  And I understand, just the best of

17    what your recollection is.  Did you have any

18    irritation or swelling of your eyelids or your

19    lips?

20           A.  It would get a little puffy, my eye.

21           Q.  And that happened when you were in

22    the trailer?

23           A.  Yes.  And I don't know, I'd get like

24    a dry feeling, you know.  Like I said, I would

25    get like a dry feeling.  And then I would get
```

Page 37

```
 1   like itchy.  And then I'd look at my arm and it
 2   would be kind of a little scaly.  And when I'd
 3   do like this, you know, dry.  You could see all
 4   the little spots where it was.
 5        Q.  And the irritation, swelling of your
 6   eyelids or the puffiness that you just
 7   described, how long were you in the trailer
 8   before you presented with that?
 9        A.  I would say around the same time I
10   was getting my sinus trouble.
11        Q.  So about five weeks?
12        A.  About the same time around up in that
13   time.
14        Q.  Is that about five weeks?  And it's
15   not an exact science, just your best
16   recollection.
17        A.  I'll say about five or six weeks,
18   something like that.
19        Q.  And I'm sorry, because I have to --
20   we have to be clear on it, so is your best
21   estimate that you started suffering the
22   irritation or swelling of your eyelids --
23        A.  Around the same time I started with
24   the sinus thing stopping up and that's when my
25   eyes started puffing and then I started feeling
```

Page 38

1   all this itchy stuff.

2        Q.   Okay.   And you indicated earlier that

3   your eyes or your sinus was about five weeks

4   after you moved in?

5        A.   Yeah.

6        Q.   So that would be about five weeks

7   after you started suffering the puffiness and

8   irritation of the eyelids?

9        A.   Yeah.   About five or six weeks,

10  something like that.

11       Q.   Did you ever suffer any headaches

12  that you associated with the trailer?

13       A.   Well, I'd get a little headache, my

14  head would hurt like right up in here

15  (indicating).

16       Q.   Were those different from headaches

17  that you had prior to moving in the trailer?

18       A.   I know they'd hurt me more than when

19  I would have a regular headache.

20       Q.   And when did you start having those

21  headaches?

22       A.   Around the same time.  Everything

23  started around the same time, around 5, 6,

24  6 1/2 weeks, around that time.

25       Q.   You also indicate that you suffered

Page 39

1    nausea, abdominal pain, diarrhea, did those

2    symptoms start occurring about five or six

3    weeks after you moved into the trailer?

4         A.   It was about I would say three

5    months.

6         Q.   About three months after you moved

7    in?

8         A.   Yeah.   That's when I started getting

9    all kind of problems.

10        Q.   If we turn to the next page of

11   Exhibit No. 2, Ms. Castanel, there are some

12   other complaints here that are marked at the

13   top of that page.   And you see it says

14   tightness of chest, throat irritation,

15   hoarseness, are those symptoms that you also

16   suffered within five or six weeks after you

17   moved into the trailer?

18        A.   I wasn't looking at the time, I just

19   know I got them, you know, I had those problems

20   after, but I didn't know exactly what, if it

21   was like two weeks, three weeks, I didn't

22   notice all of that, I just know I had them.

23        Q.   And I guess what I'm just trying to

24   do is put the best estimate date that you think

25   it was, was it one month, two months, three

Page 41

1       A.  Yeah, up in my throat.

2       Q.  Now, did you have allergies before

3   you moved into the trailer?

4       A.  Well, I ain't never had nothing like

5   I had when I got in the trailer, you know, I

6   mean, I get a little headache.

7       Q.  And I understand that.  And the

8   reason I ask you is because it says the

9   worsening of allergies that you had previously.

10  Did you have allergies beforehand?

11      A.  Before, I might have a little stopped

12  up nose, but nothing compared to after I got in

13  that trailer what I was having.

14      Q.  Once you got in that trailer --

15      A.  It was like everything got worse.

16      Q.  And that started happening about five

17  or six weeks after you moved into the trailer?

18      A.  Yes.

19      Q.  And this is separate and apart from

20  that, were you ever treated or diagnosed with

21  allergies before you moved into the trailer?

22      A.  I had a little, I guess a little

23  light sinus trouble but nothing like I had when

24  I got in there.  After I was in there, that's

25  when I started really having it bad, I couldn't

Page 42

1    breathe.

2         Q.  When you moved into the trailer, was

3    there any odor or anything like that?  Was

4    there any smell or anything that you noticed?

5         A.  I'm not gonna lie, I didn't really

6    pay attention, you know.  It had something

7    going on in there to cause me to be having this

8    but, I mean, you know, I never gave it a

9    thought.

10        Q.  And I understand that.  And it's a

11   while ago, I understand that.

12        A.  Yeah.

13        Q.  The question is, did you notice any

14   odors or was there any special smell that was

15   different from things that you'd smelled

16   before?

17        A.  I can't say.

18        Q.  Let me approach it a different way.

19   If you burn something in your house most people

20   open up their windows; is that right, is that

21   reasonable?

22        A.  Yeah.

23        Q.  And you do that to get rid of that

24   burnt smell; right?

25        A.  Yeah.

Page 68

1    date that you moved in was February 2006 that

2    you moved into the trailer.  Do you think that

3    it may, in fact, be the date you moved into the

4    trailer may have been March 11th, 2006, when

5    you signed this agreement?

6         A.  I don't know if it was March 6th or

7    March the 11th.

8         Q.  And that's what I'm getting to.  When

9    you moved into the trailer, did you have to

10   sign some papers?

11        A.  I think, but I don't know if it was

12   before I went in the trailer or after.  I can't

13   remember.

14        Q.  Okay.

15        A.  All I remember is --

16        Q.  What do you remember?

17        A.  That Mr. Harry, the one that gave me

18   the key, that's all I remember.  And I don't

19   know what day that was.

20        Q.  So your best recollection as you sit

21   here stays the same, you moved in, best

22   estimate was February of 2006?

23        A.  Yeah.

24        Q.  Just to make it very clear, within

25   five to six weeks of moving in you started

Page 69

1    suffering these symptoms, sinus problems,

2    itching, dry itching skin, generally not

3    feeling good; is that right?

4         A.  Yes.

5         Q.  Prior to moving into the trailer you

6    weren't experiencing those symptoms or those

7    problems?

8         A.  No.

9         Q.  You didn't have those problems

10   before?

11        A.  No.  I had a -- I used to have my

12   nose stop up a little bit but nothing like I

13   had it in there.

14        Q.  It was different and it was much

15   worse.

16        A.  Yes, it was much worse.

17        Q.  It was different than what you'd

18   experienced before and it was worse than you

19   experienced before?

20        A.  Yes.

21        Q.  And that happened within five or six

22   weeks of moving in the trailer.

23        A.  Yes.

24        Q.  And you had discussions with your

25   neighbor and your daughter about these

Page 70

1    problems?

2          A.   Yes.

3          Q.   And I think you also indicated that

4    you mentioned it to your doctor; is that right?

5          A.   Yes.

6          Q.   And did these problems go away after

7    you moved back into your house?

8          A.   I might have a -- well, I'll say yes,

9    because I don't have that anymore.

10         Q.   So these were problems that you had

11   because you attributed because of the trailer?

12         A.   Yeah.

13         Q.   And at no time did you complain to

14   FEMA or the maintenance contractor about these

15   problems?

16         A.   No.  I mean, when the guy came and

17   fixed that I told him I wasn't feeling good,

18   but I don't know who he was or nothing.  You

19   know, when they come in and say, good evening,

20   how you doing, I'd just say, well, I'm not

21   doing too well, that's all.

22         Q.   But you never called up FEMA and said

23   hey, I need for you to replace this trailer or

24   put me someplace else?

25         A.   No.

Page 71

```
 1          Q.  And the complaints that you called up
 2     about were the air conditioning several times,
 3     the screen door that needed to be repaired, and
 4     some wire thing that was running around that
 5     had to be repaired; and in each of those
 6     occasions within 2, 3, 4, 5, 6 or 7 days
 7     someone came out and fixed it; is that correct?
 8          A.  Yeah.
 9          Q.  And when you were in this trailer, if
10     the air conditioning wasn't working and it was
11     warm you would open the windows.
12          A.  Yeah.
13          Q.  And if it was warm out and the air
14     conditioner was working you'd run the air
15     conditioning?
16          A.  Yes.
17          Q.  And during the time in there, as you
18     sit here today, you don't recall any strange
19     odors or anything like that?
20          A.  No.  Just when I'd -- like I say,
21     when I took my clothes out that's what -- I
22     smelled my clothes, they had a funny odor,
23     that's all I know.
24          Q.  Those were just from the clothes that
25     were in the closet; right?
```

Page 72

1          A.   That were in the closet.

2          Q.   Okay.  When you were in the trailer

3     yourself, you don't recall any strange odors or

4     any bad odors or anything like that?

5          A.   I don't know.  I can't say right now.

6          Q.   You don't recall one way or the

7     other?

8          A.   No.

9          Q.   And so as we sit here today, you

10    don't remember whether or not there was any bad

11    odor in the unit?

12         A.   No.

13         Q.   Any odor that would be a chemical

14    type smell?

15         A.   I don't know.

16         Q.   Did you ever, when you were in the

17    trailer, have an odor that you thought smelled

18    like chemicals or a bad chemical type smell?

19         A.   Well, like a car pass or something

20    I'd say -- you know, sometime and they -- I

21    don't know what you would call it, a muffler or

22    whatever, well, once in a while I smell that

23    and I don't know if it was coming from a car or

24    not, I can't say.  Because I'd have the door

25    open and the screen closed, you know, when it's

Page 111

1  wanted to make sure that that was your

2  signature.

3       A.  Yeah, but that's my signature.

4       Q.  And you don't remember ever signing

5  these documents at any time?

6       A.  No.  I don't remember.

7       Q.  Okay.

8       MS. WHITFIELD:

9           I believe that's all the questions I

10 have.  Thank you very much.

11      THE WITNESS:

12          All right.  I did the best I could.

13 RE-EXAMINATION BY MR. MILLER:

14      Q.  Ms. Castanel, I just have a couple of

15 follow-ups.  And it really goes to a question

16 that was asked to you by Ms. Whitfield and it

17 said that what you recalled Harry telling you

18 when he gave you the keys was he said to enjoy

19 your travel trailer.

20      A.  No.  Enjoy my trailer.

21      Q.  Enjoy your trailer.

22      A.  Yeah.

23      Q.  Did you enjoy your trailer?

24      A.  It was all right.  But I was sick and

25 I know that.  After I was in there a while it

Page 112

1    wasn't like I thought it would have been.

2         Q.   And after you were in there a while

3    you thought that the trailer was making you

4    sick?

5         A.   There was nothing else I see could be

6    making me sick, there was nothing else.  Like I

7    said, I don't drink, I don't smoke, and I don't

8    run the streets, so I don't see nothing else

9    could make me sick.

10        Q.   And you got sick within four or five

11   or six weeks of moving in that trailer.

12        A.   Yeah.  Because I started feeling bad,

13   you know, so that's it.

14        Q.   Now, in all of these documents that

15   Ms. Whitfield has showed you which are marked

16   Exhibit 7, 8 and 9, that's your signatures on

17   those documents.

18        A.   That's my signatures.

19        Q.   Although you don't remember them now,

20   you wouldn't have signed those documents at the

21   time without having gone through them, would

22   you?

23        A.   I had to meet the people who gave me

24   the paper to sign.

25        Q.   Okay.  And you would have read the