UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Earline Castanel v. Recreation by Design,*<br>*LLC, et al.*, No. 09-3251 (E.D. La.) | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXPEDITED CONSIDERATION

**NOW INTO COURT**, through undersigned counsel, comes defendant, Shaw Environmental, Inc. ("Shaw"), and files this Motion for Expedited Consideration of its Motion for Summary Judgment Regarding Prescription. Shaw's Motion would ordinarily be heard on the Court's next hearing date, or January 27, 2010, but co-defendant in this case, Recreation by Design, LLC, has filed a similar Motion (Rec. Doc. No. 9722), which will be heard on January 13, 2010, at 9:30 a.m. In the interest of convenience and efficiency and for reasons more fully explained in Shaw's Memorandum in Support, Shaw requests the same hearing date for its Motion.

**WHEREFORE**, Shaw Environmental, Inc. respectfully requests that its Motion for Expedited Consideration on its Motion for Summary Judgment Regarding Prescription be granted.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**


         s/M. David Kurtz
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of December, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

         s/M. David Kurtz
         M. DAVID KURTZ