UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Earline Castanel v. Recreation by Design, LLC, et al.*, No. 09-3251 (E.D. La.) | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
<u>MOTION FOR EXPEDITED CONSIDERATION</u>**

**MAY IT PLEASE THE COURT:**

Shaw Environmental, Inc. ("Shaw") respectfully requests that this Court hear its Motion for Summary Judgment Regarding Prescription on January 13, 2010 at 9:30 a.m., the same date and time on which this Court will hear Recreation by Design, LLC's Motion for Summary Judgment Regarding Prescription. In support of its Motion for Expedited Consideration, Shaw represents as follows:

1.

The trial of this action is set to commence on May 17, 2010.

2.

Co-defendant Recreation by Design, LLC filed a Motion for Summary Judgment Regarding Prescription (Rec. Doc. No. 9722) on December 29, 2009, with a hearing date of January 13, 2010.

3.

Shaw filed its Motion for Summary Judgment Regarding Prescription on December 30, 2009. The next available hearing date is January 27, 2010.

4.

Due to the quickly approaching trial date and the numerous pretrial deadlines in this case, as well as the other bellwether cases in this multi-district litigation, it is in the parties' best interest and will further the administration of justice to resolve Shaw's Motion as quickly as possible and simultaneously with the Motion filed by Recreation by Design, LLC.

**WHEREFORE**, Shaw Environmental, Inc. respectfully requests that its Motion for Expedited Consideration be granted and that its Motion for Summary Judgment Regarding Prescription be set for hearing on January 13, 2010 at 9:30 a.m.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

       s/M. David Kurtz
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of December, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

       s/M. David Kurtz
M. DAVID KURTZ