UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Earline Castanel v. Recreation by Design,*<br>*LLC, et al.*, No. 09-3251 (E.D. La.) | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the Motion for Expedited Consideration filed by defendant Shaw Environmental, Inc.,

IT IS ORDERED that the Motion is granted and that Shaw Environmental, Inc.'s Motion for Summary Judgment Regarding Prescription is noticed for hearing on January 13, 2010, 9:30 a.m.

New Orleans, Louisiana, this ____ day of December, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**