## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873

SECTION N (5)

JUDGE ENGLEHARDT

THIS DOCUMENT RELATES TO
ALL CASES

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### FRANK J. D'AMICO JR.  LIST OF PLAINTIFFS WHO REMAIN UNMATCHED (PRETRIAL ORDER 40)

In compliance with Pretrial Order 40 (document 1781) and the order granting extension of time regarding PTP 40 (Document 2182), Frank J. D'Amico Jr. hereby notifies the Court of the plaintiffs who remain unmatched with a specific manufacturing defendant and the civil action number of the original complaint in which they were named:

| CLAIMANT | COURT CASE NUMBER |
|---|---|
| ALI, EDWARD | 09-5333 |
| ALLEN, SHEARDON | 09-5325 |
| ANDERSON, CURTIS | 09-5333 |
| AUSTIN, DANITRIA | 09-5333 |
| AUSTIN, CATHERINE | 09-6187 |
| AUSTIN, PATRICK | 09-6187 |
| AUSTIN, ROSEMARY | 09-6187 |
| BADON, WALLACE | 09-5333 |
| BANKS, TYESE | 09-5333 |
| BARNES, JOYCE | 09-5333 |
| BATISTE, JAMES | 09-5333 |
| BATISTE, SHIRLEY | 09-5333 |
| BAUDY, BRENT | 09-5333 |
| BAYHI, LISA | 09-5333 |
| BEAULIEU, BRIAN | 09-5333 |

1

| | |
|---|---|
| BIENEMY, JUNE | 09-5333 |
| BIENEMY, TERRY | 09-5333 |
| BOWMAN SR., PATRICK | 09-5333 |
| BOWMAN JR., PATRICK (M) | 09-5333 |
| BOYDE, AMY (M) | 09-5333 |
| BOYDE, LARRY (M) | 09-5333 |
| BOYDE, MIAMI (M) | 09-5333 |
| BOYKINS, SHINTEE | 09-5333 |
| BRIDGES SR., HOUSTON | 09-5333 |
| BROADBRIDGE, CAROL | 09-5333 |
| BROCK, LAWRENCE | 09-5333 |
| BROWN, DONNA | 09-5333 |
| BROWN, JOYCE | 09-7166 |
| BROWN, PAUL | 09-7166 |
| BRUMFIELD, GARY | 09-5333 |
| BUTLER SR., TERRENCE | 09-5333 |
| CADE, KAYLA | 09-5333 |
| CADE, MARVIN | 09-5333 |
| CALLAO, MIRIAM | 09-5333 |
| CAMILLE, WILLIAM | 09-5333 |
| CANSELO, VERANICE | 09-5333 |
| CARROLL, BRANDON (M) | 09-5333 |
| CARROLL, BRIONNE (M) | 09-5333 |
| CARTER, DAYTON (M) | 09-5333 |
| CELESTINE, SYLVIA | 09-5333 |
| CELESTINE, JOSHUA | 09-5333 |
| COLEMAN, NATHAN (M) | 09-5333 |
| COLLINS, SANDRA | 09-5333 |
| COWART, WILLIE | 09-5333 |
| CUNNINGHAM, ERNESTINE | 09-5333 |
| CURLEY, JAMES | 09-5333 |
| CURLEY, SHONDRIKA | 09-5333 |
| CURLEY, WANDA | 09-5333 |
| CUTRER, ALICIA | 09-5333 |
| CUTRER, WALTER | 09-5333 |
| CUTRER, JADE (M) | 09-5333 |
| DAVIS, CARISSA | 09-5333 |
| DELANEY, CONSUELLA | 09-5333 |
| DELANEY, IVORY | 09-5333 |
| DELANEY, JASON | 09-5333 |
| DILWORTH, KEVIN (M) | 09-5329 |
| DISON, ALEXIS (M) | 09-5329 |
| DISON, ASHLEY (M) | 09-5329 |
| DISON, ADELINNY | 09-5329 |
| DISON, ARIANNA (M) | 09-5329 |
| DIXON, ALLEN | 09-5329 |
| DOMINIQUE SR., LACEY | 09-5333 |

| | |
|---|---|
| DOMINIQUE JR., LACEY (M) | 09-5333 |
| DOMINIQUE, KATHERINE | 09-5333 |
| DOTSON, RASHAD (M) | 09-5333 |
| DOUGHTY, LEVAR (M) | 09-5333 |
| DUGAS JR., JOSEPH | 09-5333 |
| DUHON, TORAN (M) | 09-5333 |
| DUHON, RAY | 09-5333 |
| DYSON, JIMMIE | 09-5333 |
| EDWARDS, PATRICIA | 09-5333 |
| ESCOBAR, GREGORY (M) | 09-5333 |
| EUGENE, ADRIANNE | 09-5333 |
| EUGENE, JACQUELYN | 09-5333 |
| EVANS, GERALD | 09-5332 |
| FONTENOT, RHONDA (G) | 09-7166 |
| FONTENOT, RILEY (M) | 09-7166 |
| FOSTER, WAYNE | 09-5333 |
| FOUCHA, CURTIS | 09-5333 |
| FOUCHA II, CURTIS (M) | 09-5333 |
| FRISELLA, DON | 09-5333 |
| FULTZ, LAWRENCE | 09-5333 |
| GABRIEL, AMBROSE (M) | 09-5333 |
| GABRIEL, ASHANTA | 09-5333 |
| GLADSTONE, RICHELLE (M) | 09-5333 |
| GORUM-JONES, LANA | 09-5333 |
| GREEN, ALLANEICA | 09-5333 |
| GREEN, SHIRLEY | 09-5333 |
| GRIFFIN, ANWAR | 09-5333 |
| HALL, DARVIN | 09-5333 |
| HALL, ALICIA | 09-5332 |
| HALL, DANIELLA (M) | 09-5332 |
| HARNESS, KEVIN | 09-5333 |
| HARRIS, JESSIE (M) | 09-6187 |
| HARRIS, LA'NITA | 09-5333 |
| HARRIS, MONET (M) | 09-5333 |
| HATCHER, LONNIE | 09-5333 |
| HAYNES, TOMMY | 09-5333 |
| HILL, DANNY | 09-5329 |
| HILL, DEVON | 09-5329 |
| HILL, DARRIN | 09-5329 |
| HILL, KEONNE | 09-5329 |
| HILLS, CATHY | 09-5329 |
| HILLS, WILLIE | 09-5329 |
| HOLDON, JOHNNY | 09-5329 |
| HOLLOWAY, JERALDINE | 09-5329 |
| HOLMBERG, JACOB (G) | 09-5329 |
| JACKSON, MARTHA | 09-5329 |
| JACKSON, WAYNE | 09-5329 |

| | |
|---|---|
| JAMES, CONRAD | 09-5329 |
| JAMES, TREASURE | 09-5329 |
| JENKINS, DONNA | 09-5332 |
| JENKINS, MARIE | 09-5332 |
| JENKINS, MICHAEL | 09-5332 |
| JOHNSON, DA'JAH (M) | 09-5329 |
| JOHNSON, TAMMIE | |
| JOHNSON, TAMIA (M) | 09-5329 |
| JONES, ALMA | 09-5329 |
| JONES, IVA | 09-5329 |
| JONES, JOSEPH | 09-5329 |
| JONES, RONNIE | 09-5329 |
| JONES, TARA | 09-5329 |
| JORDAN, TOREY | 09-5329 |
| JORDAN, JASMINE (M) | 09-5329 |
| JORDAN, MALCOLM (M) | 09-5329 |
| JORDAN, MALKEISHA (M) | 09-5329 |
| JORDAN, MALSHAWN (M) | 09-5329 |
| JORDAN, TERRELL (M) | 09-5329 |
| JOSEPH, DEREK | 09-5329 |
| KIERN, ANDREA | 09-5329 |
| KNOX, KELLY (M) | 09-5329 |
| KNOX, RENE | 09-5329 |
| LABEAU, MAJOR (M) | 09-5329 |
| LEBEAUD, CRYSTAL (M) | 09-5329 |
| LABOSTRI, DIANA | 09-5329 |
| LANGLOIS, LORENZO (M) | 09-5329 |
| LEE, IRVIN | 09-5329 |
| LIGHTELL, STEVE | 09-5329 |
| LINCOLN, KEYONNA (G) | 09-5333 |
| LINDSEY, NELL | 09-5329 |
| LINDSEY, SHUNDREKA (M) | 09-5329 |
| LINDSEY, DARRELL (M) | 09-5329 |
| LOPEZ, PATRICIA | 09-5329 |
| LOPEZ, EMILIO (M) | 09-5329 |
| LOUIS, SCHENELL | 09-5329 |
| MANUEL, BRENDA | 09-5329 |
| MARINE, JESSICA (M) | 09-5329 |
| MARINE, DANIELLE (M) | 09-5329 |
| MARINE, TANYA | 09-5329 |
| MARINE SR., CLIFFORD | 09-5329 |
| MARTIN JR., ROBERT | 09-5329 |
| MCDANIEL, XAVIER (M) | 09-5329 |
| MCDONALD, EDNA | 09-5329 |
| MCDONALD, JOHNNY | 09-5329 |
| MEGGS, CEDRIC | 09-5329 |
| MILLAUD, BRANDON (M) | 09-5329 |

| | |
|---|---|
| MILLER, DELVON | 09-5329 |
| MILLER, ERMA | 09-5329 |
| MITCHELL, DERRICK | 09-5329 |
| MITCHELL, COLTNEY | 09-5329 |
| MITCHELL, ASHLEY | 09-5329 |
| MOORE, BESSIE | 09-5329 |
| MOORE, GAIL | 09-5329 |
| MOORE, THOMAS | 09-5329 |
| MOSS, ANGELA | 09-5329 |
| NAFZIGER, TRENISE (G) | 09-5329 |
| NAFZIGER, NOAH (M) | 09-5329 |
| NEWELL, BENNY | 09-5329 |
| OLIVER, LOUISE (M) | 09-5329 |
| PARKER, LINDA | 09-5329 |
| PASCUAL, BARRY | 09-7166 |
| PATTERSON, LAKEN | 09-5329 |
| PENN, DOROTHY | 09-5329 |
| PENN III, CHARLES | 09-5329 |
| PHILLIPS, HARRISON | 09-5329 |
| PORTER, SCOTT | 09-5332 |
| RABATHALY, LAKEITHA (G) | 09-6187 |
| RABATHALY, DYLAN (M) | 09-6187 |
| RICHARDSON, DENIECEE | 09-5325 |
| RICHARDSON, SPARKLE (M) | 09-5325 |
| RICHARDSON IV, EDWARD (M) | 09-5325 |
| RICHARDSON III, EDWARD (M) | 09-5325 |
| RIDGEWAY, MICHAEL | 09-5325 |
| ROBERTS, ROXANNE | 09-5325 |
| ROBINSON, ESTHER | 09-5325 |
| ROBY, BENJAMIN | 09-5325 |
| ROME JR., DAVID | 09-5325 |
| SARASINO, NOBERTO | 09-5325 |
| SCOTT, CRAYTON | 09-5325 |
| SEAL, STEVEN | 09-5332 |
| SIMMONS, JAMES | 09-5325 |
| SIMMONS, RICHARD | 09-5325 |
| SIMPSON, GABRIELLE (M) | 09-5333 |
| SMITH, DEIDRE | 09-5325 |
| SMITH, DERRICK (M) | 09-5325 |
| SMITH, ENA | 09-5325 |
| SMITH, GAYNELL | 09-5325 |
| SMITH, LANEISHA | 09-6187 |
| SMITH, MEQUEILLE | 09-5325 |
| SMITH JR., LEROY | 09-5325 |
| SOUCHON SR., EDWARD | 09-5332 |
| SPARKS, EARNEST | 09-5325 |
| STEPHENS, CRISTINA | 09-5325 |

| | |
|---|---|
| STURDIVANT, CLARENCE | 09-5325 |
| SUMLER-BARTHELEMY SHAWNA | 09-5325 |
| SWILLEY, TONY | 09-5325 |
| TAYLOR, SHARREL | 09-5325 |
| TAYLOR, KARIS (M) | 09-5325 |
| TAYLOR, KE'VAHN (M) | 09-5325 |
| TAYLOR, HA'KEEM (M) | 09-5325 |
| TERRY, ERROLL | 09-5325 |
| TERRY, RICKEY (M) | 09-5329 |
| TERRY, LYRIC (M) | 09-5329 |
| THOMAS, WARREN | 09-5325 |
| TREPAGNIER, GLORIA | 09-5325 |
| TREPAGNIER, GABRIELLE (M) | 09-5325 |
| TREPAGNIER, BRANDY | 09-5325 |
| TURNER, DAVID | 09-5332 |
| TURNER, HANNAH (M) | 09-5332 |
| TYLER, SIDNEY (M) | 09-5333 |
| VALENTINE, SHANA | 09-5325 |
| VALENTINE, JEREMIAH (M) | 09-5325 |
| VALENTINE, DESHAWN | 09-5325 |
| VALENTINE, DERRIAN (M) | 09-5325 |
| USSIN, LOUIS | 09-5325 |
| VEAL SR., FELTERS | 09-5325 |
| VEAL, FALAN (M) | 09-5325 |
| VEAL JR., FELTERS (M) | 09-5325 |
| WALKER, ALBERT | 09-5325 |
| WALLER, ESTELLE | 09-5325 |
| WATKINS, CHERYL | 09-5325 |
| WEBB, D'ASIA (M) | 09-5325 |
| WEBB III, DAVID (M) | 09-5325 |
| WEBER, JACQUELINE | 09-5325 |
| WEBER JR., MATTHEW | 09-5325 |
| WEBER III, MATTHEW | 09-5325 |
| | |
| WEBER, MAYA (M) | 09-5328 |
| WEBER, MARY ANN | 09-5329 |
| WHITE, NEITIA | 09-5328 |

| | |
|---|---|
| WHITE, BRANDON | 09-5328 |
| WHITE, ANGELO | 09-5328 |
| WHITTAKER, LAKESHA | 09-5328 |
| WILLIAMS, AMARI (M) | 09-5332 |
| WILLIAMS, MICHELLE | 09-5328 |
| WILLIAMS, NATHANIEL | 09-5328 |
| WILLIAMS, KEITH | 09-5328 |
| WILLIAMS JR., GEORGE | 09-5328 |
| WILSON, ANDREW | 09-5332 |
| WILSON, MICHELLE | 09-5332 |
| WILSON, BARON (M) | 09-5328 |
| WILSON, MARLISA | 09-5328 |
| WILSON, PERRY | 09-5328 |
| WILSON, STEPHEN (M) | 09-5332 |
| WRIGHT, CHERIKA | 09-5328 |
| YOUNG, KENNETH | 09-5329 |
| YOUNG, TYRONE | 09-5328 |
| YOUNG, TYRONE O. | 09-5328 |
| ACKER, ELIZABETH | 09-5328 |
| ACKER, JOURDAN | 09-5328 |
| ACKER, MARY | 09-5328 |
| AMACKER, CRAIG | 09-5328 |
| AMBROSE, JAMES | 09-5328 |
| AMERSON, DONNA | 09-5328 |
| ANDERSON, CAROL | 09-5328 |
| ANDERSON, ELMA | 09-5328 |
| ANDERSON, KEDRICK | 09-5335 |
| ANDERSON, LINCOLN | 09-5328 |
| ANDREW, CHARLES (M) | 09-5328 |
| ANGELLE, NATHAN | 09-5328 |
| ARMOUR, LOUIS | 09-5328 |
| ATKINS, JOSEPH | 09-5328 |
| ATKINSON, HARRIET | 09-5328 |
| BAGNERIS, LAWASHA | 09-5328 |
| BAGNERIS, LEVELL (M) | 09-5328 |
| BALLAM, MICHAEL | 09-5335 |
| BARNES, ELTON | 09-5328 |
| BARNETT JR., TRAMANDIS (M) | 09-5338 |
| BARTHE, KAREN | 09-5328 |
| BARTHELEMY, STEPHEN | 09-5328 |
| BARTHELEMY, STEPHANIE | 09-5328 |
| BARTHELEMY, DONELL (M) | 09-5328 |
| BARTHELEMY, DARNELL | 09-5328 |
| BARTHELEMY, BRYANT | 09-5328 |
| BATES, MAXINE | 09-5328 |

| | |
|---|---|
| BATES, JOREN (M) | 09-5328 |
| BEDNEY, BOBBIE | 09-5328 |
| BEDNEY, CHELSEA | 09-5328 |
| BENTON, CYNTHIA | 09-5328 |
| BERKLEY, DERRICK | 09-5328 |
| BERNARD JR., BRIAN | 09-5328 |
| BERNARD III, BRIAN (M) | 09-5328 |
| BERNARD, BRIANNE | 09-5328 |
| BERNARD, CASEY | 09-5328 |
| BLACK, TRINITHY | 09-5328 |
| BRADLEY, MARIE | 09-5328 |
| BRAMLETT, MARY | 09-5328 |
| BROOKS, LLYOD | 09-5328 |
| BROOKS, JAHMARI | 09-5328 |
| BROOKS, DEONDRA | 09-5328 |
| BROOKS, ASIA (M) | 09-5328 |
| BROWN, GEORGE | 09-5328 |
| BROWN, SADIE | 09-5326 |
| BURNS, BETTY | 09-5326 |
| BUTLER, CHRISSY | 09-5328 |
| BUTLER, CHRISTOPHER | 09-5328 |
| BUTLER, STEPHANIE | 09-5328 |
| BUTLER, CHRISTI (M) | 09-5335 |
| CAIN, RELESTER | 09-5328 |
| CAIN, WENISHA (M) | 09-5328 |
| CAIN JR., KENDELL (M) | 09-5328 |
| CAIN SR., KENDELL | 09-5328 |
| CAIN JR., WENDELL | 09-5328 |
| CAIN SR., WENDELL | 09-5328 |
| CAMPBELL, BERNELL | 09-5328 |
| CAMPBELL, SHARON | 09-5328 |
| CANNON, ROBERT | 09-5328 |
| CARAVANAS, AMAIYA (M) | 09-5329 |
| CARTER, TIA (M) | 09-5328 |
| CARTER, KENNETH | 09-5328 |
| CARTER, ARTHUR | 09-5328 |
| CARTER, CHAD | 09-5328 |
| CASS, BRENDA | 09-5328 |
| CAZENAVE, DEBORAH | 09-5328 |
| CHAMBERS, RITA | 09-5328 |
| CHAPMAN JR., JAMES | 09-5328 |
| CHARLES, LOUIS | 09-5328 |
| CHEATHAM, THERESA | 09-5328 |
| CHEATHAM JR. , WILLIARD | 09-5328 |
| CHEATHAM, AMANI | 09-5328 |

| | |
|---|---|
| CLOFER, HAYWARD | 09-7166 |
| COOK, PATSY | 09-5328 |
| COOK, JAMES | 09-5328 |
| CRAFT, EVA | 09-5328 |
| CRAWFORD JR., AARON (M) | 09-5329 |
| CROSBY, SEAN (M) | 09-5328 |
| CURTIS, LINDA | 09-5328 |
| DANOS, MIA | 09-5335 |
| DASE, STEPHANIE | 09-5328 |
| DASE JR., ALBERT | 09-5328 |
| DAVIS, AL | 09-5328 |
| DAVIS, ASHLEY (M) | 09-5328 |
| DAVIS, JULIE | 09-5328 |
| DAVIS JR., MELVIN | 09-5328 |
| DAVIS III, MELVIN | 09-5328 |
| DAVIS, LAUREN | 09-5328 |
| DAWSON, RAQUEL | 09-5328 |
| DENET, TEON | 09-5335 |
| DEROCHE, REED | 09-5328 |
| DIXON SR., BRUCE | 09-5328 |
| DOUGLAS, IEKA | 09-5328 |
| EDWARDS, GERALDS | 09-5328 |
| ENCALADE JR.,, TERRY | 09-5328 |
| ESPRIT, EMELDA | 09-5328 |
| ESTES, CRYSTAL | 09-5328 |
| EWELL-HILL, PRISCILLA | 09-5328 |
| FERDINAND, JOSEPH | 09-5328 |
| FERNANDEZ JR., JAMES | 09-5328 |
| FLEMING, SHAUNA | 09-5328 |
| FLEMING, SHAUN (M) | 09-5328 |
| FLEMING, SHANE (M) | 09-5328 |
| FOSTER, ANTHONY (M) | 09-5335 |
| FOUNTAIN, BRANDON | 09-5328 |
| FOX, JARRELL | 09-5335 |
| FRANCIS, HOLLY | 09-5328 |
| GAINS, WELDON | 09-5328 |
| GENTRY, ROSE | 09-5328 |
| GENTRY, LINDA | 09-5328 |
| GIPSON, LARRY | 09-5328 |
| GIPSON, LOUIS | 09-5328 |
| GLENN, OREVA | 09-5328 |
| GLOSTER, TERRY | 09-5328 |
| GLOVER, SHELIA | 09-5328 |
| GONZALES JR., ALVIN | 09-5328 |
| GORDON, ANNIE | 09-5328 |

| | |
|---|---|
| GORDON, CHARLES | 09-5328 |
| GREEN, SHAWNKAREY | 09-5328 |
| GREEN, FRANK (M) | 09-5328 |
| GRIFFIN, KERRY | 09-5328 |
| GUICE, CHRISTOPHER | 09-7166 |
| GUSS, DIANA | 09-5335 |
| HAGAN, NAOMI | 09-5335 |
| HALL, ROSA | 09-5335 |
| HAMMOND, ROSIE | 09-5335 |
| HAMMOND, WILLIAM | 09-5335 |
| HANDY, MICHAEL | 09-5335 |
| HARRIS, ANTOINETTE | 09-5335 |
| HARRIS, KATRINA | 09-5326 |
| HARRIS, BIANCA (M) | 09-5335 |
| HARRIS, KAREN | 09-5335 |
| HARRIS, JUNIOR | 09-5335 |
| HARRIS, RICHARD | 09-5326 |
| HARRIS, STEVEN | 09-5326 |
| HARRIS JR., ALIVIA (M) | 09-5335 |
| HARRIS SR., ALIVIA | 09-5335 |
| HAYNES, KIRK | 09-5335 |
| HART, DERRICK | 09-5335 |
| HEBERT, MICHAEL | 09-5335 |
| HEIDLE, JOSHUA | 09-5335 |
| HENRY, COURTNEY | 09-5335 |
| HENRY, MEGAN | 09-5335 |
| HICKS, SHELITA | 09-5335 |
| HILL JR., EUGENE | 09-5335 |
| HILL, SAMUEL | 09-5335 |
| HILL, MORGHAN (M) | 09-5335 |
| HILL, RONDTERRIES | 09-5335 |
| HILLS, OLICIER | 09-5335 |
| HILLS, DARYL | 09-5335 |
| HILLS, DARNESHA (M) | 09-5335 |
| HOBSON, MARY | 09-5335 |
| HOBSON, TOREY | 09-5335 |
| HOBSON III , TYREE | 09-5335 |
| HOBSON, TEQUILLA | 09-5335 |
| HOLMES, CHARLES | 09-5326 |
| HOWARD, WENDELL | 09-5335 |
| HOWARD, GERALDINE | 09-5335 |
| HOWARD SR., MELVIN | 09-5335 |
| HOWARD, MAUDE | 09-5335 |
| HOWARD, IDA | 09-5335 |
| HUBBARD JR., LARNELL | 09-5335 |

| | |
|---|---|
| HUDSON, RUTH | 09-5335 |
| HUDSON SR., FLOYD | 09-5335 |
| HUDSON, DENISE | 09-5335 |
| HUDSON, DEANNA (M) | 09-5335 |
| HUDSON JR., FLOYD | 09-5335 |
| HUDSON, CAMERON (M) | 09-5335 |
| HUDSON, JOSHUA (M) | 09-5335 |
| HUNTER, C'AROL    (M) | 09-5335 |
| HUTCHINSON, DETRIA | 09-5335 |
| HUTCHINSON, PATRICK | 09-5335 |
| JACKSON, ALTHEA | 09-5335 |
| JACKSON, CATHERINE | 09-5335 |
| JACKSON, PRISCILLA | 09-5335 |
| JACKSON, MELONIE | 09-5335 |
| JACKSON SR., JIMMIE | 09-5335 |
| JACKSON, MARION | 09-5335 |
| JACKSON, PETER | 09-5335 |
| JACKSON, KENNETH (M) | 09-5335 |
| JACKSON JR., JIMMIE (M) | 09-5335 |
| JACKSON SR., PETER (D) | 09-5335 |
| JAQUE, YOHAN | 09-5335 |
| JAMES, DARLENE | 09-5335 |
| JAMES, DEIONTAE (M) | 09-5335 |
| JAMES SR., THURSTON | 09-5335 |
| JENKINS, MAGGIE | 09-5335 |
| JOHNSON, CRISHAWN | 09-5335 |
| JOHNSON, IRIS | 09-5335 |
| JOHNSON, LETTIE | 09-5335 |
| JOHNSON, MICHAEL | 09-5335 |
| JOHNSON, NANCY | 09-5335 |
| JOHNSON, PAUL | 09-5335 |
| JOHNSON JR., ARNOLD | 09-5335 |
| JOHNSON SR., JOSEPH | 09-5335 |
| JONES, CALVIN | 09-5335 |
| JONES, THOMAS | 09-5335 |
| JOSEPH, KARLETTE (M) | 09-5328 |
| JOSEPH, LETITIA | 09-5335 |
| JOSEPH, LORIYON (M) | 09-5335 |
| JOSEPH JR., KARL (M) | 09-5328 |
| KALIL, DARIUS | 09-5335 |
| KELLEY SR., CHET | 09-5335 |
| KRAMER, MARGARET | 09-5335 |
| KRAUSE, JIM | 09-5335 |
| LEBRANCH JR., RONALD | 09-5326 |
| LAIN, ANDREW | 09-5335 |

| | |
|---|---|
| LATIMORE, LEATRICE | 09-5330 |
| LEE,CHYRA | 09-5330 |
| LE, RONIQUE | 09-5330 |
| LEONARD, SHIRLEY | 09-5330 |
| MCCAIN, MARKELA | 09-5330 |
| MCCLOUD, WILLIE | 09-5330 |
| MCCORMICK, ROSCOE | 09-5330 |
| MCCORMICK, BENNIE | 09-5330 |
| MCGEE, CAROL | 09-5330 |
| MCGEE, DAVID | 09-5330 |
| NAPOLEON, TRAVIS | 09-5330 |
| MURRAY, GEORGANAE | 09-5332 |
| NASH, LOUIS | 09-5330 |
| PARIS,MAKHI (M) | 09-5330 |
| PAYNE, HASHALL (M) | 09-5330 |
| PERKINS, BRIA (M) | 09-5332 |
| PERKINS, BRIANE (M) | 09-5332 |
| PERKINS, RONDEL | 09-5330 |
| PERKINS, VENLISHA | 09-5330 |
| POLK, CHARLES | 09-5330 |
| POWELL,ALEXIS (M) | 09-5332 |
| POWELL, MONIQUE | 09-5332 |
| POWELL JR., GREGORY | 09-5332 |
| ROBINSON, RAHEEM | 09-5332 |
| ROBINSON, WILBERT | 09-5332 |
| ROYAL JR., SHANNON (M) | 09-5330 |
| SANDERS, TRE | 09-5330 |
| SAYLES, GERALD | 09-5332 |
| SAYLOR, BRIDGETTE | 09-5332 |
| SAYLOR, DEVION (M) | 09-5332 |
| SAYLOR, SIERRA (M) | 09-5332 |
| SCOTT, CHERMAINE | 09-5332 |
| SCOTT, JERMAINE (M) | 09-5332 |
| SHORTS, KEAIN (M) | 09-5332 |
| SMITH, IMANI (M) | 09-5332 |
| SMITH, JAYLANA | 09-5332 |
| SMITH, JEREMIAH (M) | 09-5332 |
| SMITH, KEITH | 09-5332 |
| SMITH, LATOYA | 09-5332 |
| SMITH, LYNNDELL | 09-5332 |
| SMITH, MICHAEL (M) | 09-5332 |
| SMITH, MIKEQUEL (M) | 09-5332 |
| SMITH, RICKEY (M) | 09-5332 |
| STEWART, BYRON | 09-5332 |
| SWAGAIN, CLEOPHAS | 09-5332 |

| | |
|---|---|
| SWAGIAN, EDRIS | 09-5332 |
| SYLVE, BRITTANY | 09-5332 |
| SYLVE, ROXIE | 09-5332 |
| TAYLOR, CLORISSA | 09-5332 |
| TAYLOR, JASON | 09-5332 |
| TAYLOR, ROSEANGEL | 09-5332 |
| TAYLOR, SHARELL | 09-5332 |
| TAYLOR, TROY | 09-5332 |
| THERIOT, HALEY (M) | 09-5332 |
| THOMAS, CALVIN | 09-5332 |
| THOMAS, LYNN | 09-5332 |
| THORNSBERRY, WESLEY | 09-5332 |
| TORRES, BRITTANY | 09-5332 |
| TRAVON, SHINECE | 09-5332 |
| VANCE JR., STANLEY | 09-5332 |
| WASHINGTON, GABRIELLA (M) | 09-7166 |
| WASHINGTON, HORACE | 09-5332 |
| WASHINGTON, ORA | 09-5325 |
| WASHINGTON JR., GABRIEL (M) | 09-7166 |
| WASHINGTON SR., GABRIEL | 09-7166 |
| WETBORN, HOLLY | 09-5332 |
| WHITE, JUDY | 09-5332 |
| WHITE SR., STERLING | 09-5332 |
| WHITE JR., STERLING (M) | 09-5332 |
| WILLIAMS, CYNTHIA ANN | 09-5332 |
| WILLIAMS, FREDDIE | 09-5332 |
| WILLIAMS, REGINIQUE | 09-5332 |
| WILLIAMS JR., WADELL | 09-7166 |
| WINFIELD, IRMA | 09-5332 |
| WININS, ERIC | 09-5332 |
| WYMAN, VALINCIA | 09-5332 |
| Scott, DeShannon | 09-5326 |
| Scott, Keyonte (m) | 09-5335 |
| Scott, Ochalay | 09-5326 |
| Scott, Robyn | 09-5326 |
| Scott, Tiffany | 09-5326 |
| Scott, Tori (m) | 09-5326 |
| Scott, Troy | 09-5326 |
| Sherman, Jamie | 09-5326 |
| Sherman, Jarrett | 09-5326 |
| Simmons, Darren | 09-5326 |
| Simmons, Leah | 09-5328 |
| Simmons, Tora | 09-5326 |
| Simmons, Alexander Jr. | 09-5326 |
| Smith, Cassandra | 09-5326 |

| | |
|---|---|
| Smith, Danny (m) | 09-5326 |
| Smith, Dorothy | 09-5326 |
| Smith, Keion | 09-5335 |
| Smith, Manny | 09-5326 |
| Smith, Ryan | 09-5326 |
| Smith, Tredell | 09-5326 |
| Smith, Treleah | 09-5326 |
| Smith, Tyrone | 09-5326 |
| Smith-Hebert, Earline | 09-5326 |
| Solomon, Michael Jr. (m) | 09-5326 |
| Sparks, Dorothy | 09-5326 |
| St. Pierce, Norma | 09-5326 |
| Stemley, Raymond | 09-5326 |
| Stevens, Dorothy | 09-5326 |
| Stevenson, Dionne | 09-5326 |
| Stewart, Raymond | 09-5326 |
| Stokes, Ashley (m) | 09-5326 |
| Stokes, Linda | 09-5326 |
| Swilley, David | 09-5326 |
| Swilley, Trupania | 09-5326 |
| Sylvester, Debra | 09-5326 |
| Weber, Alfred | 09-5326 |
| Weber, Gloria | 09-5326 |
| White, Alton (d) | 09-5326 |
| White, Esterine | 09-5326 |
| White, Hazel | 09-5326 |
| White, Macqueline | 09-5326 |
| White, Percy | 09-5326 |
| White, Sadie | 09-5326 |
| Williams, Calvin | 09-5326 |
| Williams, Ciara | 09-5326 |
| Williams, Edwin | 09-5326 |
| Williams, Gail | 09-5326 |
| Williams, Jade (m) | 09-5326 |
| Williams, Janice | 09-5326 |
| Williams, Jennifer | 09-5326 |
| Williams, Judith | 09-5326 |
| Williams, Judy | 09-5326 |
| Williams, Justin | 09-5326 |
| Williams, Kenzel (m) | 09-5326 |
| Williams, Keturah (m) | 09-5326 |
| Williams, Pamela | 09-5326 |
| Williams, Sadie | 09-5326 |
| Williams, Schaheed (m) | 09-5326 |
| Williams, Trachell | 09-5329 |

| | |
|---|---|
| Williams, Traval (m) | 09-5328 |
| Williams, Kenneth Sr. | 09-5329 |
| Williams, Kenneth Jr. (m) | 09-5329 |
| Wilson, Broderick (m) | 09-5328 |
| Wilson, Paul | 09-5328 |
| Wimberly, Franklin | 09-5328 |
| Wimberly, Irene | 09-5328 |
| Wright, Ja'Quan (m) | 09-5335 |
| Young, Clarence | 09-5328 |
| Young, Joyceline | 09-5335 |
| Alexander, Harry | 09-5330 |
| Allen, Daisha | 09-5330 |
| Baker, James | 09-5330 |
| Baker, Juanita | 09-5330 |
| Bazile, Chelsea | 09-5330 |
| Braxton, Jaquorius (m) | 09-5330 |
| Braxton, Keshundra (m) | 09-5330 |
| Braxton, Terrance (m) | 09-5330 |
| Braxton, Tiffany | 09-5330 |
| Brooks, Margie | 09-5330 |
| Broussard, Celina | 09-7166 |
| Brown, Melinda | 09-5330 |
| Brunet, Michelle | 09-5330 |
| Burns, Angelissa | 09-5330 |
| Burns, Angelo | 09-5330 |
| Carter, Fredrionne, Carter (m) | 09-5330 |
| Carter, Vanessa | 09-5330 |
| Cayetta, Harden Jr. (d) | 09-5330 |
| Cockheran, Arthur | 09-5330 |
| Crawford, Erma | 09-5330 |
| Crawford, Anthony Jr. | 09-5330 |
| Creecy, Melvin | 09-5330 |
| Curley, Debra | 09-7166 |
| Davis, Donald | 09-5330 |
| Davis, Gloria | 09-5330 |
| Davis, Kennard (m) | 09-5330 |
| Davis, Malik (m) | 09-5332 |
| Diaz, Callie | 09-5330 |
| Doherty, Calana (m) | 09-5332 |
| Fleming, Sylvester | 09-5330 |
| Francis, Jill | 09-5333 |
| Fraychineaud, Rita | 09-5330 |
| Fraychineaud, Gary | 09-5330 |
| Gaspard, Robert (m) | 09-5330 |
| Girod, Carrione | 09-5330 |

| | |
|---|---|
| Girod, Courtney | 09-5330 |
| Girod, JoAnn | 09-5330 |
| Girod, Shawna (m) | 09-5330 |
| Haley, Cheryl (m) | 09-5330 |
| Haley, Jacob (m) | 09-5330 |
| Haley, John | 09-5330 |
| Hart, Almond (m) | 09-5330 |
| Hart, Janet | 09-5330 |
| Hill, Camilla | 09-5330 |
| Hill, Deijah (m) | 09-5330 |
| Jace, Patricia | 09-5330 |
| Jenkins, Johnny | 09-5330 |
| Jones, Antoinette | 09-5330 |
| Journet, Angela | 09-7166 |
| Kollyade, Toyin | 09-5330 |
| Lamothe, Barbara | 09-5330 |
| Lamothe, Benjamin | 09-5330 |
| Lane, Herman | 09-5330 |
| Lane, Kerma | 09-5330 |
| Latimore, Christopher (m) | 09-5330 |
| Latimore, Joshua (m) | 09-5330 |

| | | | |
|---|---|---|---|
| MCDONALD, PHYLLIS | | | 09-5335 |
| | | | 09-5335 |
| MCGUIRE, HAZEL | | | 09-5335 |
| | | | 09-5335 |
| MCKNIGHT, DARIUS | | | 09-5335 |
| | | | 09-5335 |
| MCKNIGHT, DIVINE (M) | | | 09-5335 |
| | | | 09-5335 |
| MCKNIGHT, MELVIN, SR. | | | 09-5335 |
| | | | 09-5335 |
| MCKNIGHT, JARVIS (M) | | | 09-5335 |
| | | | 09-5335 |
| MCKNIGHT, JOANN | | | 09-5335 |
| | | | 09-5335 |
| MELSON, AARON, JR. (M) | | | 09-5335 |
| | | | 09-5335 |
| MENYWEATHER, CRISTIN | | | 09-5335 |
| | | | 09-5335 |
| MENYWEATHER, JEREMY (M) | | | 09-5335 |
| | | | 09-5335 |
| MENEYWEATHER, KEITH | | | 09-5335 |
| | | | 09-5335 |
| MENEYWEATHER, KIERSTEN(M) | | | 09-5335 |
| | | | 09-5335 |
| MILES, TROY, JR. (M) | | | 09-5335 |
| | | | 09-5335 |
| | | | 09-5335 |

| | | | | |
|---|---|---|---|---|
| MILLER, LAURNELL | | | | 09-5335 |
| MIMS, CAMERON (M) | | | | 09-5335 |
| | | | | 09-5335 |
| MIMS, ALBERT, JR. | | | | 09-5335 |
| | | | | 09-5335 |
| MITCHELL, SHERRY | | | | 09-5335 |
| | | | | 09-5335 |
| MITCHELL, ANDREW III | | | | 09-5335 |
| | | | | 09-5335 |
| MOLDEN, ALLEN | | | | 09-5335 |
| | | | | 09-5335 |
| MOLLETT, ROOSEVELT (M) | | | | 09-5335 |
| | | | | 09-5335 |
| MONTGOMERY, AARON | | | | 09-5335 |
| | | | | 09-5328 |
| MONTGOMERY, LADINE | | | | 09-5328 |
| | | | | 09-5335 |
| MORRIS, ERWIN | | | | 09-5335 |
| | | | | 09-5335 |
| MORRISON, LATASA | | | | 09-5335 |
| | | | | 09-5335 |
| MORRISON, TRE'MAUN (M) | | | | 09-5335 |
| | | | | 09-5335 |
| MURPHY, LINDA | | | | 09-5335 |
| | | | | 09-5335 |
| MURPHY, MICHAEL (M) | | | | 09-5335 |
| | | | | 09-5335 |
| MURPHY, SEANTRELL | | | | 09-5335 |
| | | | | 09-5335 |
| MURRAY, DONALD | | | | 09-5335 |
| | | | | 09-5335 |
| NAQUIN, PIERRE | | | | 09-5335 |
| | | | | 09-5335 |
| NELSON, KATIE | | | | 09-5335 |
| | | | | 09-5335 |
| NELSON, PATRICIA | | | | 09-5335 |
| | | | | 09-5335 |
| NELSON, LOUIS, JR. | | | | 09-5335 |
| | | | | 09-5335 |
| NEYLAND, ROY | | | | 09-5335 |
| | | | | 09-5335 |
| NUCCIO, ANTHONY | | | | 09-5335 |
| | | | | 09-5335 |
| LAMBERT, KATHRYN | | | | 09-5328 |
| | | | | 09-5335 |
| LASTIE, JASMINE | | | | 09-5335 |
| | | | 09-7166 | 09-5335 |
| | | | | 09-5335 |

| | | | |
|---|---|---|---|
| LAUGAND-DAVIS, SONYA | | | 09-5328 |
| | | | 09-5335 |
| LAWRENCE, THELMA (D) | | | 09-5335 |
| | | | 09-5335 |
| LAWRENCE, VERNON (D) | | | 09-5335 |
| | | | 09-5335 |
| LEBOUEF, KAREN | | | 09-5335 |
| | | | 09-5335 |
| LEBRANE, ANDREW, JR. | | | 09-5335 |
| | | | 09-5326 |
| LEE, CATHY | | | 09-5326 |
| | | | 09-5326 |
| LEE, DARRYLON | | | 09-5326 |
| | | | 09-5326 |
| LEE, DOMINIQUE | | | 09-5326 |
| | | | 09-5326 |
| LEE, KEIANNA | | | 09-5335 |
| | | | 09-5326 |
| LEE, LEONA (M) | | | 09-5326 |
| | | | 09-7166 |
| LEE, SHARON | | | 09-5326 |
| | | | 09-5326 |
| LEE, TREVAS | | | 09-5326 |
| | | | 09-5326 |
| LEMEUX, SHARON | | | 09-5326 |
| | | | 09-5326 |
| LESNADERSE, NICHOLAS | | | 09-5326 |
| | | | 09-5326 |
| LEVIS, GARY | | | 09-5326 |
| | | | 09-7166 |
| LEWIS, BAILEE (M) | | | 09-5326 |
| | | | 09-5326 |
| LEWIS, CHRISTOPHER | | | 09-5326 |
| | | | 09-5326 |
| LEWIS, CONSTANCE | | | 09-5326 |
| | | | 09-5326 |
| LEWIS, DONTRELL (M) | | | 09-5326 |
| | | | 09-5326 |
| LEWIS, GARY | | | 09-5326 |
| | | | 09-5326 |
| LEWIS, KEYSHON | | | 09-5326 |
| | | | 09-5326 |
| LEWIS, LOVANCE (M) | | | 09-5326 |
| | | | 09-5326 |
| LEWIS, RENALDO, JR. (M) | | | 09-5326 |
| | | | 09-5326 |
| LEWIS, JOSEPH, SR. | | | 09-5326 |
| | | | 09-5326 |
| | | | 09-5326 |
| | | | 09-5326 |

| | | | |
|---|---|---|---|
| MACK, DANIEL | | | 09-5326 |
| | | | 09-5326 |
| MANUEL, CHRISTIAN, (M) | | | 09-5326 |
| | | | 09-5326 |
| MARRONE, CECELIA | | | 09-5326 |
| | | | 09-5326 |
| MARRONE, JOSEPH | | | 09-5326 |
| | | | 09-5326 |
| MARSHALL, HAILEY (M) | | | 09-5326 |
| | | | 09-5326 |
| MARTIN, JACQUELYN | | | 09-5326 |
| | | | 09-5326 |
| MATTHEWS, SAMANTHA | | | 09-5326 |
| | | | 09-5326 |
| MAYEAUX, JASON | | | 09-5326 |
| | | | 09-5326 |
| MCCLELLAN, NATASHA (M) | | | 09-5326 |
| | | | 09-5326 |
| NUCCIO, JUDY | | | 09-5326 |
| | | | 09-5326 |
| OBLETON, OZIER, JR. (M) | | | 09-5326 |
| ORDUNA, LOUIS | | | 09-5335 |
| PARKER, DANIELLE | | | 09-5335 |
| PARKER, GAIL | | | 09-5335 |
| PARKER, MONIQUE | | | 09-5335 |
| PARKER, CHARLES, SR. | | | 09-5335 |
| PARKS, CHRISTINE | | | 09-5335 |
| PAUL, INDIA | | | 09-5335 |
| PAXTON, CAROL | | | 09-5335 |
| PICHON, DAVID | | | 09-5326 |
| PIERCE, HILLARY | | | 09-5326 |
| PITTMAN, CARON | | | 09-5326 |
| PITTMAN, HERSEY | | | 09-5326 |
| PORCHE, LINETTE | | | 09-5326 |
| | | | 09-5326 |

| | | | |
|---|---|---|---|
| PORCHE, DYLAN (M) | | | 09-5335 |
| POWELL, SOLANJE (M) | | | 09-5326 |
| PRATT, BARBARA | | | 09-5326 |
| PRESTLEY, ERNEST | | | 09-7166 |
| PRESTON, LOIS | | | 09-5326 |
| QUINN, DOLORES | | | 09-5326 |
| QUINN, JERMAINE | | | 09-5326 |
| QUINN, KIERRA (M) | | | 09-5326 |
| QUINN, SADE (M) | | | 09-5326 |
| RAGAS, FOLANA | | | 09-5326 |
| RAGAS, WHITNEY (M) | | | 09-5326 |
| RANDALL, VENESSA | | | 09-5326 |
| RAY, DEMITRI | | | 09-7166 |
| RAYFORD, COREY | | | 09-5326 |
| REDDICK, CHONDA | | | 09-5326 |
| REDDICK, DESHANIRE (M) | | | 09-5326 |
| REDDICK, DANARIAL (M) | | | 09-5326 |
| REDDICK, GRID (M) | | | 09-5326 |
| REDDICK, GRION (M) | | | 09-5326 |
| REDDICK, MAURICE (M) | | | 09-5326 |
| REDDICK, TERRY, III | | | 09-5326 |
| REEVES, LINDA | | | 09-5326 |
| REPAK, MARGUERITE | | | 09-5326 |
| REPAK, RICHARD, SR. (D) | | | 09-5326 |
| | | | 09-5326 |

| | | | |
|---|---|---|---|
| REPAK, RICHARD, II | | | 09-5326 |
| RHODES, BENNIE (M) | | | 09-5326 |
| RHODES, BRITTANY | | | 09-5326 |
| RHODES, ERICA | | | 09-5326 |
| RHODES, JOEANN | | | 09-5326 |
| RHODES, LESHONDRICK (M) | | | 09-5326 |
| RHODES, TARA | | | 09-5326 |
| RICHARDS, AUGUST, SR. | | | 09-5326 |
| RIDGEWAY, BENIKA | | | 09-5326 |
| RIDGEWAY, KIZZY | | | 09-5326 |
| RILEY, OCTAVIA | | | 09-5326 |
| RILEY, MORRIS | | | 09-5326 |
| ROBERT, HALEY (M) | | | 09-5326 |
| ROBERT, WENDELL X. (M) | | | 09-5326 |
| ROBERT, WENDELL | | | 09-5326 |
| ROBERT, SAWYER (M) | | | 09-5326 |
| ROBERTS, GLADYS | | | 09-5326 |
| ROBERTS, RIYA (M) | | | 09-5326 |
| ROBERTS, RYAN | | | 09-5326 |
| ROBERTS, STEVEN, JR. | | | 09-5326 |
| ROBERTS, STEVEN, SR. (D) | | | 09-5326 |
| ROBINSON, NORMAN, JR. | | | 09-5326 |
| SANDERS, LINDA | | | 09-5326 |
| SANTIAGO, KIESHA (M) | | | 09-5326 |
| | | | 09-5326 |

| | | | |
|---|---|---|---|
| SAUL, PHYLLIS | | | 09-5326 |
| SAUL, WELMER, deceased (M) | | | 09-5326 |
| SAULNY, CAROLYN | | | |
| SAULNY, ALFRED, (D) | | | |
| SCHEXNAYDER, ASHLEY (M) | | | |
| SCHEXNAYDER, JOSHUA (M) | | | |

The above list contains 691 names out of Frank J. D'Amico Jr., APLC's approximately 6000 clients. The list is represented by individuals whom this firm has either been unable to establish contact not withstanding repeated attempts to do so, or have had no information provided from the Federal Emergency Management Agency which provided accurate matching information.

Respectfully Submitted,

By:    /s/ Frank J. D'Amico, Jr
       Frank J. D'Amico, Jr. (#17519)
       **Frank J. D'Amico, Jr., APLC**
       622 Baronne Street
       New Orleans, Louisiana 70113
       Telephone:    (504) 525-7272
       Facsimile:    (504) 525-9522

       **Counsel for Plaintiffs and member of
       Court Appointed Plaintiffs' Steering
       Committee in the Master Action**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record were served with copies via the electronic filing system in the Eastern District of Louisiana this 30th day of December, 2009.  I further certify that any counsel of record not subscribing to the electronic filing system in the Eastern District of Louisiana were noticed via United States Mail, postage pre-paid, this 30th day of December, 2008.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (#17519)