UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　　MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*STACY L. BRAQUET, et al. v. LAKESIDE PARK HOMES, INC., et al.*
No. 09-3734

************************************************************************

# ORDER

　　Considering the foregoing motion,

　　**IT IS ORDERED** that plaintiffs be granted leave to file the Second Supplemental and Amended Complaint for Damages.

　　THIS DONE the 29th day of December, 2009, New Orleans, Louisiana.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE

1