USINTED STATES DISTRICT COURT

EASTERN DISTRCIT OF LOUISIANA

| IN RE FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DOUGLAS M. SCHMIDT APLC'S LIST OF PLAINTIFFS WHO REMAIN UNMATCHED

### (PRETRIAL ORDER 40)

In compliance with Pretrial Order 40 (Document 1781) and the order granting extension of time regarding PTP 40(Document 2182) Douglas Schmidt, APLC notifies and the Court of the plaintiffs who remain unmatched with a specific manufacturing defendant and the civil action number of original complaint in which they were named:

| Claimant | Court Case No. |
|---|---|
| Joseph Roche III | 2:09-05331 |
| Allsee Tobias | 2:09-05331 |
| Andrea Procter | 2:09-05331 |
| Daphney Benton | 2:09-05331 |
| Ellis Joyner | 2:09-05331 |
| Gregory Irving | 2:09-05331 |
| Jerry Hills | 2:09-05331 |
| Jesse Wiggins | 2:09-05331 |
| Lois Palmer | 2:09-05331 |
| Reginald Jones | 2:09-05331 |
| Laquetter Gray | 2:09-05331 |
| Marooh Gray | 2:09-05331 |
| Marvin Davis | 2:09-05331 |
| Matthew White | 2:09-05331 |
| Agulanda Phillips | 2:09-05331 |
| Antoine Reid | 2:09-05331 |

| Name | Case Number |
|---|---|
| Dale Major | 2:09-cv-05331 |
| Dana Phillips | 2:09-cv-05331 |
| Darnis Walker | 2:09-cv-05331 |
| Denise Brouillette | 2:09-cv-05331 |
| Gregory Williams | 2:09-cv-05331 |
| Jessica Cole | 2:09-cv-05331 |
| Kendrick Bartholomew | 2:09-cv-05331 |
| Linda Richardson | 2:09-cv-05331 |
| Patrick Smith | 2:09-cv-05331 |
| Roy Hills | 2:09-cv-05331 |
| Rita Hoffman | 2:09-cv-05331 |
| Robert Tamberella | 2:09-cv-05331 |
| Shameka Ceazer | 2:09-cv-05331 |
| Sherlita Hall | 2:09-cv-05331 |
| Sonia St. Cyr | 2:09-cv-05331 |
| Trelvin Hunter | 2:09-cv-05331 |
| Trina Jefferson | 2:09-cv-05331 |
| Wellington Whymns | 2:09-cv-05331 |
| Alicia Brock | 2:09-cv-05331 |
| Angela Draus | 2:09-cv-05331 |
| Ashley Overton | 2:09-cv-05331 |
| Brenda Major | 2:09-cv-05331 |
| Cornelia Clark | 2:09-cv-05331 |
| Danita Bingham | 2:09-cv-05331 |
| Darcell Brown | 2:09-cv-05331 |
| Dorothy Wright | 2:09-cv-05331 |
| Henry Goodo Jr. | 2:09-cv-05331 |
| James Young Jr. | 2:09-cv-05331 |
| Jane Bienemy | 2:09-cv-05331 |
| Larry Ayo | 2:09-cv-05331 |
| Larry Hill | 2:09-cv-05331 |
| Latoya Deamer | 2:09-cv-05331 |
| Phillip Lampton | 2:09-cv-05331 |
| Richard Rabin | 2:09-cv-05331 |
| Rickey Hamilton | 2:09-cv-05331 |
| Sharon Mattews | 2:09-cv-05331 |
| Delma Johnson | 2:09-cv-05331 |
| Troylynn Proctor | 2:09-cv-05331 |

| Claimant | Court Case No. |
| --- | --- |
| Roven Keith | 2:09-cv-05327 |
| Sierra Keith | 2:09-cv-05327 |
| Laquinta Brown | 2:09-cv-05327 |
| Luis Caquias | 2:09-cv-05327 |
| Derrick Felton | 2:09-cv-05327 |
| Louis Jordan | 2:09-cv-05327 |
| Earl Keith | 2:09-cv-05327 |
| Sandra Letterman | 2:09-cv-05327 |
| Delores Malter | 2:09-cv-05327 |
| Deborah Williams | 2:09-cv-05327 |
| Joann Cucurullo | 2:09-cv-05327 |
| Ivory Johnson | 2:09-cv-05327 |
| Brenda Morris | 2:09-cv-05327 |
| Hoi Nguyen | 2:09-cv-05327 |
| Michael Branson | 2:09-cv-05327 |
| Beatrice Farcher | 2:09-cv-05327 |
| Andrew Hills III | 2:09-cv-05327 |
| Voshon Johnson | 2:09-cv-05327 |
| Earl Kieth Jr. | 2:09-cv-05327 |
| Katherine Meyer | 2:09-cv-05327 |
| Katherine Serpas | 2:09-cv-05327 |
| Tuyet Au | 2:09-cv-05327 |
| Semaj Douglas | 2:09-cv-05327 |
| Faylene Foster | 2:09-cv-05327 |
| Choloe Gross | 2:09-cv-05327 |
| Wykeisha Hall | 2:09-cv-05327 |
| Janice Hamilton | 2:09-cv-05327 |
| Jerry Major Jr. | 2:09-cv-05327 |
| Ruby Mingo | 2:09-cv-05327 |
| Aaliyah Williams | 2:09-cv-05327 |
| Samuel Young III | 2:09-cv-05327 |
| Wanda Young | 2:09-cv-05327 |

| Claimant | Court Case No. |
| --- | --- |
| Andre Milton | 2:09-cv-05332 |

| Claimant | Court Case No. |
| --- | --- |
| Jonathan Rogers | 2:09-cv-05334 |
| Keyishi Ross | 2:09-cv-05334 |

| Claimant | Court Case No. |
|---|---|
| Ernest Martin | 2:09-cv-06187 |

The above list contains 91 names out of Douglas M. Schmidt APLC's approximately 3500 clients in Louisiana. The list is represented by individuals whom Douglas Schmidt APLC has been unable to contact notwithstanding repeated attempts to do so. However, this office will continue to try and contact them.

Respectfully submitted

Douglas M. Schmidt