UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


MORGAN BUILDINGS AND SPAS


(1) JAY AUTHEMENT, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **MORGAN BUILDINGS & SPAS, INC.** and installed by **UNKNOWN** was located at           l, Violet, La 70092.

(2) JAY J AUTHEMENT, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **MORGAN BUILDINGS & SPAS, INC.** and installed by **UNKNOWN** was located at           :l, Violet, La 70092.

(3) JAYLIN A. AUTHEMENT, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **MORGAN BUILDINGS & SPAS, INC.** and installed by **UNKNOWN** was located at           olet, La 70092.

(4) LINDA ELLEN AUTHEMENT, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **MORGAN BUILDINGS & SPAS, INC.** and installed by **UNKNOWN** was located at           Violet, La 70092.


**Exhibit A**