UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:  *09-3922* | * | |
| *Antoine Prince, Sr., et al. v. Liberty Mutual Ins. Corp., et al.* | * | MAGISTRATE CHASEZ |
| | * | |
| | * | JURY DEMAND |

**************************************************************************

ORDER

Considering the foregoing unopposed Motion for Leave to File Third Supplemental

and Amending Complaint on Plaintiffs' behalf:

**IT  IS  SO  ORDERED** that the Plaintiffs be GRANTED leave to file their Third

Supplemental and Amending Complaint for Damages attached and submitted with the

foregoing motion.

THIS DONE the ___29th___ day of ___December___ 2009 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE ENGELHARDT

1