UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                   MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
Brittany A. Bruno, et al. v. Scotbilt Homes, Inc., et al.
No. 09-3724

*****************************************************************************

### THIRD SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Brittany A. Bruno**, et al.,** who supplement and amend their original Complaint for Damages Brittany A. Bruno, et al. v. Scotbilt Homes, Inc., et al., **C. A. No. 09-3724**, Rec. Doc. 1) filed on June 3, 2009, as amended (Rec. Doc. 2393) on July 30, 2009, and again as amended (Rec. Doc.) on or about December 2, 2009. Plaintiffs seek to supplement and amend the original Complaint for Damages, as previously amended, to add the named plaintiff(s) listed in Exhibit A, attached, to add additional No-Bid Contractor defendants, and to reassert all claims against the defendants named herein.

While no answer has been filed in the underlying matter, responsive pleadings in the form of "Preservation of Defenses" may have been filed by one or more of the defendants. Plaintiffs herein simply desire to file a Third Supplemental and Amending Complaint for Damages to include the additional parties plaintiff and defendant. No undue prejudice will result in allowing the attached Third Supplemental and Amending Complaint for Damages to be filed since no trial date has yet been scheduled.

Plaintiffs supplement and amend the original, underlying Complaint for Damages, as amended, in the following respects and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein.

1.

By supplementing **Section I.** (Parties), paragraph 2 of the Original Complaint for Damages by adding as parties plaintiff hereto the individuals who are all named in the annexed listing of all Named Plaintiffs (hereinafter, "Exhibit A").

2.

By supplementing **Section I.** (Parties), paragraph 5 of the Original Complaint for Damages by adding as parties defendant the following NO-Bid Contractor defendants:

"5.A   **Shaw Environmental, Inc.** ("Shaw"), a Louisiana corporation, received a No-Bid contract from the Federal Emergency Management Agency ("FEMA") and was tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita.

5.B   **CH2M Hill Constructors, Inc.** ("CH2M")(collectively with Shaw and Fluor, hereinafter the "No-Bid Defendants"), a Florida corporation with its principal place of business in Englewood, Colorado, licensed to do business in the State of Louisiana and in good standing, received a No-Bid contract from FEMA and was tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the

temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita."

WHEREFORE, plaintiffs respectfully supplement and amend the Original Complaint for Damages in the foregoing respects, they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

> Respectfully submitted,
>
> LAW OFFICES OF SIDNEY D. TORRES, III,
> *A PROFESSIONAL LAW CORPORATION*
>
> BY:    s/ Roberta L. Burns
> SIDNEY D. TORRES, III, La. Bar No. 12869
> ROBERTA L. BURNS, La. Bar No. 14945
> DAVID C. JARRELL, La. Bar No. 30907
> 8301 W. Judge Perez Drive
> Suite 303
> Chalmette, Louisiana 70043
> Telephone: (504) 271-8421
> **Counsel for plaintiffs**

**SERVICE OF PROCESS INFORMATION**

1. **The United States of America**
   Through the United States Attorney General,
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
   And
   Through the Office of the U.S. Attorney for the Eastern District of Louisiana
   Through Jim Letten, United States Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, Louisiana 70130

2. **Federal Emergency Management Agency**
   Through the Office of the Director
   Administrator of the Federal Emergency Management Agency
   500 C Street S.W.
   Washington, D.C. 20472

3. **Scotbilt Homes, Inc.**
   Through its Agent for Service of Process
   Sam P. Scott
   2888 Fulford Road
   Waycross, GA 31503

4. **Fluor Enterprises, Inc.**
   Through its Counsel of Record
   Charles Penot
   Middleberg Riddle and Gianna
   KPMG Centre
   Suite 2400
   717 Harwood
   Dallas, TX 75201

5. **Shaw Environmental, Inc.**
   Through its Agent for Service of Process
   C T CORPORATION SYSTEM
   5615 CORPORATE BLVD., STE. 400B
   BATON ROUGE, LA 70808
   And through its Counsel of Record
   Karen Whitfield

Baker Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

6. **CH2M Hill Constructors, Inc.**
Through its Agent for Service of Process
C T CORPORATION SYSTEM
5615 CORPORATE BLVD., STE. 400B
BATON ROUGE, LA 70808
And through its Counsel of Record
Gerardo Barrios
Baker Donelson, Bearman, Caldwell & Berkowitz, PC
#3 Sanctuary Boulevard
Suite 201
Mandeville, LA 70471