UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Alvin Turner vs. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc.*<br>No. 09-07575 | |

ORDER

Considering the foregoing motion,

IT IS ORDERED that plaintiff be granted leave to file the First Supplemental and Amending Complaint for Damages.

THIS DONE the 29th day of December, 2009, New Orleans, Louisiana.

_____
JUDGE