AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| BRYANT LEE )<br>*Plaintiff* )<br>v. ) Civil Action No. 09-5228 Sect. N Mag. 5<br>KEYSTONE RV COMPANY, ET AL )<br>*Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States of America, through
Eric Holder, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Nov 18 2009__     B. Gregory
Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>7179 1000 1645 0012 7621 | A. Signature<br>X _____ ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name)   C. Date of Delivery<br>NOV 3 0 2009 |
| 1. Article Addressed to:<br><br>United States of America, Dept of Justice,<br>Through Eric Holder, U.S. Attorney<br>950 Pennsylvania Ave. NW<br>Washington, DC 20472 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No |
| | 3. Service Type     ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| Code: Lee, Bryant<br>Code2: JIW<br>File: 07-5980 | |

PS Form 3811          Domestic Return Receipt

UNITED STATES POSTAL SERVICE   ‖‖‖‖   First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163