UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION | SECTION "N" 5 |
| THIS DOCUMENT RELATES TO: | |
| *Dora Ann Greco, et al. v. Jayco Enterprises, Inc., et al.,* | |
| No. 09-6896 (SD-MS No. 1:09-cv-00520) | |

**************************************************************************

### ORDER

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the Second Supplemental and Amended Complaint for Damages.

THIS DONE the 30th day of December, 2009, New Orleans, Louisiana.

_____
JUDGE