UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  　　　　SECTION "N-4"

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO
*Castanel, et al v. Recreation by Design, et al,*
*No. 09-3251*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering the foregoing motion,

**IT IS ORDERED** that the Plaintiffs' Steering Committee be allowed to amend/correct Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss the Claims of Plaintiff Earline Castanel's FTCA Claims for Lack of Subject Matter Jurisdiction (Doc. 9402) by appending "Exhibit "A" to the pleading.

THIS DONE the 30th day of December, 2009, New Orleans, Louisiana.

_____
JUDGE