AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Jo Peshek | ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. 09-5245 Sect. N  Mag 5 |
| DS Corp. d/b/a CrossRoads RV, et al | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    DS Corp. d/b/a CrossRoads RV
    c/o Denette Boswell
    P. O. Box 40
    Topeka, IN 46571

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin I. Woods
    Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
    2800 Energy Centre, 1100 Poydras St.
    New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Nov 20 2009__

B. Gregory
Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7179 1000 1645 0013 0584 | A. Signature X ⸺Stager⸺ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) C. Stager   C. Date of Delivery 12-7-09 |
| 1. Article Addressed to:<br><br>DS Corp. d/b/a CrossRoads RV<br>c/o Denette Boswell<br>P. O. Box 40<br>Topeka, IN 46571 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No |
| | 3. Service Type   ☒ Certified |
| ~~Code: Jo Peshek~~<br>Code2: JIW<br>File: 07-5980 | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

PS Form 3811                           Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10
DEC -7 2009
TOPEKA IN
USPS

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163