UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-4"

                                                                JUDGE ENGELHARDT
                                                                MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO
*ALL CASES ("MISSISSIPPI PLAINTIFFS)*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering the foregoing motion,

**IT IS ORDERED** that the Plaintiffs' Steering Committee be allowed to amend/correct

Plaintiffs Memorandum in Opposition to Defendant's Motion to Dismiss the Remaining FTCA

Claims on all "Mississippi Plaintiffs" for Lack of Subject Matter Jurisdiction (Doc. 9405) by

appending "Exhibit 2" to the pleading.

THIS DONE the 30th day of __December__, 2009, New Orleans, Louisiana.

_____
JUDGE