UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  
FORMALDEHYDE PRODUCTS  
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)  
JUDGE ENGELHARDT  
MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:  
ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the United States' Consent Motion For Leave to File a Reply Memorandum in Support of its "Motion to Dismiss the FTCA Negligence Claims of All 'Louisiana Plaintiffs' for Lack of Subject-Matter Jurisdiction Based Upon No Analogous Private Liability" [Doc. No. 6970];

**IT IS HEREBY ORDERED** that the motion is granted and Defendant United States is hereby granted leave to file its Reply Memorandum.

**DONE AND SIGNED** this ___30th___ day of ___December___, 20_09_.

_____  
HONORABLE KURT D. ENGELHARDT  
JUDGE, UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA