AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| Jerrold Celestin | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 09-5231 Sect. N  Mag 5 |
| Timberland RV Company d/b/a Adventure Manufacturing, et al | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Timberland RV Company d/b/a Adventure Manufacturing
Through its Agent for Service of Process
Mark Gerber, President
P. O. Box 1210
Peru, IN 46970

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Nov 19 2009

Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7179 1000 1645 0013 0959 | A. Signature X ▢ Agent ▢ Addressee<br>B. Received by (Printed Name) Keon MacOwa<br>Date of Delivery DEC - 7 2009 |
| 1. Article Addressed to:<br><br>Timberland RV Co dba Adventure Manufacturing<br>Through its Agent for Service of Process<br>Mark Gerber, President<br>P. O. Box 1210<br>Peru, IN 46970 | D. Is delivery address different from item 1? ▢ Yes<br>If YES enter delivery address below: ▢ No<br><br>3. Service Type  ☒ Certified<br><br>4. Restricted Delivery? (Extra Fee) ▢ Yes |
| Code: JERROID CELESTIN<br>Code2: JIW<br>File: 07-5980 | |

PS Form 3811                      Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163