## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION　　　　　　　　　　SECTION N(5)

THIS DOCUMENT RELATES TO　　　　　JUDGE ENGELHARDT
CIVIL CASES: 09-05331, 09-05327,
09-05332, 09-05334, 09-06187

### MOTION FOR EXTENSION OF TIME
### TO FILE PLAINTIFF FACT SHEETS

COMES NOW, the clients of Douglas Schmidt, APLC who file this Motion for Extension of Time to File Plaintiff Fact Sheets for the following reasons:

1.

The staff of Douglas Schmidt, APLC have been working diligently and making a good faith error to obtain the Plaintiff Fact Sheets from its clients who reside throughout the State of Louisiana.

2.

Due to the recent inclement weather throughout the month of December and the flu season this office has not been able to obtain Plaintiff Fact Sheets from all of its clients.

3.

The staff of Douglas Schmidt, APLC has continued to make appointments and obtain Plaintiff Fact Sheets from its clients.

4.

Some of the clients originally filed in these lawsuits have been refilled in cases filed on or before December 28, 2009.

5.

Douglas Schmidt, APLC believes that he can obtain all of the outstanding Plaintiff Fact Sheets if granted a 45 day Extension by this Honorable Court.

WHEREFORE, for the reasons cited above and for good cause, the clients of Douglas Schmidt, APLC granted a 45 day extension of time to file Plaintiff Fact Sheets.

Respectfully submitted,

Douglas M. Schmidt  11789
Peter R. Borstell  3264
335 City Park Avenue
New Orleans, LA  70119
Phone: 504-482-5711
Fax: 504-482-5755

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2009 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

_____
Douglas M. Schmidt

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873

SECTION N(5)

THIS DOCUMENT RELATES TO
CIVIL CASES: 09-05331, 09-05327,
09-05332, 09-05334, 09-06187

JUDGE ENGELHARDT

## ORDER

Considering the foregoing:

IT IS ORDERED that the clients of Douglas Schmidt, APLC is granted a forty-five (45) day Extension to File Plaintiff Fact Sheets.

New Orleans, Louisiana, this _____ day of _____, 20_____.

JUDGE ENGELHARDT
UNITED STATES DISTRICT JUDGE