# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Donohue, Dorothy Annette )
together with all individuals and entities )
whose names appear on the attached )
"Exhibit A" )
)
versus ) CIVIL ACTION NO. 095268 N(5)
)
)
MONACO COACH, INC.  SHAW )
ENVIRONMENTAL, INC., CH2M HILL )
CONSTRUCTORS, INC., FLUOR ENTERPRISES )
INC. and the UNITED STATES OF AMERICA )
through the FEDERAL EMERGENCY )
MANAGEMENT AGENCY )

## SUMMONS IN A CIVIL ACTION

To:    Starr Excess Liability Ins. Co., Ltd.
       By and through its agent of service
       Charles E. Leche
       Deutsch, Kerrigan & Stiles
       755 Magazine Street
       New Orleans, LA  70130

       A lawsuit has been filed against you.

       Within ~~sixty (60)~~ 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States of a United States agency, or an officer or employee of the United States as described in Fed. R. Civ. P 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney whose name and address are:

       Michael C. Watson
       Woodfill & Pressler, LLP
       Two Houston Center
       909 Fannin, Suite 1470
       Houston, Texas  77010

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the court.

                                                   Loretta G. Whyte
                                                   Name of clerk of court

Date: __Dec 31 2009__                              B. Gregory
                                                   Deputy clerk's signature

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

This Summons for (*name of individual and title, if any:*) _____

Was received by me on (*date*) _____ .

☐      I personally served the Summons on the individual at (*place*) _____ .

☐      I left the Summons at t he individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there, on

           (*date*) _____, and mailed a copy to the individual's last known address; or

☐      I served the Summons on (*name of individual*) _____, who is

           designated by law to accept service of process on behalf of (*name of organization*) _____

           _____ on (*date*) _____; or

☐      I returned the Summons unexecuted because _____; or

☐      Other (*specify*) _____
_____

           My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

           I declare under penalty of perjury that this information is true.

Date: _____

           _____
           *Server's Signature*

           _____
           *Printed Name and Title*

           _____
           *Server's Address*

Additional information regarding attempted service, etc:
_____
_____
_____
_____