# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Davis, Walter )
together with all individuals and entities )
whose names appear on the attached )
"Exhibit A" )
)
versus ) CIVIL ACTION NO. 095256 N(5)
)
)
R-VISION, INC., SHAW )
ENVIRONMENTAL, INC., CH2M HILL )
CONSTRUCTORS, INC., FLUOR ENTERPRISES )
INC. and the UNITED STATES OF AMERICA )
through the FEDERAL EMERGENCY )
MANAGEMENT AGENCY )

## SUMMONS IN A CIVIL ACTION

To:   Lexington Insurance Company
      By and through its agent of service
      Charles E. Leche
      Deutsch, Kerrigan & Stiles
      755 Magazine Street
      New Orleans, LA 70130

A lawsuit has been filed against you.

Within ~~sixty (60)~~ 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States of a United States agency, or an officer or employee of the United States as described in Fed. R. Civ. P 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney whose name and address are:

Michael C. Watson
Woodfill & Pressler, LLP
Two Houston Center
909 Fannin, Suite 1470
Houston, Texas  77010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

_____
Loretta G. Whyte
Name of clerk of court

_____
B. Gregory
Deputy clerk's signature

Date: __Dec 31 2009__

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

This Summons for (*name of individual and title, if any:*) _____

Was received by me on (*date*) _____ .

☐   I personally served the Summons on the individual at (*place*) _____ .

☐   I left the Summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there, on

(*date*) _____ , and mailed a copy to the individual's last known address; or

☐   I served the Summons on (*name of individual*) _____ , who is

designated by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐   I returned the Summons unexecuted because _____ ; or

☐   Other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                                              *Server's Signature*

                                              _____
                                              *Printed Name and Title*

                                              _____
                                              *Server's Address*

Additional information regarding attempted service, etc:
_____
_____
_____