UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:      FEMA TRAILER                    MDL NO. 1873
            FORMALDEHYDE
            PRODUCTS LIABILITY
            LITIGATION
                                            JUDGE: ENGELHARDT
This Document Relates to:

    *Aldridge*, No. 07-9228                  MAG: CHASEZ

_____

### KEYSTONE RV COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES TO CLAIMS BY PLAINTIFF PAUL LASTRAPES

Defendant, Keystone RV Company, incorrectly named by plaintiffs as Keystone Industries, Inc. ("Keystone"), answers and asserts affirmative defenses to the claims by plaintiff Paul Lastrapes, asserted in the Original Complaint for Damages, First Supplemental and Amending Complaint for Damages (Rec. Doc. No. 1064), Second Supplemental and Amended Complaint For Damages[1], and Fourth Supplemental and Amended Complaint for Damages[2] (Rec. Doc. No. 7700) (collectively the "Amended Complaint") as follows:

_____

[1] Plaintiffs in the *Aldridge* matter sought leave to file a Third Supplemental and Amending Complaint for Damages (Rec. Doc.  No. 2006), but the Court denied plaintiffs leave to file that complaint.  *See* Rec. Doc. No. 2323.

[2] Plaintiff Tamia Dubuclet, represented by her mother, Elisha Dubuclet, filed the Fourth Supplemental and Amended Complaint for Damages in this matter, asserting amended allegations and claims only on her behalf, and against defendant

## FIRST DEFENSE

Keystone references and incorporates its previously filed Preservation of Defenses and Motions Lists.  *See* Rec. Doc. Nos. 226 and 1673.

## SECOND DEFENSE

The Amended Complaint fails to state a claim or cause of action against Keystone upon which relief can be granted.

## THIRD DEFENSE

The plaintiffs' claims are, or may be, barred in whole or in part by the applicable statutes of limitation and/or prescriptive and/or peremptive periods.

## FOURTH DEFENSE

The plaintiffs' claims are barred, in whole or in part, or, alternatively, their recovery is reduced, by plaintiffs' own fault and/or the fault of other persons.

## FIFTH DEFENSE

The plaintiffs are not entitled to the recovery they seek because they have not suffered any damages, or, alternatively, because they have failed to mitigate their own damages.

## SIXTH DEFENSE

Any products manufactured by Keystone that are the subject of the claims in this action were manufactured in conformity with the state of the art technology and

---

Fleetwood Enterprises, Inc.  Although none of the allegations and claims in the Fourth Supplemental and Amended Complaint are directed at Keystone, in an abundance of caution, Keystone denies each and every one of the allegations in the Fourth Supplemental and Amended Complaint.

consistently with all applicable standards, regulations, laws and/or industry standards.

## SEVENTH DEFENSE

Keystone specifically denies the existence of any defect or defects that would render its product unreasonably dangerous under the Louisiana Products Liability Act, the limited warranty, and/or any other applicable law, contract, or standard.

## EIGHTH DEFENSE

Keystone reasserts as affirmative defenses the defenses raised in the Manufacturing Defendants' Joint Rule 12(b)(6) Motions to Dismiss (Rec. Doc. 210), including Keystone's joinder therein, and incorporates herein the Court's Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss.

## NINTH DEFENSE

Solely in the alternative, in the event that it is determined there was any defect in any travel trailer, which is specifically denied, said defect was apparent and obvious and could be easily avoided or remedied, precluding any recovery by plaintiffs.

## TENTH DEFENSE

Keystone further pleads that plaintiffs' claims are or may be barred, in whole or in part, to the extent that the Economic Loss Doctrine applies, and incorporates Court's Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, as if plead herein, *in extenso*.

## ELEVENTH DEFENSE

Claims against Keystone are or may be barred, in whole or in part, by the doctrines of Estoppel, release or waiver.

## THIRTEENTH DEFENSE

Any express warranty obligations that may be owed by Keystone are strictly limited by the terms of the limited warranty, including all of its limitations and exclusions, which are pleaded herein, as if copied *in extenso*.

## FOURTEENTH DEFENSE

Keystone hereby gives notice that it intends to rely upon any and all other such affirmative defenses as become available or apparent during the course of discovery, and reserves the right to amend its Answer to assert any and all such defenses.

## FIFTEENTH DEFENSE

In the event that discovery reveals the following, Keystone specifically pleads that the accident and/or injuries sued upon herein occurred only and solely due to the substantial alteration and/or modification of the product sued upon herein, which alteration and/or modification was not foreseeable, after it left the hands of the manufacturer, which is specifically pleaded as a complete bar to any recovery against Keystone.

## SIXTEENTH DEFENSE

Keystone specifically pleads, to the extent applicable, all defenses allowed under the Louisiana Products Liability Act, La. R.S. 9:2800.51, *et. seq*., and/or other Louisiana law (including the exclusivity of remedy defense).

## SEVENTEENTH DEFENSE

Keystone specifically pleads that its products were reasonable fit for ordinary use.

## EIGHTEENTH DEFENSE

Plaintiffs' claims are or may be barred, in whole or in part, to the extent that the Amended Complaint does not state a cause of action for punitive or exemplary damages against Keystone, sufficient in law whereby recovery may be had.

## NINETEENTH DEFENSE

Plaintiffs' claims are or may be barred, in whole or in part, to the extent that any award of punitive damages, to the extent they are even pled in the Amended Complaint would be unconstitutional because the standards utilized to allow the imposition of such damages are so vague, both on their face and as applied, so as to fail to give adequate or sufficient notice of the prohibitive conduct.

## TWENTIETH DEFENSE

The exact damages/losses claimed by plaintiffs are unknown to Keystone, and, thus, Keystone cannot adequately determine all defenses that may be applicable to Plaintiffs' claims.  Therefore, Keystone expressly reserves by this reference the right to raise additional defenses to the extent that:

    a.    Additional defenses become applicable under state and federal law;

    b.    Additional defenses are established as discovery proceeds; and

    c.    Additional defenses are available under subsequently asserted theories of recovery.

## TWENTY-FIRST DEFENSE

The Amended Complaint has improperly joined parties (both plaintiffs and defendants) in this action in violation of Rule 19 of the Federal Rules of Civil Procedure, requiring severance of parties as provided by Rule 21 of the Federal Rules of Civil Procedure.

## TWENTY-SECOND DEFENSE

The Amended Complaint has improperly joined claims under Rule 18 of the Federal Rules of Civil Procedure, requiring severance of claims as provided by Rule 21 of the Federal Rules of Civil Procedure.

## TWENTY-THIRD DEFENSE

Keystone asserts that it did not have a direct contract with FEMA or any other governmental agency and that its construction of the travel trailer at issue in this litigation was not subject to or governed by any so called "FEMA specifications."

## TWENTY-FOURTH DEFENSE

Keystone asserts that the Amended Complaint does not comply with the requirements of Federal Rule 8 in that it does not contain short and plain statements of the plaintiffs' claims.  Among other defects, the Amended Complaint (particularly the Original Complaint for Damages) does not contain separately numbered paragraphs, making it confusing and difficult for Keystone to answer.

## TWENTY-FIFTH DEFENSE

Keystone asserts that (a) it did not sell housing units directly to the federal government in the wake of Hurricanes Katrina and Rita; and (b) the dealers who sold Keystone housing units to the federal government and the federal government are sophisticated users of products, such that Keystone cannot be held liable to plaintiffs for their claims, including, but not limited to, any claims for failure to warn and strict product liability.

## ANSWER TO ALLEGATIONS IN
## ORIGINAL COMPLAINT

In response to the specific allegations of the Plaintiff's Original Complaint, Keystone answers as follows:

### 1.

Keystone denies the allegations and legal conclusions in Paragraph I of the Original Complaint for lack of sufficient information to justify a belief therein.

### 2.

Keystone denies the allegations in Paragraph II of the Original Complaint (including each of its paragraphs alleging the identity of various plaintiffs and defendants) for lack of sufficient information to justify a belief therein.

### 3.

Keystone denies the factual allegations and legal conclusions in Paragraph III of the Original Complaint (including each of its paragraphs).

4.

Keystone denies the factual allegations and legal conclusions in Paragraph IV of the Original Complaint (including each of its paragraphs) for lack of sufficient information to justify a belief therein.

5.

Keystone denies the factual allegations and legal conclusions in paragraph V of the Original Complaint (including each of its paragraphs).

6.

Keystone denies the factual allegations and legal conclusions in paragraph VI  of the Original Complaint (including each of its paragraphs).

7.

Keystone denies the factual allegations and legal conclusions in paragraph VII of the Original Complaint (including each of its paragraphs).

8.

Keystone denies the factual allegations and legal conclusions in paragraph VIII of the Original Complaint (including each of its paragraphs).

9.

Keystone denies the factual allegations and legal conclusions in paragraph IX of the Original Complaint (including each of its paragraphs).

**ANSWER TO ALLEGATIONS IN FIRST
SUPPLEMENTAL AND AMENDING COMPLAINT**

10.

Keystone denies the allegations and legal conclusions in Paragraph 1 of the Plaintiffs' First Supplemental and Amending Complaint.

11.

Keystone denies the allegations in Paragraph 2 of the Plaintiffs' First Supplemental and Amending Complaint (including each of its paragraphs), for lack of sufficient information to justify a belief therein.

12.

Keystone denies the allegations and legal conclusions (to the extent necessary) in Paragraph 3 of the Plaintiffs' First Supplemental and Amending Complaint.

13.

Keystone denies the allegations and legal conclusions in Paragraph 4 of the Plaintiffs' First Supplemental and Amending Complaint.

14.

Keystone denies the allegations and legal conclusions in Paragraph 5 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

15.

Keystone denies the allegations in Paragraph 6 of the First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

16.

Keystone denies the allegations and legal conclusions in Paragraph 7 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

17.

Keystone denies the allegations and legal conclusions in Paragraph 8 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

18.

Keystone denies the allegations and legal conclusions in Paragraph 9 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

19.

Keystone denies the allegations and legal conclusions in Paragraph 10 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

20.

Keystone denies the allegations and legal conclusions in Paragraph 11 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

21.

Keystone denies the allegations and legal conclusions in Paragraph 12 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

22.

Keystone denies the allegations and legal conclusions in Paragraph 13 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

23.

Keystone denies the allegations and legal conclusions in Paragraph 14 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

24.

Keystone denies the allegations and legal conclusions in Paragraph 15 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

25.

Keystone denies the allegations and legal conclusions in Paragraph 16 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

26.

Keystone denies the allegations and legal conclusions in Paragraph 17 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

27.

Keystone denies the allegations and legal conclusions in Paragraph 18 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

28.

Keystone denies the allegations and legal conclusions in Paragraph 19 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

29.

Keystone denies the allegations and legal conclusions in Paragraph 20 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

30.

Keystone denies the allegations and legal conclusions in Paragraph 21 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

31.

Keystone denies the allegations and legal conclusions in Paragraph 22 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

32.

Keystone denies the allegations and legal conclusions in Paragraph 23 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

33.

Keystone denies the allegations and legal conclusions in Paragraph 24 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

34.

Keystone denies the allegations and legal conclusions in Paragraph 25 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

35.

Keystone denies the allegations and legal conclusions in Paragraph 26 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

36.

Keystone denies the allegations and legal conclusions in Paragraph 27 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

37.

Keystone denies the allegations and legal conclusions in Paragraph 28 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

38.

Keystone denies the allegations and legal conclusions in Paragraph 29 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

40.

Keystone denies the allegations and legal conclusions in Paragraph 30 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

41.

Keystone denies the allegations and legal conclusions in Paragraph 31 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

42.

Keystone denies the allegations and legal conclusions in Paragraph 32 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

43.

Keystone denies the allegations and legal conclusions in Paragraph 33 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

44.

Keystone denies the allegations and legal conclusions in Paragraph 34 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

45.

Keystone denies the allegations and legal conclusions in Paragraph 35 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

46.

Keystone denies the allegations and legal conclusions in Paragraph 36 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

47.

Keystone denies the allegations and legal conclusions in Paragraph 37 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

48.

Keystone denies the allegations and legal conclusions in Paragraph 38 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

49.

Keystone denies the allegations and legal conclusions in Paragraph 39 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

50.

Keystone denies the allegations and legal conclusions in Paragraph 40 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

51.

Keystone denies the allegations and legal conclusions in Paragraph 41 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

52.

Keystone denies the allegations and legal conclusions in Paragraph 42 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

53.

Keystone denies the allegations and legal conclusions in Paragraph 43 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

54.

Keystone denies the allegations and legal conclusions in Paragraph 44 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

55.

Keystone denies the allegations and legal conclusions in Paragraph 45 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

56.

Keystone denies the allegations and legal conclusions in Paragraph 46 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

57.

Keystone denies the allegations and legal conclusions in Paragraph 47 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

58.

Keystone denies the allegations and legal conclusions in Paragraph 48 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

59.

Keystone denies the allegations and legal conclusions in Paragraph 49 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

60.

Keystone denies the allegations and legal conclusions in Paragraph 50 of the Plaintiffs' First Supplemental and Amending Complaint.

61.

Keystone denies the allegations and legal conclusions in Paragraph 51 of the Plaintiffs' First Supplemental and Amending Complaint.

62.

Keystone denies the allegations and legal conclusions in Paragraph 52 of the Plaintiffs' First Supplemental and Amending Complaint for lack of sufficient information to justify a belief therein.

63.

Keystone denies the allegations and legal conclusions in Paragraph 53 of the Plaintiffs' First Supplemental and Amending Complaint.

64.

Keystone denies the allegations and legal conclusions in Paragraph 54 of the Plaintiffs' First Supplemental and Amending Complaint.

65.

Keystone denies the allegations and legal conclusions in Paragraph 55 of the Plaintiffs' First Supplemental and Amending Complaint.

66.

Keystone denies the allegations and legal conclusions in Paragraph 56 of the Plaintiffs' First Supplemental and Amending Complaint.

67.

Keystone denies the allegations and legal conclusions in Paragraph 57 of the Plaintiffs' First Supplemental and Amending Complaint.

68.

Keystone denies the allegations and legal conclusions in Paragraph 58 of the Plaintiffs' First Supplemental and Amending Complaint.

69.

Keystone denies the allegations and legal conclusions in Paragraph 59 of the Plaintiffs' First Supplemental and Amending Complaint.

70.

Keystone denies the allegations and legal conclusions in Paragraph 60 of the Plaintiffs' First Supplemental and Amending Complaint.

71.

Keystone denies the allegations and legal conclusions in Paragraph 61 of the Plaintiffs' First Supplemental and Amending Complaint.

72.

Keystone denies the allegations and legal conclusions in Paragraph 62 of the Plaintiffs' First Supplemental and Amending Complaint.

73.

Keystone denies the allegations and legal conclusions in Paragraph 63 of the Plaintiffs' First Supplemental and Amending Complaint.

74.

Keystone denies the allegations and legal conclusions in Paragraph 64 of the Plaintiffs' First Supplemental and Amending Complaint.

75.

Keystone denies the allegations and legal conclusions in Paragraph 65 of the Plaintiffs' First Supplemental and Amending Complaint.

76.

Keystone denies the allegations and legal conclusions in Paragraph 66 of the Plaintiffs' First Supplemental and Amending Complaint.

77.

Keystone denies the allegations and legal conclusions in Paragraph 67 of the Plaintiffs' First Supplemental and Amending Complaint.

78.

Keystone denies the allegations and legal conclusions in Paragraph 68 of the Plaintiffs' First Supplemental and Amending Complaint.

79.

Keystone denies the allegations and legal conclusions in Paragraph 69 of the Plaintiffs' First Supplemental and Amending Complaint.

80.

Keystone denies the allegations and legal conclusions in Paragraph 70 of the Plaintiffs' First Supplemental and Amending Complaint.

81.

Keystone denies the allegations and legal conclusions in Paragraph 71 of the Plaintiffs' First Supplemental and Amending Complaint.

82.

Keystone denies the allegations and legal conclusions in Paragraph 72 of the Plaintiffs' First Supplemental and Amending Complaint.

83.

Keystone denies the allegations and legal conclusions in Paragraph 73 of the Plaintiffs' First Supplemental and Amending Complaint.

84.

Keystone denies the allegations and legal conclusions in Paragraph 74 of the Plaintiffs' First Supplemental and Amending Complaint.

85.

Keystone denies the allegations and legal conclusions in Paragraph 75 of the Plaintiffs' First Supplemental and Amending Complaint.

86.

Keystone denies the allegations and legal conclusions in Paragraph 76 of the Plaintiffs' First Supplemental and Amending Complaint.

87.

Keystone denies the allegations and legal conclusions in Paragraph 77 of the Plaintiffs' First Supplemental and Amending Complaint.

88.

Keystone denies the allegations and legal conclusions in Paragraph 78 of the Plaintiffs' First Supplemental and Amending Complaint.

89.

Keystone denies the allegations and legal conclusions in Paragraph 79 of the Plaintiffs' First Supplemental and Amending Complaint.

90.

Keystone denies the allegations and legal conclusions in Paragraph 80 of the Plaintiffs' First Supplemental and Amending Complaint.

91.

Keystone denies the allegations and legal conclusions in Paragraph 81 of the Plaintiffs' First Supplemental and Amending Complaint.

92.

Keystone denies the allegations and legal conclusions in Paragraph 82 of the Plaintiffs' First Supplemental and Amending Complaint.

93.

Keystone denies the allegations and legal conclusions in Paragraph 83 of the Plaintiffs' First Supplemental and Amending Complaint.

## REQUEST FOR JURY DEMAND

Keystone requests a trial by jury.

**WHEREFORE**, considering the allegations, denials and defenses asserted above, Defendant Keystone RV Company respectfully prays that this answer be deemed good and sufficient; that after due proceedings had, there be judgment rendered herein in favor of this Defendant, dismissing plaintiff Paul Lastrapes' claims, with prejudice; and Defendant Keystone RV Company respectfully prays for all such other general, special and equitable relief that law, equity or the nature of the case may permit, and all costs of these proceedings.

Respectfully submitted,

*s/Ryan E. Johnson*

_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.

8555 United Plaza Blvd., 5th floor
Building Four
Baton Rouge, LA  70809
Telephone: (225) 248-2000
Facsimile:  (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
    Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA  70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

*Counsel for Keystone RV Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of December, 2009, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson