**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

Loretta G. Whyte  500 Poydras St., Room C-151
Clerk  New Orleans, LA 70130

December 23, 2009

Mr. Charles R. Fulbruge, III, Clerk  APPEAL NO. 09-31131
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

IN RE: FEMA TRAILER FORMALDEHYDE PRO LIABILITY LIT   MD 07-1873 N   c/w 09-2967 N

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

___ 1) Certified copy of the notice of appeal and docket entries.

___ 2) Certified copy of notice of a cross-appeal and docket entries.

___ 3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

___ 4) This case is proceeding in forma pauperis

___ 5) Order Appointing Counsel ___ CJA-20 ___ FPD

___ 6) District Judge entering the final judgment is _____

___ 7) Court Reporter assigned to the case _____

___ 8) If criminal case, number and names of other defendants on appeal ___

___ 9) This case was decided without a hearing; there will be no transcript.

___ 10) Spears hearing held.

In connection with this record, the following documents are transmitted.

  x  1) **Certified** Copies record on appeal consisting of:

    ___ Volume(s) of record    ___ Volume(s) transcript

    ___ Volume(s) of depositions

    ___ Container(s) of exhibits ___ Box ___ Envelope ___ Folder

  ___ 2) Supplemental record, including _____

  x  3) SEALED Doc. **4098**

  ___ 4) Other: _____

Very truly yours,

By___Alicia Phelps_____
Deputy Clerk