U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   DEC 2 8 2009
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Henry Barnes and Bonnie Barnes, individually and on behalf on their minor child, G.B., et.al. vs. American Camper Manufacturing, LLC, et.al.*<br>Case No. 09-06048 | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs herein, Henry Barnes and Bonnie Barnes, individually, and on behalf of their minor child, Gabriel Barnes, Jamie Alexander, and Cornel Butler, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims asserted against the Defendants in the Complaint previously filed in these proceedings. This voluntary dismissal is made pursuant to Pretrial Orders Nos. 49 and 53 before this Court. The Defendants have not filed an answer to this suit, nor have they filed a motion for summary judgment.

__Fee _____
__Process _____
x_Dktd _____
__CtRmDep__
__Doc. No.____

J. MICHAEL VERON (#7570)
J. ROCK PALERMO III (#21793)
VERON, BICE, PALERMO & WILSON, L.L.C.
P. O. BOX 2125
LAKE CHARLES, LA 70602
(337) 310-1600
(337) 310-1601 (FAX)

PAUL A. DOMINICK
RICHARD L. TAPP, JR
DENNIS J. LYNCH
NEXSEN PRUET, L.L.C.
P. O. BOX 486
CHARLESTON, SC 29402
(843) 577-9440
(843) 720-1777

SEAN K. TRUNDY
SEAN KEVIN TRUNDY, L.L.C.
P. O. BOX 41343
NORTH CHARLESTON, SC 29423
(843) 747-4424
(843) 747-4489

BY: _____
J. ROCK PALERMO III

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2009, I presented the Plaintiffs' Notice of Voluntary Dismissal Without Prejudice Under FRCP 41(a)(1)(A)(ii) for filing and uploading to the CM/ECF system which will send notification of such filing to all known counsel of record.

_____
J. ROCK PALERMO III