# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**ANDRE SMITH, INDIVIDUALLY, AND, FOR HIS MINOR CHILDREN, J.S. AND D.S., AND QUANDOLYN SMITH, INDIVIDUALLY, AND FOR HER MINOR CHILD, R.C.**

        **Plaintiffs,**

**vs.**

**KZRV, LP AND CH2MHILL CONSTRUCTORS, INC.**

        **Defendants**

**CIVIL ACTION NO.  09-7569**

**SECTION N, MAGISTRATE 5**

_____

## CONCURRENCE IN REMOVAL

Defendant KZ RV, LP (KZ) hereby concurs in the removal of this action.

KZ further suggests that this action is a potential tag-along action in the *In re FEMA Formaldehyde Products Liability Litigation*, No. 07-MD-1873, currently pending the United States District Court for the Eastern District of Louisiana.

        Respectfully submitted,

        *s/Ryan E. Johnson*

        _____
        James C. Percy (La. Bar No. 10413)
        Ryan E. Johnson (La. Bar No. 26352)
        **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
        Four United Plaza
        8555 United Plaza Boulevard

{B0633719.1}

Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

**Counsel for Defendant KZ RV, LP**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2010, a true and correct copy of the foregoing document was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0633719.1}