# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION  N (5) |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *All Cases filed by Hurricane Legal Center,* | * | |
| *LLC* | * | |

**************************************************************************

## MOTION FOR EXTENSTION OF TIME TO MATCH WITH A SPECIFIC MANUFACTURING DEFENDANT PURSUANT TO PRETRIAL ORDER 49

**NOW INTO COURT,** through undersigned counsel, come plaintiffs who request an additional 45 days to match with a specific manufacturing defendant.  For the following plaintiffs, FEMA has provided multiple contractors but no manufacturer information.  Additionally, FEMA has not provided identification numbers adequate to determine the manufacturer.

This motion is unopposed since defense counsel has not yet been identified for the following claimants.

 **Claimants**

Cartrina Ceaser
Edward C. Ceaser
Edward Ceaser obo S.C
Edward Ceaser III
Wanda Ceaser

Henry Warner
Thomas Clay
Kevin George
Maya DeJesus
Simeko Johnson
Simeko Johnson obo R.R.
Claresha Lockett
Llyod Mae Lockett
Brandie Lykes
Brandie Lykes obo B.L.
James Lykes  obo K.L.
James Lykes III
Pamela Ann Lykes
Pamela B Lykes
Pamela Lykes obo T.A
Pamela Lykes obo T.A.
Eva Mead
Richard Mead
Brittany  Molinary
Danyele M. Molinary
Michael J. Molinary
Michael J. Molinary obo C.A. M.
Michael J. Molinary obo D. M. M.
Michael J. Molinary obo J.C. M.
Michael J. Molinary obo J. L. M.
Michael J. Molinary obo J. J. M.
Michael J. Molinary obo M. M. M.
Michael J. Molinary obo M.W. M.
Michael J. Molinary obo N.D. M.
Danielle Morton
Dominque Morton
Wilton Hymes
Carla Santiago
Percy Hodges, Jr.
Ronald Santiago
Veronica Santiago
Frank Smith, Sr
Genevieve Spencer
Genevieve Spencer obo D. M.

Genevieve Spencer obo R. H.
Iesha  Spencer
Edna Ussin
Jesse Wallace, Jr.
Mary Wallace
Shedrick Wallace


Each plaintiff has now written FEMA directly requesting a copy of their individual

lease.  Once received from FEMA, this will allow plaintiff's counsel to complete a match.

For the above reasons, plaintiffs request an additional 45 days in which to comply

with Pretrial Order #49.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC


BY:   */s/ Lawrence J. Centola, Jr.*

LAWRENCE J. CENTOLA, JR.
Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
602 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.


/ *s/ Lawrence J. Centola, Jr.*
LAWRENCE J. CENTOLA, JR.