# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FELCIA HOMES, INDIVUALLY AND FOR HER MINOR CHILDREN, TREVON HOLMES AND KIYAMIKA HOLMES** | CIVIL ACTION NO.  09-7696 |
| Plaintiffs, | SECTION N, MAGISTRATE 5 |
| vs. | |
| **KEYSTONE RV COMPANY AND FLUOR ENTERPRISES, INC.** | |
| Defendants | |

_____

## CONCURRENCE IN REMOVAL

Defendant Keystone RV Company ("Keystone") hereby concurs in the removal of this action.

                        Respectfully submitted,

                        *s/Ryan E. Johnson*

                        _____
                        James C. Percy (La. Bar No. 10413)
                        Ryan E. Johnson (La. Bar No. 26352)
                        **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
                        Four United Plaza
                        8555 United Plaza Boulevard
                        Baton Rouge, LA  70809
                        Telephone: (225) 248-2080
                        Facsimile:  (225) 248-3080

                                  -and-

Madeleine Fischer (La. Bar No. 5575)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

***Counsel for Defendant Keystone RV Company***

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of January, 2010, a true and correct copy of the foregoing document was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0633759.1}