Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

                January 4, 2010

                Miquel Lyons and Lisa Lyons, individually, and on behalf of their minor child, Mikelle Lyons v. Skyline Corporation, US of Am through FEMA and Shaw Environmental, Inc.
                Case No. # 09-6431, Sect. N, Mag (5)

Dear Sir:

    Please issue summons on the Complaint for Damages to the following:

        Skyline Corporation
        Through its Agent for Service of Process:
        Linda Phillippsen
        2520 By-Pass Road
        Elkhart, IN 46514

                Very truly yours,

                */s/ J. Douglas Sunseri*

                J. DOUGLAS SUNSERI
                Attorney for Plaintiffs
                3000 18th Street
                Metairie, Louisiana 70002