UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



| | | |
|---|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. LORETTA G. WHYTE CLERK |
| | * | JUDGE ENGLEHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO CIVIL CASE NOS. 09-6213 | * * | |
| 09-6214 | * | |
| 09-6413 | * | |
| 09-6414 | * | |
| 09-6415 | * | |
| 09-6416 | * | |
| 09-6975 | * | |
| 09-6974 | * | |
| 09-6973 | * | |
| 09-6972 | * | |
| 09-6969 | * | |
| 09-6968 | * | |
| 09-6970 | * | |
| 09-6971 | * | |
| 09-6967 | * | |

*******************************************************************

### JOHN ARTHUR EAVES LAW FIRM'S LIST OF PLAINTIFFS WHO REMAIN UNMATCHED PURSUANT TO PRETRIAL ORDER NO. 40 and REQUEST FOR EXTENSION OF TIME TO MATCH THESE PLAINTIFFS PURSUANT TO ORDER NO. 49

In compliance with Pretrial Orders 40 and 49, The Law Firm of John Arthur Eaves notifies the Court of all plaintiffs who still remain unmatched with a specific manufacturing defendant and the civil action number of the original complaint in which the plaintiff was named.

Attached hereto as Exhibit "A" is a list of the 694 filed plaintiffs represented by the Law Firm of John Arthur Eaves that still remain unmatched, along with the civil

```
___Fee_____
___Process___
_X_Dktd_____
___CtRmDep__
___Doc. No.__
```

action numbers of the original complaint in which the plaintiff was named. These plaintiffs represent every unmatched plaintiff from the 16 complaints filed by the Law Firm of John Arthur Eaves in the Federal Court.

The Plaintiffs have been working diligently with FEMA to obtain proper matching information. However, even though Plaintiffs have many of the necessary forms of FEMA identification, they have still been unable to be matched to their proper manufacturer. Plaintiffs have made a request, which includes every individual on the attached list, in hopes that they can be matched by FEMA.

Plaintiff respectfully requests this honorable court provide them an extension in order to complete this matching process. Due to the holiday season, the Plaintiff would respectfully request that this extension be for 60 days, in order to provide FEMA ample time to reply and Plaintiffs time to update all complaints as necessary. To the Plaintiffs knowledge, there is no opposition to such Motion.

RESPECTFULLY SUBMITTED,

_____
JOHN ARTHUR EAVES, JR., ESQ.
ATTORNEY FOR PLAINTIFFS

LAW FIRM OF JOHN ARTHUR EAVES
John Arthur Eaves, Jr., (MSB 8843)
Jon-Marc King (MSB 9736)
Shana D. Fondren (MSB 100762)
Anders Ferrington (MSB 102444)
**Eaves Law Offices**
101 North State Street
Jackson, MS 39201
Telephone: (601)355-7961
Facsimile (601)355-0530