UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | |
| | * | JUDGE ENGLEHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT PERTAINS TO | * | |
| CIVIL CASE NOS. 09-6213 | * | |
| 09-6214 | * | |
| 09-6413 | * | |
| 09-6414 | * | |
| 09-6415 | * | |
| 09-6416 | * | |
| 09-6975 | * | |
| 09-6974 | * | |
| 09-6973 | * | |
| 09-6972 | * | |
| 09-6969 | * | |
| 09-6968 | * | |
| 09-6970 | * | |
| 09-6971 | * | |
| 09-6967 | * | |

******************************************************************

## ORDER

IT IS ORDERED that the Law Firm of John Arthur Eaves is granted an extension of _____ days in order to complete the matching process required by Pretrial Orders No. 40 and 40 for their remaining 694 unmatched plaintiffs.

NEW ORLEANS, LOUISIANA, this the _____ day of _____, 20__.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE