UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION N(5) |
| THIS DOCUMENT RELATES TO CIVIL CASES: 09-05331, 09-05327, 09-05332, 09-05334, 09-06187 | JUDGE ENGELHARDT |

## ORDER

Considering the foregoing:

IT IS ORDERED that the clients of Douglas Schmidt, APLC is granted a ~~forty-five (45)~~ 30 day Extension to File Plaintiff Fact Sheets.

New Orleans, Louisiana, this 4th day of January, 2010.

_____
JUDGE ENGELHARDT
UNITED STATES DISTRICT JUDGE