AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Sonya Waller | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. **09-7328** |
| Sun Valley, Inc., et al | ) |
| *Defendant* | ) |

**RETURN**

**SECT. N MAG. 5**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America, Dept. of Justice,
through Eric Holder, U.S. Attorney
950 Pennsylvania Ave. NW
Washington DC 20530-0001

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT **LORETTA G. WHYTE**

Date: NOV 1 6 2009

*Signature of Clerk or Deputy Clerk*

**2. Article Number**

7179 1000 1645 0012 7416

1. Article Addressed to:

Federal Emergency Management (FEMA)
Through Craig Fugate, Director
500 C Street SW
Washington, DC, 20472

Code: Sonya Waller
Code2: JIW
File: 07-5980

PS Form 3811                    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  NOV 17 2009

D. Is delivery address different from item 1?  ☐ Yes
If YES enter delivery address below:            ☐ No

3. Service Type                  ☒ Certified

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163