AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Sonya Waller

*Plaintiff*

v.

Sun Valley, Inc., et al

*Defendant*

Civil Action No. **09-7328**

**RETURN**

**SECT. N MAG. 5**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America through
James Letten, U.S. Attorney for the EDLA
500 Poydras St., Suite B1210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

LORETTA G. WHYTE

Date: NOV 1 6 2009     _____
*Signature of Clerk or Deputy Clerk*

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7179 1000 1645 0012 7409 | A. Signature X _[signature]_ | ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) Caleb White | C. Date of Delivery 11/15/09 |
| 1. Article Addressed to: United States of America, Dept. of Justice Through James Letten, U.S. Attorney for the EDLA 500 Poydras St., Suite B210 New Orleans, LA 70130 | D. Is delivery address different from item 1? ☐ Yes  If YES enter delivery address below: ☐ No | |
| | 3. Service Type | ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| ~~Code: Sonya Waller~~ Code2: JIW File: 07-5980 | | |

PS Form 3811         Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163