AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Ronald Dupree | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 09-5250 Sect. N  Mag 5 |
| Keystone RV Company | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Keystone RV Company
    Through Its Agent for Service of Process
    David G. Thomas
    2642 Hackberry Drive
    Goshen, IN 46526

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin I. Woods
    Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
    2800 Energy Centre, 1100 Poydras St.
    New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

    Loretta G. Whyte
    *Name of clerk of court*

Date: __Nov 20 2009__

    *Deputy clerk's signature*

**2. Article Number**

7179 1000 1645 0013 0812

1. Article Addressed to:

Keystone RV Company
Through its Agent for Service of Process
David G. Thomas
2642 Hackberry Dr.
Goshen, IN 46526

~~Code: Ronald Dupree~~
Code2: JIW
File: 07-5980

PS Form 3811   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Natalie Malone
☐ Agent
☐ Addressee

B. Received by (Printed Name): Natalie Malone
C. Date of Delivery: 12-7-09

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type: ☒ Certified

4. Restricted Delivery? (Extra Fee) ☐ Yes

UNITED STATES POSTAL SERVICE
07 DEC 2009 PM 2
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163