UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * | MDL NO. 1873 <br><br> SECTION "N - 5" <br><br><br> JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *EARLINE CASTANEL, ET AL V. RECREATION BY DESIGN, LLC, SHAW ENVIRONMENTAL, INC. and UNITED STATES OF AMERICA THROUGH THE THE FEDERAL EMERGENCY MANAGEMENT AGENCY, NO. 09-3251* | * * * * * * * | MAG. JUDGE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

CONSIDERING THE FOREGOING MOTION,

IT IS ORDERED that the hearing presently set for January 13, 2010 on the Rule 12(b)(6) Motion to Dismiss filed by Defendant Recreation by Design is hereby continued to the next available hearing date of January 27, 2010.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE