AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

BRADLEY LEWIS, JR. )
*Plaintiff* )
v. ) Civil Action No. **09-4998**
CRUM & FORSTER SPECIALTY INS. CO., ET AL. )
*Defendant* ) **SECT.N MAG 5**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sentry Insurance A Mutual Company
Through its Registered Agent for Service
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Loretta G. Whyte

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

**Aug 12 2009**

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00          .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7179 1000 1645 0012 9571 | A. Signature: X W Hebert ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name): Wendi Hebert  C. Date of Delivery: 12-2-09 |

1. Article Addressed to:

Sentry Insurance A Mutual Company
Through the Louisiana Secretary of State
Legal Services Section
P. O. Box 94125
Baton Rouge, LA 70804-9125

D. Is delivery address different from Item 1? ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type: ☒ Certified

4. Restricted Delivery? (Extra Fee) ☐ Yes

Code: Bradley Lewis, Jr.
Code2: JIW
File: 07-5980

PS Form 3811    Domestic Return Receipt



UNITED STATES POSTAL SERVICE   BATON ROUGE LA   03 DEC 2009 PM

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163