UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N - 5" |
| | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL V.* | * | |
| *RECREATION BY DESIGN, LLC,* | * | |
| *SHAW ENVIRONMENTAL, INC. and UNITED* | * | |
| *STATES OF AMERICA THROUGH THE* | * | |
| *THE FEDERAL EMERGENCY* | * | |
| *MANAGEMENT AGENCY, NO. 09-3251* | * | |

*************************************************************************

## ORDER

CONSIDERING THE FOREGOING MOTION,

IT IS ORDERED that the hearing presently set for January 13, 2010 on the Motion for Summary Judgment Regarding Prescription filed by Defendant Recreation by Design is hereby continued to the next available hearing date of January 27, 2010.

                                              _____
                                              KURT D. ENGELHARDT
                                              UNITED STATES DISTRICT JUDGE