UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N - 5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL V.* | * | |
| *RECREATION BY DESIGN, LLC,* | * | |
| *SHAW ENVIRONMENTAL, INC. and UNITED* | * | |
| *STATES OF AMERICA THROUGH THE* | * | |
| *THE FEDERAL EMERGENCY* | * | |
| *MANAGEMENT AGENCY, NO. 09-3251* | * | |

**************************************************************************

### PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE HEARING ON SHAW ENVIRONMENTAL, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING PRESCRIPTION

NOW INTO COURT, comes Plaintiff Earline Castanel, through the Plaintiffs' Steering Committee, who respectfully moves this Court to continue the hearing presently set for January 13, 2010 on the Motion for Summary Judgment Regarding Prescription filed by Defendant Shaw Environmental, Inc. until the next hearing date of January 27, 2010.

Counsel for Defendant has been contacted and has no opposition to this motion.

Respectfully submitted:

FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
PLAINTIFFS' CO-LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471