UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                                  SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member case bo. 09-3251

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Consideration (Rec. Doc. 9782)** is **DENIED**. Thus, Shaw Environmental, Inc.'s Motion for Summary Judgment Regarding Prescription (Rec. Doc. 9781) shall be set for hearing without oral argument on Wednesday, January 27, 2010. However, because Shaw Environmental, Inc. has requested that its Motion for Summary Judgment Regarding Prescription (Rec. Doc. 9781) be heard at the same time as Recreation by Design, L.L.C.'s Motion for Summary Judgment Regarding Prescription (Rec. Doc. 9722),

**IT IS FURTHER ORDERED** that the hearing on Recreation by Design, L.L.C.'s Motion for Summary Judgment Regarding Prescription (Rec. Doc. 9722) is **CONTINUED** from January 13, 2010 to **Wednesday, January 27, 2010, without oral argument**.

New Orleans, Louisiana, this 4th day of January, 2010.

                                                      **KURT D. ENGELHARDT**
                                                      **UNITED STATES DISTRICT JUDGE**