AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

ALBERTA LEVY )
_____ )
*Plaintiff* )
v. ) Civil Action No. 09-4959
KEYSTONE RV COMPANY, ET AL. )
_____ )
*Defendant* )

**SUMMONS IN A CIVIL ACTION**       SECT. N MAG. 5

To: *(Defendant's name and address)*  United States of America
Through the Office of the U.S. Attorney
for the Eastern District of Louisiana
Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  **Loretta G. Whyte**

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

Aug 12 2009

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌<br>7179 1000 1645 0012 9625 | A. Signature<br>X _Janny Deaven_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                                     12-2-09 |
| 1. Article Addressed to:<br><br>United States of America, through<br>James Letten, US Attorney for EDLA<br>500 Poydras St., Suite B210<br>New Orleans, LA 70130 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES enter delivery address below:      ☐ No |
| | 3. Service Type      ☒ Certified |
| ~~Code: ALBERTA LEVY~~<br>Code2: JIW<br>File: 07-5980 | 4. Restricted Delivery? (Extra Fee)       ☐ Yes |

PS Form 3811                    Domestic Return Receipt

UNITED STATES POSTAL SERVICE         ‖‖‖‖‖

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163