AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| Jay Johnson | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 09-5224 Sect. N  Mag 5 |
| Forest River, Inc., et al | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Forest River, Inc.
Through Its Agent for Service of Process
J. Richard Ransel
228 W. High St.
Elkhart, IN 46515

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Nov 20 2009__

Deputy clerk's signature

| 2. Article Number | |
|---|---|
| 7179100016450012902 | A. Signature: X _Elle Hart_ ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name): Elle Hart  C. Date of Delivery: 12/3/09 |
| 1. Article Addressed to:<br><br>Forest River, Inc.<br>Through its Agent for Service<br>J. Richard Ransel<br>228 W. High St.<br>Elkhart, IN 46516 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No |
| | 3. Service Type ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| Code: Jay Johnson<br>Code2: JIW<br>File: 07-5980 | |

PS Form 3811    Domestic Return Receipt



UNITED STATES POSTAL SERVICE
SOUTH BEND IN 46
03 DEC 2009 PM 1 T

First-Class Mail
USPS

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163