AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Louisiana

| | |
|---|---|
| Lynnette Harrison, et al | ) |
| ──────────────────── | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 09-5247 Sect. N  Mag 5 |
| American International Group, Inc., et al | ) |
| ──────────────────── | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CMH Manufacturing, Inc.
Through its Agent for Service of Process
CT Corporation
800 S. Gay St., Suite 2021
Knoxville, TN  37929

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: ___Nov 20 2009___

Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| | A. Signature<br>X _Ericka Fry_ ☐ Agent ☐ Addressee |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>71791000164500130423 | B. Received by (Printed Name) DEC 07 2009    C. Date of Delivery |
| **1. Article Addressed to:**<br><br>**CMH MANUFACTURING, INC.**<br>**THROUGH ITS AGENT FOR SERVICE**<br>**CT CORPORATION**<br>**800 S GAY ST., SUITE 2021**<br>**KNOXVILLE, TN 37929** | D. Is delivery address different from item 1?  ☐ Yes<br>    If YES enter delivery address below:      ☐ No |
| | 3. Service Type    ☒ Certified |
| ~~Code: LYNETTE HARRISON~~<br>Code2: JIW<br>File: 07-5980 | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |

PS Form 3811                              Domestic Return Receipt

UNITED STATES POSTAL SERVICE ... ILLE TN 37...

05 DEC 2009 PM 4 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**Justin I. Woods**
**Gainsburgh, Benjamin, David,**
**Meunier & Warshauer, LLC**
**2800 Energy Centre, 1100 Poydras St**
**New Orleans, LA 70163**