AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE   **SUMMONS IN A CIVIL CASE**
PRODUCT LIABILITY LITIGATION

V.                                 CASE NUMBER: MDL 1873

SECTION "N-5"

TO: TKTMJ, Inc.
Through its Agent for Service of Process
Yvonne R. Tubre
623 Patrick Rd.
Natchitoches, LA 71457

**YOU ARE HEREBY SUMMONED** and required to serve upon

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973

Within twenty (20) [21] days after service of this summons upon you, exclusive of the day of service, you must serve on the plaintiff an answer to the attached **Fourth Supplemental and Amended Administrative Master Complaint** which are herewith served upon you or a motion under Rule 12 of the Federal Rules of Civil Procedure. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. The answer or motion must be served on the plaintiff's attorney, whose name and address are cited above. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Dec 07 2009

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 71791000164500131475 | A. Signature X _[signature]_ | ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>TKTMJ, INC.<br>Through its Agent for Service of Process<br>Yvonne R. Tubre<br>623 Patrick Rd.<br>Natchitoches, LA 71457 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No<br><br>[NATCHITOCHES DEC 11 2009 stamp] | |
| | 3. Service Type | ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |

Code: 4SAC
Code2: JIW
File: 07-5980

PS Form 3811          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163