## **Exhibit A**

1. **Michelle Langsford**
2. **Kenny Langsford**
3. **Kenny Langsford on behalf of K. L.**
4. **Kenny Langsford on behalf of K. L.**