**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Recreation by Design
    thru Randall Rush
    21746 Buckingham Rd.
    Elkhart, In 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Kay Lent*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): KAY LENT
C. Date of Delivery: 12/14/09

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 2560 0000 8081 9601

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540