UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | MAGISTRATE CHASEZ |

*09-04840, 09-04841, 09-05994, 09-6412, 09-6643,*
*09-6419, 09-6501, 09-6636, 09-6498, 09-6497,*
*09-6632, 09-04842, 09-04843, 09-04844, 09-04845,*
*09-6495*

## MORGAN'S MEMORANDUM IN OPPOSITION TO OPPOSED MOTION FOR EXTENSION OF TIME (R. DOC. 9606)

Morgan Building & Spas, Inc. (Morgan Buildings) and Morgan Building Systems, Inc.[1] (Morgan Systems), and Morgan Manufacturing Corporation (Morgan Manufacturing and collectively with Morgan Systems and Morgan Buildings, Morgan) file this memorandum in opposition to the Opposed Motion for Extension of Time (R. Doc. 9606) filed by the plaintiffs in the following cases:

*Cacioppo, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*, No. 09-04840
*Adams, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*, No. 09-04841
*Annis, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*, No. 09-5994
*Bostic, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*, No. 09-6412
*Boteler, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*, No. 09-6643
*Pelas, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*, No. 09-6419
*Buras, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*, No. 09-6501
*Durham, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*, No. 09-6501
*Gras, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*, No. 09-6498
*Fincher, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*, No. 09-6497
*Fincher, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*, No. 09-6632
*Gabourel, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*, No. 09-04842
*Mackles, et al. v. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*, No. 09-04843
*Umbehagen, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*, No. 09-04844

---

[1] Morgan Building Systems, Inc., which merged into Morgan Buildings & Spas, Inc. on January 19, 1994, no longer exists.

346152.1

*Rabalais, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*, No. 09-04845
*Rodriguez, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*, No. 09-6495

At least one of the Morgan entities is named as a defendant in each of these suits.

Approximately 1300 plaintiffs in these 16 suits move for an additional 60 days to match themselves with a particular defendant as required by Pre-trial Order 40. (R. Doc. 1781).

Pre-trial Order 40 gives plaintiffs 45 days from the filing of each complaint to match plaintiffs to specific manufacturers. Since being issued, this 45-day period to match plaintiffs to manufacturers has been extended in individual cases and, later, to all underlying cases pending Magistrate Chasez's ruling on a motion to compel filed by the PSC. On December 10, 2009, the Court issued Pre-trial Order 49, requiring all parties to once again comply with Pre-trial Order 40. (R. Doc. 8908). Specifically, in cases already pending in this MDL, unmatched plaintiffs shall be matched with a specific manufacturer within 20 days of the entry of Pre-trial Order 49. This deadline is subject to extension upon a showing of "good cause." *Id.*[2]

Plaintiffs suggest that good cause has been shown because of efforts made to obtain identifying information about specific EHUs from (1) the plaintiffs, (2) visual inspection of the trailer when available and (3) from FEMA. According to plaintiffs, the approximately 1300 plaintiffs at issue have no personal knowledge of the EHUs' manufacturers, the EHUs are no longer available for inspection and they were unable to obtain matching information from FEMA for various reasons. Other than these general statements, Plaintiffs have not provided specific information as to why each plaintiff (or groups of plaintiffs with similar circumstances) have been unable to comply with Pre-Trial Order 40.

Further, plaintiffs state in their motion that some plaintiffs have been successful in obtaining manufacturer information from FEMA, but others have not. Plaintiffs have failed to clarify which

---

[2] Pre-trial Order 40 was expanded by Pre-trial Order 53 to include matching specific plaintiffs with third party contractor / installer defendants. (R. Doc. 9073).

346152.1

2

plaintiffs have obtained matching information, and the only reason given for not supplementing the complaints to allege a match between those plaintiffs and a defendant is that it takes considerable effort and time to compile the appropriate pleadings. The proffered reason is difficult to understand given the mere 18-day time span in which plaintiffs filed these 16, virtually identical, suits and that motions to amend existing complaints to add plaintiffs or specify manufacturer information are routinely filed and granted.

The plaintiffs' standing against specific defendants has been at issue in this case for almost two years. Plaintiffs have been given numerous opportunities and extensions of time to allege claims against specific defendants. All the while, defendants have been forced to expend considerable time and energy litigating cases where plaintiffs have not properly alleged the minimum requirements to assert a claim. The time for these plaintiffs to match themselves to a specific defendant has passed. General statements about problems in obtaining matching information and the time it takes to prepare amended pleadings is not sufficient to establish good cause for individual plaintiffs. Accordingly, plaintiffs' Opposed Motion for Extension of Time (R. Doc. 9606) should be denied.

Respectfully submitted:

**McGlinchey Stafford, PLLC**

*s/Amanda S. Stout*
Christine Lipsey (LA Bar Roll # 1182), T.A.
Dan E. West (LA Bar Roll #13372)
Amanda S. Stout (LA Bar Roll #29001)
One American Place, 14th Floor
Baton Rouge, LA 70825
Telephone: (225) 383-9000
clipsey@mcglinchey.com
dwest@mcglinchey.com
astout@mcglinchey.com

***Attorneys for Morgan Buildings & Spas, Inc., Morgan Building Systems, Inc. and Morgan Manufacturing Corporation***

346152.1

3

## CERTIFICATE OF SERVICE

I certify that, on January 5, 2010, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I also certify that there are no known non-CM/ECF participants.

<em>s/ Amanda S. Stout</em><br>Amanda S. Stout