UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: | * | |
| *Taplin v. American International Group, Inc. et al.* | * | JUDGE: ENGELHARDT |
| *Case No. 09-7689* | * | |
| | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF CONSENT TO REMOVAL

**NOW INTO COURT,** through undersigned counsel, comes Defendant Gibraltar Insurance Company, Ltd. who appears solely and exclusively, and with a full reservation of all defenses, for the purposes of consenting to the removal of this action, for the reasons set forth in the Notice of Removal filed on behalf of Fluor Enterprises, Inc.

Respectfully submitted:

**LEAKE & ANDERSSON, L.L.P.**

*/s/Amanda W. Vonderhaar*
_____
**JERRY L. SAPORITO, T.A. (#11717)**
**AMANDA W. VONDERHAAR (#31350)**
1700 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163-1701
Telephone: (504) 585-7500
Fax: (504) 585-7775
jsaporito@leakeandersson.com
avonderhaar@leakeandersson.com

*Attorneys for Gibraltar Insurance Company, Ltd.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

|  |  |  |  |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| (X) | CM/ECF |  |  |

New Orleans, Louisiana this 5th day of January, 2009.

*/s/Amanda W. Vonderhaar*
_____
**AMANDA W. VONDERHAAR (#31350)**

- 2 -