UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**************************************************************************

**UNITED STATES OF AMERICA'S EXHIBITS IN SUPPORT OF ITS RESPONSE IN OPPOSITION TO "MOTION FOR EXTENSION OF DEADLINES TO COMPLY WITH PRETRIAL ORDERS 40 & 49 BY PLAINTIFF" (Rec. Doc. 9572)**

**U.S. EXHIBIT NO. 1**

## Miller, Henry (CIV)

| | |
|---|---|
| **From:** | Miller, Henry (CIV) |
| **Sent:** | Monday, December 28, 2009 9:19 PM |
| **To:** | 'sdaniels@txattorneys.com' |
| **Cc:** | Dinnell, Adam (CIV); 'jwjones@dhs.gov'; 'andreww@duplass.com'; 'jwoods@gainsben.com'; 'dkurtz@bakerdonelson.com'; 'kwhitfield@bakerdonelson.com'; 'gmeunier@gainsben.com' |
| **Subject:** | Re: FEMA Trailer Litigation - Motion for Extension to Comply with PTO 40 |

Scott,

I appreciate the problem that you face and desire to address matter via an omnibus single motion. However, PSC has burden of proof and must demonstrate good cause on case by case basis. It appears from your statement that some claimants may meet that burden and others will not. Absent PSC proffering and making that showing to US on claimant by claimant basis I cannot agree.

In the event PSC changes it mind and decides to offer individualized proof showing claimant exercised due diligence but was unable to comply with the deadline, I will reconsider my objection to that individual claimant's request.

Thanks,

Henry

Henry T Miller
US Dept of Justice
1331 Penn. Ave., NW, 8220-N
Washington, D.C. 20004
(202) 616-4223
Henry.Miller@USDOJ.Gov

---

**From:** Scott Daniels <sdaniels@txattorneys.com>
**To:** Miller, Henry (CIV)
**Cc:** Dinnell, Adam (CIV); jwjones@dhs.gov <jwjones@dhs.gov>; andreww@duplass.com <andreww@duplass.com>; jwoods@gainsben.com <jwoods@gainsben.com>; dkurtz@bakerdonelson.com <dkurtz@bakerdonelson.com>; kwhitfield@bakerdonelson.com <kwhitfield@bakerdonelson.com>; gmeunier@gainsben.com <gmeunier@gainsben.com>
**Sent:** Mon Dec 28 20:09:46 2009
**Subject:** RE: FEMA Trailer Litigation - Motion for Extension to Comply with PTO 40

Henry,

Unfortunately, I cannot give you a per claimant reason but there are a variety of reasons that usually center around the fact that we do not have the plaintiff's FEMA ID. Sometimes this is the result of having lost contact with the person. Other times the person has lost their paperwork or was not the head of household and is no longer on speaking terms with the head of household. We have directed our clients to call FEMA to get this information but we often hear that FEMA refuses to give this information over the phone.

However, in some instances, we did submit the person's name to FEMA but received a blank or an "unknown" for the manufacturer. Sometimes we could still figure it out based on the VIN but other times we could not.

J. Scott Daniels

---

**From:** Miller, Henry (CIV) [mailto:Henry.Miller@usdoj.gov]
**Sent:** Monday, December 28, 2009 6:25 PM
**To:** Scott Daniels
**Cc:** Dinnell, Adam (CIV); jwjones@dhs.gov; andreww@duplass.com; jwoods@gainsben.com;

1

dkurtz@bakerdonelson.com; kwhitfield@bakerdonelson.com; gmeunier@gainsben.com
**Subject:** Re: FEMA Trailer Litigation - Motion for Extension to Comply with PTO 40

Scott,

What is good cause for failure to submit matching request more promptly? US has offered to match since approximately May 2008 and PTO 40 has been in place for ages -- as such it is difficult to see how you meet good cause standard. Provide me with explanation for each claimant and will consider, but I suspect given history of matching, I am inclined to object to the request.

Henry

Henry T Miller
US Dept of Justice
1331 Penn. Ave., NW, 8220-N
Washington, D.C. 20004
(202) 616-4223
Henry.Miller@USDOJ.Gov

---

**From:** Scott Daniels <sdaniels@txattorneys.com>
**To:** Miller, Henry (CIV)
**Sent:** Mon Dec 28 13:24:10 2009
**Subject:** FEMA Trailer Litigation - Motion for Extension to Comply with PTO 40

Henry,

We intend to file a Motion for Extension of Time to Match Unmatched Plaintiffs later today. We are asking for a 45 day extension since our most recent matching submission to FEMA is not expected back until January 25, 2010. Please let me know if you are opposed or unopposed to this motion.

Thank you,

J. Scott Daniels
THE BUZBEE LAW FIRM
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
(713) 223-5393 telephone
(800) 992-5393 toll free
(713) 223-5909 fax
sdaniels@txattorneys.com