UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION N-5
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

This Document Relates to:

09-5348; 09-5349; 09-5350; 09-5351; 09-5352; 09-5353; 09-5354; 09-5355; 09-5356; 09-5357; 09-5358; 09-5372; 09-5376; 09-6396; 09-6397; 09-6398; 09-6399; 09-6400; 09-6873; 09-6874; 09-6875; 09-6876; 09-6877; 09-6878; 09-6885; 09-7356

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

UNITED STATES OF AMERICA'S EXHIBITS IN SUPPORT OF ITS RESPONSE IN OPPOSITION TO "MOTION FOR EXTENSION OF DEADLINES TO COMPLY WITH PRETRIAL ORDERS 40 & 49 BY PLAINTIFF" (Rec. Doc. 9572)

UNITED STATES EXHIBIT NO. 17:

"Matching Results Produced By FEMA In Response To The Buzbee Client List Exhibit PPPP Submitted to FEMA on September 29, 2009"

PLEASE NOTE: THIS EXHIBIT CONTAINS CONFIDENTIAL PERSONAL INFORMATION AND WILL BE SEPARATELY PROVIDED TO THE LIAISON COUNSELS AND FILED UNDER SEAL WITH THE COURT.