UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 07-1873**<br><br>**SECTION N-5**<br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**UNITED STATES OF AMERICA'S EXHIBITS IN SUPPORT OF ITS RESPONSE IN OPPOSITION TO "MOTION FOR EXTENSION OF DEADLINES TO COMPLY WITH PRETRIAL ORDERS 40 & 49 BY PLAINTIFF" (Rec. Doc. 9572)**

**U.S. EXHIBIT NO. 19**

**Miller, Henry (CIV)**

| | |
|---|---|
| **From:** | Tony Buzbee [tbuzbee@txattorneys.com] |
| **Sent:** | Friday, August 28, 2009 7:03 PM |
| **To:** | Denise Martin; Aaron Ahlquist (aahlquist@damicolaw.net); Albert Eubanks; Anthony Buzbee; Becky; Belinda Damerow; Beryl Fisse; BettyNguyen; Bob F. Wright; Brandi S. Spiers; brianc@wrightroy.com; Bryan August Pfleeger; CandiceSirmon; Catherine Jacobs; Catrice Johnson (sulc109@aol.com); Clay Garside (clay@waltzerlaw.com); Cynthia Wallace; Daniel E. Becnel, Jr.; Darryl Harrison (dharrison@charbonnetlaw.com); Darryl James Becnel; David McLendon; Deann Brown; Dee Martinez (dee@hmglawfirm.com); Dennis C. Sweet III(dennis.sweet@sweetandassociates.net); DennisReich; Dennis Vega; dischilling@rgplaw.com; dkrangle; Doug Schmidt; Douglas Schmidt; eulis@simien.com; Frank D'Amico Jr; Fred R. Rosenthal; Miller, Henry (CIV) |
| **Cc:** | Justin Woods |
| **Subject:** | Re: In Re: FEMA Trailer Litigation (ED LA) |

Henry: you and I have worked cooperatively on this massive and very important--even landmark--case for several years. I appreciate the government's assistance in trying to identify the trailers involved that allegedly made my clients sick but, contrary to what you stated in your last email, I have to tell you, "no," I do not think it is reasonable for FEMA to tell the residents of these trailers that they must have the FEMA ID # of the head of household for the trailer in which they lived. Honestly, I think such a request is insensitive, impractical, and flat out wrong. Moreover, I think such a request evinces a complete misunderstanding of my clients' personal situation and the circumstances that caused my clients to seek assistance from the government that they support with their tax dollars. You or your client FEMA have information identifying almost everyone who resided in these toxic trailers. Please consult that database or let us do so. Please do not take a unreasonable position making it more difficult to identify the trailers for those your client was charged to help. I ask as your friend and colleague to reconsider you and your client's position. Thank you.

Tony Buzbee
The Buzbee Law Firm
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: 713-223-5393
Facsimile: 713-223-5909
www.txattorneys.com
tbuzbee@txattorneys.com

---

**From**: Denise Martin
**Date**: Fri, 28 Aug 2009 17:38:52 -0500
**To**: Aaron Ahlquist (aahlquist@damicolaw.net)<aahlquist@damicolaw.net>; Albert Eubanks<a.eubanks@sweetandassociates.net>; Anthony Buzbee<tbuzbee@txattorneys.com>; Becky<beckys@hinglelaw.com>; Belinda Damerow<belindad@hmglawfirm.com>; Beryl Fisse<bfisse@murray-lawfirm.com>; BettyNguyen<bnguyen@yhlawfirm.com>; Bob F. Wright<bobw@wrightroy.com>; Brandi S. Spiers<bspiers@damicolaw.net>; brianc@wrightroy.com<brianc@wrightroy.com>; Bryan August Pfleeger<bryan@hinglelaw.com>; CandiceSirmon<candices@lambertandnelson.com>; Catherine Jacobs<cathyftla@gmail.com>; Catrice Johnson (sulc109@aol.com)<sulc109@aol.com>; Clay Garside (clay@waltzerlaw.com)<clay@waltzerlaw.com>; Cynthia Wallace<cwallace@trailerclaims.net>; Daniel E. Becnel, Jr.<dbecnel@becnellaw.com>; Darryl Harrison (dharrison@charbonnetlaw.com)<dharrison@charbonnetlaw.com>; Darryl James Becnel<darrylbecnel@becnellaw.com>; David McLendon<dmclendon@trailerclaims.net>; Deann

1

Brown<dbrown@txattorneys.com>; Dee Martinez (dee@hmglawfirm.com)<dee@hmglawfirm.com>; Dennis C. Sweet III(dennis.sweet@sweetandassociates.net)<dennis.sweet@sweetandassociates.net>; Dennis Reich<dreich@reichandbinstock.com>; Dennis Vega<dvega@trailerclaims.net>; dischilling@rgplaw.com<dischilling@rgplaw.com>; dkrangle<dkrangle@yourlawyer.com>; Doug Schmidt<boris1s2002@yahoo.com>; Douglas Schmidt<dglsschmdt@yahoo.com>; eulis@simien.com<eulis@simien.com>; Frank J. D'Amico Jr. (frank@damicolaw.net)<frank@damicolaw.net>; Fred R. Rosenthal<frosenthal@yourlawyer.com>; Gwen<gwen@andrylawfirm.com>; hfabian@murray-lawfirm.com<hfabian@murray-lawfirm.com>; hlambert@LambertandNelson.com<hlambert@LambertandNelson.com>; J. Rock Palermo, III<rock@bpvlaw.com>; Jack W. Harang<jack@jharang.com>; Jackie<jackie@hmglawfirm.com>; JamesA. Stegall, III<trey@nbslawyers.com>; Jamie Priest<jmpriest@bellsouth.net>; jdegravelles@dphf-law.com<jdegravelles@dphf-law.com>; Jennifer Minden<jminden@lambertandnelson.com>; Jermaine D. Williams (jermaine@jdwilliamslaw.com)<jermaine@jdwilliamslaw.com>; Jerrold S. Parker<jerry@yourlawyer.com>; Jim@JimSHall.com<Jim@JimSHall.com>; jke@rodneylaw.com<jke@rodneylaw.com>; Jodi Fryoux<JFryoux@dphf-law.com>; Jodi Luckoski(jodi@jimshall.com)<jodi@jimshall.com>; Joe Rausch<joe@jimshall.com>; Joel R. Waltzer (joel@waltzerlaw.com)<joel@waltzerlaw.com>; John GilbertMunoz<jgm@g-mlaw.com>; Jonathan B. Andry<johnandry@yahoo.com>; JosephM. Bruno (jbruno@jbrunolaw.com)<jbruno@jbrunolaw.com>; Kay Serven<kserven@becnellaw.com>; Kendra Trites<ktrites@wgclawfirm.com>; kerry@jimshall.com<kerry@jimshall.com>; Larry Centola<larrycentola@charter.net>; Laura De La Cruz<ldelacruz@txattorneys.com>; Leonard Cardenas III (lcardenas@cslaw.org)<lcardenas@cslaw.org>; LeonardJoseph Cline, Jr.<clinelaw@bellsouth.net>; Linda Nelson(lnelson@lambertandnelson.com)<lnelson@lambertandnelson.com>; Lisa Oakley<lisa@hinglelaw.com>; Lynn E. Williams, Jr.<eric@toxictortlaw.net>; Magan Ennis (magan@lambertandnelson.com)<magan@lambertandnelson.com>; Marilyn Trevino<mtrevino@nexsenpruet.com>; Mary Erickson(mary@hinglelaw.com)<mary@hinglelaw.com>; Matthew B. Moreland<mattmoreland@cox.net>; Michael Howell<mhowell@rbfirm.net>; Michael Watson<mwatson@woodfill-pressler.com>; Mikal C. Watts (mcwatts@wgclawfirm.com)<mcwatts@wgclawfirm.com>; Neale deGravelles (ndegravelles@dphf-law.com)<ndegravelles@dphf-law.com>; Newton Schwartz<nbs@nbslawyers.com>; nhusain@yhlawfirm.com<nhusain@yhlawfirm.com>; Obioha Law Office<ehgilliam@gmail.com>; Pam Flores<pflores@wgclawfirm.com>; Pat Shephard(pat@jimshall.com)<pat@jimshall.com>; Paul A. Dominick<pdominick@nexsenpruet.com>; Paul Lee (lee@kaplanleeoc.com)<lee@kaplanleeoc.com>; Peter Taaffe (ptaaffe@txattorneys.com)<ptaaffe@txattorneys.com>; Phyllis Cole<phyllis.cole@sweetandassociates.net>; Pius Akamdi Obioha<pakamdi@aol.com>; Raul Bencomo (ben_law@bellsouth.net)<ben_law@bellsouth.net>; rexnicios@damicolaw.net<rexnicios@damicolaw.net>; Rey Pena<rpena@hmglawfirm.com>; Richard L. Tapp, Jr.<rtapp@nexsenpruet.com>; rjr@rodneylaw.com<rjr@rodneylaw.com>; Robert B. Wiygul(robert@waltzerlaw.com)<robert@waltzerlaw.com>; Robert Becnel<robbecnel@aol.com>; Robert C. Hilliard (bobh@hmglawfirm.com)<bobh@hmglawfirm.com>; Roberta L. Burns<rburns@torres-law.com>; RonWelcker<ronw@jharang.com>; Ronald J. Favre<ron@hinglelaw.com>; RonnieG. Penton (rgp@rgplaw.com)<rgp@rgplaw.com>; Samuel Ward<samuelcward@aol.com>; Sassoon Sales<sassoon@dslextreme.com>; Scott Daniels<sdaniels@txattorneys.com>; scott@jbrunolaw.com<scott@jbrunolaw.com>; Sean<sean@northcharlestonlawyer.com>; Shari Wright<swright@rbfirm.net>; ShawnReed<sreedpi@bellsouth.net>; Sherry Capello<SCapello@dphf-law.com>; Sidney D. Torres, III<storres@torres-law.com>; Sonny Grubbs<william.grubbs@sweetandassociates.net>; Stephanie Pizani<stephaniep@jbrunolaw.com>; Stuart Barasch<sbarasch1@aol.com>; SusanLeBouef (susanl@wrighttroy.com)<susanl@wrighttroy.com>; Tammy McClendon<tmcclendon@dphf-law.com>; Tara Gilbreath<tgilbreath@gainsben.com>; TinaRicks<tricks@jharang.com>; Tracie Brown Bogie<tbogie@woodfill-pressler.com>; Tregg Wilson (tregg_wilson@hotmail.com)<tregg_wilson@hotmail.com>; Walter Dumas<wdumas@dumaslaw.com>;

WandaCapdeville (wanda@jimshall.com)<wanda@jimshall.com>;
wbgill@bellsouth.net<wbgill@bellsouth.net>; zinbec@aol.com<zinbec@aol.com>
**Subject**: FW: In Re: FEMA Trailer Litigation (ED LA)

Dear Counsel:

Please read below the important e-mail from the Government.

Thank you.
D


Denise M. Martin
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Direct Line: 504-297-1767
Facsimile: 504-528-9973
Email: dmartin@gainsben.com

www.gainsburghbenjamin.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

---

**From:** Miller, Henry (CIV) [mailto:Henry.Miller@usdoj.gov]
**Sent:** Friday, August 28, 2009 10:53 AM
**To:** Gerald E. Meunier; Justin Woods; Linda Nelson
**Cc:** Candice Sirmon; ANDREW WEINSTOCK; Kurtz, David; Whitfield, Karen; Carmen Motes; Denise Martin; Waldron, Jonathan (CIV); Williams-Jones, Janice
**Subject:** In Re: FEMA Trailer Litigation (ED LA)

Jerry/Justin/Linda,

As you are aware, with the one-year Louisiana prescription deadline approach, PSC as expected is submitting a large number of matching requests -- by our calculation, given most recent submissions, it appears that the total number submitted to date probably exceeds 100,000. As you are aware PSC should only be submitting names of the head of household -- minors and persons who were not issued travel trailers should not be submitted for matching. By FEMA estimate PSC's failure to comply with this requirement has at a minimum doubled the matching burden placed on FEMA.

3

Accordingly, for all future matching requests, the United States intends to enforce the requirement that PSC only submit names of heads of household who were issued a FEMA trailer. PSC should omit the names of all non-head of household and minors from any matching request, or note on the submission that the individual is not a head of household or was a minor, so FEMA will know that it need not run a matching search for that person.

I believe that this is a reasonable request and in both parties best interest as it will facilitate and speed up the matching process -- thereby giving you the required information, and save FEMA the burden and expense associated with matching process.

Thanks,

Henry Miller
US Dept. of Justice