UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA'S EXHIBITS IN SUPPORT OF ITS RESPONSE IN OPPOSITION TO "MOTION FOR EXTENSION OF DEADLINES TO COMPLY WITH PRETRIAL ORDERS 40 & 49 BY PLAINTIFF" (Rec. Doc. 9572)**

**U.S. EXHIBIT NO. 20**



**U.S. Department of Justice**

Civil Division
Environmental Torts Section

---

Jonathan R. Waldron  
Trial Attorney

National Place Building, 8214N
1331 Pennsylvania Ave. NW
Washington, DC 20044

November 3, 2009

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Justin Woods | Andrew D. Weinstock |
| Gerald E. Meunier | Joe Glass |
| Denise Martin – Legal Assistant | Carmen Motes – Legal Assistant |
| Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C. | Duplass, Zwain, Bourgeois, Morton, Pfister & Wein |
| 2800 Energy Centre | Three Lakeway Center, 3838 N. |
| 1100 Poydras Street | Causeway Blvd, Suite 2900 |
| New Orleans, Louisiana 70163-2800 | Metairie, Louisiana 70002 |
| (504) 522-2304 | (504) 832-3700 |

David Kurtz
Baker, Donelson, Bearman,
    Caldwell & Berkowitz, PC
201 St. Charles Ave, Suite 3600
New Orleans, Louisiana 70170
(504) 566-5259

Re:   In re: FEMA TRAILER FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION, MDL No. 07-1873 (E.D. La)

Dear Counsel:

Pursuant to the formal discovery requests received by FEMA on October 2, 2009, enclosed is a CD containing the supplemental results of FEMA's search of the FEMA Recovery and Response Action Tracking System ("FRRATS") database, which correspond to the client lists provided to FEMA by Plaintiffs' Liaison Counsel (QQQQ). Please note that the supplemental results include matches from the Alabama and Texas FRRATS databases. The CD contains one (1) file that appears in portable document format ("pdf"), is bates' labeled, and constitutes the official version of this information:

| PLC Exhibit | Matching File Description | Bates' Range of Matching File |
|---|---|---|
| QQQQ | Buzbee Law Firm | FEMA10-003447 – FEMA10-003453 |

The CD also contains one (1) file that appears in Excel format, which reflects the same information contained in the pdf document and is being provided solely for your convenience.

The United States' ability to produce information in response to Plaintiffs' discovery requests is contingent upon Plaintiff's ability to provide the requested information describing each client. This includes, at a minimum, the first and last names, the state the EHU was located, the FEMA ID number, and the date of birth of the individual. Further, Plaintiffs should also provide, to the extent the information is available, the claimant's social security number, address where the unit was installed, and the FEMA bar code number for their EHU. To the extent matching information is not provided for any of the listed clients, it is because FEMA was unable to locate these persons in their system based upon the information provided. Matching is only conducted, however, for those applicants with a state ID listing LA, MS, AL, or TX. Any other state IDs listed are not searched since they are non-responsive to the request regarding EHUs used after Katrina or Rita.

Please note that names of minors and persons who were not issued an EHU should be omitted from matching requests. Alternatively, the matching lists should indicate who is listed that is a minor or was not issued an EHU so that FEMA will know not to run a matching search for those persons. Where it appears that there are minors or other individuals listed on future matching requests sharing the same FEMA ID number, FEMA will match only the individual(s) whose name corresponds to the FEMA ID number, if that individual was issued an EHU. This will facilitate searching and speed up the matching process while lessening the burden to FEMA in providing these searches.

FEMA searched the FRRATS database using the information provided to produce the matches. Each exhibit provided a list of names and addresses (labeled with the prefix "Client" or similar designation atop each appropriate column). FEMA matched the data against leased applicants and corresponding household member information contained within FRRATS. The results are reflected in a series of tabs. Each exhibit contains at least one "Original" tab, which is the matching request data sent to FEMA. Additional tabs contain the matching data for their respective state.

Records were first matched for using the State ID and FEMA registration number, and then additional filtering to identify matches was made using the last and first name. Only records with a reported lease date (either past or present) were matched; no records were provided for applicants that either withdrew or had infeasible sites. If an applicant was issued multiple units, FEMA added columns to include this information. If FEMA was unable to match the applicant then the corresponding "FEMA" fields were left blank. Please be advised that the VIN number should be used to determine the identity of the manufacturer and installer using the previously produced IA/TAC VIN matching list and the VIN key. FEMA's listing of the manufacturer and installer in these matching requests should only be used as a last resort if the identity cannot be determined from the matching list or VIN key. For each match with a reported lease date, FEMA returned or attempted to return the following information:

- o Manufacturer (1,2,3 or multiple lines, if necessary)
- o THU Type / Model (1,2,3 or multiple lines, if necessary)
- o VIN (1,2,3 or multiple lines, if necessary)
- o Barcode (1,2,3 or multiple lines, if necessary)
- o Installer (1,2,3 or multiple lines, if necessary)

If you have any questions regarding this production, please contact me.

Regards,

s/Jonathan R. Waldron
Jonathan R. Waldron
Civil Division, Torts Branch
Office of Environmental Torts