**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

**IN RE: FEMA TRAILER**               **MDL NO. 07-1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**    **SECTION N-5**
                                        **JUDGE ENGELHARDT**
                                        **MAG. JUDGE CHASEZ**

**This Document Relates to:**

**09-04840, 09-04841, 09-04842, 09-04843, 09-04844, 09-04845, 09-5994, 09-6412, 09-6643, 09-6419, 09-6501, 09-6636, 09-6498, 09-6497, 09-6632, 09-6495**

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**UNITED STATES OF AMERICA'S EXHIBITS IN SUPPORT OF ITS RESPONSE**
**IN OPPOSITION TO "MOTION FOR EXTENSION OF DEADLINES TO RECEIVE**
**INFORMATION TO MATCH CLIENTS WITH DEFENDANT-MANUFACTURERS**
**AND FILE LAWSUITS BY PLAINTIFFS" (Rec. Doc. 9606)**

**UNITED STATES EXHIBIT NO. 2:**

**"Exhibit EE – Sidney Torres Client List Sent to FEMA on August 5, 2009"**

**PLEASE NOTE: THIS EXHIBIT CONTAINS CONFIDENTIAL PERSONAL**
**INFORMATION AND WILL BE SEPARATELY PROVIDED TO THE LIAISON**
**COUNSELS AND FILED UNDER SEAL WITH THE COURT.**