UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

This Document Relates to:

09-04840, 09-04841, 09-04842, 09-04843, 09-04844, 09-04845, 09-5994, 09-6412, 09-6643, 09-6419, 09-6501, 09-6636, 09-6498, 09-6497, 09-6632, 09-6495

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNITED STATES OF AMERICA'S EXHIBITS IN SUPPORT OF ITS RESPONSE IN OPPOSITION TO "MOTION FOR EXTENSION OF DEADLINES TO RECEIVE INFORMATION TO MATCH CLIENTS WITH DEFENDANT-MANUFACTURERS AND FILE LAWSUITS BY PLAINTIFFS" (Rec. Doc. 9606)**

**UNITED STATES EXHIBIT NO. 4:**

"Matching Results Produced By FEMA In Response To Exhibit D – Sidney Torres Client List Sent to FEMA on August 5, 2009"

PLEASE NOTE: THIS EXHIBIT CONTAINS CONFIDENTIAL PERSONAL INFORMATION AND WILL BE SEPARATELY PROVIDED TO THE LIAISON COUNSELS AND FILED UNDER SEAL WITH THE COURT.