UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER	MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION	SECTION N-5
	JUDGE ENGELHARDT
	MAG. JUDGE CHASEZ

This Document Relates to:

**09-4676, 09-4677, 09-4678, 09-4679, 09-4680, 09-4681, 09-4682, 09-4683, 09-4684, 09-4685, 09-4686, 09-4687, 09-4688, 09-4689, 09-4690, 09-4691, 09-4692, 09-4693, 09-4694, 09-4695, 09-4696, 09-4697, 09-4698, 09-4699, 09-4700, 09-4701, 09-4702, 09-4703, 09-4704, 09-4705, 09-4706, 09-4707, 08-5031, 09-7398, 09-7399, 09-7400, 09-7401, 09-7402, 09-7403, 09-7404, 09-7405, 09-7406, 09-7411, 09-7412, 09-7413, 09-7414, 09-7415, 09-7416, 09-7417, 09-7418, 09-7419, 09-7420, 09-7421, 09-7422, 09-7423, 09-7425, 09-7426, 09-7427, 09-7428, 09-7429, 09-7430, 09-7439**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

UNITED STATES OF AMERICA'S RESPONSE TO "WATTS/HILLIARD'S
MOTION FOR EXTENSION OF TIME TO MATCH PLAINTIFFS
PURSUANT TO PRETRIAL ORDER NOS. 40 AND 49" (Rec. Doc. 9446)

Defendant United States of America ("United States") hereby submits its Response to "Watts/Hilliard's Motion For Extension of Time To Match Plaintiffs Pursuant To Pretrial Order Nos. 40 And 49" (Rec. Doc. 9446).  The United States does not oppose this motion only because it believes it lacks standing to do so since, to its knowledge, the United States is not a party to any of the suits affected by the instant motion.  However, to the extent that this belief is incorrect, the United States would oppose the motion on similar grounds to those contained in the United States' (1) Memorandum in Opposition to the "Motion for Extension of Deadlines to Comply with Pretrial Orders 40 & 49 by Plaintiff" (Rec. Doc. 9572), filed contemporaneously with this Response  (*See* Rec. Doc. 9946), and (2) Memorandum in Opposition to the "Motion for Extension of Deadlines to receive information to match clients with defendant-manufacturers

and file lawsuits by Plaintiffs" (Rec. Doc. 9606), which was also filed contemporaneously with this Response (*See* Rec. Doc. 9947). A cursory review of the Watts/Hilliard matching exhibits reveals that approximately 6,000 client names were submitted to FEMA that lack the required FEMA identification number and/or fail to designate the state in which the client's emergency housing unit was installed. Accordingly, it is unsurprising that Plaintiffs' motion alleges that some 5,276 Watts/Hilliard claimants remain unmatched.

| | |
|---|---|
| Dated: January 5, 2010 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | HENRY T. MILLER<br>ADAM BAIN<br>Senior Trial Counsel |
| J PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELLE BOYLE |
| DAVID S. FISHBACK<br>Assistant Director | MICHELE GREIF<br>Trial Attorneys |
| OF COUNSEL:<br>JORDAN FRIED<br>Associate Chief Counsel | //S// *Jonathan R. Waldron*<br>JONATHAN R. WALDRON<br>(IL. Bar No. 6292058)<br>Trial Attorney |
| JANICE WILLIAMS-JONES<br>Senior Trial Attorney<br>FEMA/DHS<br>Department of Homeland Security<br>Washington, D.C. 20472 | United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Attorney Telephone: (202) 307-2091<br>Jonathan.Waldron@USDOJ.Gov |
| | Attorneys for the United States of America |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

//S// *Jonathan R. Waldron*
JONATHAN R. WALDRON (IL. Bar No. 6292058)