```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
```
                                    Date: January 5, 2010

                                    Denisha Allen, et al

                                              vs.

                                    Gulf Stream Coach, Inc., et al

                                    Case No. 09-6319 Section N

Dear Sir:

Please issue summons on the amended complaint to the following:

1. Honorable Eric Holder

2. W. Craig Fugate

3. James Letten, US Attorney

4. Gulf Stream Coach, Inc.

5. Shaw Environmental, Inc.

                                    Very truly yours,
                                    /s/Matthew B. Moreland
                                    Attorney for Plaintiff
                                    Becnel Law Firm
                                    PO Drawer H
                                    Reserve, LA 70084