```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
```

                       Date: January 5, 2010

                       Terry Anderson, et al

                              vs.

                       Gulf Stream Coach, Inc., et al

                       Case No. 09-6320 Section N

Dear Sir:

    Please issue summons on the amended complaint to the following:

1. Honorable Eric Holder

2. W. Craig Fugate

3. James Letten, US Attorney

4. Gulf Stream Coach, Inc.

5. Shaw Environmental, Inc.

6. CH2M Hill Constructors, Inc.

7. Fluor Enterprises, Inc.

                       Very truly yours,
                       /s/Matthew B. Moreland
                       Attorney for Plaintiff
                       Becnel Law Firm
                       PO Drawer H
                       Reserve, LA 70084