OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: January 5, 2010

Mary Ann Harris

vs.

Layton Homes Corp, et al

Case No. 09-6334 Section N

Dear Sir:

Please issue summons on the amended complaint to the following:

1. Honorable Eric Holder

2. W. Craig Fugate

3. James Letten, US Attorney

4. Layton Homes Corp

5. CH2M Hill Constructors, Inc.

Very truly yours,
/s/Matthew B. Moreland
Attorney for Plaintiff
Becnel Law Firm
PO Drawer H
Reserve, LA 70084