UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION | SECTION: N |

**This document relates to:**
    Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
    Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
    Annis, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-5994
    Bostic, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6412
    Boteler, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6643
    Pelas, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6419
    Buras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6501
    Durham, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6636
    Gras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6498
    Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6497
    Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6632
    Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
    Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
    Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844
    Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845
    Rodriguez, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6495
- and -
    All Cases Filed by Hurricane Legal Center, LLC

**LIBERTY MUTUAL INSURANCE CORPORATION'S OMNIBUS RESPONSE
TO MOTIONS FOR EXTENSION OF TIME (REC. DOCS. 9606 AND 9723)**

Liberty Mutual Insurance Corporation ("Liberty Mutual"), as an alleged insurer of R-Vision, Inc., submits this omnibus response to the Motions for Extension of Time (Rec. Docs. 9606 and 9703) filed in the captioned matters. Liberty Mutual does not oppose Plaintiffs' Motions. However, Liberty Mutual respectfully submits that further extensions of time for

compliance with Pretrial Orders 40 and 49 will likely cause undue delay and expense and defeat the purpose of the Court's Pretrial Orders.  For example, Pretrial Order No. 40, which requires all unmatched plaintiffs to be matched with a specific manufacturing defendant within 45 days of the date of filing the complaint, has been in effect for nearly six (6) months.  Yet, since Pretrial Order No. 40 was entered, Liberty Mutual has been named in at least fifteen (15) underlying complaints involving unmatched plaintiffs.[1]  Despite the obvious standing issues, Liberty Mutual remains a defendant in each of these 15 unmatched cases and continues to expend significant resources in monitoring and maintaining its files for these cases.

Without a firm deadline in place, these issues may not be resolved for many more months.  Accordingly, in the event the Court grants Plaintiffs' Motions for Extension (Rec. Docs. 9606 and 9703), Liberty Mutual respectfully requests that the Court's Order include language that no further extensions of time shall be permitted.  Further, Liberty Mutual reserves the right to object to any additional extensions of time for compliance with Pretrial Order No. 49.

Respectfully Submitted,

_s/Anne E. Briard_____
**Kristopher T. Wilson, La. Bar No. 23978**
**Ralph S. Hubbard III, La. Bar No. 7040**
**Kristopher M. Redmann, La. Bar #18397**
**Anne E. Briard, La. Bar No. 29102**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:	(504) 568-1990
Facsimile:	(504) 310-9195
e-mail:	kwilson@lawla.com
	rhubbard@lawla.com
	kredmann@lawla.com
	abriard@lawla.com
**Attorneys for Liberty Mutual Insurance Corporation**

---

[1] Liberty Mutual has been named as a direct action defendant in this Multi-District Litigation in its capacity as an alleged insurer of bankrupt manufacturer, R-Vision, Inc.

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on <u>6 January 2010</u> a copy of the foregoing LIBERTY MUTUAL INSURANCE CORPORATION'S RESPONSE TO MOTION FOR EXTENSION OF TIME was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.  I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants:  No manual participants.

        _s/Anne E. Briard_____
        **Anne E. Briard, La. Bar No. 29102**