```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
                                    Date: January 5, 2010

                                    EdVerunna Williams

                                              vs.

                                    Palm Harbor Homes, Inc., et al

                                    Case No. 09-6336 Section N
```

Dear Sir:

  Please issue summons on the amended complaint to the following:

1. Honorable Eric Holder

2. W. Craig Fugate

3. James Letten, US Attorney

4. Palm Harbor Homes, Inc.

5. CH2M Hill Constructors, Inc.

6. Palm Harbor Albemarle LLC

7. Palm Harbor Manufacturing, Inc.

8. Shaw Environmental, Inc.

9. Fluor Enterprises, Inc.

```
                                    Very truly yours,
                                    /s/Matthew B. Moreland
                                    Attorney for Plaintiff
                                    Becnel Law Firm
                                    PO Drawer H
                                    Reserve, LA 70084
```