```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
```
                                Date: January 5, 2010

                                Dalfrey Alexander

                                        vs.

                                Skyline Corporation, et al

                                Case No. 09-6347 Section N

Dear Sir:

   Please issue summons on the amended complaint to the following:

1. Honorable Eric Holder

2. W. Craig Fugate

3. James Letten, US Attorney

4. Skyline Corporation

5. Fluor Enterprises, Inc.

                        Very truly yours,
                        /s/Matthew B. Moreland
                        Attorney for Plaintiff
                        Becnel Law Firm
                        PO Drawer H
                        Reserve, LA 70084