```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
                                Date: January 5, 2010

                                Dalfrey Alexander

                                        vs.

                                Layton Homes Corp, et al

                                Case No. 09-6348 Section N
```

Dear Sir:

Please issue summons on the amended complaint to the following:

1. Honorable Eric Holder

2. W. Craig Fugate

3. James Letten, US Attorney

4. Layton Homes Corp

5. Fluor Enterprises, Inc.

```
                                Very truly yours,
                                /s/Matthew B. Moreland
                                Attorney for Plaintiff
                                Becnel Law Firm
                                PO Drawer H
                                Reserve, LA 70084
```