AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN**

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LINDA BUCKLEY, ET AL | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: |
| RECREATION BY DESIGN, LLC, ET AL | 09-7566 |
| | SECT. N MAG. 5 |

TO: (Name and address of defendant)

Federal Emergency Management Agency
Through the Office of the Director
Craig Fugate, Director
500 C Street S.W.
Washington, D.C. 20472

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Rock Palermo III
Veron, Bice, Palermo & Wilson
721 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602-2125

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                            DEC 0 7 2009
_____             _____
CLERK                                        DATE

_____
(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 12/16/2009 |
| Name of SERVER (PRINT)<br>Mary M. Cruthirds | TITLE Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

X ☐ Other *(specify):* Certified mail, return receipt requested, Article no. 7009 2250 0002 3027 9686 _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/4/2010 _____   *Signature:* Mary M. Cruthirds
            Date                                 Signature of Server

P.O. Box 2125, Lake Charles, LA 70602
Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.