AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

RETURN

WARD SEWARD, ET AL

V.

COACHMEN INDUSTRIES, INC., ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 09-6377

SECT. N, MAG 5

TO: (Name and address of defendant)

COACHMEN INDUSTRIES, INC.
Through Corporation Service Company
251 East Ohio Street, Suite 500
Indianapolis, IN 46204

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Rock Palermo III
Veron, Bice, Palermo & Wilson
721 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602-2125

an answer to the complaint which is herewith served upon you, within ~~thirty (30)~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte
CLERK

Nov 25 2009
DATE

B. Gregory
(BY) DEPUTY CLERK

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Coachman Industries, Inc.
was received by me on *(date)* 12/07/2009 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: I served the summons on the defendant by certified mail, return receipt requested, Article No. 7009 2250 0002 3027 9297.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/04/2010

[signature]
*Server's signature*

Mary M. Cruthirds, Legal Secretary
*Printed name and title*

P.O. Box 2125
Lake Charles, LA 70602
*Server's address*

Additional information regarding attempted service, etc:

Attached is the Track & Confirm receipt from the United States Postal Service. The green card attached to this service was not received by counsel for plaintiffs.

USPS - Track & Confirm Case 2:07-md-01873-KDE-MBN Document 9974 Filed 01/06/10 Page 3 of 3 Page 1 of 1

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2250 0002 3027 9297**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 9:56 AM on December 7, 2009 in INDIANAPOLIS, IN 46204.

Track & Confirm
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Site Map Customer Service Forms Gov't Services Careers Privacy Policy Terms of Use Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do 1/3/2010