

**Home | Help | Sign In**

Track & Confirm   FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2250 0002 3027 9297**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 9:56 AM on December 7, 2009 in INDIANAPOLIS, IN 46204.

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA