**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thor California, Inc.
Through John Deeds
100 S. Main Avenue, Suite 300
Sidney, OH 45365

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Beldnidr_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) _Beldriag_   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0002 3027 9457

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540