| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): Sharon Leal    C. Date of Delivery: 12/7/9 |
| 1. Article Addressed to:<br><br>Frontier RV, Inc.<br>Through Lawyer's Aid Service<br>408 W. 17th Street, Suite 101<br>Austin, TX 78701 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 2250 0002 3027 9310 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540