AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

JENNIFER GEORGE for her minor child

v.

COACHMEN RECREATIONAL VEHICLE
COMPANY OF GEORGIA, LLC

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 09-6836

SECT. N, MAG 5

TO: (Name and address of defendant)

COACHMEN RECREATIONAL VEHICLE
COMPANY OF GEORGIA, LLC
Through Corporation Service Company
40 Technology Parkway South, #300
Norcross, GA 30092

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Rock Palermo III
Veron, Bice, Palermo & Wilson
721 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602-2125

an answer to the complaint which is herewith served upon you, within thirty (30) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte                                    Nov 25 2009

CLERK _____        DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| | | |
|---|---|---|
| Name of SERVER (PRINT) | | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other *(specify):* Certified mail, return receipt requested _____
Article No: 7009 2250 0002 3027 9303

# STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

# DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12/15/2009___        _Mary M. Crutindo_
                  Date                    Signature of Server

P.O. Box 2125, Lake Charles, LA 70602
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.