**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Gulf Stream Coach, Inc.
    Through Kenneth C. Brinker
    503 South Oakland
    Nappanee, IN 46550

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
    X  *Chester Myrick*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
    ☒ Certified Mail   ☐ Express Mail
    ☐ Registered       ☐ Return Receipt for Merchandise
    ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
    7007 2560 0000 8081 9151

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540