**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Keystone RV Company
   Through David G. Thomas
   2642 Hackberry Drive
   Goshen, IN 46526

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Natalie Malm
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   Natalie Malm

C. Date of Delivery
   12-7-09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7009 2250 0002 3027 9402

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540