AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

### EASTERN DISTRICT OF LOUISIANA

VERONICA SEPTH, ET AL

v.

JAYCO, INC., ET AL

**RETURN**

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 09-6472

SECT. N, MAG. 5

TO: (Name and address of defendant)

JAYCO, INC. a/k/a Bottom Line RV
Through Glenn E. Killoren
121 W. Franklin Street, Suite 200
Elkhart, IN 46516

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Rock Palermo III
Veron, Bice, Palermo & Wilson
721 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602-2125

an answer to the complaint which is herewith served upon you, within thirty (30) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte                                Nov 25 2009

CLERK                                                           DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified mail, return receipt requested
Article No: 7009 2250 0002 3027 9273

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12/15/2009___
Date

_Mary M. Crithule_
Signature of Server

P.O. Box 2125, Lake Charles, LA 70602
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.