**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

FEMA
Through Craig Fugate
500 C Street S.W.
Washington, DC 20472

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X CRDS RECEIVED   ☐ Agent
                  ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

DEC

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   *(Transfer from service label)*

7009 2250 0002 3027 9549

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540