| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Lois Stemm  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  Lois Stemm   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Jayco, Inc.<br>Through Glenn E. Killoren<br>121 W. Franklin Street, Suite 200<br>Elkhart, IN 46516 | D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 2250 0002 3027 9280 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |