| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Shantal_  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name) Sharon Leal   C. Date of Delivery 12/7/9<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Frontier RV, Inc.<br>Through Lawyer's Aid Service<br>408 W. 17th Street, Suite 101<br>Austin, TX 78701 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 2250 0002 3027 9327 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540