AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
для the

Eastern District of Louisiana

| JAMES PRINCE, SR. ON BEHALF OF JAMES PRINCE JR., ET AL. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 09-6024 |
| COACHMEN INDUSTRIES, INC., ET AL. | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Coachmen Industries Inc.
Through its Agent for Service of Process
Corporation Service Company
251 East Ohio Street
Suite 500

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Nov 18 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on   11/23/2009  ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)*   By certified mail_____.

My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00  .

Date:   12/17/2009

Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address

November 20, 2009


**<u>CERTIFIED MAIL: 7009 2250 0001 3450 4327</u>**


Through its registered agent for service:
Corporation Service Company
251 East Ohio St.
Suite 500
Indianapolis, IN 46204


  Re: *James Prince, Sr. O/B/O James Prince, Jr., et al. v Coachmen Industries, Inc., et al.* EDLA, Case No: 09-6024


Dear Sir/Madam

 Please accept service on behalf of Coachmen Industries, Inc.

       Very truly yours,

       Lawrence J. Centola Jr.


LC:jld
See Enclosures



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Coachmen Industries, Inc.
   Through its Agent for Service of Process
   Corporation Service Company
   251 East Ohio Street. Suite 500
   Indianapolis, IN 46204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☒ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   _Chris Seiget_   _11/30/09_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

   NOV 3 0 2009

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7009 2250 0001 3450 4327

PS Form 3811, February 2004   Domestic Return Receipt   6024   102595-02-M-1540