O AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA



RETURN

| | |
|---|---|
| JAUNELL LEWIS, ET AL<br>Plaintiff<br>v.<br>CRUM AND FORSTER SPECIALTY INSURANCE COMPANY, ET AL<br>Defendant | Civil Action No.<br><br>09-6984<br>SECT. N MAG 5 |

## Summons in a Civil Action

To: *(Defendant's name and address)*

**Crum and Forster Specialty Insurance Company**
Through its registered agent for service:
J. Michael Low
Low and Childers PC
29999 N. 44th Street,
No. 250
Phoenix, AZ 85018

A lawsuit has been filed against you.

 Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St.
Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

_____
Name of clerk of court

_____
Deputy clerk's signature

Date: **OCT 2 0 2009**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on  11/23/2009  ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* __By certified mail_____
    _____.

My fees are $ 0.00  for travel and $ 0.00  for services, for a total of $ 0.00 .

Date: 12/17/2009

                                                                                            Server's signature

                                                                   Lawrence J. Centola, Jr. - Attorney
                                                                     Printed name and title

                                                                   600 Carondelet Street
                                                                            Suite 602
                                                              New Orleans, LA 70130
                                                                            Server's address

November 24, 2009

**CERTIFIED MAIL: 7009 2250 0004 1428 6592**

Through its registered agent for service:
J. Michael Low
Low and Childers PC
2999 N. 44th Street, #250
Phoenix, AZ 85018

      Re:    *Jaunell Lewis, et al. v Crum and Forster Specialty Insurance Company, et al.*
             EDLA, Case No: 09-6984

Dear Sir/Madam

    Please accept service on behalf of Crum & Forster Specialty Insurance Company.

                            Very truly yours,

                            Lawrence J. Centola Jr.

LC:jld
See Enclosures



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Crum & Forster Specialty Insurance Company
Through its Agent for Service of Process
J. Michael Low
2999 N. 44th St, #250
Phoenix, AZ 85018

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Rochelle Jones
C. Date of Delivery: 11/30/09

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0004 1428 6592

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540