# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA


RETURN

KAMEKA HARVEY O/B/O RASHAD HARVEY )
Plaintiff )
v. )  Civil Action No. 2:09-cv-5665
LIBERTY HOMES, INC., ET AL. )
Defendant )
)
)

## Summons in a Civil Action

To: *(Defendant's name and address)*

Liberty Homes, Inc.
Through its registered agent for service:
Edward J. Hussey
1101 Eisenhower Dr. North
Goshen, IN 46527

A lawsuit has been filed against you.

Within ~~20~~ 31 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

B. Gregg
Deputy clerk's signature

Date: DEC - 2 2009

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

≈ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on   12/02/2009  ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)*   By certified mail
    _____.

My fees are $  0.00   for travel and $  0.00   for services, for a total of $  0.00  .

Date:   12/17/2009

Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address

December 1, 2009

**<u>CERTIFIED MAIL: 7009 1680 0001 8685 2506</u>**

Through its registered agent for service:
Edward J. Hussey
1101 Eisenhower Dr. North
Goshen, IN 46527

  Re: *Kameka Harvey O/B/O Rashad Harvey v Liberty Homes, Inc., et al.*
     EDLA, Case No: 09-5665

Dear Sir/Madam

  Please accept service on behalf of Liberty Homes, Inc.

         Very truly yours,

         Lawrence J. Centola Jr.

LC:jdc
See Enclosures

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Liberty Homes, Inc.
   Through its Registered Agent for
   Service:
   Edward J. Hussey
   1101 Eisenhower Dr. North
   Goshen, IN 46527

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X  [signature]   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   [illegible]                    12-9-09

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below:       ☐ No

   PO 35 only
   46527

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7009 1680 0001 8685 2506

PS Form 3811, February 2004    Domestic Return Receipt    —5665—    102595-02-M-154

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

GOSHEN IN 46527    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $1.73 | 0046 |
| Certified Fee | $2.80 | 02 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.83 | 12/02/2009 |

Sent To  Liberty Homes, Inc  VIA AGENT FOR SERVICE  Edward J. Hussey
Street, Apt. No.; or PO Box No.  1101 Eisenhower Dr. North
City, State, ZIP+4  Goshen, IN 46527

PS Form 3800, August 2006    See Reverse for Instructions

7009 1680 0001 8685 2506