UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**This Document Relates to:**

09-5348; 09-5349; 09-5350; 09-5351; 09-5352; 09-5353; 09-5354; 09-5355; 09-5356; 09-5357; 09-5358; 09-5372; 09-5376; 09-6396; 09-6397; 09-6398; 09-6399; 09-6400; 09-6873; 09-6874; 09-6875; 09-6876; 09-6877; 09-6878; 09-6885; 09-7356

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNITED STATES OF AMERICA'S EX PARTE MOTION TO SEAL SELECT EXHIBITS TO ITS MEMORANDUM IN OPPOSITION (Rec. Doc. 9946)**

Defendant United States of America ("United States") hereby submits this Ex Parte Motion To Seal Select Exhibits To Its Memorandum in Opposition to Motion for Extension of Deadlines to Comply with Pretrial Orders 40 & 49 by Plaintiff (Rec. Doc. 9946). The United States filed its Memorandum in Opposition (Rec. Doc. 9946) but only attached cover pages for Exhibits 2 through 18 since these exhibits are replete with confidential personal information, such as individual's names, addresses, dates of birth, social security numbers, and FEMA identification numbers. Exhibits 2 through 10 are spreadsheet lists submitted by Plaintiffs to the United States, which contain personally identifiable information for thousands of individuals to allow FEMA to search for those individuals in its FEMA Response and Recovery Applicant Tracking System ("FRRATS") database and produce responsive information to Plaintiffs. Exhibits 11 through 18 are spreadsheets produced by FEMA in response to Plaintiffs' matching requests, and contain the same type of personal information as Exhibits 2-10.

Due to the large amount of personal information contained in these Exhibits, redaction is not practical, and would be time consuming and costly.  Further, so much redaction would be required to publically file these documents that doing so would severely diminish the usefulness of these documents as exhibits, since such information is relevant to the Response.  Upon filing this motion, the United States electronically mailed copies of these exhibits to all liaison counsel and the Court.  Per instructions from the EDLA Clerk's Office, the United States is also mailing duplicate paper copies of these exhibits to the Clerk's Office.

For the foregoing reasons, the United States requests the Court grant this motion and order that Exhibits 2-18 of the United States' Memorandum in Opposition (Rec. Doc. 9946) be filed under seal.

| | |
|---|---|
| Dated: January 6, 2010 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | HENRY T. MILLER<br>ADAM BAIN<br>Senior Trial Counsel |
| J PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELLE BOYLE |
| DAVID S. FISHBACK<br>Assistant Director | MICHELE GREIF<br>Trial Attorneys |
| OF COUNSEL:<br>JORDAN FRIED<br>Associate Chief Counsel | //S// *Jonathan R. Waldron*<br>JONATHAN R. WALDRON<br>(IL. Bar No. 6292058)<br>Trial Attorney |
| JANICE WILLIAMS-JONES<br>Senior Trial Attorney<br>FEMA/DHS<br>Department of Homeland Security<br>Washington, D.C. 20472 | United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Attorney Telephone: (202) 307-2091<br>Jonathan.Waldron@USDOJ.Gov |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

      I hereby certify that on January 6, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                                    //S// *Jonathan R. Waldron*
                                                    JONATHAN R. WALDRON (IL. Bar No. 6292058)