AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| JOY BLACKSTONE ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 09-5959 |
| SENTRY INSURANCE A MUTUAL COMPANY, ET AL. ) | |
| Defendant ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Sentry Insurance A Mutual Company
Through its Registered Agent for Service
The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Nov 18 2009

B. Gregory
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on  11/23/2009  ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)*  By certified mail
_____.

My fees are $ 0.00  for travel and $ 0.00  for services, for a total of $ 0.00 .

Date:  12/17/2009

Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address

November 20, 2009

**CERTIFIED MAIL: 7009 2250 0004 1429 2937**

Through its registered agent for service:
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

      Re:    *Joy Blackstone v Sentry Insurance A Mutual Company, et al.*
                EDLA, Case No: 09-5959

Dear Sir/Madam

    Please accept service on behalf of Sentry Insurance A Mutual Company.

                                           Very truly yours,

                                           Lawrence J. Centola Jr.

LC:jld
See Enclosures

