AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

### for the

Eastern   District of   Louisiana

| | | |
|---|---|---|
| ANTHONY DINGEMAN, ET AL. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| SENTRY INSURANCE, ET AL. | ) | |
| Defendant | ) | |

**09 - 6981**

**SECT. N MAG. 5**

### Summons in a Civil Action

To: *(Defendant's name and address)*

> Sentry Insurance A Mutual Company
> Through its Registered Agent for Service
> The Corporation Trust Company
> 1209 Orange St.  Wilmington, DE 19801

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date:  _____

**Oct 20 2009**

Loretta G. Whyte

*Sarah Dusang*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___11/23/2009___,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)*  ___By certified mail_____
_____
_____ .

My fees are $ ___0.00_____ for travel and $ ___0.00_____ for services, for a total of $ ___0.00_____ .

Date: ___12/17/2009_____

Server's signature

Lawrence J. Centola, Jr. - Attorney

Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130

Server's address

November 24, 2009

**_CERTIFIED MAIL: 7009 2250 0004 1428 6554_**

Through its registered agent for service:
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

      Re:    *Anthony Dingeman, et al. v Sentry Insurance A Mutual Company, et al.*
             EDLA, Case No: 09-6981

Dear Sir/Madam

    Please accept service on behalf of Sentry Insurance A Mutual Company.

           Very truly yours,

           Lawrence J. Centola Jr.

LC:jld
See Enclosures

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WILMINGTON DE 19801

| | | |
|---|---|---|
| Postage | $ | $1.56 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.66 |

0046
02
11/23/2009

Sentry Insurance A Mutual Company
Through its Registered Agent for Service
The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

PS Form 3800, August 2006        See Reverse for Instructions

7009 2250 0004 1428 6554

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sentry Insurance A Mutual Company
Through its Registered Agent for Service
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
NOV 3 0 2009

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)        7009 2250 0004 1428 6554

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540