O AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LESTER J. WILSON, JR., ET AL. )<br>Plaintiff )<br>v. )<br>CRUM AND FORSTER SPECIALTY INSURANCE COMPANY, )<br>ET AL. )<br>Defendant )<br>) | Civil Action No. 2:09-cv-5759 |

### Summons in a Civil Action

To: *(Defendant's name and address)*

    **Sentry Insurance a Mutual Company**
    Through its registered agent for service:
    The Corporation Trust Company
    1209 Orange Street
    Wilmington, DE 19801

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Lawrence J. Centola, Jr.
    600 Carondelet St. Ste. 602
    New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

    Loretta G. Whyte

**Nov 10 2009**

*Name of clerk of court*

*Deputy clerk's signature*

Date: _____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on  11/13/2009 ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)*  By certified mail
    _____ .

My fees are $ 0.00  for travel and $ 0.00  for services, for a total of $ 0.00 .

Date:  12/17/2009

                                                Server's signature

                             Lawrence J. Centola, Jr. - Attorney
                                             Printed name and title

                                             600 Carondelet Street
                                                  Suite 602
                                           New Orleans, LA 70130
                                                   Server's address

November 2, 2009

**<u>CERTIFIED MAIL: 7009 2250 0004 1429 3132</u>**

Through its registered agent for service:
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

      Re:    *Lester J. Wilson, Jr., et al. v Crum & Forster Specialty Insurance Company, et al.*
             EDLA, Case No: 09-5759

Dear Sir/Madam

    Please accept service on behalf of Sentry Insurance A Mutual Company.

                                  Very truly yours,

                                  Lawrence J. Centola Jr.

LC:jld
See Enclosures

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X *[signature]*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 NOV 17 2009

1. Article Addressed to:

Sentry Insurance A Mutual Company
Through its Registered Agent for Service
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)    7009 2250 0004 1429 3132

PS Form 3811, February 2004    Domestic Return Receipt  5759   102595-02-M-154

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage | $
Certified Fee |
Return Receipt Fee (Endorsement Required) |
Restricted Delivery Fee (Endorsement Required) |
Total Postage & Fees | $

Postmark Here
NOV 3 2009

7009 2250 0004 1429 3132

Sent To
Sentry Insurance A Mutual Company
Through its Registered Agent for Service
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

PS Form 3800, August 2006    See Reverse for Instructions