IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § § § § | MDL NO: 1873 |
| | | SECTION: N (5) |
| | | JUDGE ENGLEHARDT |
| | | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *North American Catastrophe Services, Inc. v. Northfield Ins. Co.*, No. 09-3818 | § § § | |

**MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE DUTY TO DEFEND**

Plaintiff North American Catastrophe Services, Inc. ("NACS") moves the Court for summary judgment declaring that Northfield Insurance Company is obligated to furnish a defense to NACS in two related cases pending before the Court in this multi-district litigation: *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*, Member Case no. 07-9228 and *Sinegar, et al. v. Forest River, Inc., et al.*, Member Case no. 09-2926. NACS further requests that the Court order Northfield to reimburse NACS for all costs incurred, including attorney's fees, as a consequence of Northfield's

wrongful denial of its defense obligations, and accruing from the date of denial to the issuance of the order.

Respectfully submitted,

/s/ Kevin F. Bruce
John E. Galloway, Bar #5892
jgalloway@gjtbs.com
Kevin F. Bruce, Bar #31071
kbruce@gjtbs.com
GALLOWAY, JOHNSON,
TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-5802
Facsimile: (504) 525-2456

***Attorneys for North American Catastrophe Services, Inc.***

## Certificate of Service

I hereby certify that on the 6th of January, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record by operation of the Court's electronic filing system.

/s/ Kevin Bruce