IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § § § § | MDL NO: 1873 SECTION: N (5) JUDGE ENGLEHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *North American Catastrophe Services, Inc. v. Northfield Ins. Co.*, No. 09-3818 | § § § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff North American Catastrophe Services, Inc.'s Motion for Partial Summary Judgment on the Duty to Defend will be brought on for hearing on the 10th day of February, 2010, at 9:30 a.m., or as soon thereafter as counsel may be heard before the Honorable Kurt D. Engelhardt, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C351, New Orleans, Louisiana 70130.

Respectfully submitted,

/s/ Kevin F. Bruce
John E. Galloway, Bar #5892
jgalloway@gjtbs.com
Kevin F. Bruce, Bar #31071
kbruce@gjtbs.com
GALLOWAY, JOHNSON,
TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-5802
Facsimile: (504) 525-2456

**Attorneys for North American Catastrophe Services, Inc.**

## Certificate of Service

I hereby certify that on the 6th of January, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record by operation of the Court's electronic filing system.

/s/ Kevin Bruce