IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § § § § | MDL NO: 1873 |
| | | SECTION: N (5) |
| | | JUDGE ENGLEHARDT |
| | | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *North American Catastrophe Services, Inc. v. Northfield Ins. Co.*, No. 09-3818 | § § § | |

## ORDER

Considering the foregoing Motion for Partial Summary Judgment on the Duty to Defend;

**IT IS ORDERED** that Plaintiff North American Catastrophe Services, Inc.'s Motion for Partial Summary Judgment on the Duty to Defend is GRANTED, and that Northfield Insurance Company is hereby required to furnish NACS a defense in the lawsuits captioned *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*, Member Case no. 07-9228, and *Sinegar, et al. v. Forest River, Inc., et al.*, Member Case no. 09-2926.

**IT IS FURTHER ORDERED** that Northfield Insurance Company must reimburse NACS for all costs incurred, including attorney's fees, as a consequence of Northfield's denial of its defense obligations, accruing from the date of the denial to the issuance of this Order.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2010.

_____
**J U D G E**