UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS                    MDL NO. 07-1873
LIABILITY LITIGATION

                                         SECTION "N" (5)

THIS DOCUMENT RELATES TO:
09-5282   *Yul Aklin, et al v. Alliance Homes, et al*

## NOTICE TO COURT OF CURRENT UNMATCHED PLAINTIFFS TO A SPECIFIC MANUFACTURER, PURSUANT TO PRE-TRIAL ORDER NO. 40

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully submits the following as their current unmatched claimants, pursuant to Pre-Trial Order No. 40, dated June 17, 2009.

The case entitled *Yul Aklin, et al. v. Alliance Homes, et al.*, was filed into this Court on August 3, 2009 and assigned docket number 09-5282. The following are the claimants listed in that lawsuit that remain unmatched:

| First Name | MI | Last Name | Suffix |
|------------|----|-----------|--------|
| Yul        | B  | Acklin    |        |
| Anaya      | K  | Adam      |        |
| Jared      |    | Adams     |        |

| | | | |
|---|---|---|---|
| Latasha | M | Adams | |
| Latonya | M | Adams | |
| Milton | | Adams | |
| Nicholas | R | Adams | |
| Sterling | | Addison | Jr |
| Dorothy | H | Adler | |
| Reginisha | | Afford | |
| Robin | A | Aguillard | |
| Rodney | K | Alexander | Jr |
| Est. Glenn | J | Alexis | Sr |
| Glenn | J | Alexis | Jr |
| Nedra | C | Alexis | |
| Glenn | E | Alphonse | |
| Glenn | E | Alphonse | |
| Zion | C | Alphonse | |
| Barbara | A | Ambrose | |
| David | | Ambrose | |
| Rosalie | | Ambrose | |
| Fredericka | | Anderson | |
| Cameron | | Angelo | |
| Daniel | J | Angelo | |
| James | S | Armour | III |
| Mary | I | Arthur | |
| Blair | A | Augillard | |
| Ariel | | Baham | |
| Dale | J | Baham | |
| Edna | L | Ball | |
| Patricia | | Ballom | |
| Carmen | D | Baquet | |
| Janet | E | Baquet | |
| Percy | J | Barard | Jr |
| Mercedes | J | Bardell | |
| Soniyah | K | Barnes | |
| Victoria | M | Barnes | |
| Clarence | | Barra | |
| Shirley | B | Barra | |
| Francis | X | Barren | |
| Est Jude | T | Barriere | |
| Tyrone | S | Barrow | |
| Alton | | Bates | Jr |
| Jacqueline | | Bates | |

| | | | |
|---|---|---|---|
| Jada | M | Bates | |
| Jovan | A | Bates | |
| Gary | M | Batieste | Jr |
| Thelma | L | Batieste | |
| Michael | E | Batiste | |
| Charles | | Baxter | |
| Nedra | E | Bell-Travis | |
| Cherrie | | Bell-Williams | |
| Trevon | | Bernard | |
| Larry | J | Berzat | Sr |
| Anayah | | Bethely | |
| Maurice | C | Bethley | |
| Meclosha | M | Bethley | |
| Kayron | K | Billew | |
| Keithen | W | Billew | |
| Keyria | P | Billew | |
| Shavon | | Billew | |
| Trabaza | | Billew | |
| Travon | | Billew | |
| Andre' | A | Blair | |
| Elizabeth | | Blouin | |
| Errol | M | Blouin | |
| Essence | | Blouin | |
| Harold | H | Blouin | |
| Herbert | W | Blouin | |
| Mikeia | K | Blouin | |
| Almos | | Bolen | |
| Rickey | J | Bolton | |
| Rickey | S | Bolton | |
| Brian | M | Bonner | |
| Yancey | N | Boueland | |
| Denise | R | Boutte' | |
| Emanuel | J | Boutte' | |
| Lynette | M | Boutte' | |
| Armand | | Boyd | |
| Sherlita | H | Boyd | |
| Cheryl | M | Brady | |
| Cierra | R | Brady | |
| Corey | | Branch | |
| Cedric | G | Branche | |
| Deborah | A | Breaux | |

| | | | |
|---|---|---|---|
| Kevin | M | Breaux | |
| Bobbie | | Brent-Cornish | |
| Nicole | D | Bridges | |
| Darnell | | Brooks | |
| Dyneisha | | Brooks | |
| Frank | J | Brooks | Jr. |
| Jerome | | Brooks | |
| Ireane | M | Brown | |
| Jawanda | N | Brown | |
| Jo Ann | H | Brown | |
| JoVaun | A | Brown | |
| Keith | | Brown | |
| Nathan | M | Brown | Jr |
| Nathaniel | | Brown | Sr |
| Nathaniel | | Brown | Jr |
| Richard | V | Brown | III |
| Willie | | Brown | |
| Dwayne | L | Brumfield | |
| Gregory | O | Brumfield | Jr |
| Caldon | | Bruno | |
| Matilda | M | Bruno | |
| Dominique | | Buddington | |
| Brian | K | Butler | |
| Ike | E | Byrd | Jr |
| Sheila | | Caceras | |
| Larry | | Cager | |
| Keshia | M | Caldwell | |
| Keithen | P | Calloway | |
| Philip | T | Calloway | |
| Terakietha | | Calloway | |
| Tyronne | A | Calvin | Sr. |
| Eddie | | Campbell | |
| Franciene | H | Cannon | |
| Angela | C | Carney | |
| In-Suk | | Caro | |
| Richard | M | Caronia | |
| Chiquita | A | Carpenter | |
| Joshua | D | Carpenter | |
| Katanya | M | Carpenter | |
| Letitia | C | Carpenter | |
| Dormella | K | Carraby | |

| Chante | E | Carriere | |
|--------|---|----------|---|
| Chantel | A | Carriere | |
| Chevelle | A | Carriere | |
| Lawsel | D | Carriere | |
| Nicole | M | Carriere | |
| Donald | | Carrone | |
| Karena | Y | Carson | |
| Gregory | J | Carter | |
| Lintrell | M | Carter | |
| Paris | | Carter | |
| Reynard | | Carter | |
| Harry | L | Castille | |
| Marilyn | B | Castille | |
| Jeremy | L | Catchings | |
| Jimmie | L | Catchings | Sr. |
| Danielle | | Causey | |
| Charles | | Cheneau | |
| Makhi | | Cheneau | |
| Shawn | | Cheneau | |
| Shelia | | Cheneau | |
| Margaret | | Chopin | |
| Carletha | | Claiborne | |
| Louis | | Claiborne | Jr |
| Rodney | | Claiborne | Jr. |
| Sydney | E | Clark | |
| Alexia | D | Cohea | |
| Michael | V | Colberg | |
| Lloyd | E | Coleman | |
| Gilbert | L | Collins | |
| Yolanda | A | Collins | |
| David | B | Comeaux | Jr |
| Troy | D | Comeaux | |
| Elton | A | Connick | Jr |
| Roebrt | C | Cooks | Sr |
| Alayah | J | Cooper | |
| Rashod | K | Cooper | |
| Tyrique | J | Cooper | |
| Verna | L | Cooper | |
| Desiree | L | Cooper-Pittman | |
| Ronald | J | Cordier | |

| | | | |
|---|---|---|---|
| Iyana | | Corley | |
| Shalena | P | Corley | |
| James | I | Cornelius | |
| Marvin | Q | Cornelius | |
| Monica | B | Cornelius | |
| Jo Ann | K | Cowen | |
| Jo Ann | K | Cowen | |
| Larry | D | Crawford | |
| Anthony | H | Crosby | |
| Henry | I | Crump | |
| Tyrone | F | Crump | |
| Veronica | | Curry-Farve | |
| Debra | | Curtis | |
| Jules | L | Dabon | Jr |
| Est. Lucille | P | Dace | |
| Larry | | Dace | |
| Larry | | Dace | Jr |
| Larry | | Dace | III |
| Timothy | D | Dandridge | |
| Robert | A | D'Aquin | |
| Jessie | W | Darden | |
| Albert | L | Davis | |
| Collin | J | Davis | |
| Luther | C | Davis | |
| Pearline | R | Davis | |
| Sierra | J | Davis | |
| Tierra | J | Davis | |
| Walyanna | T | Davis | |
| Willie Mae | | Davis-Thomas | |
| Est. Mary | L | Dawson | |
| Brandon | | Dean | |
| Linda | M | Dean | |
| DeShawn | | DeGruy | |
| RaShawn | | DeGruy | |
| Diana | L | Delellis | |
| Est. Caroline | | Depenis | |
| Barbara | A | Dickerson | |
| Domonique | J | Dickerson | |
| Linda | | Dickerson-Cain | |
| Antoinette | | Dickerson- | |

|              |   | Tate             |     |
|--------------|---|------------------|-----|
| Barthololmew | N | Dike             |     |
| Deborah      | A | Dixon            |     |
| James        | E | Dogans           |     |
| Marvine      | P | Dollioles        |     |
| Courtney     |   | Dollis           |     |
| Corinthia    |   | Dorsey           |     |
| Javonda      | M | Downs            |     |
| Mildred      |   | Drummer          |     |
| Dwan         |   | Drummond         |     |
| Enderlin     |   | Drummond         |     |
| Gwendolyn    |   | Drummond         |     |
| Evelyn       | B | Duhon            |     |
| Lacey        | W | Dunbar           |     |
| Lacey        | W | Dunbar           |     |
| Paul         | L | Dunbar           |     |
| Paul         | L | Dunbar           |     |
| Yvette       |   | Dupuy            |     |
| Roebrt       | P | Duvigneaud       |     |
| Israel       |   | Ealy             | Jr  |
| Da' Shana    | N | Edinburgh        |     |
| Theodore     | L | Edinburgh        |     |
| Glen         | A | Edwards          |     |
| Jerin        | M | Edwards          |     |
| Marilyn      | M | Edwards          |     |
| Paulette     |   | Edwards          |     |
| Perry        | B | Edwards          |     |
| Angela       | A | Edwards-Campbell |     |
| Jennifer     |   | Edwards-King     |     |
| Pauline      |   | Edwards-Saunders |     |
| Henry        |   | Elzie            |     |
| Est. Robert  |   | Evans            | Jr  |
| Robert       |   | Evans            | III |
| Ta'Shay      | V | Evans            |     |
| Curtis       |   | Every            | Jr  |
| William      | J | Fallen           |     |
| Extell       | A | Farve            |     |
| Amanda       | M | Felder           |     |
| Marlene      | B | Feltus-Jackson   |     |
| Tanisha      | T | Ferdinand        |     |
| Kayley       | J | Firmin           |     |

| | | | |
|---|---|---|---|
| Arton | E | Floyd | |
| Clayton | T | Floyd | |
| Domino | R | Floyd | Jr |
| Errol | B | Floyd | |
| Alberta | | Floyd-Brooks | |
| Est. Carla | D | Foley | |
| Rashaad | A | Foley | |
| Debra | A | Ford | |
| Keioka | | Ford | |
| Betty | | Ford-Branche | |
| Irene | | Forstall | |
| Lakisha | | Foster | |
| Jose | M | Fradera | |
| Keisa | M | Franklin | |
| Tehya | B | Franklin | |
| Zachary | | Franklin | |
| Shirley | M | Fredrick | |
| Jason | C | Freeman | |
| Beverly | I | Frezel | |
| Andrew | | Frick | |
| Alliah | | Fulton | |
| Lloyd | J | Gainer | |
| Burnedett | | Gaines | |
| Gregory | | Galloway | |
| Kevin | L | Gant | |
| Joann | | Gardebled | |
| Kiersten | M | Gardner | |
| Austin | M | Garibaldi | |
| Maria | L | Garner | |
| Ethan | | Gatlin | |
| Colette | B | Gilmore | |
| Barbara | J | Gomez-Louis | |
| Jarvis | | Gorden | |
| Ryan | W | Gorden | |
| Terrol-Lynn | R | Gray | |
| Teaona | | Grayson | |
| Derione | D | Green | |
| Destyni | M | Green | |
| Gabrielle | | Green | |
| Javon | R | Green | |
| Ryan | | Green | |

| | | | |
|---|---|---|---|
| Rosa | | Green-Bonner | |
| Ganea | J | Griffin | |
| | | Groetsch | |
| Karen | A | Landry | |
| Rashaad | F | Guerra | |
| Hilda | | Guidry | |
| Lyndon | | Guidry | |
| Olivia | Y | Guss | |
| Est. Teresa | P | Haat | |
| Deborah | A | Hadjes | |
| Megan | M | Hales | |
| Rebecca | | Hales | |
| Ronald | V | Hammler | Sr |
| Troynyah | F | Hankton | |
| Paul | T | Hanson | |
| Pilar | | Hardwell | |
| Alfreda | A | Harris | |
| Chantell | A | Harris | |
| Demetrice | | Harris | |
| Lendell | L | Harrison | Jr |
| Malik | | Harrison | |
| Alicia | | Harry | |
| Amber | L | Harry | |
| Kennedy | M | Harry | |
| Crystal | C | Harvey | |
| Crystal | C | Harvey | |
| Tyrell | G | Harvey | |
| Amanda | | Hatch | |
| Joycelyn | S | Hawkins | |
| Leroy | R | Hawkins | |
| Brandon | T | Head | |
| Destiny | L | Head | |
| Hannah | | Heary | |
| Theresa | P | Held | |
| Addison | K | Hennessey | |
| Maxine | H | Henry | |
| Eddie | M | Hernandez | |
| Heriberto | J | Hernandez | |
| Brandon | | Hickey | |
| Est. John | R | Hilburn | |
| Gregory | | Hillard | |

| | | |
|---|---|---|
| Nicholas | J | Hillard |
| Shari | J | Hillard |
| Amaris | R | Hines |
| Lesley | | Hines |
| Di'Avion | | Hite |
| Herman | I | Hogues |
| Ashanti | | Holmes |
| Brunaka | | Holmes |
| Chance | X | Holmes |
| Chase | A | Holmes |
| Delitha | | Holmes |
| Kyeasha | | Holmes |
| Railynn | A | Holmes |
| Ameretha | | Honor |
| Shaniya | | Honor |
| Shirley | J | Hood |
| Donna | M | Hooper |
| Johnnie | E | Hooper |
| Tarajah | | Horn |
| Willie | L | Horn |
| Ennis | D | Houston |
| Ennis | D | Houston |
| Ennis | D | Houston |
| Joan | D | Houston |
| Allen | K | Howard |
| Amyia | D | Howard |
| Shonda | | Howard |
| Sheila | A | Hudson |
| Emory | | Hunt | Jr |
| Jules | L | Hunt |
| Jules | L | Hunt |
| Jules | L | Hunt |
| Louvinia | G | Hunt |
| Joanne | F | Hunter-Brooks |
| Shelia | M | Hyde |
| Willie | | Ingram | Jr |
| Renita | D | Ivey |
| Ciera | | Jackson |
| Eddraine | | Jackson |
| Everall | | Jackson |
| Jayla | R | Jackson |

| | | | |
|---|---|---|---|
| Kyla | J | Jackson | |
| Pearline | E | Jackson | |
| Reynell | E | Jackson | Jr |
| Bonnie | S | James | |
| Zoe | J | James | |
| Geonne | P | Janeau | |
| Keyerra | T | Janeau | |
| Alisha | | Jasmine | |
| Alfred | J | Jefferson | |
| Allaina | S | Jefferson | |
| Cieane | L | Jefferson | |
| Kirk | J | Jennings | |
| Oscar | | Jiles | |
| Nicole | | Jimerson | |
| Edd | | Jimmerson | |
| Aja | I | Johnson | |
| Cashmere | | Johnson | |
| Chavier | | Johnson | Jr |
| Cle'Von | L | Johnson | |
| Deidre | | Johnson | |
| DeJon | | Johnson | |
| Dontaevion | S | Johnson | |
| Edward | V | Johnson | |
| Elizabeth | W | Johnson | |
| Est. Beatrice | | Johnson | |
| Euphratees | R | Johnson | |
| Lekisha | | Johnson | |
| Raquel | J | Johnson | |
| Sunny | | Johnson | |
| Tamera | | Johnson | |
| Travon | | Johnson | |
| Veronica | M | Johnson | |
| Antoinette | L | Johnson-Saucier | |
| Alcee | | Jones | III |
| Darlene | A | Jones | |
| Don'Jay | T | Jones | |
| Est. Connie | A | Jones | |
| Gregory | O | Jones | |
| Gregory | O | Jones | |
| Mary Ann | | Jones | |

| | | | |
|---|---|---|---|
| Nelda | M | Jones | |
| Coriandrae' | S | Jordan | |
| Dijanay | N | Jordan | |
| Dorsey | I | Jordan | |
| Est. Torran | T | Jordan | |
| Tyraine | T | Jordan | |
| Tyrone | | Jordan | |
| Aurbrin | | Joseph | |
| Phillip | D | Joseph | |
| Roy | P | Joseph | Jr |
| Tremon | T | Joseph | |
| Wayne | Z | Journee | III |
| Kenden | R | Junius | |
| Regina | M | Karriem | |
| Tareka | T | Karriem | |
| Connor | | Kattengell | |
| Connor | | Kattengell | |
| Edward | | Kattengell | |
| Edward | | Kattengell | |
| Shelly | | Kattengell | |
| Shelly | | Kattengell | |
| Caitlin | K | Keith | |
| Myiesha | L | Keith | |
| Richard | O | Kiern | |
| Angela | | Kinney | |
| Amanda | L | Krainski | |
| Kenneth | J | Krainski | |
| Vicky | | La Zard | |
| Phillajah | B | Lackings | |
| Nasir | | Lacroix | |
| Aubry | | Lacy | |
| Noelle | A | Laderer | |
| Damion | A | LaFrance | |
| Gwendolyn | B | LaFrance | |
| Vance | P | LaFrance | |
| Tess | G | Lassai | |
| Brazil | T | Laugard | |
| Neil | A | Laugard | |
| Paris | C | Laugard | |
| Chris | A | Lawrence | II |
| Chriselle | | Lawrence | |

| | | | |
|---|---|---|---|
| Alious | D | Lee | |
| Calvin | L | Lee | Jr |
| Edwina | V | Lewis | |
| Esther | M | Lewis | |
| Katrina | | Lewis | |
| Kermitt | J | Lewis | |
| Kira | | Lewis | |
| Shalonda | R | Lewis | |
| Clarence | S | Lombard | II |
| Jeffery | D | Lopez | |
| Maurice | A | Lotten | |
| Anna | | Love | |
| Oliver | C | Lyons | II |
| Oliver | C | Lyons | III |
| Leahlette | L | Lyons-Williams | |
| Autumn | | Mack | |
| Kevin | | Mack | |
| Jewel | A | Magee | |
| Shaquille | S | Magee | |
| Wallace | E | Magee | |
| Ashley | M | Maldonado | |
| Carmen | Y | Maldonado | |
| Gean | C | Maldonado | |
| Jose | T | Maldonado | |
| Josh | G | Maldonado | |
| Morris | | Marcel | |
| Michael | M | Marcelle | Sr. |
| Michael | M | Marcelle | Jr. |
| Charles | | Marcus | |
| Steve | | Marquez | IV |
| Denise | M | Marrero | |
| Margie | C | Marrow | |
| Jancy | T | Marshall | |
| Katarian | S | Marshall | |
| Lionel | | Marshall | Jr |
| Dwight | | Martin | Sr |
| Edgar | | Martin | III |
| Jaunna | | Martin | |
| Kirt | G | Martin | Jr |
| Bernice | | Martinez | |

| | | | |
|---|---|---|---|
| Roderick | L | Martinez | |
| August | T | McCall | |
| Tiera | A | McCall | |
| Ashton | C | McCary | |
| Justin | C | McCrainey | |
| Manuel | J | McCrainey | |
| Beverly | A | McCrary | |
| Corey | J | McCrary | |
| Zane | D | McCrary | |
| Jordy | | McCrory | |
| Darius | | McFarland | |
| Rodger | | McFarland | |
| Charles | H | McField | Sr |
| Melvin | E | McGee | |
| Rosie | L | McGowan | |
| Malik | K | McKenzie | |
| Alton | C | McKey | |
| Alton | J | McKey | |
| Kendra | A | McKey | |
| Kendra | A | McKey | |
| Terrance | J | McKey | |
| Eddie | | McKinney | |
| Christopher | | McLendon | Sr |
| Christopher | | McLendon | Jr |
| Samantha | A | McLendon | |
| Stacy | L | McLendon | |
| Tammy | H | McLendon | |
| Est. Cherolyn | | McMillian | |
| Thomas | | McMillian | Jr |
| Chase | | McNeal | |
| Kenisha | | McNeal | |
| Kennth | | McNeal | |
| Lisa | M | McNeal | |
| David | L | McNeil | |
| Est. Bernice | B | McNeil | |
| Juan | | McWilliams | |
| Derek | J | Meilleur | Jr |
| Reed | | Melvin | |
| Marsh | G | Mercadel | |
| Easter | | Merriman | |
| Leron | L | Meyers | |

| | | | |
|---|---|---|---|
| Tyronne | | Meyers | |
| Wanda | F | Meyers | |
| Claudius | | Miller | Jr |
| Claudius | | Miller | III |
| Darren | F | Miller | Jr |
| Latasha | M | Miller | |
| Lorene | H | Miller | |
| Tujuana | L | Miller | |
| Alice | | Miller-Uhde | |
| Orlynthia | L | Miller-White | |
| Jasmine | M | Millsaps | |
| Trever | J | Mitchell | |
| Pamela | | Mitchell-Lewis | |
| Tazhawn | M | Moliere | |
| James | T | Molinario | |
| James | T | Molinario | |
| Harold | J | Montana | |
| Jayson | M | Montgomery-Scott | |
| Latasha | | Montgomery-Scott | |
| Donald | | Moore | Sr |
| Lorenzo | | Moore | Sr |
| Madison | V | Moore | |
| Sharon | L | Moore | |
| Leonard | J | Morris | |
| Shanitina | W | Moses | |
| Raykell | | Mosley | |
| Branden | J | Muse | |
| Broc | J | Muse | |
| Jeannette | D | Muse | |
| Joseph | | Muse | III |
| Fritz | | Myers | |
| Therese | | Nealy-Smith | |
| Augusta | E | Nelson | |
| Doris | | Nelson | |
| L.S. | | Newsome | Jr. |
| Gregory | O | Norman | Sr |
| Marcus | | Norman | |
| Gillian | | Nunnery | |
| Cynthia | | O'Connor-Webb | |

| | | | |
|---|---|---|---|
| Edward | S | O'Quin | |
| Lionel | | Osaze | |
| Yadira | M | Pagan | |
| Gloria | | Pajeaud | |
| Don | A | Palmer | Jr. |
| Tanaria | | Palmer | |
| Chris | | Panarello | |
| Mike | | Panarello | |
| Alfred | J | Parker | Jr |
| Carrie | H | Parker | |
| Marlon | S | Parker | |
| Paulette | C | Parker | |
| Alex | T | Partlan | |
| Rochelle | | Partlan | |
| Dejeanne | A | Patterson | |
| Alaina | L | Payne | |
| Alma | B | Payne | |
| Ryne | K | Payne | |
| Lisa | | Payton | |
| Patrica | | Payton | |
| Est. Earl | J | Pellerin | Sr |
| Phillip | C | Perez | |
| Keith | | Perique | Sr |
| Nachaya | | Perique | |
| Pierre | | Perique | |
| Joesph | G | Perkins | IV |
| Darlene | | Perkins-Howard | |
| Deborah | V | Perniciaro | |
| Anthony | M | Phillips | |
| Lutre' | | Pichon | |
| Christopher | | Picou | |
| JaLiyah | | Picou | |
| Carl | W | Poindexter | |
| Est. Alice | M | Polk | |
| Jonna | L | Pollard | |
| Benjamin | | Poole | |
| Betty Jean | | Porter | |
| Brody | M | Porter | |
| Amber Jo | | Powell | |
| Est. | | Prados | |

| | | | |
|---|---|---|---|
| Ferdinand | | | |
| LaTrevia | | Pratt | |
| Nedra | C | Price | |
| Christopher | J | Pride | |
| Jerval | R | Prout | |
| Perry | T | Prout | |
| Perry | T | Prout | |
| Keyora | G | Pryor | |
| Lloydaisa | | Pryor | |
| Seymoure | J | Quinn | |
| Sharifa | J | Rahman | |
| Clarence | | Raines | |
| Jalen | J | Rainey | |
| Aquanetta | G | Randolph | |
| Darkyus | | Raymond | |
| Eddie | W | Raymond | |
| Jared | J | Raymond | |
| Jonathan | W | Raymond | |
| Kennedy | M | Reddick | |
| Keyon | M | Reddick | |
| Pierre | M | Reddick | Jr |
| Darlene | M | Reddick-Henderson | |
| Bruenett | | Reese | |
| Aviers | D | Reid | |
| Keykiya | | Rhea | |
| Ralph | M | Rhea | |
| Tomaris | Q | Rhea | |
| Letrida | M | Rhyans | |
| Majia | | Rhyans | |
| Marcus | | Rhyans | |
| Dannie | T | Riley | Sr |
| TaJara | | Riley | |
| Trellnisha | T | Riley | |
| Ashley | M | Ritchie | |
| Jeffery | | Rivers | |
| Dennis | I | Robertson | |
| Angela | E | Robertson-Lewis | |
| Kenneth | J | Robichaux | Jr |
| Kim | M | Robichaux | |
| Brittany | L | Robinson | |

| Jamal | | Robinson | |
|---|---|---|---|
| Mignonette | L | Roby | |
| Kayla | G | Roche | |
| Aunitra | T | Rodgers | |
| De'vonte | N | Rodgers | |
| Patricia | | Rose | |
| Nicole | L | Rowley | |
| Nicole | L | Rowley | |
| Nicole | L | Rowley | |
| Verna | L | Royal | |
| Duane | | Ruffin | |
| Duane | | Ruffin | Jr |
| Tramayme | W | Santiago | |
| Ella | | Satcher | |
| Trenise | S | Saverin | |
| Arielle | N | Schaubhut | |
| Brendt | M | Schaubhut | |
| Theresa | M | Schlosser | |
| Erin | A | Schott | |
| Christion | | Scott | |
| Ernest | | Sellers | |
| Edna | J | Shields | |
| Joyce | A | Simien | |
| Darrell | E | Simmons | |
| Darryl | D | Simmons | |
| Jocori | L | Simmons | |
| Adrian | L | Sims | |
| Alvin | | Sims | |
| Kendra | M | Sims | |
| Jhamal | | Singletary | |
| Joseph | C | Singleton | |
| Bobby | | Skinner | |
| Angela | | Slater | |
| Rodney | | Slaughter | |
| Asha | K | Smith | |
| Betty Sue | | Smith | |
| Christopher | | Smith | Jr |
| Delores | C | Smith | |
| Eriyell | D | Smith | |
| Willie | L | Smith | |
| Sheila | A | Soniat-Riley | |

| | | | |
|---|---|---|---|
| Kiera | K | Spears | |
| Geena | M | St. Angelo | |
| Terri | L | St. Cyr | |
| Chris | J | Stevens | |
| Wendy | | Stevenson | |
| Carique | | Stewart | |
| Darrell | | Stewart | |
| Dianne | M | Stewart | |
| Elenora | | Stewart | |
| Kennedy | | Stewart | |
| Sandra | J | Stewart | |
| Zandra | A | Stewart | |
| Justin | C | Stockman | |
| Karen | D | Stockman | |
| Narividad | | Suazo | |
| Durand | J | Sumler | |
| Andree | | Summers | |
| Brittini | M | Summers | |
| Nicole | | Summers | |
| Shavone | C | Sutton | |
| Rheshaeda | | Sweargen | II |
| Margarita | O | Swetman | |
| Dedrick | J | Tabb | |
| Margaret | | Tabb | |
| Noel | E | Tabb | Sr |
| Noel | E | Tabb | Jr |
| Jacquelyn | D | Taft-Reid | |
| Richard | | Taggart | |
| Charles | | Tapp | |
| Ciara | | Taylor | |
| Est. Odile | | Taylor | |
| James | A | Taylor | |
| Terdero | D | Taylor-Beverly | |
| d'Elegance | | Temple | |
| Est. Alvin | | Temple | |
| Bane | R | Tenorio | |
| Michelle | O | Tenorio | |
| Ricardo | H | Tenorio | |
| Rio | C | Tenorio | |
| Eldridge | A | Tervalon | |

| | | | |
|---|---|---|---|
| August | A | Theodore | III |
| Deidra | | Thomas | |
| Ebony | M | Thomas | |
| Kyren | | Thomas | |
| Meghan | | Thomas | |
| Warren | | Thomas | |
| Winter | M | Thomas | |
| Joneka | | Thompson | |
| Monique | S | Thompson | |
| Linda | | Thornabar | |
| Johnnie | | Toney | |
| Jonathan | | Toney | |
| Brad | L | Toomer | |
| Carolyn | | Topping | |
| Armani | N | Travis | |
| Benjamin | J | Treaudo | Sr |
| Breionna | J | Treaudo | |
| Minnie | B | Turner | |
| Troy Lynn | | Turner | |
| Wilbert | | Turner | Sr |
| | | Tyler | |
| Wanda | Q | Quezergue | |
| Brian | | Urby | |
| Elroy | | Urby | |
| Latanya | | Urby | |
| Linda | | Urby | |
| Estella | | Ursin | |
| Estella | | Ursin | |
| Nicole | M | Vallery | |
| Taran | J | Van Buren | |
| Cassi | | Varmall | |
| Cassi | | Varmall | |
| Malcom | | Vaughn | |
| Hilda | | Venson-Markey | |
| Viriginia | G | Virgadamo | |
| Anna | M | Votano | |
| Julius | L | Wade | |
| Nathaniel | | Waker | |
| Rita | M | Waker | |
| Candace | | Walker | |

| | | | |
|---|---|---|---|
| Denzel | J | Walker | |
| Est. Pamela | F | Walker | |
| Jacqueline | | Walker | |
| Maurice | R | Walker | |
| Claudia | | Walker-Davillier | |
| Julie | C | Wang | |
| Phillip | R | Ward | |
| Roosevelt | | Ward | Jr |
| Benfus | | Warren | |
| Darnell | | Warren | |
| Edalinne | M | Warren | |
| Kimberly | A | Warren | |
| Kyva | M | Washington | |
| Shepard | A | Washington | |
| Willie | L | Washington | |
| Billy | | Waters | |
| Nancy Ann | N | Watts | |
| Kimberly | | Waxter | |
| Tommie | L | Waxter | |
| La Andreinda | | Webb | |
| Est. Conan | | Webster | |
| Derrion | T | White | |
| Justin | D | White | |
| Mykal | P | White | |
| Omarion | T | Wiliams | |
| Willie | J | Wilkerson | Jr |
| A'shante | N | Williams | |
| Brittany | O | Williams | |
| Brooklyn | J | Williams | |
| Calbriell | R | Williams | |
| Darielle | D | Williams | |
| Doris | W | Williams | |
| Est. Calvin | E | Williams | |
| Ivory | | Williams | |
| Joanne | K | Williams | |
| Kirk | | Williams | |
| Maleka | | Williams | |
| Tyreck | | Williams | |
| Willie Ann | | Williams | |
| Zakia | A | Williams | |

| | | | |
|---|---|---|---|
| Dellinda | D | Williamson | |
| Farah | | Wilson | Jr |
| Niya | E | Wilson | |
| Derrick | G | Wiltz | |
| Dinah | G | Wiltz | |
| William | P | Wiltz | III |
| Diane | R | Winchester | |
| Thelma | B | Winchester | |
| Remedios | R | Winchester-Simms | |
| Dwann | | Winfield | |
| Byron | L | Wright | |
| Jarriette | | Young | |
| Lonnie | | Young | |
| Victoria | R | Youngblood | |

**Respectfully submitted,**

/s/ Joseph M. Bruno

Joseph M. Bruno (Louisiana Bar Roll No. 3604)
L. Scott Joanen (Louisiana Bar Roll No. 21431)
THE LAW OFFICE OF JOSEPH M. BRUNO, APLC
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 561-6776
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

***Counsel for Plaintiffs***