IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARPENTER, CODY EDWARD<br>CARPENTER, GEORGE EDWARD, JR.,<br>CARPENTER, JOEY EDWARD,<br>CARPENTER, RUTHIE MAE,<br>INDIVIDUALLY, CARPENTER, RUTHIE<br>MAE, A/N/F OF RYAN CARPENTER, A<br>MINOR, PAPILLION, JOSEPH, and ROGERS<br>FRANCIS D.<br><br>versus<br><br>RIVER RIDGE, INC.<br>UNKNOWN NO BID CONTRACTOR and<br>United States of America through the<br>Federal Emergency Management Agency | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION No. 09-7545 |

*************************************************************************

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF CLAIMS AGAINST BECHTEL NATIONAL, INC.

Plaintiffs, Cody Edward Carpenter, George Edward Carpenter, Jr., Joey Edward Carpenter, Ruthie Mae Carpenter, Individually and a/n/f of Ryan Carpenter, A Minor, Joe Ann Hernandez, Barbara Jackson, Joseph Papillion and Francis D. Rogers, hereby dismiss, without prejudice, their claims against Defendant, Bechtel National, Inc., pursuant to Federal Rule of Civil Procedure 41.

No Defendant has served an answer or motion for summary judgment as of this date.

Respectfully submitted,

WOODFILL & PRESSLER, LLP

_____
MICHAEL C. WATSON
FED ID NO. 25743
2 Houston Center
909 Fannin Street, Suite 1470

Houston, Texas  77010
(713) 751-3080
(713) 751-3058 [Fax]


  /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar No. 2926)
Matthew B. Moreland (La. Bar No. 24567)
**BECNEL LAW FIRM, LLC**
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 7th, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to all counsel of record who are non-CM/ECF participants.

**NO-BID CONTRACTORS**
Shaw Environmental, Inc.
Karen K. Whitfield
BAKER DONELSON
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

CH2M Hill Constructors, Inc.
Gerardo R. Barrios
BAKER DONELSON
3 Sanctuary Boulevard, #201
Mandeville, LA 70471

Fluor Enterprises, Inc.
Charles R. Penot, Jr.
MIDDLEBERG, RIDDLE & GIANNA
717 N. Harwood Street, Suite 2400
Dallas, Texas 75201

Bechtel National, Inc.
Peter Tafaro
FRILOT, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

**DEFENDANT MANUFACTURERS**
River Birch Homes, Inc., and/or River Birch Homes, LLC
Through Its Agent for Service of Process
Delmo Payne
5400 Bexar Avenue
Hamilton, AL 35570

**GOVERNMENT DEFENDANTS:**
The United State of America, Department of Justice
Through the United States Attorney General
Honorable Eric Holder
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States of America
Through the Office of the US Attorney for the Eastern District of Louisiana
Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA 70130

Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

United States of America
Through the Office of the US Attorney for the Western District of Louisiana
Donald W. Washington
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501

United States of America
Through the Office of the US Attorney for the Middle District of Louisiana
David R. Dugas
777 Florida Street, Suite 208
Baton Rouge, LA 70801

_____
MICHAEL C. WATSON