AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

| Theresa Hays | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.  09-5233  Sec. N  Mag. 5 |
| American International Speciality Lines, Co., et al | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America
Through James Letten, U.S. Attorney for the EDLA
500 Poydras St., Suite B210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I Woods - Gainsburgh, Benjamin, David Meunier & Warshauer
1100 Poydras, Ste. 2800, New Orleans, LA   70130  (504) 522-2304

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: ___Nov 19 2009___

Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

| | A. Signature |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ <br> 71791000164500131321 | X _Tammy Pearce_  ☐ Agent  ☒ Addressee |

| | B. Received by (Printed Name) | C. Date of Delivery |
|---|---|---|
| | | 12-7-09 |

**1. Article Addressed to:**

United States of America, through
James Letten, U.S. Attorney for EDLA
500 Poydras St., Suite B210
New Orleans, LA 70130

| D. Is delivery address different from item 1? ☐ Yes |
|---|
| If YES enter delivery address below:  ☐ No |

| 3. Service Type | ☒ Certified |
|---|---|

| 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
|---|---|

Code: THERESA HAYS
Code2: JIW
File: 07-5980

**PS Form 3811**              **Domestic Return Receipt**

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163