AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Theresa Hays ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 09-5233 Sec. N Mag. 5 |
| American International Speciality Lines, Co., et al ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The United States of America, through
Eric Holder, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin I Woods - Gainsburgh, Benjamin, David Meunier & Warshauer
1100 Poydras, Ste. 2800, New Orleans, LA  70130  (504) 522-2304

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Nov 19 2009__

Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ▐█▌▐█▌▐█▌▐█▌▐█▌▐█▌▐█▌▐█▌▐█▌▐█▌<br>71791000164500131338 | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>**United States of America**<br>**Through Eric Holder, U.S. Attorney General**<br>**U.S. Dept. of Justice**<br>**950 Pennsylvania Ave. NW**<br>**Washington, DC 20530-0001**<br><br>Code: THERESA HAYS<br>Code2: JIW<br>File: 07-5980 | D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES enter delivery address below<br><br>DEC 10 2009<br><br>3. Service Type   ☒ Certified<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |

Form 3811   Domestic Return Receipt

UNITED STATES POSTAL SERVICE
SOUTHERN MD 20

10 DEC 2009 PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163