AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Darryl Garner, et al )
             *Plaintiff* )
             v. ) Civil Action No. 09-5226 Sect. N  Mag 5
American International Specialty Lines, Co., et al )
             *Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street
Washington, DC 20472

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Nov 20 2009

Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>7179 1000 1645 0013 1352 | A. Signature　　　　　　☐ Agent<br>X　　　　　　　　　　　☐ Addressee |
| | B. Received by (Printed Name)　　C. Date of Delivery<br>　　　　　　　　　　　DEC 02 2009 |
| 1. Article Addressed to:<br><br>Federal Emergency Management Agency (FEMA)<br>Through the Office of the Director<br>Craig Fugate, Director<br>500 C Street<br>Washington, DC 20472 | D. Is delivery address different from Item 1?　☐ Yes<br>　If YES enter delivery address below:　☐ No<br><br>*[signature]* |
| | 3. Service Type　　☒ Certified |
| | 4. Restricted Delivery? (Extra Fee)　☐ Yes |

Code: DARRYL GARNER
Code2: JIW
File: 07-5980

PS Form 3811　　　　Domestic Return Receipt

UNITED STATES POSTAL SERVICE　　‖‖‖‖　　First-Class Mail
　　　　　　　　　　　　　　　　　　　　Postage & Fees Paid
　　　　　　　　　　　　　　　　　　　　USPS
　　　　　　　　　　　　　　　　　　　　Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163