UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br><br>*Taplin v. American International Group,*<br>*Inc., et al.*<br>*Case No.  09-7689* | MAGISTRATE CHASEZ |

### NOTICE OF CONSENT TO REMOVAL

**NOW INTO COURT,** through undersigned counsel, come defendants, American International Group, Inc.; American International Specialty Lines Insurance Company; and Starr Excess Liability Insurance Company, Ltd., who appear herein solely and exclusively, and with full reservation of all rights and defenses, for the purpose of consenting to the removal of this action by Fluor Enterprises, Inc.

Respectfully submitted this 7th day of January, 2007.

/s/  Charles E. Leche
_____
CHARLES E. LECHE (#8218), T. A.
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana  70130
Telephone:   (504) 581 5141
Direct line:   (504) 593 0790
Fax:              (504) 566 1201
E-mail:          cleche@dkslaw.com

Attorney for American International Group, Inc.; American International Specialty Lines Insurance Company; and Starr Excess Liability Insurance Company, Ltd.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was filed electronically using the ECF system on this 7th day of January, 2007.

/s/ *Charles E. Leche*

_____
CHARLES E. LECHE

#1356508v1<DKS> -Notice of Consent to Removal.100107