UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N - 5" |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL V. RECREATION BY DESIGN, LLC, SHAW ENVIRONMENTAL, INC. and UNITED STATES OF AMERICA THROUGH THE THE FEDERAL EMERGENCY MANAGEMENT AGENCY, NO. 09-3251* | |

## ORDER

CONSIDERING THE FOREGOING MOTION,

IT IS ORDERED that the hearing presently set for January 13, 2010 on the Motion for Summary Judgment Regarding Prescription filed by Defendant Shaw Environmental, Inc. is hereby continued to the next available hearing date of January 27, 2010.

**DENIED AS MOOT**

**See Rec. Doc. 9891.**

New Orleans, LA January 5, 2010.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE