AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Youlanda Lambert, Quiniiece Lambert-Dolliole. ind. and for Donte Edmond and Lathan Dolliole )
*Plaintiff* )
v. )   Civil Action No. 09-6425 "N" 5
Jayco, Inc., a/k/a Bottom Line RV, US of America through FEMA, and CH2M Hil lConstructors, Inc. )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of america
Through the Ofice of the U.S. Attorney
for the Eastern Distrcit of Louisiana
Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J Douglas Sunseri (#19173)
3000 18th St,
Metairie, LA 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___01/08/2010___                                              _____
*Signature of Clerk or Deputy Clerk*