UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * * * | MDL NO. 1873<br><br>SECTION  N (5) |
| THIS DOCUMENT RELATES TO<br>*Olin Lory, Jr., et al. v. Coachmen*<br>*Recreational Vehicle Company, LLC., et al.*<br>*Case No. 9-5746* | * * * | JUDGE ENGELHARDT |

**************************************************************************

### NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFFS

The following plaintiffs herby dismiss their claims against all defendants without

prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. Olin Lory, Jr.
2. Betsty Scharfenstein
3. Brandon Forrest
4. Jo Peshek
5. Rachael Smith
6. Stephen Smith obo K.S.
7. David Scharfenstein III
8. Olin Lory obo Brittany Esteve
9. Aszerleat Forrest
10. Anthony Forrest
11. Christina Schillage Pineiro
12. Aaron Mercadel, Jr.
13. Bridget Forrest
14. Jacqueline Lory
15. Lonnie Peshek

    16. David Scharfenstein, Jr.

    17. Rene Smith

    18. Stephen Smith, Sr.

    19. Lyn Mercadel

    20. Ana Scharfenstein

No defendant as of this date has served an answer or motion for summary judgment.

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC.

        BY   /s/ *Lawrence J. Centola, Jr.*
            Lawrence J. Centola, Jr.

        600 Carondelet Street  LA Bar #3962
        Suite 602
        New Orleans, LA 70170
        (504) 525-1944 (telephone)
        (504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.