AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

**Destiny Industries, LLC**

**Through its Agent for Service of Process**

**Lester M. Castellow**

**700 South Main Street**

**Moultrie, GA 31768**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Gerald E. Meunier, Esq.
> Justin I. Woods, Esq.
> Co-Lead Plaintiffs Liaison Counsel
> Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
> 1100 Poydras Street, Suite 2800
> New Orleans, Louisiana 70163
> Telephone: 504/522-2304
> Facsimile: 504/528-9973

Third Supplemental & Amended
an answer to the **complaint** which is herewith served upon you, within ~~sixty (60)~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| CLERK | DATE |
|---|---|
| Loretta G. Whyte | Oct 07 2009 |
| (BY) DEPUTY CLERK | |

**RETURN OF SERVICE**

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7179 1000 1645 0013 1680 | A. Signature ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Dobie Briggs   DEC 15 |
| 1. Article Addressed to:<br><br>Destiny Industries, LLC<br>Through its Agent for Service<br>Lester M. Castellow<br>P. O. Box 2947<br>Moultrie, GA 31776 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES enter delivery address below:<br><br>3. Service Type  ☒ Certified<br><br>4. Restricted Delivery? (Extra Fee) ☐ Yes |

Code: 3SAC
Code2: JIW
File: 07-5980

PS Form 3811                    Domestic Return Receipt

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163