AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## for the
### EASTERN District of LOUISIANA

**RETURN**

In Re: FEMA Trailer Formaldehyde Product Liability Litigation )
Plaintiff )
v. )
Defendant )

Civil Action No.    MDL - 1873, Sec. N-4

### Summons in a Civil Action

To: *(Defendant's name and address)*
Sunray RV, LLC. a/k/a SunRay Investments, LLC
Through its agent for service of process
Alan Neely
405 South Broad Street
New Tazewell, TN   37825

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Justin I. Woods, Esq. - **Service of the Third Supplemental and Amending Complaint**
Gainsburgh, Benjamin, David Meunier & Warshauer
1100 Poydras, Ste. 2800, New Orleans, LA   70130   (504)522-2304

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: _____

Oct 29 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Patricia Daniels_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name) Patricia Daniels   C. Date of Delivery 11/16/09 |
| 1. Article Addressed to:<br>Sunray RV, LLC<br>Through its agent for service of process<br>Alan Neely<br>405 South Broad St.<br>New Tazewell, TN 37825 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 1680 0001 8684 2781 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-40

UNITED STATES POSTAL SERVICE
KNOXVILLE TN
13 NOV 2009 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Gerard E. Meunier, Esq.
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163

Formaldehyde-07-5980-BSAC