AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

**Insurance Co. Of the State of Pennsylvania
through the Louisiana Secretary of State
Legal Services Section
P. O. Box 94125
Baton Rouge, LA   70809-9125**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone:  504/522-2304
Facsimile:  504/528-9973**

**Third Supplemental & Amended**
an answer to the **complaint** which is herewith served upon you, within ~~sixty (60)~~ _20_ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you *for* the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK   LORETTA G. WHYTE

DATE   OCT - 7 2009

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ TORRIE LUCAS _____ ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*        C. Date of Delivery |
| 1. Article Addressed to:<br><br>Insurance Co. Of the State of Pennsylvania<br>through the Louisiana Secretary of State<br>Legal Services Section<br>P. O. Box 94125<br>Baton Rouge, LA 70809-9125 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:   ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
|  | 4. Restricted Delivery? *(Extra Fee)*     ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7009 1680 0001 8683 9521 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods, Esq.
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163

File No. 07-3980-38AC