# NICAUD & SUNSERI, L.L.C.
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002

Albert J. Nicaud*
J. Douglas Sunseri*
Svetlana "Lana" Crouch
Timothy P. Farrelly
Kristin J. Milano
Edward C. Vocke, IV.
Peter J. Perez, Jr.
(*A Professional Law Corporation)

Telephone (504) 837-1304
Facsimile (504) 833-2843
kmilano@nsflaw.com

December 18, 2009

Corporation Service Company
251 East Ohio Street, Suite 500
Indianapolis, IN 46204
**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

RE:   Zachary Winfield, Jr. v Coachmen Industries, Inc., U.S. of America through FEMA, and Shaw Environmental, Inc.  USDC #09-6188 Sect N Mag 5

Dear Sir or Madam:

    Enclosed herewith please find Summons and complaint for Damages in the above captioned matter which is being served on Defendant, Coachmen Industries, Inc., through your office as agent for service of process. We respectfully request you sign the enclosed Notice of a Lawsuit and Request to Waive Service of a Summons and return same to our office. A self-addressed stamped envelope is enclosed for your convenience.

    If you have any questions, please do not hesitate to contact our office.

Sincerely,

J. DOUGLAS SUNSERI

JDS/mht
Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Corporation Service Company
   251 East Ohio Street, Suite 500
   Indianapolis, IN  46204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☑ Agent   ☐ Addressee

B. Received by (Printed Name): [illegible]
C. Date of Delivery: 12/28/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   DEC 28 2009

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 3230 0000 9843 1770

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006    See Reverse for Instructions

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Louisiana

| | |
|---|---|
| Zachary Winfield, Jr. <br> Plaintiff <br> v. <br> Coachmen Industries, Inc., U.S. of Am through FEMA and Shaw Environmental, Inc. <br> Defendant | ) ) ) ) ) ) Civil Action No. 09-6188 <br> Sect.N  Mag 5 |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Coachmen Industries, Inc. through its Agent for
Service of Process: Corporation Service Company,
251 East Ohio Street, Suite 500, Indianapolis, IN
46204

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J. DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Zachary Winfield, Jr.<br>Plaintiff<br>v.<br>Coachman Industries, Inc., U.S. of America through FEMA and Shaw Environmental, Inc<br>Defendant | )<br>)<br>)   Civil Action No.   #090-6188 Sec N   Mag 5<br>)<br>)<br>) |

### Notice of a Lawsuit and Request to Waive Service of a Summons

To: Coachmen Industries, Inc., through its Agent for Service of Process; Corporation Service company, 251 East Ohio Street, Suite 500, Indianapolis, IN 46204
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __60__ days (*give at least 30 days or at least 60 days if the defendant is outside any judicial district of the United States*) from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date   December 18, 2009

Signature of the attorney or unrepresented party

J. Douglas Sunseri
Printed name

3000 18th Street, Metairie, LA 70002 (504) 837-1304
Address

dsunseri@nslawla.com