IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *  MDL No. 1873<br>*<br>*  SECTION N(5)<br>*<br>*  JUDGE ENGELHARDT<br>* |
| **THIS DOCUMENT RELATES TO:**<br>*All Cases filed by Hurricane Legal Center, LLC* | *<br>* |

*************************************************************************

## ORDER

Considering the foregoing Motion of plaintiffs listed below, they are allowed an additional 45 days or until _____, 2010, to comply with the required Pretrial Order #49.

**Plaintiffs:**

Cartrina Ceaser
Edward C. Ceaser
Edward Ceaser obo S.C
Edward Ceaser III
Wanda Ceaser
Henry Warner
Thomas Clay
Kevin George
Maya DeJesus
Simeko Johnson
Simeko Johnson obo R.R.
Claresha Lockett
Llyod Mae Lockett
Brandie Lykes
Brandie Lykes obo B.L.
James Lykes  obo K.L.
James Lykes III
Pamela Ann Lykes

Pamela B Lykes
Pamela Lykes obo T.A
Pamela Lykes obo T.A.
Eva Mead
Richard Mead
Brittany Molinary
Danyele M. Molinary
Michael J. Molinary
Michael J. Molinary obo C.A. M.
Michael J. Molinary obo D. M. M.
Michael J. Molinary obo J.C. M.
Michael J. Molinary obo J. L. M.
Michael J. Molinary obo J. J. M.
Michael J. Molinary obo M. M. M.
Michael J. Molinary obo M.W. M.
Michael J. Molinary obo N.D. M.
Danielle Morton
Dominque Morton
Wilton Hymes
Carla Santiago
Percy Hodges, Jr.
Ronald Santiago
Veronica Santiago
Frank Smith, Sr.
Genevieve Spencer
Genevieve Spencer obo D. M.
Genevieve Spencer obo R. H.
Iesha Spencer
Edna Ussin
Jesse Wallace, Jr.
Mary Wallace
Shedrick Wallace
David Manes
Edna Beach
David Shackelford
Stanley Shepherd
Michaella Boyd
Romanza Hayes
Frank Krenkel
Donna Ellis
Cornelius Johnson

Fannie Gleason
Stephen Smith, Sr.
Sebastian Bermudez
Johnny Trotter
Karen Bailey
Essie Fairley
Morris Mark
Grace Gioustovia
Alfred Matthews
Randy Lee Sr.
Lionel Cuneo
Loyce Cloud
Bernadette Jenkins
Gerald Russell
David Scharfenstein, Jr.
Tanya Lee
Brian Etienne, Sr.
Angela Honora
Ronald Tobias
Geneva Nelson
Darryl Boudreaux
Glenn Powell
Laronda Williams
Toney Alexander
Evelyn Vadovsky
Margie Brumfield
Corinthian Ancar
Gladys Smith
Odile Campbell

**IT IS SO ORDERED** that the Plaintiffs listed above be GRANTED the Motion for Extension of Time.

DATED this ___ day of ____, 2010 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.


/s/  *Lawrence J. Centola, Jr.*
Lawrence J. Centola  LA Bar #3962