# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

V.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

**Horton Homes, Inc.**

**Through its Agent for Service of Process**

**Steve M. Sinclair**

**557 Milledgeville Road**

**Eatonton, GA 31024**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973

Third Supplemental & Amended   20
an answer to the **complaint** which is herewith served upon you, within ~~sixty (60)~~ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK   Loretta G. Whyte

B. Gregory

(BY) DEPUTY CLERK

DATE   Oct 07 2009

**RETURN OF SERVICE**

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>7179 1000 ~~~~ ~~ 0123 838 | A. Signature<br>X _Penny Beasley_   ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name)   C. Date of Delivery<br>Penny Beasley                 10-21-09 |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes<br>   If YES enter delivery address below:       ☐ No |
| Horton Homes, Inc.<br>Through its agent for service of process<br>Steve M. Sinclair<br>557 Milledgeville Road<br>Eatonton, GA 31024 | 3. Service Type     ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |

File: 07-5980 - 3SAC

PS Form 3811            Domestic Return Receipt

UNITED STATES POSTAL SERVICE  MACON GA
21 OCT 2009 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163