AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

**Coachmen Recreational Vehicle Company
of Georgia, LLC**

**Through its Agent for Service of Process**

**Corporation Service Company**

**40 Technology Parkway South, #300**

**Norcross, GA 30092**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973

Third Supplemental & Amended
an answer to the **complaint** which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| CLERK Loretta G. Whyte | DATE Oct 07 2009 |
|---|---|
| B. Gregory (BY) DEPUTY CLERK | |

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 71791000164500123579 | A. Signature  X  [signature] | ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:  Coachmen Recreational Vehicle of GA  Through its agent for service of process  Corporation Service Company  40 Technology Pkwy, South #300  Norcross, GA 30092 | D. Is delivery address different from item 1? ☐ Yes  If YES enter delivery address below: ☐ No | |
| | 3. Service Type    ☒ Certified | |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes | |

File: 07-5980 - 3SAC

PS Form 3811    Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail  
Postage & Fees Paid  
USPS  
Permit No. G-10

Gerald E. Meunier  
Gainsburgh, Benjamin, David,  
Meunier & Warshauer, LLC  
2800 Energy Centre, 1100 Poydras St  
New Orleans, LA 70163