# United States District Court
### EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE  
PRODUCT LIABILITY LITIGATION

V.

SUMMONS IN A CIVIL CASE

CASE NUMBER: MDL 1873

SECTION "N-4"

TO: (Name and address of defendant)

American Homestar Corporation

Through its Agent for Service of Process

Craig A. Reynolds

2450 South Shore Boulevard, Suite 300

League City, Texas 77573

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Gerald E. Meunier, Esq.
> Justin I. Woods, Esq.
> Co-Lead Plaintiffs Liaison Counsel
> Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
> 1100 Poydras Street, Suite 2800
> New Orleans, Louisiana 70163
> Telephone: 504/522-2304
> Facsimile: 504/528-9973

Third Supplemental & Amended an answer to the **complaint** which is herewith served upon you, within ~~sixty (60)~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| CLERK | DATE |
|---|---|
| Loretta G. Whyte | Oct 07 2009 |
| (BY) DEPUTY CLERK<br>B. Gregory | |

**RETURN OF SERVICE**

**2. Article Number**

7179 1000 1645 0012 3432

1. Article Addressed to:

American Homestar Corporation
Through its agent for service of process
Craig A. Reynolds
2450 South Shore Blvd., Ste 300
Elkhart, TX 77573

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ Graham          ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
G Graham

C. Date of Delivery
10/19/09

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES enter delivery address below:

3. Service Type: USPS ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

File: 07-5980 - 3SAC

PS Form 3811                    Domestic Return Receipt



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163