# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: MDL 1873

SECTION "N-4"

TO: (Name and address of defendant)

Superior Homes, LLC

Through its Agent for Service of Process

James C. Roby

816 S. Broadway, P. O. Box 1600

Watertown, SD 57201-6600

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973

Third Supplemental & Amended
an answer to the complaint which is herewith served upon you, within ~~sixty (60)~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte

CLERK

B. Gregory

(BY) DEPUTY CLERK

DATE

Oct 07 2009

**RETURN OF SERVICE**

**2. Article Number**

7179 1000 1645 0012 4217

**1. Article Addressed to:**

Superior Homes, LLC
Through its agent for service of process
James C. Roy
816 S. Broadway, POBox 1600
Watertown, SD 57201-6600

File: 07-5980 - 3SAC

PS Form 3811

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *James C. Roy*
☐ Agent
☒ Addressee

B. Received by (Printed Name): MARY LENTZ
C. Date of Delivery: 10-26-09

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☒ No

3. Service Type: ☒ Certified

4. Restricted Delivery? (Extra Fee) ☐ Yes

Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163