# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | SUMMONS IN A CIVIL CASE |
| V. | CASE NUMBER: **MDL 1873** |
| | SECTION "N-4" |

TO: (Name and address of defendant)

**Recreation by Design, LLC**

**Through its Agent for Service of Process**

**Randall K. Rush**

**21746 Buckingham Road**

**Elkhart, IN 46516**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

      Gerald E. Meunier, Esq.
      Justin I. Woods, Esq.
      Co-Lead Plaintiffs Liaison Counsel
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      1100 Poydras Street, Suite 2800
      New Orleans, Louisiana 70163
      Telephone: 504/522-2304
      Facsimile: 504/528-9973

Third Supplemental and Amending
an answer to the /complaint which is herewith served upon you, within ~~sixty (60)~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte

| CLERK | DATE |
|---|---|
| B. Gregory | Oct 07 2009 |
| (BY) DEPUTY CLERK | |

**RETURN OF SERVICE**

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| 7179 1000 1645 0012 4156 | A. Signature X *Kay Lent* | | ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) KAY LENT | | C. Date of Delivery 10/26/09 |
| 1. Article Addressed to:<br><br>Recreation by Design, LLC<br>Through its agent for service of process<br>Randall K. Rush<br>21746 Buckingham Road<br>Elkhart, IN 46516 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No | | |
| | 3. Service Type | ☒ Certified | |
| | 4. Restricted Delivery? (Extra Fee) | | ☐ Yes |

File: 07-5980 - 3SAC

PS Form 3811          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163