# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: **MDL 1873** |
| | SECTION "N-4" |

TO: (Name and address of defendant)

**Skyline Corporation**

**Through its Agent for Service of Process**

**Linda Philippsen**

**2520 By-Pass Road**

**Elkhart, IN 46514**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973

Third Supplemental and Amending an answer to the /complaint which is herewith served upon you, within ~~sixty (60)~~ 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte

| CLERK | DATE |
|---|---|
| B. Gregory | Oct 07 2009 |
| (BY) DEPUTY CLERK | |

**RETURN OF SERVICE**

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 71791000164500124620 | A. Signature X /s/ Candy Weidl ☐ Agent ☐ Addressee <br> B. Received by (Printed Name)  C. Date of Delivery 10/26/09 |
| 1. Article Addressed to: <br><br> Skyline Corporation <br> Through its agent for service of process <br> Linda Philippsen <br> 2520 By-Pass Road <br> Elkhart, IN 46514 | D. Is delivery address different from item 1? ☑ Yes <br> If YES enter delivery address below: ☐ No <br><br> 3. Service Type  ☒ Certified <br><br> 4. Restricted Delivery? (Extra Fee)  ☐ Yes |

File: 07-5980 - 3SAC

PS Form 3811            Domestic Return Receipt



UNITED STATES POSTAL SERVICE
SOUTH BEND IN 46
26 OCT 2009 PM 3 L

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163