AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: **MDL 1873** |
| | SECTION "N-4" |

TO: (Name and address of defendant)

**Redman Homes Inc. (f/k/a Dutch Homes)**

**Through its Agent for Service of Process**

**C T Corporation System**

**5615 Corporate Boulevard, Suite 400B**

**Baton Rouge, LA 70808**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Gerald E. Meunier, Esq.
> Justin I. Woods, Esq.
> Co-Lead Plaintiffs Liaison Counsel
> Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
> 1100 Poydras Street, Suite 2800
> New Orleans, Louisiana 70163
> Telephone:  504/522-2304
> Facsimile:   504/528-9973

Third Supplemental and Amending                      ℐ𝒪

an answer to the /complaint which is herewith served upon you, within ~~sixty (60)~~ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte

| CLERK | DATE |
|---|---|
| *B. Gregory* | Oct 07 2009 |
| (BY) DEPUTY CLERK | |

## RETURN OF SERVICE

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|

**2. Article Number**

7179 1000 1645 0012 4163

**1. Article Addressed to:**

Redman Homes Inc., f/k/a Dutch Homes
Through its agent for service of process
C. T. Corporation System
251 E. Ohio Street, Ste. 1100
Indianapolis, IN 46204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Terry L. Wood

D. Is delivery address different from item 1?  ☐ Yes
If YES enter delivery address below:  ☐ No

3. Service Type  ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

File: 07-5980 - 3SAC

PS Form 3811          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163