AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE    SUMMONS IN A CIVIL CASE
PRODUCT LIABILITY LITIGATION

V.                                  CASE NUMBER: MDL 1873

SECTION "N-4"

TO: (Name and address of defendant)

**Cruiser RV. LLC**

**through its Agent for Service of Process**
**David E. Fought**
**7805 N St RD 9**
**Howe, IN   46746**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile:   504/528-9973

Third Supplemental & Amended
an answer to the complaint which is herewith served upon you, within ~~sixty (60)~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte

Oct 07 2009

CLERK                                           DATE

LORETTA G. WHYTE

(BY) DEPUTY CLERK

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 71791000164500123586 | A. Signature: X _Janine Mellinger_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Janine Mellinger   C. Date of Delivery: 10/20/09 |
| 1. Article Addressed to:<br><br>Cruiser RV, LLC<br>Through its agent for service of process<br>David E. Fought<br>7805 N. Street, Road 9<br>Howe, IN 46746 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No |
|  | 3. Service Type   ☒ Certified |
|  | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

File: 07-5980 - 3SAC

PS Form 3811                Domestic Return Receipt



UNITED STATES POSTAL SERVICE
FT WAYNE IN
20 OCT 2009 PM 2 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163