# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE  
PRODUCT LIABILITY LITIGATION

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

Athens Park Homes, L. L. C.  
Through its Agent for Service of Process  
Norman A. Lofgren  
1601 Elm St., Ste 4100  
Dallas, TX  75201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.  
Justin I. Woods, Esq.  
Co-Lead Plaintiffs Liaison Counsel  
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.  
1100 Poydras Street, Suite 2800  
New Orleans, Louisiana 70163  
Telephone:  504/522-2304  
Facsimile:   504/528-9973

**Third Supplemental & Amended**  
an answer to the complaint which is herewith served upon you, within ~~sixty (60)~~ __20__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte                                                       Oct 07 2009

CLERK                                                                            DATE

LORETTA G. WHYTE  
Clerk

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 71791000164500123456 | A. Signature X *[signature]* ☒ Agent ☐ Addressee |
| | B. Received by (Printed Name): Tina M. Santos  C. Date of Delivery: 10-23-09 |

1. Article Addressed to:

Athens Park Homes, LLC
Through its agent for service of process
Norman A. Lofgren
1601 Elm Street, Ste 4100
Dallas, TX 75201

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified

4. Restricted Delivery? (Extra Fee) ☐ Yes

File: 07-5980 - 3SAC

PS Form 3811   Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163