# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE  
PRODUCT LIABILITY LITIGATION

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

**Starcraft RV, Inc.**

**Through its Agent for Service of Process**

**Glenn E. Killoren**

**121 W. Franklin Street, Suite 200**

**Elkhart, IN 46516**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.  
Justin I. Woods, Esq.  
Co-Lead Plaintiffs Liaison Counsel  
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.  
1100 Poydras Street, Suite 2800  
New Orleans, Louisiana 70163  
Telephone: 504/522-2304  
Facsimile: 504/528-9973

Third Supplemental & Amended an answer to the **complaint** which is herewith served upon you, within ~~sixty (60)~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte

CLERK  
B. Gregory

DATE  
Oct 07 2009

(BY) DEPUTY CLERK

**RETURN OF SERVICE**

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐<br>7179 1000 1645 0012 4194 | A. Signature<br>X  *Lois Stemm*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Lois Stemm   C. Date of Delivery: 10-26-9 |
| 1. Article Addressed to:<br><br>Starcraft RV, Inc.<br>Through its agent for service of process<br>Glenn E. Killoren<br>121 W. Franklin Street, Ste 200<br>Elkhart, IN 46516 | D. Is delivery address different from item 1? ☐ Yes  ☒ No<br>If YES enter delivery address below:<br><br>3. Service Type   ☒ Certified<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

File: 07-5980 - 3SAC

PS Form 3811     Domestic Return Receipt

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163



UNITED STATES POSTAL SERVICE