# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | SUMMONS IN A CIVIL CASE |
| V. | CASE NUMBER: MDL 1873 |
| | SECTION "N-4" |

TO: (Name and address of defendant)

KZ RV, LP

Through its agent for service of process
Daryl Zook
9270 W. U. S. 20
Shipshewana, IN 46565

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973

Third Supplemental & Amended
an answer to the **complaint** which is herewith served upon you, within     twenty (20)     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  Loretta G. Whyte

B. Gregory

(BY) DEPUTY CLERK

DATE  Oct 9 2009

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 71791000164500123937 | A. Signature X *Jerry L. Sturm* ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) *Jerry L. Sturm* / C. Date of Delivery 10-26-09 |
| 1. Article Addressed to: KZRV, LP Through its agent for service of process Daryl Zook 9270 W. US 20 Shipshewana, IN 46565 | D. Is delivery address different from item 1? ☐ Yes If YES enter delivery address below: ☐ No |
| | 3. Service Type  Certified |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |

File: 07-5980 - 3SAC

PS Form 3811 — Domestic Return Receipt

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10