AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | SUMMONS IN A CIVIL CASE |
| V. | CASE NUMBER: MDL 1873 |
| | SECTION "N-4" |

TO: (Name and address of defendant)

**Federal Emergency Management Agency**

**Through the Office of the Federal Emergency Management Agency**

**Craig Fugate, Director**

**500 C Street S.W.**

**Washington, DC 20472**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973

**Third Supplemental & Amended** an answer to the **complaint** which is herewith served upon you, within **sixty (60)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte                                                    Oct 07 2009

CLERK                                                                      DATE

B. Gregory

(BY) DEPUTY CLERK

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>71791000164500123692 | A. Signature [illegible] ☐ Agent ☐ Addressee<br>X<br>B. Received by (Printed Name)  C. Date of Delivery<br>OCT 20 2009 |
| 1. Article Addressed to:<br><br>Federal Emergency Management Agency<br>Through its Director Craig Fugate<br>500 C. Street, SW<br>Washington, DC 20472 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No<br><br>[signature] |
| | 3. Service Type  ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |

File: 07-5980 - 3SAC
PS Form 3811          Domestic Return Receipt

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



UNITED STATES POSTAL SERVICE