AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

Jayco, Inc.
Through its agent for service of process
Glenn E. Killoren
121 W. Franklin St., Ste. 200
Elkhart, IN  46516

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973

Third Supplemental & Amended
an answer to the complaint which is herewith served upon you, within ~~sixty (60)~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte

Oct 07 2009

DATE

CLERK

B. Gregory

(BY) DEPUTY CLERK

**2. Article Number**

7179 1000 1645 0012 3890

1. Article Addressed to:

Jayco, Inc.
Through its agent for service of process
Glenn S. Killoren
121 W. Franklin Street
Elkhart, IN 46516

File: 07-5980 - 3SAC

PS Form 3811

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)
Lois Stemm

C. Date of Delivery
10 26 09

D. Is delivery address different from item 1? ☐ Yes  ☒ No
If YES enter delivery address below:

3. Service Type   ☒ Certified

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt

UNITED STATES POSTAL SERVICE
SOUTH BEND IN
26 OCT 2009 PM 1 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163