# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | SUMMONS IN A CIVIL CASE |
| V. | CASE NUMBER: **MDL 1873** |
| | SECTION "N-4" |

TO: (Name and address of defendant)

**Project Resources, Inc. of California**

**Through its Agent for Service of Process**

**National Registered Agents, Inc.**

**1101 N. Causeway Blvd., Suite 3**

**Mandeville, LA 70471**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973

Third Supplemental & Amended
an answer to the/complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte

| CLERK | DATE |
|---|---|
| B. Gregory (signature) | Oct 07 2009 |

(BY) DEPUTY CLERK

**2. Article Number**

7179 1000 1645 0012 4149

1. Article Addressed to:

Project Resources, Inc. of California
Through its agent for service of process
National Registered Agents, Inc.
1011 N. Causeway Blvd., Ste 3
Mandeville, LA 70471

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ANN EARHART  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): ANN EARHART
C. Date of Delivery: 10/22/9

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES enter delivery address below:

3. Service Type: ☒ Certified

4. Restricted Delivery? (Extra Fee) ☐ Yes

File: 07-5980 - 3SAC
PS Form 3811     Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163