# United States District Court
### EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

**Giles Family Holdings, Inc.**

**Through its Agent for Service of Process**

**Alan C. Neely**

**405 S. Broad Street**

**New Tazewell, TN 37825-7243**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Gerald E. Meunier, Esq.
> Justin I. Woods, Esq.
> Co-Lead Plaintiffs Liaison Counsel
> Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
> 1100 Poydras Street, Suite 2800
> New Orleans, Louisiana 70163
> Telephone: 504/522-2304
> Facsimile: 504/528-9973

Third Supplemental & Amended an answer to the **complaint** which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

Loretta G. Whyte

(BY) DEPUTY CLERK



DATE

Oct 07 2009

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>7179 1000 1645 0012 3760 | A. Signature<br>X _Pat Daniels_  ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): Pat Daniels   C. Date of Delivery: 10/19/09 |
| 1. Article Addressed to:<br><br>Giles Family Holdings, Inc.<br>Through its agent for service of process<br>Alan C. Neely<br>405 S. Broad Street<br>New Tazewell, TN 37825-7243 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☒ No |
|  | 3. Service Type   ☒ Certified |
|  | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

File: 07-5980 - 3SAC

PS Form 3811                         Domestic Return Receipt



UNITED STATES POSTAL SERVICE
KNOXVILLE TN 379
19 OCT 2009 PM 1 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163