AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

**Cavalier Home, Inc.**

**Through its Agent for Service of Process**

**The Corporation Company**

**2000 Interstate Park Drive, Suite 204**

**Montgomery, Alabama 36109**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973

Third Supplemental & Amended

an answer to the complaint which is herewith served upon you, within ~~sixty (60)~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

Loretta G. Whyte

(BY) DEPUTY CLERK

DATE

Oct 07 2009

**RETURN OF SERVICE**

**2. Article Number**

71791000164500123494

**1. Article Addressed to:**

Cavalier Home, Inc.
Through its agent for service of process
The Corporation Company
2000 Interstate Park Drive, Ste 204
Montgomery, AL 36109

File: 07-5980 - 3SAC

PS Form 3811          Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X The Corporation Company        ☐ Agent
                                 ☐ Addressee

B. Received by (*Printed Name*)        C. Date of Delivery
The Corporation Company          10/19/09

D. Is delivery address different from Item 1?   ☐ Yes
   If YES enter delivery address below:         ☐ No

3. Service Type        ☒ Certified

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

UNITED STATES POSTAL SERVICE MONTGOMERY AL 36

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163