# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

v.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

**Cavalier Home Builders, LLC**

**Through its Agent for Service of Process**

**The Corporation Company**

**2000 Interstate Park Drive, Suite 204**

**Montgomery, Alabama 36109**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Gerald E. Meunier, Esq.
> Justin I. Woods, Esq.
> Co-Lead Plaintiffs Liaison Counsel
> Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
> 1100 Poydras Street, Suite 2800
> New Orleans, Louisiana 70163
> Telephone: 504/522-2304
> Facsimile: 504/528-9973

Third Supplemental & Amended an answer to the complaint which is herewith served upon you, within ~~sixty (60)~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| CLERK | DATE |
|---|---|
| Loretta G. Whyte | Oct 07 2009 |
| (BY) DEPUTY CLERK *B. Gregory* | |

**RETURN OF SERVICE**

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>71791000164500123500 | A. Signature ☐ Agent ☐ Addressee<br>X The Corporation Company<br>B. Received by (Printed Name): The Corporation Company  C. Date of Delivery: 10/19/09<br>D. Is delivery address different from Item 1? ☐ Yes   If YES enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Cavalier Home Builders, LLC<br>Through its agent for service of process<br>The Corporation Company<br>2000 Interstate Park Drive, Ste 204<br>Montgomery, AL 36109 | 3. Service Type  ☒ Certified<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

File: 07-5980 - 3SAC

PS Form 3811          Domestic Return Receipt

UNITED STATES POSTAL SERVICE MONTGOMERY AL 361
19 OCT 2009 PM 3 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163