AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

**Liberty Homes Inc.**

**Through its Agent for Service of Process**

**Edward J. Hussey**

**1101 Eisenhower Drive North**

**Goshen, IN 46527**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> **Gerald E. Meunier, Esq.**
> **Justin I. Woods, Esq.**
> **Co-Lead Plaintiffs Liaison Counsel**
> **Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.**
> **1100 Poydras Street, Suite 2800**
> **New Orleans, Louisiana 70163**
> **Telephone: 504/522-2304**
> **Facsimile: 504/528-9973**

THIRD SUPPLEMENTAL AND AMENDING          20

an answer to the/ complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte

CLERK

B. Gregory

(BY) DEPUTY CLERK

DATE

Oct 07 2009

**RETURN OF SERVICE**

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

A. Signature

X _Mike Cessen_    ☐ Agent    ☐ Addressee

7179100016450012399 9

B. Received by (Printed Name)    _Mike Cessen_    C. Date of Delivery    10-26-09

D. Is delivery address different from Item 1?    ☑ Yes
If YES enter delivery address below:    ☐ No

PO 35
46527

1. Article Addressed to:

Liberty Homes, Inc.
Through its agent for service of process
Edward J. Hussey
1101 Eisenhower Drive, North
Goshen, IN 46527

3. Service Type    ☒ Certified

4. Restricted Delivery? (Extra Fee)    ☐ Yes

File: 07-5980 - 3SAC

PS Form 3811    Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163