# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

SUMMONS IN A CIVIL CASE

CASE NUMBER: MDL 1873

SECTION "N-4"

TO: (Name and address of defendant)

**Del-Jen, Inc.**
**Through its agent for service of process**
**Corporation Service Company**
**320 Somerulos Street**
**Baton Rouge, LA   70802-6129**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone:  504/522-2304
Facsimile:   504/528-9973

**Third Supplemental & Amended**
an answer to the **complaint** which is herewith served upon you, within   **twenty (20)**   _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte
CLERK

*B. Gregory*

(BY) DEPUTY CLERK

DATE   Oct 9 2009

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ▌█▌▌█▌▌▌█▌▌▌▌█▌▌▌█▌▌▌▌█▌▌▌█▌▌▌█▌▌▌▌█▌▌▌█▌▌<br>71791000164500123647  01 | A. Signature  X _Stacy B. Burns_  ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name)  STACY B. BURNS | C. Date of Delivery  10/22/09 |
| 1. Article Addressed to:<br><br>Del-Jen, Inc.<br>Through its agent for service of process<br>Corporation Services Co.<br>320 Somerulos Street<br>Baton Rouge, LA 70802-6129 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES enter delivery address below:  ☐ No |
| | 3. Service Type       ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

File: 07-5980 - 3SAC

PS Form 3811                                Domestic Return Receipt



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163