# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

**Dutch Housing, Inc. d/b/a Champion Homes**

**Through its Agent for Service of Process**

**The Corporation Company**

**30600 Telegraph Road, Suite 2345**

**Bingham Farms, MI 48025**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973

Third Supplemental & Amended an answer to the complaint which is herewith served upon you, within ~~sixty (60)~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| CLERK | DATE |
|---|---|
| Loretta G. Whyte | Oct 07 2009 |
| B. Gregory | |
| (BY) DEPUTY CLERK | |

**RETURN OF SERVICE**

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>71791000164500123623 | A. Signature<br>x **The Corporation Company** ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name)    C. Date of Delivery<br>OCT 2 1 2009 |
| 1. Article Addressed to:<br><br>Dutch Housing, Inc., d/b/a Champion Homes<br>Through its agent for service of process<br>The Corporation Company<br>30600 Telegraph Rd, Ste 2345<br>Bingham Farms, MI 48025 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No |
| | 3. Service Type    ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |

File: 07-5980 - 3SAC

PS Form 3811      Domestic Return Receipt

UNITED STATES POSTAL SERVICE    ‖‖‖‖    First-Class Mail<br>Postage & Fees Paid<br>USPS<br>Permit No. G-10



Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163