# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

**Morgan Buildings & Spas, Inc.**

Through its Agent for Service of Process

C T Corporation System

5615 Corporate Boulevard, Suite 400B

Baton Rouge, LA 70808

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone:  504/522-2304
Facsimile:   504/528-9973

Third Supplemental & Amended an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte
CLERK

B. Gregory
(BY) DEPUTY CLERK

DATE

Oct 07 2009

**2. Article Number**

7179 1000 1645 0012 4040

1. Article Addressed to:

Morgan Bldgs. & Spas, Inc.
Through its agent for service of process
C. T. Corporation System
5615 Corporate Blvd, Ste 400B
Baton Rouge, LA 70808

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X CT, a Wolters Kluwer business
  5615 Corporate Blvd, Ste 400B
  Baton Rouge, LA 70808
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES enter delivery address below:        ☐ No

3. Service Type   ☒ Certified

4. Restricted Delivery? (Extra Fee)   ☐ Yes

File: 07-5980 - 3SAC
PS Form 3811                 Domestic Return Receipt

UNITED STATES POSTAL SERVICE  BATON ROUGE
                              LA 708 3
                              24 OCT 2009

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163