AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | SUMMONS IN A CIVIL CASE |
| V. | CASE NUMBER: MDL 1873 |
| | SECTION "N-4" |

TO: (Name and address of defendant)

Palm Harbor Homes, Inc.

Through its Agent for Service of Process

C T Corporation System

5615 Corporate Blvd, Suite 400B

Baton Rouge, LA 70808

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Gerald E. Meunier, Esq.
> Justin I. Woods, Esq.
> Co-Lead Plaintiffs Liaison Counsel
> Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
> 1100 Poydras Street, Suite 2800
> New Orleans, Louisiana 70163
> Telephone: 504/522-2304
> Facsimile: 504/528-9973

Third Supplemental and Amending Complaint
an answer to the/ complaint which is herewith served upon you, within ~~sixty (60)~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte

CLERK

B. Gregory

(BY) DEPUTY CLERK

DATE

Oct 07 2009

RETURN OF SERVICE

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌<br>71791000164500124101 | A. Signature<br>X CT a Wolters Kluwer business  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) CT Corporate Blvd, Ste 400B  C. Date of Delivery<br>Baton Rouge, LA 70808 |
| 1. Article Addressed to:<br><br>Palm Harbor Homes, Inc.<br>Through its agent for service of process<br>C. T. Corporation System<br>5615 Corporate Blvd., Ste 400B<br>Baton Rouge, LA 70808 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No |
| | 3. Service Type  ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |

File: 07-5980 - 3SAC

PS Form 3811                    Domestic Return Receipt

UNITED STATES POSTAL SERVICE
BATON ROUGE
LA 708 3
24 OCT 2009 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163