# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | SUMMONS IN A CIVIL CASE |
| V. | CASE NUMBER: MDL 1873 |
| | SECTION "N-4" |

TO: (Name and address of defendant)

**Giles Industries of Tazewell, Incorporated**

**Through its Agent for Service of Process**

**Alan C. Neely**

**405 S. Broad Street**

**New Tazewell, TN 37825-7243**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile:  504/528-9973

Third Supplemental & Amended
an answer to the complaint which is herewith served upon you, within ~~sixty (60)~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| Loretta G. Whyte | |
|---|---|
| CLERK | DATE |
| B. Gregory | Oct 07 2009 |
| (BY) DEPUTY CLERK | |

**RETURN OF SERVICE**

**2. Article Number**

7179 1000 1645 0012 3807

**1. Article Addressed to:**

Giles Industries of Tazewell, Inc.
Through its agent for service of process
Alan C. Neely
405 S. Broad Street
New Tazewell, TN 37825-7243

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Pat Daniels_  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): Pat Daniels
C. Date of Delivery: 10/19/09

D. Is delivery address different from item 1? ☐ Yes  ☑ No
If YES enter delivery address below:

3. Service Type: ☒ Certified

4. Restricted Delivery? (Extra Fee) ☐ Yes

File: 07-5980 - 3SAC
PS Form 3811                Domestic Return Receipt

UNITED STATES POSTAL SERVICE  KNOXVILLE TN 379
19 OCT 2009 PM 4 L
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163