# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION<br><br>V. | SUMMONS IN A CIVIL CASE<br><br>CASE NUMBER: **MDL 1873**<br><br>SECTION "N-4" |

TO: (Name and address of defendant)

**Champion Enterprises, Inc.**

The Corporation Company
30600 Telegraph Road, Ste 2345
Bingham Farms, MI  48025

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone:  504/522-2304
Facsimile:   504/528-9973

Third Supplemental & Amended
an answer to the complaint which is herewith served upon you, within ~~sixty (60)~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte                                                                      Oct 07 2009

CLERK  /s/ B. Gregory                                                              DATE

(BY) DEPUTY CLERK

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>7179 1000 1645 0012 3548 | A. Signature  x **The Corporation Company** ☐ Agent / ☐ Addressee |
| | B. Received by (Printed Name)   C. Date of Delivery   OCT 2 1 2009 |
| 1. Article Addressed to:<br><br>Champion Enterprises, Inc.<br>Through its agent for service of process<br>The Corporation<br>30600 Telegraph Rd., Ste 2345<br>Bingham Farms, MI 48025 | D. Is delivery address different from item 1? ☐ Yes  If YES enter delivery address below: ☐ No |
| | 3. Service Type   ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |

File: 07-5980 - 3SAC

PS Form 3811            Domestic Return Receipt

UNITED STATES POSTAL SERVICE        

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163

