# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

**Coachmen Industries, Inc.**

**Through its Agent for Service of Process**

**Corporation Service Company**

**251 East Ohio Street, Suite 500**

**Indianapolis, IN 46204**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973

Third Supplemental & Amended an answer to the complaint which is herewith served upon you, within ~~sixty (60)~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK
Loretta G. Whyte

(BY) DEPUTY CLERK

DATE
Oct 07 2009

RETURN OF SERVICE

UNITED STATES POSTAL SERVICE
INDIANAPOLIS IN 46
20 OCT 2009 PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163

2. Article Number

7179 1000 1645 0012 3555

1. Article Addressed to:

Coachmen Industries, Inc.
Through its agent for service of process
Corporation Service Company
251 East Ohio St., Ste 500
Indianapolis, IN 46204

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☒ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES enter delivery address below:

OCT 20 2009

3. Service Type USPS  ☒ Certified
4. Restricted Delivery? (Extra Fee) ☐ Yes

File: 07-5980 - 3SAC

PS Form 3811    Domestic Return Receipt