AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

**Alliance Homes, Inc. d/b/a Adrian Homes**

**Through its Agent for Service of Process**

**G. Hiller Spann, CEO**
**P. O. Box 266**
**Adrian, GA 31002**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Gerald E. Meunier, Esq.**
**Justin I. Woods, Esq.**
**Co-Lead Plaintiffs Liaison Counsel**
**Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.**
**1100 Poydras Street, Suite 2800**
**New Orleans, Louisiana 70163**
**Telephone:  504/522-2304**
**Facsimile:   504/528-9973**

**Third Supplemental & Amended**
an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the
complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  Loretta G. Whyte

DATE  Oct 07 2009

(BY) DEPUTY CLERK

**2. Article Number**

┃║┃║║┃║║┃║║┃║║┃║║┃║║┃║║┃║┃║║┃┃║║┃║║┃

7179 1000 1645 0012 3449

**1. Article Addressed to:**

Alliance Homes, Inc.
d/b/a Adrian Homes
Glinn H. Spann, CEO
734 E. Main St., P. O. Box 266
Adrian, GA 31002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Alla Jo Smith*      ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
*Alla Jo Smith*                    10-20-09

D. Is delivery address different from item 1?  ☒ Yes
   If YES enter delivery address below:          ☐ No

PO Box 266
Adrian, GA 31002

3. Service Type     ☒ Certified

4. Restricted Delivery? (Extra Fee)     ☐ Yes

File: 07-5980 - 3SAC

PS Form 3811          Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163