AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

**Dutchmen Manufacturing, Inc.**

**Through its Agent for Service of Process**

**CT Corporation System**

**251 E. Ohio Street, Suite 1100**

**Indianapolis, IN 46204**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Gerald E. Meunier, Esq.
> Justin I. Woods, Esq.
> Co-Lead Plaintiffs Liaison Counsel
> Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
> 1100 Poydras Street, Suite 2800
> New Orleans, Louisiana 70163
> Telephone: 504/522-2304
> Facsimile: 504/528-9973

Third Supplemental & Amended
an answer to the **complaint** which is herewith served upon you, within ~~sixty (60)~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte
CLERK

DATE

B. Gregory
(BY) DEPUTY CLERK

Oct 07 2009

**RETURN OF SERVICE**

**2. Article Number**

7179 1000 1645 0012 3630

1. Article Addressed to:

Dutchmen Manufacturing Inc.
Through its agent for service of process
C. T. Corporation
251 E. Ohio St., Ste 1100
Indianapolis, IN 46204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name) ood
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES enter delivery address below:

OCT 20 2009

3. Service Type    ☒ Certified
USPS

4. Restricted Delivery? (Extra Fee)    ☐ Yes

File: 07-5980 - 3SAC

PS Form 3811        Domestic Return Receipt

UNITED STATES POSTAL SERVICE  INDIANAPOLIS IN
20 OCT 2009 PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163