UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO:

ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT UNITED STATES OF AMERICA'S NOTICE OF THE GOVERNMENT DISPOSAL OF TEMPORARY EMERGENCY HOUSING UNITS

Given the significant number of inquiries from parties involved in this litigation, the United States hereby provides notice of the General Service Administration's ("GSA") auction of excess Federal Emergency Management Agency ("FEMA") temporary emergency housing units ("EHU") used in response to house disaster aid recipient in response to Hurricanes Katrina and Rita.

Consistent with the Court's June 29, 2009, Order, at 5:00 p.m. C.S.T., January 1, 2010,[1] the United States through the GSA published on its website a request for Invitations for Bids for various lots of excess temporary emergency housing units located at various FEMA storage

---

[1] The Court through its June 29, 2009, Order (Rec. Doc. 2008) granted the Plaintiffs' Steering Committee's ("PSC") Motion and Ordered that until January 1, 2010, FEMA may not sell, donate, or dispose of matched temporary emergency housing units without providing proper notification to counsel for plaintiffs and providing counsel with access to the units for appropriate, non-destructive testing and preservation of evidence. Consistent with the Court's Order the United States between June 29, 2009 and December 31, 2009, issued Notices disclosing the FEMA's intent to dispose of various excess EHUs and provided parties with access to such units for purpose of inspection and testing prior to their disposal. The Court's Order requiring the United States to provide Notice of its intent to dispose and allow the parties access to matched EHUs expired on January 1, 2010. *See* Order (Rec. Doc. 2008).

facilities. *See* http://gsaauctions.gov/gsaauctions/gsaauctions/ .[2]/ The sale of these lots of units will close on January 15, 2010. *Id*. The following lots are being offered for sale.[3]/

| **Exhibit** | **Location** | **Description** |
| --- | --- | --- |
| Exhibit 1 | Lumberton Staging Area, Lumberton, MS | 9,475 Travel Trailers |
| Exhibit 2 | Purvis Staging Area, Purvis, MS | 2,712 Travel Trailers |
| Exhibit 3 | Melville Staging Area, Melville, LA | 21,012 Travel Trailers, 886 Mobile Homes, 737 Park Models |
| Exhibit 4 | Sherwood Staging Area, Baton Rouge, LA | 3 Travel Trailers, 174 Mobile Homes, 418 Park Models |
| Exhibit 5 | Deridder Staging Area, Deridder, LA | 3580 Travel Trailers, 2291 Mobile Homes, 597 Park Models |
| Exhibit 6 | Hope Staging Area, Hope, AR | 11,264 Travel Trailers, 3719 Mobile Homes, 30 Park Models |
| Exhibit 7 | Lottie Staging Area, Lottie, LA | 21,715 Travel Trailers, 19 Park Models |
| Exhibit 8 | Columbia Staging Area, Columbia, MS | 2 Park Model, 9102 Travel Trailers |

---

[2]/   The United States has sought to identify and place a litigation hold on any unit that may be the subject a of Bellwether Trial. Specifically, the United States has a litigation hold on the (1) unit occupied by Ms. Earline Castanel, (2) Paul Lastrapes, (3) Kenneth Risch, (4) Jonah Stevenson, and (5) nineteen units manufactured by Gulf Stream Coach, Inc. The unit occupied by Mr. David McGraw was reported as stolen and was never returned to FEMA, and the unit apparently occupied by one of the 20 proposed Gulf Stream Coach, Inc. September 13, 2010, bellwether plaintiffs is not in FEMA's possession or custody. The United States will hold these units until expiration of the applicable Scheduling Order deadline for completion of Inspection and Testing and/or selection of the Gulf Stream Coach, Inc., bellwether Plaintiff(s).

[3]/   There are in excess of thirty listings of auctions for Travel Trailers, Tractors, and Mobile Homes on the GSA website. Undersigned counsel believes that these thirteen auctions identified in this Notice include EHUs that may have been used by disaster aid recipients after Hurricanes Katrina and Rita. However, the other ongoing auctions may also contain EHUs used by disaster aid recipients and any interested party should review the information provided on the GSA website.

| Exhibit | Location | Description |
|---|---|---|
| Exhibit 9 | Hickory Grove Staging Area, Lumberton, MS | 153 Park Models, 957 Mobile Homes, 3,452 Travel Trailers |
| Exhibit 10 | Selfield Staging Area, Selma, AL | 4,864 Travel Trailers, 291 Park Model Mobile Homes, 85 Mobile Homes |
| Exhibit 11 | Carnes Staging Area, Carnes, MS | 2,251 Travel Trailers, 149 Mobile Homes, 12 Park Models |
| Exhibit 12 | Craig Field Staging Area, Selma, AL | 733 Mobile Homes, 170 Park Model Mobile Homes, 1676 Travel Trailers |
| Exhibit 13 | Ft. Pierce Staging Area, Port St. Lucie, FL | 1 Park Model Mobile Home, 27 Mobile Homes, 940 Travel Trailers |

The close time for bids on these auction is 5:00 p.m. C.S.T., January 15, 2010.  Upon GSA's acceptance of a bid, the United States will no longer own these units and will be unable to authorize or allow persons access to the units.[4]/

Numerous parties have contacted Government counsel seeking information regarding these invitations for bids.  This auction is being conducted by GSA and Government Counsel assigned to this litigation has no responsibility or duties relating to these sales.  Information relating to purchasing any of these lots of EHUs, identity of the specific units (Vehicle Identification Number and FEMA Barcode Number) being offered as part of any lot, and/or the terms and conditions of the Government's sale of these units is available at the following website:

http://gsaauctions.gov/gsaauctions/gsaauctions/

---

[4]/    The United States has informed Plaintiffs' Liaison Counsel ("PLC") that the United States and FEMA will continue to allow the parties access to the FEMA Storage Sites and the EHUs after January 1, 2010, for purpose of inspection and so long as it does not interfere with the Government's disposal of EHUs.  Upon completion of the sale of these units, the United States will no longer be the owner of the units and will lack authority to allow parties to access the units.

That website provides information regarding GSA sale of government property, and the link under the "Browse Today's Auctions" titled "Trailers, Tractors, and Manufactured Housing" will direct interested parties to the thirteen links relating to the auctions of these thirteen lots.

Dated: January 10, 2010                                     Respectfully Submitted,

TONY WEST                                                   ADAM BAIN
Assistant Attorney General, Civil Division                  Senior Trial Counsel

J. PATRICK GLYNN                                            ADAM DINNELL
Director, Torts Branch, Civil Division                      MICHELE GREIF
                                                            JONATHAN WALDRON
DAVID S. FISHBACK                                           Trial Attorneys
Assistant Director

                                                            //S// *Henry T. Miller*
                                                            HENRY T. MILLER (D.C. Bar No. 411885)
OF COUNSEL:                                                 Senior Trial Counsel
JORDAN FRIED                                                United States Department of Justice
Associate Chief Counsel                                     Civil Division – Torts Branch
                                                            P.O. Box 340, Ben Franklin Station
JANICE WILLIAM-JONES                                        Washington, D.C. 20004
Trial Attorney                                              Telephone No: (202) 616-4223
FEMA/DHS                                                    E-mail: Henry.Miller@USDOJ.Gov
Department of Homeland Security
Washington, D.C. 20472                                      Attorneys for the United States of America

## CERTIFICATE OF SERVICE

    I hereby certify that on January 10, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system a copy thereof was served upon Liaison Counsel.

                                        //S// *Henry T. Miller*
                                        HENRY T. MILLER (D.C. Bar No. 411885)