

# GSA Auctions®
General Services Administration
... a GovSales.gov partner

Search entire site [Search]
Advanced Search  Search Tips

Home  RSS  FAQs  Abbreviations  About GSA Auctions®  Terms & Conditions  Pricing Guides  Contact Us  Credit Card Form

Browse Auctions: Please Select  •  Browse States: Search By State  •

Click Here to Login    Register  Login Help

***Warning: These auctions are for viewing purposes only. Please **register**/**login** in order to bid.***

**All Categories > Trailers, Tractors and Manufactured Housing**

[Back]    [Refresh] [Help]

| | Item Name | Sale-Lot Number | Current Bid | State | Number of Bidders | Close Time (*) Possible Extension. See Bidding Rules. | Add to Favorites |
|---|---|---|---|---|---|---|---|
| [Bid] | 2712 TRAVEL TRAILERS | 41QSCI10195001 | 451,000 USD | MS | 5 | 01/15 04:00 PM CT * | |

Item Description  Bidding Details  Bidding Rules  Bid History   SHARE    GSA Auctions® official time 12:59 PM CT  [View List]

**NOTE: Bidders wanting the Title, SF97, issued in their business/company name MUST register as a company. No changes will be made after award.**

ONE LOT TO CONSIST 2712 EA TRAVEL TRAILERS. REPAIRS REQUIRED. DEFICIENCIES DO NOT PRECLUDE THE POTENTIAL THAT THERE MAY BE OTHER SIGNIFICANT REPAIRS REQUIRED. LOTS MAY INCLUDE UNUSED, REFURBISHED AND/OR NON-REFURBISHED UNITS. PROPERTY MUST BE REMOVED WITHIN 90 BUSINESS DAYS FROM THE DATE AND TIME OF AWARD EMAIL NOTIFICATION. THIS SUPERSEDES THE REMOVAL CLAUSE IN THE ONLINE SALES TERMS AND CONDITIONS. THIS SALE IS SUBJECT TO ANTITRUST LAWS IN ACCORDANCE WITH 40 U.S.C. 559. IF THE HIGH BID MEETS OR EXCEEDS THE THRESHOLD AMOUNT AS STATED IN THE U.S.C. 559, THE HIGH BID WILL BE SUBJECT TO REVIEW BY THE U.S. ATTORNEY GENERAL PRIOR TO FINALIZATION OF AWARD. THEREFORE, BIDS ARE BINDING AND GSA AUCTIONS WILL MAKE AWARD WITHIN 60 DAYS, IF NOT SOONER, AFTER RECEIPT OF THE ADVICE OF THE ATTORNEY GENERAL OF WHETHER THE DISPOSITION WOULD BE INCONSISTENT WITH ANTITRUST LAW. THIS PROVISION SUPERSEDES THE ONLINE SALE TERMS AND CONDITIONS IN WHICH YOU ACCEPTED WHEN YOU FIRST REGISTERED. BY SUBMISSION OF YOUR BID ON THIS AUCTION, YOU HEREBY AGREE TO THE TERMS AND CONDITIONS OF THIS SALE INCLUDING THIS AMENDED PROVISION. ADDITIONAL DEFICIENCIES ARE UNKNOWN. IF THE SUCCESSFUL BIDDER DOES NOT REMOVE THE REQUIRED NUMBER OF UNITS IN THE REQUIRED TIMEFRAME THE TERMINATION OF THIS CONTRACT COULD RESULT AND THE SUCCESSFUL BIDDER WILL BE PLACED INTO DEFAULT. AS A DEFAULTED BIDDER, THE SUCCESSFUL BIDDER WILL BE RESPONSIBLE FOR THE PAYMENT OF THE LIQUIDATED DAMAGES, AND ADMINISTRATIIVE FEE FOR THE PROCESSING AND THE RE-HAULING OF THE ITEM(S) FOR WHICH THE SUCCESSFUL BIDDER NEGLECTED TO REMOVE THE REQUIRED NUMBER WITHIN THE REQUIRED TIMEFRAMES. THE CHARGE WILL TOTAL 20% OF THE PURCHASE PRICE OF THE AWARD AMOUNTS. FURTHER, IF AN ITEM OR LOT HAS BEEN PAID FOR BUT ONLY A PORTION OF THE LOT HAS BEEN REMOVED, THE SUCCESSFUL BIDDER WILL STILL BE CONSIDERED "IN DEFAULT", AND THEY WILL NOT BE ENTITLED TO A PARTIAL REFUND (THE DIFFERENCE OF 20% OR $200). THE GOVERNMENT SHALL BE ENTITLED TO RETAIN THIS AMOUNT OF THE PURCHASE PRICE OF THIS AUCTION. THIS PROVISION SUPERSEDES THE REMOVAL CLAUSE AND ADDS PROVISION TO THE DEFAULT CLAUSE IN THE ONLINE SALE TERMS AND CONDITIONS. BY SUBMISSION OF YOUR BID ON THIS AUCTION, YOU HEREBY AGREE TO THE TERMS AND CONDITIONS OF THIS SALE INCLUDING THIS AMENDED PROVISION. INCREMENTAL REMOVALS ARE REQUIRED. 17% OF THE UNITS MUST BE REMOVED WITHIN THE FIRST 15 DAYS, 34% MUST BE REMOVED, IN TOTAL, WITHIN 30 DAYS, 51% MUST BE REMOVED, IN TOTAL, WITHIN 45 DAYS, 68% MUST BE REMOVED, IN TOTAL, WITHIN 60 DAYS, AND COMPLETE REMOVAL OF ALL UNITS WITHIN 90 DAYS, MAY 25, 2010. PLEASE CLICK ON LINK BELOW FOR MORE DETAILED INFORMATION. DUE TO U.S. TREASURY REGULATIONS, WE WILL NOT ACCEPT CREDIT CARD PAYMENTS FOR ANY AWARD OVER $99,999.00.

**GVWR (Gross Vehicle Weight Rating) will not be provided.**

THE CONDITION OF THE PROPERTY IS NOT WARRANTED.
Click here for additional details on this sale

When bidding, bidders must read & accept a Sales Certification

**THE GOVERNMENT MAY NOT HAVE TESTED ALL OF THESE**



For Better View, Click on Photo

**This may be a representative photo, not an actual photo of the unit(s) being sold.**

Additional pictures- Mouse Over or click to enlarge





EXHIBIT
2

**UNITS FOR FORMALDEHYDE.**

**Formaldehyde is used in the manufacture of travel trailers, park models and manufactured housing and may still be present in these units. Please ensure you read these links which provide additional environmental guidance on these units:**
Indoor Air Quality and Health in FEMA Temporary Housing
What You Should Know About Formaldehyde in Manufactured Housing
Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-making
Click here for pricing guides

**Special Inspection Information:**
TT INSPECTION: MONDAY-FRIDAY FROM 8 AM UNTIL 3 PM. CLOSED WEEKENDS AND HOLIDAYS. ALL VISITORS MUST HAVE PHOTO ID. REMOVAL
BY APPOINTMENT ONLY. NO REMOVAL ONE DAY AFTER SALE ENDS.

**PETS ARE NOT ALLOWED AND CHILDREN MUST BE CLOSELY SUPERVISED.**

**Please contact the custodian for inspection dates and times and for removal arrangements.**

Successful bidders are cautioned that they will be responsible for loading and removal of any and all property awarded to them from the exact place where the property is located, as indicated below

**Property Location and inquiries/questions regarding property, its inspection and/or removal:**
FEMA
Purvis Staging Area
246 Brooklyn Road
Purvis, MS  39475
Contact: Yvette Caraway
Phone: 601-744-0511
Fax: 601-794-4115
YVETTE.CARAWAY@DHS.GOV

**For inquiries/questions regarding payment, contact the following sales office:**
GSA, FAS, 4QSCC
SALES OFFICE, STE. 2700
401 WEST PEACHTREE STREET
ATLANTA , GA 30308
Phone: 404-331-0040
Fax: 404-331-7584

**For inquiries/questions regarding contractual issues, contact the following sales contracting officer/property disposal specialist:**
CHARMAINE BAILEY
Phone: 404-331-3067
CHARMAINE.BAILEY@GSA.GOV