

# GSA Auctions®
## General Services Administration
... a GovSales.gov partner

Search entire site [Search]
Advanced Search    Search Tips

Home  RSS  FAQs  Abbreviations  About GSA Auctions®  Terms & Conditions  Pricing Guides  Contact Us  Credit Card Form

Browse Auctions: Please Select • Browse States: Search By State •

[Click Here to Login]   Register / Login Help

***Warning: These auctions are for viewing purposes only. Please **register**/**login** in order to bid.***

**All Categories > Trailers, Tractors and Manufactured Housing**

[Back]   [Refresh]  [Help]

| Item Name | Sale-Lot Number | Current Bid | State of | Number of Bidders | Close Time (*) Possible Extension. See Bidding Rules. | Add to Favorites |
|---|---|---|---|---|---|---|
| [Bid] ONE LOT OF 21715 TRAVEL TRAILERS AND 19 PARK MODEL | 71QSCI10713001 | 1,501,000 USD (Reserve Not Met) | LA | 9 | 01/15 04:30 PM CT * | |

Item Description   Bidding Details   Bidding Rules   Bid History   SHARE     GSA Auctions® official time 01:00 PM CT  [View List]

NOTE: Bidders wanting the Title, SF97, issued in their business/company name MUST register as a company. No changes will be made after award.

CLICK ON THE LINK BELOW FOR A COMPLETE DESCRIPTION OF THIS LOT - ONE LOT CONSISTING OF 21715 TRAVEL TRAILERS, AND 19 PARK MODELS. (703112930900001- 21734) REPAIRS REQUIRED/DEFICIENCIES DO NOT PRECLUDE THE POTENTIAL THAT THERE MAY BE OTHER SIGNIFICANT REPAIRS REQUIRED/LOTS MAY INCLUDE UNUSED, REFURBISHED AND/OR NON-REFURBISHED UNITS/SOME DAMAGES INCLUDE, BUT ARE NOT LIMITED TO: WATER INTRUSION DAMAGE, MISSING AND INOPERABLE COMPONENTS, STORM DAMAGE, USAGE AND ROAD STRUCTURAL DAMAGE/PERSONAL VIEWING-INSPECTION IS RECOMMENDED/SUCCESSFUL BIDDER WILL BE RESPONSIBLE FOR ENSURING ROADWORTHINESS AND SAFETY UPON REMOVAL FROM SALE SITE/PROPERTY MUST BE REMOVED WITHIN 240 BUSINESS DAYS FROM THE DATE AND TIME OF AWARD EMAIL NOTIFICATION/IF THE SUCCESSFUL BIDDER DOES NOT REMOVE THE REQUIRED NUMBER OF UNITS IN THE REQUIRED TIMEFRAME, THE TERMINATION OF THE CONTRACT COULD RESULT AND THE SUCCESSFUL BIDDER WILL BE PLACED INTO DEFAULT/AS A DEFAULTED BIDDER, THE SUCCESSFUL BIDDER WILL BE RESPONSIBLE FOR THE PAYMENT OF LIQUIDATED DAMAGES, AN ADMINISTRATIVE FEE FOR THE PROCESSING AND THE RE-HANDLING OF THE ITEM(S) FOR WHICH THE SUCCESSFUL BIDDER NEGLECTED TO REMOVE THE REQUIRED NUMBER WITHIN THE REQUIRED TIMEFRAMES/THE CHARGE WILL TOTAL 20% OF THE PURCHASE PRICE OF THE AWARD AMOUNTS/THE GOVERNMENT SHALL BE ENTITLED TO RETAIN THIS AMOUNT OF THE PURCHASE PRICE OF THIS AUCTION/THIS PROVISION SUPERSEDES THE REMOVAL CLAUSE AND ADDS PROVISION TO THE DEFAULT CLAUSE IN THE ONLINE SALE TERMS AND CONDITIONS/BY SUBMISSION OF YOUR BID ON THIS AUCTION, YOU HEREBY AGREE TO THE TERMS AND CONDITIONS OF THIS SALE INCLUDING THIS AMENDED PROVISION/THIS SALE IS SUBJECT TO THE ANTITRUST LAWS IN ACCORDANCE WITH 40 U.S.C. 559/IF THE HIGH BID MEETS OR EXCEEDS THE THRESHOLD AMOUNT AS STATED IN 40 U.S.C. 559, THE HIGH BID WILL BE SUBJECT TO REVIEW BY THE U.S. ATTORNEY GENERAL PRIOR TO FINALIZATION OF AWARD/THEREFORE, BIDS ARE BINDING AND GSA AUCTIONS WILL MAKE AWARD WITHIN 60 DAYS, IF NOT SOONER, AFTER RECEIPT OF THE ADVICE OF THE ATTORNEY GENERAL OF WHETHER THE DISPOSITION WOULD BE INCONSISTENT WITH ANTITRUST LAW/THIS PROVISION SUPERSEDES THE ONLINE SALE TERMS AND CONDITIONS IN WHICH YOU ACCEPTED WHEN YOU FIRST REGISTERED/BY SUBMISSION OF YOUR BID ON THIS AUCTION, YOU HEREBY AGREE TO THE TERMS AND CONDITIONS OF THIS SALE INCLUDING THIS AMENDED PROVISION/ADDITIONAL DEFICIENCIES ARE UNKNOWN/ INCREMENTAL REMOVALS ARE REQUIRED/6% OF THE UNITS MUST BE REMOVED WITHIN THE FIRST 15 DAYS, 13% MUST BE REMOVED, IN TOTAL, WITHIN 30 DAYS, 19% MUST BE REMOVED, IN TOTAL, WITHIN 45 DAYS, 25% MUST BE REMOVED, IN TOTAL, WITHIN 60 DAYS, 37% MUST BE REMOVED, IN TOTAL, WITHIN 90 DAYS, 50% MUST BE REMOVED, IN TOTAL, WITHIN 120 DAYS, 75% MUST BE REMOVED, IN TOTAL, WITHIN 180 DAYS, AND COMPLETE REMOVAL OF ALL UNITS WITHIN 240 DAYS/DUE TO U.S. TREASURY REGULATIONS, WE WILL NOT ACCEPT CREDIT CARD PAYMENTS FOR ANY AWARD OVER $99,999.

**GVWR (Gross Vehicle Weight Rating) will not be provided.**

THE CONDITION OF THE PROPERTY IS NOT WARRANTED.



For Better View, Click on Photo

**This may be a representative photo, not an actual photo of the unit(s) being sold.**

Additional pictures- Mouse Over or click to enlarge



EXHIBIT 7

Click here for additional details on this sale

**When bidding, bidders must read & accept a** Sales Certification

**THE GOVERNMENT MAY NOT HAVE TESTED ALL OF THESE UNITS FOR FORMALDEHYDE.**

**Formaldehyde is used in the manufacture of travel trailers, park models and manufactured housing and may still be present in these units. Please ensure you read these links which provide additional environmental guidance on these units:**
Indoor Air Quality and Health in FEMA Temporary Housing
What You Should Know About Formaldehyde in Manufactured Housing
Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-making
Click here for pricing guides

**Special Inspection Information:**
**INSPECTION AND REMOVALS-M-F 8AM-2PM; NO INSPECT OR REMOVAL ON WEEKENDS & HOLIDAYS**NO REMOVAL 1-DAY AFTER SALE ENDS/BY APPOINTMENT ONLY** **PAY BY 01/22/10-REMOVE BY 12/30/10

**PETS ARE NOT ALLOWED AND CHILDREN MUST BE CLOSELY SUPERVISED.**

**Please contact the custodian for inspection dates and times and for removal arrangements.**

Successful bidders are cautioned that they will be responsible for loading and removal of any and all property awarded to them from the exact place where the property is located, as indicated below

**Property Location and inquiries/questions regarding property, its inspection and/or removal:**
Lottie, Thss
5310 Old State Hwy
Lottie, LA 70756
Contact: Thomas Taylor
Phone: 225-637-4658
Fax: 225-637-4663
THOMAS.V.TAYLOR1@DHS.GOV

**For inquiries/questions regarding payment, contact the following sales office:**
GSA, FAS, 7QSCC
SALES OFFICE, ROOM 13A05
819 TAYLOR STREET
FORT WORTH , TX 76102
Phone: 817-574-2352
Fax: 817-574-2367

**For inquiries/questions regarding contractual issues, contact the following sales contracting officer/property disposal specialist:**
CHARLOTTE SAID
Phone: 817-574-2358
CHARLOTTE.SAID@GSA.GOV