## GSA Auctions®
General Services Administration ... a GovSales.gov partner

Search entire site  [Search]
Advanced Search    Search Tips

Home  RSS  FAQs  Abbreviations  About GSA Auctions®  Terms & Conditions  Pricing Guides  Contact Us  Credit Card Form

Browse Auctions: Please Select • Browse States: Search By State •

[Click Here to Login]  Register  Login Help

***Warning: These auctions are for viewing purposes only. Please **register/login** in order to bid.***

**All Categories > Trailers, Tractors and Manufactured Housing**

[Back]   [Refresh] [Help]

| Item Name | Sale-Lot Number | Current Bid | Number State of Bidders | Close Time (*) Possible Extension. See Bidding Rules. | Add to Favorites |
|---|---|---|---|---|---|
| [Bid] 153 PARK MDL,957 MOBILE HOMES,3452 TRAVELTRAILERS | 41QSCI10197001 | 500,000 USD | MS 5 | 01/15 05:00 PM CT * | |

Item Description  Bidding Details  Bidding Rules  Bid History  SHARE   GSA Auctions® official time 01:00 PM CT  [View List]

NOTE: Bidders wanting the Title, SF97, issued in their business/company name MUST register as a company. No changes will be made after award.

ONE LOT TO CONSIST OF 153 PARK MODELS MHS, 957 MOBILE HOMES AND 3452 TRAVEL TRAILERS, MAJOR MISSING: SOME WHEELS, TIRES, FURNITURE AND APPLIANCES, INTERNAL DAMAGE: UNITS ARE USED AND WORN, SOME HAVE DAMAGED, MISSING PARTS AND COMPONENTS, EXTERNAL DAMAGE: SOME MAY HAVE SMALL HOLES, DENTS, FLAT TIRES, SOME ARE MISSING WINDOWS, OPTIONS: MOST HAVE FURNITURE AND APPLIANCES.*** PERSONAL VIEWING IS RECOMMENDED*** REPAIRS REQUIRED DEFICIENCIES DO NOT PRECLUDE THE POTENTIAL THAT THERE MAY BE OTHER SIGNIFICANT REPAIRS REQUIRED. LOTS MAY INCLUDE UNUSED, REFURBISHED AND/OR NON-REFURBISHED UNITS." PROPERTY MUST BE REMOVED WITHIN 90 BUSINESS DAYS FROM THE DATE AND TIME OF AWARD EMAIL NOTIFICATION IF THE SUCCESSFUL BIDDER DOES NOT REMOVE THE REQUIRED NUMBER OF UNITS IN THE REQUIRED TIMEFRAME THE TERMINATION OF THE CONTRACT COULD RESULT AND THE SUCCESSFUL BIDDER WILL BE PLACED IN DEFAULT. AS A DEFAULTED BIDDER, THE SUCCESSFUL BIDDER WILL BE RESPONSIBLE FOR THE PAYMENT OF LIQUIDATED DAMAGES, AN ADMINISTRATIVE FEE FOR THE PROCESSING AND THE RE-HANDLING OF THE ITEM(S) FOR WHICH THE SUCCESSFUL BIDDER NEGLECTED TO REMOVE THE REQUIRED NUMBER WITHIN THE REQUIRED TIMEFRAMES. THE CHARGE WILL TOTAL 20% OF THE PURCHASE PRICE OF THE AWARD AMOUNTS.THE GOVERNMENT SHALL BE ENTITLED TO RETAIN THIS AMOUNT OF THE PURCHASE PRICE OF THIS AUCTION THIS PROVISION SUPERSEDES REMOVAL CLAUSE AND ADDS PROVISION TO THE DEFAULT CLAUSE IN THE ONLINE SALE TERMS AND CONDITIONS. BY SUBMISSION OF YOUR BID ON THIS AUCTION, YOU HEREBY AGREE TO THE TERMS AND CONDITIONS OF THIS SALE INCLUDING THIS AMENDED PROVISION." THIS SALE IS SUBJECT TO THE ANTITRUST LAWS IN ACCORDANCE WITH 40 U.S.C. 559/IF THE HIGH BID MEETS OR EXCEEDS THE THRESHOLD AMOUNT AS STATED IN 40 U.S.C. 559, THE HIGH BID WILL BE SUBJECT TO REVIEW BY THE U.S. ATTORNEY GENERAL PRIOR TO FINALIZATION OF AWARD/THEREFORE BIDS ARE BINDING AND GSA AUCTIONS WILL MAKE AWARD WITHIN 60 DAYS IF NOT SOONER, AFTER RECEIPT OF THE ADVICE OF THE ATTORNEY GENERAL OF WHETHER THE DISPOSITION WOULD BE INCONSISTENT WITH ANTITRUST LAW/THIS PROVISION SUPERSEDES THE ONLINE SALE TERMS AND CONDITIONS IN WHICH YOU ACCEPTED WHEN YOU FIRST REGISTERED BY SUBMISSION OF YOUR BID ON THIS AUCTION, YOU HEREBY AGREE TO THE TERMS AND CONDITIONS OF THIS SALE INCLUDING THIS AMENDED PROVISION ADDITIONAL DEFICIENCIES ARE UNKNOWN. ****FOR MORE DETAILED INFORMATION CLICK ON LINK BELOW*****. "INCREMENTAL REMOVALS ARE REQUIRED. 17% OF THE UNITS MUST BE REMOVED WITHIN THE FIRST 15 DAYS, 34% MUST BE REMOVED, IN TOTAL, WITHIN 30 DAYS, 51% MUST BE REMOVED, IN TOTAL, WITHIN 45 DAYS, 68% MUST BE REMOVED, IN TOTAL, WITHIN 60 DAYS, AND COMPLETE REMOVAL OF ALL UNITS WITHIN 90 DAYS, COMPLETED BY MAY 25, 2010 ***DUE TO U.S. TREASURY REGULATIONS, WE WILL NOT ACCEPT CREDIT CARD PAYMENTS FOR ANY AWARD OVER $99,999.00.***

GVWR (Gross Vehicle Weight Rating) will not be provided.

THE CONDITION OF THE PROPERTY IS NOT WARRANTED.
Click here for additional details on this sale

When bidding, bidders must read & accept a Sales Certification


For Better View, Click on Photo

**This may be a representative photo, not an actual photo of the unit(s) being sold.**

Additional pictures- Mouse Over or click to enlarge




EXHIBIT 9

**THE GOVERNMENT MAY NOT HAVE TESTED ALL OF THESE UNITS FOR FORMALDEHYDE.**

**Formaldehyde is used in the manufacture of travel trailers, park models and manufactured housing and may still be present in these units. Please ensure you read these links which provide additional environmental guidance on these units:**
Indoor Air Quality and Health in FEMA Temporary Housing
What You Should Know About Formaldehyde in Manufactured Housing
Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-making
Click here for pricing guides

**Special Inspection Information:**
INSPECTION MONDAY THRU FRIDAY 8:00 AM TO 3:00 PM
CLOSED WEEKENDS AND HOLIDAYS, ALL VISITORS MUST HAVE PHOTO ID
REMOVALS BY APPOINT. ONLY. NO REMVOAL ONE DAY AFTER SALE ENDS.

**PETS ARE NOT ALLOWED AND CHILDREN MUST BE CLOSELY SUPERVISED.**

**Please contact the custodian for inspection dates and times and for removal arrangements.**

Successful bidders are cautioned that they will be responsible for loading and removal of any and all property awarded to them from the exact place where the property is located, as indicated below

**Property Location and inquiries/questions regarding property, its inspection and/or removal:**
FEMA Hickory Grove Staging Area
335 Hickory Grove Road
Lumberton, MS 39455
Contact: Kevin Gibbs
Phone: 601-796-2836
Fax: 601-796-8035
FEMA-HICKORYGROVE-SALES@DHS.GOV

**For inquiries/questions regarding payment, contact the following sales office:**
GSA, FAS, 4QSCC
SALES OFFICE, STE. 2700
401 WEST PEACHTREE STREET
ATLANTA , GA 30308
Phone: 404-331-0040
Fax: 404-331-7584

**For inquiries/questions regarding contractual issues, contact the following sales contracting officer/property disposal specialist:**
VICTORIA KNOTTS
Phone: 404-331-0040
VICTORIAC.KNOTTS@GSA.GOV