# GSA Auctions®
**General Services Administration**
... a GovSales.gov partner

Search entire site [Search]
Advanced Search    Search Tips

Home  RSS  FAQs  Abbreviations  About GSA Auctions®  Terms & Conditions  Pricing Guides  Contact Us  Credit Card Form

Browse Auctions: Please Select  •  Browse States: Search By State

Click Here to Login      Register / Login Help

***Warning: These auctions are for viewing purposes only. Please **register/login** in order to bid.***

**All Categories > Trailers, Tractors and Manufactured Housing**

← Back                                                                                          Refresh  Help

| Item Name | Sale-Lot Number | Current Bid | State of | Number of Bidders | Close Time (*) Possible Extension. See Bidding Rules. | Add to Favorites |
|---|---|---|---|---|---|---|
| **Bid** ONE LOT OF 968 TT, MH, PARK MODEL HOMES | 41QSCI10193001 | 300,750 USD | FL | 6 | 01/15 07:00 PM CT * | |

Item Description   Bidding Details   Bidding Rules   Bid History   SHARE         GSA Auctions® official time 01:01 PM CT   View List

**NOTE: Bidders wanting the Title, SF97, issued in their business/company name MUST register as a company. No changes will be made after award.**

ONE LOT OF 1 EA PARK MODEL MOBILE HOME, 27 EA MOBILE HOMES, 940 EA TRAVEL TRAILERS. REPAIRS REQUIRED. DEFICIENCIES DO NOT PRECLUDE THE POTENTIAL THAT THERE MAY BE OTHER SIGNIFICANT REPAIRS REQUIRED. LOTS MAY INCLUDE UNUSED, REFURBISHED AND/OR NON-REFURBISHED UNITS. PROPERTY MUST BE REMOVED WITHIN 30 BUSINESS DAYS FROM THE DATE AND TIME OF AWARD EMAIL NOTIFICATION. THIS SUPERSEDES THE REMOVAL CLAUSE IN THE ONLINE SALES TERMS AND CONDITIONS. THIS SALE IS SUBJECT TO ANTITRUST LAWS IN ACCORDANCE WITH 40 U.S.C. 559. IF THE HIGH BID MEETS OR EXCEEDS THE THRESHOLD AMOUNT AS STATED IN THE U.S.C. 559, THE HIGH BID WILL BE SUBJECT TO THE REVIEW BY THE U.S. ATTORNEY GENERAL PRIOR TO FINALIZATION OF AWARD. THEREFORE, BIDS ARE BINDING AND GSA AUCTIONS WILL MAKE AWARD WITHIN 60 DAYS, IF NOT SOONER, AFTER RECEIPT OF THE ADVICE OF THE ATTORNEY GENERAL OF WHETHER THE DISPOSITION WOULD BE INCONSISTENT WITH ANTITRUST LAW. THIS PROVISION SUPERSEDES THE ONLINE SALE TERMS AND CONDTIONS IN WHICH YOU ACCEPTED WHEN YOU FIRST REGISTERED. BY SUBMISSION OF YOUR BID ON THIS AUCTION, YOU HEREBY AGREE TO THE TERMS AND CONDITIONS OF THIS SALE INCLUDING THIS AMENDED PROVISION. ADDITIONAL DEFICIENCIES ARE KNOWN. IF THE SUCCESSFUL BIDDER DOES NOT REMOVE THE REQUIRED NUMBER OF UNITS IN THE REQUIRED TIMEFRAME, THE TERMINATION OF THIS CONTRACT COULD RESULT AND THE SUCCESSFUL BIDDER WILL BE PLACED INTO DEFAULT. AS A DEFAULTED BIDDER, THE SUCCESSFUL BIDDER WILL BE RESPONSIBLE FOR THE PAYMENT OF LIQUIDATED DAMAGES, AND ADMINISTRATIVE FEE FOR THE PROCESSING AND THE RE-HAULING OF THE ITEM(S) FOR WHICH THEY- SUCCESSFUL BIDDER NEGLECTED TO REMOVE THE REQUIRED NUMBER WITHIN THE REQUIRED TIMEFRAMES. THE CHARGE WILL TOTAL 20% OF THE PURCHASE PRICE OF THE AWARD AMOUNTS. FURTHER, IF AN ITEM OR LOT HAS BEEN PAID FOR BUT ONLY A PORTION OF LOT HAS BEEN REMOVED, THE SUCCESSFUL BIDDER WILL STILL BE CONSIDERED "IN DEFAULT", AND THEY WILL NOT BE ENTITLED TO A PARTIAL REFUND (THE DIFFERENCE OF 20% OR 200). THE GOVERNMENT SHALL BE ENTITLED TO RETAIN THIS AMOUNT OF THE PURCHASE PRICE OF THIS AUCTION. THIS PROVISION SUPERSEDES REMOVAL CLAUSE AND ADDS PROVISION TO THE DEFAULT CLAUSE IN THE ONLINE SALE TERMS AND CONDITIONS. BY SUBMISSION OF YOUR BID ON THIS AUCTION, YOU HEREBY AGREE TO THE TERMS AND CONDITIONS OF THIS SALE INCLUDING THIS AMENDED PROVISION. A TOTAL OF 484 PARK MODEL MOBILE HOME, MOBILE HOMES, TRAVEL TRAILERS, MUST BE REMOVED WITHIN 15 BUSINESS DAYS FROM THE CLOSING DATE OF THE SALE. THE REMAINING 484 PARK MODEL MOBILE HOME, MOBILE HOMES, TRAVEL TRAILERS MUST BE REMOVED NO LATER THAN MARCH 2, 2010. PLEASE CLICK ON LINK BELOW FOR MORE DETAILED INFORMATION. DUE TO U.S. TREASURY REGULATIONS, WE WILL NOT ACCEPT CREDIT CARD PAYMENTS FOR ANY AWARD OVER $99,999.00.

**GVWR (Gross Vehicle Weight Rating) will not be provided.**

THE CONDITION OF THE PROPERTY IS NOT WARRANTED.
Click here for additional details on this sale

When bidding, bidders must read & accept a Sales Certification



For Better View, Click on Photo

**This may be a representative photo, not an actual photo of the unit(s) being sold.**

Additional pictures- Mouse Over or click to enlarge





EXHIBIT
13

**THE GOVERNMENT MAY NOT HAVE TESTED ALL OF THESE UNITS FOR FORMALDEHYDE.**

**Formaldehyde is used in the manufacture of travel trailers, park models and manufactured housing and may still be present in these units. Please ensure you read these links which provide additional environmental guidance on these units:**
Indoor Air Quality and Health in FEMA Temporary Housing
What You Should Know About Formaldehyde in Manufactured Housing
Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-making
Click here for pricing guides

**Special Inspection Information:**
INSPECTION: M-F 8:00 AM - 3:00 PM. CLOSED HOLIDAYS AND WEEKENDS. REMOVAL BY APPOINTMENT ONLY. NO REMOVAL ONE DAY AFTER SALE ENDS. ALL VISITORS MUST HAVE PHOTO ID.

**PETS ARE NOT ALLOWED AND CHILDREN MUST BE CLOSELY SUPERVISED.**

**Please contact the custodian for inspection dates and times and for removal arrangements.**

Successful bidders are cautioned that they will be responsible for loading and removal of any and all property awarded to them from the exact place where the property is located, as indicated below

**Property Location and inquiries/questions regarding property, its inspection and/or removal:**
FEMA Ft Pierce Thu Site
Fairground Area
5580 Peacock Road
Port St Lucie, FL  34987
Contact: Susan Wesneski
Phone: 772-489-9525
Fax: 772-489-4191
SUSAN.WESNESKI@DHS.GOV

**For inquiries/questions regarding payment, contact the following sales office:**
GSA, FAS, 4QSCC
SALES OFFICE, STE. 2700
401 WEST PEACHTREE STREET
ATLANTA , GA  30308
Phone: 404-331-0040
Fax: 404-331-7584

**For inquiries/questions regarding contractual issues, contact the following sales contracting officer/property disposal specialist:**
CHARMAINE BAILEY
Phone: 404-331-3067
CHARMAINE.BAILEY@GSA.GOV