UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"
                                                   JUDGE ENGELHARDT
                                                   MAG. JUDGE CHASEZ

THIS DOCUMENT APPLIES TO
THE THIRD AND FOURTH
SUPPLEMENTAL AND AMENDED
ADMINISTRATIVE MASTER COMPLAINTS
_____

**MANUFACTURER DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO PLAINTIFFS' THIRD AND FOURTH SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINTS**

The Manufacturer Defendants, through undersigned liaison counsel, move the Court for a brief extension of time, through and including February 18, 2010, within which to file responsive pleadings to Plaintiffs' Third Supplemental and Amended Administrative Master Complaint and Fourth Supplemental and Amended Administrative Master Complaint. In support of this motion, the manufacturer defendants represent the following:

1.

The PLC has filed the "Third Supplemental and Amended Administrative Master Complaint" and "Fourth Supplemental and Amended Administrative

Master Complaint" on behalf of all plaintiffs' in the litigation.[1]

2.

The Court previously extended the Manufacturer Defendants' deadline to file responsive pleadings to these two amendments of the master complaint until sixty days after service of the Fourth Supplemental and Amended Administrative Master Complaint.[2]

3.

The Manufacturer Defendants now seek additional time to file responsive pleadings to these two amended master complaints, through February 18, 2010. This is the date that the Court has set the deadline for responses to be filed on behalf of the contractor defendants.[3]  The extension sought through this motion will not unduly delay these proceedings or prejudice any party.

4.

Undersigned counsel has consulted with Gerald Meunier, Plaintiffs' Liaison Counsel, who indicated that the PLC does not oppose this motion.   The Manufacturer Defendants have submitted a proposed order in connection with this motion.

Therefore, for the reasons set forth in this motion, the Manufacturer Defendants, through their liaison counsel, request that the Court grant this motion

---

[1] *See* Rec. Doc. Nos. 4486 (Third) and 7688 (Fourth).

[2] Rec. Doc. No. 8406.

[3] Rec. Doc. No. 9076.

and enter an order extending their deadline to file responsive pleadings to the Plaintiffs' Third and Fourth Supplemental and Amended Administrative Master Complaints, through and including February 18, 2010.

        Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
**MANUFACTURING DEFENDANTS
LIAISON COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

        s/Andrew D. Weinstock
     _____
            Andrew Weinstock