AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Louisiana

| | |
|---|---|
| Junius Ellis, Sr., et al | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   09-5236   Sect. N   Mag 5 |
| | ) |
| Crum & Forster Specialty Insurance Co., et al | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

     Federal Emergency Management Agency (FEMA)
     Through the Office of the Director
     Craig Fugate, Director
     500 C Street
     Washington, DC 20472

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
     Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
     2800 Energy Centre, 1100 Poydras St.
     New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    **Nov 19 2009**

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

**2. Article Number**

7179100016450013118S

**1. Article Addressed to:**

Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street
Washington, DC 20472

~~de: JUNIUS ELLIS SR~~
de2: JIW
e: 07-5980

3811

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                ☐ Addressee

B. Received by (*Printed Name*) | C. Date of Delivery
                                | 12·8-09

D. Is delivery address different from item 12?  ☐ Yes
   If YES enter delivery address below:          ☐ No

3. Service Type    ☒ Certified

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

**Domestic Return Receipt**

ED STATES POSTAL SERVICE

First-Class Ma
Postage & Fee
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163