AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Junius Ellis, Sr., et al )
_____ )
 *Plaintiff* )
v. ) Civil Action No. 09-5236  Sect. N  Mag 5
 )
Crum & Forster Specialty Insurance Co., et al )
_____ )
 *Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Crum & Forster Specialty Insurance Co., et al
Through The Louisiana Secretary of State
Legal Services Section
P. O. Box 94125
Baton Rouge, LA 70804-9125

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Nov 19 2009

Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 71791000164500131147 | A. Signature *[signed] Kimberly Joseph* ☐ Agent ☐ Addressee<br>X KIMBERLY JOSEPH<br>B. Received by *(Printed Name)* / C. Date of Delivery 12-7-09 |
| 1. Article Addressed to:<br><br>CRUM & FORSTER SPECIALTY INSURANCE CO<br>THROUGH LOUISIANA SECRETARY OF STATE<br>LEGAL SERVICES SECTION<br>P. O. BOX 94125<br>BATON ROUGE, LA 70804-9125 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No<br><br>3. Service Type ☒ Certified<br><br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| Code: JUNIUS ELLIS, SR.<br>Code2: JIW<br>File: 07-5980 | |

PS Form 3811    Domestic Return Receipt

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163