AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

SUMMONS IN A CIVIL CASE

CASE NUMBER: MDL 1873

SECTION "N-4"

TO: (Name and address of defendant)

Damon Corp.
Through its Agent for Service of Process
C. T. Corporation System
36 S. Pennsylvania St., Ste. 700
Indianapolis, IN 46204

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973

Third Supplemental & Amended
an answer to the complaint which is herewith served upon you, within ~~sixty (60)~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. Loretta G. Whyte

Oct 07 2009

CLERK Loretta G. Whyte

LORETTA G. WHYTE

OCT - 7 2009
DATE

Clerk

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7179 1000 1645 0012 3609 | A. Signature X [signature] | ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) Terry L. Wood | C. Date of Delivery OCT 19 2009 |
| 1. Article Addressed to:<br><br>Damon Corp.<br>Through its agent for service of process<br>C. T. Corporation<br>36 S. Pennsylvania St., Ste 700<br>Indianapolis, IN 46204 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No | |
| | 3. Service Type  USPS ☒ Certified | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |

File: 07-5980 - 3SAC

PS Form 3811    Domestic Return Receipt



UNITED STATES POSTAL SERVICE
INDIANAPOLIS IN 462
19 OCT 2009 PM 3 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163