# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

SUMMONS IN A CIVIL CASE

CASE NUMBER: MDL 1873

SECTION "N-4"

TO: (Name and address of defendant)

Southern Energy Homes, Inc.

Through its Agent for Service of Process

Wendell Batchelor

Highway 41 North

Addison, AL 35540

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973

Third Supplemental & Amended an answer to the complaint which is herewith served upon you, within ~~sixty (60)~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte

CLERK  B. Gregory

DATE  Oct 07 2009

(BY) DEPUTY CLERK

RETURN OF SERVICE

**2. Article Number**

71791000164500124637

1. Article Addressed to:

Southern Energy Homes, Inc.
Through its agent for service of process
Wendell Batchelor
Highway 41 North
Addison, AL 35540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Constance Calvert_ ☒ Agent ☐ Addressee

B. Received by (Printed Name) _Constance Calvert_    C. Date of Delivery 10-26-09

D. Is delivery address different from Item 1? ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type  ☒ Certified

4. Restricted Delivery? (Extra Fee) ☐ Yes

File: 07-5980 - 3SAC
PS Form 3811      Domestic Return Receipt

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163