# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | SUMMONS IN A CIVIL CASE |
| V. | CASE NUMBER: **MDL 1873** |
| | SECTION "N-4" |

TO: (Name and address of defendant)

**Sunnybrook R V, Inc.**

**Through its Agent for Service of Process**

**P. O. Box 2001**

**Middlebury, IN 46540**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973

**Third Supplemental & Amended** an answer to the **complaint** which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte
CLERK

*B. Gregory*

(BY) DEPUTY CLERK

DATE

Oct 07 2009

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 71791000164500124569 | A. Signature  x Marsha Yoder  ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name) Marsha Yoder   C. Date of Delivery 10-26-09 |
| 1. Article Addressed to:  Sunnybrook RV, Inc.  Through its agent for service of process  Elvie J. Frey Sr.  201 14th St., P. O. Box 2001  Middlebury, IN 46540 | D. Is delivery address different from item 1?  ☐ Yes  If YES enter delivery address below:  ☐ No |
| | 3. Service Type    ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

File: 07-5980 - 3SAC

PS Form 3811                             Domestic Return Receipt

UNITED STATES POSTAL SERVICE   BEND IN
26 OCT 2009 PM 2 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163