# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

**United States of America
Hon. James Letten, US Attorney
Eastern District of Louisiana
500 Poydras St., Rm 210B
New Orleans, LA   70130**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone:  504/522-2304
Facsimile:   504/528-9973

Third Supplemental & Amended
an answer to the **complaint** which is herewith served upon you, within     **sixty (60)**     days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  Loretta G. Whyte

B. Gregory

(BY) DEPUTY CLERK

DATE

Oct 9 2009

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>71791000164500123272 | A. Signature<br>X _CW_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  10/19/09 |
| 1. Article Addressed to:<br><br>Hon. James Letten, US Attorney<br>Eastern District of Louisiana<br>Hale Boggs Building<br>500 Poydras Street, Rm 210B<br>New Orleans, LA 70130 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below:  ☐ No<br><br>3. Service Type   ☒ Certified<br><br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

File: 07-5980 - Letten

PS Form 3811         Domestic Return Receipt



UNITED STATES POSTAL SERVICE  NEW ORLEANS LA
20 OCT 2009 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163