# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: MDL 1873

SECTION "N-4"

TO: (Name and address of defendant)

**Viking Recreational Vehicles, LLC**

**Through its Agent for Service of Process**

**CSC - Lawyers Incorporating Services**

**601 Abbott Road**

**East Lansing, MI 48823**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Gerald E. Meunier, Esq.
> Justin I. Woods, Esq.
> Co-Lead Plaintiffs Liaison Counsel
> Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
> 1100 Poydras Street, Suite 2800
> New Orleans, Louisiana 70163
> Telephone: 504/522-2304
> Facsimile: 504/528-9973

**Third Supplemental & Amended**
an answer to the **complaint** which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte

CLERK

B. Gregory

(BY) DEPUTY CLERK

DATE

Oct 07 2009



**2. Article Number**

7179 1000 1645 0012 4705

1. Article Addressed to:

Viking Recreational Vehicles, LLC
Through its agent for service of process
CSC-Lawyers Incorporating Service
601 Abbott Road
East Lansing, MI 48823

A. Signature — Agent / Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from Item 1? Yes / No
3. Service Type: Certified
4. Restricted Delivery? (Extra Fee) Yes

File: 07-5980 - 3SAC
PS Form 3811 — Domestic Return Receipt



UNITED STATES POSTAL SERVICE LANSING MI 488
20 OCT 2009 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163