# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

**Timberland RV Company**
**d/b/a Adventure Manufacturing**

**Through its Agent for Service of Process**

**Mark Gerber, President**

**P. O. Box 1210**

**Peru, IN 46970**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973

**Third Supplemental & Amended**
an answer to the **complaint** which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte

CLERK  *B. Gregory*

DATE  Oct 07 2009

(BY) DEPUTY CLERK

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 71791000164500124699 | A. Signature X ___ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) Mark Gerber  C. Date of Delivery OCT 19 2009 |
| 1. Article Addressed to:<br><br>Timberland RV Co., d/b/a/ Adventure Mfrg<br>Through its agent for service of process<br>Mark Gerber, President<br>P. O. Box 1210<br>Peru, IN 46970 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No<br><br>3. Service Type  ☒ Certified<br><br>4. Restricted Delivery? (Extra Fee) ☐ Yes |

File: 07-5980 - 3SAC

PS Form 3811     Domestic Return Receipt



UNITED STATES POSTAL SERVICE
KOKOMO IN 469
19 OCT 2009 PM 1

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163