AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

**Crum & Forester Specialty Insurance Co.
Through the Louisiana Secretary of State
Legal Services Section
P. O. Box 94125
Baton Rouge, LA  70809-9125**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Gerald E. Meunier, Esq.
> Justin I. Woods, Esq.
> Co-Lead Plaintiffs Liaison Counsel
> Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
> 1100 Poydras Street, Suite 2800
> New Orleans, Louisiana 70163
> Telephone:  504/522-2304
> Facsimile:   504/528-9973

Third Supplemental & Amended
an answer to the complaint which is herewith served upon you, within ~~sixty (60)~~ 20 days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of
time after service. Loretta G. Whyte                                      Oct 07 2009

Deputy
CLERK

OCT - 7 2009

DATE

**LORETTA G. WHYTE**

Clerk

**2. Article Number**

7179 1000 1645 0012 3593

**1. Article Addressed to:**

Crum & Forest Specialty Insurance Co.
Through its agent for service of process
Legal Services Section
P. O. Box 94125
Baton Rouge, LA 70809-9125

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
ROBBIE JARVIS    OCT 1     ☐ Agent
                          ☐ Addressee

B. Received by (*Printed Name*)    C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES enter delivery address below:          ☐ No

**3. Service Type**    ☒ Certified

**4. Restricted Delivery?** (*Extra Fee*)    ☐ Yes

File: 07-5980 - 3SAC

PS Form 3811        Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163