AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE    SUMMONS IN A CIVIL CASE
PRODUCT LIABILITY LITIGATION

V.                                   CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

**Scotbilt Homes, Inc.**

**Through its Agent for Service of Process**

**Sam P. Scott**

**2888 Fulford Road**

**Waycross, GA 31503**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Gerald E. Meunier, Esq.
> Justin I. Woods, Esq.
> Co-Lead Plaintiffs Liaison Counsel
> Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
> 1100 Poydras Street, Suite 2800
> New Orleans, Louisiana 70163
> Telephone: 504/522-2304
> Facsimile:   504/528-9973

Third Supplemental and Amending
an answer to the /complaint which is herewith served upon you, within ~~sixty (60)~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte
CLERK                                DATE

B. Gregory                           Oct 07 2009

(BY) DEPUTY CLERK

**RETURN OF SERVICE**

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 71791000164500124590 | A. Signature: X _Shelly Shill_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): _Shelby Griffen_   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Scotbilt Homes, Inc.<br>Through its agent for service of process<br>Sam P. Scott<br>2888 Fulford Road<br>Waycross, GA 31503 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No |
| | 3. Service Type   ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

File: 07-5980 - 3SAC

PS Form 3811                 Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163