# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

Jayco Enterprises, Inc.

Through its Agent for Service of Process

Glenn E. Killoren

121 W. Franklin Street, Ste 200

Elkhart, IN 46516

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973

Third Supplemental & Amended   20
an answer to the complaint which is herewith served upon you, within ~~sixty (60)~~ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte
CLERK

B. Gregory
(BY) DEPUTY CLERK

DATE

Oct 07 2009

RETURN OF SERVICE

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 71791000164500123883 | A. Signature X Debra Haynes ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) DEBRA HAYNES   C. Date of Delivery 10-20-09 |
| 1. Article Addressed to:<br><br>Jayco Enterprises, Inc.<br>Through its agent for service of process<br>Glenn S. Killoren<br>121 W. Franklin Street<br>Elkhart, IN 46516 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No |
| | 3. Service Type   ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

File: 07-5980 - 3SAC
PS Form 3811                        Domestic Return Receipt



UNITED STATES POSTAL SERVICE
SOUTH BEND IN 46
20 OCT 2009 PM 1 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163