# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | SUMMONS IN A CIVIL CASE |
| V. | CASE NUMBER: MDL 1873 |
| | SECTION "N-4" |

TO: (Name and address of defendant)

**CMH Manufacturing, Inc.**

**Through its Agent for Service of Process**

**C T Corporation System**

**800 S. Gay Street Suite 2021**

**Knoxville, TN 37929**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone:   504/522-2304
**Facsimile:**   504/528-9973

**Third Supplemental & Amended** an answer to the **complaint** which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| CLERK | DATE |
|---|---|
| Loretta G. Whyte | Oct 07 2009 |
| (BY) DEPUTY CLERK | |

**2. Article Number**

7179 1000 1645 0012 3524

**1. Article Addressed to:**

CMH Manufacturing, Inc.
Through its agent for service of process
C. T. Corporation
800 S. Gay Street, Ste 2021
Knoxville, TN 37929

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Ericka Fly*     ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
OCT 20 2009

D. Is delivery address different from item 1? ☐ Yes
   If YES enter delivery address below:   ☐ No

3. Service Type   ☒ Certified

4. Restricted Delivery? (Extra Fee)   ☐ Yes

File: 07-5980 - 3SAC

PS Form 3811   Domestic Return Receipt

UNITED STATES POSTAL SERVICE
KNOXVILLE TN
20 OCT 2009 PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163