UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE: FEMA TRAILER                             MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                            SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
   Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
   Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
   Annis, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-5994
   Bostic, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6412
   Boteler, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6643
   Pelas, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6419
   Buras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6501
   Durham, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6636
   Gras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6498
   Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6497
   Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6632
   Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
   Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
   Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844
   Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845
   Rodriguez, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6495


*OPPOSED MOTION FOR EXTENSION OF TIME*


NOW INTO COURT, through undersigned counsel, come Plaintiffs, who do respectfully request an additional sixty (60) days to receive information to match clients with third-party contractors who installed the temporary housing units and file lawsuits on their behalf, all as more particularly outlined in the attached Memorandum in Support of

Motion for Extension of Time.

Undersigned counsel represents to the Court that a Motion for Extension of Time (Doc. 9606) was filed with the Court requesting additional time to match plaintiffs to specific manufacturers. This Motion is being filed to specifically request time to match third party contractors within the same time period.

Inasmuch as undersigned counsel has not been able to contact opposing counsel for the numerous defendants, undersigned counsel represents to the Court that this Motion is opposed.

WHEREFORE, Plaintiffs pray that they be granted an additional sixty (60) days to match plaintiffs to individual manufacturers and to file Complaints for any newly-matched plaintiffs' against specific third party contractors.

    Respectfully submitted,

    LAW OFFICES OF SIDNEY D. TORRES, III
    A PROFESSIONAL LAW CORPORATION


BY:   /s/ David C. Jarrell
       SIDNEY D. TORRES, III (Bar No. 12869)
       ROBERTA L. BURNS (Bar No. 14945)
       **DAVID C. JARRELL** (Bar No. 30907)
       Torres Park Plaza, Suite 303
       8301 West Judge Perez Dr.
       Chalmette, Louisiana 70043
       Tel: (504) 271-8421
       Fax: (504) 271-1961
       E-mail: dcj@torres-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 12th day of January, 2010, electronically filed the foregoing with the Clerk of Court for the Eastern District of the United States by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                      /s/ David C. Jarrell
                                      DAVID C. JARRELL