UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION  　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
　　Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
　　Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
　　Annis, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-5994
　　Bostic, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6412
　　Boteler, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6643
　　Pelas, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6419
　　Buras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6501
　　Durham, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6636
　　Gras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6498
　　Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6497
　　Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6632
　　Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
　　Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
　　Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844
　　Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845
　　Rodriguez, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6495

*PROPOSED ORDER*

Considering the foregoing Motion:

IT IS HEREBY ORDERED that Plaintiffs in the above numbered cases be granted an additional sixty (60) days to obtain the necessary information to obtain matches for individual and file Complaints which would match each previously unmatched Plaintiff

with the contractor who installed the trailer.

Signed this _____ day of _____, 20\_\_ in New Orleans, Louisiana.

_____
JUDGE