UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                        SECTION "N" (5)

**THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:**

  Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
  Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
  Annis, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-5994
  Bostic, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6412
  Boteler, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6643
  Pelas, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6419
  Buras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6501
  Durham, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6636
  Gras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6498
  Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6497
  Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6632
  Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
  Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
  Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844
  Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845
  Rodriguez, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6495

## *NOTICE OF HEARING*

TO:    CLERK OF COURT
       U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

       PLEASE TAKE NOTICE that upon the pleadings and proceedings heretofore had and

upon plaintiffs' Motion for Extension of Deadlines and accompanying memorandum in support

thereof, counsel for the plaintiff will move the Court, on the **27th day of January, 2010, at 9:00 o'clock a.m.,** or as soon thereafter as counsel may be heard, for the relief sought in the said motion and memorandum.