UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO: 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br>*North American Catastrophe Service, Inc. v. Northfield Ins. Co.*<br>*No. 09-3818* | MAGISTRATE CHASEZ |

*************************************************************************

### UNOPPOSED MOTION TO CONTINUE HEARING ON NORTH AMERICAN CATASTROPHE SERVICES INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT [Rec. Doc. 10038]

Defendant, Northfield Insurance Company ("Northfield"), hereby moves this Honorable Court to continue the hearing on the Motion for Partial Summary Judgment on the Duty to Defend [Rec. Doc. 10038] filed by North American Catastrophe Services, Inc. ("NACS") from February 10, 2010, to February 24, 2010. In support of this request, Northfield submits that it requires additional time to file an opposition thereto and further anticipates that it will request that this matter be set oral argument. Undersigned counsel has conferred with counsel for NACS regarding a continuance of the February 10, 2010 hearing date certifies that NACS has no objection to a continuance until February 24, 2010.

WHEREFORE, Northfield prays that the February 10, 2010 hearing on the Motion for Partial Summary Judgment on the Duty to Defend [Rec. Doc. 10038] filed by NACS be continued until February 24, 2010.

Respectfully submitted,

/s/ Tina L. Kappen
**RALPH S. HUBBARD III, T.A., La. Bar # 7040**
**TINA L. KAPPEN, La. Bar #29579**
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Northfield Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2010, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system and notice of this filing was sent to all know counsel of record by operation of the court's electronic filing system.

/s/ Tina L. Kappen
Tina L. Kappen