# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE  
PRODUCT LIABILITY LITIGATION

V.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

Lexington Homes

Through its Agent for Service of Process

John W. Barrett

P. O. Box 987

Lexington, MS 39095

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Gerald E. Meunier, Esq.
> Justin I. Woods, Esq.
> Co-Lead Plaintiffs Liaison Counsel
> Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
> 1100 Poydras Street, Suite 2800
> New Orleans, Louisiana 70163
> Telephone: 504/522-2304
> Facsimile: 504/528-9973

Third Supplemental & Amended
an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte  
CLERK

B. Gregory  
(BY) DEPUTY CLERK

DATE

Oct 07 2009

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>7179 1000 1645 0012 3975 | A. Signature<br>X *Danny Britt*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): *Danny Britt*   C. Date of Delivery: 10-19-09<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>OCT 19 2009<br>3. Service Type  USPS  ☒ Certified<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

1. Article Addressed to:

Lexington Homes
Through its agent for service of process
John w. Barrett
P. O. Box 987
Lexington, MS 39095

File: 07-5980 - 3SAC

PS Form 3811          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163