# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE  
PRODUCT LIABILITY LITIGATION

V.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

**Gulf Stream Coach, Inc.**

**Through its Agent for Service of Process**

**Kenneth C. Brinker**

**503 South Oakland**

**Nappannee, IN 46550**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.  
Justin I. Woods, Esq.  
Co-Lead Plaintiffs Liaison Counsel  
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.  
1100 Poydras Street, Suite 2800  
New Orleans, Louisiana 70163  
Telephone: 504/522-2304  
Facsimile: 504/528-9973

Third Supplemental & Amended  20  
an answer to the complaint which is herewith served upon you, within ~~sixty (60)~~ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte  
CLERK

*B. Gregory*  
(BY) DEPUTY CLERK

DATE

Oct 07 2009

**RETURN OF SERVICE**

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 71791000164500123777 | A. Signature X _(signature)_ ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Gulf Stream Coach, Inc.<br>Through its agent for service of process<br>Kenneth C. Brinker<br>503 South Oakland<br>Nappanee, IN 46550 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No |
| | 3. Service Type  ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |

File: 07-5980 - 3SAC

PS Form 3811                Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163