AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | SUMMONS IN A CIVIL CASE |
| V. | CASE NUMBER: MDL1873 |
| | SECTION "N-4" |

TO: (Name and address of defendant)

**Coachmen Recreational Vehicle Company, LLC**

Through its Agent for Service of Process

Corporation Service Company

251 East Ohio Street, Suite 500

Indianapolis, IN 46204

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973

Third Supplemental & Amended
an answer to the **complaint** which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| CLERK   Loretta G. Whyte | DATE   Oct 07 2009 |
|---|---|
| B. Gregory (BY) DEPUTY CLERK | |

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌<br>71791000164500123562 | A. Signature    ☐ Agent<br>X _____  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>C BRITSEIGR |
| 1. Article Addressed to:<br><br>Coachmen Recreational Vehicle Co., LLC<br>Through its agent for service of process<br>Corporation Service Company<br>251 East Ohio St., Ste 500<br>Indianapolis, IN 46204 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES enter delivery address below:   ☐ No<br><br>OCT 20 2009<br><br>3. Service Type USPS   ☒ Certified<br><br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |

File: 07-5980 - 3SAC

PS Form 3811    Domestic Return Receipt



UNITED STATES POSTAL SERVICE
INDIANAPOLIS IN
20 OCT 2009 PM 3 T

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163