Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

January 12, 2010

Jane Rapp vs.
Stewart Park Homes, Inc., et al
Case No. # 2:09-cv-6200

Dear Sir or Madam:

Please re-issue summons on the Complaint for Damages to the following:

Stewart Park Homes, Inc.
Through its Managing Agent
1207 Sunset Drive
Thomasville, GA 31729

Very truly yours,
*/s/Matthew B. Moreland*
Becnel Law Firm, LLC
106 W. 7th Street
P.O. Drawer H
Reserve, LA 70084