🖎 AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Louisiana

| | | |
|---|---|---|
| Zachary Winfield, Jr. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.   09-6188 |
| Coachmen Industries, Inc., U.S. of Am through FEMA and Shaw Environmental, Inc. | ) ) ) | Sect.N  Mag 5 |
| Defendant | | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

United States of America through office of US
Attorney General for the Eastern District of
Louisiana, Jim Letten, US Attorney, Hale Boggs
Federal Bldg, 500 Poydras St., Suite B-210, New
Orleans, LA 70130

A lawsuit has been filed against you.

Within _____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J.  DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)