UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SEC. "N" (4)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES. | MAG. JUDGE CHASEZ |

*****************************************************************

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

EDWIN G. PREIS, JR. and CATHERINE M. LANDRY of the law firm of PREIS & ROY, APLC, on behalf of WESTCHESTER SURPLUS LINES INSURANCE COMPANY, file this Notice of Appearance and Request for Notice of all pleadings, proceedings, hearings, and reports filed in the above-captioned matter be sent to EDWIN G. PREIS, JR. and CATHERINE M. LANDRY, PREIS & ROY, APLC, 102 Versailles Boulevard, Suite 400, P.O. Drawer 94-C (70509), Lafayette, Louisiana, 70501, epreis@preisroy.com, clandry@preisroy.com.

        Respectfully submitted,

        PREIS & ROY
        (A Professional Law Corporation)


        BY: s/Catherine M. Landry
           Edwin G. Preis, Jr. #10703
           Catherine M. Landry #25750
           102 Versailles Boulevard, Ste. 400
           Post Office Drawer 94-C
           Lafayette, Louisiana 70509
           Telephone: 337-237-6062
           Facsimile: 337-237-9129
           E-mail: epreis@preisroy.com
           E-mail: clandry@preisroy.com

        *COUNSEL FOR WESTCHESTER SURPLUS LINES*
        *INSURANCE COMPANY, AS INSURER OF*
        *R-VISION, INC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of January, 2010, a copy of the foregoing Notice of Appearance and Request for Notice was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's Electronic Filing System.

                                                              s/Catherine M. Landry
                                                              CATHERINE M. LANDRY