UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br>SEC. "N" (4) |
| This Document Relates to:<br>ADMINISTRATIVE MASTER<br>COMPLAINT, AS SUPPLEMENTED<br>AND AMENDED | | JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### WESTCHESTER SURPLUS LINES INSURANCE COMPANY'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADINGS TO THE ADMINISTRATIVE MASTER COMPLAINT, FIRST SUPPLEMENTAL AND AMENDED MASTER COMPLAINT, SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT, THIRD SUPPLEMENTAL AND AMENDED MASTER COMPLAINT AND FOURTH SUPPLEMENTAL AND AMENDED MASTER COMPLAINT

NOW INTO COURT, through undersigned counsel, comes WESTCHESTER SURPLUS LINES INSURANCE COMPANY ("Westchester"), as insurer of R-Vision, Inc., who respectfully requests this Honorable Court extend the deadline to file responsive pleadings to the Administrative Master Complaint (R. Doc. 109), First Supplemental and Amended Master Complaint (R. Doc. 379), Second Supplemental and Amended Master Complaint (R. Doc. 722), Third Supplemental and Amended Master Complaint (R. Doc. 4486), and Fourth Supplemental and Amended Master Complaint (R. Doc. 7688), until February 18, 2010, ninety (90) days after filing of the Fourth Supplemental and Amended Master Complaint (R. Doc. 7688) on November 20, 2009.

Plaintiffs' Liaison Counsel has been contacted and concurs with this request for extension of the deadline.

WHEREFORE, all premises considered, Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, as insurer of R-Vision, Inc., prays that its Unopposed Motion to Extend Deadline to File Responsive Pleadings to the Administrative Master Complaint, First Supplemental and Amended Master Complaint, Second Supplemental and Amended Master Complaint, Third Supplemental and Amended Master Complaint, and Fourth Supplemental and Amended Master Complaint be granted.

Respectfully submitted,

PREIS & ROY
(A Professional Law Corporation)

BY: s/Catherine M. Landry
    EDWIN G. PREIS, JR. #10703
    CATHERINE M. LANDRY #25750
    102 Versailles Boulevard, Ste. 400
    Post Office Drawer 94-C
    Lafayette, Louisiana 70509
    Telephone: 337-237-6062
    Facsimile: 337-237-9129
    E-mail: epreis@preisroy.com
    E-mail: clandry@preisroy.com

*COUNSEL FOR WESTCHESTER SURPLUS LINES INSURANCE COMPANY, AS INSURER OF R-VISION, INC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of January 2010, a copy of the foregoing Unopposed Motion to Extend Deadline to File Responsive Pleadings was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's Electronic Filing system.

                                                s/Catherine M. Landry
                                                CATHERINE M. LANDRY