UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 SEC. "N" (4) |
| This Document Relates to: ADMINISTRATIVE MASTER COMPLAINT, AS SUPPLEMENTED AND AMENDED | | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering Westchester Surplus Lines Insurance Company's Unopposed Motion to Extend Deadline:

IT IS HEREBY ORDERED that the Unopposed Motion is granted and that Westchester Surplus Lines Insurance Company's deadline to file responsive pleadings to the Administrative Master Complaint (R. Doc. 109), First Supplemental and Amended Master Complaint (R. Doc. 379), Second Supplemental and Amended Master Complaint (R. Doc. 722), Third Supplemental and Amended Master Complaint (R. Doc. 4486), and Fourth Supplemental and Amended Master Complaint (R. Doc. 7688) is extended until February 18, 2010, ninety (90) days after filing of the Fourth Supplemental and Amended Master Complaint (R. Doc. 7688) on November 20, 2009.

THUS DONE AND SIGNED this _____ day of _____, 2009.

HONORABLE JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE