```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                             MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                            NUMBER: 07-1873

                                                SECTION: "N"(5)
```

## ORDER

The Court has reviewed the portions of Dr. Cole's deposition which defendants contend should be excised from the deposition transcript dated October 27, 2009. Specifically, defendants seek to have the following pages redacted and/or designated as confidential and placed under protective order:

Page 81, line 12 through page 108, line 13

and

Page 114, line 5 through line 25.

In light of the fact that Dr. Cole has failed to provide information responsive to counsel's questions, there is no reason to excise or restrict the usage of these portions of Dr. Cole's deposition. Any privilege that might be applicable to the colloquy between counsel and Dr. Cole is not readily apparent.

New Orleans, Louisiana, this  8th  day of January, 2010.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE