UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-MD-1873 |
| | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | JUDGE ENGELHARDT |
| *ALL CASES* | MAGISTRATE JUDGE CHASEZ |

## PRETRIAL ORDER No. 55

The Court has previously issued orders regarding the matching of plaintiffs with manufacturers and contract installers.

Accordingly, the Clerk of Court is directed to withhold issuance of summons in individual cases until all defendants, including manufacturers and contract installers, are properly matched with each plaintiff in that specific case.

Plaintiffs' counsel are ordered to refrain from providing summons to the Clerk of Court until all matching is complete. Provided summons shall then be accompanied by a certificate that all parties have been properly matched.

New Orleans, Louisiana, this 12th day of January, 2010.

Kurt D. Engelhardt
United States District Judge