UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 |
|---|---|
| | SECTION "N-5" |
| | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S WITNESS LIST**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Lyndon Wright, pursuant to this Honorable Court's August 2009 Trial Scheduling Order, who hereby submits the following Witness List in connection with the above-captioned matter, which may be supplemented based upon ongoing discovery as needed:

| | Category: | Witness: | Type of Witness: | May / Will Call: |
|---|---|---|---|---|
| | **Plaintiffs:** | | | |
| 1. | | Lyndon Wright | Fact | Will Call |
| | **Specific to Wright:** | | | |
| 2. | | Bobbi Wright | Fact | May Call |
| 3. | | Tyshawn Marsh | Fact | May Call |
| 4. | | Dr. Field | Fact | May Call (Deposition) |
| 5. | | Any and all other doctors at Uptown Nephrology who have treated and/or have | Fact | |

1

|     |          | knowledge of Lyndon Wright |        |          |
|-----|----------|----------------------------|--------|----------|
| 6.  |          | Gina Manguno-Mire, Ph.D.   | Fact   | May Call |
| 7.  |          | Albert Jarrell             | Fact   | May Call |
| 8.  |          | Nicole Dyson               | Fact   | May Call |
| 9.  |          | Tomika Zachary             | Fact   | May Call |
| 10. |          | Any and all witnesses who may be identified or discovered during the ongoing litigation | | |
|     | **Experts:** | | | |
| 11. |          | Dr. Lee Branscombe, Ph.D., C.C.M. | Expert | May Call |
| 12. |          | Dr. Paul Hewett, Ph.D.     | Expert | Will Call |
| 13. |          | Dr. Kenneth Laughery, Ph.D. | Expert | May Call |
| 14. |          | Alexis Mallet, Jr.         | Expert | Will Call |
| 15. |          | Dr. Lawrence Miller, M.D.,M.P.H. | Expert | Will Call |
| 16. |          | Charles David Moore, P.E., P.L.S. | Expert | May Call |
| 17. |          | Ervin Ritter, P.E.         | Expert | May Call |
| 18. |          | William Scott, P.E., C.H.M.M. | Expert | May Call |
| 19. |          | Dr. Edward Shwery, Ph.D.   | Expert | Will Call |
| 20. |          | Dr. Stephen Smulski, Ph.D. | Expert | Will Call |
| 21. |          | Dr. Patricia Williams, Ph.D. | Expert | Will Call |
| 22. |          | Paul LaGrange              | Expert | May Call |
| 23. |          | Dr. Richard A. Spector     | Expert | May Call |
| 24. |          | Custodian of Records for Dr. George A. Farber | Expert | May Call |

| | | | | |
|---|---|---|---|---|
| 25. | | Any and all witnesses who may be identified or discovered during the ongoing litigation | Fact/Expert | |
| | **U.S.A.** | | | |
| 26. | | Robert James, Ph.D. | Expert | May Call |
| 27. | | Bruce Kelman, Ph.D. | Expert | May Call |
| 28. | | Michael Lindell, Ph.D. | Expert | May Call |
| 29. | | Richard Monson, M.D., Sc.D. | Expert | May Call |
| 30. | | Mark Polk | Expert | May Call |
| 31. | | Coreen Robbins, M.H.S., Ph.D., C.I.H. | Expert | May Call |
| 32. | | Dr. Christopher DeRosa Center for Disease Control and Prevention (CDC) | Fact / Expert | May Call (By Deposition) Not Expert |
| 33. | | Representative of the Federal Emergency Management Agency (FEMA) | Fact | May Call |
| 34. | | Bryan McCreary FEMA Contracting Officer | Fact | May Call |
| 35. | | Chief R. David Paulison FEMA Administrator | Fact | May Call |
| 36. | | Admiral Harvey Johnson FEMA | Fact | May Call |
| 37. | | Chief Bronson Brown FEMA Occupational Health and Safety | Fact | May Call |
| 38. | | David Chawaga FEMA Head of Safety in Washington, D.C.; 1A at Occupational Safety and Health | Fact | May Call |
| 39. | | Eddie Kendrick FEMA Activity Supervisor/Contact for FEMA's Job Hazard Analysis for trailer in-bound inspections | Fact | May Call |
| 40. | | Person(s) who performed and supervised the "FEMA Job Hazard Analysis" in July 2006 | Fact | May Call |

| | | | | |
|---|---|---|---|---|
| 41. | | Patrick "Rick" E. Preston<br>FEMA Trial Attorney, Office of General Counsel | Fact | May Call |
| 42. | | Mary Ellen Martinet<br>FEMA Attorney | Fact | May Call |
| 43. | | Stephen Miller<br>FEMA | Fact | May Call |
| 44. | | Kevin Souza<br>FEMA Administrative Program Management Branch Chief | Fact | May Call |
| 45. | | Wayne Stoeh<br>FEMA | Fact | May Call |
| 46. | | David Garrett<br>FEMA | Fact | May Call |
| 47. | | Michael Lapinski<br>FEMA | Fact | May Call |
| 48. | | David Porter<br>FEMA | Fact | May Call |
| 49. | | Martin McNeese<br>FEMA | Fact | May Call |
| 50. | | Carol Wood<br>FEMA | Fact | May Call |
| 51. | | Chandra Lewis<br>FEMA | Fact | May Call |
| 52. | | Gary Moore<br>FEMA/DHS, Director of Logistics | Fact | May Call |
| 54. | | Betsy Hall<br>FEMA, Gulf Coast Recovery | Fact | May Call |
| 55. | | Chairman Ross<br>FEMA | Fact | May Call |
| 56. | | Jordan Fried<br>FEMA | Fact | May Call |
| 57. | | Don Jackson<br>FEMA, Material Coordinator | Fact | May Call |
| 58. | | FEMA Inspector for Forest River, Inc. Plant, yet to be designated | Fact | May Call |
| 59. | | Joseph Matthews<br>Office of Emergency Preparedness Director | Fact | May Call |
| 60. | | Jill Igert<br>Office of General Counsel | Fact | May Call |
| 61. | | Guy Bonomo<br>FEMA, Direct Housing Operations Chief | Fact | May Call |
| 62. | | Representative of Centers for Disease Control and Prevention (CDC) | Fact | May Call |
| 63. | | Joseph Little, CDC; ATSDR | Fact | May Call |

| | | | | |
|---|---|---|---|---|
| 64. | | Representative of ATSDR | Fact | May Call |
| 65. | | Philip M. Allred<br>Agency for Toxic Substances and Disease Registry (ATSDR) | Fact | May Call |
| 66. | | Sharon Wilbur, M.A.<br>ATSDR, Division of Toxicology | Fact | May Call |
| 67. | | Thomas Sinks<br>ATSDR | Fact | May Call |
| 68. | | Howard Frumkin<br>ATSDR | Fact | May Call |
| 69. | | Donald Benken<br>ATSDR | Fact | May Call |
| 70. | | Scott Wright<br>ATSDR | Fact | May Call |
| 71. | | Representative of Environmental Protection Agency (EPA) | Fact | May Call |
| 72. | | Sam Coleman<br>EPA | Fact | May Call |
| 73. | | Chairman Henry A. Waxman, D-California<br>House Oversight and Government Reform Committee, Ranking Minority Member | Fact | May Call |
| 74. | | Representative Gordon Tennessee Chairman of the House Committee on Science and Technology | Fact | May Call |
| 75. | | Steven Larsen<br>FEMA | Fact | May Call |
| 76. | | Michael Harder<br>FEMA | Fact | May Call |
| 77. | | Any and all witnesses who may be identified or discovered on the basis of Defendant's responses to discovery propounded by Plaintiff or depositions taken during discovery in this matter | Fact/Expert | May Call |
| | **Forest River, Inc.** | | | |
| 78. | | Elton Kiefer | Fact | May Call |
| 79. | | Jeff Burrian | Fact | May Call |
| 80. | | Norman Nelson | Expert | May Call |
| 81. | | G. Graham Allan | Expert | May Call |
| 82. | | Philip Cole, M.D. | Expert | May Call |

5

| | | | | |
|---|---|---|---|---|
| 83. | | Nathan T. Dorris | Expert | May Call |
| 84. | | William L. Dyson | Expert | May Call |
| 85. | | Thomas Fribley | Expert | May Call |
| 86. | | Don Snell | Expert | May Call |
| 87. | | Kenneth B. Smith | Expert | May Call |
| 88. | | Dr. John W. Thompson | Expert | May Call |
| 89. | | Tony Watson | Expert | May Call |
| 90. | | H. James Wedner, M. D. | Expert | May Call |
| 91. | | Jaime Albrecht | Fact | May Call |
| 92. | | Jim Foltz | Fact | May Call |
| 93. | | Forest River Warranty Officer, yet to be designated | Fact | May Call |
| 94. | | Corporate Representative of Forest River, Doug Gaeddert | Fact | May Call |
| 95. | | Corporate Representative of Forest River, yet to be designated | Fact | May Call |
| 96. | | Any and all witnesses who may be identified or discovered on the basis of Defendant's responses to discovery propounded by Plaintiff or depositions taken during discovery in this matter | Fact/Expert | May Call |
| | **Shaw Environmental:** | | | |
| 97. | | John D. Osteraas | Expert | May Call |
| 98. | | Corporate Representative of Shaw Environmental | Fact | May Call |
| 99. | | Project Manager of Shaw Environmental | Fact | May Call |
| 100. | | Any and all witnesses who may be identified or discovered on the basis of Defendant's responses to discovery propounded by Plaintiff or depositions taken during discovery in this matter | Fact/Expert | May Call |
| | **Vendors/Suppliers** | | | |

| | | | | |
|---|---|---|---|---|
| 101. | | Any and all witnesses who may be identified or discovered on the basis of Defendants' responses to discovery propounded by Plaintiff or depositions taken during discovery in this matter | Fact/Expert | May Call |
| | **Other:** | | | |
| 102. | | Corporate Representative of Lippert Components | Fact | May Call (By Deposition) |
| 103. | | Corporate Representative of RCG Enterprises | Fact | May Call (By Deposition) |
| 104. | | Representative of NACS | Fact | May Call (By Deposition) |
| 105. | | Representative of RVIA | Fact | May Call (By Deposition) |
| 106. | | Formaldehyde Counsel | Fact | May Call (By Deposition) |
| 107. | | Any and all witnesses who may be identified or discovered on the basis of Defendants' responses to discovery propounded by Plaintiff or depositions taken during discovery in this matter | Fact/Expert | May Call |
| 108. | | Any and all witnesses necessary to rebut any other party or witness | Fact/Expert | May Call |
| 109. | | Any and all witnesses listed by any other party in this action | Fact/Expert | May Call |

Plaintiff respectfully reserves the right to utilize any exhibit listed by any other party or utilized as an exhibit in the depositions taken in this matter. Plaintiff further respectfully reserves the right to supplement and amend this list once discovery is complete.

RESPECTFULLY SUBMITTED:

**FRANK J. D'AMICO, JR., APLC**

BY:  s/Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR., T.A. (#17519)
AARON Z. AHLQUIST (#29063)
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Telephone:    (504) 525-7272
Fax:              (504) 525-952
*Counsel for Lyndon Wright*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                            s/Frank J. D'Amico
                                            FRANK J. D'AMICO, #17519