UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Wright v. Forest River, Inc., et. al.* No. 09-2977 (E.D. LA)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT UNITED STATES OF AMERICA'S WITNESS LIST

Pursuant to the Court's Scheduling Order, Defendant United States of America ("United States") submits its witness list.

**I.     Will Call Fed. R. Civ. P. 26(a)(2)(B) Expert Witnesses:**

1.   Dr. Robert James, Ph.D.
     Terra, Inc.
     1234 Timberlane Road
     Tallahassee, FL 32312

     Associate Scientist
     Center for Environment and Human Toxicology
     Building 471, Mallory Road
     University of Florida
     Gainsville, FL 326111-0885

     Estimated Time for Direct Examination: ~ 1 hour.
     Subject Matter: Toxicology/Formaldehyde.

2.   Dr. Bruce Kelman, Ph.D.
     Veritox, Inc.
     18372 Redmond-Fall City Road
     Redmond, WA 98052

     Estimated Time for Direct Examination: ~ 1 hour.
     Subject Matter:  Toxicology/Mold

3.   Dr. Michael K. Lindell, Ph.D.
     Hazard Reduction & Recovery Center
     107C Langford Bldg. C
     3137 TAMU
     College Station, TX

     Estimated Time for Direct Examination: ~1 ½ hour.
     Subject Matter:  Disaster Response

4.   Dr. Richard Monson, M.D., M.Sc., Sc.D.
     Harvard School of Public Health
     655 Huntington Avenue
     Boston, MA 02115

     Estimated Time for Direct Examination: ~ 1 hour.
     Subject Matter:  Epidemiology/Formaldehyde.

5.   Mark J. Polk
     RV Education 101
     150 Bay Ridge Road
     Harrells, NC 28444

     Estimated Time for Direct Examination: ~ 45 minutes.
     Subject Matter: Travel Trailers.

6.   Coreen A. Robbins, M.H.S., Ph.D., CIH
     Veritox
     18372 Redmond-Fall City Road
     Redmond, WA 98052

     Estimated Time for Direct Examination: ~ 1 hour.
     Subject Matter:  Testing/Testing Methodology.

II.  **Will Call Fact Witnesses[1]:**

1. Bronson Brown
   Section Chief
   Occupation Safety, Health & Security Branch
   Facilities Management Division
   FEMA DHS

   Estimated Time for Direct Examination: ~1 hour.
   Subject Matter:   FEMA OSH testing and participation in testing temporary emergency housing units for formaldehyde.

2. Guy Bonomo (via deposition)
   Deputy Human Services Section Chief
   Individual Assistance Branch
   FEMA DHS

   Estimated Time for Direct Examination: ~ 20 minutes.
   Subject Matter:  FEMA distribution of August 2006 Formaldehyde Brochure.

3. James R. Brixus  (via deposition unless witness appears live on behalf of another party)
   Senior Contracts Manager and Fed. R. Civ. P. 30(b)(6) Witness
   Shaw Environmental, Inc.

   Estimated Time for Direct Examination: ~ 20 minutes.
   Subject Matter:   Contract with FEMA to provide disaster aid in response to Hurricanes Katrina and Rita.  Shaw's responsibility relating to hauling, installing, and maintaining travel trailers.

4. Geoffrey Compeau (via deposition unless witness appears live on behalf of another party)
   Project Manager and Fed. R. Civ. P. 30(b)(6) Witness
   Shaw Environmental, Inc.

   Estimated Time for Direct Examination: ~ 1 hour.
   Subject Matter:   Hauling, installing, and maintaining travel trailers.  Shaw's Standard Operating Procedures, response to notification that trailers may have formaldehyde, specifics relating to installation and maintenance travel trailer occupied by Mr. Wright.

---

[1] The United States has designated witnesses "via deposition" to the extent a determination has been made that the witness will testify via deposition.  As to witnesses with no designation – the United States has not yet determined whether the witness will be called live or presented by deposition.

5. David Garratt
   Acting Deputy Administrator
   FEMA DHS

   Estimated Time for Direct Examination: ~ 45 minutes.
   Subject Matter:  FEMA response to formaldehyde concerns ~May 2006 through Summer 2007.

6. Bellance R. "Faye" Green
   Manager
   FEMA National Processing Service Center
   Hyattsville, MD

   Estimated Time for Direct Examination: ~30 minutes.
   Subject Matter:  FEMA Individual Assistance Files.

7. Mike Lapinski
   Federal Coordinating Officer
   Office Coordinating Officer Operations
   FEMA DHS

   Estimated Time for Direct Examination: ~45 minutes.
   Subject Matter:  FEMA response actions to concerns about formaldehyde in temporary housing units from ~ July 2007 to June 2008.

8. Stanley Larson (via deposition)
   DHOPS Management Specialist
   FEMA DHS

   Estimated Time for Direct Examination: ~20 minutes.
   Subject Matter:  Actions taken by FEMA to distribute July 2007 Formaldehyde Flyer to travel trailer occupants.

9. Joseph D. Little (via deposition)
   Commander, Public Health Service
   National Institute for Occupational Safety and Health
   Centers for Disease Control and Prevention
   Atlanta, GA

   Estimated Time for Direct Examination: ~30 minutes.
   Subject Matter:  Actions taken from ~ June 2006 to May 2007 to test temporary emergency housing units and determination of an appropriate response actions to formaldehyde in temporary emergency housing units.

4

10. Martin McNeese
    Assistant Branch Chief
    FEMA Region 8
    Denver, CO

    Estimated Time for Direct Examination: ~45 minutes.
    Subject Matter: Actions taken from ~ June 2006 to May 2007 to test temporary emergency housing units and determination of an appropriate response actions to formaldehyde in temporary emergency housing units.

11. Stephen C. Miller
    Logistics Management Specialist Supervisor
    FEMA DHS

    Estimated Time for Direct Examination: ~45 minutes.
    Subject Matter: Actions taken by FEMA to respond to formaldehyde concerns in temporary emergency housing units from ~ March 2006 through ~ October 2006.

12. Travis Morris (via deposition)
    Disaster Assistance Employee
    FEMA DHS

    Estimated Time for Direct Examination: ~30 minutes.
    Subject Matter: Distribution of July 2007 Formaldehyde Flyer.

13. Clyde Payne
    Officer In Charge
    Jackson Area Office
    Occupation Safety and Health Agency
    U.S. Department of Labor
    Jackson, Mississippi

    Estimated Time for Direct Examination: ~ 45 minutes.
    Subject Matter: OSHA testing of unoccupied temporary emergency housing units between ~ October 2005 and ~ February 2006.

5

14. Kevin Souza
    Chief (former)
    Individual Assistance Program Management
    Individual Assistance Division
    FEMA DHS

    Estimated Time for Direct Examination: ~ 1 hour.
    Subject Matter:  FEMA decision in August/September 2005 to use travel trailers as opposed to manufactured housing for temporary emergency housing. FEMA's response action commencing in  ~ Spring 2006 through ~Summer 2007 to concerns about formaldehyde in temporary emergency housing units.

**III.    May Call Witness List:**

1.  Jesse Baynes
    Jackson Area Office
    Occupation Safety and Health Agency
    U.S. Department of Labor
    Jackson, Mississippi

2.  Michael S. Bonner (via deposition)
    Bonner Analytical Testing Company
    2703 Oak Grove Road
    Hattiesburg, MS 39402
    Phone:  601.264.2854

3.  Lenell Bryant
    DHOPS Special Projects/
    DHOPS Demolition Lead
    FEMA DHS

4.  Bryan Boyle
    FEMA HQ Disaster Housing Operations
    Individual Assistance Division

5.  Jeffrey Burian
    Production Manager
    Forest River, Inc.

6. James (Chip) Burris
   Senior Project Manager
   Contractor Support Branch
   FEMA DHS

7. David Chawaga
   Safety Specialist
   OM-FM-SY-SH
   FEMA DHS

8. Jorge Colon
   Contracting Officer's Technical Representative
   FEMA DHS

9. Robert Duckworth (via videotape)
   Fluor Enterprises, Inc., Fed. R. Civ. P. 30(b)(6) Witness

10. Robert Ferguson
    MHOPS Maintenance
    FEMA DHS

11. Doug Gaeddert
    Forest River, Inc. Fed. R. Civ. P. 30(b)(6)
    General Manager
    South Bend, Indiana

12. Eric Gentry
    Team Leader R-5 First
    FEMA DHS

13. Darrian Griffin
    Site Manager
    Melville Staging Facility
    FEMA DHS

14. Carl Hallstead
    Lead Program Specialist
    DAD-IA-PM-HS
    FEMA DHS

15. Tracy Haynes
    Branch Chief
    IM-RS
    FEMA DHS

16. Jack Hume (via deposition)
    Bechtel National, Inc.  Rule 30(b)(6) Witness
    San Francisco, CA

17. Gil Jamieson
    Former Associate Deputy Administrator
    Gulf Coast Recovery
    FEMA DHS

18. Merrit Lake
    Captain, Public Health Service

19. Dr. William Lang, M.D.
    Assoc. Chief of Medical Office
    Dept. of Homeland Security Health

    As part of its response actions to formaldehyde concerns, FEMA commencing on or about May 2007 consulted with Dr. Lang.  The United States hereby notifies the parties that the advice he provided may potentially be considered Fed. R. Evid. 702, 703 or 705.

20. Deidre Lee
    Director Office of Management
    FEMA DHS

21. Bryan McCreary
    Supervisor Contract Specialist
    OM-AQ-CP-MT-NA
    FEMA DHS

22. Kenneth J. Melchiorre (via deposition)
    CH2M Hill Constructors, Inc. ("CH2M Hill") Rule 30(b)(6) Witness
    15010 Conference Center Drive, Suite 200
    Chantilly, VA

23. Sidney Melton
    Individual Assistance Section Chief
    TRO MS/LA
    FEMA DHS

24. Michael Miller
    Area Field Office Coordinator
    FEMA DHS

25. Mark Misczak
    Branch Chief
    DAD-IA-PM-HS
    FEMA DHS

26. Clifford Oliver
    Special Programs Program Manager
    Acquisition Program and Planning Branch
    Office of Acquisition Management
    FEMA DHS

27. David Porter (via deposition)
    ITESS COTR
    DHS-OCIO
    IT Acquisition Mgmt Branch
    Department of Homeland Security

28. Rene Rodriguez (via deposition)
    Disaster Assistance Employee
    FEMA DHS

29. Eugene Romano
    FEMA DHS

30  Dr. Jeff Rung, M.D.
    Assistant Secretary Health Affairs
    U.S. Dept. of Homeland Security

    As part of its response actions to formaldehyde concerns, FEMA commencing on
    or about May 2007 consulted with Dr. Lang.  The United States hereby notifies
    the parties that the advice he provided may potentially be considered Fed. R. Evid.
    702, 703 or 705.

31    James N. Russo
Federal Coordinating Officer
RE-FC
FEMA DHS

32.    Richard C. Seeds
Disaster Assistance Employee
FEMA Office of Health and Safety
FEMA DHS

33.    Dan Shea (via deposition)
President
Gulf Stream Coach

34.    Jim Shea (via deposition)
President/CEO
Gulf Stream Coach, Inc.

35.    James W. Stark
Director
TRO-LA-OP
FEMA DHS

36.    Wayne Stoeh
FEMA DHS

37.    Cindy Taylor
FEMA Office of External Affairs

38.    Tommy Warder
COTR, MDC
Individual Assistance, CSB
FEMA DHS IA-TAC

39.    Charles Whitaker (via video)
Fluor Enterprises, Fed. R. Civ. P. 30(b)(6)

40.    Tammi Wisko
Gulf Coast Recovery Office
FEMA DHS

41.    Bobbie Wright

42. Lyndon T. Wright

43. Michelle Wright

44. FEMA Document Custodian from Logistics.

45. FEMA Press Officer Records Custodian.

46. All persons designated by Plaintiff as will call/may call witnesses, including any Rule 26 (a)(2)(B) Expert Witnesses.

47. All persons designated by Shaw as will call/may call witnesses, including any Rule 26 (a)(2)(B) Expert Witnesses.

48. All persons designated by Forest River as will call/may call witnesses, including any Rule 26 (a)(2)(B) Expert Witnesses.

Dated:  January 12, 2010                    Respectfully Submitted,

TONY WEST                                   ADAM BAIN
Assistant Attorney General, Civil Division  Senior Trial Counsel

J. PATRICK GLYNN                            MICHELLE BOYLE
Director, Torts Branch, Civil Division      ADAM DINNELL
                                            MICHELE GREIF
DAVID S. FISHBACK                           JONATHAN WALDRON
Assistant Director                          Trial Attorneys

OF COUNSEL:                                 *//S// Henry T. Miller*
                                            HENRY T. MILLER (D.C. Bar No. 411885)
JORDAN FRIED                                Senior Trial Counsel
Associate Chief Counsel                     United States Department of Justice
                                            Civil Division - Torts Branch
JANICE WILLIAMS-JONES                       P.O. Box 340, Ben Franklin Station
Senior Trial Attorney                       Washington, D.C. 20004
Federal Emergency Management Agency         Telephone No:  (202) 616-4223
Department of Homeland Security             E-mail:  Henry.Miller@USDOJ.Gov
Washington, D.C. 20472

                                            Attorneys for the United States of America

11

## CERTIFICATE OF SERVICE

      I hereby certify that on January 12, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system a copy thereof was served upon Liaison Counsel.

                                              *//S// Henry T. Miller*
                                              HENRY T. MILLER (D.C. Bar No. 411885)