## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                        MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION               SECTION "N-5"
                                           JUDGE ENGELHARDT
                                           MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

*Wright v. Forest River, Inc., et. al.* No. 09-2977 (E.D. LA)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### EXHIBIT LIST (SECOND)

The United States designates the following documents as Exhibit.

| Line No. | Exhibit UX-000# | EXHIBIT DESCRIPTION | BATES NUMBERS |
|---|---|---|---|
| 1 | UX-0406 | 12/11/07, Emails | FEMA17-018848 – 49 |
| 2 | UX-0723 | 3/27/06, E-mails | FEMA17-0003670 – 71 |
| 3 | UX-0013 | 3/17/06, E-mail | FEMA17-022333 |
| 4 | UX-0014 | 3/17/06, E-mail | FEMA-Waxman-3623 |
| 5 | UX-1094 | 3/20/06 Emails, FEMA/IA-TAC | FEMA17-000207 |
| 6 | UX-1095 | 3/20/06 Emails, FEMA/CH2M Hill | FEMA17-000208 |
| 7 | UX-1096 | 3/21/06 Emails, FEMA/Flour | FEMA17-000239 - 40 |
| 8 | UX-1097 | 3/21/06 Emails, FEMA/Shaw | FEMA71-000237 - 38 |
| 9 | UX-0467 | 3/21/06, E-mails | FEMA17-000241 – 42 |
| 10 | UX-0445 | 3/21/06, Emails | FEMA17-003838 – 39 |
| 11 | UX-0443 | 3/21/06, Emails | FEMA17-022360 – 62 |
| 12 | UX-0456 | 3/21/06, E-mails | FEMA17-022556 – 57 |
| 13 | UX-0458 | 3/21/06, E-mails | FEMA17-023156 – 59 |
| 14 | UX-0719 | 3/22/06, E-mails | FEMA09-000362 |
| 15 | UX-0027 | 3/22/06, Letter/E-Mail | FEMA17-024012 |
| 16 | UX-0025 | 03/22/06, E-mail,  Re: File Search | FEMA17-024456 |
| 17 | UX-0718 | 3/23/06, E-Mails | FEMA09-000364 – 80 |
| 18 | UX-0024 | 05/24/07, E-Mail | FEMA17-024013 |
| 19 | UX-0026 | 3/23/06 E-Mail | FEMA17-024014 – 15 |
| 20 | UX-0726 | 3/24/06, E-mails | FEMA09-000360 – 61 |
| 21 | UX-0021 | ~3/27/06, E-mails | FEMA17-024497 - 98 |
| 22 | UX-0448 | 4/6/06, Emails | FEMA17-023098 – 102 |
| 23 | UX-0454 | 4/17/06, E-mails | FEMA17-000722 |

| Line No. | Exhibit UX-000# | EXHIBIT DESCRIPTION | BATES NUMBERS |
|---|---|---|---|
| 24 | UX-0457 | 4/17/06, E-mails | FEMA17-000723 |
| 25 | UX-0557 | 5/5/06, E-mails | FEMA17-010720 – 21 |
| 26 | UX-0469 | 5/11/06, E-mails | FEMA17-022546 |
| 27 | UX-0463 | 5/16/06, E-mails | FEMA17-23262 -66 |
| 28 | UX-0468 | 5/11/06, E-mails | FEMA17-022351 |
| 29 | UX-0472 | 5/23/06, E-mails | FEMA17-005662 – 63 |
| 30 | UX-0473 | 5/23/06, E-mails | FEMA17-023196 |
| 31 | UX-0449 | 5/30/06 E-mails | FEMA17-022746 – 47 |
| 32 | UX-0444 | 5/31/06, E-mails | FEMA17-005600 – 601 |
| 33 | UX-0028 | 5/31/06, E-Mails | FEMA17-023996 -  97 |
| 34 | UX-0455 | 6/2/06, E-mails | FEMA17-002196 – 201 |
| 35 | UX-0721 | 6/2/06, E-mails | FEMA17-024461 |
| 36 | UX-0474 | 6/09/06, E-mails | FEMA17-022347 |
| 37 | UX-0451 | 6/15/06, E-mail | FEMA17-002191 – 95 |
| 38 | UX-0521 | 6/15/06, E-mails | FEMA17-002191 – 95 |
| 39 | UX-0010 | 6/15/06, E-mail. | FEMA17-02236 - 37 |
| 40 | UX-0479 | 6/16/06, E-mail | FEMA17-001986 |
| 41 | UX-0725 | 6/16/06, E-mails | FEMA17-004817 – 18 |
| 42 | UX-0462 | 6/19/06, E-mails | FEMA17-023200 -201 |
| 43 | UX-0523 | 6/27/06, E-mails | FEMA17-000789 - 92 |
| 44 | UX-0465 | 6/27/06, E-mails | FEMA17-000789 – 92 |
| 45 | UX-0452 | 6/27/06, E-mails | FEMA17-001961 – 64 |
| 46 | UX-0525 | 6/27/07, E-mails | FEMA17-004995 |
| 47 | UX-0011 | 6/27/06, E-mail | FEMA17-007073- 76 |
| 48 | UX-0524 | 6/27/07, E-mails | FEMA17-009604 |
| 49 | UX-0012 | 6/28/06, E-mail | FEMA17-002458 - 59 |
| 50 | UX-0495 | 6/28/06, E-mails | FEMA17-002458 - 59 |
| 51 | UX-0471 | 6/29/06, E-mails | FEMA17-022661 |
| 52 | UX-0464 | 6/29/06, E-mails | FEMA17-023170 |
| 53 | UX-0529 | 7/06/06, E-mails | FEMA17-000834 |
| 54 | UX-0528 | 7/06/06, E-mails | FEMA17-001953 – 54 |
| 55 | UX-0017 | 7/6/06 E-mail | FEMA17-001957 |
| 56 | UX-0727 | 7/6/06, E-mails | FEMA17-006702 – 04 |
| 57 | UX-0558 | 7/7/06, E-mails | FEMA17-000688 |
| 58 | UX-0494 | 7/7/06, E-Mails | FEMA17-000832 |
| 59 | UX-0530 | 7/10/06, E-mails | FEMA17-001922 – 23 |
| 60 | UX-0446 | 7/10/06 E-mail | FEMA17-006717 – 19 |
| 61 | UX-0563 | 7/12/06, E-mails | FEMA17-000827 |
| 62 | UX-0441 | 7/12/06, E-mails | FEMA17-022996 – 97 |
| 63 | UX-0459 | 7/14/06, E-mails | FEMA17-023227 – 28 |
| 64 | UX-0461 | 7/18/06, E-mails | FEMA17-005849 – 50 |
| 65 | UX-0460 | 7/18/06, E-mails | FEMA17-005851 – 52 |
| 66 | UX-0450 | 7/18/06, Emails | FEMA17-023067 – 68 |

| Line No. | Exhibit UX-000# | EXHIBIT DESCRIPTION | BATES NUMBERS |
|---|---|---|---|
| 67 | UX-0496 | 7/19/06, E-mails | FEMA17-001760 |
| 68 | UX-0585 | 7/20/06, E-mails | FEMA17-000473 |
| 69 | UX-0553 | 7/20/06, E-mails | FEMA17-000784 – 86 |
| 70 | UX-0556 | 7/20/06, E-mails | FEMA17-000817 – 18 |
| 71 | UX-0595 | 7/20/06, E-mails | FEMA17-001092 – 93 |
| 72 | UX-0611 | 7/20/06, E-mails | FEMA17-001776 – 77 |
| 73 | UX-0613 | 7/20/06, E-mails | FEMA17-001778 |
| 74 | UX-0612 | 7/20/06, E-mails | FEMA17-005624 |
| 75 | UX-0887 | 7/21/06, E-Mails | FEMA17-000476 |
| 76 | UX-0888 | 7/21/06, E-Mails | FEMA17-000479 |
| 77 | UX-0559 | 7/21/06 E-mail | FEMA17-000481 |
| 78 | UX-0889 | 7/21/06, E-Mails | FEMA17-000485 |
| 79 | UX-0615 | 7/21/06, E-mails | FEMA17-001806 – 10 |
| 80 | UX-0607 | 7/21/06, E-mails | FEMA17-002163 – 66 |
| 81 | UX-0610 | 7/21/06, E-mails | FEMA17-022379 |
| 82 | UX-0596 | 7/21/06, E-mails | FEMA17-022694 – 99 |
| 83 | UX-0009 | 7/22/06, E-mail | FEMA17-005982 - 84 |
| 84 | UX-0589 | 7/22/06, E-mails | FEMA17-022768 – 72 |
| 85 | UX-0890 | 7/24/06, Email | FEMA17-000787- 88 |
| 86 | UX-0891 | 7/25/ 06, E-Mails | FEMA17-001756-57 |
| 87 | UX-0552 | 7/25/06, E-mails | FEMA17-001758 – 59 |
| 88 | UX-0722 | 7/26/06, E-mails | FEMA10-000183 – 84 |
| 89 | UX-0600 | 07/26/06, E-mails | FEMA17-000510 – 11 |
| 90 | UX-0562 | 7/26/06, E-mails | FEMA17-000520 – 21 |
| 91 | UX-0586 | 7/26/06, E-mails | FEMA17-001787 |
| 92 | UX-0591 | 7/26/06, E-mails | FEMA17-001788 |
| 93 | UX-0413 | 7/26/06, E-mail | FEMA17-001836 – 39 |
| 94 | UX-0587 | 7/27/06, E-mails | FEMA17-000523 |
| 95 | UX-0577 | 7/27/06, E-mails | FEMA17-000524 – 25 |
| 96 | UX-0892 | 7/27/06, E-Mails | FEMA17-000526 |
| 97 | UX-0576 | 7/27/06, E-mails | FEMA17-000809 – 10 |
| 98 | UX-0606 | 7/27/06, E-mails | FEMA17-023224 – 25 |
| 99 | UX-0592 | 7/28/06, E-mails | FEMA17-006848 – 49 |
| 100 | UX-0580 | 7/28/06, E-mails | FEMA17-023195 |
| 101 | UX-0609 | 7/28/06, E-mails | FEMA17-023222 – 23 |
| 102 | UX-0582 | 7/31/06, E-mails | FEMA17-005640 – 42 |
| 103 | UX-0597 | 7/31/06, E-mails | FEMA17-022519 – 25 |
| 104 | UX-0593 | 8/2/06, E-mails | FEMA17-001791 – 94 |
| 105 | UX-0590 | 8/2/06, E-mails | FEMA17-022497 – 98 |
| 106 | UX-0594 | 8/3/06, E-mails | FEMA17-000556 – 57 |
| 107 | UX-0578 | 8/3/06, E-mails | FEMA17-000558 |
| 108 | UX-0482 | 8/3/06, E-mails | FEMA17-000559-560 |
| 109 | UX-0601 | 8/3/06, E-mails | FEMA17-000570 – 71 |

| Line No. | Exhibit UX-000# | EXHIBIT DESCRIPTION | BATES NUMBERS |
|---|---|---|---|
| 110 | UX-0575 | 8/3/06, E-mails | FEMA17-000572 |
| 111 | UX-0538 | 8/03/06, E-mails | FEMA17-001895 – 96 |
| 112 | UX-0478 | 8/3/06, E-mail | FEMA17-005821 |
| 113 | UX-0581 | 8/3/06 E-mails | FEMA17-005823 |
| 114 | UX-0566 | 8/4/06, E-mails | FEMA17-022509 – 12 |
| 115 | UX-0599 | 8/04/06, E-mails | FEMA17-023252 |
| 116 | UX-0579 | 8/7/06, E-mails | FEMA17-000592 – 94 |
| 117 | UX-0561 | 8/7/06, E-mails | FEMA17-000805 |
| 118 | UX-0603 | 8/9/06, E-mails | FEMA17-000614 – 15 |
| 119 | UX-0588 | 8/10/06, E-mails | FEMA17-022506 – 08 |
| 120 | UX-0598 | 8/14/06, E-mails | FEMA17-000631 |
| 121 | UX-0493 | 8/14/06, E-Mails | FEMA17-000638 – 39 |
| 122 | UX-0608 | 8/14/06, E-mails | FEMA17-023258 – 59 |
| 123 | UX-0602 | 8/15/06, E-mails | FEMA17-000640 – 41 |
| 124 | UX-0560 | 8/21/06, Project Updates | FEMA17-000753 -  54 |
| 125 | UX-0574 | 8/23/06, E-mails | FEMA17-000337 |
| 126 | UX-0583 | 8/24/06, E-mails | FEMA17-001706 – 07 |
| 127 | UX-0604 | 8/29/06, E-mails | FEMA17-000365 – 67 |
| 128 | UX-0568 | 8/30/06, E-mails | FEMA17-002480 – 81 |
| 129 | UX-0569 | 8/30/06 E-mails | FEMA17-022728 |
| 130 | UX-0933 | 9/5/06, E-Mails | FEMA17-000375-76 |
| 131 | UX-0584 | 9/5/06, E-mails | FEMA17-023017 – 20 |
| 132 | UX-0570 | 9/6/06, E-mails | FEMA17-001701 |
| 133 | UX-0572 | 9/6/06, E-mails | FEMA17-001704 |
| 134 | UX-0571 | 9/7/06, E-mails | FEMA17-022463 |
| 135 | UX-0614 | 9/7/06, E-mails | FEMA17-023248 – 49 |
| 136 | UX-0565 | 9/08/06, E-mails | FEMA17-001688 – 89 |
| 137 | UX-0573 | 9/8/06, E-mails | FEMA17-022359 |
| 138 | UX-0567 | 9/11/06, E-mails | FEMA17-022719 -20 |
| 139 | UX-0643 | 9/12/6, E-mails | FEMA17-023257 |
| 140 | UX-0564 | 9/13/06, E-mails | FEMA17-000749 – 50 |
| 141 | UX-0634 | 9/14/06, E-mails | FEMA17-022970 |
| 142 | UX-0618 | 9/14/06, E-mails | FEMA17-022974 |
| 143 | UX-0636 | 9/15/06, E-mails | FEMA17-022727 |
| 144 | UX-0639 | 9/23/06, E-mails | FEMA17-001672 |
| 145 | UX-0546 | 9/23/06, E-mails | FEMA17-002048 – 49 |
| 146 | UX-0644 | 9/27/06, E-mails | FEMA17-023202 – 05 |
| 147 | UX-0635 | 9/28/06 E-mails | FEMA17-002249 |
| 148 | UX-0922 | 10/11/06, E-Mail | FEMA17-000029-32 |
| 149 | UX-0620 | 10/12/06, E-mails | FEMA17-002244 – 46 |
| 150 | UX-0629 | 10/17/06, E-mails | FEMA17-023190 |
| 151 | UX-0646 | 10/19/06, E-mail | FEMA17-001668 |
| 152 | UX-0498 | 10/20/06, E-mails | FEMA17-001666 – 67 |

| Line No. | Exhibit UX-000# | EXHIBIT DESCRIPTION | BATES NUMBERS |
|---|---|---|---|
| 153 | UX-0633 | 10/20/06, E-mails | FEMA17-002242 – 43 |
| 154 | UX-0481 | 10/20/06, E-mail | FEMA17-002484-85 |
| 155 | UX-0628 | 11/15/06, E-mails | FEMA17-022549 – 50 |
| 156 | UX-0918 | 11/16/06, E-Mail | FEMA17-001663 |
| 157 | UX-0919 | 11/27/06, E-Mail | FEMA17-000389 |
| 158 | UX-0499 | 11/27/06, E-mails | FEMA17-000731 – 32 |
| 159 | UX-0920 | 11/27/06, E-Mail | FEMA17-000733-34 |
| 160 | UX-0648 | 11/29/06, E-mails | FEMA17-000146 – 47 |
| 161 | UX-0945 | 11/30/06, Letter, FEMA | DeRosa 000106 |
| 162 | UX-0720 | 12/4/06 Email | CDC104-001024 – 26 |
| 163 | UX-0617 | 12/13/06, E-mails | FEMA17-022975 – 76 |
| 164 | UX-0631 | 12/13/06, E-mails | FEMA17-024808 – 09 |
| 165 | UX-0637 | 1/11/07, E-mails | FEMA17-002142 |
| 166 | UX-0642 | 1/25/07, E-mails | FEMA17-023234 |
| 167 | UX-0641 | 2/9/07, E-mails | FEMA17-002134 – 36 |
| 168 | UX-0621 | 2/15/07, E-mails | FEMA17-003538 - 40 |
| 169 | UX-0502 | 2/15/07, E-mails | FEMA17-003538 – 40 |
| 170 | UX-0623 | 2/22/07, E-mails | FEMA17-002103 – 04 |
| 171 | UX-0550 | 2/23/07, E-mails | FEMA17-002096 |
| 172 | UX-0475 | 2/23/07, E-Mails | FEMA17-002097-98 |
| 173 | UX-0022 | ~03/06/07, E-mails | FEMA17-003608 |
| 174 | UX-0503 | 3/06/07, E-mails | FEMA17-003608 |
| 175 | UX-0624 | 3/6/07, E-mails | FEMA17-003608 |
| 176 | UX-0627 | 3/8/07, E-mails | FEMA17-000072 – 73 |
| 177 | UX-0640 | 3/8/07, E-mails | FEMA17-022407 |
| 178 | UX-0619 | 3/9/07, E-mails | FEMA17-002012 – 13 |
| 179 | UX-0951 | 3/17/07 Letter CDC | DeRosa 0075-0082 |
| 180 | UX-0905 | 3/20/07, E-Mails | FEMA17-006148-51 |
| 181 | UX-0626 | 3/30/07, E-mails | FEMA17-005390 – 97 |
| 182 | UX-0551 | 4/12/07, E-mails | FEMA17-002080 – 81 |
| 183 | UX-0828 | 4/12/07, E-Mail | FEMA17-002082-83 |
| 184 | UX-0504 | 4/12/07, E-mails | FEMA17-022560 |
| 185 | UX-0649 | 4/12/07, E-mails | FEMA17-022560 |
| 186 | UX-0554 | 4/18/07, E-mails | FEMA17-002806 – 09 |
| 187 | UX-0555 | 4/18/07, E-mails | FEMA17-003325 – 26 |
| 188 | UX-0616 | 4/30/07, E-mails | FEMA17-002018 – 21 |
| 189 | UX-0549 | 5/02/07, E-mails | FEMA17-000130 – 32 |
| 190 | UX-0622 | 5/16/07, E-mails | FEMA17-010949 |
| 191 | UX-0547 | 5/16/07, E-mails | FEMA17-015068 |
| 192 | UX-0548 | 5/16/07, E-mails | FEMA17-016405 |
| 193 | UX-0505 | 5/16/07, E-mails | FEMA17-017409 – 10 |
| 194 | UX-0506 | 5/17/07, E-mails | FEMA17-008762 – 64 |
| 195 | UX-0511 | 5/17/07, E-mails | FEMA17-009013 – 14 |

| Line No. | Exhibit UX-000# | EXHIBIT DESCRIPTION | BATES NUMBERS |
|---|---|---|---|
| 196 | UX-0510 | 5/17/07, E-mails | FEMA17-009034 – 35 |
| 197 | UX-0509 | 5/17/07, E-mails | FEMA17-009792 – 97 |
| 198 | UX-0507 | 5/17/07, E-mails | FEMA17-014782 – 89 |
| 199 | UX-0508 | 5/17/07, E-mails | FEMA17-016319 – 27 |
| 200 | UX-0512 | 5/17/07, E-mails | FEMA17-016428 – 35 |
| 201 | UX-0912 | 5/18/07, Emails | FEMA162-000957 - 58 |
| 202 | UX-0632 | 5/18/07, E-mails | FEMA17-005000 – 01 |
| 203 | UX-0513 | 5/18/07, E-mails | FEMA17-010235 -36 |
| 204 | UX-0514 | 5/18/07, E-mails | FEMA17-011315 -16 |
| 205 | UX-0515 | 5/18/07, E-mails | FEMA17-011323 – 24 |
| 206 | UX-0516 | 5/22/07, E-mails | FEMA17-012154 |
| 207 | UX-0023 | 05/24/07, E-mail. | FEMA17-010957 |
| 208 | UX-0517 | 5/30/07, E-mails | FEMA17-009232 – 36 |
| 209 | UX-0645 | 6/4/07, E-mails | FEMA17-008408 |
| 210 | UX-0518 | 6/04/07, E-mails | FEMA17-009283 – 84 |
| 211 | UX-0519 | 6/05/07, E-mails | FEMA17-016258 – 60 |
| 212 | UX-0630 | 6/7/07, E-mails | FEMA17-009395 – 96 |
| 213 | UX-0520 | 6/13/07, E-mails | FEMA17-009445 |
| 214 | UX-0476 | E-mail, EPA IAA SOW | FEMA17-007349-50 |
| 215 | UX-0477 | E-mail, EPA IAA SOW | FEMA17-008413-14 |
| 216 | UX-0522 | 6/26/07, E-mails | FEMA17-007449 |
| 217 | UX-0526 | 6/28/07, E-mails | FEMA17-012379 – 80 |
| 218 | UX-0527 | 6/29/07, E-mails | FEMA17-007533 – 35 |
| 219 | UX-0480 | 7/05/07 E-mail | FEMA17-007604-5 |
| 220 | UX-0531 | 7/11/07, E-mails | FEMA17-011413 – 14 |
| 221 | UX-0470 | 7/16/07, E-mails | FEMA17-012747 – 48 |
| 222 | UX-0532 | 7/17/07, E-mails | FEMA17-011483 |
| 223 | UX-0442 | 7/17/07, Emails | FEMA17-020331 – 32 |
| 224 | UX-0533 | 7/19/07, E-mails | FEMA17-015562 – 63 |
| 225 | UX-0534 | 7/21/07, E-mails | FEMA17-009886 – 87 |
| 226 | UX-0535 | 7/23/07, E-mails | FEMA17-017160 |
| 227 | UX-0536 | 7/25/07, E-mails | FEMA17-017207 – 08 |
| 228 | UX-0537 | 7/30/07, E-mails | FEMA17-016132 – 33 |
| 229 | UX-0421 | 8/2/07, E-mails | FEMA17-011580 |
| 230 | UX-0539 | 8/06/07, E-mails | FEMA17-013968 – 72 |
| 231 | UX-0540 | 8/09/07, E-mails | FEMA17-019159 – 61 |
| 232 | UX-0431 | 8/20/07, E-mails | FEMA17-015418 |
| 233 | UX-0440 | 8/27/07, Emails | FEMA17-013194 – 95 |
| 234 | UX-0424 | 08/27/07, E-mails | FEMA17-015383 |
| 235 | UX-0541 | 8/27/07, E-mails | FEMA17-015387 – 89 |
| 236 | UX-0436 | 08/27/07, E-mails | FEMA17-018519 – 22 |
| 237 | UX-0425 | 08/31/07, E-mails | FEMA17-015261 – 62 |
| 238 | UX-0018 | 8/31/2007 E-mail | FEMA17-016367 – 68 |

| Line No. | Exhibit UX-000# | EXHIBIT DESCRIPTION | BATES NUMBERS |
|---|---|---|---|
| 239 | UX-0542 | 8/31/07, E-mails | FEMA17-018820 – 21 |
| 240 | UX-0543 | 9/05/07, E-mails | FEMA17-012996 – 97 |
| 241 | UX-0453 | 9/13/07, E-mails | FEMA17-011885 – 87 |
| 242 | UX-0544 | 9/23/07, E-mails | FEMA17-015364 – 66 |
| 243 | UX-0435 | 09/24/07, E-mails | FEMA17-015306 – 09 |
| 244 | UX-0545 | 9/25/07, E-mails | FEMA17-018830 – 34 |
| 245 | UX-0466 | 9/28/07, E-mails | FEMA17-019419 – 20 |
| 246 | UX-0428 | 10/12/07, E-mails | FEMA17-019570 -  71 |
| 247 | UX-0423 | 10/19/07, E-mails | FEMA17-014160 – 61 |
| 248 | UX-0434 | 10/22/07, E-mails | FEMA17-015339 – 41 |
| 249 | UX-0430 | 10/22/07, E-mails | FEMA17-016374 – 75 |
| 250 | UX-0432 | 10/29/07 E-mails | FEMA17-018846 – 47 |
| 251 | UX-0420 | 10/29/07, E-mail | FEMA17-018880 |
| 252 | UX-0429 | 10/30/07, E-mails | FEMA17-018881 – 82 |
| 253 | UX-0422 | 10/31/07, E-mails | FEMA17-013045 |
| 254 | UX-0427 | 11/02/07, E-mails | FEMA17-016087 – 88 |
| 255 | UX-0437 | 11/06/07, E-mails | FEMA17-018802 – 04 |
| 256 | UX-0426 | 11/07/07, E-mails | FEMA17-014222 |
| 257 | UX-0405 | 11/17/07, E-mails | FEMA17-015592 – 94 |
| 258 | UX-0404 | 11/18/07, E-mails | FEMA17-014756 – 58 |
| 259 | UX-0408 | 11/23/07, E-mails | FEMA17-020647 – 49 |
| 260 | UX-0407 | 11/28/97, E-mails | FEMA17-016055 – 58 |
| 261 | UX-0409 | 12/4/07, E-mails | FEMA17-015159 |
| 262 | UX-0500 | 12/07/07, E-mails | FEMA17-016023 – 25 |
| 263 | UX-0410 | 12/11/07, E-mails | FEMA17-013072 – 73 |
| 264 | UX-0411 | 12/11/07, E-Mails | FEMA17-013799 |
| 265 | UX-0501 | 12/11/07, E-mails | FEMA17-015819 – 23 |
| 266 | UX-0403 | 12/11/07, E-mails | FEMA17-015826 – 28 |
| 267 | UX-0415 | 12/19/07, E-mails | FEMA17-019831 |
| 268 | UX-0416 | 12/27/07, E-mails | FEMA17-015795 |
| 269 | UX-0414 | 1/4/08, E-mails | FEMA17-015770 – 72 |
| 270 | UX-0497 | 1/18/08, E-mails | FEMA17-017728 – 32 |
| 271 | UX-0724 | 3/18/06, E-mails | OSH001-004338 |
| 272 | UX-0605 | 8/14/06, E-mails | FEMA17-000625 – 26 |
| 273 | UX-0433 | 10/22/09, E-mails | FEMA17-018822 – 29 |
| 274 | UX-0638 | 12/1/06, E-mails | FEMA17-002486 |
| 275 | UX-0647 | 12/1/06, E-mails | FEMA17-005598 – 99 |
| 276 | UX-0004 | "Important Notices" | FEMA09-000363 |
| 277 | UX-0744 | FEMA, Hurricane Katrina, One Year Later | FEMA10-000340 – 41 |
| 278 | UX-0399 | Statements Before the Senate Subcommittee on Disaster Recovery U.S. Senate | FPR001-000162- 66 |

| Line No. | Exhibit UX-000# | EXHIBIT DESCRIPTION | BATES NUMBERS |
|---|---|---|---|
| 279 | UX-0383 | Release No. FNF-07-024 | FPR001-000079 |
| 280 | UX-0370 | Disaster News Public Assistance and Project Worksheets: The Path to Rebuilding | FPR001-000009 - 17 |
| 281 | UX-0390 | Public Assistance And Project Worksheets: The Path To Rebuilding | FPR001-000009- 17 |
| 282 | UX-0373 | FEMA Disposal of Ice | FPR001-000021 - 22 |
| 283 | UX-0374 | FEMA Ice Disposition | FPR001-000023 |
| 284 | UX-0372 | FEMA Continues To Address Formaldehyde Concerns | FPR001-000020 |
| 285 | UX-0743 | FEMA, Formaldehyde and Travel Trailers | FEMA10-000190 – 92 |
| 286 | UX-0381 | Formaldehyde and Travel Trailers | FPR001-000043 – 45 |
| 287 | UX-0368 | Contractor Payments | FPR001-000006 |
| 288 | UX-0375 | FEMA Ice Disposition Update | FPR001-000024 |
| 289 | UX-0371 | FEMA Authorizes Hotel or Motel Assistance for Occupants of FEMA Temporary Housing Units | FPR001-000019 |
| 290 | UX-0438 | 9/6//07, Formaldehyde Pamphlet | FEMA17-019127 |
| 291 | UX-0804 | FEMA Press Release: Myths & Facts: Travel Trailers | FEMA-10-000195 – 97 |
| 292 | UX-0377 | FEMA Reforms Maintenance And Deactivation Of Housing Contracts Post Katrina | FPR002-000001 - 02 |
| 293 | UX-0741 | FEMA, FEMA Announces Refunds For Travel Trailers Purchased By Disaster Occupants and Through GSA Sales | FEMA10-000198 – 208 |
| 294 | UX-0418 | 1/23/08, Report, Delay in CDC Testing | FEMA17-018971 |
| 295 | UX-0380 | FEMA's Response to Allegations Of Suppressed Or Influenced Formaldehyde Reports | FPR001-000034 |
| 296 | UX-0402 | Unfounded: Assertions that FEMA Ignored or Manipulated Formaldehyde Research | FPR001-000172- 73 |
| 297 | UX-0802 | FEMA's Ongoing Response to Formaldehyde | FEMA10 000209 – 11 |
| 298 | UX-0742 | FEMA, FEMA's Ongoing Response to Formaldehyde | FEMA10-000209 – 11 |
| 299 | UX-0736 | FEMA and CDC Joint Press Release: CDC Releases Results of Formaldehyde Level Tests | ATSDR-000470 – 72 |
| 300 | UX-0367 | CDC Releases Results of Formaldehyde Level Tests | FPR001-000004 – 05 |
| 301 | UX-0376 | FEMA Plan of Action on Formaldehyde Findings to be Implemented Immediately | FPR001-000025 – 26 |

| Line No. | Exhibit UX-000# | EXHIBIT DESCRIPTION | BATES NUMBERS |
|---|---|---|---|
| 302 | UX-0396 | Statement of FEMA Administrator David Paulison: Committed to FEMA and the American People | FPR001-000037 |
| 303 | UX-0378 | FEMA Statement on the Deployment and Sale of Temporary Housing Units | FPR001-000028 |
| 304 | UX-0412 | 12/1/07, Formaldehyde Issue Sheet | FEMA17-018972 |
| 305 | UX-0764 | Important Information for TT Occupants | FEMA08 0000013 – 15 |
| 306 | UX-0750 | Formaldehyde Levels in FEMA-Supplied Trailers Handout (English and Spanish) | FEMA08-000011 – 12; FEMA08-000017 - 18 |
| 307 | UX-0002 | Brochure for Travel Trailer Occupants | FEMA08-000013-14 |
| 308 | UX-0763 | Important Formaldehyde Information for FEMA Housing Occupants Handout | FEMA08-000015 – 16 |
| 309 | UX-0867 | August 2006, FEMA Flyer: Important Information for Travel Trailer Occupants Living in EHU's | FEMA09-000386 – 87 |
| 310 | UX-0879 | 7/07, FEMA, Important Formaldehyde Information for FEMA Housing Occupants Living in EHU's | FEMA09-000388 - 90 |
| 311 | UX-0871 | Flyer: What You Should Know About Formaldehyde in Mobile Homes | FEMA10-000376 – 77 |
| 312 | UX-0369 | Cost Share Adjustment History | FPR001-000007 - 08 |
| 313 | UX-0379 | FEMA's Logistical Planning Efforts | FPR001-000029 - 30 |
| 314 | UX-0384 | Logistics Centers | FPR001-000089 |
| 315 | UX-0385 | Logistics Supply Chain | FPR001-000090 - 91 |
| 316 | UX-0389 | Pre-Positioned Disaster Supplies (PPDS) Capability | FPR001-000140- 41 |
| 317 | UX-0391 | Public Assistance Cost Share | FPR001-000147- 48 |
| 318 | UX-0395 | Results of Indoor Air Quality Testing Of Trailers And Mobile Homes For Formaldehyde In Mississippi and Louisiana:  Frequently Asked Questions | FPR001-000142- 46 |
| 319 | UX-0398 | Statement On Travel Trailers and Formaldehyde | FPR001-000169 |
| 320 | UX-0401 | The Deployment and Sale of Temporary Housing Units | FPR001-000170- 71 |
| 321 | UX-0740 | FEMA Model Travel Trailer Procurement Specs | FEMA10-0000280 – 309 |
| 322 | UX-0798 | Vendor Request for Quotations Letter and form | FEMA10-000251 – 71 |
| 323 | UX-0790 | Solicitation/Contract/Order For Commercial Items: Contract No. HSFEHQ-05-D-4125 | FEMA07-000001 – 19 |
| 324 | UX-0883 | Interagency Agreement Regarding Testing/ Investigation of Formaldehyde | FEMA162-000918–34 |

| Line No. | Exhibit UX-000# | EXHIBIT DESCRIPTION | BATES NUMBERS |
|---|---|---|---|
| | | (HSFE06-06-X-2014) | |
| 325 | UX-0775 | 3/22/06, Memorandum | FEMA09-000086– 87 |
| 326 | UX-0774 | 3/22/06, Memorandum | FEMA09-000088- 89 |
| 328 | UX-0015 | May 31, 2006,  FEMA, "Formaldehyde Statistics Memorandum" | FEMA10-000163 - 64 |
| 329 | UX-0773 | 5/31/06, Memorandum, Formaldehyde Air Sampling, FEMA Trailer Staging Area, Purvis, Mississippi | FEMA17-000111 – 12 |
| 330 | UX-0386 | 5/31/06, Memorandum, "Formaldehyde Air Sampling, FEMA Trailer Staging Area, Purvis, MS" | FPR001-000060 - 77 |
| 331 | UX-0387 | 5/31/06, Memorandum, "Formaldehyde Statistics" | FPR001-000167- 68 |
| 332 | UX-0788 | 6/13/06, Letter, Sierra Club to FEMA | FEMA 123-000001-15 |
| 333 | UX-0807 | 8/06, FEMA/EPA IAA Testing/Investigation of Formaldehyde | |
| 334 | UX-0484 | 11/27/06, E-mails | FEMA17-000392 |
| 335 | UX-0811 | Letter, FEMA Rick Preston to ATSDR Scott Wright | FEMA162-000917 |
| 336 | UX-0400 | Testimony of James Walker before the Homeland Security and Governmental Affairs Committee Subcommittee on Disaster Recovery | FPR001-000174 - 80 |
| 337 | UX-0019 | 7/16/07, Inter/Intra agency Agreement Analysis of Alternatives | FEMA17-020812-14 |
| 338 | UX-0388 | Oral Statement of R. David Paulison Before the House Committee on Oversight and Government Reform "Hearing of FEMA Trailers" | FPR001-000137- 39 |
| 339 | UX-0827 | 7/07, Applicants Reporting MH/TT Formaldehyde Issues | FEMA10-000378 – 83 |
| 340 | UX-0392 | Public Assistance Louisiana Global Report:  Summary of PA Funding and Project Worksheet Data | FPR001-000080 - 88 |
| 341 | UX-0393 | Public Assistance Mississippi Global Report:  Summary of PA Funding and Project Worksheet Data | FPR001-000092 - 102 |
| 342 | UX-0394 | Public Assistance Project Worksheets (PWs) and Dollars Hurricanes Katrina and Rita:  Gulf-Wide | FPR001-000078 |
| 343 | UX-0931 | July 2007, Script for Formaldehyde Concerns in Temporary Housing Unit: IA Recipients With Questions About formaldehyde | FEMA09-000402 - 07 |

| Line No. | Exhibit UX-000# | EXHIBIT DESCRIPTION | BATES NUMBERS |
|---|---|---|---|
| 344 | UX-0915 | Memo. for FEMA Temporary Housing Agent Group: Occupants with questions about formaldehyde July 2007 (re: Formaldehyde-Helpline Calls, Referrals and Transfers) | FEMA10-000386 – 90 |
| 345 | UX-0916 | Memo. for TROs, GCRO, National Coordination Team/IHPAG: Occupants wishing to move out of their EHUs August 2007 | FEMA10-000384 |
| 346 | UX-0806 | 8/07, FEMA-CDC Interagency Agreement-Testing/Investigation Formaldehyde | CDC046-001137– 48 |
| 347 | UX-0882 | Interagency Agreement Regarding Testing/ Investigation of Formaldehyde HS FELA (07-X-0270) | FEMA162-000944 –55 |
| 348 | UX-0492 | 8/24/07, Agenda Formaldehyde Task Force Briefing | FEMA17-014064 |
| 349 | UX-0419 | 8/24/07, Briefing - Formaldehyde Task Force | FEMA17-018942 – 48 |
| 350 | UX-0020 | 08/29/07, Briefing - Formaldehyde Task Force | FEMA17-018963 - 65 |
| 351 | UX-0365 | Air Quality Testing In The Gulf | FPR001-000001 |
| 352 | UX-0810 | 11/16/07, Letter, EPA to FEMA | |
| 353 | UX-0417 | 12/13/07, House Briefing Regarding Formaldehyde Testing | FEMA17-018973 – 76 |
| 354 | UX-0923 | February 2007, Operational Housing Action Plan Script: IA Recipients With Questions | FEMA09-000408 – 24 |
| 355 | UX-0008 | 4/7/08, Timeline | FEMA10-000325 - 37 |
| 356 | UX-0756 | GCRO Individual Assistance Global Report Executive Summary | FEMA09-000326 – 30 |
| 357 | UX-0713 | Temporary Housing Unit Inspection Report Form | FEMA09-00073 – 74 |
| 358 | UX-0809 | Letter, CDC Dr. Mark Keim (OTPER) to FEMA Rick Preston | DeRosa 000116 |
| 359 | UX-0701 | CDC/FEMA Formaldehyde Exposure in Homes | CDC 000269 – 74 |
| 360 | UX-0709 | Data Dictionary for FEMA Trailer Formaldehyde Study | CDC-000 087 – 207 |
| 361 | UX-0789 | Solicitation/Contract/Order for Commercial Items (Travel Trailer Purchase Contract) | FEMA10-000310 – 24 |
| 362 | UX-0660 | 7/07, FEMA Formaldehyde Flyer Distribution List – Group Sites. | FEMA162-000001– 15 |

| Line No. | Exhibit UX-000# | EXHIBIT DESCRIPTION | BATES NUMBERS |
|---|---|---|---|
| 363 | UX-0661 | 7/07, FEMA, Formaldehyde Flyer Distribution List – Private Sites | FEMA162-000016 – 916 |
| 364 | UX-0439 | National Housing Task Force Meeting - Support for GULF COAST Formaldehyde Initiatives Agenda | FEMA17-020588 |
| 365 | UX-0001 | Important Health Notice | FLE-00005672 |
| 366 | UX-0921 | 10/10/05, Letter, Gulf Stream Coach to FEMA | GULF00030008-09 |
| 367 | UX-0897 | 10/10/05, Letter, GSC to FEMA | GULF0003008 - 09 |
| 368 | UX-0856 | 3/23/06, E-mails | GULF0000966 |
| 369 | UX-0846 | 3/17/06, E-mails | GULF0002831 |
| 370 | UX-0858 | 3/17/06, E-mails | GULF0002838 – 41 |
| 371 | UX-0914 | 3/17/06, E-mails | GULF0004466 |
| 372 | UX-0958 | 3/17/06, E-Mails | GULF0004466 |
| 373 | UX-0857 | 3/21/06, E-mails | GULF0002832 |
| 374 | UX-0864 | 3/21/06, E-mails | GULF0004471 |
| 375 | UX-0906 | 3/21/06, E-Mails | GULF0004471-72 |
| 376 | UX-0907 | 3/21/06, E-Mails | GULF004467-70 |
| 378 | UX-0862 | 3/22/06, E-mails | GULF0003020 |
| 379 | UX-0876 | 4/27/06, GSC, Statement Regarding Travel Trailers | GS(COGR) 01489 |
| 380 | UX-0875 | 4/27/06, GSC, Statement Regarding FEMA Purchases of Travel Trailers | GULF0003204 |
| 381 | UX-0910 | 5/11/06, Letter, GSC to FEMA | GULF0004473-74 |
| 382 | UX-0911 | 5/15/06, E-Mails | GULF0004477 |
| 383 | UX-0913 | 5/19/06, , Letter,  GSC to FEMA | |
| 384 | UX-0859 | 5/24/06, E-mails | GULF0004479 – 80 |
| 385 | UX-0894 | 6/8/06, Letter GSC to FEMA | GSC003-000199 – 200 |
| 386 | UX-0979 | 6/8/06, Letter, GSC to FEMA | GULF0002506-2507 |
| 387 | UX-0863 | 6/14/06, E-mails | GULF0004487 – 94 |
| 388 | UX-0850 | 6/15/06 Email | GSC003-000221 |
| 389 | UX-0973 | 6/15/06, E-mails | GULF0002354 |
| 390 | UX-0895 | 8/3/06, Letter, GSC to FEMA | GULF0002342 – 45 |
| 391 | UX-0977 | 8/3/06, Letter, GSC to FEMA | GULF0002342-2345 |
| 392 | UX-0975 | 4/27/06, GSC Statement | GS 01489 |
| 393 | UX-0974 | 4/27/07, GSC Statement | GULF0003204 |
| 394 | UX-0829 | 8/16/07, Letter, GSC to FEMA | GULF0003176 |
| 395 | UX-0885 | 11/06/07  JB Formaldehyde Sampling for Mississippi dated | |
| 396 | UX-0842 | 12/4/07, E-Mails | GULF0003178 |
| 397 | UX-0747 | 2006, Fleetwood Owner's Manual | FLE-00005548-5668 |
| 398 | UX-1063 | Forest River Recreational Vehicle Owner's Manual | FOREST 0002399-483 |

| Line No. | Exhibit UX-000# | EXHIBIT DESCRIPTION | BATES NUMBERS |
|---|---|---|---|
| 399 | UX-0953 | 6/23/06 Letter GSC to Pierce | GULF 0004638 |
| 400 | UX-0762 | HUD Formaldehyde Rule Making | HUD 000001 – 48 |
| 401 | UX-0796 | USDH Safety and Health Fax Cover: OSHA Data | FEMA 09-000081 – 85 |
| 402 | UX-0003 | Case Narrative of Michael Bonner for Carlton and Dawn Sistrunk, dated April 6, 2006 | CH2M-FEMA(Sub2)-006379-006381 |
| 403 | UX-0944 | 12/1/07 E-mails | DeRosa 000103 – 04 |
| 404 | UX-0947 | 1/8/07 E-mails | DeRosa 000110 |
| 405 | UX-0777 | OSHA Gas and Vapor Monitoring Data | OSHA 00001 – 64 |
| 406 | UX-0946 | 2/2/07 E-mails | DeRosa 0063- 65 |
| 407 | UX-0950 | 4/6/07, Emails | DeRosa  0084-0085 |
| 408 | UX-0805 | 5/4/07, E-mails | DeRosa 000114-18 |
| 409 | UX-0948 | 5/3/07 E-mails | DeRosa 000114 -18 |
| 410 | UX-0808 | 5/27/07, Letter,  CDC to Cong. Gene Taylor | FGC027-001239 – 41 |
| 411 | UX-0952 | 5/29/07, Letter, CDC to Congressman Taylor | DeRosa 0075-0082 |
| 412 | UX-0831 | 11/07, CDC Script Prepared Response Report - Formaldehyde | CDC-000026 - 78 |
| 413 | UX-0728 | EPA, Basic Information for Formaldehyde | PSC 003214 – 17 |
| 414 | UX-0932 | December 2007, Public Service Announcement | CDC-000165 - 66 |
| 415 | UX-0699 | CDC Final Report on Formaldehyde Levels | CDC 000208 – 68 |
| 416 | UX-0729 | EPA Introduction to Indoor Air Quality | EPA 000001 – 04 |
| 417 | UX-0005 | EPA, "An Introduction to Indoor Air Quality" | EPA-000001- 04 |
| 418 | UX-0366 | CDC Environmental Hazards & Health Effects FEMA-Provided Travel Trailer Study | FPR001-000018 |
| 419 | UX-0016 | CPSC, "1997 Revision - An Update on Formaldehyde" | CPSC-000001 - 12 |
| 420 | UX-0949 | Risher/DeRosa, "The Precision, Uses, and Limitations of Public Health Guidance Values" | DeRosa Depo. Exh. 22 |
| 421 | UX-0689 | ATDSR, Toxicological Profile for Formaldehyde | ATSDR 00001 – 468 |
| 422 | UX-0759 | Health Consultation - Formaldehyde Sampling at FEMA Temporary Housing Units | ATSDR_FEMA-00001-14 |
| 423 | UX-0382 | Formaldehyde Sampling FEMA THUs, Baton Rouge, Louisiana | http://www.fema.gov/media/fortherecord.shtm |

| Line No. | Exhibit UX-000# | EXHIBIT DESCRIPTION | BATES NUMBERS |
|---|---|---|---|
| 424 | UX-0803 | 10/07, An Update and Revision of ATSDR's February 2007 Health Consultation | RATSDR_FEMA-00001 -23 |
| 425 | UX-0712 | DeVany Testing Protocol | PSC 003220 – 348 |
| 426 | UX-0691 | ATSDR Minimal Risk Levels (MRLs) for Hazardous Substances | ATSDR_MRL-00001 – 10 |
| 427 | UX-0783 | Public Health Statement: How can families reduce the risk of exposure to formaldehyde? | ATSDR-000025 |
| 428 | UX-0880 | 12/07, Indoor Air Quality and Health in FEMA Temporary Housing For Trailer Residents | CDC-000152 - 53 |
| 429 | UX-0813 | 12/07, CDC, Indoor Air Quality and Your Health (poster) | CDC-000154 |
| 430 | UX-0881 | 12/07, Indoor Air Quality Fact Sheet for CDC Partners in LA and MS | CDC-000157 |
| 431 | UX-0941 | December 2007, You Can Take Steps to Improve the Air You Breath | CDC-000180 - 181 |
| 432 | UX-0917 | News Articles relating to Formaldehyde in FEMA EHUs | |
| 433 | UX-0991 | National Contingency Plan | |
| 434 | UX-1015 | Handwritten document dated January 18, 2006 by Bobby R. Wright | FEMA124-000041; FGC009-000052 |
| 435 | UX-1020 | SF Form 95 filled out by Lyndon Wright | Wright Depo Ex. 13 |
| 436 | UX-0995 | FEMA Documents relating to Wright Travel Trailer | FEMA154-000019-29 FGC009-000001 to 11 FEMA165-000188-189 FEMA165-000013-187 |
| 437 | UX-0994 | Wright FRRATS Screenshots | FEMA10-002283 -332 |
| 438 | UX-1011 | FEMA document, Important Information for Travel Trailer Occupants | FEMA08-00013 - 14 |
| 439 | UX-0993 | Bobbie Wright Individual Assistance File | FEMA124-000001 -- 78; FGC009-000012 -- 89 |
| 440 | UX-0992 | Maintenance Documents | FGC041-000004 – 08 |
| 441 | UX-1012 | Formaldehyde levels in FEMA-Supplied Trailers | Wright Depo Ex. 4 |
| 442 | UX-1013 | FEMA Document, Important Information for Housing Occupants | Wright Depo Ex. 5 |
| 443 | UX-1000 | Lyndon Wright SF-95 and associated documents | FEMA178-000001-4; FEMA000976-982 |
| 444 | UX-0996 | FEMA Photos of Documents in Wright Travel Trailer | FEMA165-000001 -- 12 |
| 445 | UX-1085 | Dr. Richard R. Monson, Curriculum Vita | XRM001-002432 – XRM001-002461 |

| Line No. | Exhibit UX-000# | EXHIBIT DESCRIPTION | BATES NUMBERS |
|---|---|---|---|
| 446 | UX-1082 | Dr. Michael Lindell, Ph.D., 6/19/09 Expert Report and Demonstrative Exhibits. | XML002-000001 - XML002-000107 |
| 447 | UX-1090 | Dr. Coreen A. Robbins, PhD, CIH, Expert Report and Demonstrative Exhibits | XCR003-000001 – XCR003-000036 |
| 448 | UX-1083 | Dr. Michael Lindell, Ph.D., 8/1/09, Supplemental Expert Report No. 1 and Demonstrative Exhibits. | XML002-004000 - XML002-004005 |
| 449 | UX-1091 | Dr. Coreen A. Robbins, PhD, CIH, Supplemental Expert Report and Demonstrative Exhibits | XCR004-006203 – XCR004-006228 |
| 450 | UX-1084 | Dr. Michael Lindell, Ph.D., 11/1/09 Supplemental Report No. 2 and Demonstrative Exhibits. | XML003-000142 |
| 451 | UX-1080 | Dr. Bruce Kelman, Ph.D., Expert Report and Demonstrative Exhibits | XBX001-000038 – XBX001-000064 |
| 452 | UX-1079 | Dr. Bruce Kelman, Ph.D., Curriculum Vita | XBX001-000001 – XBX001-000014 |
| 453 | UX-1081 | Dr. Michael Lindell, Ph.D., Curriculum Vita. | XML002-000066 – 90 |
| 454 | UX-1087 | Dr. Robert C. James, Ph.D., Curriculum Vita | XRX003-000067 -  85 |
| 455 | UX-1089 | Dr. Coreen A. Robbins, PhD, CIH Curriculum Vita | XCR004-006200 – 202 |
| 456 | UX-1098 | Timeline Summary Wright v. Forest River | ROBBINS-004824 |
| 457 | UX-1086 | Dr. Richard R. Monson, Expert Report and Demonstrative Exhibits. | |
| 458 | UX-1088 | Dr. Robert C. James, Ph.D., Expert Report and Demonstrative Exhibits. | |
| 459 | UX-1092 | Mr. Mark J. Polk, Curriculum Vita | |
| 460 | UX-1093 | Mr. Mark J Polk, Expert Report and Demonstrative Exhibits | FEMA165-000001- 12 |
| 461 | UX-1099 | Medical Record Summary | KELMAN-000148 - 177 |
| 462 | UX-1033 | 5/28/04, FEMA Model Travel Trailer Procurement Specifications | Forest 0003523 |
| 463 | UX-1032 | 6/30/04, Letter,  Spillane to Prospective Bidders | Forest 0003522 |
| 464 | UX-1031 | 7/1/04, Fax, Ferrall to Gaeddert | Forest 0003521 |
| 465 | UX-1029 | 8/12/04, FEMA Model Travel Trailer Procurement Specifications | FOREST0002505-2508 |
| 466 | UX-1041 | Memorandum with tentative production schedule attached | FOREST 0003294-3299 |
| 467 | UX-1047 | 8/30/05, E-mail, Lintz to Keifer | FR154937 |

| Line No. | Exhibit UX-000# | EXHIBIT DESCRIPTION | BATES NUMBERS |
|---|---|---|---|
| 468 | UX-1030 | 9/1/05, Fax, Farell to Gaeddert | Forest 0002503-2508 |
| 469 | UX-1028 | 9/1/05, E-mail, Wagner to Dekle | FOREST 0002504 |
| 470 | UX-1039 | 9/1/05, Memorandum, Gaeddert to Mike Ferrall | Forest 0003449 |
| 471 | UX-1025 | E-mail dated 9/1/05 from Tom Martin to Mike Jordan re: specs | FR169774-775 |
| 472 | UX-1060 | 9/4/05, E-mail | FR167436 |
| 473 | UX-1040 | Forest River Unit File | FOREST 0151924 – 46 |
| 474 | UX-1023 | Travel Trailer Sales Order | FOREST 151924- 35 |
| 475 | UX-1057 | E-mail | FR156195 |
| 476 | UX-1022 | Statement of Newly Manufactured Processed Panel Product | FR157340 |
| 477 | UX-1046 | 9/15/05, E-mails, Keifer to Mastercraft | FOREST 0004721 |
| 478 | UX-1036 | 10/8/05, Letter, BlueLinx to FR 8/05 | Forest 0002620-2629 |
| 479 | UX-1052 | E-mail dated 1/6/06 from Julia Bradley to Elton Keifer | FR155630 |
| 480 | UX-1049 | 3/17/06, E-mail, Bosscher to Keifer | FR155174 |
| 481 | UX-1051 | E-mail dated 3/17/06 from Chad Bosscher to Elton Keifer re: last of the last of the last of the emails | FR155626 |
| 482 | UX-1045 | E-mails re: FEMA bid | FOREST 0004459 – 61 |
| 483 | UX-1043 | 11/1/06, Keifer Notes | FOREST 0002595-2596 |
| 484 | UX-1044 | Dianne Farrell, Vice President Gov't Affairs, RVIA | FOREST 0003119 |
| 485 | UX-1021 | Production Inspection Sheets -- Unit Traveler | FOREST0151936- 46 |
| 486 | UX-1014 | FEMA Landowner's Authorization, Ingress-Egress Agreement | SHAW-WRI 00004 |
| 487 | UX-1016 | Inspection report | SHAW-WRI-00007 |
| 488 | UX-1072 | Shaw Inc. Task Order No. HSFEHQ-05-J-0032 | SHAW INC. 000711- 14 |
| 489 | UX-1074 | Final Draft Work Plan | SHAW INC. 000900- 39 |
| 490 | UX-1017 | Call Center Maintenance Request Form | SHAW-WRI-0015 - 16 |
| 491 | UX-1100 | 03/21/06 Email Shaw/FEMA | SHAW 013563 – 68 |
| 492 | UX-1075 | Final Work Plan | SHAW INC. 000952-92 |
| 493 | UX-1073 | Shaw Inc. Task Order No. HSFEHQ-06-J-0002 | SHAW INC. 000872-81 |
| 494 | UX-1076 | Work Plan | SHAW INC. 000746-86 |
| 495 | UX-1077 | Work Plan | SHAW INC. 001054 –86 |
| 496 | UX-1078 | Final Work Plan | SHAW INC. 001102- 42 |
| 497 | UX-1069 | Work Plan for Site Inspection | SHAW INC .006699-700 |
| 498 | UX-1068 | Contract No. HSFEHQ-05-D-0573 x | SHAW INC. 000373-578 |

| Line No. | Exhibit UX-000# | EXHIBIT DESCRIPTION | BATES NUMBERS |
|---|---|---|---|
| 499 | UX-1070 | Shaw Inc. Task Order No. 05-0006, | SHAW INC. 000601-615 |
| 500 | UX-1071 | Shaw Inc. Task Order No. 0014 | SHAW INC. 000631-632 |
| 501 | UX-1009 | Ready for Occupancy Check List | SHAW-WRI 00011 |
| 502 | UX-0998 | Wright Medical Records | PL_L.Wright-000109-79 PL_L.Wright-000362-94 PL_L.Wright-000400-27 |
| 503 | UX-0997 | Photographs of Wright Travel Trailer | PL.L.Wright-000399 LWFR-LW-000072 - 77 |
| 504 | UX-1002 | Riverland Credit Union Documents | FR_RCU-000001-232 |
| 505 | UX-1026 | Warning | Burian Depo Exh. 7 |
| 506 | UX-1001 | City of New Orleans Documents | FR_CNOLA-000001-161 |
| 507 | UX-0999 | Wright Travel Trailer Testing Documents | PL_L.Wright-395 -- 98 L_L.Wright-428 -- 44 |
| 508 | UX-1101 | All Testing Results Produced Relating To Lyndon Wright Unit | |
| 509 | Reserved | Any Document Listed as An Exhibit By Another Party | |
| 510 | Reserved | All Documents Listed As Deposition Exhibits | |
| 511 | Reserved | All Plaintiff's Documents Produced Relating to Lyndon Wright | |
| 512 | Reserved | All Documents Later Produced in This Litigation | |

Dated:  January 12, 2010

TONY WEST
Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

DAVID S. FISHBACK
Assistant Director

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel

JANICE WILLIAMS-JONES
Senior Trial Attorney
Federal Emergency Management Agency
Department of Homeland Security
Washington, D.C. 20472

Respectfully Submitted,

ADAM BAIN
Senior Trial Counsel

MICHELLE BOYLE
ADAM DINNELL
MICHELE GREIF
JONATHAN WALDRON
Trial Attorneys

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No:  (202) 616-4223
E-mail:  Henry.Miller@USDOJ.Gov

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system a copy thereof was served upon Liaison Counsel.

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)