**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL NO. 1873** |
| **FORMALDEHYDE** | |
| **PRODUCT LIABILITY LITIGATION** | **SECTION "N-5"** |
| | **JUDGE ENGELHARDT** |
| | **MAG. JUDGE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** | |
| **ALL CASES** | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO AMEND AND CORRECT**
**THE LIST OF PLAINTIFFS WHO REMAIN UNMATCHED**
**(PRETRIAL ORDER 40) DOCKET NUMBER 9783**

NOW INTO COURT, comes Frank J. D'Amico who respectfully offers this Motion to Amend and Correct Pretrial Order 40, the list of Plaintiffs who Remain Unmatched. Counsel respectfully requests that this Court allow them to correct the list for the reasons articulated in the attached Memorandum in Support.

1

Respectfully Submitted,


By:     /s/ Frank J. D'Amico, Jr
        Frank J. D'Amico, Jr. (#17519)
        **Frank J. D'Amico, Jr., APLC**
        622 Baronne Street
        New Orleans, Louisiana 70113
        Telephone:     (504) 525-7272
        Facsimile:     (504) 525-9522

        **Counsel for Plaintiffs and member of**
        **Court Appointed Plaintiffs' Steering**
        **Committee in the Master Action**


## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2010 I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants.

                        s/Frank J. D'Amico Jr.
                        FRANK J. D'AMICO JR. #17519

2