UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N-5" |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MOTION TO AMEND AND CORRECT
THE LIST OF PLAINTIFFS WHO REMAIN UNMATCHED
(PRETRIAL ORDER 40) DOCKET NUMBER 9783**

NOW INTO COURT, comes Frank D'Amico Jr. who respectfully offers this Memorandum in Support of his motion to Amend and Correct Pretrial Order 40, which is the list of the plaintiffs who remain unmatched with a specific manufacturing defendant and the civil action number of the original complaint in which they were named.

Plaintiff's counsel was recently alerted by the Court that the list of unmatched Plaintiffs recently submitted was not in proper form. Due to a computer and clerical error, the document was altered and now the case numbers do not match the appropriate client. Counsel would like the opportunity to correct the mistake so as to limit confusion to the Court.

WHEREFORE, Frank D'Amico Jr. prays that this honorable Court grant his Motion to Amend and Correct the list of Unmatched Plaintiffs for the reasons set forth in this Memorandum.

1

             Respectfully Submitted,

By: /s/ Frank J. D'Amico, Jr
   Frank J. D'Amico, Jr. (#17519)
   **Frank J. D'Amico, Jr., APLC**
   622 Baronne Street
   New Orleans, Louisiana 70113
   Telephone: (504) 525-7272
   Facsimile: (504) 525-9522

   **Counsel for Plaintiffs and member of Court Appointed Plaintiffs' Steering Committee in the Master Action**

## CERTIFICATE OF SERVICE

 I hereby certify that on January 12, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Frank J. D'Amico Jr.
        FRANK J. D'AMICO JR. #17519