**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N-5" |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
**ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FRANK J. D'AMICO JR. AMENDED LIST OF PLAINTIFFS WHO**
**REMAIN UNMATCHED (PRETRIAL ORDER 40)**

In compliance with Pretrial Order 40 (document 1781) and the order granting extension of time regarding PTP 40 (Document 2182), Frank J. D'Amico Jr. hereby notifies the Court of the plaintiffs who remain unmatched with a specific manufacturing defendant and the civil action number of the original complaint in which they were named:

| CLAIMANT | COURT CASE NUMBER |
|---|---|
| Harry Alexander | 09-5330 |
| Daisha Allen | 09-5330 |
| James Baker | 09-5330 |
| Juanita Baker | 09-5330 |
| Chelsea Bazile | 09-5330 |
| Jaquorius Braxton | 09-5330 |
| Keshundra Braxton | 09-5330 |
| Terrance Braxton | 09-5330 |
| Tiffany Braxton | 09-5330 |
| Margie Brooks | 09-5330 |
| Celina Broussard | 09-7166 |
| Melinda Brown | 09-5330 |
| Michelle Brunet | 09-5330 |
| Angelissa Burns | 09-5330 |

1

| | |
|---|---|
| Angelo Burns | 09-5330 |
| Fredrionne Carter | 09-5330 |
| Courtney Girod | 09-5330 |
| Vanessa Carter | 09-5330 |
| Harden Cayette, Jr. by Elnora Cockheran | 09-5330 |
| Arthur Cockeran | 09-5330 |
| Erma Crawford | 09-5330 |
| Anthony Crawford, Jr. | 09-5330 |
| Melvin Creecy | 09-5330 |
| Debra Curley | 09-7166 |
| Donald Davis | 09-5330 |
| Gloria Davis | 09-5330 |
| Kennard Davis by Gloria Davis | 09-5330 |
| Malik Davis by Jaylana Smith | 09-5332 |
| Callie Diaz | 09-5330 |
| Calana Doherty | 09-5332 |
| Sylvester Fleming | 09-5330 |
| Jill Francis | 09-5333 |
| Rita Fraychineaud | 09-5330 |
| Gary Fraychineaud | 09-5330 |
| Robert Gaspard by Camilla Hill | 09-5330 |
| Carrione Girod | 09-5330 |
| Courtney Girod | 09-5330 |
| Jo Ann Girod | 09-5330 |
| Shawna Girod by Jo Ann Girod | 09-5330 |
| Cheryl Haley by John Haley | 09-5330 |
| Jacob Haley by John Haley | 09-5330 |
| John Haley | 09-5330 |
| Almond Hart by Janet Hart | 09-5330 |
| Janet Hart | 09-5330 |
| Camilla Hill | 09-5330 |
| Deijah Hill by Erica Henry | 09-5330 |
| Patricia Jace | 09-5330 |
| Johnny Jenkins | 09-5330 |
| Antoinette Jones | 09-5330 |
| Angela Journet | 09-7166 |
| Toyin Kollyade | 09-5330 |
| Barbara Lamothe | 09-5330 |
| Benjamin Lamothe | 09-5330 |
| Herman Lane | 09-5330 |
| Kerma Lane | 09-5330 |
| Christopher Latimore by Leatrice Latimore | 09-5330 |
| Joshua Latimore by Leatrice Latimore | 09-5330 |

| | |
|---|---|
| Leatrice Latimore | 09-5330 |
| Chyra Lee by Ronique Lee | 09-5330 |
| Ronique Lee | 09-5330 |
| Shirley Leonard | 09-5330 |
| Markela McCain | 09-5330 |
| Willie McCloud | 09-5330 |
| Roscoe McCormick | 09-5330 |
| Bennie McCormick | 09-5330 |
| Carol McGee | 09-5330 |
| David McGee | 09-5330 |
| Travis Napoleon | 09-5330 |
| Georgernae Murray | 09-5332 |
| Louis Nash | 09-5330 |
| Makhi Paris by Arthur Cockheran | 09-5330 |
| Hashall Payne by Venlish Perkins | 09-5330 |
| Bria Perkins by Horace Washington | 09-5332 |
| Briane Perkins by Horace Washington | 09-5332 |
| Rondel Perkins | 09-5330 |
| Venlisha Perkins | 09-5330 |
| Charles Polk | 09-5330 |
| Alexis Powell by Monique Powell | 09-5332 |
| Monique Powell | 09-5332 |
| Gregory Powell, Jr. by Monique Powell | 09-5332 |
| Raheem Robinson by Wilbert Robinson | 09-5332 |
| Wilbert Robinson | 09-5332 |
| Shannon Royal, Jr. by Venlisha Perkins | 09-5330 |
| Tre Sanders by Erica Henry | 09-5330 |
| Gerald Sayles | 09-5332 |
| Bridgett Saylor | 09-5332 |
| Devion Saylor by Bridgett Saylor | 09-5332 |
| Sierra Saylor by Bridgett Saylor | 09-5332 |
| Chermaine Scott | 09-5332 |
| Jermaine Scott by Chermaine Scott | 09-5332 |
| Keain Shorts by Britney Torres | 09-5332 |
| Imani Smith by Latoya Smith | 09-5332 |
| Jaylana Smith | 09-5332 |
| Jeremiah Smith by Latoya Smith | 09-5332 |
| Keith Smith | 09-5332 |
| Latoya Smith | 09-5332 |
| LynnDell Smith | 09-5332 |
| Michael Smith by Latoya Smith | 09-5332 |
| Mikequel Smith by Latoya Smith | 09-5332 |
| Rickey Smith by Latoya Smith | 09-5332 |

| | |
|---|---|
| Byron Stewart | 09-5332 |
| Cleophas Swagain | 09-5332 |
| Edris Swagain | 09-5332 |
| Brittanny Sylve by Roxie Sylve | 09-5332 |
| Roxie sylve | 09-5332 |
| Clorissa Taylor | 09-5332 |
| Jason Taylor | 09-5332 |
| Roseangel Taylor | 09-5332 |
| Sharell Taylor | 09-5332 |
| Troy Taylor | 09-5332 |
| Hayley Theriot by Shawn Schexnayder | 09-5332 |
| Calvin Thomas | 09-5332 |
| Lynn Thomas | 09-5332 |
| Wesley Thornsberry | 09-5332 |
| Brittany Torress | 09-5332 |
| Shinece Travon | 09-5332 |
| Stanley Vance, Jr. | 09-5332 |
| Gabriella Washington by Gabriel Washington, Sr. | 09-7166 |
| Horace Washington | 09-5332 |
| Ora Washington | 09-5325 |
| Gabriel Washington, Jr. by Gabriel Washington, Sr. | 09-7166 |
| Gabriel Washington, Sr. | 09-7166 |
| Holly Wetborn | 09-5325 |
| Judy White | 09-5325 |
| Sterling White, Sr. | 09-5325 |
| Sterling White, Jr. | 09-5325 |
| Cynthia Ann Williams | 09-5325 |
| Freddie Williams | 09-5325 |
| Reginique Williams by Cynthia Ann Williams | 09-5325 |
| Wadell Williams, Jr. | 09-7166 |
| Irma Winfield | 09-5325 |
| Eric Winins | 09-5325 |
| Vallhicia Wyman | 09-5325 |
| Edward Ali by Mazena Ali | 09-5333 |
| Sheardon Allen by Jaronda Wilson | 09-5325 |
| Curtis Anderson | 09-5333 |
| Danitria Austin | 09-5333 |
| Catherine Austin | 09-6187 |
| Patrick Austin by Rosemary Austin | 09-6187 |
| Rosemary Austin | 09-6187 |
| Wallace Badon | 09-5333 |
| Tyese Banks | 09-5333 |
| Joyce Barnes | 09-5333 |

| | |
|---|---|
| James Battiste, Jr. | 09-5333 |
| Shirley Battiste | 09-5333 |
| Brent Baudy | 09-5333 |
| Lisa Bayhi | 09-5333 |
| Brian Beaulieu | 09-5333 |
| June Bienemy | 09-5333 |
| Terry Bienemy | 09-5333 |
| Patrick Bowman, Sr. | 09-5333 |
| Patrick Bowman, Jr. by Patrick Bowman, Sr. | 09-5333 |
| Amy Boyd | 09-5333 |
| Larry Boyd by Amy Boyd | 09-5333 |
| Miami Boyd by Amy Boyd | 09-5333 |
| Shintee Boykins | 09-5333 |
| Houston Bridges, Sr. | 09-5333 |
| Carol Broadbridge | 09-5333 |
| Lawrence Brock | 09-5333 |
| Donna Brown | 09-5333 |
| Joyce Brown | 09-7166 |
| Paul Brown | 09-7166 |
| Gary Brumfield | 09-5333 |
| Terrence Butler, Sr. | 09-5333 |
| Gwendolyn Cade | 09-5333 |
| Kayla Cade | 09-5333 |
| Marvin Cade | 09-5333 |
| Miriam Callao | 09-5333 |
| William Camille | 09-5333 |
| Veranice Canselo | 09-5333 |
| Brandon Carroll by Teses Banks | 09-5333 |
| Brionne Carroll by Tyese Banks | 09-5333 |
| Dayton Carter by Darren Robinson, Sr. | 09-6187 |
| Sylvia Celestine | 09-5333 |
| Joshua Celestine | 09-5333 |
| Nathan Coleman by Earline Foy | 09-5333 |
| Sandra Collins | 09-5333 |
| Willie Cowart | 09-5333 |
| Ernestine Cunningham | 09-5333 |
| James Curley | 09-5333 |
| Shondricka Curley | 09-5333 |
| Wanda Curley | 09-5333 |
| Alicia Cutrer | 09-5333 |
| Walter Cutrer | 09-5333 |
| Jade Cutrer by Gail Huerstel | 09-5333 |
| Carissa Davis | 09-5333 |

| | |
|---|---|
| Consuella Delaney | 09-5333 |
| Ivory Delaney | 09-5333 |
| Jason Delaney | 09-5333 |
| Kevin Dilworth by Cathy Hills | 09-5329 |
| Alexis Dison by Darrin Hill | 09-5329 |
| Ashley Dison by Darrin Hill | 09-5329 |
| Adelliny Dison | 09-5329 |
| Ariana Dison by Adelliny Dison | 09-5329 |
| Allen Dixon | 09-5329 |
| Lacey Dominique, Sr. | 09-5333 |
| Lacey Dominique, Jr. by Lacey Dominique, Sr. | 09-5333 |
| Katherine Dominique | 09-5333 |
| Rashad Dotson by Renata Dandridge | 09-5333 |
| Levar Doughty by Keyonna Lincoln | 09-5333 |
| Joseph Dugas, Jr. | 09-5333 |
| Toran Duhon by Rhonda Johnson | 09-5333 |
| Ray Duhon | 09-5333 |
| Jimmie Dyson | 09-5333 |
| Patricia Edwards | 09-5333 |
| Gregory Escobar by Gladys Murillo | 09-5333 |
| Adrienne Eugene | 09-5333 |
| Jacquelyn Eugene | 09-5333 |
| Gerald Evans | 09-5332 |
| Riley Fontenot by Rhonda Fontenot | 09-7166 |
| Wayne Foster | 09-5333 |
| Curtis Foucha | 09-5333 |
| Curtis Foucha, II by Curtis Foucha | 09-5333 |
| Don Frisella | 09-5333 |
| Lawrence Fultz by Katherine Dominique | 09-5333 |
| Ambrose Gabriel by Joyce Barnes | 09-5333 |
| Ashanta Gabriel | 09-5333 |
| Richelle Gladstone by Rhonda Johnson | 09-5333 |
| Lana Gorum-Jones | 09-5333 |
| Allaneica green | 09-5333 |
| Shealita Green | 09-5333 |
| Shirley Green | 09-5333 |
| Anwar Griffin | 09-5333 |
| Darvin Hall | 09-5333 |
| Alicia Hall | 09-5332 |
| Daniella Hall by David Turner | 09-5332 |
| Keven Harness | 09-5333 |
| Jessie Harris by Catherine Austin | 09-6187 |
| La'Nita Harris | 09-5333 |

| | |
|---|---|
| Monet Harris/Dixon by Dwayne Harris | 09-5333 |
| Lonnie Hatcher | 09-5333 |
| Tammy Haynes | 09-5333 |
| Danny Hill | 09-5329 |
| Devon Hill | 09-5329 |
| Darrin Hill | 09-5329 |
| Keonne Hill | 09-5329 |
| Cathy Hills | 09-5329 |
| Willie Hills | 09-5329 |
| Johnny Holden | 09-5329 |
| Jeraldine Holloway | 09-5329 |
| Jacob Holmberg | 09-5329 |
| Martha Jackson | 09-5329 |
| Wayne Jackson | 09-5329 |
| Conrad James | 09-5329 |
| Treasure James | 09-5329 |
| Donna Jenkins | 09-5332 |
| Marie Jenkins | 09-5332 |
| Michael Jenkins | 09-5332 |
| Dajah Johnson by David Johnson, Sr. | 09-5329 |
| Tammie Johnson | 09-5329 |
| Tamia Johnson by Tammie Johnson | 09-5329 |
| Alma Jones | 09-5329 |
| Iva Jones | 09-5329 |
| Joseph Jones | 09-5329 |
| Ronnie Jones | 09-5329 |
| Tara Jones | 09-5329 |
| Torey Jordan | 09-5329 |
| Jasmine Jordan by Torey Jordan | 09-5329 |
| Malcolm Jordan by Torey Jordan | 09-5329 |
| Malkeisha Jordan by Torey Jordan | 09-5329 |
| Malshawn Jordan by Torey Jordan | 09-5329 |
| Terrell Jordan by Torey Jordan | 09-5329 |
| Derek Joseph | 09-5329 |
| Andrea Kiern | 09-5329 |
| Kelly Knox by Rene Knox | 09-5329 |
| Rene Knox | 09-5329 |
| Major LaBeau by Katrina LaBeau | 09-5329 |
| Crystal LaBeaud by Nedra Price | 09-5329 |
| Diana Labostrie | 09-5329 |
| Lorenzo Langlois by Carissa Davis | 09-5329 |
| Irvin Lee | 09-5329 |
| Steve Lightell | 09-5329 |

| | |
|---|---|
| Keyonna Lincoln | 09-5333 |
| Nell Lindsey | 09-5329 |
| Shundreka Lindsey by Nell Lindsey | 09-5329 |
| Darrell Lindsey by Nell Lindsey | 09-5329 |
| Patricia Lopez | 09-5329 |
| Emilio Lopez by Patricia Lopez | 09-5329 |
| Schenell Louis | 09-5329 |
| Brenda Manuel | 09-5329 |
| Jessica Marine by Trenee Marine | 09-5329 |
| Danielle Marine by Tanya Marine | 09-5329 |
| Tonya Marine | 09-5329 |
| Clifford Marine, Sr. | 09-5329 |
| Robert Martin, Jr. | 09-5329 |
| Xavier McDaniel by Reginald McDaniel | 09-5329 |
| Edda McDonald | 09-5329 |
| Johnny McDonald | 09-5329 |
| Cedric Meggs | 09-5329 |
| Brandon Millaud by Mary Weber | 09-5329 |
| Delvon Miller | 09-5329 |
| Erma Miller | 09-5329 |
| Derrick Mitchell | 09-5329 |
| Coltney Mitchell | 09-5329 |
| Ashley Mitchell | 09-5329 |
| Bessie Moore | 09-5329 |
| Gail Moore | 09-5329 |
| Thomas Moore | 09-5329 |
| Angela Moss | 09-5329 |
| Trenise Nafziger | 09-5329 |
| Noah Nafziger by Trenise Nafziger | 09-5329 |
| Benny Newell | 09-5329 |
| Louise Oliver by Shirley Battiste | 09-5329 |
| Linda Parker | 09-5329 |
| Barry Pascual | 09-7166 |
| Laren Patterson | 09-5329 |
| Dorothy Oenn | 09-5329 |
| Charles Penn, III by Dorothy Penn | 09-5329 |
| Harrison Phillips | 09-5329 |
| Scott Porter | 09-5332 |
| Lakeitha Rabathaly | 09-6187 |
| Dylan Rabathaly by Lakeitha Rabathaly | 09-6187 |
| Deniecee Richardson | 09-5325 |
| Sparkle Richardson by Deniecee Richardson | 09-5325 |
| Edward Richardson, IV by Deniecee Richardson | 09-5325 |

| | |
|---|---|
| Edward Richardson, III by Deniecee Richardson | 09-5325 |
| Michael Ridgeway | 09-5325 |
| Roxanne Roberts | 09-5325 |
| Esther Robinson | 09-5325 |
| Benjamin Roby | 09-5325 |
| David Rome, Jr. | 09-5325 |
| Noberto Sarasino | 09-5325 |
| Crayton Scott | 09-5325 |
| Steven Seal | 09-5332 |
| James Simmons | 09-5325 |
| Richard Simmons | 09-5325 |
| Gabrielle Simpson by Danitria Austin | 09-5333 |
| Deirdre Smith | 09-5325 |
| Derrick Smith by Mequelle Smith | 09-5325 |
| Ena Smith | 09-5325 |
| Gaynell Smith | 09-5325 |
| Leneisha Smith | 09-6187 |
| Mequielle Smith | 09-5325 |
| Leroy Smith, Jr. | 09-5325 |
| Edward Souchon, Sr. | 09-5332 |
| Earnest Sparks | 09-5325 |
| Christina Stephens | 09-5325 |
| Clarence Sturdivant | 09-5325 |
| Shawna Sumler-Barthelemy | 09-5325 |
| Angelo White | 09-5325 |
| Lakesha Whittaker | 09-5325 |
| Amari Williams by Regina Williams | 09-5332 |
| Michelle Williams | 09-5325 |
| Nathaniel Williams | 09-5325 |
| Keith Williams | 09-5325 |
| George Williams, Jr. | 09-5325 |
| Andrew Wilson by Michelle Wilson | 09-5332 |
| Michelle Wilson | 09-5332 |
| Baron Wilson by Marlisa Wilson | 09-5325 |
| Marlisa Wilson | 09-5325 |
| Perry Wilson by Marlisa Wilson | 09-5325 |
| Stephen Wilson by Michelle Wilson | 09-5332 |
| Cherika Wright | 09-5325 |
| Kenneth Young | 09-5329 |
| Tyrone Young | 09-5325 |
| Tyrone O. Young | 09-5325 |
| Tony Swilley | 09-5325 |
| Sharrel Taylor | 09-5325 |

| | |
|---|---|
| Karis Taylor by Sharrel Taylor | 09-5325 |
| Ke'Vaun Taylor by Sharrel Taylor | 09-5325 |
| Ha'Keem Taylor by Sharrel Taylor | 09-5325 |
| Erroll Terry | 09-5325 |
| Rickey Terry by Teri Matthews | 09-5329 |
| Lyric Terry Teri Matthews | 09-5329 |
| Warren Thomas | 09-5325 |
| Gloria Trepagnier | 09-5325 |
| Gabrielle Trepagnier by Nathan Trepagnier | 09-5325 |
| Brandy Trepagnier | 09-5325 |
| David Turner | 09-5332 |
| Hannah Turner by David Turner | 09-5332 |
| Sidney Tyler by Frances Ganier | 09-5333 |
| Shana Valentine | 09-5325 |
| Jeremiah Valentine by Shana Valentine | 09-5325 |
| Deshawn Valentine | 09-5325 |
| Derrian Valentine by Deshawn Valentine | 09-5325 |
| Louis Ussin | 09-5325 |
| Felters Veal, Sr. | 09-5325 |
| Falan Veal by Felters Veal, Sr. | 09-5325 |
| Felters Veal, Jr. by Felters Veal, Sr. | 09-5325 |
| Albert Walker | 09-5325 |
| Estelle Waller | 09-5325 |
| Cheryl Watkins | 09-5325 |
| D'Asia Webb by Nykia Young | 09-5325 |
| David Webb, III by Nykia Young | 09-5325 |
| Jacqueline Weber | 09-5325 |
| Matthew Weber, Jr. | 09-5325 |
| Matthew Weber, III by Matthew Weber, Jr. | 09-5325 |
| Maya Weber by Matthew Weber, Jr. | 09-5325 |
| Mary Ann Weber | 09-5329 |
| Neitia White | 09-5325 |
| Brandon White by Neitia White | 09-5325 |
| Elizabeth Acker | 09-5328 |
| Jourdan Acker | 09-5328 |
| Mary Acker | 09-5328 |
| Craig Amacker | 09-5328 |
| James Ambrose | 09-5328 |
| Donna Amerson | 09-5328 |
| Carol Anderson | 09-5328 |
| Elma Anderson | 09-5328 |
| Kedrick Anderson by Shelita Hicks | 09-5335 |
| Lincoln Anderson | 09-5328 |

| | |
|---|---|
| Charles Andrews by Treleah Smith | 09-5328 |
| Nathan Angelle | 09-5328 |
| Louis Armour | 09-5328 |
| Joseph Atkins | 09-5328 |
| Harriet Atkinson | 09-5328 |
| Lawasha Bagneris | 09-5328 |
| Levell Bagneris by Lawasha Bagneris | 09-5328 |
| Michael Ballam | 09-5335 |
| Elton Barnes | 09-5328 |
| Tramandis Barnett, Jr. by Tequilla Hobson | 09-5335 |
| Karen Barthe | 09-5328 |
| Sthephen Barthelemy | 09-5328 |
| Stephanie Barthelemy | 09-5328 |
| Donell Barthelemy by Stephanie Barthelemy | 09-5328 |
| Darnell Barthelemy by Stephanie Barthelemy | 09-5328 |
| Bryant Barthelemy by Donna Amerson | 09-5328 |
| Maxine Bates | 09-5328 |
| Joren Bates by Maxine Bates | 09-5328 |
| Bobbie Bedney | 09-5328 |
| Chelsea Bedney by Bobbie Bedney | 09-5328 |
| Bynthia Benton | 09-5328 |
| Derrick Berkley | 09-5328 |
| Melissa Bernard | 09-5328 |
| Brian Bernard, Jr. | 09-5328 |
| Brian Bernard, III by Brian Bernard, Jr. | 09-5328 |
| Brianne Bernard by Brian Bernard, Jr. | 09-5328 |
| Casey Bernard by Brian Bernard, Jr. | 09-5328 |
| Trinithy Black | 09-5328 |
| Marie Bradley | 09-5328 |
| Mary Bramlett | 09-5328 |
| Lloyd Brooks | 09-5328 |
| Jahmari Brooks | 09-5328 |
| Deondra Brooks | 09-5328 |
| Asia Brooks by Marie Bradley | 09-5328 |
| Grace Brown | 09-5328 |
| Sadie Brown | 09-5326 |
| Betty Burns by Gladys Roberts | 09-5326 |
| Chrissy Butler | 09-5328 |
| Christopher Butler | 09-5328 |
| Stephanie Butler | 09-5328 |
| Christi Butler by Katrina Harris | 09-5335 |
| Relester Cain | 09-5328 |
| Wenisha Cain by Wendell Cain, Sr. | 09-5328 |

| | |
|---|---|
| Kendell Cain, Jr., by Kendell Cain, Sr. | 09-5328 |
| Kendell Cain, Sr. | 09-5328 |
| Wendell Cain, Jr. by Wendell Cain, Sr. | 09-5328 |
| Wendell Cain, Sr. | 09-5328 |
| Bernell Campbell | 09-5328 |
| Sharon Campbell | 09-5328 |
| Robert Cannon | 09-5328 |
| Amaiya Caravana by Trachell Williams | 09-5329 |
| Tia Carter by Kenneth Carter | 09-5328 |
| Kenneth Carter | 09-5328 |
| Arthur Carter | 09-5328 |
| Chad Carter | 09-5328 |
| Brenda Cass | 09-5328 |
| Deborah Cazenave | 09-5328 |
| Rita Chambers | 09-5328 |
| James Chapman, Jr. | 09-5328 |
| Louis Charles by Raquel Dawson | 09-5328 |
| Theresa Cheatham | 09-5328 |
| Williard Cheatham, Jr. | 09-5328 |
| Amani Cheathma by Williard Cheatham, Jr. | 09-5328 |
| Hayward Clofer | 09-7166 |
| Patsy Cook | 09-5328 |
| James Cook | 09-5328 |
| Eva Craft | 09-5328 |
| Aaron Crawford, Jr. by Trachell Williams | 09-5329 |
| Sean Crosby by Shawnkarey Green | 09-5328 |
| Linda Curtis | 09-5328 |
| Mia Danos by Courtney Henry | 09-5335 |
| Stephanie Dase | 09-5328 |
| Albert Dase, Jr. | 09-5328 |
| Al Davis | 09-5328 |
| Ashley Davis by Julie Davis | 09-5328 |
| Julie Davis | 09-5328 |
| Melvin Davis, Jr. | 09-5328 |
| Melvin Davis, III | 09-5328 |
| Lauren Davis | 09-5328 |
| Raquel Dawson | 09-5328 |
| Teon Denet by Megan Henry | 09-5335 |
| Reed Deroche | 09-5328 |
| Bruce Dixon, Sr. | 09-5328 |
| Ieka Douglas | 09-5328 |
| Geralds Edwards | 09-5328 |
| Terry Encalade, Jr. | 09-5328 |

| | |
|---|---|
| Emelda Esprit | 09-5328 |
| Crystal Estes | 09-5328 |
| Priscilla Ewell-Hill | 09-5328 |
| Joseph Ferdinand | 09-5328 |
| James Fernandinand, Jr. | 09-5328 |
| Shauna Fleming | 09-5328 |
| Shaun Fleming by Shauna Fleming | 09-5328 |
| Shane Fleming by Shauna Fleming | 09-5328 |
| Anthony Foster by Jaceline Young | 09-5335 |
| Brandon Fountain | 09-5328 |
| Jarrell Fox | 09-5335 |
| Holly Francis | 09-5328 |
| Weldon Gaines | 09-5328 |
| Rose Gentry | 09-5328 |
| Linda Gentry | 09-5328 |
| Larry Gipson | 09-5328 |
| Louis Gipson | 09-5328 |
| Oreva Glenn | 09-5328 |
| Terry Gloster | 09-5328 |
| Sheila Glover | 09-5328 |
| Alvin Gonzales, Jr. | 09-5328 |
| Annie Gordon | 09-5328 |
| Charles Gordon | 09-5328 |
| Shawn Karey Green | 09-5328 |
| Frank Green by Shawn Karey Green | 09-5328 |
| Kerry Griffin | 09-5328 |
| Chistopher Guice | 09-7166 |
| Diana Guss | 09-5335 |
| Naomi Hagan | 09-5335 |
| Rosa Hall | 09-5335 |
| Rosie Hammond | 09-5335 |
| William Hammond | 09-5335 |
| Michael Handy | 09-5335 |
| Antoinette Harris | 09-5335 |
| Katrina Harris | 09-5326 |
| Bianca Harris by Linda Sanders | 09-5335 |
| Karen Harris | 09-5335 |
| Junior Harris | 09-5335 |
| Richard Harris | 09-5326 |
| Steven Harris | 09-5326 |
| Alivia Harris, Jr., by Alivia Harris, Sr. | 09-5335 |
| Alivia Harris, Sr. | 09-5335 |
| Kirk Haynes | 09-5335 |

| | |
|---|---|
| Derrick Hart | 09-5335 |
| Michael Hebert | 09-5335 |
| Joshua Heidle | 09-5335 |
| Courtney Henry | 09-5335 |
| Megan henry | 09-5335 |
| Shelita Hicks | 09-5335 |
| Eugene Hill, Jr. | 09-5335 |
| Samuel Hill | 09-5335 |
| Morghan Hill by Samuel Hill | 09-5335 |
| Ron terries Hill | 09-5335 |
| Olicier Hills | 09-5335 |
| Daryl Hills | 09-5335 |
| Darnesha Hills by Daryl Hills | 09-5335 |
| Mary Hobson | 09-5335 |
| Torey Hobson | 09-5335 |
| Tyree Hobson, III | 09-5335 |
| Tequila Hobson | 09-5335 |
| Charles Homes by Treleah Smith | 09-5326 |
| Wendell Howard | 09-5335 |
| Geraldine Howard | 09-5335 |
| Melvin Howard, Sr. | 09-5335 |
| Maude Howard | 09-5335 |
| Ida Howard | 09-5335 |
| Larnell Hubbard, Jr. | 09-5335 |
| Ruth Hudson | 09-5335 |
| Floyde Hudson, Sr. | 09-5335 |
| Denise Hudson | 09-5335 |
| Deanna Hudson by Denise Hudson | 09-5335 |
| Floyd Hudson, Jr. | 09-5335 |
| Cameron Hudson by Floyd Hudson, Jr. | 09-5335 |
| Joshua Hudson by Floyd Hudson | 09-5335 |
| C'Arol Hunter by Carol Hunter | 09-5335 |
| Detria Hutchinson | 09-5335 |
| Patrick Hutchinson | 09-5335 |
| Althea Jackson | 09-5335 |
| Catherine Jackson | 09-5335 |
| Priscilla Jackson | 09-5335 |
| Melonie Jackson | 09-5335 |
| Jimmie Jackson, Sr. | 09-5335 |
| Marion Jackson | 09-5335 |
| Peter Jackson | 09-5335 |
| Kenneth Jackson by Marion Jackson | 09-5335 |
| Jimmie Jackson, Jr. by Catherine Jackson | 09-5335 |

| | |
|---|---|
| Peter Jackson, Sr. by Marion Jackson | 09-5335 |
| Yohan Jacque | 09-5335 |
| Darlene James | 09-5335 |
| Deiontae James by Courtney Henry | 09-5335 |
| Thurston James, Sr. | 09-5335 |
| Maggie Jenkins | 09-5335 |
| Crishawn Johnson | 09-5335 |
| Iris Johnson | 09-5335 |
| Lettie Johnson | 09-5335 |
| Michael Johnson | 09-5335 |
| Nancy Johnson | 09-5335 |
| Paul Johnson | 09-5335 |
| Arnold Johnson, Jr. | 09-5335 |
| Joseph Johnson, Sr. | 09-5335 |
| Calvin Jones | 09-5335 |
| Thomas Jones | 09-5335 |
| Karlette Joseph by Donna Amerson | 09-5328 |
| Letitia Joseph | 09-5335 |
| Loriyon Joseph by Letitia Joseph | 09-5335 |
| Karl Joseph, Jr. by Donna Amerson | 09-5328 |
| Darius Kalil | 09-5335 |
| Chet Kelley, Sr. | 09-5335 |
| Margaret Kramer | 09-5335 |
| Jim Krause | 09-5335 |
| Ronald LaBranch, Jr by Pamela Williams | 09-5326 |
| Andrew Lain | 09-5335 |
| Kathryn Lambert | 09-5335 |
| Jasmine Lastie | 09-5335 |
| Sonya Laugand-Davis | 09-5335 |
| Thelma Lawrence by Harriet Atkinson | 09-5328 |
| Vernon Lawrence by Harriet Atkinson | 09-5328 |
| Karen Lebouef | 09-5335 |
| Andrew LeBrane, Jr. | 09-5335 |
| Cathy Lee | 09-5335 |
| Darrylon Lee | 09-5335 |
| Dominique Lee | 09-5335 |
| Keianna Lee | 09-5335 |
| Leona Lee by Linda Murphy | 09-5335 |
| Sharon Lee | 09-5335 |
| Trevas Lee | 09-5335 |
| Sharon Lemieux | 09-5335 |
| Nicholas Lesnaderse | 09-5335 |
| Gary Levis | 09-5335 |

| | |
|---|---|
| Bailee Lewis by Cristin Meneyweather | 09-5335 |
| Christopher Lewis | 09-5335 |
| Constance Lewis | 09-5335 |
| Dontrell Lewis by Christopher Lewis | 09-5335 |
| Gary Lewis | 09-5335 |
| Keyshon Lewis | 09-5335 |
| Lovance Lewis by Joseph Lewis, Sr. | 09-5335 |
| Renaldo Lewis, Jr. by Joseph Lewis, Sr. | 09-5335 |
| Joseph Lewis, Sr. | 09-5335 |
| Daniel Mack | 09-5335 |
| Christian Manuel by Troy Scott | 09-5335 |
| Cecelia Marrone | 09-5335 |
| Joseph Marrone | 09-5335 |
| Hailey Marshall by Holly Frances | 09-5328 |
| Jacquelyn Martin | 09-5335 |
| Samantha Matthews | 09-5335 |
| Jason Mayeaux | 09-7166 |
| Natasha McClellan by Catherine Jackson | 09-5335 |
| Phyllis Mcdonald | 09-5335 |
| Hazel McGuire | 09-5335 |
| Darius McKnight | 09-5335 |
| Divine McKnight by Melvin McKnight, Sr. | 09-5335 |
| Melvin McKnight, Sr. | 09-5335 |
| Jarvis McKnight by Melvin McKnight, Sr. | 09-5335 |
| Joann McKnight | 09-5335 |
| Aaron Melson, Jr. | 09-5335 |
| Cristin Menyweather | 09-5335 |
| Jeremy Menyweather by Keith Menyweather | 09-5335 |
| Keith Menyweather | 09-5335 |
| Kiersten Meneyweather by Keigh Menyweather | 09-5335 |
| Troy Miles, Jr., by Latas Morrison | 09-5335 |
| Laurnell Miller | 09-5335 |
| Cameron Mims by Albert Mims, Jr. | 09-5335 |
| Albert Mims, Jr. | 09-5335 |
| Sherry Mitchell | 09-5335 |
| Andrew Mitchell, III | 09-5335 |
| Allen Molden | 09-5335 |
| Roosevelt Mollett by Dominique Lee | 09-5335 |
| Aaron Montgomery | 09-5335 |
| Ladine Montgomery | 09-5335 |
| Erwin Morris | 09-5335 |
| Latasa Morrison | 09-5335 |
| Tre'Maun Morrison by Latasa Morrison | 09-5335 |

| | |
|---|---|
| Linda Murphy | 09-5335 |
| Michael Murphy by Seantrell Murphy | 09-5335 |
| Seantrell Murphy | 09-5335 |
| Donald Murray | 09-5335 |
| Pierre Naquin | 09-5335 |
| Katie Nelson | 09-5335 |
| Patricia Nelson | 09-5335 |
| Louis Nelson, Jr. | 09-5335 |
| Roy Neyland | 09-5335 |
| Anthony Nuccio | 09-5335 |
| Judy Nuccio | 09-5335 |
| Ozier Obleton, Jr. by Holly Francis | 09-5328 |
| Louis Orduna | 09-5335 |
| Danielle Parker | 09-5335 |
| Gail Parker | 09-5335 |
| Monique Parker | 09-5335 |
| Charles Parker, Sr. | 09-5335 |
| Christine Parks | 09-5335 |
| India Paul | 09-5335 |
| Carol Paxton | 09-5335 |
| David Pichon | 09-5326 |
| Hillary Pierce | 09-5326 |
| Caron Pittman | 09-5326 |
| Hersey Pittman | 09-5326 |
| Linette Porche | 09-5326 |
| Dylan Porche by Linette Porche | 09-5326 |
| Solanje Powell | 09-5335 |
| Barbara pratt | 09-5326 |
| Ernest Prestley | 09-5326 |
| Lois Preston | 09-7166 |
| Dolores Quinn | 09-5326 |
| Jermaine Quinn | 09-5326 |
| Kierra Quinn by Dolores Quinn | 09-5326 |
| Sade Quinn by Dolores Quinn | 09-5326 |
| Rolana Ragas | 09-5326 |
| Whitney Ragas by Rolanna Ragas | 09-5326 |
| Venessa Randall | 09-5326 |
| Demitri Ray | 09-5326 |
| Corey Rayford | 09-7166 |
| Chonda Reddick | 09-5326 |
| Deshanire Reddick by Chonda Reddick | 09-5326 |
| Denarial Reddick by Chonda Reddick | 09-5326 |
| Grid Reddick by Chonda Reddick | 09-5326 |

| | |
|---|---|
| Grion Reddick by Chonda Reddick | 09-5326 |
| Maurice Reddick by Chonda Reddick | 09-5326 |
| Terry Reddick III | 09-5326 |
| Linda Reeves | 09-5326 |
| Marguerite Repak | 09-5326 |
| Richard Repak, Sr. by Marguerite Repak | 09-5326 |
| Richard Repak, II | 09-5326 |
| Bennie Rhodes by Erica Rhodes | 09-5326 |
| Brittany Rhodes | 09-5326 |
| Erica Rhodes | 09-5326 |
| JoeAnn Rhodes | 09-5326 |
| Leshondrick Rhodes by Erica Rhodes | 09-5326 |
| Tara Rhodes | 09-5326 |
| August Richards, Sr. | 09-5326 |
| Benika Ridgeway | 09-5326 |
| Kizzy Ridgeway | 09-5326 |
| Octavia Riley | 09-5326 |
| Morris Riley | 09-5326 |
| Haley Robert by Wendell Robert | 09-5326 |
| Wendell X. Robert by Wendell Robert | 09-5326 |
| Wendell Robert | 09-5326 |
| Sawyer Robert by Wendell Robert | 09-5326 |
| Gladys Roberts | 09-5326 |
| Riya Roberts by Gladys Roberts | 09-5326 |
| Ryan Roberts | 09-5326 |
| Steven Roberts, Jr. | 09-5326 |
| Steven Roberts, Sr., by Steven Roberts, Jr. | 09-5326 |
| Norman Robinson, Jr. | 09-5326 |
| Linda Sanders | 09-5326 |
| Kiesha Santiago by Sadie Williams | 09-5326 |
| Phyllis Saul | 09-5326 |
| Welmer Saul, by Phyllis Saul | 09-5326 |
| Carolyn Saulny | 09-5326 |
| Alfred Saulny by Carolyn Saulny | 09-5326 |
| Ashley Schexnayder by Mallery Schexnayder | 09-5326 |
| Joshua Schexnayder by Mallery Schexnayder | 09-5326 |
| Antonia Taylor | 09-5326 |
| Ledareria Taylor | 09-5326 |
| Herbert Tate | 09-5326 |
| Melvin Taylor by Sharon Taylor | 09-5326 |
| Sharon Taylor | 09-5326 |
| Shannon Taylor | 09-5326 |
| Donald Taylor, Sr. | 09-5326 |

| | |
|---|---|
| Anna Thomas | 09-5326 |
| Isaiah Thomas | 09-5326 |
| Katherin Thomas | 09-5326 |
| Lisa Thomas | 09-5326 |
| Tamyra Thomas | 09-5326 |
| Arthal Thomas, Jr. | 09-5326 |
| Alton Thorne by Esterine White | 09-5326 |
| Valerie Thornton | 09-5326 |
| Eshannti Trask | 09-5326 |
| Zorah Trask by Eshannti Trask | 09-5326 |
| Jana Turner by Shantell Turner | 09-5326 |
| Jeremiah Turner by Shantell Turner | 09-5326 |
| Jeremy Turner by Shantell Turner | 09-5326 |
| Vivian Turner | 09-5326 |
| Jimetta Ventris | 09-5326 |
| Eddie Vincent by Sadie Brown | 09-5326 |
| Marion Vincent by Sadie Brown | 09-5326 |
| Robert Wagnon, Jr. | 09-5326 |
| Danyl Walker | 09-5326 |
| Kristoff Walker by Theresa Cheatham | 09-5326 |
| Cheryl Wallace | 09-5326 |
| Karen Waller | 09-5326 |
| Warren Ward | 09-5326 |
| Brittney Washington | 09-5326 |
| Andria Weatherspoon by Germain Weatherspoon | 09-5326 |
| Germaine Weatherspoon | 09-5326 |
| Kylie Weatherspoon | 09-5326 |
| Semaj Weatherspoon | 09-5326 |
| DeShannon Scott | 09-5326 |
| Keyonte Scott by Shauntell Mitchell | 09-5335 |
| Ochalay Scott | 09-5326 |
| Robyn Scott | 09-5326 |
| Tiffany Scott | 09-5326 |
| Tori Scott by Tiffany Scott | 09-5326 |
| Troy Scott | 09-5326 |
| Jamie Sherman | 09-5326 |
| Jarrett Sherman | 09-5326 |
| Darren Simmons | 09-5326 |
| Leah Simmon by Lois Gipson | 09-5328 |
| Tora Simmons | 09-5326 |
| Alexander Simmons, Jr. | 09-5326 |
| Cassandra Smith | 09-5326 |
| Danny Smith by Donald Smith, Sr. | 09-5326 |

| | |
|---|---|
| Dorothy Smith | 09-5326 |
| Keion Smith | 09-5335 |
| Manny Smith | 09-5326 |
| Ryan Smith | 09-5326 |
| Tredell Smith | 09-5326 |
| Treleah Smith | 09-5326 |
| Tyrone Smith | 09-5326 |
| Earline Smith-Hebert | 09-5326 |
| Michael Solomon, Jr. | 09-5326 |
| Dorothy Sparks | 09-5326 |
| Norma St. Pierce | 09-5326 |
| Raymond Stemley | 09-5326 |
| Dorothy Stevens | 09-5326 |
| Dionne Stevenson | 09-5326 |
| Raymond Stewart | 09-5326 |
| Ashley Stokes by Linda Stokes | 09-5326 |
| Linda Stokes | 09-5326 |
| David Swilley | 09-5326 |
| Trupania Swilley | 09-5326 |
| Debra Sylvester | 09-5326 |
| Alfred Weber | 09-5326 |
| Gloria Weber | 09-5326 |
| Alton White by Esterine White | 09-5326 |
| Esterine White | 09-5326 |
| Hazel White | 09-5326 |
| Macqueline White | 09-5326 |
| Percy White | 09-5326 |
| Sadie White | 09-5326 |
| Calvin Williams | 09-5326 |
| Ciara Williams | 09-5326 |
| Edwin Williams | 09-5326 |
| Gail Williams | 09-5326 |
| Jade Williams by Tony Williams | 09-5326 |
| Janice Williams | 09-5326 |
| Jennifer Williams | 09-5326 |
| Judith Williams | 09-5326 |
| Judy Williams | 09-5326 |
| Justin Williams | 09-5326 |
| Kenzel Williams by Kenneth Williams, Sr. | 09-5326 |
| Keturah Williams by Barbara A. Williams | 09-5326 |
| Pamela Williams | 09-5326 |
| Saide Williams | 09-5326 |
| Schaheed Williams by Barbara A. Williams | 09-5326 |

| | |
|---|---|
| Trachell Williams | 09-5329 |
| Traval Williams by Carol Anderson | 09-5328 |
| Kenneth Williams, Sr. | 09-5329 |
| Kenneth Williams, Jr. by Kenneth Williams, Sr. | 09-5329 |
| Broderick Wilson by Debbie Batiste | 09-5328 |
| Paul Wilson by Lois Gipson | 09-5328 |
| Franklin Wimberly | 09-5328 |
| iRene Wimberly | 09-5328 |
| Ja'Quan Wright by Keion Smith | 09-5335 |
| Clarence Young | 09-5328 |
| Joyceline Young | 09-5335 |

Respectfully Submitted,


By:     /s/ Frank J. D'Amico, Jr
        Frank J. D'Amico, Jr. (#17519)
        **Frank J. D'Amico, Jr., APLC**
        622 Baronne Street
        New Orleans, Louisiana 70113
        Telephone:     (504) 525-7272
        Facsimile:     (504) 525-9522

        **Counsel for Plaintiffs and member of**
        **Court Appointed Plaintiffs' Steering**
        **Committee in the Master Action**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 12, 2010 I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants.

<u>s/Frank J. D'Amico Jr.</u>
FRANK J. D'AMICO JR. #17519
