UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE  PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Lyndon Wright v. Forest River, Inc., et al.* | * | MAGISTRATE CHASEZ |
| No. 09-2977 (E.D. La.) | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SHAW ENVIRONMENTAL, INC.'S WITNESS LIST**

NOW INTO COURT, through undersigned counsel, comes Shaw Environmental, Inc. ("Shaw"), and pursuant to the Court's Scheduling Order, hereby submits the following witness list.  As both fact and expert discovery is ongoing, Shaw expressly reserves the right to supplement or amend this list as the litigation continues.

| NO. | WITNESS | TYPE OF WITNESS |
|---|---|---|
| 1. | Kevin Souza | Fact |
| 2. | Guy Bonomo | Fact |
| 3. | Gary Keyser | Fact |
| 4. | Stephen Miller | Fact |
| 5. | Brian Boyle | Fact |
| 6. | Stephen Deblasio | Fact |

| 7. | Larry Woodruff | Fact |
|---|---|---|
| 8. | Nancy Costello | Fact |
| 9. | Kathy Miller | Fact |
| 10. | Bellance Green | Fact |
| 11. | Travis Morris | Fact |
| 12. | Joseph Little | Fact |
| 13. | John Osteraas, Ph.D., P.E. Exponent | Expert |
| 14. | Geoffrey C. Compeau | Fact |
| 15. | Allison Hansen | Fact |
| 16. | Jim Brixius | Fact |
| 17. | Andrew Burgess | Fact |
| 18. | Don Janz | Fact |
| 19. | Kevin Neal | Fact |
| 20. | Representative(s) of C. Martin Company | Fact |
| 21. | Representative(s) of Crown Roofing Services, Inc. | Fact |
| 22. | Representative(s) of A.M.E. Services, Inc. | Fact |
| 23. | Representative(s) of RCG Enterprises, Inc. | Fact |
| 24. | Representative(s) of KETA Group, LLC | Fact |
| 25. | Representative(s) of Thompson Engineering, Inc. | Fact |
| 26. | Representative(s) of Pinnacle Transportation Systems, Inc. | Fact |
| 27. | Representative(s) of Lippert Components, Inc. | Fact |

| 28. | Representative(s) of Materials Management Group, Inc. | Fact |
|---|---|---|
| 29. | Charles Field, M.D. | Fact/Expert |
| 30. | Richard Spector, M.D. | Fact/Expert |
| 31. | Doug Gaeddert | Fact |
| 32. | Jeffrey Burian | Fact |
| 33. | Elton Keifer | Fact |
| 34. | Robert James, Ph.D. (USA Expert) | Expert |
| 35. | Bruce Kelman, Ph.D. (USA Expert) | Expert |
| 36. | Michael Lindell, Ph.D. (USA Expert) | Expert |
| 37. | Richard Monson, M.D., Sc.D. (USA Expert) | Expert |
| 38. | Mark Polk (USA Expert) | Expert |
| 39. | Coreen Robbins, M.H.S., Ph.D., C.I.H. (USA Expert) | Expert |
| 40. | G. Graham Allan, Ph.D. (Forest River, Inc. Expert) | Expert |
| 41. | Philip Cole, M.D. (Forest River, Inc. Expert) | Expert |
| 42. | Nathan T. Dorris, Ph.D. (Forest River, Inc. Expert) | Expert |
| 43. | William L. Dyson, Ph.D., C.I.H. (Forest River, Inc. Expert) | Expert |
| 44. | Thomas Fribley (Forest River, Inc. Expert) | Expert |
| 45. | Norman Nelson (Forest River, Inc. Expert) | Expert |
| 46. | Don Snell (Forest River, Inc. Expert) | Expert |

| 47. | Kenneth B. Smith, M.D. (Forest River, Inc. Expert) | Expert |
|---|---|---|
| 48. | John W. Thompson, M.D. (Forest River, Inc. Expert) | Expert |
| 49. | Tony Watson, M.S.H.P., C.I.H., C.S.P. (Forest River, Inc. Expert) | Expert |
| 50. | H. James Wedner, M.D. (Forest River, Inc. Expert) | Expert |
| 51. | Lyndon Wright | Fact |
| 52. | Bobbie Wright | Fact |
| 53. | Lucretia Johnson | Fact |
| 54. | Vanessa Johnson | Fact |
| 55. | Michelle Wright | Fact |
| 56. | Tyshawn Marsh | Fact |
| 57. | Nicole Dison | Fact |
| 58. | Tomika Zachary | Fact |
| 59. | Any custodian of records necessary to authenticate documents to be entered into evidence. | Fact |
| 60. | Any witness listed by any other party to this litigation. | Fact |
| 61. | Any witness needed for rebuttal purposes. | Fact |
| 62. | Any witness deposed in this litigation after the date of this Witness List. | Fact |

Shaw respectfully reserves the right to call any other witness who becomes known during discovery in this matter.

4

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**


    /s/ M. David Kurtz
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
cthigpen@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this the 12th day of January, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel and counsel of record who are CM/ECF participants.

    /s/ M. David Kurtz
        M. DAVID KURTZ

5