AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| JOSEPHINE MERRITT | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. **09-5000** |
| TIMBERLAND RV COMPANY, ET AL. | ) | |
| *Defendant* | ) | |

SUMMONS IN A CIVIL ACTION    **SECT.N MAG5**

To: *(Defendant's name and address)*  Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Loretta G. Whyte

Date: _____    _____
*Signature of Clerk or Deputy Clerk*
Aug 12 2009

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>71791000164500130126 | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery<br>12-7-09 |
| 1. Article Addressed to:<br><br>**Federal Emergency Management Agency (FEMA)**<br>**Through Office of the Director**<br>**Craig Fugate, Director**<br>**500 C Street**<br>**Washington, DC 20472**<br><br>Code: ~~JOSEPHINE MERRITT~~<br>Code2: JIW<br>File: 07-5980 | D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES enter delivery address below: | |
| | 3. Service Type  ☒ Certified | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |

PS Form 3811                                           Domestic Return Receipt

**UNITED STATES POSTAL SERVICE**

‖‖‖‖‖

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**Justin I. Woods**
**Gainsburgh, Benjamin, David,**
**Meunier & Warshauer, LLC**
**2800 Energy Centre, 1100 Poydras St**
**New Orleans, LA 70163**