AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| JOSEPHINE MERRITT <br> *Plaintiff* <br> v. <br> TIMBERLAND RV COMPANY, ET AL. <br> *Defendant* | ) ) ) ) ) ) Civil Action No. **09-5000** <br> **SECT.N MAG 5** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Timberland RV Company d/b/a Adventure Manufacturing
Through its Agent for Service of Process
Kean MacOwan
P. O. Box 1210
Peru, IN 46970

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Loretta G. Whyte

Date: Aug 12 2009

*Signature of Clerk or Deputy Clerk*

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7179 1000 1645 0013 0157 | A. Signature X_____ ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Timberland RV Company<br>Through its Agent for Service of Process<br>Kean MacOwan<br>P. O. Box 1210<br>Peru, IN 46970 | D. Is delivery address different from item 1? ☐ Yes ☐ No |
| | 3. Service Type  ☒ Certified |
| Code: JOSEPHINE MERRITT<br>Code2: JIW<br>File: 07-5980 | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |

PS Form 3811                     Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163