UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGELHARDT |
| *ALL CASES* | : | MAGISTRATE JUDGE CHASEZ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Before this Court is a Joint Unopposed Motion to Extend Non-Litigation Track and Bellwether Nomination Deadlines filed by the Non-Litigation Track Defendants and the Plaintiffs' Steering Committee, which the Court finds establishes good cause for extending the Non-Litigation Track, and therefore:

IT IS HEREBY ORDERED that the following deadlines will apply:

1) Non-Litigation Track to expire March 1, 2010;

2) Dates for Submitting Agreed Bellwether Plaintiff and Defendant for Manufactured Housing on March 1, 2010; and

3)     Parties to Submit Scheduling Order for Manufactured Housing Bellwether Trial on March 15, 2010.

New Orleans, Louisiana, this ____ day of January, 2010.

                                                  **KURT D. ENGELHARDT**
                                                  **UNITED STATES DISTRICT JUDGE**