UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER       MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION N-5
     JUDGE ENGELHARDT
     MAG. JUDGE CHASEZ

This Document Relates to:

09-5348; 09-5349; 09-5350; 09-5351; 09-5352; 09-5353; 09-5354; 09-5355; 09-5356; 09-5357; 09-5358; 09-5372; 09-5376; 09-6396; 09-6397; 09-6398; 09-6399; 09-6400; 09-6873; 09-6874; 09-6875; 09-6876; 09-6877; 09-6878; 09-6885; 09-7356

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Ex Parte Motion To Seal Select Exhibits To Its Memorandum in Opposition (Rec. Doc. 9946):

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Exhibits 2 through 18 of The United States' Memorandum in Opposition to Motion for Extension of Deadlines to Comply with Pretrial Orders 40 & 49 by Plaintiff (Rec. Doc. 9946) shall be filed under sealed.

New Orleans, Louisiana, this 7th day of January, 2010.

_____
JUDGE

