UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION N-5
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

This Document Relates to:

09-04840, 09-04841, 09-04842, 09-04843, 09-04844, 09-04845, 09-5994, 09-6412, 09-6643, 09-6419, 09-6501, 09-6636, 09-6498, 09-6497, 09-6632, 09-6495

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Ex Parte Motion To Seal Select Exhibits To Its Memorandum in Opposition (Rec. Doc. 9947):

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Exhibits 1 through 6 of The United States' Memorandum in Opposition to Memorandum in Opposition to Motion for Extension of Deadlines to receive information to match clients with defendant-manufacturers and file lawsuits by Plaintiffs (Rec. Doc. 9947) shall be filed under sealed.

New Orleans, Louisiana, this 7th day of January, 2010.

_____
JUDGE