**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

CIVIL

NO: 07MD1873

SECTION: "N" (5)

# SEALED DOCUMENT

**Exhibits 2-18: (Doc. 9946)** Memorandum in Opposition filed by United States of America, re doc. 9572 MOTION for Extension of Deadlines to Comply with Pretrial Orders 40 & 49.

**Exhibits 1-6: (Doc. 9947)** Memorandum in Opposition filed by United States of America, re doc. re 9606 MOTION for Extension of Deadlines.

```
____Fee_____
____Process_____
  X_Dktd_____BLG____
____CtRmDep_____
    Doc.No.___9946, 9947
____
```