U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JAN 1 1 2009
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U. S. COURT OF APPEALS
FILED
JAN 0 8 2010
CHARLES R. FULBRUGE III
CLERK

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:07-MD-1873

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____

Charles R. Fulbruge
CHARLES R. FULBRUGE, III
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:

Clerk, U.S. Court of Appeals, Fifth Circuit

JAN 0 7 2010

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 08, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 09-31038    In Re: FEMA Trailer
        USDC No. 2:07-MD-1873
        USDC No. 2:09-CV-2892  N

Enclosed is an order entered in this case.

                          CHARLES R. FULBRUGE III, Clerk

                          By: _____
                          Cindy M. Broadhead, Deputy Clerk
                          504-310-7707

Mr. Herbert V Larson Jr.
Ms. Loretta Whyte

P.S. to Counsel: The District Court must be served with a designation of record with a carbon copy to this Court within fifteen (15) days from the date of this order.

*Motion Notice - MOT2*