UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT APPLIES TO THE THIRD AND FOURTH SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINTS | |

ORDER

Considering the Manufacturer Defendants' Unopposed Motion for Extension of Time to File Responsive Pleadings to Plaintiffs' Third and Fourth Supplemental and Amended Administrative Master Complaints,

**IT IS HEREBY ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED** that the Manufacturer Defendants' deadline to file responsive pleadings to the Plaintiffs' Third Supplemental and Amended Administrative Master Complaint and Fourth Supplemental and Amended Administrative Master Complaint is hereby extended through and including February 18, 2010.

New Orleans, Louisiana, this 12th day of January, 2010.

_____
United States District Judge

1