UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion

**IT IS ORDERED** that the Motion to Amend and Correct the List of Unmatched Plaintiffs is GRANTED .

THIS DONE the 13th day of January, 2010, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT
ENGELHARDT

1