UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | | * | SECTION "N" (5) |
| | | * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| | | * * | |
| **THIS DOCUMENT PERTAINS TO** | | * * | |
| CIVIL CASE NOS. 09-4708, 09-4709 09-4710, 09-4711, 09-4712, 09-4713, 09-4714, 09-4715, 09-4716, 09-4717, 09-4718, 09-4719, 09-4720, 09-4721, 09-4722, 09-4723, 09-4724, 09-4725, 09-4726, 09-4727, 09-4728, 09-4729, 09-4730, 09-4731, 09-4732, 09-4733, 09-4734, 09-4735, 09-4736, 09-4737, 09-4738, 09-4739, 09-4740; 09-4741, 09-4742, 09-4743, 09-4744, 09-4745, 09-4746, 09-4747, 09-4748, 09-4749, 09-4750, 09-4751, 09-4752, 09-5753, 09-4754, 09-4755, 09-4756, 09-4757, 09-4758, 09-4759, 09-4676, 09-4677, 09-4678, 09-4679, 09-4680, 09-4681, 09-4685, 09-4686, 09-4684, 09-4683, 09-4682, 09-4687, 09-4697, 09-4698, 09-4696, 09-4699, 09-4700, 09-4688, 09-4689, 09-4690, 09-4691, 09-4692, 09-4693, 09-4694, 09-4695, 09-4701, 09-4702, 09-4703, 09-4704, 09-4705, 09-4706, 09-4707, 09-6940, 09-6941, 09-7536, 09-6942, 09-5989, 09-7532, 09-6943, 09-6957, 09-6955, 09-6956, 09-6162, 09-6496, 09-6504, 09-6505, 09-6502, 09-6503, 09-6719, 09-6642, 09-6395, 09-6949, 09-6951, 09-6944, 09-6945, 09-6947, 09-6720, 09-6965, 09-6157, 09-6964, 09-6171, 09-7533, 09-6966, 09-6958, 09-6960, 09-6961, 09-6169, 09-6962, 09-6946, 09-7531, 09-6948, 09-5990, 09-6950, 09-6954, | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

| | |
|---|---|
| 09-5991, 09-7530, 09-6959, 09-6916, | * |
| 09-6417, 09-6938, 09-5983, 09-7535, | * |
| 09-6939, 09-7534, 09-6937, 09-6935, | * |
| 09-6936, 09-5985, 09-6933, 09-6155 | * |
| 09-6932, 09-6641, 09-6931, 09-6167, | * |
| 09-6930, 09-6640, 09-6639, 09-5987, | * |
| 09-6929, 09-6159, 09-6718, 09-6638, | * |
| 09-6164, 09-6928, 09-6927, 09-6926, | * |
| 09-6925, 09-6924, 09-6418, 09-6923, | * |
| 09-6160, 09-6635, 09-6637, 09-5988, | * |
| 09-6922, 09-6921, 09-6920, 09-6919, | * |
| 09-5986, 09-5984, 09-6918, 09-6917 | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiffs in the above-referenced matters, through undersigned counsel, respectfully supplement and amend their Original Complaint in the following respects:

**I.**

By substituting the name "Fluor Enterprises, Inc." for the name Flour Enterprises, Inc., wherever the latter is named as Defendant in the Original Complaint.

WHEREFORE, Plaintiffs respectfully supplement and amend the Original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**
**Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.

2

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

3