# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO THE THIRD AND FOURTH SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINTS
**(Doc. Rec. 4486 and Doc. Rec. 7688)**

Defendant United States of America ("United States") submits this unopposed Motion to extend the deadline to respond to the Third and Fourth Supplemental and Amended Administrative Master Complaints in this case (Doc. Rec. 4486 and Doc. Rec. 7688) to February 22, 2010. Counsel for the United States has conferred with Plaintiffs' Liaison Counsel, who does not oppose this Motion. A proposed Order is filed herewith.

| | |
|---|---|
| Dated:   January 14, 2010. | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>HENRY T. MILLER<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELE GREIF<br>JONATHAN WALDRON |
| DAVID S. FISHBACK<br>Assistant Director | Trial Attorneys |
| OF COUNSEL: | //S// *Michelle Boyle*<br>MICHELLE BOYLE (Va. Bar No. 73710) |
| JORDAN FRIED<br>Associate Chief Counsel | Trial Attorney<br>United States Department of Justice<br>Civil Division – Torts Branch |
| JANICE WILLIAMS-JONES<br>Senior Trial Attorney<br>Federal Emergency Management Agency<br>Department of Homeland Security<br>Washington, D.C. 20472 | P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No:  (202) 616-4447<br>E-mail:  Michelle.Boyle@USDOJ.Gov |
| | Attorneys for the United States of America |

### CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

        //S// *Michelle Boyle*
        MICHELLE BOYLE (Va. Bar No. 73710)