UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  　　　　　　　　MDL NO. 07-1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION 　　　SECTION N-5
　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering Defendant United States of America's Unopposed Motion to Extend the Deadline to Respond to the Third and Fourth Supplemental and Amended Administrative Master Complaints (Doc. Rec. 4486 and Doc. Rec. 7688),

**IT IS HEREBY ORDERED** that the Motion is granted. The deadline for the United States to respond is hereby extended to February 22, 2010.

**DONE AND SIGNED** this _____ day of _____, 2010.

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**