UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION: "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO: | * | |
| *Kenneth Risch v. Keystone RV Company,* | * | |
| *et al*, No. 09-5389 | * | |

**************************************************************************

# FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

Plaintiff Kenneth Risch, pursuant to the provisions of Rule 15 of the Federal Rules of Civil Procedure and to this Honorable Court's Scheduling Order of December 28, 2009, respectfully supplements and amends the Original Complaint herein as follows:

1.

Plaintiff Kenneth Risch is the Named Plaintiff in the Original Complaint.

2.

The allegations of the Original Complaint with respect to the identification of Parties (Paragraphs 1 though 4 of the Original Complaint), as well as the allegations of the Original Complaint with respect to Jurisdiction and Venue (Paragraphs 5 through 11), respectfully are reiterated and incorporated herein by reference.

3.

The allegations of the Original Complaint dealing with general factual information (Paragraphs 12 through 77), also are reiterated and incorporated herein by reference.

4.

Plaintiff was displaced from his permanent home as a result of Hurricane Katrina. Since his home was rendered uninhabitable as a result of Hurricane Katrina, plaintiff was deemed eligible to receive emergency housing assistance from the defendant FEMA, pursuant to the Stafford Act and applicable federal regulations.

5.

The emergency housing assistance provided to plaintiff was in the form of a travel trailer manufactured by the defendant Keystone RV Company, with Vehicle Identification Number (VIN) 4YDT32B266F090028.

6.

This travel trailer was manufactured by the defendant Keystone RV Company in or about 2006.

7.

The travel trailer was delivered to plaintiff for occupancy in Saint Rose, Louisiana at 10203 West Airline Highway.

8.

The travel trailer was installed at the above location and hooked up to utilities, etc. for residential purposes by defendant CH2M Hill Constructors, Inc., pursuant to a contract between CH2M Hill and defendant FEMA.

9.

Upon information and belief, plaintiff began living in the travel trailer in or about January of 2006, and stopped living in it in or about September of 2007. He resided continuously in the unit during this period of time.

10.

The travel trailer was vacated by the plaintiff once alternative housing had become available.

11.

Plaintiff respectfully reiterates and reincorporates all allegations in the Original Complaint with respect to the cause of action against the defendant FEMA (Paragraphs 78 through 83 of the Original Complaint). In addition, and more specifically, plaintiff avers that the defendant FEMA negligently failed to take prompt and appropriate remedial action, and/or to communicate promptly and effectively to him, with respect to the safety and health risks and concerns related to formaldehyde exposure in this travel trailer, even though FEMA became aware of such risks and concerns generally, as early as Fall/Winter of 2005. As a result, plaintiff was negligently and unnecessarily exposed to unsafe and potentially dangerous levels of formaldehyde in the travel trailer,

12.

Plaintiff respectfully reiterates and incorporates all of the allegations set forth in the Original Complaint with respect to the cause of action against defendant Keystone RV Company under the Louisiana Product Liability Act (Paragraphs 97 through 102 of the Original Complaint). Additionally, and more specifically, plaintiff alleges that the defendant manufacturer's duty to warn him about the dangers and risks of formaldehyde in this travel

trailer was continuing in nature, and legally was owed to plaintiff by the defendant manufacturer during the entire period that plaintiff occupied this travel trailer.

13.

Plaintiff respectfully reiterates and incorporates all of the allegations in the Original Complaint with respect to the cause of action against defendant CH2M Hill under the Louisiana Product Liability Act (Paragraphs 103 through 109) of the Original Complaint.

14.

Plaintiff respectfully reiterates and incorporates all of the allegations with respect to the cause of action for negligence against CH2M Hill under Louisiana law (Paragraphs 110 through 116), specifically in the alternative and in the event this defendant is not found to be a "manufacturer" liable under the Louisiana Products Liability Act.

15.

Plaintiff respectfully amends the allegations with respect to damages in Paragraph 117 of the Original Complaint, as well as the allegations in Subparagraph 2 under the caption "Prayer for Relief" in the Original Complaint, in order to specify that he seeks compensatory damages herein for the following:

a.  plaintiff's physical pain and suffering;

b.  plaintiff's mental anguish and emotion distress, including the fear of an increased risk of future serious disease;

c.  the past, continuing and future medical expenses of plaintiff which have been necessitated by the injuries sustained herein, including costs for future medical treatment, services, and/or procedures to address physical and/or mental injuries from formaldehyde exposure which currently are manifest.

16.

Plaintiff respectfully reiterates his request for trial by jury of all claims herein, to the extent permitted by law.

WHEREFORE, plaintiff Kenneth Risch respectfully supplements and amends the Original Complaint in the foregoing respects, and he otherwise reiterates and reavers all of the allegations and prayers for relief contained therein.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on January 14, 2009.


/s/Justin I. Woods
JUSTIN I. WOODS