MINUTE ENTRY
ENGELHARDT, J.
January 13, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (4)

This Document Relates to:

*Member Case No. 09-3871*

A telephone conference was conducted on Wednesday, January 13, 2010, at 3:00 p.m. Participating were Justin I. Woods, Gerald E. Meunier, Andrew D. Weinstock, Linda J. Nelson, Henry T. Miller, Michelle G. Boyle, James C. Percy, Ryan E. Johnson, and Gerardo R. Barrios.

JS10(00:25)