UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>        FORMALDEHYDE PRODUCTS<br>        LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Member Case No. 09-3871

## ORDER

On January 13, 2010, the Court held a telephone conference with the following counsel participating: Justin Woods, Jerry Meunier, Linda Nelson, Henry Miller, Michelle Boyle, Ryan Johnson, Jim Percy, Andy Weinstock, and Gerry Barrios.  During the conference, the Court **ORDERED** that the testing on the 2006 Springdale unit can proceed on January 14, 2010 in accordance with the protocol submitted to the Court in connection with this telephone conference.

New Orleans, Louisiana, this 13th day of January 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**