*Cherie Greenwell, et al v. Dutchmen Manufacturing, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Greenwell | Cherie | | 562 El Dorado Road | Pearl | MS | 39208 |
| 2 | McCoy, individually and as mother and next of friend of C.K.and J.M. | Cherry | Anne | Post Office Box 87 | Ocean Springs | MS | 39566 |
| 3 | McCoy | Martha | R. | Post Office Box 87 | Ocean Springs | MS | 39566 |
| 4 | Newell | Maggie | Leigh | Post Office Box 294 | Pascagoula | MS | 39568 |
| 5 | Redmond | Glenda | Jean | 13201 Head Start Road | Vancleave | MS | 39565 |
| 6 | Rivera | Rafael | Jesus | 2101 Ladnier Road, Lot 85 | Gautier | MS | 39553 |
| 7 | Rivera | Wanda | Irene | 2101 Ladnier Road, Lot #85 | Gautier | MS | 39553 |
| 8 | Rodriguez, individually and as mother and next of friend of C.R., I.R.,and R.R. | Wanda | Ivette | 2101 Ladnier Road, Lot #85 | Gautier | MS | 39553 |
| 9 | Thomas | Carol | Ann | 3410 Bonita Road | Gautier | MS | 39553 |
| 10 | Thomas, Jr. | Jerome | Marselle | 3410 Bonita Road | Gautier | MS | 39553 |
| 11 | Wierson | Cheryl | | 2103 Forrest Street | Pascagoula | MS | 39581 |
| 12 | Wierson, individually and as father and next of friend of B.C., J.W.and S.L. | Daniel | | 2103 Forrest Street | Pascagoula | MS | 39581 |
| 13 | Wilson, individually and as mother and next of friend of A.P.and L.N. | Alisha | | 132 Scruggs Road | Lucedale | MS | 39452 |