*Cherie Greenwell, et al v. Dutchmen Manufacturing, Inc.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Blythe | April | L. | Post Office Box 9154 | Moss Point | MS | 39563 |
| 2 | Blythe | Sharon | Atwell | Post Office Box 9154 | Moss Point | MS | 39563 |
| 3 | Greenwell | Cherie | | 562 El Dorado Road | Pearl | MS | 39208 |
| 4 | McQueen, individually and as father and next of friend of C.M. | Darrell | Judson | Post Office Box 9154 | Moss Point | MS | 39563 |
| 5 | Wilson | Lois | | Post Office Box 769 | Escatawpa | MS | 39552 |