*James Sidney Adams, et al v. Fleetwood Canada, Ltd.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Adams | James | Sidney | 3119 Pirate Cove | Gautier | MS | 39553 |
| 2 | Adams | Vivian | Ray | 3119 Pirate Cove | Gautier | MS | 39553 |
| 3 | Alston | Billy | J. | 3901 Lanier Avenue | Pascagoula | MS | 39581 |
| 4 | Berry | Mary | E. | 132 Scruggs Road | Lucedale | MS | 39452 |
| 5 | Bilbo | Warren | | 2705 Auburn Drive | Gautier | MS | 39553 |
| 6 | Bondio, mother and next of friend of J.J. | Susan | Marie | 2518 Bougainville Drive | Tarawa Terrace | NC | 28543 |
| 7 | Bradshaw | Ashley | Nicole | 3709 Pineview Drive | Pascagoula | MS | 39581 |
| 8 | Bradshaw-Young | Teresa | Marie | 3709 Pineview Drive | Pascagoula | MS | 39581 |
| 9 | Brister, individually and as mother and next of friend of T.B. | Candy | S. | 210 Turner Street | Bay St. Louis | MS | 39520 |
| 10 | Britton | Bessie | L. | 859 Lakewood Rd. | Biloxi | MS | 39532 |
| 11 | Britton | James | | 859 Lakewood Place | Biloxi | MS | 39532 |
| 12 | Brown | Vince | A. | 4817 Robinhood Drive, Apartment U-163 | Pascagoula | MS | 39581 |
| 13 | Brown, individually and as mother and next of friend of J.K.B., J.B., and P.B. | Renee | Faye | 4817 Robinhood Drive, Apartment U-163 | Pascagoula | MS | 39581 |
| 14 | Browning | Jeffrey | | 13700 Lilly Orchard Road | Moss Point | MS | 39562 |
| 15 | Burnham | Ronald | Charles | 136 Balmoral Avenue | Biloxi | MS | 39531 |
| 16 | Cox | Terrance | A. | 3408 Chicago Avenue | Pascagoula | MS | 39581 |
| 17 | Crowder | Tammy | | 3901 Lanier Avenue | Pascagoula | MS | 39581 |
| 18 | Fairley | Michael | | 87 Maci Lane | Lucedale | MS | 39452 |
| 19 | Findley | Benny | J. | 3602 Catalina Street | Pascagoula | MS | 39581 |
| 20 | Findley | Kathy | S. | 3602 Catalina Street | Pascagoula | MS | 39581 |
| 21 | Freeman, individually and as father and next of friend of B.F. and R.F. | Robert | Lee | 3755 Timber Crest Drive | Jackson | MS | 39212 |
| 22 | Garry | Colleen | L. | 3000 Brazil Street, Apt. A-107 | Pascagoula | MS | 39581 |
| 23 | Garry | Euletha | P. | 3000 Brazil Street, Apt. A-107 | Pascagoula | MS | 39581 |
| 24 | Glover | Kimberly | D. | Post Office Box 1605 | Pascagoula | MS | 39568 |
| 25 | Glover, individually and as mother and next of friend of M.A.G. | Catherine | | 3723 Springwood Lane | Ocean Springs | MS | 39564 |
| 26 | Hampton, individually and as guardian and next of friend of K.H. | Loretta | | 1824 Popps Ferry Road, #43 | Biloxi | MS | 39532 |
| 27 | Harper | Rosie | N. | 10224 Canal Road | Gulfport | MS | 39503 |
| 28 | Hernandez | Oscar | Manuel | Post Office Box 12 | Pascagoula | MS | 39553 |
| 29 | Hernandez, Jr. | Fernando | | Post Office Box 542 | Gulfport | MS | 39502 |
| 30 | Hill, individually and as guardian and next of friend of K.H. and J.H. | Bobbie | J. | 859 Lakewood Rd. | Biloxi | MS | 39532 |
| 31 | Iles | James | D. | 8654 Ellis Road | Pass Christian | MS | 39571 |
| 32 | Jackson | Joshua | | 5025 Magnolia Street | Moss Point | MS | 39563 |
| 33 | Jackson, individually and as mother and next of friend of E.J., F.J., and J.R.J. | Garion | Ann | 5055 Magnolia Street | Moss Point | MS | 39563 |
| 34 | Johnson | Angela | N. | 2101 Ladnier Road, Lot #198 | Gautier | MS | 39553 |
| 35 | Johnson, individually and as mother and next of friend of D.W. and D.A. | Gloria | | 4921 Lillie Circle | Moss Point | MS | 39563 |
| 36 | Kelly | Melinda | | 3416 Chicot Street, Apartment 25 | Pascagoula | MS | 39581 |
| 37 | Kimble, individually and as mother and next of friend of R.K., R.K., and R.J.K. | Tijuana | Leigh | 3408 Chicago Avenue | Pascagoula | MS | 39581 |
| 38 | Kimbley | Charles | Edward | 3408 Chicago Avenue | Pascagoula | MS | 39581 |
| 39 | King | Mary | Ethel | 4725 Tanner St. | Moss Point | MS | 39563 |

*James Sidney Adams, et al v. Fleetwood Canada, Ltd.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 40 | Knights | Barbara | A. | Post Office Box 4853 | Biloxi | MS | 39535 |
| 41 | Knox | Steven | Welesly | 3408 Chicago Avenue | Pascagoula | MS | 39581 |
| 42 | Lankford, individually and as mother and next of friend of E.B., J.L., and R.L. | Lisa | | 13700 Lilly Orchard Road | Moss Point | MS | 39562 |
| 43 | Lawrence | Jamelia | | 87 Maci Lane | Lucedale | MS | 39542 |
| 44 | Levy | Douglas | | 8616 Spring Avenue, Apt. C. | Ocean Springs | MS | 39564 |
| 45 | Levy, individually and as mother and next of friend of K.L. and Z.L. | Sandra | | 8616 Spring Avenue, Apt. C. | Ocean Springs | MS | 39564 |
| 46 | Manning | Wilder | | 5418 Quail Creek Circle | Biloxi | MS | 39532 |
| 47 | McCorvey, individually and as mother and next of friend of A.W. | Ashelia | L. | 3908 Jody Street | Moss Point | MS | 39562 |
| 48 | McEwen | Audrey | | 1502 School Avenue | Pascagoula | MS | 39567 |
| 49 | McFall | Gregory | Rene | 315 Reynoir Street | Biloxi | MS | 39530 |
| 50 | Meredith | Kimberly | Dawn | 1909 Lamotte Drive | Gautier | MS | 39553 |
| 51 | Miller | Dennis | Wayne | 4718 Miller Road | Moss Point | MS | 39563 |
| 52 | Moore | Charlotte | M. | Post Office Box 514 | Kiln | MS | 39556 |
| 53 | Nettles, mother and next of friend of T.J.C. | Sharon | | 4206 North Fair Street | Pascagoula | MS | 39567 |
| 54 | Nicholas, individually and as mother and next of friend of Z.A. | Charnita | | 3625 Devonshire Drive | Moss Point | MS | 39563 |
| 55 | Ramos, individually and as mother and next of friend of J.S. and S.S. | Sharon | Santiago | Post Office Box 144 | Pascagoula | MS | 39568 |
| 56 | Riley, individually and as guardian and next of friend of C.R., K.R., and W.R. | Shirley | | 87 Maci Lane | Lucedale | MS | 39452 |
| 57 | Riley, Sr. | Willie | | 87 Maci Lane | Lucedale | MS | 39452 |
| 58 | Rodriguez | Pedro | J. | Post Office Box 144 | Pascagoula | MS | 39568 |
| 59 | Smith | Drew | E. | 3602 Catalina Street | Pascagoula | MS | 39581 |
| 60 | Smith | Shannon | Rena | 242 McDonald Avenue, Apt. C-66 | Biloxi | MS | 39531 |
| 61 | Tillman | Charles | Douglas | 2308 Fernwood Street | Pascagoula | MS | 39567 |
| 62 | Tillman | Sheila | C. | 2308 Fernwood Street | Pascagoula | MS | 39567 |
| 63 | Walburn | Kathleen | N. | 14269 County Farm Road, Lot #64 | Gulfport | MS | 39503 |
| 64 | Walker, individually and as mother and next of friend of D.W. and D.W. | Angie | Rebecca | 15228 Lemoyne Blvd., Lot #24 | Biloxi | MS | 39532 |
| 65 | Walker, Sr. | Delvin | Jermaine | 15228 Lemoyne Blvd., Lot #24 | Biloxi | MS | 39532 |
| 66 | Warren | Leon | | 859 Lakewood Place | Biloxi | MS | 39532 |
| 67 | Watson | Geraldine | Eretts | 618 Sycamore Street | Bay St. Louis | MS | 39520 |
| 68 | White | Courtney | | 3416 Chicot Street, Apartment 54 | Pascagoula | MS | 39581 |
| 69 | White, on behalf of the wrongful death beneficiary of Berry W. White | Rhonda | | 1801 Lima Drive, Lot #179 | Gautier | MS | 39553 |
| 70 | Wilkes | Shane | Allen | 3635 Mackeral Drive | Gautier | MS | 39553 |
| 71 | Willis | Jamie | | 2909 Bonita Road | Gautier | MS | 39553 |
| 72 | Willis, individually and as mother and next of friend of J.T.W. and J.A.W. | Nicole | Burnett | 2909 Bonita Road | Gautier | MS | 39553 |