*James Sidney Adams, et al v. Fleetwood Canada, Ltd.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Beard | Rodney | | 530 Vickie Drive | D'Iberville | MS | 39540 |
| 2 | Bilbo, father and next of friend of D.B. | Warren | | 2705 Auburn Drive | Gautier | MS | 39553 |
| 3 | Collins | George | Edward | 1667 Irish Hill Drive | Biloxi | MS | 39532 |
| 4 | Griffith | James | Lee | 10517 Jim Ramsey Road | Ocean Springs | MS | 39565 |
| 5 | Hayes | Terry | Ray | 919 Simpson County 540E | Mendenhall | MS | 39114 |
| 6 | Ingram | Fredrick | Jerrell | 9267 Caundet Road, Lot #47 | Gulfport | MS | 39503 |
| 7 | Jack | Edward | | 131 Wood Street | Lucedale | MS | 39452 |
| 8 | Seymour | Lauren | Denise | 10687 Auto Mall Pkwy. | D'Iberville | MS | 39540 |
| 9 | Wilson, individually and as mother and next of friend of A.P. and L.N. | Alisha | | 132 Scruggs Road | Lucedale | MS | 39452 |
| 10 | Wilson | Lois | | Post Office Box 769 | Escatawpa | MS | 39552 |
| 11 | Young | Lake | C. | 9700 Highway 63 | Moss Point | MS | 39562 |