*James Sidney Adams, et al v. Fleetwood Canada, Ltd.*

| No. | Last Name | First Name | Middle | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | Berry | Tony | | Post Office Box 624 | Escatawpa | MS | 39552 |
| 2 | Harris | Wanda | | Post Office Box 7397 | Gulfport | MS | 39506 |
| 3 | Johnson | Darren | | 2210 Martin Street | Pascagoula | MS | 39581 |
| 4 | Smith | Annie | Liza | 2418 Camino Grande Street | Gautier | MS | 39553 |
| 5 | Watson | Johnson | R. | 2210 Martin Street | Pascagoula | MS | 39581 |
| 6 | Williams | Mary | E. | 2418 Comino Grande Street | Gautier | MS | 39553 |
| 7 | Wilson | James | A. | Post Office Box 769 | Escatawpa | MS | 39552 |