UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO | | * * | |
| CIVIL CASE NOS. 09-4727; 09-4676; 09-4677; 09-4678; 09-4679; 09-4680; 09-4681; 09-4685; 09-4686; 09-4684; 09-4683; 09-4682; 09-4687; 09-4697; 09-4698; 09-4696; 09-4699; 09-4700; 09-4688; 09-4689; 09-4690; 09-4691; 09-4692; 09-4693; 09-4694; 09-4695; 09-4701; 09-4702; 09-4703; 09-4704; 09-4705; 09-4706; 09-4707 | | * * * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDED ORIGINAL COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiffs in the above-referenced matter, through undersigned counsel, respectfully supplement and amend their Original Complaint in the following respects:

**I.**

By supplementing Section I. (Parties), Paragraph 4 of the Original Complaint(s) for Damages by adding **American International Specialty Lines, Insurance Company of the State of PA, Lexington Insurance Company** and **Starr Excess Liability Ins. Co., Ltd.** as party Defendants.

WHEREFORE, Plaintiffs respectfully supplement and amend the Original Complaint(s) in the above civil action numbers in the foregoing respects, and they

otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

                                      Respectfully submitted,

                                          /s/ Robert C. Hilliard
                                    _____
                                    **ROBERT C. HILLIARD**
                                    **Attorney in Charge for Plaintiff**
                                    Texas State Bar No. 09677700
                                    Southern District of TX Federal ID No.  5912
                                    ROBERT C. HILLIARD, L.L.P.
                                    719 S. Shoreline Boulevard, Suite 500
                                    Corpus Christi, Texas 78401
                                    Telephone:  (361) 882-1612
                                    Facsimile:  (361) 882-3015

                                    **MIKAL C. WATTS**
                                    Texas State Bar No. 20981820
                                    Southern District of TX Federal ID No. 12419
                                    MIKAL C. WATTS, P.C.
                                    2506 N. Port Ave.
                                    Corpus Christi, Texas 78401
                                    Telephone: (800) 994-0019
                                    Facsimile: (361) 882-1261

                                    **RICHARD P. IEYOUB**
                                    Louisiana State Bar and
                                    Eastern District of Louisiana Federal ID No. 2217
                                    CARLETON DUNLAP OLINDE & MOORE, LLC
                                    One American Place, Suite 900
                                    Baton Rouge, LA 70825
                                    Phone 225-282-0600
                                    Fax 225-282-0650

        **DANIEL D. WARE**
        Mississippi State Bar and
        Southern District of Mississippi Federal ID No. 10847
        **CARROLL LOUIS CLIFFORD IV**
        Mississippi State Bar and
        Southern District of Mississippi Federal ID No. 99545
        WARE CLIFFORD LAW FIRM PLLC
        2625 Ridgewood Rd., Ste 100
        Jackson, MS 39216
        Phone 601-368-9310
        Fax 601-368-9958
        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     I hereby certify that on December 23, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

        /s/ Robert C. Hilliard
        _____
        **ROBERT C. HILLIARD**