UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION: "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO: | * | |
| *James Aldridge v. Gulf Stream Coach, Inc.,* | * | |
| *et al,* No. 07-9228 | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PLAINTIFFS' MOTION FOR LEAVE TO FILE
### FIFTH SUPPLEMENTAL AND AMENDED COMPLAINT


     NOW INTO COURT, through undersigned counsel, comes plaintiff Paul Lastrapes, who

for the reasons set forth in the accompanying memorandum attached hereto, respectfully moves

this Honorable Court for leave to file his Fifth Supplemental and Amended Complaint submitted

herewith.



                    Respectfully submitted:

                    **FEMA TRAILER FORMALDEHYDE
                    PRODUCT LIABILITY LITIGATION**

                    BY:    s/Gerald E. Meunier
                           GERALD E. MEUNIER, #9471
                           **PLAINTIFFS' CO-LIAISON COUNSEL**
                           Gainsburgh, Benjamin, David, Meunier &
                           Warshauer, L.L.C.
                           2800 Energy Centre, 1100 Poydras Street
                           New Orleans, Louisiana 70163

Telephone:     504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on January 14, 2009.


/s/Justin I. Woods
JUSTIN I. WOODS