UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION: "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO: | * | |
| *James Aldridge v. Gulf Stream Coach, Inc.,* | * | |
| *et al*, No. 07-9228 | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE FIFTH SUPPLEMENTAL AND AMENDING COMPLAINT

**MAY IT PLEASE THE COURT:**

Pursuant to this Honorable Court's Pretrial Order 52 naming Paul Lastrapes as the "back-up bellwether" in the upcoming trial against Keystone RV Company, CH2M Hill Constructors, Inc., and the United States, Mr. Lastrapes proposes to file a Supplemental and Amending Complaint to clarify the damages set forth in the Original Complaint and subsequent amendments and to provide a more specific and accurate trial suit as more information has become available. The object of such amended pleadings is to assert claims of liability, causes of action, or claims for damages not previously articulated in the Original Complaint and subsequent amendments. It will also supply the Court with a more detailed description of the complaints set forth in the Original Complaint and will afford the parties and the Court an appropriate "pleadings vehicle" for any required motion practice, etc. specific to Mr. Lastrapes' case in advance of trial, and to create an appropriate record for appellate purposes.

The proposed Fifth Supplemental and Amended Complaint which is submitted herewith purports to accomplish this with respect to the Plaintiff, Paul Lastrapes. New information became available after the filing of the Original Complaint which is pertinent to further explain Mr. Lastrapes allegations with respect to the negligence of Keystone RV Company and CH2M Hill. Similar supplemental and amended complaints have been previously been allowed in the Forest River bellwether trial, as well as the Gulf Stream and Fleetwood trials.

Accordingly, Plaintiff respectfully requests that the Court grant his Motion for Leave to File a Fifth Supplemental and Amended Complaint.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973

jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on January 14, 2009.

/s/Justin I. Woods
JUSTIN I. WOODS