UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
       FORMALDEHYDE PRODUCTS  
       LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Case no. 08-5031

## **ORDER AND REASONS**

Local Rule 7.5E of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed <u>and</u> that a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to Bauer Plaintiffs' Motion for Leave to File Supplemental and Amended Complaint (Rec. Doc. 9438), set for hearing on January 13, 2010, was filed. However, it does NOT appear to the Court that this motion has merit as the proposed amended complaint does NOT comply with either Pretrial Order No. 38 (Rec. Doc. 1596) or Pretrial Order No. 40 (Rec. Doc. 1781). Accordingly,

**IT IS ORDERED** that **Bauer Plaintiffs' Motion for Leave to File Supplemental and Amended Complaint (Rec. Doc. 9438)** is **DENIED.**

New Orleans, Louisiana, this 14th day of January 2010.

**KURT D. ENGELHARDT**  
**UNITED STATES DISTRICT JUDGE**