UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Case No. 09-2977

## ORDER AND REASONS

Before the Court is Forest River, Inc.'s Motion to Strike Plaintiff's Designation of Kenneth R. Laughery, Ph.D (Rec. Doc. 4800). This motion is opposed by Plaintiff. This Court has previously ruled on a similar motion relating to Dr. Laughery (See Rec. Docs. 4845) in connection with the Fleetwood bellwether trial. Accordingly,

**IT IS ORDERED** that for the reasons previously set forth in this Court's October 6, 2009 Order and Reasons (Rec. Doc. 4845), **Forest River, Inc.'s Motion to Strike Plaintiff's Designation of Kenneth R. Laughery, Ph.D (Rec. Doc. 4800)** is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that the findings made in this Court's November 18, 2009 Order and Reasons (Rec. Doc. 7533), which involve the very same opinion by Dr. Laughery (albeit relating to Forest River instead of Fleetwood (See Exhibit A to Rec. Doc. 4800)) are hereby **ADOPTED** for the Forest River bellwether trial.

New Orleans, Louisiana, this 15th day of January, 2010.

                                            **KURT D. ENGELHARDT**  
                                            **United States District Court**