AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| VAN LEONARD, SR., ET AL. | ) |
| *Plaintiff* | ) |
| v. | ) |
| LIBERTY MUTUAL INSURANCE, ET AL | ) |
| *Defendant* | ) |

Civil Action No. 09 - 4976

**SUMMONS IN A CIVIL ACTION**    SECT. N MAG. 5

To: *(Defendant's name and address)*  Liberty Mutual Insurance Corporation
Through its Registered Agent for Service
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Loretta G. Whyte

Date: _____

**Aug 12 2009**

*Signature of Clerk or Deputy Clerk*

**2. Article Number**

7179100016450012949

**1. Article Addressed to:**

LIBERTY MUTUAL INSURANCE CORPORATION
THROUGH LOUISIANA SECRETARY OF STATE
LEGAL SERVICES SECTION
P. O. BOX 94125
BATON ROUGE, LA 70804-9125

~~Code: VAN LEONARD, SR.~~
Code2: JIW
File: 07-5980

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
KIMBERLY JOSEPH    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
12-7-09

D. Is delivery address different from item 1?   ☐ Yes
If YES enter delivery address below:   ☐ No

3. Service Type   ☒ Certified

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811    Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163