Lawrence G. Miller, M.D., M.P.H

Addendum to Expert Report

January 10, 2010

In speaking with Mr. Wright during my evaluations, he expressed several times his concern that his exposure to formaldehyde in the FEMA trailer might have long-lasting health effects, and he mentioned cancer specifically in the context of his persistent oral bleeding. As an examining expert but not a treating physician, I suggested to Mr. Wright that he discuss this matter with his treating physicians. I have since noted, in reviewing the depositions of Dr. Schwery and Thompson, that Mr. Wright again expressed concern about the possibility of long-term health effects related to formaldehyde exposure, including cancer.

I have reviewed the report of Dr. Patricia Williams concerning formaldehyde exposure, and in particular her discussion of the increased relative risk of cancer associated with exposure to inhaled formaldehyde (pp. 52-57). Dr. Williams provides substantial evidence indicating that exposure to inhaled formaldehyde increases the risk for developing cancer.

Based on Mr. Wright's known exposure to formaldehyde, discussed in my report, and the evidence summarized by Dr. Williams, it is my opinion within a reasonable medical certainty that Mr. Wright's concerns about the development of cancer after his exposure to formaldehyde are rationally-based.

Lawrence G. Miller, M.D.,M.P.H.


EXHIBIT
B

LWFR-EXP 8-000108

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California
County of SAN FRANCISCO

On JAN 11, 2010 before me, Robert Holsen, Notary Public
*Here insert Name and Title of the Officer*

personally appeared LAWRENCE G. MILLER, MD MPH
*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Robert Holsen_
*Signature of Notary Public*

**ROBERT HOLSEN**
Commission # 1658036
Notary Public - California
San Francisco County
My Comm. Expires May 9, 2010

Place Notary Seal Above

--- OPTIONAL ---

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**
Title or Type of Document: _____
Document Date: _____   Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

LWFR-EXP 8-000109