```
00001
 1      UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF LOUISIANA
 2
 3 IN RE:  FEMA TRAILER      MDL NO. 1873
 4 FORMALDEHYDE PRODUCTS     SECTION "N"(4)
 5 LIABILITY LITIGATION      JUDGE ENGELHARDT
 6
 7 This document relates to:  Lyndon T. Wright
 8      v. Forest River, Inc., et al
 9          Docket No. 09-2977
10            * * *
11          (Volume I)
12      Videotaped Deposition of LAWRENCE
13 G. MILLER, M.D., 118 Upland Road, Waban,
14 Massachusetts 02468, taken at the Law
15 Offices of Frank J. D'Amico, Jr., 622
16 Baronne Street, New Orleans, Louisiana
17 70113, on Tuesday, the 10th day of November,
18 2009.
19
20 REPORTED BY:
21     JAMES T. BRADLE, CCR
       PROFESSIONAL SHORTHAND REPORTERS
22     (504)529-5255
23 VIDEOGRAPHER:
24     BRIAN SOILEAU
       PROFESSIONAL SHORTHAND REPORTERS
25     (504)529-5255
```



EXHIBIT C

00025

1 formaldehyde?

2   A   Well, this is a pretty much

3 standard approach in environmental health

4 and specifically looking for an individual

5 causation.  You review the literature, you

6 take a history, examine the patient, and

7 then come back and interpret what you found

8 in the context of the medical and

9 toxicological literature.

10   Q   And in terms of an interview, you

11 had anticipated meeting with Mr. Wright,

12 correct?

13   A   That's correct.

14   Q   All right.  Did you, in fact, meet

15 with Mr. Wright?

16   A   I did.

17   Q   And when was that?

18   A   I met with Mr. Wright twice.

19   Q   Okay.

20   A   The first -- I don't have the

21 specific dates in front of me.  The first

22 time was, I believe, in June of this year,

23 and the second time, I believe, was in

24 July of this year.

25   Q   Doctor, have you brought with you