UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) |
| This Document Relates to: *Lyndon T. Wright. v. Forest River, Inc., et al*, Docket No. 09-2977 | | * * * | JUDGE ENGELHARDT: MAG: CHASEZ |

*************************************************************************

### DEFENDANTS' JOINT MOTION FOR EXPEDITED HEARING ON THE MOTION TO STRIKE THE ADDENDUM TO THE EXPERT REPORTS OF DR. LAWRENCE MILLER

**NOW INTO COURT,** through undersigned counsel, come defendants Forest River Inc., ("Forest River") and Shaw Environmental, Inc. ("Shaw") (collectively, "defendants"), who respectfully suggest to the Court that it is both necessary and appropriate to expedite consideration by this Court of the defendants' Joint Motion to Strike the Addendum to the Expert Reports of Dr. Lawrence Miller. This Addendum, which contains new opinions on topics never before addressed by Dr. Miller, was only recently produced to defendants on January 12, 2009 – over three months after the expert report deadline imposed by the Court's Scheduling Order. With the discovery

deadline (January 29, 2010) and motion in limine deadline (February 9, 2010) fast approaching, it is imperative that the Court address the scope of Dr. Miller's testimony as soon as possible.

Respectfully submitted,

/s/ Jason D. Bone
ERNEST P. GIEGER, JR. (#6154)
JASON D. BONE (#28315)
CARSON W. STRICKLAND (#31336)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*ATTORNEYS FOR FOREST RIVER, INC.*

/s/ M. David Kurtz
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
*ATTORNEYS FOR SHAW
ENVIRONMENTAL, INC.*

## CERTIFICATE

I hereby certify that on the 18th day of January, 2010, a copy of the foregoing Motion for Expedited Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

/s/ Jason D. Bone
JASON D. BONE