IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *JENKINS, KRISTY HOPE* <br> together with all individuals and entities <br> whose names appear on the attached <br> "Exhibit A" <br><br> versus <br><br> *INTEGRITY MIDWEST, INC., d/b/a US ADVENTURE, RV and TIMBERLAND RV COMPANY d/b/a ADVENTURE MANUFACTURING and SHAW ENVIRONMENTAL, INC., CH2M HILL CONSTRUCTORS, INC., and FLUOR ENTERPRISES, INC.* and the *UNITED STATES OF AMERICA* through the *FEDERAL EMERGENCY MANAGEMENT AGENCY* | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> CIVIL ACTION No. 095278 N(5) |

*************************************************************************

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF CLAIMS AGAINST INTEGRITY MIDWEST, INC. d/b/a US ADVENTURE RV COMPANY d/b/a ADVENTURE MANUFACTURING

Plaintiffs, Kristy Hope Jenkins and Dorothea Tolliver, hereby dismiss, without prejudice, their claims against Defendant, Integrity Midwest, Inc. d/b/a US Adventure RV Compay d/b/a Adventure Manufacturing, pursuant to Federal Rule of Civil Procedure 41.

No Defendant has served an answer or motion for summary judgment as of this date.

Respectfully submitted,

WOODFILL & PRESSLER, LLP

_____
MICHAEL C. WATSON
FED ID NO. 25743
2 Houston Center
909 Fannin Street, Suite 1470
Houston, Texas  77010
(713) 751-3080
(713) 751-3058 [Fax]

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 18th, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to all counsel of record who are non-CM/ECF participants.

**NO-BID CONTRACTORS**
Shaw Environmental, Inc.
Karen K. Whitfield
BAKER DONELSON
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

CH2M Hill Constructors, Inc.
Gerardo R. Barrios
BAKER DONELSON
3 Sanctuary Boulevard, #201
Mandeville, LA 70471

Fluor Enterprises, Inc.
Charles R. Penot, Jr.
MIDDLEBERG, RIDDLE & GIANNA
717 N. Harwood Street, Suite 2400
Dallas, Texas 75201

**DEFENDANT MANUFACTURERS**
Integrity Midwest, Inc., d/b/a US Adventure RV
Isaac H. Ryan
DEUTSCH, KERRIGAN & STILES
755 Magazaine Street
New Orleans, LA 70130

Timberland RV Company d/b/a Adventure Manufacturing
Through Its Agent for Service of Process
James Brotherson
BAKER & DANIELS, L.L.P.
202 S. Michigan Street, Suite 1400
South Bend, IN  46601

**GOVERNMENT DEFENDANTS:**
The United States of America, Department of Justice
Through the United States Attorney General
Honorable Eric Holder
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

United States of America
Through the Office of the US Attorney for the Eastern District of Louisiana
Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA  70130

Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street SW
Washington, DC  20472

_____
MICHAEL C. WATSON