AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

LEVERGNE PIERRE, ET AL. )
Plaintiff )
v. ) Civil Action No. 09-4834
GULF STREAM COACH, INC. )
Defendant ) SECT. N MAG. 5

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gulf Stream Coach, Inc.
Through its Agent for Service of Process
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT Loretta G. Whyte

Date: _____         _____
                                       Signature of Clerk or Deputy Clerk

Aug 12 2009

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 71791000164500129816 | A. Signature X *Chester Myrick* ☐ Agent ☐ Addressee | |
| | B. Received by (Printed Name) | C. Date of Delivery 12-7-09 |
| 1. Article Addressed to: Gulf Stream Coach, Inc. Through its Agent for Service of Process Kenneth C. Brinker 503 S. Oakland Nappanee, IN 46550 | D. Is delivery address different from item 1? ☐ Yes If YES enter delivery address below: ☐ No | |
| | 3. Service Type  ☒ Certified | |
| Code: Levergne-Pierre Code2: JIW File: 07-5980 | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |

PS Form 3811        Domestic Return Receipt



UNITED STATES POSTAL SERVICE

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163