AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | |
|---|---|
| KENNETH JEFFERSON, ET AL. | ) |
| *Plaintiff* | ) |
| v. | ) |
| GULF STREAM COACH, INC., ET AL. | ) |
| *Defendant* | ) |

Civil Action No. **09 - 4981**

**SECT.N MAG5**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States of America
Through the Office of the U.S. Attorney
for the Eastern District of Louisiana
Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   **Loretta G. Whyte**

*B. Gregory*

*Signature of Clerk or Deputy Clerk*

Date: _____

**Aug 12 2009**

**2. Article Number**

7179 1000 1645 0012 9151

1. Article Addressed to:

**United States of America, through
James Letten, US Attorney for EDLA
500 Poydras St., Suite B210
New Orleans, LA 70130**

Code: KENNETH JEFFERSON
Code2: JIW
File: 07-5980

PS Form 3811                Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Santos*                 ☐ Agent
                           ☐ Addressee

B. Received by (*Printed Name*)        C. Date of Delivery

T. Santos                            12-1-09

D. Is delivery address different from Item 1?  ☐ Yes
If YES enter delivery address below:           ☐ No

3. Service Type          ☒ Certified

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

---

**UNITED STATES POSTAL SERVICE**



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163**