AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| KENNETH JEFFERSON, ET AL. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 09-4981 |
| GULF STREAM COACH, INC., ET AL. ) | SECT.N MAG5 |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States of America, Department of Justice
Through the United States Attorney General
Honorable Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Loretta G. Whyte

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

**Aug 12 2009**

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7179 1000 1645 0012 9175 | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>United States of America<br>Through Eric Holder, U.S. Attorney General<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No<br><br>DEC 07 2009 | |
| | 3. Service Type | ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| ~~Code: KENNETH JEFFERSON~~<br>Code2: JIW<br>File: 07-5980 | | |

PS Form 3811          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163