UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | • • • • • | MDL NO. 2:07-MD-1873<br><br>SECTION: N (4)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | • • | <br>MAGISTRATE JUDGE CHASEZ |

## NOTICE OF APPEAERANCE AND REQUEST FOR NOTICE

WILLIAM H. PARKER, III, of the law firm of Allen & Gooch, on behalf of Sunline Acquisition Company, Ltd., files this Notice of Appearance and Request for Notice of all pleadings, proceedings, hearings, and reports filed in the above captioned matter be sent to William H. Parker, III, Allen & Gooch, 2000 Kaliste Saloom Road, Suite 400 (70508), Post Office Box 81129, Lafayette, Louisiana 70598-1129; williamparker@allengooch.com.

RESPECTFULLY SUBMITTED,

ALLEN & GOOCH • A Law Corporation

_/s/ William H. Parker, III_
WILLIAM H. PARKER, III (10325)
Suite 400 - 2000 Kaliste Saloom Road (70508)
Post Office Drawer 81129
Lafayette, LA. 70598-1129
337-291-1270 • 337-291-1275 – facsimile
williamparker@allengooch.com - e-mail

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Appearance and Request for Notice on behalf of Sunline Acquisition Company, Ltd. was electronically filed with the Clerk of Court using the CM/ECF system; which will send a notice of electronic filing to all counsel of record

Lafayette, Louisiana, this ___19th___ day of _____January_____, 2010.

                                                                                          /s/ *William H. Parker, III*
                                                                                         WILLIAM H. PARKER, III