OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

                          Date:   January 19, 2010

                          In re: FEMA Trailer Litigation
                          No. 07-1873, as relates to

                          Shalonda Gurley, et al
                                  vs.
                          Stewart Park Homes, Inc., et al

                          Case No. 09-7746

Dear Sir:

      Please (issue) summons on the (complaint) to the following:

1. FEMA, through Craig Fugate, Director, 500 C Street SW Washington DC 20472
2. United States of America Department of Justice, through Eric Holder, U.S. Attorney, 950 Pennsylvania Ave NW Washington DC 20530-0001
3. United States of America through James Letten, U.S. Attorney for the Eastern District of LA, 500 Poydras St., Suite B1210, New Orleans, LA 70130
4. Stewart Park Homes, through CT Corporation, 1201 Peachtreet St. NE, Atlanga, GA 30361.

                          Very truly yours,

                          *Justin I. Woods* (signature)
                          JUSTIN I. WOODS
                          GAINSBURGH, BENJAMIN, DAVID,
                          MEUNIER & WARSHAUER, L.L.C.
                          2800 Energy Centre, 1100 Poydras St.
                          New Orleans, LA 70163-2800
                          (504) 522-2304
                          Attorney for Plaintiff