OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date:   January 19, 2010

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Henry Gurley, et al
                    vs.
Lakeside Park Homes, Inc., et al

Case No. 09-7750

Dear Sir:

Please **(issue)** summons on the **(complaint)** to the following:

1. FEMA, through Craig Fugate, Director, 500 C Street SW
   Washington DC 20472
2. United States of America Department of Justice, through
   Eric Holder, U.S. Attorney, 950 Pennsylvania Ave NW
   Washington DC 20530-0001
3. United States of America through James Letten, U.S. Attorney
   for the Eastern District of LA, 500 Poydras St.,
   Suite B1210, New Orleans, LA 70130
4. Lakeside Park Homes, Inc., Through its Agent for Service of
   Process, Ben C. Jarvis, 70 Peachstate Drive, Adel, GA 31620.

                    Very truly yours,

                    JUSTIN I. WOODS
                    GAINSBURGH, BENJAMIN, DAVID,
                    MEUNIER & WARSHAUER, L.L.C.
                    2800 Energy Centre, 1100 Poydras St.
                    New Orleans, LA 70163-2800
                    (504) 522-2304
                    Attorney for Plaintiff