OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

        Date:   January 19, 2010

        In re: FEMA Trailer Litigation
        No. 07-1873, as relates to

        Dawn Gras, et al
                vs.
        Coachmen Recreational Vehicle
        Company of Georgia, LLC, et al

        Case No. 09-7767

Dear Sir:

    Please **(issue)** summons on the **(complaint)** to the following:

1. FEMA, through Craig Fugate, Director, 500 C Street SW Washington DC 20472
2. United States of America Department of Justice, through Eric Holder, U.S. Attorney, 950 Pennsylvania Ave NW Washington DC 20530-0001
3. United States of America through James Letten, U.S. Attorney for the Eastern District of LA, 500 Poydras St., Suite B1210, New Orleans, LA 70130
4. Coachmen Recreational Vehicle Company of Georgia, LLC, Through its agent for service of process, Corporation Service Company, 40 Technology Parkway South, #300, Norcross, GA 30092

        Very truly yours,

        _____
        JUSTIN I. WOODS
        GAINSBURGH, BENJAMIN, DAVID,
        MEUNIER & WARSHAUER, L.L.C.
        2800 Energy Centre, 1100 Poydras St.
        New Orleans, LA 70163-2800
        (504) 522-2304
        Attorney for Plaintiff