UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) |
| This Document Relates to: *Lyndon T. Wright v. Forest River, Inc., et al*, Docket No. 09-2977 | * * * | JUDGE: ENGELHARDT MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT STIPULATION

Plaintiff, Lyndon T. Wright, and defendant, Forest River, Inc., though their respective undersigned counsel, hereby jointly stipulate the following:

1.   Plaintiff hereby waives and dismisses with prejudice any and all claims that were or could have been asserted against Forest River, Inc. for damages related to breach of express warranty.

2.   Plaintiff hereby waives and dismisses with prejudice any and all claims that were or could have been asserted against Forest River, Inc. for punitive damages.

Page 1 of 3

3.  Plaintiff hereby waives and dismisses with prejudice any and all claims that were or could have been asserted against Forest River, Inc. for damages related to loss of consortium.

/s/ Frank J. D'Amico
FRANK J. D'AMICO, JR. (No. 17519)
AARON Z. AHLQUIST (No. 29063)
FRANK J. D'AMICO, JR., APLC
622 Baronne Street
New Orleans, LA  70113
Phone: (504) 525-7272 ext.233
Fax:   (504) 525-1073
*ATTORNEYS FOR LYNDON T. WRIGHT*


/s/ Jason D. Bone
ERNEST P. GIEGER, JR. (No. 6154)
JASON D. BONE (No. 28315)
CARSON W. STRICKLAND (No. 31336)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*ATTORNEYS FOR FOREST RIVER, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of January, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.


/s/  Jason D. Bone