UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | | MDL NO. 1873 |
|     FORMALDEHYDE * | | |
|     PRODUCTS LIABILITY * | | |
|     LITIGATION * | | SECTION: N(5) |
| * | | |
| This Document Relates to: *Lyndon T. Wright v.* * | | JUDGE: ENGELHARDT |
| *Forest River, Inc., et al*, Docket No. 09-2977 * | | |
| * | | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT STIPULATION OF FACTS

Plaintiff, Lyndon T. Wright, and defendants, Forest River, Inc., Shaw Environmental, Inc. and the United States of America, though their respective undersigned counsel, hereby jointly stipulate to the authenticity of the following documents as established:[1]

1. The medical records provided by Uptown Nephrology, bates range LW-NEPH00001-00204.

2. The medical records provided by Touro Infirmary, bates range TOURO00001-00019.

3. The medical records provided by Dr. Worley, bates range LW-WORLEY00001-00002.

---

[1] The parties reserve their rights to object to the admissibility of any of the documents listed herein.

Page 1 of 5

4. The medical records provided by East Jefferson General Hospital, bates range LW-EJGH00001-00041.

5. The records provided by Walgreens Pharmacy, bates range LW-WAL00001-00026.

6. The records provided by Rite Aid Pharmacy, bates range LW-RAID00001-00005.

7. The records provided by Aetna Health Care, bates range LW-AETNA00001-00039.

8. The records provided by Cigna Health Insurance, bates range LW-CIGNA00001-00092.

9. The records provided by United Health Insurance, bates range LW-UNITED00001-00112.

10. The records provided by C. Martin Company, Inc., bates range LW-CMC-00001-71.

11. The records provided by AME Services, Inc., bates range LW-AME 00001-007463.

12. The records provided by Crown Roofing, Inc., bates range LW-CROWN00001-00016.

13. The records provided by J.P. Morgan Chase, bates range LW-CHASE00001-00047.

14. The records provided by Riverland Credit Union, bates range LW-RIVERLAND00001-00253.

15. Records from the Internal Revenue Service related to Lyndon Wright, bates range LW-IRS00001-00139.

16. Records from the Social Security Administration related to Lyndon Wright, bates range LW- SSA00001-00013.

17. The records provided by the City of New Orleans and Civil District Court for the Parish of Orleans, bates range LW-CITY NO00001-00256 & LW-CDC 00001-00024.

18. The records provided by MMG, Inc., bates range LW-MMG-000001-000060.

19. The records provided by Hyatt, Inc., bates range LW-HYATT00001-00126.

20. The records provided by SHC New Orleans, LLC, bates range SHR 1-182.

21. The records provided by Entergy., bates range LW- ENTERGY00001-00125.

22. Photographs of the Wright unit, bates range Forest-Marshall 00001-3126; FEMA 165 00001-187.

23. The records related to the FEMA Disaster File for Bobbie Wright, bates range FEMA 124-00001-78.

24. The records related to the FEMA Spreadsheet, bates range FEMA 162-0000356.

25. The records related to the FRRATS screens for the FEMA Disaster File of Bobbie Wright, bates range FEMA 10-002283-2332.

Respectfully submitted,

/s/ Frank J. D'Amico
FRANK J. D'AMICO, JR. (No. 17519)
AARON Z. AHLQUIST (No. 29063)
FRANK J. D'AMICO, JR., APLC
622 Baronne Street
New Orleans, LA 70113
Phone: (504) 525-7272 ext.233
Fax: (504) 525-1073
*ATTORNEYS FOR LYNDON T. WRIGHT*

/s/ Jason D. Bone
ERNEST P. GIEGER, JR. (No. 6154)
JASON D. BONE (No. 28315)
CARSON W. STRICKLAND (No. 31336)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*ATTORNEYS FOR FOREST RIVER, INC.*


/s/ M. David Kurtz
David Kurtz (No. 23821)
Karen K. Whitfield (No. 19350)
Catherine N. Thigpen (No. 30001)
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
*ATTORNEYS FOR SHAW ENVIRONMENTAL, INC.*


/s/ Henry T. Miller
Henry T. Miller (D.C. Bar Roll No. 411885)
Adam Dinnell
Michele Greif
U.S. Department fo Justice
Civil Division - Torts Branch
P.O. Box 3040 Ben Franklin Station
Washington, D.C. 20004
*ATTORNEYS FOR UNITED STATES OF AMERICA*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of January, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Jason D. Bone