OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: January 19, 2010

ANTOINE PRINCE, SR., ET AL.

v.

LIBERTY INS. CO., ET AL.

Case No. 09-3922 Section N(5)

Dear Sir or Madam:

Please ISSUE summons on the THIRD SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES to the following:

1. Arch Specialty Insurance Company
   **through:**
   The Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, LA 70809

2. Lexington Insurance Company
   **through its attorney of record:**
   Charles E. Leche
   Deutsch, Kerrigan & Stiles
   755 Magazine Street
   New Orleans, LA 70130

3.  Westchester Surplus Lines Insurance Company
    **through:**
    The Louisiana Secretary of State
    8585 Archives Avenue
    Baton Rouge, LA 70809

          Very truly yours,

          HUGH P. LAMBERT, ESQ. (#7933)
          LINDA J. NELSON, ESQ. (#9938)
          LAMBERT & NELSON, PLC
          701 Magazine Street
          New Orleans, LA 70130
          Telephone: (504) 581-1750
          Facsimile: (504) 529-2931