OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: January 19, 2010

ANTOINE PRINCE, SR., ET AL.

v.

LIBERTY INS. CO., ET AL.

Case No. 09-3922 Section N(5)

Dear Sir or Madam:

Please ISSUE summons on the FOURTH SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES to the following:

1. CH2M HILL Constructors, Inc.
   **through its registered agent for service:**
   C T Corporation System
   5615 Corporate Blvd., Suite 400B
   Baton Rouge, LA 70808

2. Stewart Park Homes, Inc.
   **through its CEO:**
   A. Lucas Stewart, III
   1207 Sunset Drive
   Thomasville, GA 31729

3. Stewart Park Homes, Inc.
   **through its registered agent for service:**
   CT Corporation
   1201 Peachtree St., NE
   Atlanta, GA 30361

4. Stewart Park Homes, Inc.
   **through its CEO:**
   A. Lucas Stewart, III
   219 Industrial Blvd.
   Thomasville, GA 31792

Very truly yours,

HUGH P. LAMBERT, ESQ. (#7933)
LINDA J. NELSON, ESQ. (#9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931