Transcript of the Testimony of
# Earline Castanel

## Date taken: December 2, 2009

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

## Page 1

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
                 NEW ORLEANS DIVISION
                 *    *    *    *    *
   IN RE: FEMA TRAILER          MDL NO. 07-1873
   FORMALDEHYDE PRODUCTS        SECTION "N" (5)
   LIABILITY LITIGATION         JUDGE ENGELHARDT
   This document relates to:
      Earline Castanel v. Recreation by Design,
             L.L.C., et al
             Docket No. 09-3251

                 *    *    *    *    *

               Deposition of EARLINE CASTANEL,
   2925 St. Peters Street, New Orleans, Louisiana
   70163, taken at the Law Offices of Gainsburgh,
   Benjamin, David, Meunier & Warshauer, L.L.C.,
   2800 Energy Centre, 1100 Poydras Street, New
   Orleans, Louisiana 70163-2800, on Wednesday,
   December 2, 2009.
   REPORTED BY:
        PAMELA C. BLACK, CCR, RPR
        PROFESSIONAL SHORTHAND REPORTERS
        (504) 529-5255
```

## Page 2

```
1   APPEARANCES:
2     GAINSBURGH, BENJAMIN, DAVID,
      MEUNIER & WARSHAUER, L.L.C.
3     (BY: GERALD MEUNIER AND
        TARA GILBREATH, ESQUIRE)
4     2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
5
      ATTORNEYS FOR THE PLAINTIFFS
6     STEERING COMMITTEE
7   LAW OFFICES OF DAVID V. MCLENDON, L.L.C.
      (BY: DAVID V. MCLENDON, ESQUIRE)
8     721 Henry Clay Avenue
      New Orleans, Louisiana 70118
9
      ATTORNEYS FOR PLAINTIFF STEERING
10    COMMITTEE
11
    U.S. DEPARTMENT OF JUSTICE
12    (BY: HENRY MILLER, ESQUIRE)
      CIVIL DIVISION
13    1331 Pennsylvania Avenue, N.W.
      Washington, D.C. 20004
14
      ATTORNEYS FOR DEFENDANT, UNITED
15    STATES OF AMERICA
16  GARRISON, YOUNT, FORTE &
    MULCAHY, L.L.C.
17    (BY: RANDALL C. MULCAHY, ESQUIRE)
      909 Poydras Street, Suite 1800
18    New Orleans, Louisiana 70112
19    ATTORNEYS FOR DEFENDANTS,
      RECREATION BY DESIGN, L.L.C., TL
20    INDUSTRIES, INC., FRONTIER EV, INC.
      AND PLAY'MOR TRAILERS, INC.
21
    ALLEN & GOOCH
22    (BY: BRENT MAGGIO, ESQUIRE)
      3900 N. Causeway Blvd., Suite 1450
23    Metairie, Louisiana 70002
24    ATTORNEYS FOR DEFENDANTS,
      HEARTLAND REC. VEHICLES, L.L.C.
25
```

## Page 3

```
1   APPEARANCES CONTINUED:
2     BAKER, DONELSON
      (BY: KAREN WHITFIELD, ESQUIRE)
3     201 St. Charles Avenue
      Suite 3600
4     New Orleans, Louisiana 70163
5     ATTORNEYS FOR DEFENDANTS,
      CH2M HILL CONSTRUCTORS, INC. AND
6     SHAW ENVIRONMENTAL, INC.
7
8     JONES, WALKER, WAECHTER, POITEVENT,
      CARRERE & DENEGRE, L.L.P.
9     (BY: RYAN JOHNSON, ESQUIRE, VIA
        TELEPHONE)
10    Four United Plaza, 5th Floor
      8555 United Plaza Boulevard
11    Baton Rouge, Louisiana 70809
12    ATTORNEYS FOR KEYSTONE RV COMPANY,
      THOR CALIFORNIA, THOR INDUSTRIES,
      DUTCHMEN MANUFACTURING, DS CORP
13    (d/b/a CrossRoads RV), KZ RV, LP
14
15
...
25
```

## Page 4

```
1              EXAMINATION INDEX
2                              PAGE
3   EXAMINATION BY HENRY MILLER        6, 111
4   EXAMINATION BY RANDALL MULCAHY     73, 113
5   EXAMINATION BY KAREN WHITFIELD     102
6
7              INDEX OF EXHIBITS
                               PAGE
8   Exhibit No. 1 (Notice of Deposition)    12
9   Exhibit No. 2 (Plaintiff Fact Sheet)    21
10  Exhibit No. 3 (Collection of Photographs)  26
11  Exhibit No. 4                           57
    (Letter Dated 8/6/08 to FEMA from
12   Gainsburgh, Benjamin)
13  Exhibit No. 5                           57
    (Form 95 Claim Form/Rider, Contingency
14   Fee Retainer, FEMA 000983 through 986)
15  Exhibit No. 6                           64
    (FEMA, Emergency Shelter Agreement to Rules
16   of Occupancy, FEMA 159-000009 - 012)
17  Exhibit No. 7                           106
    (FEMA Temporary Housing Unit Inspection
18   Report)
19  Exhibit No. 8                           108
    (Shaw Trailer Lease Check In List)
20
21  Exhibit No. 9                           110
    (Shaw Document Dated 3/11/06)
22
...
25
```

                                    1 (Pages 1 to 4)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Earline Castanel

1   Other than this lawsuit which you've filed
2   against the United States and several other
3   parties, have you ever filed any other lawsuit
4   against any other persons?
5       MS. GILBREATH:
6           Objection, what does this have to do
7   with prescription?  Isn't that why we're here
8   today?
9       MR. MILLER:
10          I get to do background questions,
11  Counsel.  Unless you're instructing the witness
12  not to answer the question, you can state an
13  objection, but if you're going to instruct the
14  witness not to answer, then that's fine and
15  I'll go on, but you're going to need to
16  instruct the witness not to answer.  Okay?
17      MR. MEUNIER:
18          No.  She can make objections or
19  instruct the witness.
20      MR. MILLER:
21          No.  The objections in deposition are
22  form objections, Mr. Meunier.
23      MR. MEUNIER:
24          Yeah.  But the objection is to the
25  form because it doesn't adhere to the rules of

Page 13

1       A. 79.
2       Q. And what are your current telephone
3   numbers?
4       A. 931-9560, my home -- I mean, my cell.
5   My home is 404-1408.
6       Q. And are both of those in area code
7   504?
8       A. Right.
9       Q. Do you have an e-mail address?
10      A. No.
11      Q. Do you have a computer?
12      A. No.
13      Q. What was the highest level of
14  education that you ever obtained?
15      A. I think it was sixth or seventh
16  grade.
17      Q. Were you born here in New Orleans?
18      A. Yeah.
19      Q. And you went to school here in New
20  Orleans?
21      A. Yeah.
22      Q. Have you lived your entire life in
23  New Orleans?
24      A. Yes.
25      Q. When were you last employed?

Page 15

1   the court for what this deposition is to cover.
2   So we'll reserve the objection for the record
3   and reserve the right to strike the answer to
4   this question and any others that go beyond the
5   question of prescription.
6       MR. MILLER:
7           So, Counsel, what is your objection?
8       MS. GILBREATH:
9           I'm objecting that it goes beyond the
10  scope of the deposition for the record.
11      MR. MILLER:
12          That's fine.
13  BY MR. MILLER:
14      Q. Ms. Castanel, have you ever filed any
15  other lawsuits?
16      A. No.
17      Q. Have you ever filed any other claims
18  against the United States?
19      A. No.
20      Q. Ms. Castanel, what is your date of
21  birth?
22      A. 8/10/30.
23      Q. What is that last?
24      A. 8/10/30.
25      Q. And how old are you?

Page 14

1       A. I went for about a couple of weeks
2   after Katrina at St. Peter Claver.
3       Q. And St. Peter Claver, is that a
4   school?
5       A. Well, it's a school and a church, I
6   was working in the rectory.
7       Q. How long did you work at St. Peter
8   Claver?
9       A. You mean before the --
10      Q. Before or after?
11      A. I'd say about 30 years.
12      Q. And what was your position?
13      A. I used to keep the house for the
14  priests, did the housecleaning.
15      Q. How many hours did you work a week?
16      A. About 15 hours.  I used to go three
17  times a week.
18      Q. And when did you stop working there?
19      A. I don't remember exactly.
20      Q. What's your best estimate?
21      A. I think year before last I think it
22  was.  I'm not sure.
23      Q. 2007, 2008?
24      A. I'd say the beginning of 2008, I'd
25  say.

Page 16

4  (Pages 13 to 16)

1 which we're going to mark as Exhibit No. 2
2 (tenders). This is a plaintiff fact sheet for
3 Earline M. Castanel. It's Bates stamped
4 PL_Castanel 02-000001 through 19. And this is
5 a fact sheet that provided to the United
6 States by your counsel. And I believe that if
7 you turn to the last page of this document, do
8 you have that in front of you?
9      A. This page (indicating)?
10     Q. Yes. Is that your signature?
11     A. Yes.
12     Q. And it's dated November 18th, 2009?
13     A. Yes.
14     Q. Do you recall going over this
15 document on or about November 18th, 2009?
16     A. Yes.
17     Q. And did you check this document to
18 make sure that everything was true and
19 accurate?
20     A. Yes.
21     Q. And to the best of your knowledge,
22 everything recorded in this document, is it
23 truthful and correct?
24     A. Yes, as far as I know. Because I'm
25 the one that answered the questions.

Page 21

1      A. Well, that's about right there.
2      Q. And then it says, the next question
3 there 7, move out date and it has 3/2007, which
4 would be March 2007. Is that the approximate
5 date you moved out of the trailer?
6      A. I can't say exactly because I don't
7 exactly remember. But I do know I moved out
8 around that time, but I don't know exactly.
9      Q. Understood. That was your best
10 estimate of when you moved out.
11     A. That's right.
12     Q. Now, between the time you evacuated
13 the city and came back to Louisiana and moved
14 into the trailer, were you in Texas the entire
15 time?
16     A. Yeah, I wasn't nowhere else. I ain't
17 had nowhere else to stay down here.
18     Q. I understand that. And that's all I
19 wanted to make sure. So between the first week
20 or the week before Katrina hit until you moved
21 into the trailer on or about February 2006, you
22 were in Texas.
23     A. Yes.
24     Q. When you came back to Louisiana in
25 February of 2006, what was the condition of

Page 23

1      Q. And the reason why I ask you this is
2 that if you turn to the ninth page of Exhibit
3 No. 2, which is also Bates stamped 09 at the
4 end, do you have that in front of you?
5      A. Yeah.
6      Q. And it shows is there questions at
7 the top, 5, 6 and 7 and 6 it says -- 5 it says,
8 was the temporary housing unit provided to you
9 by FEMA a travel trailer or a mobile home and
10 travel trailer is marked, did FEMA provide you
11 with a travel trailer?
12     A. It was just a trailer that sits on
13 blocks, that's all I know. It sit on blocks,
14 that's all I could tell you.
15     Q. And No. 6 it has move in date and it
16 has 2/2006 which, I think, means February 2006.
17 Is that your best recollection about when you
18 moved into the travel trailer?
19     A. It's about around that time, I guess.
20 Like I said, around the first part of 2006.
21     Q. Correct, and February is the early
22 part of 2006.
23     A. I guess so.
24     Q. Do you have any reason to believe
25 that this is incorrect or inaccurate?

Page 22

1 your house?
2      A. Everything was messed up, water,
3 toilet, I mean, everything, the walls was all
4 wet and they had water all on the floor where
5 it went down, but where it was settled at was
6 higher than I -- taller than me. You could see
7 all against the wall like where the mantlepiece
8 was, all that was messed, my furniture was all,
9 some parts was coming apart, mattresses was
10 soaked with water, I had lost all of my clothes
11 in the closet. It was just a mess.
12     Q. It was a disaster?
13     A. Yes.
14     Q. The house was not liveable, it wasn't
15 habitable.
16     A. No, you couldn't live in it. The
17 stove, all that was -- like the pots in the
18 cabinet where the dishes and pans and pots was,
19 you know, had water in it. Water was soaking
20 in the pots, I had to throw all that out.
21     Q. Was there mold and everything growing
22 in places?
23     A. Yes. It was a mess.
24     Q. Other than this trailer, was there
25 anywhere else you could have lived when you

Page 24

6  (Pages 21 to 24)

1      Q.  Got it.  Besides the table, does this
2  look similar to the interior of the unit that
3  you had, ma'am?
4      A.  This part right here and this the
5  refrigerator, and that was the bathroom right
6  here, and way back up in here was the bedroom.
7      Q.  Right.  So does it look similar?
8      A.  It looks similar right here.  But I
9  know one thing, this thing here, this part here
10  where the air condition was, every time you
11  turned around I had to be calling them for
12  that, that thing wouldn't work and water would
13  be leaking down.
14      Q.  Okay.  And let me ask you about this,
15  this trailer, from the pictures that I've seen,
16  looks very clean.  When you left the trailer,
17  did you clean it up before you left?
18      A.  Yeah, I didn't leave no mess.
19      Q.  No.  I agree with you.  I mean --
20      A.  I swept it, you know.
21      Q.  A lot of people didn't do that.
22      A.  Well, I swept the trailer and put the
23  sheet on the bed and left it straight.  I
24  didn't leave it in no mess.
25      Q.  You left it the way they gave it to

                                    Page 29

1  you.
2      A.  Clean.
3      Q.  Now, this trailer during the time
4  period it was provided to you, did FEMA ever
5  charge you any money for rent?
6      A.  No.
7      Q.  At any point, did the government also
8  provide a contractor who provided maintenance?
9      A.  Well, when I call in, I know the man
10  came and fixed the air condition a couple of
11  times.
12      Q.  Did they ever charge you for
13  repairing the air conditioner, doing any repair
14  work?
15      A.  No.
16      Q.  They never charged you for that?
17      A.  No.
18      Q.  And you understood that when you took
19  this trailer that it was a temporary shelter
20  until you got your home repaired?
21      A.  Yes.
22      Q.  And as soon as you had your home
23  repaired you moved out of your trailer and back
24  into your house.
25      A.  Right.

                                    Page 30

1      Q.  And your house would be much more
2  comfortable rather than this small confined
3  space?
4      A.  Yes.
5      Q.  During the entire time you lived in
6  that trailer, was there any other housing
7  option you had available to you, apartment or
8  anything like that?
9      A.  No.
10      Q.  If you didn't have that trailer,
11  would you have been able to move back here in
12  New Orleans?
13      A.  Could I --
14      Q.  Without that trailer, could you have
15  come back to New Orleans?
16      A.  Well, there was nowhere for me to
17  come unless I go find a little apartment or
18  something.
19      Q.  Were there apartments available?
20      A.  I don't know.  I just went on and see
21  if I could get a trailer.
22      Q.  Okay.  Now, I want to go through this
23  fact sheet, which is Exhibit No. 2.  Okay?
24  Your counsel will direct you to the third page
25  of that document, of Exhibit No. 2.  Now, it

                                    Page 31

1  indicates here that you had some problems,
2  symptoms or complaints when you were in the
3  trailer.  Do you see that?  There's a whole
4  bunch of -- on C3, there's a whole bunch of
5  boxes and many of them are checked such as
6  irritation to the eyes, irritation to nasal
7  membrane inside the nose, do you see those?
8      A.  You're talking about down here?
9      Q.  Yes.  Do you see that?
10      A.  Yeah.
11      Q.  When you were in the trailer, did you
12  suffer irritation to your eyes?
13      A.  Well, when I was in the trailer,
14  after I was in there for a while, not too long,
15  then I started having my nose stopped up.  It
16  would get so stopped up like I had to go to the
17  door to see if I can catch some air, I couldn't
18  like hardly breathe.
19      Q.  So you had breathing problems?
20      A.  Yes.  My sinus.  When I get like that
21  I couldn't, I don't know, I keep going like
22  that (demonstrating), trying to catch my breath
23  because I couldn't breathe through my nose.
24      Q.  And this happened soon after you
25  moved into the trailer?

                                    Page 32

                              8  (Pages 29 to 32)

1    A. It was like five weeks or so after I
2  got in there, four or five weeks it started
3  getting like that.
4    Q. And when you went outside of the
5  trailer, did that relieve the symptoms?
6    A. Well, I would stand up by the door
7  until I keep doing that (demonstrating), and
8  then I would get some of that stuff, it's A-Y-R
9  I think it is, and spray in my nose to try to
10 open it up some. And when it opened up a
11 little bit, well, I'd go back in there.
12   Q. So you'd experience this symptom,
13 this difficulty breathing when you were inside
14 the trailer.
15   A. Yeah.
16   Q. And this started happening about five
17 weeks after you moved into the trailer?
18   A. Yeah.
19   Q. And to relieve those symptoms, you
20 would go outside the trailer.
21   A. Yes.
22   Q. And when you went outside the trailer
23 it would get better?
24   A. Not that much.
25   Q. A little bit?

Page 33

1    A. Not that much.
2    Q. Okay. Besides this problem with your
3  sinus and breathing problems, did you have any
4  other problems that you attributed to the
5  trailer?
6    A. No, I'd just feel bad sometimes, you
7  know, start feeling bad. I know it wasn't very
8  comfortable, that's for sure.
9    Q. Understood. And what I want to know
10 is, what specific type symptoms were present,
11 how you presented, what was the problem, was it
12 a stomachache, was it headache, was it just
13 general malaise?
14   A. I just would feel bad, I know that.
15 And I'd get that little funny feeling and I
16 would go lay down.
17   Q. Let me ask you, you're 79 years old;
18 is that right?
19   A. Yes.
20   Q. Was the illness that you were
21 experiencing when you were in the trailer
22 different than other illnesses that you were
23 suffering?
24   A. Before I didn't have all that problem
25 with that, you know, getting like -- sometimes

Page 34

1  I'd get like nauseated and I just thought it
2  was just one of them things.
3    Q. And that's what I'm trying to get at,
4  was this something different, something unique
5  that you thought was being caused by the
6  trailer?
7    A. I don't know what it was being caused
8  by, I just know I felt it.
9    Q. So let's go through the symptoms you
10 had, sinus problems, breathing problems; is
11 that right?
12   A. Yeah.
13   Q. And those started about five weeks
14 after you moved in.
15   A. Yes.
16   Q. You had some generally just not
17 feeling well.
18   A. Yes.
19   Q. Anything else?
20   A. That's about it I can think about
21 right now.
22   Q. Did you ever suffer any irritation or
23 itching of the skin?
24   A. Yeah. My arm. I have some marks
25 now, you see where it's like dry skin. And you

Page 35

1  can see the marks right here (indicating).
2    Q. Did that happen when you were in the
3  trailer?
4    A. When I was in the trailer that
5  happened, you know, I would be like dry, itchy.
6    Q. And when did that first present?
7    A. I don't know. I know it happened
8  while I was in there.
9    Q. Did it happen shortly after you were
10 in there, were you in there a couple of months,
11 how long before you started presenting with dry
12 itchy skin?
13   A. I'd say about three months or
14 something, something like that, I don't know.
15 I can't remember exactly.
16   Q. And I understand, just the best of
17 what your recollection is. Did you have any
18 irritation or swelling of your eyelids or your
19 lips?
20   A. It would get a little puffy, my eye.
21   Q. And that happened when you were in
22 the trailer?
23   A. Yes. And I don't know, I'd get like
24 a dry feeling, you know. Like I said, I would
25 get like a dry feeling. And then I would get

Page 36

9  (Pages 33 to 36)

1  like itchy.  And then I'd look at my arm and it
2  would be kind of a little scaly.  And when I'd
3  do like this, you know, dry.  You could see all
4  the little spots where it was.
5      Q.  And the irritation, swelling of your
6  eyelids or the puffiness that you just
7  described, how long were you in the trailer
8  before you presented with that?
9      A.  I would say around the same time I
10  was getting my sinus trouble.
11      Q.  So about five weeks?
12      A.  About the same time around up in that
13  time.
14      Q.  Is that about five weeks?  And it's
15  not an exact science, just your best
16  recollection.
17      A.  I'll say about five or six weeks,
18  something like that.
19      Q.  And I'm sorry, because I have to --
20  we have to be clear on it, so is your best
21  estimate that you started suffering the
22  irritation or swelling of your eyelids --
23      A.  Around the same time I started with
24  the sinus thing stopping up and that's when my
25  eyes started puffing and then I started feeling

Page 37

1  all this itchy stuff.
2      Q.  Okay.  And you indicated earlier that
3  your eyes or your sinus was about five weeks
4  after you moved in?
5      A.  Yeah.
6      Q.  So that would be about five weeks
7  after you started suffering the puffiness and
8  irritation of the eyelids?
9      A.  Yeah.   About five or six weeks,
10  something like that.
11      Q.  Did you ever suffer any headaches
12  that you associated with the trailer?
13      A.  Well, I'd get a little headache, my
14  head would hurt like right up in here
15  (indicating).
16      Q.  Were those different from headaches
17  that you had prior to moving in the trailer?
18      A.  I know they'd hurt me more than when
19  I would have a regular headache.
20      Q.  And when did you start having those
21  headaches?
22      A.  Around the same time.  Everything
23  started around the same time, around 5, 6,
24  6 1/2 weeks, around that time.
25      Q.  You also indicate that you suffered

Page 38

1  nausea, abdominal pain, diarrhea, did those
2  symptoms start occurring about five or six
3  weeks after you moved into the trailer?
4      A.  It was about I would say three
5  months.
6      Q.  About three months after you moved
7  in?
8      A.  Yeah.  That's when I started getting
9  all kind of problems.
10      Q.  If we turn to the next page of
11  Exhibit No. 2, Ms. Castanel, there are some
12  other complaints here that are marked at the
13  top of that page.  And you see it says
14  tightness of chest, throat irritation,
15  hoarseness, are those symptoms that you also
16  suffered within five or six weeks after you
17  moved into the trailer?
18      A.  I wasn't looking at the time, I just
19  know I got them, you know, I had those problems
20  after, but I didn't know exactly what, if it
21  was like two weeks, three weeks, I didn't
22  notice all of that, I just know I had them.
23      Q.  And I guess what I'm just trying to
24  do is put the best estimate date that you think
25  it was, was it one month, two months, three

Page 39

1  months, four months after moving in?  I
2  understand it happened a while ago.
3      A.  I don't know exactly when.
4      Q.  And I understand that.  What's your
5  best estimate of when you started suffering
6  tightness of the chest, throat irritation and
7  hoarseness?
8      A.  It was I'd say around the fourth
9  month or something like that, third month,
10  fourth month.
11      Q.  Three or four months?
12      A.  Yeah.
13      Q.  And you also checked that you had an
14  upper respiratory tract infection.  Did you
15  have an upper respiratory tract infection that
16  you thought was caused by the trailer?
17      A.  I don't know.  I had a throat thing
18  and I went to my doctor and he gave me -- put
19  me in front of the heat lamp and looked at my
20  throat, put some medicine in my throat, he
21  packed my nose, he put me in front of the heat
22  lamp, he gave me a shot.
23      Q.  So when you marked upper respiratory
24  tract infection, you were talking about that
25  treatment that the doctor provided?

Page 40

10  (Pages 37 to 40)

1   A. Yeah, up in my throat.
2   Q. Now, did you have allergies before
3   you moved into the trailer?
4   A. Well, I ain't never had nothing like
5   I had when I got in the trailer, you know, I
6   mean, I get a little headache.
7   Q. And I understand that. And the
8   reason I ask you is because it says the
9   worsening of allergies that you had previously.
10  Did you have allergies beforehand?
11  A. Before, I might have a little stopped
12  up nose, but nothing compared to after I got in
13  that trailer what I was having.
14  Q. Once you got in that trailer --
15  A. It was like everything got worse.
16  Q. And that started happening about five
17  or six weeks after you moved into the trailer?
18  A. Yes.
19  Q. And this is separate and apart from
20  that, were you ever treated or diagnosed with
21  allergies before you moved into the trailer?
22  A. I had a little, I guess a little
23  light sinus trouble but nothing like I had when
24  I got in there. After I was in there, that's
25  when I started really having it bad, I couldn't

Page 41

1   breathe.
2   Q. When you moved into the trailer, was
3   there any odor or anything like that? Was
4   there any smell or anything that you noticed?
5   A. I'm not gonna lie, I didn't really
6   pay attention, you know. It had something
7   going on in there to cause me to be having this
8   but, I mean, you know, I never gave it a
9   thought.
10  Q. And I understand that. And it's a
11  while ago, I understand that.
12  A. Yeah.
13  Q. The question is, did you notice any
14  odors or was there any special smell that was
15  different from things that you'd smelled
16  before?
17  A. I can't say.
18  Q. Let me approach it a different way.
19  If you burn something in your house most people
20  open up their windows; is that right, is that
21  reasonable?
22  A. Yeah.
23  Q. And you do that to get rid of that
24  burnt smell; right?
25  A. Yeah.

Page 42

1   Q. At any point when you were living in
2   the trailer, was there any odor or anything in
3   there that caused you to want to open up the
4   windows, open up the doors --
5   A. Well, I would open the window and I
6   opened the door in there when it would get warm
7   and then, you know, it would get -- I don't
8   know, I just would open them up. I don't know.
9   Q. Whenever it got warm inside, would
10  you generally open up the windows?
11  A. Well, when the air condition was
12  working, I wouldn't bother with opening it up.
13  But when the air condition started acting up,
14  sometimes it would be a couple of days before
15  they'd come and check it and I'd have to open
16  the windows too.
17  Q. Got you. Did you have a fan or
18  anything that you would use inside the trailer?
19  A. No.
20  Q. Did the trailer also have ceiling
21  vents that you could open up?
22  A. They only had that one little vent in
23  the center, it was an air conditioner.
24  Q. Okay.
25  A. That's all they had up in there.

Page 43

1   Q. Was there a ceiling vent in the
2   bathroom that would open up?
3   A. No. They ain't had no vent in the
4   bathroom, only that one thing where they had
5   that air conditioner.
6   Q. The door that you had, was there a
7   screen door so you could open the door and
8   leave the door open?
9   A. Yeah, they had a screen door. And
10  one time something got loose with that, I had
11  to call them up to come and fix that. I can't
12  tell you exactly what date it was or when it
13  was, you know, but I had to call them to come
14  and check that.
15  Q. Now, if we turn to the form, Exhibit
16  No. 2, page No. 4 if you go down to point No. 5
17  there, do you see that, it says: When do you
18  claim this injury or disease first occurred?
19  And it's written in there 3/2006 or what I
20  believe would be March 2006; is that correct?
21  A. I'd imagine.
22  Q. Is that when you first believe you
23  started experiencing problems in the trailer?
24  A. Around the third and fourth month,
25  something like up in there, that's when I

Page 44

11 (Pages 41 to 44)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Earline Castanel

1  started having this bad sinus condition and all
2  this.
3      Q.  And just to make it accurate, you
4  have March 2006, it may have been April 2006,
5  it could have been a little bit earlier or a
6  little bit later.
7      A.  It could have been.
8      Q.  This is just your best estimate.
9      A.  That's it.
10     Q.  Now, before that -- now, you said you
11 had some problems with your air conditioning
12 and also some problems with the screen door,
13 when you had those problems, did you contact
14 the maintenance persons?
15     A.  I call up and they send a guy out
16 there.  But sometimes I'd have to wait like
17 maybe three days before they'd come out and fix
18 it.  It was leaking -- had water dripping from
19 it down in there.
20     Q.  When you called up, did they
21 eventually come out to fix it though?
22     A.  They came out and fix it but it
23 wasn't that same day.  It would be like two or
24 three days, sometimes four days before they
25 come, and that happened about three times.

Page 45

1      Q.  And each time that it happened, did
2  they send someone out to fix it within two or
3  three days?
4      A.  Yeah, they sent someone out.
5      Q.  Besides the air conditioning, I think
6  you said you complained because the screen door
7  broke or there was some problem with the screen
8  door.
9      A.  Yeah, with the door.
10     Q.  And did they send someone out to fix
11 that?
12     A.  Yeah.
13     Q.  Again, within two or three days?
14     A.  That must have been about I'd say
15 five days before they came out for that.
16     Q.  Okay.  So within about five days they
17 sent someone out to repair the screen door.
18     A.  Yeah.
19     Q.  Other than complaining about your air
20 conditioning those times and the screen door,
21 were there any other complaints that you had
22 about the travel trailer?
23     A.  I don't know, that's about it, I
24 think.
25     Q.  Are those all the complaints that you

Page 46

1  can recall at this time?
2      A.  At this time right now that's about
3  all I can recall.
4      Q.  Did you ever contact FEMA and say
5  hey, this trailer is causing me problems with
6  my sinuses or I'm having problems, I think it's
7  not good for my health?
8      A.  No, I didn't know what to do then.
9      Q.  Okay.  And I'm just asking you.  But
10 did you ever call up FEMA and say hey, I have
11 these problems?
12     A.  I'd just call up when something went
13 wrong, that's when I'd call.
14     Q.  Is it fair to say that you never
15 called FEMA and said, this trailer is causing
16 me health problems?
17     A.  No.  I don't remember calling them
18 for that.
19     Q.  Did you ever call FEMA and say hey,
20 there's bad odors in this unit, you need to do
21 something about this?
22     A.  I'm trying to think.  So much done
23 happened since then I can't remember right now.
24     Q.  Do you ever recall other than asking
25 FEMA for the trailer and calling them up and

Page 47

1  asking them to pick up the trailer, do you ever
2  recall calling FEMA up and asking them anything
3  about the trailer?
4      A.  I can't remember.
5      Q.  I'm sorry?
6      A.  I can't remember right now.
7      Q.  To the best of your recollection, did
8  you ever call up FEMA with any complaints about
9  the trailer?
10     A.  Other than what I told you about the
11 air conditioning and the door.
12     Q.  Other than the air conditioning and
13 the door, anything else that you can recall?
14     A.  I can't recall right now.  I'm trying
15 to think.  There was something else I called
16 for, but I can't think what it was for.  It was
17 something else happened in there.  I don't know
18 if it was -- it was something with some line
19 around there they had to come check on almost
20 by the door in that corner, but I can't think
21 about what it was, if it was something about
22 that heater, whatever they had going around
23 there, I called for something for that.  But I
24 can't exactly remember exactly what it was.
25     Q.  Did someone come out and fix that

Page 48

12  (Pages 45 to 48)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Earline Castanel

```
1    property damage did you suffer?
2        A.  Well, my home.
3        Q.  I understand from the flood your home
4    got damaged.
5        A.  Yeah.
6        Q.  But when you were living in the
7    trailer --
8        A.  Oh, yeah.
9        Q.  -- did you have any property damage
10   because of the trailer?
11       A.  I don't know nothing about that.
12       Q.  And that's what I want to get at.
13   Did the trailer cause any damage to your
14   property?
15       A.  Well, I told you where I was staying.
16       Q.  I understand that.  My point is, did
17   something you own, clothing, furniture that was
18   in the trailer, was that damaged because of the
19   trailer and the formaldehyde in the trailer?
20       A.  I'm trying to think.  I don't know.
21   The only thing I could say like a couple of
22   times like my little spread and stuff was kind
23   of close to the -- that bed part was close to
24   the back part where they had that whatever you
25   call it, the heat or -- that's all I know.
                                        Page 61
```

```
1        Q.  And all I want to know if there's
2    anything of your property that you think was
3    damaged by formaldehyde, which is the chemical
4    at issue?
5        A.  Well, I don't know.  Some of the
6    things I had like my clothes that I had in that
7    little closet, you know, they wasn't looking
8    too hot, they wasn't smelling too hot, that's
9    all I know.
10       Q.  Did you throw the clothes out or did
11   you keep them?
12       A.  Well, I didn't keep that, not them
13   things that was smelling, I didn't keep that.
14   I throwed (sic) that out, that.
15       Q.  What did you throw out?
16       A.  A couple of outfits I had.  I didn't
17   have too much.
18       Q.  And that's because of the odors or
19   whatnot in the trailer?
20       A.  This was in that closet where I had
21   the clothes hanging.
22       Q.  What was the odor that was in the
23   closet?
24       A.  It smelled rancid or something.
25       Q.  Did you ever complain about that to
                                        Page 62
```

```
1    FEMA or to the maintenance contractor?
2        A.  No.
3        Q.  I'm sorry?
4        A.  No.  I just figured it was just a
5    closet, you know, like you have something a
6    while in the closest and you take them out how
7    they smell.
8        Q.  Now, you're also claiming $100,000
9    for the injuries, the sinuses, the problems
10   with your skin, feeling bad in the trailer.  Is
11   that the amount that you are seeking there?
12   Actually, did you have any discussions with
13   anybody regarding --
14       A.  I just went to my lawyer and I just
15   talked to him.
16       Q.  Don't tell me what you said with your
17   lawyer, but is it fair to say that you were
18   relying upon your lawyer's advice for that?
19       A.  Right.
20       Q.  And you hired your lawyers to take
21   care of that for you.
22       A.  Right.
23       Q.  I think I'm almost about done here.
24   Why don't we take about a three or four or five
25   minute break, if that's okay, I'll go over my
                                        Page 63
```

```
1    notes then I'll finish up my questions.  This
2    gentleman here and Ms. Whitfield might have
3    some questions after that.  Okay.
4        A.  Okay.
5        MR. MILLER:
6            Thank you, ma'am.
7            (Whereupon, a short break was taken.)
8        MR. MILLER:
9            Let's go back on the record.
10   BY MR. MILLER:
11       Q.  You have in front of you a document
12   which is marked Exhibit No. 6, it's Bates
13   stamped FEMA 159-000009 through 012.  The first
14   page is a document that is titled U.S.
15   Department of Homeland Security, Federal
16   Emergency Management Agency, Emergency Shelter
17   Agreement to Rules of Occupancy, and in the
18   middle of the page it has the name Earline
19   Castanel and I believe your signature; is that
20   correct?
21       A.  Uh-huh (affirmative response).
22       Q.  And have you to say "yes" or "no."
23       A.  Yes.
24       Q.  And it also appears to be dated
25   3/11/06, or March 11th, 2006; is that right?
                                        Page 64
```

1    A. Yes.
2    Q. And is that also your handwriting?
3    A. Yes.
4    Q. And so is it fair to say that you
5    would have signed this document on or about
6    March 11th, 2006?
7    A. Yes.
8    Q. It has a name Edwin Ganier a little
9    bit below your name. Do you see that?
10   A. Uh-huh (affirmative response).
11   Q. Who is Mr. Ganier?
12   A. Just a friend of mine.
13   Q. And was the trailer that you occupied
14   installed on his property?
15   A. His mother's property.
16   Q. And what was the address where your
17   trailer was installed?
18   A. It's 2261 but that was a lot, so I
19   don't know if it go with the address or the
20   house.
21   Q. What was the address that you thought
22   that the trailer was installed on?
23   A. 2250 something, I don't know.
24   Q. If you look on this document there at
25   the top of the page there, it says location,

Page 65

1    very top it says location 22 --
2    A. 2261.
3    Q. Right. And what was the street?
4    A. Urquhart.
5    Q. How do you spell that?
6    A. I don't know how you spell that.
7    It's all screwed up here. I didn't write that,
8    that's not my handwriting.
9    Q. Is it U-R-Q-U-H-A-R-T?
10   A. Yeah, Urquhart.
11   Q. Urquhart Street?
12   A. It's right there on this page here,
13   it's printed.
14   Q. And you're talking about the third
15   page of Exhibit No. 6 which is Bates stamped
16   FEMA 159-000011; is that correct? At the
17   bottom of the page, I'm referring to that.
18   MS. GILBREATH:
19       For the record, I think she was
20   actually referring to the second page.
21   MR. MILLER:
22       Okay, that's fine.
23   THE WITNESS:
24       I was telling him about the name of
25   the street.

Page 66

1    MS. GILBREATH:
2       Right. On the second page of the
3    document.
4    THE WITNESS:
5       Yeah, it's written right here.
6    BY MR. MILLER:
7    Q. So the address where the trailer was
8    installed was 2261 Urquhart, and it's spelled
9    U-R-Q-U-H-A-R-T; is that right?
10   A. Right.
11   Q. And the trailer was on that location
12   the entire time you occupied it.
13   A. Right.
14   Q. And the land that the trailer was on
15   was owned by Mr. Ganier or his family?
16   A. I know his mother. I don't know who
17   it's owned by.
18   Q. Okay. But he's the one who gave you
19   permission to put the trailer there.
20   A. The mother.
21   Q. His mother gave you permission.
22   A. Yeah.
23   Q. Now, this document is signed March
24   11th, 2006. You indicated on your fact sheet,
25   Exhibit No. 2, that your best estimate of the

Page 67

1    date that you moved in was February 2006 that
2    you moved into the trailer. Do you think that
3    it may, in fact, be the date you moved into the
4    trailer may have been March 11th, 2006, when
5    you signed this agreement?
6    A. I don't know if it was March 6th or
7    March the 11th.
8    Q. And that's what I'm getting to. When
9    you moved into the trailer, did you have to
10   sign some papers?
11   A. I think, but I don't know if it was
12   before I went in the trailer or after. I can't
13   remember.
14   Q. Okay.
15   A. All I remember is --
16   Q. What do you remember?
17   A. That Mr. Harry, the one that gave me
18   the key, that's all I remember. And I don't
19   know what day that was.
20   Q. So your best recollection as you sit
21   here stays the same, you moved in, best
22   estimate was February of 2006?
23   A. Yeah.
24   Q. Just to make it very clear, within
25   five to six weeks of moving in you started

Page 68

17 (Pages 65 to 68)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Earline Castanel

1  suffering these symptoms, sinus problems,
2  itching, dry itching skin, generally not
3  feeling good; is that right?
4      A.  Yes.
5      Q.  Prior to moving into the trailer you
6  weren't experiencing those symptoms or those
7  problems?
8      A.  No.
9      Q.  You didn't have those problems
10 before?
11     A.  No.  I had a -- I used to have my
12 nose stop up a little bit but nothing like I
13 had it in there.
14     Q.  It was different and it was much
15 worse.
16     A.  Yes, it was much worse.
17     Q.  It was different than what you'd
18 experienced before and it was worse than you
19 experienced before?
20     A.  Yes.
21     Q.  And that happened within five or six
22 weeks of moving in the trailer.
23     A.  Yes.
24     Q.  And you had discussions with your
25 neighbor and your daughter about these
                                    Page 69

1  problems?
2      A.  Yes.
3      Q.  And I think you also indicated that
4  you mentioned it to your doctor; is that right?
5      A.  Yes.
6      Q.  And did these problems go away after
7  you moved back into your house?
8      A.  I might have a -- well, I'll say yes,
9  because I don't have that anymore.
10     Q.  So these were problems that you had
11 because you attributed because of the trailer?
12     A.  Yeah.
13     Q.  And at no time did you complain to
14 FEMA or the maintenance contractor about these
15 problems?
16     A.  No.  I mean, when the guy came and
17 fixed that I told him I wasn't feeling good,
18 but I don't know who he was or nothing.  You
19 know, when they come in and say, good evening,
20 how you doing, I'd just say, well, I'm not
21 doing too well, that's all.
22     Q.  But you never called up FEMA and said
23 hey, I need for you to replace this trailer or
24 put me someplace else?
25     A.  No.
                                    Page 70

1      Q.  And the complaints that you called up
2  about were the air conditioning several times,
3  the screen door that needed to be repaired, and
4  some wire thing that was running around that
5  had to be repaired; and in each of those
6  occasions within 2, 3, 4, 5, 6 or 7 days
7  someone came out and fixed it; is that correct?
8      A.  Yeah.
9      Q.  And when you were in this trailer, if
10 the air conditioning wasn't working and it was
11 warm you would open the windows.
12     A.  Yeah.
13     Q.  And if it was warm out and the air
14 conditioner was working you'd run the air
15 conditioning?
16     A.  Yes.
17     Q.  And during the time in there, as you
18 sit here today, you don't recall any strange
19 odors or anything like that?
20     A.  No.  Just when I'd -- like I say,
21 when I took my clothes out that's what -- I
22 smelled my clothes, they had a funny odor,
23 that's all I know.
24     Q.  Those were just from the clothes that
25 were in the closet; right?
                                    Page 71

1      A.  That were in the closet.
2      Q.  Okay.  When you were in the trailer
3  yourself, you don't recall any strange odors or
4  any bad odors or anything like that?
5      A.  I don't know.  I can't say right now.
6      Q.  You don't recall one way or the
7  other?
8      A.  No.
9      Q.  And so as we sit here today, you
10 don't remember whether or not there was any bad
11 odor in the unit?
12     A.  No.
13     Q.  Any odor that would be a chemical
14 type smell?
15     A.  I don't know.
16     Q.  Did you ever, when you were in the
17 trailer, have an odor that you thought smelled
18 like chemicals or a bad chemical type smell?
19     A.  Well, like a car pass or something
20 I'd say -- you know, sometime and they -- I
21 don't know what you would call it, a muffler or
22 whatever, well, once in a while I smell that
23 and I don't know if it was coming from a car or
24 not, I can't say.  Because I'd have the door
25 open and the screen closed, you know, when it's
                                    Page 72

                    18  (Pages 69 to 72)

PROFESSIONAL SHORTHAND REPORTERS, INC   (800) 536-5255
New Orleans * Baton Rouge * Shreveport                    (504) 529-5255