AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Thomas Ellis | ) |
| _Plaintiff_ | ) ) |
| v. | ) Civil Action No. 09-5230  Sect. N  Mag 5 |
| Forest River, Inc., et al | ) ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Forest River, Inc.
Through its Agent for Service of Process
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Nov 20 2009__   B. Gregory
Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 71791000164500128864 | A. Signature X *Elle Hart* ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) *Elle Hart*   C. Date of Delivery 12/3/09 |
| 1. Article Addressed to: Forest River Through its Agent for Service of Process J. Richard Ransel 228 W. High St. Elkhart, IN 46516 | D. Is delivery address different from item 1? ☐ Yes  If YES enter delivery address below: ☐ No |
| | 3. Service Type  ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| Code: Thomas Ellis Code2: JIW File: 07-5980 | |

PS Form 3811                  Domestic Return Receipt

UNITED STATES POSTAL SERVICE

03 DEC 2009 PM 2

First-Class Mail
Postage & Fees Paid
USPS
PermitNo.G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163

300 C019