AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

#### Eastern District of Louisiana

| | |
|---|---|
| Thomas Ellis | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. 09-5230 Sect. N Mag 5 |
| | ) |
| Forest River, Inc., et al | ) |
| _____ | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Federal Emergency Management Agency
Through Craig Fugate, Director
500 C. Street S.W.
Washington, DC  20472

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. _____
Deputy clerk's signature

Date: ___Nov 20 2009___

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

71791000164500128840

**A. Signature**

X ☐ Agent ☐ Addressee

**B. Received by** (Printed Name)   **C. Date of Delivery**

DEC 07 2009

**D. Is delivery address different from item 1?** ☐ Yes
If YES enter delivery address below: ☐ No

**1. Article Addressed to:**

**Federal Emergency Management Agency (FEMA)**
**Through Office of the Director**
**Craig Fugate, Director**
**500 C Street**
**Washington, DC 20472**

Code: Thomas Ellis
Code2: JIW
File: 07-5980

**3. Service Type**   ☒ Certified

**4. Restricted Delivery?** (Extra Fee)   ☐ Yes

PS Form 3811                Domestic Return Receipt



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**Justin I. Woods**
**Gainsburgh, Benjamin, David,**
**Meunier & Warshauer, LLC**
**2800 Energy Centre, 1100 Poydras St**
**New Orleans, LA 70163**