AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Thomas Ellis )
_____ )
Plaintiff )
v. ) Civil Action No. 09-5230 Sect. N Mag 5
)
Forest River, Inc., et al )
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States of America, through
Eric Holder, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Nov 20 2009

Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DEL... |
|---|---|
| 71791000164500128833 | A. Signature  X  i |
| | B. Received by (Printed Name)   C. Dat<br>12-7-09 |

Article Addressed to:

**United States of America**
**Through Eric Holder, U.S. Attorney General**
**U.S. Dept. of Justice**
**950 Pennysivania Ave. NW**
**Washington, DC 20530-0001**

D. Is delivery address different from item 1? ☐
If YES enter delivery address below: ☐

3. Service Type   ☒ Certi

4. Restricted Delivery? (Extra Fee)

Code: Thomas Ellis
Code2: JIW
File: 07-5980

PS Form 3811   Domestic Return Receipt



UNITED STATES POSTAL SERVICE

First-Cla·
Postage
USPS
Permit N

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163