UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

MDL NO. 07-1873

SECTION N-5
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Defendant United States of America's Unopposed Motion to Extend the Deadline to Respond to the Third and Fourth Supplemental and Amended Administrative Master Complaints (Doc. Rec. 4486 and Doc. Rec. 7688),

**IT IS HEREBY ORDERED** that the Motion is granted. The deadline for the United States to respond is hereby extended to February 22, 2010.

**DONE AND SIGNED** this __15th__ day of __January__, 2010.

_____
HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA