UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                             SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member case no. 09-2977

## ORDER

**IT IS ORDERED** that **Defendants' Joint Motion for Expedited hearing on the Motion to Strike the Addendum to the Expert Reports of Dr. Lawrence Miller (Rec. Doc. 10322)** is **DENIED**.  Thus, Defendants' Joint Motion to Strike the Addendum to the Expert Reports of Dr. Lawrence Miller (Rec. Doc. 10321) shall be set for hearing without oral argument on Wednesday, February 10, 2010.

     New Orleans, Louisiana, this 19th day of January, 2010.

                                                **KURT D. ENGELHARDT**
                                                **UNITED STATES DISTRICT JUDGE**