UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
    FORMALDEHYDE PRODUCTS  
    LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 56

On January 15, 2010, the Court held a status conference in chambers with liaison counsel, steering committee members, and counsel for the Government. The following individuals were in attendance: Jerry Meunier, Justin Woods, Andy Weinstock, Joe Glass, Matt Moreland, Ernie Gieger, Frank D'Amico, Jr., Jerry Saporito, Jim Percy, Stewart Tharp, Linda Nelson, Adam Dinnell, Tim Scandurro, Tom Thagard, Robert Becnel, Henry Miller, Richard Sherburne, Mikal Watts, Dave Kurtz, Karen Whitfield, Gerry Barrios, Dennis Reich, A.J. Krouse, and Glenn Adams. Following that conference, the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1) The parties in the Forest River bellwether trial shall file all motions in limine, including all motions directed towards expert testimony <u>**on or before Tuesday, February 9, 2010.**</u> Any oppositions to these motions should be filed <u>**on or before Friday, February 19, 2010.**</u> Leave to file replies to these motions is hereby granted and need not be requested. Any such replies shall be filed <u>**on or before Monday, February 22, 2010.**</u>

(2) Regarding the Forest River bellwether trial, if deposition testimony is to be submitted in lieu of live testimony, *trial counsel* are to confer regarding the portions of the deposition transcript that are irrelevant. Those portions are to be redacted from the single transcript to be used at trial. Short memoranda identifying (by page and line numbers) and supporting any objections to the deposition testimony must be electronically filed or delivered to chambers no later than **Wednesday, March 3, 2010**, with oppositions thereto to be electronically filed or delivered to chambers at the same time. The Court will need a copy of the redacted, condensed deposition transcript(s) to be able to rule upon any objection(s).

(3) **Watts/Hilliard's Motion for Extension of Time to Match Plantiffs Pursuant to Pretrial; Order Nos. 40 and 49 (Rec. Doc. 9446)**; The **Opposed Motion for Extension of Time (Rec. Doc. 9606)**; and the **Opposed Motion for Extension of Time (Rec. Doc. 10205)** are all **GRANTED** to the extent that the movants are granted additional extensions of 60 days to file amended complaints matching the unmatched plaintiffs, without prejudice to their right to request a further 60 day extension.

(4) <u>**On Friday, March 5, 2010 at 8:30 a.m.**</u>, the Court will hold a status

conference in chambers with liaison counsel, committee members, and counsel for FEMA.

(5) A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, March 5, 2010 at 10:00 a.m.**

New Orleans, Louisiana, this 19th day of January, 2010.

                                                                KURT D. ENGELHARDT
                                                                UNITED STATES DISTRICT JUDGE

3