PTO Received: ______

Trial Set: ______

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.: ______

______
PLAINTIFF(S)

VERSUS

Magistrate: ______

______
DEFENDANT(S)

FEMA MDL

************************************************************

CONFERENCE: ____ PRE-TRIAL ✓ STATUS ____ SETTLEMENT

DATE: 1-15-10 TIME: 10:00 am

PLEASE PRINT PLEASE PRINT

| NAME | FIRM | REPRESENT |
| --- | --- | --- |
| Tara Gilbreath Todd | Gainsburgh Benjamin | π |
| Dewey Scandurro | Scandurro & Layrisson | Gulf Stream |
| [illegible] | SE Homes | SE Homes |
| Tom Buck | Blue Williams | Hy-Line |
| Daniel E. Becnel, Jr | Becnel | π's |
| | | |
| | | |
| | | |
| | | |
| | | |

PTO Received: ______

Trial Set: ______
Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

______
PLAINTIFF(S)

VERSUS

Magistrate: ______

______
DEFENDANT(S) FEMA MDL

CONFERENCE: ____ PRE-TRIAL ✓ STATUS ____ SETTLEMENT

DATE: 1-15-10 TIME: 10:00 am

PLEASE PRINT PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Jack Benjamin Jr | Kraft Gatz Lane Benjamin | Silver Creek / Adrian Homes |
| Jacqueline Edmundson | Hurricane Legal Centre | |
| Benjamin Geary | Hurricane Legal Center | |
| Shirolyn Miles | Hurricane Legal | |
| Stephanie Skinner | Fowler Rodriguez | mfg def's |
| Stewart Tharp | Taylor Porter | Coachmen |
| Justin Woods | GAINSBURGH | PSC |
| Larry Feldman | McGlinchey | Skyline |
| Glenn Adams | Porteous | 82 |
| Peter Bartell | Law offices of Douglas Schmidt | Plaintiffs |

PTD Received: ____________

Trial Set: ____________
Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.: ____________

____________
PLAINTIFF(S)

VERSUS

Magistrate: ____________

____________
DEFENDANT(S)

FemA MDL

**************************************************

CONFERENCE: ____ PRE-TRIAL ✓ STATUS ____ SETTLEMENT

DATE: 1-15-10 TIME: 10:08 AM

PLEASE PRINT PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Eric B Berger | Lobman, Carnahan | Crum & Forster Specialty Ins. Co. |
| Theresa Anderson | Musgrave McLachlan & Penn | Athens Park Homes |
| Tom Cougill | W, F & C | Jayco & Starcraft |
| DAVID KELLY | BS&W | IBS |
| CHARLES LECHE | American International Group, Inc., et al. | DEUTSCH, KERRIGAN |
| BRENT MAGGIO | Allen & Gooch | HEARTLAND |
| Carl Giffin | BERNARD CASSISA | Superior Homes |
| Anne Briard | Liberty Mutual Insurance Corp | |
| GREGORY A. KOURY | LABORDE & NEUNER | HORTON HOMES |
| J.A. Stewart Jr. | Hulse & Wanek | Jacquet |

PTO Received: ____________

Trial Set: ____________

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

____________ PLAINTIFF(S)

versus

____________ DEFENDANT(S) Fema MDL

****************************************************

CONFERENCE: ____ PRE-TRIAL ✓ STATUS ____ SETTLEMENT

DATE: 1-15-10 TIME: 10:00 AM

**PLEASE PRINT PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Lamont P. Domingue | Voorhies & Labbe | Cavalier Home Builders, et al |
| Josh Keller | Deutsch, Kerrigan & Stiles | Lexington, Destiny, Townhomes |
| Quincy Crochet | McCranie Sistrunk | |
| Lawrence Centola Jr. | Hurricane Legal Center | plaintiffs |
| John park | Hurricane Legal Ctr. | Adams |
| Aaron Ahlquist | Frank D'Amico | PSC/TTs |
| Lauren Brisbi | Hailey McNamara | Turner/Tilley |
| Robert Sheesley | McGlinchey Stafford | Skyline/Layton |
| Cynthia Wallace | PSC | Wallace |
| Clay Garside | Waltzer & Assoc | TT |