UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                         MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                      SECTION "N"  (5)

THIS DOCUMENT RELATES TO
member Case No. 09-2977

## PRETRIAL ORDER NO. 57

**On or before Wednesday, February 17, 2010**, the parties participating in the Forest River bellwether trial shall confer and submit to the Court a jointly-agreed upon trial plan, which shall specifically set forth allotted time limits regarding witness questioning, etc. that will allow for completion of this bellwether trial within 10 work days.

    New Orleans, Louisiana, this 19th day of January 2010.

                                                      **KURT D. ENGELHARDT**
                                                      **UNITED STATES DISTRICT JUDGE**