AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| ALVIN MAGEE, SR., ET AL. ) | |
| *Plaintiff* ) | Civil Action No. 09-4980 |
| v. ) | |
| VANGUARD INDUSTRIES OF MICHIGAN, ET AL. ) | SECT. N MAG 5 |
| *Defendant* ) | |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States of America, Department of Justice
Through the United States Attorney General
Honorable Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 20 [60] days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
CLERK OF COURT

*B. Gregory*
Signature of Clerk or Deputy Clerk

Date:
Aug 12 2009

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
   _____, a person of suitable age and discretion who resides there,
   on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
   designated by law to accept service of process on behalf of *(name of organization)* _____
   on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| 71791000164500129991 | A. Signature<br>X  | ☐ Agent<br>☐ Addressee | |
| | B. Received by (Printed Name) | C. Date of Delivery | |
| 1. Article Addressed to:<br><br>United States of America<br>Through Eric Holder, U.S. Attorney General<br>U.S. Dept. of Justice<br>950 Pennyslvania Ave. NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES enter delivery address below:   ☐ No | | |
| | 3. Service Type | ☒ Certified | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes | |
| Code: ALVIN MAGEE, SR.<br>Code2: JIW<br>File: 07-5980 | | | |

PS Form 3811    Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163