# NICAUD & SUNSERI, L.L.C.
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002

Albert J. Nicaud*
J. Douglas Sunseri*
Svetlana "Lana" Crouch
Timothy P. Farrelly
Kristin J. Milano
Edward C. Vocke, IV.
Peter J. Perez, Jr.
(*A Professional Law Corporation)

Telephone (504) 837-1304
Facsimile (504) 833-2843
*kmilano@nsflaw.com*

November 30, 2009

CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

RE: Keith Hillard, Sr. v Gulf Stream Coach, Inc., U.S. of Am through FEMA, and Shaw Environmental, Inc.

Dear Sir or Madam:

Enclosed herewith please find Summons and complaint for Damages in the above captioned matter which is being served on Defendant, Shaw Environmental, Inc., through your office as agent for service of process. We respectfully request you sign the enclosed Notice of a Lawsuit and Request to Waive Service of a Summons and return same to our office. A self-addressed stamped envelope is enclosed for your convenience.

If you have any questions, please do not hesitate to contact our office.

Sincerely,

J. DOUGLAS SUNSERI

JDS/mht
Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X   CT Corporation System   ☐ Agent<br>     5615 Corporate Blvd.   ☐ Addressee<br>B. Received by (Printed Name)   Suite 400B   C. Date of Delivery<br>     Baton Rouge, LA 70808 |
| 1. Article Addressed to:<br>CT Corporation System<br>5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge LA<br>70808 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 3230 0000 9842 7728 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
|---|---|---|
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

7008 3230 0000 9842 7728

Sent To: CT Corp Systems
Street, Apt. No.; or PO Box No. 5615 Corporate 400B
City, State, ZIP+4 BR LA 70808

PS Form 3800, August 2006    See Reverse for Instructions

AO 398 (03/08) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Keith Hillard, Sr. <br> Plaintiff <br> v. <br> Gulf Stream, Inc., U.S. of Am through FEMA, <br> AND Shaw Environmental, Inc. <br> Defendant | Civil Action No.   09-4848 "N" (5) |

## Notice of a Lawsuit and Request to Waive Service of a Summons

To: Shaw Environmental, Inc., Through its Agent for Service of Process, CT Corporation System, 5615 Corporate Blvd; #400B; Baton Rouge, LA 70808

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __60__ days *(give at least 30 days or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent.  Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date  November 30, 2009

Signature of the attorney or unrepresented party

J. Douglas Sunseri
Printed name

3000 18th Street, Metairie, LA 70002 (504) 837-1304
Address

jdsunseri@nslawla.com
E-mail address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Louisiana

| | | |
|---|---|---|
| Keith Hillard, Sr. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 09-4847 |
| GulfStream Coach, Inc., U.S. of Am through FEMA; | ) | Sect.N   Mag 5 |
| and Shaw Environmental, Inc. | ) | |
| Defendant | | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Shaw Environmental, Inc., Through its Agent for
Service of Process: CT Corporation System, 5615
Corporate Blvd., # 400B, Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J. DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*