```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: ___January 20, 2010___

___REGINA MCCOY ON BEHALF OF A.M.___

vs.

___AMERICAN INTERNATIONAL GROUP___, et al.

Case No. _09-8319_  Section _N_ MAG 5

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) ___Gibraltar Insurance Co., LTD___
   (address) _40 Church St, Hamilton, HM 11-Bermuda_
2. (name) ___Fluor Enterprises, Inc.___
   (address) _320 Somerulos St., Baton Rouge, LA 70802_
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

___//Lawrence J. Centola, Jr.___
"Signature"

Attorney for  _Hurricane Legal_ Center, LLC

Address  _600 Poydras St. #602_

I certify that all parties have been matched.

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| REGINA MCCOY ON BEHALF OF A.M. | ) | | |
|---|---|---|---|
| Plaintiff | ) | | |
| v. | ) | Civil Action No. | 2:09-cv-8319 |
| AMERICAN INTERNATIONAL GROUP, ET AL. | ) | | |
| Defendant | ) | | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Fluor Enterprises, Inc.
Through its Agent for Service of Process
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| REGINA MCCOY ON BEHALF OF A.M. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:09-cv-8319 |
| AMERICAN INTERNATIONAL GROUP, et al. ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Gibraltar Insurance Co., Ltd.
Quest Management Solutions FB Perry Building
40 Church Street
Hamilton, HM 11 - Bermuda

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*