OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

        Date:  ___January 20, 2010_____

        __COURTNEY GREEN on behalf of A.G., et al.__

        vs.

        ___AMERICAN INTERNATIONAL GROUP,__ et al.

        Case No. _09-8355_ Section  N MAG 5

Dear Sir:

    Please **(issue)** (re-issue) summons on the **(complaint)** (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

    1. (name) ___Gibraltar Insurance Company, Ltd_____
       (address) _40 Church St, Hamilton, HM 11-Bermuda_____
    2. (name) _____
       (address) _____
    3. (name) _____
       (address) _____
    4. (name) _____
       (address) _____

        Very truly yours,

        ___//Lawrence J. Centola, Jr.___
        "Signature"

        Attorney for   _Hurricane Legal_ Center, LLC

        Address   _600 Poydras St. #602_

  I certify that all parties have been matched.

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| COURTNEY GREEN on behalf of A.G., et al. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.   2:09-cv-8355 |
| AMERICAN INTERNATIONAL GROUP, et al. ) | |
| Defendant ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Gibraltar Insurance Co., Ltd.
Quest Management Solutions FB Perry Building
40 Church Street
Hamilton, HM 11 - Bermuda

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*