• AO 399 (Rev 10/95)

SBLA 09-7524

# WAIVER OF SERVICE OF SUMMONS

TO   Ronnie G Penton
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,   Flour Enterprises, Inc.   , acknowledge receipt of your request
   (DEFENDANT NAME)

that I waive service of summons in the action of   Ralph Sprinkle, et v. Keystone RV, et al   ,
                                                  (CAPTION OF ACTION)

which is case number   09-0389-KD-N   in the United States District Court
                       (DOCKET NUMBER)

for the   Southern   District of   Alabama

   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after   August 18, 2009   ,
                                                                              (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States

_____1-6-09_____          _____Tanya Henkels Fields_____
     (DATE)                        (SIGNATURE)

                    Tanya Henkels Fields
                    Counsel for Fluor Enterprises, Inc.
                    Middleberg, Riddle & Gianna
                    717 N. Harwood, Suite 2400
           Duty to  Dallas, TX 75201
Rule 4 of the Federal Rules of Civil  (214) 220-6884 (telephone)                       the
summons and complaint   A defendant located  (214) 220-6807 (facsimile)                 :ated
in the United States to waive service of summons                                         iown
for its failure to sign and return the waiver

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property   A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court   If the answer or motion is not served within this time, a default judgment may be taken against that defendant   By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received