**SKIPPED TO 09-6144**

*Christopher H. Jackler, et al v. Pilgrim International, Inc., et al,* filed in Alabama Northern District and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 10, 2009, Docket No. 09-6144.

*Christopher H. Jackler, et al v. Cavalier Home Builders, LLC, et al,* filed in Alabama Northern District and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 10, 2009, Docket No. 09-6145.

*Brian J. Perera v. Coachmen Industries, Inc., et al,* filed in Alabama Northern District and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 10, 2009, Docket No. 09-6146.

*Mark G. Jackler, et al v. Gulf Stream Coach, Inc., et al,* filed in Alabama Northern District and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 10, 2009, Docket No. 09-6149.

*Joan P. Decourcy, et al v. Fleetwood Canada, Ltd, et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6148.

*Janika Bell, et al v. Gulf Stream Coach, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6149.

*Joan R. Kennair, et al v. Lexington Homes, et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6150.

*Angel M. Sentilles v. Monaco Coach Corporation, et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6151.

*Darren G. Geissler, et al v. River Birch Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6152.

*Richard J. Candebat v. Stewart Park Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6153.

*Cornelius D. Gould, Sr., et al v. Liberty Homes,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6153.

*Nola Bailey, et al v. Cavalier Home Builders, LLC, et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6154.

*Dionte Parkman v. Gulf Stream Coach, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6156.

*Larry Gilmore v. Jayco, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6157.

*William Barker v. American International Group, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6158.

*Bobby Polk v. TL Industries, Inc., et al.,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6159.

*Jasmin Powell-Clements v. Clayton Homes of Lafayette, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6160.

*Desi Day, et al v. Insureco Agency and Insurance Company, et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6161.

*Johnny Williams v. Forest River, Inc.,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6162.

*Patricia Mack v. Recreation by Design, LLC, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6163.

*Tracy Royal, et al v. Waverlee Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6164.

*Charlene Caronia v. Forest River, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6165.

*Robin Filmore v. Crum & Forster Specialty Insurance Company, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6166.

*Lunette Rendon, et al v. Stewart Park Homes, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6167.

*Ronald Morrison v. Skyline Corporation, et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6168.

*Lunette Rendon, et al v. Lakeside Park Homes, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6169.

*Patricia Clark v. Keystone RV Company, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6170.

*Lisa Stimage, et al v. Keystone RV Company, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6171.

*Betty Griffith v. Dutchmen Manufacturing, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6172.

*Barbara Anderson v. Forest River, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6173.

*Anthony Lopez v. Gulf Stream Coach, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6174.

*Sharon Stewart v. American International Group, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6175.

*Patricia Galmon v. Jayco Enterprises, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6176.

*Lynette Banks v. Vanguard Industries of Michigan, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6177.

*Annie Avants, et al v. Alliance Homes, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6178.

*Adrian K. Mayfield, et al v. Patriot Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6179.

*Charles Causey, et al v. Jayco Enterprises, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6180.

*Jessie James, et al v. Gulf Stream Coach, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6181.

*Mark Enclarde v. Patriot Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6182.

*Richard Bogen v. Gulf Stream Coach Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6183.

*Shontell Stevenson, et al v. Keystone Industries, Inc.,* et al, filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6184.

*Décor Bienemy, et al v. Horton Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6185.

*Deanna Alexander, et al v. Horton Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6186.

*Catherine Austin, et al v. Alliance Homes, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6187.

*Zachary Winfield, Jr. v. Coachmen Industries, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6188.

*Alice Blount v. Gulf Stream Coach, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6189.

*Alice Wilson, et al v. American International Group, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6190.

*Casey Campbell, et al v. Jayco Enterprises, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6191.

*Charisse Burton v. American International Specialty Lines Insurance Company, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6192.

*Christy Ball, et al v. Alliance Homes, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6193.

*Coretta Brown, et al, v. Keystone RV Company, et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6194.

*Daina Caston v. Gulf Stream Coach, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6195.

*Dalfrey Alexander, et al v. Alliance Homes, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6196.

*Glory Campbell, et al v. Gulf Stream Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6197.

*Jo Ann Hernandez, et al v. Alliance Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6198.

*James Milligan v. Liberty Insurance Corporation, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6199.

*Jane Rapp v. Stewart Park Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6200.

*Jocelyn Jagers v. Cavalier Home Builders, LLC, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6201.

*Kiren Benjamin, et al v. Alliance Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6202.

*Sherri Dempre v. KZRV, LP, et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6203.

*Michelle Wilson v. Vanguard Industries of Michigan, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6204.

*Nettie Ceaser v. American International Group, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6205.

*Wendell Matthews v. Gulf Stream Coach, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6206.

*Diane Lynn Breuniger v. Lexington Homes, Inc., et al,* filed in Louisiana Western District and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 21, 2009, Docket No. 09-6207.

*Van Lee Parker v. Cavalier Home Builders, LLC, et al,* filed on September 18, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6208.

*Brenda M. Price v. Insureco Avency and Insurance Services, et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6209.

*Dinah W. Henderson v. American International Group, Inc., et al*, filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6210.

*Carol W. Blappert, et al v. Layton Homes Corporation, et al,* filed in Mississippi Southern District Court and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 10, 2009, Docket No. 09-6211.

*W.J. Simmons v. Recreation by Design, LLC, et al,* filed on September 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6212.

*Michael T. Crump, et al v. Gulf Stream Coach, Inc., et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6213.

*Ruben Green, et al v. Gulf Stream Coach, Inc., et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6214.

*Brainard Singleton v. Forest River, et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6215.

*Brainard Singleton v. Forest River, Inc., et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6216.

*Joseph Klein, et al v. Gulf Stream Coach, Inc., et al,* filed in Thirty Fourth Judicial District Court for the Parish of St. Bernard and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 10, 2009, Docket No. 09-6217.

*Clyde Ory, Jr. v. Gulf Stream Coach, Inc., et al,* filed in the Thirty Fourth Judicial District Court for the Parish of St. Bernard and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 9, 2009, Docket No. 09-6224.

89

*Earl Price, et al v. Cavalier Home Builders, LLC, et al,* filed in Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 24, 2009, Docket No. 09-6250.

*Nathaniel Malone, Sr., et al v. American International Group, Inc., et al,* filed in Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana.  Transferred to MDL on September 11, 2009, Docket No. 09-6251.

*Helen A. Lavance, et al v. Gulf Stream Coach, Inc., et al,* filed in the Twenty-Fourth Judicial District Court for the Parish of Jefferson and removed to the United States District Court for the Eastern District of Louisiana.  Transferred to MDL on September 24, 2009, Docket No. 09-6252.

*Oscar Chavarria, et al v. Dutchmen Manufacturing, Inc., et al,* filed in Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana.  Transferred to MDL on September 24, 2009, Docket No. 09-6253.

*Charles Gillam, et al v. Keystone RV Company, et al,* filed in Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana.  Transferred to MDL on September 24, 2009, Docket No. 09-6254.

*Larry Anderson, et al v. Gulf Stream Coach, Inc., et al,* filed in Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana.  Transferred to MDL on September 24, 2009, Docket No. 09-6255.

*Derrick Rattler v. Thor California, Inc., et al,* filed in Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 24, 2009, Docket No. 09-6256.

*Ann Marie Dewey v. Layton Homes Corporation, et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6258. *Charlene Bertacci, et al v. Fluor Enterprises, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6274.

*Yvonne Weaver v. Fluor Enterprises, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6275.

*George Basile, Jr., et al v. Fluor Enterprises, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6276.

*Josie Bourgeois, et al v. KZRV, LP, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6277.

*Lori Billiot, et al v. Gulf Stream Coach, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6278.

*Anthony Edenfield, et al v. Thor Industries, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6279.

*Bobby Crane, et al v. Jayco, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6280.

*Kay Perera v. Alliance Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6281.

*Kay Perera v. Stewart Park Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6282.

*Pamela Duplantier v. Starcraft RV, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6283.

*Mervin Tobias v. Alliance Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6289.

*Constance Clark v. American International Group, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6290.

*Stacey Tobias v. Alliance Homes, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6291.

*Stacey Tobias v. American International Group, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6292.

*Brenda Jones, et al v. Gulf Stream Coach, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6293.

*Rhonda Picquet v. Insurance Company of the State of Pennsylvania, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6294.

*Zebedee Perdue v. Coachmen Recreational Vehicle Company, LLC, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6295.

*Curtis Coleman, Jr., et al v. Forest River, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6307.

*Roy A. Mitchell v. Fluor Enterprises, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6308.

*Charles Gurley, Jr. v. KZRV, LP, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6309.

*Tommie J. Brock v. Gulf Stream Coach, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6310.

*Roy A. Mitchell v. Gulf Stream Coach, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6311.

*Stephanie Bentley, et al v. American International Specialty Lines Insurance Company, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6312.

*Latandria Harness v. Horton Homes, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6313.

*Mary Ann Harris v. Skyline Corporation, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6314.

*Brittany Williams, et al v. Skyline Corporation, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6315.

*Dartez Cockheran, et al v. Sun Valley, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6316.

*Kamarez Cryer, et al v. Champion Enterprises, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6317.

*Chad Pellegrin, et al v. Gulf Stream Coach Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6318.

*Denisha Allen, et al v. Gulf Stream Coach, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6319.

*Terry Anderson, et al v. Gulf Stream Coach, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6320.

*Jannie Hughes, et al v. Southern Energy Homes, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6321.

*Shawn Black, et al v. Thor Industries, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6322.

*Shawn Black, et al v. Crum & Forster Specialty Insurance Company, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6323.

*Valerie Sam-Williams v. Skyline Corporation, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6324.

*Jayden Bailey, et al v. Gulf Stream Coach, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6325.

*Lawandra Brown, et al v. Layton Homes Corporation, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6326.

*Barbara Hingle, et al v. Layton Homes Corporation, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6327.

*Janice Hughes, et al v. Cavalier Home Builders, LLC, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6328.

*Edward Davis v. American International Specialty Lines Insurance Company, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6329.

*Sylvia Robinson v. Clearspring Conversions, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6331.

*Marshall Banks v. American International Group, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6332.

*Pearlette Ford, et al v. Forest River, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6333.

*Mary Ann Harris v. Layton Homes Corporation, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6334.

*Angela Juhasz, et al v. American International Specialty Lines Insurance Company, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6335.

*Eaverunna Williams v. Palm Harbor Homes, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6336.

*Allen Chance, et al v. Phillips Products, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6337.

*Keyon Milton, et al v. Redman Homes, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6338.

*Rosie Bourdeaux v. Silver Creek Homes, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6339.

*Jeffrey Segura, et al v. Sunny Brook RV, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6340.

*Faye Williams v. Superior Homes, LLC, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6341.

*Lydia Jochum v. Stewart Park Homes, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6342.

*Cathy Bosarge, et al v. American International Group, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6343.

*Louise Jackson, et al v. Sunline Acquisition Company, Ltd., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6344.

*Shakira Gould v. Dutchmen Manufacturing, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6345.

*Nakira Sorina v. Crum & Forster Specialty Insurance Company, et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6346.

*Dalfrey Alexander v. Skyline Corporation,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6347.

*Dalfrey Alexander v. Layton Homes Corp., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6348.

*Louis Collins v. Gulf Stream Coach, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6349.

*William Barker v. American International Group, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6350.

*Patrice Philip v. DS Corp., et al,* filed on September 16, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6370.

*Tracy L. Simmons, Sr., et al v. Jayco, Inc., et al,* filed in the Twenty-Fourth Judicial District Court for the Parish of Jefferson and removed to the United States District Court for the Eastern District of Louisiana.  Transferred to MDL on September 21, 2009, Docket No. 09-6375.

*Yvette Tumminello v. Gulf Stream Coach, Inc., et al,* filed in the Twenty-Fourth Judicial District Court for the Parish of Jefferson and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 21, 2009, Docket No. 09-6376.

*Ward Seward, et al v. Coachman Industries, Inc., et al,* filed in the Twenty-Fourth Judicial District Court for the Parish of Jefferson and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 21, 2009, Docket No. 09-6377.

*Alisha Blackburn, et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana. Transferred to MDL on September 21, 2009, Docket No. 09-6393.

*Tanika Bell, et al v. Cavalier Home Builders, LLC, et al,* filed in the United States District Court for the Middle District of Louisiana. Transferred to MDL on September 21, 2009, Docket No. 09-6394.

*Marvin Tanner, et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana. Transferred to MDL on September 21, 2009, Docket No. 09-6395.

*Geneva Hunter, et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana. Transferred to MDL on September 21, 2009, Docket No. 09-6396.

*Gwendolyn Allen, et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana. Transferred to MDL on September 21, 2009, Docket No. 09-6397.

*Lisa Adams, et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana. Transferred to MDL on September 21, 2009, Docket No. 09-6398.

*Sean Autman, et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana. Transferred to MDL on September 21, 2009, Docket No. 09-6399.

*Tiffany Dixon, et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana. Transferred to MDL on September 21, 2009, Docket No. 09-6400.

*Bridgette Robinson, et al v. American Camper Manufacturer, LLC, et al,* filed in the United States District Court for the Middle District of Louisiana. Transferred to MDL on September 22, 2009, Docket No. 09-6401.

*Michael Adams, et al v. Alliance Homes, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana. Transferred to MDL on September 21, 2009, Docket No. 09-6402.

*Julie Bowser, et al v. Lakeside Park Homes, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana. Transferred to MDL on September 21, 2009, Docket No. 09-6403.

*Gregory Campbell v. American International Group, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana. Transferred to MDL on September 22, 2009, Docket No. 09-6404.

99

*Rahneisha Bartholomew, et al v. Keystone RV Company, et al,* filed in the United States District Court for the Middle District of Louisiana. Transferred to MDL on September 22, 2009, Docket No. 09-6405.

*Patricia Johnson, et al v. Forest River, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana. Transferred to MDL on September 21, 2009, Docket No. 09-6406.

*Warneshia Williams v. Vanguard Industries of Michigan, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana. Transferred to MDL on September 21, 2009, Docket No. 09-6407.

*Glenda Jefferson, et al v. American International Group, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana. Transferred to MDL on September 21, 2009, Docket No. 09-6408.

*Delloyd Burke v. Forest River, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana. Transferred to MDL on September 21, 2009, Docket No. 09-6409.

*Lionel Fields, et al v. American International Specialty Lines Co., et al,* filed in the United States District Court for the Middle District of Louisiana. Transferred to MDL on September 21, 2009, Docket No. 09-6410.

*Karin Burns, et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana. Transferred to MDL on September 21, 2009, Docket No. 09-6411.

*Ryan M. Bostic, et al v. Alliance Homes, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi. Transferred to MDL on September 21, 2009, Docket No. 09-6412.

*Ernest Hammond, et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on September 22, 2009, Docket No. 09-6413.

*Anyia Ginn, et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on September 22, 2009, Docket No. 09-6414.

*Adelso Cedeno, et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on September 22, 2009, Docket No. 09-6415.

*Latasha Adams, et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on September 22, 2009, Docket No. 09-6416.

*W.J. Simmons, et al v. Recreation By Design, LLC, et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on September 22, 2009, Docket No. 09-6417.

*Jackie Dillon, et al v. Champion Home Builders Co., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on September 22, 2009, Docket No. 09-6418.

*Sandy N. Pelas, et al v. Alliance Homes, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on September 22, 2009, Docket No. 09-6419.

*Mark L. Brown, Sr., et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi.  Transferred to MDL on September 21, 2009, Docket No. 09-6420.

*Devin Romero, et al v. KZRV, LP, et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6423.

*Pauline Manuel, et al v. Recreation By Design, LLC, et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6424.

*Youlanda Lambert, et al v. Jayco, Inc., et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6425.

*Nathan Scott, et al v. Layton Homes Corp., et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6426.

*Joseph Williams v. Layton Homes Corp., et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6427.

*Anita Lee v. Recreation By Design, LLC, et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6428.

*Kenneth Gable, et al v. Forest River, Inc., et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6429.

*Thu Thi Nguyen v. Thor California, Inc., et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6430.

*Miquel Lyons, et al v. Skyline Corporation, et al,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6431.

*Brenda Allen v. Skyline Corporation,* filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6432.

*Veronica Septh, et al v. Jayco, Inc., et al,* filed on September 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6472.

*Lichelle Knighten v. Keystone RV Company, et al,* filed on September 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6473.

*Kevin S. Menard, et al v. Gulf Stream Coach, Inc., et al,* filed in the United States District Court for the Middle District of Alabama.  Transferred to MDL on September 28, 2009, Docket No. 09-6494.

*Luis A. Rodriguez, et al v. Alliance Homes, Inc., et al,* filed in the United States District Court for the Northern District of Alabama.  Transferred to MDL on September 28, 2009, Docket No. 09-6495.

*Susan Baker, et al v. Forest River, Inc., et al,* filed in the United States District Court for the Southern District of Alabama.  Transferred to MDL on September 28, 2009, Docket No. 09-6496.

*Steven W. Fincher, et al v. Alliance Homes, Inc., et al,* filed in the United States District Court for the Southern District of Alabama.  Transferred to MDL on September 28, 2009, Docket No. 09-6497.

*Francis I. Gras, et al v. Alliance Homes, Inc., et al,* filed in the United States District Court for the Western District of Louisiana.  Transferred to MDL on September 28, 2009, Docket No. 09-6498.

*Jimmie Epperly, et al v. Indiana Building Systems, LLC, et al,* filed in the United States District Court for the Western District of Louisiana.  Transferred to MDL on September 28, 2009, Docket No. 09-6499.

*Florence Thomas, et al v. Forest River, Inc., et al,* filed in the United States District Court for the Western District of Louisiana. Transferred to MDL on September 28, 2009, Docket No. 09-6500.

*Agelina Buras, et al v. Alliance Homes, Inc., et al,* filed in the United States District Court for the Western District of Louisiana. Transferred to MDL on September 30, 2009, Docket No. 09-6501.

*Rufus Young, et al v. Forest River, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi. Transferred to MDL on September 28, 2009, Docket No. 09-6502.

*Barbara Walton, et al v. Forest River, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi. Transferred to MDL on September 28, 2009, Docket No. 09-6503.

*Latoya Bradley, et al v. Forest River, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi. Transferred to MDL on September 28, 2009, Docket No. 09-6504.

*Najee Wells-Thompson, et al v. Forest River, Inc., et al,* filed in the United States District Court for the Southern District of Mississippi. Transferred to MDL on September 28, 2009, Docket No. 09-6505.

*Simeko Johnson, et al v. Fluor Enterprises, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6563.

*Wanda Moret v. Coachmen Industries, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6564.

*Patrick Norwood, et al v. Forest River, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6565.

*Jonique Meyers, et al v. Clayton Homes of Lafayette, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6566.

*Carolyn Morgan, et al v. Forest River, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6567.

*Tia Turner, et al v. American Camper Manufacturing, LLC, et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6568.

*Mildred Etienne, et al v. American International Group, et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6569.

*Adena Cobbins, et al v. Skyline Corporation, et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6570.

*VAlender Martin v. Jayco, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6571.

*Michael Rucker, et al v. Stewart Park Homes, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6572.

*Donna Hilliard, et al v. Gulf Stream Coach, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6573.

*Keytha Watson v. Jayco, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6574.

*Donna Lucas v. Gulf Stream Coach, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6575.

*Joel Green, et al v. Lexington Homes, Inc., et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6576.

*Edward Bergeron, Jr. v. Fluor Enterprises, Inc., et al,* filed on September 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6585.

*Joseph Gilmore, Sr., et al v. Cavalier Home Builders, LLC, et al,* filed on September 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6586.

*Joseph Gilmore, Sr., et al v. Gulf Stream Coach, Inc., et al,* filed on September 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6587.

*Joseph Gilmore, Sr., et al v. Forest River, Inc., et al,* filed on September 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6588.

*Milton J. Antoine, Jr., et al v. Gulf Stream Coach, Inc., et al,* filed on September 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6608.

*Rosalind Smith, et al v. Gulf Stream Coach, Inc., et al,* filed on September 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6615.

*Rosalind Smith, et al v. Gulf Stream Coach, Inc., et al,* filed on September 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6616.

*Fincher, et al v. Alliance Homes, Inc., et al,* filed in the United States District Court for the Middle District of Alabama.  Transferred to the MDL on October 5, 2009, Docket No. 09-6632

106

*Barbour, et al v. Forest River, Inc., et al*, filed on October 6, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6633.

*Carter, et al v. Forest River, Inc., et al*, filed on October 6, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6634.

*Powell, et al v. Clayton Homes of Lafayette, Inc.*, filed on October 5, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6635.

*Durham, et al v. Alliance Homes, Inc., et al*, filed in the United States District Court for the Western District of Louisiana.  Transferred to the MDL on October 5, 2009, Docket No. 09-6636.

*Bates, et al v. Clayton Homes of Lafayette, Inc., et al*, filed on October 5, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6637.

*Casey, et al v. Vanguard, LLC, et al*, filed on October 5, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6638.

*Johnson, et al v. Superior Homes, LLC, et al*, filed on October 5, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6639.

*Tucker, et al v. SunRay Investments, LLC, et al*, filed on October 5, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6640.

*Thomas, et al v. Southern Energy Homes, Inc., et al*, filed on October 5, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6641.

*Trinh, et al v. Giles Family Holdings, Inc., et al*, filed on October 5, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6642.

*Boteler v. Alliance Homes, Inc., et al*, filed in the United States District Court for the Southern District of Mississippi.  Transferred to the MDL on October 5, 2009, Docket No. 09-6643.

*Briggs, et al v. Gulf Stream Coach, Inc., et al*, filed on October 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6683.

*Copelin v. Crum & Forster Specialty Insurance Company, et al*, filed on October 13, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6688.

*Sprinkle, et al v. TL Industries, Inc., et al*, filed on October 13, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6698.

*Bonnvillioan v. American Camper Manufacturing, LLC*, filed on October 13, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6699.

*Wilson v. Gulf Stream Coach, Inc., et al*, filed on October 22, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6700.

*Avery, et al v. Jayco, Inc., et al*, filed on October 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6701.

*Hulbert v. Cavalier Home Builders, LLC, et al*, filed on October 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6702.

*Ellis v. American International Specialty Lines Insurance Company, et al*, filed on October 13, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6703.

*Chatman, et al v. Forest River, Inc., et al*, filed on October 13, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6704.

*Banks, et al v. Recreation by Design, et al*, filed on October 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6705.

*Boudreaux, et al v. Horton Homes, Inc., et al*, filed on October 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6707.

*Thomas v. TL Industries, Inc., et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6708.

*Clark-Davis, et al v. Forest River, Inc., et al*, filed on October 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6709.

*Adams, et al v. Frontier RV, Inc., et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6711.

*Stewart v. Alliance Homes, Inc., et al*, filed in the United States District Court for the Western District of Louisiana.  Transferred to MDL on October 19, 2009, Docket No. 09-6712.

*Karcher v. Horton Homes, Inc., et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6713.

*Surtain v. Recreation by Design, et al*, filed on October 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6714.

*Pittman v. Frontier RV, Inc., et al*, filed on October 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6715.

*Baynes, et al v. Recreation by Design, et al*, filed on October 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6716.

*Chalaire, et al v. Forest River, Inc., et al*, filed on October 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6717.

*Lusich, et al v. TL Industries, Inc., et al*, filed on October 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6718.

*Smith, et al v. Frontier RV, Inc., et al*, filed on October 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6719.

*Hill, et al v. Horton Homes, Inc., et al*, filed on October 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6720.

*Kujawa, et al v. United States of America, et al*, filed on October 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6721.

*Bartel, et al v. United States of America, et al*, filed on October 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6722.

*Tarrence, et al v. Stewart Park Homes, Inc., et al*, filed on October 13, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6775.

*Bouisse, et al v. Gulf Stream Coach, Inc., et al*, filed in 24th JDC, Parish of Jefferson. Transferred to MDL on October 15, 2009, Docket No. 09-6778.

*Bailey, et al v. Gulf Stream Coach, Inc., et al*, filed in 24th JDC, Jefferson Parish. Transferred to MDL on October 15, 2009, Docket No. 09-6780.

*Amos, et al v. Gulf Stream Coach, Inc., et al*, filed in Civil District Court for the Parish of Orleans. Transferred to MDL on October 15, 2009, Docket No. 6781.

*Snyder, et al v. Frontier RV, Inc., et al*, filed on October 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6782.

*Taylor, et al v. Destiny Industries, LLC, et al*, filed on October 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6795.

*Annis v. American International Group, et al*, filed on October 14, 2009 in the United

States District Court for the Eastern District of Louisiana, Docket No. 09-6796.

*Delone v. Lexington Homes, et al*, filed on October 14, 2009 in the United States District

Court for the Eastern District of Louisiana, Docket No. 09-6797.

*Hall v. Cavalier Home Builders, LLC, et al*, filed on October 14, 2009 in the United

States District Court for the Eastern District of Louisiana, Docket No. 09-6798.

*Hall, et al v. Gulf Stream Coach, Inc., et al*, filed on October 14, 2009 in the United

States District Court for the Eastern District of Louisiana, Docket No. 09-6799.

*Cargo v. Coachmen Industries, Inc., et al*, filed on October 14, 2009 in the United States

District Court for the Eastern District of Louisiana, Docket No. 09-6800.

*Robin v. Insurco, Ltd., et al*, filed on October 14, 2009 in the United States District Court

for the Eastern District of Louisiana, Docket No. 09-6801.

*Kerner, et al v. Starcraft RV, Inc., et al*, filed on October 20, 2009 in the United States

District Court for the Eastern District of Louisiana, Docket No. 09-6832.

*Dunbar, et al v. Forest River, Inc., et al*, filed on October 20, 2009 in the United States

District Court for the Eastern District of Louisiana, Docket No. 09-6835.

*Geroge v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al*, filed on

October 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket

No. 09-6836.

*Green, et al v. Keystone RV Company, et al*, filed on October 20, 2009 in the United

States District Court for the Eastern District of Louisiana, Docket No. 09-6837.

*Chartion v. Stewart Park Homes, Inc., et al*, filed on October 20, 2009 in the United

States District Court for the Eastern District of Louisiana, Docket No. 09-6838.

*Tircuit, et al v. Vanguard Industries of Michigan, Inc., et al*, filed on October 26, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6871.

*Baptiste v. American Camper Manufacturer, LLC, et al*, filed on October 22, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6872.

*Bruno v. Gulf Stream Coach, Inc., et al*, filed on November 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6873.

*Patterson v. Gulf Stream Coach, Inc., et al*, filed on October 22, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6874.

*Stagg v. Gulf Stream Coach, Inc., et al*, filed on October 26, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6875.

*Guillory v. Gulf Stream Coach, Inc., et al*, filed on October 22, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6876.

*Anthony v. Gulf Stream Coach, Inc., et al*, filed on November 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6877.

*Andrews v. Gulf Stream Coach, Inc., et al*, filed on October 26, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6878.

*Shepherd, et al v. Gulf Stream Coach, Inc., et al*, filed on October 22, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6879.

*Williams, et al v. Superior Homes, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6880.

*Joseph v. Alliance Homes, Inc., et al*, filed on October 22, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6881.

*Griffin v. Alliance Homes, Inc., et al*, filed on October 22, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6882.

*Ellis, et al v. Forest River, Inc., et al*, filed on November 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6883.

*Massey v. Alliance Homes, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6884.

*Hebert v. Gulf Stream Coach, Inc.*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6885.

*Allen, et al v. Cavalier home Buildres, LLC, et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6886.

*Merwin, et al v. Pilgrim International, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6887.

*Kelly, et al v. R-Vision, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6888.

*Antoine, et al v. Skyline Corporation, et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6889.

*Kline, et al v. Starcraft RV, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6890.

*Hood, et al v. Sunline Acquisition Company, Ltd., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6891.

*Wright, et al v. Thor California, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6892.

113

*Andrews, et al v. Gulf Stream Coach, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6894.

*Andrews, et al v. Heartland Recreational Vehicles, LLC, et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6895.

*Greco, et al v. Jayco Enterprises, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6896.

*Mixon, et al v. Keystone RV Company, et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6897.

*Legendre, et al v. Monaco Coach Corporation, et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6898.

*Andrews, et al v. Cavalier Homes Builders, LLC, et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6899.

*Antoine, et al v. Layton Homes Corp., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6901.

*Borrouso, et al v. Coachmen Industries, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6902.

*Augustine, et al v. Fleetwood Canada, Ltd., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6903.

*Wright, et al v. DS Corp., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6904.

*Graves, et al v. Clearspring Conversions Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6905.

114

*Legendre, et al v. Morgan Buildings and Spas, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6907.

*Neumann, et al v. Champion Home Builders Co., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6908.

*Stewart v. Gulf Stream Coach, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6909.

*Johnson v. Fleetwood Enterprises, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6910.

*Boudreaux, et al v. Coachmen Industries, Inc., et al*, filed on November 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6911.

*Barnes, et al v. Pilgrim International, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6912.

*Barrett, et al v. Gulf Stream Coach, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6913.

*Triplett, et al v. Forest River, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6914.

*Broussard, et al v. American Camper Manufacturing, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6915.

*Miller, et al v. Pilgrim International, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6916.

*Agee, et al v. Coachmen Industries, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6917.

*Paige, et al v. Patriot Manufacturing, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6918.

*Cronin, et al v. Sunnybrook R V, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6919.

*Robinson, et al v. Homes of Merit, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6920.

*Jones, et al v. Townhomes, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6921.

*Haygood, et al v. Lexington Homes, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6922.

*Noble, et al v. Heartland Recreational Vehicles, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6923.

*Thompson, et al v. Timberland RV Company, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6924.

*Burge, et al v. Alliance Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6925.

*Brown, et al v. Oak Creek Homes, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6926.

*Dieugene, et al v. Destiny Industries, LLC, et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6927.

*Barnes, et al v. Waverlee Homes, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6928.

*Mitchell, et al v. Thord Industries, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6929.

*Wosk, et al v. Stewart Park Homes, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6930.

*Bell, et al v. Starcraft RV, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6931.

*Bradley, et al v. Cavalier Home Builders, LLC, et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6932.

*Lewis, et al v. Skyline Corporation, et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6933.

*Jacks v. Stewart Park Homes, Inc., et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6934.

*Anderson, et al v. Scotbilt Homes, Inc., et al*, filed on October 13, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6935.

*Crocker, et al v. Silver Creek Homes, Inc., et al*, filed on October 13, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6936.

*Powell, et al v. R-Vision, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6937.

*Hall, et al v. Redman Homes, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6938.

*McDonald, et al v. River Birch Homes, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6939.

*Prima, et al v. DS Corp, et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6940.

*Lee, et al v. Dutch Housing, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6941.

*Brown, et al v. Dutchmen Manufacturing, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6942.

*Burrows, et al v. Fleetwood Enterprises, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6943.

*Lott, et al v. Gulf Stream Coach, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6944.

*Beard, et al v. Gulf Stream Coach, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6945.

*Smith, et al v. Liberty Homes, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6946.

*Gyins, et al v. Gulf Stream Coach, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6947.

*Barnes, et al v. Monaco Coach Corporation, et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6948.

*Bullock, et al v. Gulf Stream Coach, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6949.

*Brown, et al v. Palm Harbor Homes, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6950.

*Johnson, et al v. Gulf Stream Coach, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6951.

*Bilbo, et al v. Patriot Homes, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6954.

*Williams, et al v. Fleetwood Enterprises, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6955.

*Long, et al v. Fleetwood Enterprises, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6956.

*Huynh, et al v. Fleetwood Enterprises, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6957.

*Mitchell, et al v. Keystone RV Company, et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6958.

*Anderson, et al v. Pilgrim International, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6959.

*Bosarge, et al v. KZRV LP, et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6960.

*American Camper Manufacturing, LLC, et al v. CH2M Hill Construction, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6961.

*Rhodes, et al v. Lakeside Park Homes, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6962.

*Baugh, et al v. Jayco, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6964.

*Lee, et al v. Indiana Building Systems, LLC, et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6965.

*Rolison, et al v. Keystone RV Company, et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6966.

*Acey v. Gulf Stream Coach, Inc.*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6967.

*Peters v. Gulf Stream Coach, Inc.,* filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6968.

*Graham v. Gulf Stream Coach, Inc.*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6969.

*Ayers v. Gulf Stream Coach, Inc.*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6970.

*Lett v. Gulf Stream Coach, Inc.,* filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6971.

*Stanley v. Gulf Stream Coach, Inc.*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6972.

*Cunningham, et al v. Gulf Stream Coach, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6973.

*Rogers v. Gulf Stream Coach, Inc.*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6974.

*Bridges v. Gulf Stream Coach, Inc.*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6975.

*Lee, et al v. Liberty Mutual Insurance Corporation, et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6978.

*Randolph v. Timberland RV Company*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6979.

*Lewis, et al v. Starr Excess Liability Insurance Company, Ltd., et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6980.

*Dingeman, et al v. Sentry Insurance a Mutual Company, et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6981.

*Cheatam, et al v. Gulf Stream Coach, Inc.*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6982.

*Foxworth, et al v. Gulf Stream Coach, Inc.*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6983.

*Lewis, et al v. Sentry Insurance a Mutual Company, et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6984.

*Lee v. Gulf Stream Coach, Inc.*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6985.

*Martin v. Timberland RV Company, et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6986.

*Hamilton v. Forest River, Inc., et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6987.

*Brown v. Recreation by Design, LLC, et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6988.

*Watzke, et al v. Starr Excess Liability Insurance Company, Ltd., et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6989.

*Hitchens v. Keystone RV Company, et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6999.

*Tumminello v. Gulf Stream Coach, Inc., et al*, filed on October 26, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7039.

*Greenup v. Jayco, Inc., et al*, filed on October 27, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7044.

*Duncan v. Thor California, Inc., et al*, filed on October 27, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7045.

*Petty v. Dutchmen Manufacturing, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7050.

*London, et al v. Gulf Stream Coach, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7051.

*McMillian, et al v. American Camper Manufacturing, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7062.

*Reed, et al v. Cavalier Home Builders, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7063.

*Carter, et al v. Coachmen Industries, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7064.

*Mitchell, et al v. DS Corp., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7065.

*Carrillo, et al v. Dutch Housing, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7066.

*Dangerfield, et al v. Dutchmen Manufacturing, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7067.

*Albert, et al v. Fleetwood Enterprises, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7068.

*Steber, et al v. Fleetwood Enterprises, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7069.

*Williams, et al v. Forest River, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7070.

*Burks, et al v. Forest River, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7072.

*Williams-Bachemin, et al v. Frontier RV, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7073.

*Singleton, et al v. Giles Family Holdings, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7074.

*Brown, et al v. Gulf Stream Coach, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7075.

*Chatman, et al v. Gulf Stream Coach, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7076.

*McNair, et al v. Gulf Stream Coach, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7078.

*Lyons, et al v. Gulf Stream Coach, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7079.

*Holmes, et al v. Silver Creek Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7080.

*Roach, et al v. Gulf Stream Coach, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7081.

*Thomas, et al v. Horton Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7082.

*Stockman, et al v. Jayco, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7083.

*Burks, et al v. Skyline Corporation, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7084.

*Foxworth, et al v. Keystone Industries, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7085.

*Thomas, et al v. KZRV LP, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7086.

*Hampton, et al v. Southern Energy Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7087.

*Taylor, et al v. Lakeside Park Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7088.

124

*Borne, et al v. Layton Homes Corp., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7089.

*Robinson, et al v. Starcraft RV, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7090.

*Lollar, et al v. Liberty Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7091.

*Becnel, et al v. Stewart Park Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7092.

*Singleton, et al v. Monaco Coach Corporation, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7093.

*Stevenson, et al v. Palm harbor Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7094.

*Morris, et al v. SunRay Investments, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7095.

*Mackey, et al v. Patriot Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7096.

*Johnson, et al v. Superior Homes, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7098.

*Martinez, et al v. Thor Industries, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7099.

*Evans, et al v. TL Industries, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7100.

*Barnes, et al v. Pilgrim International, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7101.

*Lavigne, et al v. Recreation By Design, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7102.

*Armour, et al v. River Birch Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7103.

*Jones, et al v. R-Vision, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7104.

*Trinh, et al v. Scotbilt Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7106.

*Cook, et al v. Timberland RV Company, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7107.

*Calhoun, et al v. Champion Home Builders Co., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7108.

*Macon, et al v. Sun Valley, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7109.

*Diamond, et al v. Lexington Homes, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7110.

*Woulard v. Townhomes, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7111.

*Brothern, et al v. Homes of Merit, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7112.

126

*Hobden, et al v. Sunnybrook R V, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7113.

*Jones, et al v. Alliance Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7114.

*Hatampa, et al v. Heartland Recreational Vehicles, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7115.

*Peralta, et al v. Hy-Line Enterprises, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7116.

*Frierson, et al v. Vanguard, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7117.

*Blue, et al v. Waverlee Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7118.

*Barnes, et al v. Destiny Industries, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7119.

*Watson, et al v. Oak Creek Homes, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7120.

*Coleman, et al v. Patriot Homes of Texas, LP, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7121.

*Page, et al v. CMH Manufacturing, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7122.

*Barletter, et al v. Viking Recreational Vehicle Company, LLC, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7123.

*Amos, et al v. Sunline Coach Company, et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7124.

*Branch, et al v. Jayco, Inc., et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7150.

*Gordon, et al v. CH2M Hill Constructors, Inc., et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7151.

*Relayson, et al v. Keystone RV Company, et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7152.

*LaHoste, et al v. Forest River, Inc., et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7153.

*Wyatt, et al v. Gtulf Stream Coach, Inc., et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7154.

*Pritchett, et al v. Coachmen Industries, Inc., et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7155.

*Barone v. Gulf Stream Coach, Inc., et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7156.

*Wheeler v. American Camper Manufacturing, LLC, et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7157.

*Robinson, et al v. Pilgrim International, Inc., et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7158.

*Nelson, et al v. Pilgrim International, Inc., et al*, filed on October 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7159.

*Cooper, et al v. CH2M Hill Constructors, Inc., et al*, filed on November 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7161.

*Baker, et al v. Morgan Buildings & Spas, Inc., et al*, filed on November 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7162.

*Danastasio, et al v. Alliance Homes, Inc., et al*, filed on November 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7163.

*Savoy v. Alliance Homes, Inc., et al*, filed on November 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7164.

*Savoy v. Alliance Homes, Inc., et al*, filed on November 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7165.

*Barber v. Alliance Homes, Inc., et al*, filed on November 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7166.

*Aaron v. Alliance Homes, Inc., et al*, filed on November 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7167.

*Stewart, et al v. Lakeside Park Homes, Inc., et al*, filed on November 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7168.

*Blakely v. Pilgrim International, Inc.*, filed on November 2, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7169.

*Wilson v. Gulf Stream Coach, Inc., et al*, filed on November 6, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7219.

*Morter v. Gulf Stream Coach, Inc., et al*, filed on November 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7245.

*Chatelain, et al v. Forest River, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7258.

*Johnson v. Liberty Insruance Corporation, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7259.

*Ragas, et al v. Stewart Park Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7260.

*Holmes v. Gulf Stream Coach, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7261.

*Bartholomew v. Crum & Forster Speciality Insurance Company, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7262.

*Brickley v. Gulf Stream Coach, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7263.

*Bishop, et al v. Stewart Park Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7264.

*Ball v. Stewart Park Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7265.

*Stermer, et al v. Superior Homes, LLC, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7266.

*Adams, et al v. American International Group, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7267.

*Mateen v. Skyline Corporation, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7270.

*Segura v. Alliance Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7271.

*Harrell v. Alliance Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7272.

*Kelly, et al v. Redman Homes, Inc. f/k/a Dutch Homes, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7273.

*Browning, et al v. Forest River, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7274.

*Aaron, et al v. Forest River, Inc., et al*, filed on December 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7275.

*Lewis, et al v. American International Group, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7276.

*Bauder, et al v. Thor California, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7277.

*Allen, et al v. Thor Industries, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7278.

*Jarreau-Ross, et al v. Cavalier Home Builders, LLC, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7279.

*Mallet, et al v. Cavalier Home Builders, LLC, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7280.

*Castillo v. Keystone RV Company, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7281.

*Dempre v. KZRV, LP, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7282.

*Marshall v. Keystone RV Company, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7283.

*Thierry v. Thor Industries, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7284.

*Kendricks v. Vanguard Industries of Michigan, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7285.

*Adams v. Alliance Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7286.

*Abshire, et al v. American International Group, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7287.

*Anatole, et al v. American International Group, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7288.

*Eugene, et al v. Keystone RV Company, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7289.

*Walker, et al v. Dutchmen Manufacturing, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7291.

*Black, et al v. Gulf Stream Coach, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7292.

*Cook, et al v. Gulf Stream Coach, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7293.

132

*Arrigo, et al v. Gulf Stream Coach, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7294.

*Goodly, et al v. Southern Energy Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7295.

*Lain v. American International Specialty Lines Insurance Company, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7296.

*Hebert, et al v. Recreation By Design, LLC, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7297.

*Mackey, et al v. Recreation By Design, LLC, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7298.

*Reese v. Liberty Insurance Corporation, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7299.

*Bosworth, et al v. Forest River, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7300.

*Kinkella v. Lakeside Park Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7301.

*James, et al v. Lakeside Park Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7302.

*Ladner v. American International Specialty Lines Insurance Company, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7303.

133

*Acklin, et al v. Gulf Stream Coach, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7304.

*Lee v. Indiana Building Systems, LLC, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7305.

*Brown v. Oak Creek Homes, L.P., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7306.

*Marcus-Wedlock, et al v. Palm Harbor Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7308.

*Searles, et al v. Cavalier Home Builders, LLC, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7310.

*Beverly, et al v. Champion Enterprises, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7311.

*Guillory, et al v. CMH Manufacturing, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7312.

*Van Tassel, et al v. Horton Homes, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7313.

*Coleman, et al v. Jayco Enterprises, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7314.

*Carrere, et al v. Jayco Enterprises, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7315.

*Oswald, et al v. Integrity Midwest Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7316.

*McBride v. American Camper Manufacturing, LLC, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7317.

*Wilkerson-Jackson v. KZRV, LP, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7318.

*Voros v. Dutchmen Manufacturing, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7319.

*Anderson, et al v. DS Corp., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7320.

*Antoine, et al v. Destiny Industries, LLC, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7321.

*Bargky, et al v. Coachmen Recreational Vehicle Company, LLC, et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7322.

*Carter v. Gulf Stream Coach, Inc., et al*, filed on November 12, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7323.

*Waller v. Sun Valley, Inc., et al*, filed on November 13, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7328.

*Dufrene, et al v. Gulf Stream Coach, Inc., et al*, filed on November 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7343.

*Burns, et al v. Coachmen Industries, Inc., et al*, filed on November 18, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7352.

*Bundridge, et al v. Gulf Stream Coach, Inc., et al*, filed on November 18, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7353.

*Hawkins, et al v. Forest River, Inc., et al*, filed on December 2, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7354.

*Jones, et al v. Forest River, Inc., et al*, filed on December 2, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7355.

*Barrett v. Gulf Stream Coach, Inc., et al*, filed on December 2, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7356.

*Carpenter, et al v. Forest River, Inc., et al*, filed on December 2, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7357.

*Northfield Insurance Company v. North American Catastrophe Services, Inc.,* filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7359.

*Scott v. Gulf Stream Coach, Inc., et al*, filed on November 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7370.

*Morter v. Gulf Stream Coach, Inc., et al*, filed on November 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7388.

*Scott v. Gulf Stream Coach, Inc., et al*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7398.

*Miller v. Gulf Stream Coach, Inc., et al*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7399.

*Washington v. Gulf Stream Coach, Inc., et al*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7400.

*Harris v. Gulf Stream Coach, Inc., et al*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7401.

*Miller v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7402.

*Norwood v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7403.

*Magee v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7404.

*Seymour v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7405.

*Witt v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7406.

*Loch v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7411.

*Reaser v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7412.

*Abshire v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7413.

*Gautieer v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7414.

*Washington v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7415.

*Braxter v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7416.

137

*Hernandez v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7417.

*Prejean v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7418.

*Hernandez v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7419.

*Orphey v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7420.

*Meche v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7421.

*Albers v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7422.

*Dixon v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7423.

*Joseph v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7425.

*Nunez v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7426.

*Kellum v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7427.

*Spears v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7428.

*Steele v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7429.

*Clark v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7430.

*Haley v. Gulf Stream Coach, Inc.*, filed on November 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7439.

*Griffin, et al v. Gulf Stream Coach, Inc.*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7480.

*Morazan v. Keystone RV Company*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7482.

*Butler v. Frontier RV, Inc.*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7503.

*Daigle, et al v. Fluor Enterprises, Inc.*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7512.

*Sprinkle, et al v. Keystone RV Company*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7524.

*Allison, et al v. Gulf Stream Coach, Inc.*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7525.

*Armstrong, et al v. Gulf Stream Coach, Inc.*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7526.

*Sprinkle, et al v. DS Corp.*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7527.

*Brockley, et al v. Keystone RV Company*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7528.

*Branch, et al v. Fleetwood Enterprises, Inc.*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7529.

*Adams, et al v. Pilgrim International, Inc.*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7530.

*Harris v. Monaco Coach Corporation*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7531.

*Henderson, et al v. Fleetwood Enterprises, Inc.*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7532.

*Pruitt, et al v. Keystone RV Company*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7533.

*Seaman, et al v. R-Vision, Inc.*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7534.

*Strickland, et al v. River Birch Homes, Inc.*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7535.

*Tillman, et al v. Dutchmen Manufacturing, Inc.*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7536.

*Banks, et al v. Jayco, Inc.*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7537.

*Taylor v. KZRV, LP*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7538.

*Chaisson, et al v. DS Corp.*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7539.

*Meche, et al v. Skyline Corporation*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7540.

*Daigle v. American International Specialty Lines Co.*, filed on December 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7541.

*Keddy v. American International Specialty Lines Co.*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7542.

*Ardie v. Keystone RV Company*, filed on December 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7543.

*McLaughlin, et al v. Keystone RV Company*, filed on December 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7544.

*Carpenter v. River Ridge, Inc.*, filed on December 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7545.

*Greene, et al v. Keystone RV Company*, filed on December 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7546.

*Merriell v. Keystone RV Company*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7547.

*Ruiz, et al v. Jayco, Inc.*, filed on December 7, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7548.

*Atkins, et al v. Fleetwood Enterprises, Inc.*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7554.

*Curol, et al v. Forest River, Inc.*, filed on December 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7555.

*Amos , et al v. Gulf Stream Coach, Inc.*, filed on December 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7556.

*Ward, et al v. Gulf Stream Coach, Inc.*, filed on December 7, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7565.

*Buckley, et al v. Recreation By Design, LLC*, filed on December 7, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7566.

*Tanks v. Jayco, Inc.*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7568.

*Smith, et al v. KZRV, LP*, filed on December 4, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7569.

*Griffin, et al v. Gulf Stream Coach, Inc.*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7573.

*Turner v. Gulf Stream Coach, Inc.*, filed on December 16, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7575.

*Porter, et al v. Gulf Stream Coach, Inc.*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7580.

*Broussard, et al v. Vanguard Industries of Michigan, Inc.*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7581.

*Jones, et al v. Alliance Homes, Inc., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7582.

*Cox v. Fleetwood Canada, Ltd., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7583.

*Shelby, et al v. Cavalier Home Builders, LLC, et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7584.

*Brooks v. Forest River, Inc., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7585.

*Andrews, et al v. Champion Home Builders Co., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7586.

*Andrews, et al v. Palm Harbor Manufacturing, LP, et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7587.

*Riley v. Gulf Stream Coach, Inc., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7588.

*Behrens v. River Birch Homes, Inc., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7589.

*Tolliver, et al v. American International Group, et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7590.

*Picquet v. Insurance Company of the State of Pennsylvania, et al*, filed on December 16, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7591.

*Sanders v. Liberty Mutual Insurance Corporation, et al*, filed on December 16, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7593.

*Sullen v. Gulf Stream Coach, Inc., et al*, filed on December 16, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7594.

143

*Gallardo, et al v. Sun Valley, Inc., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7595.

*Campo, et al v. Insurco, Ltd., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7596.

*Mackey, et al v. Keystone Industries, Inc., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7597.

*Bolden v. Frontier RV, Inc., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7598.

*Brown v. Keystone Industries, Inc., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7599.

*Hills, et al v. Insurance Company of the State of Pennsylvania, et al*, filed on December 7, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7600.

*Burnette v. Jayco, Inc., et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7601.

*Graham v. Jayco, Inc., et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7613.

*Bunch v. Jayco, Inc., et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7614.

*Ghergick v. Recreation By Design, LLC, et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7624.

*Jackson v. Frontier RV, Inc., et al*, filed on December 18, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7626.

144

*Angelin, et al v. Giles Industries, Inc., et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7660.

*Johnwell, et al v. Southern Energy Homes, Inc., et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7661.

*Ambo, et al v. CMH Manufacturing, Inc., et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7662.

*Hankton, et al v. Southern Energy Homes, Inc., et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7663.

*United States of America, et al v. Southern Energy Homes, Inc., et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7664.

*Harris, et al v. SunRay RV, LLC, et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7665.

*Jackson v. Sunray RV, LLC, et al*, filed on December 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7666.

*Gerdes, III, et al v. Gulf Stream Coach, Inc., et al*, filed on December 16, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7680.

*Favorite, et al v. Vanguard Industries of Michigan, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7681.

*Rogers, et al v. Lakeside Park Homes, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7683.

145

*Bell, et al v. Silver Creek Homes, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7687.

*Martin v. Gulf Stream Coach, Inc., et al*, filed on December 16, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7688.

*Taplin v. American International Group Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7689.

*Beaty, et al v. Home Choice USA, Inc., et al*, filed on December 16, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7692.

*Holmes v. Keystone RV Company, et al*, filed on December 18, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7696.

*Gonzales v. Gulf Stream Coach, Inc., et al*, filed on December 18, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7697.