OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: January 20, 2010

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Arnold Lewis
vs.

Gulf Stream Coach, Inc., et al
Case No. 09-7743

Dear Sir:

Please (issue) summons on the (complaint) to the following:

1. FEMA, through Craig Fugate, Director, 500 C Street SW Washington DC 20472.

2. United States of America Department of Justice, through Eric Holder, U.S. Attorney, 950 Pennsylvania Ave NW Washington DC 20530-0001.

3. United States of America through James Letten, U.S. Attorney for the Eastern District of LA, 500 Poydras St., Suite B1210, New Orleans, LA 70130.

4. Gulf Stream Coach, Inc., Through its Agent for Service of Process, Kenneth C. Brinker, 503 South Oakland, Nappanee, IN 46550.

Very truly yours,

*Justin I. Woods* (signature)
JUSTIN I. WOODS
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304
Attorney for Plaintiff