OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

                    Date:   January 20, 2010

                    In re: FEMA Trailer Litigation
                    No. 07-1873, as relates to

                    Kenneth Licata
                              vs.

                    Morgan Buildings & Spas, Inc., et al
                    Case No. 09-7761

Dear Sir:

    Please <u>(issue)</u> summons on the <u>(complaint)</u>to the following:

1. FEMA, through Craig Fugate, Director, 500 C Street SW Washington DC 20472.

2. United States of America Department of Justice, through Eric Holder, U.S. Attorney, 950 Pennsylvania Ave NW Washington DC 20530-0001.

3. United States of America through James Letten, U.S. Attorney for the Eastern District of LA, 500 Poydras St., Suite B1210, New Orleans, LA 70130.

4. Morgan Building Systems, Inc., through its registered agent, CT Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808.

                    Very truly yours,

                    */s/ Justin I. Woods*
                    JUSTIN I. WOODS
                    GAINSBURGH, BENJAMIN, DAVID,
                    MEUNIER & WARSHAUER, L.L.C.
                    2800 Energy Centre, 1100 Poydras St.
                    New Orleans, LA 70163-2800
                    (504) 522-2304
                    Attorney for Plaintiff