AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| LOUIS GERDES, III <br> Plaintiff <br> v. <br> GULF STREAM COACH, INC., ET AL <br> Defendant | ) <br> ) <br> )   Civil Action No.   09-7680 "N" (5) <br> ) <br> ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*
United States of America, through
Eric Holder, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Justin I Woods
*Gainsburgh, Benjamin, David, Meunier & Warhauser, L.L.C.*
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Dec 16 2009__

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**2. Article Number**

71791000164500131901

**1. Article Addressed to:**

United States of America
Through Eric Holder, U.S. Attorney General
U.S. Dept. of Justice
950 Pennyslvania Ave. NW
Washington, DC 20530-0001

Code: Eugene Gerdes
Code2: JIW
File: 07-5980

PS Form 3811

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES enter delivery address below: ☐ No

DEC 28, 2009

3. Service Type     ☒ Certified

4. Restricted Delivery? (Extra Fee)     ☐ Yes

Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163