AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| LOUIS GERDES, III<br>Plaintiff<br>v.<br>GULF STREAM COACH, INC., ET AL<br>Defendant | )<br>)<br>)  Civil Action No.   09-7680 "N" (5)<br>)<br>) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Gulf Stream Coach, Inc.
Through its Agent for Service of Process
Kenneth C. Brinker
53 South Oakland
Nappanee, IN 46550

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Justin I Woods
*Gainsburgh, Benjamin, David, Meunier & Warhauser, L.L.C.*
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

I

__Loretta G. Whyte__
Name of clerk of court

Date: __Dec 16 2009__

*Cherie Bourgeois*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**2. Article Number**

7179 1000 1645 0013 1932

1. Article Addressed to:

Gulf Stream Coach, Inc.
Through its Agent for Service of Process
Kenneth C. Brinker
503 S. Oakland
Nappanee, IN 46550

Code: Eugene Gerdes, III
Code2: JIW
File: 07-5980

PS Form 3811                  Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☒ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                  12-21-09

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES enter delivery address below:

3. Service Type   ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes



UNITED STATES POSTAL SERVICE
SOUTH BEND IN
21 DEC 2009 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163