AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Willie Slaughter, et al              )
                                     )
           *Plaintiff*             )
               v.                )     Civil Action No.  09-4951 Sect. N   Mag 5
Forest River, Inc., et al           )
                                       )
           *Defendant*          )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Forest River, Inc.
Through Its Agent for Service of Process
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: ___Nov 19 2009___

Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 71791000164500128574 | A. Signature X _Elle dlaut_ ☐ Agent ☐ Addressee <br> B. Received by (Printed Name) _Elle Start_  C. Date of Delivery 11/30/07 |

1. Article Addressed to:

   Forest River, Inc.
   Through Its Agent for Service of Process
   J. Richard Ransel
   228 W. High St.
   Elkhart, IN 46516

   Code: Willie Slaughter
   Code2: JIW
   File: 07-5980

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

| 3. Service Type | ☒ Certified |
|---|---|
| 4. Restricted Delivery? (Extra Fee) | ☐ Yes |

PS Form 3811                              Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163