AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| LYDIA ELLIS<br>Plaintiff<br>v.<br>CRUM & FORSTER SPECIALTY INSURANCE<br>COMPANY, ET AL<br>Defendant | )<br>)<br>) Civil Action No.  09-7703 "N" (5)<br>)<br>)<br>) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
United States of America
through James Letten, U.S. Attorney for the EDLA
500 Poydras Street, Suite B210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Justin I. Woods
*Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.*
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Dec 17 2009__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>7179100016450013 2274 | A. Signature<br>X _Santos_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>T. Santos | C. Date of Delivery<br>12/18/09 |
| 1. Article Addressed to:<br><br>United States of America, through<br>James Letten, U.S. Attorney for EDLA<br>500 Poydras St., Suite B210<br>New Orleans, LA 70130 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES enter delivery address below:  ☐ No | |
| | 3. Service Type    ☒ Certified | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| Code: LYDIA ELLIS<br>Code2: JIW<br>File: 07-5980 | | |

PS Form 3811          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163