AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Michael Dupree, on behalf of the Estate of Charlie Dupree )
　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
Plaintiff )
　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
v. ) Civil Action No. 09-4964 Sect. N Mag 5
　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
CRUM & FORSTER SPECIALTY INSURANCE CO., ET AL )
　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Crum & Forster Specialty Insurance Company
Through The Louisiana Secretary of State
Legal Services Section
P. O. Box 94125
Baton Rouge, LA 70804-9125

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　Loretta G. Whyte
　　　　　　　　　　　　　　　　　　　　　　　　　　Name of clerk of court

Date: Nov 19 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　B. Gregory
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7179 1000 1645 0012 8406 | A. Signature X Antoinette Pierre ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Antoinette Pierre  C. Date of Delivery NOV 24 2009 |
| 1. Article Addressed to:<br><br>Crum & Forster Specialty Insurance Company<br>Through the Louisiana Secretary of State<br>Legal Services Section<br>P. O. Box 94125<br>Baton Rouge, LA 70804-9125 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES enter delivery address below: |
| | 3. Service Type  ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |

~~Code: Michael Dupree~~
Code2: JIW
File: 07-5980

PS Form 3811                              Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163