MINUTE ENTRY
ENGELHARDT, J.
January 15, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                                     SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

       A status conference was conducted on Friday, January 15, 2010, at 10:00 a.m. Participating were Gerald E. Meunier, Justin I. Woods, Andrew D. Weinstock, Joe Glass, Matthew B. Moreland, Frank D'Amico, Jr., Linda J. Nelson, Timothy D. Scandurro, James C. Percy, John Stewart Tharp, M. David Kurtz, Robert M. Becnel, Henry T. Miller, Jerry L. Saporito, Ernest P. Gieger, Jr., Thomas W. Thagard, III, Adam M. Dinnell, Richard A. Sherburne, Mikal C. Watts, Karen Whitfield, Gerardo R. Barrios, Dennis C. Reich, A. J. Krouse and Glenn B. Adams.

       A complete list of attendees is attached as a supplement to the Court's Pretrial Order #56 dated January 19, 2010 (Rec. Doc. No. 10386).

Court Reporter: Jodi Simcox

JS10(1:00)