MINUTE ENTRY
ENGELHARDT, J.
January 15, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                       SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

       A status conference was conducted on Friday, January 15, 2010, at 8:30 a.m.  Participating were Gerald E. Meunier, Justin I. Woods, Andrew D. Weinstock, Joe Glass, Matthew B. Moreland, Frank D'Amico, Jr., Linda J. Nelson, Timothy D. Scandurro, James C. Percy, John Stewart Tharp, M. David Kurtz, Robert M. Becnel, Henry T. Miller, Jerry L. Saporito, Ernest P. Gieger, Jr., Thomas W. Thagard, III, Adam M. Dinnell, Richard A. Sherburne, Mikal C. Watts, Karen Whitfield, Gerardo R. Barrios, Dennis C. Reich, A. J. Krouse and Glenn B. Adams.

Court Reporter: Toni Tusa

JS10(1:30)