UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Lyndon Wright v. Forest River, Inc., et al.*<br>No. 09-2977 (E.D. La.) | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED JOINT MOTION TO EXTEND DEADLINE

NOW INTO COURT, through their respective undersigned counsel, come plaintiff, Lyndon T. Wright, and defendants, Forest River, Inc., The United States of America, and Shaw Environmental, Inc., who respectfully move this Honorable Court to extend the dispositive motions deadline in the *Wright* bellwether case from Friday, January 29, 2010, to Monday, February 1, 2010.  The parties represent that this extension of time is necessary as discovery remains ongoing, out-of-town depositions are scheduled up through and including January 29, 2010, and this brief extension will allow sufficient time for counsels' return travel and the finalization of any dispositive motions.

WHEREFORE, Lyndon T. Wright, Forest River, Inc., The United States of America, and Shaw Environmental, Inc., respectfully request that this Court issue an Order extending the dispositive motions deadline in the *Wright* bellwether case from January 29, 2010 to February 1, 2010.

Respectfully submitted:

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (#17519)
AARON Z. AHLQUIST  (#29063)
FRANK J. D'AMICO, JR., APLC
622 Baronne Street, 2nd Floor
New Orleans, Louisiana 70113
**ATTORNEYS FOR LYNDON T. WRIGHT**


/s/  Jason D. Bone
ERNEST P. GIEGER, JR. (#6154)
JASON D. BONE (#28315)
CARSON W. STRICKLAND (#31336)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
**ATTORNEYS FOR FOREST RIVER, INC.**


/s/ Henry T. Miller
HENRY T. MILLER
ADAM M. DINNELL
MICHELE GREIF
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division - Torts Branch
1331 Penn. Ave., NW, Rm. 8203-N
Washington, D.C. 20004
Telephone:  (202) 616-4449
**ATTORNEYS FOR THE UNITED STATES OF AMERICA**

      /s/ M. David Kurtz
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
**ATTORNEYS FOR SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of January, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel and counsel of record who are CM/ECF participants.

      /s/ M. David Kurtz
        M. DAVID KURTZ