UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Lyndon Wright v. Forest River, Inc., et al.*<br>No. 09-2977 (E.D. La.) | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

CONSIDERING the Unopposed Joint Motion to Extend Deadline filed by plaintiff, Lyndon T. Wright, and defendants, Forest River, Inc., The United States of America, and Shaw Environmental, Inc.,

IT IS HEREBY ORDERED that the Unopposed Joint Motion is granted and the dispositive motions deadline in the *Wright* bellwether case be and hereby is extended until Monday, February 1, 2010.

DONE AND SIGNED, this ____ day of January 2010.

_____
UNITED STATES DISTRICT JUDGE