OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

                                Date:   January 21, 2010

                                In re: FEMA Trailer Litigation
                                No. 07-1873, as relates to

                                Rodney Roman, et al
                                          vs.
                                Crum & Forster Specialty Insurance Co, et al

                                Case No. 09-7773

Dear Sir:

    Please **(issue)** summons on the **(complaint)** to the following:

1. FEMA, through Craig Fugate, Director, 500 C Street SW Washington DC 20472
2. United States of America Department of Justice, through Eric Holder, U.S. Attorney, 950 Pennsylvania Ave NW Washington DC 20530-0001
3. United States of America through James Letten, U.S. Attorney for the Eastern District of LA, 500 Poydras St., Suite B1210, New Orleans, LA 70130.
4. Crum & Forster Specialty Insurance Company, through The Louisiana Secretary of State, Legal Services Section, P. O. Box 94125, Baton Rouge, LA 70804-9125
5. Sentry Insurance A Mutual Company, through The Louisiana Secretary of State, Legal Services Section, P. O. Box 94125, Baton Rouge, LA 70804-9125.

                                Very truly yours,

                                _____
                                JUSTIN I. WOODS
                                GAINSBURGH, BENJAMIN, DAVID,
                                MEUNIER & WARSHAUER, L.L.C.
                                2800 Energy Centre, 1100 Poydras St.
                                New Orleans, LA 70163-2800
                                (504) 522-2304
                                Attorney for Plaintiff