```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: ___January 21, 2010_____

___LINDA MITCHELL, ET AL.___

vs.

___FOREST RIVER, INC___

Case No. _09-7705_  Section  N MAG 5

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) ___FOREST RIVER, INC._____
   (address) _228 W. High St., Elkhart, IN 46516_____
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

___//Lawrence J. Centola, Jr.___
"Signature"

Attorney for  _Hurricane Legal_ Center, LLC

Address  _600 Poydras St. #602_

I certify that all parties have been matched.

# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LINDA MITCHELL, ET AL.<br>Plaintiff<br>v.<br>FOREST RIVER, INC.<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. **09-7705**

**SECT. N MAG. 5**

## Summons in a Civil Action

To: *(Defendant's name and address)*

Forest River, Inc.
Through its registered agent for service:
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

_____
Deputy clerk's signature

Date: _____

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)