AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Alice Carter <br><br> *Plaintiff* <br><br> v. <br><br> Liberty Mutual Insurance Corp., et al <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 09-7762 Sec. N Mag. 5 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Liberty Mutual Insurance Company
Through its Registered Agent for Service
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Cherie Bourgeois
Deputy clerk's signature

Date: Jan 11 2010

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 71791000164500134513 | A. Signature X *Ashley Pat* ☐ Agent ☐ Addressee <br> B. Received by (Printed Name) ASHLEY FALCON   C. Date of Delivery 1/13/10 |
| 1. Article Addressed to: <br><br> Liberty Mutual Insurance Company <br> Through its Registered Agent for Service <br> Corporation Service Company <br> 320 Somerulos St. <br> Baton Rouge, LA 70802 | D. Is delivery address different from item 1? ☐ Yes  ☐ No <br> If YES enter delivery address below: <br><br> 3. Service Type  ☒ Certified <br> 4. Restricted Delivery? (Extra Fee)  ☐ Yes |

Code: Alice Carter
Code2: JIW
File: 07-5980

PS Form 3811      Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163