UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| | * | |
| | * | |
| | * | JUDGE: ENGELHARDT |
| | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONSENT MOTION TO EXTEND DEADLINES
FOR RESPONSIVE PLEADINGS**

COME NOW Movants Fleetwood Enterprises, Inc. ("Fleetwood") and the Plaintiffs' Steering Committee ("PSC") and hereby request to indefinitely extend deadlines to file responsive pleadings.  Given the nature of the pending global settlement agreement and under the terms of this Consent Motion, Fleetwood and PSC agree that Fleetwood and its insurers are allowed an indefinite extension of time for which to file responsive pleadings to an original or supplemental complaint.  Further, the parties agree that plaintiffs and/or related claimants are precluded from instituting any default action against Fleetwood or any of its liability insurers, including but not limited to Gibraltar Insurance Company, Ltd., Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company and/or American International Group, Inc.), Chartis Select Insurance Company ("Chartis Select" f./k/a/ Starr Excess Liability Insurance Company, Ltd.) and any and all other Fleetwood insurers and alleged insurers, including but not limited to American International Group, Inc..

For the foregoing reasons, the parties respectfully request that this Court grant an indefinite extension of time for Fleetwood and its insurers to file responsive pleadings to any original or amended complaint and to preclude plaintiffs from instituting any default action against Fleetwood and its insurers.

This 21st day of January, 2010.

Respectfully submitted:

**LEAKE & ANDERSSON, L.L.P.**

*/s/Amanda W. Vonderhaar*
JERRY L. SAPORITO #11717
AMANDA W. VONDERHAAR #31350
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
Telephone:     (504) 585-7500
Facsimile:     (504) 585- 7775
jsaporito@leakeandersson.com
avonderhaar@leakeandersson.com
*Counsel for Defendant Fleetwood Enterprises, Inc.*

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

*/s/Gerald E. Meunier*
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     (504) 522-2304
Facsimile:     (504) 528-9973
gmeunier@gainsben.com
jwoods@gainsben.com
*Counsel for Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

| | | | |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| (X) | CM/ECF | ( ) | E-Mail |

This 21st day of January, 2010.

*/s/ Amanda W. Vonderhaar*
AMANDA W. VONDERHAAR