UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| | * | |
| | * | |
| | * | JUDGE: ENGELHARDT |
| | * | |
| | * | |
| | * | |
| | * | MAG: CHASEZ |

*************************************************************************

## ORDER

Considering Fleetwood Enterprises, Inc. and Plaintiffs' Steering Committee's Consent Motion to Extend Deadlines for Responsive Pleadings,

**IT IS HEREBY ORDERED** that the Consent Motion to Extend Deadlines for Responsive Pleadings is granted to allow Fleetwood and its insurers an indefinite extension of time for which to file responsive pleadings to an original or supplemental complaint.

**IT IS FURTHER ORDERED** that plaintiffs and/or related claimants are precluded from instituting any default action against Fleetwood or any of its liability insurers, including but not limited to Gibraltar Insurance Company, Ltd., Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company and/or American International Group, Inc.), Chartis Select Insurance Company ("Chartis Select" f./k/a/ Starr Excess Liability Insurance Company, Ltd.) and any and all other Fleetwood insurers and alleged insurers, including but not limited to American

International Group, Inc.

DONE AND SIGNED this _____ day of _____, 2010.

_____

KURT D. ENGLEHARDT
UNITED STATES DISTRICT JUDGE