IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JUANITA AKIMIN** | * | **DOCKET NO. 09-4880** |
| together with all individuals and entities | * | |
| whose names appear on the attached | * | |
| "Exhibit A" | * | **SECTION "N" (KDE)** |
| | * | |
| | * | |
| versus | * | **MAGISTRATE "5" ALC** |
| | * | |
| | * | |
| **GULFSTREAM COACH, CH2HMILL** | * | |
| **CONSTRUCTORS, FLUOR ENTERPRISES,** | * | |
| **INC., SHAW ENVIRONMENTAL, INC.** | * | |
| and United States of America through | * | |
| The Federal Emergency Management Agency | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFFS FIRST AMENDED COMPLAINT**

Now into Court through undersigned counsel come Plaintiffs and pursuant to the F.R.C.P. (15) (a) (1) (A), amends the original complaint filed herein in the following particulars:

I.  Made additional parties herein are those individuals listed on the attached Exhibit "A" all persons are of the full age of majority and citizens of the State of Louisiana.

II. Plaintiffs adopt herein as if copied in extenso all the allegations of the original complaint.

Wherefore, plaintiffs pray that the defendant/insurer be cited and served, and after due proceedings be had there be judgment in their favor and against all defendants as more fully set forth in the original complaint herein.

*Respectfully Submitted,*

*JIM S. HALL & ASSOCIATES, LLC*

*s/ Jim S. Hall*

*JIM S. HALL (#21644)*
*JOSEPH W. RAUSCH (#11394)*
*800 N. CAUSEWAY BLVD., STE. 100*
*METAIRIE, LOUISIANA 70001*
*PHONE NUMBER: (504-832-3000)*
*FAX NUMBER: (504-832-1799)*

EXHIBIT "A"

Francois Allen

Morel Allen

Xavion Anderson

Jonas Austin, Jr.

Carolyn Bienemy

Bernard Cargo

Lester Cook

Malinda Kennedy Cook

Anthony R. Declouet

Destiny Foster

LOuvenia Fourcher

Tyrone Fourcher

Bless Harris

Unique Harris

Jenna Hill

Jamar Hill, Jr.

Harold Jones, Jr.

Paulette Lee obo Raymond Berry

Beverly Mason

Unique Mason

Zantoine McCrary

Hannah Mulholland

Frenchel Pannell

Cody Porter

Collin Porter

Andrea Price

Paul Price

Tracy Red

Lyndon Red, Sr.

Amari Scio

Darielle Scio

Amarion Smith

Eli Smothers

Geraldine Starks

Robert Starks

Sterling Williams

James Whittington

Matthew Whittington

Ethan Williams, Sr.

Leslie Woodcox

Robyn Offray

Rose Offray

Faith Price

Joshua Price

Carmella Selestan

Dwana Selestan

Wayne Thomas, Jr.

Janet Handy

Mary Jones

Chelsi Mallet