IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEAVELL JAMES together with all individuals and entities whose names appear on the attached "Exhibit A" | * * * * * * | DOCKET NO. 09-4643 SECTION "N" (KDE) |
| versus | * * | MAGISTRATE "5" ALC |
| CROSSROADS RV, INC., CH2MHILL CONSTRUCTORS INC., SHAW ENVIRONMENTAL, INC., FLUOR ENTERPRISES, INC.  AND The United States of America through The Federal Emergency Management Agency | * * * * * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFFS FIRST AMENDED COMPLAINT**

Now into Court through undersigned counsel come Plaintiffs and pursuant to the F.R.C.P. (15) (a) (1) (A), amends the original complaint filed herein in the following particulars:

I. Made additional parties herein are those individuals listed on the attached Exhibit "A" all persons are of the full age of majority and citizens of the State of Louisiana.

II. Plaintiffs adopt herein as if copied in extenso all the allegations of the original complaint.

Wherefore, plaintiffs pray that the defendant/insurer be cited and served, and after due proceedings be had there be judgment in their favor and against all defendants as more fully set forth in the original complaint herein.

*Respectfully Submitted,*

*JIM S. HALL & ASSOCIATES, LLC*

*s/ Jim S. Hall*
*JIM S. HALL (#21644)*
*JOSEPH W. RAUSCH (#11394)*
*800 N. CAUSEWAY BLVD., STE. 100*
*METAIRIE, LOUISIANA 70001*
*PHONE NUMBER: (504-832-3000)*
*FAX NUMBER: (504-832-1799)*

EXHIBIT "A"

Max Johnson

Trina Johnson

Briana Moses

Bryan Moses

Crystal Magee

Kelvin Magee

Kia Magee

Pamela Magee

Roshonda Magee

Sanaia Magee

Jerzi Reed