IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DWIGHT ANDREWS** | * | **DOCKET NO. 09-4867** |
| together with all individuals and entities | * | |
| whose names appear on the attached | * | |
| "Exhibit A" | * | **SECTION "N" (KDE)** |
| | * | |
| | * | |
| versus | * | **MAGISTRATE "5" ALC** |
| | * | |
| | * | |
| **GULFSTREAM COACH, INC., SHAW** | * | |
| **ENVIRONMENTAL, INC. and United** | * | |
| **States of America through** | * | |
| **The Federal Emergency Management Agency** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS FIRST AMENDED COMPLAINT**

Now into Court through undersigned counsel come Plaintiffs and pursuant to the F.R.C.P. (15) (a) (1) (A), amends the original complaint filed herein in the following particulars:

I.  Made additional parties herein are those individuals listed on the attached Exhibit "A" all persons are of the full age of majority and citizens of the State of Louisiana.

II. Plaintiffs adopt herein as if copied in extenso all the allegations of the original complaint.

Wherefore, plaintiffs pray that the defendant/insurer be cited and served, and after due proceedings be had there be judgment in their favor and against all defendants as more fully set forth in the original complaint herein.

*Respectfully Submitted,*

***JIM S. HALL & ASSOCIATES, LLC***

*s/ Jim S. Hall*

***JIM S. HALL (#21644)***
***JOSEPH W. RAUSCH (#11394)***
***800 N. CAUSEWAY BLVD., STE. 100***
***METAIRIE, LOUISIANA 70001***
***PHONE NUMBER: (504-832-3000)***
***FAX NUMBER: (504-832-1799)***

EXHIBIT "A"

Dianne Alexander

Clayton Alexis

D'Juan Boudreaux

Geneva Bradley

Carey Brown

Nathaniel Carpenter

Tamara Carpenter

Charles Causey

Calvin Chapman, Jr.

Maxine Glover

Albert Glover, Jr.

Linda Hollis

Nesham Johnson

Loretta Brooks

Stephanie MArcelin

Bobby McClendon

Angela McKnight obo Enjolie McKnight

Regina Ann Moran

Rodney Palao, Jr.

Brittney Rhea

Joanne Rhea

Kaja Rhea

Debbie Roberts

Elroy Roberts

Sheryan Roberts

Shirley Roberts

Torey E. Roberts

Patricia Sanders

Reginald Smith

Savannah Stone

Alyssa Thomas

Bernice Thomas

Duane Thomas

Wayne Thomas, Sr.

Cheryl Washington