## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRUCE ELMANSURA** | * | **DOCKET NO.  09-4869** |
| **together with all individuals and entities** | * | |
| **whose names appear on the attached** | * | |
| **"Exhibit A"** | * | **SECTION "N" (KDE)** |
| | * | |
| | * | |
| **versus** | * | **MAGISTRATE "5" ALC** |
| | * | |
| **FLEETWOOD ENTERPRISES INC.,** | * | |
| **FLEETWOOD HOMES OF NORTH** | * | |
| **CAROLINA, INC., AMERICAN** | * | |
| **INTERNATIONAL  SPECIALTY LINE** | * | |
| **INSURANCE COMPANY, GIBRALTAR** | * | |
| **INSURANCE COMPANY, SHAW** | * | |
| **ENVIRONMENTAL INC.** | * | |
| **and United States of America through** | * | |
| **The Federal Emergency Management Agency** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PLAINTIFFS SECOND AMENDED COMPLAINT

Now into Court through undersigned counsel come Plaintiffs and pursuant to the F.R.C.P.

(15) (a) (1) (A), amends the original complaint filed herein in the following particulars:

I.     Made additional parties herein are those individuals listed on the attached Exhibit

"A" all persons are of the full age of majority and citizens of the State of

Louisiana.

II.     Plaintiffs adopt herein as if copied in extenso all the allegations of the original

complaint.

Wherefore, plaintiffs pray that the defendant/insurer be cited and served, and after due proceedings be had there be judgment in their favor and against all defendants as more fully set forth in the original complaint herein.

Respectfully Submitted,

**JIM S. HALL & ASSOCIATES, LLC**

**s/ Jim S. Hall**
**JIM S. HALL (#21644)**
**JOSEPH W. RAUSCH (#11394)**
**800 N. CAUSEWAY BLVD., STE. 100**
**METAIRIE, LOUISIANA 70001**
**PHONE NUMBER: (504-832-3000)**
**FAX NUMBER: (504-832-1799)**

2

EXHIBIT "A"

Khadija El Mansura

Khadija El Mansura obo Pia Dimitri

Sa'de Brown

Albert Davis

Merita Delliole

Akhenaton El Mansura

Kaycell El Mansura

Ashton Irving

Arthur Lee, II

Renelle Love

Nichic Morgan

Diamond Lewis