IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GENEVA THOMAS** * | **DOCKET NO. 09-4631** |
| together with all individuals and entities * | |
| whose names appear on the attached * | |
| **"Exhibit A"** * | **SECTION "N" (KDE)** |
| * | |
| * | |
| **versus** * | **MAGISTRATE "5" ALC** |
| * | |
| **GULFSTREAM COACH, INC., FLUOR** * | |
| **ENTERPRISES, INC. and United** * | |
| **States of America through** * | |
| **The Federal Emergency Management Agency** * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PLAINTIFFS FIRST AMENDED COMPLAINT

Now into Court through undersigned counsel come Plaintiffs and pursuant to the F.R.C.P. (15) (a) (1) (A), amends the original complaint filed herein in the following particulars:

I.  Made additional parties herein are those individuals listed on the attached Exhibit "A" all persons are of the full age of majority and citizens of the State of Louisiana.

II. Plaintiffs adopt herein as if copied in extenso all the allegations of the original complaint.

Wherefore, plaintiffs pray that the defendant/insurer be cited and served, and after due proceedings be had there be judgment in their favor and against all defendants as more fully set forth in the original complaint herein.

*Respectfully Submitted,*

***JIM S. HALL & ASSOCIATES, LLC***

*s/ Jim S. Hall*

***JIM S. HALL (#21644)***
***JOSEPH W. RAUSCH (#11394)***
***800 N. CAUSEWAY BLVD., STE. 100***
***METAIRIE, LOUISIANA 70001***
***PHONE NUMBER: (504-832-3000)***
***FAX NUMBER: (504-832-1799)***

EXHIBIT "A"

Chance Atkins

Hilton Augustine

Tracy Brock

Helen Corley

Yasmin Curtis

Michael Denham

Michelle Denham

Christian Favorite

Erica Forchia

Eric Forchia, Jr.

JAdon Hill

Deja Hudson

Brenda Lear

Cobe Porter

Paul Price

Barbara Ramson

Christian Ramson

Robert Ramson

Nicholas Ricardo

Inell S. Roberts

Leonard Temple

Freddie Thomas, Jr.

Bryan Washington

Daniel Williams

Ryian Francois

Anthony Gaines

Velez White

Josie Williams