IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CURTIS AUGUST** * | **DOCKET NO. 09-4527** |
| together with all individuals and entities * | |
| whose names appear on the attached * | |
| **"Exhibit A"** * | **SECTION "N" (KDE)** |
| * | |
| * | |
| versus * | **MAGISTRATE "5" ALC** |
| * | |
| **FLEETWOOD ENTERPRISES INC.,** * | |
| **FLEETWOOD HOMES OF NORTH** * | |
| **CAROLINA, INC., AMERICAN** * | |
| **INTERNATIONAL SPECIALTY LINE** * | |
| **INSURANCE COMPANY, GIBRALTAR** * | |
| **INSURANCE COMPANY, FLUOR** * | |
| **ENTERPRISES and United States of America** * | |
| **through The Federal Emergency Management** * | |
| **Agency** * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PLAINTIFFS FIRST AMENDED COMPLAINT

Now into Court through undersigned counsel come Plaintiffs and pursuant to the F.R.C.P. (15) (a) (1) (A), amends the original complaint filed herein in the following particulars:

I. Made additional parties herein are those individuals listed on the attached Exhibit "A" all persons are of the full age of majority and citizens of the State of Louisiana.

II. Plaintiffs adopt herein as if copied in extenso all the allegations of the original complaint.

Wherefore, plaintiffs pray that the defendant/insurer be cited and served, and after due proceedings be had there be judgment in their favor and against all defendants as more fully set forth in the original complaint herein.

*Respectfully Submitted,*

**JIM S. HALL & ASSOCIATES, LLC**

*s/ Jim S. Hall*
*JIM S. HALL (#21644)*
*JOSEPH W. RAUSCH (#11394)*
*800 N. CAUSEWAY BLVD., STE. 100*
*METAIRIE, LOUISIANA 70001*
*PHONE NUMBER: (504-832-3000)*
*FAX NUMBER: (504-832-1799)*

EXHIBIT "A"

Arthur Augusta

Henry Harleaux, Sr.

Theresa Harleaux

Roland Harleaux

Henry Harleaux, III

Henry Harleaux, Jr.

Yolanda Augusta-Myles

Edna Sandifer

Frankie Daggs

Teena Daggs obo Vernon Mangum

Tenna Daggs obo Vernell Mangum

3