```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date:   January 22, 2010

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Gladys Dukes, et al
           vs.
Forest River, Inc.,, et al

Case No. 09-5999

Dear Sir:

    Please **(issue)** summons on the **(complaint)** to the following:

1. FEMA, through Craig Fugate, Director, 500 C Street SW Washington DC 20472

2. United States of America Department of Justice, through Eric Holder, U.S. Attorney, 950 Pennsylvania Ave NW Washington DC 20530-0001

3. United States of America through James Letten, U.S. Attorney for the Eastern District of LA, 500 Poydras St., Suite B1210, New Orleans, LA 70130

4. Forest River, Inc., through its Agent for Service of Process, J. Richard Ransel, 228 W. High St., Elkhart, IN 46516.

                Very truly yours,

                *[signature]*
                JUSTIN I. WOODS
                GAINSBURGH, BENJAMIN, DAVID,
                MEUNIER & WARSHAUER, L.L.C.
                2800 Energy Centre, 1100 Poydras St.
                New Orleans, LA 70163-2800
                (504) 522-2304
                Attorney for Plaintiff