**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | § § § § | **MDL NO. 1873** <br> **SECTION "N-5"** <br> **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | § § | |
| *Casey Brown, et al* <br> *v. Gulf Stream Coach, Inc., et al* <br> **Civil Action No. 09-7075** | § § § | **MAG. JUDGE CHASEZ** |

**ORDER ON PLAINTIFF SAMMIE ALOMBRO'S NOTICE OF**
**VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff SAMMIE ALOMBRO'S Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 21st day of January, 2010.

_____
HONORABLE KURT ENGELHARDT