UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER　　　　　　　　　　MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION　　　　　　　　　　SECTION N(5)

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:
*Lyndon Wright v. Forest River, Inc., et al.*　　MAGISTRATE CHASEZ
No. 09-2977 (E.D. La.)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING the Unopposed Joint Motion to Extend Deadline filed by plaintiff, Lyndon T. Wright, and defendants, Forest River, Inc., The United States of America, and Shaw Environmental, Inc.,

IT IS HEREBY ORDERED that the Unopposed Joint Motion is granted and the dispositive motions deadline in the *Wright* bellwether case be and hereby is extended until Monday, February 1, 2010.

DONE AND SIGNED, this 22nd day of January 2010.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE