UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABLIITY LITIGATION | * | |
| | * | Section: "N-5" |
| This Document Relates to: | * | |
| *Barbara Anderson, et al v. Forest* | * | JUDGE ENGELHARDT |
| *River, Inc., et al, No.  09-3617* | * | MAG. JUDGE CHASEZ |

**************************************************************************

## NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes the Named Plaintiffs who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismiss Forest River, Inc., Shaw Environmental, Inc., and the United States of America as defendants in the above-captioned matter as this instant suit is duplicative of *Anderson, et al v. Forest River, Inc., et al*, 09-6173 (E.D.La. 2009). Both cases involve the same parties and the same substantive allegations.

Accordingly, the Named Plaintiffs seek to voluntary dismiss the above-captioned matter, while reserving all rights and allegations asserted in *Anderson, et al v. Forest River, Inc., et al*, 09-6173 (E.D.La. 2009).

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, LLC**

BY:   /s/ Justin I. Woods
         GERALD E. MEUNIER, #9471
         JUSTIN I. WOODS, #24713
         2800 Energy Centre, 1100 Poydras Street

> New Orleans, Louisiana 70163
> Telephone: 504/522-2304
> Facsimile: 504/528-9973
> gmeunier@gainsben.com
> jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

> /s/ Justin I. Woods
> JUSTIN I. WOODS, #24713