UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N - 5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *THELDA HART, ET AL v.* | * | |
| *CRUM & FORSTER SPECIALTY* | * | MAG. JUDGE CHASEZ |
| *INSURANCE CO., NO. 09-4972* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes the Named Plaintiffs who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismiss Crum & Forster Specialty Insurance Co., Sentry Insurance Agency, Inc., and Fluor Enterprises, Inc., as defendants in the above-captioned matter as this instant suit is duplicative of *Hart, et al v. Crum & Forster Specialty Insurance Co., et al*, 09-4999 (E.D.La. 2009). Both cases involve the same parties and the same substantive allegations.

Accordingly, the Named Plaintiffs seek to voluntary dismiss the above-captioned matter, while reserving all rights and allegations asserted in *Hart, et al v. Crum & Forster Specialty Insurance Co., et al*, 09-4972 (E.D.La. 2009).

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY: /s/ Justin I. Woods
      GERALD E. MEUNIER, #9471
      JUSTIN I. WOODS, #24713

**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

  /s/ Justin I. Woods
JUSTIN I. WOODS #24713