UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N--5" |
| This Document Relates to: | * | |
| *Michael Guimbellot, et al* | * | JUDGE ENGELHARDT |
| *v. Jayco Enterprises, Inc., et al* | * | |
| Case No.  09-4990 | * | MAG. JUDGE CHASEZ |

**********************************************************************

## NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes the Named Plaintiffs who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismiss Jayco Enterprises, Inc., CH2M Hill Constructors, Inc., and the United States of America as defendants in the above-captioned matter as this instant suit is duplicative of *Guimbellot, et al v. Jayco Enterprises, Inc., et al*, 09-5229 (E.D.La. 2009). Both cases involve the same parties and the same substantive allegations.

Accordingly, the Named Plaintiffs seek to voluntary dismiss the above-captioned matter, while reserving all rights and allegations asserted in *Guimbellot, et al v. Jayco Enterprises, Inc., et al*, 09-5229 (E.D.La. 2009).

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, LLC**

BY:   /s/ Justin I. Woods
         GERALD E. MEUNIER, #9471
         JUSTIN I. WOODS, #24713

2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713