OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

                Date:   January 22, 2010

                In re: FEMA Trailer Litigation
                No. 07-1873, as relates to

                Brenda Caston, et al
                          vs.
                Recreation by Design, et al

                Case No. 09-5894

Dear Sir:

    Please **(issue)** summons on the **(complaint)** to the following:

1. Recreation by Design, through its Agent for Service of Process, Randall K. Rush, 21746 Buckingham Rd., Elkhart, IN 46516.

                Very truly yours,

                */s/ Justin I. Woods*
                JUSTIN I. WOODS
                GAINSBURGH, BENJAMIN, DAVID,
                MEUNIER & WARSHAUER, L.L.C.
                2800 Energy Centre, 1100 Poydras St.
                New Orleans, LA 70163-2800
                (504) 522-2304
                Attorney for Plaintiff