AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GLENDA MASSEY, ET AL.<br>Plaintiff<br>v.<br>AMERICAN HOMES INC, ET AL.<br>Defendant | ) EDLA 09-6884<br>)<br>) Civil Action No. 6:09-CV-01312-RTH-MEM<br>)<br>) |

### Summons in a Civil Action

To: **Morgan Building Systems Inc (Defendant)**

A lawsuit has been filed against you.

Within the time required by law*, normally 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Gerald Edward Meunier
    Gainsburgh Benjamin et al (NO)
    1100 Poydras St Ste 2800
    New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**TONY R. MOORE**
CLERK

/s/ – Tony R. Moore

ISSUED ON 2009-08-13 14:56:02.0, Clerk USDC WDLA

*(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X CT Corporation System  ☐ Agent<br>   5615 Corporate B...  ☐ Addressee<br>B. Received by (Printed Name)  Suite 400B   C. Date of Delivery<br>   Baton Rouge, LA 708...  9-4-09<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br>Morgan Building Systems<br>Thru its AGENT for service<br>CT Corporation System<br>5615 Corporate Blvd.<br>Suite 400B<br>Baton Rouge, LA 70808 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 1680 0001 8688 7805 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

UNITED STATES POSTAL SERVICE
BATON ROUGE LA 702
22 SEP 2009 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre—1100 Poydras
New Orleans, La. 70163-2800

09-1312  GLENDA MASSEY

210