UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1873 |
| | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: ALL CASES | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS STEERING COMMITTEE'S NOMINESS FOR**
**<u>SECOND GULF STREAM BELLWETHER TRIAL NOMINEES</u>**

The Plaintiffs Steering Committee ("PSC") respectfully submits its nominees for a second bellwether trial involving Gulf Stream:

| Name | VIN | Year of Manufacture | Test Result/Test date[1] | Testing Service | PFS-First report of symptoms | Form 95 submitted |
|---|---|---|---|---|---|---|
| Albert Polite, Sr. | 1NL1GTR2X61D43344 | 2006 | 0.086 3/19/08 | W.D. Scott | June 2006 | 03/14/08 |
| Mary Polite | 1NL1GTR2X61D43344 | 2006 | 0.086 3/19/08 | W.D. Scott | August 2006 | 03/14/08 |
| Alneisha Polite | 1NL1GTR2X61D43344 | 2006 | 0.086 3/19/08 | W.D. Scott | June 2006 | 03/14/08 |

[1] Test results are from the PSC's testing database. The PSC understands that Gulf Stream may have different numbers in their database.

| Burnell Cotlon | INLIGTRZX61068583 | 2006 | .13 / 3/19/2008 | W.D. Scott | Late 2006 | 05/8/08 |
|---|---|---|---|---|---|---|
| Mable Esteen | 1NL1GTR2X61047183 | 2006 | .17 / 2/28/2008 | TES | May 2006 | 02/18/2008 |
| Denice Galbreth | 1NL1GTR2661018070 | 2006 | .12 / 8/28/2008 | W.D. Scott | December 2007 | 02/18/08 |
| Denice Galbreth obo Roland Brumfield | 1NL1GTR2661018070 | 2006 | .12 / 8/28/2008 | W.D. Scott | December 2007 | 02/18/08 |
| Patricia Mattio | 1NL1GTR2961042766 | 2006 | .21 / 11/15/2007 | TES | 2006 | 02/18/2008 |
| Easton Charles Jr. | 1NL1VTR2661084883 | 2006 | .14 / 1/30/08 | W.D. Scott | April 2006 | 02/18/2008 |
| Tawana Batiste o.b.o. Tre Deggs, a minor | 1NL1GTR296100243 | 2006 | .078 / 5/23/2008 | W.D. Scott | February 2008 | 08/18/08 |
| Tawana Batiste | 1NL1GTR296100243 | 2006 | .078 / 5/23/2008 | W.D. Scott | February 2008 | 08/18/08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| o.b.o. Troy Deggs, a minor | | | | | | |
| Tawana Batiste o.b.o. Trenton Grow, a minor | 1NL1GTR296100243 | 2006 | .078 / 5/23/2008 | W.D. Scott | February 2008 | 08/18/08 |
| Malita Martin o.b.o. Dondrell Cage | 1NL1GTR2661018439 | 2006 | .12 / 03/20/2008 | W.D. Scott | August 2006 | 02/19/2008 |
| Malita Martin o.b.o. Malon Magee | 1NL1GTR2661018439 | 2006 | .12 / 03/20/2008 | W.D. Scott | August 2006 | 02/19/2008 |
| Emily Miller | 1NL1GTR2161027789 | 2006 | .21 11/30/2007 | TES | May 2006 | 04/2008 |
| Deborah Harris | INLIGTR2261045931 | 2006 | .074 12//03/2007 | TES | November 2006 | 09/22/2008 |
| Mary | 1NL1GTR2061047144 | 2006 | .15 | W.D. | October | 06/02/2008 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jane Alexander | | | 09/26/2008 | Scott | 2006 | |
| Beverly Batiste | 1NL1GTR296100243 | 2006 | .078 05/23/2008 | W.D. Scott | 2006 | 06/05/08 |

The PSC has objected to several of Gulf Stream's nominees because the nominees appear to have issues with the timeliness of their submission of a Form 95 claim from to FEMA. FEMA has advised the Court that it does not consider this to be a disqualifying condition. Gulf Stream has not yet taken a position on this.

If the Court finds that those plaintiffs who have timing issues with respect to their Form 95 are not automatically disqualified as serving as a second bellwether trial plaintiff, then the PSC nominates the following, who are otherwise appropriate candidates.

| **Name** | **VIN** | **Year of Manufacture** | **Test Result/test date** | **Testing Service** | **PFS-First report of symptoms** | **Form 95 submitted** |
|---|---|---|---|---|---|---|
| Troy Esteen | 1NL1GTR2561068474 | 2006 | .17 / 2/28/2008 | TES | Jan 2006 | 02/18/2008 |
| William Pollard | 1NL1VTR2061044315 | 2006 | .17 / 5/10/2008 | W.D. Scott | March 2006 | 10/18/2008 |
| Brenda Pollard | 1NL1VTR2061044315 | 2006 | .17 / 5/10/2008 | W.D. Scott | March 2006 | 10/18/2008 |
| Eddie | 1NL1GTR2X61038810 | 2006 | .078 / | W.D. | June 2006 | 04/23/2009 |

| | | | | | | |
|---|---|---|---|---|---|---|
| King, Jr. | | | 01/09/09 | Scott | | |
| Gerry McKey o.b.o. Halle McKey | 1NL1GTR2461037930 | 2006 | .16 / 05/01/2008 | W.D. Scott | April 2006 | 05/15/2008 |
| Cynthia Davis | 1NL1VTR286104421 | 2006 | .18 08/13/2007 | TES | November 2006 | 02/21/2009 |
| Salvatricia Ragusa | 1NL1GTR2761046637 | 2006 | .093 08/28/2008 | W.D. Scott | March 2006 | 05/05/2008 |

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record in accordance with the Federal Rules of Civil Procedure on January 22, 2010.

__s/Anthony G. Buzbee_________________
Anthony G. Buzbee