UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1873 |
| | | SECTION N (5) |
| VERSUS | * | JUDGE: ENGELHARDT |
| This Document Relates to: *GREEN, ET AL. vs. FLEETWOOD, ET AL. 08-1107* | * | MAGISTRATE: CHASEZ |

**************************************************************************

## MOTION TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes the Green Plaintiffs who respectfully request that a leave of court be granted to file a Second Supplemental and Amending Complaint.

**WHEREFORE,** for the reasons set forth in this motion and attached memorandum, the Plaintiffs, respectfully request this Honorable Court grant a leave of court to file Plaintiffs' Second Supplemental and Amending Complaint

Respectfully submitted:

/s/ Jermaine D. Williams
Jermaine D. Williams (#25937)
718 South Buchanan Street, Suite A
Lafayette, Louisiana 70501
Phone: (337) 235-3989
Fax:    (337) 235-0130

## **Certificate of Service**

      I hereby certify that a true and correct copy of the foregoing has been sent to all counsel of record via the Court's electronic filing system.


                                                        /s/ Jermaine D. Williams
                                                          Jermaine D. Williams