# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * | **MDL NO. 1873** |
| | | **SECTION N (5)** |
| **VERSUS** | * | **JUDGE: ENGELHARDT** |
| **This Document Relates to:** *GREEN, ET AL. vs. FLEETWOOD, ET AL. 08-1107* | * | **MAGISTRATE: CHASEZ** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion;

**IT IS ORDERED,** that the Green Plaintiffs' Motion to File Second Supplemental and Amending Complaint be and is hereby GRANTED.

**THUS DONE AND SIGNED** at New Orleans, Louisiana on this ___ day of _____ 2010.

_____
DISTRICT JUDGE