**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 07-1873**<br><br>**SECTION "N" (5)**<br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES ("Alabama Plaintiffs")** | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES' MOTION TO DISMISS THE FTCA CLAIMS OF ALL "ALABAMA PLAINTIFFS" FOR LACK OF SUBJECT-MATTER JURISDICTION BASED UPON NO ANALOGOUS PRIVATE LIABILITY**

Defendant, the United States of America, hereby moves, pursuant to Rules 12(b)(1) and 12(h)(3) of the Federal Rules of Civil Procedure, or, in the alternative, pursuant to Rule 56, to dismiss the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §1346(b)(1), 2671-80, claims of all "Alabama Plaintiffs" for lack of subject-matter jurisdiction based upon no analogous private liability. As shown through the Memorandum, Statement of Facts, and Exhibits filed herewith, the Court lacks subject-matter jurisdiction over the FTCA claims of all "Alabama Plaintiffs" because there would be no analogous private liability in like circumstances under Alabama law. *See* Ala. Code § 31-9-17. Accordingly, the Court, pursuant to 28 U.S.C. §§ 1346(b) and 2674, should dismiss all of "Alabama Plaintiffs'" remaining FTCA claims against the United States.

Dated:  January 24, 2010                                  Respectfully Submitted,

TONY WEST                                                             HENRY T. MILLER
Assistant Attorney General, Civil Division        ADAM BAIN
                                                                                  Senior Trial Counsel
J. PATRICK GLYNN
Director, Civil Division, Torts Branch                MICHELLE BOYLE
                                                                                  MICHELE GREIF
DAVID S. FISHBACK                                            JONATHAN WALDRON
Assistant Director                                                Trial Attorneys

| | |
|---|---|
| OF COUNSEL: | *s/ Adam M. Dinnell* |
| | ADAM M. DINNELL (TX No. 24055405) |
| JORDAN FRIED | Trial Attorney |
| Associate Chief Counsel | United States Department of Justice |
| FEMA/DHS | Civil Division, Torts Branch |
| | P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAMS-JONES | Washington, D.C. 20004 |
| Senior Trial Attorney | Telephone: (202) 616-4211 |
| FEMA/DHS | Adam.Dinnell@usdoj.gov |

Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*s/ Adam M. Dinnell*
ADAM M. DINNELL (TX No. 24055405)

2