

# Alabama Disaster History

- 
  Major Disaster Declarations
- Emergency Declarations
- Fire Management Assistance Declarations

## Major Disaster Declarations

| Year | Date | Disaster Types | Active | Disaster Number |
|---|---|---|---|---|
| 2009 | 12/31 | Severe Storms and Flooding | ▣ | 1870 |
| 2009 | 12/22 | Tropical Storm Ida | ▣ | 1866 |
| 2009 | 06/03 | Severe Storms, Tornadoes, Flooding, and Straight-line Winds | ☐ | 1842 |
| 2009 | 05/08 | Severe Storms, Flooding, Tornadoes, and Straight-line Winds | ☐ | 1836 |
| 2009 | 04/28 | Severe Storms, Flooding, Tornadoes, and Straight-line Winds | ☐ | 1835 |
| 2008 | 09/26 | Severe Storms and Flooding associated with Hurricane Ike | ☐ | 1797 |
| 2008 | 09/10 | Hurricane Gustav | ☐ | 1789 |
| 2007 | 03/03 | Severe Storms and Tornadoes | ☐ | 1687 |
| 2005 | 08/29 | Hurricane Katrina | ▣ | 1605 |
| 2005 | 07/10 | Hurricane Dennis | ☐ | 1593 |
| 2004 | 09/15 | Hurricane Ivan | ☐ | 1549 |
| 2003 | 05/12 | Severe Storms, Tornadoes and Flooding | ☐ | 1466 |
| 2002 | 11/14 | Severe Storms and Tornadoes | ☐ | 1442 |
| 2002 | 10/09 | Tropical Storm Isidore | ☐ | 1438 |
| 2001 | 12/07 | Severe Storms and Tornadoes | ☐ | 1399 |
| 2001 | 03/05 | Severe Storms & Flooding | ☐ | 1362 |
| 2000 | 12/18 | Tornadoes | ☐ | 1352 |
| 2000 | 03/17 | Severe Storms And Flooding | ☐ | 1322 |
| 2000 | 02/18 | Winter Storm | ☐ | 1317 |
| 1999 | 01/15 | Freezing Rain and Ice Storm | ☐ | 1261 |
| 1998 | 09/30 | Hurricane Georges | ☐ | 1250 |
| 1998 | 04/09 | Tornadoes and Severe Thunderstorms | ☐ | 1214 |
| 1998 | 03/09 | Severe Storms and Flooding | ☐ | 1208 |
| 1997 | 07/25 | Severe Storms/High Winds/Flooding | ☐ | 1185 |
| 1996 | 03/20 | Storms/Tornadoes/Floods | ☐ | 1108 |
| 1996 | 02/23 | Storms/Flooding | ☐ | 1104 |
| 1995 | 10/04 | Hurricane Opal | ☐ | 1070 |
| 1995 | 04/21 | Severe Storm, Tornadoes, Flooding | ☐ | 1047 |
| 1994 | 07/08 | Severe Storm, Flooding, Tropical Storm Alberto | ☐ | 1034 |
| 1994 | 03/30 | Severe Storm, Flooding, Tornado | ☐ | 1019 |

EXHIBIT 3