

# STATE OF ALABAMA
# PROCLAMATION
### BY THE GOVERNOR

**WHEREAS,** a State of Emergency has been declared to exist in the State of Alabama as a result of the devastation inflicted on this state by Hurricane Katrina; and

**WHEREAS,** Hurricane Katrina has caused great damage and destruction to Alabama's neighboring states of Mississippi and Louisiana where States of Emergency have also been declared and has caused and will continue to cause many citizens of those states to flee to safety in Alabama; and

**WHEREAS,** because of the complete devastation of areas within Mississippi and Louisiana, as well as Alabama, the time when residents of those areas can return to their homes cannot be determined at this time; and

**WHEREAS,** many displaced families have school-aged children who urgently need to be placed in educational environments and school facilities during the extended time they may be forced to be away from their homes and schools; and

**WHEREAS,** many professional teachers may be included among the displaced families, and they may both want and need to be temporarily employed and could be effectively used by the various school systems of Alabama to supplement their current staffs, to serve these unexpected new students; and

**WHEREAS,** the State Superintendent of Education, the State Board of Education, and the Alabama Department of Education desire to offer assistance in addressing the educational needs of the displaced citizens of all states that have taken refuge in Alabama.

**NOW THEREFORE,** I, Bob Riley, Governor of the State of Alabama, do hereby direct and instruct the State Superintendent of Education, the State Board of Education, and the Alabama Department of Education to take all appropriate and necessary actions that may be authorized by the emergency laws, regulations, and policies of the State of Alabama and United States of America to carry out any and all K-12 educational functions and to provide aid and assistance for the K-12 educational needs of families temporarily located in Alabama, who have been displaced from their homes and local communities in Alabama and in our sister states by Hurricane Katrina.

**BE IT ORDERED** that the Director of Finance, and the Divisions of the Department of Finance, shall provide any reasonable assistance that may be requested by the Superintendent of Education in facilitating the procurement of goods and services he may deem necessary to accomplish the purposes of this Proclamation. The Director of Finance shall assist the Superintendent of Education in obtaining state and federal emergency funding that may be available for public educational purposes in emergency situations including, but not limited to, State of Alabama emergency appropriations and grants from the Alabama Public School and College Authority or other public corporations.

**EXHIBIT 4**

Public Education Emergency Proclamation
Page Two
September 1, 2005

     **BE IT FURTHER ORDERED** that the Alabama Department of Public Health is directed to provide such reasonable assistance as may be requested by the Superintendent of Education to ensure that emergency or temporary educational facilities meet prescribed health and safety requirements and that the health and safety needs of children attending such schools are met.

     **BE IT FURTHER ORDERED** that City and County Boards of Education of the State of Alabama are requested to cooperate with the State Superintendent of Education in locating, staffing, and operating temporary and emergency educational facilities and transportation for K-12 students displaced by Hurricane Katrina; and, that the State Superintendent shall aid and assist local boards of education in obtaining any available emergency funding to facilitate the implementation of this Proclamation.

     **BE IT FURTHER ORDERED** that all agencies and departments of the State of Alabama are hereby directed to provide assistance to the Superintendent of Education as he may require.

**IN WITNESS WHEREOF,** I have hereunto set my hand and caused the Great Seal to be affixed by the Secretary of State at the State Capitol in the City of Montgomery on this the 1st day of September 2005.

Bob Riley
Governor

ATTEST:

Nancy L. Worley
Secretary of State