property, as a result of any such activity. The provisions of this section shall not affect the right of any person to receive benefits to which he would otherwise be entitled under this Act, or under the Workman's Compensation Law, or under any pension law, nor the right of any such person to receive any benefits or compensation under any Act of Congress.

(b) Any requirement for a license to practice any professional, mechanical or other skill shall not apply to any authorized civil defense worker who shall, in the course of performing his duties as such, practice such professional, mechanical or other skill during a civil defense emergency.

(c) As used in this section the term civil defense worker shall include any full or part-time paid, volunteer or auxiliary employee of this State, or other States, territories, possession or the District of Columbia, of the Federal Government, of any neighboring country, or of any political subdivision thereof, or of any agency or organization, performing civil defense services at any place in this State subject to the order or control of, or pursuant to a request of, the State government or any political subdivision thereof.

(d) Any civil defense worker, as defined in this section, performing civil defense services at any place in this State pursuant to agreements, compact or arrangements for mutual aid and assistance, to which the State or a political subdivision thereof, is a party, shall possess the same powers, duties, immunities and privileges he would ordinarily possess if performing his duties in the State, province, or political subdivision thereof, in which normally employed or rendering services.

Section 17. NO PRIVATE LIABILITY.—Any person owning or controlling real estate or other premises who voluntarily and without compensation grants a license or privilege, or otherwise permits the designation or use of the whole or any part or parts of such real estate or premises for the purpose of sheltering persons during an actual disaster, or an actual, impending, mock or practice attack, shall, together with his successors in interest, if any, not be civilly liable for negligently causing the death, or injury, to any person on or about such real estate or premises for loss of, or damage to, the property of such person.

Section 18. AUTHORITY TO ACCEPT SERVICES, GIFTS, GRANTS, AND LOANS.—(a) Whenever the Federal Government or any agency or officer thereof shall offer to the State, or through the State to any political subdivision thereof, services, equipment, supplies, materials, or funds by way of gift, grant, or loan, for purposes of civil defense, the State, acting through the Governor, or such political subdivision, acting through its governing body, may accept such offer and upon such acceptance the Governor of the State or governing body of

EXHIBIT 9