# CODE OF ALABAMA
# 1975

With Provision for Subsequent Pocket Parts

*Prepared Under the Supervision of*
The Code Revision Subcommittee of
The Legislative Council

Robert H. Harris, Chairman

*by*

The Editorial Staff of the Publishers

*Under the Direction of*

J. H. Vaughan, S. C. Willard, G. E. Legner
and J. J. Watson

# VOLUME 17

Including Acts of the 1975 Fourth Extraordinary
Session and annotations taken from Southern
Reporter, Second Series, Volume 321

APPELLATE DIV.
LIBRARY

SEP 29 1980

THE MICHIE COMPANY
BOBBS-MERRILL LAW PUBLISHING

ROCHESTER, N. Y.

*Law Publishers*
Charlottesville, Virginia
1977

100193

EXHIBIT
10

COPYRIGHT 1977
BY
STATE OF ALABAMA

# Table of Titles

TITLE
1. General Provisions.
2. Agriculture.
3. Animals.
4. Aviation.
5. Banks and Financial Institutions.
6. Civil Practice.
7. Commercial Code.
8. Commercial Law and Consumer Protection.
9. Conservation and Natural Resources.
10. Corporations, Partnerships and Associations.
11. Counties and Municipal Corporations.
12. Courts.
13. Crimes and Offenses.
14. Criminal Correctional and Detention Facilities.
15. Criminal Procedure.
16. Education.
17. Elections.
18. Eminent Domain.
19. Fiduciaries and Trusts.
20. Food, Drugs and Cosmetics.
21. Handicapped Persons.
22. Health, Mental Health and Environmental Control.
23. Highways, Roads, Bridges and Ferries.
24. Housing.
25. Industrial Relations and Labor.
26. Infants and Imcompetents.
27. Insurance.
28. Intoxicating Liquor, Malt Beverages and Wine.
29. Legislature.
30. Marital and Domestic Relations.
31. Military Affairs and Civil Defense.
32. Motor Vehicles and Traffic.
33. Navigation and Watercourses.
34. Professions and Occupations.
35. Property.
36. Public Officers and Employees.
37. Public Utilities and Public Transportation.
38. Public Welfare.

# Table of Contents

## VOLUME 17

### Title 29.

### Legislature.

**CHAPTER**   **PAGE**

1. General Provisions, §§ 29-1-1 through 29-1-21 .................... 1
2. Permanent Joint Highway Committee, §§ 29-2-1 through 29-2-8 ..... 39
3. Emergency Interim Succession, §§ 29-3-1 through 29-3-16 .......... 43
4. Subordinate Officers and Employees, §§ 29-4-1 through 29-4-50 .... 48
5. Legislative Fiscal Office, §§ 29-5-1 through 29-5-10 ................ 56
6. Legislative Council, §§ 29-6-1 through 29-6-7 ...................... 59
7. Legislative Reference Service, §§ 29-7-1 through 29-7-7 ............ 61
8. Alabama Law Institute, §§ 29-8-1 through 29-8-5 .................. 64

### Title 30.

### Marital and Domestic Relations.

**CHAPTER**   **PAGE**

1. Marriage, §§ 30-1-1 through 30-1-18 .............................. 67
2. Divorce and Alimony, §§ 30-2-1 through 30-2-54 ................... 79
3. Child Custody and Support, §§ 30-3-1 through 30-3-2 .............. 126
4. Husband and Wife, §§ 30-4-1 through 30-4-98 ..................... 133

### Title 31.

### Military Affairs and Civil Defense.

**CHAPTER**   **PAGE**

1. General Provisions, §§ 31-1-1, 31-1-2 ............................. 169
2. Military Code, §§ 31-2-1 through 31-2-133 ........................ 171
3. Compensation for Death of National Guardsmen, §§ 31-3-1 through 31-3-7 ........................................................ 228
4. Armory Commission, §§ 31-4-1 through 31-4-19 ................... 233
5. Department of Veterans' Affairs, §§ 31-5-1 through 31-5-14 ....... 240
6. Veterans' and Dependents' Educational Benefits, §§ 31-6-1 through 31-6-17 ....................................................... 250
7. Bonus for Southeast Asian War Prisoners, §§ 31-7-1 through 31-7-5 . 258

## TABLE OF CONTENTS

**CHAPTER**   **PAGE**
8. Pensions for Widows of Confederate Veterans, §§ 31-8-1 through 31-8-33 .................................................. 260
9. Civil Defense, §§ 31-9-1 through 31-9-24 ........................ 271

### Title 32.

### Motor Vehicles and Traffic.

**CHAPTER**   **PAGE**
1. General Provisions, §§ 32-1-1 through 32-1-6 ...................... 287
2. Department of Public Safety, §§ 32-2-1 through 32-2-26 ............ 301
3. State Safety Coordinating Committee, §§ 32-3-1 through 32-3-7 ..... 306
4. Highway and Traffic Safety Coordination Act, §§ 32-4-1 through 32-4-7 308
5. Rules of the Road, §§ 32-5-1 through 32-5-316 ..................... 310
6. Licenses and Registration, §§ 32-6-1 through 32-6-132 ............. 395
7. Motor Vehicle Safety-Responsibility Act, §§ 32-7-1 through 32-7-42 .. 424
8. Uniform Certificate of Title and Antitheft Act, §§ 32-8-1 through 32-8-87 ......................................................... 451
9. Trucks, Trailers and Semitrailers, §§ 32-9-1 through 32-9-32 ........ 475
10. Motor Vehicle Accidents, §§ 32-10-1 through 32-10-12 .............. 488
11. Rescue Squads, §§ 32-11-1 through 32-11-4 ........................ 493
12. Motorcycles and Motor-Driven Cycles, §§ 32-12-1 through 32-12-44 .. 494
13. Abandoned Motor Vehicles, §§ 32-13-1 through 32-13-8 ............. 500
14. Driver Training Schools, §§ 32-14-1 through 32-14-24 .............. 504
15. Renting, Hiring and Using Motor Vehicles, §§ 32-15-1 through 32-15-8 506
16. Selling Used Motor Vehicles, §§ 32-16-1 through 32-16-4 ........... 511
17. Warranty Work on Motor Vehicles, §§ 32-17-1 through 32-17-2 ...... 513
18. Municipal Testing Stations, §§ 32-18-1 through 32-18-8 ............ 514

§ 31-9-1      CIVIL DEFENSE      § 31-9-2

## CHAPTER 9.

## CIVIL DEFENSE.

Sec.
31-9-1. Short title.
31-9-2. Findings and declarations of necessity; purpose of chapter and public policy.
31-9-3. Definitions.
31-9-4. State civil defense agency; director of civil defense.
31-9-5. Civil defense advisory council.
31-9-6. Powers and duties of governor with respect to civil defense generally.
31-9-7. Mutual interstate aid agreements and compacts.
31-9-8. Emergency powers of governor.
31-9-9. Powers and duties of directors of local civil defense organizations as to mutual aid agreements.
31-9-10. Local civil defense organizations; powers of political subdivisions with respect to civil defense.
31-9-11. Powers, duties, etc., of employees of political subdivisions rendering outside aid.
31-9-12. Reimbursement of expenses of operation of mobile support units of other states; operation of Alabama mobile support units in other states.
31-9-13. Orders, rules and regulations of

Sec.
    governor — Effect; distribution.
31-9-14. Same — Enforcement.
31-9-15. Same — Same — Arrests without warrant.
31-9-16. Immunity of state, etc., from liability for torts resulting from civil defense activities; exemptions of civil defense workers from license requirements; powers, duties, etc., of civil defense workers.
31-9-17. Exemption from tort liability of persons granting license or privilege for use of real estate, etc., for shelters.
31-9-18. Governor, etc., may accept services, etc., from federal government, private persons, etc.
31-9-19. Political activities by civil defense organizations.
31-9-20. Employment of subversives by civil defense organizations; loyalty oath.
31-9-21. Compensation insurance for civil defense workers and trainees.
31-9-22. Penalties.
31-9-23. Chapter to be liberally construed.
31-9-24. Regular and emergency appropriations.

### § 31-9-1. Short title.

This chapter may be cited as the "Alabama Civil Defense Act of 1955." (Acts 1955, No. 47, p. 267, § 1.)

### § 31-9-2. Findings and declarations of necessity; purpose of chapter and public policy.

(a) Because of the existing and increasing possibility of the occurrence of disasters or emergencies of unprecedented size and destructiveness resulting from enemy attack, sabotage or other hostile action, or from fire, flood, earthquake or other natural causes, and in order to insure that preparations of this state will be adequate to deal with such disasters or emergencies, and generally to provide for the common defense and to protect the public peace, health and safety, and to preserve the lives and property of the people of the state, it is hereby found and declared to be necessary:

    (1) To create a state civil defense agency, and to authorize the creation of local organizations for civil defense in the political subdivisions of the state.

    (2) To confer upon the governor and upon the governing bodies of the political subdivisions of the state the emergency powers provided in this chapter.

    (3) To provide for the rendering of mutual aid among the political subdivisions of the state, and with other states, and with the federal

subdivision thereof is a party, shall possess the same powers, duties, immunities and privileges he would ordinarily possess if performing his duties in the state, province or political subdivision thereof in which normally employed or rendering services. (Acts 1955, No. 47, p. 267, § 16.)

**Constitution.** — For constitutional provision pertaining to state immunity from suit, see Const., § 14.

**Collateral references.** — 81 C.J.S., States, § 80.

Liability of state for injury or damage resulting from traffic accident involving vehicle operated in military service. 133 ALR 1298, 147 ALR 1431.

State's immunity from tort liability as dependent on governmental or proprietary nature of function. 40 ALR2d 927.

### § 31-9-17. Exemption from tort liability of persons granting license or privilege for use of real estate, etc., for shelters.

Any person owning or controlling real estate or other premises who voluntarily and without compensation grants a license or privilege, or otherwise permits the designation or use of the whole or any part or parts of such real estate or premises for the purpose of sheltering persons during an actual disaster or an actual, impending, mock or practice attack, shall, together with his successors in interest, if any, not be civilly liable for negligently causing the death of, or injury to, any person on or about such real estate or premises, or for the loss of, or damage to, the property of such person. (Acts 1955, No. 47, p. 267, § 17.)

### § 31-9-18. Governor, etc., may accept services, etc., from federal government, private persons, etc.

(a) Whenever the federal government or any agency or officer thereof shall offer to the state, or through the state to any political subdivision thereof, services, equipment, supplies, materials or funds by way of gift, grant or loan for purposes of civil defense, the state, acting through the governor, or such political subdivision acting through its governing body may accept such offer, and upon such acceptance the governor of the state or governing body of such political subdivision may authorize any officer of the state or of the political subdivision, as the case may be, to receive such services, equipment, supplies, materials or funds on behalf of the state or such political subdivision.

(b) Whenever any person, firm or corporation shall offer to the state, or to any political subdivision thereof, services, equipment, supplies, materials or funds by way of gift, grant or loan for purposes of civil defense, the state, acting through the governor, or such political subdivision acting through its governing body may accept such offer and upon such acceptance the governor of the state or governing body of such political subdivision may authorize any officer of the state or of the political subdivision, as the case may be, to receive such services, equipment, supplies, materials or funds on behalf of the state or such political subdivision. (Acts 1955, No. 47, p. 267, § 18.)