

# NICAUD & SUNSERI, L.L.C.
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002

Albert J. Nicaud*
J. Douglas Sunseri*
Svetlana "Lana" Crouch
Timothy P. Farrelly
Kristin J. Milano
Edward C. Vocke, IV.
Peter J. Perez, Jr.
(*A Professional Law Corporation)

Telephone (504) 837-1304
Facsimile (504) 833-2843
kmilano@nsflaw.com

December 18, 2009

Mr. Craig Fugate, Director
FEMA
500 C Street SW
Washington, DC  20477
**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

RE: Tammy Briggs, Ind. And for her minor Children, Kinjite Briggs and Patera Williams, Together with all ind. And entities whose names appear on Exhibit "A" v Gulf Stream Coach, Inc. U.S. Of America through FEMA AND Fluor Enterprises, Inc. USDC #090-5296 Sect N Mag 5

Dear Sir or Madam:

Enclosed herewith please find Summons and complaint for Damages in the above captioned matter which is being served on Defendant, U.S. of America through FEMA through your office as agent for service of process. We respectfully request you sign the enclosed Notice of a Lawsuit and Request to Waive Service of a Summons and return same to our office. A self-addressed stamped envelope is enclosed for your convenience.

If you have any questions, please do not hesitate to contact our office.

Sincerely,

J. DOUGLAS SUNSERI

JDS/mht
Enclosures



UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm     FAQs

## Track & Confirm

**Search Results**

Label/Receipt Number: **7008 3230 0000 9843 1749**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 8:11 AM on January 4, 2010 in WASHINGTON, DC 20472.

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Detailed Results:
• Delivered, January 04, 2010, 8:11 am, WASHINGTON, DC 20472
• Arrival at Unit, January 03, 2010, 10:24 am, WASHINGTON, DC 20022

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

