AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Louisiana

| | | |
|---|---|---|
| Edwin Trufant, Sr., Tyric Trufant, Benjamin Irvin, Kenneth Stumpf and Bonnie Stumpf<br>Plaintiff<br>v.<br>Coachman Industries, Inc.,U.S. of Am through FEMA and CH2M Hill Contractors, Inc.<br>Defendant | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.  09-4848<br>Sect.N  Mag 5 |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Coachman Industries, Inc., through its agent for
service of process: Corporate Service Company, 251
East Ohio St., Suite 500, Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J. DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date: Nov 25 2009

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Corporate Service Company
   251 East Ohio St. #500
   Indianapolis, IN 46204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☑ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   CHRIS SHELLER

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

   DEC 4

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7008 3230 0000 9842 7186

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage   $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees   $

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7008 3230 0000 9842 7186

PS Form 3800, August 2006   See Reverse for Instructions