AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

| Deborah M. Scott | **SUMMONS IN A CIVIL CASE** |
|---|---|
| V. | CASE NUMBER: 09-5302<br>Sect. N   Mag 5 |
| Cavalier Home Builders, LLC;  United States of America Through the Federal Emergency Management Agency; and American Radiation Services, Inc. | |

TO:  Cavalier Home Builders, LLC
Through its Agent for Service of Process
The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL  36109

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J. DOUGLAS SUNSERI, (#19173)
NICAUD & SUNSERI, LLC
3000 18TH Street, Metairie, LA  70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the Court.

_____
**Loretta G. Whyte**
Name of clerk of court

Date: ___Nov 25 2009___

_B. Gregory_
Deputy clerk's signature

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*The Corporation Co.*
*2000 Interstate Park Dr.*
*Suite 204*
*Montgomery AL*
*36109*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X The Corporation Company    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
The Corporation Company    12/4/09

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7008 3230 0000 9842 7872

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage    $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees    $

Postmark
Here

*Debra Scott*

Sent To  *The Corp. Co*
Street, Apt. No.;
or PO Box No. *2000 Interstate Park D.*
City, State, ZIP+4  *Montgomery AL 36109*

PS Form 3800, August 2006    See Reverse for Instructions

7008 3230 0000 9842 7872