AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Louisiana

| | | |
|---|---|---|
| Katherine Turner | ) | |
| Plaintiff | ) | |
| v. | ) Civil Action No. 09-4850 |
| Coachman Industries, Inc., U.S. of Am through FEMA; Shaw Environmental, Inc., Fluor Enterprises, Inc., CH2M Hill Contractors, Inc. and American Radiation Services, Inc. | ) | Sect.N Mag 5 |
| Defendant | | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
American Radiation Services, Inc., Through the office of the registered agent, Danny L. Coleman, 2609 North River Road, Port Allen, LA 70767

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J. DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: __Nov 24 2009__

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Danny Coleman
   2609 N. River Road
   Port Allen LA
   70767

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Deborah Best_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Deborah Best
C. Date of Delivery: 12/1/09
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 3230 0000 9842 7667

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Postmark Here

7008 3230 0000 9842 7667

Sent To: Danny Coleman
Street, Apt. No. or PO Box No.: 2609 N. River Road
City, State, ZIP+4: Port Allen LA 70767

PS Form 3800, August 2006    See Reverse for Instructions