Case 2:07-md-01873-KDE-MBN Document 10679 Filed 01/25/10 Page 1 of 2
Case 2:07-md-01873-KDE-ALC Document 7996 Filed 11/24/2009 Page 1 of 1

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Louisiana

| | | |
|---|---|---|
| Keith Hillard, Sr. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 09-4847 |
| GulfStream Coach, Inc., U.S. of Am through FEMA; and Shaw Environmental, Inc. | ) ) | Sect.N Mag 5 |
| Defendant | | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Gulf Stream Coach, Inc., Through its Agent for Service of Process: Kenneth C. Brinker, 503 South Oakland, Nappanee, IN 46550

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J. DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Nov 24 2009

B. Gregory
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Mr Kenneth C. Brinker
    503 South Oakland
    Nappanee IN
    46550

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Chester Myrick_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service lab)   7008 3230 0000 9842 7650

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage   $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees   $

Postmark Here

Sent To: Kenneth Brinker
Street, Apt. No.; or PO Box No. 503 South Oakland
City, State, ZIP+4 Nappanee IN 46550

7008 3230 0000 9842 7650

PS Form 3800, August 2006   See Reverse for Instructions