Case 2:07-md-01873-KDE-ALC Document 10681  Filed 01/25/2010 Page 1 of 2
Case 2:07-md-01873-KDE-MBN Document 8076  Filed 11/25/2009 Page 1 of 1

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Louisiana

| | |
|---|---|
| Harold Ross and Olester Ross<br>Plaintiff<br>v.<br>Skyline Corporation,,U.S. of Am through FEMA and CH2M Hill Contractors, Inc.<br>Defendant | ) ) ) ) ) ) | Civil Action No. 09-5294<br>Sect.N Mag 5 |

### Summons in a Civil Action

To: *(Defendant's name and address)*
United States of America through FEMA
Through the Office of the Director, Craig Fugate,
Director, 500 C Street SW Washington, DC
20477

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J. DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Nov 25 2009

B. Gregory
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Mr. Craig Fugate, Director<br>Office of the Director, FEMA<br>500 C Street SW<br>Washington, DC 20477 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 3230 0000 9842 7209 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7008 3230 0000 9842 7209

PS Form 3800, August 2006          See Reverse for Instructions