# Contact Information

Run A Background Report   Run Another Search

Confidential report created on Friday, January 22, 2010 12:22 PM

**Upgrade to Background Report for Wilfred A Mackey** - Background Report includes c check, bankruptcies and liens, real estate records, business listings, and more. View you instantly!

# Wilfred A Mackey

**Age:** 48
**DOB:** 1/4/1962
**Phone:** 504-342-5506

**Aliases/Name Variations:** Wilfred Mackey, Wilfred Mackie, Wilfred Makcey

### Addresses and Phones

Map data ©2009 Googl

Show All Addresses On Map

Po Box 705
Port Sulphur, LA 70083-0705
County: Plaquemines
View On Map

Record first seen: 4/2007
Record last seen: 8/2007

Po Box 828
Port Sulphur, LA 70083-0828
County: Plaquemines
View On Map

Record first seen: 5/1998
Record last seen: 10/2000

Po Box 798
Port Sulphur, LA 70083-0798
County: Plaquemines
View On Map

Record first seen: 12/1993
Record last seen: 1/1999

137 Exploration Rd
Broussard, LA 70518-7013

Phone: 337-837-6673
Record first seen: 8/2009
Record last seen: 12/2009

County: L...
View On ...

25358 Di...
Port Sulp...
2163
County: F...
View On ...

Rr 1
Box 798
Port Sulphur, LA 70083-9801
County: Plaquemines
View On Map

Record first seen: 1/1988
Record last seen: 6/2001

which match the name, but do not nece:
to Wilfred A Mackey.
0 results for Wilfred A Mackey in Port S...
0 results for Wilfred Mackey in Port Sul...
0 results for Wilfred Mackey in LA
70 results for Wilfred Mackey
70 results for W Mackey

14510 Congress St
Orlando, FL 32826-5139
County: Orange
View On Map

Record first seen: 12/1997
Record last seen: 1/1998

7 results

blazinphatgirl@hotmail.com
Show Social Networks

Walisha Mackey
330 Highland Ave Apt 11D
Torrington, CT 06790-4746
View On Map

broensugar31800@aol.com
Show Social Networks

Walisha Mackey
330 Highland Ave Apt 11N
Torrington, CT 06790-4748
860-496-0078
View On Map

brownsugar31800@...
Show Social Netwc...

Walisha Mackey
330 Highland Ave A...
Torrington, CT 067...
860-496-0078
View On Map

brownsugar53180@yahoo.com
Show Social Networks

Walisha Mackey
54 New Litchfield St Apt 1 Apt 1
Torrington, CT 06790-6413
860-618-5080
View On Map

clazzythuglover@aol.com
Show Social Networks

Walisha Mackey
166 N Elm St Apt 4
Torrington, CT 06790-4606
View On Map

edwardsburgmi@a...
Show Social Netwc...

Walter Mackey

en4cer166@yahoo.com
Show Social Networks

Walter Mackey
772 Lagoon Dr
North Palm Beach, FL 33408-4234
View On Map

encer@yahoo.com
Show Social Networks

Walter Mackey
772 Lagoon Dr
North Palm Beach, FL 33408-4234
View On Map

fl1dragon@aol.com
Show Social Netwc...

Walt Mackey
9259 Crocus Ct
Fort Myers, FL 339...
View On Map

kristymackey@tx.freei.net
Show Social Networks

lmskenn@btigate.com
Show Social Networks

lmskenn@compuse
Show Social Netwc

Walter Mackey
5907 Post Oak Dr
Alvarado, TX 76009-6351
817-783-6570
View On Map

Wade Mackey
PO Box 188
Kennebec, SD 57544-0188
View On Map

Wade Mackey
PO Box 188
Kennebec, SD 575
View On Map

mac-iii@prodigy.net
Show Social Networks

mac01@lclink.com
Show Social Networks

macket35@msn.co
Show Social Netwc

Walter Mackey
15 Warren Dr
Newport News, VA 23608-2245
View On Map

Wanda Mackey

Wanda Mackey
5635 Liddell Ln
Jacksonville, FL 32
View On Map

mackeysml@hotmail.com
Show Social Networks

mergolkole@yahoo.com
Show Social Networks

mrwm@aol.com
Show Social Netwc

W Mackey

Walter Mackey
4015 Cook St
Denver, CO 80216-4222
303-320-2149
View On Map

Walter Mackey
1422 NE 25th St
Winston Salem, NC
View On Map

mrwm@att.net
Show Social Networks

mrwm@comcast.net
Show Social Networks

mrwm@earthlink.n
Show Social Netwc

Walter Mackey
1422 NE 25th St
Winston Salem, NC 27105-5431
View On Map

Walter Mackey
1422 NE 25th St
Winston Salem, NC 27105-5431
View On Map

Walter Mackey
1422 NE 25th St
Winston Salem, NC
View On Map

mrwm@hotmail.com
Show Social Networks

mrwm@yahoo.com
Show Social Networks

mrwmleo@aol.com
Show Social Netwc

Walter Mackey
1422 NE 25th St
Winston Salem, NC 27105-5431
View On Map

Walter Mackey
1422 NE 25th St
Winston Salem, NC 27105-5431
View On Map

Walter Mackey

msgailz@aol.com
Show Social Networks

msgailz01@bellsouth.net
Show Social Networks

msgailz1@aol.com
Show Social Netwc

Wanda Mackey
306 Turtle Dove Dr
Orange Park, FL 32073-7668

Wanda Mackey
904-779-1979

Wanda Mackey
306 Turtle Dove Dr
Orange Park, FL 32

904-779-8132
View On Map

suz-n-walt@gte.net
Show Social Networks

Walt Mackey
28 Rose Dr
Fruitland Park, FL 34731-6710
View On Map

w.mackey@insightbb.com
Show Social Networks

Walter Mackey
2500 Standard Ave
Louisville, KY 40210-1628
View On Map

waddmac@msn.com
Show Social Networks

Wadd Mackey
7103 Oakwood Glen Blvd
Spring, TX 77379-4707
View On Map

walter_mackey@yahoo.com
Show Social Networks

Walter Mackey
216-357-2565

waltwiz909@msn.com
Show Social Networks

Walter Mackey
1717 Massachusetts Ave
San Bernardino, CA 92411-1940
909-383-7103
View On Map

wbm365@yahoo.com
Show Social Networks

Ward Mackey
800 33rd Ave SE

suznwalt@gte.net
Show Social Networks

Walt Mackey
28 Rose Dr
Fruitland Park, FL 34731-6710
View On Map

waddmac@aol.com
Show Social Networks

Wadd Mackey
7103 Oakwood Glen Blvd
Spring, TX 77379-4707
View On Map

walter.mackey@msn.com
Show Social Networks

Walter Mackey
1422 NE 25th St
Winston Salem, NC 27105-5431
View On Map

waltwiz@msn.com
Show Social Networks

Walter Mackey
1717 Massachusetts Ave
San Bernardino, CA 92411-1940
909-383-7103
View On Map

wanda.mackey@zcsterling.com
Show Social Networks

Wanda Mackey

wemack654321@msn.com
Show Social Networks

Walt Mackey
903-729-6535

904-779-8132
View On Map

tsspcdoc@aol.com
Show Social Netwc

Walter Mackey
135 W Cruikshank
Butler, PA 16002-8
View On Map

waddmac@hotmail
Show Social Netwc

Wadd Mackey
7103 Oakwood Gle
Spring, TX 77379-4
View On Map

walter.mackey@sb
Show Social Netwc

Walter Mackey
216-357-2565

waltwiz909@hotma
Show Social Netwc

Walter Mackey

wanda_m_2001@y
Show Social Netwc

Wanda Mackey
3359 Hurricane Dr
Lantana, FL 33462
View On Map

wl_mackey@yahoc
Show Social Netwc

Wanda L Mackey
102 Vicksburg Loo

Albany, OR 97322-4120
541-928-2639
View On Map

Elgin, TX 78621-38
View On Map

wlmackey@aol.com
Show Social Networks

wmackey@comcast.net
Show Social Networks

wmackey@hotmail
Show Social Netwc

Walter Mackey
2744 Muskegon Way
West Palm Beach, FL 33411-5778
561-712-8371
View On Map

W Mackey
540-925-2345

W Mackey
9632 NW 7th Cir
Plantation, FL 3332
954-424-4367
View On Map

wmackey@peco-energy.com
Show Social Networks

wmackey1@tds.net
Show Social Networks

Display Email Addr
Fred Mackey
556 E Garden Rd
Brentwood, PA 152
View On Map

Wade Mackey

Wanda Mackey
1484 County Road 32
Collinsville, AL 35961-3837
View On Map

Display Email Address
Fred Mackey
178 Amboy St
Brooklyn, NY 11212-5004
View On Map

Display Email Address
Fred Mackey
3810 Cameron Ave
Greensboro, NC 27401-6404
View On Map

Display Email Addr
Fred Mackey
3810 Cameron Ave
Greensboro, NC 27
View On Map

Display Email Address
Fred Mackey
3810 Cameron Ave
Greensboro, NC 27401-6404
View On Map

Display Email Address
Fred Mackey
2040 E Seward Rd
Guthrie, OK 73044-8858
View On Map

Display Email Addr
Fred Mackey
Po Box 264
Idaho City, ID 8363
View On Map

Display Email Address
Fred Mackey
1882 E Little Basin Rd
King Hill, ID 83633-3314
View On Map

Display Email Address
Fred Mackey
416 Guylyn Dr
Penn Hills, PA 15235-3920
View On Map

Display Email Addr
Fred Mackey
219 Greenwood Dr
Petersburg, VA 238
View On Map

Display Email Address
Fred Mackey
146 Unity Center Rd Apt D
Plum, PA 15239-1358
View On Map

Display Email Address
Fred Mackey
146 Unity Center Rd Apt D
Plum, PA 15239-1358
View On Map

Display Email Addr
Fred Mackey
368 Oak Rd
Plum, PA 15239-19
View On Map

Display Email Address
Fred Mackey
105 Red Gate Farm Trl

Display Email Address
Fred Mackey
1930 S 21st St

Display Email Addr
Will Mackey
351 Beasley Dr

Savannah, GA 31405-2606
View On Map

Terre Haute, IN 47802-2616
View On Map

Centerton, AR 727·
View On Map

Display Email Address
Will Mackey
1644 Crescent Rd
Clifton Park, NY 12065-6816
View On Map

Display Email Address
Will Mackey
3442 S Centinela Ave Apt 16
Los Angeles, CA 90066-1863
View On Map

Display Email Addr
Will Mackey
3442 S Centinela A
Los Angeles, CA 9(
View On Map

Display Email Address
Will Mackey
8785 Dover Dr
Maineville, OH 45039-9736
View On Map

### Possible Relatives and Associates

| Name | Available Searches | | |
|---|---|---|---|
| Wanda F Casbon | 👤 | 🔍 | 📁 |
| Marilyn D Mackey | 👤 | 🔍 | 📁 |
| Patrice Mackey | 👤 | 🔍 | 📁 |
| Patricia Htff Mackey | 👤 | 🔍 | 📁 |
| Rose M Mackey | 👤 | 🔍 | 📁 |

5 results



**Send Feedback**
What can we do to n
more useful to you?

Please let us know

This section provides all contact information we were able to find for this person, including both past and present resid(

"Record first seen" refers to when the address/phone was first added to our public records databases.
"Record last seen" refers to when the address/phone was last seen or added to our databases.

Address and phone information is most commonly gathered from utility companies, therefore "Record first seen" and "Record last seen"
to when the person actually moved from one location to another. These dates are meant to help you approximately know when a perso

© 2010 People Search Pro - All rights reserved.

You agree to use this information only for appropriate, legal purposes, and in compliance with all applicable federal, state an
regulations, as outlined in the Terms and Conditions.