Bates Number FEMA120-0010416-10530 - BVNA Report Final Results

1. BVNA reported 4086 final test results (Attached spreadsheet, "A").
2. The mean test result with outliers is 71.946 ppb.
3. The median test result is 47 ppb.  (Data Entry 2043)


4. BVNA tested approximately 421 Gulf Stream Units (Attached spreadsheet, "B").
5. The mean test result for the Gulf Stream Data is approximately 146 ppb.
6. The median test result for the Gulf Stream Data is 100 ppb.  (Data Entry 210)

| | WO Number | Type | VIN | Barcode | State | Results ppb |
|---|---|---|---|---|---|---|
| 1 | FT-04011 | TT | 1NL1VTR2761048104 | 1351379 | LA | 1100 |
| 2 | FT-04002 | TT | 1NL1GTR2961031184 | 1116140 | MS | 1100 |
| 3 | FT-03993 | TT | 1NL1GTR2961031945 | 1121638 | MS | 1000 |
| 4 | FT-03992 | TT | 1NL1GTR2661036469 | 1127154 | LA | 1000 |
| 5 | FT-03979 | TT | 1NL1GTR2961031671 | 1119325 | LA | 900 |
| 6 | FT-03963 | TT | 1NL1GTR256104455 | 1352281 | LA | 820 |
| 7 | FT-03932 | TT | 1NL1GTR2061047659 | 1350120 | LA | 770 |
| 8 | FT-03865 | TT | 1NL1GTR2661038965 | 1348886 | MS | 690 |
| 9 | FT-03776 | TT | 1NL1GTR2761043625 | 1294842 | LA | 680 |
| 10 | FT-01767 | TT | 1NL1GTR2561028489 | 1355019 | LA | 680 |
| 11 | FT-03402 | TT | 1NL1VTR2461044351 | 1351932 | LA | 660 |
| 12 | FT-00673 | TT | 1NL1GTR2361001548 | 1111142 | LA | 630 |
| 13 | FT-02851 | TT | 1NL1GTR2361075195 | 1117550 | MS | 570 |
| 14 | FT-02887 | TT | 1NL1GTR2561048523 | 1357669 | LA | 550 |
| 15 | FT-01511 | TT | 1NL1GTR27610778102 | 1126806 | LA | 500 |
| 16 | FT-00384 | TT | 1NL1GTR2761022970 | 1106504 | MS | 500 |
| 17 | FT-02508 | TT | 1NL1GTR2261028496 | 1355026 | LA | 500 |
| 18 | FT-02283 | TT | 1NL1GTR2661036472 | 1127157 | LA | 490 |
| 19 | FT-01437 | TT | 1NL1GTR2561047999 | 1351080 | LA | 480 |
| 20 | FT-02913 | TT | 1NL1GTR2761015856 | 1120456 | LA | 460 |
| 21 | FT-02408 | TT | 1NL1GTR2961031184 | 1116140 | MS | 440 |
| 22 | FT-03174 | TT | 1NL1VTR2061064967 | 1356530 | LA | 410 |
| 23 | FT-03460 | TT | 1NL1GTR2461046577 | 1279460 | LA | 410 |
| 24 | FT-02395 | TT | 1NL1GTR2861028776 | 1356252 | LA | 400 |
| 25 | FT-00998 | TT | 1NL1GTR2X61027161 | 1295742 | LA | 390 |
| 26 | FT-03105 | TT | 1NL1GTR2X61038211 | 1296568 | LA | 380 |
| 27 | FT-03211 | TT | 1NL1GTR2961026793 | 1291492 | LA | 370 |
| 28 | FT-03204 | TT | 1NL1GTR2461038432 | 1297726 | LA | 350 |
| 29 | FT-03122 | TT | 1NC1G7R2761028574 | 1355471 | LA | 350 |
| 30 | FT-02163 | TT | 1NLIGTR2461083404 | 1282571 | LA | 340 |
| 31 | FT-03369 | TT | 1NL1GTR2861047408 | 1294419 | LA | 340 |
| 32 | FT-00534 | TT | 1NL1GTR2X61014958 | 1113516 | LA | 330 |
| 33 | FT-02983 | TT | 1NL1GTR2661065136 | 1357074 | LA | 320 |
| 34 | FT-03015 | TT | 1NL1GTR2661034060 | 1296136 | LA | 320 |
| 35 | FT-01391 | TT | 1NL1GTR2661026850 | 1291609 | LA | 320 |
| 36 | FT-01884 | TT | 1NL1GTR2161033852 | 1295099 | LA | 320 |
| 37 | FT-01743 | TT | 1NL1GTR2761002105 | 1111699 | LA | 310 |
| 38 | FT-03140 | TT | 1NL1GTR2561038293 | 1296866 | MS | 310 |

| | WO Number | Type | VIN | Barcode | State | Results ppb |
|---|---|---|---|---|---|---|
| 39 | FT-01619 | TT | 1NL1GTR21610001225 | 1110819 | LA | 310 |
| 40 | FT-00023 | TT | INLIVTR2061065191 | 1357188 | LA | 310 |
| 41 | FT-03254 | TT | 1NL1GTR236101749 | 1278319 | LA | 300 |
| 42 | FT-03093 | TT | 1NL1GTR2261077195 | 1118136 | LA | 300 |
| 43 | FT-01993 | TT | 1NL1GTR2161064623 | 1354894 | LA | 300 |
| 44 | FT-02126 | TT | INIGTR2X61052982 | 1297208 | MS | 300 |
| 45 | FT-01295 | TT | 1NL1VTR2661060132 | 1352533 | MS | 290 |
| 46 | FT-02536 | TT | 1NL1GTR2961035932 | 1121780 | LA | 290 |
| 47 | FT-01124 | TT | 1NL1GTR2961017639 | 1279768 | LA | 290 |
| 48 | FT-03073 | TT | 1NL1GTR2061042011 | 1277686 | LA | 290 |
| 49 | FT-01293 | TT | 1NL1GTR2061038511 | 1297979 | LA | 280 |
| 50 | FT-02131 | TT | 1NL1GTR2961016183 | 1122863 | LA | 270 |
| 51 | FT-00078 | TT | 1NL1GTR2861078271 | 1290695 | LA | 270 |
| 52 | FT-03521 | TT | 1NL1GTR28102831 | 1353417 | LA | 270 |
| 53 | FT-00971 | TT | 1NL1GTR2661025553 | 1124907 | LA | 270 |
| 54 | FT-02834 | TT | 1NL1GTR2261073468 | 1105812 | LA | 270 |
| 55 | FT-01004 | TT | INL1GTR2661028985 | 1357445 | LA | 270 |
| 56 | FT-00772 | TT | 1NL1GTR2961047336 | 1294195 | LA | 260 |
| 57 | FT-01893 | TT | 1NL1GTR2861038384 | 1297335 | MS | 260 |
| 58 | FT-02233 | TT | 1NL1GTR2361066772 | 1109010 | MS | 260 |
| 59 | FT-03118 | TT | 1NL1GTR2261001959 | 1111553 | LA | 260 |
| 60 | FT-00385 | TT | 1NL1GTR2061046639 | 1279679 | LA | 260 |
| 61 | FT-01024 | TT | 1NL1VTR2061044458 | 1352284 | LA | 250 |
| 62 | FT-01783 | TT | 1NL1GTR2961043559 | 1294696 | LA | 250 |
| 63 | FT-00641 | TT | 1NL1GTR2861043603 | 1294820 | LA | 250 |
| 64 | FT-02708 | TT | 1NL1GTR2561051562 | 1127091 | LA | 250 |
| 65 | FT-00077 | TT | INVIVTR2861085064 | 1360053 | LA | 250 |
| 66 | FT-00505 | TT | INL1GTR2061042106 | 1277919 | LA | 250 |
| 67 | FT-02582 | TT | 1NL1VTR2561085040 | 1360029 | LA | 240 |
| 68 | FT-03195 | TT | 1NL1GTR2961046896 | 1292871 | LA | 240 |
| 69 | FT-00663 | TT | 1NL1GTR2461014812 | 1113267 | MS | 240 |
| 70 | FT-02368 | TT | 1NL1GTR2351068777 | 1058847 | LA | 240 |
| 71 | FT-01256 | TT | 1NL1GTR2261030569 | 1109715 | MS | 240 |
| 72 | FT-03102 | TT | 1NL1GTR2061003290 | 1298704 | LA | 240 |
| 73 | FT-02924 | TT | 1NL1GTR2761043091 | 1293394 | LA | 230 |
| 74 | FT-03247 | TT | 1NL1GTR2761031054 | 1115502 | MS | 230 |
| 75 | FT-03485 | TT | 1NL1GTR2761016876 | 1277611 | LA | 230 |
| 76 | FT-02171 | TT | 1NL1GTR2661028596 | 1355493 | LA | 220 |

| | WO Number | Type | VIN | Barcode | State | Results ppb |
|---|---|---|---|---|---|---|
| 77 | FT-00530 | TT | 1NL1GTR2461002711 | 1112305 | LA | 220 |
| 78 | FT-02431 | TT | 1NL1GTR2461002496 | 1112090 | LA | 220 |
| 79 | FT-02362 | TT | 1NL1GTR2361035425 | 1117731 | MS | 220 |
| 80 | FT-02531 | TT | 1NL1GTR2051064G54 | 1298453 | LA | 220 |
| 81 | FT-01202 | TT | 1NL1GTR2961048122 | 1351397 | LA | 210 |
| 82 | FT-01858 | TT | 1NL1GTR2761045309 | 120906 | LA | 210 |
| 83 | FT-03064 | TT | 1NL1GTR2561064785 | 1355602 | LA | 210 |
| 84 | FT-02372 | TT | 1NL1GTR2361001999 | 1111593 | LA | 210 |
| 85 | FT-01814 | TT | 1NL1GTR2161028487 | 1355017 | LA | 210 |
| 86 | FT-01670 | TT | 1NL1VTR2561060557 | 1354967 | LA | 200 |
| 87 | FT-03704 | TT | 1NL1GTR2861002372 | 1111966 | LA | 200 |
| 88 | FT-00621 | TT | 1NL1GTR2761060060 | 1349707 | LA | 200 |
| 89 | FT-01721 | TT | 1NL1GTR2761037551 | 1291131 | LA | 200 |
| 90 | FT-01840 | TT | 1NL1GTR2361051110 | 1121722 | LA | 200 |
| 91 | FT-01095 | TT | 1NL1GTR2161018039 | 1293536 | LA | 200 |
| 92 | FT-02432 | TT | 1NL1GTR2061026116 | 1129129 | LA | 200 |
| 93 | FT-03117 | TT | 1NLIGTR2661075109 | 1115454 | MS | 190 |
| 94 | FT-00532 | TT | 1NL1GTR2X61078787 | 1290938 | LA | 190 |
| 95 | FT-03337 | TT | 1NL1GTR2961042914 | 1292784 | LA | 190 |
| 96 | FT-00465 | TT | 1NL1GTR2761026825 | 1291584 | LA | 190 |
| 97 | FT-01262 | TT | 1NL1GTR2261053141 | 1299573 | LA | 190 |
| 98 | FT-02917 | TT | 1NL1GTR2161034855 | 1348816 | LA | 190 |
| 99 | FT-01706 | TT | 1NL1GTR2161016615 | 1125604 | LA | 190 |
| 100 | FT-02008 | TT | 1NL1GTR2061048784 | 1358291 | LA | 190 |
| 101 | FT-00474 | TT | 1NL1GTR2061014113 | 1107636 | MS | 190 |
| 102 | FT-01622 | TT | L1GTR2961047708 | 1350219 | LA | 190 |
| 103 | FT-02335 | TT | 1NL1VTR2861064831 | 1355907 | LA | 180 |
| 104 | FT-03175 | TT | 1NL1GTR2X51068758 | 1058954 | MS | 180 |
| 105 | FT-01450 | TT | 1NL1GTR2761016604 | 1125472 | LA | 180 |
| 106 | FT-03067 | TT | 1NL1GTR2661027478 | 1297652 | LA | 180 |
| 107 | FT-01418 | PM | 1NL1GTR2361078839 | 1292382 | LA | 180 |
| 108 | FT-00387 | TT | 1NL1GTR2361031696 | 1119575 | MS | 180 |
| 109 | FT-01906 | TT | 1NL1GTR2361016390 | 1123290 | LA | 180 |
| 110 | FT-01479 | TT | 1NL1GTR2061028111 | 1349897 | LA | 180 |
| 111 | FT-03141 | TT | 1NL1GTR2061018369 | 1294851 | LA | 180 |
| 112 | FT-03054 | TT | 1NL1GTR2961068929 | 1353148 | LA | 170 |
| 113 | FT-00893 | TT | 1NL1GTR2761015162 | 1113908 | LA | 170 |
| 114 | FT-01426 | TT | 1NL1GTR2261083031 | 1128958 | LA | 170 |

| | WO Number | Type | VIN | Barcode | State | Results ppb |
|---|---|---|---|---|---|---|
| 115 | FT-01424 | TT | 1NLGTR2961068574 | 1348243 | LA | 160 |
| 116 | FT-03511 | TT | 1NL1GTR2X61017164 | 1278334 | LA | 160 |
| 117 | FT-03221 | TT | 1NL1GTR2761025366 | 1124077 | LA | 160 |
| 118 | FT-00383 | TT | 1NL1GTR2661067222 | 1114790 | MS | 160 |
| 119 | FT-00103 | TT | 1NL1GTR2561083752 | 1295817 | LA | 160 |
| 120 | FT-02292 | TT | 1NL1GTR2561078826 | 1292045 | LA | 160 |
| 121 | FT-02121 | TT | 1NL1GTR2461002403 | 1111997 | LA | 160 |
| 122 | FT-01376 | TT | 1NL1GTR2251020915 | 1055384 | LA | 160 |
| 123 | FT-03434 | TT | 1NL1GTR2061040193 | 1113176 | LA | 160 |
| 124 | FT-01655 | TT | 1NLGTR2961060030 | 1349677 | LA | 150 |
| 125 | FT-03286 | TT | 1NLGTR2261051535 | 1126764 | LA | 150 |
| 126 | FT-02018 | TT | 1NL1GTR2661084117 | 1299756 | LA | 150 |
| 127 | FT-03192 | TT | 1NL1GTR2661035208 | 1115268 | MS | 150 |
| 128 | FT-03129 | TT | 1NL1GTR2561075215 | 1117571 | MS | 150 |
| 129 | FT-00081 | TT | 1NL1GTR2361043010 | 1293128 | LA | 150 |
| 130 | FT-03536 | TT | 1NL1GTR2261084878 | 1356178 | LA | 150 |
| 131 | FT-03474 | TT | 1NL1GTR2261028868 | 1356779 | LA | 150 |
| 132 | FT-03228 | TT | 1NL1GTR2261016333 | 1123232 | LA | 150 |
| 133 | FT-02281 | TT | 1L1GTR2561084089 | 1299462 | LA | 150 |
| 134 | FT-03234 | TT | INLIGTR2161037447 | 1290504 | LA | 150 |
| 135 | FT-03035 | TT | 1NL1VTR2761064156 | 1349664 | LA | 140 |
| 136 | FT-01760 | TT | 1NL1GTR296106304 | 1353451 | LA | 140 |
| 137 | FT-00631 | TT | 1NL1GTR2961033825 | 1292368 | LA | 140 |
| 138 | FT-02256 | TT | 1NL1GTR2661028369 | 1354234 | LA | 140 |
| 139 | FT-02074 | TT | 1NL1GTR2561033787 | 1292330 | LA | 140 |
| 140 | FT-03798 | TT | 1NL1GTR251052579 | 1295000 | LA | 140 |
| 141 | FT-02524 | TT | 1NL1GTR2461047843 | 1350684 | LA | 140 |
| 142 | FT-01944 | TT | 1NL1GTR2461040794 | 1116769 | LA | 140 |
| 143 | FT-03668 | TT | 1NL1GTR2361035795 | 1121310 | LA | 140 |
| 144 | FT-02427 | TT | 1NL1GTR2361027146 | 1295727 | LA | 140 |
| 145 | FT-03470 | TT | 1NL1GTR2261064551 | 1354736 | LA | 140 |
| 146 | FT-00713 | TT | 1NL1GTR2161070097 | 1161116 | LA | 140 |
| 147 | FT-02751 | TT | INL1VTR2X61084692 | 1355005 | LA | 140 |
| 148 | FT-03449 | TT | 1NLGT2661001527 | 1111121 | LA | 130 |
| 149 | FT-01484 | TT | 1NL1GTR2661031028 | 1115425 | MS | 130 |
| 150 | FT-02021 | TT | 1NL1GTR2561046202 | 1278407 | LA | 130 |
| 151 | FT-00230 | TT | 1NL1GTR2461083967 | 1297533 | LA | 130 |
| 152 | FT-03641 | TT | 1NL1GTR2461001834 | 1111428 | LA | 130 |

| | WO Number | Type | VIN | Barcode | State | Results ppb |
|---|---|---|---|---|---|---|
| 153 | FT-01261 | TT | 1NL1GTR2361068618 | 1348408 | LA | 130 |
| 154 | FT-01757 | TT | 1NL1GTR2361046246 | 1278447 | LA | 130 |
| 155 | FT-02229 | TT | 1NL1GTR2361016275 | 1123026 | LA | 130 |
| 156 | FT-01371 | TT | 1NL1GTR2261048821 | 1358408 | LA | 130 |
| 157 | FT-00171 | TT | INL1GTR2461084214 | 1348201 | LA | 130 |
| 158 | FT-00058 | TT | 1NLGTR266105336 | 1348357 | LA | 120 |
| 159 | FT-01971 | TT | 1NL1VTR2761084830 | 1375468 | LA | 120 |
| 160 | FT-01478 | TT | 1NL1VTR2361053980 | 1355234 | LA | 120 |
| 161 | FT-03005 | TT | 1NL1GTR2961044345 | 1351926 | LA | 120 |
| 162 | FT-02550 | TT | 1NL1GTR2861078058 | 1128808 | LA | 120 |
| 163 | FT-00135 | TT | 1NL1GTR2861042774 | 1279993 | LA | 120 |
| 164 | FT-02819 | TT | 1NL1GTR2861014666 | 1113035 | LA | 120 |
| 165 | FT-02785 | TT | 1NL1GTR2761047612 | 1294923 | LA | 120 |
| 166 | FT-00432 | TT | 1NL1GTR2761037744 | 1291978 | LA | 120 |
| 167 | FT-01263 | TT | 1NL1GTR276013091 | 1122310 | LA | 120 |
| 168 | FT-00353 | TT | 1NL1GTR2661084098 | 1299471 | LA | 120 |
| 169 | FT-01974 | TT | 1NL1GTR2661041963 | 1277546 | LA | 120 |
| 170 | FT-03745 | TT | 1NL1GTR2661013855 | 1105942 | MS | 120 |
| 171 | FT-01957 | TT | 1NL1GTR2561064852 | 1356079 | LA | 120 |
| 172 | FT-03180 | TT | 1NL1GTR2461044513 | 1357539 | LA | 120 |
| 173 | FT-02909 | TT | 1NL1GTR2361026837 | 1291596 | LA | 120 |
| 174 | FT-03082 | TT | 1NL1GTR2261023900 | 1114843 | MS | 120 |
| 175 | FT-02503 | TT | 1NL1GTR2161035102 | 1114139 | MS | 120 |
| 176 | FT-00743 | TT | 1NL1GTR2161001242 | 1110836 | LA | 120 |
| 177 | FT-02779 | TT | 1NL1G1R2661045902 | 1125941 | LA | 120 |
| 178 | FT-00637 | TT | INLIGTR2X61041853 | 1125723 | LA | 120 |
| 179 | FT-00435 | MH | INFL555A11730 | 1210145 | IA | 120 |
| 180 | FT-00701 | TT | NL1GTR2461027057 | 1295258 | LA | 120 |
| 181 | FT-00321 | TT | NL1GTR2061030750 | 1114018 | LA | 120 |
| 182 | FT-01151 | TT | 1NLGTR22610177773 | 1123420 | LA | 110 |
| 183 | FT-00500 | TT | 1NL1VTR2661044433 | 1352259 | LA | 110 |
| 184 | FT-00935 | TT | 1NL1VTR2461064440 | 1354307 | LA | 110 |
| 185 | FT-02420 | TT | 1NL1GTR2X61068793 | 1349591 | LA | 110 |
| 186 | FT-02081 | TT | 1NL1GTR2X61060067 | 1349714 | LA | 110 |
| 187 | FT-03006 | TT | 1NL1GTR2961052522 | 1292105 | LA | 110 |
| 188 | FT-02855 | TT | 1NL1GTR2861044532 | 1357558 | LA | 110 |
| 189 | FT-02806 | TT | 1NL1GTR2761082490 | 1121983 | MS | 110 |
| 190 | FT-01390 | TT | 1NL1GTR2661051053 | 1121382 | MS | 110 |

| | WO Number | Type | VIN | Barcode | State | Results ppb |
|---|---|---|---|---|---|---|
| 191 | FT-03033 | TT | 1NL1GTR2661014570 | 1112752 | LA | 110 |
| 192 | FT-02116 | TT | 1NL1GTR2661001737 | 1111331 | LA | 110 |
| 193 | FT-01177 | TT | 1NL1GTR2561052971 | 1297197 | LA | 110 |
| 194 | FT-01869 | TT | 1NL1GTR2561050752 | 1118175 | LA | 110 |
| 195 | FT-02516 | TT | 1NL1GTR2461046904 | 1292929 | LA | 110 |
| 196 | FT-03602 | TT | 1NL1GTR2361042505 | 1279133 | LA | 110 |
| 197 | FT-02774 | TT | 1NL1GTR2351012466 | 1105901 | LA | 110 |
| 198 | FT-00688 | TT | 1NL1GTR2261068206 | 1130087 | LA | 110 |
| 199 | FT-03708 | TT | 1NL1GTR2261028739 | 1355992 | LA | 110 |
| 200 | FT-00975 | TT | 1NL1GTR2161043233 | 1293817 | LA | 110 |
| 201 | FT-00778 | TT | 1NL1GTR2061025919 | 1128147 | LA | 110 |
| 202 | FT-00185 | TT | 1NL1GTR2061017206 | 1278549 | LA | 110 |
| 203 | FT-01389 | TT | INLIVTR2861085226 | 1360537 | LA | 110 |
| 204 | FT-02777 | TT | 1NLIGTRX61001417 | 1111011 | LA | 100 |
| 205 | FT-03458 | TT | 1NLGTR2561028881 | 1356792 | LA | 100 |
| 206 | FT-03725 | TT | 1NL1GTR2961026857 | 1291616 | LA | 100 |
| 207 | FT-00128 | TT | 1NL1GTR2961001179 | 1110773 | LA | 100 |
| 208 | FT-03535 | TT | 1NL1GTR2861061198 | 1360273 | LA | 100 |
| 209 | FT-00258 | TT | 1NL1GTR2861051071 | 1121567 | MS | 100 |
| 210 | FT-02831 | TT | 1NL1GTR2561082682 | 1124772 | LA | 100 |
| 211 | FT-01395 | TT | 1NL1GTR2561067048 | 1112647 | MS | 100 |
| 212 | FT-00356 | TT | 1NL1GTR2561053446 | 1349044 | LA | 100 |
| 213 | FT-03437 | TT | 1NL1GTR2551068277 | 1054996 | LA | 100 |
| 214 | FT-00682 | TT | 1NL1GTR2261042138 | 1278043 | LA | 100 |
| 215 | FT-03702 | TT | 1NL1GTR2161027517 | 1297818 | LA | 100 |
| 216 | FT-00322 | TT | 1NL1GTR2951065110 | 1042300 | LA | 99 |
| 217 | FT-01399 | TT | 1NL1GTR2861082336 | 1119448 | LA | 99 |
| 218 | FT-02077 | TT | 1NL1GTR2661044514 | 1357540 | LA | 99 |
| 219 | FT-02520 | TT | 1NL1GTR2451069498 | 1038756 | LA | 99 |
| 220 | FT-00318 | TT | 1NL1GTR2X61038368 | 1297090 | MS | 98 |
| 221 | FT-02429 | TT | 1NL1GTR2661048708 | 1358175 | LA | 98 |
| 222 | FT-02125 | TT | 1NL1GTR2261074183 | 1108136 | MS | 97 |
| 223 | FT-01700 | TT | INL1GTR2861003392 | 1298806 | LA | 97 |
| 224 | FT-00478 | TT | INL1GTR2761003058 | 1298472 | LA | 97 |
| 225 | FT-01902 | TT | 1NL1GTR2961050740 | 1118137 | LA | 96 |
| 226 | FT-02268 | TT | 1NL1GTR2X61030013 | 1106459 | MS | 92 |
| 227 | FT-02023 | TT | 1NL1GTR2661018876 | 1351501 | LA | 92 |
| 228 | FT-00558 | TT | INL1GTR2561003205 | 1298619 | LA | 92 |

| | WO Number | Type | VIN | Barcode | State | Results ppb |
|---|---|---|---|---|---|---|
| 229 | FT-01112 | TT | INL1GTR2661051070 | 1121566 | MS | 91 |
| 230 | FT-02387 | TT | 1NL1GTR2861051040 | 1121166 | LA | 89 |
| 231 | FT-00280 | TT | 1NL1GTR2461084309 | 1348772 | LA | 89 |
| 232 | FT-02323 | TT | 1NL1GTR2661050825 | 1118610 | LA | 88 |
| 233 | FT-01396 | TT | 1NL1GTR2861016272 | 1123023 | LA | 87 |
| 234 | FT-03804 | TT | 1NL1GTR2861038627 | 1299852 | LA | 86 |
| 235 | FT-02128 | TT | 1NL1GTR2761017574 | 1279603 | LA | 86 |
| 236 | FT-00168 | TT | 1NL1GTR2061084050 | 1298195 | LA | 86 |
| 237 | FT-03838 | TT | INLIGTR2961001263 | 1110857 | LA | 86 |
| 238 | FT-03044 | TT | 1NL1GTR2461054152 | 1356168 | LA | 85 |
| 239 | FT-03374 | TT | 1NL1GTR2661001530 | 1111124 | LA | 84 |
| 240 | FT-02947 | TT | 1NL1GTR2861030138 | 1107460 | LA | 83 |
| 241 | FT-03047 | TT | 1NL1GTR2561028895 | 1356806 | LA | 83 |
| 242 | FT-02576 | TT | 1NL1GTT2351061448 | 1153657 | MS | 82 |
| 243 | FT-02571 | TT | 1NL1GTR2161018493 | 1350075 | LA | 82 |
| 244 | FT-00687 | TT | 1NL1GTR2661064486 | 1354353 | MS | 81 |
| 245 | FT-01519 | TT | 1NL1GTR2261051132 | 1121878 | MS | 81 |
| 246 | FT-03131 | TT | 1NL1GTR2261051454 | 1125027 | MS | 80 |
| 247 | FT-03178 | TT | 1L1NL1VTR2261044798 | 1358136 | LA | 80 |
| 248 | FT-02872 | TT | 1NL1GTR2561003480 | 1298894 | LA | 79 |
| 249 | FT-01015 | TT | 1NL1G1R314057291 | 695105 | LA | 79 |
| 250 | FT-01576 | TT | 1NL1VTR2661060051 | 1349698 | LA | 78 |
| 251 | FT-02575 | TT | 1NL1GTR2461016866 | 1277601 | LA | 78 |
| 252 | FT-01715 | TT | 1NL1GTR226107817O | 1128567 | LA | 78 |
| 253 | FT-01136 | TT | 1NL1GTR214101794 | 1293371 | LA | 78 |
| 254 | FT-00031 | TT | INLIGTR2361037854 | 1292454 | LA | 78 |
| 255 | FT-02274 | TT | 1NLIGTR2261031964 | 1121657 | MS | 77 |
| 256 | FT-03606 | TT | 1NL1GTR2861030687 | 1112699 | MS | 77 |
| 257 | FT-03797 | TT | 1NL1GTR2761039039 | 1255448 | LA | 76 |
| 258 | FT-02889 | TT | 1NL1GTR2361082342 | 1119394 | LA | 76 |
| 259 | FT-00955 | TT | 1NL1GTR2261018406 | 1294888 | LA | 76 |
| 260 | FT-03522 | TT | 1NL1GTR2051069014 | 1042000 | LA | 76 |
| 261 | FT-00097 | TT | 1NL1GTR2X61041500 | 1123184 | LA | 75 |
| 262 | FT-00424 | TT | 1NL1GTR2861037509 | 1290922 | LA | 75 |
| 263 | FT-03850 | TT | 1NL1GTR2361027891 | 1348513 | LA | 75 |
| 264 | FT-00479 | TT | 1NL1GTR2061083948 | 1297514 | LA | 75 |
| 265 | FT-00612 | TT | 1NL1GTR2261050501 | 1115111 | MS | 74 |
| 266 | FT-03095 | TT | 1NL1GTR2361067489 | 1117382 | MS | 73 |

| | WO Number | Type | VIN | Barcode | State | Results ppb |
|---|---|---|---|---|---|---|
| 267 | FT-01582 | TT | 1NL1GTR2361066951 | 1110115 | MS | 71 |
| 268 | FT-03611 | TT | 1NL1GTR2161032099 | 1122492 | LA | 71 |
| 269 | FT-01319 | TT | 1NL1GTR2561050461 | 1114709 | LA | 70 |
| 270 | FT-02371 | MH | INFL555ALL8468A32 | 1226249 | MS | 70 |
| 271 | FT-02111 | TT | 1NL1VTR2061048526 | 1357672 | LA | 69 |
| 272 | FT-01443 | TT | 1NL1GTR2X61078711 | 1130984 | MS | 69 |
| 273 | FT-02725 | TT | 1NL1GTR2X61064295 | 1353101 | LA | 69 |
| 274 | FT-00977 | TT | 1NL1GTR2761033578 | 1291256 | LA | 69 |
| 275 | FT-00757 | TT | INL1GTR2061037892 | 1295135 | LA | 69 |
| 276 | FT-00707 | TT | 1NL1VTR2561053687 | 1353040 | LA | 68 |
| 277 | FT-02012 | TT | 1NL1GTR2061036175 | 1124042 | LA | 67 |
| 278 | FT-00216 | TT | 1NLIGTR2961074682 | 1112588 | MS | 66 |
| 279 | FT-03447 | TT | 1NL1GTR2561074341 | 1108338 | MS | 66 |
| 280 | FT-02260 | TT | 1NL1GTR2461052699 | 1295660 | LA | 66 |
| 281 | FT-02778 | TT | 1NL1GTR2361001355 | 1110949 | LA | 66 |
| 282 | FT-03846 | TT | 1NL1GTR2461067588 | 1123952 | LA | 65 |
| 283 | FT-02866 | TT | 1NL1GTR2361003030 | 1039845 | LA | 65 |
| 284 | FT-02741 | TT | 1NL1GTR2251065482 | 1041532 | MS | 65 |
| 285 | FT-01449 | TT | 1NL1GTR2161035536 | 1118553 | MS | 65 |
| 286 | FT-00180 | TT | INL1GTR2461042612 | 1279505 | LA | 65 |
| 287 | FT-03341 | TT | 1NL1GTR2561077935 | 1127620 | MS | 64 |
| 288 | FT-03876 | TT | 1NL1GTR2861003117 | 1298531 | LA | 63 |
| 289 | FT-03619 | TT | 1NL1GTR2461061294 | 1360394 | LA | 63 |
| 290 | FT-03640 | TT | 1NL1GTR2461019203 | 1352339 | LA | 63 |
| 291 | FT-02360 | TT | 1NL1GTR236107845 | 1299609 | LA | 63 |
| 292 | FT-03444 | TT | 1NL1GTR2261022908 | 1106231 | LA | 63 |
| 293 | FT-00337 | TT | 1NL1GTR2061050464 | 1114712 | LA | 63 |
| 294 | FT-00652 | TT | 1NL1GTR2661002368 | 1111962 | LA | 62 |
| 295 | FT-01766 | TT | 1NL1GTR2261026926 | 1292075 | LA | 62 |
| 296 | FT-00723 | TT | 1NL1GTR2261024318 | 1117783 | MS | 62 |
| 297 | FT-02551 | TT | INL1GTR2961026180 | 1129615 | LA | 62 |
| 298 | FT-01246 | TT | 1NLGTR2261017269 | 1278725 | LA | 61 |
| 299 | FT-00048 | TT | 1NL1GTR2461053366 | 1348387 | LA | 61 |
| 300 | FT-03147 | TT | 1NL1GTR2X61002034 | 1108512 | LA | 60 |
| 301 | FT-02449 | TT | 1NL1GTR2661016593 | 1125461 | LA | 60 |
| 302 | FT-03040 | TT | 1NL1GTR25610323042 | 1122056 | LA | 60 |
| 303 | FT-00204 | TT | 1NL1GTR2661026797 | 1291496 | LA | 59 |
| 304 | FT-03463 | TT | 1NL1GTR2561064110 | 1349608 | LA | 59 |

|     | WO Number | Type | VIN | Barcode | State | Results ppb |
|-----|-----------|------|-----|---------|-------|-------------|
| 305 | FT-03446 | TT | 1NL1GTR2061044315 | 1351896 | LA | 59 |
| 306 | FT-02288 | MH | 1NFL455A105468A33 | 175673 | LA | 59 |
| 307 | FT-00093 | TT | 1NL1GTR2X61082094 | 1117253 | LA | 58 |
| 308 | FT-00981 | TT | 1NL1GTR2961051922 | 1129590 | LA | 58 |
| 309 | FT-03524 | TT | 1NL1GTR2961073855 | 1106569 | LA | 57 |
| 310 | FT-03478 | TT | 1NL1GTR2761046573 | 1279371 | LA | 57 |
| 311 | FT-03790 | TT | 1NL1GTR2461031545 | 1118936 | LA | 57 |
| 312 | FT-00110 | TT | 1NL1GTR2261014159 | 1108007 | LA | 57 |
| 313 | FT-02222 | TT | 1NL1GTR2661027593 | 1298121 | LA | 56 |
| 314 | FT-00304 | TT | 1NL1GTR2461037992 | 1295479 | LA | 56 |
| 315 | FT-03421 | MH | 1NFL555A119138A32 | 1372749 | LA | 56 |
| 316 | FT-02507 | TT | 1NL1GTR2X61082287 | 1118879 | MS | 55 |
| 317 | FT-01614 | TT | 1NL1GTR2561037239 | 1130939 | LA | 54 |
| 318 | FT-03881 | TT | 1NL1GTR2261017233 | 1352369 | LA | 54 |
| 319 | FT-03757 | TT | 1NL1GTR2161048227 | 1351703 | LA | 54 |
| 320 | FT-03078 | MH | 1NFL555A119728A32 | 1339380 | LA | 54 |
| 321 | FT-03541 | MH | INFL555A11718-8A32 | 1258608 | IA | 54 |
| 322 | FT-00013 | TT | 1NL1GTR2X61083715 | 1295628 | MS | 53 |
| 323 | FT-00832 | TT | 1NL1GTR2X61052948 | 1297124 | LA | 53 |
| 324 | FT-00239 | TT | 1NL1GTR2861028485 | 1355015 | LA | 53 |
| 325 | FT-01264 | TT | 1NL1GTR2261050850 | 1119017 | LA | 53 |
| 326 | FT-01966 | TT | 1NLIGTR2061001572 | 1111166 | LA | 52 |
| 327 | FT-00613 | TT | 1NL1GTR2551068814 | 1058835 | MS | 52 |
| 328 | FT-00315 | TT | 1NL1GTR2461033764 | 1292220 | LA | 52 |
| 329 | FT-02484 | TT | 1NL1GTR2361003137 | 1298551 | LA | 51 |
| 330 | FT-00035 | TT | 1NL1GTR2451070609 | 1165741 | MS | 50 |
| 331 | FT-01638 | TT | INLIGTR2961052813 | 1296416 | MS | 49 |
| 332 | FT-02519 | TT | 1NL1GTR246101908 | 1129576 | LA | 48 |
| 333 | FT-03579 | TT | 1NL1GTR2X61083603 | 1292391 | LA | 47 |
| 334 | FT-00205 | TT | 1NL1GTR29610740097 | 1107380 | MS | 47 |
| 335 | FT-00198 | TT | 1NL1GTR2761018840 | 1351265 | LA | 47 |
| 336 | FT-03560 | TT | 1NL1GTR2061017920 | 1293317 | LA | 47 |
| 337 | FT-00330 | TT | 1NL16TR2651021891 | 1039085 | MS | 47 |
| 338 | FT-01646 | TT | INL1GTR2751069351 | 145233 | MS | 47 |
| 339 | FT-00591 | TT | 1NL1GTR2561053330 | 1348351 | LA | 46 |
| 340 | FT-00116 | TT | 1NL1GTR2161034371 | 1297578 | LA | 46 |
| 341 | FT-01068 | TT | 1NL1VTR2461054099 | 1355871 | LA | 45 |
| 342 | FT-02383 | TT | 1NL1GTR2761026484 | 1131035 | LA | 45 |

|  | WO Number | Type | VIN | Barcode | State | Results ppb |
|---|---|---|---|---|---|---|
| 343 | FT-02562 | TT | 1NL1GTR2561050881 | 1119044 | LA | 45 |
| 344 | FT-01317 | TT | 1NL1GTR2561083315 | 1131022 | LA | 44 |
| 345 | FT-01515 | TT | 1NL1GTR2161025380 | 1124091 | LA | 44 |
| 346 | FT-02299 | TT | 1NL1GTR2861034755 | 1348150 | LA | 43 |
| 347 | FT-02409 | TT | 1NL1GTR2661083789 | 1295999 | MS | 40 |
| 348 | FT-03410 | TT | 1NL1GTR2661041249 | 1120714 | LA | 40 |
| 349 | FT-00859 | TT | 1NL1GTR2661035726 | 1119786 | LA | 40 |
| 350 | FT-03914 | TT | 1NL1GTR2161026335 | 1130220 | LA | 40 |
| 351 | FT-02196 | TT | 1NL1GTR2951065477 | 1041501 | MS | 38 |
| 352 | FT-02234 | TT | 1NL1GTR2661003584 | 1298998 | LA | 38 |
| 353 | FT-02303 | TT | 1NL1GTR2961073497 | 1105909 | MS | 37 |
| 354 | FT-02467 | TT | 1NL1GTR2661082027 | 1115442 | MS | 37 |
| 355 | FT-03625 | TT | 1NL1GTR2661047438 | 1294449 | LA | 37 |
| 356 | FT-03842 | TT | 1NL1GTR266104701 | 1350212 | LA | 37 |
| 357 | FT-02722 | TT | 1NL1GTR2561051562 | 1187231 | LA | 37 |
| 358 | FT-03706 | TT | 1NL1GTR2361043055 | 1293238 | LA | 37 |
| 359 | FT-00194 | TT | 1NL1GTR2761026971 | 1122332 | LA | 36 |
| 360 | FT-01845 | TT | 1NL1GIR2061045913 | 1125952 | LA | 36 |
| 361 | FT-01002 | TT | NLIGTR2561024183 | 1116221 | MS | 36 |
| 362 | FT-03948 | TT | 1NL1GTR2961051497 | 1126359 | LA | 35 |
| 363 | FT-03554 | TT | 1NL1GTR2961036028 | 1122344 | MS | 35 |
| 364 | FT-03717 | TT | 1NL1GTR2561083850 | 1296801 | LA | 35 |
| 365 | FT-03782 | TT | 1NL1GTR2061053841 | 1354575 | LA | 35 |
| 366 | FT-02795 | TT | 1NL1GTR2761043365 | 1294160 | LA | 34 |
| 367 | FT-03880 | TT | 1NL1GTR2961016149 | 1122829 | LA | 33 |
| 368 | FT-00876 | TT | 1NL1GTR2861042709 | 1279826 | LA | 33 |
| 369 | FT-03919 | TT | 1NL1GTR2561083735 | 1295800 | LA | 33 |
| 370 | FT-01789 | TT | 1NL1GTR2561067454 | 1115999 | MS | 33 |
| 371 | FT-03592 | TT | 1NLIGTR2961077520 | 1121603 | MS | 32 |
| 372 | FT-01533 | TT | 1NLGTR2961002610 | 1383203 | LA | 32 |
| 373 | FT-03800 | TT | 1NL1GTR22610522412 | 1291442 | LA | 32 |
| 374 | FT-02272 | TT | 1NL1GTR2461046790 | 1292585 | LA | 31 |
| 375 | FT-02926 | TT | INL1VTR2661047994 | 1351075 | LA | 31 |
| 376 | FT-02072 | TT | 1NL1GTR2261074555 | 1109915 | LA | 30 |
| 377 | FT-01538 | TT | 1NL1VTR2761054033 | 1355358 | LA | 29 |
| 378 | FT-03688 | TT | 1NL1GTR2X61034921 | 1349161 | LA | 29 |
| 379 | FT-03568 | TT | 1NL1GTR2851068726 | 1039703 | LA | 29 |
| 380 | FT-03898 | TT | 1NL1GTR2561003219 | 1298633 | LA | 29 |

| | WO Number | Type | VIN | Barcode | State | Results ppb |
|---|---|---|---|---|---|---|
| 381 | FT-01570 | TT | 1NL1GTR2861044515 | 1357541 | LA | 28 |
| 382 | FT-03843 | TT | 1NL1VTR2961044765 | 1358103 | LA | 27 |
| 383 | FT-03897 | TT | 1NL1GTR2761026971 | 1292305 | LA | 27 |
| 384 | FT-01677 | TT | 1NL1GTR2661052316 | 1290603 | LA | 27 |
| 385 | FT-00269 | TT | 1NL1GTR23617784 | 1126935 | LA | 27 |
| 386 | FT-01828 | TT | 1NL1GTR2261023573 | 1110079 | MS | 27 |
| 387 | FT-03452 | TT | 1NL1GTR2661061166 | 1360236 | LA | 26 |
| 388 | FT-03492 | TT | 1NL1GTR2261024092 | 1115762 | LA | 26 |
| 389 | FT-03937 | PM | 1NL1GTR2561024118 | 1326786 | LA | 25 |
| 390 | FT-01059 | TT | 1NL1GTR2961077923 | 1127217 | MS | 24 |
| 391 | FT-02605 | TT | 1NL1GTR2261022911 | 1106234 | LA | 24 |
| 392 | FT-03542 | TT | 1NL1GTR2061032269 | 1124408 | LA | 23 |
| 393 | FT-01922 | TT | inlIVtr2161064489 | 1354356 | MS | 23 |
| 394 | FT-02255 | TT | 1NL1GTR2861078027 | 1128229 | LA | 22 |
| 395 | FT-01925 | TT | 1NL1GTR2561067941 | 1127778 | LA | 22 |
| 396 | FT-02931 | TT | 1NL1GTR2461047261 | 1293919 | LA | 22 |
| 397 | FT-03332 | TT | 1NL1GTR2X51012240 | 727785 | LA | 21 |
| 398 | FT-03496 | TT | 1NL1GTR296103578 | 1153308 | MS | 21 |
| 399 | FT-01778 | TT | 1NL1GTR2261082610 | 1123833 | LA | 21 |
| 400 | FT-03548 | TT | 1NL1GTR2761034701 | 1347960 | LA | 20 |
| 401 | FT-03513 | TT | 1NL1GTR2261017367 | 1278981 | LA | 20 |
| 402 | FT-01891 | TT | 1NL1GTR2561015838 | 1120438 | LA | 19 |
| 403 | FT-00375 | TT | 1NL1GTR2461026720 | 1291034 | LA | 19 |
| 404 | FT-00227 | TT | 1NL1GTR2761045438 | 1122976 | LA | 18 |
| 405 | FT-02113 | TT | 1NL1GTR2751068670 | 1039704 | LA | 18 |
| 406 | FT-01506 | TT | 1NL1GTR2551020472 | 1038422 | LA | 18 |
| 407 | FT-03792 | TT | 1NL1GTR2461083208 | 1130024 | LA | 18 |
| 408 | FT-02095 | TT | 1NL1GTR2361064106 | 1294979 | LA | 17 |
| 409 | FT-02689 | TT | 1NL1GTR2561030792 | 1114176 | LA | 16 |
| 410 | FT-02652 | TT | 1NL1GTR2161034175 | 1296530 | LA | 16 |
| 411 | FT-02628 | TT | 1NL1GTR2561043901 | 1350755 | LA | 13 |
| 412 | FT-02636 | TT | 1NL1GTR2661033040 | 1129898 | LA | 12 |
| 413 | FT-00683 | TT | 1NL1GTR2051012585 | 1038148 | LA | 12 |
| 414 | FT-02660 | TT | 1NL1GTR2961016958 | 1277865 | LA | 10 |
| 415 | FT-02700 | TT | 1NL1GTR2X61073489 | 1105901 | LA | 9 |
| 416 | FT-02655 | TT | 1NL1GTR2261073468 | 1127839 | LA | 9 |
| 417 | FT-03667 | TT | 1NL1GTR2251068804 | 1344044 | LA | 9 |
| 418 | FT-00909 | TT | 1NL1GTR2761026825 | 1316893 | LA | 6 |

| | WO Number | Type | VIN | Barcode | State | Results ppb |
|---|---|---|---|---|---|---|
| **419** | FT-03638 | TT | 1NLIVTR | 1353323 | LA | 6 |
| **420** | FT-00966 | TT | 1NL1GTR2X61019190 | 1352326 | LA | 0 |
| **421** | FT-00039 | TT | 1NL1GTR2461035790 | 1121305 | LA | 0 |

**13**

**25**

**44**

138