**Bates Number FEMA120-0010416-10530 - BVNA Report Final Results**

| EXCEL CELL# | WO NUMBER | TYPE | VIN | BARCODE | STATE | RESULT PPB | (OCCUPANT) |
|---|---|---|---|---|---|---|---|
| 850 | FT-00227 | TT | 1NL1GTR2761045438 | 1122976 | LA | 18 | (Romaine Riley) |
| 1182 | FT-03492 | TT | 1NL1GTR2261024092 | 1115762 | LA | 26 | (Mary Ashford and Willie Ashford) |
| 1408 | FT-02926 | TT | INL1VTR2661047994 | 1351075 | LA | 31 | (Doris Deane) |
| 2525 | FT-01246 | TT | 1NLGTR2261017269 | 1278725 | LA | 61 | (Ruth Carter) |
| 2748 | FT-00977 | TT | 1NL1GTR2761033578 | 1291256 | LA | 69 | (Ned Spencer) |
| 2775 | FT-01319 | TT | 1NL1GTR2561050461 | 1114709 | LA | 70 | (Marilyn and Wilford Mackey) |
| 3189 | FT-00558 | TT | INL1GTR2561003205 | 1298619 | LA | 92 | (Dorothy and Ulysses Gibson) |
| 3503 | FT-00058 | TT | 1NLGTR26610533(3)6 | 1348357 | LA | 120 | (Daniel Porter) |

**Bates Number PSC021467 - PSC Records Database**

| EXCEL CELL# | FEMA BARCODE | VIN_NUM | STREET NUM | STREET_NAME | PRIN_RES | SAMPLE_DATE | CLIENT FIRM | FORM CONC | UNITS | Data Provider |
|---|---|---|---|---|---|---|---|---|---|---|
| **3523** | 1116175 | 1NL1GTR2561082083 | 3446 | Magnolia St | Margie Otis (Corey Otis) | 6/11/08 | Frank J. D'Amico, Jr., APLC | 0.081 | PPM | W. D. Scott Group |
| **8454** | 1290280 | (1NL1GTR2X61052285) | 2345 | North Miro Street | Bellazer, Warren | 3/6/08 | Frank J. D'Amico, Jr., APLC | 0.091 | PPM | Occupant |
| **8460** | 1290736 | 1NL1GTR2561026659 | 4507 | Rhodes St | Queen Age | 1/29/08 | Gainsburgh & Benjamin | 0.11 | PPM | W. D. Scott Group |
| **8472** | 1291407 | 1NL1GTR2361033609 | 700 | MC Moore | Taylor, Luciana (Wayne Landry) | 10/3/07 | The Buzbee Law Firm | 0.12 | PPM | Occupant |
| **9608** | 1355239 | 1NL1VTR2261053985 | 5422 | Montegut Dr | Robin Lewis | 8/28/08 | Doug Schmidt | 0.079 | PPM | W. D. Scott Group |
| **10516** | Not Available | 1NL1GTR2061051887 | | | (Anthony Camp) | 12/23/07 | | 0.005 | PPM | FEMA CDC |