UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE ROBY |

*****************************************

| | | |
|---|---|---|
| STATE OF SOUTH DAKOTA | ) | |
| | :) | AFFIDAVIT |
| COUNTY OF CODINGTON | ) | |

## AFFIDAVIT OF ALLEN GORDON

**BEFORE ME**, Notary, personally came and appeared Affiant, Allen Gordon, personally known to me, who was duly sworn and did attest to the following on his own personal knowledge, information, search of the company records, and belief:

1. I am of legal age and suffer from no legal or mental disabilities.

2. This affidavit and the facts contained herein are based on my own personal knowledge.

3. I am a resident of Brookings in Brookings County, South Dakota.

4. I am the Chief Executive Officer of Superior Home, LLC., a South Dakota limited liability company with its principal office and manufacturing facility located in Watertown, Codington County, South Dakota.

5. Superior Homes, LLC is a manufacturer of manufactured housing.

6. Superior Homes, LLC does not now or have they ever made mobile homes.

7. Superior Homes, LLC does manufacture modular and HUD housing. The smallest home built by Superior Homes, LLC is 14' by 54'. Any modular or HUD home smaller than 14' by 54' would not have been manufactured by Superior Homes, LLC.

8. Superior Homes, LLC had not participated in building any housing projects for FEMA and specifically did not participate in building any housing projects for FEMA for Hurricane Katrina.

Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete
Documents

9. Superior Homes, LLC has had no contracts with FEMA, any FEMA personnel or other housing organization with ties to any FEMA hurricane relief project.

10. Superior Homes, LLC does not manufacture any products which contain a VIN number. Superior Homes, LLC products contain a serial number. Any product alleged to be a Superior Home, LLC product which contains a VIN number are not manufactured by Superior Homes, LLC.

11. Superior Homes, LLC products contain serial numbers, not VIN numbers. The serial number for a modular home will end with an HT. The serial number for a HUD home with end with an A/B.

12. In reference to lawsuits filed by the Hurricane Legal Center, the Hurricane Legal Center provided to our legal counsel the following information which was identified by the Hurricane Legal Center as VIN numbers for products alleged to manufactured by Superior Homes, LLC. Those VIN numbers are as follows:

   A. 5SYBB35346P000935
   B. 5SYBB353X6P000762
   C. 5SYBB35346P000756
   D. 5SYBB35336P000778
   E. 5SYBB35316P000682
   F. 5SYBB35356P000877

13. The VIN numbers provided by the Hurricane Legal Center to our legal counsel were sent to Superior Homes, LLC for review to determine if the VIN numbers identified Superior Homes, LLC products. As stated herein, Superior Homes, LLC did not manufacture any products with a VIN number. The VIN numbers provided by the Hurricane Legal Center do not identify any product manufactured by Superior Homes, LLC.

_____
ALLEN GORDON

SWORN AND SUBSCRIBED BEFORE ME
THIS 21 DAY OF January, 2010.

_____ ( My commission expires: 5-10-2011 )

JULIE C. CLUTS
NOTARY PUBLIC
SOUTH DAKOTA
(SEAL)

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF SOUTH DAKOTA
(seal)