UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER         * | MDL NO. 1873 |
|      FORMALDEHYDE       * | |
|      PRODUCTS LIABILITY   * | |
|      LITIGATION         * | SECTION:  N(5) |
|                      * | |
| This Document Relates to: *ALL CASES*  * | JUDGE: ENGELHARDT |
|                      * | |
|                      * | MAG: CHASEZ |

*****************************************************************************

### UNOPPOSED JOINT MOTION FOR APPOINTMENT OF INSURERS LIAISON COUNSEL

**NOW INTO COURT**, come Plaintiffs' Liaison Counsel ("PLC") and Defense Liaison Counsel ("DLC"), who respectfully request this Honorable Court to appoint an Insurer Liaison Counsel because the interests of the Insurers in these cases are at times materially different from those of the other parties to this litigation, including the manufacturers, contractors and plaintiffs. Thus, PLC and DLC submit that an Insurer Liaison Counsel is appropriate to best serve the dual aims of efficiency and justice.  There is no opposition to the filing of this Motion.

**I.     Insurers Are, or Will Be, Parties to the MDL**

Insurers in various capacities are, or will be, parties to the MDL cases.  Already insurers have been sued on first-party claims in suits brought by plaintiffs, as well as in direct actions brought by plaintiffs against manufacturers, contractors and their liability insurers.  These suits have been filed in, removed to, or soon will be removed to federal court.  Accordingly, numerous insurers already are involved in the MDL, with many more soon to be implicated.

**II.    The Insurers Are Adverse to Other Parties**

The multi-district litigation impacts a variety of different first-party insurance policies, each with well-defined coverages and exclusions.

1

### A. First-Party Insurers

Similarly, where manufacturers' and contractors' policies are at issue, the insurers have an interest in protecting their rights to assert numerous policy exclusions and coverage issues, which puts the insurers at odds with both the individual manufacturer or contractor and all those potentially liable to the individual manufacturer or contractor, including the other defendants.

### III. Appointment of Insurer Liaison Counsel

Assuming the Court grants the Application for the Insurer Liaison Counsel ("ILC"), PLC and DLC propose to the Court that the following attorney serve as Liaison Counsel for the ISC: Ralph S. Hubbard, III of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, counsel for Liberty Mutual and Travelers. The PLC and DLC respectfully make this request to facilitate input of the Insurers into the administrative matters and other issues about which the Court may communicate with Liaison Counsel. A copy of Mr. Hubbard's CV is attached.

Respectfully submitted,

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

s/Gerald E. Meunier
_____
**GERALD E. MEUNIER
JUSTIN I. WOODS**
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com
**Plaintiffs Liaison Counsel**

>          **DUPLASS, ZWAIN, BOURGEOIS,**
>          **PFISTER & WEINSTOCK, APLC**
>
>          s/Andrew D. Weinstock
>          _____
>          **ANDREW D. WEINSTOCK**
>          3838 N. Causeway Blvd.
>          29th Floor, Three Lakeway Center
>          Metairie, LA 70002
>          Telephone: (504) 832-3700
>          Facsimile: (504) 837-3119
>          andreww@duplass.com
>          **Defense Liaison Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2010, a copy of the foregoing Joint Motion for the Creation of an Insurer Steering Committee and Appointment of Lead counsel and Members of the Insurer Steering Committee was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

>          s/Andrew D. Weinstock
>          _____
>          ANDREW D. WEINSTOCK #18495