Ralph S. Hubbard III

     Mr. Hubbard is a senior partner in Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, a New Orleans, Louisiana firm.  He did undergraduate and graduate work at Louisiana State University, receiving a B.A. and M.A. (Russian History) in 1972 and 1974 respectively.  He graduated from the Tulane University School of Law in 1977, where he was a member of the Order of the Coif and the Tulane Law Review.  Mr. Hubbard is a member of the New Orleans, Louisiana State and American Bar Associations as well as the Louisiana Association of Defense Counsel and the International Association of Defense Counsel.  Throughout his career Mr. Hubbard has engaged in insurance, business, bankruptcy and real estate litigation, emphasizing insurance coverage litigation since 1985.  He has handled litigation in Arkansas, Georgia, Mississippi, Missouri, South Carolina and Texas, in addition to practicing throughout the State of Louisiana.

     Mr. Hubbard has served since 2005 as the court-appointed Liaison Counsel in the Eastern District of Louisiana for all defendants in the consolidated Hurricane Katrina Levee, MRGO, Insurance and Barge cases.  Additionally, he is the head of the steering committee for some 200 insurer defendants in that litigation and one of three Liaison Counsel for 205 defendant insurers in the Katrina suit filed by the Louisiana Attorney General on behalf of the Road Home.  He also represents the general liability insurer for all three defendant levee boards in the flood litigation.  Recently, Mr. Hubbard was selected by the insurance industry to argue, and won 3-0 and 7-0 respectively, the Valued Policy Law case before the U.S. Court of Appeals for the Fifth Circuit and the question of the validity of the flood exclusion before the Louisiana Supreme Court.

     Mr. Hubbard is a frequent lecturer in the area of insurance law and is a co-author of The Louisiana Environmental Handbook [Chapter on Bankruptcy and Environmental Law] (Lawyers Cooperative Publishing).  His publications include *Bad Faith and Punitive Damage Claims in a Direct Action State*, Insurance Litigation Reporter, Volume 21, Number 9, June 1, 1999; *Bloody But Unbowed: The Absolute Pollution Exclusion in Louisiana*, Environmental Claims Journal, Volume 12, Number 1, Fall 1999; *Surplus Lines Insurance: Understanding and Representing a Growing Industry,* Insurance Coverage Law Bulletin, Volume 2, Numbers 6 and 7, July and August 2003; and *Selecting Defense Counsel and Controlling the Defense:  Who Makes the Call When Rights Are Reserved?*, Insurance Coverage Law Bulletin, Volume 3, Number 10, November, 2004.  Mr. Hubbard is also a member of the board of editors of the Insurance Coverage Law Bulletin (Law Journal Newsletters).

E Mail Address: rhubbard@lawla.com