UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER  FORMALDEHYDE  PRODUCTS LIABILITY  LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) |
| This Document Relates to: *ALL CASES* | * * * | JUDGE: ENGELHARDT MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Joint Motion for Appointment of Insurers Liaison Counsel;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Ralph S. Hubbard, III is appointed Insurers Liaison Counsel.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE