OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: January 25, 2010

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Charles Strohmeyer, et al
vs.
Forest River, Inc., et al
Case No. 09-7754

Dear Sir:

Please **(issue)** summons on the **(complaint)** to the following:

1. FEMA, through Craig Fugate, Director, 500 C Street SW, Washington DC 20472;
2. United States of America Department of Justice, through Eric Holder, U.S. Attorney, 950 Pennsylvania Ave NW, Washington DC 20530-0001;
3. United States of America through James Letten, U.S. Attorney for the Eastern District of LA, 500 Poydras St., Suite B1210, New Orleans, LA 70130;
4. Forest River, Inc., Through Its Agent for Service of Process, J. Richard Ransel, 228 W. High St., Elkhart, IN 46516.

Very truly yours,

JUSTIN I. WOODS
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304
Attorney for Plaintiff