Case 2:07-md-01873-KDE-ALC Document 8076-2 Filed 11/25/2009 Page 1 of 2

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | |
|---|---|
| Frances B. Acevedo; together with all individuals and entitles whose names appear on the attached "Exhibi<br>*Plaintiff*<br><br>v.<br><br>Gulf Stream Coach Inc., Through United Stated Of America Emergency Managements Agency; and Sha<br>*Defendant* | ) ) ) ) ) ) ) ) Civil Action No.  09-5299 Sect.N Mag 5 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Gulf Stream Coach, Ic.
Through its Agent for Service of Process
Alan C. Neely
405 S. Broad St.
New Tazewell, TN 37825-7243


A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J.  DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: ___Nov 25 2009___

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _John Daniels_  ☑ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>Pat Daniels   12/3/09 |
| 1. Article Addressed to:<br><br>Mr. Alan C. Neely<br>405 S. Broad St.<br>New Tazewell, TN 37825-7243 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☑ No |
|  | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. Article Number
(Transfer from service label)

7008 3230 0000 9842 7254

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee<br>(Endorsement Required) | |
| Restricted Delivery Fee<br>(Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To
_____

Street, Apt. No.;
or PO Box No. _____

City, State, ZIP+4 _____

PS Form 3800, August 2006   See Reverse for Instructions

7008 3230 0000 9842 7254