# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873  SECTION "N" (5) |
| This applies to *Aldridge* No. 07-9228 (E.D. La.) | ) ) ) | JUDGE ENGELHARDT  MAGISTRATE CHASEZ |

## MOTION TO COMPEL DISCOVERY

Defendant, Keystone RV Company ("Keystone") moves this Court to compel responses to its November 20, 2009 interrogatories and document requests to plaintiff Paul Lastrapes. Keystone represents the following in support of its motion:

1.

Paul Lastrapes was selected by the Court as one of the bellwether plaintiffs for the July 19, 2010 bellwether trial involving Keystone and defendant CH2M HILL Constructors, Inc. *See* Rec. Doc. No. 9072 (Pre-Trial Order No. 52).

2.

Keystone propounded a set of interrogatories and document requests to Mr. Lastrapes on November 20, 2009. *See* Exhibit "A" (November 20, 2009 interrogatories and document requests).

3.

To date, Mr. Lastrapes has not responded or objected to Keystone's discovery requests, nor has he sought or obtained an extension of time from the Court or from

Keystone. As such, Mr. Lastrapes' responses are overdue and he has waived any objections to the discovery requests themselves.

4.

As required by Uniform Rule 37.1E, counsel for Keystone has conferred with counsel for the plaintiffs on multiple occasions in an attempt to obtain Mr. Lastrapes discovery responses and to resolve this discovery dispute. To this point, despite their efforts, counsel has not been able to reach a resolution of the dispute.

5.

Given the upcoming trial date (July 19, 2010), the discovery and deposition deadline imposed by the Court (June 15, 2010) and because Keystone is required to prepare *four* individual plaintiffs' cases for trial (including Mr. Lastrapes), Keystone is left with no other choice but to file this motion.

Therefore, for the reasons set forth in this motion, Keystone requests that the Court enter an order that:

(a) Compels Mr. Lastrapes to respond to Keystone's November 20, 2009 interrogatories and requests for production of documents by a date certain;

(b) Prohibits Mr. Lastrapes from asserting any objections in response to Keystone's November 20, 2009 discovery requests; and

(c) Awards Keystone its reasonable attorneys fees incurred in connection with this motion.

Respectfully submitted,

*s/Ryan E. Johnson*

_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
8555 United Plaza Blvd., 5th floor
Building Four
Baton Rouge, LA  70809
Telephone: (225) 248-2000
Facsimile:  (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

*Attorneys for Defendant,*
 *Keystone RV Company*

## CERTIFICATE OF SERVICE AND

## COMPLIANCE WITH RULE 37.1E

     I hereby certify that, pursuant to Rule 37.1E, counsel for Keystone has conferred with Mr. Justin Woods, counsel for plaintiff, in an attempt to reach an amicable resolution of this discovery dispute. Despite their best efforts, counsel for Keystone and plaintiff were not able to resolve the dispute because Mr. Woods apparently has had difficulty communicating with the plaintiff.

     I further certify that on this day, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system. I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

     Baton Rouge, Louisiana, this 26th day of January, 2010.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson