UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS )<br>    LIABILITY LITIGATION )<br>    )<br>This applies to *Aldridge*, )<br>    No. 07-9228 (E.D. La.) ) | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

**MEMORANDUM IN SUPPORT OF
MOTION TO COMPEL DISCOVERY**

Defendant, Keystone RV Company ("Keystone") has filed a motion to compel responses to its November 20, 2009 interrogatories and document requests to plaintiff Paul Lastrapes.

Keystone served interrogatories and document requests on Mr. Lastrapes on November 20, 2009.[1]  To date, Mr. Lastrapes has not responded to that discovery or objected to them.  In addition, he has not sought or obtained a formal extension from the Court or an informal extension from counsel.

As the Court is aware, Mr. Lastrapes was selected as one of four bellwether plaintiffs for the July 19, 2010 trial involving Keystone and defendant CH2M HILL Constructors, Inc.[2]  The Court directed the parties to conduct discovery as to each of these four individual plaintiffs and prepare each of their cases for trial.

---

[1] *See* Exhibit "A" to motion.

[2] *See* Rec. Doc. No. 9072 (Pre-Trial Order No. 52).

Plaintiffs' counsel will likely complain to the Court about difficulties in contacting Mr. Lastrapes. While Keystone certainly understands the problem, this does not change the fact that the Court has selected Mr. Lastrapes as a trial plaintiff and that he is obliged to respond to discovery issued by the parties. To this point, he has not done so.

Because Keystone served its discovery requests on November 20, 2009, Mr. Lastrapes' responses are long overdue. In addition, he has waived any objections he may have to Keystone's discovery. This is because, as the Fifth Circuit has observed, "when a party fails to object timely to interrogatories, production requests or other discovery requests, objections thereto are waived."[3]

Various courts in the Fifth Circuit have confirmed this reading of the discovery rules contained in the Federal Rules of Civil Procedure. For example, a district court in Mississippi recognized the waiver rule in a case where the plaintiff failed to lodge a timely objection to the defendants' discovery requests.[4] Enforcing the waiver, the court wrote "…there is authority within this circuit that does recognize the general rule that discovery objections are waived if a party fails to

---

[3] *In re United States of America*, 864 F. 2d 1153, 1156 (5th Cir. 1989).

[4] *Godsey v. United States of America*, 133 F.R.D. 111 (S.D. MS. 1990).

object timely to interrogatories, production requests or other discovery efforts."[5]

Other courts have also recognized this general rule as well.[6]

## CONCLUSION

For the reasons explained in Keystone's motion and in this memorandum, Keystone requests that the Court grant its motion and enter an order that:

(a)  Compels Mr. Lastrapes to respond to Keystone's November 20, 2009 interrogatories and requests for production of documents by a date certain;

(b)  Prohibits Mr. Lastrapes from asserting any objections in response to Keystone's November 20, 2009 discovery requests; and

(c)  Awards Keystone its reasonable attorneys fees incurred in connection with this motion.

Respectfully submitted,

*s/Ryan E. Johnson*

James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
8555 United Plaza Blvd., 5th floor
Building Four
Baton Rouge, LA  70809

---

[5] *Id.* at 113 ("Accordingly the Magistrate's denial of the USA's Motion to Compel was contrary to law.  The Godsey plaintiff has objected, but she has objected in an untimely manner.  This Court is of the opinion that the plaintiff's objections should  be waived and she should be compelled to answer.")

[6] *See Ordoyne v. McDermott*, 2000 WL 1154616 (E. D. La. 2000)("Generally, the absence of an extension of time or good cause, the failure to file a written response in the time fixed by the rule constitutes waiver of any objection.").

        Telephone: (225) 248-2000
        Facsimile:  (225) 248-3080

        -and-

        Madeleine Fischer (La. Bar No. 5575)
        Nan Roberts Eitel (La. Bar No. 19910)
        Jones, Walker, Waechter, Poitevent,
          Carrère & Denègre, L.L.P.
        201 St. Charles Avenue, 49th floor
        New Orleans, LA   70170
        Telephone:  (504) 582-8000
        Facsimile:  (504) 589-8208

        *Attorneys for Defendant,*
        *Keystone RV Company*

### **CERTIFICATE OF SERVICE**

    I hereby certify that on this day, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.  I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

    Baton Rouge, Louisiana, this 26th day of January, 2010.

        *s/Ryan E. Johnson*
        _____
        Ryan E. Johnson

{B0637490.1}