UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS )<br>    LIABILITY LITIGATION )<br>    )<br>  This applies to *Aldridge* )<br>    No. 07-9228 (E.D. La.) ) | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## NOTICE OF HEARING

Notice is hereby given that Keystone's Motion to Compel, directed to plaintiff Paul Lastrapes, is noticed for hearing before **Magistrate Judge Alma Chasez, at 11:00 a.m. on February 10, 2010**.

Baton Rouge, Louisiana, this 26th day of January, 2010

                *s/Ryan E. Johnson*

       _____
                Ryan E. Johnson

{B0637477.1}