AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Louisiana

| | |
|---|---|
| Easterine White, ind. and for her minor child, Alton Thornes; The Estate of Alton White<br>Plaintiff<br>v.<br>Cavalier Home Builders, LLC:, U.S. of Am through FEMA and Shaw Environmental, Inc.<br>Defendant | )<br>)<br>)  Civil Action No.  09-4846<br>)                              Sect.N Mag 5<br>)<br>) |

## Summons in a Civil Action

To: *(Defendant's name and address)*
Cavalier Home Builders, LLC, through its Agent for Service, The Corporation Company, 2000 Interstate Park Drive, # 204, Montgomery, AL 36109

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J. DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Nov 24 2009

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The Corporation Company
   2000 Interstate Park Dr., #204
   Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   x The Corporation Company   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   The Corporation Company   12/2/09

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7008 3230 0000 9842 7155

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7008 3230 0000 9842 7155

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006   See Reverse for Instructions