# APPENDIX A

| | |
|---|---|
| *Abadie, Anthony, et al v. Gulf Stream Coach, Inc., et al* | 09-5397 |
| *Ables, Stephanie Yvonne, et al v. Gulf Stream Coach, Inc., et al* | 09-5597 |
| *Abrahms, Chaquitah, et al v. Gulf Stream Coach, Inc., et al* | 09-5392 |
| *Abram, Michelle, et al v. Gulf Stream Coach, Inc., et al* | 09-2963 |
| *Acker, Quiana C., et al v. Gulf Stream Coach, Inc., et al* | 09-2962 |
| *Acklin, D'Juan, et al v. Gulf Stream Coach, Inc., et al* | 09-4537 |
| *Acosta, Dorothy Sue, et al v. Gulf Stream Coach, Inc., et al* | 09-4661 |
| *Acosta, Eduardo, et al v. Gulf Stream Coach, Inc., et al* | 09-5258 |
| *Adams, Dianne J., et al v. Alliance Homes, Inc., et al* | 09-4841 |
| *Adams, Eloise, et al v. Gulf Stream Coach, Inc., et al* | 09-5261 |
| *Adams, Eloise, et al v. Gulf Stream Coach, Inc., et al* | 09-5279 |
| *Adams, Latasha, et al v. Gulf Stream Coach, Inc., et al* | 09-6416 |
| *Adams, Michael, et al v. Alliance Homes, et al* | 09-6402 |
| *Age, Charlie, et al v. Gulf Stream Coach, Inc., et al* | 09-2892 |
| *Albert, Shirley, et al v. Gulf Stream Coach, Inc., et al* | 09-4106 |
| *Alberti, Ernest, et al v. Gulf Stream Coach, Inc., et al* | 09-4794 |
| *Alcorn, Yolanda, et al v. Gulf Stream Coach, Inc., et al* | 09-4591 |
| *Aldridge, James, et al v. Gulf Stream Coach, Inc., et al* | 07-9228 |
| *Alexander, Jonathan, et al v. Gulf Stream Coach, Inc., et al* | 09-4103 |
| *Alexander, Mary et al v. Gulf Stream Coach, Inc., et al* | 09-3481 |
| *Alford, Daphne, et al v. Gulf Stream Coach, Inc., et al* | 09-2966 |
| *Alford, Daphne, et al v. Gulf Stream Coach, Inc., et al* | 09-5396 |
| *Alleman, Betty, et al v. Gulf Stream Coach, Inc., et al* | 09-5390 |
| *Allen, Denisha, et al v. Gulf Stream Coach, Inc., et al* | 09-6319 |
| *Allen, Marie, et al v. Gulf Stream Coach, Inc., et al* | 09-3482 |
| *Allison, Vivian, et al v. Gulf Stream Coach, Inc. et al* | 09-7525 |
| *Amos, Bennie, et al v. Gulf Stream Coach, Inc., et al* | 09-6781 |
| *Anderson, Larry, et al v. Gulf Stream Coach, Inc., et al* | 09-6255 |
| *Andrews, Cheryl, et al v. Gulf Stream Coach, Inc., et al* | 09-6894 |
| *Andrews, Dwight, et al v. Gulf Stream Coach, Inc., et al* | 09-4867 |
| *Andrews, Gregory, et al v. Gulf Stream Coach, Inc.* | 09-5688 |
| *Andrews, Wade, et al v. Gulf Stream Coach, Inc., et al* | 09-4337 |
| *Annis, Brittany Nicole, et al v. Alliance Homes, Inc., et al* | 09-5994 |
| *Antoine, Jr., Milton Joseph, et al v. Gulf Stream Coach, Inc.* | 09-6608 |
| *Armstrong, Iradell, et al v. Gulf Stream Coach, Inc., et al* | 09-7526 |
| *Ash, Nathan, et al v. Gulf Stream Coach, Inc., et al* | 09-4969 |
| *Babin, Barry, et al v. Cavalier Homes Builders, LLC, et al* | 08-4629 |
| *Bader, Somaya, et al v. Gulf Stream Coach, Inc., et al* | 09-3824 |
| *Bagneris, Charles, et al v. Gulf Stream Coach, Inc., et al* | 09-2888 |
| *Bailey, Carl, et al v. Gulf Stream Coach, Inc., et al* | 09-6780 |
| *Bailey, Jayden, et al v. Gulf Stream Coach, Inc., et al* | 09-6325 |
| *Bailey, Roxanne, et al v. Gulf Stream Coach, Inc., et al* | 09-4707 |
| *Baptiste, Portialyn, et al v. Gulf Stream Coach, Inc., et al* | 09-4967 |

| | |
|---|---|
| *Barone, Salvadore v. Gulf Stream Coach, Inc.* | 09-7156 |
| *Barras, Louanna, et al v. Gulf Stream Coach, Inc., et al* | 09-5728 |
| *Bartel, Anthony, et al v. Gulf Stream Coach, Inc., et al* | 09-3943 |
| *Basco, Jamie, et al v. Gulf Stream Coach, Inc., et al* | 09-4719 |
| *Bastain, Janice, et al v. Gulf Stream Coach, Inc, et al.* | 09-2950 |
| *Batiste, Gabrielle, et al v. Gulf Stream Coach, Inc., et al* | 09-4340 |
| *Bauer, Belinda, et al v. Gulf Stream Coach, Inc., et al* | 08-5031 |
| *Bean, Christina, et al v. Gulf Stream Coach, Inc., et al* | 09-6070 |
| *Beard, Thomas, et al v. Gulf Stream Coach, Inc., et al* | 09-6945 |
| *Bell, Tanika, et al v. Gulf Stream Coach, Inc., et al* | 09-6149 |
| *Bell, Willie, et al v. Gulf Stream Coach, Inc., et al* | 09-2959 |
| *Bellazer, Warren, et al v. Gulf Stream Coach, Inc., et al* | 09-4108 |
| *Bernard, Elma, et al v. Gulf Stream Coach, Inc., et al* | 09-4768 |
| *Bernice, Scott, et al v. Gulf Stream Coach, Inc., et al* | 09-4228 |
| *Berry, Cloteel, et al v. Gulf Stream Coach, Inc., et al* | 09-5772 |
| *Billiot, Lori, et al v. Gulf Stream Coach, Inc., et al* | 09-6278 |
| *Blackburn, Alisha, et al v. Gulf Stream Coach, Inc., et al* | 09-6393 |
| *Blount, Alice v. Gulf Stream Coach, Inc., et al* | 09-6189 |
| *Boatner, Geraldine, et al v. Gulf Stream Coach, Inc., et al* | 09-2965 |
| *Booth, Ranice, et al v. Gulf Stream Coach, Inc., et al* | 09-7745 |
| *Bostic, Ryan Michael, et al v. Alliance Homes, Inc.* | 09-6402 |
| *Boteler, Lillie, et al v. Alliance Homes, Inc.* | 09-6643 |
| *Boudoin, Nelson, et al v. Gulf Stream Coach, Inc., et al* | 09-6038 |
| *Boudouin, Sr., Gordon, et al v. Gulf Stream Coach, Inc, et al* | 09-3891 |
| *Bouisse, Manuel A., et al v. Gulf Stream Coach, Inc., et al* | 09-6778 |
| *Brench, Loreal, et al v. Gulf Stream Coach, Inc., et al* | 09-3249 |
| *Briggs, Arthur G., et al v. Gulf Stream Coach, Inc., et al* | 09-5295 |
| *Briggs, Tammy, et al v. Gulf Stream Coach, Inc., et al* | 09-5296 |
| *Briggs, Tammy, et al v. Gulf Stream Coach, Inc., et al* | 09-7786 |
| *Brock, Tommie James v. Gulf Stream Coach, Inc., et al* | 09-6310 |
| *Brown, Casey, et al v. Gulf Stream Coach, Inc., et al* | 09-7075 |
| *Brown, Rhonda, et al v. Gulf Stream Coach, Inc., et al* | 09-4716 |
| *Brown, Shirley, et al v. Gulf Stream Coach, Inc., et al* | 09-5732 |
| *Brown, Tyra, et al v. Gulf Stream Coach, Inc., et al* | 09-2951 |
| *Brown, Tyra, et al v. Gulf Stream Coach, Inc., et al* | 09-4991 |
| *Brownfield, Keljuane, et al v. Gulf Stream Coach, Inc., et al* | 09-4866 |
| *Brumfield, Erica, et al v. Gulf Stream Coach, Inc., et al* | 09-4777 |
| *Bryant, Dustin, et al v. Gulf Stream Coach, Inc., et al* | 09-4227 |
| *Buckley, Dwanyetta, et al v. Gulf Stream Coach, Inc., et al* | 09-6040 |
| *Bullock, Constance, et al v. Gulf Stream Coach, Inc., et al* | 09-6949 |
| *Bundridge, Robert, et al v. Gulf Stream Coach, Inc., et al* | 09-7353 |
| *Buras, Angelina, et al v. Alliance Homes, Inc., et al* | 09-6501 |
| *Burke, Dianne, et al v. Gulf Stream Coach, Inc., et al* | 09-4772 |
| *Burns, Karen, et al v. Gulf Stream Coach, Inc., et al* | 09-6411 |
| *Cacioppo, Anthony Carlo, et al v. Alliance Homes, Inc., et al* | 09-4840 |

| | |
|---|---|
| *Camp, Camella, et al v. Gulf Stream Coach, Inc.* | 09-3906 |
| *Campbell, Glory, et al v. Gulf Stream Coach, Inc., et al* | 09-6197 |
| *Caronia, Charlene v. Forest River, Inc., et al* | 09-6165 |
| *Carter, Ruth, et al v. Gulf Stream Coach, Inc., et al* | 09-4438 |
| *Caston, Daina, et al v. Gulf Stream Coach, Inc., et al* | 09-6195 |
| *Chambliss, June, et al v. Gulf Stream Coach, Inc., et al* | 09-4891 |
| *Charles, Willie Mae, et al v. Gulf Stream Coach, Inc.* | 09-4069 |
| *Chatman, Richard, et al v. Gulf Stream Coach, Inc., et al* | 09-7076 |
| *Cheatam, Amesia, et al v. Gulf Stream Coach, Inc.* | 09-6982 |
| *Cheek, James, et al v. Gulf Stream Coach, Inc., et al* | 09-5906 |
| *Clark, Patricia v. Keystone RV Company, et al* | 09-6170 |
| *Collins, Louis v. Gulf Stream Coach, Inc., et al* | 09-6349 |
| *Cosey, Lloyd, et al v. Gulf Stream Coach, Inc.* | 09-3914 |
| *Craft, Kerney, et al v. Gulf Stream Coach, Inc., et al* | 09-4430 |
| *Curry, Corey, et al v. Gulf Stream Coach, Inc., et al* | 09-3998 |
| *Daigle, Clifton, et al v. Gulf Stream Coach, Inc., et al* | 09-7512 |
| *Danastatasio, Dale, et al v. Alliance Homes, Inc., et al* | 09-7163 |
| *Dang, Trang, et al v. Gulf Stream Coach, Inc., et al* | 08-4161 |
| *Davis, Brenda Coleman, et al v. Gulf Stream Coach, Inc.* | 09-5522 |
| *Davis, Edgar, et al v. Gulf Stream Coach, Inc., et al* | 09-5495 |
| *Davis, Lester, et al v. Gulf Stream Coach, Inc., et al* | 09-4717 |
| *Davis, Robert, et al v. Gulf Stream Coach, Inc., et al* | 09-4954 |
| *Demoll, Rebecca, et al v. Gulf Stream Coach, Inc., et al* | 09-3879 |
| *Denson, Cherissa, et al v. Gulf Stream Coach, Inc., et al* | 09-5543 |
| *Devlin, Robert, et al v. Fleetwood Enterprises, Inc., et al* | 07-7018 |
| *Doane, Jennifer, et al v. Cavalier Home Builders, LLC, et al* | 09-4827 |
| *Doiron, Carolyn, et al v. Gulf Stream Coach, Inc., et al* | 09-2889 |
| *Domino, Adrian, et al v. Gulf Stream Coach, Inc., et al* | 09-2934 |
| *Dufrene, Paula, et al v. Gulf Stream Coach, Inc., et al* | 09-7343 |
| *Durham, Gloria M., et al v. Alliance Homes, Inc.* | 09-6636 |
| *Ebarb, Linda, et al v. Gulf Stream Coach, Inc., et al* | 09-5926 |
| *Edgett, Peggy, et al v. Gulf Stream Coach, Inc., et al* | 09-4574 |
| *Ervin, Danita, et al v. Gulf Stream Coach, Inc.* | 09-6019 |
| *Esposito, Dawn, et al v. Gulf Stream Coach, Inc., et al* | 09-4718 |
| *Evans, Taylor, et al v. Gulf Stream Coach, Inc.* | 09-5766 |
| *Falgout, Christopher, et al v. Gulf Stream Coach, Inc., et al* | 09-4662 |
| *Ferrara, Annie, et al v. Gulf Stream Coach, Inc., et al* | 09-3894 |
| *Ferrier, Glenn, et al v. Gulf Stream Coach, Inc., et al* | 09-2935 |
| *Fincher, Steven Weyland, et al v. Alliance Homes, Inc., et al* | 09-6497 |
| *Fincher, Steven Weyland, et al v. Alliance Homes, Inc., et al* | 09-6632 |
| *Flynn, Donna, et al v. USA, et al* | 09-3941 |
| *Fountain, Paul, et al v. USA, et al* | 09-3622 |
| *Foxworth, Adell M., et al v. Gulf Stream Coach, Inc., et al* | 09-6983 |
| *Gabourel, Christopher J., et al v. Alliance Homes, Inc., et al* | 09-4842 |

| | |
|---|---|
| *Gabriel, Keith, et al v. Gulf Stream Coach, Inc, et al* | 09-3893 |
| *Galloway, Drusilla, et al v. Gulf Stream Coach, Inc., et al* | 09-2964 |
| *Galloway, Mariel, et al v. Gulf Stream Coach, Inc.* | 09-4034 |
| *Gautreaux, Henry, et al v. Gulf Stream Coach, Inc., et al* | 08-1094 |
| *Gerdes, III, Louis v. Gulf Stream Coach, Inc., et al* | 09-7680 |
| *Gilbert, Larry v. Gulf Stream Coach, Inc., et al* | 09-5241 |
| *Gillam, Mary Ann v. Gulf Stream Coach, Inc., et al* | 09-4573 |
| *Gilmore, Sr., Joseph, et al v. Gulf Stream Coach, Inc., et al* | 09-6587 |
| *Giovengo, Dennis v. Gulf Stream Coach, Inc., et al* | 09-6076 |
| *Gladstone, Diane, et al v. Gulf Stream Coach, Inc.* | 09-3897 |
| *Gonzales, Wayne v. Gulf Stream Coach, Inc., et al* | 09-7697 |
| *Graf, Jr., John, et al v. Gulf Stream Coach, Inc.* | 09-3874 |
| *Gras, Francis Irwin, et al v. Alliance Homes, Inc., et al* | 09-6498 |
| *Green, III, Waldon, et al v. Gulf Stream Coach, Inc., et al* | 09-3896 |
| *Griffin, Wilbert, et al v. Gulf Stream Coach, Inc., et al* | 09-7573 |
| *Griffin, Leanna, et al v. Alliance Homes, Inc., et al* | 09-6882 |
| *Gyins, Kent, et al v. Gulf Stream Coach, Inc., et al* | 09-6947 |
| *Hall, Evamarie S., et al v. Gulf Stream Coach, Inc., et al* | 09-6799 |
| *Handy, Aungeleaka, et al v. Gulf Stream Coach, Inc.* | 09-4936 |
| *Hargrove, Leonard, et al v. Gulf Stream Coach, Inc., et al* | 09-4448 |
| *Harris, Shirley, et al v. Gulf Stream Coach, Inc., et al* | 09-4952 |
| *Harris, Wayne, et al v. Gulf Stream Coach, Inc., et al* | 09-6077 |
| *Hartford, Will, et al v. Gulf Stream Coach, Inc., et al* | 09-5995 |
| *Hawkins, Valerie, et al v. Gulf Stream Coach, Inc., et al* | 09-3503 |
| *Hill, Brenda Lee, et al v. Gulf Stream Coach, Inc., et al* | 09-5297 |
| *Hillard, Keith, et al v. USA, et al* | 06-2576 |
| *Hillard, Keith, et al v. Gulf Stream Coach, Inc., et al* | 09-4847 |
| *Hilliard, Donna, et al v. Gulf Stream Coach, Inc., et al* | 09-6573 |
| *Houston, Bernadette v. Gulf Stream Coach, Inc., et al* | 09-4913 |
| *Howard, Deidra, et al v. Gulf Stream Coach, Inc.* | 09-6028 |
| *Jackler, Mark Glenn, et al v. Gulf Stream Coach, Inc., et al* | 09-6147 |
| *Jackson, Christina, et al v. Gulf Stream Coach, Inc., et al* | 09-4665 |
| *Jefferson, Kenneth, et al v. Gulf Stream Coach, Inc., et al* | 09-4981 |
| *Johnson, Debbie L., et al v. Gulf Stream Coach, Inc., et al* | 09-4996 |
| *Johnson, James, et al v. Gulf Stream Coach, Inc., et al* | 09-6951 |
| *Johnson, Kenneth, et al v. Gulf Stream Coach, Inc.* | 09-5734 |
| *Johnson, Yolanda, et al v. Gulf Stream Coach, Inc., et al* | 09-6049 |
| Jones, Brenda, et al v. Gulf Stream Coach, Inc., et al | 09-6293 |
| *Jones, Sr., Raymond, et al v. Gulf Stream Coach, Inc.* | 09-5765 |
| *Joseph, Gloria, et al v. Gulf Stream Coach, Inc., et al* | 09-5531 |
| *Joseph, Kim, et al v. Gulf Stream Coach, Inc., et al* | 09-2943 |
| *Joseph, Sonia, et al v. Alliance Homes, Inc., et al* | 09-6881 |
| *Kahl, James, et al v. Fleetwood, et al* | 07-4012 |
| *Klein, Joseph and Mary Ann v. Gulf Stream Coach, Inc., et al* | 09-6217 |
| *Krivjanick, Marcelle, et al v. Gulf Stream Coach, Inc., et al* | 09-4938 |

| | |
|---|---|
| *Lane, Tiyon, et al v. Gulf Stream Coach, Inc.* | 09-5764 |
| *Lang, James, et al v. Gulf Stream Coach, Inc.* | 09-4004 |
| *Larose, Charles v. Gulf Stream Coach, Inc., et al* | 09-5892 |
| *Lavance, Helen A., et al v. Gulf Stream Coach, Inc., et al* | 09-6252 |
| *Le, Tony Dung, et al v. Gulf Stream Coach, Inc.* | 09-3892 |
| *Lee, Elaine Duncan, et al v. Gulf Stream Coach, Inc.* | 09-6985 |
| *Lefort, Donna, et al v. Gulf Stream Coach, Inc., et al* | 09-4955 |
| *Levy, Charlie M., et al v. Gulf Stream Coach, Inc., et al* | 09-5585 |
| *Lewis, Darryl, et al v. Gulf Stream Coach, Inc., et al* | 09-5770 |
| *Lewis, III, James, et al v. Gulf Stream Coach, Inc., et al* | 09-5941 |
| *London, Danny, et al v. Gulf Stream Coach, Inc., et al* | 09-7051 |
| *Lopez, Scotty, et al v. Gulf Stream Coach, Inc.* | 09-3902 |
| *Lott, Marvin, et al v. Gulf Stream Coach, Inc., et al* | 09-6944 |
| *Lucas, Donna, et al v. Gulf Stream Coach, Inc.* | 09-6575 |
| *Lyons, Timothy, et al v. Gulf Stream Coach, Inc., et al* | 09-7079 |
| *Macalusa, Chad W., et al v. Gulf Stream Coach, Inc., et al* | 09-4666 |
| *Mack, Patricia v. Recreation by Design, LLC, et al* | 09-6163 |
| *Mackles, Troy, et al v. Alliance Homes, Inc., et al* | 09-4843 |
| *Magee, Lawn v. Gulf Stream Coach, Inc., et al* | 09-5742 |
| *Major, Verna, et al v. Gulf Stream Coach, Inc., et al* | 09-2949 |
| *Manuel, Brenda, et al v. Gulf Stream Coach, Inc., et al* | 09-4028 |
| *Marshall, Sr., Quinnton, et al v. Gulf Stream Coach, Inc.* | 09-3876 |
| *Martin, Andre, et al v. Gulf Stream Coach, Inc., et al* | 09-7688 |
| *Mash, Tashena, et al v. Gulf Stream Coach, Inc., et al* | 09-5748 |
| *Massey, Glenda, et al v. Alliance Homes, Inc., et al* | 09-6884 |
| *Matthews, Wendell v. Gulf Stream Coach, Inc., et al* | 09-6206 |
| *Maynard, Charles v. Gulf Stream Coach, Inc., et al* | 09-5549 |
| *McBride, Eric, et al v. Gulf Stream Coach, Inc., et al* | 09-4924 |
| *McGuire, Decarlo, et al v. Gulf Stream Coach, Inc., et al* | 06-5659 |
| *Mcnair, Brandon, et al v. Gulf Stream Coach, Inc., et al* | 09-7078 |
| *Melancon, Lorenza, et al v. Gulf Stream Coach, Inc., et al* | 07-3375 |
| *Menard, Kevin Stephen, et al v. Alliance Homes, Inc., et al* | 09-6494 |
| *Meshack, Meshack, et al v. Circle B Enterprises, et al* | 09-1970 |
| *Mills, Yvonne, et al v. Gulf Stream Coach, Inc.* | 09-4910 |
| *Mitchell, Roy A., et al v. Gulf Stream Coach, Inc., et al* | 09-6311 |
| *Monnity, Amanda, et al v. Gulf Stream Coach, Inc., et al* | 09-4644 |
| *Montegue, Christinia, et al v. Gulf Stream Coach, Inc., et al* | 09-4029 |
| *Morter, Felix, et al v. Gulf Stream Coach, Inc., et al* | 09-7388 |
| | 09-7245 |
| *Nelson, Kimberly, et al v. Gulf Stream Coach, Inc., et al* | 07-7494 |
| *Ory, Jr., Clyde v. Gulf Stream Coach, Inc., et al* | 09-6224 |
| *Parkman, Dionte, et al v. Gulf Stream Coach, Inc., et al* | 09-6156 |
| *Pellegrin, Chad, et al v. Gulf Stream Coach, Inc., et al* | 09-6318 |
| *Penny, William, et al v. Fairmont Homes, Inc., et al* | 09-3591 |
| *Pierre, Levergne, et al v. Gulf Stream Coach, Inc., et al* | 09-4834 |

| | |
|---|---|
| *Pizani, Stephanie, et al v. Gulf Stream Coach, Inc., et al* | 07-9248 |
| *Pizani, Stephanie, et al v. Gulf Stream Coach, Inc., et al* | 09-2944 |
| *Pujol, Joseph, et al v. Pilgrim International, Inc., et al* | 07-5709 |
| *Rabalais, Louis, et al v. Alliance Homes, Inc.* | 09-4845 |
| *Raymond, Audrey, et al v. Gulf Stream Coach, Inc.* | 09-3890 |
| *Reppel, Donna v. Gulf Stream Coach, Inc., et al* | 09-5891 |
| *Richard, Wanda, et al v. Gulf Stream Coach, Inc., et al* | 09-3895 |
| *Riley, Wanda, et al v. Alliance Homes, Inc., et al* | 09-5443 |
| *Roach, Kahla, et al v. Gulf Stream Coach, Inc., et al* | 09-7081 |
| *Robinson, Carolyn, et al v. Gulf Stream Coach, Inc., et al* | 09-2940 |
| *Rodriguez, Luis A., et al v. Alliance Homes, Inc.* | 09-6495 |
| *Sakobie, James S., et al v. Gulf Stream Coach, Inc., et al* | 09-4664 |
| *Sampson, Jose, et al v. Gulf Stream Coach, Inc., et al* | 09-3250 |
| *Sapp, Carrie, et al v. Gulf Stream Coach, Inc., et al* | 09-2942 |
| *Scott, Robin v. Gulf Stream Coach, Inc., et al* | 09-7370 |
| *Seal, Steven, et al v. Fleetwood, et al* | 07-3893 |
| *Self, Edgar, et al v. Gulf Stream Coach, Inc.* | 09-6026 |
| *Shepherd, Jeanette, et al v. Gulf Stream Coach, Inc., et al* | 09-6879 |
| *Shorty, Earl v. Gulf Stream Coach, Inc., et al* | 09-5992 |
| *Stewart, Melissa v. Gulf Stream Coach, Inc., et al* | 09-2176 |
| *Stewart, Melissa, et al v. Alliance Homes, Inc., et al* | 09-6712 |
| *Stewart, Paul v. Gulf Stream Coach, Inc.* | 09-6909 |
| *Stokes, Julia, et al v. Gulf Stream Coach, Inc.* | 09-3901 |
| *Sullen, Charalda v. Gulf Stream Coach, Inc.* | 09-7594 |
| *Sullivan, Angela, et al v. Gulf Stream Coach, Inc., et al* | 09-2915 |
| *Sullivan, Angela, et al v. Gulf Stream Coach, Inc., et al* | 09-4519 |
| *Swain, Lonnie, et al v. Gulf Stream Coach, Inc., et al* | 09-6030 |
| *Tanner, Marvin, et al v. Gulf Stream Coach, Inc., et al* | 09-6395 |
| *Tate, Korey, et al v. Gulf Stream Coach, Inc., et al* | 09-4604 |
| *Taylor, Valerie, et al v. Gulf Stream Coach, Inc.* | 09-4035 |
| *Thomas, Geneva, et al v. Gulf Stream Coach, Inc., et al* | 09-4631 |
| *Trosclair, Allen, et al v. Gulf Stream Coach, Inc., et al* | 09-2933 |
| *Tumminello, Yvette v. Gulf Stream Coach, Inc., et al* | 09-6376 |
| *Umbehagen, Jonathan L., et al v. Alliance Homes, Inc., et al* | 09-4844 |
| *Vaccarella, Angeline, et al v. Gulf Stream Coach, Inc., et al* | 09-4663 |
| *Veal, Donald, et al v. Gulf Stream Coach, Inc., et al* | 09-7715 |
| *Wagner, Hattie, et al v. Gulf Stream Coach, Inc., et al* | 09-2916 |
| *Wagner, Jr., Larry, et al v. Gulf Stream Coach, Inc., et al* | 09-3915 |
| *Walker, Barbara, et al v. Gulf Stream Coach, Inc., et al* | 09-3898 |
| *Ward, Canary, et al v. Gulf Stream Coach, Inc., et al* | 09-7565 |
| *Williams, Laronda, et al v. Gulf Stream Coach, Inc.* | 09-3918 |
| *Williams, Laronda, et al v. Gulf Stream Coach, Inc.* | 09-4909 |
| *Williams, Nathan v. Gulf Stream Coach, Inc., et al* | 09-6078 |
| *Wilson, Jatara, et al v. Gulf Stream Coach, Inc., et al* | 09-7219 |
| *Wilson, Willie v. Gulf Stream Coach, Inc., et al* | 09-6700 |

| | |
|---|---|
| *Word, Barbara, et al v. Gulf Stream Coach, Inc., et al* | 09-5937 |
| *Wyatt, Pearl Sue v. Gulf Stream Coach, Inc., et al* | 09-7154 |
| *Abshire v. Gulf Stream Coach, Inc.* | 09-7413 |
| *Acevedo, et al v. Gulf Stream Coach, Inc., et al* | 09-5299 |
| *Acey v. Gulf Stream Coach, Inc.* | 09-6967 |
| *Acklin, et al v. Gulf Stream Coach, Inc., et al* | 09-7304 |
| *Adams, et al v. Gulf Stream Coach, Inc., et al* | 09-6398 |
| *Adams, et al v. Gulf Stream Coach, Inc., et al* | 09-5351 |
| *Aguillard, et al v. Gulf Stream Coach, Inc., et al* | 09-5376 |
| *Aguillard, et al v. Gulf Stream Coach, Inc., et al* | 09-5358 |
| *Akmin, et al v. Gulf Stream Coach, Inc., et al* | 09-4880 |
| *Albers v. Gulf Stream Coach, Inc.* | 09-7422 |
| *Alexander, et al v. Allen Camper Manufacturing Company, Inc., et al* | 09-4868 |
| *Alexander, et al v. Gulf Stream Coach* | 09-2974 |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | 09-6397 |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | 09-5353 |
| *Ambrose, et al v. Gulf Stream Coach, Inc., et al* | 09-5354 |
| *Amos, et al v. Gulf Stream Coach, Inc., et al* | 09-7556 |
| *Anderson v. Forest River, Inc., et al* | 09-6173 |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al* | 09-6320 |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al* | 09-5352 |
| *Andrews v. Gulf Stream Coach, Inc.* | 09-6878 |
| *Andrews, et al v. Gulf Stream Coach, Inc., et al* | 09-5773 |
| *Anthony v. Gulf Stream Coach, Inc.* | 09-6877 |
| *Arena, et al v. Gulf Stream Coach, Inc., et al* | 09-5301 |
| *Arrigo, et al v. Gulf Stream Coach, Inc., et al* | 09-7294 |
| *Autman, et al v. Gulf Stream Coach, Inc., et al* | 09-6399 |
| *Ayers v. Gulf Stream Coach, Inc., et al* | 09-6970 |
| *Bailey, et al v. Gulf Stream Coach, Inc., et al* | 09-4707 |
| *Baptiste, et al v. Gulf Stream Coach, Inc., et al* | 09-2975 |
| *Barnes, et al v. American Camper Manufacturing, LLC, et al* | 09-6048 |
| *Barone v. Gulf Stream Coach, Inc.* | 09-7156 |
| *Barrett v. Gulf Stream Coach, Inc.* | 09-7356 |
| *Barrett, et al v. Gulf Stream Coach, Inc., et al* | 09-6913 |
| *Bentel, et al v. Gulf Stream Coach, Inc., et al* | 09-5372 |
| *Berry, et al v. American Camper Manufacturing, LLC, et al* | 09-5283 |
| *Bethley, et al v. Gulf Stream Coach, Inc., et al* | 09-4678 |
| *Bethley, et al v. Gulf Stream Coach, Inc., et al* | 09-5300 |
| *Bickham, Vicki v. Gulf Stream Coach, Inc., et al* | 09-3205 |
| *Black, et al v. Gulf Stream Coach, Inc., et al* | 09-7292 |
| *Body, et al v. Gulf Stream Coach, Inc., et al* | 09-4684 |
| *Bogen v. Gulf Stream Coach, Inc., et al* | 09-6183 |
| *Booth, Ranice, et al v. Gulf Stream Coach, Inc., et al* | 09-7745 |
| *Bourgeois, et al v. Gulf Stream Coach, Inc., et al* | 09-2973 |

| | |
|---|---|
| *Bowman, et al v. Gulf Stream Coach, Inc., et al* | 09-3808 |
| *Braxter v. Gulf Stream Coach, Inc.* | 09-7416 |
| *Brickley v. Gulf Stream Coach, Inc., et al* | 09-7263 |
| *Bridges v. Gulf Stream Coach, Inc.* | 09-6975 |
| *Briggs, et al v. Gulf Stream Coach, Inc., et al* | 09-7956 |
| *Briggs, et al v. Gulf Stream Coach, Inc., et al* | 09-6683 |
| *Briggs, Tammy, et al v. Gulf Stream Coach, Inc., et al* | 09-7786 |
| *Brown, et al v. Gulf Stream Coach, Inc., et al* | 09-6420 |
| *Brown, et al v. Gulf Stream Coach, Inc., et al* | 09-4703 |
| *Brown, et al v. Gulf Stream Coach, Inc., et al* | 09-4676 |
| *Bruno v. Gulf Stream Coach, Inc.* | 09-6873 |
| *Burks, et al v. Gulf Stream Coach, Inc., et al* | 09-4690 |
| *Burl, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al* | 09-7940 |
| *Campbell, et al v. Gulf Stream Coach, Inc., et al* | 09-6197 |
| *Carrier, Jack, et al v. Gulf Stream Coach, Inc., et al* | 09-3615 |
| *Carter v. Gulf Stream Coach, Inc., et al* | 09-7323 |
| *Ceasar, et al v. Gulf Stream Coach, Inc., et al* | 09-4864 |
| *Cedeno, et al v. Gulf Stream Coach, Inc., et al* | 09-6415 |
| *Celestine, et al v. American Camper Manufacturing, LLC, et al* | 09-5284 |
| *Chatman, et al v. Gulf Stream Coach, Inc., et al* | 09-4689 |
| *Cinco, Ernesto, et al v. Gulf Stream Coach, Inc., et al* | 09-3619 |
| *Clark v. Gulf Stream Coach, Inc.* | 09-7430 |
| *Cook, et al v. Gulf Stream Coach, Inc., et al* | 09-7293 |
| *Cowan v. Gulf Stream Coach, Inc., et al* | 09-4431 |
| *Crump, et al v. Gulf Stream Coach, Inc., et al* | 09-6213 |
| *Cuevas, et al v. Gulf Stream Coach, Inc., et al* | 09-4682 |
| *Culler, Jerome Anthony, et al v. Gulf Stream Coach, Inc., et al* | 07-4018 |
| *Cunningham, et al v. Gulf Stream Coach, Inc., et al* | 09-6973 |
| *Davis, et al v. Gulf Stream Coach, Inc., et al* | 09-4679 |
| *Diaz, et al v. Gulf Stream Coach, Inc., et al* | 09-4810 |
| *Dilbert v. Gulf Stream Coach, Inc., et al* | 09-7751 |
| *Dixon v. Gulf Stream Coach, Inc.* | 09-7423 |
| *Dixon, et al v. Gulf Stream Coach, Inc., et al* | 09-6400 |
| *Ebanks, et al v. Gulf Stream Coach, Inc., et al* | 09-4811 |
| *Franklin, et al v. Gulf Stream Coach, Inc., et al* | 09-5348 |
| *Frazier v. Gulf Stream Coach, Inc., et al* | 09-7755 |
| *Gains, et al v. Gulf Stream Coach, Inc., et al* | 09-5355 |
| *Gautieer v. Gulf Stream Coach, Inc.* | 09-7414 |
| *Ginn, et al v. Gulf Stream Coach, Inc., et al* | 09-6414 |
| *Gonzales v. Gulf Stream Coach, Inc., et al* | 09-7697 |
| *Graham v. Gulf Stream Coach, Inc.* | 09-6969 |
| *Green, et al v. Gulf Stream Coach, Inc., et al* | 09-6214 |
| *Griffin, et al v. Gulf Stream Coach, Inc., et al* | 09-7480 |
| *Guillory v. Gulf Stream Coach, Inc.* | 09-6876 |
| *Gumas, et al v. CH2M Hill Constructors, Inc., et al* | 09-7774 |

| | |
|---|---|
| *Haley v. Gulf Stream Coach, Inc.* | 09-7439 |
| *Hammond, et al v. Gulf Stream Coach, Inc., et al* | 09-6413 |
| *Hansen v. Gulf Stream Coach, Inc., et al* | 09-2910 |
| *Hardy, et al v. Gulf Stream Coach, Inc., et al* | 09-4677 |
| *Harris v. Gulf Stream Coach, Inc.* | 09-7401 |
| *Harris v. Gulf Stream Coach, Inc., et al* | 09-7748 |
| *Harrison, et al v. Gulf Stream Coach, Inc., et al* | 09-2908 |
| *Hawkins, et al v. Gulf Stream Coach, Inc., et al* | 09-3503 |
| *Hebert v. Gulf Stream Coach, Inc.* | 09-6885 |
| *Hernandez v. Gulf Stream Coach, Inc.* | 09-7419 |
| *Hernandez v. Gulf Stream Coach, Inc.* | 09-7417 |
| *Hill, et al v. Vanguard Industries of Michigan, Inc., et al* | 09-5269 |
| *Holmes v. Gulf Stream Coach, Inc., et al* | 09-7261 |
| *Hunter, et al v. Gulf Stream Coach, Inc., et al* | 09-6396 |
| *Jackler v. Gulf Stream Coach, Inc., et al* | 09-5970 |
| *Jacobs, et al v. Gulf Stream Coach, Inc., et al* | 09-4131 |
| *James, et al v. Gulf Stream Coach, Inc., et al* | 09-6181 |
| *Johnson, et al v. Gulf Stream Coach, Inc., et al* | 09-4697 |
| *Johnson, et al v. Gulf Stream Coach, Inc., et al* | 09-4691 |
| *Johnson, et al v. Gulf Stream Coach, Inc., et al* | 09-4680 |
| *Jones, et al v. Gulf Stream Coach, Inc., et al* | 09-4688 |
| *Joseph v. Gulf Stream Coach, Inc.* | 09-7425 |
| *Kellum v. Gulf Stream Coach, Inc., et al* | 09-7427 |
| *Lee, et al v. Gulf Stream Coach, Inc., et al* | 09-4687 |
| *Leonard, et al v. Gulf Stream Coach, Inc., et al* | 09-7747 |
| *Leonard, et al v. Gulf Stream Coach, Inc., et al* | 09-4683 |
| *Lett v. Gulf Stream Coach, Inc., et al* | 09-6971 |
| *Lewis v. Gulf Stream Coach, Inc., et al* | 09-7743 |
| *Lewis v. Gulf Stream Coach, Inc., et al* | 09-5941 |
| *Lewis, et al v. Gulf Stream Coach, Inc., et al* | 09-4695 |
| *Loch v. Gulf Stream Coach, Inc.* | 09-7411 |
| *Loper, et al v. Gulf Stream Coach, Inc., et al* | 09-4694 |
| *Magee v. Gulf Stream Coach, Inc.* | 09-7404 |
| *Magee, et al v. Gulf Stream Coach, Inc., et al* | 09-5350 |
| *Martin v. Gulf Stream Coach, Inc., et al* | 09-7688 |
| *Maynard, et al v. Gulf Stream Coach, Inc., et al* | 09-5549 |
| *Meche v. Gulf Stream Coach, Inc.* | 09-7421 |
| *Miller v. Gulf Stream Coach, Inc.* | 09-7402 |
| *Miller v. Gulf Stream Coach, Inc.* | 09-7399 |
| *Miller v. Gulf Stream Coach, Inc.* | 09-4896 |
| *Mistretta, et al v. Gulf Stream Coach, Inc., et al* | 09-4704 |
| *Mitchell, et al v. Gulf Stream Coach, Inc., et al* | 09-4698 |
| *Morgan v. Gulf Stream Coach, Inc., et al* | 09-7759 |
| *Norwood v. Gulf Stream Coach, Inc.* | 09-7403 |
| *Nunez v. Gulf Stream Coach, Inc.* | 09-7426 |

| | |
|---|---|
| *Orphey v. Gulf Stream Coach, Inc.* | 09-7420 |
| *Patterson v. Gulf Stream Coach, Inc.* | 09-6874 |
| *Pearson v. Gulf Stream Coach, Inc.* | 09-4702 |
| *Peters v. Gulf Stream Coach, Inc.* | 09-6968 |
| *Porter, et al v. Gulf Stream Coach, Inc., et al* | 09-7580 |
| *Prejean v. Gulf Stream Coach, Inc.* | 09-7418 |
| *Price, et al v. Gulf Stream Coach, Inc., et al* | 09-5357 |
| *Quiett, et al v. Gulf Stream Coach, Inc., et al* | 09-4705 |
| *Ragins, et al v. Gulf Stream Coach, Inc., et al* | 09-4681 |
| *Ramson, et al v. Gulf Stream Coach, Inc., et al* | 09-4647 |
| *Raymond, et al v. Gulf Stream Coach, Inc., et al* | 09-4699 |
| *Reaser v. Gulf Stream Coach, Inc.* | 09-7412 |
| *Reed, et al v. Gulf Stream Coach, Inc., et al* | 09-4822 |
| *Reffells, et al v. Gulf Stream Coach, Inc., et al* | 09-4693 |
| *Riley v. Gulf Stream Coach, Inc., et al* | 09-7588 |
| *Riley, et al v. Alliance Homes, Inc., et al* | 09-5443 |
| *Robertson, et al v. Gulf Stream Coach, Inc., et al* | 09-5356 |
| *Robinson, et al v. Gulf Stream Coach, Inc., et al* | 09-4692 |
| *Rogers v. Gulf Stream Coach, Inc.* | 09-6974 |
| *Scott v. Gulf Stream Coach, Inc.* | 09-7398 |
| *Seymour v. Gulf Stream Coach, Inc.* | 09-7405 |
| *Shavers, et al v. Gulf Stream Coach, Inc.* | 09-7760 |
| *Smith v. Gulf Stream Coach, Inc., et al* | 09-6616 |
| *Smith v. Gulf Stream Coach, Inc., et al* | 09-6615 |
| *Spears v. Gulf Stream Coach, Inc.* | 09-7428 |
| *Spillers, et al v. Gulf Stream Coach, Inc., et al* | 09-4701 |
| *Stagg v. Gulf Stream Coach, Inc.* | 09-6875 |
| *Stanley v. Gulf Stream Coach, Inc.* | 09-6972 |
| *Steele v. Gulf Stream Coach, Inc.* | 09-7429 |
| *Sullen v. Gulf Stream Coach, Inc.* | 09-7594 |
| *Taylor, et al v. Gulf Stream Coach, Inc., et al* | 09-4696 |
| *Theyard v. Gulf Stream Coach, Inc.* | 09-7901 |
| *Troetscher v. Gulf Stream Coach, Inc., et al* | 09-7758 |
| *Tumminello v. Gulf Stream Coach, Inc., et al* | 09-7039 |
| *Turner v. Gulf Stream Coach, Inc., et al* | 09-7575 |
| *Turner, et al v. Gulf Stream Coach, Inc., et al* | 09-5349 |
| *Veal, Donald, et al v. Gulf Stream Coach, Inc., et al* | 09-7715 |
| *Ware, et al v. Gulf Stream Coach, Inc., et al* | 09-4686 |
| *Washington v. Gulf Stream Coach, Inc.* | 09-7415 |
| *Washington v. Gulf Stream Coach, Inc.* | 09-7400 |
| *Watson, et al v. Gulf Stream Coach, Inc., et al* | 09-4700 |
| *Wells, et al v. Gulf Stream Coach, Inc., et al* | 09-4685 |
| *White , et al v. Circle B Enterprises, Inc., et al* | 08-1969 |
| *Williams, et al v. American Camper Manufacturing, LLC, et al* | 09-5285 |
| *Williams, et al v. Gulf Stream Coach, Inc., et al* | 09-4706 |

| *Wilson v. Gulf Stream Coach, Inc., et al* | 09-7219 |
| *Witt v. Gulf Stream Coach, Inc.* | 09-7406 |
| *Word, et al v. Gulf Stream Coach, Inc., et al* | 09-5937 |