UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                       MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                      SECTION N-5
                                          JUDGE ENGELHARDT
                                          MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:
ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE BY DEFENDANT UNITED STATES OF AMERICA REGARDING
HOW AN APPLICANT OR CO-APPLICANT WHO APPLIED FOR AND
RECEIVED A FEMA EHU MAY CALL TO OBTAIN HIS OR HER FEMA
IDENTIFICATION NUMBER FOR MATCHING PURPOSES

Defendant United States of America ("United States") hereby issues the following Notice to all parties involved in this Multi-District Litigation. A number of questions have arisen regarding whether Plaintiffs who applied for and received disaster assistance from FEMA in the form of an emergency housing unit ("EHU") following Hurricane Katrina/Rita may call FEMA to obtain their FEMA ID number.[1] This Notice provides guidance on what is required of Plaintiffs who call FEMA and request that they be provided their FEMA ID over the phone.

Plaintiffs who need to call FEMA and request their FEMA ID should take the following steps:

1. **Call (800) 621-FEMA and press # to speak with a FEMA agent representative.**

---

[1] Plaintiffs who did not apply for and receive an EHU or Plaintiffs who lived in someone else's EHU should not call FEMA, as their FEMA ID (if they have one) is not relevant to the matching process.

    2.      **Inform the FEMA agent that they applied for and received FEMA assistance in the form of an emergency housing unit (trailer) following Hurricane Katrina/Rita.**

    3.      **Inform the FEMA agent that they cannot find their FEMA ID and no longer have any of their correspondence containing their FEMA ID.**

    4.      **Inform the FEMA agent that they would like to obtain their FEMA ID number for their records.**

    5.      **Provide the following personal information to the FEMA agent so that the caller's identity may be verified and the FEMA ID may be provided:**

        a.    **Their first and last name.**
        b.    **Their Social Security Number.**
        c.    **Their damaged dwelling address.**
        d.    **Their damaged dwelling telephone number.**
        e.    **Their current mailing address (on file with FEMA).***
        f.    **Their current telephone number (on file with FEMA).***

        *    **When an applicant is unable to provide the current mailing address or current phone number that is on file with FEMA, the FEMA agent may request the applicant's date of birth in lieu thereof.**

This information was previously explained during the deposition of Bellance R. "Faye" Green on October 16, 2009.[2] *See* Exhibit 1, Green Depo P72:L3 – P72:L13 (explaining what information must be provided to the FEMA representative in order to verify the identity of the caller before FEMA may provide that individual's FEMA ID number). The caller must comply with the specific requirements listed above. *See id.* at P70:L8 – P73:L5 (discussing the restrictions of the Privacy Act of 1974). If the applicant or co-applicant caller is unable to provide any of the requested information, the FEMA agent may not release the requested FEMA

---

[2] Faye Green is a FEMA employee and Center Manager for the National Processing Service Center in Hyattsville, Maryland, where FEMA representatives take calls from applicants seeking information, including their FEMA ID.

ID to the caller.  **Please note that individuals who did not actually apply for FEMA assistance do not have a FEMA ID.**  These persons should not call FEMA requesting a FEMA ID.  In addition, individuals who resided in an EHU but were not the person who applied for and was issued the EHU (e.g., if the person lived in the EHU of a parent, relative, or friend) must have the applicant or co-applicant who actually applied for and was issued the EHU call and request their FEMA ID.  As most recently set forth in Joint Report No. 14 (Rec. Doc. 10417) at page four, the FEMA ID of the head of household or co-applicant who was issued the EHU occupied by a Plaintiff is the key to the matching process.

| | |
|---|---|
| Dated: January 26, 2010 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | HENRY MILLER<br>ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELLE BOYLE |
| DAVID S. FISHBACK<br>Assistant Director | MICHELE GREIF<br>Trial Attorneys |
| OF COUNSEL:<br>JORDAN FRIED<br>Associate Chief Counsel | //S// *Jonathan R. Waldron*<br>JONATHAN R. WALDRON<br>(MO Bar No. 58898)<br>Trial Attorney |
| JANICE WILLIAMS-JONES<br>Trial Attorney<br>FEMA/DHS<br>Department of Homeland Security<br>Washington, D.C. 20472 | United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No:  (202) 307-2091<br>E-mail: Jonathan.Waldron@USDOJ.Gov |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

      I hereby certify that on January 26, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                  *//S// Jonathan R. Waldron*
                                  JONATHAN R. WALDRON
                                  (MO Bar No. 58898)