Bellance "Faye" Green

Washington, DC

October 16, 2009

## Page 70

1  are the main duties or responsibilities of the
2  applicant services for lack of a better term --
3  department?
4      A.  The primary function is they staff our
5  call center which means they answer calls for
6  registration or help line and they actually do the
7  case processing.
8      Q.  If an individual wanted to -- for example,
9  if I wanted to find out what my FEMA ID number is, I
10 had filed one during Hurricane Katrina but I can't
11 recall it and I made a call to the 1-800 number -- I
12 think it's 1-800-something, F-E-M-A, would that go
13 through the applicant services department, that
14 question?
15          MR. WALDRON:  Object to vagueness.  You
16 can answer.
17          THE WITNESS:  Staff and applicant services
18 section would be the ones to answer that particular
19 phone call and provide that assistance.
20 BY MR. WOODS:
21      Q.  And do you know at one point applicants
22 were able to call the 1-800 number to inquire about

## Page 71

1  their FEMA ID number and then at some point that
2  ability was limited, mean that individuals who called
3  that number to inquire about their FEMA ID number and
4  then were told that such a request had to be made in
5  writing?
6          Do you have any information or are you
7  aware of that particular decision?
8          MR. WALDRON:  Objection.  Assumes facts
9  not in evidence.
10          THE WITNESS:  I'm not aware of that.
11 BY MR. WOODS:
12      Q.  So are you aware as you sit here today if
13 an individual called to inquire about their FEMA ID
14 number, is that information that they can still be
15 given over the telephone today?
16      A.  It can be, but in order to give that
17 information out, our agents are required to -- the
18 applicant has to have some information to provide to
19 the agent so that we can verify that we are giving
20 that information out to the proper person.
21          So, you can't just call up and say my name
22 is John Smith, what's my ID number?  So, there is a

## Page 72

1  verification process to access the file and to give
2  that information out.
3      Q.  What verification information would you
4  need in order for that information to be given out?
5      A.  We would need either their Social, their
6  name, the damaged dwelling address, their current
7  mailing address, their damage telephone number, their
8  current telephone number.  So we would have to go
9  through and be able to verify all of that to access
10 the file and then provide that information.
11      Q.  All of this information would be required
12 before you would give someone that FEMA ID number?
13      A.  Yes.
14      Q.  Pretty funny.  I never had to do that to
15 get my own FEMA ID number.  I only had to give my
16 Social Security Number to get it.
17          MR. WALDRON:  Objection.  Assumes facts
18 not in evidence.
19 BY MR. WOODS:
20      Q.  So is that a recent change to the rules?
21          MR. WALDRON:  Same objection.
22          THE WITNESS:  It hasn't been a recent

## Page 73

1  change and when we open up the file and you only gave
2  your Social, if they didn't verify your address and
3  your phone numbers then that would have been an error
4  on the part of the agent that you talked to, because
5  those have been our procedures for a number of years.
6  BY MR. WOODS:
7      Q.  Maybe I just got lucky that day.
8          If you would, on page 4 of your
9  declaration, paragraph 8.  This is discussing the
10 production and the creation and production of 4,791
11 IA files, the last sentence says:  "For this work to
12 be completed on such an expedited basis, a contractor
13 would need to be hired."
14          If you have 280 employees that are working
15 in applicant services, why would a contractor need to
16 be hired to produce this?
17      A.  We couldn't dedicate all 280 to this
18 function.  We have other responsibilities and
19 disaster can occur at any time and we would need to
20 dedicate all of our resources.  And from time to time
21 even the four or five people in the section are
22 dedicated to duties that have a higher priority, such