UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * | MDL NO: 07-1873 |
| | | SECTION: "N" (5) |
| | * | JUDGE KURT D. ENGELHARDT |
| | | MAGISTRATE ALMA CHASEZ |

\* \* \*

## DESIGNATION OF RECORD ON APPEAL

Appellant, Mary C. DeVany, per the United States Court of Appeals for the Fifth Circuit's Order of January 8, 2010, designates the following portions of the district court record as relevant to the pending appeal, *In re: FEMA Trailer – In re: Mary C. DeVany*, USCA5 No. 09-31038:

1. Case 2:07-md-01873-KDE-ALC
   - Doc. 2022
   - Doc. 2303
   - Doc. 2895
   - Doc. 2991
   - Doc. 3083
   - Doc. 3824

2. Case 2:09-cv-02892-KDE-ALC
   - Doc. 5

3. September 15, 2009 transcript of jury trial before Judge Engelhardt

Please include all subparts of each record document. Ms. Cathy Pepper filed the transcript for September 15, 2009 with the district court on December 9, 2009.

Respectfully submitted,

*s/Sara A. Johnson*
Herbert V. Larson, Jr., 8052
Sara A. Johnson, 31207
SCHONEKAS, WINSBERG, EVANS &
	MCGOEY, L.L.C.
650 Poydras Street, Suite 2150
New Orleans, Louisiana  70130
(504) 680-6050
hlnola@aol.com
sara@swemlaw.com

Attorneys for Mary C. DeVany

## **CERTIFICATE OF SERVICE**

This certifies that on January 26, 2010, I electronically filed the foregoing Designation of Record on Appeal with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/Sara A. Johnson*
SARA A. JOHNSON