UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Joann Snyder; Anjell Snyder; Keyanta Clay, individually, and for her minor child, D. Clay; and The Estate of Marie Dixon, vs. Frontier RV, Inc. and Shaw Environmental, Inc. No. 09-06782* | |

ORDER

Considering the foregoing motion,

IT IS ORDERED that plaintiff be granted leave to file the Second Supplemental and Amending Complaint for Damages.

THUS DONE the ____ day of _____, 2010, in New Orleans, Louisiana.

_____
JUDGE