UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>*EARLINE CASTANEL, ET AL v. RECREATION BY DESIGN, LLC, LLC, SHAW ENVIRONMENTAL, INC., and UNITED SATES OF AMERICA THROUGH THE FEDERAL EMERGENCY MANAGEMENT AGENCY,* NO. 09-3251 | * * * * * * * * | |

**************************************************************************

**ORDER**

Considering the foregoing:

**IT IS ORDERED** that Recreation By Design, LLC is granted leave to file its Unopposed Reply Memorandum in support of its 12(B)(6) Motion to Dismiss.

New Orleans, Louisiana, this \_\_\_\_\_26th\_\_\_\_\_ day of January, 2010.

_____
JUDGE KURT ENGELHARDT