UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO<br>*EARLINE CASTANEL, ET AL*<br>*v. RECREATION BY DESIGN, LLC*<br>*ET AL*, *DOCKET NO. 09-3251* | * * * * | MAG. JUDGE CHASEZ |

**************************************************************************

## <u>ORDER</u>

Considering the foregoing:

**IT IS ORDERED** that Recreation By Design, LLC is granted leave to file its Reply Memorandum in Support of its Motion for Summary Judgment Regarding Prescription.

New Orleans, Louisiana, this __26th__ day of January, 2010.

_____
JUDGE KURT ENGELHARDT