# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Sylvia Cornish, et al | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.  09-5998 |
| Crum & Forster Specialty Insurance Inc., et al | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*
   Sentry Insurance A Mutual Company
   Through the Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, LA  70809

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Tara J. Gilbreath, Esq. - Gainsburgh, Benjamin, David Meunier & Warshauer
1100 Poydras, Ste. 2800, New Orleans, LA  70130   (504)522-2304

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory

Date: Nov 05 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7179100016450013654 | A. Signature X _Carrie Torriellos_ | ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery JAN 9 - |
| 1. Article Addressed to: SENTRY INSURANCE A MUTUAL COMPANY THROUGH LOUISIANA SECRETARY OF STATE LEGAL SERVICES SECTION P. O. BOX 94125 BATON ROUGE, LA 70804-9125 | D. Is delivery address different from item 1? ☐ Yes   If YES enter delivery address below: ☐ No | |
| | 3. Service Type | ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |

Code: Sylvia Cornish
Code2: JIW
File: 07-5980

PS Form 3811        Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163