AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Leonard Smith, Calvin Pixley, Ella Mae Brooks )
)
*Plaintiff* )
v. ) Civil Action No. 09-5303 Sect.N Mag 5
Frontier RV.; The United Stated Of America )
Emergency Managements Agency; Shaw Environme )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Frontier RV, Inc.
Through its Agent for Service of Process
Lawyer's Aid Service, Inc.
408 W. 17th Street, Suite 101
Austin, TX 78701

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Nov 25 2009

B. Gregory
Deputy clerk's signature

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Sharon Leal   ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Sharon Leal   12-29-09<br>D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Lawyer's Aid Service, Inc.<br>408 W 17th Street, #101<br>Austin, TX 78701 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 3230 0000 9843 1886 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540