UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (4) |
| | * | |
| | * | |
| This Document relates to: | * | JUDGE ENGELHARDT |
| *Paul Fountain, et al v.* | * | |
| *United States of America, et al* | * | |
| No. 09-03622 | * | |
| | * | MAG. JUDGE CHASEZ |

*****************************************************************************

## MOTION TO AMEND COMPLAINT

NOW INTO COURT, through undersigned counsel, come plaintiffs, Paul Fountain, Joan Fountain Captain, Jessica Landry and Charles Ray Fountain, who move this Honorable Court for an Order, allowing the amendment of the complaint in this matter. This amendment is sought to add a party, which should be before this Court when the matter is tried.

1.

North American Catastrophe Services, Inc. ("NACS") was involved in the procurement of the temporary housing unit that is the subject of this litigation.

2.

In order to make necessary and proper allegations against North American Catastrophe Services, Inc., which is not now a party to this litigation, it is necessary to add North American Catastrophe Services, Inc. as a party defendant.

3.

The interest of justice would be served by allowing this amendment as it would allow the plaintiffs to proceed against all appropriate parties.

WHEREFORE, plaintiffs pray for an Order from this Honorable Court allowing the filing of the attached Third Amending and Supplemental Complaint For Damages.

        Respectfully submitted:

        Simien & Simien, L.L.C.
        Attorneys and Counselors at Law
        7908 Wrenwood Blvd.
        Baton Rouge, Louisiana 70809
        Telephone:  (225) 932-9221
        Fax:  (225) 932-9286

*/s/ Eulis Simien, Jr.*
_____
By:  Eulis Simien, Jr., Bar # 12077

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2010, I presented the Motion To Amend Complaint for filing and uploading to the CM/ECF system which will send notification of such filing to all known counsel of record.

Done this 27th day of January 2010 at Baton Rouge, Louisiana.

*/s/ Eulis Simien, Jr.*
_____
**EULIS SIMIEN, JR.**