AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Barbara Carbo and the Estate of Elizabeth Carbo )
)
*Plaintiff* )
) Civil Action No. 09-5292 Sect.N Mag 5
v. )
)
Superior Homes, LLC; United Stated Of America )
Emergency Managements Agency; and Shaw Enviro )
)
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Superior Homes, LLC
Through its Attorney/Agent for Service of Process
James C. Roby
P.O. Box 1600
Watertown, SD 57201

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                                             _____
*Signature of Clerk or Deputy Clerk*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Jim C Roby*   ☐ Agent  ☑ Addressee | |
| | B. Received by (Printed Name)<br>JAMES C ROBY | C. Date of Delivery<br>12/23/09 |
| 1. Article Addressed to:<br><br>Mr. James C. Roby<br>Post Office Box 1600<br>Watertown, SD 57201 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>DEC 23 2009 | |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7008 3230 0000 9843 1848 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |