UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION N (5) |
| | * * | |
| THIS DOCUMENT RELATES TO | * | JUDGE ENGELHARDT |
| *Dale Danastasio, et al., v. Alliance Homes, d/b/a Adrian Homes, et al.  Case No. 09-7163* | * * | |

*********************************************************************

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come plaintiffs herein, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, and based upon the attached Affidavit executed by Allen Gordon on January 21, 2010, hereby give notice of plaintiffs' voluntary dismissal, without prejudice, of all claims asserted against defendant Superior Homes, LLC., in the operative complaint filed in this proceeding.  This voluntary dismissal does not affect the remaining defendant.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC.

BY   /s/  Lawrence J. Centola, Jr.
       Lawrence J. Centola, Jr. LA Bar #3962

600 Carondelet Street
Suite 602
New Orleans, LA 70170
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 27, 2010, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                                   /s/  *Lawrence J. Centola, Jr.*
                                                       Lawrence J. Centola, Jr.