UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br>SECTION "N" (4) |
| This Document relates to:<br>*Paul Fountain, et al v.*<br>*United States of America, et al*<br>No. 09-03622 | * * * * * | JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

*********************************************************************

# ORDER

The forgoing considered:

IT IS THE ORDER OF THE COURT that Plaintiffs' Third Supplemental and Amending Complaint be filed as prayed for and according to law.

THUS DONE AND SIGNED, this _____ day of _____, 2010, at New Orleans, Louisiana


_____
Judge Engelhardt
United States District Court Eastern District