# COURT RECORD LOAN FORM
(Please Print)

U.S. District Court

THIS PORTION REMAINS WITH COURT RECORDS

MDL 07-1873 Short Title: FEMA Trailer       Date: Jan 21, 2010

To: Jason Ser- Meunier (Bell)
Name

Address: 1100 Poydras St. Ste 2800

City: New Orleans   State: LA   Zip: 70163

Documents Enclosed:
☑ Record Vols: 3 Volumes
*☐ Exhibits ☐ Env. _____
☐ Box: _____ ☐ _____
☐ Supp. Record Vols. _____
☐ Second Supp. Record Vols. _____
☐ Third Supp. Record Vols. _____

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES

Attorney Return: **SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit.** Complete the shaded area below and return this form to the District Court with the documents.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JAN 21 2010
LORETTA G. WHYTE
CLERK

To: Clerk, 5th Circuit

☐ Record Vols: _____
☐ Supp. Record Vols. _____
*☐ Exhibits ☐ _____

Records above listed are returned to Clerk:
Attorney Name: _____
Date: _____

09-31131

---

Clerk's Receipt  To be completed by **5th Circuit Clerk's office** and forwarded to person in previous section.

No. _____ Short Title _____

☐ Record Vols: _____
☐ Supp. Record Vols. _____
*☐ Exhibits ☐ _____

Records in above case have been received by Clerk:
Name: _____
Date: _____

District: _____

---

Attorney Forwarding Receipt  If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the **District Court Clerk's office**.

No. _____ Short Title _____

To: Clerk, U.S. District Court

☐ Record Vols: _____
☐ Supp. Record Vols. _____
*☐ Exhibits ☐ _____

Records in above case forwarded to:
Attorney Name: _____
Address: _____
City, State, Zip: _____
Signed: _____ Date: _____

District: _____

---

Attorney Receipt  The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the **District Court Clerk's office** upon receipt of documents.

No. _____ Short Title _____

To: Clerk, U.S. District Court

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

☐ Record Vols: _____
☐ Supp. Record Vols. _____
*☐ Exhibits ☐ _____

Records in above case listed received:
Judge/Attorney Name: _____
Date: _____

District: _____