UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 <br><br> SECTION "N-5" <br><br> JUDGE ENGELHARDT <br> MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: <br> *Trevel Jackson vs. Frontier RV, Inc. and Fluor Enterprises, Inc.* <br> No. 09-07626 | |

ORDER

Considering the foregoing motion,

IT IS ORDERED that plaintiff be granted leave to file the Second Supplemental and Amending Complaint for Damages.

THUS DONE the _____ day of _____, 2010, at New Orleans, Louisiana.

_____
JUDGE