UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS          MDL NO. 07-1873
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Adderson, et al v. American Camper, et al; Number 09-5997*
*Bonnvillian, et al v. American Camper, et al; Number 09-6699*
*Broussard, et al v. American Camper, et al; Number 09-6915*
*Lena Bigner, et al v. American Camper, et al; Number 09-4779*

MOTION FOR EXTENSION OF TIME TO MATCH
PLAINTIFFS PURSUANT TO
PRE-TRIAL ORDER NUMBERS 40 AND 49

NOW INTO COURT, through undersigned counsel, come Plaintiffs listed on the attached Exhibit A, who respectfully submit to this Honorable Court this motion for extension of time to match certain limited Plaintiffs in compliance with Pre-Trial Orders 40 and 49.

I.

Pre-Trial Order 40 requires all unmatched Plaintiffs to be matched with a specific manufacturing Defendant and contractor within forty-five (45) days of the date of filing of the complaint. This deadline is subject to extension for good cause shown.

II.

On or about September 15, 2009, the Court granted an indefinite extension of time for all Plaintiffs to file amended complaints matching the Plaintiffs with a specific manufacturing Defendant pending the ruling on Plaintiffs' Motion to Compel the United

1

States to Produce "Disaster" and/or Individual Assistance Files Maintained by FEMA by Magistrate Judge Chasez (Rec. Doc. 3324).

### III.

On December 8, 2009, the Court vacated the September 15, 2009 Order and stated that all unmatched Plaintiffs shall be matched with a specific manufacturing Defendant within forty-five (45) days of the filing of the Complaint, or, if the Complaint has already been filed/transferred to this Court, within twenty (20) days of the entry of this Order (Rec. Doc. 8908).

### IV.

For the reasons explained in the Memorandum in Support, it is submitted that good cause exists for an additional sixty (60) day extension to file amended complaints matching the unmatched Plaintiffs filed by the Mover's law firm.

### V.

Further, pursuant to Pre-Trial Order 40, Plaintiffs in the above referenced cases filed their Notice providing those Plaintiffs which remain unmatched (Rec. Doc. 9451).

> THE PENTON LAW FIRM
> 209 HOPPEN PLACE
> BOGALUSA, LOUISIANA  70427
> PHONE         :        (985) 732-5651
> TELECOPIER:        (985) 735-5579
> E-MAIL        :        fedcourtmail@rgplaw.com
>
>
> s/Ronnie G. Penton
> Ronnie G. Penton
> Trial Counsel for Plaintiffs
> Louisiana Bar Roll Number 10462

**CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

January 28, 2010.

        s/Ronnie G. Penton
        Ronnie G. Penton

## LOCAL RULE 7.6 CERTIFICATE

This is to certify that, pursuant to Local Rule 7.6, I have forwarded a copy of the above pleading to Andrew Weinstock on behalf of the Defendant Manufacturers, Adam Dinnell and Henry T. Miller on behalf of the Government, and David Kurtz on behalf of the No-Bid Contractors, regarding whether they had opposition to the filing of the above pleading.

The only person who has responded is Adam Dinnell on behalf of the Government, and he advised he does oppose this filing, therefore, Plaintiffs have attached a Notice of Hearing.

January 28, 2010

                                                s/Ronnie G. Penton
                                              Ronnie G. Penton