UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS     MDL NO. 07-1873
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Adderson, et al v. American Camper, et al; Number 09-5997*
*Bonnvillian, et al v. American Camper, et al; Number 09-6699*
*Broussard, et al v. American Camper, et al; Number 09-6915*
*Lena Bigner, et al v. American Camper, et al; Number 09-4779*

<u>**MEMORANDUM IN SUPPORT OF
MOTION FOR EXTENSION OF TIME TO MATCH
PLAINTIFFS PURSUANT TO
PRE-TRIAL ORDER NUMBERS 40 AND 49**</u>

**MAY IT PLEASE THE COURT:**

     Plaintiffs respectfully submit to this Honorable Court for an extension of time to match certain limited Plaintiffs pursuant to Pre-Trial Orders 40 and 49.

     Pre-Trial Order 40 requires all unmatched Plaintiffs to be matched with a specific manufacturing Defendant and contractor within forty-five (45) days of the date of filing of the complaint.

     On or about September 15, 2009, the Court granted an indefinite extension of time for all Plaintiffs to file amended complaints matching the Plaintiffs with a specific manufacturing Defendant pending the ruling on Plaintiffs' Motion to Compel the United States to Produce "Disaster" and/or Individual Assistance Files Maintained by FEMA by Magistrate Judge Chasez (Rec. Doc. 3324).

     On December 8, 2009, the Court vacated the September 15, 2009 Order and stated that all unmatched Plaintiffs shall be matched with a specific manufacturing Defendant

1

within forty-five (45) days of the filing of the Complaint, or, if the Complaint has already been filed/transferred to this Court, within twenty (20) days of the entry of this Order (Rec. Doc. 8908).

For the reasons explained below, it is submitted that good cause exists for an additional sixty (60) day extension of the deadline in PTO 40 and PTO 49 as the unmatched Plaintiffs filed by Mover's law firm.

The following lawsuits were filed against various manufacturers on behalf of Plaintiffs who remain unmatched to a specific manufacturer and/or no-bid contractor:

(a) On July 29, 2009, The Penton Law Firm filed *Bonnvillian, et al v. American Camper, et al* in the Southern District of Alabama, bearing docket number 09-468. This litigation was transferred into the MDL in this Honorable Court on October 08, 2009 and bears Eastern District Docket Number 09-6699. There were thirty-four (34) Plaintiffs named in this lawsuit and only one (1) of those Plaintiffs remain unmatched.

(b) On July 30, 2009, The Penton Law Firm filed *Broussard, et al v. American Camper, et al* in the Southern District of Mississippi, bearing docket number 09-538. This litigation was transferred into the MDL in this Honorable Court on October 16, 2009 and bears Eastern District Docket Number 09-6915. There were sixty-two (62) Plaintiffs named in this lawsuit and eighteen (18) remain unmatched.

(c) On July 31, 2009, The Penton Law Firm filed *Bigner, et al v. American Camper, et al* in the Eastern District of Louisiana, bearing docket number 09-4779. There were sixty-five (65) Plaintiffs named in this lawsuit and

      fifty (50) remain unmatched.

 (d)  On July 31, 2009, The Penton Law Firm filed *Adderson, et al v. American Camper, et al* in the Middle District of Louisiana, bearing docket number 09-550.  This litigation was transferred into the MDL in this Honorable Court on August 28, 2009 and bears Eastern District Docket Number 09-5997.  There were one hundred twelve (112) Plaintiffs named in this lawsuit and one hundred one (101) of those Plaintiffs remain unmatched.

 The Penton Law Firm has filed approximately thirty-five (35) amending complaints matching the Plaintiffs to a specific manufacturer.

 The Penton Law Firm represents approximately one thousand (1,000) clients and, as indicated above, approximately one hundred eighty-five (185) remain unmatched.

 Plaintiffs' counsel has been diligently working with FEMA to obtain the matching information related to their clients.  Plaintiffs' counsel requested matching information from the Government, through the PLC, by submitting names for matching on July 6, 2009, and on July 21, 2009.

 Plaintiffs' counsel has additionally been attempting to work with clients directly in obtaining their manufacturer information.

 As set forth above, Plaintiffs' counsel has been diligently attempting to obtain matching information for their clients.  However, due to time restraints and the lack of sufficient information from the clients to provide to FEMA to match these clients to a manufacturer, Plaintiffs' counsel would respectfully request an additional sixty (60) day extension of time to match Plaintiffs listed on Exhibit A in compliance with Pre-Trial Order 40, giving the undersigned until March 29, 2010 to file all currently unmatched

3

Plaintiffs in the following civil cases:  Civil Action Number 09-6699; Civil Action Number 09-6915; Civil Action Number 09-4779; and Civil Action Number 09-5997.

      WHEREFORE, Plaintiffs respectfully pray that this Honorable Court grant The Penton Law Firm's Motion for Extension of Time to match Plaintiffs Pursuant to Pre-Trial Orders 40 and 49.

                LAW OFFICES OF RONNIE G. PENTON
                209 HOPPEN PLACE
                BOGALUSA, LOUISIANA  70427
                PHONE     :     (985) 732-5651
                TELECOPIER:     (985) 735-5579
                E-MAIL    :     rgp@rgplaw.com


                s/Ronnie G. Penton
                Ronnie G. Penton
                Trial Counsel for Plaintiffs
                Louisiana Bar Roll Number 10462