UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS     MDL NO. 07-1873
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Adderson, et al v. American Camper, et al; Number 09-5997*
*Bonnvillian, et al v. American Camper, et al; Number 09-6699*
*Broussard, et al v. American Camper, et al; Number 09-6915*
*Lena Bigner, et al v. American Camper, et al; Number 09-4779*

**O R D E R**

CONSIDERING THE FOREGOING:

IT IS ORDERED that Plaintiffs' Motion is granted and that any unmatched Plaintiff with a specific manufacturing Defendant and contractor, as specified in Pre-Trial Order 40 and Pre-Trial Order 49, that is represented by The Penton Law Firm is extended so that any unmatched Plaintiffs filed by the Penton Law Firm shall be given an additional sixty (60) days to be matched with a specific manufacturing Defendant, or until March 29, 2010.

IT IS FURTHER ORDERED that at the end of the extended sixty (60) day period, counsel for Plaintiffs shall notify the Court of any Plaintiffs which remain unmatched and the civil action number of the original complaint in which they were named.

Signed in New Orleans, Louisiana this the _____ day of January, 2010.

J U D G E