UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Adderson, et al v. American Camper, et al; Number 09-5997*
*Bonnvillian, et al v. American Camper, et al; Number 09-6699*
*Broussard, et al v. American Camper, et al; Number 09-6915*
*Lena Bigner, et al v. American Camper, et al; Number 09-4779*

### NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

IS HEREBY ORDERED that The Penton Law Firm's Motion for Extension of Time to Match Plaintiffs Pursuant to Pre-Trial Order Numbers 40 and 49, is hereby set for hearing on the 24th day of February, 2010, at 9:30 o'clock a.m.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE         :         (985) 732-5651
TELECOPIER:         (985) 735-5579
E-MAIL       :         rgp@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton
Trial Counsel for Plaintiffs
Louisiana Bar Roll Number 10462

1