# THE PENTON LAW FIRM

## FEMA FILINGS - CLIENTS WHO REMAIN UNMATCHED

### January 28, 2010

| Client Name | Case Style and Original Docket Number | Venue In Which Complaint Originally Filed | Present Venue and Docket Number |
|---|---|---|---|
| Cheryl Adderson | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Shelly Amos | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Ernest Arceneaux | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Gabriel Ball | Sandra Broussard, et al v. American Camper, et al Docket Number 09-538 | USDC, Southern District of Mississippi | EDLA No. 09-6915 |
| Lynette Banks | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Lovzella Bartholomey | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Arneka Basquine | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Kim Basquine | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Beverly Bigard | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| LaTyphanie Borden | Sandra Broussard, et al v. American Camper, et al Docket Number 09-538 | USDC, Southern District of Mississippi | EDLA No. 09-6915 |
| Rebecca Borden | Sandra Broussard, et al v. American Camper, et al Docket Number 09-538 | USDC, Southern District of Mississippi | EDLA No. 09-6915 |
| Royce Borden | Sandra Broussard, et al v. American Camper, et al Docket Number 09-538 | USDC, Southern District of Mississippi | EDLA No. 09-6915 |

| Client Name | Case Style and Original Docket Number | Venue In Which Complaint Originally Filed | Present Venue and Docket Number |
|---|---|---|---|
| Cheyenne V. Brooks | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Kelvin E. Brooks | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Gwendolyn Brown | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Josie Brown | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Danielle Carter | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Jerry Carter | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Lisa Carter | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Cordia Caston | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Dorothy Caston | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Joshua Celesine | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Ernest B. Cinco | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Lynette L. Claude | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Onnise M. Clayton | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Juanika G. Collins | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Tyronne K. Creecy | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |

| Client Name | Case Style and Original Docket Number | Venue In Which Complaint Originally Filed | Present Venue and Docket Number |
|---|---|---|---|
| Ricky Dantzler | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Shelton A. Dauzant | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Martin DeSalvo | Sandra Broussard, et al v. American Camper, et al Docket Number 09-538 | USDC, Southern District of Mississippi | EDLA No. 09-6915 |
| Lori Dickson | Joseph Bonvillian, et al v. American Camper, et al Docket Number 09-468 | USDC, Southern District of Alabama | EDLA No. 09-6699 |
| Derek O. Diggs | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Simpson A. Donsereaux | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| LaTasha Dotson | Sandra Broussard, et al v. American Camper, et al Docket Number 09-538 | USDC, Southern District of Mississippi | EDLA No. 09-6915 |
| Emelda L. Dugue | Sandra Broussard, et al v. American Camper, et al Docket Number 09-538 | USDC, Southern District of Mississippi | EDLA No. 09-6915 |
| Lequencia Dunn | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Kenneth J. Dykes, Jr. | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Kenneth J. Dykes, Sr. | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Daniel Eaglin | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Leroy Emilien | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Jazzlyn M. Ezeb | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Michelle Fortune | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |

| Client Name | Case Style and Original Docket Number | Venue In Which Complaint Originally Filed | Present Venue and Docket Number |
|---|---|---|---|
| Jada Gibson | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Bernisha Goodrich | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Bryanns Goodrich | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Ciba Goodrich | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Darrion Goodrich | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Denisha Goodrich | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Devonne Goodrich | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Eric Gorman | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Leola Green | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Dorian L. Griffin | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Sheira M. Griffin | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Lavonsell Grimes | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Cache Harris | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Patrice Harris | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Tahj Harris | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |

| Client Name | Case Style and Original Docket Number | Venue In Which Complaint Originally Filed | Present Venue and Docket Number |
|---|---|---|---|
| Cedroin I. Harrison | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Angela Hartford | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Hassan Hartford | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Junius Hartford | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Valerie Hartford | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Roy Hazelwood | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Janet Hooker | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Torrey Hooks | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Dorivan Houlbert | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Barbara Howard | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Chastity Irving | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Christian Irving | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Isaiah Irving | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Siearra Irving | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Derrick Jackson | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |

| Client Name | Case Style and Original Docket Number | Venue In Which Complaint Originally Filed | Present Venue and Docket Number |
|---|---|---|---|
| Karen Jackson | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Karen Marie Jackson | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Rhonda Jackson | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Ivaisha Jefferson | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| LaToy Jefferson | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Chrishawn Johnson | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Donnell Johnson | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Gayle Johnson | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Linda Johnson | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Robert Johnson | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Ryaneisha Johnson | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Tresa Johnson | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Amari Jones | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Anthony Jones | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Ritha Jones | Sandra Broussard, et al v. American Camper, et al Docket Number 09-538 | USDC, Southern District of Mississippi | EDLA No. 09-6915 |

| Client Name | Case Style and Original Docket Number | Venue In Which Complaint Originally Filed | Present Venue and Docket Number |
|---|---|---|---|
| Randell C. Kael | Sandra Broussard, et al v. American Camper, et al Docket Number 09-538 | USDC, Southern District of Mississippi | EDLA No. 09-6915 |
| Edgar Kelly | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Christopher Kelly | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Destiny Kelly | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Julizs Kelly | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Alice King | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Passion Knight | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Ronald Lampton | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Rachel Lee | Sandra Broussard, et al v. American Camper, et al Docket Number 09-538 | USDC, Southern District of Mississippi | EDLA No. 09-6915 |
| Jary Leeper | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Ronald Lewis | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Loriano Pichon-Lombard | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Robiean Pichon-Lombard | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Anthony Love | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Victoria Lucien | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |

| Client Name | Case Style and Original Docket Number | Venue In Which Complaint Originally Filed | Present Venue and Docket Number |
|---|---|---|---|
| Scherrell McKenzie | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Darnicisa Miller | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Raheem Miller | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Ronald Miller, Jr. | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Ronald Miller, Sr. | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Ronmia A. Miller | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Samantrea Miller | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Gwendolyn Miner | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Glenn Minyard, Jr. | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Glenn Minyard, Sr. | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Paula Moses | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Herbert Nicholsm | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Justin Nicholsm | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Vivian Nicholsm | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Calvin Norah | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |

| Client Name | Case Style and Original Docket Number | Venue In Which Complaint Originally Filed | Present Venue and Docket Number |
|---|---|---|---|
| Shanron Norah | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Queensheba O'Conner | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Lynette D. Oliver | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Kevionne Palmer | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Benjamin Parnell | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Bonnie S. Peters | Sandra Broussard, et al v. American Camper, et al Docket Number 09-538 | USDC, Southern District of Mississippi | EDLA No. 09-6915 |
| Todd M. Peters | Sandra Broussard, et al v. American Camper, et al Docket Number 09-538 | USDC, Southern District of Mississippi | EDLA No. 09-6915 |
| Seontae Pichon | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Brenda M. Plamer | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Solanje Powell | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Allen H. Prouty | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Joan M. Price | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Quentin J. Reed | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Demetria Reff | Sandra Broussard, et al v. American Camper, et al Docket Number 09-538 | USDC, Southern District of Mississippi | EDLA No. 09-6915 |

| Client Name | Case Style and Original Docket Number | Venue In Which Complaint Originally Filed | Present Venue and Docket Number |
|---|---|---|---|
| Lynisha Reff | Sandra Broussard, et al v. American Camper, et al Docket Number 09-538 | USDC, Southern District of Mississippi | EDLA No. 09-6915 |
| Sylvia Reddix | Sandra Broussard, et al v. American Camper, et al Docket Number 09-538 | USDC, Southern District of Mississippi | EDLA No. 09-6915 |
| Albert Renfroe | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Aresean Richardson | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Justine Richardson | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Marilyn Robinson | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Mon'Quell Ross | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Shalisha M. Ross | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Alexander Sander | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Wanda A. Singleton | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Keith W. Sippo | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Calvin Smith | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Eleria Smith | Sandra Broussard, et al v. American Camper, et al Docket Number 09-538 | USDC, Southern District of Mississippi | EDLA No. 09-6915 |
| Camilla Smothers | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |

| Client Name | Case Style and Original Docket Number | Venue In Which Complaint Originally Filed | Present Venue and Docket Number |
|---|---|---|---|
| Samual Smothers | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Woodrow Stevenson | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Charles Taite | Sandra Broussard, et al v. American Camper, et al Docket Number 09-538 | USDC, Southern District of Mississippi | EDLA No. 09-6915 |
| Ettta Taite | Sandra Broussard, et al v. American Camper, et al Docket Number 09-538 | USDC, Southern District of Mississippi | EDLA No. 09-6915 |
| Doris Taylor | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Almira Theriot | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Charyl Thomas | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Clarence Thomas | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Melunica Trapagnier | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Corey Trepagnier | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Brandon Walker | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Edward Washington | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Josh Watson | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Alanna Weathersby | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |

| Client Name | Case Style and Original Docket Number | Venue In Which Complaint Originally Filed | Present Venue and Docket Number |
|---|---|---|---|
| Cecille Weathersby | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Israel Weathersby | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Jamie L. White | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Colby D. Williams | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Gerard Wilson | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Bertrand R. Winfield | Cheryl Adderson, et al v. American Camper, et al Docket Number 09-550 | USDC, Middle District of Louisiana | EDLA No. 09-5997 |
| Bianca Wilson | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Yvonka N. Wilson | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| John P. Winston | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Shirley Womack | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |
| Willie Womack | Lena Bigner, et al v. American Camper, et al Docket Number 09-4779 | USDC, Eastern District of Louisiana | EDLA No. 09-4779 |