OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date:    January 28, 2010

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Kenneth Woods, et al
                         vs.
Palm Harbor Homes, Inc., et al

Case No. 09-7771

Dear Sir:

    Please **(issue)** summons on the **(complaint)** to the following:

1. FEMA, through Craig Fugate, Director, 500 C Street SW
   Washington DC 20472

2. United States of America Department of Justice, through
   Eric Holder, U.S. Attorney, 950 Pennsylvania Ave NW
   Washington DC 20530-0001

3. United States of America through James Letten, U.S. Attorney
   for the Eastern District of LA, 500 Poydras St.,
   Suite B1210, New Orleans, LA 70130

4. Palm Harbor Albermarle, LLC, Through its Agent for Service
   of Process, C T Corporation System, 225 Hillsborough Street,
   Raleigh, NC 27603

5. Palm Harbor Homes, Inc., Through its Agent for Service of
   Process, C T Corporation System, 5615 Corporate Blvd., Suite
   400B, Baton Rouge, LA 70808,

6. Palm Harbor Manufacturing, Inc., Through its Agent for
   Service of Process, C T Corporation System, 5615 Corporate
   Boulevard, Suite 400B, Baton Rouge, Louisiana 70808

Very truly yours,

JUSTIN I. WOODS
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304
Attorney for Plaintiff