UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | 5 |
| LIABILITY LITIGATION | * | SECTION "N" (X) |
| | * | |
| | * | |
| This Document relates to: | * | JUDGE ENGELHARDT |
| *Paul Fountain, et al v.* | * | |
| *United States of America, et al* | * | |
| No. 09-03622 | * | |
| | * | MAG. JUDGE CHASEZ |

*************************************************************************

## ORDER

The forgoing considered:

IT IS THE ORDER OF THE COURT that Plaintiffs' Third Supplemental and Amending Complaint be filed as prayed for and according to law.

THUS DONE AND SIGNED, this  28th  day of   January   , 2010, at New Orleans, Louisiana

_____
Judge Engelhardt
United States District Court Eastern District