UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Trevel Jackson vs. Frontier RV, Inc. and
Fluor Enterprises, Inc.*
*No. 09-07626*

ORDER

Considering the foregoing motion,

IT IS ORDERED that plaintiff be granted leave to file the Second Supplemental

and Amending Complaint for Damages.

THUS DONE the 29th day of _____January_____, 2010, at New Orleans,

Louisiana.

_____
JUDGE