UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                   MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 58

**IT IS ORDERED** that the **Unopposed Joint Motion for Appointment of Insurers Liaison Counsel (Rec. Doc. 10713)** is **GRANTED IN PART and DENIED IN PART**. It is granted to the extent that the Court sees fit to make such an appointment. It is denied without prejudice to the extent that the Court will not make such an appointment at this time. Rather, the Court will employ a nomination procedure as has been used previously in this MDL. Accordingly,

**IT IS FURTHER ORDERED** that any application/nomination for the position of insurers' liaison counsel must be filed (either by electronic filing or as an original) with the Eastern District of Louisiana's Clerk's Office on or before **Monday, February 8, 2010.** The Court will accept nominations/volunteers from those individuals who represent insurance carriers that *may* provide coverage relevant to the claims asserted in this MDL, without regard to whether such carriers are yet named as parties herein. A copy must also be served upon all other

liaison counsel on the day of filing.  No submissions longer than three (3) pages will be considered.

Objections may be made only in writing to the appointment of a proposed applicant/nominee.  These written objections must be filed either electronically or with the Clerk in an original on or before **Wednesday, February 10, 2010.**  The objections, if there be any, must be short, yet thorough, and must be supported by necessary documentation.  As with the application/nomination, any objection must be served on all liaison counsel on the day of filing.

Because the Court recognizes that perhaps not all applicable insurance carriers have been named as defendants herein,

**IT IS FINALLY ORDERED** that all defense counsel of record shall transmit this Order to an appropriate representative of each insurance carrier that may be relevant to the claims asserted in this MDL.

NEW ORLEANS, LOUISIANA, this 29th day of January, 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**