UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER § | MDL NO. 1873 |
| FORMALDEHYDE § | |
| PRODUCT LIABILITY LITIGATION § | SECTION "N-5" |
| § | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: § | |
| § | |
| *Gregory Albert, et al* § | |
| *v. Fleetwood Enterprises, Inc., et al* § | MAG. JUDGE CHASEZ |
| Civil Action No. 09-7068 § | |

**ORDER ON PLAINTIFFS', CORA DAVIS, MICHAEL PETERSON AND SAMMIE ALOMBRO, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', CORA DAVIS, MICHAEL PETERSON and SAMMIE ALOMBRO, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2010.


_____
HONORABLE KURT ENGELHARDT