UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER \*<br>FORMALDEHYDE PRODUCTS \*<br>LIABILITY LITIGATION \*<br>\*<br>\*<br>\*<br>\*<br>THIS DOCUMENT IS RELATED TO \*<br>\*<br>*Charlie Age, et al v. Gulf Stream Coach* \*<br>*Inc., et al*, Docket No. 09-2892; \*<br>Alana Alexander, individually and on behalf of \*<br>Christopher Cooper \* | MDL NO. 1873<br><br>SECTION "N" (5)<br><br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S OPPOSED
<u>MOTION TO RETAX COSTS</u>**

NOW INTO COURT, through undersigned counsel, come Plaintiff Alana Alexander, individually and on behalf of her son, Christopher Cooper ("Ms. Alexander" or "Plaintiff"), who hereby respectfully moves this Court to retax costs awarded by the clerk, pursuant to Federal Rule of Civil Procedure 54(d)(1).  In support of this motion, Plaintiff refers this Court to its attached memorandum in support.

        Respectfully submitted:

        **FEMA TRAILER FORMALDEHYDE
        PRODUCT LIABILITY LITIGATION**

    BY: <u>s/Gerald E. Meunier</u>
       GERALD E. MEUNIER, #9471
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone: 504/522-2304
       Facsimile: 504/528-9973
       gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        MIKAL WATTS, Texas # 20981820
        ROBERT BECNEL
        DENNIS REICH, Texas # 16739600

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471