# Exhibit A

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
PARISH OF ORLEANS         §

I, ALANA ALEXANDER, make this declaration under penalty of perjury and state the following:

1. I am currently employed by KIPP McDonogh Middle School. My employer's address is 721 St. Philip Street, New Orleans, Louisiana 70116.

2. My gross pay is $35,000.00 a year. My take-home pay is approximately $2,200.00 per month.

3. In the past twelve (12) months, I have not received any income from the following sources: business, profession or other self-employment; rent payment, interest, or dividends; pension, annuity, or other life insurance payments; disability, or other worker's compensation payments; gifts or inheritances, or any other sources, aside from my employer.

4. I currently have approximately $1,000.00 total in cash, or in checking and savings accounts.

5. I own (subject to a mortgage) a house with an approximate value of $151,000.00, and an automobile (subject to a loan agreement) with a value of $17,000.00 at the time of purchase. Otherwise, I do not own any additional automobiles, real estate, stocks, bonds, securities, trust, jewelry, art work, or other financial instruments or things of value. This includes any item of value held in someone else's name.

6. My regular monthly expenses include the following: a home mortgage payment of $853.00, a car note of $333.39, approximately $250.00 in utilities, a payment of $653.00 for my daughter's tuition, and a student loan payment of $72.00. In addition, I have a debt of approximately $2,500.00 from two Citi Group credit cards.

7. I am the sole provider for my two minor children.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2010.

_____
ALANA ALEXANDER

Declaration of Alana Alexander                                              Page 1 of 1