**Bates Number PSC021467 - PSC Records Database**

| EXCEL CELL# | FEMA BAR | VIN_NUM | STREET NUM | STREET_NAME | PRIN_RES | SAMPLE DATE | CLIENT FIRM | FORM CONC | UNITS | Data Provider |
|---|---|---|---|---|---|---|---|---|---|---|
| 8510 | 1293651 | 1NL1GTR2061047144 | 4811 | Good Dr | Mary Jane Alexander | 6/12/08 | Becnel Law Firm, LLC | 0.22 | PPM | W. D. Scott Group |
| 3466 | 1112087 | 1NL1GTR2961002493 | 3123 | N Claiborne Ave | Roger Batiste | 7/11/08 | Jim Hall | 0.78 | PPM | W. D. Scott Group |
| 9625 | 1356183 | 1NL1VTR2661084883 | 4314 | Stephen Girard St | Easton Charles | 2/7/08 | Gainsburgh & Benjamin | 0.14 | PPM | W. D. Scott Group |
| 9485 | 1348252 | 1NL1GTR2X61068583 | 6232 | Chef Menteur Hwy | Burnell Cotlon | 6/26/08 | Jim Hall | 0.42 | PPM | W. D. Scott Group |
| 8512 | 1293741 | 1NL1GTR2X61047183 | 4752 | Flake St | Rose Esteen | 1/30/08 | Gainsburgh & Benjamin | 0.11 | PPM | W. D. Scott Group |
| 8513 | 1293869 | 1NL1GTR2661018070 | 4413 | Majestic | Victoria Galbreth | 1/29/08 | Gainsburgh & Benjamin | 0.15 | PPM | W. D. Scott Group |
| 3628 | 1126098 | 1NL1GTR2261045931 | 2018 | Tupelo St | Deborah Harris | 8/26/08 | Doug Schmidt | 0.095 | PPM | W. D. Scott Group |
| 9509 | 1350021 | 1NL1GTR2661018439 | 4806 | Haydel St | Martin Haydel | 1/29/08 | Gainsburgh & Benjamin | 0.069 | PPM | W. D. Scott Group |
| 9510 | 1350021 | 1NL1GTR2661018439 | 4807 | Haydel St | Greg Martin | 3/12/08 | Gainsburgh & Benjamin | 0.053 | PPM | W. D. Scott Group |
| 8218 | 1279985 | 1NL1GTR2961042766 | 4925 | Maryland Ave | Patricia Mattio | 2/15/08 | Gainsburgh & Benjamin | 0.14 | PPM | W. D. Scott Group |
| 8603 | 129971 | 1NL1GTR2161027789 | 37141 | West Hillcrest Dr | Emily Miller | 5/2/08 | Bencomo & Associates | 0.19 | PPM | W. D. Scott Group |
| 8520 | 1294139 | 1NL1GTR2X61043344 | 3024 | Orleans Ave | Albert Polite | 2/29/08 | Gainsburgh & Benjamin | 0.118 | PPM | W. D. Scott Group |
| 9543 | 1351567 | 1NL1VTR2861044241 | 7052 | Boston Dr | Tameca Nichola Davis | 9/16/08 | Buzbee Law Firm | 0.19 | PPM | W. D. Scott Group |
| 9544 | 1351567 | 1NL1VTR2861044241 | 7052 | Boston Dr | Cynthia Davis | 7/8/08 | Buzbee Law Firm | 0.12 | PPM | W. D. Scott Group |
| 8605 | 1299824 | 1NL1GTR2561068474 | 7620 | Devine | Troy Esteen | 1/30/08 | Gainsburgh & Benjamin | 0.096 | PPM | W. D. Scott Group |
| 9479 | 1348057 | 1NL1GTR2X61038810 | 2842 | Florida Ave | Eddie King Jr. | 4/16/09 | Frank J. D'Amico, Jr., APLC | 0.057 | PPM | W. D. Scott Group |
| 8544 | 1295363 | 1NL1GTR2461037930 | 4529 | Flake Ave | Sean McKey | 8/21/08 | Jim Hall | 0.051 | PPM | W. D. Scott Group |
| 9550 | 1351896 | 1NL1VTR2061044315 | 4901 | Donna Dr | Brenda Pollard | 5/13/08 | Frank J. D'Amico, Jr., APLC | 0.21 | PPM | W. D. Scott Group |
| 8213 | 1279677 | 1NL1GTR2761046637 | 6049 | Vermillion Blvd. | Ragusa, Vincent | 3/1/08 | Unknown | 0.219 | PPM | Occupant |
| 8214 | 1279677 | 1NL1GTR2761046637 | 6049 | Vermillion Blvd | Salvatricia Ragusa | 3/12/08 | Frank J. D'Amico, Jr., APLC | 0.15 | PPM | W. D. Scott Group |