Names & Test Results as listed in the PSC's Nominees for Second Gulf Stream Bellwether Trial – Exhibit "B"

| Street Name | Resident | Sample Date | Test Level (PPB) |
| --- | --- | --- | --- |
| 4811 Good Drive | Alexander, Mary Jane | 3/19/08 | 86 |
| 3123 N. Claiborne | Batiste, Beverly | 5/23/08 | 78 |
| 4314 Stephen Girard | Charles, Jr. Easton Eli | 1/30/08 | 140 |
| 6233 Chef Menteur | Cotlon, Burnell | 3/19/08 | 130 |
| 4752 Flake Ave. | Esteen, Mable | 2/28/08 | 170 |
| 4413 Majestic Oaks | Galbreth, Dennise | 8/28/08 | 120 |
| 2018 Tupelo | Harris, Deborah R. | 12/03/07 | 74 |
| 4806 Haydel | Martin, Malita T. o/b/o Magee, Malon C. |  | 88 |
| 4925 Maryland Street | Mattio, Patricia | 2/15/08 | 140 |
| 3714 W. Hillcrest | Miller, Emily | 11/30/07 | 210 |
| 3024 Orleans Ave. | Polite, Jr., Albert M. | 3/19/08 | 86 |
| 7052 Boston Drive | Davis, Cynthia | 12/03/07 | 74 |
| 7620 Devine Ave. | Esteen, Troy | 2/28/08 | 170 |
| 2842 Florida Ave. | King, Jr. Eddie N. | 1/9/09 | 78 |
| 4529 Flake Ave. | McKey, Gerry o/b/o McKey, Halle | 5/1/08 | 160 |
| 4901 Donna Street | Pollard, Brenda | 5/10/08 | 170 |
| 6049 Vermillion Blvd. | Ragusa, Salvatricia | 8/28/08 | 93 |