A CERTIFIED TRUE COPY
ATTEST

By Delora Davis on Jan 29, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JAN 29  PM 1:23

LORETTA G. WHYTE
CLERK

Jan 14, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL No. 1873

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-19)**

On October 24, 2007, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 453 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 29, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

**IN RE: FEMA TRAILER FORMALDEHYDE**
**PRODUCTS LIABILITY LITIGATION**                              MDL No. 1873

**SCHEDULE CTO-19 - TAG-ALONG ACTIONS**

| | | EDLA SEC.N/5 |
|---|---|---|
| **DIST. DIV. C.A. #** | **CASE CAPTION** | |
| **ALABAMA SOUTHERN** | | |
| ALS 1 09-467 | Amontea V. Keyes v. Fleetwood Enterprises, Inc., et al. | 10-222 |
| ALS 1 09-484 | Louis Bosarge, Jr., et al. v. R-Vision Homes, LLC, et al. | 10-223 |
| ALS 1 09-596 | Jennifer Maples, et al. v. Pilgrim International, Inc., et al. | 10-224 |
| ALS 1 09-597 | Cynthia Tatham, etc. v. Recreation By Design, LLC, et al. | 10-225 |
| **LOUISIANA MIDDLE** | | |
| LAM 3 09-1004 | Lennon Wallace v. Shaw Environmental, Inc., et al. | 10-226 |
| LAM 3 09-1031 | Katherleen McLaughlin, et al. v. Shaw Environmental, Inc., et al. | 10-227 |
| LAM 3 09-1071 | Desmond Lewis v. Stewart Park Homes, Inc., et al. | 10-228 |
| **LOUISIANA WESTERN** | | |
| LAW 1 09-1273 | Marjorie Noel v. Fleetwood Canada, Ltd., et al. | 10-229 |
| LAW 1 09-1279 | Marjorie Noel, et al. v. Gulf Stream Coach, Inc., et al. | 10-230 |
| LAW 1 09-1296 | Sarah Bates, et al. v. Silver Creek Homes, Inc., et al. | 10-231 |
| LAW 2 09-930 | Bobby Prudhomma, et al. v. Redman Homes, Inc., et al. | 10-232 |
| LAW 2 09-935 | Tiffany Stevenson, et al. v. Clayton Homes, LLC., et al. | 10-233 |
| LAW 2 09-939 | Kenneth Holland, et al. v. Southern Estates LLC, et al. | 10-234 |
| LAW 2 09-1277 | Mary Senez Dow, et al. v. Fleetwood Canada, Ltd., et al. | 10-235 |
| LAW 2 09-1298 | Shawneequa Shepherd, et al. v. Gulf Stream Coach, Inc., et al. | 10-236 |
| LAW 2 09-1314 | Ricky Jerome Haley, et al. v. American International Specialty Lines Insurance Co., et al. | 10-238 |
| LAW 2 09-1949 | Saddie Mae Mallard v. Keystone RV Co., et al. | 10-239 |
| LAW 3 09-1271 | Branden Karcher v. Cavalier Homes Builders, LLC, et al. | 10-240 |
| LAW 3 09-1275 | Branden Karcher v. Fleetwood Canada, Ltd., et al. | 10-241 |
| LAW 3 09-1347 | Irma F. Davis v. Gulf Stream Coach, Inc., et al. | 10-242 |
| LAW 5 09-1276 | Sidney C. Sigur v. Fleetwood Canada, Ltd., et al. | 10-243 |
| LAW 5 09-1282 | Verdia Brown v. Lexington Homes, Inc., et al. | 10-244 |
| LAW 5 09-1313 | Edward Mauri v. American International Group, Inc., et al. | 10-245 |
| LAW 5 09-2001 | Barbara Williams, et al. v. Cavalier Homes Builders, LLC, et al. | 10-246 |
| LAW 6 09-1174 | Gloria Levine, et al. v. Gulf Stream Coach, Inc., et al. | 10-247 |
| LAW 6 09-1286 | Audrey Brown, et al. v. Stewart Park Homes, Inc., et al. | 10-248 |
| LAW 6 09-1287 | Ray Nata, et al. v. River Birch Homes, Inc., et al. | 10-249 |
| LAW 6 09-1302 | Michael Gamble v. Gulf Stream Coach, Inc., et al. | 10-250 |
| LAW 6 09-1364 | Glen Stamps v. Forest River, Inc., et al. | 10-253 |
| LAW 6 09-1366 | Harriet Theirry v. Thor Industries, Inc., et al. | 10-254 |
| LAW 6 09-1373 | Maxine Greening, et al. v. Morgan Buildings & Spas, Inc., et al. | 10-255 |

## MDL No. 1873 - Schedule CTO-19 Tag-Along Actions (Continued)

| | | | | EDLA SEC.N/5 |
|---|---|---|---|---|
| MISSISSIPPI SOUTHERN | | | | |
| MSS | 1 | 09-679 | Summer Terrel v. Sykline Corp., et al. | 10-256 |
| MSS | 1 | 09-776 | Teresa M. Baumgart v. Liberty Homes, Inc., et al. | 10-257 |
| MSS | 1 | 09-777 | Eddie R. Collier, et al. v. Alliance Homes, Inc., et al. | 10-258 |
| MSS | 1 | 09-778 | Teresa L. Parker, et al. v. Timberland RV Co., et al. | 10-259 |
| MSS | 1 | 09-788 | Charlene M. McBroom v. American Camper Manufacturing, LLC, et al. | 10-260 |
| MSS | 1 | 09-789 | Tiffanie R. McMillian, etc. v. Destiny Industries, LLC, et al. | 10-261 |
| MSS | 1 | 09-790 | Doris Peterson, et al. v. Vanguard Industries of Michigan, et al. | 10-262 |
| MSS | 1 | 09-791 | William M. Vanderburg v. Viking Recreational Vehicles, LLC, et al. | 10-263 |
| MSS | 1 | 09-792 | James T. Chandler, et al. v. Starcraft RV, Inc., et al. | 10-264 |
| MSS | 1 | 09-793 | Jimmy D. Briggs, etc. v. Recreation By Design, LLC, et al. | 10-265 |
| MSS | 1 | 09-794 | Dimitrius V. Clark v. River Birch Homes, Inc., et al. | 10-266 |
| MSS | 1 | 09-795 | Darrell G. Dedeaux, et al. v. TL Industries, Inc., et al. | 10-267 |
| MSS | 1 | 09-796 | Bennie R. Fiveash, et al. v. Heartland Recreational Vehicles, LLC, et al. | 10-268 |
| MSS | 1 | 09-797 | Christine J. Kellsten, et al. v. Jayco, Inc., et al. | 10-269 |
| MSS | 1 | 09-798 | Kennyetta S. Walker, etc. v. Scotbuilt Homes, Inc., et al. | 10-270 |
| MSS | 1 | 09-799 | Candess L. Everett, etc. v. Oak Creek Homes, LP, et al. | 10-271 |
| MSS | 1 | 09-800 | Darren G. Johnson, et al. v. Clayton Homes of Lafayette, Inc., et al. | 10-272 |
| MSS | 1 | 09-801 | Dennis R. Mathis, et al. v. Sunray RV, LLC, et al. | 10-273 |
| MSS | 2 | 09-247 | Bernadine Ruff v. Southern Energy Homes, Inc., et al. | 10-274 |
| MSS | 2 | 09-248 | Niki M. Thompson, etc. v. Skyline Corp., et al. | 10-275 |
| MSS | 3 | 09-724 | John Shanks, et al. v. Gulf Stream Coach, Inc., et al. | 10-276 |
| MSS | 5 | 09-203 | Adria Doss, et al. v. Forest River, Inc., et al. | 10-277 |
| MSS | 5 | 09-204 | Arthur Singleton, et al. v. Forest River, Inc., et al. | 10-278 |

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

January 29, 2010

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 1873 -- IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

(See Attached CTO-19)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 14, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____Delora Davis_____
Delora Davis
Operations Support
Quality Control Analyst

Attachments (Conditional Transfer Order is a Separate Document)

cc: Transferee Judge:    Judge Kurt D. Engelhardt

JPML Form 36A

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                MDL No. 1873

## PANEL SERVICE LIST (CTO-19)

Robert M. Becnel
BECNEL LAW FIRM LLC
425 West Airline Highway
Suite B
LaPlace, LA 70068

Raul R. Bencomo
BENCOMO & ASSOCIATES
639 Loyola Avenue
Suite 2110
New Orleans, LA 70113

Roberta L. Burns
LAW OFFICES OF SIDNEY D TORRES III
8301 West Judge Perez Drive
Suite 303
Chalmette, LA 70043

Timothy P. Cairns
PACHULSKI STANG ZIEHL & JONES PC
P.O. Box 8705
Wilmington, DE 19899

Michael F. Cavanaugh
P.O. Drawer 1911
Biloxi, MS 39533-1911

Frank Jacob D'Amico, Jr.
FRANK J D'AMICO JR APLC
622 Baronne Street
Suite 200
New Orleans, LA 70113

Madeleine Fischer
JONES WALKER WAECHTER ET AL
201 St. Charles Avenue
Suite 5000
New Orleans, LA 70170

Dominic J. Gianna
MIDDLEBERG RIDDLE & GIANNA
201 St. Charles Avenue
Suite 3100
New Orleans, LA 70170-3100

Jim S. Hall
JIM S HALL & ASSOCIATES
800 N. Causeway Blvd.
Suite 100
Metairie, LA 70001

Rose M. Hurder
HAWKINS STRACENER & GIBSON
544 Main Street
Bay St. Louis, MS 39520

Michael David Kurtz
BAKER DONELSON BEARMAN
  CALDWELL & BERKOWTIZ
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Gerald Edward Meunier
GAINSBURGH BENJAMIN DAVID
  MEUNIER & WARSHAUER LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

Matthew B. Moreland
BECNEL LAW FIRM LLC
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-0519

**MDL No. 1873 - Panel Service List (CTO-19) (Continued)**

Linda J. Nelson
LAMBERT & NELSON PLC
701 Magazine Street
New Orleans, LA 70130

J. Rock Palermo III
VERON BICE PALERMO & WILSON LLC
721 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602-2125

Charles R. Penot, Jr.
MIDDLEBERG RIDDLE & GIANNA
717 North Harwood
Suite 2400
Dallas, TX 75201

MaryAnna Penton
PENTON LAW FIRM
209 Hoppen Place
Bogalusa, LA 70427

Ronnie G. Penton
LAW OFFICES OF RONNIE G PENTON
209 Hoppen Place
Bogalusa, LA 70427

James Conner Percy
JONES WALKER WAECHTER ET AL
Four United Plaza
8555 United Plaza, 5th Floor
Baton Rouge, LA 70809

Richard Allen Sherburne Jr.
MIDDLEBERG RIDDLE & GIANNA
Chase Towers, North Tower
450 Laurel Street
Suite 1101
Baton Rouge, LA 70801

Amanda S. Stout
MCGLINCHEY STAFFORD PLLC
301 Main Street
14th Floor
Baton Rouge, LA 70825

Dennis C. Sweet III
SWEET & ASSOCIATES
158 East Pascagoula Street
Jackson, MS 39201

John M. Tyson, Sr.
1111 Dauphin Street
P.O. Box 242
Mobile, AL 36604

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS
    PFISTER & WEINSTOCK
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION  MDL No. 1873

## INVOLVED JUDGES LIST (CTO-19)

Hon. Sonja Faye Bivins
U.S Magistrate Judge
308 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 33602

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. William E. Cassady
U.S. Magistrate Judge
306 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3624

Hon. Rebecca F. Doherty
U.S. District Judge
4900 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Dee D. Drell
U.S. District Judge
U.S. District Court
P.O. Box 1071
Alexandria, LA 71309-1071

Hon. Callie V.S. Granade
Chief Judge, U.S. District Court
123 John A. Campbell U.S. Crthse.
113 St. Joseph Street
Mobile, AL 36602-3621

Hon. Richard T. Haik, Sr.
U.S. District Judge
4200 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5101 United States Courthouse
300 Fannin Street
Shreveport, LA 71101

Hon. Robert G. James
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 3107
Monroe, LA 71210-3107

Hon. Tucker L. Melancon
Senior U.S. District Judge
4700 U.S.Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr. U.S.
    Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. Sul Ozerden
U.S. District Judge
United States District Court
714 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

**MDL No. 1873 - Involved Judges List (CTO-19) (Continued)**

Hon. John V. Parker
Senior U.S. District Judge
355 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Tom Stagg
Senior U.S. District Judge
4100 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3091

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U.S. Courthouse Federal Bldg.
701 N. Main Street
Hattiesburg, MS 39401

Hon. William H. Steele
U.S. District Judge
113 St. Joseph Street
Box 20
Mobile, AL 36602

Hon. James T. Trimble, Jr.
Senior U.S. District Judge
237 Edwin F. Hunter Jr. U.S.
Courthouse & Fed. Bldg.
611 Broad Street
Lake Charles, LA 70601

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                             MDL No. 1873

## INVOLVED CLERKS LIST (CTO-19)

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S.
Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Nicholas Joseph Lorio, Clerk
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

Tony R. Moore, Clerk
P.O. Box 1269
Alexandria, LA 71309-1269

Tony R. Moore, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Tony R. Moore, Clerk
Post Office Drawer 3087
Monroe, LA 71201-3087

Tony R. Moore, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Tony R. Moore, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S.
  Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

J.T. Noblin, Clerk
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201