UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Lyndon Wright v. Forest River, Inc., et al.* No. 09-2977 (E.D. La.) | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SHAW ENVIRONMENTAL, INC.'S MOTION FOR SUMMARY JUDGMENT ON CAUSATION

**NOW INTO COURT**, through undersigned counsel, comes defendant, Shaw Environmental, Inc. (hereinafter referred to as "Shaw"), and, in accordance with Rule 56(b) of the Federal Rules of Civil Procedure, respectfully submits this Motion for Summary Judgment on Causation.  Shaw asserts that Plaintiff cannot establish a causal connection between Shaw's actions during the haul and install process and maintenance of Plaintiff's travel trailer, and the claimed injuries related to alleged formaldehyde exposure.  Specifically, Plaintiff has presented no evidence that Shaw's actions and/or inactions actually increased the concentration of formaldehyde in the travel trailer while he lived there.  In support of this motion, Shaw refers the Court to its memorandum of law, statement of uncontested material facts, and exhibits filed contemporaneously.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

   /s/ M. David Kurtz
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

   /s/ M. David Kurtz