# Transcript of the Testimony of
# Videotaped Deposition of Alexis Mallet, Jr.

### Date taken: January 12, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "D"

Case 2:07-md-01873-KDE-MBN   Document 10929-7   Filed 02/01/10   Page 2 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)                    Videotaped Deposition of Alexis Mallet, Jr.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER           MDL NO. 1873

FORMALDEHYDE PRODUCTS          SECTION N(4)

LIABILITY LITIGATION           JUDGE ENGELHARDT

(This document is related
to "Lyndon Wright, et al.
v. Forest River, Inc.,
et al.")

\* \* \*

VIDEOTAPED DEPOSITION OF ALEXIS

MALLET, JR., 103 BRANDBERRY CROSSING,

LAFAYETTE, LOUISIANA 70598, TAKEN AT THE

OFFICES OF FRANK D'AMICO, ATTORNEY AT LAW,

622 BARONNE STREET, NEW ORLEANS, LOUISIANA

70112, ON THE 12TH DAY OF JANUARY, 2010.


REPORTED BY:

    CATHY RENEE' POWELL, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

VIDEOGRAPHER:

    MICHAEL BERGERON
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

Case 2:07-md-01873-KDE-MBN   Document 10929-7   Filed 02/01/10   Page 3 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped Deposition of Alexis Mallet, Jr.

Page 164

1  system, because your vapor barrier, your
2  pressure barrier, is on the inside of that
3  unit.
4           So if it had X of formaldehyde
5  off-gassing inside the unit and then it's
6  bringing in Y from the -- from the cavities,
7  then it would be increasing that.
8       Q.   So by virtue of the operation of
9  the air-conditioning system, it would be
10 your expectation that the level of
11 formaldehyde in the living space of the
12 trailer would increase?
13      A.   That's how the gas -- yes, that's
14 how the gas would get into -- if there
15 wasn't already off-gassing occurring on the
16 inside of the living area, then the negative
17 air pressure would be drawing in -- even if
18 you had no formaldehyde on the inside, the
19 negative air pressure would be drawing in
20 that which was in the ceiling and wall
21 cavities.
22      Q.   Did you ever perform any testing
23 to quantify the amount of increased
24 formaldehyde concentration within the living
25 space of this particular trailer by

Case 2:07-md-01873-KDE-MBN   Document 10929-7   Filed 02/01/10   Page 4 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped Deposition of Alexis Mallet, Jr.

Page 165

```
 1   operation of the air-conditioning system?
 2        A.   No.  Quantification, we did not.
 3        Q.   So you couldn't tell me if it
 4   increased it by 1 part per billion or 100
 5   parts per billion, could you?
 6        A.   No, I could not.
 7        Q.   And the same question with respect
 8   to the heating system --
 9        MR. PINEDO:
10             Were you finished with your
11   answer, Mr. Mallet?
12        THE WITNESS:
13             Yes.
14        MR. PINEDO:
15             Sorry.
16        MR. BONE:
17             That's all right.
18   EXAMINATION BY MR. BONE:
19        Q.   With respect to the heating
20   system, would the same be true?
21             In other words, did you perform
22   any testing that would quantify the increase
23   in formaldehyde concentration within the
24   Lyndon Wright unit by operation of the
25   heating system?
```

Case 2:07-md-01873-KDE-MBN   Document 10929-7   Filed 02/01/10   Page 5 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)                Videotaped Deposition of Alexis Mallet, Jr.

Page 166

1    A.   No, no quantification.

2    Q.   Okay. Again, so you couldn't say, if called upon to testify, that the operation of the heating system would have increased the formaldehyde concentration in the Lyndon Wright unit by 1 part per billion or 100 parts per billion. True?

8    A.   That's correct.

9    Q.   Okay.

10   A.   And the quantity, from my standpoint, is -- is of no consequence. The avenue, one, if there is off-gassing; and what conditions are conducive to the off-gassing; how does that off-gassing get into the living area?

         So I was not -- it was not my charge to quantify any formaldehyde off-gassing.

19   Q.   And I appreciate your answer, but my question relates specifically to this. It may increase formaldehyde off-gassing. I understand that's your opinion. But that increase in off-gassing, you can't tell me whether that results in any increase in concentration in the living quarters of the

Case 2:07-md-01873-KDE-MBN   Document 10929-7   Filed 02/01/10   Page 6 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped Deposition of Alexis Mallet, Jr.

Page 167

1   unit, correct?
2       A.   Well, if it's drawing in even
3   1/10th part per billion more than is already
4   in the unit, remember, we've got a vapor
5   barrier on the inside, and we're bringing in
6   more air than we're expelling from the
7   attic.
8            So to the extent that we have
9   off-gassing in the attic or the ceiling,
10  even if 1/10th of a billion -- same thing
11  with mold.
12           If we equate it to mold, when your
13  system is operating under negative pressure,
14  it's drawing in the hot, humid contaminants
15  from the outside, whether it's mold, whether
16  it's sulfur gases, whether it's formaldehyde
17  gases, whatever is around the envelope of
18  that building, that's what is going to be
19  drawn into the building.
20      Q.   All right.  But the actual impact
21  on air quality, you can't tell me?
22      A.   I can't quantify.
23      Q.   Right.  And there's a way to test
24  how the formaldehyde level in this trailer
25  would be impacted by the operation of either

Case 2:07-md-01873-KDE-MBN   Document 10929-7   Filed 02/01/10   Page 7 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)                    Videotaped Deposition of Alexis Mallet, Jr.

Page 168

1    the heating or air-conditioning system,
2    isn't there?
3        A.   That's beyond the scope of my
4    expertise.
5        Q.   Did you ever ask Bill Scott,
6    "Isn't there a way for us to test how the
7    operation of the air-conditioning system
8    affects formaldehyde concentration in this
9    trailer?"
10       A.   No, I did not.  I had very little
11   interaction with Bill Scott.
12       Q.   Have you been provided the
13   stipulation regarding the use of
14   low-formaldehyde-emitting products in this
15   trailer?
16       A.   The stipulation that you-all have
17   stated that there was LFE in there?
18       Q.   There's a stipulation amongst all
19   the parties in this litigation that all of
20   the wood products contained within the
21   Lyndon Wright unit that may have contained
22   urea formaldehyde resin were
23   low-formaldehyde-emitting.  Were you aware
24   of that?
25       A.   No.  The only thing I was aware of