# Transcript of the Testimony of
# Videotaped Deposition of Charles David Moore, PE, PLS

## Date taken: October 27, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "E"

Case 2:07-md-01873-KDE-MBN   Document 10929-8   Filed 02/01/10   Page 2 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)	Videotaped Deposition of Charles David Moore, PE, PLS

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER          MDL NO. 1873
FORMALDEHYDE PRODUCTS         SECTION "N"(4)
LIABILITY LITIGATION          JUDGE ENGELHARDT


This document relates to:  Lyndon T. Wright

v. Forest River, Inc., et al

Docket No. 09-2977

* * *

Videotaped Deposition of CHARLES DAVID MOORE, PE, PLS, 1833 East Main Street, New Iberia, Louisiana 70560, taken at the Law Offices of Frank J. D'Amico, Jr., 622 Baronne Street, New Orleans, Louisiana 70113, on Tuesday, the 27th day of October, 2009.


REPORTED BY:

    JAMES T. BRADLE, CCR and
      GRETCHEN ALEXANDER, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

VIDEOGRAPHER:

    MICHAEL BERGERON
    PROFESSIONAL SHORTHAND REPORTERS

Case 2:07-md-01873-KDE-MBN   Document 10929-8   Filed 02/01/10   Page 3 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped Deposition of Charles David Moore, PE, PLS

Page 79

```
 1   produced to us for the first time today.  So
 2   I'm going to set this here for now.
 3   EXAMINATION BY MR. KURTZ::
 4        Q    Have you formulated any opinions
 5   with regard to the Wright trailer other than
 6   those that are contained in your report,
 7   Exhibit 2 to this deposition?
 8        A    I believe my report contains my
 9   opinions.
10        Q    So you have no opinions at all
11   about formaldehyde or concentrations of
12   formaldehyde?
13        A    No, sir.  That's beyond my
14   expertise.
15        Q    Same thing for off-gassing rates?
16        A    That's correct.
17        Q    What's your understanding of the
18   scope of Shaw's activities with regard to
19   this trailer?
20        A    My understanding is that Shaw was
21   contracted directly to FEMA to provide
22   emergency assistance for providing housing,
23   temporary housing for people displaced by
24   the emergency, specifically the hurricanes.
25   There may have been some other things in
```