Stephen J. Smulski
June 10, 2009

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER         * MDL NO. 1873
       FORMALDEHYDE         *
       PRODUCTS LIABILITY   *
       LITIGATION           * SECTION: N(5)
                            *
This Document Relates to:   * JUDGE: ENGELHARDT
Charles Age, et al, v.      *
Gulf Stream Coach, Inc.,    *
et al, Docket No. 09-2892   * MAG: CHASEZ
* * * * * * * * * * * * * * * * * * * *

     Video-Taped Deposition of STEPHEN
SMULSKI, Ph.D., 435 Wendall Road, Shutesbury,
Massachusetts, 01072, taken in the law offices
of Lambert & Nelson, 701 Magazine Street, New
Orleans, Louisiana, 70130, on Wednesday, the
10th day of June, 2009.


APPEARANCES:


     T. CHRISTOPHER PINEDO
     ATTORNEY AT LAW
     4550 Jericho Road
     Corpus Christi, Texas   78413

          - and -

     FRANK J. D'AMICO
     ATTORNEY AT LAW
     622 Baronne Street
     New Orleans, Louisiana   70113

          - and -

     REICH & BINSTOCK, LLP
     (By:  Dennis C. Reich, P.C.)
     4265 San Felipe
     Suite 1000
     Houston, Texas   77027
          (Attorneys for the Plaintiffs)

EXHIBIT "F"

Stratos Legal Services
800-971-1127

Stephen J. Smulski
June 10, 2009

Page 344

1  directly with you, that we could come to the
2  Court, and he would entertain a good cause
3  motion. All I am doing right now is reserving
4  my right in that regard.
5          MR. D'AMICO:
6  And I'm telling you, you can do
7  it now, or you can do it later. It doesn't
8  matter to me. It's your choice.
9  EXAMINATION BY MR. KURTZ:
10  Q.      With that introduction,
11  Dr. Smulski, I wanted to start with some
12  definitional matters. There were some terms
13  that have been discussed I want to make sure
14  we are clear about.
15  Formaldehyde release rates and
16  emission rates, those are the same thing,
17  right?
18  A.      In my mind, yes.
19  Q.      And another set of terms,
20  formaldehyde concentration, formaldehyde
21  level, formaldehyde ambient level, those three
22  things are all the same, right?
23  A.      Yes.
24  Q.      But those two groups of things
25  are different, right?

Stephen J. Smulski
June 10, 2009

Page 345

1    A.      Yes, they are.
2    Q.      And they are not correlated on a
3    one-to-one basis. In other words, there are
4    other variables in between those two things?
5    A.      That is correct.
6    Q.      I have seen release rates
7    measured in parts per million, which is a
8    little confusing to me, because I think of
9    rates as being a certain thing divided by
10   time.
11   Can you explain why it is
12   measured in parts per million?
13   A.      I cannot.
14   Q.      I can see why release rates, when
15   you are talking about a wood product, might be
16   within the realm of a wood scientist.
17   Would you agree with that?
18   A.      I would say yes in the sense that
19   it is contained within the product, and my
20   expertise is about the products.
21   Q.      Would you agree that ambient
22   levels of formaldehyde in the atmosphere in a
23   given volume of gas are not a wood science
24   matter?
25   A.      Yes. They are outside of my

1  A.        This is directed more towards
2  joints and penetrations within the metal shell
3  of the trailer.
4  Q.        So from the exterior -- the
5  outside environment into the wall cavity?
6  A.        That's not what I said.
7  Obviously there were joints in the metal skin
8  of the trailer, and air can pass through those
9  joints.  There are also joints within the
10 metal skin of the trailer in the construction
11 of the wall itself.  You have individual
12 sheets of hardwood plywood covered with small
13 trim strips.  You have a joint where the
14 ceiling meets the wall.  Where the wall meets
15 the floor, et cetera.  That's really what I am
16 addressing here is how can formaldehyde that
17 is released within the wall cavity end up
18 inside of the trailer?  But it also does
19 address any joints in the metal shell or
20 between the metal shell and say for example
21 the rubber roof membrane where you could have
22 a potential point of air leakage, water
23 leakage.
24 Q.        You mentioned some of these joint
25 failures and other sorts of damage might allow

Stephen J. Smulski
June 10, 2009

Page 353

1   water and moisture intrusion into the wall
2   cavity from the exterior environment, right?
3   A.      Yes.
4   Q.      And that's because these joint
5   failures, for example, create a physical
6   pathway to allow water or water vapor to enter
7   the cavities, right?
8   A.      Yes.  They can allow air, which
9   would carry water vapor with it, or they could
10  actually allow entry of liquid water.
11  Q.      They could also allow for the
12  escape of formaldehyde from within the wall
13  cavity into the exterior environment, right?
14  A.      That's right.  It could go both
15  ways.  Depending on which direction are the
16  driving forces of temperature difference, air
17  pressure difference, concentration gradient
18  acting, but really, which direction is the
19  wind blowing, et cetera.
20  Q.      With regard to temperature, for
21  example in the winter, one would expect the
22  interior of the trailer to be warmer than the
23  outside environment.  Even in Louisiana, that
24  is frequently the case.
25  In that case, it would drive the

1  air conditioning system is running, whether or
2  not the heating system is running, whether or
3  not a window is cracked, that sort of thing.
4  EXAMINATION BY MR. KURTZ:
5  Q.       If the formaldehyde concentration
6  within the wall cavity were greater than both
7  the outdoors and indoors, and you were looking
8  at diffusion pressure as a driving force, the
9  tendency would be for the formaldehyde to flow
10 in both directions, right?
11 A.       Right.  All other things being
12 equal, it's going to move from that area of
13 higher concentration to areas of lower
14 concentration.
15      THE VIDEOGRAPHER:
16           We are off of the record at 5:17
17 p.m.  This is the end of tape 5.
18 (Whereupon there was a brief pause at this
19 time.)
20      THE VIDEOGRAPHER:
21           We are back on the record at 5:21
22 p.m.  This is the beginning of tape 6.
23 EXAMINATION BY MR. KURTZ:
24 Q.       Dr. Smulski, you are not opining
25 specifically that anything in the installation

Stephen J. Smulski
June 10, 2009

Page 356

1  process of this trailer actually caused the
2  ambient level of formaldehyde to be higher
3  than it otherwise would have been, are you?
4  A.      That is correct.  I am merely
5  acknowledging in that paragraph 14 that is
6  something that could happen, but I don't know
7  that it did in fact happen here.
8  Q.      Is there anything in paragraph 14
9  that is related to wood science or wood
10 technology?
11 A.      Formaldehyde gas and how it moves
12 around inside of a building after it's been
13 released from a structure, after it's been
14 released from a wood composite product.
15 Q.      Again, once it's in the air, it
16 doesn't matter whether it came from wood, or
17 it came from a beaker, does it?
18 A.      Technically, no.
19 Q.      Movement of formaldehyde around
20 in a space is not a wood science matter?
21 A.      It's not, but I would consider it
22 sort of one of the allied things.  For
23 example, I also have to know something about
24 finishes for wood products, because wood
25 products are commonly finished.  In