Transcript of the Testimony of
# Videotaped Deposition of Paul Hewett, Ph.D., CIH

## Date taken: December 2, 2009

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:    504-529-5255
Fax:    504-529-5257
Email:    reporters@psrdocs.com
Internet:    www.psrdocs.com

EXHIBIT
"G"

Page 117

1    think in that and the regression

2    coefficients derived from just the Bureau

3    Veritas data alone.

4         Q    Okay.

5         A    Little practical difference.

6         Q    You have an N of 101 data points

7    in the combined dataset, right?

8         A    Correct.

9         Q    Those 101 samples are reflected

10   somewhere on the disk in Exhibit 2 that you

11   gave me this morning?

12        A    Right.  It would be those cases

13   where we have a complete set of information,

14   the ability to calculate age, we have

15   temperature, relative humidity, information

16   on windows and mold.

17             So, for example, if the date of

18   manufacture was missing for a particular

19   case, there's no way we can calculate age at

20   the time of sampling and that particular

21   case would not be represented in the 101.

22        Q    So there were 187 samples of

23   formaldehyde taken from Forest River

24   emergency housing units by either Bureau

25   Veritas or CDC, so 86 of those were rejected

Page 119

1    the data that we have.

2        Q    Okay.  You did have statistical

3    significance for the intercept, right?

4        A    I think you almost always do.

5        Q    Okay.  And you did reach

6    statistical significance for the

7    temperature, you calculated a coefficient of

8    .0439, right?

9        A    Right.

10       Q    Now, for relative humidity,

11   there's no asterisk in the combined or in

12   either of the two underlying datasets,

13   right?

14       A    Right.

15       Q    So there is no statistically

16   significant correlation between humidity and

17   formaldehyde concentration as far as you can

18   tell by your analysis?

19       A    Well, it didn't reach statistical

20   significance, and the value itself, .001,

21   you know, is very close to zero anyway.

22       Q    Right.  It's actually negative

23   .0013, right?

24       A    Yes, but whether it's negative or

25   positive, it's close to zero, indicating

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)          Videotaped Deposition of Paul Hewett, Ph.D., CIH

Page 120

```
 1    that -- With this particular dataset,

 2    relative humidity did not seem to be a

 3    predictive variable.

 4         Q     Okay.  The same thing with whether

 5    the windows had been open prior to sampling,

 6    right?

 7         A     Right.

 8         Q     And the same thing with whether or

 9    not mold was present?

10         A     That's correct.

11         Q     Even though the mold coefficient

12    is 0.5, a comparatively larger number, it

13    still failed to reach statistical

14    significance, right?

15         A     Well, you would recognize as a

16    mathematician that just because .5 is

17    different from .04, the temperature, doesn't

18    mean that it has a larger effect on the data

19    than the concentration in temperature,

20    because that .04 is then multiplied by the

21    temperature, which could be 60, 70, 80 or

22    whatever.

23         Q     Sure.  I understand.

24         A     Okay.  But, yes, it's a fairly

25    large value, .5, and it did not reach
```