| | |
|---|---|
| From: | Aaron Ahlquist <aahlquist@damicolaw.net> |
| To: | 'Jason Bone' <Jbone@glllaw.com>, "dkurtz@bakerdonelson.com" <dkurtz@bake... |
| CC: | Brandi Spiers <bspiers@damicolaw.net>, "Frank J. D'Amico" <frank@damicol... |
| Date: | 11/20/2009 9:26 AM |
| Subject: | RE: formaldehyde MDL -- outstanding issues |

Jason,

Plaintiffs can agree that we will not call Dr. Farber as a witness for trial.

Aaron

-----Original Message-----
From: Jason Bone [mailto:Jbone@glllaw.com]
Sent: Tuesday, November 17, 2009 10:28 AM
To: dkurtz@bakerdonelson.com; kwhitfield@bakerdonelson.com; Aaron Ahlquist; andreww@duplass.com; Ernest Gieger; Adam (CIV) Dinnell; Henry.Miller@usdoj.gov; Michele (CIV) Greif
Cc: Brandi Spiers; Frank J. D'Amico; Kelly Moorman; 'Carmen Motes'; Carson Strickland; DennisReich
Subject: formaldehyde MDL -- outstanding issues

Aaron,

There are a number of issues we need to address:

1. production of outstanding records for Lagrange, Miller and Scott as referenced in their depositions

2. I need written confirmation that you are withdrawing Dr. Farber as a witness in this case as we discussed in South Bend

3. Entry of our stipulation re: LFE in the unit at issue (we need to put this to bed by the end of this week)

4. Can you finalize a List of the FR witnesses you intend to take depositions from so I can determine everyone's availability

5. finalize deposition schedule for expert witnesses (including additional dates for Miller and Schwery)

6. Although it ties in with #5 I need to know what depositions can go forward during the Fleetwood trial as we cannot waste these two weeks

Other parties may have additional issues. Can we get a conference call of all parties together by the end of the week to address these loose ends.

Thanks,
Jason


Jason D. Bone
Gieger, Laborde & Laperouse, LLC
One Shell Square; Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
JBONE@GLLLAW.COM