1

1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF LOUISIANA
3
4       IN RE:  FEMA TRAILER       MDL NO. 1873
5       FORMALDEHYDE PRODUCTS      SECTION N(4)
6       LIABILITY LITIGATION       JUDGE ENGELHARDT
7
8                        *   *   *
9                     (RE:  WRIGHT)
10
11              VIDEOTAPED DEPOSITION OF RICHARD
12      A. SPECTOR, M.D., J.D., 3434 PRYTANIA
13      STREET, SUITE 240, NEW ORLEANS, LOUISIANA,
14      TAKEN AT THE OFFICES OF DR. SPECTOR, ON THE
15      29TH DAY OF OCTOBER, 2009.
16
        REPORTED BY:
17
            PAT KENNEDY QUINTINI, CCR
18          PROFESSIONAL SHORTHAND REPORTERS
            (504)529-5255
19
20      VIDEOGRAPHER:
21          MICHAEL BERGERON
            PROFESSIONAL SHORTHAND REPORTERS
22          (504)529-5255
23
24
25

1   evaluate the cause, whatever cause he has
2   had based on trauma.
3        Q.   As we sit here today, you can't
4   say more probably than not what caused that
5   particular neuroma, correct?
6        A.   That's correct.
7        Q.   Turning back to your operative
8   report, Doctor, the next procedure that was
9   performed is the debridement of the right
10  mastoid cavity.  Was that actually the next
11  procedure that you did or was the nasal
12  smear performed before the debridement of
13  the right mastoid cavity?
14       A.   The next was the debridement of
15  the mastoid cavity.
16       Q.   And take me through that process.
17  That's simply cleaning out the mastoid
18  cavity, again under anesthetic?
19       A.   Yes.
20       Q.   Was there a sign of active
21  infection at that point in time?
22       A.   There was still some wet debris
23  that may or may not have been infection.  It
24  may just simply have been debris made wet by
25  the drops.  But the process of resolving

 1    relays the history that was given to you by
 2    Mr. Wright, correct?
 3         A.   Yes, sir.
 4         Q.   And then we talk about that you
 5    had performed a throat culture and that you
 6    had determined that the influenza, a strain
 7    of influenza was present, correct?
 8         A.   That's correct.
 9         Q.   And that you treated that with --
10    you had treated the infection at the time of
11    Mr. Wright's surgery and thereafter,
12    correct?
13         A.   That's correct.
14         Q.   At this point, based upon your
15    observations, do you feel that that
16    infection is now well controlled?
17         A.   I can't come to any conclusion.
18    When I originally saw him, I didn't identify
19    infection.  I had to depend on an objective
20    lab test.  So to answer that, I would
21    actually have to have another culture.
22         Q.   You state in the next paragraph of
23    your report:  I cannot relate the strain of
24    influenza to formaldehyde exposure.  Is that
25    true today?

1        A.    That's still true today.

2        Q.    And then about four paragraphs

3   down from that you state that:  Based upon

4   my medical knowledge, Mr. Wright's history,

5   prior medical records and medical surgical

6   examinations, I cannot find a source for his

7   complaint of bloody mucous.  Is that true

8   today?

9        A.    It is.

10       Q.    In addition, I cannot identify any

11  relationship between his exposure to

12  formaldehyde and his complaint of bloody

13  mucous or ear drainage.  Is that true today?

14       A.    It is true today.

15       Q.    And based upon your visit with

16  Mr. Wright of earlier today, he has told you

17  that, as we sit here today, that he hasn't

18  had a problem with bloody mucous in about

19  three weeks?

20       A.    That's correct.

21       Q.    Based upon the representation that

22  you cannot draw a correlation between the

23  neuroma or the other physical complaints of

24  Mr. Wright and formaldehyde, I would take

25  it, then, that you cannot say that any of

1      Q.   Doctor, you stated in your report
2   that you cannot find or cannot attribute
3   this neuroma to the alleged formaldehyde
4   exposure, correct?
5      A.   That's correct.
6      Q.   All right.  And based on your
7   explanation, I think I understand but just
8   to be clear, by that positive statement that
9   you can't attribute it to it, is it also
10  true that you can't rule it out as a
11  possible cause?
12     A.   Yes, I think the converse is a
13  fair statement.  I have no evidence to blame
14  the formaldehyde for the tumor, but neither
15  do I have any evidence that it wouldn't have
16  any role in it.  The problem that I have in
17  answering your question in that way is that
18  what literature I have read has not
19  incriminated formaldehyde in that specific
20  tissue type.  It talks about squamous
21  carcinomas.  It talks about lymphomas.  It
22  talks about Hodgkin's disease, but never
23  mentioned neuromas, so it's difficult for me
24  to give you any strong association.
25     Q.   You don't have enough information