1

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:  FEMA TRAILER        MDL NO. 1873
 4    FORMALDEHYDE PRODUCTS       SECTION "N"(4)
 5    LIABILITY LITIGATION        JUDGE ENGELHARDT
 6
 7    This document relates to:  Lyndon T. Wright
 8         v. Forest River, Inc., et al
 9             Docket No. 09-2977
10                  *   *   *
11               (Volume I)
12         Videotaped Deposition of LAWRENCE
13    G. MILLER, M.D., 118 Upland Road, Waban,
14    Massachusetts 02468, taken at the Law
15    Offices of Frank J. D'Amico, Jr., 622
16    Baronne Street, New Orleans, Louisiana
17    70113, on Tuesday, the 10th day of November,
18    2009.
19
20    REPORTED BY:
21        JAMES T. BRADLE, CCR
          PROFESSIONAL SHORTHAND REPORTERS
22        (504)529-5255
23    VIDEOGRAPHER:
24        BRIAN SOILEAU
          PROFESSIONAL SHORTHAND REPORTERS
25        (504)529-5255
```

106

1   additional references in the literature.  I
2   don't recall when I looked at each specific
3   article.
4        Q    Okay.  And what references would
5   you have been looking at, if you recall,
6   between the formulation of your initial
7   report and the second report?
8        A    That I don't recall.
9        Q    In terms of the two reports, is
10  the October report intended to supersede the
11  prior July report or should they be read in
12  concert?
13       A    I don't know.  I would have to
14  defer here.  I don't know what's usually
15  done in these circumstances, in these cases.
16       Q    Well, I'm just curious from your
17  own standpoint whether the October report
18  was actually simply to supersede or take the
19  place of your initial report or whether we
20  are to read the two together?
21       A    From my point of view, the later
22  report is more complete, since I had more
23  information.
24       Q    All right. Let's talk a little
25  bit about the October 2nd report.  On Page 6

107

1   of the report, just above the paragraph
2   wherein you list the complaints that
3   Mr. Wright had, you state that "Mr. Wright
4   was likely exposed to various fungal species
5   while living in the trailer.  Exposure to
6   fungi is associated with exacerbations of
7   upper and lower airways disease, but
8   limitations in the literature do not warrant
9   a causal association."
10           Can you tell me what you meant by
11  that, Doctor?
12       A   Well, very simply, that he was
13  likely exposed to fungi.  Now, we know what
14  the fungi were, you know, a year and some
15  time after he left the trailer.  We can't
16  know with certainty what they were prior to.
17  And there certainly is -- There's no
18  question about a literature existing on
19  fungal toxins' effects on the respiratory
20  tract.
21           But in my understanding, that
22  literature is not definitive at this point.
23  There's a big literature.  It's not exactly
24  clear what does what yet, so that's why I
25  was hesitant to draw any conclusions at that

1   point.

2        Q    Okay.  When you say it does "not

3   warrant a causal association," is what

4   you're saying that if you were called upon

5   to testify, your testimony would be that

6   more probably than not there was no causal

7   association between exposure to fungi in

8   Mr. Wright's case and any of the symptoms

9   he's complaining of?

10       A    I wouldn't put it that way.  I

11  would say based on limitations in the

12  literature, we can't comment one way or the

13  other.

14       Q    Okay.  You cannot say more

15  probably than not that fungi caused any of

16  the problems that Mr. Wright is complaining

17  of?

18       A    Right.

19       MR. D'AMICO:

20            Object to the form.  I think it

21  misstates the previous testimony and the

22  sentences in his report.

23       THE WITNESS:

24            But again, I would simply say that

25  the limitations of the literature don't

113

```
 1    results of the nasal smear?
 2         A    I don't believe I saw -- I have
 3    Dr. Spector's records.  I don't believe I
 4    saw anything specific there.
 5         Q    Okay.  So as we sit here today,
 6    you're unaware of whether the nasal smear
 7    collected epithelial cells from the actual
 8    nasal membrane of the interior nasal cavity
 9    of Mr. Lyndon Wright?
10         A    I would have to look back at the
11    records.  I can't recall that as we sit
12    here.
13         Q    And as we sit here, you don't
14    recall that the nasal smear performed by
15    Dr. Spector indicated the presence of normal
16    ciliated columnar epithelial cells?
17         A    I don't recall one way or the
18    other.
19         Q    So you didn't factor that into
20    your opinions in this case in the
21    conclusions that you reached?
22         A    I would have to look back at that.
23    I don't recall one way or the other.  I
24    can't answer your question.
25         Q    Let me ask you this.  In your
```

```
 1    final conclusion in your October 2nd report,
 2    you state, "In summary, it is my
 3    professional opinion that, within a
 4    reasonable degree of medical probability,
 5    the exposure to formaldehyde emissions
 6    during his approximately 28 months of
 7    residence in the FEMA trailer significantly
 8    exacerbated Mr. Lyndon Wright's
 9    rhinosinusitis," correct?
10         A    That's correct.
11         Q    Is that the only opinion that you
12    hold in this case?
13         A    That's the only one certainly
14    stated here, yes.
15         Q    And so if called upon to testify,
16    the only causal link that you can draw to
17    any of Mr. Wright's symptomatology is that
18    you believe exposure to some level of
19    formaldehyde caused an exacerbation of his
20    rhinosinusitis?
21         A    That's what's stated here, yes.
22         Q    All right, Doctor.  Mr. Ahlquist
23    has been kind enough to furnish us with some
24    of the invoices that you have provided to
25    the plaintiffs in this matter.  I would like
```

118

```
 1    you actually spend testifying or is it, as
 2    Dr. Spector said, from portal to portal,
 3    from the time you leave your home until the
 4    time you get home?
 5         A    No, for me, it's for the time
 6    testifying.
 7         Q    I notice that there's no reference
 8    to pulmonary disorders in your report.  Is
 9    it a true statement that you didn't diagnose
10    Mr. Wright with any pulmonary disorder?
11         A    Let me be clear and see if I
12    understand what you mean.  Mr. Wright
13    certainly has some pulmonary symptoms.  Is
14    that what you mean?
15         Q    My question, again, may be
16    inartful, but I'm simply asking, did you
17    diagnose him with any pulmonary disorder?
18         A    With a specific pulmonary
19    diagnosis, I think is what you mean?
20         Q    Yes.
21         A    I did not.
22         Q    Other than rhinosinusitis, did you
23    diagnose any other condition, syndrome or
24    other medical issue with respect to
25    Mr. Wright?
```

119

```
 1          A    He has a number, obviously, of
 2     other illnesses that I believe are not
 3     relevant here, but the answer to your
 4     question is, putting those aside, no.
 5          MR. BONE:
 6               At this point, I'm going to look
 7     over my notes and hand him off to the other
 8     attorneys.
 9               With respect to the documents we
10     have requested, obviously, we will
11     reschedule at a mutually convenient time
12     after we have had the opportunity to look
13     through the medical records that the doctor
14     has reviewed and his notes and any other of
15     the documents that may be contained in his
16     file, whether that be a written, you know,
17     notes relating to phone calls or the intake
18     notes relating to Mr. Wright himself.
19          MR. D'AMICO:
20               That's fine.  Also, there are some
21     documents that we do not have, some
22     deposition testimony that has never been
23     provided to us, for instance, and obviously
24     we would like him to look at those as well.
25          MR. BONE:
```