1

```
1            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
2
3    IN RE:  FEMA TRAILER        MDL NO. 1873
4    FORMALDEHYDE PRODUCTS       SECTION "N"(4)
5    LIABILITY LITIGATION        JUDGE ENGELHARDT
6
7    This document relates to:  Lyndon T. Wright
8         v. Forest River, Inc., et al
9             Docket No. 09-2977
10                  *  *  *
11
12        Videotaped Deposition of PATRICIA
13   M. WILLIAMS, Ph.D., DABT, 234 West William
14   David Parkway, Metairie, Louisiana 70005,
15   taken at the Law Offices of Frank J.
16   D'Amico, Jr., 622 Baronne Street, New
17   Orleans, Louisiana 70113, on Thursday, the
18   3rd day of December, 2009.
19
20   REPORTED BY:
21       JAMES T. BRADLE, CCR
         PROFESSIONAL SHORTHAND REPORTERS
22       (504)529-5255
23   VIDEOGRAPHER:
24       BRIAN SOILEAU
         PROFESSIONAL SHORTHAND REPORTERS
25       (504)529-5255
```

```
 1    information that -- or I had no data or
 2    medical records that gave me information
 3    that Mr. Wright had eczema.  In that regard,
 4    it does not apply.
 5         Q    So you --
 6         A    In --
 7         Q    I'm sorry.  Go ahead.
 8         A    If I could finish.  In regards to
 9    the fact that formaldehyde can cause eczema,
10    that certainly is a fact.  But he does not,
11    as far as I know, has not been diagnosed
12    with eczema.
13         Q    Okay.  You have testified earlier,
14    but I want to make sure that it's clear for
15    this record, that you're here specifically
16    and solely for the purpose of general
17    causation, not specific causation, as it
18    relates to Mr. Wright, correct?
19         A    That's correct.
20         Q    All right.  Did you review the
21    medical records to determine what his
22    medical conditions are, such that you would
23    be able to tell me or anyone or tell the
24    jury what general causation areas were
25    applicable to Mr. Wright?
```

1           Correct.
2    EXAMINATION BY MR. GIEGER:
3        Q    The answer is -- The question is
4    very simple.  Is there a reference to that
5    document in either Exhibit 3 or 5; "yes" or
6    "no"?
7        A    No, I am not doing specific
8    causation.  I make no references to any
9    specific medical tests done on Mr. Wright of
10   any kind.  This is a general causation
11   report.
12       Q    Oh, okay.  When you're ready,
13   let's go back to the report.  Let's
14   reference, if we can, back -- are you
15   ready -- to the reports, three and five.
16       A    Frank, hold that open.  Hold this
17   file open.  Let's get this back.  There we
18   go (handing).
19       Q    Okay.  What's the difference
20   between a cause and effect relationship and
21   an association?
22       A    Well, an association means that
23   you cannot rise to the level of the Sir
24   Bradford Hill causal considerations in the
25   strength of association or in some other

1   parameter, so that you can't give a
2   definitive statement of cause and effect or
3   causation.
4          So that there may be, such as with
5   the epistaxis, there's a tremendous amount
6   of case reports and associations of the
7   epistaxis with the formaldehyde, but there
8   are no epidemiological studies that would
9   allow me to say it is two times greater than
10  what would be expected in the general
11  population due to formaldehyde exposure with
12  the confidence intervals.  It was
13  statistically significant with confidence
14  intervals that did not include unity.
15  That's the difference.
16     Q    That's a long answer that I'm
17  going to see if I can kind of break down in
18  layman's terms to what a jury might be able
19  to understand.
20         Let me see if I can ask a
21  question.  Do I understand that your
22  testimony is that if it's only an
23  association, it doesn't meet the
24  Bradford-Hill criteria?
25     A    It doesn't -- One or more of the

1    Bradford-Hill criteria.
2         Q    It does not meet --
3         A    It does meet many of them, but it
4    doesn't meet in this case, if you're talking
5    about epistaxis, it doesn't meet the
6    strength of association.  There are no "epi"
7    studies at this point.
8         Q    I'm talking about association.
9         A    Right.
10        Q    There's a difference between
11   writing the word "association" --
12        A    Right.
13        Q    -- and the word writing "cause and
14   effect"?
15        A    That's correct.
16        Q    In order to go from association to
17   cause and effect, you need to reach two
18   times on the Bradford-Hill criteria,
19   correct?
20        A    Well, you need to have -- And, I
21   mean, you need to have -- It's not just the
22   strength of association, but you have
23   several considerations that you make.
24             It means in general terms that
25   something is lacking that would not give it

```
 1    the statue of causation if it met all or --
 2    It doesn't have to be all, but it has to
 3    meet a significant amount for you to make
 4    the call.
 5              I am the expert.  For my purposes,
 6    it did not reach to the level that I would
 7    use, that I use, which is the Federal Court
 8    requirements, to rise to the level of
 9    causation.
10         Q    So you knew the difference between
11    association and cause and effect as you
12    wrote this report, correct?
13         A    Correct.
14         Q    And you made a conscious decision
15    as it relates to the next three categories,
16    and that is -- I'm going to mispronounce
17    this word.
18         A    What page are you on?
19         Q    Epistaxis --
20         A    That's fine.
21         Q    -- as it relates to the other two
22    categories in your report.  The last three
23    categories of your opinion, those do not
24    rise to the level of cause and effect
25    relationship?
```

```
1          MR. D'AMICO:
2              What page are you reading?
3          THE WITNESS:
4              That's my expert opinion.
5     EXAMINATION BY MR. GIEGER:
6          Q    I'm sorry.  64.  Right.  That's
7     your expert opinion.  It didn't rise --
8          A    For formaldehyde.
9          Q    Yes, ma'am, for formaldehyde.
10    That's all we're talking about in this MDL
11    is formaldehyde.
12         A    Well, no.
13         Q    Okay.  That's all I want to talk
14    about.  It may not be all the judge wants to
15    talk about.  Okay.  Let me rephrase that
16    question.
17         A    I missed something there.
18         Q    It's a lawyer thing.  Okay.  As it
19    relates to formaldehyde, right, there is no
20    association -- there's only an association
21    in those last three categories?  They do not
22    rise to the cause and effect?
23         A    I did not in my opinion give it
24    the level of causation.  I gave it at the
25    level of association.
```