UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to: *Lyndon T. Wright  v.* | * | JUDGE: ENGELHARDT |
| *Forest River, Inc., et al*, Docket No. 09-2977 | * | |
| | * | MAG: CHASEZ |

*******************************************************************************

### STATEMENT OF UNCONTESTED MATERIAL FACTS

**MAY IT PLEASE THE COURT:**

Defendants Forest River, Inc. ("Forest River") and Shaw Environmental, Inc. ("Shaw")

respectfully submit this Statement of Uncontested Material Facts in support of their Motion for

Summary Judgment relating to causation:

1. The Forest River, Inc. travel trailer ("travel trailer") at issue in this lawsuit, bearing VIN 4X4TSMH296C008992, was manufactured in Rialto, California in November of 2005.

2. The travel trailer was sold to North American Catastrophe Services, Inc. and was eventually acquired by the Federal Emergency Management Agency ("FEMA").

3. FEMA provided the travel trailer to FEMA applicant Ms. Bobbie Wright, and the travel trailer was placed on Ms. Wright's property located at 2315 Seminole Lane, New Orleans, Louisiana.

4. Mr. Lyndon Wright resided in the travel trailer located at 2315 Seminole Lane.

5. Dr. Miller is the only expert who provides specific causation testimony linking Wright's alleged formaldehyde exposure to any current medical condition suffered by plaintiff, namely, the exacerbation of rhinosinusitis.

6.      Dr. Williams, plaintiff's only general causation expert, does not provide a general causation link between formaldehyde and the exacerbation of rhinosinusitis.

7.      Plaintiff Lyndon Wright has failed to provide both specific and general causation testimony linking his alleged formaldehyde and/or mold exposure to any of his alleged medical conditions.

Respectfully submitted,


/s/  Jason D. Bone
Ernest P. Gieger, Jr. (No. 6154)
Jason D. Bone (No. 28315)
Carson W. Strickland (No. 31336)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*ATTORNEYS FOR FOREST RIVER, INC.*

/s/ M. David Kurtz
David Kurtz (No. 23821)
Karen K. Whitfield (No. 19350)
Catherine N. Thigpen (No. 30001)
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
*ATTORNEYS FOR SHAW ENVIRONMENTAL, INC*

## C E R T I F I C A T E

I hereby certify that on the 1st day of February, 2010, a copy of the foregoing *Statement of Uncontested Material Facts* was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

/s/  Jason D. Bone
JASON D. BONE