1

```
 1            UNITED STATES DISTRICT COURT --
 2             EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  FEMA TRAILER        MDL NO. 1873
 5   FORMALDEHYDE PRODUCTS       SECTION N(4)
 6   LIABILITY LITIGATION        JUDGE ENGELHARDT
 7   (This document relates
     to "Lyndon Wright v. Forest
 8       River, et al.)
 9                  *  *  *
10
11           VIDEOTAPED DEPOSITION OF DR.
12   CHARLES SHEPARD FIELD, JR., 5330 BANCROFT
13   DRIVE, NEW ORLEANS, LOUISIANA 70122, TAKEN
14   AT HIS HOME ON THE 20TH DAY OF OCTOBER,
15   2009.
16
17
18   REPORTED BY:
19       CATHY RENEE´ POWELL, CCR
         PROFESSIONAL SHORTHAND REPORTERS
20       (504)529-5255
21   VIDEOGRAPHER:
22       BRIAN SOILEAU
         PROFESSIONAL SHORTHAND REPORTERS
23       (504)529-5255
24
25
```

9

1   Lyndon Wright and the PSC.

2        MR. McCLENDON:

3             David McClendon on behalf of the

4   PSC.

5        CHARLES SHEPARD FIELD, JR., M.D.,

6   having been first duly sworn as a witness,

7   was examined and testified as follows:

8   EXAMINATION BY MR. BONE:

9        Q.   Dr. Field, good morning.  My name

10  is Jason Bone, as I said, and I represent

11  one of the defendants in this matter.  As a

12  matter of housekeeping, I have marked your

13  notice of video deposition as Exhibit 1 to

14  this deposition.

15            Doctor, could you please state

16  your full name for the record?

17       A.   Charles Shepard Field, Jr.

18       Q.   Dr. Field, I understand that you

19  are presently retired from the practice of

20  medicine; is that correct?

21       A.   Right.

22       Q.   What year did you retire?

23       A.   January 20, 2006.

24       Q.   After January of 2006, have you

25  seen any other patients in clinical

```
 1        A.   No, not particularly.
 2        Q.   Okay.  With respect to Mr. Wright,
 3   was a physical examination performed when
 4   you first saw him in July of 2000?
 5        A.   Yes.
 6        Q.   Could you take me through what
 7   your physical examination of Mr. Wright
 8   revealed at that point in time?
 9        A.   Well, I just write down a few
10   comments about what we did, but we would do
11   the entire body and we checked his blood
12   pressure, which was normal, 128 over -- I
13   couldn't hear the diastolic, and then later,
14   it was -- or by visual, it was 120 over 60.
15   And then his entire physical examination was
16   normal except for his speech impediment and
17   his ear problems, hearing problems.
18        Q.   At the point in time that he came
19   to see you, had he -- did he report to you a
20   prior surgical history of having surgery on
21   his ear canal or the bones in his inner ear?
22        A.   Yes.  He said he had -- well, he
23   said his left ear canal was small and he
24   uses a hearing aid and that he had a
25   congenital right hearing problem, which he
```

1    with Mr. Wright?

2         A.   He came in for a bone density

3    test.  I didn't see him, he just came in for

4    the test April 3.

5              Then I saw him, let's see -- no.

6    I just put a note April 4 about when I read

7    the test, what he had, and then I saw him

8    August 1 of 2003.  That's the next time I

9    saw him.

10        Q.   Okay.  So between his visit of

11   January of '03 and April 11, '03, he had a

12   bone density scan on April 2 of 2003,

13   correct?

14        A.   Well, April 3.

15        Q.   April 3, excuse me.

16             And you reviewed that bone density

17   scan before you met with Mr. Wright on the

18   11th; is that correct?

19        A.   Right.

20        Q.   What were the results of the bone

21   density scan as you interpreted them?

22        A.   He had severe osteoporosis.

23        Q.   Okay.  So you diagnosed Mr. Wright

24   with severe osteoporosis in 2003, correct?

25        A.   Right.

1    medical cause and it's going to do what it
2    wants to do.  I don't think there is any way
3    you can really stop it.  But with his
4    osteoporosis, he definitely is at a risk for
5    getting worse.  So he needs to have the
6    osteoporosis vigorously treated.
7         Q.   So due to the fact that he has
8    osteoporosis, in your medical opinion,
9    Doctor, he should be seen by a doctor on a
10   regular basis; is that correct?
11        A.   Right, correct.
12        Q.   And how often would you recommend
13   that he sees a doctor for his osteoporosis?
14        A.   Every year.  Well, even more often
15   than that for his osteoporosis.
16        Q.   Maybe twice a year?
17        A.   At least twice a year.
18        Q.   At least twice a year?
19             The next visit was on August 25,
20   2004?
21        A.   Right, uh-huh.
22        Q.   And you have the word "complete"
23   in a box on your notes.  I assume that means
24   the complete physical you were referring to
25   earlier; is that correct?