```
                                                              1


  1                UNITED STATES DISTRICT COURT

  2                EASTERN DISTRICT OF LOUISIANA

  3

  4

  5

  6   IN RE:  FEMA TRAILER         MDL NO. 1873

  7   FORMALDEHYDE PRODUCTS        SECTION "N"(4)

  8   LIABILITY LITIGATION         JUDGE ENGELHARDT

  9

 10                     *   *   *

 11

 12        VIDEOTAPED DEPOSITION OF LYNDON WRIGHT,

 13   3417 SOUTH CLAIBORNE AVENUE, APARTMENT 5,

 14   NEW ORLEANS, LOUISIANA 70113, TAKEN AT THE

 15   OFFICES OF FRANK D'AMICO, 622 BARONNE

 16   STREET, NEW ORLEANS, LOUISIANA 70130, ON THE

 17   10TH DAY OF JULY, 2009.

 18   REPORTED BY:

 19        CATHY RENEE´ POWELL, CCR
           PROFESSIONAL SHORTHAND REPORTERS
 20        (504)529-5255

 21   VIDEOGRAPHER:

 22        BRIAN SOILEAU
           PROFESSIONAL SHORTHAND REPORTERS
 23        (504)529-5255

 24

 25
```

```
 1   wasn't.
 2       Q.   If that contact was made, it was
 3   typically made through your mother, correct?
 4       A.   Huh?
 5       Q.   If contact with FEMA was made, it
 6   was typically made through your mother?
 7       A.   Yes.
 8       Q.   Is your mother a smoker?
 9       A.   Huh?
10       Q.   Is your mother a smoker?
11       A.   Used to be.
12       Q.   When was she a smoker?
13       A.   '86 back.  Backward.
14       Q.   When you were growing up in the
15   house, she was a smoker?
16       A.   Yes.
17       Q.   And you lived with her all the way
18   up until Katrina, correct?
19       A.   Yes.
20       Q.   Do you know what types of
21   cigarettes your mom liked to smoke?
22       A.   Salems.
23       Q.   When she was smoking, how many
24   packs a day did she typically smoke?
25       A.   I have no idea.
```

173

```
 1         Q.    Did your sister smoke?
 2         A.    No.
 3         Q.    Has she ever smoked in her life?
 4         A.    No.
 5         Q.    Even recreationally, has she been
 6    a smoker?
 7         A.    No.
 8         Q.    Have you ever smoked in your life?
 9         A.    No.
10         Q.    You've never been a smoker?
11         A.    Not ever.
12         Q.    When you were coming up with your
13    mother at her house, did you ever express to
14    her that the smoking caused you irritation
15    or you didn't like it when she smoked around
16    you?
17         A.    Yes, I let it be known that I
18    didn't like her smoking.
19         Q.    What problems did smoking cause
20    for you when you were around your mother
21    coming up?
22         A.    It just irritated me.  I didn't
23    like it.  I didn't like the smoke.
24         Q.    Did it irritate your eyes?
25         A.    No.  I just didn't like to smell
```

```
 1   it.
 2        Q.   You didn't like to be around it?
 3        A.   Yeah, I didn't like to be around
 4   it.  No.
 5        Q.   But for the first 16 years of your
 6   life, your mother was a continuous smoker.
 7        A.   Yes.
 8        Q.   Your mother indicated to FEMA that
 9   the house on Seminole Lane had been gutted
10   and she was waiting for Road Home money to
11   repair it.  Is that your understanding?
12        A.   Yes.
13        Q.   Who gutted that house?
14        A.   Some migrants that were looking
15   for work.
16        Q.   So some workers that were passing
17   through gutted the house?
18        A.   Yes.
19        Q.   Did they take the debris with them
20   or did you have to remove the debris from
21   the property?
22        A.   They put it out on the curb, and
23   at the time, I guess, the City was picking
24   it up.
25        Q.   Did you ever take part in the
```

176

```
1        Q.   And she smokes in the house from
2   time to time, doesn't she?
3        A.   No, she goes outside.
4        Q.   Every time she has a cigarette,
5   she goes outside?
6        A.   As far as when I'm around, yes.
7        Q.   Is she in the house when you're
8   not there, your present address?
9        A.   Excuse me?
10       Q.   Does she stay at your present
11  address sometimes when you go to work or you
12  go elsewhere?
13       A.   Yeah, sometimes she will stay
14  there until I go to work or I come back.
15       Q.   Do you know if she smokes in the
16  house then?
17       A.   I've noticed the smell of smoke in
18  the house, and I addressed it to her that I
19  didn't like the cigarette smoke in the
20  house.
21       Q.   Do you let Ms. Marsh use your car?
22       A.   Yes.
23       Q.   Does she smoke in your car?
24       A.   Yes, she does.
25       Q.   Does she have a place that she
```

```
 1          Q.   Have you talked about those issues
 2     with Dr. Worley?
 3          A.   No.
 4          Q.   When was the last time you
 5     actually saw a doctor?
 6          A.   January.
 7          Q.   Okay.  January of this year?
 8          A.   Of what?
 9          Q.   Of this year, of 2009?
10          A.   Yes.
11          Q.   When is your next appointment to
12     see any doctor?
13          A.   I have to make one.  I missed my
14     last appointment, which was supposed to be
15     in March.
16          Q.   So as we sit here today, in July,
17     it has been six months since you have seen a
18     doctor?
19          A.   About.
20          Q.   And until I asked you that
21     question, when was your next plan to
22     schedule an appointment with a doctor?
23          A.   When I got extremely sick again.
24          Q.   So you had no plans to contact a
25     doctor?
```

227

1      A.   No.

2      Q.   Are you currently using any

3   breathing treatment?

4      A.   No.

5      Q.   When was the last time you used an

6   inhaler?

7      A.   I can't recall.  One of the

8   incidents when I went to the doctor for

9   being congested in my chest so much and he

10  gave me an inhaler.  I used it once and I

11  can't recall exactly when that was.

12     Q.   You used it one time and then you

13  have not used it since?

14     A.   I have not used it since, no.

15     Q.   As we sit here today, do you have

16  any ongoing health problems, apart from your

17  osteoporosis, hyperthyroidism and

18  hypertension?

19     A.   Well, I know that my eyes get

20  irritated more easily now.  I wake up at

21  night and my mouth is just dried out and I

22  still have that blood in my mucus when I

23  expel.

24     Q.   This March and April, did you have

25  any problems with seasonal allergies?

1          A.   The amount I'm earning right
2    now --
3          MR. D'AMICO:
4               Do you understand the question?
5          THE WITNESS:
6               Can you repeat the question?
7    EXAMINATION BY MR. BONE:
8          Q.   Sure.  Is there any reason you can
9    think of as you sit here today that the
10   amount that you are earning, as we sit here,
11   that you have reported, that has been
12   reported, $72,000 from last year, that you
13   will not earn a commensurate amount of
14   money, in other words, the same amount of
15   money in the future?
16         A.   In the future at any given time?
17         Q.   Sure.
18         A.   I think my pay will probably go
19   down.  Yeah, I think it would go down.
20         Q.   Why?
21         A.   I would have to say due to health
22   reasons.
23         Q.   And what health reasons, as we sit
24   here today, have prevented you from earning
25   the $72,000 that you earned?

1       A.   Well, at this particular time,
2  it's more of a budget thing, but you said at
3  any given time if I thought I would make
4  less.
5       Q.   Sure.  Is there anything that you
6  know today that makes you believe you will
7  earn less money in the future?
8       A.   That I know today?
9       Q.   Yes.
10      A.   Yes.  Because I was diagnosed with
11 asthma, so I'm quite sure that's going to
12 progressively -- well, progress into
13 something more where it limits me to work.
14      Q.   Okay.  You believe you have been
15 diagnosed with asthma?
16      A.   Yes.
17      Q.   And who told you that?
18      A.   And independent doctor for the
19 defense.
20      Q.   Has anyone else told you that?
21      A.   No.
22      MR. D'AMICO:
23           Object to that phrase.  I object
24 to that phrase.
25      MR. McCLENDON:

```
 1            The IDD.
 2       MR. BONE:
 3            Let's go off the record and I will
 4   make sure I have covered what I need to
 5   cover.  We will go back on and I will wrap
 6   it up.
 7       THE VIDEOGRAPHER:
 8            Off the record; it is 2:02.
 9       (Recess.)
10       THE VIDEOGRAPHER:
11            We are back on the record; it is
12   2:05.
13   EXAMINATION BY MR. BONE:
14       Q.   Mr. Wright, you have also made a
15   claim for emotional-related issues; is that
16   correct?
17       A.   Yes.
18       Q.   Can you describe for me, if you
19   would, the nature of the emotional-related
20   issues that you feel are related to your
21   occupancy of this particular unit.
22       A.   First of all, like, when I
23   complained about the problems with the door
24   and the mold, nobody ever responded to it.
25   I had to keep trying to fix it myself, not
```

```
 1    knowing what I was trying to fix.
 2              I mean, I would get bleach and
 3    water, trying to clean up the mold and it
 4    would come right back.  The rainwater coming
 5    through the door, every time a maintenance
 6    man would come, they would say, "We'll have
 7    somebody come look at it, somebody will give
 8    you a call."
 9              Nobody would call.  When I'd see a
10    maintenance person again, do it again.
11              Just basically sitting in the
12    trailer with all the coughing and -- I'm not
13    thinking I'm sick, but I have got this
14    aggravating cough and it's making my head
15    hurt.
16              And then, that little cooped-up
17    trailer.  And then when the blood started to
18    coming through my mouth, I don't know why
19    that's happening.  So I'm just like
20    aggravated.
21         Q.   So you have some aggravation
22    associated with some of the issues that you
23    were having regarding getting resolution to
24    your complaints?
25         A.   Yes.
```

1    right?

2         A.   No, I don't.  I don't.

3         Q.   Okay.  When did you first notice

4    blood in your mucus?

5         A.   In '06.  '06.

6         Q.   About when in '06?  Still

7    summertime or was it starting to get cold?

8         A.   Probably during the summertime

9    because it was hot.  It was hot at the time.

10   So the summer of '06.

11        Q.   Have you ever been arrested or

12   convicted of anything, Mr. Wright?

13        A.   No.

14   MR. KURTZ:

15             I think that's all I have.  Thank

16   you.

17   EXAMINATION BY MS. GREIF:

18        Q.   Mr. Wright, my name is Michelle

19   Grief.  I represent the United States in

20   this action.  I just have some questions for

21   you.  It shouldn't take long at this point.

22        A.   Okay.

23        Q.   I think you have been asked most

24   questions.

25             Just so I'm clear here, you