```
                                                                    1

 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE:  FEMA TRAILER        MDL NO. 1873
 5    FORMALDEHYDE PRODUCTS       SECTION N(4)
 6    LIABILITY LITIGATION        JUDGE ENGELHARDT
 7
 8                       *   *   *
 9                    (RE:  WRIGHT)
10
11              VIDEOTAPED DEPOSITION OF RICHARD
12    A. SPECTOR, M.D., J.D., 3434 PRYTANIA
13    STREET, SUITE 240, NEW ORLEANS, LOUISIANA,
14    TAKEN AT THE OFFICES OF DR. SPECTOR, ON THE
15    29TH DAY OF OCTOBER, 2009.
16
      REPORTED BY:
17
          PAT KENNEDY QUINTINI, CCR
18        PROFESSIONAL SHORTHAND REPORTERS
          (504)529-5255
19
20    VIDEOGRAPHER:
21        MICHAEL BERGERON
          PROFESSIONAL SHORTHAND REPORTERS
22        (504)529-5255
23
24
25
```

1    infection means you must remove all of the
2    debris, otherwise you have an itis for bugs
3    to grow, and that's what this note
4    discusses.
5         Q.   Because inside the mastoid cavity
6    it's a dark, wet place where bacteria can
7    grow if not treated properly?
8         A.   Correct.
9         Q.   The next procedure was the nasal
10   smear, correct?
11        A.   That's correct.
12        Q.   And I take it there were no
13   complications from either of the previous
14   procedures, the lingual tonsillectomy or the
15   debridement of the mastoid cavity?
16        A.   That's correct.
17        Q.   The nasal smear, why was that
18   performed?
19        A.   We had discussed that.  I wanted
20   to have some concept of why the tissues were
21   so swollen both in his nose and the sinus
22   cavities and this is a means of evaluating
23   that.
24        Q.   And samples were taken from the
25   nasal cavity and they were also provided

```
 1    to -- were they provided to a pathologist?
 2         A.   Yes, they were.
 3         Q.   And did a pathologist provide a
 4    report to you of what the findings were with
 5    respect to that particular sample?
 6         A.   Yes, he did.
 7         Q.   And with respect to the nasal
 8    smear sample, I'm going to hand you what we
 9    have marked as Exhibit 10, and I will ask
10    that you take a look at Exhibit 10.
11              Is that a true and accurate copy
12    of the pathologist's report with respect to
13    Mr. Wright's nasal smear taken 7/29/09?
14    (Exhibit No. 10 marked for identification.)
15         A.   Yes, it is.
16         Q.   And in that report does the
17    pathologist report that, again, it's
18    negative for any signs of malignancy,
19    correct?
20         A.   That's correct.
21         Q.   And that the smear showed numerous
22    ciliated columnar epithelial cells
23    consistent with respiratory epithelial
24    cells?
25         A.   That's correct.
```

```
 1          Q.   And it says:  And these show no
 2     significant atypia.  Again, for those of us
 3     who are not in the medical field, what does
 4     that mean?
 5          A.   It means he did not see any signs
 6     of changes to suggest malignancy or
 7     premalignant changes.
 8          Q.   And those would be metaplasia or
 9     dysplasia?
10          A.   Say that again.
11          Q.   Those would be metaplasia or
12     dysplasia?
13          A.   Yes, sir.
14          Q.   So none of those -- no metaplasia
15     was found; is that correct?
16          A.   Say that again.
17          Q.   No metaplasia was found?
18          A.   That's correct.
19          Q.   No dysplasia was found?
20          A.   That's correct.
21          Q.   And again, this is a cellular
22     level examination of the columnar epithelial
23     cells of Mr. Wright's nasal cavity, correct?
24          A.   That's correct.
25          Q.   What, if any, significance was
```

1    me until now to come to that observation.
2         Q.   Let me ask you this.  Have you
3    spoken with any of his prior treating
4    physicians regarding the length of time that
5    he's suffered from congestion or seasonal
6    allergies?
7         A.   No.
8         Q.   So you couldn't offer any
9    testimony that this problem did not precede
10   Hurricane Katrina, could you?
11        A.   That's correct.
12        Q.   So if he's had this problem all of
13   his life or most of his adult life and he's
14   just been treating himself with
15   over-the-counter medication, as you said, he
16   may think that's a normal feeling to be
17   congested, correct?
18        A.   That's correct.
19        Q.   Doctor, over the course of your
20   treatment with Mr. Wright you said that he
21   is a stoic patient.  Did you discern or did
22   you have any concern about underlying
23   psychiatric pathology?
24        A.   No.  But I'm not qualified to
25   evaluate that.

```
1          Q.   But you haven't referred him to a
2     psychiatrist for further evaluation or
3     treatment have you, Doc?
4          A.   No.
5          Q.   And you do have, as you stated
6     earlier, a physician-patient relationship
7     with this particular individual, correct?
8          A.   That's correct.
9          Q.   Meaning that if you felt that he
10    needed psychiatric intervention, you would
11    certainly refer him to appropriate
12    specialist?
13         A.   That's correct.
14         Q.   Let's talk about your final
15    report.  And, Doctor, let me hand you what I
16    have marked as Spector Exhibit 11, and
17    unfortunately it looks to be attached to
18    some of your other records.
19    (Exhibit No. 11 marked for identification.)
20              Is Exhibit 11 a true and accurate
21    copy of your report of September 21 of 2009?
22         A.   It is.  Would you allow me to make
23    the same correction?
24         Q.   Please do.  And if you would
25    initial where the correction is made so that
```

156

1    between the two, correct?
2         A.   That's fairly stated.
3         Q.   The last time you met with
4    Mr. Wright today, did you prescribe any
5    medication to him?
6         A.   Flonase.
7         Q.   The Flonase, right.
8         A.   Generic Fluticasone.
9         Q.   Did you make any recommendations
10   for him in terms of modification of
11   activities or anything along those lines?
12        A.   No.  I just told him I wanted him
13   to use it every day and see what response he
14   got.  And that we would at least try it for
15   a month and do a look back, because his
16   nasal symptoms, by what he was reporting to
17   me, came and went and he took medicines on
18   an as-needed basis.  And my suggestion was:
19   Take it and see in a month if you have fewer
20   symptoms than you remember having in prior
21   months.  And then based on what you tell me,
22   we will either stop it or continue it.
23        Q.   Have you scheduled a follow-up
24   visit with Mr. Wright?
25        A.   No.  We are waiting for him to

```
 1    bleed again if he bleeds, but he is going to
 2    call me in a month.
 3         Q.   Fair enough.  As we sit here
 4    today, are you comfortable that Mr. Wright
 5    understands that the neuroma that you
 6    excised from his tongue is nonmalignant, in
 7    other words, noncancerous?
 8         A.   Yes.
 9         Q.   Are you comfortable that the
10    results of the nasal smear have been fully
11    explained to Mr. Wright and that he
12    understood them?
13         A.   Yes.
14         MR. BONE:
15              With that, Doctor, I think I have
16    exhausted my questions.  I may have some
17    others based upon what anyone else may ask
18    you, but for that I thank you for your time
19    and I appreciate your candor with us.
20         THE WITNESS:
21              You are welcome.
22    EXAMINATION BY MS. GREIF:
23         Q.   I just have one question.  With
24    regard to the neuroma, did Lyndon Wright ask
25    you the likelihood that he would get another
```