1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE:  FEMA TRAILER         MDL NO. 1873
 5    FORMALDEHYDE PRODUCTS        SECTION "N"(5)
 6    LIABILITY LITIGATION         JUDGE ENGELHARDT
 7
 8    This document relates to:  Lyndon T. Wright
 9            v. Forest River, Inc., et al
10                 Docket No. 09-2977
11                      *   *   *
12         Videotaped Deposition of TYSHONE MARSH,
13    3417 S. Claiborne Avenue, Apartment 5, New
14    Orleans, Louisiana 70125, taken at the Law
15    Offices of Frank J. D'Amico, Jr., 622
16    Baronne Street, New Orleans, Louisiana
17    70113, on Thursday, the 14th day of January,
18    2010.
19
20    REPORTED BY:
21         JAMES T. BRADLE, CCR
           PROFESSIONAL SHORTHAND REPORTERS
22         (504)529-5255
23    VIDEOGRAPHER:
24         MICHAEL BERGERON
           PROFESSIONAL SHORTHAND REPORTERS
25         (504)529-5255
```

89

```
 1       A    That's the only jobs I recall he
 2   had.
 3       Q    How much money does Lyndon make?
 4       A    I don't know.
 5       Q    But he supports you?
 6       A    Yes.
 7       Q    Does he ever deny you anything you
 8   request?
 9       A    No, sir.
10       Q    Does he support your child as
11   well?
12       A    Yes.
13       Q    Does he ever deny anything your
14   son requests?
15       A    No, sir.
16       Q    Has Lyndon ever discussed his
17   neuromas with you?
18       A    I don't understand.
19       Q    Do you understand the word
20   "neuroma"?
21       A    No, I don't.
22       Q    Have you ever heard Lyndon use the
23   word "neuroma"?
24       A    No.
25       Q    Has Lyndon ever told you he's
```

1    scared that he's going to get cancer?

2         A    No, sir.

3         Q    Has Lyndon ever told you that he

4    has a fear of cancer?

5         A    Yes.

6         Q    When did he first tell you that?

7         A    About a couple of months ago.

8         Q    Is that after he sat through the

9    trial of Gulf Stream in September?

10        A    Excuse me?

11        Q    Was that the first time after he

12   sat through trial in September of 2009?

13        MR. AHLQUIST:

14             Objection.  You can answer.

15        THE WITNESS:

16             Huh?

17        MR. AHLQUIST:

18             You can answer.

19        THE WITNESS:

20             I can answer?

21   EXAMINATION BY MR. GIEGER:

22        Q    Yes.

23        A    That was before.

24        Q    How long before?

25        A    I don't recall.

```
 1        Q    What did he tell you?
 2        A    We was just talking about it and
 3   he was just saying.
 4        Q    Saying what?
 5        A    He was just talking.  We was just
 6   talking about cancer and he was just talking
 7   how he feels, I guess.
 8        Q    What did he say?
 9        A    He was just saying he hope he
10   don't ever get cancer.  That's all he was
11   just saying.
12        Q    Is that all he said?
13        A    Yes.
14        Q    Did he say anything about that and
15   the trailer?
16        A    Huh-uh (negative response).
17        Q    So he didn't say he had a fear of
18   cancer because of the trailer?
19        A    No, sir.
20        Q    Okay.  Do you know if Lyndon is
21   taking any medication for depression?
22        A    No, sir.
23        Q    Oops.  That's one of those double
24   negatives.  As far as you know, is Lyndon
25   taking medication for depression?
```