1

1              UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
2
3   IN RE:  FEMA TRAILER        MDL NO. 1873
4   FORMALDEHYDE PRODUCTS       SECTION "N"(4)
5   LIABILITY LITIGATION        JUDGE ENGELHARDT
6
7   This document relates to:  Lyndon T. Wright
8          v. Forest River, Inc., et al
9              Docket No. 09-2977
10                 *  *  *
11                (Volume I)
12      Videotaped Deposition of EDWARD HALIE
13  SHWERY, Ph.D., 315 Metairie Road, Suite 200,
14  Metairie, Louisiana 70005, taken at the Law
15  Offices of Frank J. D'Amico, Jr., 622
16  Baronne Street, New Orleans, Louisiana
17  70113, on Monday, the 9th day of November,
18  2009.
19
20  REPORTED BY:
21      JAMES T. BRADLE, CCR
        PROFESSIONAL SHORTHAND REPORTERS
22      (504)529-5255
23  VIDEOGRAPHER:
24      MICHAEL BERGERON
        PROFESSIONAL SHORTHAND REPORTERS
25      (504)529-5255

1   on.  It hasn't had the intensity of impact
2   psychologically like it has more recently.
3        Q    Okay.  And I think, again, we will
4   get to the more detailed background that you
5   took, but he indicated to you, for example,
6   that he had initially attributed all of
7   these problems to the weather?
8        A    Or just general health.  Maybe it
9   was the winter.  That's correct.
10       Q    Okay.  And he may have attributed
11  them to his prior health problems?
12       A    Attributed what?
13       Q    The symptoms that he purportedly
14  had while living in the trailer, he said to
15  you that he initially related them to his
16  prior health problems?
17       A    Well, no, I think more what I saw
18  was that he didn't have too much concern
19  about them.  He would go to the doctor and
20  take care of them.  But he thought that was
21  all being taken care of, and then now to
22  have this come up is what really triggered
23  and crystallized some obsessions about it
24  and some intense concerns, and he's now
25  worried, "What's been going on with me?"

```
 1    It's like "I thought it was one way.  Now
 2    I'm not so sure."
 3             Another way of saying that is in
 4    the past, his defenses have handled those
 5    things, and the more recent medical
 6    developments have overrode his defenses and
 7    they have been over -- They haven't been
 8    sufficient to contain all of this.
 9        Q    So the development of a neuroma
10    was the item that was the straw that broke
11    the camel's back?
12        A    Yeah, I guess it -- The bleeding
13    and the fact that he wasn't getting
14    completely well would be one factor, and
15    then this biopsy, this neuroma comes up, and
16    he couldn't understand, he couldn't explain
17    it away.  I don't know that it was one.  It
18    was probably two or three things that
19    culminated in his defenses aren't working as
20    well as they used to.
21        Q    Let's make sure we got them all
22    established.
23        A    Okay.
24        Q    Development of the neuroma?
25        A    Yes.
```

1          Q     The biopsy of the neuroma?

2          A     Right.

3          Q     Bleeding?

4          A     Correct.

5          Q     That's the bleeding that he

6     reports bringing up some blood-colored mucus

7     at some point in time when he wakes up in

8     the morning?

9          A     Correct.

10         Q     Okay.  Anything else?

11         A     No.  I think it's that he started

12    to look back and say, "Boy, there was a

13    level, a heightened level of problems that

14    never went away."  I think it's more kind of

15    a clarity of perception that has developed

16    with him.

17         Q     And let's talk about that.  The

18    bleeding did not begin contemporaneously

19    with Mr. Wright's moving into the trailer,

20    correct?

21         MR. AHLQUIST:

22              Foundation.

23         THE WITNESS:

24              I can't remember when the bleeding

25    started.  I think there was some -- I don't