1

```
 1                UNITED STATES DISTRICT COURT

                 EASTERN DISTRICT OF LOUISIANA

 2                    NEW ORLEANS DIVISION

 3

 4   IN RE:   FEMA TRAILER

     FORMALDEHYDE PRODUCT

 5   LIABILITY LITIGATION

 6                                    MDL NO. 1873

 7                                    SECTION "N-5"

 8                                    JUDGE ENGELHARDT

 9                                    MAG. JUDGE CHASEZ

10

11

12

13          ORAL AND VIDEOTAPED DEPOSITION OF

14          CHRISTOPHER T. DE ROSA M.S., Ph.D.

15                    July 6, 2009

16                     9:25 a.m.

17                   201 17th Street

18                     Suite 1700

19                   Atlanta, Georgia

20

21      Maureen S. Kreimer, RPR, CCR-B-1379

22

23

24

25
```

1        Q.    Correct.  And that's only with respect to
2   one form of cancer, which is nasopharyngeal cancer;
3   is that correct?
4        A.    That's primarily based on nasopharyngeal
5   cancers, but it also references leukemias as well.
6        Q.    With respect to leukemia, and I can quote
7   you the language, it does not declare leukemia as a
8   known human carcinogen, does it?
9        A.    Leukemia is a disease, not a carcinogen.
10       Q.    Excuse me.  Formaldehyde is not declared
11  in that 2004 press release as a known human
12  carcinogen causing leukemia; correct?
13       A.    The classification of known human
14  carcinogen is based primarily on nasopharyngeal
15  cancer; however, the weight of evidence is always
16  considered in those designations.
17             And in fact, I was as I recall, at the
18  consultation in Lyons when that was discussed, and it
19  was reclassified, if I'm not mistaken, I was at that
20  particular consultation.
21       Q.    With respect to the classification of
22  formaldehyde, insofar as nasopharyngeal cancer is
23  concerned, that IARC report is predicated primarily
24  on what paper, do you know?
25       A.    There were a number of studies,

1     occupational studies, that were conducted.

2          Q.    The NCI occupational study authored

3     primarily in 2003 by Hauptmann; correct?

4          A.    I believe that's correct, yes.

5          Q.    Have you read that paper?

6          A.    I believe I have.

7          Q.    Do you know the threshold where there was

8     an excess of the standard -- or for the standard

9     mortality ratio, an excess of deaths on which the

10    Hauptmann report concludes that it is a human

11    carcinogen?

12         A.    I believe there was a high exposure group

13    versus a low exposure group in the cohorts that were

14    studied.  I do not recall what the exposure ranges

15    were in that study.

16         Q.    Would it surprise you to know that that

17    exposure range was in excess of four parts per

18    million?

19         A.    No.  It's typically the case that because

20    of difficulty in identifying toxic effects in

21    chemicals, that high dose levels are used.  It's a

22    maximum tolerated dose.  It's a longstanding protocol

23    based on the National Toxicology Bioassay Program,

24    and also on the Bioassay Program of the Ramazzini

25    Institute in Italy that you scale back from the