UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | | MDL NO. 1873 |
|     FORMALDEHYDE * | | |
|     PRODUCTS LIABILITY * | | |
|     LITIGATION * | | SECTION: N(5) |
| * | | |
| This Document Relates to: *Lyndon T. Wright v.* * | | JUDGE: ENGELHARDT |
| *Forest River, Inc., et al*, Docket No. 09-2977 * | | |
| * | | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

**MAY IT PLEASE THE COURT:**

Defendant Forest River, Inc. ("Forest River") respectfully submits this Statement of Uncontested Material Facts in support of its Motion for Partial Summary Judgment relating to plaintiff's mental anguish claims:

1. The Forest River, Inc. travel trailer ("travel trailer") at issue in this lawsuit, bearing VIN 4X4TSMH296C008992, was manufactured in Rialto, California in November of 2005.

2. The travel trailer was sold to North American Catastrophe Services, Inc. and was eventually acquired by the Federal Emergency Management Agency ("FEMA").

3. FEMA provided the travel trailer to FEMA applicant Ms. Bobbie Wright, and the travel trailer was placed on Ms. Wright's property located at 2315 Seminole Lane, New Orleans, Louisiana.

4. Mr. Lyndon Wright resided in the travel trailer located at 2315 Seminole Lane.

5. Plaintiff's expert otolaryngologist, Dr. Richard Spector, examined Lyndon Wright and reached three conclusions: (1) Wright's tongue mass was a benign neuroma (2)

       the neuroma was not causally related to formaldehyde exposure and (3) he could not identify the source of Mr. Wright's current bloody sputum.

6. Dr. Spector also took a swab sample of Lyndon Wright's nasal epithelial tissue. That study revealed no evidence of malignancy or cellular damage of any kind, including but not limited to ciliated columnar epithelial cells.

7. No expert has opined that Lyndon Wright faces a specific increased risk of cancer due to his particular levels of alleged exposure to formaldehyde and/or mold in the trailer.

8. Plaintiff Lyndon Wright has never testified that he has a fear of cancer.

9. Plaintiff has never identified Forest River's actions as the cause of any alleged mental anguish.

10. Plaintiff lived with a smoker – his mother, Bobbie Wright – for the first sixteen years of his life. He currently dates a woman who smokes in his car.

       Respectfully submitted,

       /s/  Jason D. Bone
       Ernest P. Gieger, Jr. (No. 6154)
       Jason D. Bone (No. 28315)
       Carson W. Strickland (No. 31336)
       GIEGER, LABORDE & LAPEROUSE, L.L.C.
       One Shell Square
       701 Poydras Street, Suite 4800
       New Orleans, Louisiana 70139-4800
       Telephone: (504) 561-0400
       Facsimile: (504) 561-1011
       *ATTORNEYS FOR FOREST RIVER, INC.*

**C E R T I F I C A T E**

I hereby certify that on the 1st day of February, 2010, a copy of the foregoing *Statement of Uncontested Material Facts* was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

/s/ Jason D. Bone
JASON D. BONE