1

```
 1              UNITED STATES DISTRICT COURT

 2                 DISTRICT OF LOUISIANA

 3                  NEW ORLEANS DIVISION

 4   In Re:  FEMA Trailer    )

 5   Formaldehyde Products   ) MDL No. 1873

 6   Liability Litigation    )

 7

 8                                Washington, D.C.

 9                                Tuesday, July 7, 2009

10   Videotape Deposition of DAVID EDWARD GARRATT, called

11   for examination by counsel for Plaintiffs in the

12   above-entitled matter, the witness being duly sworn

13   by CHERYL A. LORD, a Notary Public in and for the

14   District of Columbia, taken at the offices of NELSON

15   MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16   Avenue N.W., Suite 900, Washington, D.C., at 9:07

17   a.m., and the proceedings being taken down by

18   Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22
```

1           What was your -- do you recall what your
2    first job title was?
3           A.   Just a program specialist.  I'm not sure I
4    had a title per se, other than the position that I
5    applied for.  It was in the federal planning branch,
6    I believe.
7           Q.   So once you began your tenure with FEMA,
8    you began as a program specialist, but eventually,
9    throughout the past 14 years worked in various
10   positions and through the reorganization of FEMA, and
11   that was in 2007?
12          A.   Couple of reorganizations.
13          Q.   To where you're now the acting deputy
14   director?
15          A.   Deputy administrator.  And again, this is
16   a temp gig.
17          Q.   What does that mean?
18          A.   It means that this is a Senate-confirmed
19   position, so there will be a Senate-confirmed
20   appointee coming in to replace me, and I'll be
21   reverting back to the deputy assistant administrator
22   of disaster assistance, career position that I

```
1        Q.    With that being said, I want to direct you

2   to page 2 of 6, and particularly section 3 of your

3   declaration.  And this is where you're talking about

4   temporary emergency housing assistance to disaster

5   victims.  And I want to direct you to the sentence

6   that begins -- the second sentence of 3.

7             It begins:  From September 2005 to May 1,

8   2009, FEMA has provided a significant number of

9   Hurricane Katrina and Rita disaster victims with at

10  no cost travel trailers, park model trailers, and

11  manufactured housing, also commonly referred to as

12  mobile homes, hereinafter collectively referred to as

13  emergency housing, or EHUs.

14            Did I read that statement correctly, that

15  sentence?

16       A.    Yes.

17       Q.    Mr. Garratt, I want to ask a question:

18  What is the purpose of this sentence in this

19  statement in your declaration?

20       A.    Other than to convey the information that

21  it conveys?

22            (Mr. Fried and Ms. Williams-Jones entered
```

1    problem was on March 16, 2006.  This issue has been

2    around a long time, and as I recall, surfaced in

3    previous disasters.  Has anyone researched this.

4            Now, did you know what Gil Jamieson was

5    referring to there?

6       A.   No.

7       Q.   Did you research it or have anyone else

8    research it?

9       A.   Yes.

10      Q.   And what was the result of the research?

11      A.   Inconclusive, anecdotal, no one was able

12   to provide any written documentation that there were

13   prior formaldehyde issues.

14      Q.   From prior disaster responses --

15      A.   Correct.

16      Q.   -- in particular.

17      A.   Gil was one individual who raised this

18   issue in this email.  I'm also aware and I don't

19   remember who the individual was, but somebody from

20   our logistics organization, had also suggested that

21   they had recalled dealing with formaldehyde problems

22   or a formaldehyde issue in a previous disaster, and I

1      Q.     From a formaldehyde standpoint.

2      A.     None whatsoever.

3      Q.     Can you talk a little bit about why FEMA

4    used travel trailers by the thousands both prior to

5    Hurricane Katrina and during the Hurricane Katrina

6    response?

7      A.     They were the preferred direct temporary

8    housing product because of their -- because of their

9    size, because we could move them in and set them up

10   quickly.  I think 80 percent of the units that we

11   provided in response to hurricanes Katrina and Rita

12   were on individuals' private property.  And typically

13   we put travel trailers on private property or often

14   because we can't fit anything else on their private

15   property.  They simply can't accommodate a mobile

16   home on their driveway.

17             So they were used because, number 1, they

18   filled a need that could not be met any other way.

19   2, they were inexpensive compared to a mobile home.

20   3, they allowed people to stay at their property and

21   rebuild their home as opposed to relocating them to a

22   community site that might be miles away and might be

```
 1    far more expensive to build.
 2             So a number of reasons I think contributed
 3    to the use of travel trailers and their popularity at
 4    least within a certain segment of the disaster
 5    population on those small properties and wanted to
 6    stay on their property and rebuild their home.
 7       Q.   Am I also correct that during the prior
 8    natural disaster events that we talked about prior to
 9    Hurricane Katrina, can we assume that there were
10    young children and elderly people and stay-at-home
11    moms living in those travel trailers as well?
12       A.   I think that's safe to assume.
13       Q.   And again you're not aware of any
14    formaldehyde claims by any of those people in those
15    prior disasters?
16       A.   I'm not personally aware of any.
17       Q.   When you were working with the CDC after
18    Hurricane Katrina, did you become aware of the
19    results of a study that they did in Hancock County,
20    Mississippi, of children's pre-Katrina and
21    post-Katrina doctor visits?
22       A.   Not by -- not by that reference.
```