1                  UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA

2

3    IN RE: FEMA TRAILER          *    MDL NO. 1873
            FORMALDEHYDE PRODUCTS  *
4           LIABILITY LITIGATION   *    SECTION "N"(5)
                                   *
5                                  *    JUDGE ENGELHARDT
     THIS DOCUMENT IS RELATED TO   *    MAGISTRATE CHASEZ
6                                  *
     Lyndon T. Wright, et al. v.   *
7    Forest River, Inc., et al.,   *
     No. 09-2977                   *
8                                  *
        * * * * * * * * * * * * * * *

9

10        INCLUDES PORTIONS SUBJECT TO PROTECTIVE ORDER

11

12        The 30(b)(6) videotaped deposition upon oral
13   examination of FOREST RIVER, INC., by Doug Gaeddert, a
14   witness produced and sworn before me, Patrice E.
15   Morrison, RMR, CRR, Notary Public in and for the
16   County of Marion, State of Indiana, taken on behalf of
17   the Plaintiffs at The Marriott, 123 St. Joseph Street,
18   South Bend, Indiana, on November 5, 2009, at
19   9:03 a.m., pursuant to the Federal Rules of Civil
20   Procedure.

21

22            STEWART RICHARDSON & ASSOCIATES
                Registered Professional Reporters
23                   One Indiana Square
                        Suite 2425
24               Indianapolis, IN  46204
                     (317)237-3773

25

1          We have some more documents, and I want to
2      make sure that I don't get these confused, but
3      would you look at these, please, and see if you can
4      identify these.
5          THE VIDEOGRAPHER:  Please stand by.  We're
6      going off our video record at 9:22:27 for a brief
7      recess.
8          (A brief recess was taken.)
9          THE VIDEOGRAPHER:  We are now back on our
10     video record at 9:29:13.
11   Q  Okay.  We took a break to try to sort through some
12     documents that were produced in the document
13     production.  And just for purposes of
14     clarification, we have a document with Bates stamps
15     3273 and 3274.  Can you identify that for us?
16   A  That was the basic specification that we
17     distributed to those plants producing these 5000
18     units for NACS.  This would have been an attachment
19     for the production line to work with in addition to
20     the sales order and build copy.
21   Q  Okay.  I think we're on Exhibit 4, so let's mark
22     that as 4.
23         (Exhibit 4 was marked for identification.)
24   Q  Now, it's my understanding that 5000 Forest River
25     Salem model travel trailers were sold to NACS

1       pursuant to the FEMA spec for transportation down

2       to the Gulf Coast for Hurricanes Katrina and Rita.

3       Is that correct?

4    A  There were 5000.  They weren't all Salems.

5       Different plants would have used a different

6       designation, possibly because of the VIN number,

7       vehicle identification number, that was required.

8       So you might have had a Salem 32BHLE, a Wildwood

9       32BHLE, possibly a Cherokee 32BHLE.  Same floor

10      plan, different facilities, and the VIN number --

11      the certificate of origin on one, as you looked at

12      yesterday, said Salem.

13   Q  Right.

14   A  Whereas the generic handwritten had a W on it, and

15      it was actually a Salem on the C of O.  So VIN

16      numbers would have made that more diverse.

17   Q  But they were all 32BHLEs.

18   A  Correct.

19   Q  And they all had the same NACS FEMA spec.

20   A  Correct.

21   Q  So they were all travel trailers.

22   A  Correct.

23   Q  There were no fifth wheels.

24   A  Not in those 5000 units.

25   Q  No park models.

1    separately, and at that time, you couldn't confirm

2    that because you had not gotten the VINs from the

3    government.

4         Has anything changed about that?  Have you

5    been able to confirm or dispute those figures?

6  A  No.  I still feel those are pretty -- pretty

7    accurate numbers, as close as you can get.

8  Q  Okay.

9  A  And then, for example -- well, yeah.  That's best

10    guess and don't feel it's really changed.

11  Q  Okay.  And we talked about, also, a little bit, the

12    previous production supplied through NACS for the

13    hurricanes of 2004 in Florida, and I believe you

14    told me there were some 800 units produced.  Is

15    that correct?

16  A  There were -- Florida would have been similar to

17    2005.  There would have been 800 produced to the

18    same basic specification as were built in 2005, the

19    5000.

20         There were also some additional units that

21    were procured by FEMA that were off dealer lots,

22    etc., etc., so don't know what that breakdown was,

23    but there would have been a mixture of both, and

24    our focus was those 800 that were the same as they

25    were in 2005.

1   Q  Okay.  There was, in getting back to the production

2      for the 5000 units in 2005, it's my understanding

3      from some production of documents that a

4      supplemental bid on an additional thousand

5      temporary housing units was submitted to NACS after

6      the 5000.  Do you know whatever happened with that

7      thousand temporary unit bid?  Was that ever --

8         MR. MILLER:  I'm going to object.  Assumes

9      facts not in evidence.

10  Q  I'll show you the documents.  I'll show you a

11     document that we'll mark, I think we're at 12, from

12     Elton Keifer to Brent Cripe/Building

13     Products/Euramax.  We all know who Elton Keifer is.

14     He testified.

15        There is a sentence in there, "We just

16     submitted a bid yesterday on another 1000 temporary

17     living units for the hurricane stricken areas."

18        Do you know what he's talking about there?

19  A  We had a couple of different bid opportunities, you

20     know, in there that we took a look at.  I don't

21     recall -- on this particular one he's referencing

22     here, there's no bid number or anything, so I don't

23     recall specifics on this.

24        I'm guessing, slightly, educated guess, that

25     this might have been on -- they had some ADA units

```
 1      talked about are all the numbers you know of, as

 2      far as units sold for this.

 3   A  Yes.

 4          MR. GIEGER:  Frank, are you marking this

 5      document as part of this?

 6          MR. D'AMICO:  Yes, we're going to mark that as

 7      Exhibit 13.

 8          (Exhibit 13 was marked for identification.)

 9          MR. D'AMICO:  Time to take a break?

10          THE VIDEOGRAPHER:  Please stand by.  We're now

11      going off the video record at 10:57:29.

12          (A recess was taken.)

13          THE VIDEOGRAPHER:  We are now back on our

14      video record at the time of 11:53:14 commencing

15      with Tape 3.

16   Q  Okay, back on the record.  It's my understanding

17      that specifications were given to Forest River to a

18      FEMA spec and they were provided to you by NACS.

19      Is that correct?

20   A  That's correct.

21   Q  And from the review of the documents that we had,

22      there was some additions that Forest River had to

23      add to the FEMA spec to comply with the RVIA and

24      other industry standards.

25   A  Well, they spelled out industry standards on the
```

```
 1        FEMA specs.  We really didn't have to modify.  The
 2        sheet we looked at was our internal spec, and
 3        probably taken from 2004 and then modified with a
 4        carbon -- let's say a carbon monoxide detector; the
 5        carbon monoxide detector was part of it.
 6   Q    And the things that we talked about on that
 7        handwritten note section.
 8   A    Yeah.  I mean, there were -- I'd like to see what
 9        you're...
10   Q    I think it's this one.  Exhibit 5.  There was a
11        notation about the axles 3500 straight BTM, those
12        types of things.
13   A    Yeah.  Those weren't changes.  Those weren't
14        changes in the specs.  Those were just internal
15        notes for us.  So they weren't changes to the
16        specifications; they were just internal notes to
17        become a little more specific.
18   Q    Okay.
19   A    Like on those stab jacks to move forward to avoid
20        transit damages.  I mean, there were no spec
21        changes.
22   Q    And these weren't -- I guess my question was
23        inartful.  The FEMA spec was what it was.  You had
24        to make internal changes to comply with RVIA or
25        other things that you deemed necessary.
```

```
 1       FEMA; it was in somebody's memo from NACS, I
 2       believe.
 3            So we built a prototype --
 4    Q  (Hands document)
 5    A  Should I look at this prior to continuing?
 6    Q  Well, I think it talks about that, but go ahead and
 7       tell me what you were going to tell me, and then we
 8       can ask you about this.
 9    A  So that spec that was dated, like I say, if I
10       remember right, May 31st, we built a prototype
11       based on that specification.  Then sometime in the
12       middle of the summer, Dave Porter came and
13       conducted that article of first inspection, I
14       believe is the technical term, on that specific
15       unit.
16            There were two items that Forest River felt
17       there would be -- not felt -- had done homework and
18       knew there would be a significant supply issue with
19       if there actually was a disaster that required high
20       volume of units.
21            Those were, A, they had an aluminum roof, a
22       one-piece aluminum roof, if I remember -- seamless
23       aluminum roof, if I remember language, spec'd in;
24       and B, they had a four-burner cooktop on an oven
25       spec'd in.
```

1              And industry standards at that time had moved

2         to primarily an EPDM rubber roof, as far as a

3         roofing material; and number two, customers had

4         driven the market towards a three-burner cooktop

5         which, of which one of the burners was a much

6         higher output burner, cooked faster for -- and very

7         seldom did people have four things cooking at one

8         time.

9              So we made, during that inspection, an

10        exceptance.  We made Dave Porter aware, although we

11        built that particular unit with a four-burner

12        cooktop, the oven, the seamless aluminum roof, but

13        Elton had done supply chain research, and I think,

14        if I remember right, maybe there was enough

15        material to build a hundred units with a seamless

16        aluminum roof between then and January of the

17        following year; and on the four-burner range, that

18        supply would have been exhausted within, again, a

19        very small number of units.

20             So through NACS, we recommended to them then

21        to request -- or to make FEMA aware that if they

22        had a disaster and those were the specs they had to

23        be built to, they wouldn't be able to have anybody

24        comply for any length of time and get any volume to

25        an area that needed assistance.

1          Those specs then came back, and I think they

2     were dated -- those probably aren't in here.  Here

3     you've got -- yeah, okay, here you got -- it's

4     May 28.

5  Q  May 28, yes.

6  A  Specs were reissued then before they went to bid in

7     July or August, but there was a revision --

8  Q  August.

9  A  -- that incorporated in industry standard on roof.

10    And then I think it, on the cooktop, said three- or

11    four-burner, prefer four-burner, some language to

12    that effect.

13         So those were the primary differences from the

14    May proposed to, I guess, what they ended up with,

15    and I believe those same specifications carried

16    right in --

17         In fact, I remember looking at the 2005 bid

18    specs and they had the 2004 date on the top of the

19    fax we got, so they would have been faxing the same

20    specifications.

21  Q  Do you know who came up with this FEMA model

22    specification?

23  A  I do not know.

24  Q  Did anyone at Forest River have anything to do with

25    the design, the specifications that were first

```
 1        a tornado or a hurricane, etc., etc.  And

 2        coincidentally, within about a couple weeks, if I

 3        remember right, the hurricane slammed Florida,

 4        so...  I believe that's how it occurred.

 5   Q  And from my understanding of your prior testimony,

 6        the '04 hurricanes was Forest River's first

 7        experience with providing a large number of travel

 8        trailers to hurricane victims?

 9   A  No.  It was the first -- this specification that

10        FEMA had come out with, this would have been the

11        first of this specification.  There had been other

12        relief units built over the years; I'm not sure how

13        far back that goes, but obviously these weren't the

14        only hurricanes or floods or tornadoes.

15             In fact, with NACS, I do remember flooding, I

16        believe it was -- there were a couple of different

17        things even sandwiched in between, possibly, that

18        we built 50 units here for, 30 units there for,

19        again, Schedule GSA vendor.

20   Q  Do you know of any other large scale disaster

21        relief efforts that Forest River participated in

22        prior to the '04 hurricanes in Florida.

23   A  I believe we built product that would have gone to

24        Texas at some point in the early 2000s.  And

25        obviously one of the things that happens each time
```

```
 1        is that there are a lot of -- if there is a

 2        disaster, whether it's flooding, hurricane, what

 3        have you, folks have insurance end up with living

 4        expense checks and buy, in some cases, travel

 5        trailers or fifth wheels while their house is

 6        being -- etc., etc.

 7             So over the years, it's hard to pinpoint how

 8        many, what types, but I'm sure, every disaster,

 9        there have probably been Forest River products

10        bought, built.

11   Q    Would those have been purchased through dealers, or

12        would they have been contracted through a

13        procurement agent such as NACS then to Forest

14        River?

15   A    There would be a combination of both.

16   Q    Combination of both, okay.

17   A    Yeah.

18   Q    You've already indicated that there were never any

19        discussions about the length of time that any of

20        these residents would have been residing in any of

21        these spec'd out trailers.  If you had known, for

22        instance, that it was anticipated that occupancy

23        could be for 18 months or longer, would Forest

24        River have recommended an alternative design?

25             MR. GIEGER:  Object to the question.  Calls
```

1        for speculation.  If he can, he can answer.

2     A  You know, that's a hard one to answer.  It's

3        probably easier, if we were working directly with,

4        we might have recommended, for example, on

5        mattresses, instead of, quote, industry standard

6        that they would have spec'd in, maybe they would

7        have gotten a bedding supplier involved to

8        recommend a coil type, etc., etc.

9            I think those type items, I think, whether we

10       would have recommended it or said hey to NACS,

11       make -- are you sure, but...

12    Q  The soft good items.  You may have recommended

13       changes in the soft good items.

14    A  Yeah.  Those are the things that come to mind with

15       a quick question like that, sure.

16           MR. D'AMICO:  We need to mark this as an

17       exhibit.

18           MR. GIEGER:  Why don't you mark it as a

19       different number because we're going to mark it

20       under seal.  Okay?  Why don't you just call it PO1.

21           MR. D'AMICO:  We'll call this Protective Order

22       1.

23           (Protective Order Exhibit 1 was marked for

24       identification.)

25    Q  And I have another document that I think I already

```
 1    Q  In the course of this litigation, you learned that.

 2    A  Yes.

 3    Q  So even though all of your FEMA run product was

 4       being installed on piers, there was no systemic

 5       complaint about leaks.

 6    A  Not that I'm aware of.

 7          MR. D'AMICO:  Object to the form.

 8    Q  Was there any systemic complaint about condensation

 9       in any of the units, the FEMA run units?

10    A  Not that I'm aware of.

11    Q  You mentioned that Forest River had supplied travel

12       trailers to the government, perhaps it was also

13       through NACS, for prior disasters; right?

14    A  Correct.

15    Q  Do you know whether in those prior disasters, the

16       trailers were being installed on concrete piers or

17       not?

18    A  I have no idea.

19    Q  You mentioned that, in 2004, Mr. Porter came to do

20       an inspection of a prototype of what would become

21       the FEMA run unit; right?

22    A  Correct.

23    Q  What did his inspection entail?

24    A  A walk-through part of the plant, part of the

25       facility, Plant No. 27, with plant manager that was
```

1    involved in this -- we brought his name up a time

2    or two -- Jamie Albrecht, myself, Elton Keifer,

3    Eric Sharp, who is also a plant manager for a

4    couple of other facilities.

5        Review of this particular prototype, specific

6    prototype that we built to the FEMA specifications,

7    including the aluminum roof and the oven like we

8    talked about, the four-burner cooktop.

9        Open book for any documentation, any materials

10    he wanted to see.

11        We did take him up on a scaffolding -- it

12    wasn't actually a scaffolding; a mezzanine would be

13    the correct word, to show him the difference from a

14    distance between the one-piece seamless aluminum

15    roof, which we had one of in the building, and the

16    EPDM rubber roof so he could see, you know, what we

17    were saying was going to be a supply issue if it

18    actually came to that.

19        And just prior to lunch is when we completed

20    that inspection of that unit and the walk-through

21    in the plant and the short Q and A's that we had.

22        At that time, we were getting ready to go to

23    lunch, and I think I might have -- I don't know if

24    I said it in that last deposition, but one of the

25    things that impressed me about Dave Porter is we

```
 1        were going to go to lunch, and we said, "Hey, do
 2        you want to pop along?  We're going to go grab,"
 3        you know, "a burger or something or some chicken
 4        wings or something."
 5             And he said, "No, I don't do that.  I'd love
 6        to, but I don't do anything that could ever," you
 7        know, "be suspect as far as impropriety."
 8             And the guy was a very straight shooter.  I
 9        know he struck me unique as just a great guy.  I
10        was glad he was at my government.
11    Q   And I'm sure Mr. Miller is making a careful note of
12        that.
13             So he spent about three hours at Forest
14        River's facility inspecting the prototype in your
15        plant?
16    A   Yeah.  I don't remember the exact, but it would
17        have been -- it would have been in the morning, and
18        it would have ended prior to lunch, so...  The
19        plant managers typically go about 11:30, so right
20        around 11:30 we would have been done.  So whether
21        he got there at 8:00 or 9:00, I don't recall
22        exactly, but it would have -- ballpark it pretty
23        close.
24    Q   Okay.  Did the prototype have a Lippert-supplied
25        frame?
```

```
1    Q  At any point in time, for those units, did Forest
2       River have any interaction at all with FEMA?
3    A  No, sir.
4    Q  Did Forest River have any interaction with any
5       government agency relating to the production of
6       those 5000 units?
7    A  No, sir.
8    Q  Now, it's also my understanding that 638 of the
9       5000 units were manufactured by the Forest River
10      facility in Rialto, California.  Is that correct?
11   A  I think that's an accurate number.
12   Q  And you are aware that one of those 638 units is
13      the unit that's at issue in the Lyndon Wright case.
14      Is that correct?
15   A  Correct.
16   Q  And as to these 638 units, they were all built to
17      the same specifications.  Is that correct?
18   A  That's correct.
19   Q  And there is a phrase that I've heard bandied
20      about, or an acronym for that, and I think it's
21      generally T32BHLE as the model number.  Is that
22      right?
23   A  That's correct.
24   Q  And what does that refer to?
25   A  Basically a trailer approximately 32 feet in length
```

```
 1      It's an easy one given that everybody's --

 2   Q  Now, would you agree that the FEMA specifications

 3      call for some upgrades?

 4   A  Yes.

 5   Q  And those upgrades were residential refrigerator, a

 6      commode, or a toilet, a larger fire extinguisher, a

 7      larger water heater, an over-the-range microwave,

 8      and a 15,000 BTU ducted air conditioner.  Is that

 9      right?

10   A  Yes.  In fact, the toilet was a porcelain commode,

11      more of a house type.

12   Q  And in addition, FEMA also requested that you don't

13      put in holding tanks or fresh water demand systems.

14      Is that right?

15   A  Yes.

16   Q  And so those were not included in the 5000 units

17      that were produced to NACS.

18   A  Correct.

19   Q  Other than these upgrades and the omission of a

20      holding tank and the fresh water demand system, was

21      there any difference in the type of materials that

22      were used to construct the FEMA trailers as opposed

23      to trailers that you would have manufactured and

24      sold to your dealers for retail customers?

25   A  No, sir.
```

```
 1   Q  So in every other sense, these units that were sold
 2      to FEMA were identical to units that were sold to
 3      private parties on the open market.  Is that right?
 4         MR. D'AMICO:  Object to the form.  Misstates
 5      prior testimony.
 6   A  Yes, sir.  There is one difference yet that we
 7      didn't mention, and that's that the 5000 units had
 8      no exterior graphics, or decals, as they're
 9      sometimes called, on them, so they were white, and
10      that would have been another difference.
11   Q  But the materials that went into building these
12      units --
13   A  Construction materials, all the same.
14   Q  Now, it's my understanding that, for the most part,
15      the specifications that FEMA issued was that these
16      be built to industry standards, better or equal.
17      Is that right?
18   A  That's correct.  They spelled out some specific
19      items, and then qualified that with the remaining
20      balance industry standard or better.
21   Q  So under the specifications, as you understood it
22      that NACS was requesting you to build these units
23      to, you were, at a minimum, required, other than
24      certain of these options, required to build it to
25      industry standards, and in your option, you could
```

```
1        the independent third-party testing agency and, I

2        guess, common sense, was that it was an outside

3        factor, an outside chemical somehow being

4        introduced, which -- anyhow, that's how the issue

5        was resolved.  It was resolved, and that's the only

6        one we had, and it was an odor-related issue.

7             MR. MILLER:  Counsel, can you pull out from

8        yesterday's deposition the exhibit that was the

9        warning that's posted in certain of the trailers.

10   Q   Sir, I'm handing you a document which is marked

11       Exhibit No. 7 from Mr. Burian's deposition.  Do you

12       recognize that?

13   A   Yes, from yesterday.

14   Q   Had you seen that before yesterday?

15   A   This particular label I had not.

16   Q   You had not.  Were you aware prior to yesterday

17       that all travel trailers constructed at the Rialto

18       plant had such a label posted up in the galley?

19   A   I was not aware that they were posted on every

20       trailer in the galley prior to yesterday.

21   Q   You can put that document aside then.

22             Are you familiar with the owner's manual that

23       was used in 2005 for Forest River travel trailers?

24   A   Yes.

25   Q   And do you have in front of you a document that is
```

1       titled "Forest River Recreational Vehicle Owner's

2       Manual," and it's assigned identification numbers

3       Forest 0002399 --

4    A  Yes.

5    Q  -- through 2483?

6    A  Yes.

7    Q  Is that a true and accurate copy of the 2005 Forest

8       River Recreational Vehicle Owner's Manual?

9    A  It looks like it, yes.

10   Q  And would this manual have accompanied all 5000 of

11      the units that were manufactured by Forest River

12      and sold to NACS for the Gulf Coast emergency

13      response?

14   A  All 5000 units going to NACS would have this

15      included in their packet, sure.

16   Q  Explain to the jury how you would have provided

17      this to NACS.

18   A  The owner's manual would have been included, and

19      specific to the unit in California, would have been

20      included in a packet containing the keys to the

21      unit, the certificate of origin, the bill of

22      lading, the original invoice, all the paperwork

23      necessary for it to be received on the other end by

24      NACS, and, in fact, the C of O, the keys, etc.,

25      required in order for NACS to get paid by the

```
 1        production line.
 2    Q   And how long was he at the facility looking at this
 3        unit?
 4    A   Mr. Porter was there in the morning, and I know he
 5        left prior to 11:30, as 11:30 is when our plant
 6        managers typically decide they're going to go to
 7        lunch, and he was invited to go along.  So I know
 8        we were done at that time, and he declined to go
 9        along because he wanted to make sure that
10        everything was on the up and up with his visit to
11        our facility, the inspection approval of that
12        particular unit.
13            And I know I told you last time, to me, it was
14        very impressive because he was a very straight
15        arrow and kind of renewed my confidence in some of
16        the stories that were going on about the government
17        at the time, although those have gone up further
18        since being associated with watching you do your
19        job as well.
20    Q   As to Mr. Porter, sir, did Forest River make any
21        suggestions to Mr. Porter at that time, during
22        conversations or in writing or anything, suggesting
23        that perhaps FEMA may want to modify or alter the
24        specifications of the units that you had built for
25        him to examine or look at?
```

1    A   We had two specific items.  Even though we built

2        this prototype per the specification that NACS had

3        provided us with, that FEMA had provided them with,

4        there were two items in those specifications that

5        Elton Keifer -- who, as you met, is our procurement

6        guy for the half dozen plants that we run.

7            We knew there would be a problem with the

8        seamless aluminum roof which was spec'd into that

9        original, I think it was dated May 28 procurement

10       specification; and the second item that was also

11       similar was a four-burner -- let's see, the range;

12       they had spec'd in an auto electric ignition

13       cooking range having four burners.

14           And in the case of the roofing material, it

15       had been replaced a number of years ago by

16       primarily an EPDM rubber roofing material.  When

17       Elton had checked the overall supply chain on the

18       seamless aluminum, there might have been enough

19       material to build a hundred units in a 90-, 120-day

20       period; and on the four-burner cooktop, not quite

21       as drastic, but a very limited supply of that

22       particular product was being produced because

23       consumer -- consumer preference had driven the

24       market towards a three-burner cooktop, one of which

25       was a high burner output, a high output burner.

```
1              And so we did physically recommend to

2         Mr. Porter that they evaluate those as if there was

3         a disaster that required any quantity beyond a

4         small number of units, they were going to have to

5         change that spec or not be able to help folks out.

6    Q    On this document, Exhibit No. 17, it had the specs,

7         the specs for the prototype unit that you've been

8         talking about are set forth on Forest 0003523

9         through 3526 -- 3525.  Is that right?

10   A    Well, this was the FEMA -- this was the FEMA spec

11        we had gotten from NACS, yeah.

12   Q    And this is what you built the prototype to.

13   A    This is what we built the prototype to.

14   Q    And if you look at what is on page 204 of the

15        specs, which is Forest 0003524 of Exhibit 17, it

16        has Appliances.  Do you see that?

17   A    Yes, sir.

18   Q    And then it says Range.  Do you see that?

19   A    Yes, sir.

20   Q    And for Range, it says "A auto electric ignition

21        cooking range having four burners, thermostatically

22        controlled oven, and a lighted, power-vented range

23        hood."

24             That was the stovetop that you recommended to

25        Mr. Porter that perhaps they would maybe want to
```