1

1        UNITED STATES DISTRICT COURT

2          DISTRICT OF LOUISIANA

3          NEW ORLEANS DIVISION

4    In Re:  FEMA Trailer    )

5    Formaldehyde Products   ) MDL No. 1873

6    Liability Litigation    )

7

8                         Washington, D.C.

9                         Wednesday, July 8, 2009

10   Videotape Deposition of DAVID LAWRENCE PORTER, called

11   for examination by counsel for Plaintiffs in the

12   above-entitled matter, the witness being duly sworn

13   by CHERYL A. LORD, a Notary Public in and for the

14   District of Columbia, taken at the offices of NELSON

15   MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16   Avenue N.W., Suite 900, Washington, D.C., at

17   9:17 a.m., and the proceedings being taken down by

18   Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22

15

1     A.    From I think February '93 till June I
2     guess 2007.
3     Q.    And what different job positions and
4     titles did you have at FEMA starting with the first
5     in February '93 and then ending with the last in June
6     of '07?
7     A.    I think I was at the storage center, the
8     Blue Grass Storage Center in Richmond, Kentucky, and
9     there I basically helped out with the housing as the
10    units were coming in, and I was also responding to
11    disasters.  I think it was emergency management
12    specialist.  I think that was the title.
13          Then when I moved to D.C., I guess that
14    was 12 years ago, so I guess that was '97.  I guess
15    that was '97, July '97, I think.  And basically, my
16    job changed.  I still responded to disasters to help
17    out with housing.  I helped coordinate specs and
18    regulations and things like that.
19    Q.    And you carried out that job activity from
20    '97 until June of 2007?
21    A.    Then I moved to the -- what was called --
22    later called the IA/TAC.  That was right after

1    Katrina, I guess that was set up.  And I'm not sure

2    of the date that I actually started working there.  I

3    forgot what -- what the actual date was.

4         Q.   All right.  But --

5         A.   IA/TAC, I was the national unit chief.

6         Q.   And you're saying, IA/TAC?

7         A.   Yeah, individual assistance, technical

8    assistance contract.

9         Q.   And you had that position, you say, from

10   the time of Katrina until --

11        A.   Right after -- after Katrina, I think

12   that's when that was set up, and then till I left.

13        Q.   Let me go back to the period from '93 to

14   '97 before you moved to D.C.

15        A.   Okay.

16        Q.   You said you were an emergency management

17   specialist at another location?

18        A.   Yes.

19        Q.   And that you worked in the area of

20   providing housing assistance to -- to disaster

21   victims?

22        A.   Right.