```
                                                              1


 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:  FEMA TRAILER        MDL NO. 1873
 4    FORMALDEHYDE PRODUCTS       SECTION "N"(5)
 5    LIABILITY LITIGATION        JUDGE ENGELHARDT
 6
      This document relates to:  Lyndon T. Wright
 7           v. Forest River, Inc., et al
                  Docket No. 09-2977
 8                   *   *   *
 9
10         Videotaped Federal Rule 30(b)(6)
11    Deposition of SHAW ENVIRONMENTAL, INC.,
12    through its designated representative,
13    GEOFFREY C. COMPEAU, Ph.D., 4171 Essen Lane,
14    Baton Rouge, Louisiana 70810, taken at the
15    offices of Baker Donelson, Bearman, Caldwell
16    & Berkowitz, PC, 201 St. Charles Avenue,
17    Suite 3600, New Orleans, Louisiana 70170, on
18    Thursday, the 7th day of January, 2010.
19
20    REPORTED BY:
21         JAMES T. BRADLE, CCR
           PROFESSIONAL SHORTHAND REPORTERS
22         (504)529-5255
23    VIDEOGRAPHER:
24         BRIAN SOILEAU
           PROFESSIONAL SHORTHAND REPORTERS
25         (504)529-5255
```

1      A    Yes.

2      Q    Do you know what yard or what

3   staging area FEMA received the units from

4   before they were transferred to Shaw's

5   control?

6      A    Well, they received them into the

7   Baton Rouge yard and we were co-located with

8   FEMA in the Baton Rouge yard, and basically

9   did the inspection of the trailers side by

10  side.

11     Q    Would FEMA's representatives

12  perform an initial inspection?

13     A    Yes, they should.

14     Q    And that would precede the

15  inspection performed by Shaw?

16     A    Whether it would precede -- I

17  would have to refresh on whether it was

18  concurrent or whether one was before the

19  other.

20     Q    Do you know what FEMA's inspection

21  consisted of as it related to incoming

22  travel trailers?

23     A    I believe there's a document in

24  Exhibit 10 that identifies that.

25     Q    Would you direct me to that,

```
 1    please, sir.
 2         A    Yes, here we are.  Shaw
 3    Exhibit 10, Shaw-WRI00008.
 4         Q    And I'm looking at 00008.  Could
 5    you identify what this document reflects?
 6         A    There is a Unit Inspection Report
 7    for the bar code and for the serial number
 8    that is subject to this discussion.
 9         Q    And in relation to the documents
10    in Shaw's possession relating to inspections
11    of the Lyndon Wright unit, is this the
12    earliest inspection that we have of the
13    Lyndon Wright unit?
14         A    I believe it is, yes.
15         Q    And what does it reflect as it
16    relates to any damage to that particular
17    unit?
18         A    It relates basically that all
19    systems are new and an inspection of the
20    exterior reflects that it's all okay.
21         Q    Do you see who signed that
22    particular document?
23         A    A person by the name of Lonnie
24    Parfait.
25         Q    Are you familiar with who
```