**U.S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**TEMPORARY HOUSING UNIT INSPECTION REPORT**

| 1. Temporary Housing Unit No. | 2. Serial No./No. |
|---|---|
| BC-127 7021 | 4X4TS P1 # 296 / C00 8992 |

**5. APPLIANCES**

| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | DOMETIC | N/A | N/A |
| Range | MAGIC CHEF | | |
| Microwave | DOMETIC | | |
| Refrigerat | GE | | |
| A/C | DOMETIC | | |
| Water Heater | DOMETIC | | |

**6. UNIT INFO.**
a. Manufacturer: FOREST RIVER
b. Year: 2006
c. Size (FT. Inc towing hitch): 33
d. Number of Bedrooms: 2 BUN BEDS

**3. TYPE OF INSPECTION**
Transport  Dispatch  Receipt
Storage
Staging
Site
RFO
Move In
Move Out

**4. TYPE OF FACILITY**
Other
Mobile Home
Travel Trailer (X)

Handicap: Yes  No (X)

**7. INSPECTIONS**
Disaster  Storage

**8. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR**
N = New  G = Good  P = Poor  D = Damaged  M = Missing

| FURNISHINGS Kitchen & Dining | Sto | DIS | RE Condition | FURNISHINGS First Bedroom | Sto | DIS | RE Condition | FURNISHINGS Bathroom | Sto | DIS | RE Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dinette Table | | | | Double Bed, Complete | | | N | Commode | | | N |
| Dinette Chairs (8 to 3 BR) | | | | Mirror | | | | Tub/Shower | | | N |
| Range | | | N | Cabinet Storage | | | N | Lavatory | | | N |
| Range Hood & Vent Fan | | | N | Curtains & Rods | | | N | Cosmetic Cabinet | | | N |
| Refrigerator | | | N | Light Fixtures | | | N | Mirror | | | N |
| Curtains & Rods | | | N | Second Bedroom BUNKBED | | | | Curtains & Rods | | | N |
| Cabinets | | | N | Double Bed, Complete | | | | Light Fixtures | | | |
| Sink | | | N | Mirror | | | | **Exterior Condition** | | | |
| Light Fixtures | | | N | Cabinet Storage | | | N | Water Heater | | | N |
| Fire Extinguisher | | | N | Curtains & Rods | | | N | Doors | | | N |
| A/C  Living Room | | | N | Light Fixtures | | | | 2 Keys Per Door | | | N |
| Couch | | | | Third Bedroom | | | | Windows | | | N |
| Arm Chair | | | | Double Bed, Complete | | | | Screens | | | N |
| End Table | | | | Mirror | | | | Front Panels | | | N |
| Coffee Table | | | | Cabinet Storage | | | | Left Side Panels | | | N |
| Curtains & Rods | | | | Curtains & Rods | | | | Rear Panels | | | N |
| Light Fixtures | | | | Light Fixtures | | | | Right Side Panels SCRATCH/DENT | | | N |
| Hall | | | | **Interior Condition** | | | | Roof Vents | | | |
| Furnace | | | | Floor Covering | | | N | Towing Hitch | | | P |
| Smoke Detectors | | | | Wall Panels | | | N | Jacks & Springs | | | P |
| Light Fixtures | | | | Ceiling Panels | | | N | Wheels & Tires | | | |

**9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAM BELOW:**

GOOD — RIGHT SIDE
12" SCRATCH +DENT — LEFT SIDE
Good — FRONT
Good — REAR

NOTE: Tail light harness furnished by:  Towing Contractor

**10. COMMENTS (if more space is needed, continue on reverse)**
IPR

INSPECTOR SIGNATURE: MB Wellington    DATE: 2-12-06

**11. READY FOR OCCUPANCY** Y
**CONTRACT W. O. No.** 1613-0002-02 591
ADDRESS: 2815 SEMINOLE LN  New Orleans, LA. 70105
THA No. 9211 474166

**12. OCCUPANT NAME:** BOBBIE R WRIGHT

**13. REPRESENTATIVES ACKNOWLEDGING CONDITIONS DESCRIBED ABOVE:**

| NAME (Contractor) | SIGNATURE AND DATE (Contractor) | SIGNATURE AND DATE (FEMA Rep.) |
|---|---|---|
| Dispatch To/From Storage | | |
| Receipt To/From Storage | | |
| Dispatch To/From Site | | |
| Occupant SIGNATURE (Move In & Move Out): Bobbie R Wright | DATE: 2-13-06 | FEMA REP. SIGNATURE: MB Wellington   DATE 2-13-06 |

FEMA Form 90-13, JULY 04

SHAW-WRI 00007

**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**UNIT INSPECTION REPORT**
1120-083

BARCODE NO. 1277021
ARRIVAL TIME 10:25 pm

1. MH SERIAL NO. / TT VIN NO. 4X4TSMH296C008992
DATE 1-19-05
ORIGIN

**2. TYPE OF INSPECTION**

| | Dispatch | Receipt |
|---|---|---|
| Vendor | ☐ | ☐ |
| Staging | ☐ | ☑ |
| Site | ☐ | ☐ |
| RFO | ☐ | ☐ |
| Move In | ☐ | ☐ |
| Move Out | ☐ | ☐ |

**3. TYPE OF UNIT** Check as many as apply
☐ Mobile Home
☑ Travel Trailer
☐ Park Model
☐ FEMA Owned
☐ FEMA Leased
☐ Slide Out
☐ ADA Compliant
☐ ADA Compatible

**4. APPLIANCES**

| Type | Manufacturer | Model |
|---|---|---|
| Furnace | | |
| Water Heater | | |
| Washer/Dryer | | |
| Range | | |
| Refrigerator | | |
| Microwave | | |
| TV/DVD | | |
| Stereo | | |

**5. UNIT INFORMATION**
a. Manufacturer: Forest River
b. Vendor:
c. Model:
d. Year: 2006
e. Size: 30'
f. Sleeping Capacity: 2-4

**6. INSPECTING** ☐ Staging Area ☐ Site

**7. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR** N = New  G = Good  P = Poor  D = Damaged  M = Missing

| FURNISHINGS Kitchen & Dining | DIS | REC | FURNISHINGS | DIS | REC | FURNISHINGS Bathroom | DIS | REC |
|---|---|---|---|---|---|---|---|---|
| Dinette Table | | N | Double Bed, Complete | | N | Sink | | N |
| Dinette Chairs (5 for 3 BR) | | | Mirror | | | Tub/Shower | | |
| Range | | | Cabinet Storage | | | Toilet | | |
| Range Hood & Vent Fan | | | Curtains & Rods | | | Medicine Cabinet | | |
| Refrigerator | | | Light Fixture | | | Mirror | | |
| Curtains & Rods | | | Second Bedroom | | | Curtains & Rods | | |
| Cabinets | | | Double Bed, Complete | | | Light Fixture | | |
| Sink | | yes | Mirror | | | Exterior Condition | | |
| Light Fixture | | | Cabinet Storage | | | Water Heater | | |
| Fire Extinguisher | | yes | Curtains & Rods | | | Doors | | |
| Living Room | | | Light Fixture | | | 2 Keys per Door | | 1 set |
| Couch | | | Third Bedroom | | | Windows | | |
| Arm Chair | | | Double Bed, Complete | | | Screens | | |
| End Table | | | Mirror | | | Front/Rear Panels | | |
| Coffee Table | | | Cabinet Storage | | | Left/Right Side Panels | | |
| Curtains & Rods | | | Curtains & Rods | | | Battery (For Slide Out Unit Only) | | yes |
| Light Fixture | | | Light Fixture | | | Propane Tanks | | yes |
| Surround Sound Speaker | | | Interior Condition | | | Awning | | |
| Hall | | | Floor Covering | | | Roof & Vents | | |
| Furnace | | | Wall Panels | | | Towing Hitch | | |
| Smoke Detectors | | yes | Ceiling Panels | | | Axles & Springs | | |
| Light Fixture | | | | | | Wheels & Tires | | |

**8. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAMS BELOW**
OK RIGHT SIDE | OK LEFT SIDE | OK FRONT | OK REAR

**9. COMMENTS** CM✓

**10. DRIVER DAMAGE** ☐ Yes ☑ No
INSPECTOR INITIAL LP    DRIVER INITIAL

1. READY FOR OCCUPANCY CERTIFICATION  Contract W.O. No.
2. OCCUPANT NAME

3. REPRESENTATIVE ACKNOWLEDGE CONDITION AS DESCRIBED ABOVE:
NAME (Contractor): Baton Rouge
SIGNATURE & DATE (FEMA Rep.): Lonnie Parfait 1-19-05

R1539 FORM 90-13 (TEST) JANUARY 05    LWFR-EXP 5-000468    SHAW-WRI 00008