SEP. 2. 2005  5:11PM   FOREST_RIVER                                NO. 5913  P. 579



**Travel Trailer**
**Sales Order**

| | |
|---|---|
| **FR/SALES** | 001 |
| **DLR #** | 0008821 |
| **DEALER** | N.A.C.S. |
| **DATE** | 9/6/05 |
| **RETAIL** | |

**PO #** _____

**Unit #** 08943 - 9002

**Standard Equipment**

| X | 1 | CARPET BEDROOMS |
| X | 2 | CARPET LIVING AREA |
| X | 3 | 15,000 A/C DUCTED |
| X | 4 | 1.2 CU FT OTR MICROWAVE |
| X | 5 | BEDROOM FLIP TABLE |
| X | 6 | CABLE TV/BEDROOM & LIVING AREA |
| X | 7 | PHONE JACKS/BEDROOM & LIVING AREA |
| X | 8 | 15 CU FT RESIDENTIAL REFER |
| X | 9 | 10 GAL GAS DSI WATER HEATER |
| X | 10 | WATER HEATER BYPASS |
| X | 11 | STABILIZER JACKS |
| X | 12 | 30# LP BOTTLES/COVER |
| X | 13 | 35,000 BTU FURNACE |
| X | 14 | 12V BATTERY AND BOX |
| X | 15 | DRAINAGE WINTERIZED |
| X | 16 | 5 ABC FIRE EXTINGUISHER |
| X | 17 | 50' - 30 AMP POWER CORD |
| X | 18 | HOUSE TYPE TOILET-NON SELF CONTAINED |
| | | PLUMBING SYSTEM |
| X | 19 | 3 BATTERY OPERATED SMOKE DETECTORS |
| X | 20 | RVIA SEAL |

**CITY/STATE** _____

**SHIPPING DESTINATION** _____

**COLOR** Blue

Salem

**TRAVEL TRAILER**

WDT 32BHLE  N.A.C.S.

| X | 21 | RUBBER ROOF |
| X | 22 | OVEN W/3 BURNER COOKTOP |
| X | 338A | 17' or 18' Cu. Ft., Residential Refer Repl. 15' $40 |

**Plant No.**          **BRAND**
***Please fill out Plant no. & Brand

| #3 | _____ | _____ |
| #4 | _____ | _____ |
| #6 | _____ | _____ |
| #17 | _____ | _____ |
| #20 | _____ | _____ |
| #27 | _____ | _____ |
| #19 | _____ | _____ 8/30/05 |
| #22 | _____ | _____ |
| Puma | _____ | |

**Quantity/Price**

| | |
|---|---|
| Base Price | $9,455 |
| Options | $40 |
| Sub-total | $9,495 |
| Freight | $_____ |
| Total | $_____ |

CONFIDENTIAL                                             FOREST-0151924

**CONFIRMATION**
**Forest River, Inc.**
55470 CR 1
PO Box 3030
Elkhart, IN  46515-3030

SMC008992
9/8/2005

Cust No: 0008821
Cust Name: N AMERICAN CATAST SERVICE INC
Bill To: 864 B WASHBURN ROAD
MELBOURNE, FL  32934

Ship To: N AMERICAN CATAST SERVICE INC
864 B WASHBURN ROAD
MELBOURNE, FL  32934

Order No: DRD000064193
Order Date: 9/8/2005
Dealer PO No:
Salesman: 001 HOUSE (001)
Dealer Phone 321-259-0888 Extn:0000
Fax No: 321-259-1505

Terms: CERT
Shipping Comments:

Contact Person:
Region:

| PRODUCT CODE | PRODUCT DESCRIPTION | QTY | UNIT PRICE | DEALER PRICE | DISC. APPLIED |
|---|---|---|---|---|---|
| SMT32BHLE | SALEM TOWABLES | 1 | 9,455.00 | 9,455.00 | 0.00 |

| SERIAL NO | VIN NO |
|---|---|
| SMC008992 | 4X4TSMH296C008992 |

| LINE ITEM | DESCRIPTION | QTY | UNIT PRICE | DEALER PRICE | DISC. APPLIED |
|---|---|---|---|---|---|
| BLUEM19 | BLUE DECOR | | | | |
| 1 | CARPET BEDROOMS | 1 | 0.00 | 0.00 | 0.00 |
| 2 | CARPET LIVING AREA | 1 | 0.00 | 0.00 | 0.00 |
| 3 | 15000 A/C DUCTED | 1 | 0.00 | 0.00 | 0.00 |
| 4 | 1.2 CU FT OTR MICROWAVE | 1 | 0.00 | 0.00 | 0.00 |
| 5 | BEDROOM FLIP TABLE | 1 | 0.00 | 0.00 | 0.00 |
| 6 | CABLE TV/BEDROOM & LIVING ROOM | 1 | 0.00 | 0.00 | 0.00 |
| 7 | PHONE JACKS/BEDROOM & LIVING ROOM | 1 | 0.00 | 0.00 | 0.00 |
| 8 | 15 CU FT RESIDENTIAL REFER | 1 | 0.00 | 0.00 | 0.00 |
| 9 | 10 GAL GAS DSI WATER HEATER | 1 | 0.00 | 0.00 | 0.00 |
| 10 | WATER HEATER BYPASS | 1 | 0.00 | 0.00 | 0.00 |
| 12 | STABILIZER JACKS | 1 | 0.00 | 0.00 | 0.00 |
| 13 | 30# LP BOTTLES/COVER | 1 | 0.00 | 0.00 | 0.00 |
| 14 | 35000 BTU FURNACE | 1 | 0.00 | 0.00 | 0.00 |
| 15 | 12 V BATTERY AND BOX | 1 | 0.00 | 0.00 | 0.00 |
| 16 | DRAINAGE WINTERIZED | 1 | 0.00 | 0.00 | 0.00 |
| 17 | 5 ABC FIRE EXTINGUISHER | 1 | 0.00 | 0.00 | 0.00 |
| 18 | 50'-30' AMP POWER CORD | 1 | 0.00 | 0.00 | 0.00 |
| 19 | HOUSE TYPE TOILET NON SELF CONTAINED PLUMBING | 1 | 0.00 | 0.00 | 0.00 |
| 20 | 3 BATTERY OPERATED SMOKE DETECTORS | 1 | 0.00 | 0.00 | 0.00 |
| 21 | RVIA SEAL | 1 | 0.00 | 0.00 | 0.00 |
| 22 | RUBBER ROOF | 1 | 0.00 | 0.00 | 0.00 |
| C-99M19 | OVEN W/3 BURNER COOKTOP | 1 | 0.00 | 0.00 | 0.00 |
| | 17' OR 18' CU FT., RESIDENTIAL REFER REPL. 15' | 1 | 40.00 | 40.00 | 0.00 |

COMMENTS:

9/9/2005 4:50:25 PM

**CONFIRMATION**      9,495.00

CONFIDENTIAL

FOREST-0151925



255 S. Pepper Ave
Rialto, CA  92376
(909) 873-3777
(909) 873-3770

# Delivery Check-In Sheet
## (Must be Signed and Returned)

Serial No: _8992_          Model: _T32BHLE_          Date: _____

Dealer's Name: _FEMA_                    Transporter: _____

The following list of items have been checked by the factory and the transportation company.
Please sign in the appropriate boxes for those items that pertain to you.

| ITEM | Quantity | Factory | Transporter | Dealer |
|---|---|---|---|---|
| Keys (All Doors) | 3 | | | |
| Stabilizer Jacks w/Handle | 4 | | | |
| Spare Tire and Carrier | | | | |
| Electric Jacks | | | | |
| 5th Wheel Crank Handle | | | | |
| Awning Rod | | | | |
| Bed Spread/Pillows/Shams | | | | |
| Stoppers - Galley/Lav/Tub | 4 | | | |
| Mini Blind Wands | 4 | | | |
| Sink Lids (if Applicable) | | | | |
| Appliance Warranty Papers | OK | | | |
| Remote Control (RV2000 Radio) | | | | |
| Remote Control (RV2004D) | | | | |
| Water Filter Cartridge w/Wrench | | | | |
| Lug Nuts Torqued to 95 ftLbs | | | BJ | AN |
| RV Q (Barbeque) | | | | |
| Convenience Package | | J. R. | | |
| * Air Compressor, Jumpstarter | | | | |
| * Power Washer | | | | |
| Carpet kit | | | | |

Remarks/Items Short or that need Attention: _NO Driver Damage_

Dealership Signature: _Bryce Lund_          Date: _11-18-05_

Driver's Signature: _Jack Sandlin_          Date: _11/19/05_

** ANY CLAIMS AGAINST THE ABOVE UNIT NOT NOTED AT THE TIME OF DELIVERY WILL NOT BE HONORED **

Rev. 2/28/05

FOREST-0151926

**Horizon Transport Inc.**

Integrity, Dedication, and Excellence

P.O. Box 826
Wakarusa, IN 46573
horizontontransport.com

Phone: 574-862-2161
ICCMC# 203246   USDOT# 273286

*1120 - 083*

To be delivered
no later than _____ 11/20/05

## Bill Of Lading

Order date:   11/16/05   cbarber 18:

Ship date:   11/16/05   cbarber

Bill to:

FOREST RIVER - CALIFORNIA

Breakdown code:   FC

Shipper
From:

FOREST RIVER - CALIFORNIA
255 S. PEPPER AVE.
RIALTO, CA  92376

Consignee
To:

FEMA STAGING YARD (09825)
2695 N. SHERWOOD FOREST BLVD.
BATON ROUGE, LA  70814
(225)279-3208
BUD SCOTT

Contractor Name and Number:

BRYCE TRUMBLE (8463)

Unit Description:   30' FEMA TRAVEL TRAILER

Unit Number:   FC-SMC8992
SALEM

Unit washed:   Yes   No   Dealer Initials _____

Driver damage:   Yes   No   Dealer Initials _____

### Delivery Instructions

Delivery Hours:   7-6

Wash Instruction:   **DO NOT WASH**

Directions To Delivery: *Directions need to say "off I12*
*off I 12*
EXIT 7 Go North 2 Mi to Florida blvd(Rt190
TL-GO 3 MI to Sherwood Forest Blvd TR-go
North 1 Mi

CONTRACT#HSFEHQ-05-C-4040
CONTRACTOR NAME  NACS

*Insp # 1120-083*
*BC 1277621*

Other:   *Vin # 4X4TSMH29160008992*

Collect On Delivery

Horizon:

Shipper:

COD Instructions:

### Special Instructions

CONTRACT# HSFEHQ-05-C-4040
CONTRACTOR NAME NACS

Driver
Reimbursable
Expenses

Wash: Y
Tolls: N
Permits: N

RECEIVED, SUBJECT TO THE LAWFULLY FILED TARIFFS IN EFFECT ON THE DATE OF ISSUE OF THIS ORIGINAL BILL OF LADING, THE PROPERTY DESCRIBED BELOW, CONSIGNED AND DESTINED AS SHOWN ABOVE WHICH THE CARRIER AGREES TO DELIVER TO SAID DESTINATION OR DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED TO EACH CARRIER OF SAID PROPERTY OVER OR ON ANY PORTION OF THE ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EACH SERVICE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL OF THE CONDITIONS NOT PROHIBITED BY LAW, WHETHER PRINTED OR WRITTEN HEREIN CONTAINED, INCLUDING THE CONDITIONS ON BACK HEREOF, WHICH ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

SHIPPER OR PAYOR IS LIABLE FOR ALL TOLLS, PERMITS, STATE FEES, TIRES, TUBES, MECHANICAL AND/OR STRUCTURAL FAILURES ON THE CARGO AND/OR EQUIPMENT.

I hereby make the declaration of value (if any) and agree to the foregoing contract terms and conditions.

SHIPPER OR AGENT
SIGN HERE ►

Foregoing shipment received subject to declaration (if any) or release, terms and conditions herein.

HORIZON CONTRACTOR
SIGN HERE ►   *Bryce Trumble*   DATE   11-19-05

RECEIVED the above described property in good condition except as noted and agree to the foregoing contract terms and conditions. NOTICE: THIS IS A RELEASE TO CARRIER FOR ALL DAMAGES AND SHORTAGES UNLESS NOTED HEREON. NO CLAIMS FOR ANY LOSS, DAMAGE, INJURY, OR DELAY WILL BE PAID UNLESS ALL LAWFUL CHARGES HAVE BEEN PAID TO THE CARRIER.

CONSIGNEE OR
AGENT SIGN HERE ►   *Les Sandlin*   DATE   11/19/05
*No Driver Damage*

NOTATION FOR LOSS SHORTAGE OR
DAMAGE AT TIME OF DELIVERY

### Paperwork to return to Horizon

1. White & Yellow Bill Lading
2. White Check-In Sheet

** Don't Forget License Plates
** Max Wash is $10

Fax #909.421.3442

FOREST-0151927



**FOREST RIVER**
255 S. Pepper Ave
Rialto, CA  92376
(909) 873-3777
(909) 873-3770

# Delivery Check-In Sheet
## (Must be Signed and Returned)

Serial No: _8992_____   Model: _T32BHLE_____   Date: _____

Dealer's Name: _FEMA_____   Transporter: _____

The following list of items have been checked by the factory and the transportation company.
Please sign in the appropriate boxes for those items that pertain to you.

| ITEM | Quantity | Factory | Transporter | Dealer |
|------|----------|---------|-------------|--------|
| Keys (All Doors) | 3 | | | |
| Stabilizer Jacks w/Handle | 4 | | | |
| Spare Tire and Carrier | | | | |
| Electric Jacks | | | | |
| 5th Wheel Crank Handle | | | | |
| Awning Rod | | | | |
| Bed Spread/Pillows/Shams | | | | |
| Stoppers - Galley/Lav/Tub | 4 | | | |
| Mini Blind Wands | 4 | | | |
| Sink Lids (if Applicable) | | | | |
| Appliance Warranty Papers | OK | | | |
| Remote Control (RV2000 Radio) | | | | |
| Remote Control (RV2004D) | | | | |
| Water Filter Cartridge w/Wrench | | | | |
| Lug Nuts Torqued to 95 ftLbs | | | | |
| RV Q (Barbeque) | | N.R | BJ | |
| **Convenience Package** | | | | |
| * Air Compressor, Jumpstarter | | | | |
| * Power Washer | | | | |
| Carpet kit | | | | |

Remarks/Items Short or that need Attention: _____

_____

_____

_____

_____

_____

Dealership Signature: _Bryan Juwell_____   Date: _11-16-07_____

Driver's Signature: _____   Date: _____

** ANY CLAIMS AGAINST THE ABOVE UNIT NOT NOTED AT THE TIME OF DELIVERY WILL NOT BE HONORED **

Rev. 2/28/05

FOREST-0151928

SEP. 2.2005  5:11PM   FOREST_RIVER



**Travel Trailer**
**Sales Order**

FR/SALES    001

DLR #    0008821

DEALER    N.A.C.S.

DATE    9/6/05

RETAIL

CITY/STATE

SHIPPING DESTINATION

COLOR    *Blue*

*Salem*

TRAVEL TRAILER

WDT 32BHLE  N.A.C.S.

PO #

Unit #    08992

Hanso

**Standard Equipment**

| | | |
|---|---|---|
| X | 1 | CARPET BEDROOMS |
| X | 2 | CARPET LIVING AREA |
| X | 3 | 15,000 A/C DUCTED |
| X | 4 | 1.2 CU FT OTR MICROWAVE |
| X | 5 | BEDROOM FLIP TABLE |
| X | 6 | CABLE TV/BEDROOM & LIVING AREA |
| X | 7 | PHONE JACKS/BEDROOM & LIVING AREA |
| X | 8 | 15 CU FT RESIDENTIAL REFER |
| X | 9 | 10 GAL GAS DSI WATER HEATER |
| X | 10 | WATER HEATER BYPASS |
| X | 11 | STABILIZER JACKS |
| X | 12 | 30# LP BOTTLES/COVER |
| X | 13 | 35,000 BTU FURNACE |
| X | 14 | 12V BATTERY AND BOX |
| X | 15 | DRAINAGE WINTERIZED |
| X | 16 | 5 ABC FIRE EXTINGUISHER |
| X | 17 | 50' - 30 AMP POWER CORD |
| X | 18 | HOUSE TYPE TOILET-NON SELF CONTAINED PLUMBING SYSTEM |
| X | 19 | 3 BATTERY OPERATED SMOKE DETECTORS |
| X | 20 | RVIA SEAL |
| X | 21 | RUBBER ROOF |
| X | 22 | OVEN W/3 BURNER COOKTOP |
| X | 338A | 17' or 18' Cu. Ft., Residential Refer Repl. 15' $40 |

**Quantity/Price**

| | |
|---|---|
| Base Price | $9,455 |
| Options | $40 |
| Sub-total | $9,495 |
| Freight | $ |
| Total | $ |

**Plant No.**    **BRAND**

***Please fill out Plant no. & Brand

| | |
|---|---|
| #3 | |
| #4 | |
| #6 | |
| #17 | |
| #20 | |
| #27 | |
| #19 | 8/30/05 |
| #22 | |
| Puma | |

CONFIDENTIAL

FOREST-0151929

**CONFIRMATION**
**Forest River, Inc.**
55470 CR 1
PO Box 3030
Elkhart, IN 46515-3030

SMC008992
9/8/2005

Cust No: 0008821
Cust Name: N AMERICAN CATAST SERVICE INC
Bill To: 864 B WASHBURN ROAD
MELBOURNE, FL 32934

Ship To: N AMERICAN CATAST SERVICE INC
864 B WASHBURN ROAD
MELBOURNE, FL 32934

Order No: DRD000064193
Order Date: 9/8/2005
Dealer PO No:
Salesman: 001 HOUSE (001)
Dealer Phone 321-259-0888 Extn:0000
Fax No: 321-259-1505

Terms: CERT
Shipping Comments:

Contact Person:
Region:

| PRODUCT CODE | PRODUCT DESCRIPTION | QTY | UNIT PRICE | DEALER PRICE | DISC. APPLIED |
|---|---|---|---|---|---|
| SMT32BHLE | SALEM TOWABLES | 1 | 9,455.00 | 9,455.00 | 0.00 |

| SERIAL NO | VIN NO |
|---|---|
| SMC008992 | 4X4TSMH296C008992 |

| LINE ITEM | DESCRIPTION | | | | |
|---|---|---|---|---|---|
| BLUEM19 | BLUE DECOR | 1 | 0.00 | 0.00 | 0.00 |
| 1 | CARPET BEDROOMS | 1 | 0.00 | 0.00 | 0.00 |
| 2 | CARPET LIVING AREA | 1 | 0.00 | 0.00 | 0.00 |
| 3 | 15000 A/C DUCTED | 1 | 0.00 | 0.00 | 0.00 |
| 4 | 1.2 CU FT OTR MICROWAVE | 1 | 0.00 | 0.00 | 0.00 |
| 5 | BEDROOM FLIP TABLE | 1 | 0.00 | 0.00 | 0.00 |
| 6 | CABLE TV/BEDROOM & LIVING ROOM | 1 | 0.00 | 0.00 | 0.00 |
| 7 | PHONE JACKS/BEDROOM & LIVING ROOM | 1 | 0.00 | 0.00 | 0.00 |
| 8 | 15 CU FT RESIDENTIAL REFER | 1 | 0.00 | 0.00 | 0.00 |
| 9 | 10 GAL GAS DSI WATER HEATER | 1 | 0.00 | 0.00 | 0.00 |
| 10 | WATER HEATER BYPASS | 1 | 0.00 | 0.00 | 0.00 |
| 11 | STABILIZER JACKS | 1 | 0.00 | 0.00 | 0.00 |
| 12 | 30# LP BOTTLES/COVER | 1 | 0.00 | 0.00 | 0.00 |
| 13 | 35000 BTU FURNACE | 1 | 0.00 | 0.00 | 0.00 |
| 14 | 12 V BATTERY AND BOX | 1 | 0.00 | 0.00 | 0.00 |
| 15 | DRAINAGE WINTERIZED | 1 | 0.00 | 0.00 | 0.00 |
| 16 | 5 ABC FIRE EXTINGUISHER | 1 | 0.00 | 0.00 | 0.00 |
| 17 | 50'-30' AMP POWER CORD | 1 | 0.00 | 0.00 | 0.00 |
| 18 | HOUSE TYPE TOILET NON SELF CONTAINED PLUMBING | 1 | 0.00 | 0.00 | 0.00 |
| 19 | 3 BATTERY OPERATED SMOKE DETECTORS | 1 | 0.00 | 0.00 | 0.00 |
| 20 | RVIA SEAL | 1 | 0.00 | 0.00 | 0.00 |
| 21 | RUBBER ROOF | 1 | 0.00 | 0.00 | 0.00 |
| 22 | OVEN W/3 BURNER COOKTOP | 1 | 0.00 | 0.00 | 0.00 |
| C-99M19 | 17' OR 18' CU FT., RESIDENTIAL REFER REPL. 15' | 1 | 40.00 | 40.00 | 0.00 |

COMMENTS:

CONFIRMATION        9,495.00

9/9/2005 4:50:25 PM

CONFIDENTIAL

FOREST-0151930

# CERTIFICATE OF ORIGIN FOR A VEHICLE

## FOREST RIVER, INC.

DATE
11/17/2005

INVOICE NO.
INV0322235

VEHICLE IDENTIFICATION
4X4TSMH296C008992

YEAR
2006

MAKE
SALEM TOWABLES

BODY TYPE
TRAVEL TRAILER

SHIPPING WEIGHT
5150

H.P. (S.A.E.)          G.V.W.R.
7790

NO.CYLS.

SERIES OR MODEL
SMT32BHLE

LENGTH WITH HITCH 32'4",  WITHOUT HITCH
29'8",  WIDTH 8

I; the undersigned authorized representative of the company, firm or corporation named below, herby cer-
tify that the new vehicle described above is the property of the said company, firm or corporation and is
transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

NORTH AMERICAN CATASTROPHE
864 B WASHBURN RD
MELBOURNE, FL  32934

If the vehicle described hereon is a motor home the undersigned certifies that it is equipped with at least
four of the following life support systems; cooking, refrigeration or ice box, self-contained toilet, heating and/or
air conditioning, a potable water supply system including a faucet and sink, separate 110-115 volt
electrical power supply and/or an LP gas supply, all of which meet the ANSI A119.2 standards.

It is further certified that this was the first transfer of such a new vehicle in ordinary trade and commerce.

### FOREST RIVER, INC.

BY:   _J R Gunlin_                                    (AGENT)

(SIGNATURE OF AUTHORIZED REPRESENTATIVE)

FR00208090

55470 CR 1
Elkhart, IN  46515-3030

CITY - STATE

FOREST-0151931

# Forest River, Inc.

NET
NET
NET

**Remit To Address:**
21814 NETWORK PLACE
CHICAGO, IL 60673-1218

**Corporate Address:**
55470 CR 1
PO Box 3030
Elkhart, IN 46515-3030
574-389-4600

INVOICE NO.   INV0322235
DATE   11/17/2005

Approval:  NET 30

**SOLD** NORTH AMERICAN CATASTROPHE
864 B WASHBURN RD
MELBOURNE, FL  32934      USA

PHONE NO:321-259-0888 Extn:0000

**SHIP** NORTH AMERICAN CATASTROPHE
GSA DEPOT BATON ROUGE
2695 N SHERWOOD FOREST BLVD
BATON ROUGE, LA  70814      USA

| ORDER NO. | ORDER DATE | CUST ORD NO | SALESMAN | CUST NO | DELIVERY DATE | TERMS | ZONE | STATE |
|---|---|---|---|---|---|---|---|---|
| ORD000064193 | 11/17/2005 | | 001 | 0008821 | | NET 30 | | LA |

| STOCK NO. | VEHICLE IDENTIFICATION NO. | SHIPPING COMMENTS |
|---|---|---|
| SMC008992 | 4X4TSMH296C008992 | |

| MODEL NO. | MODEL DESCRIPTION | DEALER PRICE | DISCOUNT |
|---|---|---|---|
| | | | |

| | CLASS DESCRIPTION | |
|---|---|---|

| OPTION CODE | OPTION DESCRIPTION | QTY | UNIT PRICE |
|---|---|---|---|

| | | |
|---|---|---|
| SUB TOTAL | | 12,198.00 |
| DEALER DISCOUNT | | |
| TOTAL DISCOUNT | | 0.00 |

FOREST RIVER, INC. IS NOT RESPONSIBLE FOR
SHORTAGES OR DEFECTS NOT INDICATED ON THIS
FORM AT TIME OF DELIVERY VEHICLE RECEIVED IN
GOOD CONDITION EXCEPT AS NOTED IN REMARKS
ABOVE.

RECEIVED BY

| **TOTAL AMOUNT DUE** | 12,198.00 |
|---|---|

**WARRANTY**

CONFIDENTIAL

FOREST-0151932

# Forest River, Inc.

|  | Remit To Address: | Corporate Address: |  |
|---|---|---|---|
| NET | 21814 NETWORK PLACE | 55470 CR 1 | INVOICE NO.  INV0322235 |
| NET | CHICAGO, IL 60673-1218 | PO Box 3030 | DATE  11/17/2005 |
| NET |  | Elkhart, IN 46515-3030 |  |
|  | Approval:  NET 30 | 574-389-4600 |  |

**SOLD:** NORTH AMERICAN CATASTROPHE
864 B WASHBURN RD
MELBOURNE, FL  32934      USA
PHONE NO:321-259-0888 Extn:0000

**SHIP:** NORTH AMERICAN CATASTROPHE
GSA DEPOT BATON ROUGE
2695 N SHERWOOD FOREST BLVD
BATON ROUGE, LA  70814      USA

| ORDER NO. | ORDER DATE | CUST ORD NO | SALESMAN | CUST NO | DELIVERY DATE | TERMS | ZONE | STATE |
|---|---|---|---|---|---|---|---|---|
| ORD000064193 | 11/17/2005 |  | 001 | 0008821 |  | NET 30 |  | LA |

| STOCK NO. | VEHICLE IDENTIFICATION NO. | SHIPPING COMMENTS |
|---|---|---|
| SMC008992 | 4X4TSMH296C008992 |  |

| MODEL NO. | MODEL DESCRIPTION | DEALER PRICE | DISCOUNT |
|---|---|---|---|
| SMT32BHLE | SALEM TOWABLES |  |  |
|  | CLASS DESCRIPTION |  |  |

| OPTION CODE | OPTION DESCRIPTION | QTY | UNIT PRICE | |
|---|---|---|---|---|
|  | Base |  |  | 9,455.00 |
| BLUEM19 | BLUE DECOR | 1 | 0.00 | 0.00 |
| 1 | CARPET BEDROOMS | 1 | 0.00 | 0.00 |
| 2 | CARPET LIVING AREA | 1 | 0.00 | 0.00 |
| 3 | 15000 A/C DUCTED | 1 | 0.00 | 0.00 |
| 4 | 1.2 CU FT OTR MICROWAVE | 1 | 0.00 | 0.00 |
| 5 | BEDROOM FLIP TABLE | 1 | 0.00 | 0.00 |
| 6 | CABLE TV/BEDROOM & LIVING ROOM | 1 | 0.00 | 0.00 |
| 7 | PHONE JACKS/BEDROOM & LIVING ROOM | 1 | 0.00 | 0.00 |
| 8 | 15 CU FT RESIDENTIAL REFER | 1 | 0.00 | 0.00 |
| 9 | 10 GAL GAS DSI WATER HEATER | 1 | 0.00 | 0.00 |
| 10 | WATER HEATER BYPASS | 1 | 0.00 | 0.00 |
| 11 | STABILIZER JACKS | 1 | 0.00 | 0.00 |
| 12 | 30# LP BOTTLES/COVER | 1 | 0.00 | 0.00 |
| 13 | 35000 BTU FURNACE | 1 | 0.00 | 0.00 |
| 14 | 12 V BATTERY AND BOX | 1 | 0.00 | 0.00 |
| 15 | DRAINAGE WINTERIZED | 1 | 0.00 | 0.00 |
| 16 | 5 ABC FIRE EXTINGUISHER | 1 | 0.00 | 0.00 |
| 17 | 50'-30' AMP POWER CORD | 1 | 0.00 | 0.00 |
| 18 | HOUSE TYPE TOILET NON SELF CONTAINED | 1 | 0.00 | 0.00 |
| 19 | 3 BATTERY OPERATED SMOKE DETECTORS | 1 | 0.00 | 0.00 |
| 20 | RVIA SEAL | 1 | 0.00 | 0.00 |
| 21 | RUBBER ROOF | 1 | 0.00 | 0.00 |
| 22 | OVEN W/3 BURNER COOKTOP | 1 | 0.00 | 0.00 |
| C-99M19 | 17' OR 18' CU FT., RESIDENTIAL REFER REPL | 1 | 40.00 | 40.00 |
| C-FM19 | FREIGHT | 1 | 2,703.00 | 2,703.00 |

FOREST RIVER, INC. IS NOT RESPONSIBLE FOR
SHORTAGES OR DEFECTS NOT INDICATED ON THIS
FORM AT TIME OF DELIVERY VEHICLE RECEIVED IN
GOOD CONDITION EXCEPT AS NOTED IN REMARKS
ABOVE.

RECEIVED BY _____

| TOTAL AMOUNT DUE | 12,198.00 |
|---|---|

**WARRANTY**

CONFIDENTIAL

FOREST-0151933

SEP. 2.2005 3:11PM   FOREST_RIVER

## Travel Trailer
## Sales Order



FR/SALES    **001**

DLR #    **0008821**

DEALER    **N.A.C.S.**

DATE    9/6/05

RETAIL    _____

CITY/STATE    _____

SHIPPING DESTINATION    _____

COLOR    *Blue*

*Salem*

**TRAVEL TRAILER**

WDT 32BHLE  N.A.C.S.

### Quantity/Price

| | |
|---|---|
| Base Price | **$9,455** |
| Options | **$40** |
| Sub-total | **$9,495** |
| Freight | $_____ |
| Total | $_____ |

PO # _____

Unit # 08992

### Standard Equipment

| | | |
|---|---|---|
| X | 1 | CARPET BEDROOMS |
| X | 2 | CARPET LIVING AREA |
| X | 3 | 15,000 A/C DUCTED |
| X | 4 | 1.2 CU FT OTR MICROWAVE |
| X | 5 | BEDROOM FLIP TABLE |
| X | 6 | CABLE TV/BEDROOM & LIVING AREA |
| X | 7 | PHONE JACKS/BEDROOM & LIVING AREA |
| X | 8 | 15 CU FT RESIDENTIAL REFER |
| X | 9 | 10 GAL GAS DSI WATER HEATER |
| X | 10 | WATER HEATER BYPASS |
| X | 11 | STABILIZER JACKS |
| X | 12 | 30# LP BOTTLES/COVER |
| X | 13 | 35,000 BTU FURNACE |
| X | 14 | 12V BATTERY AND BOX |
| X | 15 | DRAINAGE WINTERIZED |
| X | 16 | 5 ABC FIRE EXTINGUISHER |
| X | 17 | 50' - 30 AMP POWER CORD |
| X | 18 | HOUSE TYPE TOILET-NON SELF CONTAINED PLUMBING SYSTEM |
| X | 19 | 3 BATTERY OPERATED SMOKE DETECTORS |
| X | 20 | RVIA SEAL |

| | | |
|---|---|---|
| X | 21 | RUBBER ROOF |
| X | 22 | OVEN W/3 BURNER COOKTOP |
| X | 338A | 17' or 18' Cu. Ft., Residential Refer Repl. 15' $40 |

| Plant No. | BRAND |
|---|---|

***Please fill out Plant no. & Brand

| | |
|---|---|
| #3 | _____ |
| #4 | _____ |
| #6 | _____ |
| #17 | _____ |
| #20 | _____ |
| #27 | _____ |
| #19 | _____  8/30/05 |
| #22 | _____ |
| Puma | _____ |

CONFIDENTIAL

FOREST-0151934



FOREST-0151935

PLT. 19

*Production Inspection Sheets*

●

DATE _____

# Unit Traveler

## Serial Number: _____

## RVIA____ 1713297 ____   CSA _____

| Group | Shortages | Date&Initial when completed |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## Notice

Where there is a conflict on materials shown between design drawings and /or specifications and the Quality Assurance Manual, the design drawings and / or specifications shall govern

jo3 6/13/02

1

FOREST-0151936

PLT. 19

# *Production Inspection Sheet*

Serial # _____          Date _____

| Floors | Initial | Item | Initial |
|---|---|---|---|
| **Order Checked by Group leader** | | **Check for change orders, Specials** | |
| Heat duct/plenum sealed/free of debris | | All wiring properly routed and secured | |
| Holding tanks installed correctly | | Correct tire size/make/air pressure | |
| No cutouts or debris in tanks | | LPG piping supported (every 48" or less) | |
| No debris on floor (screws, wire, trash) | | Monitor probe wires installed correctly | |
| No tile/carpet damage | | No black pipe or black pipe fitting damage | |
| Slide out opening correct | | Underbelly/Floor penetrations sealed | |
| Ground Lug Installed Properly And Painted | | | |

Group Leader Sign off _____          Date _____

| Plumbing | Initial | Item | Initial |
|---|---|---|---|
| **Order Checked by Group leader** | | **Check for change orders, Specials** | |
| ABS drain lines routed neatly/proper slope | | All Clean-outs present and accessible | |
| ABS supported (every 48" or less) | | All LPG and water lines sealed from debris | |
| All water line fittings accessible | | Furnace installed correctly (plenum area) | |
| Copper piping flared correctly | | Hot water heater | |
| Copper piping supported (every 48" or less) | | Low point drains were needed | |
| LPG lines routed correctly | | P-trap access 6" minimum | |
| No copper gas line or fitting damage | | Testing completed correctly | |
| No debris on floor (screws, wire, trash) | | Waste terminations installed properly | |
| No tile/carpet, cabinet, counter damage | | Water lines supported (every 48" or less) | |
| Pre-Drill Tub anchor holes | | Copper lines do not hang down below frame | |
| Stool installation correct/clean | | | |
| Water lines routed neatly | | | |

Group Leader Sign off _____          Date 11-11-05

| Cabinet-Set, Shelling and Roofing | Initial | Item | Initial |
|---|---|---|---|
| **Order Checked by Group leader** | | **Check for change orders, Specials** | |
| All routed openings correct | | Backers in correct locations | |
| Correct paneling | | Cabinets flush to walls | |
| Front and rear walls secured | | Cabinets square | |
| Medicine cabinet | | Exterior doors and windows in correct location | |
| No debris on floor (screws, wire, trash) | | Gimp installed correctly | |
| No tile/carpet, cabinet, counter damage | | No scratched or damaged walls, ceilings, cab | |
| Overhead and cabinet panels fit correctly | | No split cleats | |
| Roof vent locations correct | | Vent pipes ran | |
| Side walls secured | | refrigerator shelf painted (weather resistant) | |

Group Leader Sign off Jose Briones          Date 11/1/05

jo3 6/13/02                                     3

FOREST-0151937

PLT. 19

# *Production Inspection Sheet*

Serial # _____          Date _____

| Electrical | Initial | Item | Initial |
|---|---|---|---|
| **Order Checked by Group leader** | | **Check for change orders, Specials** | |
| 12 v lighting | RZ | 12 v operational test | RZ |
| 12 v no frayed terminals | RZ | 12 v wiring secured 48" max | RZ |
| 12 v wire protection | RZ | 120 v operational test | RZ |
| 120 v wire protection | RZ | 120 v wiring secured 48" max | RZ |
| 12v and 120v Separation When Parallel | RZ | Distribution panel labeled | RZ |
| Monitor wires | RZ | Grounding lug installed and painted | RZ |
| No cuts in sheathing | RZ | Metal sleeves where 120v passes through stud | RZ |
| No debris on floor (screws, wire, trash) | RZ | Radio and TV antenna wiring | RZ |
| No tile/carpet, cabinet, counter damage | RZ | Wiring for A/C | RZ |
| Range hood wiring | RZ | Wiring for thermostats/Proper Height | RZ |
| Romex anchored 8" - 12" | RZ | Wiring routed correctly and protected | RZ |
| Switch operation | RZ | Range hood centered | RZ |
| Smoke, CO2, LPG Detectors operational | | | |

Group Leader Sign off   *Ruben Zarate*          Date *11/11/06*

| Metal | Initial | Item | Initial |
|---|---|---|---|
| **Order Checked by Group leader** | | **Check for change orders, Specials** | |
| Battery compartment vented/sealed | ᴐ | 120 v exterior receipt operational, GFCI | ᴗ |
| Battery vent, no high points | ᴐ | A/C operational | ᴑ |
| City water fill | ᴗ | All S-Locks Siliconed | C |
| Egress window located correctly | ᴗ | All Windows function correctly | C |
| Grab handle ( s ) | ᴗ | Awning light operation | ᴗ |
| Gravity water fill installed, no high points | C | Bottle light operation | ᴗ |
| Molding straight and sealed | ᴗ | City and gravity fill drilled | ᴗ |
| Tail lights operational | C | Clearance lights operational | Sol |
| No debris on floor (screws, wire, trash) | C | Furnace vent | |
| No tile/carpet, cabinet, counter damage | ᴗ | Porch light operation | |
| Openings and skirt painted | ᴗ | Refrigerator compartment sealed 100% | |
| Sky Lite, installation, seal | ᴗ | Window, doors, etc. sealed correctly | |
| Roof cover installed, sealed | ᴗ | Refrigerator vent, installation, seal | |
| Roof Decking screwed, stapled and Sanded | ᴗ | Awning checked for pip holes, correct color | |
| Skirts installed/sealed | ᴗ | | |
| Storage doors straight and sealed | ᴗ | | |
| Vent pipe caps - 2" minimum above roof | ᴗ | | |
| Unit insulated, all sides, no gaps | | | |

Group Leader Sign off   *Jose d Mora*          Date *11-11-05*

jo3 6/13/02

4

FOREST-0151938

PLT. 19

# *Production Inspection Sheet*

Serial # _____     Date _____

| Slide-Out | Initial | Item | Initial |
|---|---|---|---|
| **Order Checked by Group leader** | | **Check for change orders, Specials** | |
| All window coverings installed correctly | | All lights operational (lense&bulbs) | |
| All trim straight, nails set-puttied, neat | | Floor Penetrations Sealed Properly | |
| Cabinet doors and handles straight and aligned | | Slide Room Adjusted Properly | |
| Carpet Nap in same direction as main unit | | Windows Sealed Properly | |
| No tile/carpet, cabinet, counter damage | | Wiring Routed and protected | |
| Refrigerator compartment sealed 100% | | Hid-a-bed folds out/doesn't hit anything | |

Group Leader Sign off _____     Date _____

| Taping/Exterior | Initial | Item | Initial |
|---|---|---|---|
| **Order Checked by Group leader for Correct Graphics** | | | |
| All graphics free of bubbles | | All graphics free of wrinkles | |
| Graphics correctly located | | Exterior Free of all Production Marks | |
| Tape matched around unit | | Exterior seal, no bubbles, neat, etc | |
| Tape straight | | No Exterior Damage | |

Group Leader Sign off _____     Date _____

| Final | Initial | Item | Initial |
|---|---|---|---|
| **Order Checked by Group leader** | *EL* | **Check for change orders, Specials** | *EL* |
| All Appliances functional/not damaged | *EL* | All ceiling (power) vents functional | *EL* |
| A/C operational | *EL* | All lights have lens, bulbs and work | *EL* |
| All interior doors and door trim fits correctly | *EL* | All trim straight, nails set-puttied, neat | *EL* |
| Thermostat functional | *EL* | LPG flex hose free of defects | *EL* |
| bath trim straight | *EL* | Dinette makes into a bed, doesn't fall through | *EL* |
| Fire extinguisher | *EL* | Final clean up | *EL* |
| Interior doors fit square and latches function | *EL* | Pre-Drill Tub Surrounds | *EL* |
| L.P.G. tank / Cover ( correctly assembled) | *EL* | No excessive putty on anything | |
| No debris on floor (screws, wire, trash) | *EL* | Paint bumper, step, Etc | |
| No tile/carpet, cabinet, counter damage | *EL* | | |
| TV antenna operational | *EL* | | |
| Shower door installed correctly, functional | *EL* | | |
| Shower door sealed | *EL* | | |
| Tub and sink plugs | *EL* | | |
| Sky Lite dome garnish installed correctly | *EL* | | |
| Valences/drapes/blinds (window coverings) Installed correctly | *EL* | | |

Group Leader Sign off  *Elttc~*     Date  *11~14~05*

FOREST-0151939

PLT. 19

# Production Inspection Sheet

Serial # _8992_____                    Date _____

| Quality Control Inspector | Initial | Item | Initial |
|---|---|---|---|
| **Unit built to order** | | **Check for completion of change orders, Specials** | |
| Traveler completed correctly | | PDI sheet completed correctly | |
| Mid-Line Inspection sheet Completed | | Required testing sheet completed | |
| Pre-Ship Check List Completed by QC | | All lights turned "OFF" | |

Quality Control Sign off _____                  Date _1-15-05_

O.K. to Ship

Comments _No damages in Shell rep._
_line at by entry door. w_

jo3 6/13/02

FOREST-0151940

PLT.19

# Forest River Inc.
## Code Required Testing

Model # : _____          Serial # : _____

Date Seal # : _____          Date : _____

| Inspection Item | Pass (initials) | Fail (initials) | Repaired (initials) | Retest / Pass / Approval ( Signature ) |
|---|---|---|---|---|
| **LPG Testing** | | | | |
| Pre-Appliance LPG Test   ( 3psi / 10 Mins. ) | ML | | | Maria lopez |
| Final LPG Test   ( 6-8 oz/psi / 3 mins ) At Range | ACr | | | Anthony Garr |
| | | | | |
| **Plumbing Tests** | | | | |
| 100 psi Pressure / 10 mins.   ( without water heater ) | ML | | | Maria lopez |
| 30 psi Pressure / 10 mins.   ( with water heater ) | ACr | | | Anthony Garr |
| Flood Level Testing   ( 15mins. ) | MP | | | Manuel Rico |
| Fixture Flow Test   ( Venting of all fixtures ) | MP | | | Manuel Rico |
| | | | | |
| **Electrical Testing** | | | | |
| 120VAC Dialectic Test   ( 1080 v / 1 sec, Pre ) | AC | | | Adrian Cars |
| 120VAC Dialectic Test   ( 1080 v / 1 sec, Final ) | AC | | | Adrian Cars |
| Receptacle Polarity Test | HS | | | Nestor A Sepulveda |
| Continuity | AC | | | Adrian can |
| GFI Trip Test | HS | | | Nestor A Sepulveda |
| 120v Operational Tests 100% | AC | | | Adrian Care |
| 12v Operational Tests 100% | AL | | | Adrian Care |

Comments

_____
_____
_____
_____
_____

jo3 6/13/02

7

FOREST-0151941

PLT. 19

# PDI Procedure Form

Serial # _____

PDI Inspector _____  *11-14-5*  Date _____

| | | | | Pass | Fail | Repaired | Rechecked | Comments |
|---|---|---|---|---|---|---|---|---|
| pliance Check: | 10"-14" water column | | | | | | | |
| e Appliances: | 6 - 8 oz | | | | | | | |
| | Range | ~~~ | ~~~ | Gas | E~ | | | | |
| | Refrigerator | 12 v | 120 v | Gas | ✓ | | | | |
| | Furnace | 12 v | 120 v | Gas | ✓ | | | | |
| | Water heater | 12 v | 120 v | Gas | ✓ | | | | |
| appliances operate correctly on all required fuels | | | | ✓ | | | | |
| od Testing: | | | | | | | | |
| | Gray water tank/check slope | | | | | | | | |
| | Black water tank/check slope | | | | | | | | |
| | Fresh water tank/gravity fill/no low points | | | | | | | | |
| | Fixtures faucets | | | | KLP | | | | |
| | P- Traps | | | | KLP | | | | |
| | Drain System | | | | KLP | | | | |
| | Sinks | | | | LLP | | | | |
| | Toilet | | | | KLP | | | | |
| | Tub/shower | | | | LLP | | | | |
| w Test: | Vent system | | | | KLP | | | | |
| ter Lines: | | | | | KLP | | | | |
| | Hot lines | | | | LLP | | | | |
| | Cold lines | | | | KLP | | | | |
| | Water pump | | | | | | | | |
| | All attached appliance fittings | | | | | | | | |
| i - Freeze | (Seasonal) | | | | | | | | |
| ctrical:  12v and 120v operational tests 100% | | | | | | | | |
| | 12 v Fuses | Size marked | | | H/S | | | | |
| | Radio | | | | | | | | |
| | Smoke detector | | | | AC | | | | |
| | LPG detector | | | | AC | | | | |
| | CO2 detector | | | | AC | | | | |
| | Stabilizer Jacks fully operational | | | | | | | | |
| | Receptacles | | | | H/S | | | | |
| | GFI/labels in place | | | | H/S | | | | |
| | A/C | | | | AC | | | | |
| | 5th Wheel struts operate correctly | | | | | | | | |
| | TV antenna, Radio antenna | | | | | | | | |
| | Lights | 12 v | all have lens | | AC | | | | |
| | Lights | 120 v | all have lens | | | | | | |
| | 12 v operational tests 100% | | | | AC | | | | |
| | Fans | | | | AC | | | | |
| | A/C vents | | | | A | | | | |
| | Furnace air flow | | | | ✓ | | | | |
| | Monitor Panel | | | | | | | | |
| scellaneous: | | | | | | | | |
| | Power cord length correct | | | | | | | | |
| | Lug nuts TORQUED | (see attached shee | | | | N/A | | lbs- | |
| | Power / Manual jack crank | | | | | | | | |
| | Power jack switch | | | | | | | | |
| | lug nut covers | | | | | | | | |
| | clean unit | | | | | | | | |
| | Brake Test (3amps / brake, 6 amps / axle) | | | | AC | | | | |
| | Awning | | | | | | | | |
| | Tire Pressure correct | | | | | | | PSI- | |

jo3 6/13/02

8

FOREST-0151942

PLT. 19    *FOREST RIVER APPLIANCE INFORMATION SHEET*

| DATE : | Serial # | | |
|---|---|---|---|
| Item | Manufacture | Model # | Serial # |
| Refrigerator | Dometic | *GD181BSlWL* | *SH794314* |
| Range | Magic Chef | *CLY2220007* | *1101212544* |
| Microwave | Magic Chef | 0.9 / 1.2 | *508KM00012* |
| Water Heater | Suburban | 6gal. (10gal.) | *05A404832* |
| Furnace | Suburban | 16,25,30 (btu (35)) | *05AA10412* |
| Stereo | Concetone | | *N/A* |
| Air Conditioner #1 | Dometic Duo | 13.5K / (15K) | *541 38084* |
| Air Conditioner #2 | Dometic Duo | 13.5K / 15K | |
| Water Pump | Sur Flo | | *N/A* |
| Hydraulic Pump | Dewald | | |
| Power Converter | Parallax | (45amp) / 50amp | |
| Awning | A & E | 8500 | |
| Awning Arms | Dometic | | |
| Generator | Onan | | |
| Tires | Carlise | | |
| Spare Tire | Carlise | | |
| Tires | Carlise | | |
| Spare Tire | Carlise | | |
| Fuel Station Pump | P.B.L. Industries | Model FP 12 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

J03 6/14/02

FOREST-0151943

Unit # _____   *Mid - Line Inspection*   Date _____

Prepared by: _____

## IF YOU HAVE ANY QUESTIONS:  **"ASK".**

| Department | Description | Initial Repairs Completed | Initial CHECKED by |
|---|---|---|---|
| floors | Wheel Well not flush with floor. | OK | |
| Metal | Silicone gapped & messy | J.T | |
| | | | |
| Final | AC WIRE HOLES NOT SEAL | OK | |
| | CAPS MIRROR ON SHELF | OK | |
| | SSY AND PUTTIED STAPLES | OK | |
| | CONVERTER DOOR NOT IN | | |
| | NAILS MISSING       OK | | |
| | DIRTY FLOOR       OK | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Checked by_____

All Discrepancies have been corrected and checked prior to being "OK to SHIP"
Jo3 6/13/02 PLT.15B

FOREST-0151944

PLT. 19

## *Clean and Detail Checklist*

Date _____                    Detailer _____

| Vacuum | Initial |
|---|---|
| Inside all cabinets and drawers | |
| Under Sofa/Hid-a-bed/Stove/Refer | |
| Behind Drawers | |
| Behind furnace grill | |
| Behind slideout fascia and fascia top | |
| Under, above floor slideouts | |
| Slideout roofs | |
| Exterior compartments | |
| Under beds | |
| Screen door ledge | |
| Valance tops | |
| Behind plumbing covers | |
| Floor and carpet | |

| Detail and Putty | Initial |
|---|---|
| Gimp lines at ceiling | |
| shower walls | |
| Cabinets (especially near doors) | |
| Cabinets (near sitting areas) | |
| Cabinets (near lighted areas) | |
| Install trim as needed | |
| Tub and shower seal | |
| Seal ramp door corners | |
| Exterior seal, clean, neat | |
| Exterior clean, no marks, smudges, etc. | |
| Bumper, steps, hitch painted | |
| All pin nails and staples set and puttied | |
| All windows work | |

| Wipe down | |
|---|---|
| Ceiling | |
| Side walls | |
| Interior walls | |
| Inside cabinets | |
| Inside beds and dinettes | |
| Cabinet faces and sides | |

| Wash | |
|---|---|
| Windows - inside and out | |
| Mirrors | |
| Sinks and tubs | |
| Range, rangehood, microwave, refer | |
| Countertops and tables | |
| Floors | |

jo3 6/14/02

11

FOREST-0151945



# Forest River, Inc.

3010 College Ave., P.O. Box 124, Goshen, Indiana 46527 * 219-533-9934 * Fax 219-533-6085

DATE: _____

UNIT # _____

## *LOOSE ITEMS CHECKLIST*

| | | | | | | |
|---|---|---|---|---|---|---|
| OK | Awning, Stakes, Wand | ☐ | N/A | Short | ☐ | Damaged |
| OK | Bumper Caps, cover | ☐ | N/A | Short | ☐ | Damaged |
| OK | Center Support for Awning | ☐ | N/A | Short | ☐ | Damaged |
| OK | Chair, Recliner | ☐ | N/A | Short | ☐ | Damaged |
| OK | Chairs, Swivel | ☐ | N/A | Short | ☐ | Damaged |
| OK | Crank Handle, Tongue or 5th wheel | ☐ | N/A | Short | ☐ | Damaged |
| OK | Flash light | ☐ | N/A | Short | ☐ | Damaged |
| OK | Keys, Baggage Door | ☐ | N/A | Short | ☐ | Damaged |
| OK | Keys, Entry Door (two sets) | ☐ | N/A | Short | ☐ | Damaged |
| OK | L.P. Bottles and Cover | ☐ | N/A | Short | ☐ | Damaged |
| OK | Lug Nuts Covers | ☐ | N/A | Short | ☐ | Damaged |
| OK | Mini - Blind Wands | ☐ | N/A | Short | ☐ | Damaged |
| OK | Mini - Blind Window Clips | ☐ | N/A | Short | ☐ | Damaged |
| OK | Phone | ☐ | N/A | Short | ☐ | Damaged |
| OK | Plugs, Sink Baskets, Kitchen | ☐ | N/A | Short | ☐ | Damaged |
| OK | Plugs, Sink, Bath | ☐ | N/A | Short | ☐ | Damaged |
| OK | Plugs, Tub | ☐ | N/A | Short | ☐ | Damaged |
| OK | Scissor jacks (all four secured) | ☐ | N/A | Short | ☐ | Damaged |
| OK | Sheets, Bunk, Master, Double | ☐ | N/A | Short | ☐ | Damaged |
| OK | Sofa | ☐ | N/A | Short | ☐ | Damaged |
| OK | Sofa, Pillows (bolsters) | ☐ | N/A | Short | ☐ | Damaged |
| OK | Spread, Bed | ☐ | N/A | Short | ☐ | Damaged |
| OK | Stabilizer Jack, Crank Handle | ☐ | N/A | Short | ☐ | Damaged |
| OK | Stools, Bar | ☐ | N/A | Short | ☐ | Damaged |
| OK | VCR | ☐ | N/A | Short | ☐ | Damaged |

*Checked By QC* _____     Date _____

FOREST-0151946