```
                                                                    1

 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2
 3     IN RE:  FEMA TRAILER                  MDL NO. 1873
               FORMALDEHYDE PRODUCTS
 4             LIABILITY LITIGATION          SECTION "N" (5)
 5     THIS DOCUMENT IS RELATED TO           JUDGE ENGELHARDT
 6                                           MAGISTRATE CHASEZ
       _____
 7
       LYNDON T. WRIGHT, et al.
 8              Plaintiffs,
              vs.                            CASE NO. 09-2977
 9
       FOREST RIVER, INC., et al.,
10              Defendants.
11     _____
12
13                    VIDEOTAPED DEPOSITION OF
14
                         MARK JAMES POLK
15
16              TUESDAY, DECEMBER 22, 2009
                         9:06 A.M.
17
18          _____
19
20
21            WOMBLE, CARLYLE, SANDRIDGE & RICE
22          150 FAYETTEVILLE STREET, SUITE 2100
23                RALEIGH, NORTH CAROLINA
24
25     _____
```

1     to allow a seal to be placed on the unit?

2            A    They perform routine inspections of -- at

3     the manufacturing facility to ensure that they're in

4     compliance with those standards.

5            Q    All right.  In terms of the industry

6     standards that apply to recreational vehicles, do you have

7     an opinion, based upon your evaluation and inspection of

8     this particular unit, whether it met or exceeded the

9     industry guidelines and standards for its construction?

10           A    Based on --

11                MR. DOMINICK:  Object to the form.

12           Q    You can answer, sir.

13           A    Based on what I saw and based on photographs

14    taken from some of the other -- some of the other expert

15    reports when they actually disassembled this unit, I would

16    say, yes, it -- it was in compliance with the RVIA

17    standards.

18           Q    Okay.  Mr. Polk, have you reviewed the FEMA

19    specifications for production of travel trailers for use in

20    the Temporary Housing Assistance Program?

21           A    Yes.

22           Q    Do you have an opinion, sir, as we sit here

23    today, based upon your education, training, and experience

24    relating to the RV industry, as to whether the Lyndon

25    Wright unit met or exceeded the FEMA specifications for its

```
 1    construction?
 2              MR. DOMINICK:  Object to the form.
 3              MR. DINNELL:  Objection.
 4         Q    You can answer.
 5              MR. DINNELL:  Form.  Go ahead.
 6         A    Yes, the best I could tell, it did meet the
 7    specifications.
 8         Q    All right.  There have been objections to
 9    that question, so let me ask it another way.
10              Do you have an opinion as to whether the
11    Lyndon Wright unit met the specifications provided by FEMA
12    for its construction?
13              MR. DOMINICK:  Object to the form.
14         Q    You can answer.
15         A    It's my opinion that it met the FEMA
16    specifications.
17         Q    Thank you, sir.
18              Would you -- I know it wasn't asked, but
19    could you give me the benefit of your educational
20    background and training as it relates to the RV industry?
21         A    I've been around RVs for over 30 years; I
22    have worked as an apprentice RV technician; I've worked as
23    an RV technician; I've repaired RVs; I've sold RVs; I've
24    attended management-level courses on RVs; I've attended F&I
25    training; I've taken numerous technical courses on
```