```
                                                                  1

 1                  UNITED STATES DISTRICT COURT

 2                     DISTRICT OF LOUISIANA

 3                      NEW ORLEANS DIVISION

 4    In Re:  FEMA Trailer    )

 5    Formaldehyde Products   ) MDL No. 1873

 6    Liability Litigation    )

 7

 8                                  Washington, D.C.

 9                                  Thursday, July 9, 2009

10    Videotape Deposition of STEPHEN CARL MILLER, called

11    for examination by counsel for Plaintiffs in the

12    above-entitled matter, the witness being duly sworn

13    by CHERYL A. LORD, a Notary Public in and for the

14    District of Columbia, taken at the offices of NELSON

15    MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16    Avenue N.W., Suite 900, Washington, D.C., at

17    9:18 a.m., and the proceedings being taken down by

18    Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22
```

35

```
 1               If somebody said, hey, we have a smell
 2    problem in our unit, or, our eyes are burning, or,
 3    it's a new car smell, or whatever, that this
 4    information might just provide, you know,
 5    something -- something to allay the fears or to
 6    not -- or to verify that we don't have, you know --
 7    we're within HUD specifications in the production of
 8    our units.
 9               BY MR. WOODS:
10        Q.   So you're saying that there were HUD
11    specifications for travel trailers at this time?
12        A.   No, there were not.
13        Q.   But you just said you wanted to in case
14    someone needed their fears allayed that these were to
15    HUD specs?
16        A.   No.
17               Not that they were to HUD specs, but that
18    HUD specifies the materials to build manufactured
19    homes and that Gulf Stream had been -- had been a --
20    proactive in transitioning their product line to a
21    low formaldehyde emission to utilizing the same
22    specified products for mobile homes and that that
```