1                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA

2

3    IN RE: FEMA TRAILER          *    MDL NO. 1873
            FORMALDEHYDE PRODUCTS  *
4           LIABILITY LITIGATION   *    SECTION "N"(5)
                                   *
5                                  *    JUDGE ENGELHARDT
     THIS DOCUMENT IS RELATED TO   *    MAGISTRATE CHASEZ
6                                  *
     Lyndon T. Wright, et al. v.   *
7    Forest River, Inc., et al.,   *
     No. 09-2977                   *
8                                  *
         * * * * * * * * * * * * * * *

9

10       INCLUDES PORTIONS SUBJECT TO PROTECTIVE ORDER

11

12        The 30(b)(6) videotaped deposition upon oral
13   examination of FOREST RIVER, INC., by Doug Gaeddert, a
14   witness produced and sworn before me, Patrice E.
15   Morrison, RMR, CRR, Notary Public in and for the
16   County of Marion, State of Indiana, taken on behalf of
17   the Plaintiffs at The Marriott, 123 St. Joseph Street,
18   South Bend, Indiana, on November 5, 2009, at
19   9:03 a.m., pursuant to the Federal Rules of Civil
20   Procedure.

21

22              STEWART RICHARDSON & ASSOCIATES
               Registered Professional Reporters
23                  One Indiana Square
                       Suite 2425
24              Indianapolis, IN  46204
                   (317)237-3773

25

1        We have some more documents, and I want to

2     make sure that I don't get these confused, but

3     would you look at these, please, and see if you can

4     identify these.

5        THE VIDEOGRAPHER:  Please stand by.  We're

6     going off our video record at 9:22:27 for a brief

7     recess.

8        (A brief recess was taken.)

9        THE VIDEOGRAPHER:  We are now back on our

10    video record at 9:29:13.

11  Q  Okay.  We took a break to try to sort through some

12    documents that were produced in the document

13    production.  And just for purposes of

14    clarification, we have a document with Bates stamps

15    3273 and 3274.  Can you identify that for us?

16  A  That was the basic specification that we

17    distributed to those plants producing these 5000

18    units for NACS.  This would have been an attachment

19    for the production line to work with in addition to

20    the sales order and build copy.

21  Q  Okay.  I think we're on Exhibit 4, so let's mark

22    that as 4.

23        (Exhibit 4 was marked for identification.)

24  Q  Now, it's my understanding that 5000 Forest River

25    Salem model travel trailers were sold to NACS

```
 1          pursuant to the FEMA spec for transportation down
 2          to the Gulf Coast for Hurricanes Katrina and Rita.
 3          Is that correct?
 4     A    There were 5000.  They weren't all Salems.
 5          Different plants would have used a different
 6          designation, possibly because of the VIN number,
 7          vehicle identification number, that was required.
 8          So you might have had a Salem 32BHLE, a Wildwood
 9          32BHLE, possibly a Cherokee 32BHLE.  Same floor
10          plan, different facilities, and the VIN number --
11          the certificate of origin on one, as you looked at
12          yesterday, said Salem.
13     Q    Right.
14     A    Whereas the generic handwritten had a W on it, and
15          it was actually a Salem on the C of O.  So VIN
16          numbers would have made that more diverse.
17     Q    But they were all 32BHLEs.
18     A    Correct.
19     Q    And they all had the same NACS FEMA spec.
20     A    Correct.
21     Q    So they were all travel trailers.
22     A    Correct.
23     Q    There were no fifth wheels.
24     A    Not in those 5000 units.
25     Q    No park models.
```

```
 1    A   We are a member of RVIA.  And I would -- not

 2        100 percent.  The company was -- came into

 3        existence in 1996, and I believe we've been a

 4        member since the origin of Forest River.  You know,

 5        that pertains to the RV side.  As far as the bus

 6        side of the business, I can't speak to that.

 7    Q   Okay.  That's not part of the divisions that you

 8        supervise and control.

 9    A   Correct.

10    Q   All right.  No. 15.  Communications (internal or

11        otherwise) between you and FEMA, DHS, and/or any

12        other governmental agency or employee, and/or any

13        other manufacturer or supplier of temporary housing

14        units regarding your provision of temporary housing

15        units, directly or indirectly, to FEMA from

16        January 1, 2004, to the present.

17            To the best of your knowledge, has that search

18        been done and have those documents been produced?

19    A   To the best of my knowledge, that search has been

20        done.  Those electric -- electronic documents have

21        been produced.  And the only contact with FEMA

22        whatsoever was with Dave Porter in 2004, is that

23        article of first inspection was conducted.

24    Q   All right.  And you talked about that in your prior

25        deposition.
```

```
 1          separately, and at that time, you couldn't confirm

 2          that because you had not gotten the VINs from the

 3          government.

 4               Has anything changed about that?  Have you

 5          been able to confirm or dispute those figures?

 6    A    No.  I still feel those are pretty -- pretty

 7          accurate numbers, as close as you can get.

 8    Q    Okay.

 9    A    And then, for example -- well, yeah.  That's best

10          guess and don't feel it's really changed.

11    Q    Okay.  And we talked about, also, a little bit, the

12          previous production supplied through NACS for the

13          hurricanes of 2004 in Florida, and I believe you

14          told me there were some 800 units produced.  Is

15          that correct?

16    A    There were -- Florida would have been similar to

17          2005.  There would have been 800 produced to the

18          same basic specification as were built in 2005, the

19          5000.

20               There were also some additional units that

21          were procured by FEMA that were off dealer lots,

22          etc., etc., so don't know what that breakdown was,

23          but there would have been a mixture of both, and

24          our focus was those 800 that were the same as they

25          were in 2005.
```

```
 1   Q   Okay.  There was, in getting back to the production

 2       for the 5000 units in 2005, it's my understanding

 3       from some production of documents that a

 4       supplemental bid on an additional thousand

 5       temporary housing units was submitted to NACS after

 6       the 5000.  Do you know whatever happened with that

 7       thousand temporary unit bid?  Was that ever --

 8           MR. MILLER:  I'm going to object.  Assumes

 9       facts not in evidence.

10   Q   I'll show you the documents.  I'll show you a

11       document that we'll mark, I think we're at 12, from

12       Elton Keifer to Brent Cripe/Building

13       Products/Euramax.  We all know who Elton Keifer is.

14       He testified.

15           There is a sentence in there, "We just

16       submitted a bid yesterday on another 1000 temporary

17       living units for the hurricane stricken areas."

18           Do you know what he's talking about there?

19   A   We had a couple of different bid opportunities, you

20       know, in there that we took a look at.  I don't

21       recall -- on this particular one he's referencing

22       here, there's no bid number or anything, so I don't

23       recall specifics on this.

24           I'm guessing, slightly, educated guess, that

25       this might have been on -- they had some ADA units
```

```
 1        talked about are all the numbers you know of, as

 2        far as units sold for this.

 3    A   Yes.

 4            MR. GIEGER:  Frank, are you marking this

 5        document as part of this?

 6            MR. D'AMICO:  Yes, we're going to mark that as

 7        Exhibit 13.

 8            (Exhibit 13 was marked for identification.)

 9            MR. D'AMICO:  Time to take a break?

10            THE VIDEOGRAPHER:  Please stand by.  We're now

11        going off the video record at 10:57:29.

12            (A recess was taken.)

13            THE VIDEOGRAPHER:  We are now back on our

14        video record at the time of 11:53:14 commencing

15        with Tape 3.

16    Q   Okay, back on the record.  It's my understanding

17        that specifications were given to Forest River to a

18        FEMA spec and they were provided to you by NACS.

19        Is that correct?

20    A   That's correct.

21    Q   And from the review of the documents that we had,

22        there was some additions that Forest River had to

23        add to the FEMA spec to comply with the RVIA and

24        other industry standards.

25    A   Well, they spelled out industry standards on the
```

1      FEMA specs.  We really didn't have to modify.  The

2      sheet we looked at was our internal spec, and

3      probably taken from 2004 and then modified with a

4      carbon -- let's say a carbon monoxide detector; the

5      carbon monoxide detector was part of it.

6   Q  And the things that we talked about on that

7      handwritten note section.

8   A  Yeah.  I mean, there were -- I'd like to see what

9      you're...

10  Q  I think it's this one.  Exhibit 5.  There was a

11     notation about the axles 3500 straight BTM, those

12     types of things.

13  A  Yeah.  Those weren't changes.  Those weren't

14     changes in the specs.  Those were just internal

15     notes for us.  So they weren't changes to the

16     specifications; they were just internal notes to

17     become a little more specific.

18  Q  Okay.

19  A  Like on those stab jacks to move forward to avoid

20     transit damages.  I mean, there were no spec

21     changes.

22  Q  And these weren't -- I guess my question was

23     inartful.  The FEMA spec was what it was.  You had

24     to make internal changes to comply with RVIA or

25     other things that you deemed necessary.

1       FEMA; it was in somebody's memo from NACS, I

2       believe.

3           So we built a prototype --

4    Q  (Hands document)

5    A  Should I look at this prior to continuing?

6    Q  Well, I think it talks about that, but go ahead and

7       tell me what you were going to tell me, and then we

8       can ask you about this.

9    A  So that spec that was dated, like I say, if I

10      remember right, May 31st, we built a prototype

11      based on that specification.  Then sometime in the

12      middle of the summer, Dave Porter came and

13      conducted that article of first inspection, I

14      believe is the technical term, on that specific

15      unit.

16          There were two items that Forest River felt

17      there would be -- not felt -- had done homework and

18      knew there would be a significant supply issue with

19      if there actually was a disaster that required high

20      volume of units.

21          Those were, A, they had an aluminum roof, a

22      one-piece aluminum roof, if I remember -- seamless

23      aluminum roof, if I remember language, spec'd in;

24      and B, they had a four-burner cooktop on an oven

25      spec'd in.

1         And industry standards at that time had moved

2     to primarily an EPDM rubber roof, as far as a

3     roofing material; and number two, customers had

4     driven the market towards a three-burner cooktop

5     which, of which one of the burners was a much

6     higher output burner, cooked faster for -- and very

7     seldom did people have four things cooking at one

8     time.

9         So we made, during that inspection, an

10    exceptance.  We made Dave Porter aware, although we

11    built that particular unit with a four-burner

12    cooktop, the oven, the seamless aluminum roof, but

13    Elton had done supply chain research, and I think,

14    if I remember right, maybe there was enough

15    material to build a hundred units with a seamless

16    aluminum roof between then and January of the

17    following year; and on the four-burner range, that

18    supply would have been exhausted within, again, a

19    very small number of units.

20        So through NACS, we recommended to them then

21    to request -- or to make FEMA aware that if they

22    had a disaster and those were the specs they had to

23    be built to, they wouldn't be able to have anybody

24    comply for any length of time and get any volume to

25    an area that needed assistance.

```
 1          Those specs then came back, and I think they
 2     were dated -- those probably aren't in here.  Here
 3     you've got -- yeah, okay, here you got -- it's
 4     May 28.
 5   Q May 28, yes.
 6   A Specs were reissued then before they went to bid in
 7     July or August, but there was a revision --
 8   Q August.
 9   A -- that incorporated in industry standard on roof.
10     And then I think it, on the cooktop, said three- or
11     four-burner, prefer four-burner, some language to
12     that effect.
13          So those were the primary differences from the
14     May proposed to, I guess, what they ended up with,
15     and I believe those same specifications carried
16     right in --
17          In fact, I remember looking at the 2005 bid
18     specs and they had the 2004 date on the top of the
19     fax we got, so they would have been faxing the same
20     specifications.
21   Q Do you know who came up with this FEMA model
22     specification?
23   A I do not know.
24   Q Did anyone at Forest River have anything to do with
25     the design, the specifications that were first
```

1       a tornado or a hurricane, etc., etc.  And

2       coincidentally, within about a couple weeks, if I

3       remember right, the hurricane slammed Florida,

4       so...  I believe that's how it occurred.

5  Q  And from my understanding of your prior testimony,

6       the '04 hurricanes was Forest River's first

7       experience with providing a large number of travel

8       trailers to hurricane victims?

9  A  No.  It was the first -- this specification that

10      FEMA had come out with, this would have been the

11      first of this specification.  There had been other

12      relief units built over the years; I'm not sure how

13      far back that goes, but obviously these weren't the

14      only hurricanes or floods or tornadoes.

15          In fact, with NACS, I do remember flooding, I

16      believe it was -- there were a couple of different

17      things even sandwiched in between, possibly, that

18      we built 50 units here for, 30 units there for,

19      again, Schedule GSA vendor.

20  Q  Do you know of any other large scale disaster

21      relief efforts that Forest River participated in

22      prior to the '04 hurricanes in Florida.

23  A  I believe we built product that would have gone to

24      Texas at some point in the early 2000s.  And

25      obviously one of the things that happens each time

```
 1        is that there are a lot of -- if there is a
 2        disaster, whether it's flooding, hurricane, what
 3        have you, folks have insurance end up with living
 4        expense checks and buy, in some cases, travel
 5        trailers or fifth wheels while their house is
 6        being -- etc., etc.
 7            So over the years, it's hard to pinpoint how
 8        many, what types, but I'm sure, every disaster,
 9        there have probably been Forest River products
10        bought, built.
11   Q   Would those have been purchased through dealers, or
12        would they have been contracted through a
13        procurement agent such as NACS then to Forest
14        River?
15   A   There would be a combination of both.
16   Q   Combination of both, okay.
17   A   Yeah.
18   Q   You've already indicated that there were never any
19        discussions about the length of time that any of
20        these residents would have been residing in any of
21        these spec'd out trailers.  If you had known, for
22        instance, that it was anticipated that occupancy
23        could be for 18 months or longer, would Forest
24        River have recommended an alternative design?
25            MR. GIEGER:  Object to the question.  Calls
```

1        for speculation.  If he can, he can answer.

2    A   You know, that's a hard one to answer.  It's

3        probably easier, if we were working directly with,

4        we might have recommended, for example, on

5        mattresses, instead of, quote, industry standard

6        that they would have spec'd in, maybe they would

7        have gotten a bedding supplier involved to

8        recommend a coil type, etc., etc.

9            I think those type items, I think, whether we

10       would have recommended it or said hey to NACS,

11       make -- are you sure, but...

12   Q   The soft good items.  You may have recommended

13       changes in the soft good items.

14   A   Yeah.  Those are the things that come to mind with

15       a quick question like that, sure.

16           MR. D'AMICO:  We need to mark this as an

17       exhibit.

18           MR. GIEGER:  Why don't you mark it as a

19       different number because we're going to mark it

20       under seal.  Okay?  Why don't you just call it PO1.

21           MR. D'AMICO:  We'll call this Protective Order

22       1.

23           (Protective Order Exhibit 1 was marked for

24       identification.)

25   Q   And I have another document that I think I already

1  Q  In the course of this litigation, you learned that.

2  A  Yes.

3  Q  So even though all of your FEMA run product was

4     being installed on piers, there was no systemic

5     complaint about leaks.

6  A  Not that I'm aware of.

7        MR. D'AMICO:  Object to the form.

8  Q  Was there any systemic complaint about condensation

9     in any of the units, the FEMA run units?

10  A  Not that I'm aware of.

11  Q  You mentioned that Forest River had supplied travel

12     trailers to the government, perhaps it was also

13     through NACS, for prior disasters; right?

14  A  Correct.

15  Q  Do you know whether in those prior disasters, the

16     trailers were being installed on concrete piers or

17     not?

18  A  I have no idea.

19  Q  You mentioned that, in 2004, Mr. Porter came to do

20     an inspection of a prototype of what would become

21     the FEMA run unit; right?

22  A  Correct.

23  Q  What did his inspection entail?

24  A  A walk-through part of the plant, part of the

25     facility, Plant No. 27, with plant manager that was

1       involved in this -- we brought his name up a time

2       or two -- Jamie Albrecht, myself, Elton Keifer,

3       Eric Sharp, who is also a plant manager for a

4       couple of other facilities.

5           Review of this particular prototype, specific

6       prototype that we built to the FEMA specifications,

7       including the aluminum roof and the oven like we

8       talked about, the four-burner cooktop.

9           Open book for any documentation, any materials

10      he wanted to see.

11          We did take him up on a scaffolding -- it

12      wasn't actually a scaffolding; a mezzanine would be

13      the correct word, to show him the difference from a

14      distance between the one-piece seamless aluminum

15      roof, which we had one of in the building, and the

16      EPDM rubber roof so he could see, you know, what we

17      were saying was going to be a supply issue if it

18      actually came to that.

19          And just prior to lunch is when we completed

20      that inspection of that unit and the walk-through

21      in the plant and the short Q and A's that we had.

22          At that time, we were getting ready to go to

23      lunch, and I think I might have -- I don't know if

24      I said it in that last deposition, but one of the

25      things that impressed me about Dave Porter is we

```
 1        were going to go to lunch, and we said, "Hey, do
 2        you want to pop along?  We're going to go grab,"
 3        you know, "a burger or something or some chicken
 4        wings or something."
 5             And he said, "No, I don't do that.  I'd love
 6        to, but I don't do anything that could ever," you
 7        know, "be suspect as far as impropriety."
 8             And the guy was a very straight shooter.  I
 9        know he struck me unique as just a great guy.  I
10        was glad he was at my government.
11   Q  And I'm sure Mr. Miller is making a careful note of
12        that.
13             So he spent about three hours at Forest
14        River's facility inspecting the prototype in your
15        plant?
16   A  Yeah.  I don't remember the exact, but it would
17        have been -- it would have been in the morning, and
18        it would have ended prior to lunch, so...  The
19        plant managers typically go about 11:30, so right
20        around 11:30 we would have been done.  So whether
21        he got there at 8:00 or 9:00, I don't recall
22        exactly, but it would have -- ballpark it pretty
23        close.
24   Q  Okay.  Did the prototype have a Lippert-supplied
25        frame?
```

```
 1   Q   At any point in time, for those units, did Forest
 2       River have any interaction at all with FEMA?
 3   A   No, sir.
 4   Q   Did Forest River have any interaction with any
 5       government agency relating to the production of
 6       those 5000 units?
 7   A   No, sir.
 8   Q   Now, it's also my understanding that 638 of the
 9       5000 units were manufactured by the Forest River
10       facility in Rialto, California.  Is that correct?
11   A   I think that's an accurate number.
12   Q   And you are aware that one of those 638 units is
13       the unit that's at issue in the Lyndon Wright case.
14       Is that correct?
15   A   Correct.
16   Q   And as to these 638 units, they were all built to
17       the same specifications.  Is that correct?
18   A   That's correct.
19   Q   And there is a phrase that I've heard bandied
20       about, or an acronym for that, and I think it's
21       generally T32BHLE as the model number.  Is that
22       right?
23   A   That's correct.
24   Q   And what does that refer to?
25   A   Basically a trailer approximately 32 feet in length
```

1     It's an easy one given that everybody's --

2  Q  Now, would you agree that the FEMA specifications

3     call for some upgrades?

4  A  Yes.

5  Q  And those upgrades were residential refrigerator, a

6     commode, or a toilet, a larger fire extinguisher, a

7     larger water heater, an over-the-range microwave,

8     and a 15,000 BTU ducted air conditioner.  Is that

9     right?

10  A  Yes.  In fact, the toilet was a porcelain commode,

11     more of a house type.

12  Q  And in addition, FEMA also requested that you don't

13     put in holding tanks or fresh water demand systems.

14     Is that right?

15  A  Yes.

16  Q  And so those were not included in the 5000 units

17     that were produced to NACS.

18  A  Correct.

19  Q  Other than these upgrades and the omission of a

20     holding tank and the fresh water demand system, was

21     there any difference in the type of materials that

22     were used to construct the FEMA trailers as opposed

23     to trailers that you would have manufactured and

24     sold to your dealers for retail customers?

25  A  No, sir.

1    Q   So in every other sense, these units that were sold

2        to FEMA were identical to units that were sold to

3        private parties on the open market.  Is that right?

4            MR. D'AMICO:  Object to the form.  Misstates

5        prior testimony.

6    A   Yes, sir.  There is one difference yet that we

7        didn't mention, and that's that the 5000 units had

8        no exterior graphics, or decals, as they're

9        sometimes called, on them, so they were white, and

10       that would have been another difference.

11   Q   But the materials that went into building these

12       units --

13   A   Construction materials, all the same.

14   Q   Now, it's my understanding that, for the most part,

15       the specifications that FEMA issued was that these

16       be built to industry standards, better or equal.

17       Is that right?

18   A   That's correct.  They spelled out some specific

19       items, and then qualified that with the remaining

20       balance industry standard or better.

21   Q   So under the specifications, as you understood it

22       that NACS was requesting you to build these units

23       to, you were, at a minimum, required, other than

24       certain of these options, required to build it to

25       industry standards, and in your option, you could

```
 1        units it produced for NACS to sell to FEMA had five

 2        windows and both a manual and power air vent.

 3        These features provide good air circulation for

 4        units of this size and floor plan."

 5             Did each and every one of the 5000 units that

 6        Forest River produced contain or have five windows?

 7   A    Yes, sir.

 8   Q    Did each and every one of them have a manual air

 9        vent?

10   A    Yes, sir.  Best of my knowledge, yes.

11   Q    Did each and every one of them have a power air

12        vent?

13   A    Yes.  In fact, possibly two, because they each had

14        a range vent as well that vented out the sidewall

15        as opposed to the roof.  So Mr. Liegl's statement

16        here actually doesn't even include one additional

17        vent that was there on all 5000 units.

18   Q    So, in fact, the units may have had three vents.

19   A    Yes.

20   Q    Matter of fact --

21   A    I believe -- I believe every unit had three vents,

22        including the range vent.

23   Q    Now, again, is this similar to those features that

24        Forest River has on models that are built for

25        dealers to sell to retail customers?
```

1          the independent third-party testing agency and, I

2          guess, common sense, was that it was an outside

3          factor, an outside chemical somehow being

4          introduced, which -- anyhow, that's how the issue

5          was resolved.  It was resolved, and that's the only

6          one we had, and it was an odor-related issue.

7               MR. MILLER:  Counsel, can you pull out from

8          yesterday's deposition the exhibit that was the

9          warning that's posted in certain of the trailers.

10     Q   Sir, I'm handing you a document which is marked

11         Exhibit No. 7 from Mr. Burian's deposition.  Do you

12         recognize that?

13     A   Yes, from yesterday.

14     Q   Had you seen that before yesterday?

15     A   This particular label I had not.

16     Q   You had not.  Were you aware prior to yesterday

17         that all travel trailers constructed at the Rialto

18         plant had such a label posted up in the galley?

19     A   I was not aware that they were posted on every

20         trailer in the galley prior to yesterday.

21     Q   You can put that document aside then.

22              Are you familiar with the owner's manual that

23         was used in 2005 for Forest River travel trailers?

24     A   Yes.

25     Q   And do you have in front of you a document that is

1       titled "Forest River Recreational Vehicle Owner's

2       Manual," and it's assigned identification numbers

3       Forest 0002399 --

4    A  Yes.

5    Q  -- through 2483?

6    A  Yes.

7    Q  Is that a true and accurate copy of the 2005 Forest

8       River Recreational Vehicle Owner's Manual?

9    A  It looks like it, yes.

10   Q  And would this manual have accompanied all 5000 of

11      the units that were manufactured by Forest River

12      and sold to NACS for the Gulf Coast emergency

13      response?

14   A  All 5000 units going to NACS would have this

15      included in their packet, sure.

16   Q  Explain to the jury how you would have provided

17      this to NACS.

18   A  The owner's manual would have been included, and

19      specific to the unit in California, would have been

20      included in a packet containing the keys to the

21      unit, the certificate of origin, the bill of

22      lading, the original invoice, all the paperwork

23      necessary for it to be received on the other end by

24      NACS, and, in fact, the C of O, the keys, etc.,

25      required in order for NACS to get paid by the

```
 1        Federal Government.
 2    Q   This packet, was it included in the travel trailer?
 3        Was it handed to the driver who was going to
 4        deliver the travel trailer?  What was the process?
 5        Who was given the materials?
 6    A   This particular packet, given the importance of the
 7        certificate of origin, the keys, the original
 8        invoice, the price information, etc., etc., was
 9        handed to the driver to be hand delivered to the
10        receiving end at final destination, final FEMA
11        destination.
12    Q   And the destination, at the destination, it would
13        be received by an NACS representative.  Is that
14        correct?
15    A   That's correct.
16            MR. D'AMICO:  Objection.  Calls for
17        speculation.
18    Q   To the best of your knowledge, who was the driver
19        instructed to deliver the unit to?
20    A   To the best of my knowledge, it was NACS, because
21        NACS was responsible then for -- they weren't going
22        to get paid if the proper folks at FEMA did not get
23        the C of O, etc., etc., so NACS was...
24    Q   Now, this owner's manual contains some language
25        relating to formaldehyde.  Is that correct?
```

```
 1              And so we did physically recommend to
 2       Mr. Porter that they evaluate those as if there was
 3       a disaster that required any quantity beyond a
 4       small number of units, they were going to have to
 5       change that spec or not be able to help folks out.
 6    Q  On this document, Exhibit No. 17, it had the specs,
 7       the specs for the prototype unit that you've been
 8       talking about are set forth on Forest 0003523
 9       through 3526 -- 3525.  Is that right?
10    A  Well, this was the FEMA -- this was the FEMA spec
11       we had gotten from NACS, yeah.
12    Q  And this is what you built the prototype to.
13    A  This is what we built the prototype to.
14    Q  And if you look at what is on page 204 of the
15       specs, which is Forest 0003524 of Exhibit 17, it
16       has Appliances.  Do you see that?
17    A  Yes, sir.
18    Q  And then it says Range.  Do you see that?
19    A  Yes, sir.
20    Q  And for Range, it says "A auto electric ignition
21       cooking range having four burners, thermostatically
22       controlled oven, and a lighted, power-vented range
23       hood."
24              That was the stovetop that you recommended to
25       Mr. Porter that perhaps they would maybe want to
```