UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Lyndon T. Wright v.* | * | JUDGE: ENGELHARDT |
| *Forest River, Inc., et al*, Docket No. 09-2977 | * | |
| | * | MAG: CHASEZ |

*******************************************************************************

### FOREST RIVER'S STATEMENT OF UNCONTESTED MATERIAL FACTS

NOW INTO COURT, through undersigned counsel, comes defendant, Forest River, Inc. ("Forest River"), who, in support of its Motion for Summary Judgment states the following uncontested material facts solely for the purpose of this Motion.

1. In 2004, FEMA provided travel trailer procurement specifications to Forest River which detailed how units were to be constructed.

2. In 2004, Forest River constructed a prototype unit which complied with the FEMA specifications provided that year. David Porter of FEMA visited Forest River's manufacturing facilities and inspected the prototype.

3. Following the inspection by David Porter, Forest River suggested alterations to the FEMA specs, some of which were eventually adopted by FEMA. The units built according to the procurement specifications were known as "FEMA spec" units.

4. Prior to Hurricane Katrina, Forest River provided housing units that were used by FEMA for disaster relief in Texas during the early 2000s and in Florida in 2005.

5. The Forest River, Inc. travel trailer ("travel trailer") at issue in this lawsuit, bearing VIN 4X4TSMH296C008992, was manufactured in Rialto, California in November of 2005. The unit was a "FEMA spec" unit and was inspected and approved by FEMA.

6. The travel trailer was sold to North American Catastrophe Services, Inc. and was eventually acquired by the Federal Emergency Management Agency ("FEMA").

7. FEMA provided the travel trailer to FEMA applicant Ms. Bobbie Wright, and the travel trailer was placed on Ms. Wright's property located at 2315 Seminole Lane, New Orleans, Louisiana.

8. Mr. Lyndon Wright resided in the travel trailer located at 2315 Seminole Lane.

Respectfully submitted,

/s/ Jason D. Bone
Ernest P. Gieger, Jr. (No. 6154)
Jason D. Bone (No. 28315)
Carson W. Strickland (No. 31336)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*ATTORNEYS FOR FOREST RIVER, INC.*

# C E R T I F I C A T E

I hereby certify that on the 1st day of February, 2009, a copy of the foregoing Memorandum in Support was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

/s/ Jason D. Bone
JASON D. BONE