```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
 6   IN RE:  FEMA TRAILER        MDL NO. 1873
 7   FORMALDEHYDE PRODUCTS       SECTION "N"(4)
 8   LIABILITY LITIGATION        JUDGE ENGELHARDT
 9
10                      *   *   *
11
12        VIDEOTAPED DEPOSITION OF LYNDON WRIGHT,
13   3417 SOUTH CLAIBORNE AVENUE, APARTMENT 5,
14   NEW ORLEANS, LOUISIANA 70113, TAKEN AT THE
15   OFFICES OF FRANK D'AMICO, 622 BARONNE
16   STREET, NEW ORLEANS, LOUISIANA 70130, ON THE
17   10TH DAY OF JULY, 2009.
18   REPORTED BY:
19        CATHY RENEE´ POWELL, CCR
          PROFESSIONAL SHORTHAND REPORTERS
20        (504)529-5255
21   VIDEOGRAPHER:
22        BRIAN SOILEAU
          PROFESSIONAL SHORTHAND REPORTERS
23        (504)529-5255
24
25
```

```
1    wasn't.
2         Q.   If that contact was made, it was
3    typically made through your mother, correct?
4         A.   Huh?
5         Q.   If contact with FEMA was made, it
6    was typically made through your mother?
7         A.   Yes.
8         Q.   Is your mother a smoker?
9         A.   Huh?
10        Q.   Is your mother a smoker?
11        A.   Used to be.
12        Q.   When was she a smoker?
13        A.   '86 back.  Backward.
14        Q.   When you were growing up in the
15   house, she was a smoker?
16        A.   Yes.
17        Q.   And you lived with her all the way
18   up until Katrina, correct?
19        A.   Yes.
20        Q.   Do you know what types of
21   cigarettes your mom liked to smoke?
22        A.   Salems.
23        Q.   When she was smoking, how many
24   packs a day did she typically smoke?
25        A.   I have no idea.
```

```
1        Q.   Did your sister smoke?
2        A.   No.
3        Q.   Has she ever smoked in her life?
4        A.   No.
5        Q.   Even recreationally, has she been
6    a smoker?
7        A.   No.
8        Q.   Have you ever smoked in your life?
9        A.   No.
10       Q.   You've never been a smoker?
11       A.   Not ever.
12       Q.   When you were coming up with your
13   mother at her house, did you ever express to
14   her that the smoking caused you irritation
15   or you didn't like it when she smoked around
16   you?
17       A.   Yes, I let it be known that I
18   didn't like her smoking.
19       Q.   What problems did smoking cause
20   for you when you were around your mother
21   coming up?
22       A.   It just irritated me.  I didn't
23   like it.  I didn't like the smoke.
24       Q.   Did it irritate your eyes?
25       A.   No.  I just didn't like to smell
```

1   it.

2        Q.   You didn't like to be around it?

3        A.   Yeah, I didn't like to be around

4   it.  No.

5        Q.   But for the first 16 years of your

6   life, your mother was a continuous smoker.

7        A.   Yes.

8        Q.   Your mother indicated to FEMA that

9   the house on Seminole Lane had been gutted

10  and she was waiting for Road Home money to

11  repair it.  Is that your understanding?

12       A.   Yes.

13       Q.   Who gutted that house?

14       A.   Some migrants that were looking

15  for work.

16       Q.   So some workers that were passing

17  through gutted the house?

18       A.   Yes.

19       Q.   Did they take the debris with them

20  or did you have to remove the debris from

21  the property?

22       A.   They put it out on the curb, and

23  at the time, I guess, the City was picking

24  it up.

25       Q.   Did you ever take part in the

```
1         Q.   And she smokes in the house from
2    time to time, doesn't she?
3         A.   No, she goes outside.
4         Q.   Every time she has a cigarette,
5    she goes outside?
6         A.   As far as when I'm around, yes.
7         Q.   Is she in the house when you're
8    not there, your present address?
9         A.   Excuse me?
10        Q.   Does she stay at your present
11   address sometimes when you go to work or you
12   go elsewhere?
13        A.   Yeah, sometimes she will stay
14   there until I go to work or I come back.
15        Q.   Do you know if she smokes in the
16   house then?
17        A.   I've noticed the smell of smoke in
18   the house, and I addressed it to her that I
19   didn't like the cigarette smoke in the
20   house.
21        Q.   Do you let Ms. Marsh use your car?
22        A.   Yes.
23        Q.   Does she smoke in your car?
24        A.   Yes, she does.
25        Q.   Does she have a place that she
```