```
                                                                1

 1
 2
              IN THE UNITED STATES DISTRICT COURT
 3
            FOR THE EASTERN DISTRICT OF LOUISIANA
 4
 5
 6
      IN RE:  FEMA TRAILER         *  MDL NO. 1873
 7    FORMALDEHYDE PRODUCTS        *  SECTION:N(5)
      LITIGATION                   *
 8                                 *
                                   *
 9    THIS DOCUMENT RELATES TO:    *
      LYNDON T. WRIGHT V.          *
10    FOREST RIVER, INC., ET AL.,  *
      DOCKET NO. 09-2977           *
11                                 *
      ****************************
12
13
14
15
16          DEPOSITION OF BOBBIE R. WRIGHT, 15406 Blue
17    Ridge Drive, Missouri City, Texas, taken in the
18    offices of Reich & Binstock, LLP, 4265 San Felipe
19    Street, Ste. 1000, Houston, Texas, on Tuesday, the
20    5th day of January 2010.
21
22
23
24
25
```

```
 1    I don't know for sure if it was '08 or '07.  I'm not
 2    sure.
 3        Q.   Okay.  Was it -- was the two-month period a
 4    continuous period of two months that you were there,
 5    or was it two months total --
 6        A.   No.
 7        Q.   -- from the time the unit was installed?
 8        A.   What time I went there and I stayed that
 9    long.
10        Q.   And was Lyndon Wright living in the unit,
11    as well, during that period of time?
12        A.   Uh-huh, yeah.
13        Q.   Was anyone else living in the travel
14    trailer during that period of time that you lived
15    there for the two months?
16        A.   No.
17        Q.   Is there any way that you can tell for us
18    what period of time that you lived in the travel
19    trailer?  Do you have any records or documents that
20    would tell us when you actually lived in the travel
21    trailer?
22        A.   Any documents?  Like what?
23        Q.   For example, receipts or gas purchases,
24    things like that which would show that you were in
25    New Orleans rather than being in Texas for a
```