```
                                                                    1

  1              UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
  2
  3     IN RE:  FEMA TRAILER        MDL NO. 1873
  4     FORMALDEHYDE PRODUCTS       SECTION "N"(4)
  5     LIABILITY LITIGATION        JUDGE ENGELHARDT
  6
  7     This document relates to:  Lyndon T. Wright
  8            v. Forest River, Inc., et al
  9                Docket No. 09-2977
 10                     *   *   *
 11                    (Volume I)
 12         Videotaped Deposition of LAWRENCE
 13     G. MILLER, M.D., 118 Upland Road, Waban,
 14     Massachusetts 02468, taken at the Law
 15     Offices of Frank J. D'Amico, Jr., 622
 16     Baronne Street, New Orleans, Louisiana
 17     70113, on Tuesday, the 10th day of November,
 18     2009.
 19
 20     REPORTED BY:
 21         JAMES T. BRADLE, CCR
             PROFESSIONAL SHORTHAND REPORTERS
 22         (504)529-5255
 23     VIDEOGRAPHER:
 24         BRIAN SOILEAU
             PROFESSIONAL SHORTHAND REPORTERS
 25         (504)529-5255
```

1    Please put your phone on mute.

2    EXAMINATION BY MR. BONE:

3        Q    Just to be clear, after the
4    July meeting with Mr. Wright, you made no
5    recommendations to him for his future care,
6    correct?

7        A    I did not.

8        Q    How long after your meeting with
9    Mr. Wright did you author your initial
10   report in this matter?

11       A    Approximately two to three weeks.

12       Q    Let me hand you what we will mark
13   as Exhibit 2 to the deposition, and would
14   you confirm, Doctor, that that is a true and
15   accurate copy of your July, 2009 report?

16       A    (Reviewing document).  Yes, it is.

17       Q    All right.  Is there anywhere in
18   this report that I can look to that will
19   tell me the extent of the medical records
20   that you reviewed in establishing a medical
21   history for Mr. Wright?

22       A    Only on the first page.  It states
23   that "I have reviewed medical records
24   provided concerning Mr. Wright."  They're
25   the same records provided by the attorneys.