```
                                                                1

 1            UNITED STATES DISTRICT COURT --
 2             EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE:  FEMA TRAILER        MDL NO. 1873
 5    FORMALDEHYDE PRODUCTS       SECTION N(4)
 6    LIABILITY LITIGATION        JUDGE ENGELHARDT
 7    (This document relates
      to "Lyndon Wright v. Forest
 8        River, et al.)
 9                  *  *  *
10
11            VIDEOTAPED DEPOSITION OF DR.
12    CHARLES SHEPARD FIELD, JR., 5330 BANCROFT
13    DRIVE, NEW ORLEANS, LOUISIANA 70122, TAKEN
14    AT HIS HOME ON THE 20TH DAY OF OCTOBER,
15    2009.
16
17
18    REPORTED BY:
19        CATHY RENEE´ POWELL, CCR
          PROFESSIONAL SHORTHAND REPORTERS
20        (504)529-5255
21    VIDEOGRAPHER:
22        BRIAN SOILEAU
          PROFESSIONAL SHORTHAND REPORTERS
23        (504)529-5255
24
25
```

60

1    with Mr. Wright?

2         A.   He came in for a bone density

3    test.  I didn't see him, he just came in for

4    the test April 3.

5              Then I saw him, let's see -- no.

6    I just put a note April 4 about when I read

7    the test, what he had, and then I saw him

8    August 1 of 2003.  That's the next time I

9    saw him.

10        Q.   Okay.  So between his visit of

11   January of '03 and April 11, '03, he had a

12   bone density scan on April 2 of 2003,

13   correct?

14        A.   Well, April 3.

15        Q.   April 3, excuse me.

16             And you reviewed that bone density

17   scan before you met with Mr. Wright on the

18   11th; is that correct?

19        A.   Right.

20        Q.   What were the results of the bone

21   density scan as you interpreted them?

22        A.   He had severe osteoporosis.

23        Q.   Okay.  So you diagnosed Mr. Wright

24   with severe osteoporosis in 2003, correct?

25        A.   Right.

```
 1         Q.    And what is the prognosis for
 2    someone of Mr. Wright's age who has severe
 3    osteoporosis?
 4         A.    What was that again?
 5         Q.    What's the prognosis for someone
 6    of Mr. Wright's age who is diagnosed with
 7    severe osteoporosis?
 8         A.    Well, it's good if you take the
 9    medication.
10         MR. D'AMICO:
11               What is his age at this point,
12    just for the record?
13         THE WITNESS:
14               On his physical, he would be 33, I
15    wrote down on April 11.  Thirty-three.
16               It would be good if they're
17    consistent with taking the medication.
18    EXAMINATION BY MR. BONE:
19         Q.    Okay.  So as long as he follows
20    the treatment regimen that he has been
21    prescribed, he has a good prognosis?
22         A.    Correct.
23         Q.    Would he be limited in his
24    activities based upon his osteoporosis?
25         A.    Limited insofar as he has to
```

1    medical cause and it's going to do what it
2    wants to do.  I don't think there is any way
3    you can really stop it.  But with his
4    osteoporosis, he definitely is at a risk for
5    getting worse.  So he needs to have the
6    osteoporosis vigorously treated.
7         Q.   So due to the fact that he has
8    osteoporosis, in your medical opinion,
9    Doctor, he should be seen by a doctor on a
10   regular basis; is that correct?
11        A.   Right, correct.
12        Q.   And how often would you recommend
13   that he sees a doctor for his osteoporosis?
14        A.   Every year.  Well, even more often
15   than that for his osteoporosis.
16        Q.   Maybe twice a year?
17        A.   At least twice a year.
18        Q.   At least twice a year?
19             The next visit was on August 25,
20   2004?
21        A.   Right, uh-huh.
22        Q.   And you have the word "complete"
23   in a box on your notes.  I assume that means
24   the complete physical you were referring to
25   earlier; is that correct?