**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

BEFORE ME, undersigned notary, did personally come and appear this day, RICHARD A. SPECTOR, M.D., J.D., a person whose identity is known to me. After I administered the oath to him, upon his oath he did state:

All statements contained herein are true and correct and based upon my personal knowledge, education and experience and I am a person of the full age of majority, and I am competent to execute this Affidavit.

Mr. Aaron Z. Ahlquist, Esq.
Class Action Attorney
FRANK J. D'AMICO, JR., APLC
622 Baronne Street
New Orleans, Louisiana 70113

Re:   Lyndon T. Wright

Dear Mr. Ahlquist:

I saw Mr. Wright for the first time on July 20 2009. He presented as a private patient, upon your referral, with complaints of hemoptysis (spitting up blood). This letter to you represents my supplemental report of my assessment, following surgery and including my post-operative care. I have addressed U.S. District Judge Kurt D. Englehardt's order of July 17 2009, specifically addressing issues of expertise and qualifications in my prior report to you.

During my first contact with Mr. Wright, he described his primary reason for our visit, to wit, bloody mucous present with throat clearing upon arising each morning, or after lying down for daytime rests. He expectorates this bloody mucous daily for the last three years, noting the onset of this complaint early in his occupancy of a FEMA-provided trailer post-Katrina. He resided in this trailer from March 2006 though July 2008. He saw no change in this symptom after moving from the trailer. He is very specific that the bloody mucous arises from low in his throat with throat clearing, but not with cough, nose blowing, tooth brushing, or pulling back from nose. He denied nasal symptoms, swallowing problems, pain, and voice changes.

He also described a dry cough while residing in the trailer, but he did not produce any sputum with this cough. The cough receded upon moving from the trailer. He experienced varying degrees

of enlarged glands in his neck, two to three times weekly, during his stay in the trailer. This symptom disappeared upon leaving the trailer. He observed increased symptoms of gastro-esophageal reflux (GERD), characterized as heartburn relieved with Pepcid. He feels the GERD symptoms were post-Katrina, with onset not related temporally to his sojourn in the trailer. He relates history of many prior ear surgeries, with recurrent drainage from his left ear. He believes the frequency of left ear drainage was higher than usual during his stay in the trailer, but does not relate frequency or history of treatments.

I operated on Mr. Wright at Touro Infirmary on July 29, 2009. I enclose a copy of my operative report and the pathologist's report. I also include copies of his pre-operative lab work and throat culture, results that I shall discuss below. My recommendation for surgery was to investigate Mr. Wright's complaints of daily bloody mucous and its association with the mass at the left base of his tongue, found upon my exam of July 20, 2009.

Prior to scheduling surgery, I cultured Mr. Wright's throat to assess sub-clinical infection that might cause bloody throat drainage. The culture grew *Haemophilus influenza*, an infectious organism that may infect adults and children with limited symptoms of its presence. I treated this infection at the time of Mr. Wright's surgery, and thereafter.

I found pre-operative lab work to be normal, including white cell count (WBC). Significant infection usually raises WBC. I cannot relate *Haemophilus influenza* to formaldehyde exposure.

At surgery, I biopsied the tongue mass. Microscopic examination established this mass to be a benign neuroma. Such neuromas are unusual in this location. Neuromas are caused most commonly by trauma, but also may be hereditary. Absent any other neuromas in the skin or subcutaneous tissues, I suspect this tongue base neuroma is a consequence of trauma. The only history of trauma in Mr. Wright's history is tonsillectomy, but this is a most unusual complication of tonsil surgery. Regardless of any supposition of traumatic cause, I cannot attribute this neuroma to the alleged formaldehyde exposure.

I delayed this supplemental report to you to treat his infection, and to allow Mr. Wright to heal from surgery. Upon return to my office on August 6, he reported no further bleeding, but he was not healed from surgery. On return to my office on September 16, he reported the following. He has no nasal/sinus complaints. He felt some wetness in the right ear on one occasion since his last visit. He had two episodes of morning time bloody mucous since his last visit.

On this September 16 visit, I found no sign of infection or discharge in an otherwise clean right ear/mastoid cavity. I found no intranasal pathology. I found no oral, oropharyngeal, nasopharyngeal, hypopharyngeal, or laryngeal pathology, other than the remaining neuroma, and, now healed, surgical biopsy site.

Based upon my medical knowledge, Mr. Wright's history, prior medical records, and medical/surgical examinations, I cannot find a source for his complaint of bloody mucous. In addition, I cannot identify any relationship between his exposure to formaldehyde and his complaint of bloody mucous or ear drainage.

I explained this to Mr. Wright and encouraged him to return early in the morning if the bloody mucous increased in frequency or quantity. I stressed that my primary concern is his health and well-

being and would continue to search for cause if he allowed. I also reminded him that he needs continuing care of the right ear/mastoid cavity, and suggested a routine visit in six months.

Yours truly,

Richard A. Spector, M.D., J.D.

Further Affiant sayeth not.

Sworn and subscribed before me this 21st day of September 2009.

HARRY R. HOLLADAY, Notary Public

(Bar # 06950)  Commission is for life



**TOURO INFIRMARY**
New Orleans' Premier Multi-Specialty Hospital
1401 Foucher Street
New Orleans, LA. 70115-3593 · 504-897-7011

**DEPARTMENT OF PATHOLOGY**

*Patient:* WRIGHT, LYNDON T
*Med Rec #:* (00000)00540395
*Financial #:* 013331836998.
*DOB:* 04/01/70   *Sex:* MALE
*Location:* PRE   *Room/Bed:*

*Physician:* SPECTOR, RICHARD A.
*Admit Date:* 07/28/09   *Patient Type:* O

## COAGULATION

```
COLLECTION DATE:   07/28/09
    DAY OF STAY:   TUE
COLLECTION TIME:     1455
PROCEDURE                                                              UNITS   REF. RANGE
```

**ROUTINE COAGULATION STUDIES**

```
PROTIME      12.1                                                      SEC     [11.3-13.7]
INR          1.00 f
PTT          24.9                                                      SEC     [20.0-35.0]
INR          RECOMMENDED THERAPEUTIC RANGE FOR ORAL ANTICOAGULANT THERAPY
```

```
             INDICATION                                           INR
             ---------------------------------------------------------
             Prophylaxis of venous thrombosis (high-risk surgery)  2.0-3.0
             Treatment of venous thrombosis                         2.0-3.0
             Treatment of pulmonary embolism                        2.0-3.0
             Prevention of systemic embolism: Atrial Fibrillation,  2.0-3.0
                Tissue & heart valves, Acute MI, etc.
             Mechanical prosthetic valves (high risk)              2.5-3.5
```

## GENERAL CHEMISTRY

```
COLLECTION DATE:   07/28/09
    DAY OF STAY:   TUE
COLLECTION TIME:     1455
PROCEDURE                                                              UNITS   REF. RANGE
```

**ELECTROLYTES-METABOLYTES**

```
SODIUM            140                                                  MEQ/L   [135-144]
POTASSIUM         4.2                                                  MEQ/L   [3.4-5.1]
CHLORIDE          103                                                  MEQ/L   [96-108]
CO2               27                                                   MEQ/L   [21-30]
GLUCOSE           107 f                                                MG/DL   [78-110]
BUN-UREAN         12                                                   MG/DL   [7-23]
CREATININE        0.9                                                  MG/DL   [0.5-1.3]
CALCIUM           9.8                                                  MG/DL   [8.4-10.2]
TOTAL PROTEIN     7.9                                                  G/DL    [5.9-8.4]
ALBUMIN           4.4                                                  G/DL    [3.4-5.0]
A/G RATIO         1.3
GLUCOSE                                                                        [0.8-1.7]
```

Legend:
f = Footnote

**CUMULATIVE CHART**

*Dr. SPECTOR, RICHARD A.*
*3434 PRYTANIA STREET*
*SUITE 240*
*NEW ORLEANS     LA 70115*

*Patient:* WRIGHT, LYNDON T
*Printed Date/Time:* 07/29/09   0145
*Discharge Date:* 07/29/09 *Page:* 2
Continued...

LWFR-EXP 14-000008



**TOURO**
I N F I R M A R Y
New Orleans' Premier Multi-Specialty Hospital
1401 Foucher Street
New Orleans, LA. 70115-3593 · 504-897-7011

## DEPARTMENT OF PATHOLOGY

*Patient:* WRIGHT, LYNDON T
*Med Rec #:* (00000)00540395
*Financial #:* 013331836998.
*DOB:* 04/01/70   *Sex:* MALE
*Location:* PRE    Room/Bed:

*Physician:* SPECTOR, RICHARD A.
*Admit Date:* 07/28/09   *Patient Type:* O

## GENERAL CHEMISTRY

COLLECTION DATE:   07/28/09
DAY OF STAY:       TUE
COLLECTION TIME:   1455
PROCEDURE                                                                UNITS   REF. RANGE

**ELECTROLYTES-METABOLYTES**

ANION GAP            10                                                          [8-16]

**ENZYMES**

SGOT(AST)            30                                                  IU/L    [10-40]
SGPT(ALT)            29                                                  IU/L    [10-44]
ALK PHTSE            76                                                  IU/L    [45-122]

**ELECTROLYTES-METABOLYTES**

BILIRUBIN TOT       1.1 H                                                MG/DL   [0.2-1.0]

Legend:
H = High

**CUMULATIVE CHART**

*Patient:* WRIGHT, LYNDON T
*Printed Date/Time:* 07/29/09   0145
*Discharge Date:* 07/29/09 *Page:*   3
END OF REPORT

*Dr. SPECTOR, RICHARD A.*
*3434 PRYTANIA STREET*
*SUITE 240*
*NEW ORLEANS       LA 70115*

LWFR-EXP 14-000009



**I N F I R M A R Y**
New Orleans' Premier Multi-Specialty Hospital
1401 Foucher Street
New Orleans, LA. 70115-3593 · 504-897-7011

### DEPARTMENT OF PATHOLOGY

*Patient:* WRIGHT, LYNDON T
*Med Rec #:* (00000)00540395
*Financial #:* 013331837079.
*DOB:* 04/01/70   *Sex:* MALE
*Location:*          *Room/Bed:* ODST

*Physician:* SPECTOR, RICHARD A.
*Admit Date:* 07/29/09   *Patient Type:* 1

## SPECIAL COAGULATION STUDIES

```
COLLECTION DATE:   07/29/09
    DAY OF STAY:   WED
COLLECTION TIME:   ___0909___
PROCEDURE                                                    UNITS   REF. RANGE

                        PLATELET FUNCTION STUDIES

PFA COL/EPI        172                                         SEC   [63 173]
```

### CUMULATIVE CHART

*Patient:* WRIGHT, LYNDON T
*Printed Date/Time:* 07/31/09   0233
*Discharge Date:* 07/29/09 *Page:* 1
END OF REPORT

Dr. SPECTOR, RICHARD A.
3434 PRYTANIA STREET
SUITE 240
NEW ORLEANS       LA 70115

LWFR-EXP 14-000010



**METROLAB**
A Medical Reference Laboratory
3525 Prytania St., Suite 611
New Orleans, LA. 70115
Office: 504-897-8020  Laboratory: 504-897-5606

*Patient:* WRIGHT, LYNDON
*Med Rec #:* (02215)00089912
*Financial #:*
*DOB:* 04/01/70  *Sex:* MALE
*Location:* METB   Room/Bed:
*Patient's Phone#*         0000
*Physician:* SPECTOR, RICHARD A.
*Admit Date:* 07/20/09

## ROUTINE CULTURES

THROAT CULTURE @                    ACC#: MB-09-16301            COLLECTED: 07/20/09 1641
SOURCE: THROAT                                                    RECEIVED:  07/20/09 1736
                                                                  STARTED:   07/20/09 1747

```
                ***** Final Report *****
                                          07/24/09 0718
HAEMOPHILUS INFLUENZAE (HAEINF) MODERATE GROWTH
GROWTH AFTER 2 DAYS
BETA LACTAMASE NEGATIVE
ALONG WITH NORMAL FLORA CONSISTENT WITH NORMAL UPPER
 RESPIRATORY FLORA

           ***** Susceptibility Report *****
                  HAEINF
                   KB
AMOX/CLAV           S
AMPICILL/SULBAC     S
AMPICILLIN          S
BETA-LACTAMASE   NEGATIVE
CEFTAZIDIME         S
CEFTRIAXONE         S
CEFUROXIME          S
CHLORAMPHENICOL     S
TRIMETH/SULFA       S
```

@ = THROAT CULTURE  = Performed at  TOURO INFIRMARY

*Patient:* WRIGHT, LYNDON

*Printed Date/Time:* 07/27/09  0403

*Deliver To:* SPECTOR, RICHARD A.

**CUMULATIVE-INTERIM CHART**

*Page:* 1

END OF REPORT                                         LWFR-EXP 14-000011

**TOURO**
INFIRMARY
New Orleans' Premier Multi-Specialty Hospital
1401 Foucher Street
New Orleans, LA. 70115-3593 · 504-897-7011

```
NAME:      WRIGHT, LYNDON T
MRN:       (00000)00540395
ACCESSION: C-09-00927
PHYSICIAN: SPECTOR, RICHARD A.
           NONE SPECIFIED
           NONE SPECIFIED
DOB: 04/01/1970
SEX: M
LOC:          ROOM/BED: ODST
```

```
COLLECTION DATE: 07/29/09
RECEIVED DATE:   07/29/09
PRINT DATE:      07/30/2009
```

## FINAL CYTOPATHOLOGY REPORT

(3) 8/3/09

**SPECIMEN:**
NASAL SMEAR

**CLINICAL HISTORY:**
MASS AT BASE OF TONGUE FOR EOSINOPHILS

**GROSS DESCRIPTION:**
RECEIVED ARE TWO SLIDES IN ALCOHOL (ONE WAS AIR DRIED AND STAINED BY HEMATOLOGY PER DR. JOHN OLIVIER AND THE OTHER STAINED IN CYTOLOGY).

**TECHNICAL ADEQUACY OF SPECIMEN:**
SATISFACTORY

**DIAGNOSIS:**
NEGATIVE FOR MALIGNANCY.
SMEARS SHOW NUMEROUS CILIATED COLUMNAR EPITHELIAL CELLS CONSISTENT WITH RESPIRATORY EPITHELIAL CELLS AND THESE SHOW NO SIGNIFICANT ATYPIA. INFLAMMATORY CELLS ARE NOT PROMINENT ALTHOUGH FOCALLY A FEW ARE INTERMIXED WITH MUCOID MATERIAL AND THESE ARE PREDOMINANTLY NEUTROPHILS WITH A MILD COMPONENT OF INTERMIXED EOSINOPHILS.

```
07/30/09    By: OLIVIER, JOHN MD    / JO
BG                   (ELECTRONIC SIGNATURE)
```

Performed at Touro Infirmary

PAGE    1
**END OF REPORT**

**TOURO**
INFIRMARY
New Orleans' Premier Multi-Specialty Hospital
1401 Foucher Street
New Orleans, LA. 70115-3593 · 504-897-7011

NAME: **WRIGHT, LYNDON T**

MRN:  (00000)**00540395**
PFN:  **013331837079.**
ACCESSION: **SP-09-03954**

PHYSICIANS(S): **SPECTOR, RICHARD A.**

COLLECTION DATE: **07/29/09**
RECEIVED DATE:   **07/29/09**
REPORT DATE:     **07/30/2009**

DOB: **04/01/1970**  SEX:  **M**
PT.TYPE:**1**
LOC:          ROOM:       ODST

## SURGICAL PATHOLOGY REPORT

**SPECIMEN DESCRIPTION:**
Base of tongue

**ESSENTIAL CLINICAL DATA:**
Mass on tongue.

⑤ 8/3/09

**FROZEN SECTION DIAGNOSIS:**
No malignancy identified.       (15 mins)    /LBG

07/30/09     By: **MCCARTY, CURT**
CF               Dictating Pathologist

**GROSS DESCRIPTION:**
Received fresh for study by frozen section, and subsequently placed in formalin is a 2 x 1.5 x 0.5 fragment of pink glistening mucosa. The suspected opposing surgical margin has been inked black. There are no lesions identified grossly. The specimen is breadloafed and entirely submitted in two cassettes, including frozen section control.

07/30/09     BY: **MCCARTY, CURT**
CF               Dictating Pathologist

**MICROSCOPIC DESCRIPTION:**
Sections are of stratified squamous mucosa and submucosa from a tongue biopsy. There is focal chronic inflammation. There is no epithelial atypia. There is also focal proliferation of benign spindle cells with elongate, wavy cytoplasm, adjacent to a nerve fiber. Traumatic neuroma is a consideration.

**DIAGNOSIS:**
Base of tongue, biopsy
  - Benign neuroma, consider traumatic neuroma.

T53130, M49770

**ICD9/CPT CODE:**
957.9/88331/88305


07/30/09     By: **GREEN, LYNN MD    / LG**
BG                  (ELECTRONIC SIGNATURE)



Performed at Touro Infirmary

PAGE
END OF REPORT

TWFR-EXP 14-000013

**TOURO INFIRMARY**
**1401 FOUCHER STREET**
**NEW ORLEANS, LA 70115**

| | |
|---|---|
| Patient Name: | Wright, Lyndon T |
| M.R. #: | 0054-03-95 |
| Admit: | 07 29 2009 |
| Date of Procedure: | 07 29 2009 |
| Room #: | |
| Attending Physician: | Richard A. Spector, M.D. |
| Surgeon: | Richard A. Spector, M.D. |

## OPERATIVE REPORT

PREOPERATIVE DIAGNOSES:
1. Neoplasm base of tongue, left.
2. Chronic mastoiditis, right.
3. Chronic maxillary and sphenoid sinusitis.

POSTOPERATIVE DIAGNOSES:
1. By frozen section benign mass tongue base.
2. Chronic mastoiditis.
3. Chronic maxillary and sphenoid sinusitis.

PROCEDURES:
Lingual tonsillectomy, debridement of right mastoid cavity under anesthesia and microscopy, nasal smear for eosinophils.

SURGEON:
Richard A. Spector, M.D.

HISTORY:
Mr. Wright presented to my office about 8 days ago with a 3-year history of hemoptysis characterized as throat clearing with bloody mucus, expectorated with arising from supine position overnight and should be taken out He had no other associated symptoms of dysphagia, odynophagia, or voice changes. Workup included examination in the office where a 1.5 cm soft mass was found at the base of the left side of the tongue confirmed by CT scan as a nonvascular mass measuring 1.6 x 1.7 cm with no pathologic lymphadenopathy. He had CT evidence of mucosal thickening in the maxillary and sphenoid sinuses bilaterally. Parenthetically, he had chronic cholesteatomatous right mastoid for which he rarely sought help because he was always hurt and caused bleeding with cleaning.

PROCEDURE IN DETAIL:
He was brought to the operating room, placed on the table in supine position. General endotracheal anesthesia was established. The head and torso were draped in a clean fashion. The purpose of the procedure was to establish diagnosis of the mass at the base of tongue in an effort to understand whether this was neoplastic and/or the cause of the hemoptysis. While it was noted in the office that he had decreased motion of the mandible and relative trismus, the degree of trismus in the operating room was quite marked. With gentle pressure, I could not separate the incisors by more than 1 point 2-cm and could not get instrumentation or either my finger far enough to the back of his throat to visualize the mass. Utilizing a side-biting mouth gag and tenuous pressure, I was able to open the entrance size of distance to approximately 1.5 to 1.7 cm This was just enough to get instrumentation in and with a cloverleaf tongue blade, I was able to visualize the mass as erosion of the base the tongue. The mass was grasped with straight Allis forceps. So, it could be pulled upward from the base. Then using Metzenbaum scissors alternating with Bovie cautery, the mass was dissected from the tongue base excising approximately 1 to 1.2 cm of the mass and controlling the bleeding as the procedure progressed. The mass was sent for frozen section. The mouth gag was relaxed and the jaw was brought back into its normal position.

While awaiting frozen section, the dissecting microscope was used to remove cholesteatomatous debris from the external auditory canal and mastoid cavity. Some of this debris was dry and peeled up nicely, some at the apex of the mastoid dissection was still macerated. No bleeding was created by the debridement and the mastoid cavity was completely clean at the termination of procedure

History for nasal disease was mixed. At the time of my visit, Mr. Wright had no complaints of nasal obstruction, though he had pale, boggy turbinates and a deviated septum. He had had a prior history of sinusitis, treated apparently successfully and

Page 1 of 2

OPERATIVE REPORT

| | | |
|---|---|---|
| **TOURO INFIRMARY**<br>**1401 FOUCHER STREET**<br>**NEW ORLEANS, LA 70115** | Patient Name:<br>M.R. #:<br>Admit:<br>Date of Procedure:<br>Room #:<br>Attending Physician:<br>Surgeon: | Wright, Lyndon T<br>0054-03-95<br>07/29/2009<br>07/29/2009<br><br>Richard A. Spector, M.D.<br>Richard A. Spector, M.D. |

OPERATIVE REPORT

it had some chemical exposure in the past. Swabbed the nasal interior. The swabs were then smeared on slides and placed in 95% alcohol for eosinophilia.

Frozen section returned as benign tissue and rather than studied further I asked pathology to keep the rest and study it permanently. Therefore, plans for panendoscopy were abandoned. The patient was allowed to awaken. He was extubated, awake and asked to open and close his mouth, which he did opening even more widely than I was able to with the mouth gag. He was then brought to recovery having tolerated the procedure well and evidencing no complications

Unreviewed, Chart Copy Only. DO NOT SIGN


Richard A. Spector, M.D.

RAS mdq
Date/Time Dictated 07/29/2009/12:19 P
Date/Time Transcribed 07/29/2009 1:25 P
ChartScript Doc #: 673711
TLD #: 000029778
Dictated by: Richard A. Spector, M.D.
cc:    Richard A. Spector, M.D.
0