```
                                                                  1


   1                 UNITED STATES DISTRICT COURT

   2                 EASTERN DISTRICT OF LOUISIANA

   3

   4

   5

   6    IN RE:  FEMA TRAILER          MDL NO. 1873

   7    FORMALDEHYDE PRODUCTS         SECTION "N"(4)

   8    LIABILITY LITIGATION          JUDGE ENGELHARDT

   9

  10                     *   *   *

  11

  12          VIDEOTAPED DEPOSITION OF LYNDON WRIGHT,

  13    3417 SOUTH CLAIBORNE AVENUE, APARTMENT 5,

  14    NEW ORLEANS, LOUISIANA 70113, TAKEN AT THE

  15    OFFICES OF FRANK D'AMICO, 622 BARONNE

  16    STREET, NEW ORLEANS, LOUISIANA 70130, ON THE

  17    10TH DAY OF JULY, 2009.

  18    REPORTED BY:

  19         CATHY RENEE´ POWELL, CCR
             PROFESSIONAL SHORTHAND REPORTERS
  20         (504)529-5255

  21    VIDEOGRAPHER:

  22         BRIAN SOILEAU
             PROFESSIONAL SHORTHAND REPORTERS
  23         (504)529-5255

  24

  25
```

1   for?
2        A.   Maintenance engineer.
3        Q.   And what were your job
4   responsibilities, as you understood them, as
5   a maintenance engineer with the City of New
6   Orleans?
7        A.   Maintaining the HVAC system.
8        Q.   At what building?
9        A.   The Civil District Court building.
10       Q.   After that two-week period after
11  Katrina, did your job responsibilities with
12  the City change?
13       A.   No.
14       Q.   So it was still the anticipation,
15  as you understood it with the City, that you
16  would be the maintenance engineer for the
17  HVAC system at Civil District Court?
18       A.   That's correct.
19       Q.   The only change was that you were
20  now going to be working a 12-hour shift
21  instead of an 8-hour shift?
22       A.   That's correct.
23       Q.   How many days a week did you work
24  a 12-hour shift?
25       A.   Seven.

```
1          Q.   How long was it that you were
2     working seven days a week, 12 hours a day
3     with the City of New Orleans?
4          A.   I think it ended probably December
5     or January of '07.  December of '06 or
6     January of '07.
7          Q.   So from October of '05 until as
8     late as January of '07, you were working
9     seven days a week, 12-hour shifts?
10         A.   That's correct.
11         Q.   During the period from October of
12    '05 until January of '07, did you ever work
13    at the Hyatt?
14         A.   No.
15         Q.   There was never a time that you
16    were called in to do any work at the Hyatt
17    complex, is that true --
18         A.   Correct.
19         Q.   -- during that period of time,
20    from October of '05 until January of '07?
21         A.   No.
22         Q.   Is that a true statement?
23         A.   Is what a true statement?
24         Q.   That you didn't go in to do work
25    from October of '05 until January of '07.
```

```
 1    back to work at the Hilton as we sit here
 2    today; is that correct?
 3              At the Hyatt, excuse me.  I knew I
 4    would get those two confused.
 5         A.   That I have gone back -- yeah.  I
 6    was rehired in July of '07.
 7         Q.   All right.  What is your work
 8    schedule like presently with the Hyatt?
 9         A.   Two midnights, 11:00 to 7:30, and
10    two evenings, 3:00 to 12:00.
11         Q.   So you work four days a week,
12    essentially, what, nine-hour shifts?
13         A.   About eight.
14         Q.   Eight-hour shifts?
15         A.   Yes.
16         Q.   Do you still work at the City of
17    New Orleans?
18         A.   Yes, I do.
19         Q.   When did you first go back on duty
20    these four nights a week or these four days
21    a week at Hyatt?  Was it July of '07 or was
22    it after that?
23         A.   No, really about two weeks ago.
24         Q.   Two weeks ago?
25         A.   Yes.
```

```
1          Q.   That's when you started this
2    particular full-time schedule?
3          A.   Yes.
4          Q.   Before that, from the time you
5    were rehired, or hired back, I guess it
6    would be, what was your schedule like before
7    you went to this four-day schedule?
8          A.   The schedule was pretty much
9    bounced around, my schedule for the CDC.  So
10   times I had to work at the CDC from 7:00 to
11   3:00, I would probably go to the Hyatt from
12   11:30 to 12 o'clock.
13              The evenings, I would probably go
14   in at midnight at the Hyatt to accommodate
15   the evening hours at the CDC.
16         Q.   So even in 2008, from July of 2007
17   forward --
18         A.   Okay.  From --
19         Q.   I'm just trying to get an idea of
20   the actual hours you were working from the
21   time you actually physically went back to
22   the Hyatt through today.  Okay?
23         A.   Okay.  That schedule was like that
24   until December of '08.
25         Q.   So the schedule was that you were
```

```
 1   working how many days a week with Hyatt
 2   from --
 3        A.   That was five days --
 4        MR. D'AMICO:
 5             Let him finish.
 6   EXAMINATION BY MR. BONE:
 7        Q.   From July of '07 until December of
 8   '08.
 9        A.   It was five days a week.
10        Q.   How many -- eight-hour shifts?
11        A.   Yes.
12        Q.   And from July of '07 until
13   December of '08 at the City of New Orleans,
14   was that also five days, eight-hour shifts?
15        A.   Yes.
16        Q.   Now, was there a reason you were
17   cut back to four days a week at the Hyatt?
18        A.   Budget.
19        Q.   Budget?
20        A.   Yeah.
21        Q.   And do you still work five days a
22   week, eight-hour shifts at the City of New
23   Orleans?
24        A.   That's correct.
25        Q.   So you're working -- from July of
```

194

```
 1    '07 until December of '08, you were working
 2    an 80-hour week?
 3         A.   That's correct.
 4         Q.   And from December of '08 through
 5    today, you work about a 72-hour week?
 6         A.   I just started two weeks ago, so
 7    about --
 8         Q.   Okay.  When you were with the
 9    Hyatt, were you ever -- during the time
10    period from July '07, were you ever required
11    to be out of town for any reason?
12         A.   Required to be out of town
13    job-related?
14         Q.   Yes.
15         A.   No.
16         Q.   Do you have to drive a lot for
17    business-related activities?
18         A.   No.
19         Q.   When you were living in the unit,
20    the trailer, were you cooking for yourself
21    or would you typically bring food in?
22         A.   It was -- I would buy food and
23    cook, so it wasn't one-sided.
24         Q.   So during the course of your
25    occupancy, you would both cook for yourself
```

1       A.   Yes.  My eyes got extremely
2   irritated.
3       Q.   You had irritation to your eyes.
4   Did you have any other problems?
5       A.   I sneezed, and like a tickle in my
6   throat, coughing.  I took me some allergy
7   medicine for about a week, I think, and
8   everything subsided.
9       Q.   You take over-the-counter allergy
10  medicines --
11      A.   Yes, I just go to the store, the
12  Walgreens brand.
13      Q.   And within a couple of weeks, the
14  symptoms subsided as before?
15      A.   Yes.
16      Q.   Now, as we sit here today, you're
17  working more than you ever worked in your
18  life, correct?
19      A.   Yes.
20      Q.   You're working more hours than you
21  ever worked in your life, correct?
22      A.   With having two jobs, yes.
23      Q.   And you're earning more money than
24  you ever earned in your life before,
25  correct?

1       A.   Yes.

2       Q.   The amount of money you made last

3  year was approximately $76,000, wasn't it?

4       A.   $72,000.

5       Q.   $72,000.  And that was from

6  payments from the City of New Orleans and

7  the Hyatt for the work that you were

8  performing, correct?

9       A.   That's correct.

10      Q.   What is your anticipated income

11 for this year?

12      A.   Probably $60,000.

13      Q.   Okay.  In 2008, Hyatt Corporation

14 paid you $41,822.60.  Did you work for Hyatt

15 the entire year of 2008?

16      A.   Yes.  I was employed in '07, yes.

17      Q.   In 2009, do you expect to make the

18 same amount of money or an equivalent amount

19 of money with Hyatt?

20      A.   No.

21      Q.   And is that due to the budgetary

22 cutbacks you told me about?

23      A.   Yes.

24      Q.   The City of New Orleans, after

25 last year, did you receive a pay increase?

```
 1          A.   The amount I'm earning right
 2   now --
 3          MR. D'AMICO:
 4              Do you understand the question?
 5          THE WITNESS:
 6              Can you repeat the question?
 7   EXAMINATION BY MR. BONE:
 8          Q.   Sure.  Is there any reason you can
 9   think of as you sit here today that the
10   amount that you are earning, as we sit here,
11   that you have reported, that has been
12   reported, $72,000 from last year, that you
13   will not earn a commensurate amount of
14   money, in other words, the same amount of
15   money in the future?
16          A.   In the future at any given time?
17          Q.   Sure.
18          A.   I think my pay will probably go
19   down.  Yeah, I think it would go down.
20          Q.   Why?
21          A.   I would have to say due to health
22   reasons.
23          Q.   And what health reasons, as we sit
24   here today, have prevented you from earning
25   the $72,000 that you earned?
```

```
 1        A.   Well, at this particular time,
 2   it's more of a budget thing, but you said at
 3   any given time if I thought I would make
 4   less.
 5        Q.   Sure.  Is there anything that you
 6   know today that makes you believe you will
 7   earn less money in the future?
 8        A.   That I know today?
 9        Q.   Yes.
10        A.   Yes.  Because I was diagnosed with
11   asthma, so I'm quite sure that's going to
12   progressively -- well, progress into
13   something more where it limits me to work.
14        Q.   Okay.  You believe you have been
15   diagnosed with asthma?
16        A.   Yes.
17        Q.   And who told you that?
18        A.   And independent doctor for the
19   defense.
20        Q.   Has anyone else told you that?
21        A.   No.
22        MR. D'AMICO:
23             Object to that phrase.  I object
24   to that phrase.
25        MR. McCLENDON:
```