UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Lyndon T. Wright v. Forest River, Inc., et al* | * | |
| Docket No. 07-9228 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S STATEMENT OF THE MATERIAL FACTS AS TO WHICH THERE IS
NO GENUINE ISSUE TO BE TRIED WITH REGARD
TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT WITH
RESPECT TO CERTAIN AFFIRMATIVE DEFENSES
OF FOREST RIVER, INC.**

Pursuant to Local Rule 56.1, Plaintiff Lyndon Wright sets forth the following Statement of the Material Facts as to which the moving party contends there is no genuine issue to be tried with regard to Plaintiff's Motion for Partial Summary Judgment with Respect to Certain Affirmative Defenses of Forest River, Inc. ("Forest River"):

1. Plaintiff lived in a travel trailer manufactured by Forest River.

2. Forest River has filed and Answer, Ct. Rec. 10041, alleging inter alia, that the travel trailer did not have any defect (Sixth Defense, page 26), and was not in a defective (Tenth Defense, page 27).

3. Formaldehyde gas is colorless.

4. Plaintiff has not signed anything that would constitute an estoppel, release or waiver with regard to Forest River.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'
        STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        MIKAL WATTS, Texas # 20981820
        ROBERT BECNEL
        DENNIS REICH, Texas # 16739600

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

            s/Gerald E. Meunier
            GERALD E. MEUNIER, #9471