# Transcript of the Testimony of
# Videotaped Deposition of Lyndon Wright

### Date taken: July 10, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "B"

1    cruise ship that was docked out at the
2    riverfront?
3         A.   That's correct.
4         Q.   How long did you live on that
5    cruise ship?
6         A.   I would say roughly between
7    October of '05 to about March of '06.
8         Q.   And why was it that you came to
9    leave the cruise ship?  Was the cruise ship
10   leaving or were you -- was there a lease
11   period and they said you have to leave after
12   this point in time?  Why was it you got off
13   the ship?
14        A.   The cruise ship was leaving.
15        Q.   And at that time, when you left
16   the cruise ship, where did you go after
17   that?
18        A.   At that time, that's when I had
19   the trailer.
20        Q.   Let's talk about the period from
21   October '05 to March '06.
22             Did you, in fact, work at the
23   Hyatt during that period?
24        A.   No.
25        Q.   So other than going in and being

Page 96

1   the trailer, inspected it, made sure it was
2   on the blocks, I guess.  Showed me how the
3   electrical was tied into the temporary pole.
4   We went inside the trailer.
5            Pretty much checked off everything
6   was in working order.  I had water, the
7   electricity was working.  Just pretty much
8   went over the checklist of everything in the
9   trailer.
10       Q.   So you initially took a walk
11  around the outside of the trailer to look at
12  it, correct?
13       A.   Yes.
14       Q.   Did you notice anything at that
15  point unusual to you that you commented to
16  the person from FEMA about?
17       A.   No.
18       Q.   Did you have the chance yourself
19  to look at the unit from the outside before
20  you went into the interior?
21       A.   Yes.
22       Q.   So I take it from the fact that
23  you didn't say anything to the folks from
24  FEMA that you didn't see anything that you
25  thought was out of the ordinary?

Page 97

1      A.    Out of the ordinary on the
2   outside?  No.
3      Q.    Did you notice any damage to the
4   unit from the outside?
5      A.    No.
6      Q.    Now, once you had done the initial
7   visual inspection of the exterior, did you
8   move to the interior of the unit?
9      A.    Yes.
10     Q.    Take me through, when you went to
11  the interior of the unit, did they show you,
12  for example, this is the bedroom, this is
13  the bathroom, they checked whether the water
14  was functioning.
15           Did they show you the stove as
16  well?
17     A.    That's correct.
18     Q.    Did they show you how the propane
19  system operated?
20     A.    No.
21     Q.    Do you recall being shown the
22  refrigerator and that it was operating?
23     A.    Yes.
24     Q.    Did anyone light the pilot light
25  on the stove for you or did you do that

1   newer trailers. But I don't remember
2   actually going over this checklist. He had
3   this already, but for me to say he went over
4   this one by one with me, he didn't.
5       Q.  With respect to when you actually
6   observed the interior of the unit during
7   that first meeting, did you see any signs of
8   damage to the unit on the interior?
9       A.  No.
10      MR. BONE:
11          I think we're down to two minutes,
12  we will go ahead and change the tape.
13      THE VIDEOGRAPHER:
14          Off the record; it is 10:28.
15      (Recess.)
16      THE VIDEOGRAPHER:
17          We're back on the record; it's
18  10:37, the beginning of Tape 2.
19  EXAMINATION BY MR. BONE::
20      Q.  Mr. Wright, when we left off, we
21  were talking about the initial meeting with
22  the folks who delivered the keys to you for
23  the trailer.
24          Was there anything unusual to you
25  about that initial inspection of the unit

Page 103

1    that you went through with the folks from
2    FEMA?
3         A.   Unusual?  At the time, no.
4         Q.   Did you express any to these folks
5    who gave you the unit about any problems
6    that you thought you might have while living
7    in the unit?
8         A.   At the initial meeting?
9         Q.   Yes.
10        A.   No.
11        Q.   Before the folks from FEMA left,
12   did they indicate to you that there was a
13   number you could call if you had any
14   problems?
15        A.   A maintenance number, yes.
16        Q.   So they gave you a number and told
17   you that if you had any problems with the
18   unit to call that number, correct?
19        A.   That's correct.
20        Q.   Did you have access to a phone at
21   that point in time?
22        A.   Yes.
23        Q.   Did you carry a cell phone?
24        A.   Yes, cell phone.
25        Q.   Do you still have that same cell

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Lyndon Wright

Page 132

```
 1        Q.   Did you ever ask FEMA for a new
 2   unit?
 3        A.   No.
 4        Q.   By the summer of 2008, which I
 5   believe was around the last time that you
 6   lived in the unit, correct --
 7        A.   Yes.
 8        Q.   -- July of 2008 was the last time
 9   you lived in the unit?
10        A.   Yes.
11        Q.   By the summer of 2008, had the
12   smell changed in any way?
13        A.   No.  It was just a constant odor.
14   It didn't change.
15        Q.   So from --
16        A.   I mean, I was always deodorizing.
17   It never changed.
18        Q.   So from the time you first noticed
19   it in the winter of 2006 until the time you
20   moved out in the summer of 2008, the smell
21   didn't change in the way it smelled,
22   correct?
23        A.   No, it was just a constant odor,
24   yes.
25        Q.   I'm saying it was the same smell?
```

Page 258

1    the lower left-hand --
2         A.   I don't know.
3         Q.   Okay.  This is a document that was
4    created when the trailer was inspected,
5    right?
6         A.   Yes.  I signed her name.
7         Q.   Your mom was not present at the
8    inspection of the unit, right?
9         A.   No.
10        Q.   It was just you acting on her
11   behalf?
12        A.   Yes.
13        Q.   Okay.  Now, you see the name
14   that's to the right of your mother's name,
15   "M.B. Weddington," you see that?
16        A.   Weddington, yes.
17        Q.   Is that the person who walked
18   around the trailer with you at that time?
19        A.   That's correct.
20        Q.   And is the date accurate,
21   February 13, 2006, for the inspection of the
22   trailer?
23        A.   Approximately.
24        Q.   Okay.  You had walked around the
25   exterior of the trailer prior to signing

1   this, right, signing your mother's name to
2   Exhibit 8?
3       A.   Yes.
4       Q.   Okay.  And you had also gone
5   inside of the trailer prior to signing
6   Exhibit 8, right?
7       A.   Yes.
8       Q.   And I believe you indicated to
9   Mr. Bone that you had driven by one day and
10  saw that the trailer was there and that was
11  your first notice that a trailer had been
12  installed at the 2315 Seminole Lane
13  property; is that right?
14      A.   Yes.  Because there was issues
15  with the fence being up.
16      Q.   Yes, sir.
17      A.   So they tried delivering it one
18  time and there wasn't enough room.  So I had
19  to take the rest of the fence down.  But
20  there was no real date of when they was
21  bringing the trailer, so I happened to be
22  passing and I noticed.
23      Q.   Okay.  The trailer was set up in
24  the backyard, right?
25      A.   That's correct.

```
 1   is and stuff?
 2        Q.   Yes.  When you unhitch it from a
 3   truck, that would be either what would fold
 4   out or you could put it under the tongue so
 5   that it doesn't tip over or whatever.
 6             Was that folded out, or anything
 7   up underneath the tongue that was supporting
 8   any weight of the trailer at the time you
 9   saw it on February 13, 2006?
10        A.   I don't recall that.
11        Q.   You don't remember seeing a jack
12   anywhere under the trailer --
13        A.   All I remember is seeing a big
14   blue knob like you sit it on a truck and the
15   truck would take it.  I didn't see, like, no
16   jack or nothing.
17        Q.   Okay.  The knob being where the
18   hitch goes, right?
19        A.   Yes.
20        Q.   Okay.  Was the trailer level at
21   the time you inspected it or participated in
22   the inspection on February 13, 2006?
23        A.   What about?
24        Q.   Was it level?
25        A.   Yes.
```

1    2006?  Was it cold or raining, anything like
2    that?
3         A.   I don't recall it.
4         Q.   Okay.  Do you recall seeing any
5    leaks at the time of the inspection,
6    February 13, 2006, or any evidence that
7    water had leaked into the trailer?
8         A.   No.
9         Q.   Okay.  At that point in time, you
10   did not have the problem with water coming
11   in through the door, right?
12        A.   No, not at that time.
13        Q.   That happened later, correct?
14        A.   Yes.
15        Q.   Did you observe any holes in the
16   trailer, like from the inside you might see
17   daylight coming in from the outside or
18   something like that?
19        A.   No.
20        Q.   Did you smell anything unusual at
21   that time, February 13, 2006?
22        A.   It had like this new smell.
23        Q.   Like a new car smell?
24        A.   Yeah.
25        Q.   Now, is the new smell the same as