

**CROWN**
ROOFING SERVICES, INC.
Roofing & Sheet Metal Contractor

November 24, 2009

In Re:       <u>FEMA Trailer Formaldehyde Products Liability</u>
Plaintiff

v.

This document relates to Lyndon T. Wright
No. 09-2977

EXHIBIT
"D"

• 5 East Third Street  ▪  Kenner, LA  70062  •  (504) 464-4644  •  Fax (504) 468-2094  •

CROWN 000001

ATMPT #1 DATE: _2/11_          ATMPT #2 DATE. _2/11_          ATMPT #3 DATE: _____
ATMPT #1 TIME: _11:00_          AT. .T #2 TIME: _12:30_          ATM: .#3 TIME: _____

1st Insp Date: 01/19/08

## AME PREVENTATIVE MAINTENANCE INSPECTION FORM
### 12501212

Do Not Inspect Before.   02/03/05

| PM INSPECTION NUMBER | 90896 | | |
|---|---|---|---|
| PM INSPECTION DATE | 2/13/08 | SITE CONTROL # | SC-03-011544 |
| | | PHONE NUMBER | (504) 523-4973 |
| TENANTS NAME | BOBBIE WRIGHT | Joshua Bowman TECHNICIAN | #95 |
| STREET ADDRESS | 2315 SEMINOLE LN | MANUFACTURER | Forest River, Inc |
| CITY, ZIP CODE | NEW ORLEANS, 70125 | MODEL | . |
| PARISH | Orleans | | |
| VIN | 4X4TSMH296C008992 | BAR CODE | 1277021 |

| | Pass | Fail | Comments |
|---|---|---|---|
| Propane Tanks / Cover / Detectors | ☑ | ☐ | |
| Unit Level / Foundation Supports / Anchor Straps | ☑ | ☐ | |
| Exterior Lights / Siding / Windows | ☑ | ☐ | |
| Water Supply Connections | ☑ | ☐ | |
| Sewer Connections / Holding Tanks | ☑ | ☐ | |
| Elec. Service Panel | ☑ | ☐ | |
| Steps / Ramps / Handrails / Deck | ☑ | ☐ | |
| Exterior Door(s) / Locks / Hardware | ☑ | ☐ | |
| Fire Extinguisher - Present/Charged | ☑ | ☐ | |
| Smoke / LP / CO Detectors | ☑ | ☐ | |
| Flooring / Walls / Ceilings / Window Covering | ☑ | ☐ | |
| Glass - Mirrors / Doors / Hardware | ☑ | ☐ | |
| Light Fixtures / Receptacles / Switches / GFCI | ☑ | ☐ | |
| Cabinets - Doors / Drawers | ☑ | ☐ | |
| Plumbing Fixtures / Pipes / Sinks | ☑ | ☐ | |
| Beds / Furniture / Cushions / Mattresses | ☑ | ☐ | |
| Shower / Tub Fixtures / Enclosures / Hand Rails | ☑ | ☐ | |
| Toilet - Connection / Floor Mount | ☑ | ☐ | |
| Cooktop / Range / Vent / Microwave | ☑ | ☐ | |
| Refrigerator / Water Heater | ☑ | ☐ | |
| HVAC Unit / Thermostat / Filter | ☑ | ☐ | |
| Interior Electrical Panel / Fuses | ☑ | ☐ | |
| Other: | ☐ | ☐ | |

| Technician: | _(signature)_ | Print Name: Joshua Bowman | Date 2/13 |
|---|---|---|---|
| Resident: | _(signature)_ Bobbie Wright | Print Name: Bobbie Wright | Date 2/13 |

OCCUPANT REQUIRED TO REPORT ALL FINDINGS FOR "REPAIRS REQUIRED" AS NOTED ABOVE TO
MAINTENANCE CALL CENTER
24/7 Maintenance / Deactivation Service Contact Number
1-800-316-5305

WHITE COPY TO AME, YELLOW COPY TO SUB, PINK COPY TO FEMA, GOLD COPY TO RESIDENT

CROWN 000007

*3/16*
*13:25*                                            *3/22*
                                                   *8:45*

## AME PREVENTATIVE MAINTENANCE INSPECTION FORM

| PM INSPECTION NUMBER | 86198 | SITE CONTROL # | |
| PM INSPECTION DATE | 3/22/08 | PHONE NUMBER | |
| TENANTS NAME | | TECHNICIAN | *95* |
| STREET ADDRESS | | MANUFACTURER | |
| CITY, ZIP CODE | | MODEL | |
| PARISH | | | |
| VIN | | BAR CODE | |

| | Pass | Fail | Comments |
|---|---|---|---|
| Propane Tanks / Cover / Detectors | ☑ | ☐ | |
| Unit Level / Foundation Supports / Anchor Straps | ☑ | ☐ | |
| Exterior Lights / Siding / Windows | ☑ | ☐ | |
| Water Supply Connections | ☑ | ☐ | |
| Sewer Connections / Holding Tanks | ☑ | ☐ | |
| Elec. Service Panel | ☑ | ☐ | |
| Steps / Ramps / Handrails / Deck | ☑ | ☐ | |
| Exterior Door(s) / Locks / Hardware | ☑ | ☐ | |
| Fire Extinguisher - Present/Charged | ☑ | ☐ | |
| Smoke / LP / CO Detectors | ☑ | ☐ | |
| Flooring / Walls / Ceilings / Window Covering | ☑ | ☐ | |
| Glass - Mirrors / Doors / Hardware | ☑ | ☐ | |
| Light Fixtures / Receptacles / Switches / GFCI | ☑ | ☐ | |
| Cabinets - Doors / Drawers | ☑ | ☐ | |
| Plumbing Fixtures / Pipes / Sinks | ☑ | ☐ | |
| Beds / Furniture / Cushions / Mattresses | ☑ | ☐ | |
| Shower / Tub Fixtures / Enclosures / Hand Rails | ☑ | ☐ | |
| Toilet - Connection / Floor Mount | ☑ | ☐ | |
| Cooktop / Range / Vent / Microwave | ☑ | ☐ | |
| Refrigerator / Water Heater | ☑ | ☐ | |
| HVAC Unit / Thermostat / Filter | ☑ | ☐ | |
| Interior Electrical Panel / Fuses | ☑ | ☐ | |
| Other: | ☐ | ☐ | |

| Technician: | _Signature_ | Joshua Bowma _Print Name_ | 3/22 _Date_ |
| Resident: | Lyndon Wright _Signature_ | Lyndon Wright _Print Name_ | 3/22/08 _Date_ |

**OCCUPANT REQUIRED TO REPORT ALL FINDINGS FOR "REPAIRS REQUIRED" AS NOTED ABOVE TO MAINTENANCE CALL CENTER**

24/7 Maintenance / Deactivation Service Contact Number
**1-800-316-5305**

WHITE COPY TO AME, YELLOW COPY TO SUB, PINK COPY TO FEMA, GOLD COPY TO RESIDENT

CROWN 000009

ATMPT #1 DATE: 4/7        AT  PT #2 DATE: 4/19       ATMPT #3 DATE: _____
ATMPT #1 TIME: 1:40       A...PT #2 TIME: 2:50       ATM.  #3 TIME: _____

ast Insp Date: 03/22/08

## AME PREVENTATIVE MAINTENANCE INSPECTION FORM
### 12502010

Do Not Inspect Before:   04/06/08

| | | | |
|---|---|---|---|
| PM INSPECTION NUMBER | 90753 | SITE CONTROL # | SC-03-011544 |
| PM INSPECTION DATE | 4/19/08 | PHONE NUMBER | (504) 523-4973 |
| TENANTS NAME | BOBBIE WRIGHT | TECHNICIAN Joshua Bowman | # 98 |
| STREET ADDRESS | 2315 SEMINOLE LN | MANUFACTURER | Forest River, Inc. |
| CITY, ZIP CODE | NEW ORLEANS, 70125 | MODEL | |
| PARISH | Orleans | | |
| VIN | 4X4TSMH296C008992 | BAR CODE | 1277021 |

| | Pass | Fail | Comments |
|---|---|---|---|
| Propane Tanks / Cover / Detectors | ☑ | ☐ | |
| Unit Level / Foundation Supports / Anchor Straps | ☑ | ☐ | |
| Exterior Lights / Siding / Windows | ☑ | ☐ | |
| Water Supply Connections | ☑ | ☐ | |
| Sewer Connections / Holding Tanks | ☑ | ☐ | |
| Elec. Service Panel | ☑ | ☐ | |
| Steps / Ramps / Handrails / Deck | ☑ | ☐ | |
| Exterior Door(s) / Locks / Hardware | ☑ | ☐ | |
| Fire Extinguisher - Present/Charged | ☑ | ☐ | |
| Smoke / LP / CO Detectors | ☑ | ☐ | |
| Flooring / Walls / Ceilings / Window Covering | ☑ | ☐ | |
| Glass - Mirrors / Doors / Hardware | ☑ | ☐ | |
| Light Fixtures / Receptacles / Switches / GFCI | ☑ | ☐ | |
| Cabinets - Doors / Drawers | ☑ | ☐ | |
| Plumbing Fixtures / Pipes / Sinks | ☑ | ☐ | |
| Beds / Furniture / Cushions / Mattresses | ☑ | ☐ | |
| Shower / Tub Fixtures / Enclosures / Hand Rails | ☑ | ☐ | |
| Toilet - Connection / Floor Mount | ☑ | ☐ | |
| Cooktop / Range / Vent / Microwave | ☑ | ☐ | |
| Refrigerator / Water Heater | ☑ | ☐ | |
| HVAC Unit / Thermostat / Filter | ☑ | ☐ | |
| Interior Electrical Panel / Fuses | ☑ | ☐ | |
| Other: | ☐ | ☐ | |

Technician: _Signature_        Joshua Bowman   _Print Name_   4/19 _Date_

Resident: _Signature_        Lyndon Wright   _Print Name_   4/19/08 _Date_

OCCUPANT REQUIRED TO REPORT ALL FINDINGS FOR "REPAIRS REQUIRED" AS NOTED ABOVE TO MAINTENANCE CALL CENTER

24/7 Maintenance / Deactivation Service Contact Number
1-800-316-5305

WHITE COPY TO AME, YELLOW COPY TO SUB, PINK COPY TO FEMA, GOLD COPY TO RESIDENT

CROWN 000010

## CROWN ROOFING PREVENTATIVE MAINTENANCE INSPECTION FORM

| PM INSPECTION NUMBER | 132972 _0374_ | SITE CONTROL # | SC-03-011544 _12_ | No A |
|---|---|---|---|---|
| PM INSPECTION DATE | 6 9 08 | PHONE NUMBER | (504)5234973/ | |
| TENANTS NAME | BOBBIE WRIGHT | TECHNICIAN | SM Morgan | |
| STREET ADDRESS | 2315 SEMINOLE LN | MANUFACTURER | WO# 12502740 | |
| CITY, ZIP CODE | NEW ORLEANS 70125- | MODEL | travel trailer | |
| PARISH | Orleans | | | |
| VIN | 4X4TSMH296C008992 | BAR CODE | 1277021 | |

| | Pass | Fail | Comments |
|---|---|---|---|
| Propane Tanks / Cover / Detectors | ☒ | ☐ | |
| Unit Level / Foundation Supports / Anchor Straps | ☒ | ☐ | |
| Exterior Lights / Siding / Windows | ☒ | ☐ | |
| Water Supply Connections | ☒ | ☐ | |
| Sewer Connections / Holding Tanks | ☒ | ☐ | |
| Elec. Service Panel | ☒ | ☐ | |
| Steps / Ramps / Handrails / Deck | ☒ | ☐ | |
| Exterior Door(s) / Locks / Hardware | ☒ | ☐ | |
| Fire Extinguisher - Present/Charged | ☒ | ☐ | |
| Smoke / LP / CO Detectors | ☒ | ☐ | |
| Flooring / Walls / Ceilings / Window Covering | ☒ | ☐ | |
| Glass - Mirrors / Doors / Hardware | ☒ | ☐ | |
| Light Fixtures / Receptacles / Switches / GFCI | ☒ | ☐ | |
| Cabinets - Doors / Drawers | ☒ | ☐ | |
| Plumbing Fixtures / Pipes / Sinks | ☒ | ☐ | |
| Beds / Furniture / Cushions / Mattresses | ☒ | ☐ | |
| Shower / Tub Fixtures / Enclosures / Hand Rails | ☒ | ☐ | |
| Toilet - Connection / Floor Mount | ☒ | ☐ | |
| Cooktop / Range / Vent / Microwave | ☒ | ☐ | |
| Refrigerator / Water Heater | ☒ | ☐ | |
| HVAC Unit / Thermostat / Filter | ☒ | ☐ | |
| Interior Electrical Panel / Fuses | ☒ | ☐ | |
| Other: | ☐ | ☐ | |

Technician: _Sydney Morgan_ (Signature)   Sydney Morgan 6/16/08 (Print Name / Date)

Resident: _Bobbie Wright_ (Signature)   Bobbie Wright (Print Name / Date)

**OCCUPANT REQUIRED TO REPORT ALL FINDINGS FOR "REPAIRS REQUIRED" AS NOTED ABOVE TO MAINTENANCE CALL CENTER**

24/7 Maintenance / Deactivation Service Contact Number
**1-800-495-2804**

WHITE COPY TO CROWN, YELLOW COPY TO SUB, PINK COPY TO FEMA, GOLD COPY TO RESIDENT

CROWN 000012