UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1873 |
| | | SECTION N (5) |
| VERSUS | * | JUDGE: ENGELHARDT |
| This Document Relates to: *GREEN, ET AL. vs. FLEETWOOD, ET AL. 09-2911* | * | MAGISTRATE: CHASEZ |

**************************************************************************

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, who respectfully move this Court for leave to amend their First Supplemental and Amended Original Complaint filed on August 1, 2009. Plaintiffs request the amendment pursuant to FRCP 15 which states "leave shall be freely given when justice so requires." In the Second Amended and Supplemental Complaint, Plaintiffs raise allegations against the collective Defendants as further evidenced in the attached Second Supplemental and Amending Complaint.

Pursuant to Pre-trial Orders of this Court, this Complaint purports to add Defendants United States of America and Jayco, Inc. a/k/a Bottom Line RV and allegations against said Defendants as further evidenced in the attached Second Supplemental and Amending Complaint.

As such, Plaintiffs respectfully pray that this Honorable Court grant their Motion for Leave to File Second Supplemental and Amended Complaint.

Respectfully submitted:

/s/ Jermaine D. Williams
Jermaine D. Williams (#25937)
108 West Congress Street
Lafayette, Louisiana 70501
Phone: (337) 235-3989
Fax:    (337) 235-0130

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing has been sent to all counsel of record via the Court's electronic filing system.

/s/ Jermaine D. Williams
Jermaine D. Williams