UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Lyndon Wright v. Forest River, Inc., et al.*<br>No. 09-2977 (E.D. La.) | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' JOINT MOTION TO STRIKE
### PLAINTIFF'S SUPPLEMENTAL EXPERT REPORTS

**NOW INTO COURT**, through undersigned counsel, come Defendants, Forest River Inc., ("Forest River") and Shaw Environmental, Inc. ("Shaw") (collectively, "defendants"), who respectfully request that this Court strike any and all opinions contained in the supplemental reports by Plaintiff's experts Williams, Hewett, Lagrange and Miller.  As fully discussed in the supporting Memorandum, plaintiff has blatantly disregarded the deadline for submitting these reports, in one instance issuing a supplemental report a mere two days before the close of discovery.  By electing to issue these addendums nearly four months beyond the date set by the Court, plaintiff has substantially prejudiced the defendants' ability to prepare for trial.  Moreover, these supplemental reports are based on information available to each expert well

before their October 2009 expert deadline. Accordingly, the Court should strike these eleventh-hour submissions in their entirety.

**WHEREFORE,** for the reasons more fully set forth in the attached memorandum, Defendants Forest River Inc., and Shaw Environmental, Inc. respectfully requests that this Court strike the supplemental reports of Plaintiff's experts Williams, Hewett, Lagrange and Miller.

Respectfully submitted,

/s/ M. David Kurtz
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
*ATTORNEYS FOR SHAW*
*ENVIRONMENTAL, INC.*


/s/ Jason D. Bone
ERNEST P. GIEGER, JR. (#6154)
JASON D. BONE (#28315)
CARSON W. STRICKLAND (#31336)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*ATTORNEYS FOR FOREST RIVER, INC.*

## **C E R T I F I C A T E**

I hereby certify that on the 1st day of February, 2010, a copy of the foregoing Memorandum in Support was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

                                                                                  /s/ M. David Kurtz
                                                                                      M. DAVID KURTZ