UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            )     MDL NO. 07-1873
FORMALDEHYDE                   )
PRODUCT LIABILITY LITIGATION   )
                               )     SECTION: N(5)
                               )
                               )     JUDGE: ENGELHARDT
                               )     MAG: Chasez
                               )
                               )
                               )

## PRELIMINARY AFFIDAVIT OF PATRICIA M. WILLIAMS, PH.D.DABT IN THE TRIAL OF LYNDON T. WRIGHT

STATE OF LOUISIANA
PARISH OF ORLEANS

Before me, the undersigned notary on this day personally appeared Patricia M. Williams,

Ph.D. DABT, a person whose identity is known to me. After I administered the oath to

her, upon her oath she stated as follows:

All statements contained herein are true and correct and based upon my personal knowledge, education, and experience and I am a person of full age of majority, competent to execute this affidavit.

### Section 1.0 – Expert Witness Qualifications

**1.1** My qualifications as expert witness include the following:

**Board certification: Diplomate of the American Board of Toxicology**
**Tulane University, School of Medicine, Department of Anatomy, Ph.D., 1983.**
   **Major: Anatomy; Minor: Biochemistry**
**Louisiana State University in Baton Rouge; M.S. in Microbiology, 1975**
**Louisiana State University in Baton Rouge; B.S. in Medical Technology, 1966**
**Clinical Laboratory Scientist-Generalist, Louisiana License Number: G00023**
**Laboratory Director – CLIA Certification 19D0898394 (1993-2005)**

I am board-certified in Toxicology and a Diplomate of the American Board of Toxicology. I am a tenured Associate Professor and currently serve as Coordinator for



EXHIBIT "A"

1

**Section 20.0   Opinions**

**An opinion of General Causation focuses on the question as to whether the toxic agent is capable of causing disease, cancer, or other health effects.   The following considerations are included in rendering an opinion of General Causation:**

In reviewing the scientific literature, considerations of the following are made to determine whether a cause—effect relationship exists between an agent and disease. *(Reference Manual on Scientific Evidence, Federal Judiciary Center)*

- Strength of the Association of disease and exposure
  - The higher the relative risk, the stronger the association and the lower the probability that the effect is due to chance.
- Consistency- Is there consistency—repeated observation of an association in different populations?
- Dose-response or biological gradients–Are there dose-response relationships or evidence of biological gradients (duration of employment; years since last employment, etc.)?  Are there exposure measures that are applicable to the exposures of the individual?
- Temporal –Is there a temporal relationship of disease to exposure?
- Biologic Plausibility –Is the association biologically plausible?
- Coherence-an association does not conflict with the natural history and biology of the disease
- Experimental evidence

**Based upon scientifically documented evidence in the literature, plaintiffs fact sheets, Government documents and reports, and established scientific methodology, the following considerations have been made:**

**….The scientific literature on formaldehyde documents the causal considerations of sufficient strength of association in epidemiologic studies and consistency of repeated observations of an association in different populations; cause and effect of mechanistic studies and consistency of repeated observations of such in numerous studies; Dose-response and biological gradients in both animal and epidemiologic studies; Temporal relationships are documented for exposures of formaldehyde and its biological effects; The associations of epidemiologic studies and the demonstrated effects of mechanistic studies are biologically plausible and consistent with the natural history and biology of the damage, disease, and cancer caused by formaldehyde; Experimental evidence in animals and *in vitro* studies supplement and confirm human studies in causal determination. Therefore, the following General Causation opinion is rendered:**

**….A cause—effect relationship exists between formaldehyde and upper respiratory tract damage and cancer.**

....A cause—effect relationship exists between formaldehyde and bronchoconstriction/asthma.

.....A cause—effect relationship exists between formaldehyde and eczema.

.....An association exists between formaldehyde and epistaxis.

.....An association exists between epistaxis and cancer of the sinuses, nasal cavity, and nasal vestibule and wall.

.....An association exists between mold exposure and nonallergic rhinitis.

## Section 21.0  References

Agner T, Flyvholm M, Menne T. Formaldehyde Allergy: A Follow-up Study. Am J Contact Dermatitis 10(1):12-17, 1999.

Alavanja M, Rush G, et al., Proportionate Mortality Study of Workers in the Grain Industry. JNCI. 78(2):247-252, 1987.

American Academy of Pediatrics. Toxic Effects of Indoor Molds. Pediatrics 101(4):712-714.

American College of Occupational and Environmental Medicine. Adverse Human Health Effects Associated with Molds in the Indoor Environment. October 27, 2002.

Andersson MA, et al., Bacteria, Molds, and Toxins in Water-Damaged Building Materials. Applied and Environmental Microbiology, 63(2):387-393, 1997.

Arts JHE, Rennen MAJ, de Heer C. Inhaled formaldehyde: Evaluation of sensory irritation in relation to carcinogenicity. Regulatory Toxicology and Pharmacology 44:144-160, 2006.

Arts JHE. Setting an indoor air exposure limit for formaldehyde: Factors of concern. Regulatory Toxicology and Pharmacology 52:189-194, 2008.

Ballarin C, Sarto F, Giacomelli L, et al. Micronucleated cells in nasal mucosa of formaldehyde-exposed workers. Mutat Res 280:1-7, 1992.

Batra J, Chatterjee R, Ghosh B. Inducible nitric oxide synthase (iNOS): role in asthma pathogenesis. 44(5):303-309, 2007.

Ballenger, JJ. Some effects of formaldehyde on the upper respiratory tract. Laryngoscope 94:1411-1413, 1984.

Barreto, Cunha, Neves, et al. Risk factors and immunological pathways for asthma and other allergic diseases in children: background and methodology of a longitudinal study in a large urban center in Northeastern Brazil (Salvador-SCAALA study). BMC Pulmonary Medicine. 6:15 2006. doi: 10.1186/1471-2466-6-15

Kerfoot E, Mooney T. Formaldehyde and Paraformaldehyde Study in Funeral Homes. Am Ind Hyg Assoc J July 533-537, 1975.

Kerns WD, Pavkov KL, et al. Carcinogenicity of formaldehyde in rats and mice after long-term inhalation exposure. Cancer Res. 43(9):4382-4392, 1983.

Kozak P, et al., Currently Available Methods for Home Mold Surveys. II. Examples of Problem Homes Surveyed. Annals of Allergy. 45:167-176, 1980.

Krzyzanowski M, Quackenboss JJ, Lebowitz M. Chronic Respiratory Effects of Indoor Formaldehyde Exposure, Env Res 52:117-125, 1990.

Kimbell JS. Nasal dosimetry of inhaled gases and particles: where do inhaled agents go in the nose? 34(3):270-273, 2006.

Kimbell, Gross, et al. Correlation of regional formaldehyde flux predictions with the distribution of formaldehyde-induced squamous metaplasia in F344 rat nasal passages. 380(1-2):143-154, 1997.

Kirsch M, Ginat M. Aortic Wall Alterations After Use of Gelatin-Resorcinol-Formalin Glue. Ann Thorac Surg 73:642-644, 2002.

Klaassen, Curtis D, et al., Editors. **Casarett and Doull's Toxicology: The Basic Science of Poisons.** 3rd Edition, New York: McMillan Publishing Company, 1986.

Klaassen, Curtis D., Editor. **Casarett and Doull's Toxicology: The Basic Science of Poisons.** 5th Edition, New York: McGraw-Hill Companies, Inc., 1996.

Klaassen, Curtis D., Editor. **Casarett and Doull's Toxicology: The Basic Science of Poisons.** 6$^{h}$ Edition, New York: McGraw-Hill Companies, Inc., 2001

Klaassen, Curtis D., Editor. **Casarett and Doull's Toxicology: The Basic Science of Poisons.** 7$^{h}$ Edition, New York: McGraw-Hill Companies, Inc., 2008

Kolstad H, et al., Do Indoor Molds in Nonindustrial Environments Threaten Workers' Health? A Review of the Epidemiologic Evidence. Epidemiol Rev 24:203-217, 2002.

Kuhn DM, and Ghannoum Ma. Indoor Mold, Toxigenic Fungi, and Stachybotrys chartarum: Infectious Disease Perspective. Clin Microbiology Reviews. 16(1):144-172, 2003.

Kwon J, and Park C. Sooty Mold of Persimmon (Diospyros kaki) Caused by Cladosporium cladosporioides. Plant Pathol. J. 19(5):266-268, 2003.

Leino M, Makela M, et al., Intranasal exposure to a damp building mould, Stachybotrys chartarum, induces lung inflammation in mice by satratoxin-independent mechanisms. Clin Exp Allergy 33:1603-1610, 2003.

Leung DY. Role of IgE in atopic dermatitis. Curr Opin Immunol. 5(6):956-962, 1993.

Li C, Dampness and Respiratory Symptoms among Workers in Daycare Centers in a Subtropical Climate. Arch Env Health, 52(1):68-71, 1997.

Linos A, Blair A, Cantor KP, et al. Leukemia and non-Hodgkin's lymphoma among embalmers and funeral directors (Letter to the Editor) J Natl Cancer Inst, 82:66, 1990.

Linz DH, et al. Cluster Analysis Applied to Building-Related Illness. JOEM 40(2):165-171, 1998.

Luce D, Gerin M, et al. Sinonasal cancer and occupational exposure to formaldehyde and other substances. Int J Cancer 53:224-231, 1993.

Maibach H. Formaldehyde: Effects on Animal and Human Skin. in Human Studies: Effects of Formaldehyde on Skin. 1982.