UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | SECTION: N(5) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| | ) | MAG: Chasez |
| | ) | |
| | ) | |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF PATRICIA M. WILLIAMS, PH.D.DABT

### IN THE TRIAL OF LYNDON T. WRIGHT

STATE OF LOUISIANA
PARISH OF ORLEANS

Before me, the undersigned notary on this day personally appeared Patricia M. Williams, Ph.D. DABT, a person whose identity is known to me. After I administered the oath to her, upon her oath she stated as follows:


EXHIBIT "B"

1

All statements contained herein are true and correct and based upon my personal knowledge, education, and experience and I am a person of full age of majority, competent to execute this affidavit.

**Section 1.0 – Expert Witness Qualifications**

1.1 My qualifications as expert witness include the following:

**Board certification: Diplomate of the American Board of Toxicology**
**Tulane University, School of Medicine, Department of Anatomy, Ph.D., 1983.**
    **Major: Anatomy; Minor: Biochemistry**
**Louisiana State University in Baton Rouge; M.S. in Microbiology, 1975**
**Louisiana State University in Baton Rouge; B.S. in Medical Technology, 1966**
**Clinical Laboratory Scientist-Generalist, Louisiana License Number: G00023**
**Laboratory Director – CLIA Certification 19D0898394 (1993-2005)**

I am board-certified in Toxicology and a Diplomate of the American Board of Toxicology. I am a tenured Associate Professor and currently serve as Coordinator for Toxicology Research Laboratories of the Pontchartrain Institute for Environmental Sciences, University of New Orleans. In that capacity, I am also responsible for teaching courses in Toxicology to Graduate and Undergraduate students.

I served for ten years as the Director of the Occupational Toxicology Outreach Program of the Department of Medicine of the LSU Medical Center in Shreveport. In that capacity, I surveyed or evaluated over 17,000 workers or community members with occupational or environmental toxic exposures for adverse health effects of such exposures. I was a tenured Associate Professor of Medicine of the Department of Medicine of LSU Medical School in Shreveport. Additionally, I served as the Laboratory Director of an in-house research laboratory for Medical Surveillance for adverse health effects of chemical exposure. In this capacity, I was responsible for identifying the laboratory parameters that are clinical indicators of environmental and occupational toxic exposure and for the interpretation of the laboratory parameters to the attending physicians. I am licensed by the State of Louisiana and certified by the American Society for Clinical Pathologists and meet the requirements of federal law, specifically, the Clinical Laboratory Improvement Act, to serve as the Laboratory Director. I have been certified and have had work experience in the performance and interpretation of clinical laboratory procedures for over thirty-nine years. My work experience includes serving as Department Head of Medical Technology at LSU Medical Center for seven years. In that capacity, I was responsible for the development, organization, administration, review, revision, and direction of the educational program to train students at the baccalaureate and masters levels in the performance and the interpretation of clinical laboratory procedures in the areas of hematology,

2

LWFR-EXP 15-004951

immunology, immunohematology, microbiology, parasitology, urinalysis, clinical chemistry, toxicology, phlebotomy, and management. In that capacity, I also designed and taught courses in the various areas of clinical pathology to cytotechnology students, pathology residents, and maxillo-facial surgery dental residents, as well as medical students. I also developed an in-house departmental clinical practicum, which was nationally accredited, in the performance and interpretation of laboratory procedures. This clinical practicum substituted for six months of the required hospital training program in the various areas of clinical pathology for the baccalaureate students.

By virtue of my doctoral degree in Anatomy, I have extensive training and teaching in the areas of gross anatomy, medical histology, embryology, neuroscience, and cell biology. I have a minor in biochemistry at the doctoral level with doctoral research in the areas of hematology, specifically megakaryocytopoiesis, thrombopoiesis, and erythropoiesis, and the stem cell compartment. Also, I have graduate credit in epidemiology from Tufts University New England Epidemiology Institute. I have performed health profiles and epidemiologic studies in communities to identify the evolution of disease in association with chemical exposure through the study of clinical symptoms, diagnosed diseases, lifestyle and behavior factors. I have taught in numerous HASMET (hazardous materials) conferences, workshops, and seminars for union workers and industrial corporations. I have assisted numerous physicians in the understanding of the etiology of occupational and environmental diseases and provided Continuing Medical Education for physicians and Continuing Education programs for Industrial Hygienists. I conducted disease prevention programs for workplace, communities, homes, and schools including prevention of prostate cancer, inhalant abuse, fetal alcohol syndrome, alcohol toxicity, and abuse of drugs and alcohol.

I lectured to second year medical students on the "Environmental Etiology of Disease", which includes: recognizing the adverse health patterns commonly observed in chemically associated diseases, the multifactorial nature of disease, effects of chemical interactions in a mixture, dose-response, and the cellular effects of DNA reactive carcinogens.

I was commissioned to conduct a health assessment and medical surveillance using laboratory procedures of the people of Grand Bois who reside next to a Non-hazardous oilfield waste site that received shipments of Benzene-contaminated wastes that were ordered removed from an out-of-state facility because of the toxic nature of the wastes. The preliminary results of this study resulted in announcement of funding provided from the Department of Health and Hospitals budget by the then Governor of Louisiana, Mike Foster, for an additional medical surveillance research project of which I was designated the Principal Investigator. Internal Review Board approval from the LSU Medical Center in Shreveport was granted for the conduct of both research studies. Soon thereafter, the Louisiana Legislature granted an additional funding amount of $100,000 in the 1998 Legislative Session for additional medical surveillance of the adults and children of Grand Bois for the 1998-1999 fiscal year. This study was not related to litigation and was an independent research project. The results of this study are

3

located in all of the State Libraries throughout Louisiana. It consists of two volumes: Volume 1 consists of a "Retrospective Study of Health Effects of the Grand Bois Community" utilizing a health survey for data collection. Volume 2 consists of a one year medical surveillance project with the performance of clinical laboratory procedures that would serve as indicators of developing disease or indicators of abnormalities of concern with the potential for future disease development. As laboratory director under Federal Law, specifically the Clinical Laboratory Improvement Amendments Subpart A Section 493, I was responsible for ensuring that my consultation was available to the laboratory clients for the interpretation of the test results reported concerning specific patient conditions. (pg. 7176, Federal Register, vol 57, No. 40, Friday, February 28, 1992)

I have performed health profiles and epidemiologic studies in communities to identify the evolution of disease in association with chemical exposure through the study of clinical symptoms, diagnosed diseases, lifestyle and behavior factors. In the Combustion litigation of Livingston Parish in Louisiana, I served as the expert witness for a population of 10,000 who had exposures to benzene and other toxic chemicals. Leukemias and Neuroblastomas were prominent among the adverse consequences of chemical exposure. Another case of 4,000 individuals, in the Thompson Hayward Case in Orleans Parish of Louisiana, involved pesticide exposure. I examined the reproductive health outcomes from chemical exposure, which included spontaneous abortions, stillbirths, live births with short survival time, and children with birth defects and mothers with multiple children with birth defects. In the Lincoln Creosote case in Bossier Parish of Louisiana, I examined a population exposed to Benzene, creosote, Pentachlorophenol, Toluene, Styrene, and other toxic compounds. Leukemias, reproductive cancers, and birth defects were prominent among the adverse consequences of the toxic exposure in the Lincoln Creosote case. Two Worker Compensation cases and one toxic tort suit, each with single person complainants/plaintiffs, in which I served as Expert Witness or Consultant involved benzene-related hematologic malignancies.

I have conducted doctoral research on stem cell precursors for erythrocytic and megakaryocytic cell lineages. My doctoral research included characterization of megakaryocytopoiesis under the hormonal influence of thrombopoietin and the development of an in vitro assay for thrombopoietin. This was a study of stem cell precursors of the megakaryocytic cell line that differentiates into the mature cells that produce blood platelets. Further doctoral research included the immunocytochemical localization of erythropoietin receptors on the cell surface of early erythrocytic precursors at the ultrastructural level. For this research, I received the Arceneaux Memorial ward in Recognition of Outstanding Student Research in Electron Microscopy in May of 1981. I have conducted funded research by the American Heart Association on the development of an assay for thrombopoietin and an additional grant for the characterization of megakaryocytopoiesis. I conducted funded research from the American Cancer Society on an immunocytochemical characterization of skin biopsies in the diagnosis of human acute Graft-versus-Host Disease in Leukemia. The American Heart

4

Association further funded my research for the Isolation and Characterization of 4N and 8N Megakaryocytes. I served as a consultant to Karel A. Dicke, M.D., chief oncologist and Director of the Bone Marrow Transplantation Unit at M.D. Anderson Hospital for electron microscopic evaluation of in vitro chemotherapeutic treatment for autologous bone marrow transplantation therapeutic techniques. I have written, developed, and taught numerous courses and lectures in Hematology and Immunology to students at the associate, baccalaureate, and masters levels, as well as, medical students, pathology residents, and maxillo-facial surgery residents. I am qualified by both State and Federal Law to perform and interpret clinical laboratory procedures in the areas of hematology and immunology. I am further qualified by Federal Law (CLIA-Clinical Laboratory Improvement Act) to serve as a Laboratory Director for all levels of complexity in the interpretation of laboratory procedures, which include hematology and immunology. I served as the Laboratory Director of an in-house medical surveillance laboratory for ten years and have interpreted hematological parameters in a population of residents exposed to benzene and other toxic substances. I have also served as principal investigator in a project to screen for Lupus Erythrematosus, an autoimmune disease of the hematologic/immunologic systems of the body.

In the area of Forensic Drug Testing, I have served as an expert witness and consultant on collection of specimens, chain of custody, and drug-testing in the workplace to numerous clients, including the Department of Education, School Boards, Unions, Medical Care Corporations, municipalities, the State of Louisiana, and private entities, and served as consultant to a collection company for collection of forensic urine and blood specimens and, in that capacity, designed and oversaw the administration of chain of custody and collection procedures. Furthermore, I have served as expert witness in drug-testing litigation in State Court, Workman's Compensation and Unemployment compensation hearings, and arbitration hearings. I have served as expert witness in numerous legislative committees on the subject of drug-testing and minimal guidelines for collection and testing of forensic specimens. I drafted the bill for Louisiana Act 1036 of the 1990 Legislative Session establishing minimal guidelines for collection of forensic specimens and drug-testing in the State of Louisiana. Additionally, I drafted Act 396 of the 1993 Legislative Session for Mandatory Licensure of Clinical Laboratory Personnel and Certification of Phlebotomists in the State of Louisiana. I was the expert witness testifying for both bills at the request of Senators and Representatives, the Commissioner of Administration, the AFL-CIO, and the Louisiana State Society for Medical Technology during the course of passage into Law by the Louisiana Legislature.

By virtue of my educational, research, and work experience, I am qualified to identify and interpret patterns of development of disease in association with toxic exposure and to determine the etiology/causation of environmental and occupational diseases. I am qualified to conduct community health assessments and interpret the etiology/causation of environmental diseases and birth defects. I am qualified to identify and interpret patterns of adverse reproductive outcomes, including fetal birth defects and embryonal tumors, in association with toxic exposure.

LWFR-EXP 15-004954

I am qualified to review the scientific and medical literature, and medical and laboratory data associated with occupational and environmental exposures and to interpret said data as to the etiology/causation. I am qualified to perform and interpret medical surveillance utilizing laboratory procedures as to the development and causation of environmental and occupational diseases. I am qualified to interpret the causation of hematological diseases as related to environmental and occupational exposures.

Additionally, I am qualified to interpret the role of contributing factors in the development of cancer and birth defects. I have qualified as an expert in anatomy, hematology, toxicology, medical surveillance utilizing laboratory procedures, neuroanatomy, and performance and interpretation of health assessments of environmentally exposed communities. Additionally, in the areas of forensic drug testing, I am qualified to review and interpret medical and laboratory data, including the phlebotomy, chain of custody, and accessioning techniques utilized in the collection of medical and forensic drug specimens.

## 1.2 Methodology

Methodology for the formation of an opinion on General Causation of adverse health effects from toxic exposure includes the following scientifically accepted investigative techniques as listed below for evaluation and causation of occupational and environmental diseases. This methodology is published in the **Reference Manual for Scientific Evidence** of the **Federal Judiciary Center**. This affidavit reports on adverse health effects caused from toxic exposure to formaldehyde and the body of evidence documented in the scientific literature on said causation. This General Causation analysis includes review of the following documents:

1. An extensive review of the scientific literature on formaldehyde including but not limited to publications concerning the following: mechanism of action of formaldehyde at the anatomical, histological, and cellular levels; epidemiologic studies; clinical studies; studies of genotoxic damage due to formaldehyde; mechanisms of bronchoconstriction, mechanisms of carcinogenesis, and animal experimentation.
2. United States Government documents concerning formaldehyde exposure levels of the residents in FEMA trailers post-Hurricane Katrina.
3. The potential for a completed exposure pathway consisting of the five elements required by the EPA in investigation of superfund sites as published by Joseph LaDou, 1997: a source of contamination, an environmental medium, a point of exposure, route(s) of exposure, and a receptor person or population.
5. Chemical causation was evaluated using the published Points for Consideration in Causal Reasoning as published by Kenneth Rothman, PhD, based on and including the proposals of Bradford Hill in 1965.
6. Chemical causation was evaluated using the published diagnostic and investigative methods of Janette D. Sherman, M.D which are based on the Bradford Hill Causal Considerations.

6

LWFR-EXP 15-004955

7. The causal criterion for temporality (as first proposed by Bradford Hill in 1965)
8. Biologic plausibility as defined by Bradford Hill MD and Kenneth Rothman, PhD, exists for the chemical exposure and the mechanism of development of the adverse health effects.
9. Methods for causal reasoning in determining General and Specific Causation: in accordance with the Reference Manual on Scientific Evidence 2nd edition: Reference Guides on toxicology, epidemiology, and medical testimony: external causation.
10. Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes, Centers for Disease Control and Prevention, July 2, 2008
11. Press Release, CDC July 2, 2008; 1 pm EST
12. Fact Sheet: Final Report on formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes, Centers for Disease Control and Prevention; FEMA
13. Fact Sheet: Lawrence Berkeley National Laboratories Study of Unoccupied Trailers, Centers for Disease Control and Prevention; FEMA
14. CDC Media Relations: February 14, 2008; CDC and FEMA Discuss Preliminary Test Results from Trailers and Mobile Homes in Louisiana and Mississippi.
15. Interim Findings on formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes, Centers for Disease Control and Prevention, February 29, 2008.
16. Interim Report: VOC and Aldehyde Emissions in Four FEMA Temporary Housing Units, Indoor Environment Department Lawrence Berkeley National Laboratory, May 8, 2008
17. Interim Staff Analysis: Formaldehyde and FEMA Trailers, July 2008
18. US House of Representatives, Committee on Science and Technology Subcommittee on Investigations and Oversight: Response to concerns of Formaldehyde in FEMA Travel Trailers, April 1, 2008
19. OSHA Formaldehyde Standard 1910.1048 including Appendix C
20. Medical records of Timia Dubuclet

**<u>An opinion of General Causation focuses on the question as to whether the toxic agent is capable of causing disease, cancer, or other health effects. The following considerations are included in rendering an opinion of General Causation:</u>**

In reviewing the scientific literature, considerations of the following are made to determine whether a cause—effect relationship exists between an agent and disease. *(Reference Manual on Scientific Evidence, Federal Judiciary Center)*

> Strength of the Association of disease and exposure
> - The higher the relative risk, the stronger the association and the lower the probability that the effect is due to chance.

7

Consistency- Is there consistency—repeated observation of an association in different populations?
Dose-response or biological gradients–Are there dose-response relationships or evidence of biological gradients (duration of employment; years since last employment, etc.)? Are there exposure measures that are applicable to the exposures of the individual?
Temporal –Is there a temporal relationship of disease to exposure?
Biologic Plausibility –Is the association biologically plausible?
Coherence-an association does not conflict with the natural history and biology of the disease
Experimental evidence

**Section 2.0  DNA Damage**

Leukemia arises through damage to early stem or progenitor cells in the bone marrow. Such damage to the bone marrow often manifests itself as hematotoxicity and/or genotoxicity, both of which occur following exposure to chemicals that cause leukemia. Formaldehyde is genotoxic and induces both DNA damage and chromosome changes, frequently expressed as DNA-protein crosslinks (DPCs), chromosomal aberrations (CA), sister chromatid exchanges (SCEs), and micronuclei (MN). A large number of studies have demonstrated that these alterations can be induced by formaldehyde in cell culture experiments and *in vivo* in humans and experimental animals at the sites of formaldehyde exposure. There have been a number of studies reporting that formaldehyde can induce damage in circulating lymphocytes. (Zhang, L, et al., 2009)

Formaldehyde is thought to produce its genotoxic effects primarily through the induction of DNA-protein crosslinks (DPCs). The covalent crosslinking of proteins to DNA, defined as DPCs, is induced by a variety of endogenous and exogenous agents including formaldehyde. The induced DPCs have the following general structure: histone-containing lysine-NH-CH$_2$-NH-DNA and are the major mechanism for formaldehyde's induction of DNA lesions. Because DPCs are longer-lived than most DNA adducts, and are only slowly or partially repaired, the DPC level could serve as a biomarker of internal formaldehyde dose. (Zhang, L, et al., 2009)

Formaldehyde induces DPCs in V79 Chinese hamster cells in a manner that correlates with increased cytotoxicity and clastogenicity. They are expected to act as bulky helix-distorting adducts, and are likely to physically block DNA replication and transcription, and to eventually interrupt the DNA metabolic machinery by anchoring the chromatin and preventing its remodeling. (Zhang, L, et al., 2009; Lee GR, 1999; Smith, 2004; Barker, 2005; Quievryn, 2000; Merk, 1998)

Leukemias and related disorders originate in pluripotent precursor cells located in the bone marrow that normally give rise to all blood cells. (Zhang, L, et al., 2009; Hoffman, 2009; Barker, 2005; Quievryn, 2000) Disruptions of the normal hierarchy of maturation result in

8

hematological disorders characterized by either excesses or deficiencies of mature effector cells. The disorders of myeloid origin include acute myeloid leukemia (AML), myelodysplastic syndromes (MDS), and myeloproliferative disorders such as chronic myeloid leukemia (CML). (Zhang, L, et al., 2009; Hoffman, 2009)

For a hematopoietic stem or progenitor cell to become malignant, it must acquire genetic mutations and deve3lop genomic instability. There are a number of factors that predispose cells to this genomic instability. These include error prone DNA repair, imbalance in the nucleotide precursor pool, generation of reactive oxygen species, and exposure to genotoxic xenobiotic agents delivered to the bone marrow, which can cause AML and MDS. (J. Pedersen-Bjergaard, 2006,2008; Zhang, L, et al., 2009) In addition, depending on the extent of the damage incurred, well defined DNA repair pathways can repair a range of damage at cell cycle checkpoints, or induce apoptosis. However, mutagenic damage sustained by target cells with un-repaired damage that fail to undergo apoptosis may initiate leukemogenesis. (Zhang, L, et al., 2009; Jagani, 2008; Jude, 2008; Morgan, 2005)

Leukemia originates in the pleuripotent stem and progenitor cells that are mainly located in the bone marrow. A portion of the bone marrow stem and progenitor cells circulate in the peripheral blood where they constitute up to 0.05% of circulating nucleated cells. (Barnett, 1999; Bryder, 2006; Zhang, L, et al., 2009) These cells return to the bone marrow, and therefore, peripheral blood represents another possible target site of formaldehyde-induced leukemogenesis. It seems plausible that formaldehyde could produce damage to the target hematopoietic stem cells via the three possible mechanisms: (a) by damaging stem cells in the bone marrow directly, as most other leukemogens do; (b) by damaging hematopoietic stem/progenitor cells circulating in the peripheral blood; and (c) by damaging the primitive pluirpotent stem cells present within the nasal turbinates and/or olfactory mucosa. Damaged stem/progenitor cells would then travel to the bone marrow and become initiated leukemic stem cells. (Zhang, L, et al., 2009)

## Section 3.0 International Agency for Research on Cancer Group 1 Carcinogen Classification (IARC, 2004)

A statistically significant exposure-response relationship was observed between peak exposure to formaldehyde and all lymphatic and haematopoietic neoplasms ($p$ trend = 0.002) in the Poisson regression analysis. This relationship was largely due to strong exposure-response relationship for leukemia ($p$ trend = 0.004) and, to a lesser extent, for Hodgkin disease ($p$ trend = 0.04). The relationship was stronger for myeloid leukemia (p trend = 0.009) than for the other histological subtypes of leukemia. The relative risk for the highest category of peak exposure ($\geq$ 4.0 ppm) was 2.46 (29 deaths; 95% CI, 1.31-4.62), for all leukemia and 3.46 (14 deaths; 95% CI, 1.27-9.43) for myeloid leukemia.

LWFR-EXP 15-004958

| | | |
|---|---|---|
| Hauptmann, 2003, 2004 | Leukemia | RR 2.46 (95% CI, 1.31-4.62) |
| | Myeloid leukemia | RR 3.46 (95% CI, 1.27-9.43) |
| Stellman, et al., 1998 | Lymphohematopoietic | SMR 3.44 (1.11-10.68) FA + wood |
| | Leukemia | SMR 5.79 (1.44-23.25) FA + wood |
| Ott, et al., 1989 | Non-Hodgkins Lymphoma | OR 2.0 (95% CL) |
| | Non-Lymphocytic leukemia | OR 2.6 (95% CL) |
| | Lymphocytic Leukemia | OR 2.6 (95% CL) |
| Stroup, et al., 1986 | Chronic Myeloid Leukemia | SMR 8.8 (95% CI, 1.8-25.5) |
| Hayes, et al., 1990 | Lymphohaematopoietic | SMR 2.41 (95% CI, 1.35-3.97) |
| | Other and unspecified leukemia | SMR 2.08 (95% CI, 1.21-3.34) |
| | | SMR 4.92 (95% CI, 1.01-14.36) |
| Linos, et al., 1990 | Acute Myeloid Leukemia | RR 6.7 significantly elevated |
| | Follicular Non-Hodgkins Lymphoma | RR 6.7 significantly elevated |

Excess mortality from leukemia has been observed relatively consistently in six of seven studies of professional workers (i.e. embalmers, funeral parlor workers, pathologists, and anatomists). The excess incidence of leukemia seen in several studies appeared to be predominantly of a myeloid type. This is in addition to the statistically significant exposure-response relationship observed between peak exposures to formaldehyde and mortality from leukemia in the study of industrial workers in the USA. This relationship was found to be particularly strong for myeloid leukemia in the industrial workers of the USA as well as the study of anatomists, several studies of embalmers, and the study of garment workers. The excess was also stronger among workers who had a long duration of exposure and long follow-up, and who had been employed early in the study period when exposures to formaldehyde were believed to be highest. (IARC, 2004)

## Section 4.0 International Agency for Research on Cancer Group 1 carcinogen classification (IARC, October 2009)

In October, 2009, twenty-three scientists from six countries met at the International Agency for Research on Cancer (IARC) to reassess the carcinogenicity of several chemical and occupational exposure circumstances previously classified as "carcinogenic to humans" (Group 1) and to identify additional tumour sites and mechanisms of carcinogenesis. (Baan, et al., IARC Working Group, 2009)

The Working Group unanimously reaffirmed the classification of formaldehyde in Group 1, based on sufficient evidence in humans of nasopharyngeal cancer. A possible association with leukaemia was previously considered "strong but not sufficient", because of the lack of a

LWFR-EXP 15-004959

plausible mechanism. The epidemiological evidence has become stronger: a recent study (Hauptman, 2009) found that embalming was significantly associated with an increased risk for myeloid leukaemia, with significant trends for cumulative years of embalming ($p_{trend}$=0.020) and for increasing peak formaldehyde exposure ($p_{trend}$=0.036). In addition, a recent study (Zhang, 2010) of a small group of exposed workers showed numerical chromosomal aberrations in myeloid progenitor cells (chromosome 7 monosomy, chromosome 8 trisomy) consistent with myeloid leukaemia, and haematological changes in peripheral blood that are indicative of effects on the bone marrow. The Working Group concluded that overall, there is sufficient evidence for leukaemia, particularly myeloid leukaemia. (Baan, et al., IARC Working Group, 2009)

The IARC Working Goup referred to Zhang, Tang, Rothman, et al, as 2009 in press. This article was actually published in January 2010 and was entitled: "Occupational Exposure to Formaldehyde, Hematotoxicity, and Leukemia-Specific Chromosome changes in Cultured Myeloid Progenitor Cells". The objective of the study was to determine if formaldehyde exposure disrupted hematopoietic function and produced leukemia-related chromosome changes in exposed humans. Forty-three exposed workers and 51 unexposed controls were studied in China. The median formaldehyde exposure in all 43 exposed workers was 1.28 (0.63-2.51) ppm as an 8-hour time-weighted average. (Zhang, 2010)

Total white blood cell (WBC) counts were significantly lower in workers exposed to formaldehyde compared with controls. Lower levels were also observed for all the major myeloid cell types, including granulocytes, platelets, and red blood cells (RBC), and the mean corpuscular volume of RBC was elevated. In addition, the lymphocyte count was significantly lower in workers exposed to formaldehyde compared with controls. (Zhang, 2010)

As formaldehyde exposure was associated with abnormalities in the myeloid, erythroid, and lymphoid lineages of exposed workers, the authors believed that it seemed likely that formaldehyde produced an inhibitory effect on stem or progenitor cell differentiation in the bone marrow. Because a fraction of hematopoietic stem and progenitor cells circulate in the bloodstream in dynamic equilibrium with the stem cell pools in the bone marrow, the authors (Zhang et al., 2010) were able to examine this possibility by measuring colony formation from circulating CFU-GM progenitor cells using peripheral blood from the study subjects. A 20% decrease in colony formation from progenitor cells was observed in the formaldehyde-exposed workers. This suggests a possible toxic and/or inhibitory effect of formaldehyde on the myeloid progenitor cells in the exposed. (Zhang, 2010)

*In vitro* studies in exposed workers were performed to investigate the effect of formaldehyde on human blood progenitor cells in culture. Hematopoietic myeloid progenitor cells were cultured in the presence and absence of erythropoietin so that CFU-GM, BFU-E, and CFU-GEMM colonies were formed. The colony-forming number of all progenitor cell types was significantly decreased with increasing concentrations of formaldehyde. These *in vitro* data are consistent with the decreased CFU-GM colony formation found in workers exposed to

11

LWFR-EXP 15-004960

formaldehyde and suggest that formaldehyde inhibits the proliferation of myeloid progenitor cells. (Zhang, 2010)

Detection of leukemia-specific chromosome aneuploidy in the progenitor cells of formaldehyde-exposed and unexposed workers was also performed. In a subset of highly exposed subjects (n-10) and matched controls (n=12), the authors examined aneuploidy of chromosomes 7 and 8 in metaphase spreads prepared from the cultured CGU-GM colony cells. The frequency of monosomy (loss) of chromosome 7 in formaldehyde-exposed workers was significantly elevated (P=0.0039) compared with their matched controls., whereas the frequency of trisomy 8 (gain) had a 4-fold significant increase (P= 0.040). Formaldehyde exposure was, therefore, associated with an increase in leukemia-specific chromosomal aneuploidy in the hematopoietic progenitor cells of the exposed workers. (Zhang, 2010)

Mortality from myeloid leukemia increased statistically significantly with increasing number of years of embalming ($P$ for trend = .020) and with increasing peak formaldehyde exposure ($P$ for trend = .036). Increasing years of embalming practice, compared with having never embalmed, were associated with statistically significantly increasing risks for lymphohematopoietic malignancies of nonlymphoid origin ($P$ for trend = .046; e.g, among those who embalmed for more than 20 years, OR = 3.5, 95% CI = 1.1 to 10.9, $P$ = .034.) (Hauptmann, 2009)

Embalming was most strongly and statistically significantly associated with risk for myeloid leukemia (OR = 11.2, 95% CI = 1.3-95.6, $P$ = .027). Statistically significant trends were observed with number of years of embalming ($P$ = .020) and peak formaldehyde exposure ($P$ = .036). (Hauptmann, 2009)

When the 27 case subjects who embalmed 20 or more years were compared with the seven case subjects who embalmed for a shorter period, a statistically significant association between embalming and risk for myeloid leukemia was observed (OR = 4.1, 95% CI = 1.6- 10.7, $P$ = .004) (Hauptmann, 2009)

When evaluating risks for myeloid leukemia subjects were considered who performed fewer than 500 lifetime embalmings (included five case subjects) as the reference group. With this larger referent, increased risk for myeloid leukemia was associated with high-level exposures of more than 34 years of employment in embalming (OR = 3.9, 95% CI = 1.2 to 12.5, P = .024), more than 3068 embalmings (OR = 3.0, 95% CI = 1.0 – 9.2, P = .057), and more than 9,253 ppm-hours of cumulative formaldehyde exposure (OR = 3.1, 95% CI = 1.0 – 9.6, P = .047). All subjects in these high-level exposure groups had carried out more than 500 embalmings. (Hauptmann, 2009)

Characteristics of embalming practices and formaldehyde exposure among subjects who embalmed by case group. In the category of the 8-hour time-weighted average, the formaldehyde intensity was 0.2 ppm (200 ppb) for the control subjects who embalmed and the

LWFR-EXP 15-004961

myeloid leukemia group. The average formaldehyde intensity while embalming was 1.7 in the control subjects and 1.7 in the myeloid leukemia group. Control group performed fewer than 500 lifetime embalmings. (Hauptmann, 2009)

Associations of embalming, compared with no embalming, and risk for all lymphohematopoietic malignancies include the following statistically significant Odds Ratios: (Hauptmann, 2009)

- For Myeloid leukemia in embalmers compared to unexposed controls:
  11.2   95% CI (1.3-95.6)
- For myeloid leukemia, duration of working in jobs with embalming in years:
  >0 to 20      5.0    95% CI (0.5-51.6)
  >20 to 34    12.9   95% CI (1.4 to 117.1)
  >34            13.6   95% CI (1.6 to 119.7)
  A biological gradient is observed.
- For myeloid leukemia, number of embalmings compared to unexposed controls:
  >1422 to 3068     12.7   95% CI (1.4 to 116.7)
  >3068                  12.7   95% CI (1.4 to 112.8)
- For myeloid leukemia, cumulative formaldehyde exposure in ppm-hours: (if 1950 working hours/year is assumed, then 1 ppm-y corresponds to 1950 ppm-h)
  >0 to 4058 ppm-h    10.2   95% CI (1.1 to 95.6)
  >9253 ppm-h           13.2   95% CI (1.5 to 115.4)
- For myeloid leukemia, average formaldehyde intensity while embalming, ppm:
  >0 to 1.4 ppm       11.1   95% CI (1.2 to 106.3)
  >1.4 to 1.9 ppm    14.8   95% CI (1.6 to 136.9)
  >1.9 ppm              9.5    95% CI (1.1 to 86.0)
- For myeloid leukemia, the Time-weighted average-8 hour formaldehyde intensity, ppm:
  **>0.10 to 0.18 ppm**         13.6   95% CI (1.5 to 125.8)
  (>100 ppb to 180 ppb)
  **>0.18 ppm**   (180 ppb)    12.0   95% CI (1.3 to 107.4)
- For myeloid leukemia, the peak formaldehyde exposure, ppm:
  >0 to 7.0 ppm     15.2   95% CI (1.6 to 141.6)
  >9.3 ppm            13.0   95% CI (1.4 to 116.9)
- For nonlymphoid origin, ICD8 codes 205 (myeloid leukemia), 206 (monocytic leukemia), 208 (Polycythemia vera), and 209 (myelofibrosis), duration of working in jobs with embalming in years:
  >34 years         3.7    95% CI (1.1 to 12.2)
- For nonlymphoid origin, ICD8 codes 205 (myeloid leukemia), 206 (monocytic leukemia), 208 (Polycythemia vera), and 209 (myelofibrosis), number of embalmings compared to unexposed controls:
  >3068              3.9    95% CI (1.2 to 12.8)
- For nonlymphoid origin, ICD8 codes 205 (myeloid leukemia), 206 (monocytic leukemia), 208 (Polycythemia vera), and 209 (myelofibrosis), cumulative

13

formaldehyde exposure in ppm-hours: (if 1950 working hours/year is assumed, then 1 ppm-y corresponds to 1950 ppm-h)
>9253 ppm-h    4.0   95% CI (1.2 to 13.2)

Respiratory exposure to formaldehyde is related to lymphocyte genotoxicity and damage to other peripheral blood cells, potentially including circulating pluripotent cells in the blood vessels of the highly vascularized tissue of the nasal and olfactory mucosa. Leukemia develops in pluripotent stem and progenitor cells in the bone marrow. (Hauptmann, 2009)

The associations with death from myeloid leukemia were unlikely to have been the result of confounding exposures. Embalming fluids and other embalming products contain numerous agents in addition to formaldehyde, including isopropanol, ethylene glycol, methanol, phenol, and glutaraldehyde; however, none of these have established leukemogenic properties. (Hauptmann, 2009)

In formaldehyde industry-based studies, duration of work in jobs with exposure may not be the best estimate of delivered dose because of the many different jobs and tasks and because of assumptions of constant exposure levels across different jobs over time. In industrial cohort studies, exposure is usually assessed for thousands of different job types, and every subject is assigned the same exposure for a given period and job. These studies often rely on aggregated information for plants and departments to estimate job-specific exposure levels and so measurement data, particularly historical data, are limited. In contrast the Hauptman (2009) studied only one exposed job type (embalming) and individual exposure levels were estimated by use of study subject-specific information from questionnaires combined with statistical models that were based on high-quality measurement data. Thus, the variability in exposure levels was likely to be lower than that in industry-based investigations because Hauptman (2009) studied only one type of job and therefore the number and type of sources and possible variations are more limited than those in other industries. Thus, duration may better approximate the delivered dose in the funeral industry than in most industry-wide studies. (Hauptmann, 2009)

### Section 5.0 Mechanistic evidence

In October, 2009, the IARC Working Group reaffirmed the importance of mechanistic data. In its discussion in Part F, referring to Dioxin (2,3,7,8-TCDD), IARC classified Dioxin in Group 1 based on strong mechanistic evidence, and notes that now in 2009, there is sufficient evidence in humans. "This highlights the ability of mechanistic information to provide robust evidence of carcinogenicity and suggests that preventive actions can be taken without waiting for cancers to be observed in exposed humans. In referring to Formaldehyde, which in 2004 was classified in Group 1, data has confirmed formaldehyde as carcinogenic to humans. (IARC, 2009)

LWFR-EXP 15-004963

"There is sufficient evidence in humans of nasopharyngeal carcinomas, and the Group 1 classification is also supported by strong mechanistic evidence. In addition, the epidemiological evidence on leukaemia has become stronger, and new mechanistic studies support a conclusion of sufficient evidence in humans. This highlights the value of mechanistic studies, which in only 5 years have replaced previous assertions of biological implausibility with new evidence that formaldehyde can cause blood-cell abnormalities that are characteristic of leukaemia development."  (IARC, 2009)

Biological plausibility depends upon existing knowledge about the mechanisms by which the disease develops. When biological plausibility exists, it lends credence to an inference of causality. The saliency of this factor varies depending on the extent of scientific knowledge about the cellular and subcellular mechanisms through which the disease process works. (Reference Manual on Scientific Evidence, Federal Judiciary Center, 2000)

**Section 6.0   Opinions**

<u>An opinion of General Causation focuses on the question as to whether the toxic agent is capable of causing disease, cancer, or other health effects.   The following considerations are included in rendering an opinion of General Causation:</u>

In reviewing the scientific literature, considerations of the following are made to determine whether a cause—effect relationship exists between an agent and disease.
*(Reference Manual on Scientific Evidence, Federal Judiciary Center)*

> Strength of the Association of disease and exposure
> - The higher the relative risk, the stronger the association and the lower the probability that the effect is due to chance.
>
> Consistency- Is there consistency—repeated observation of an association in different populations?
>
> Dose-response or biological gradients–Are there dose-response relationships or evidence of biological gradients (duration of employment; years since last employment, etc.)?  Are there exposure measures that are applicable to the exposures of the individual?
>
> Temporal –Is there a temporal relationship of disease to exposure?
>
> Biologic Plausibility –Is the association biologically plausible?
>
> Coherence-an association does not conflict with the natural history and biology of the disease
>
> Experimental evidence

LWFR-EXP 15-004964

Based upon scientifically documented evidence in the literature, plaintiffs fact sheets, Government documents and reports, and established scientific methodology, the following considerations have been made:

....The scientific literature on formaldehyde documents the causal considerations of sufficient strength of association in epidemiologic studies and consistency of repeated observations of an association in different populations; cause and effect of mechanistic studies and consistency of repeated observations of such in numerous studies; Dose-response and biological gradients in both animal and epidemiologic studies; Temporal relationships are documented for exposures of formaldehyde and its biological effects; The associations of epidemiologic studies and the demonstrated effects of mechanistic studies are biologically plausible and consistent with the natural history and biology of the damage, disease, and cancer caused by formaldehyde; Experimental evidence in animals and *in vitro* studies supplement and confirm human studies in causal determination. Therefore, the following General Causation opinion is rendered:

....A cause—effect relationship exists between formaldehyde and upper respiratory tract damage and cancer.

....A cause—effect relationship exists between formaldehyde and bronchoconstriction/asthma.

......A cause—effect relationship exists between formaldehyde and eczema.

......An association exists between formaldehyde and epistaxis.

......An association exists between epistaxis and cancer of the sinuses, nasal cavity, and nasal vestibule and wall.

......An association exists between mold exposure and nonallergic rhinitis.

....A cause—effect relationship exists between formaldehyde and leukemia.

## Section 7.0  References

Barker S, Weinfeld M, et al., DNA-protein crosslinks: their induction, repair, and biological consequences.  Mutat Res 589:111-135, 2005.

Barnett D, Janossy G, et al., Guideline for the flow cytometric enumeration of CD34+ haematopoietic stem cells.  Prepared by the CD34+ haematopoietic stem cell working party.

LWFR-EXP 15-004965

General Haematology Task Force of the British Committee for Standards in Haematology. Clin Lab Haematol 21:301-308, 1999.

Beane L, Blair A, et al., Mortality From Lymphohematopoietic Malignancies Among Workers in Formaldehyde Industries: The National Cancer Institute Cohort. JNCI 101(10):751-761, 2009.

Bryder D, Rossi DJ, et al., Hematopoietic stem cells: the paradigmatic tissue-specific stem cell. Am J Pathol 169:338-346, 2006.

Cogliano VJ, Grosse, Y, et al. Meeting report: summary of IARC monographs on formaldehyde, 2-butoxyethanol, and 1-tert-butoxy-2-propanol. Environ Health Perspect 113:1205-1208, 2005.

Hauptmann M, Stewart PA, et al., Mortality from lymphohematopoietic malignancies and brain cancer among embalmers exposed to formaldehyde. J Natl Cancer Inst 101(24):1696-1708, 2009.

Jagani Z, Khosravi-Far R. Cancer stem cells and impaired apoptosis. Adv Exp Med Biol 615:331-344, 2008.

Jude CD, Gaudet JJ, et al., Leukemia and hematopoietic stem cells: balancing proliferation and quiescence. Cell Cycle 7:586-591, 2008.

Merk O, Speit G. Significance of formaldehyde-induced DNA-protein crosslinks for mutagenesis. Environ Mol Mutagen 32:260-268, 1998.

Morgan GJ, Alveres CI, et al., Benzene and the hemopoietic stem cell. Chem Biol Interact 153/154:217-222, 2005.

Passegue E, Jamieson CH, et al., Normal and leukemic hematopoiesis: are leukemias a stem cell disorder or a reacquisition of stem cell characteristics? Proc Natl Acad Sci USA 100(Suppl. 1):11842-11849, 2003.

Pedersen-Bjergaard, J, Christiansen DH, et al., Alternative genetic pathways and cooperating genetic abnormalities in the pathogenesis of therapy-related myelodysplasia and acute myeloid leukemia. Leukemia 20: 1943-1949, 2006.

Pedersen-Bjergaard, J, Andersen MK, et al., Genetics of therapy-related myelodysplasia and acute myeloid leukemia. Leukemia 22:240-248, 2008.

Quievryn G, Zhitkovich A. Loss of DNA-protein crosslinks from formaldehyde-exposed cells occurs through spontaneous hydrolysis and an active repair process linked to proteosome function. Carcinogenesis 21:1573-1580, 2000.

Smith MT, Skibola CF, et al., Causal models of leukaemia and lymphoma. IARC Sci Publ 157:373-392, 2004.

U. S. Department of Health and Human Services, Public Health Service, National Toxicology Program, Report on Carcinogens: Background Document for Formaldehyde, September 3, 2009

World Health Organization, **International Agency for Research on Cancer**: IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 100F, October 2009 in press.

LWFR-EXP 15-004966

World Health Organization, **International Agency for Research on Cancer**: IARC. Special Report: Policy—A review of human carcinogens—Part F: Chemical agents and related occupations. Lancet 10:1143-1144, 2009.

Zhang L, Beane Freeman L, et al., Formaldehyde and Leukemia: Epidemiology, Potential Mechanisms, and Implications for Risk Assessment. Environmental and Molecular Mutagenesis DOI 10.1002/em, 2009.

Zhang L, Tang X, Rothman N, et al. Occupational exposure to formaldehyde, hematotoxicity and leukemia-specific chromosome changes in cultured myeloid progenitor cells. Cancer Epidemiol Biomarkers Prev 19(1):80-88, 2010.

Zhang L, Steinmaus C, Eastmond DA, et al., Formaldehyde exposure and leukemia: A new meta-analysis and potnetial mechanisms. Mutation Research 681:150-168, 2009.

I reserve the right to submit additional affidavits if deemed necessary.

Affiant further sayeth not.

1-26-2010
**Date**

*Patricia M. Williams* (signature)

Patricia M. Williams, Ph.D.

**President, Environmental Toxicology Experts, LLC**

Sworn to and subscribed before me this 26 day of January 2009. 2010.

Cynthia M. Wallace (signature)
Cynthia M. Wallace
Notary Public
Commission expires at death.

Bar Roll No. 19539