# Transcript of the Testimony of
# Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

**Date taken: December 3, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

**EXHIBIT "C"**

Case 2:07-md-01873-KDE-MBN   Document 10944-4   Filed 02/01/10   Page 2 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 53

1   Leave the stickies on.
2   MR. GIEGER:
3   Leave the stickies on.
4   THE WITNESS:
5   Yes, please do not take the
6   stickies off.  It would take me forever.
7   EXAMINATION BY MR. GIEGER:
8   Q   Can we progress with you using a
9   copy?
10   A   No, I need my notes.
11   Q   Okay.  Then let me -- Let me see
12   if there are other questions I can ask you
13   without going through that copy.
14   Since you authored this report,
15   which is Exhibit No. 3, have you reviewed
16   that report in anticipation of this
17   deposition, in preparation for this
18   deposition?
19   A   Of course.
20   Q   Okay.  And is there any changes or
21   revisions that you have made to that report?
22   You have reviewed it?
23   A   I have not made any changes to
24   this report.
25   Q   That's all I asked you, whether or

Page 54

```
 1   not -- You wrote the report it.  You read it
 2   in preparation for the deposition.  There
 3   are no changes or additions that you have
 4   made to that report, correct?
 5        A    No, it's in its entirety at this
 6   time.
 7        Q    And you believe it to be correct?
 8        A    It is.
 9        Q    It's your opinion in this case?
10        A    No, it's not just my opinion.
11   There's scientific literature.  Yes.
12        Q    It's your opinion in this case,
13   right?
14        A    It's my opinion and the facts,
15   scientific facts.
16        Q    Okay.  And it's all of your
17   opinions in this case?
18        A    Yes, those are all the opinions I
19   will be issuing in this case.
20        Q    All right.  Have you reviewed any
21   transcript of any testimony that is specific
22   to the Wright case?
23        A    The only deposition -- I mean,
24   there are depositions that I have not
25   reviewed yet.  The only deposition that I
```