```
                                                                          1
 1                      UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA
 2

 3      **************************************************************

 4      IN RE:  FEMA TRAILER
        FORMALDEHYDE PRODUCTS
 5      LIABILITY LITIGATION

 6                                  DOCKET MDL NO. 1873 "N"
                                    NEW ORLEANS, LOUISIANA
 7                                  THURSDAY, SEPTEMBER 17, 2009, 8:30 A.M.

 8      THIS DOCUMENT IS RELATED TO

 9      CHARLIE AGE, ET AL V
        GULF STREAM COACH, INC.,
10      ET AL, DOCKET NO. 09-2892;
        ALANA ALEXANDER,
11      INDIVIDUALLY AND ON BEHALF
        OF CHRISTOPHER COOPER
12
        **************************************************************
13
                                    DAY 4
14                              MORNING SESSION
                    TRANSCRIPT OF JURY TRIAL PROCEEDINGS
15            HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
                        UNITED STATES DISTRICT JUDGE
16

17      APPEARANCES:

18
        FOR THE PLAINTIFFS:
19
                                    GAINSBURGH BENJAMIN DAVID MEUNIER AND
20                                  WARSHAUER
                                    BY:  GERALD E. MEUNIER, ESQUIRE
21                                  2800 ENERGY CENTRE
                                    1100 POYDRAS STREET, SUITE 2800
22                                  NEW ORLEANS LA   70163

23
                                    THE BUZBEE LAW FIRM
24                                  BY:  ANTHONY G. BUZBEE, ESQUIRE
                                    600 TRAVIS, SUITE 7300
25                                  HOUSTON TX    77002
```

**EXHIBIT "D"**

80

1  STRUCTURES?
2  A.   THAT'S CORRECT.
3  Q.   EXCERPTS FROM A HUD DOCUMENT CONCERNING SPECIFICATIONS FOR
4  MANUFACTURING HOUSING, PART 3280; YOU ALSO CONSULTED THAT?
5  A.   YES, SIR.
6  Q.   AND YOU DID THE SITE VISIT?
7  A.   YES, SIR.
8  Q.   IN LISTENING TO THE TESTIMONY OF DARRYL LEMIEUX YESTERDAY,
9  YOU SPECIFICALLY AND FIRSTHAND LEARNED HOW THIS TRAILER WAS
10 JACKED ON DALE STREET, CORRECT?
11 A.   THAT'S CORRECT.
12 Q.   WOULD IT BE HELPFUL TO YOU IN EXPLAINING TO THE JURY THE
13 STRUCTURAL ISSUES THAT OCCURRED IN JACKING IT THE WAY
14 DARRYL LEMIEUX JACKED IT TO STEP DOWN AND DEMONSTRATE TO THEM
15 USING THIS MODEL WHAT OCCURS?
16       MR. HILLIARD:  AND WITH THE COURT'S PERMISSION, MAY HE?
17       THE COURT:  YES.
18       MR. HILLIARD:  MAY I COME AROUND THE FRONT, YOUR HONOR?
19       THE COURT:  SURE.
20                          EXAMINATION
21 BY MR. HILLIARD:
22 Q.   LET ME START WITH A QUESTION.  USING THESE CUPS JUST AS
23 EXAMPLES OF HOW THE TRAILER WAS LIFTED, CAN YOU SHOW THE JURY
24 WHAT YOU REMEMBER MR. LEMIEUX'S TESTIMONY TO BE IN REGARDS TO HOW
25 HE WAS JACKING THIS SIDE TO SIDE; AND, IN SHOWING THAT TO THE

1  JURY, EXPLAIN TO THEM WHAT HAPPENS TO THE STRUCTURE OF THIS
2  TRAILER, AS YOU UNDERSTAND THAT STRUCTURE TO BE, WHEN IT'S JACKED
3  THAT WAY.
4  A.   OKAY.
5          MR. PENOT:  OBJECTION, YOUR HONOR.  THAT'S NOT IN THE
6  REPORT.
7          THE COURT:  COUNSEL, WE'RE GOING TO STICK WITH THE
8  EXPERT REPORT THAT'S BEEN GIVEN.  HE'S GOING TO HAVE TO -- HIS
9  TESTIMONY IS GOING TO HAVE TO BE THAT WHICH IS REFLECTED IN HIS
10 EXPERT REPORT.
11         MR. HILLIARD:  THAT'S CORRECT.
12         THE COURT:  SO WE'RE NOT GOING TO GO BEYOND THAT, ARE
13 WE?
14         MR. HILLIARD:  HIS EXPERT REPORT SPEAKS SPECIFICALLY TO
15 THE JACKING THAT CAUSED THE DAMAGE TO THE TRAILER.
16         THE COURT:  WELL, I DON'T THINK THAT'S THE PART THAT
17 MR. PENOT IS COMPLAINING ABOUT.
18         MR. HILLIARD:  HIS EXPERT REPORT DOES NOT SPEAK TO
19 DARRYL LEMIEUX'S TESTIMONY BECAUSE DARRYL LEMIEUX'S TESTIMONY WAS
20 FOR THE FIRST TIME GIVEN IN FRONT OF THIS JURY.  NEVER DEPOSED.
21         THE COURT:  NO, BUT I DON'T THINK THAT'S WHAT -- WHY
22 DON'T Y'ALL APPROACH.
23         (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THERE WAS
24 A CONFERENCE HELD AT THE BENCH.)
25         MR. PENOT:  YOUR HONOR, HERE IS WHAT THE REPORT SAYS.