# Transcript of the Testimony of
# Videotaped Deposition of Paul Hewett, Ph.D., CIH

## Date taken: December 2, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

**EXHIBIT "F"**

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped Deposition of Paul Hewett, Ph.D., CIH

Page 77

1   which would imply she created the
2   formaldehyde levels within the trailers she
3   tested.  I object to the form.
4   EXAMINATION BY MR. KURTZ:
5       Q    You can answer.
6       A    Well, I would agree that the
7   printout shows and the sort shows that a
8   large number, in the hundreds, of the
9   measurements or concentrations were
10  collected by DeVany Industrial Consultants.
11      Q    You can look at the data plots,
12  like Figure 8 in your report, and see that
13  DeVany's data are different than everyone
14  else's, right?
15      A    Right.
16      Q    And they're actually a lot
17  different, right?
18      A    Yes.
19      Q    And she didn't just have different
20  numbers, she had a lot of different numbers,
21  right?
22      MR. D'AMICO:
23           Object to the form.
24      THE WITNESS:
25           She or her associates collected

Case 2:07-md-01873-KDE-MBN   Document 10944-7   Filed 02/01/10   Page 3 of 5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)          Videotaped Deposition of Paul Hewett, Ph.D., CIH

Page 84

1   regression -- no, just the descriptive
2   statistics that are attached to your report,
3   right?
4       A    Yes, they did, as far as the total
5   lines go for each of the tables.
6       Q    And her, DeVany Industrial's
7   measurements also form part of the data that
8   you relied on to create the compliance
9   statistics in Tables 4 through 7, right?
10      A    Right.  Well, DeVany Industrial
11  Consultants was one of the data sources for
12  which I calculated compliance statistics.
13      Q    The data that they provided
14  underlie the calculations that are reflected
15  in Tables 2 through 7 of your report, right?
16      A    Well, not for every statistic in
17  those tables.
18      Q    For each of the aggregates, each
19  of the totals?
20      A    Yes, they did.
21      Q    Okay.  Did you ever run a
22  two-sample t-test comparing DeVany's
23  formaldehyde concentration measurements to
24  those of everyone else to see if they
25  reflected two different underlying

Page 85

```
 1   populations?
 2        A    No, I did not.
 3        Q    And you probably don't need to
 4   know in advance that if you did that, you
 5   would conclude that they came from two
 6   different populations at a very high level
 7   of statistical significance?
 8        A    I would not be surprised that that
 9   would happen.
10        Q    Okay.  Greater than 99 percent
11   confidence in such a conclusion, right?
12        A    Well, I just said I would not be
13   surprised.
14        Q    If you calculated descriptive
15   statistics, such as the mean for Forest
16   River units or for just the Salem models
17   using data from all other data sources other
18   than DeVany Industrial, you would come up
19   with lower means, right?
20        A    Yes, you would, as an aggregate
21   statistic.
22        Q    And as aggregate compliance
23   statistics, you would come up with lower,
24   lower confidence interval levels, right?
25        A    The means would decrease.  The
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)        Videotaped Deposition of Paul Hewett, Ph.D., CIH

Page 178

1  A   That was a long question, and let
2  me see if I can rephrase it. If the jury
3  agreed that that dataset was irrelevant, it
4  would have to be removed from this graph?
5      Well, if that's the jury's
6  responsibility, they can remove it from the
7  graph. I would argue it stays in the graph.
8  Q   But in terms of the comparison for
9  the data points, if it is -- And I agree
10 with you, it's the jury's province, but if
11 the jury determines those numbers are
12 unreasonably high, then they would need to
13 be removed from this particular graph in
14 order to understand, come to a complete
15 understanding of what the graphical analysis
16 represents, correct?
17 A   Well, I think you could have
18 another graph, one graph for occupied and
19 one graph for unoccupied trailers, which is
20 indeed what we did with the Fleetwood.
21 Q   Have you done that in this case?
22 A   Not for this report. I mentioned
23 earlier I reran some statistics and I
24 started doing it last night. Nothing much
25 to do in New Orleans, so why not run