# 9 Appendices

## 9.1 Analysis-of-variance by Data Source

Session Start: Monday, December 21st, 2009.

Number of Variables  :     23
Number of Cases      :   1021

SYSTAT Rectangular file D:\Systat_ForestRiver\Conc_2.syz,
created Sun Dec 20 17:57:52 2009, contains variables:

| INDX | DBINDX | SOURCE$ | BARCODE$ | VINNUM$ | MANU$ |
|---|---|---|---|---|---|
| MODL$ | MODL_$ | TYPE$ | DATE_SAMPLED | YEAR_SAMPLED$ | CONCFORM |
| LOD$ | RESIDENT$ | OCCUPIED$ | TMP | RH | WINDOWSOPEN |
| MOLDVISIBLE | THUAGE | SAMPID$ | CONC | LNCONC | |

Data for the following results were selected according to
　　SELECT Occupied$='Y' and TYPE$='Travel Trailer'

Effects coding used for categorical variables in model.
The categorical values encountered during processing are

| Variables | Levels | | | | |
|---|---|---|---|---|---|
| SOURCE$ (8 levels) | Bureau Veritas | DeVany Industrial Consultants | FEMA CDC | Occupant | Sierra Club |
| | TES | Texas Parks & Wildlife Department | W. D. Scott Group | | |

| Dependent Variable | LOGCONC |
|---|---|
| N | 285 |
| Multiple R | 0.22884 |
| Squared Multiple R | 0.05237 |

### Analysis of Variance

| Source | Type III SS | df | Mean Squares | F-ratio | p-value |
|---|---|---|---|---|---|
| SOURCE$ | 2.49654 | 7 | 0.35665 | 2.18681 | 0.03558 |
| Error | 45.17609 | 277 | 0.16309 | | |



EXHIBIT "G"

## Least Squares Means



Case    917  is an Outlier   (Studentized Residual :    -5.14420)

| Durbin-Watson D Statistic | 1.70155 |
|---|---|
| First Order Autocorrelation | 0.14657 |

**Information Criteria**

| AIC | 301.84741 |
|---|---|
| AIC (Corrected) | 302.50196 |
| Schwarz's BIC | 334.71981 |

Post Hoc Test of LOGCONC
Using least squares means.
Using model MSE of 0.16309 with 277 df.

**Tukey's Honestly-Significant-Difference Test**

| SOURCE$(i) | SOURCE$(j) | Difference | p-value | 95.0% Confidence Interval Lower | Upper |
|---|---|---|---|---|---|
| Bureau Veritas | DeVany Industrial Consultants | -0.07864 | 0.99980 | -0.59269 | 0.43541 |
| Bureau Veritas | FEMA CDC | 0.06983 | 0.98755 | -0.16965 | 0.30931 |
| Bureau Veritas | Occupant | -0.12983 | 0.79177 | -0.38713 | 0.12748 |
| Bureau Veritas | Sierra Club | -0.22335 | 0.92995 | -0.78387 | 0.33717 |
| Bureau Veritas | TES | 0.15122 | 0.28369 | -0.04653 | 0.34897 |
| Bureau Veritas | Texas Parks & Wildlife Department | -0.23433 | 0.94836 | -0.85811 | 0.38944 |
| Bureau Veritas | W. D. Scott Group | -0.01704 | 1.00000 | -0.24113 | 0.20705 |
| DeVany Industrial Consultants | FEMA CDC | 0.14847 | 0.99132 | -0.39236 | 0.68931 |
| DeVany Industrial Consultants | Occupant | -0.05119 | 0.99999 | -0.60015 | 0.49778 |
| DeVany Industrial Consultants | Sierra Club | -0.14471 | 0.99898 | -0.88589 | 0.59646 |
| DeVany Industrial Consultants | TES | 0.22986 | 0.88751 | -0.29384 | 0.75356 |
| DeVany Industrial Consultants | Texas Parks & Wildlife Department | -0.15570 | 0.99892 | -0.94579 | 0.63440 |
| DeVany Industrial Consultants | W. D. Scott Group | 0.06160 | 0.99997 | -0.47260 | 0.59580 |
| FEMA CDC | Occupant | -0.19966 | 0.50313 | -0.50701 | 0.10770 |
| FEMA CDC | Sierra Club | -0.29319 | 0.79773 | -0.87837 | 0.29200 |
| FEMA CDC | TES | 0.08139 | 0.98098 | -0.17816 | 0.34094 |
| FEMA CDC | Texas Parks & Wildlife Department | -0.30417 | 0.84498 | -0.95020 | 0.34186 |
| FEMA CDC | W. D. Scott Group | -0.08687 | 0.98216 | -0.36701 | 0.19327 |
| Occupant | Sierra Club | -0.09353 | 0.99975 | -0.68623 | 0.49918 |
| Occupant | TES | 0.28105 | 0.04254 | 0.00496 | 0.55713 |
| Occupant | Texas Parks & Wildlife Department | -0.10451 | 0.99973 | -0.75736 | 0.54834 |
| Occupant | W. D. Scott Group | 0.11279 | 0.94389 | -0.18273 | 0.40831 |
| Sierra Club | TES | 0.37458 | 0.48594 | -0.19481 | 0.94396 |
| Sierra Club | Texas Parks & Wildlife Department | -0.01098 | 1.00000 | -0.83207 | 0.81011 |
| Sierra Club | W. D. Scott Group | 0.20632 | 0.96110 | -0.37274 | 0.78538 |
| TES | Texas Parks & | -0.38556 | 0.58577 | -1.01731 | 0.24619 |

| | | | | | |
|---|---|---|---|---|---|
| TES | Wildlife Department W. D. Scott Group | -0.16826 | 0.42928 | -0.41368 | 0.07716 |
| Texas Parks & Wildlife Department | W. D. Scott Group | 0.21730 | 0.97028 | -0.42319 | 0.85778 |