# Inspection Report


©2009 LaGrange Consulting

PREPARED BY:
LaGrange Consulting, LLC
256 Calumet Drive
Madisonville, LA 70447
Info@LaGrangeConsulting.com

PREPARED FOR:

Al Mallet, Jr.
First General Services
Lafayette, LA 70598
with regards to
586 Schexnayder, Melville, LA 71353
August, 2009

## LaGrange CONSULTING™

All Information Contained Herein is for Client Use and Review Only. Unauthorized Duplication or Distribution of this Material is Strictly Prohibited.

**EXHIBIT "H"**

www.LaGrangeConsulting.com • 985-845-2148

## I.   Introduction to the Project

The testing and inspection results conveyed in this report were collected at #586 Schexnayder, Melville, LA 71353 in the United States of America on the dates: of August 18, 19, 20, 31 and September 1 in 2009. The project being tested is a travel trailer #1277021 that was used by the *Federal Emergency Management Agency (FEMA)* to house victims of hurricane Katrina. The trailer was parked at a storage lot at the above address at the time of testing.

*Note: All technical terms and acronyms written in italics and are defined in the glossary starting on page 89.






LaGrange Consulting, LLC of 256 Calumet Dr. in Madisonville, LA 70447 was the testing and inspection company. Paul LaGrange was the technician testing the travel trailer. LaGrange Consulting was hired by Al Mallet, Jr. of First General Services of Lafayette, LA 70598 to perform the following services:

1. Perform a blower door (building leakage) test.
2. Perform duct blaster (duct leakage) tests.
3. Determine the weighted average of *R and U-values* of the wall and ceiling assemblies.
4. Determine the *Btu* gain of the air infiltration.
5. Perform infrared thermal imaging scans of the trailer.
6. Perform a *manual j-load* (discussed on page 53) of the trailer.

7. Offer explanations of the interactions between the heating and cooling systems and the cavities, attic, and crawlspace in this building.
8. Make observations upon deconstruction of the trailer.
9. Make observations of the Forest River and Shaw Group Consultant's testing.
10. Summarize the findings.

The standards and equations used to complete the described services are accepted standards of the industry and are attached in the appendices.

### Trailer Description and Manufacturer Information

Ritter Consulting Engineering provided drawings of the trailer that included floor plans, as well as exterior and interior elevations. The trailer was constructed November 13, 2005. The trailer is manufactured by Forest River, Inc. The vehicle type is Salem Towables and the series number SMT32BHLE. The vehicle ID number is 4X4TSMH296C008992.

According to the FEMA procurement document (See APPENDIX G), this trailer was built "for the purpose of providing temporary housing" for its occupants. The causes for the poor indoor air quality are interactive. First, the heating and cooling systems provided no fresh air intake to dilute the pollutants within the trailer. Secondly, the trailer was not well sealed. So air leaks allowed humidity, dust, and other contaminants into the trailer, especially when the cooling system was running. Thirdly, the installation of the insulation was quite inadequate and the wall assembly was conducive to mold growth, which increases the poor indoor air quality. This report will discuss the observations and diagnostic testing that support this summary.

The following outlines our test results and observations:

1. This trailer was ordered by FEMA and was required to be built to their temporary housing standards. The International Residential Code (IRC) 2000 and the New Orleans 2003 Building Code were the building codes at the time that governed how housing was to be constructed. The trailer was not constructed to meet code requirements. This report will describe how the temporary homes did not follow the building code as it relates to insulation, air leaks, air conditioning, and duct work.
2. The heating and cooling system were inadequate and poorly installed.
    a. There was no filtered fresh air brought in to dilute the pollutants in the air from off-gassing and human occupancy.
    b. The cooling system was over 25% oversized so it could not adequately dehumidify the trailer as needed in a hot humid climate (see page 53 for explanations of why A/C systems should not be oversized).
    c. The ductwork for the cooling system was inadequate and poorly designed as fully described later in the report.
        i. The supply ducts leaked.
            1. Leaky supply ducts cause differential pressures.
            2. Leaky supply ducts cause condensation in the attic and walls.
        ii. The supply ducts were poorly insulated.
        iii. The return side of the unit leaked.
            1. Leaky returns pull in contaminants from the attic and walls.