# Transcript of the Testimony of
# Videotaped Deposition of Lyndon Wright

**Date taken: July 10, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "B"

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:   FEMA TRAILER          MDL NO. 1873

FORMALDEHYDE PRODUCTS          SECTION "N"(4)

LIABILITY LITIGATION           JUDGE ENGELHARDT

\* \* \*

VIDEOTAPED DEPOSITION OF LYNDON WRIGHT, 3417 SOUTH CLAIBORNE AVENUE, APARTMENT 5, NEW ORLEANS, LOUISIANA 70113, TAKEN AT THE OFFICES OF FRANK D'AMICO, 622 BARONNE STREET, NEW ORLEANS, LOUISIANA 70130, ON THE 10TH DAY OF JULY, 2009.

REPORTED BY:

    CATHY RENEE' POWELL, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

VIDEOGRAPHER:

    BRIAN SOILEAU
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

```
 1            The IDD.
 2       MR. BONE:
 3            Let's go off the record and I will
 4  make sure I have covered what I need to
 5  cover.  We will go back on and I will wrap
 6  it up.
 7       THE VIDEOGRAPHER:
 8            Off the record; it is 2:02.
 9       (Recess.)
10       THE VIDEOGRAPHER:
11            We are back on the record; it is
12  2:05.
13  EXAMINATION BY MR. BONE:
14       Q.   Mr. Wright, you have also made a
15  claim for emotional-related issues; is that
16  correct?
17       A.   Yes.
18       Q.   Can you describe for me, if you
19  would, the nature of the emotional-related
20  issues that you feel are related to your
21  occupancy of this particular unit.
22       A.   First of all, like, when I
23  complained about the problems with the door
24  and the mold, nobody ever responded to it.
25  I had to keep trying to fix it myself, not
```

1    knowing what I was trying to fix.
2              I mean, I would get bleach and
3    water, trying to clean up the mold and it
4    would come right back.  The rainwater coming
5    through the door, every time a maintenance
6    man would come, they would say, "We'll have
7    somebody come look at it, somebody will give
8    you a call."
9              Nobody would call.  When I'd see a
10   maintenance person again, do it again.
11             Just basically sitting in the
12   trailer with all the coughing and -- I'm not
13   thinking I'm sick, but I have got this
14   aggravating cough and it's making my head
15   hurt.
16             And then, that little cooped-up
17   trailer.  And then when the blood started to
18   coming through my mouth, I don't know why
19   that's happening.  So I'm just like
20   aggravated.
21        Q.   So you have some aggravation
22   associated with some of the issues that you
23   were having regarding getting resolution to
24   your complaints?
25        A.   Yes.