# Affidavit
# Of
# Edward Halie Shwery

STATE OF LOUISIANA
PARISH OF ORLEANS

RE: **Trial of Lyndon Wright**
**In RE FEMA Trailer Formaldehyde Product Litigation**

Before me, the undersigned Notary, on this day personally appeared Edward Halie Shwery, a person whose identity is known to me. After I administered the oath to him, upon his oath he stated the following:

All statements contained herein are true and correct and based upon my personal knowledge, education, and experience and I am a person of full age of majority, competent to execute this affidavit.

Affiant further sayeth not.

Sworn to and subscribed to before me, Notary, this 28th day of July, 2009.

_____
Edward Halie Shwery

_____
Cynthia M. Wallace, Notary ID# 32840
My commission expires at my death.

**EXHIBIT "D"**

4 Page
Name: Lyndon Wright
Date of Birth: April 1, 1970
Date of Examination: July 17 and 20, 2009
Date of Report: July 21, 2009

Continuing Problems

Initially, Lyn had no significant difficulties while living in the trailer, but after approximately two months, he began experiencing a burning and redness in his eyes, increased and frequent coughing, headaches, and, "My throat would get clogged up and I would wake up at night and have trouble breathing." Lyn consulted a physician at the Uptown Nephrology practice and his physician prescribed over-the-counter medications that began to help address the problems Lyn was experiencing. Unfortunately, his chest congestion continued and gradually worsened. His sinus problems also continued and his headaches and coughing gradually became worse. After 3-4 months in the trailer, dermatological problems developed with primarily rashes on his elbows, back of his neck, and his upper back. Initially, Lyn employed the use of over-the-counter medication for his skin difficulties. However, after approximately 9 months, his skin problems increased and blood in his mucus developed. Lyn was able to continue working, but he began consulting his physician more often and his health slowly deteriorated.

Lyn recalls developing depression after approximately 9-12 months of living in the trailer. As he recalls, "I started noticing symptoms that were aggravating me (general health) and I started to not care anymore. I started having thoughts about walking away from the trailer and quitting my job and I got to the point that I just didn't care about things anymore." Lyn also began to experience suicidal ideation as his depression unfolded and increased. As he recalls, "I had a whole bunch of medications for sinus problems and I began thinking 'I wonder what would happen if I took all of these?' Then I started thinking what that would do to my family and I tried not to think about dying." Lyn consulted his physician and advised the doctor that he was feeling depressed; the doctor prescribed Effexor. Lyn took the medication for approximately six weeks and he began re-reading his motivational books. Gradually, his depression declined. Issues of morbidity have continued to be present in Lyn's mind. Privately, he continues to ruminate about death and the long-term effects of formaldehyde. As he stated, "Every little pain I get I wonder if I should go to the doctor, I don't know what it is. I ask myself if the blood in my mucus is a warning sign of something wrong. Where is this blood coming from?"

The bone density problems are also beginning to occupy a larger focus in his private worries and distress. As he stated, "At times I pick up something and I worry, will my arm break? I don't want to go out on long-term disability. I don't want my bones to get weak and have to worry about this. Like, if I jump down a flight of stairs and stuff. I'm waiting for more testing and I'm worried about what living in the trailer might have to do with the bone problems." Lyn is planning to schedule another appointment with his physician in order to follow up on re-testing for bone density.