UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Lyndon Wright, et al.  v. Forest River, Inc.,*<br>*et al.*, 09-2977 (E.D. La.) | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SHAW ENVIRONMENTAL, INC.'S MOTION FOR
### PARTIAL SUMMARY JUDGMENT REGARDING FAILURE TO WARN

**NOW INTO COURT**, through undersigned counsel, comes defendant, Shaw Environmental, Inc. (hereinafter referred to as "Shaw"), and, in accordance with Rule 56(b) of the Federal Rules of Civil Procedure, respectfully submits this Motion for Partial Summary Judgment with respect to Plaintiff's failure to warn claim.  Shaw seeks a dismissal of Plaintiff's failure to warn claim based on the fact that Plaintiff cannot establish the existence of a duty.  In addition, Shaw seeks a dismissal of the failure to warn claim based on immunity afforded to it under the federal government contractor defense. The factual and legal bases for this motion are set forth in the attached memorandum, statement of uncontested material facts and exhibits.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**


  /s/ M. David Kurtz
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**


## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

  /s/ M. David Kurtz