**CONTRACT NUMBER:**

HSFEHQ-05-D-0573

**ISSUED BY:**

~~Department of Homeland Security~~
Federal Emergency Management Agency
Financial & Acquisition Management Division
Flood, Fire and Mitigation Branch
500 C Street, S.W., Room 350
Washington DC 20472

**NAME AND ADDRESS OF CONTRACTOR:**

Shaw Environmental, Inc
1725 Duke Street, Suite 400
Alexandria, VA 22314-3470

**LETTER CONTRACT FOR:**

Pursuant to Federal Acquisition Regulation (FAR) 16.603, the following agreement is hereby entered into on behalf of the Government.

**TERM OF CONTRACT**

The contract term shall be for a period commencing upon effective date of this contract and ending January 15, 2006.

The following and attached clauses (Sections B-J) to this letter contract apply:

**52.216-23, EXECUTION AND COMMENCEMENT OF WORK (APR 1984)**

The Contractor shall indicate acceptance of this letter contract by signing three copies of the contract and returning them to the Contracting Officer not later than September 30, 2005. Upon acceptance by both parties, the Contractor shall proceed with performance of the work, including purchase of necessary materials.

EXHIBIT
"1"

CONFIDENTIAL

SHAW 000373

**52.216-24, LIMITATION OF GOVERNMENT LIABILITY  (APR 1984)**

(a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding the amount obligated under individual task orders.

(b) The maximum amount for which the Government shall be liable if this contract is terminated is equal to the cumulative amount obligated under individual task orders.

**52.216-25, CONTRACT DEFINITIZATION  (OCT 1997)**

(a) An Indefinite Delivery/Indefinite Quantity (IDIQ) type definitive contract with firm fixed price/cost/time and materials task orders is contemplated.  The Contractor agrees to begin promptly negotiating with the Contracting Officer the terms of a definitive contract that will include (1) all clauses required by the Federal Acquisition Regulation (FAR) on the date of execution of the letter contract, (2) all clauses required by law on the date of execution of the definitive contract, and (3) any other mutually agreeable clauses, terms, and conditions.  The Contractor agrees to submit a proposal and cost or pricing data supporting its proposal.

(b) The schedule for definitizing this contract is:

(1)     Proposal due September 30, 2005;
(2)     Negotiations on or before October 21, 2005;
(3)     Definitization within 5 days of agreement;

(c) If agreement on a definitive IDIQ contract to supersede this letter contract is not reached by the target date in paragraph (b) above, or within any extension of it granted by the Contracting Officer, the Contracting Officer may, with the approval of the head of the contracting activity, determine a reasonable price or fee in accordance with Subpart 15.8 and Part 31 of the FAR, subject to Contractor appeal as provided in the Disputes clause.  In any event, the Contractor shall proceed with completion of the contract, subject only to the Limitation of Government Liability clause.

(1) After the Contracting Officer's determination of price or fee, the contract shall be governed by--

(i) All clauses required by the FAR on the date of execution of this letter contract for either fixed-price or cost-reimbursement contracts, as determined by the Contracting Officer under this paragraph (c);

(ii) All clauses required by law as of the date of the Contracting Officer's determination; and

(iii) Any other clauses, terms, and conditions mutually agreed upon.

(2) To the extent consistent with subparagraph (c)(1) above, all clauses, terms, and conditions included in this letter contract shall continue in effect, except those that by their nature apply only to a letter contract.

CONFIDENTIAL

SHAW 000374

**52.216-26 PAYMENTS OF ALLOWABLE COSTS BEFORE DEFINITIZATION  (DEC 2002)**

This clause applies to Cost Reimbursement Task Orders only.

(a) Reimbursement rate.  Pending the placing of the definitive contract referred to in this letter contract, the Government will promptly reimburse the Contractor for all allowable costs under this contract at the following rates:

(1) One hundred percent of approved costs representing financing payments to subcontractors under fixed-price subcontracts, provided that the Government's payments to the Contractor will not exceed 80 percent of the allowable costs of those subcontractors.

(2) One hundred percent of approved costs representing cost-reimbursement subcontracts; provided, that the Government's payments to the Contractor shall not exceed 85 percent of the allowable costs of those subcontractors.

(3) Eighty-five percent of all other approved costs.

(b) Limitation of reimbursement.  To determine the amounts payable to the Contractor under this letter contract, the Contracting Officer shall determine allowable costs in accordance with the applicable cost principles in Part 31 of the Federal Acquisition Regulation (FAR).  The total reimbursement made under this paragraph shall not exceed 85 percent of the maximum amount of the Government's liability, as stated in this contract.

(c) Invoicing.  Payments shall be made promptly to the Contractor when requested as work progresses, but (except for small business concerns) not more often than every 2 weeks, in amounts approved by the Contracting Officer.  The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost incurred by the Contractor in the performance of this contract.

(d) Allowable costs.  For the purpose of determining allowable costs, the term "costs" includes--

(1) Those recorded costs that result, at the time of the request for reimbursement, from payment by cash, check, or other form of actual payment for items or services purchased directly for the contract;

(2) When the Contractor is not delinquent in payment of costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for--

(i) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made--

(A) In accordance with the terms and conditions of a subcontract or invoice; and

(B) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government;

SHAW 000375

(ii) Materials issued from the Contractor's stores inventory and placed in the production process for use on the contract;

(iii) Direct labor;

(iv) Direct travel;

(v) Other direct in-house costs; and

(vi) Properly allocable and allowable indirect costs as shown on the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

(3) The amount of financing payments that the Contractor has paid by cash, check, or other forms of payment to subcontractors.

(e) Small business concerns. A small business concern may receive more frequent payments than every 2 weeks.

(f) Audit. At any time before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of costs audited. Any payment may be (1) reduced by any amounts found by the Contracting Officer not to constitute allowable costs or (2) adjusted for overpayments or underpayments made on preceding invoices or vouchers.

**1.  SCOPE OF WORK:**

See attached, Section C.

**2.  WAGE DECISION NO.:**

See attached, Section H.10, Wage Determination (Various).

**3.  Suspension of Davis-Bacon Act.** On September 8, 2005, the President signed a proclamation suspending the Davis-Bacon Act, 40 U.S.C. 3141, in those areas of the country seriously affected by Hurricane Katrina. The suspension applies to various counties/parishes in the states of Louisiana, Mississippi, Alabama and Florida to contracts awarded on or after September 8, 2005. The determination as to whether the Davis-Bacon Act applies to a particular Task Order under this contract will be determined upon the receipt of the contractor's Task Order proposal(s) and subsequent negotiations. The appropriate clauses will, then, be included in the negotiated Task Order(s).

**SIGNATURES:**

William R. Winkler
Executive-Vice-President

Date  9-3-05

Nancy A. Costello
Contracting Officer

Date  9/30/05

Page 4 of 4

CONFIDENTIAL

| AWARD/CONTRACT | | 1 THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | | RATING N/A | PAGE 1 | OF | PAGES |
|---|---|---|---|---|---|---|---|

| 2. CONTRACT NO. (Proc. Inst. Ident.) HSFEHQ-05-D-0573 | | 3. EFFECTIVE DATE | | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. | | | |

**5 ISSUED BY**      **CODE**

Federal Emergency Management Agency
Financial & Acquisition Management Div
Flood, Fire & Mitigation Branch
500 C Street, S.W., Room 350
Washington DC 20472

**6. ADMINISTERED BY** (If other than Item 5)      **CODE**

Nancy A. Costello

**7. NAME AND ADDRESS OF CONTRACTOR** (No., street, city, county, State and ZIP Code)

SHAW ENVIRONMENTAL, INC

1725 DUKE STREET
SUITE 400
ALEXANDRIA VA 223143470

**8 DELIVERY**

[ ] FOB ORIGIN    [X] OTHER (See below)

**9. DISCOUNT FOR PROMPT PAYMENT**

Net 30

**10. SUBMIT INVOICES** (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN.    **ITEM** 12

**CODE**      **FACILITY CODE**

| 11. SHIP TO/MARK FOR   CODE | 12. PAYMENT WILL BE MADE BY   CODE |
|---|---|
| | Federal Emergency Management Agency Office of Financial Management Disaster Finance Center PO Box 800 Berryville VA 22611 |

**13 AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION**

[ ] 10 U.S.C. 2304(c)( )    [X] 41 U.S.C. 253(c)( 2 )

**14. ACCOUNTING AND APPROPRIATION DATA**

| 15A. ITEM NO | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | The contractor shall provide the necessary personnel, materials, services, equipment, and facilities, and otherwise do all things necessary to provide temporary shelters and related services as described in the Scope of Work, Attachment A. | | | | |
| | The guaranteed minimum of ▮▮▮▮ is obligated under task order HSFEHQ-05-J-0001 simultaneous with contract award. | | | | |
| | | | | | (ZERO) |
| | 15G. TOTAL AMOUNT OF CONTRACT | | | | |

## 16. TABLE OF CONTENTS

| (X) | SEC | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| x | A | SOLICITATION/CONTRACT FORM | | x | I | CONTRACT CLAUSES | |
| x | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH.** | |
| x | C | DESCRIPTION/SPECS /WORK STATEMENT | | x | J | LIST OF ATTACHMENTS | |
| x | D | PACKAGING AND MARKING | | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| x | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| x | F | DELIVERIES OR PERFORMANCE | | | | | |
| x | G | CONTRACT ADMINISTRATION DATA | | | L | INSTRS., CONDS., AND NOTICES TO OFFER | |
| x | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |

### CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

| 17 [X] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return 3 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.) | 18. [X] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number HSFEHQ-05-R-0046 , including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary. |
|---|---|
| 18A. NAME AND TITLE OF SIGNER (Type or print) | 20A. NAME OF CONTRACTING OFFICER Nancy A. Costello Contracting Officer |
| 19B. NAME OF CONTRACTOR BY _____ (Signature of person authorized to sign) | 19C. DATE SIGNED | 20B. UNITED STATES OF AMERICA BY _____ (Signature of Contracting Officer) | 20C. DATE SIGNED |

STANDARD FORM 26 (REV. (4-85)

CONFIDENTIAL        SHAW 000377

## Table of Contents

PART I - THE SCHEDULE ................................................................................ A-1

SECTION A - SOLICITATION/CONTRACT FORM ................................................ A-1

    SF 26   AWARD/CONTRACT ........................................................................ A-1

PART I - THE SCHEDULE ................................................................................ B-1

SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS ................................ B-1

    B.1 ITEMS TO BE ACQUIRED ...................................................................... B-1
    B.2 MAXIMUM AND MINIMUM FUNDING LIMITATION ............................ B-1
    B.3 CONSIDERATION AND PAYMENT-FIXED PRICE/COST REIMBURSABLE/TIME-AND-MATERIAL
        OR LABOR-HOUR .............................................................................. B-1
    B.4 TASK ORDER FUNDING ........................................................................ B-1
    B.5 MANAGEMENT AND ADMINISTRATION COSTS .................................. B-2
    B.6 NEGOTIATED INDIRECT COST RATES .................................................. B-2
    B.7 LIMITATION OF INDIRECT COSTS ...................................................... B-2
    B.8 DATE OF INCURRENCE OF COSTS ...................................................... B-3

SECTION C - DESCRIPTION/SPECIFICATIONS/STATEMENT OF WORK .............. C-1

    C.1 STATEMENT OF WORK ........................................................................ C-1

SECTION D - PACKAGING AND MARKING ...................................................... D-1

    D.1 PRESERVATION, PACKING AND PACKAGING — COMMERCIAL ............ D-1

SECTION E - INSPECTION AND ACCEPTANCE ................................................ E-1

    E.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE ...... E-1
    E.2 INSPECTION AND ACCEPTANCE .......................................................... E-1

SECTION F - DELIVERIES OR PERFORMANCE ................................................ F-1

    F.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE ...... F-1
    F.2 TERM OF CONTRACT .......................................................................... F-1
    F.3 PRINCIPAL PLACE OF PERFORMANCE ................................................ F-1
    F.4 NOTICE OF DELAY .............................................................................. F-1
    F.5 DELIVERY SCHEDULE .......................................................................... F-1
    F.6 REPORTS OF WORK ............................................................................ F-2

SECTION G - CONTRACT ADMINISTRATION DATA .......................................... G-1

    G.1 TRAVEL COSTS .................................................................................. G-1
    G.2 FIXED RATES FOR SERVICES .............................................................. G-1
    G.3 INVOICES .......................................................................................... G-1
    G.4 SUBMISSION OF INVOICES OR VOUCHERS FOR PAYMENT .................. G-3
    G.5 DESIGNATION OF CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE ...... G-3
    G.6 HSAR 3052.242-72  CONTRACTING OFFICER'S TECHNICAL
        REPRESENTATIVE (DEC 2003) .............................................................. G-3
    G.7 PROJECT MONITOR ............................................................................ G-4
    G.8 TECHNICAL DIRECTION AND SURVEILLANCE .................................... G-4
    G.9 TASK ORDER PROCEDURES ................................................................ G-5

SECTION H - SPECIAL CONTRACT REQUIREMENTS ...................................... H-1

    H.1 ACCESSIBILITY OF MEETINGS, CONFERENCES, AND SEMINARS TO PERSONS WITH
        DISABILITIES .................................................................................. H-1

H.2  REPRODUCTION OF REPORTS ............................................................ H-3
H.3  COORDINATION OF FEDERAL REPORTING SERVICES ................... H-3
H.4  PUBLICATION (APR 1984) .................................................................. H-3
H.5  CONFIDENTIALITY OF INFORMATION .......................................... H-5
H.6  ELECTRONIC AND INFORMATION TECHNOLOGY (EIT) ............... H-5
H.7  SERVICES OF CONSULTANTS ............................................................ H-6
H.8  NONPERSONAL SERVICES .................................................................. H-6
H.9  AWARD PRIOR TO AUDIT ................................................................... H-6
H.10  WAGE DETERMINATION .................................................................. H-7
H.11  HSAR 3052.245-70  GOVERNMENT PROPERTY REPORTS (DEC 2003) ............ H-9
H.12  GOVERNMENT-FURNISHED PROPERTY ...................................... H-9
H.13  ACQUISITION OF GOVERNMENT PROPERTY ................................ H-9

PART II – CONTRACT CLAUSES ....................................................................... I-1

SECTION I – CONTRACT CLAUSES ................................................................ I-1

I.1  NOTICE OF HYBRID CONTRACT ...................................................... I-1
I.2  NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE .......... I-1
I.3  52.215-19  NOTIFICATION OF OWNERSHIP CHANGES (OCT 1997) ............ I-4
I.4  52.216-18  ORDERING  (OCT 1995) ................................................. I-4
I.5  52.216-19  ORDER LIMITATIONS  (OCT 1995) ............................... I-5
I.6  52.216-22  INDEFINITE QUANTITY  (OCT 1995) ............................ I-5
I.7  52.217-8  OPTION TO EXTEND SERVICES  (NOV 1999) ................ I-6
I.8  52.222-21  PROHIBITION OF SEGREGATED FACILITIES (FEB 1999) ...... I-6
I.9  52.222-41  SERVICE CONTRACT ACT OF 1965, AS AMENDED
      (JUL 2005) ........................................................................................... I-6
I.10  52.222-42  STATEMENT OF EQUIVALENT RATES FOR FEDERAL
      HIRES  (MAY 1989) .......................................................................... I-11
I.11  52.222-49  SERVICE CONTRACT ACT - PLACE OF PERFORMANCE
      UNKNOWN  (MAY 1989) ................................................................... I-12
I.12  52.225-9  BUY AMERICAN ACT–CONSTRUCTION MATERIALS
      (JAN 2005) .......................................................................................... I-12
I.13  52.225-10  NOTICE OF BUY AMERICAN ACT REQUIREMENT
      –CONSTRUCTION MATERIALS (MAY 2002) ................................... I-15
I.14  52.232-25  PROMPT PAYMENT (FEB 2002)
      ALTERNATE I (FEB 2002) ................................................................. I-15
I.15  52.232-35  DESIGNATION OF OFFICE FOR GOVERNMENT RECEIPT OF
      ELECTRONIC FUNDS TRANSFER INFORMATION  (MAY 1999) ........ I-19
I.16  52.244-2  SUBCONTRACTS (AUG 1998) ......................................... I-20
I.17  52.252-2  CLAUSES INCORPORATED BY REFERENCE  (FEB 1998) ........ I-22
I.18  HSAR 3052.204-70  SECURITY REQUIREMENTS FOR UNCLASSIFIED
      INFORMATION – TECHNOLOGY RESOURCES (DEC 2003) ................ I-22
I.19  HSAR 3052.209-70  PROHIBITION ON CONTRACTS WITH CORPORATE EXPATRIATES
      (DEC 2003) .......................................................................................... I-23
I.20  HSAR 3052.215-70  KEY PERSONNEL OR FACILITIES (DEC 2003) ........ I-25
I.21  HSAR 3052.237-71  INFORMATION TECHNOLOGY SYSTEMS ACCESS FOR
      CONTRACTORS (DEC 2003) ............................................................. I-25
I.22  HSAR 3052.237-72  CONTRACTOR PERSONNEL SCREENING FOR UNCLASSIFIED
      INFORMATION TECHNOLOGY ACCESS (DEC 2003) ....................... I-26

PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS ............... J-1

SECTION J - LIST OF ATTACHMENTS ........................................................... J-1

HSFEHQ-05-D-0573                    SECTION B

## PART I - THE SCHEDULE

## SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

### B.1  ITEMS TO BE ACQUIRED

The Contractor shall furnish all personnel, facilities, equipment, material, supplies, and services (except as may be expressly set forth in this contract as furnished by the Government) and otherwise do all things necessary to, or incident to, performing and providing the following items of work:

STATEMENT OF WORK IS ATTACHED AND LISTED IN
PART III, SECTION J, ATTACHMENT A

### B.2  MAXIMUM AND MINIMUM FUNDING LIMITATION

The maximum funding limitation for this contract (inclusive of the aggregate price of all task orders issued) shall not exceed $▇▇▇▇▇▇▇ The guaranteed minimum under this contract is $▇▇▇▇▇

### B.3  CONSIDERATION AND PAYMENT-FIXED PRICE/COST REIMBURSABLE/TIME-AND-MATERIAL OR LABOR-HOUR

(a)  FIXED PRICE.  Fixed price will be negotiated on a task order basis.  Total payments shall be made in installments based on the percentage of completion of work.

(b)  COST REIMBURSABLE.  Estimated cost and fixed fee will be negotiated on a task order basis.  The contractor shall be reimbursed for actual, incurred costs and fixed fee under each cost type task order.

(c)  TIME-AND-MATERIAL OR LABOR-HOUR.  Time-and-Material or Labor Hour price shall be based on rates specified in this contract.  The government shall reimburse the contractor based on the actual number of hours incurred by labor category.  The following Time-and-Material or Labor Hours rates shall apply to this contract:

SEE SECTION J, ATTACHMENT B, PRICING SHEETS (TO BE NEGOTIATED).

Additional labor categories and rates may be added by modification of the contract.  These Time-and-Material Rates are established for full-time, bonafide company employees as well as employees of corporate affiliates and/or subsidiaries, temporary help, subcontractors and consultants, and include all applicable indirect rates, including G&A and overhead, as well as profit.  Only the skills listed are to be used in the performance of this contract.

(d)  Services may be ordered at any time during the effective period of performance.  Task orders shall be issued in accordance with the Section G clause entitled "Task Order Procedures."  The aggregate dollar amount of all task order funding obligations shall not exceed the ceiling price of this contract as specified in the Section B clause entitled "Maximum and Minimum Funding Limitation".

### B.4  TASK ORDER FUNDING

Fixed price/Cost Reimbursable/Time and Material or Labor Hour type Task Orders may be issued under this contract within the established contract ceiling limitation.

B-1

HSFEHQ-05-D-0573                      SECTION B

## B.5  MANAGEMENT AND ADMINISTRATION COSTS

The Contractor shall provide Management and Administration (M&A) of the overall contract.  Responsibilities include but are not limited to:  Readiness, Project Management, Training, Reports, and Project Briefings.

Management and Administration that is directly related to specific projects should be charged to individual task orders.

Management and Administration (M&A) will be awarded by Time and Material or Labor Hour Task Order. Any applicable M&A tasks (e.g., reporting, briefing, and quality control) that the Government requires past the contract expiration date will be directly charged to specific task orders that remain open after formal contract expiration.

## B.6  NEGOTIATED INDIRECT COST RATES

Notwithstanding the provisions of Clause 52.216-7 of this contract entitled, "Allowable Cost and Payment," the allowable indirect costs under this contract shall be obtained by applying negotiated indirect rates to bases agreed upon by the parties.  The period(s) for which such rates will be established shall correspond to the contractor's fiscal year(s).

Negotiation of final indirect rates shall be in accordance with FAR 52.216-7 and Subpart 42.700 of the Federal Acquisition Regulation.

The results of each negotiation shall be set forth in a modification to this contract which shall specify (1) the agreed final rates, (2) the bases to which the rates apply, and (3) the periods for which the rates apply.

Pending establishment of final overhead rates for any period, the Contractor shall be reimbursed for allowable indirect costs, not claimed elsewhere, at the following billing rate(s).  Such billing rate(s) may, at the request of either party, be revised by mutual consent to apply either retroactively or prospectively to prevent substantial over and under payment.

| Indirect Cost | Base of Application | Billing Rate | Contractor's Fiscal Year |
|---|---|---|---|
| (TO BE NEGOTIATED.) | | | |

## B.7  LIMITATION OF INDIRECT COSTS

(a)  Notwithstanding any other clause(s) of this contract, the Government shall not reimburse the Contractor for any indirect costs in excess of the indirect expense dollars derived for each of the Contractor's fiscal years by the application of the following individual indirect cost ceiling rates to the appropriate base outlines below.  All indirect costs in excess of said amount(s) shall be borne by the Contractor.  In the event that the final indirect cost rates are less than the negotiated ceiling rates, the negotiated rates will be reduced to conform with the lower rates.

(b)  The indirect cost limitations set forth below include provisions for all known increases that will take place during the term of this contract resulting from statute, court decisions and/or written ruling or regulation by the Internal Revenue Service (IRS) or any other taxing authority.  However, in the event that during the term of this contract, any other statute, court decision and/or written ruling or regulation affects the Contractor's indirect costs, the indirect cost limitations will be

B-2

HSFEHQ-05-D-0573                    SECTION B

adjusted to the extent the Contracting Officer determines said statute, court decision and/or ruling or regulation impacts the Contractor's indirect costs.

| Indirect<br>Application | Overhead<br>Base | Indirect Cost Ceiling Rate(s)<br>Contractor's Fiscal Year |
|---|---|---|
| | (TO BE NEGOTIATED) | |

## B.8  DATE OF INCURRENCE OF COSTS

The Contractor shall be entitled to reimbursement for costs incurred in an amount not to exceed $█████████ on or after August 28, 2005 which, if incurred after this contract had been entered into, would have been reimbursable under the provisions of this contract.

B-3

HSFEHQ-05-D-0573                    SECTION C

SECTION C - DESCRIPTION/SPECIFICATIONS/STATEMENT OF WORK

## C.1  STATEMENT OF WORK

See Part III, Section J, Attachment A, Scope of Work.

C-1

CONFIDENTIAL                    SHAW 000383

HSFEHQ-05-D-0573                    SECTION D

### SECTION D - PACKAGING AND MARKING

### D.1  PRESERVATION, PACKING AND PACKAGING -- COMMERCIAL

Preservation, packing, and packaging for shipment of all items ordered hereunder shall be in accordance with commercial practice and adequate to insure both acceptance by common carrier and safe transportation at the most economical rate(s).

**D-1**

CONFIDENTIAL                                                    SHAW 000384

HSFEHQ-05-D-0573                          SECTION E

SECTION E - INSPECTION AND ACCEPTANCE


## E.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE

The following contract clauses pertinent to this section are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the clause at FAR "52.252-2 CLAUSES INCORPORATED BY REFERENCE" in Section I of this contract. See FAR 52.252-2 for an internet address (if specified) for electronic access to the full text of a clause.

| | NUMBER | TITLE | DATE |
|---|---|---|---|
| | 52.246-4 | INSPECTION OF SERVICES--FIXED-PRICE | AUG 1996 |
| @ | 52.246-5 | INSPECTION OF SERVICES--COST-REIMBURSEMENT | APR 1984 |
| | 52.246-6 | INSPECTION--TIME-AND-MATERIALS AND LABOR-HOUR | MAY 2001 |


## E.2 INSPECTION AND ACCEPTANCE

Final inspection and acceptance shall be by the Contracting Officer or his/her duly authorized representative at the FEMA JFO to be specified in individual task orders.

For the purpose of this clause, the COTR named in the Designation of Contracting Officer's Technical Representative clause in this contract is the representative of the Contracting Officer. The Contracting Officer reserves the right to unilaterally designate other Government agents as authorized representatives. Should such occur, the Contractor will be notified by a written notice.

E-1

CONFIDENTIAL

HSFEHQ-05-D-0573                    SECTION F

## SECTION F - DELIVERIES OR PERFORMANCE

### F.1  NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE

The following contract clauses pertinent to this section are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the clause at FAR "52.252-2 CLAUSES INCORPORATED BY REFERENCE" in Section I of this contract.  See FAR 52.252-2 for an internet address (if specified) for electronic access to the full text of a clause.

|  | NUMBER | TITLE | DATE |
|---|---|---|---|
|  | 52.242-15 | STOP-WORK ORDER | AUG 1989 |
|  | 52.242-17 | GOVERNMENT DELAY OF WORK | APR 1984 |
| @ | 52.242-15 | STOP-WORK ORDER ALTERNATE I (APR 1984) | AUG 1989 |
|  | 52.247-34 | F.O.B. DESTINATION | NOV 1991 |

### F.2  TERM OF CONTRACT

The contract shall be effective through January 15, 2006 except that delivery orders placed prior to the expiration date shall remain in full force and effect until deliveries have been completed and payments, therefore, have been made.

### F.3  PRINCIPAL PLACE OF PERFORMANCE

The effort required under this contract shall be performed at:

> Various disaster sites to be determined
> under individual task orders.

### F.4  NOTICE OF DELAY

If the Contractor becomes unable to complete the contract work at the time specified because of technical difficulties, notwithstanding the exercise of good faith and diligent efforts in the performance of the work called for hereunder, the Contractor shall give the Contracting Officer written notice of the anticipated delay and the reasons therefore.  Such notice and reasons shall be delivered promptly after the condition creating the anticipated delay becomes known to the Contractor but in no event less than forty-five (45) days before the completion date specified in this contract, unless otherwise directed by the Contracting Officer.  When notice is so required, the Contracting Officer may extend the time specified in the Schedule for such period as deemed advisable.

### F.5  DELIVERY SCHEDULE

F-1

CONFIDENTIAL

HSFEHQ-05-D-0573                    **SECTION F**

Delivery of items specified below shall be shipped F.O.B. destination in accordance with the following schedule:

      To be determine on an individual task order basis.

## F.6  REPORTS OF WORK

The Contractor shall have the capability to develop and provide various databases, spreadsheets and reports. The Contractor shall have the capability and flexibility to tailor the reports to fit the needs of the declared disaster and FEMA requirements.

Reports not otherwise stated shall be provided in both soft and hard copies.

MONTHLY CONTRACT STATUS REPORT

The Contractor shall submit a Monthly Contract Status Report to the COTR and Contracting Officer by the 15th day after each month. This report shall reflect a summary of the overall contract status, including the current and cumulative hours worked by skill type. For each open Task Order Assignment, the report shall list the Task Order Assignment number, work location, a brief description of work and the number of personnel onsite. The report shall also provide the total number of personnel working on all Task Order Assignments; the start date(s) for the periods when personnel are deployed; the contract totals for dollars obligated and status; and estimated hours expended for the current month and overall contract to date by skill/skill levels usage. The Contractor will provide a summary of deliverables submitted, planned activities for the next month and problems and proposed corrective actions. The Contractor shall attach two graphs that depict: Personnel in Field vs. Time and Contract Totals vs. Time.  The Contractor will include a summary of pending actions and actions expected in the next 30/60/90 days.  Additionally, the Contractor will post a digital version of the report on the real-time Web reporting site.

FINAL REPORT

The Contractor shall submit a final report that documents and summarizes the results of the entire contractual effort, including recommendations and conclusions. The final report shall include tables, graphs, and other visual aids, as necessary to comprehensively explain the results achieved under the contract. The final report shall be submitted to the Government five (5) days prior to expiration of this contract. The Contractor shall submit copies of the report as follows: One copy to the COTR and one copy to the Contracting Officer.

SUBMISSION

One final copy of the report specified above shall be submitted to the COTR. In addition, one copy shall be submitted to the Contracting Officer at:

      Federal Emergency Management Agency Financial and Acquisitions Management Div Flood, Fire and Mitigation Branch 500 C Street, S.W., Room 350 Washington DC  20472

F-2

**CONFIDENTIAL**                    SHAW 000387

HSFEHQ-05-D-0573                    SECTION G

## SECTION G - CONTRACT ADMINISTRATION DATA

### G.1 TRAVEL COSTS

Costs for transportation, lodging, meals and incidental expenses incurred by contractor personnel on official company business are allowable subject to FAR 31.205-46, Travel Costs. These costs will be considered to be reasonable and allowable only to the extent that they do not exceed on a daily basis the maximum per diem rates in effect at the time of travel as set forth in the Federal Travel Regulations.

### G.2 FIXED RATES FOR SERVICES

The following fixed rates, inclusive of all indirect costs and profit, shall apply for all Time and Materials Task Orders for the duration of the contract:

See Attachment B in Section J of Part III of this Contract (TO BE NEGOTIATED)

### G.3 INVOICES

An invoice is a written request for payment under this contract for supplies delivered or for services rendered. Payment of invoices submitted under this contract shall be made in accordance with the terms and conditions of the Prompt Payment clause and in accordance with the provisions of other clauses in this contract. Failure or refusal to provide the following information on all invoices submitted under this contract may result in the invoice being considered improper for payment in accordance with the Prompt Payment clause. In order to be proper, an invoice must include, as applicable, the following:

a. GENERAL INFORMATION

1. Name of Contractor

2. Invoice date

3. Contract number (including order number, if any), contract line item number, contract description of supplies or services, quantity, contract unit of measure and unit price, and extended total.

4. Shipment number and date of shipment (bill-of-lading number and weight of shipment will be shown for shipments on Government bills of lading).

5. Name, title, phone number and complete mailing address of responsible Official who can be contacted in the event of an improper invoice, if there are questions, or additional information is needed by this agency to process payment.

6. Any other information or documentation required by other provisions of the Contract (such as evidence of shipment).

7. Invoices shall be prepared and submitted as follows:

G-1

                                        SHAW 000388

HSFEHQ-05-D-0573                          SECTION G

| Number | Distribution |
|--------|--------------|
| Original and 2 copies | Payment Office |
| One copy | Contract Specialist |
| One copy | Project Officer |

b. ELECTRONIC FUNDS TRANSFER (EFT) INFORMATION

1. As mandated by the Debt Collection Improvement Act (DCIA) of 1996 and in accordance with FAR Clause 52.232-33-Payment By Electronic Funds Transfer--Central Contractor Registration of this contract, the contractor must submit the following written EFT information to the office designated in clause 52.232-35 of this award document by the date specified in clause 52.232-33:

(a) The contract number (or other procurement identification number).

(b) The contractor's name and remittance address, as stated in the contract(s).

(c) The signature (manual or electronic, as appropriate), title, and telephone number of the contractor official authorized to provide this information.

(d) The name, address, and 9-digit Routing Transit Number (RTN) of the contractor's financial agent.

(e) The contractor's account number and the type of account (checking, savings or lockbox).

(f) If applicable, the Fedwire Transfer System  (FTS) telegraphic abbreviation of the contractor's financial agent.

(g) If applicable, the contractor shall also provide the name, address, telegraphic abbreviation, and 9-digit Routing Transit Number (RTN) of the correspondent financial institution receiving the wire transfer payment if the contractor's financial agent is not directly on-line to the FTS; and, therefore, not the receiver of the wire transfer payment.

2. The contractor should include the EFT information set forth below on all invoices submitted for payment under this contract. Failure to provide the information or failure to notify this agency of changes to this information may result in delays in payments and/or rejection of the invoice in accordance with the Prompt Payment clause of this contract. The following EFT information should be submitted on each invoice:

(a) Routing Transit Number (RTN) â€" The contractor shall provide the current 9-digit RTN of the payee's bank

(b) Payee's account number

(c) Contractor's Tax Identification Number (TIN)

(The EFT information submitted must be that of the contractor unless there is an official Assignment of Claims on file with the payment office.)

If at any time during the term of this contract, the contractor changes any EFT information, (i.e. financial agent, RTN, account number, etc.) the new EFT information must replace the old EFT information on subsequent invoices submitted under this contract.

To avoid delays in processing invoices, the contractor must also submit written notification of EFT information changes to the office designated in this award document as soon as the new information is known to the contractor. This notification must be in writing and signed by the individual authorized by the contractor to make such changes.

                                                                                    G-2

CONFIDENTIAL                                          SHAW 000389

HSFEHQ-05-D-0573                    SECTION G

## G.4  SUBMISSION OF INVOICES OR VOUCHERS FOR PAYMENT

(a)  Payments of invoices or vouchers submitted under this contract shall be made in accordance with FAR clause 52.232-10 "Payments Under Fixed Price" (AUG 1987) for Firm Fixed Price Task Orders, or 52.232-7 "Payments Under Time-and-Materials and Labor-Hour Contracts" (DEC 2002) for Time and Materials Task Orders, and in accordance with provisions of other clauses in this contract. The Contractor shall submit vouchers once each month (or more frequent intervals, if approved by the Contracting Officer), to the offices designated below.  The contractor shall substantiate vouchers by evidence of actual payment and by individual daily job timecards, or other substantiation approved by the Contracting Officer.

(b)  Invoices or vouchers, and any required supporting documentation, must be properly identifiable with the Name of contractor, date of the invoice/voucher, contract number, task order number, name and address or EFT information that payment is to be sent to, and the name, title and phone number of the point of contact at the contractor's facility in case of a defective invoice/voucher. Invoices/vouchers shall be submitted as follows:

| | |
|---|---|
| Original and 2 Copies: | Federal Emergency Management Agency<br>Disaster Finance Center<br>Mt Weather EAC/Accounts Payable/Bldg 708<br>PO Box 800<br>Berryville, VA 22611 |
| One Copy: | Contract Specialist<br>Federal Emergency Management Agency<br>Financial & Acquisition Management Division<br>Flood, Fire & Mitigation Branch<br>500 C Street SW, Room 350<br>Washington, D.C. 20472 |
| One Copy: | Contracting Officer's Technical Representative<br>Federal Emergency Management Agency<br>Recovery Division<br>500 C Street SW, Room 600<br>Washington, D.C. 20472 |

(c) Payments of invoices or vouchers shall be subject to the withholding provisions of FAR clause 52.232-10 "Payments Under Fixed Price" (AUG 1987) or 52.232-7 "Payments Under Time-and-Materials and Labor-Hour Contracts" (DEC 2002). In the event that the amounts are withheld from payment in accordance with provisions of this contract, a separate invoice for the amount withheld will be required before payment for that amount may be made.

## G.5  DESIGNATION OF CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE

For the purpose of this contract the Contracting Officer's technical representative shall be:  David Porter

## G.6 HSAR 3052.242-72  CONTRACTING OFFICER'S TECHNICAL
## REPRESENTATIVE (DEC 2003)

G-3

CONFIDENTIAL                    SHAW 000390

HSFEHQ-05-D-0573                          SECTION G

(a) The Contracting Officer may designate Government personnel to act as the Contracting Officer's Technical Representative (COTR) to perform functions under the contract such as review or inspection and acceptance of supplies, services, including construction, and other functions of a technical nature. The Contracting Officer will provide a written notice of such designation to the Contractor within five working days after contract award or for construction, not less than five working days prior to giving the contractor the notice to proceed. The designation letter will set forth the authorities and limitations of the COTR under the contract.

(b) The Contracting Officer cannot authorize the COTR or any other representative to sign documents, such as contracts, contract modifications, etc., that require the signature of the Contracting Officer.

## G.7 PROJECT MONITOR

A Project Monitor (PM) will be designated under each task order. The PM is responsible for individual project management and task assignment administration in the field.  This may involve daily oversight to ensure work is performed in accordance with the Task Order terms and conditions and the Statement of Objectives. The PM may provide any necessary techincal guidance to the contractor.  A PM does not have authority to authorize work to be performed outside the scope of the Task Order. The PM may also be a COTR or works in conjunction with the COTR, however, if any discrepancies exist between the direction given to a contractor by a COTR and a PM, the COTR's direction shall take precedance.  If the contractor is unclear as to the direction provided by a PM or believes the direction to be out of scope, the contractor shall contract either the COTR or the Contracting Officer, as appropriate.

## G.8 TECHNICAL DIRECTION AND SURVEILLANCE

(a)  Performance of the work under this contract shall be subject to the Quality Assurance Surveillance Plan and the Technical Work Plan as submitted by the Contractor and the Contracting Officer's Technical  Representative (COTR)who shall be specifically appointed by the Contracting Officer in writing. Technical direction is defined as a directive to the Contractor which approves approaches, solutions, designs, or refinements; fills in details or otherwise completes the general description of work of documentation items; shifts emphasis among work areas or tasks; or otherwise furnishes guidance to the Contractor.  Technical direction includes the process of conducting inquiries, requesting studies, or transmitting information or advice by the COTR, regarding matters within the Task Orders and the requirements of the Statement of Objectives which will be incorporated into each Task Order.

(b)  The COTR does not have the authority to, and shall not, issue any technical direction which:

(1)  Constitutes an assignment of additional work outside the Statement of Objectives or the Technical Work Plan;

(2)  Constitutes a change as defined in the contract clause entitled "Changes";

(3)  In any manner causes an increase or decrease in the total estimated contract cost, the fixed fee (if any), or the time required for contract performance;

(4)  Changes any of the expressed terms, conditions, or specifications of the contractor the Task Orders; or

(5)  Interferes with the Contractor's right to perform the specifications of the contract.

(c)  All technical directions shall be issued in writing by the COTR.

(d)  The Contractor shall proceed promptly with the performance of technical directions duly issued by the COTR in the manner prescribed by this clause and within his/her authority under the provisions of this clause.  Any instruction or

G-4

---

HSFEHQ-05-D-0573                    SECTION G

direction by the COTR which falls within one, or more, of the categories defined in (b)(1) through (5) above, shall cause the Contractor to notify the Contracting Officer in writing within five (5) working days after receipt of any such instruction or direction and shall request the Contracting Officer to modify the contract accordingly. Upon receiving the notification from the Contractor, the Contracting Officer shall either issue an appropriate contract modification or Task Order modification within a reasonable time or advise the Contractor in writing within thirty (30) days after receipt of the Contractor's Letter that:

   (1) the technical direction is rescinded in its entirety

   (2) the technical direction is within the scope of the contract, does not constitute a change under the "Changes" clause of the contract and that the Contractor should continue with the performance of the technical direction.

   (e) A failure of the Contractor and Contracting Officer to agree that the technical direction is within scope of the contract or Task Order, or a failure to agree upon the contract action to be taken with respect thereto shall be subject to the provisions of the "Disputes" clause of this contract.

   (f) Any action(s) taken by the Contractor in response to any direction given by any person other than the Contracting Officer or the COTR that the Contracting Officer appoints shall be at the Contractor's risk.


## G.9 TASK ORDER PROCEDURES

   A. Issuing of Pre-Authorization Notice/Request for Task Proposal

   A written or electronic Pre-authorization Notice may be issued by the Government prior to issuance of a formal written Task Order. The pre-authorization notice will specify the Government's requirement, authorize the Contractor to perform a preliminary assessment of the Government's requirement, and request a proposal for the required effort. The pre-authorization notice authorizes the Contractor to begin work based on urgency.

   The pre-authorization notice will be limited to a specified timeframe and ceiling amount. The pre-authorization notice will authorized the contractor to incur costs (not-to-exceed the specified ceiling) within an expressly stated time period, prior to issuance of the formal Task Order. The Contractor will not be authorized to incur costs in excess of the ceiling amount specified or to perform work after expiration of the specified timeframe.

   When a pre-authorization notice is issued, the Contractor and the Government will develop a definitive Statement of Work based on the Contractor's preliminary assessment and recommendations provided by the Government. Based on the definitive Statement of Work, the Contractor shall submit a Draft Work Plan (which reflects the definitive Statement of Work) with its Technical and Cost Proposals. The technical proposal shall specify the Contractor's approach to performing the specific task required within the time frame specified, and identify the names of key personnel who will be performing the work. The business proposal shall identify the labor categories and hours per category estimated necessary to perform the task, as well as the materials and other direct costs estimated to be required for successful task completion. A Technical and Cost Proposal and the Draft Work Plan shall be submitted electronically within fifteen (15) days of issuance of a pre-authorization notice.

   In the event that it is determined to be impracticable to utilize electronic mail, the contractor may submit proposals on a 3.5" floppy disk, in MicroSoft Office format. Utilization of a floppy disk for proposal submission will be considered acceptable only with the prior consent of the Contracting Officer.

   B. Issuing Task Orders

   A Task Order may be issued without negotiations based on acceptability of the Task Order Proposal. If negotiations are required, the Contract Specialist will arrange a meeting or a conference call among the appropriate Government and Contractor personnel. The Government may request submission of a Revised Proposal and/or Final Work Plan, if

G-5

HSFEHQ-05-D-0573                    SECTION G

required. If an agreement cannot be reached on any aspect of the task, the Government has the right to unilaterally issue the Task Order, and the Contractor is required to perform; however, while performance is taking place, the Contractor has the right to pursue appropriate remedies under the Contract.

Upon signature by the Contracting Officer, each Task Order is considered fully executed, binding and ready for implementation. Each Task Order will be forwarded promptly to the Contractor and shall conform to all terms and conditions of the contract. Orders may be issued orally, electronically, or by facsimile methods. If issued orally, a hardcopy will follow. At a minimum, each Task Order shall include the following: contractor's name, contract number, task order number, contract task number and description of task, performance period, disaster number and location, maximum number of labor hours, cost of the Task Order and applicable accounting and appropriations data.

C. Completion of Task Orders.

Within 180 days of physical completion of work under each Task Order, the Contractor shall submit a Final Voucher. The final voucher shall include a payment history, cumulative itemized costs, and government property and classified materials certification. If additional time is needed, the Contractor shall submit a written request for a time extension that explains the extenuating circumstances. Quick closeout procedures (see FAR 42.708) should be used, when appropriate, to reduce administrative costs and to enable deobligation of excess funds.

For cost reimbursable task orders, it is understood that the final voucher will be based on current provisional rates in effect at the time. Once final rates are submitted to DCAA, the contractor shall submit an interim final voucher to be followed by a final voucher once final indirect rates are negotiated.

D. Payment for Task Orders

If the Contractor is performing more than one Task Order simultaneously, separate invoices are required for each Task Order.

E. Closeout of Task Orders

All task orders issued under this contract shall be closed out in accordance with FAR Subpart 4.805 and established FEMA policy. Upon completion of each Task Order and the receipt of the final voucher, the Government will begin closeout procedures.

G-6

CONFIDENTIAL

SHAW 000393

HSFEHQ-05-D-0573                      SECTION J

## PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

## SECTION J - LIST OF ATTACHMENTS

| ATTACHMENT NUMBER | TITLE |
|---|---|
| A | Scope of Work |
| B | Pricing Sheets-Time and Material Rates (TO BE NEGOTIATED) |
| C | U.S. Department of Labor Wage Determination |
| D | Small Business Subcontracting Plan (TO BE NEGOTIATED) |
| E | DHS Form 0700-05, Contractor Report of Government Property |

J-1

CONFIDENTIAL

SHAW 000431

# PERFORMANCE WORK STATEMENT

## Individual Assistance-Technical Assistance Contract

## 1  BACKGROUND

**1.1  FEMA is authorized pursuant to the Disaster Relief and Emergency Assistance Act to provide assistance to disaster victims under a Presidential declaration of a disaster and emergency.  This contract will facilitate the implementation of the Individual Assistance (IA) program by providing project management resources, expertise and technical assistance.**

**1.2  When the President of the United States declares a disaster, a Joint Field Office (JFO) is established by FEMA near or within the disaster-impacted area.  This office has representatives from Federal, State, and voluntary Agencies that are responsible for the coordination and monitoring of applicable disaster assistance programs.   The JFO is established for management purposes only and has no direct interaction with disaster applicants.**

## 2  SCOPE OF WORK

### 2.1  General

2.1.1  The contractor shall provide support to the Federal Emergency Management Agency (FEMA) Recovery Division and its ten (10) Regional Counterparts.   This contract is designed to provide technical assistance in the management of Individual Assistance (IA) and related portions of the Disaster Relief Act of 1974, and Robert T. Stafford Relief and Emergency Assistance Act ("Stafford Act"), as amended by Public Law.

Attachment A

CONFIDENTIAL

SHAW 000432

2.1.2  The contractor shall assist in administering the IA program related aspects of the statutory authority of the Stafford Act.

2.1.3  The contractor shall be capable of maintaining at least one adequately staffed office near each Joint Field Office (JFO). An adequate staffed office is defined as one that is capable of satisfactorily performing the necessary operational and administrative tasks to sustain the TAC's field representatives as required by the disaster.

2.1.4  The contractor has the overall responsibility of ensuring all Tasks are performed satisfactory as dictated by individual Task Orders.  For tasks not performed in a satisfactory manner, the contractor will be required to correct deficiencies at no additional costs to the Government.

2.1.5  The contractor shall be available for pre-planning operations briefings.

2.1.6  This is a high visibility program, which includes coordination with Federal, State and local governments as well as in the public media.  This effort requires knowledge of FEMA's mission and applicable Federal, State and local regulations.

2.1.7  The contractor shall have the ability to support and perform all tasks.  This includes but is not limited to: supporting staging area for units, installation of units, maintenance and upkeep, site inspections, site preparations, site restorations, group site design, group site construction, site assessments, property and facility management, and unit deactivation and removal.

## 2.2  MANAGEMENT AND ADMINISTRATION

Attachment A

CONFIDENTIAL

SHAW 000433

**2.2.1  Program Management**

**2.2.1.1** The program management responsibilities include, but are not limited to the following:

**2.2.1.2** Monitor and coordinate all Task Order Assignments to ensure achievement of the technical and financial project objectives and adherence to the statutory authorities.

**2.2.1.3** Monitor and coordinate all Task Order Assignment activities and information with federal, state, and local governments; certain private non-profit organizations; and individuals as directed by FEMA.

**2.2.1.4** Coordinate with designated individual at FEMA Headquarters, FEMA Regions, FEMA Joint Field Offices or other offices designated to provide a full understanding of all tasks, in coordination with the Contracting Officer Technical Representative (COTR).

**2.2.2  Project Management.**

**2.2.2.1** Contractor shall support FEMA on a project-by-project basis with sound project management and resources to achieve the best value for the work being performed.  Contractor must have an understanding of the FEMA recovery division's mission, principles, and procedures. The contractor shall act in the best interest of FEMA.

**2.2.3  SERVICES.**

**2.2.3.1** The Contractor shall provide and coordinate comprehensive project management services to include: all phases of design, project planning, identification and adherence to project time

Attachment A

CONFIDENTIAL

SHAW 000434

constraints, budget adherence and cost control, scheduling construction, implementation, operation, destruction, restoration, and removal from project beginning through project completion and closeout.

2.2.3.2 The Contractor shall monitor and coordinate all project work activities and information with FEMA, and other designated organizations that have a mutual or legal interest in the project.

2.2.4 **Staffing. Contractor shall provide qualified professional, technical (subject matter experts), administrative, clerical, and/or linguistic personnel needed to perform requirements in an expeditious and efficient manner consistent with the best interest of the government.  The contractor-provided staff shall meet FEMA's established security background checks requirements.  Contractor and its staff shall adhere to federal privacy laws, including the privacy act.**

2.2.5 **Working Environment. Contractor's personnel shall be capable of performing requirements over long hours and in physically demanding environments and under critical constraints.**

2.2.6 **Requirements. The contractor personnel shall perform professional, technical, clerical, and field work as assigned by the task order.**

2.2.7 **Equipment. Contractor shall be responsible for providing appropriate equipment for the respective work environment and requirements.**

2.2.8 **Training.**

2.2.8.1 Contractor shall be responsible for providing training to its staff.  All training shall meet FEMA specified requirements.

Attachment A

CONFIDENTIAL

SHAW 000435

Contractor's trainers shall be required to attend yearly training session conducted at location designated by FEMA. Additional training session(s) or updates may be required; the contractor's trainers shall attend these session(s).

2.2.8.2 Training shall entail guidance on policies and procedures related to FEMA's programs. The trained Contractor staff members shall provide subsequent training to Contractor personnel based on a Training Plan for its staff, including temporary and subcontract employees, that will ensure that all deployed contractor personnel are adequately trained in their field of expertise and relevant FEMA programs, policies, and procedures. The contractor shall use the most cost effective methods of delivering training (e.g. computer-based training methods).

2.2.9 Contractor "Draft" Plans. The draft plans will be incorporated into the contract upon its approval. The plans are considered to be a living document and shall be subject to annual updates and submitted for COTR approval. These plans include: operations plan; task order performance plan; and quality control plan.

*2.3 Phase-IN (Not Applicable To Hurricane Katrina) The government will evaluate the offeror's draft phase-in plan. The successful offeror will have 90 days from date of contract award to complete phase-in requirements and achieve readiness for task order activation. Upon completion of phase-in the contractor shall be capable of meeting all readiness requirements.*

Attachment A

CONFIDENTIAL

SHAW 000436

**2.4   READINESS (Exhibit 1).  The contractor shall maintain a constant state of readiness to meet the demands created by presidential declarations.  This is to include all tasks and subtasks listed in the performance work statement. Readiness includes the establishment of organizational, management and technical capability.**

**2.5   Pre-Deployment Meetings – Work plans (Exhibit 2)**

**2.5.1   The contractor shall meet with FEMA representatives to plan and coordinate disaster specific response, deployment, and implementation activities.  These meetings will allow the contractor to become familiar and adjusted to FEMA requirements, methods, policies and procedures.**

**2.5.2   The contractor shall develop a work plan specific to temporary disaster housing that will identify the various factors which could impact the temporary disaster housing mission and what it would take to perform each task in the most effective, efficient and expeditious manner available. This plan shall be completed within 7 days from identification of mission or as soon as mission priorities require.**

**2.6   Site Assessment & Feasibility ANALYSIS (Exhibit 3 – Preliminary Land or Property Identification and Usage Assessment). The contractor shall be responsible for site identification and performing site feasibility analysis of commercial, public, and private properties in areas designated by FEMA.  The analysis shall be based upon criteria furnished by FEMA. Contractor shall also identify any local or state code requirements and applicable laws or ordinances pertaining to the property sites and expected uses.  The contractor shall incorporate identified code requirements and laws or ordinances into the site feasibility analysis.**

Attachment A

CONFIDENTIAL

SHAW 000437

**2.7  SITE INSPECTION (Exhibit 4). The contractor shall inspect individual lots, areas, or locations (private and commercial) identified by FEMA for properly and safely installing temporary housing units on that location.  Site inspections will be performed within the mission requirement and priorities.  The site inspection includes the identification of the flood zone, sources of and appropriate operational utilities (water, electric, sewer/sanitation), accessibility and directions to the site, site placement, special needs (as identified by FEMA), and if necessary site preparation required prior to installation.**

**2.8  STAGING (EXHIBIT 5) The contractor shall, when requested, operate and manage staging area.  The staging area shall be used to receive units from FEMA Logistics and coordinate the dispatching of the IA assets to their intended destination.**

**2.8.1 SUPPLY CHAIN OPERATION & MANAGEMENT. The Contractor shall design, build and operate a supply chain management system.  The system shall track government property upon receipt from logistics until their return to logistics.  The system shall provide information in or near "real time".   The system will integrate the following components into the system, which will allow decision makers to control the supply chain: order service management, demand management, fulfillment, redirect shipments reroute, shipping and supplier management. The components shall be further specified in each Task Order.**

**2.9  INSTALLATION  TEMPORARY OE MOBILE STRUCTURES (exhibits 6, 7, 8, & 9)**

**2.9.1 The Contractor shall transport and install mobile/temporary structures to be ready to occupy in a safe and sanitary condition.  A Task order may require the contractor to transport and install mobile or temporary structure(s) at**

Page 7 of 20

Attachment A

CONFIDENTIAL

SHAW 000438

designated locations.  The Contractor shall be responsible for returning mobile and temporary structures to FEMA-designated facilities as specified in the Task Orders.  NOTE: The Exhibits that are provided are an example of installation requirements, manufacture recommendations should be followed when ever possible.  Additional Exhibits may be provided in accordance with disaster specific requirements.

2.9.2  Code Adherence. The contractor is responsible for adherence to applicable local, state, and federal building regulations and laws.  Contractor shall be responsible for acquiring all permits and approvals for items identified in the scope of work for facilities and structures as specified in task orders.  The contractor shall be responsible for meeting manufacture recommended installation specifications.

2.9.3  Special Needs.  The contractor is responsible for accommodating individuals with special needs; this includes as a minimum the Americans with Disabilities act and any other federal, state and local codes.

2.9.4  Miscellaneous. Contractor shall, upon the request of FEMA, provide additional rigging and secure temporary/mobile structures to FEMA requirements.

2.10 *MAINTENANCE (exhibit 10).  The contractor shall resolve maintenance issues and needs relating to the structures. The contractor shall have the technical capability to make necessary repairs to the mobile/temporary structure as specified in each task order.  If multiple sites are clustered together, and with FEMA approval, the contractor may share specialized maintenance personnel among clustered facilities.*

2.10.1    Cleaning, Sanitation, & Reconditioning. The contractor shall provide adequate personnel to clean and sanitize structures as required by FEMA to re-occupy the unit. Contractor shall provide structural or other refurbishment as

Attachment A

CONFIDENTIAL

SHAW 000439

required by FEMA. "refurbishment" means restoration of structure to "like new" condition (reasonable wear and tear excepted) and shall include but not be limited to replacement of broken or faulty equipment, systems contained within or on the structure (i.e., carpet, trim, etc.).

2.10.2    Maintenance Contact Number 24/7. The contractors shall set-up and operate a toll free maintenance telephone number for occupants of structures to call and report maintenance problems. Contractor shall provide a remedy to these maintenance issues within a reasonable time (generally not to exceed 2 calendar days). Contractor shall establish and maintain maintenance records for every structure identified in the task order. The contractor shall provide to FEMA, monthly or earlier upon request with a copy of their maintenance log. The log should address such topics as issues identified, time of call, how and if issue was remedied, cost, time to repair and final disposition.

2.10.3    Miscellaneous. Contractor shall, upon the request provide additional rigging and secure temporary mobile structures.

2.11 *DEACTIVATION, Removal and transport (exhibit 11). The contractor shall deactivate and provide transportation services of mobile structures from facilities designated by FEMA to other locations as designated by FEMA.*

2.12 *GROUP SITE design (exhibit 12)*

2.12.1    Design Services. The contractor shall when required by FEMA, present detail design drawings which are certified and approved by qualified professionals and local governing boards. Unless otherwise specified by FEMA the design service shall include, but not limited to environment and traffic studies. Delivery of a design product may not result in follow-on construction service.

Attachment A

CONFIDENTIAL

SHAW 000440

2.12.2    Code Adherence. The contractor is responsible for adherence to applicable local, state, and federal building regulations and laws. Contractor shall be responsible for acquiring all permits and approvals for items identified in the scope of work for facilities and structures as specified in the task order.

2.12.3    Special Needs. The contractor is responsible for accommodating individuals with special needs; this includes but is not limited to compliance with the Americans With Disabilities Act, other Federal, State and local codes or regulations.

2.12.4    Construction Services. Task orders may require minor or major renovation or construction work having varying degrees of complexity. Orders may consist of single or multiple disciplines (e.g.; Architectural, Structural, Mechanical, Electrical, and Civil/Sanitary). Requirements may include the development of detailed shop drawings for various disciplines, and these may require Professional Engineer seals and signatures.

2.12.4.1  Construction Materials. Contractor shall be responsible for obtaining all required construction materials.

2.12.4.2  Lighting & Facility Illumination. Contractor, when directed by FEMA, shall construct/install necessary lighting and illumination devices. These devices shall be connected to the existing electrical system, and provide adequate illumination when desired. Contractor shall design, construct, and install these devices in accordance with specifications or standards established by FEMA.

2.12.4.3  Fences and Barriers. Contractor shall construct fences and barriers at the site specified in the task order. Fences, barriers, and implemented separation mechanisms shall comply with all local, state, and applicable building codes and

Attachment A

CONFIDENTIAL

SHAW 000441

regulations, as well as any applicable FEMA security requirements will be provided by the Joint Field Office. All fences or barriers shall comply with any requirements imposed by the Americans With Disabilities Act or similar statutes.

2.12.4.4  Signs and identification. The contractor shall provide and install signs at sites specified in task orders. Signs and signposts shall comply with local, state, and/or Federal Sign standards, laws, and building codes. Signs shall utilize current reflection standards for use at night.

2.12.5    SAFETY & SECURITY MANAGEMENT. Contractor shall assess safety and security risks provide as part of Group Site Design. Implement recommended mitigation measures approved by FEMA. Contractor shall provide adequate security to ensure the safety and security of persons at facilities designated by FEMA. Security measures may include cameras, alarms, locks/gates, card access systems, and guards. Contractor shall coordinate with FEMA security, and meet and conform to all FEMA requirements for safety and security or any restrictions on site access.

2.12.5.1  Civil/Sanitary services. Contractor shall provide, clean, maintain, and remove the following as specified per task order.

2.12.5.2  Restrooms. Contractor shall provide temporary toilets and washroom facilities. The facilities shall be segmented for the two sexes and have HVAC to provide temperature control. Portable wash-stations shall also be provided when latrines are provided.

Attachment A

CONFIDENTIAL

SHAW 000442

2.12.5.3   Showers. Contractor shall provide individual private shower stalls to include a private changing area.  Contractor shall have HVAC to provide temperature and venting of the shower facilities.

2.12.5.4   Refuse/Waste Disposal & Debris. Contractor shall provide solid waste collection service by means of a dumpster(s), waste receptacles, and/or trash cans for the collection of refuse and waste.  Collections shall be once a week unless otherwise specified.  In those instances where the amount of refuse requires additional services, the Contractor shall provide an additional collection.  Contractor shall be responsible for collection, removal and the appropriate disposal of debris from sites specified under the Task Order.

2.13 *GENERAL CONSTRUCTION SERVICES. Task orders may require minor or major renovation or construction work having varying degrees of complexity. Orders may consist of single or multiple disciplines (e.g.; Architectural, Structural, Mechanical, Electrical, and Civil/Sanitary).  Requirements may include the development of detailed shop drawings for various disciplines, and these may require Professional Engineer seals and signatures.*

2.13.1   Design Services. The Contractor shall when required by FEMA, present detail design drawings which are certified and approved by qualified professionals and local governing boards.  Unless otherwise specified by FEMA the design service shall include, but not limited to environment and traffic studies.

2.13.2   Contruction Materials. Contractor shall be responsible for obtaining all required construction materials.

2.13.3   Lighting & Facility Illumination.  Contractor, shall design, construct and install necessary lighting and illumination

Attachment A

CONFIDENTIAL

SHAW 000443

devices in accordance with specifications or standards established by FEMA. These devices shall be connected to the existing electrical system, and provide adequate illumination.

2.13.4    Fences and Barriers. Contractor shall construct fences and barriers at the site specified in the task order. Fences, barriers, and implemented separation mechanisms shall comply with all local, state, and applicable building codes and regulations, as well as any applicable FEMA security requirements as defined by the Joint Field Office. All fences or barriers shall comply as a minimum with requirements imposed by the Americans With Disabilities Act or other Federal, State and local requirements.

2.13.5    Signs and Identification. Contractor shall provide and install signs at sites specified in the task order. Signs and signposts shall comply with local, state, and Federal Sign standards, laws, and building codes. Signs shall utilize current reflection standards for use at night.

2.13.6    Safety & Security Management. Contractor shall assess safety and security risks as part of the Design process. Implement recommended mitigation measures approved by FEMA. Contractor shall provide adequate security to ensure the safety and security of persons at facilities designated by FEMA. Security measures may include cameras, alarms, locks/gates, card access systems, and guards. Contractor shall coordinate with FEMA security, and meet and conform to all FEMA requirements for safety and security or any restrictions on site access.

2.13.7    Code Adherence. The contractor is responsible for adherence to applicable local, state, and federal building regulations and laws. Contractor shall be responsible for acquiring all permits and approvals for items identified in the scope of work for facilities and structures as specified in the task order.

Attachment A

CONFIDENTIAL

SHAW 000444

**2.13.8    Special Needs.  Contractor is responsible for accommodating individuals with special needs; this includes as a minimum compliance with the Americans With Disabilities Act and any other Federal, State and local codes.**

**2.13.9    CIVIL/SANITARY SERVICES.  Contractor shall provide, clean, maintain, and remove the following as specified per task order.**

**2.13.9.1  Restrooms.  The Contractor shall provide temporary toilets and washroom facilities.  The facilities shall be segmented for the two sexes and have HVAC to provide temperature control.**

**2.13.9.2  Showers. The contractor shall provide individual private showers stalls too include a private changing area.  Contractor shall have HVAC to provide temperature and venting of the shower facilities.**

***2.14  FACILITY MANAGEMENT (EXHIBIT 13).  Contractor shall manage facilities specified by the task order.  The contractor shall be responsible for coordinating all activities related to facility management with FEMA, GSA, and/or the property owner or management.***

**2.14.1    Cleaning.  The contractor shall provide personnel to ensure the operation of clean facility.  This includes regular cleaning of areas designated by the task order.**

**2.14.2    Maintenance.**

**2.14.2.1  The contractor shall set-up and operate a maintenance phone number (preferably toll free telephone number) for occupants of facility(s) to call and report maintenance problems.  Contractor shall provide a remedy to these**

Attachment A

CONFIDENTIAL

SHAW 000445

maintenance issues within a reasonable time (generally not to exceed 2 calendar days). Contractor shall establish and maintain maintenance records for every facility identified in the task order. The Contractor shall provide to FEMA monthly or earlier upon request, with a maintenance log. The log should address such topics as issues identified, time of call, how and if issue was remedied, cost, time to repair and final disposition.

2.14.2.2  The contractor shall resolve maintenance issues relating to the facility, as specified in the task order. The team shall have the technical capability to make all necessary repairs to the individual units. If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

2.14.3  **Building Access.** The contractor shall provide access to the facility as specified in the Task Order.

2.14.4  **Safety & Security Management.** Contractor shall assess safety and security risks provided as part of the Design. Implement recommended mitigation measures approved by FEMA. Contractor shall provide adequate security to ensure the safety and security of persons at facilities designated by FEMA. Security measures may include cameras, alarms, locks/gates, card access systems, and guards. The contractor shall coordinate and conform with all FEMA safety, security and site access restriction requirements.

2.14.5  **Refuse/Waste Disposal & Debris.** The contractor shall provide solid waste collection service by means of a dumpster(s), waste receptacles, and/or trash cans for the collection of refuse and waste. Collections shall be not less frequently than once a week unless otherwise specified. In those instances where the amount of refuse requires additional services, the contractor shall provide an additional collection. The contractor shall be responsible for

Attachment A

CONFIDENTIAL

SHAW 000446

collection and removal of debris and appropriate disposal from sites specified by FEMA.

### 2.15  DISASTER RECOVERY (DR) CENTER (exhibit 14)

2.15.1    Telecommunication.  Task orders may include the need to provide telecommunication infrastructure and service to specified facilities.  This may require the contractor to install a point-to-point or point-to-multipoint terrestrial wireless networks, satellite network, or other technology that enables telecommunication at remote sites.  Telecommunication implies but is not limited to Internet, telephone, and fax service.  FEMA may require the contractor to link the facility connection to a specified location. In addition contractor shall have the capability to:

2.15.2    Install and administer local "TCP/IP" wired network; provide, install, and administer computers that meet task order specifications; provide, install and administer copier and other office equipment; provide install and administer computer and information systems; install and administer telephones and fax lines.  All installations (networks) shall be coordination with and conform to FEMA's Information Technology standards.

2.15.3    Cleaning  &  Maintaining.  The contractor shall provide personnel to ensure operation of a clean facility.  The contractor shall also perform all landscaping requirements. This service includes regular cleaning of areas designated by the Task Order.

Attachment A

CONFIDENTIAL

SHAW 000447

**2.15.4    Temporary Utilities.**  The contractor shall provide as necessary, install, maintain, and remove temporary utilities as required for facilities.  Contractor shall maintain and service these temporary utilities.  Temporary utility services include but are not limited to potable and waste water bladders, pumps, and generators.  Contractor shall be responsible for ensuring these temporary services are in constant readiness as specified by FEMA.

**2.15.5    Permanent Utilities.** The contractor shall be responsible for all permanent utility hookups, as may be specified by FEMA

**2.15.6    Facility/Structure Access.** The contractor shall provide secure for access to the facility/structure as specified in the Task Order. The contractor shall erect a gate (with access control, see security) to limit access to authorized individuals/companies (as authorized by FEMA).

**2.15.7    Safety & Security Management.**  The contractor shall assess safety and security risks as part of the Design process and implement recommended mitigation measures approved by FEMA.  The contractor shall provide adequate security to ensure the safety and security of persons at DR centers.  Security measures may include cameras, alarms, locks/gates, card access systems, and guards.  Contractor shall coordinate with FEMA security, and meet and conform to all FEMA requirements for safety and security or any restrictions on site access.

**2.15.8    Fixed Disaster Recovery (DR) Center**

Attachment A

CONFIDENTIAL

SHAW 000448

**2.15.8.1   Facility Management.** Contractor shall provide a facility management team during time periods specified by the task order.  Contactor shall appoint a site project manager (SPM). The SPM shall be the main point of contact for the facility.

**2.15.8.2   Cleaning  & Maintaining.** Contractor shall provide personnel to ensure operation of a clean facility.  The contractor shall also perform all landscaping requirements. This service includes regular cleaning of areas designated by the Task Order.   The SPM shall be the main point of contact for this function.

**2.15.8.3   Maintenance.** Contractor shall resolve maintenance issues relating to the facility.  The team shall have the technical capability to make all necessary repairs to systems specified in the task order.  If multiple sites are clustered together, with FEMA approval, Contractor may share specialized maintenance personnel among clustered facilities. Maintenance shall include but not be limited to plumbing, electrical, and infrastructure items in or associated with the facility, as specified in the Task Order.

**2.15.9    Mobile  Disaster Recovery (DR) Center**

**2.15.9.1   Maintenance.** Contractor shall establish and operate a maintenance contact number (preferably toll free telephone number) for occupants of structures to call and report maintenance problems.  Contractor shall provide a remedy to these maintenance issues within a reasonable time (generally not to exceed 2 calendar days).  Contractor shall establish and maintain maintenance records for every structure identified in the task order.  The Contractor shall provide to FEMA, upon request, with a maintenance log (specifying issues identified & time, issue remedy, cost, time and disposition).

Attachment A

CONFIDENTIAL

SHAW 000449

2.15.9.2   Mobile structures.  A Task order may require the contractor to transport and install mobile and/or temporary structure(s) at designated locations.  Contractor shall be responsible for returning mobile and temporary structures to FEMA-designated facilities.  Contractor will transport and install structures to meet FEMA requirements as specified in the Task Order.

**2.16   Miscellaneous Support Staff (Exhibit 15) The contractor shall provide staffing in support not previously addressed in other tasks listed herein.  Staffing to be provided will be in support of the recovery division mission.  Contractor shall provide personnel to assist in the fulfillment of the recovery mission and will be further defined upon issuance of task order.**

**2.17   Housing Strategy Support Services.  Contractor shall provide housing strategy support services.  This includes, but is not limited to, identify and assess commercial sites, research and assess housing alternatives, research and identify available resources. The area of consideration should include any surrounding major metropolitan areas.**

**2.18   Support Services.  The contractor shall provide technical assistance on an as needed basis.  Technical assistance shall be performed in support of disaster activities and the Recovery Division mission, and shall include, but is not limited to, Pre-Placement Interviews, Preliminary Damage Assessments, Information analysis, and collection, analysis and reporting of data.**

# 3   Applicable Federal Laws & Regulations

**3.1   Contractor shall comply with the following laws, regulations, program policies, and/or subsequent**

Attachment A

CONFIDENTIAL

SHAW 000450

*material developed unless otherwise specified in Task Order Assignments:*

3.1.1 Title 36, Code of Federal Regulations (CFR)—Parks, Forests, and Public Property

3.1.2 CFR, Parts 1500-1508 — Protection of Environment

3.1.3 CFR, Part 301 — Public Contracts and Property Management

3.1.4 CFR, Parts 8, 9, 10, 13, 14, 206—Emergency Management and Assistance

3.1.5 Public Law 93-288, Disaster Relief and Emergency Assistance Act

3.1.6 48 CFR — Federal Acquisition Regulations System

3.1.7 50 CFR, Part 402, Wildlife and Fisheries

3.1.8 Public Law 101-336, Americans with Disabilities Act

**3.2 The above documents are available through: http://www.fema.gov/ or http://www.gpo.gov/**

Attachment A

CONFIDENTIAL

SHAW 000451