| | |
|---|---|
| **From:** | Deane, William [william.deane@shawgrp.com] |
| **Sent:** | Tuesday, March 21, 2006 10:41 AM |
| **To:** | Boyle, Brian |
| **Cc:** | larry.woodruff@dhs.gov |
| **Subject:** | Trailer Yard Process |
| **Attachments:** | SOP_Trailer Processing and yard QC Inspection.doc |

Let me know if this is what you are looking for

William L Deane, Jr
Customer Service Lead
FEMA IA-TAC Task Order 15
Shaw Environmental & Infrastructure
New Orleans, LA
225-303-8036 (v)
225-987-3796 (f)

SHAW 013563

EXHIBIT "C"

 Shaw Environmental, Inc.

| | |
|---|---|
| Procedure No. | H&IYD0003 |
| Revision No. | A |
| Date of Revision | 02/01/06 |
| Last Review Date | |
| Page | 1 of 1 |

# STANDARD OPERATING PROCEDURE

**Subject:** TRAILER PROCESSING AND YARD INSPECTION

## 1.0 OBJECTIVE

This Standard Operating Procedure (SOP) describes the procedure that yard Quality Control (QC) Inspectors will perform to ensure the FEMA travel trailers (TTs) that are staged at the yards are RFO (Ready for Occupancy) prior to dispatching them to private sites.

## 2.0 TABLE OF CONTENTS

- 1.0 Objective
- 2.0 Table of Contents
- 3.0 Definitions
- 4.0 Procedures
    - 4.1 External Unit Inspection
    - 4.2 Internal Unit Inspection
- 5.0 Attachments
    - 5.1 Yard QC Checklist
    - 5.2 Maintenance Work Order

## 3.0 DEFINITIONS

**QC** – Quality Control
**LP** – liquid propane
**RFO** – Ready for Occupancy
**RV** – recreational vehicle
**SOP** – Standard Operating Procedure

## 4.0 PROCEDURE

### 4.1 External Unit Inspection

An incoming trailer is parked by the hauling company in the Staging Yard, after it has been properly checked in and recorded by the Yard ER Personnel. Quality Control (QC) personnel then visually inspect the outside of the trailer and record any damages from being hauled.

4.1.1 The yard QC Checklist Form is filled out with the barcode and QC Inspection begins. The following items are checked:

- Check battery and connection
- Install battery if needed
- Remove empty propane tanks

SHAW 013564

---

These standard policies and procedures are applicable to all members of Shaw Environmental, Inc., except where superseded or modified by the member Company.


| | |
|---|---|
| Procedure No. | H&IYD0003 |
| Revision No. | A |
| Date of Revision | 02/01/06 |
| Last Review Date | |
| Page | 2 of 1 |

Shaw Environmental, Inc.

- Install full propane tanks
- Turn on propane valve
- Check the liquid propane (LP) gas detector that it is GREEN. If RED the there is a GAS LEAK. Get out of the trailer and turn off the gas.
- Mark one of the bottles or bottle cover with green tape to note complete inspection of propane tanks.
- Check trailer interior with LEL Meter at floor level.
- Hookup the trailer to electricity from the portable electric generator via recreational vehicle (RV) power supply.
- Hookup the water with portable water tank via the city water supply.
- Check to ensure keys are located in the outside box where the hot water heater is located.
- Install drain plugs on water lines, if not already installed. The drain plugs are kept either in the hot water box or one of the kitchen cabinets in the packet with the RV documents.
- Check to ensure there is a fire extinguisher in the trailer.

4.1.2  The unit is systematically checked to ensure everything is working properly:

- Check the smoke detectors to ensure they are working.
- Check the carbon monoxide (CO) sensor to ensure it is present and working.
- Check the front bedroom lights, set top light, if applicable, to work using the wall switch.
- Check all electrical outlets with a circuit tester to ensure they are working and to ensure the polarity is correct.
- Check all lights to ensure they are working properly.
- Check for water leaks under the sink, shower, and around the hot water heater.
- Take all tags off the stove; remove all packing material from the oven.
- Check the refrigerator and take all the tape and cardboard out. Make sure it is secured.
- Make sure the fresh water pump is off.
- Check the bathroom and run water into the toilet.
- Drain the water system for cold weather storage, if needed.
- Check the exhaust fan in the bathroom and over the stove.
- Check the sofa bed for the support bar if applicable.
- Place the scissor jack handle under the sofa.
- Set the air conditioner (AC) to 78 degrees; auto high.
- Open all emergency exits to ensure they all open properly.
- Check for the living kit.
- Shut off the propane at the tank.
- Bleed the propane lines.
- Remove the propane tank connections from the trailer.

SHAW 013565

These standard policies and procedures are applicable to all members of Shaw Environmental, Inc., except where superseded or modified by the member Company.



| | | |
|---|---|---|
| | Procedure No. | H&IYD0003 |
| | Revision No. | A |
| | Date of Revision | 02/01/06 |
| | Last Review Date | |
| | Page | 3 of 1 |

- Insert Propane Warning flier in the trailer.
- Leave the door open on the trailer to vent the air.
- Fill out the Yard QC Checklist, initial all components and tasks completed. Print, Sign and Date the form.
    - If something is not working properly, note it on the QC checklist. Note on the Checklist where the trailer is located in the yard as there are usually many rows of trailers.
    - Fill out a Maintenance Work Order.
    - Give the yard QC Checklist to and Maintenance Work Order to the maintenance crew.
    - Flag the trailer tongue with RED tape and make an X with Red tape and place it on the left hand side of the front of the trailer for ease of locating the failed trailer.
- The yard QC Checklists will be forwarded to the Yard QC Office to be input in the computer for record purposes.
- Once trailer passes inspection, mark trailer tongue with GREEN tape.

## 5.0 TABLE OF CONTENTS

5.1 Yard QC Checklist
5.2 Maintenance Work Order

SHAW 013566

These standard policies and procedures are applicable to all members of Shaw Environmental, Inc., except where superseded or modified by the member Company.

 Shaw Environmental, Inc.

| | |
|---|---|
| Procedure No. | H&IYD0003 |
| Revision No. | A |
| Date of Revision | 02/01/06 |
| Last Review Date | |
| Page | 4 of 1 |

# YARD QC CHECKLIST

_____BC #   _____Passed   _____Failed

Printed Name of Inspector _____ Date _____ Time _____

**"Initial in the space provided. Do NOT place a check or an X"**
1. _____ Check to ensure batter is installed.
2. _____ Install battery if needed.
3. _____ Remove empty propane tanks.
4. _____ Install full propane tanks.
5. _____ Switch Propane Regulator to the bottle you are going to open, turn on propane to ensure Regulator reads GREEN.
6. _____ Mark propane bottle or bottle cover with green tape to signify completion of inspection of propane bottles.
7. _____ Check trailer interior with LEL Meter at floor level.
8. _____ Locate LP Gas Detector inside trailer at floor level.
9. _____ Check LP Gas Detector to ensure it is GREEN. If RED = gas leak, IMMEDIATELY get out of trailer and turn off gas.
10. _____ Hookup electricity with portable electric generator using RV Power Supply Plug.
11. _____ Hookup water with portable water tank using City Water Supply Connection.
12. _____ Locate trailer keys in outside water heater storage box.
13. _____ Install drain plugs on water lines, if not already installed.
14. _____ Locate fire extinguisher, make sure it is charged and not expired.
15. _____ Check smoke detectors to ensure they are working.
16. _____ Check CO2 sensor to ensure it is present and working.
17. _____ Check front bedroom lights, set top light, if applicable to work using wall switch.
18. _____ Check all electrical outlets with circuit tester to ensure they are working and polarity is correct.
19. _____ Check all lights to ensure they are working properly.
20. _____ Check Hot Water Heater to ensure it is working.
21. _____ Check for water leaks under sinks, shower and around hot water heater.
22. _____ If unit is All Electric make sure hot water heater switch is turned OFF after checking.
23. _____ Take tags off stove, remove all packing material from oven.
24. _____ Check refrigerator: remove tape, cardboard, and make sure refrigerator is secure.
25. _____ Check switches on gray water, black water, and fresh water to ensure they are working.
26. _____ Check bathroom, run water in toilet.
27. _____ After checking water, make sure fresh water pump is turned OFF.
28. _____ Drain water for cold weather storage, if needed, by removing plugs and placing them in outside water heater access door.
29. _____ Check exhaust fan in bathroom and over stove to ensure they are working.
30. _____ Check sofa bed for support bar, if applicable.
31. _____ Locate scissor jack handle and place under sofa in storage compartment.
32. _____ Set Air Conditioning to 78 degrees; auto high.
33. _____ Open all emergency exits and be sure they are securely closed after checking.
34. _____ Check for Living Kit.
35. _____ Shut off propane tank.
36. _____ Bleed off propane lines.
37. _____ Disconnect propane tanks from trailer by unscrewing pigtail from bottles.
38. _____ Insert Propane Warning in Trailer.
39. _____ Leave door open on trailer to vent. Lock door open using door cradle handle.
40. _____ If something isn't working, fill out Maintenance Work Order with details.
41. _____ If trailer passes inspection mark tongue with GREEN tape. If fails, mark with RED tape and place an X with RED tape on the front left hand side of trailer to identify.

Signature of Inspector Releasing Trailer

SHAW 013567

These standard policies and procedures are applicable to all members of Shaw Environmental, Inc., except where superseded or modified by the member Company.



| | |
|---|---|
| Procedure No. | H&IYD0003 |
| Revision No. | A |
| Date of Revision | 02/01/06 |
| Last Review Date | |
| Page | 5 of 1 |

# Maintenance Work Order

**Date:**

**Barcode No:**

**Serial # /VIN**

**Assessment:**

**Parts/Materials Needed**

**Electrician Needed:  Yes   No**

**Why:**

**Appliances Fixed:**

**Other Work Done:**

**Work Completed By/Date:**

SHAW 013568

These standard policies and procedures are applicable to all members of Shaw Environmental, Inc., except where superseded or modified by the member Company.