# Transcript of the Testimony of
# Videotaped Deposition of Lyndon Wright

**Date taken: July 10, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "D"

```
 1   2006?  Was it cold or raining, anything like
 2   that?
 3        A.   I don't recall it.
 4        Q.   Okay.  Do you recall seeing any
 5   leaks at the time of the inspection,
 6   February 13, 2006, or any evidence that
 7   water had leaked into the trailer?
 8        A.   No.
 9        Q.   Okay.  At that point in time, you
10   did not have the problem with water coming
11   in through the door, right?
12        A.   No, not at that time.
13        Q.   That happened later, correct?
14        A.   Yes.
15        Q.   Did you observe any holes in the
16   trailer, like from the inside you might see
17   daylight coming in from the outside or
18   something like that?
19        A.   No.
20        Q.   Did you smell anything unusual at
21   that time, February 13, 2006?
22        A.   It had like this new smell.
23        Q.   Like a new car smell?
24        A.   Yeah.
25        Q.   Now, is the new smell the same as
```

Page 268

```
 1   or different from the wet carpet odor that
 2   you were talking about with Mr. Bone
 3   earlier?
 4        A.   Different?  Yes.  It was
 5   definitely different.
 6        Q.   Let's talk about the new smell.
 7   Did the new smell make you cough when you
 8   went into the trailer for the first time?
 9        A.   I think I sneezed.
10        Q.   Sneezed?
11        A.   Yes.
12        Q.   Okay.  Did it make your eyes
13   water?
14        A.   I really can't say because he was
15   talking, telling me how I have one of the
16   newer trailers and stuff.  So there was a
17   lot of things I probably wasn't paying
18   attention to offhand, you know.
19        Q.   Okay.  Did you think that the new
20   smell was irritating enough to be a problem?
21        A.   Being excited with getting in the
22   trailer, no, I didn't really see it would be
23   a problem, the new smell and everything.
24        Q.   How long did the new smell last?
25        A.   I can't recall.  I can't recall.
```

```
 1       A.    Maybe, yes.
 2       Q.    Okay.  So that having been said,
 3  this March 19 is probably the first time
 4  out, right?
 5       A.    Probably.
 6       Q.    Did the maintenance crew fix the
 7  furnace problem, as far as you knew, when
 8  they came out on March 19, 2006?
 9             Let me ask you a better way.  Did
10  you think they had fixed it when they left
11  on March 19, 2006?
12       A.    Yes, because it was working.
13       Q.    And that's why you signed off on
14  the maintenance form, right?
15       A.    Yes.
16       Q.    Okay.  You mentioned the leak
17  around the door.  First of all, was the leak
18  occurring under the door like rainwater was
19  getting pushed over the threshold or was it
20  coming from the top, the sides, what is your
21  recollection?
22       A.    It came over the top.
23       Q.    Over the top?
24       A.    Uh-huh.
25       Q.    Okay.  Was there a gap there that
```