```
                                                              Page 1
 1                  UNITED STATES DISTRICT COURT
 2                    DISTRICT OF LOUISIANA
 3                     NEW ORLEANS DIVISION
 4    In Re:   FEMA Trailer     )
 5    Formaldehyde Products     ) MDL No. 1873
 6    Liability Litigation      )
 7
 8                                  Washington, D.C.
 9                                  Tuesday, July 7, 2009
10    Videotape Deposition of DAVID EDWARD GARRATT, called
11    for examination by counsel for Plaintiffs in the
12    above-entitled matter, the witness being duly sworn
13    by CHERYL A. LORD, a Notary Public in and for the
14    District of Columbia, taken at the offices of NELSON
15    MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution
16    Avenue N.W., Suite 900, Washington, D.C., at 9:07
17    a.m., and the proceedings being taken down by
18    Stenotype by CHERYL A. LORD, RPR, CRR.
19
20
21
22
```

EXHIBIT "F"

David Edward Garratt July 7, 2009
Washington, DC

Page 207

1   Q.   From a formaldehyde standpoint.
2   A.   None whatsoever.
3   Q.   Can you talk a little bit about why FEMA
4   used travel trailers by the thousands both prior to
5   Hurricane Katrina and during the Hurricane Katrina
6   response?
7   A.   They were the preferred direct temporary
8   housing product because of their -- because of their
9   size, because we could move them in and set them up
10  quickly.  I think 80 percent of the units that we
11  provided in response to hurricanes Katrina and Rita
12  were on individuals' private property.  And typically
13  we put travel trailers on private property or often
14  because we can't fit anything else on their private
15  property.  They simply can't accommodate a mobile
16  home on their driveway.
17         So they were used because, number 1, they
18  filled a need that could not be met any other way.
19  2, they were inexpensive compared to a mobile home.
20  3, they allowed people to stay at their property and
21  rebuild their home as opposed to relocating them to a
22  community site that might be miles away and might be