# Transcript of the Testimony of
# Videotaped Deposition of Lyndon Wright

**Date taken: July 10, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "B"

1  cruise ship that was docked out at the
2  riverfront?
3      A.  That's correct.
4      Q.  How long did you live on that
5  cruise ship?
6      A.  I would say roughly between
7  October of '05 to about March of '06.
8      Q.  And why was it that you came to
9  leave the cruise ship?  Was the cruise ship
10 leaving or were you -- was there a lease
11 period and they said you have to leave after
12 this point in time?  Why was it you got off
13 the ship?
14     A.  The cruise ship was leaving.
15     Q.  And at that time, when you left
16 the cruise ship, where did you go after
17 that?
18     A.  At that time, that's when I had
19 the trailer.
20     Q.  Let's talk about the period from
21 October '05 to March '06.
22         Did you, in fact, work at the
23 Hyatt during that period?
24     A.  No.
25     Q.  So other than going in and being

Page 132

1    Q.   Did you ever ask FEMA for a new
2    unit?
3    A.   No.
4    Q.   By the summer of 2008, which I
5    believe was around the last time that you
6    lived in the unit, correct --
7    A.   Yes.
8    Q.   -- July of 2008 was the last time
9    you lived in the unit?
10   A.   Yes.
11   Q.   By the summer of 2008, had the
12   smell changed in any way?
13   A.   No.  It was just a constant odor.
14   It didn't change.
15   Q.   So from --
16   A.   I mean, I was always deodorizing.
17   It never changed.
18   Q.   So from the time you first noticed
19   it in the winter of 2006 until the time you
20   moved out in the summer of 2008, the smell
21   didn't change in the way it smelled,
22   correct?
23   A.   No, it was just a constant odor,
24   yes.
25   Q.   I'm saying it was the same smell?

Page 273

1      A.   Yes.

2      Q.   Okay.  Is that an accurate

3  description of the problem that you were

4  having with the furnace at first?

5      A.   Yes.

6      Q.   Okay.  You could turn it on, but

7  it would never get warmed up before it would

8  shut down?

9      A.   After the first time, it never

10 did.  After the first time.

11     Q.   I believe you told Mr. Bone that

12 people came out at least twice to work on

13 the furnace, right?

14     A.   Yes.

15     Q.   Do you know if this call record

16 reflects the first or the second time out?

17 The date on this is March 19, 2006.

18     A.   It may have been the first time.

19     Q.   Was the second time in the winter,

20 later in 2006?

21     A.   Yes, it should have been because I

22 know they came out twice.

23     Q.   Okay.

24     A.   I mean, I'm not good with all

25 these dates and trying to remember.  I just

1  know they came out, tried to fix the
2  problem, they didn't, so I did what I had to
3  do to try to keep warm.
4      Q.  Let me see if I can help you with
5  the dates on the second time the maintenance
6  people came out with regard to the furnace.
7          You had told Mr. Bone that you
8  noticed the foul odor sometime in the winter
9  of 2006, right?
10     A.  Yes.
11     Q.  By "winter," were you talking
12  about the November/December time frame of
13  2006?
14     A.  Yes.
15     Q.  And I think you told Mr. Bone, and
16  please correct me, that you told the
17  maintenance people when they came out the
18  second time about the foul odor and they
19  told you that they couldn't do anything
20  about that, right?
21     A.  They would have somebody get in
22  touch with me about it, yes.
23     Q.  So the second maintenance visit
24  must have been November or December of 2006
25  at the earliest, right?

```
 1       A.    Maybe, yes.
 2       Q.    Okay.  So that having been said,
 3   this March 19 is probably the first time
 4   out, right?
 5       A.    Probably.
 6       Q.    Did the maintenance crew fix the
 7   furnace problem, as far as you knew, when
 8   they came out on March 19, 2006?
 9             Let me ask you a better way.  Did
10   you think they had fixed it when they left
11   on March 19, 2006?
12       A.    Yes, because it was working.
13       Q.    And that's why you signed off on
14   the maintenance form, right?
15       A.    Yes.
16       Q.    Okay.  You mentioned the leak
17   around the door.  First of all, was the leak
18   occurring under the door like rainwater was
19   getting pushed over the threshold or was it
20   coming from the top, the sides, what is your
21   recollection?
22       A.    It came over the top.
23       Q.    Over the top?
24       A.    Uh-huh.
25       Q.    Okay.  Was there a gap there that
```

```
 1    you could see daylight through?
 2         A.   Yes.
 3         Q.   Okay.  When did that start?
 4         A.   I would have to say I noticed it
 5    in '07.
 6         Q.   Okay.  Do you remember roughly
 7    about what part of '07?
 8         A.   No.
 9         Q.   I believe earlier you told me that
10    the trailer had become off level and that
11    that was related to the water starting to
12    come in over your door, right?  Or am I
13    mixing these things up?
14         A.   I'm not -- I assumed that's why
15    the water was coming through there because I
16    could see more daylight than I usually did.
17    And when it rained, it would come through
18    the door.  Which would clearly be that it
19    shifted.
20         Q.   Did you know that the trailer had
21    come off level prior to noticing the rain
22    coming in over the door or is the fact that
23    rain was coming in over the door what told
24    you that the trailer had shifted?
25         A.   Well, to tell you the truth, I
```