UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                     MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION            SECTION "N-5"

                                        JUDGE ENGELHARDT
                                        MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Kenneth Risch v. Keystone RV Company, et al No.* **09-5389**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Kenneth Risch, who, pursuant to Federal Rule of Civil Procedure 41(a)(2) hereby voluntarily dismisses Keystone RV Company, Shaw Enterprises, Inc., and the United States of America through the Federal Emergency Management Agency, as defendants in the above-captioned matter. Plaintiff further understands that dismissal of his claims are with full prejudice.

          Respectfully submitted,

          BECNEL LAW FIRM, LLC

          BY:   /s/ Matthew B. Moreland
              Daniel E. Becnel, Jr. (#2926)
              Matthew B. Moreland (#24567)
              106 W. Seventh St.
              P. O. Drawer H
              Reserve, LA 70084
              Telephone: (985) 536-1186
              Facsimile: (985) 536-6445
              Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 2, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                       /s/Matthew B. Moreland