## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Kenneth Risch v. Keystone RV Company, et al No.* **09-5389**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## REVISED MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Kenneth Risch, who,

pursuant to Federal Rule of Civil Procedure 41(a)(2) hereby voluntarily dismisses Keystone RV

Company, CH2M Hill Constructors, Inc., and the United States of America through the Federal

Emergency Management Agency, as defendants in the above-captioned matter.  Plaintiff further

understands that dismissal of his claims are with full prejudice.

                        Respectfully submitted,

                        BECNEL LAW FIRM, LLC

                        BY:   ___/s/ Matthew B. Moreland_____
                              Daniel E. Becnel, Jr. (#2926)
                              Matthew B. Moreland (#24567)
                              106 W. Seventh St.
                              P. O. Drawer H
                              Reserve, LA 70084
                              Telephone:  (985) 536-1186
                              Facsimile:   (985) 536-6445
                              Attorney for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 2, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

<u>     /s/Matthew B. Moreland               </u>