UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v. RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, DOCKET NO. 09-3251 | * | |

**************************************************************************

## JOINT MOTION FOR EXTENSION OF FILING DEADLINE FOR INITIAL WITNESS AND EXHIBIT LISTS

**NOW INTO COURT**, through undersigned counsel, come defendants, Recreation By Design, LLC, and Shaw Environmental, Inc., and plaintiff, Earline Castanel, who respectfully request that the Court grant an extension of time to file Initial Witness and Exhibit Lists in the instant litigation. There is still a significant amount of discovery that must take place, including numerous depositions of fact witnesses, the parties, and experts. Further, defendants' expert report deadline is not until March 1, 2010, which is over three weeks after the current initial witness and exhibit list deadline of February 5, 2010. Accordingly, since production of an initial witness and exhibit list at this time is premature until additional discovery has taken place and

defendants' expert reports are due, the parties jointly request that the initial witness and exhibit lists deadline be extended until March 8, 2010.

**WHEREFORE**, it is requested that this Court grant the Joint Motion for Extension of Filing Deadline for Initial Witness and Exhibit Lists until March 8, 2010.

Respectfully submitted,

*/s/ Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
**GARRISON, YOUNT, FORTE**
**& MULCAHY, LLC**
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
*Attorneys for Recreation By Design, LLC*
Email: rmulcahy@garrisonyount.com

*/s/ David Kurtz*
M. David Kurtz (#23821)
Karen K. Whitfield (#19350)
Catherine K. Thigpen (#30001)
**Baker Donelson Bearman**
**Caldwell & Berkowitz, PC**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
*Attorneys for Shaw Environmental, Inc.*

> */s/ Linda J. Nelson*
> LINDA J. NELSON (LA #9938)
> **PLAINTIFFS' STEERING COMMITTEE**
> LAMBERT & NELSON, PLC
> 701 Magazine Street
> New Orleans, LA 70130
> Telephone: (504) 581-1750
> Facsimile: (504) 529-2931
> linda@lambertandnelson.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 2, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

> */s/ Randall C. Mulcahy*
> RANDALL C. MULCAHY, Bar No. 26436