UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v. RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, *DOCKET NO. 09-3251* | * | |

**********************************************************************

## ORDER

Considering the foregoing:

**IT IS ORDERED** that the Joint Motion for Extension of Filing Deadline for Initial Witness and Exhibit Lists is hereby GRANTED extending the February 5, 2010 deadline until March 8, 2010.

**IT IS FURTHER ORDERED** that the Initial Witness and Exhibit List filing deadline in the instant matter is now set for March 8, 2010.

New Orleans, Louisiana, this _____ day of February, 2010.

_____
JUDGE KURT ENGELHARDT