AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

ELRAY CLARK, ET AL

V.

KEYSTONE RV COMPANY and
FLUOR ENTERPRISES, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

09-5002
SECT.N MAG5

TO: Keystone RV Company
Through its Agent for Service of Process
David G. Thomas
2642 Hackberry Drive
Goshen, IN 46526

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

AUG 1 2009

DATE

*Renee Ralosfe*

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served Personally upon the Defendant. Place where served: _____
_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐  Returned unexecuted: _____
_____
_____
_____

☐  Other *(specify)*: _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                                                    Signature of Server

                                                                              _____
                                                                              Address of Server

---

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>71791000164500136838 | A. Signature [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) LARISSA AMBUSE   C. Date of Delivery 1-26-10 |
| 1. Article Addressed to:<br><br>Keystone RV Company<br>Through its Agent for Service of Process<br>David G. Thomas<br>2642 Hackberry Drive<br>Goshen, IN 46525 | D. Is delivery address different from item 1? ☒ Yes<br>If YES enter delivery address below: ☐ No<br>P.O. BOX 2000<br>46527<br>3. Service Type ☒ Certified<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |

Code: Elray Clark
Code2: JIW
File: 07-5980

PS Form 3811              Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163