UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | § | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | § | SECTION "N" (4) |
| LIABILITY LITIGATION | § | |
| | § | JUDGE ENGELHARDT |
| | § | MAG. JUDGE CHASEZ |

**THIS DOCUMENT RELATES TO ALL CASES**

---

## DEFENDANT, JAYCO, INC.'S MASTER ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS THIRD AND FOURTH SUPPLEMENTAL AND AMENDED MASTER COMPLAINTS

Pursuant to Pretrial Order No. 2 (R. Doc. No. 87) and Pretrial Order No. 36 (R. Doc. No. 1386)[1], Defendant Jayco, Inc. ("Jayco" and "Defendant") submits the following Master Answer to Plaintiffs' Third and Fourth Supplemental and Amended Master Complaints (R. Doc. No. 4486) respectfully showing unto the court as follows:

### FIRST DEFENSE

Plaintiffs' Third and Fourth Supplemental and Amended Master Complaints, as well as previously filed Master Complaint, First and Second Supplemental and Amended Master

---

[1] Pretrial Order No. 36, p. 4 states in relevant part: "The Master Answer shall constitute an answer in each action now pending or subsequently added to this proceeding.  To the extent they have not already done so, Defendants shall not file answers in any action involved in this proceeding other than their respective answers to the supplement and/or amendment to the Administrative Master Complaint."  As such, Defendant would show that this document constitutes an answer to any currently filed or yet to be filed cases in which Jayco, Inc. is named as a Defendant.

Complaints, fail to state a claim or cause of action against Jayco, Inc. upon which relief can be granted.

## ANSWER TO 3RD SUPPLEMENTAL AND AMENDED MASTER COMPLAINT

### I. INTRODUCTION

NOW, in answer and response to the specific allegations contained in the Third Supplemental and Amended Master Complaint:

1.      To the extent the statements and allegations in Paragraph 1 require a response, Defendant responds that after reasonable inquiry, it does not have sufficient information to either admit or deny the statements and allegations contained in Paragraph 1.

2.      To the extent the statements and allegations in Paragraph 2 require a response, Defendant responds that after reasonable inquiry, it does not have sufficient information to either admit or deny the statements and allegations contained in Paragraph 2, and that Plaintiffs' Third Supplemental and Amended Master Complaint (R. Doc. 4486) is its own best evidence of the contents therein.

3.      To the extent the allegations in Paragraph 3 require a response, Defendant admits the allegations in paragraph 3.

4.      To the extent the allegations in Paragraph 4 require a response, Defendant admits the allegations in paragraph 4.

5.      To the extent the statements and allegations in Paragraph 5 require a response, Defendant responds that after reasonable inquiry, it does not have sufficient information to either admit or deny the statements and allegations contained in Paragraph 5, and that Plaintiffs' Third Supplemental and Amended Master Complaint (R. Doc. 4486), as well as the previous orders of

this court with regard to Master Complaints are their own best evidence of the purpose and contents therein.

6.     To the extent the statements and allegations in Paragraph 6 require a response, Defendant responds that after reasonable inquiry, it does not have sufficient information to either admit or deny the statements and allegations contained in Paragraph 6, and that Plaintiffs' Third Supplemental and Amended Master Complaint (R. Doc. 4486), as well as the previous orders of this court with regard to Master Complaints are their own best evidence of the purpose and contents therein.

7.     To the extent the statements and allegations in Paragraph 7 require a response, Defendant responds that after reasonable inquiry, it does not have sufficient information to either admit or deny the statements and allegations contained in Paragraph 7, and that Plaintiffs' Third Supplemental and Amended Master Complaint (R. Doc. 4486), as well as the previous orders of this court with regard to Master Complaints are their own best evidence of the purpose and contents therein.

## II. PARTIES

8.     To the extent the statements and allegations in Paragraph 8 require a response, Defendant responds that after reasonable inquiry, it does not have sufficient information to either admit or deny the statements and allegations contained in Paragraph 8.

9.     To the extent the statements and allegations in Paragraph 9 require a response, Defendant responds that after reasonable inquiry, it does not have sufficient information to either admit or deny the statements and allegations contained in Paragraph 9.

10.     Defendant denies the allegations in Paragraph 10 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

11.     Defendant denies the allegations in Paragraph 11 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

12.      Defendant denies the allegations in Paragraph 12 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

13.     Defendant denies the allegations in Paragraph 13 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

14.      Defendant denies the allegations in Paragraph 14 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

15.     Defendant denies the allegations in Paragraph 15 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

16.     Defendant denies the allegations in Paragraph 16 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

17.     Defendant denies the allegations in Paragraph 17 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

18.     Defendant denies the allegations in Paragraph 18 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

19.     Defendant denies the allegations in Paragraph 19 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

20.     Defendant denies the allegations in Paragraph 20 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

21.     Defendant denies the allegations in Paragraph 21 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

22.     Defendant denies the allegations in Paragraph 22 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

23.     Defendant denies the allegations in Paragraph 23 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

24.     Defendant denies the allegations in Paragraph 24 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

25.     Defendant denies the allegations in Paragraph 25 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

26.     Defendant denies the allegations in Paragraph 26 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

27.     Defendant denies the allegations in Paragraph 27 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

28.     Defendant denies the allegations in Paragraph 28 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

29.     Defendant denies the allegations in Paragraph 29 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

30.     Defendant denies the allegations in Paragraph 30 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

31.     Defendant denies the allegations in Paragraph 31 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

32.     Defendant denies the allegations in Paragraph 32 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

33.     Defendant denies the allegations in Paragraph 33 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

34.     Defendant denies the allegations in Paragraph 34 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

35.     Defendant denies the allegations in Paragraph 35 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

36.     Defendant denies the allegations in Paragraph 36 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

37.     Defendant denies the allegations in Paragraph 37 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

38.     Defendant denies the allegations in Paragraph 38 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

39.     Defendant denies the allegations in Paragraph 39 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

40.     Defendant denies the allegations in Paragraph 40 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

41.     Defendant denies the allegations in Paragraph 41 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

42.     Defendant denies the allegations in Paragraph 42 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

43.     Defendant denies the allegations in Paragraph 43 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

44.     Defendant denies the allegations in Paragraph 44 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

45.     Defendant denies the allegations in Paragraph 45 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

46.     Defendant denies the allegations in Paragraph 46 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

47.     Defendant denies the allegations in Paragraph 47 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

48.     Defendant denies the allegations in Paragraph 48 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

49.     Defendant denies the allegations in Paragraph 49 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

50.     Defendant denies the allegations in Paragraph 50 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

51.     Defendant denies the allegations in Paragraph 51 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

52.     Defendant denies the allegations in Paragraph 52 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

53.     Defendant denies the allegations in Paragraph 53 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

54.     Defendant admits that Jayco, Inc. is an Indiana corporate entity as alleged in Paragraph 54, as supplemented and amended, and that Jayco, Inc. is in the business of manufacturing travel trailers.  Defendant denies that Jayco, Inc. supplied travel trailers directly to FEMA pursuant to

any contract with FEMA or its suppliers or contractors.  Defendant denies all other allegations contained in Paragraph 54 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

55.     Defendant denies that Jayco Enterprises, Inc. is a proper party to this lawsuit, because Jayco Enterprises, Inc. is only a transportation company and does not design, manufacture, sell or distribute travel trailers.   Defendant further denies all other allegations in Paragraph 55 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

56.     Defendant denies the allegations in Paragraph 56 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

57.     Defendant denies the allegations in Paragraph 57 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

58.     Defendant denies the allegations in Paragraph 58 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

59.     Defendant denies the allegations in Paragraph 59 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

60.     Defendant denies the allegations in Paragraph 60 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

61.     Defendant denies the allegations in Paragraph 61 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

62.     Defendant denies the allegations in Paragraph 62 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

63.     Defendant denies the allegations in Paragraph 63 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

64.     Defendant denies the allegations in Paragraph 64 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

65.     Defendant denies the allegations in Paragraph 65 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

66.     Defendant denies the allegations in Paragraph 66 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

67.     Defendant denies the allegations in Paragraph 67 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

68.     Defendant denies the allegations in Paragraph 68 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

69.     Defendant denies the allegations in Paragraph 69 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

70.     Defendant denies the allegations in Paragraph 70 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

71.     Defendant denies the allegations in Paragraph 71 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

72.     Defendant denies the allegations in Paragraph 72 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

73.     Defendant denies the allegations in Paragraph 73 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

74.     Defendant denies the allegations in Paragraph 74 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

75.     Defendant denies the allegations in Paragraph 75 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

76.     Defendant denies the allegations in Paragraph 76 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

77.     Defendant denies the allegations in Paragraph 77 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

78.     Defendant denies the allegations in Paragraph 78 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

79.     Defendant denies the allegations in Paragraph 79 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

80.     Defendant denies the allegations in Paragraph 80 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

81.     Defendant denies the allegations in Paragraph 81 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

82.     Defendant denies the allegations in Paragraph 82 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

83.     Defendant denies the allegations in Paragraph 83 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

84.     Defendant denies the allegations in Paragraph 84 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

85.     Defendant denies the allegations in Paragraph 85 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

86.     Defendant denies the allegations in Paragraph 86 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

87.     Defendant denies the allegations in Paragraph 87 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

88.     Defendant admits that Starcraft RV, Inc. is an Indiana corporate entity as alleged in Paragraph 88, as supplemented and amended, and that Starcraft RV, Inc. is in the business of manufacturing travel trailers.  Defendant denies that Starcraft RV, Inc. supplied travel trailers directly to FEMA pursuant to any contract with FEMA or its suppliers or contractors.  Defendant denies all other allegations contained in Paragraph 88 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

89.     Defendant denies the allegations in Paragraph 89 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

90.     Defendant denies the allegations in Paragraph 90 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

91.     Defendant denies the allegations in Paragraph 91 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

92.     Defendant denies the allegations in Paragraph 92 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

93.     Defendant denies the allegations in Paragraph 93 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

94.     Defendant denies the allegations in Paragraph 94 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

95.     Defendant denies the allegations in Paragraph 95 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

96.     Defendant denies the allegations in Paragraph 96 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

97.     Defendant denies the allegations in Paragraph 97 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

98.     Defendant denies the allegations in Paragraph 98 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

99.     Defendant denies the allegations in Paragraph 99 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

100.    Defendant denies the allegations in Paragraph 100 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

101.    Defendant denies the allegations in Paragraph 101 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

102.    Defendant denies the allegations in Paragraph 102 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

103.    Defendant denies the allegations in Paragraph 103 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

104.    Defendant denies the allegations in Paragraph 104 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

105.     Defendant denies the allegations in Paragraph 105 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

106.     Defendant denies the allegations in Paragraph 106 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

107.     Defendant denies the allegations in Paragraph 107 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

108.     Defendant denies the allegations in Paragraph 108 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

109.     Defendant denies the allegations in Paragraph 109 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

110.     Defendant denies the allegations in Paragraph 110 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

111.     Defendant denies the allegations in Paragraph 111 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

112.     Defendant denies the allegations in Paragraph 112 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

113.     Defendant denies the allegations in Paragraph 113 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

114.     Defendant denies the allegations in Paragraph 114 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

115.     Defendant denies the allegations in Paragraph 115 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

### III. JURISDICTION AND VENUE

116.    Defendant denies the allegations in Paragraph 116.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

117.    Defendant denies the allegations in Paragraph 117 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

118.    The allegations contained in Paragraph 118 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 118 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

119.    The allegations contained in Paragraph 119 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 119 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

120.    Defendant denies the allegations in Paragraph 120. To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

121.    Defendant denies the allegations in Paragraph 121.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

122.    Defendant denies the allegations in Paragraph 122.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

123.    Defendant denies the allegations in Paragraph 123.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

## IV. FACTS AND GENERAL ALLEGATIONS

124.    Defendant denies the allegations contained in Paragraph 124 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

125.    Defendant denies the allegations contained in Paragraph 125 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

126.    Defendant denies the allegations contained in Paragraph 126 as written.

127.    Defendant denies the allegations contained in Paragraph 127 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

128.    Defendant denies the allegations contained in Paragraph 128.

129.    Defendant denies the allegations in Paragraph 129.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

130.    Defendant denies the allegations in Paragraph 130.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

131.    Defendant denies the allegations in Paragraph 131.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

132.    Defendant denies the allegations in Paragraph 132.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

133.    Defendant denies the allegations in Paragraph 133.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

134.    Defendant denies the allegations in Paragraph 134.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

135.    Defendant denies the allegations contained in Paragraph 135.

136.    The allegations contained in Paragraph 136 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant submits that 24 C.F.R. Sec. 3280.309 is its own best evidence as to the contents therein.

137.    Defendant denies the allegations contained in Paragraph 137 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

138.    Defendant denies the allegations contained in Paragraph 138 as written.

139.    The allegations contained in Paragraph 139 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant submits that 24 C.F.R. Sec. 3280.308, is its own best evidence as to the contents therein.

140.    The allegations contained in Paragraph 140 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant submits that 44 C.F.R. Sec. 206.110(e), as well as the publication "Union of Concerned Scientists, Citizens and Scientists for Environmental Solutions, FEMA Exposes Gulf Coast Residents to Formaldehyde, Updated on Dec. 19, 2007," are each their own best evidence of the contents therein.

141.    Defendant denies the allegations in Paragraph 141.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

142.    The allegations contained in Paragraph 142 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 142.

143.    Defendant denies the allegations in Paragraph 143.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

144.    Defendant denies the allegations in Paragraph 144.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

145.    Defendant denies the allegations in Paragraph 145.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

146.    Defendant denies the allegations in Paragraph 146.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

147.     Defendant denies the allegations in Paragraph 147.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

148.     Defendant denies the allegations in Paragraph 148.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

149.     Defendant denies the allegations in Paragraph 149.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

150.     Defendant denies the allegations in Paragraph 150.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

151.     Defendant denies the allegations in Paragraph 151.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

152.     Defendant denies the allegations in Paragraph 152.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

153.     Defendant denies the allegations in Paragraph 153.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

154.     Defendant denies the allegations in Paragraph 154.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

155.     Defendant denies the allegations in Paragraph 155.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

156.     Defendant denies the allegations in Paragraph 156.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

157.     Defendant denies the allegations in Paragraph 157.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

158.     Defendant denies the allegations in Paragraph 158.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

159.     Defendant denies the allegations in Paragraph 159.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

160.     Defendant denies the allegations in Paragraph 160.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

161.    Defendant denies the allegations in Paragraph 161.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

162.    Defendant denies the allegations in Paragraph 162.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

163.    Defendant denies the allegations in Paragraph 163.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

164.    Defendant denies the allegations in Paragraph 164.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

165.    Defendant denies the allegations in Paragraph 165.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

166.    Defendant denies the allegations in Paragraph 166.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

167.    Defendant denies the allegations in Paragraph 167.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

168.     Defendant denies the allegations in Paragraph 168.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

169.     Defendant denies the allegations in Paragraph 169.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

170.     Defendant denies the allegations in Paragraph 170.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

171.     Defendant denies the allegations in Paragraph 171.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

172.     Defendant denies the allegations in Paragraph 172.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

173.     The allegations contained in Paragraph 173 constitute legal conclusions to which no response is required.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.  Further, Defendant submits that the July 19, 2007 statement of R. David Paulison is the best evidence of the contents therein.

174.     Defendant denies the allegations in Paragraph 174.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

175.    Defendant denies the allegations in Paragraph 175.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.  Further, Defendant submits that the "Response of the U.S. Dept. of Labor, Occupational Safety and Health Administration to Freedom of Information Act Request submitted by a plaintiff herein, November 16, 2007," is the best evidence of the contents therein.

176.    Defendant denies the allegations in Paragraph 176.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.  Further, Defendant submits that the "Statement of Richard L. Skinner, Inspector General, U.S. Department of Homeland Security Before the Committee on Homeland Security and Governmental Affairs, U.S. Senate, February 13, 2006," is the best evidence of the contents therein.

177.    Defendant denies the allegations in Paragraph 177.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

178.    Defendant denies the allegations in Paragraph 178.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

179.    Defendant denies the allegations in Paragraph 179.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.  Further, Defendant submits that the referenced "Union of Concerned Scientists" document, "Exhibits B and D," is the best evidence of the contents therein.

180.     Defendant denies the allegations in Paragraph 180.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.  Further, Defendant submits that the referenced "Union of Concerned Scientists" document, "Exhibits I and M," is the best evidence of the contents therein.

181.     Defendant denies the allegations in Paragraph 181.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.  Further, Defendant submits that the referenced "Union of Concerned Scientists" document, and "Supplemental A and Supplemental B," is the best evidence of the contents therein.

182.     Defendant denies the allegations in Paragraph 182.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

183.     Defendant denies the allegations in Paragraph 183.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.  Further, Defendant submits that the referenced document "U.S. House of Representatives, Committee on Oversight and Government Reform, FEMA's Travel Trailer: Litigation Considerations v. Health and Safety Considerations, and the Winner Is? July 19, 2007" is the best evidence of the contents therein.

184.     Defendant denies the allegations in Paragraph 184.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.  Further, Defendant

submits that the referenced "Union of Concerned Scientists" document, and "Exhibit R," is the best evidence of the contents therein.

185.    Defendant denies the allegations in Paragraph 185.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.  Further, Defendant submits that the referenced "Original Health Consultation: Formaldehyde Sampling of FEMA Temporary Housing Units, Agency for Toxic Substances and Disease Registry, February 1, 2007," is the best evidence of the contents therein.

186.    Defendant denies the allegations in Paragraph 186.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.  Further, Defendant submits that the referenced "Union of Concerned Scientists" document is the best evidence of the contents therein.

187.    Defendant denies the allegations in Paragraph 187.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.  Further, Defendant submits that the referenced "correspondence from U.S. House of Representatives, Committee on Science and Technology, to Michael Chertoff, Secretary, U.S Department of Homeland Security, January 28, 2008," is the best evidence of the contents therein.

188.    Defendant denies the allegations in Paragraph 188.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.  Further, Defendant

submits that the referenced document in paragraph 188 is the best evidence of the content therein.

189.     Defendant denies the allegations in Paragraph 189.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.  Further, Defendant submits that the referenced document in paragraph 189 is the best evidence of the content therein.

190.     Defendant denies the allegations in Paragraph 190.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.  Further, Defendant submits that the referenced document in paragraph 190 is the best evidence of the content therein.

191.     Defendant denies the allegations in Paragraph 191.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.  Further, Defendant submits that the referenced document in paragraph 191 is the best evidence of the content therein.

192.     Defendant denies the allegations in Paragraph 192.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.  Further, Defendant submits that the referenced document in paragraph 192 is the best evidence of the content therein.

193.    Defendant denies the allegations in Paragraph 193.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

194.    Defendant denies the allegations in Paragraph 194.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.  Further, Defendant submits that the referenced document in paragraph 194 is the best evidence of the content therein.

195.    Defendant denies the allegations in Paragraph 195.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.  Further, Defendant submits that the referenced document in paragraph 195 is the best evidence of the content therein.

196.    Defendant denies the allegations in Paragraph 196.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.  Further, Defendant submits that the referenced document in paragraph 196 is the best evidence of the content therein.

197.    Defendant denies the allegations in Paragraph 197.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

198.    Defendant denies the allegations in Paragraph 198 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

199.    Defendant denies the allegations in Paragraph 199 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

## V. CLAIMS ASSERTED AGAINST FEDERAL GOVERNMENT – ALL STATES

### Count 1:

### Cause of Action Against the Federal Government

200.    The allegations in Paragraph 200 do not require a response. To the extent the allegations to require a response from this defendant, Defendant re-avers and reasserts its answers contained in the previous paragraphs as if set forth fully herein, *in extenso*.

201.    The allegations contained in Paragraph 201 constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 201 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

202.    The allegations contained in Paragraph 202 constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 202 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

203.    The allegations contained in Paragraph 203 constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 203 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

204.    Defendant denies the allegations in Paragraph 204 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

205.    The allegations contained in Paragraph 205 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 205 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

206.    The allegations contained in Paragraph 206 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 206 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

207.    Defendant denies the allegations in Paragraph 207.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

208.    The allegations contained in Paragraph 208 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 208 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

209.    Defendant denies the allegations in Paragraph 209, subparts a. thru j., as written.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

## VI.  CLAIMS ASSERTED AGAINST THE MANUFACTURING DEFENDANTS

### A.  Louisiana State-Based Claims

### Count 2:

210.    To the extent a response is required, Defendant denies the allegations in Paragraph 210 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

211.    Defendant denies the allegations in Paragraph 211.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

212.    Defendant denies the allegations in Paragraph 212.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

213.    Defendant denies the allegations in Paragraph 213.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

214.    Defendant denies the allegations in Paragraph 214.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

215.    Defendant denies the allegations in Paragraph 215.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

216.    Defendant denies the allegations in Paragraph 216, subparts a. thru k.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

217.    The allegations contained in Paragraph 217 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 217 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

218.    The allegations contained in Paragraph 218 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 218 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

219.    The allegations contained in Paragraph 219 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 219 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

220.    The allegations contained in Paragraph 220 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 220 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

221.    The allegations contained in Paragraph 221 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 221 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

222.    The allegations contained in Paragraph 222 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 222 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

223.    The allegations contained in Paragraph 223 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 223 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

224.    The allegations contained in Paragraph 224 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 224 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

225.    The allegations contained in Paragraph 225 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 225 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

226.    The allegations contained in Paragraph 226 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 226 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

227.    The allegations contained in Paragraph 227 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in

Paragraph 227 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

228.    The allegations contained in Paragraph 228 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 228 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

### B.  Mississippi State-Based Claims

### Count 3:

### Strict Products Liability

### MS Code Annotated Sec. 11-1-63

229.    The allegations in Paragraph 229 do not require a response.  To the extent the allegations to require a response from this defendant, Defendant re-avers and reasserts its answers contained in the previous paragraphs as if set forth fully herein, *in extenso*.

230.    Defendant denies the allegations in Paragraph 230.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

231.    Defendant denies the allegations in Paragraph 231.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

232.    Defendant denies the allegations in Paragraph 232.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

233.     Defendant denies the allegations in Paragraph 233.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

234.     Defendant denies the allegations in Paragraph 234.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

235.     Defendant denies the allegations in Paragraph 235 as written.

236.     Defendant denies the allegations in Paragraph 236 as written.

237.     Defendant denies the allegations in Paragraph 237.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

238.     Defendant denies the allegations in Paragraph 238.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

239.     Defendant denies the allegations in Paragraph 239.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

## Products Liability: Failure to Warn

240.     The allegations in Paragraph 240 do not require a response.  To the extent the allegations to require a response from this defendant, Defendant re-avers and reasserts its answers contained in the previous paragraphs as if set forth fully herein, *in extenso*.

241.    Defendant denies the allegations in Paragraph 241.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

## Products Liability: Breach of Express Warranty

242.    The allegations in Paragraph 242 do not require a response.  To the extent the allegations to require a response from this defendant, Defendant re-avers and reasserts its answers contained in the previous paragraphs as if set forth fully herein, *in extenso*.

243.    Defendant denies the allegations in Paragraph 243.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

## Count 4:

## Strict Liability and Negligence

244.    The allegations in Paragraph 244 do not require a response.  To the extent the allegations to require a response from this defendant, Defendant re-avers and reasserts its answers contained in the previous paragraphs as if set forth fully herein, *in extenso*.

245.    Defendant denies the allegations in Paragraph 245.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

246.    Defendant denies the allegations in Paragraph 246.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

247.    Defendant denies the allegations in Paragraph 247, subparts a. thru e.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

### C.  Alabama State-Based Claims

### Count 5:

### Extended Manufacturer's Liability Doctrine

### Code of Ala. Sec. 6-5-521

248.    The allegations in Paragraph 248 do not require a response.  To the extent the allegations to require a response from this defendant, Defendant re-avers and reasserts its answers contained in the previous paragraphs as if set forth fully herein, *in extenso*.

249.    Defendant denies the allegations in Paragraph 249.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

250.    Defendant denies the allegations in Paragraph 250.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

251.    Defendant denies the allegations in Paragraph 251.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

252.    Defendant denies the allegations in Paragraph 252.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

253.    Defendant denies the allegations in Paragraph 253.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

254.    Defendant denies the allegations contained in Paragraph 254 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

255.    Defendant denies the allegations contained in Paragraph 255 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

256.    Defendant denies the allegations contained in Paragraph 256 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

257.    Defendant denies the allegations in Paragraph 257.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

258.    Defendant denies the allegations in Paragraph 258.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

259.    Defendant denies the allegations in Paragraph 259.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

**Products Liability: Failure to Warn**

260.    The allegations in Paragraph 260 do not require a response.  To the extent the allegations to require a response from this defendant, Defendant re-avers and reasserts its answers contained in the previous paragraphs as if set forth fully herein, *in extenso*.

261.     Defendant denies the allegations in Paragraph 261.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

## Products Liability: Breach of Express and Implied
## Warranty of Merchantability

262.     The allegations in Paragraph 262 do not require a response.  To the extent the allegations to require a response from this defendant, Defendant re-avers and reasserts its answers contained in the previous paragraphs as if set forth fully herein, *in extenso*.

263.     Defendant denies the allegations in Paragraph 263.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

## D.  Texas State-Based Claims

## Count 6:

## Cause of Action Against Manufacturing Defendants Under
## Texas Products Liability Law

264.     The allegations in Paragraph 264 do not require a response.  To the extent the allegations to require a response from this defendant, Defendant re-avers and reasserts its answers contained in the previous paragraphs as if set forth fully herein, *in extenso*.

265.     Defendant denies the allegations in Paragraph 265.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

266.     Defendant denies the allegations in Paragraph 266.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

267.     Defendant denies the allegations in Paragraph 267.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

268.     Defendant denies the allegations in Paragraph 268.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

269.     Defendant denies the allegations in Paragraph 269.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

270.     Defendant denies the allegations in Paragraph 270.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

271.     Defendant denies the allegations in Paragraph 271, subparts a. thru g.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

272.     Defendant denies the allegations in Paragraph 272.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

273.     Defendant denies the allegations in Paragraph 273.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

274.    Defendant denies the allegations in Paragraph 274, subparts a. thru d.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

**Count 7:**

**Cause of Action Against Manufacturing Defendants
for Negligence**

275.    The allegations in Paragraph 275 do not require a response.  To the extent the allegations to require a response from this defendant, Defendant re-avers and reasserts its answers contained in the previous paragraphs as if set forth fully herein, *in extenso*.

276.    Defendant denies the allegations in Paragraph 276.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

277.    Defendant denies the allegations in Paragraph 277.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

278.    Defendant denies the allegations in Paragraph 278.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

279.    Defendant denies the allegations in Paragraph 279, subparts a. thru h.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

280.    Defendant denies the allegations in Paragraph 280.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

**Count 8:**

**Cause of Action Against Manufacturing Defendants for Breach of Implied Warranty**

281.     The allegations in Paragraph 281 do not require a response.  To the extent the allegations to require a response from this defendant, Defendant re-avers and reasserts its answers contained in the previous paragraphs as if set forth fully herein, *in extenso*.

282.     Defendant denies the allegations in Paragraph 282.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

283.     Defendant denies the allegations in Paragraph 283.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

284.     Defendant denies the allegations in Paragraph 284.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

285.     Defendant denies the allegations in Paragraph 285.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

286.     Defendant denies the allegations in Paragraph 286.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

**Count 9:**

**Cause of Action Against Manufacturing Defendants for Breach of Implied Warranties
Under the UCC and Common Law and Express Warranties: All States**

287.    The allegations in Paragraph 287 do not require a response.  To the extent the allegations to require a response from this defendant, Defendant re-avers and reasserts its answers contained in the previous paragraphs as if set forth fully herein, *in extenso*.

288.    Defendant denies the allegations in Paragraph 288.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

289.    Defendant denies the allegations in Paragraph 289.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

290.    Defendant denies the allegations in Paragraph 290.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

291.    Defendant denies the allegations in Paragraph 291.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

292.    Defendant denies the allegations in Paragraph 292.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

## VII.  CLAIMS ASSERTED AGAINST THE NO-BID CONTRACTORS

### A.  Louisiana State-Based Claims

### Count 10:

### Cause of Action Against the No-Bid Defendants Under the Louisiana Products Liability Act

293.    The allegations in Paragraph 293 do not require a response.  To the extent the allegations to require a response from this defendant, Defendant re-avers and reasserts its answers contained in the previous paragraphs as if set forth fully herein, *in extenso*.

294.    The allegations contained in Paragraph 294 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 294 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

295.    Defendant denies the allegations in Paragraph 295.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

296.    Defendant denies the allegations in Paragraph 296.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

297.    Defendant denies the allegations in Paragraph 297.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

298.    Defendant denies the allegations in Paragraph 298.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

299.    Defendant denies the allegations contained in Paragraph 299, subparts a. thru i. as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

### Count 11:

### Negligence of No-Bid Defendants Under Louisiana Law

298. (sic)    The allegations in Paragraph 298 (sic) do not require a response.  To the extent the allegations to require a response from this defendant, Defendant re-avers and reasserts its answers contained in the previous paragraphs as if set forth fully herein, *in extenso*.

299. (sic)    Defendant denies the allegations in Paragraph 299 (sic).  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

300.    The allegations contained in Paragraph 300 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 300 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

301.    Defendant denies the allegations contained in Paragraph 301 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

302.    Defendant denies the allegations contained in Paragraph 302, subparts a. and b. as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

303.    Defendant denies the allegations contained in Paragraph 303 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

304.    Defendant denies the allegations in Paragraph 304 as written.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

## B.  Mississippi State-Based Claims

### Count 12:

### Negligence of No-Bid Contractor Defendants
### Under Mississippi Law

305.    The allegations in Paragraph 305 do not require a response.  To the extent the allegations to require a response from this defendant, Defendant re-avers and reasserts its answers contained in the previous paragraphs as if set forth fully herein, *in extenso*.

306.    Defendant denies the allegations in Paragraph 306.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

307.    The allegations contained in Paragraph 307 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 307 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

308.    Defendant denies the allegations contained in Paragraph 308 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

309.    Defendant denies the allegations contained in Paragraph 309, subparts a. and b. as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

310.    Defendant denies the allegations contained in Paragraph 310 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

311.    Defendant denies the allegations in Paragraph 311.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

**Count 13:**

**Strict Products Liability**
**MS Code Annotated Sec. 11-1-63**

312.     The allegations in Paragraph 312 do not require a response.  To the extent the allegations to require a response from this defendant, Defendant re-avers and reasserts its answers contained in the previous paragraphs as if set forth fully herein, *in extenso*.

313.     Defendant denies the allegations in Paragraph 313.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

314.     Defendant denies the allegations in Paragraph 314.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

315.     Defendant denies the allegations in Paragraph 315.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

316.     Defendant denies the allegations in Paragraph 316.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

317.     Defendant denies the allegations in Paragraph 317.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

318.     Defendant denies the allegations in Paragraph 318.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

319.    Defendant denies the allegations in Paragraph 319.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

320.    Defendant denies the allegations in Paragraph 320.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

321.    Defendant denies the allegations in Paragraph 321.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

322.    Defendant denies the allegations in Paragraph 322.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

## Count 14:

## Failure to Warn

323.    The allegations in Paragraph 323 do not require a response.  To the extent the allegations to require a response from this defendant, Defendant re-avers and reasserts its answers contained in the previous paragraphs as if set forth fully herein, *in extenso*.

324.    Defendant denies the allegations in Paragraph 324.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

325.    Defendant denies the allegations contained in Paragraph 325 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

326.     Defendant denies the allegations in Paragraph 326 as written.   To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

### Count 15:

### Breach of Implied Warranty

327.     The allegations in Paragraph 327 do not require a response.  To the extent the allegations to require a response from this defendant, Defendant re-avers and reasserts its answers contained in the previous paragraphs as if set forth fully herein, *in extenso*.

328.     Defendant denies the allegations in Paragraph 328.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

### C.  Alabama State-Based Claims

### Count 16:

### Negligence of No-Bid Contractor Defendants Under Alabama Law

329.     The allegations in Paragraph 329 do not require a response.  To the extent the allegations to require a response from this defendant, Defendant re-avers and reasserts its answers contained in the previous paragraphs as if set forth fully herein, *in extenso*.

330.     Defendant denies the allegations in Paragraph 330.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

331.     The allegations contained in Paragraph 331 constitute legal conclusions to which no response is required.   To the extent a response is required, Defendant denies the allegations

contained in Paragraph 331 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

332.    Defendant denies the allegations contained in Paragraph 332 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

333.    Defendant denies the allegations contained in Paragraph 333, subparts a. and b. as written as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

334.    Defendant denies the allegations in Paragraph 334.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

335.    Defendant denies the allegations in Paragraph 335.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

## D.  Texas State-Based Claims

## Count 17:

## Negligence of No-Bid Contractor Defendants Under Texas Law

336.    The allegations in Paragraph 336 do not require a response.  To the extent the allegations to require a response from this defendant, Defendant re-avers and reasserts its answers contained in the previous paragraphs as if set forth fully herein, *in extenso*.

337.    Defendant denies the allegations in Paragraph 337.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

338.    The allegations contained in Paragraph 338 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 338 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

339.    Defendant denies the allegations contained in Paragraph 339 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

340.    Defendant denies the allegations contained in Paragraph 340, subparts a. and b. as written as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

341.    Defendant denies the allegations in Paragraph 341.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

342.    Defendant denies the allegations in Paragraph 342.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

## VIII. CLAIMS ASSERTED AGAINST THE PROCUREMENT DEFENDANTS;

## ALL STATES

### Count 18:

### Negligence of Procurement Defendants

343.    The allegations in Paragraph 343 do not require a response.  To the extent the allegations to require a response from this defendant, Defendant re-avers and reasserts its answers contained in the previous paragraphs as if set forth fully herein, *in extenso*.

344.     Defendant denies the allegations contained in Paragraph 344 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

345.     The allegations contained in Paragraph 345 constitute legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 345 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

346.     Defendant denies the allegations in Paragraph 346.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

347.     Defendant denies the allegations in Paragraph 347.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

348.     Defendant denies the allegations in Paragraph 348.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

349.     Defendant denies the allegations contained in Paragraph 349 as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

350.     Defendant denies the allegations contained in Paragraph 350, subparts a. thru c. as written as, after reasonable inquiry, it does not have sufficient information to justify a belief in the truth thereof.

351.     Defendant denies the allegations in Paragraph 351.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

352.   Defendant denies the allegations in Paragraph 352.  To the extent the allegations pertain to other defendants, Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations and therefore denies the same.

### IX. DAMAGES ASSERTED

#### A.   Damages for Louisiana State-Based Claims

#### Compensatory Damages

353.   Defendant denies the allegations in Paragraph 353.

354.   Defendant denies the allegations in Paragraph 354.

#### B.   Damages for Mississippi-Based Claims

#### Compensatory Damages

355.   Defendant denies the allegations in Paragraph 355.

356.   Defendant denies the allegations in Paragraph 356.

#### Punitive/Exemplary Damages

357.   Defendant denies the allegations in Paragraph 357

#### C.   Damages for Alabama State-Based Claims

#### Compensatory Damages

358.   Defendant denies the allegations in Paragraph 358.

359.   Defendant denies the allegations in Paragraph 359.

#### Code of Alabama Sec. 6-11-23 Punitive/Exemplary Damages

360.   Defendant denies the allegations in Paragraph 360.

#### D.   Damages for Texas State-Based Claims

#### Compensatory Damages

361.   Defendant denies the allegations in Paragraph 361.

362.    Defendant denies the allegations in Paragraph 362.

## Punitive Damages

363.    Defendant denies the allegations in Paragraph 363.

## REQUEST FOR JURY TRIAL

In response to the paragraph entitled "Request for Jury Trial," Defendant asserts it is entitled to a jury trial on all issues herein.

## PRAYER FOR RELIEF

In response to the paragraph entitled "Prayer for Relief," including all subparts, Defendant denies it is liable in any respect to Plaintiffs for any of their alleged injuries and damages and that Plaintiffs are entitled to any of the relief requested.

## ANSWER TO 4TH SUPPLEMENTAL AND AMENDED MASTER COMPLAINT

1.      To the extent the statements and allegations in Paragraph 1 require a response, Defendant responds that after reasonable inquiry, it does not have sufficient information to either admit or deny the statements and allegations contained in Paragraph 1.

2.      To the extent the statements and allegations in Paragraph 2 require a response, Defendant responds that after reasonable inquiry, it does not have sufficient information to either admit or deny the statements and allegations contained in Paragraph 2.

3.      To the extent the statements and allegations in Paragraph 3 require a response, Defendant responds that after reasonable inquiry, it does not have sufficient information to either admit or deny the statements and allegations contained in Paragraph 3.

4.      To the extent the statements and allegations in Paragraph 4 require a response, Defendant responds that after reasonable inquiry, it does not have sufficient information to either admit or deny the statements and allegations contained in Paragraph 4.

5.      To the extent the statements and allegations in Paragraph 5, including sub-paragraphs A-G, require a response, Defendant responds that after reasonable inquiry, it does not have sufficient information to either admit or deny the statements and allegations contained in Paragraph 5.

6.      To the extent the statements and allegations in Paragraph 6 require a response, Defendant responds that after reasonable inquiry, it does not have sufficient information to either admit or deny the statements and allegations contained in Paragraph 6.

## AFFIRMATIVE DEFENSES

FURTHER ANSWERING, Defendant, Jayco, Inc., asserts the following affirmative defenses:

### A.

The claims against Defendant are, or may be, barred in whole or in part by Plaintiffs' failure to institute suit within the period of time required by the applicable statutes of limitation and/or any applicable limitation of actions, or by preemption or prescription, or failure to initiate suit within the period of time required by the applicable prescriptive periods and/or any limitation of actions contained in any applicable contracts.

### B.

Defendant will show that any of its travel trailers ultimately supplied or provided to Plaintiffs were designed, constructed, and manufactured in conformity with applicable industry standards and specifications.

C.

Defendant specifically denies the existence of any defect or defects that would render its product(s) unreasonably dangerous under the Louisiana Products Liability Act, the limited warranty, and/or any other applicable law, contract, or standard.

D.

Defendant reasserts as affirmative defenses the defenses raised in the Manufacturing Defendants' Joint Rule 12(b)(6) Motion to Dismiss (R. Doc. 210) and incorporates by reference the Court's Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss as if plead herein, *in extenso*.

E.

Solely in the alternative, in the event the Court finds Plaintiffs have suffered any damages whatsoever, the damages complained of resulted solely or substantially from the negligence, fault or comparative fault of the Plaintiffs through misuse and/or abuse and/or lack of maintenance of the travel trailers, failure to follow instructions for use, failure to heed applicable warnings, and/or through other acts or omissions which will be shown more fully at the trial of this matter and which preclude recovery by Plaintiffs or reduce any recovery by their respective percentages of fault.

F.

Further in the alternative, all damages complained of resulted solely or substantially from the negligence, fault or comparative fault of third parties for whom Defendant had no control and is not responsible.

G.

Solely in the alternative, in the event this Court determines there was any defect in any travel trailer, which is specifically denied, said defect was apparent and obvious and could be easily avoided or remedied, precluding any recovery by Plaintiffs.

H.

All of the claims asserted against Defendant are preempted or otherwise precluded by the statutes, standards, regulations, and rules propagated by the Federal Government and/or HUD, and/or FEMA, and/or the plaintiffs' lease agreements with FEMA.

I.

Defendant further pleads that Plaintiffs' claims are, or may be, barred, in whole or in part, to the extent that the Economic Loss Doctrine applies and incorporates Court's Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss as if plead herein, *in extenso*.

J.

Defendant further pleads any and all defenses applicable to Jayco, Inc. that are applicable and available to Defendant under any controlling Alabama statutes.

K.

Claims against Defendant are, or may be, barred in whole or in part by the doctrines of estoppel, release or waiver.

L.

Defendant further pleads any and all defenses applicable and available to Jayco, Inc. under any controlling Texas statutes.

M.

Any express warranty obligations that may be owed by Defendant are strictly limited by the terms of the limited warranty, including all of its limitations and exclusions, which are pleaded herein, as if copied *in extenso*.

N.

Upon information and belief, Plaintiffs have failed to mitigate their damages.

O.

Defendant hereby gives notice that it intends to rely upon any and all other such affirmative defenses as become available or apparent during the course of discovery, and reserves the right to amend its Answer to assert any and all such defenses.

P.

Defendant further pleads any and all defenses applicable and available to Jayco, Inc. under any controlling Mississippi statutes, including, but not limited to, the Mississippi Products Liability Act, MCA §11-1-63.

Q.

In the event that discovery reveals the following, Defendant specifically pleads that the accident and/or injuries sued upon herein occurred only and solely due to the substantial alteration and/or modification of the product sued upon herein, which alteration and/or

modification was not foreseeable, after it left the hands of the manufacturer, which is specifically pleaded as a complete bar to any recovery against Defendant.

R.

Defendant specifically pleads to the extent applicable, all defenses allowed under the Louisiana Products Liability Act, LSA--R.S. 9:2800.51 et. seq., and/or other Louisiana law.

S.

Defendant specifically pleads that its product was reasonably fit for ordinary use.

T.

Plaintiffs' claims are, or may be, barred in whole or in part to the extent that the Plaintiffs' Master Complaint, as supplemented and amended, does not state a cause of action for punitive or exemplary damages against Defendant, sufficient in law whereby recovery may be had.

U.

Plaintiffs' claims are, or may be, barred in whole or in part to the extent that under the provisions of Mississippi Code Ann. §85-5-7, Defendants are liable only for the amount of damages allotted to them, if any, in direct proportion to their percentage of fault, if any, with due respect to the total negligence of all parties whose actions caused or contributed to the incident and the damages of which are complained.

V.

Plaintiffs' claims are, or may be, barred in whole or in part to the extent that any award of punitive damages, to the extent they are even pled in Master Complaint, as supplemented and amended, would be unconstitutional because the standards utilized to allow the imposition of

such damages that are so vague, both on their face and as applied, so as to fail to give adequate or sufficient notice of the prohibitive conduct.

## W.

Plaintiffs' claims are, or may be, barred in whole or in part to the extent that the award of punitive damages, to the extent they are even pled by the Plaintiffs, would violate the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments, separately, of the Constitution of the United States on each of the following separate and several grounds:

1. The procedures failed to provide means for awarding separate judgments against alleged tortfeasors;
2. The procedures failed to provide a limit on the amount of the award against separate defendants;
3. The procedures failed to provide specific standards for the award of punitive damages;
4. The procedures permit the award of punitive damages upon satisfaction of a standard of proof less than that applicable to the imposition of criminal sanctions;
5. The procedures failed to provide a clear consistent and appellate standard of review of an award of punitive damages;
6. The procedures may permit the admission of evidence relative to punitive damages in the same proceedings during which liability and compensatory damages are determined; and
7. The standards of conduct upon which punitive damages are sought are vague.

## X.

Further answering herein, Plaintiffs' claims are, or may be, barred in whole or in part to the extent that any award of punitive damages would violate the applicable portions of the Constitutions of the States of Texas, Louisiana, Mississippi and Alabama.

## Y.

Defendant hereby demands a bifurcated trial of Plaintiffs' claims for actual and punitive damages.

Z.

The exact damages/losses claimed by Plaintiffs are unknown to Defendant, and thus Defendant cannot adequately determine all defenses that may be applicable to Plaintiffs' claims. Therefore, Defendant expressly reserves by this reference the right to raise additional defenses to the extent that:

    a.    Additional defenses become applicable under state and federal law;

    b.    Additional defenses are established as discovery proceeds; and

    c.    Additional defenses are available under subsequently asserted theories of recovery.

AA.

Further answering herein, Defendant denies that Plaintiffs sustained any injuries, illnesses or diseases as a result of the use of Defendant's products, but in the event Plaintiffs did sustain any injuries, illnesses or diseases, or any medical conditions whatsoever, then in that event, such injuries, illnesses, diseases, or medical conditions claimed by Plaintiffs, in whole and in part, were and are the result of some other injuries, illnesses, diseases or medical conditions and causes, which were in no way caused or contributed to by the use of any of Defendant's products, and for which this Defendant is not in any way responsible.

BB.

Further answering herein, Defendant would show that it did not breach any warranties, expressed or implied.

CC.

Further answering herein, to the extent applicable, Defendant pleads the provisions of Miss. Code Ann. § 11-7-15.

DD.

Further answering herein, Defendant denies it had any contract with FEMA or any other party procuring temporary housing units on behalf of FEMA in response to hurricanes Katrina and Rita.  Further, Defendant would show that FEMA and it's procurement contractors were "sophisticated users" as that term is defined under the applicable state or federal law with regard to their purchase of any temporary housing unit designed, manufactured or sold by Defendant.

EE.

Defendant requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, JAYCO, INC. respectfully requests that this honorable Court enter judgment in its favor and award it costs, expenses and any other appropriate relief to which it may show itself justly entitled.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By: *Thomas L. Cougill*
     THOMAS L. COUGILL
     Texas State Bar No. 04877300
     Louisiana State Bar No. 31112
     R. MARK WILLINGHAM
     Texas State Bar No. 21641500
     JEFFREY P. FULTZ
     Texas State Bar No. 00790728
     Mississippi Bar No. 101058
     Niels Esperson Building
     808 Travis Street, Suite 1608
     Houston, Texas  77002
     (713) 333-7600 – Telephone
     (713) 333-7601 – Facsimile

     **Attorneys for Jayco, Inc.**

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 2nd day of February, 2010.

                    *Thomas L. Cougill*
                    THOMAS L. COUGILL