AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

## USDC Eastern District of Louisiana

**RETURN**

Angel Steber , as Next Friend of Kevin Steber, a minor, et al.

|   |   |
|---|---|
| Plaintiff | ) |
| v. | ) |
| Fleetwood Enterprises, Inc. | ) |
| Defendant | ) |

Civil Action No. **09-7069**

**Summons in a Civil Action**

**SECT. N MAG. 5**

To: *(Defendant's name and address)*

Fleetwood Enterprises, Inc.
The Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Oct 29 2009**

Loretta G. Whyte
Loretta G. Whyte
Name of clerk of court

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@femattrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

November 16, 2009

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Fleetwood Enterprises, Inc.
The Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

RE:     Service for Angel Steber , as Next Friend of Kevin Steber, a minor, et al. v.
Fleetwood Enterprises, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on October 29, 2009 in
Cause No. 09-7069, in the USDC Eastern District of Louisiana.  This case will become
part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability
Litigation.

Enclosed is the Court issued summons addressed to Fleetwood Enterprises, Inc.. Your
signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures





**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Fleetwood Enterprises, Inc.</u> by:

      (1) personally delivering a copy of each to the individual at this place, _____ _____ ; or

      (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

      (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

      (4) returning the summons unexecuted to the court clerk on _____; or

      (5) other (specify) <u>Certified mail return receipt requested #70091680000160302201, Sent 11/17/2009, Received 11/20/2009.  Registered Agent:  The Corporation Trust Co. 1209 Orange St.  Wilmington, DE 19801</u>

My fees are $_____ for travel and $ _____ for services, for a total of $_____.

Date:  <u>1/13/2010</u>

                                          *Wynter Lee*
                                     Server's signature

                           Wynter Lee - Mass Tort Coordinator
                                 Printed name and title

                         2506 N. Port Ave. Corpus Christi, TX 78401
                                   Server's address