AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Nykia Sorina, on behalf of the minor Mykia Sorina <br><br> *Plaintiff* <br> v. <br> Crum & Forster Specialty Insurance Co., et al <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 09-7772 Sec. N Mag. 5 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America
　　　　　　　　　　　　　　　　　　Through James Letten, U.S. Attorney for the EDLA
　　　　　　　　　　　　　　　　　　500 Poydras St., Suite B210
　　　　　　　　　　　　　　　　　　New Orleans, LA 70130

　　　　A lawsuit has been filed against you.

　　　　Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Justin I. Woods
　　　　　　　　　　　　　　　　　　　Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
　　　　　　　　　　　　　　　　　　　2800 Energy Centre, 1100 Poydras St.
　　　　　　　　　　　　　　　　　　　New Orleans, LA 70163-2800
　　　　　　　　　　　　　　　　　　　Telephone: (504) 522-2304; Facsimile: (504) 528-9973

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Loretta G. Whyte
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Name of clerk of court*

Date: ___Jan 27 2010___　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Deputy clerk's signature*

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ▌█▌█▌█▌█▌█▌█▌█▌█▌█▌█▌█▌█▌█▌<br>71791000164500137323 | A. Signature<br>X  *Abernier*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  1-24-10 |
| 1. Article Addressed to:<br><br>United States of America, through<br>James Letten, U.S. Attorney for EDLA<br>500 Poydras St., Suite B210<br>New Orleans, LA 70130 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No<br><br>3. Service Type   ☒ Certified<br><br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| Code: Nykia Sonna<br>Code2: JIW<br>File: 07-5980 | |

PS Form 3811                    Domestic Return Receipt

UNITED STATES POSTAL SERVICE ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163