AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
USDC Eastern District of Louisiana

**RETURN**

Angel Steber, as Next Friend of Kevin Steber, a minor, et al.

```
                Plaintiff          )
                                   )
                    v.             )    Civil Action No.  09-7069
        Fleetwood Enterprises, Inc. )
                Defendant          )
```

**SECT. N MAG. 5**

Summons in a Civil Action

To: *(Defendant's name and address)*

Starr Excess Liability Insurance Company, LTD.
CEO
175 Water Street, 19th Floor
New York, NY 10038

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Oct 29 2009

Loretta G. Whyte
_Loretta G. Whyte_
Name of clerk of court

Date: _____

_Deputy clerk's signature_

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
# FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

November 16, 2009

**<u>Via Certified Mail - Return Receipt Requested & Regular Mail</u>**
Starr Excess Liability Insurance Company, LTD.
CEO
175 Water Street, 19th Floor
New York, NY 10038

RE:  Service for Angel Steber , as Next Friend of Kevin Steber, a minor, et al. v.
     Fleetwood Enterprises, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on October 29, 2009 in Cause No. 09-7069, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Starr Excess Liability Insurance Company, LTD.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Starr Excess Liability Insurance Company, LTD.</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #70091680000160302287, Sent 11/17/2009, Received 11/20/2009. Registered Agent: CEO 175 Water Street, 19th Floor New York, NY 10038</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>1/13/2010</u>

                                            *Wynter Lee*
                                            Server's signature

                                    Wynter Lee - Mass Tort Coordinator
                                            Printed name and title

                                    2506 N. Port Ave. Corpus Christi, TX 78401
                                               Server's address