# UNITED STATES DISTRICT COURT
for the

USDC Eastern District of Louisiana

Casey Brown, et al.
)
)
Plaintiff )
v. ) Civil Action No. 09-7075
Gulf Stream Coach, Inc. ) SECT. MAG. 5
Defendant )

**RETURN**

## Summons in a Civil Action

To: *(Defendant's name and address)*

Gulf Stream Coach, Inc.
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Loretta G. Whyte
Name of clerk of court

Oct 29 2009

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free  　　　　2506 N. Port Avenue　　　　Mikal C. Watts, P.C.
info@fematrailerlitigation.com　　Corpus Christi, TX 78401　　Robert Hilliard, L.L.P.

November 16, 2009

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Gulf Stream Coach, Inc.
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

RE:   Service for Casey Brown, et al. v. Gulf Stream Coach, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on October 29, 2009 in Cause No. 09-7075, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Gulf Stream Coach, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures





Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 1680 0001 6030 2492**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 9:13 AM on November 19, 2009 in NAPPANEE, IN 46550.

**Track & Confirm**
Enter Label/Receipt Number.

Go >

Detailed Results:

- **Delivered, November 19, 2009, 9:13 am, NAPPANEE, IN 46550**
- **Arrival at Unit, November 19, 2009, 6:40 am, NAPPANEE, IN 46550**

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Gulf Stream Coach, Inc.</u> by:

 (1) personally delivering a copy of each to the individual at this place, _____
_____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

 (4) returning the summons unexecuted to the court clerk on _____; or

 (5) other (specify) <u>Certified mail return receipt requested #70091680000160302492, Sent 11/17/2009, Received 11/19/2009. Registered Agent:  Kenneth C. Brinker 503 South Oakland  Nappanee, IN 46550</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>1/13/2010</u>

              *Wynter Lee* (signature)
              Server's signature

              Wynter Lee - Mass Tort Coordinator
              Printed name and title

              2506 N. Port Ave. Corpus Christi, TX 78401
              Server's address