UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABLITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

JUDGE ELGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:
*Ernest Davis v. Stewart Park Homes, Inc., et al*
*Civil Action No. 09-5251*
*************************************************************************

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

### JUSTIN I. WOODS

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiffs in the above-captioned matter and that, on August 26, 2009, he deposited into the United States Mail, postage prepaid, a certified copy of the Summons and Complaint in the above matter, properly addressed, to defendant Stewart Park Homes, Inc., through its registered agent for service, A. Lucas Stewart, III, 219 Industrial Blvd., Thomasville, GA 31792, requesting a return receipt. Affiant has now received confirmation from the United States Postal authorities indicating that the certified copy of the Summons and Complaint has not been received by the addressee Stewart Park Homes, because it was undeliverable and unable to be forwarded. Furthermore, Affiant has learned from the Secretary of State of Georgia, Defendant's state of incorporation, Defendant Stewart Park Homes, Inc. was involuntarily or

administratively dissolved on May 16, 2008. Other searches for the offices and agent for Defendant, Stewart Park Homes, Inc., have produced either no new information or the same improper address, 219 Industrial Blvd., Thomasville, GA 31792.

_____
JUSTIN I. WOODS

Sworn to and subscribed
before me, Notary, this 3rd day
of February, 2010.

_____
CHERYL DANOS
Notary ID No. 12964

CHERYL DANOS
NOTARY PUBLIC ID No. 12964
Parish of Plaquemines, State of Louisiana
My Commission is issued for Life