## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
      FORMALDEHYDE PRODUCTS
      LIABLITY LITIGATION

MDL NO.  07-1873

SECTION "N" (5)

JUDGE ELGELHARDT
MAG. JUDGE CHASEZ

**************************************************************************

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

      BEFORE ME, the undersigned authority, personally came and appeared:

### JUSTIN I. WOODS

who, after being first duly sworn, did depose and state:

      That he is counsel for plaintiffs in the above-captioned matter and that, on October 16,

2009, he deposited into the United States Mail, postage prepaid, a certified copy of the Summons

and Third Supplemental and Amended Administrative Master Complaint in the above matter,

properly addressed, to defendant Lakeside Park Homes, Inc., through its registered agent for

service, Ben C. Jarvis, 70 Peachstate Drive, Adel, Georgia 31620, requesting a return receipt.

Affiant has now received confirmation from the United States Postal authorities indicating that

the certified copy of the Summons and Third Supplemental and Amended Administrative Master

Complaint has not been received by the addressee Lakeside Park Homes, Inc., because it was

undeliverable and unable to be forwarded. Furthermore, Affiant has learned from the Secretary of

State of Georgia, Defendant's state of incorporation, Defendant Lakeside Park Homes, Inc. was

involuntarily or administratively dissolved on May 16, 2008.  Other searches for the offices and

agent for Defendant, Lakeside Park Homes, Inc. have produced either no new information or the

same improper address, 70 Peachstate Drive, Adel, Georgia 31620. Additionally, counsel has

learned from Robert C. Hilliard, counsel in a related case in this MDL, that an attempt by the

Hilliard firm to serve the agent for Defendant, Lakeside Park Homes, Inc., at the same address

was also unsuccessful because the building is now vacant. Affiant has attached hereto the Proof

of Service and Affidavit of Due and Diligent Attempt by Mr. J. Newton Bates, Sr. who was

hired by Mr. Hilliard, as Exhibit "A".

JUSTIN I. WOODS

Sworn to and subscribed
before me, Notary, this 3rd day
of February , 2010.

CHERYL DANOS
Notary ID No. 12964

CHERYL DANOS
NOTARY PUBLIC ID No. 12964
Parish of Plaquemines, State of Louisiana
My Commission is issued for Life