**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Gregory Albert, et al*<br>*v. Fleetwood Enterprises, Inc., et al*<br>Civil Action No. 09-7068 | § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFFS', CORA DAVIS, MICHAEL PETERSON AND SAMMIE ALOMBRO, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', CORA DAVIS, MICHAEL PETERSON and SAMMIE ALOMBRO, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 1st day of February, 2010.

_____
HONORABLE KURT ENGELHARDT