UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Dawn Esposito, et al*<br>*v. Gulf Stream Coach, Inc., et al*<br>Civil Action No. 09-4718 | § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFF EMELDA CRAWFORD, AS NEXT FRIEND OF JAMES CRAWFORD, A MINOR'S NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff EMELDA CRAWFORD, AS NEXT FRIEND OF JAMES CRAWFORD, A MINOR'S, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this  1st  day of      February      , 2010.

_____
HONORABLE KURT ENGELHARDT