**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Dwayne Russell, et al v. Clayton Homes of Lafayette, Inc. (f/k/a Clayton Homes, Inc.), et al* Civil Action No. 09-4752 | § § § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFF ANTHONY LUBRANO'S**
**NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff ANTHONY LUBRANO'S, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 1st day of February, 2010.

_____
HONORABLE KURT ENGELHARDT