UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873 SECTION "N-5" JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Gwendolyn White, et al v. R-Vision, Inc., et al* Civil Action No. 09-4734 | § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFF PEGGY RUDOLPH'S NOTICE
OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff PEGGY RUDOLPH'S, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 1st day of February, 2010.

_____
HONORABLE KURT ENGELHARDT