UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                  SECTION "N"  (5)

THIS DOCUMENT RELATES TO
member cases identified in heading
of Rec. Doc. 9572

## ORDER

In an effort to be consistent with Pretrial Order No. 56,

**IT IS ORDERED** that **Certain Plaintiffs' Opposed Motion for Extension of Time to Comply with Pretrial Orders No. 40 & 49 (Rec. Doc. 9572)** is **GRANTED** to the extent that the movants are granted additional extensions of 60 days to file amended complaints matching the unmatched plaintiffs, without prejudice to their right to request a further 60 day extension.

New Orleans, Louisiana, this 2nd day of February 2010.

                                                        **KURT D. ENGELHARDT**
                                                        **UNITED STATES DISTRICT JUDGE**