AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | |
|---|---|
| Calvin Smith, et al | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  09-7768  Sec. N  Mag. 5 |
| Cavalier Home Builders, LLC, et al | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Cavalier Home Builders, LLC
Through its Agent for Service of Process
The Corporation Company
2000 Interstate Pk. Dr., Suite 204
Montgomery, AL 36109

A lawsuit has been filed against you.

Within ~~20~~ 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: ___Jan 26 2010___

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| [barcode] 71791000164500137194 | A. Signature ☐ Agent / ☐ Addressee<br>X The Corporation Company<br>B. Received by (Printed Name)  C. Date of Delivery<br>The Corporation Company 2/1/10<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No |

1. Article Addressed to:

**Cavalier Home Builders, LLC**
**Through its Agent for Service of Process**
**The Corporation Company**
**2000 Interstate Pk. Dr., Suite 204**
**Montgomery, AL 36109**

3. Service Type  ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Code: Calvin Smith
Code2: JIW
File: 07-5980

PS Form 3811                    Domestic Return Receipt



UNITED STATES POSTAL SERVICE  MONTGOMERY AL 3??  01 FEB 2010 PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163