UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO<br>*EARLINE CASTANEL, ET AL*<br>*v. RECREATION BY DESIGN, LLC*<br>*ET AL*, DOCKET NO. 09-3251 | * * * * | MAG. JUDGE CHASEZ |

**********************************************************************

## ORDER

Considering the foregoing:

**IT IS ORDERED** that the Joint Motion for Extension of Filing Deadline for Initial Witness and Exhibit Lists is hereby GRANTED extending the February 5, 2010 deadline until March 8, 2010.

**IT IS FURTHER ORDERED** that the Initial Witness and Exhibit List filing deadline in the instant matter is now set for March 8, 2010.

New Orleans, Louisiana, this ___3rd___ day of February, 2010.

_____
JUDGE KURT ENGELHARDT