UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Kenneth Risch v. Keystone RV Company, et al No.* **09-5389**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all matters, causes of action, and claims in this controversy relating to Kenneth Risch only, be and the same are hereby dismissed and discontinued, with full prejudice, each party to bear their own costs.

Signed in New Orleans, Louisiana, this 3rd day of February, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE