*IARC Monographs on the Evaluation of Carcinogenic Risks to Humans*
VOLUME 100, MEETING F: CHEMICAL AGENTS AND RELATED OCCUPATIONS
Lyon, France:  20-27 October 2009

PRELIMINARY LIST OF PARTICIPANTS

**IARC requests that you do not contact or lobby meeting participants, send them written materials, or offer favours that could appear to be linked to their participation.  (You may send pertinent written materials to IARC.)  IARC will ask participants to report all such contacts and will publicly reveal any attempt to influence the meeting.  Thank you for your cooperation.**

## Members

J. Carl Barrett, Novartis Institutes for BioMedical Research Inc., USA
Laura Beane-Freeman, National Cancer Institute, USA
James A. Bond, Chemico-Biological Interactions, USA
Tania Carreón-Valencia, National Institute for Occupational Safety and Health, USA
Michael R. Elwell, Covance Laboratories Inc., USA
Marlin Friesen, Johns Hopkins University, USA
Mostafa Ghanei, Baquiyatallah University of Medical Sciences, Iran
Bernard D. Goldstein, University of Pittsburgh, USA
John D. Groopman, Johns Hopkins University, USA
Per Gustavsson, Karolinska University Hospital, Sweden
Richard B. Hayes, New York University, USA
Ronald A. Herbert, National Institute of Environmental Health Sciences, USA
Charles William Jameson, National Institute of Environmental Health Sciences [retired], USA
Manolis Kogevinas, Municipal Institute of Medical Research, Spain
Hans Kromhout, Utrecht University, The Netherlands
Ronald Melnick, National Institute of Environmental Health Sciences [retired], USA
Stephen Nesnow, U.S. Environmental Protection Agency, USA
Christopher J. Portier, National Institute of Environmental Health Sciences, USA
Nathaniel Rothman, National Cancer Institute, USA
Avima Ruder, National Institute for Occupational Safety and Health, USA
David A. Savitz, Mount Sinai School of Medicine, USA
Martyn T. Smith, University of California - Berkeley, USA
Mark A. Toraason, National Institute for Occupational Safety and Health, USA
Harri Vainio, Finnish Institute of Occupational Health, Finland

## Invited Specialists

None

## Representatives of national and international health agencies

Danielle DeVoney, U.S. Environmental Protection Agency, USA
Alicia Huici-Montagud, European Commission Directorate General for Employment, Social Affairs and Equal Opportunities, Luxembourg
Cécile Michel, French Agency for Environmental and Occupational Health and Safety (AFSSET), France
Elodie Pasquier, French Agency for Environmental and Occupational Health and Safety (AFSSET), France

*IARC Monographs on the Evaluation of Carcinogenic Risks to Humans*
VOLUME 100, MEETING F: CHEMICAL AGENTS AND RELATED OCCUPATIONS
Lyon, France: 20-27 October 2009

**Observers**

Michael Bird, ExxonMobil Corp (USA)
Angelo Bracco, Michelin (France), for the European Tyre & Rubber Manufacturers' Association (Belgium)
James Collins, Dow Chemical Co (USA), for the Formaldehyde Council (USA)
Paolo Crosignani, National Cancer Institute (Italy), for the International Society of Doctors for the Environment (Switzerland)
Stefan Gabriel, German Social Accident Insurance BGIA (Germany)
Peter Gelbke, BASF Corp (Germany) (retired) and Cintox Corp (Australia) for the European Chemical Industry Council CEFIC (Belgium)
Peter Infante, private consultant (USA)
Robert Jeffery Lewis, ExxonMobil Corp (USA), for the International Institute of Synthetic Rubber Producers (USA)
Ken Mundt, ENVIRON International Corp (USA), for the International Paint and Printing Ink Council (USA)
Gerard Swaen, Dow Chemical Co (Netherlands), for the American Chemistry Council (USA), CONCAWE (Belgium), and ECETOC (Belgium)

**IARC secretariat**

Robert Baan, *IARC Monographs* programme *(responsible officer)*
Lamia Benbrahim Tallaa, *IARC Monographs* programme
Véronique Bouvard, *IARC Monographs* programme
Rafael Carel, Visiting Scientist from University of Haifa
Vincent Cogliano, *IARC Monographs* programme *(head of programme)*
Fatiha El Ghissassi, *IARC Monographs* programme *(co-responsible officer)*
Crystal Freeman, *IARC Monographs* programme
Laurent Galichet, *IARC Monographs* programme *(editor)*
Yann Grosse, *IARC Monographs* programme *(co-responsible officer)*
Neela Guha, *IARC Monographs* programme
Zdenko Herceg, Epigenetics group
Ann Olsson, Lifestyle and cancer group
Béatrice Secretan, *IARC Monographs programme*
Kurt Straif, *IARC Monographs* programme

NOTE REGARDING CONFLICTS OF INTERESTS:  Each participant submitted WHO's Declaration of Interests, which covers employment and consulting activities, individual and institutional research support, and other financial interests.  Participants identified as Invited Specialists will not serve as meeting chair or subgroup chair, draft text that pertains to the description or interpretation of cancer data, or participate in the evaluations.  The Declarations will be updated and reviewed again at the opening of the meeting.

Posted 17 July 2009, updated 8 October 2009