# Special Report: Policy
## A review of human carcinogens—Part F: Chemical agents and related occupations

In October, 2009, 23 scientists from six countries met at the International Agency for Research on Cancer (IARC) to reassess the carcinogenicity of several chemical and occupational exposure circumstances previously classified as "carcinogenic to humans" (Group 1) and to identify additional tumour sites and mechanisms of carcinogenesis (table). These assessments will be published as the sixth and last part of Volume 100 of the IARC Monographs.[1]

Four aromatic amines and two related industrial processes were re-affirmed as Group-1 carcinogens based on sufficient evidence that they cause urinary bladder cancer in humans. The Group-1 classification of dyes metabolised to benzidine and of 4,4′-methylenebis(2-chloroaniline) was based on sufficient evidence in animal models and strong mechanistic evidence.[2]

Exposure to polycyclic aromatic hydrocarbons (PAHs) causes cancers of the skin and lung in humans. Various PAH-related industries and PAH-containing complex mixtures were confirmed as Group-1 carcinogens. Although there are no epidemiological studies of benzo[a]pyrene, carcinogenicity in many animal species and strong mechanistic evidence justified its classification in Group 1.[3]

The carcinogenicity to humans of other chemicals and exposure scenarios was reaffirmed (table). For ethylene oxide, the epidemiological evidence was limited, but there is sufficient evidence for its carcinogenicity in rodents. Additionally, ethylene oxide is genotoxic and mutagenic in many in-vitro tests and in-vivo studies in animals, and its cytogenetic effects in lymphocytes of exposed workers provided strong support for its classification in Group 1.[4]

Workers in the rubber-manufacturing industry have an increased risk for leukaemia, lymphoma, and cancers of the urinary bladder, lung, and stomach. Due to the diversity and complexity of the exposures in this industry, it is difficult to identify causative agents, but there is strong evidence of genotoxic effects in these workers.[5]

The Working Group reviewed more than 100 epidemiological studies of benzene and confirmed its carcinogenicity, with sufficient evidence for ANLL, and limited evidence for ALL, CLL, MM, and NHL (for abbreviations, see table footnote). The Working Group also found limited evidence of an association between maternal exposure to painting—before and during pregnancy—and an increased risk of childhood leukaemia in the offspring.

Dioxin (2,3,7,8-tetrachlorodibenzo-para-dioxin, TCDD) was classified in Group 1 in 1997, based on limited evidence of carcinogenicity in humans,



For more on the **IARC Monographs** see http://monographs.iarc.fr

| | Tumour sites or types with sufficient evidence in humans | Tumour sites or types with limited evidence in humans | Evidence of genotoxicity as the main mechanism |
|---|---|---|---|
| **Aromatic amines** | | | |
| 4-Aminobiphenyl | Urinary bladder | .. | Strong |
| Benzidine | Urinary bladder | .. | Strong |
| Dyes metabolised to benzidine | .. | .. | Strong* |
| 4,4′-Methylenebis(2-chloroaniline) | .. | .. | Strong* |
| 2-Naphthylamine | Urinary bladder | .. | Strong |
| Ortho-toluidine | Urinary bladder | .. | Moderate |
| Auramine production | Urinary bladder | .. | Weak/lack of data† |
| Magenta production | Urinary bladder | .. | Weak/lack of data† |
| **PAH-related exposures** | | | |
| Benzo[a]pyrene | .. | .. | Strong* |
| Soot (chimney sweeping) | Skin, lung | Urinary bladder | Moderate |
| Coal gasification | Lung | .. | Strong |
| Coal-tar distillation | Skin | .. | Strong |
| Coke production | Lung | .. | Strong |
| Coal-tar pitches (paving, roofing) | Lung | Urinary bladder | Strong |
| Aluminium production | Lung, urinary bladder | .. | Weak/moderate†‡ |
| **Other chemicals** | | | |
| Aflatoxins | Hepatocellular carcinoma | .. | Strong |
| Benzene | ANLL | ALL**, CLL**, MM**, NHL** | Strong |
| Bis(chloromethyl)ether/chloromethyl methylether | Lung | .. | Moderate/strong |
| 1,3-Butadiene | Haematolymphatic organs | .. | Strong |
| Dioxin (2,3,7,8-TCDD) | All cancers combined** | Lung, STS, NHL | See text§ |
| 2,3,4,7,8-Pentachlorodibenzofuran | .. | .. | See text*§ |
| 3,3′,4,4′,5-Pentachlorobiphenyl (PCB-126) | .. | .. | See text*§ |
| Ethylene oxide | .. | Lymphoid tumours (NHL, MM, CLL), breast | Strong* |
| Formaldehyde | Nasopharynx Leukaemia¶** | Sinonasal cancer | Strong Moderate |
| Sulfur mustard | Lung | Larynx | Strong |
| Vinyl chloride | Hepatic angiosarcoma, hepatocellular carcinoma | .. | Strong |

(Continues on next page)


| | Tumour sites or types with sufficient evidence in humans | Tumour sites or types with limited evidence in humans | Evidence of genotoxicity as the main mechanism |
|---|---|---|---|
| (Continued from previous page) | | | |
| Other complex exposures | | | |
| Iron and steel founding | Lung | .. | Weak/moderate |
| Isopropyl alcohol manufacture using strong acids | Nasal cavity | .. | Weak/lack of data |
| Mineral oils | Skin | .. | Weak/lack of data |
| Occupational exposure as a painter | Lung, urinary bladder, pleural mesothelioma | Childhood leukaemia‖ | Strong‡ |
| Rubber-manufacturing industry | Leukaemia, lymphoma\*\*, urinary bladder, lung\*\*, stomach\*\* | Prostate, larynx, oesophagus | Strong‡ |
| Shale oils | Skin | .. | Weak/lack of data |
| Strong inorganic acid mists | Larynx | Lung | Weak/lack of data |

ANLL=acute non-lymphocytic leukaemia. ALL=acute lymphocytic leukaemia. CLL=chronic lymphocytic leukaemia. MM=multiple myeloma. NHL=non-Hodgkin lymphoma. STS=soft-tissue sarcoma. *Agents classified in Group 1 on the basis of mechanistic information. †Weak evidence in workers, but strong evidence for some chemicals in this industry. ‡Due to the diversity and complexity of these exposures, other mechanisms may also be relevant. §Strong evidence for an aryl hydrocarbon receptor (AhR)-mediated mechanism. ¶Particularly myeloid leukaemia. ‖After maternal exposure (before or during pregnancy, or both). \*\*New epidemiological findings.

*Table*: Evidence for carcinogenicity in humans and for genotoxicity as the main mechanism of the Group-1 agents assessed

Monograph Working Group Members
H Vainio—Co-Chair (Finland), M Kogevinas—Co-Chair (Spain), C J Portier—Co-Chair (USA); M Ghanei (Iran); H Kromhout (Netherlands); P Gustavsson (Sweden); L Beane-Freeman, J A Bond, T Carreón-Valencia, M R Elwell, M Friesen, B D Goldstein, J D Groopman, R B Hayes, R A Herbert, C W Jameson, R Melnick, S Nesnow, N Rothman, A M Ruder, D A Savitz, M T Smith, M A Toraason (USA)

Conflicts of interest
BDG is a consultant on toxic tort cases involving benzene. MTS has received consulting and expert testimony fees from law firms representing both plaintiffs and defendants in cases involving exposure to benzene and consulting fees from government agencies assessing the health risks associated with benzene exposure. The other Monograph Working Group Members declared no conflicts of interest.

Invited Specialists
None

sufficient evidence in rodents, and strong evidence in humans and animals for a mechanism via initial binding to the aryl hydrocarbon receptor (AhR), which leads to changes in gene expression, cell replication, and apoptosis.[6] There is now sufficient epidemiological evidence for all cancers combined, making TCDD the first agent classified initially in Group 1 based on sufficient animal data and mechanisms, to be later confirmed by increased cancer incidence in humans. This highlights the ability of mechanistic information to provide robust evidence of carcinogenicity.

Like TCDD, 2,3,4,7,8-pentachloro-dibenzofuran and 3,3',4,4',5-pentachlorobiphenyl (PCB-126) are complete carcinogens in experimental animals,[7,8] and there is extensive evidence that they act through the same AhR-mediated mechanism. The Working Group classified these two chemicals in Group 1.

The Working Group unanimously reaffirmed the classification of formaldehyde in Group 1, based on sufficient evidence in humans of nasopharyngeal cancer. A possible association with leukaemia was previously considered "strong but not sufficient",[9] because of the lack of a plausible mechanism. The epidemiological evidence has become stronger: a recent study[10] found that embalming was significantly associated with an increased risk for myeloid leukaemia, with significant trends for cumulative years of embalming ($p_{trend}$=0·020) and for increasing peak formaldehyde exposure ($p_{trend}$=0·036). In addition, a recent study[11] of a small group of exposed workers showed numerical chromosomal aberrations in myeloid progenitor cells (chromosome 7 monosomy, chromosome 8 trisomy) consistent with myeloid leukaemia, and haematological changes in peripheral blood that are indicative of effects on the bone marrow. The Working Group concluded that, overall, there is sufficient evidence for leukaemia, particularly myeloid leukaemia.

*Robert Baan, Yann Grosse, Kurt Straif, Béatrice Secretan, Fatiha El Ghissassi, Véronique Bouvard, Lamia Benbrahim-Tallaa, Neela Guha, Crystal Freeman, Laurent Galichet, Vincent Cogliano, on behalf of the WHO International Agency for Research on Cancer Monograph Working Group*
International Agency for Research on Cancer, Lyon, France

The IARC authors declared no conflicts of interests. Attending the meeting as Representatives were E Pasquier (French Agency for Environmental and Occupational Health and Safety [AFSSET]), A Huici-Montagud (European Commission Directorate General for Employment, Social Affairs and Equal Opportunities), and D DeVoney (US Environmental Protection Agency). Attending the meeting as Observers were M G Bird (ExxonMobil Corp, USA), A Bracco (European Tyre and Rubber Manufacturers' Association, Belgium), J Collins (Formaldehyde Council, USA), P Crosignani (International Society of Doctors for the Environment, Switzerland), S Gabriel (German Social Accident Insurance BGIA, Germany), P Gelbke (European Chemical Industry Council CEFIC, Belgium), P Infante (private consultant, USA), R J Lewis (International Institute of Synthetic Rubber Producers, USA), K Mundt (International Paint and Printing Ink Council, USA), and G Swaen (American Chemistry Council and American Petroleum Institute, USA; CONCAWE and ECETOC, Belgium).

1  Grosse Y, Baan R, Straif K, et al. A review of human carcinogens—Part A: pharmaceuticals. *Lancet Oncol* 2009; **10:** 13–14.
2  Baan R, Straif K, Grosse Y, et al. Carcinogenicity of some aromatic amines, organic dyes, and related exposures. *Lancet Oncol* 2008; **9:** 322–23.
3  Xue W, Warshawsky D. Metabolic activation of polycyclic and heterocyclic aromatic hydrocarbons and DNA damage: a review. *Toxicol Appl Pharmacol* 2005; **206:** 73–93.
4  IARC. 1,3-Butadiene, ethylene oxide and vinyl halides (vinyl fluoride, vinyl chloride and vinyl bromide). *IARC Monogr Eval Carcinog Risks Hum* 2008; **97:** 185–309.
5  Somorovská M, Szabová E, Vodicka P, et al. Biomonitoring of genotoxic risk in workers in a rubber factory: comparison of the Comet assay with cytogenetic methods and immunology. *Mutat Res* 1999; **445:** 181–92.
6  Nebert DW, Roe AL, Dieter MZ, et al. Role of the aromatic hydrocarbon receptor and [Ah] gene battery in the oxidative stress response, cell cycle control, and apoptosis. *Biochem Pharmacol* 2000; **59:** 65–85.
7  National Toxicology Program. NTP toxicology and carcinogenesis studies of 2,3,4,7,8-pentachlorodibenzofuran (PeCDF) (CAS No. 57117-31-4) in female Harlan Sprague-Dawley rats (gavage studies). *Natl Toxicol Program Tech Rep Ser* 2006; **525:** 1–202.
8  National Toxicology Program. NTP toxicology and carcinogenesis studies of 3,3',4,4',5-pentachlorobiphenyl (PCB 126) (CAS No. 57465-28-8) in female Harlan Sprague-Dawley rats (gavage studies). *Natl Toxicol Program Tech Rep Ser* 2006; **520:** 1–253.
9  IARC. Formaldehyde, 2-butoxyethanol and 1-tert-butoxypropan-2-ol. *IARC Monogr Eval Carcinog Risks Hum* 2006; **88:** 39–325.
10 Hauptmann M, Stewart PA, Lubin JH, et al. Mortality from lymphohematopoietic malignancies and brain cancer among embalmers exposed to formaldehyde. *J Natl Cancer Inst* 2009; in press.
11 Zhang L, Tang X, Rothman N, et al. Occupational exposure to formaldehyde, hematotoxicity and leukaemia-specific chromosome changes in cultured myeloid progenitor cells. *Cancer Epidemiol Biomarkers Prev* 2009; in press.