**AFFIDAVIT OF PAUL HEWETT CONCERNING**
**IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION**

**STATE OF WEST VIRGINIA**
**COUNTY OF MONONGALIA**

**BEFORE ME,** the undersigned authority personally came and appeared:

**Paul Hewett, Ph.D.**

who, after being duly sworn by me, did depose and say that the information contained in the attached
report is true and accurate to the best of his knowledge.

PAUL HEWETT, Ph.D.

Sworn to and subscribed
before me, this 2nd day of Sept, 2009.

NOTARY PUBLIC

My commission expires July 6, 2010

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
CYNTHIA S GOFF
629 Fluorenae Road
Morgantown, WV 26505
My Commission Expires July 6, 2010

Hewett
**DEPOSITION**
**EXHIBIT**
3

PENGAD 800-631-6989

LWFR-EXP 3-000027



## Analysis of the Forest River Inc. Formaldehyde Dataset

Paul Hewett PhD, CIH

## 1    INTRODUCTION

Exposure Assessment Solutions, Inc. (EAS) was requested by the "FEMA Trailer Formaldehyde Products Liability Litigation Plaintiffs Steering Committee" (hereafter referred to as the PSC or Plaintiffs Steering Committee) to do a statistical analysis of the Forest River, Inc. formaldehyde dataset, which consists of measurements of formaldehyde exposures and formaldehyde levels in Federal Emergency Management Agency (FEMA) Temporary Housing Units (THU's), plus supporting information (if available), such as the date the measurement was collected, trailer location, model of trailer, temperature, humidity, etc.  In this report the abbreviation "THU's" is used to refer to the "temporary housing units" as used by FEMA, which includes travel trailers, mobile homes, park homes, and other similar housing units.  This analysis is for the case of Wright v. Forest River Inc., FEMA, and Shaw Environmental, Inc.

The plaintiff was assigned to a Forest River Inc. "Salem" model travel trailer that was manufactured in November, 2005.  According to the information provided, the plaintiff lived in the "Salem" travel trailer for 29 months, from March, 2006 to July, 2008.  On or about October 10, 2008 the unit, now unoccupied, was tested for formaldehyde, with a result of 0.049 ppm (85.2°F, 32.9%RH).  This unit was retested in August, 2009, using both active and passive samplers, with results of 0.95 ppm (81.9°F, 86.8%RH) and 0.13 ppm (84.9°F, 77.05%RH), respectively.  These measurements show that several years after the date of manufacture the THU in question retains a potential for generating levels of formaldehyde in excess of the federal health-based exposure guidelines.\[a]

Because neither Forest River, Inc.; Shaw Environmental, Inc.; nor FEMA monitored or tested either the formaldehyde levels or the potential exposures in the THU in question, at the time of manufacture or at any time while the plaintiff was in residence, information does not exist regarding the actual formaldehyde levels or resident exposures to formaldehyde.  Consequently, a retrospective exposure assessment was necessary in order to estimate the probable exposures to the plaintiff and other residents of Forest River THU's in general and Forest River "Salem" THU's in particular.

The methods of retrospective exposure assessment - the evaluation of historical exposure data or data collected from similar processes or work environments, exposure reconstruction (where exposures are measured while work activities, for example, are reproduced), and exposure modeling (where exposures are estimated using a theoretical physical/chemical model of the workplace or process) - are well established (EPA, 1992; Viet, 2008; White, Armstrong, and Saracci, 2008).  Furthermore, such methods are known and accepted in toxic tort litigation (FJC, 2000; Falk, 2009).

For this case, the PSC assembled a database consisting of measurements of formaldehyde exposures and formaldehyde levels collected (a) in both occupied and unoccupied Forest River THU's similar to the Forest River THU used by Wright and (b) at times overlapping the occupancy period for Wright.  These measurements were collected from various sources: a public organization, governmental agencies, and occupational health consultancies retained by the PSC and by the U.S. government.  This dataset, containing 886 formaldehyde measurements (plus supporting information) from Forest River THU's, was obtained by EAS

---

[a] For example, the ATSDR public exposure guideline of 0.008 ppm for chronic exposure exceeding one year  (see Section 2.2)

LWFR-EXP 3-000028

on July 22, 2009 as an Excel® spreadsheet. From this dataset 883 valid cases were extracted.\[b]   Model information was missing for many of the cases; however, additional "Salem" model cases were identified using an analysis of the VIN number patterns.\[c]

This analysis is for the case of Wright v. Forest River Inc., FEMA, and Shaw Environmental, Inc. and has the following objectives:

- Compare, using graphical and statistical methods, the formaldehyde levels to the Agency for Toxic Substances and Disease Registry (ATSDR) chronic exposure "Minimum Risk Level" (MRL) of 0.008 ppm limit for formaldehyde, which was intended to be used for minimizing risk to the general population whenever exposures exceed 365 days.
- Compare, using graphical and statistical methods, the formaldehyde levels to the NIOSH occupational exposure limit of 0.016 ppm (for daily 8-hour exposures for healthy, adult workers).
- Evaluate the dataset for a relationship of the formaldehyde levels to season (and therefore temperature).
- Evaluate the dataset for evidence that the formaldehyde levels tend to decline with the age of the THU.
- Estimate the probable formaldehyde levels for residents, such as Wright, in unmeasured, unevaluated, and untested Forest River THU's in general and in the Forest River "Salem" model travel trailers in particular.

> EAS reserves the right to revise or supplement this report should additional data or information become available.

## 2    BACKGROUND

### 2.1    Data Sources

There are several sources for the formaldehyde dataset provided by the PSC. First, there are the publically available datasets:
- data collected by the Sierra Club
- data collected by the Centers for Disease Control (CDC) for FEMA
- data collected by Bureau Veritas (collected at the request of CDC and FEMA)
- Texas Parks & Wildlife Department

Second, there are several datasets collected by various occupational and environmental consulting firms:
- DeVany Industrial Consultants
- Boston Chemical Data
- Technical Environmental Services (TES)
- W. D. Scott Group

Last, in the dataset were measurements provided by "Occupant", which refers to data where the occupant of a THU collected the formaldehyde measurement using a passive sampler.

The sampling times varied with data source. The Bureau Veritas and CDC datasets consisted of 60 minute measurements. The sampling time was 24-48 hours for the Sierra Club dataset, and a nominal 24 hours for the Occupant, DeVany Industrial Consultants, Boston Chemical Data, Technical Environmental Services, and the W. D. Scott Group.

---

[b] Three cases were duplicates and were deleted. Two Bureau Veritas cases were had zero as the formaldehyde concentration. The limit of detection in the Bureau of Veritas studies appeared to be 0.002 ppm, which was substituted for the two zero values.

[c] The "Salem" model was associated with VIN numbers that started with 4X4TSMA, 4X4TSMB, 4X4TSMC, 4X4TSMD, 4X4TSME, 4X4TSMF, 4X4TSMG, 4X4TSMH, 4X4TSMM, 4X4TSMP, and 4X4TSMY. Other models had different seven digit combinations. For this analysis all cases having VIN numbers starting with these combinations, were classified as "Salem" THU's.

---

### 2.1.1   Sierra Club

In 2006 the Sierra Club announced results of a study of formaldehyde levels FEMA THU's, finding that levels generally exceeded 0.1 ppm (DHS, 2009). The PSC obtained the data used by the Sierra Club. The measurements were collected using the NIOSH Method 2016. The samples were analyzed at an AIHA accredited laboratory.

### 2.1.2   Occupants

Passive sampling testing kits were provided to occupants of FEMA THU's by the PSC. Measurements were collected using the NIOSH Method 2016 for formaldehyde, modified for passive sampling. The samples were analyzed at an American Industrial Hygiene Association (AIHA) accredited laboratory. Each THU occupant was provided a questionnaire, as well as instructions on using the passive sampler; for example, hanging it four feet off of the floor or at the level of the head when placed in the bedroom, how to activate and how to seal the passive sampler, and how to return the sampler.

### 2.1.3   Texas Parks & Wildlife Department

The PSC obtained data collected from the Texas Parks & Wildlife Department. The measurements were collected using the OSHA Method 64. Samples were analyzed at an AIHA accredited laboratory. Other details of the study were not provided, but inspection of the laboratory analysis reports suggests that the measurements were collected in occupied THU's.

### 2.1.4   FEMA CDC

FEMA requested that CDC measure formaldehyde levels in occupied THU's (hereafter referred to as the "FEMA CDC" dataset). A stratified random sample for 519 THU's was obtained, covering several major manufacturers as well as travel trailers, mobile homes, and park homes. Bureau Veritas, an occupational and environmental consultancy, was contracted by CDC to collected the data. The data and measurements were collected during December, 2007 and Jan, 2008. Each 60-minute formaldehyde measurement was collected at a height of 4 ft from the floor. The protocol required that the conditions within each THU be somewhat standardized:

> "...residents were asked to configure doors and windows as they would have them while they slept. No cooking or smoking was allowed in the travel trailers or mobile homes during the 1-hour sample collection period because these activities could affect formaldehyde levels." (CDC, 2008)

Besides temperature and relative humidity, information on possible explanatory or confounding variables were obtained, the two most important of which were determined by CDC to be ventilation and visible mold.\[d] The concentration samples were collected using Method 2016 of the National Institute for Occupational Safety and Health (NIOSH) Manual of Analytical Methods, and analyzed at an AIHA accredited laboratory. The data were summarized and reported by CDC (2008).

After sampling, CDC sent a letter to each THU resident listing the measurement result for the THU and three risk ranges: >0.1 ppm, 0.010 to 0.1 ppm, and <0.010 ppm. If the concentration was greater than 0.1 ppm ...

> "you need to place a high priority on lowering your exposure to formaldehyde. This is especially important if residents of your trailer are elderly, young children, or have health problems, such as asthma."

---

[d] The investigator determined whether or not the "windows, scuttles, and/or doors" were open within the three hours prior to the test and whether or not there was more than 1 ft² of mold in the living areas.

For concentrations between 0.010 ppm and 0.1 ppm ...

> "your risk of irritation from formaldehyde exposure is lower, but it is still important to take steps to reduce your formaldehyde exposure. This is especially important if residents of your trailer are elderly, young children, or have health problems, such as asthma."

If the concentration was less than 0.010 ppm ...

> "these levels are found on the streets of many cities and in many buildings. The risk of health problems at these levels is low."

The original data provided to the PSC by the CDC was used for this analysis. From the datasets provided by CDC a dataset containing cases for travel trailers only was extracted, and from this dataset the Manufacturer = Forest River cases were extracted. The year of manufacture had been added to the FEMA CDC data in the PSC database. The year of manufacture was extracted from the PSC database and added to the dataset used here.

## 2.1.5   Bureau Veritas

After collecting data for CDC, FEMA contracted with Bureau Veritas to continue collecting data and formaldehyde concentration measurements when requested by the residents of FEMA THU's (DHS, 2009). From March through December, 2008, more than 3000 additional measurements in occupied THU's were collected. The PSC obtained several spreadsheets from Bureau Veritas containing most of the information collected (several data fields were redacted). No field protocol information was supplied, but it can be concluded from the data provided that a protocol similar or identical to that used in the FEMA CDC study (Section 2.1.4) was used for responding to individual requests for formaldehyde measurement, and it was assumed that the samples were analyzed at the accredited laboratory used when Bureau Veritas collected measurements for the FEMA CDC study (CDC, 2008).

After sampling, CDC sent a letter to each THU resident listing the measurement result for the THU and three risk ranges: >0.1 ppm, 0.010 to 0.1 ppm, and <0.010 ppm (described in Section 2.1.4).

The original data provided to the PSC by Bureau Veritas was used for this analysis. In the original files the date of manufacture was provided as a text variable. The PSC populated the month and year of manufacture fields in the PSC database using the information in this date of manufacture. The month and year of manufacture were extracted from the PSC database and merged with the original Bureau Veritas dataset used here.

## 2.1.6   Boston Chemical Data

Boston Chemical Data is an environmental engineering consulting firm retained by the plaintiffs for purposes of collecting measurements of formaldehyde in both occupied and unoccupied FEMA THU's. The nominal sampling time was 24 hours. Each measurement was collected according to a "formaldehyde sampling protocol" primarily developed by DeVany Industrial Consultants, Inc. (and reviewed by Boston Chemical Data and W. D. Scott Group). The Occupational Safety and Health Administration (OSHA) Method 1007 was used to collect measurements. This method utilizes a passive sampler, each of which was analyzed by an AIHA accredited laboratory. Measurements and supporting information were provided to the PSC and entered into a common database.

## 2.1.7   DeVany Industrial Consultants, Inc.

DeVany Industrial Consultants is an occupational and community environmental health and safety consultancy retained by the plaintiffs that also conducted measurements of formaldehyde in both occupied and unoccupied FEMA THU's. Measurements were collected according to the "Formaldehyde Sampling: Active and Passive Sampling Protocols; Procedures for Evaluating Formaldehyde Levels in FEMA Temporary Housing Units" developed by DeVany Industrial Consultants and reviewed by Boston Chemical Data and the W. D. Scott Group. The formaldehyde sampling methods specified in this protocol are ones that are approved by

---

Exposure Assessment Solutions, Inc.                                                          4

either the Occupational Safety and Health Administration (OSHA) or the National Institute for Occupational Safety and Health (NIOSH). Sampling times varied, with a nominal sampling time of 24 hours. Samples were analyzed by AIHA accredited laboratories. Measurements and supporting information were provided to the PSC and entered into a common database.

## 2.1.8   Technical Environmental Services (TES)

Technical Environmental Services (TES), at the request of The Buzbee Law Firm ( a PSC member firm), collected formaldehyde concentration data from occupied THU's during 2007 and early 2008. Measurements were collected using the NIOSH Method 2016 for formaldehyde, both active and passive samplers. TES usually collected two to three measurements per THU. Samples were analyzed at an AIHA accredited laboratory.

## 2.1.9   W. D. Scott Group, Inc.

W. D. Scott Group is an environmental health consultancy retained by the plaintiffs for purposes of collecting measurements of formaldehyde in occupied and unoccupied FEMA THU's. The nominal sampling time was 24 hours. Each measurement was collected according to a "formaldehyde sampling protocol" primarily developed by DeVany Industrial Consultants, Inc. (and reviewed by Boston Chemical Data and W. D. Scott Group). The Occupational Safety and Health Administration (OSHA) Method 1007 was used to collect measurements. This method utilizes a passive sampler, each of which was analyzed by an AIHA accredited laboratory. Measurements and supporting information were provided to the PSC and entered into a common database.

## 2.2   Formaldehyde Exposure Limits

According to the ATSDR (2001):

> "Formaldehyde is a nearly colorless gas with a pungent, irritating odor even at very low concentrations (below 1 ppm). Its vapors are flammable and explosive. Because the pure gas tends to polymerize, it is commonly used and stored in solution. Formalin, the aqueous solution of formaldehyde (30% to 50% formaldehyde), typically contains up to 15% methanol as a stabilizer."

> "Most formaldehyde exposures occur by inhalation or by skin/eye contact. Formaldehyde vapor is readily absorbed from the lungs. In cases of acute exposure, formaldehyde will most likely be detected by smell; however, persons who are sensitized to formaldehyde may experience headaches and minor eye and airway irritation at levels below the odor threshold (odor threshold is 0.5 to 1.0 ppm; OSHA PEL is 0.75 ppm). For sensitized persons, odor is not an adequate indicator of formaldehyde's presence and may not provide reliable warning of hazardous concentrations. Odor adaptation can occur. Low-dose acute exposure can result in headache, rhinitis, and dyspnea; higher doses may cause severe mucous membrane irritation, burning, and lacrimation, and lower respiratory effects such as bronchitis, pulmonary edema, or pneumonia. Sensitive individuals may experience asthma and dermatitis, even at very low doses. Formaldehyde vapors are slightly heavier than air and can result in asphyxiation in poorly ventilated, enclosed, or low-lying areas."

> "Children exposed to the same levels of formaldehyde as adults may receive larger doses because they have greater lung surface area:body weight ratios and increased minute volumes:weight ratios. In addition, they may be exposed to higher levels than adults in the same location because of their short stature and the higher levels of formaldehyde found nearer to the ground."

Paustenbach (1984), Paustenbach and Langer (1986), and Bullock and Ignacio (2006) noted that whenever there is a potential for exposure to toxic substances an exposure limit is needed. Absent governmental or authoritative exposure limits, the responsible company or organization should set an exposure limit even if there is uncertainty regarding the health effects. Therefore, for this report a determination to make is the selection of an appropriate exposure limit to which to compare formaldehyde measurements. Table 1 contains a list of available occupational and environmental exposure limits. (Other limits are presented in the CDC (2008) and ATSDR (2007) reports.)

Occupational, population, and environmental concentration levels can be compared to occupational, general population, or environmental limits for harmful chemicals and substances. CDC (2008) stated that it is incorrect to apply occupational exposure limits to the general public and to susceptible groups:

> "No federal regulation or standard exists for formaldehyde levels in residential settings. Occupational levels are not appropriate to apply to residential settings for a variety of reasons. For example, residential populations include children and elderly persons and thus are more diverse than occupational populations and possibly more susceptible to illness from exposure because of preexisting health conditions. Exposure times and circumstances in homes can vary substantially from those in occupational settings. Many occupational settings have ongoing monitoring programs and may have safety requirements to reduce formaldehyde exposure (US Department of Labor, 2007)."

CDC (2008) noted that there were Housing and Urban Development (HUD) emission standards for wood products of 0.2 ppm for plywood and 0.3 ppm for particle board when these products will be used in the construction of manufactured housing. These limits were designed to be applied to the results of chamber emission tests of the off-gassing of formaldehyde from these products. These emission standards were not designed to be occupational or environmental health limits and indeed are greater than the non-OSHA occupational exposure limits listed in Table 1, as well as the WHO limit and ATSDR guideline limits (for chronic exposure).

The PSC asked EAS to compare the Forest River, Inc. (hereafter referred to as "Forest River") formaldehyde data to two limits: (1) the Agency for Toxic Substances and Disease Registry (ATSDR) "Minimum Risk Level" of 0.008 ppm, and (2) the National Institute for Occupational Safety and Health (NIOSH) recommended occupational exposure limit of 0.016 ppm.

Given the limits from which to select, the ATSDR Minimum Risk Level of 0.008 ppm (for chronic exposure exceeding one year) appears to the be most appropriate limit to use since those exposed are not generally healthy, adult workers. The NIOSH limit is twice the ATSDR limit and was intended for exposures that last no longer than 8 to 10 hours per day of a typical work week. It was included here as simply an additional benchmark against which to compare the exposure measurements.

The ATSDR "Minimum Risk Level" (MRL) of 0.008 ppm was intended to minimize health effects to the general population when the exposure is chronic; that is, greater than 365 days (ATSDR, 1999). The ATSDR Minimum Risk Levels limits for formaldehyde are …

> "…intended only to serve as a screening tool to help public health professionals decide where to look more closely. They may also be viewed as a mechanism to identify those hazardous waste sites that are not expected to cause adverse health effects. Most MRLs contain a degree of uncertainty because of the lack of precise toxicological information on the people who might be most sensitive (e.g., infants, elderly, nutritionally or immunologically compromised) to the effects of hazardous substances. ATSDR uses a conservative (i.e., protective) approach to address this uncertainty consistent with the public health principle of prevention." (ATSDR, 1999)

Note that the ATSDR chronic exposure MRL is nearly equal to the 0.010 ppm low risk level used by CDC in their notification letters to THU residents (see Section 2.1.4). Furthermore, the ATSDR MRL for chronic exposures matches a recommendation in the indoor air quality literature. Hodgson *et al.* (2000) recommended 0.008 ppm as an exposure guideline for formaldehyde. Using methodology recommended by Nielsen, Hansen, and Wolkoff (1997), Hodgson *et al.* converted the American Conference of Governmental Industrial Hygienists (ACGIH) occupational exposure limit (see Table 1) to an "indoor air concentration guideline" for "residential occupants" that takes into account extended exposure time and "sensitive populations".\[e]

---

[e] FEMA stated in October, 2007 that 0.015 ppm was to be used as the FEMA "current *de facto* standard for new purchases". This *de facto* standard has since been revised to 0.016 ppm. Furthermore, each THU will be tested by a third party to ensure than before acceptance. (DHS, 2009)

**Table 1:** Occupational exposure limits and guideline exposure limits for formaldehyde. [f] [g]

| Source | Limit | Basis | Use and Interpretation | Reference |
|---|---|---|---|---|
| Occupational Exposure Limits | | | | |
| OSHA | 0.75 ppm | nasal cancer | The average exposure across each full-shift should not exceed 0.75 ppm. | OSHA regulations [h] |
| | 2 ppm STEL [f] | irritation to the eye, nose, throat, and respiratory system | Within-shift exposure peaks should not exceed 2 ppm (averaged over a 15 minute period). | |
| NIOSH | 0.016 ppm | nasal cancer | The average exposure across each full-shift should not exceed 0.016 ppm. | NIOSH, 2004 |
| | 0.1 ppm Ceiling [g] | irritation to the eye, nose, throat, and respiratory system | Within-shift exposure peaks should not exceed 0.1 ppm. | |
| ACGIH | 0.3 ppm Ceiling [g] A2, Sen | irritant to the eye and upper respiratory tract; suspected human carcinogen; sensitizer | Within-shift exposure peaks (averaged over a 15 minute period) should not exceed 0.3 ppm. | ACGIH, 2009 |
| General Population Guidelines | | | | |
| WHO | 0.1 ppm (30 minutes) | sensory irritation | | CDC, 2008 |
| ATSDR Medical Management Guidelines | 0.008 ppm | chronic minimal risk level $\geq$ 365 days | | ATSDR, 1999, 2001, 2007 |
| | 0.03 ppm | intermediate minimal risk level for 15 to 364 days | | |
| | 0.04 ppm | acute minimum risk level for $\leq$ 14 days | | |

[f] STEL's (Short-term exposure limit) are intended to limit short-term exposures, typically defined as a 15-minute exposure, within each workshift. In principle, the STEL "should not be exceeded at any time during a workday" (ACGIH, 2009).

[g] Ceiling limits are intended to limit peak exposures within a workshift. Worker exposure should be measured using a direct reading instrument or sampling device where the measurement averaging time is no more than a few minutes. In principle, no peak exposure within a shift should exceed the ceiling limit (ACGIH, 2009).

[h] 29 Code of Federal Regulations, Part 1910.1048.

Exposure Assessment Solutions, Inc.

7

EAS is not aware of any official guidance on how the ATSDR limit for chronic exposure should be statistically interpreted. However, the ATSDR, in their own study of unoccupied FEMA THU's (ATSDR, 2007), calculated the average level and compared to the ATSDR Minimum Risk Levels. It therefore appears that the ATSDR interprets their own limits to apply to the average exposure over the specified period of time. Therefore, the mean or average exposure for periods of one year or more should not exceed 0.008 ppm. Furthermore, for comparison to their own limits the ATSDR collected 60 minute samples for formaldehyde. This same sampling methodology was used later by CDC (2008) and Bureau Veritas (see Sections 2.1.4 and 2.1.5).

NIOSH exposure limits are intended to minimize both the risk of chronic disease and short-term irritation when the exposures to healthy, adult workers do not exceed 8 to 10 hours per day for a typical 40-hour work week. The NIOSH full-shift limit is intended to be the upper limit to which any healthy adult worker should be exposed each and every working day, throughout a working lifetime. While defined as an upper limit for the average exposure for *each* day, it is common practice to define a reasonably controlled work environment as one where 95% of the full-shift exposures for each worker are less than the exposure and where the excursions above the limit do not exceed it by any great amount (Bullock and Ignacio, 2006).[i]

## 3   METHODS

The data were transferred to a "working" Excel® spreadsheet and then imported into Systat® (Version 12), a statistical analysis program[j]   The fields were inspected for extraneous entries, such as text entries in a numeric number or date. Two zeros were converted to minimum detectable concentrations (see footnote b).

Summary statistics were produced using both Systat and the IHDataAnalyst (Version 1.01).[k]   All figures and descriptive statistics were generated or calculated using Systat®. The IHDataAnalyst was used to estimate (a) the non-parametric exceedance fraction (i.e., the fraction or percent of formaldehyde levels expected to be above the ATSDR and NIOSH limits), plus the lower and upper confidence limits for this estimate, and (b) the Minimum Variance Unbiased Estimator (MVUE) (an estimate of the mean; discussed in Section 3.4) and its lower and upper confidence limits.[l]

Three of the 883 measurements were identified as non-detects (i.e., a measurement less than the minimum detectable concentration). Given the low percentage of non-detects, the common method of substituting half of the minimum detectable concentration (i.e., the non-detect level) for use in the statistical analyses was employed.

### 3.1   Figures

Graphs were plotted to illustrate various features of the dataset. The histograms in Figures 2 and 3 show the distribution of the formaldehyde levels relative to the ATSDR and NIOSH limits for both the overall Forest River dataset and the Salem model. Time series plots (Figures 4-7, 9-17) show the formaldehyde levels in relation to the time the measurements were collected, and are useful for evaluating the influence of season or "time of year" on the formaldehyde levels. The formaldehyde levels were plotted by data source (Figures 9-17). These figures show that regardless of the source of the data the levels were consistently greater than the ATSDR chronic exposure limit (as well as the NIOSH occupational exposure limit).

---

[i] An employer should be 95% confident that 95% of the full-shift exposures are less than the occupational exposure limit (Leidel, Busch, and Lynch, 1977).

[j] Systat® (Version 12) is a statistical analysis program that is commercially available from www.systat.com.

[k] The IHDataAnalyst (Version 1.01) is statistical analysis program developed by EAS for the analysis of occupational and environmental contaminant data. It is commercially available from www.oesh.com.

[l] The procedures for calculating the non-parametric exceedance fraction (and confidence limits) and the MVUE (and its confidence limits) are well known (see the references cited in Section 3.4). These statistics can be calculated using programmable calculators or computer spreadsheets, but were calculated here using the IHDataAnalyst simply for convenience.

---

Exposure Assessment Solutions, Inc.                                                                         8

In all of these figures reference lines are provided to show the location of the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm relative to the data.

## 3.2     Goodness-of-fit Evaluation

The first step in the analysis of occupational, population, or environmental contaminant data is generally the graphing of the data and an evaluation of the goodness-of-fit for the lognormal distribution (Gibbons and Coleman, 2001; Hewett, 2001; Bullock and Ignacio, 2006). In general, occupational, population, and environmental contaminant data tend to be best described by the lognormal distribution (Esmen and Hammad, 1977; Bullock and Ignacio, 2006). Hewett (2008) showed that the lognormal distribution assumption tends to fit the majority of the formaldehyde data for various THU manufacturers (i.e., the majority of the data fall on or nearby a best fit line). Hewett (2008) also showed that it would be incorrect to apply the normal distribution assumption to the data: the data are clearly not distributed symmetrically about a sample mean. It should be noted that both CDC (2008) and ATSDR (2007) also assumed that the data were best described by the lognormal distributional model, as well as others (Suta, 1980; Versar, 1986).

## 3.3     Descriptive Statistics

A "statistic" is an estimate of a parameter or true value. In general, a statistic will better approximate the true value as the sample size increases. A statistic is sometimes referred to as the "point estimate" of the parameter. Tables 2 and 3 contain statistical analyses of the Forest River and Forest River "Salem" datasets. The following descriptive statistics are provided:
- sample size (n), minimum (min), maximum (max), and median
- sample mean and sample standard deviation (Mean, SD)
- sample geometric mean (GM) and sample geometric standard deviation (GSD).

Given that these data appear to be well described by the lognormal distribution (Hewett, 2008), the lognormal statistics (i.e., the sample GM and sample GSD) describe the shape of the underlying distribution better than the normal distribution statistics.

## 3.4     Compliance Statistics

Various statistics were calculated that assist in determining whether or not the Forest River THU's in general and the Forest River "Salem" THU's in particular were in compliance with the ATSDR formaldehyde limit of 0.008 ppm. These statistics are shown in Tables 4 through 7. In Tables 4 and 5 the point estimates of percent of formaldehyde levels that exceeded both the ATSDR and NIOSH limits were calculated. The statistics estimate the true percent (or fraction; divide percent by 100) of formaldehyde levels that exceed the two limits. Because these are statistics, and not the true values, a 99% lower and 99% upper confidence limit was calculated for each estimate. The lower and upper confidence limits were calculated using standard methods for calculating confidence intervals around a proportion (Gilbert, 1987; Gibbons and Coleman, 2001; Hewett, 2001).

In Tables 6 and 7 the mean formaldehyde level was estimated for each data source for the overall dataset and for the Forest River "Salem" THU's. Because these are statistics, and not the true values, a 99% lower and 99% upper confidence limit was calculated for each estimate. The confidence intervals for the arithmetic mean were calculated using standard methods, while the confidence intervals calculated assuming the lognormal distribution were calculated using Land's method (Land, 1975; Bullock and Ignacio, 2005; Hewett, 1997).

The true mean formaldehyde level was estimated using two methods. Regardless of the shape of the underlying distribution of occupational and environmental concentration profile there will be a true mean for the entire distribution. This true mean is estimated in Tables 2 and 3 by the simple arithmetic mean. If the data are not normally distributed (and they are not) and the lognormal distribution is deemed more appropriate for describing the shape of the underlying distribution, then a superior estimate of the true mean is the Minimum Variance Unbiased Estimator (MVUE) (Aitchison and Brown, 1957; Gilbert, 1987; Hewett, 1997; Bullock and Ignacio, 2006). Tables 6 and 7 contain both the simple arithmetic mean and MVUE estimates of the true mean formaldehyde level, by data source and overall, for the Forest River dataset and

---

Exposure Assessment Solutions, Inc.                                                                          9

the Forest River "Salem" dataset.  For large sample sizes, say for example n>30, there will often be little practical difference between the simple arithmetic mean and the MVUE.  This is evident when comparing the sample mean and MVUE in Tables 6 and 7 for data sources where the sample sizes are large or small.  However, for smaller sample sizes the MVUE is the preferred estimate of the true mean (Hewett, 1997; Gibbons and Coleman, 2001).

In Tables 6 and 7 the 99% Lower and Upper Confidence Limits (99%LCL and 99%UCL) are provided for both the simple arithmetic mean and the MVUE.  For large sample sizes there will often be little difference in the lower and upper confidence limits calculated using the normal or lognormal distribution assumption.  However, for small sample sizes the 99%LCL calculated using the normal distribution assumption can be negative (see Tables 6 and 7).  Since it is impossible for the true mean to be less than zero, it is inappropriate when the sample size is small to apply the normal distribution assumption to data that are clearly skewed.  As mentioned before, the preferred estimates of the mean and the confidence intervals are those calculated using the lognormal distribution assumption.\[m]

The sample mean and the MVUE are statistics or point estimates, and as such represent estimates of the true mean, given the normal and the lognormal distribution assumptions respectively.  But since each is calculated from only a fraction of the total possible number of days for the total possible number of THU's per manufacturer neither the sample mean nor the MVUE is expected to be exactly equal to the true mean.  However, a confidence interval can be calculated in which the true value of the mean is expected to fall 98% of the time.  It is therefore expected that 1% of the time the true mean will be less than the 99%LCL and 1% of the time it will be greater than the 99%UCL.

In summary, given the data collected, the MVUE provides the best estimate of the true mean for a particular manufacturer.  The MVUE is not the true mean.  As the sample size increases the MVUE (and arithmetic mean), in principle, better estimates the true, but unknowable, mean concentration.  The MVUE (and arithmetic mean) can be considered a "point estimate" of the true mean.  A method for gauging the uncertainty in the point estimate or statistic is the calculation of a confidence interval consisting of a lower and an upper confidence limit.  The point estimate is the best estimate and it is expected that 98% of the time the true value will lie between the 99% lower and 99% upper confidence limit.  In principle, as the sample size increases the point estimate approaches the true mean and at the same time the confidence interval narrows, resulting in less uncertainty regarding the range in which the true mean lies.

## 3.5    Estimation of the Formaldehyde Decay Coefficient

CDC (2008) identified the following factors as being the most influential in their analysis of data from 519 THU's having several manufacturers:
- THU manufacturer
- temperature (°F)
- relative humidity (%)
- were windows, doors, or schuttles open prior to sampling (Y,N)
- was more than 1 ft$^2$ of mold observed in the living spaces (Y,N).

CDC (2005) developed a formaldehyde concentration prediction model using the above factors and model coefficients estimated using a mixed model regression procedure.  This model was offered by CDC for estimating the expected median exposure for each manufacturer for a specific combination of the explanatory variables.  Unfortunately, since the CDC model lacked an age-related decay coefficient, it could not be used to predict *future exposures* or to estimate *past exposures*.

---

[m]  From the "central limit theorem" it can be expected for non-normal distributions that as the sample size increases the distribution of the "sample arithmetic means" will approach a normal distribution.  This being the case the LCL and UCL calculated using the normal distribution assumption will be good approximations of the correct confidence limits even when the underlying population is not normally distributed.  But for small sample sizes the confidence limits calculated using the normal distribution assumption can greatly misrepresent the correct confidence limits (Hewett, 1997).

LWFR-EXP 3-000037

In this report EAS modeled the formaldehyde measurements collected by FEMA CDC and Bureau Veritas using the exposure prediction model developed by CDC (2008), but with an additional factor to reflect the age of the THU at the time of sampling:

$$\ln(C) = \left[ \beta_0 + \beta_{1,i} \cdot Manu_i + \beta_2 \cdot Temp + \beta_3 \cdot RH\% + \beta_4 \cdot Windows + \beta_5 \cdot Mold \right] + \beta_6 \cdot Age$$

Equation 1

where  
| | | |
|---|---|---|
| C | = | concentration of formaldehyde (ppm) inside the THU |
| $Manu_i$ | = | the $ith$ manufacturer |
| Temp | = | temperature in °F |
| RH% | = | relative humidity in % |
| Windows | = | {0,1} where 1 indicates that the windows, scuttles, and/or doors were open in the three hours prior to sampling |
| Mold | = | {0,1} where 1 indicates that there was more than 1 ft$^2$ of mold visible in the limit area |
| Age | = | age of the THU in years at the time of sampling. |

If the data represent a single manufacturer the manufacturer term is regression coefficient is deleted from Equation 1. If the coefficients in the above model can be estimated, the median concentration (across all THU's given the same set of conditions) can be estimated by exponentiating the above equation:

$$C = \exp\left[ \beta_0 + \beta_{1,i} \cdot Manu_i + \beta_2 \cdot Temp + \beta_3 \cdot RH\% + \beta_4 \cdot Windows + \beta_5 \cdot Mold \right] \cdot \exp\left[ \beta_6 \cdot Age \right]$$

Equation 2

In Equations 1 and 2 the coefficients between the brackets estimate the initial concentration for a specific set of conditions (i.e., temperature, relative humidity, windows and mold). The coefficients in above equations were estimated using a linear regression model. The data were imported into Systat® and the coefficients estimated using a least squares linear regression routine.

Equation 2 predicts the median concentration for any specific combination of the explanatory variables. A 95% prediction interval was calculated for concentrations at Age=0 to Age=5 years, for a representative temperature of 75°F and relative humidity of 50%. A 95% prediction interval can also be calculated for any specific combination of explanatory variables. The prediction interval is used to predict the range within which one could be X% confident that future values will likely fall. In this case, both past and future values are of interest. The 95% prediction interval is interpreted in this manner: for the specific parameters of the scenario and for a specific Age, one can be 95% confident that a measurement from a randomly selected THU would have, or will, fall within the upper and lower prediction limits.\[a]

Not all of the datasets contained sufficient information for estimating the parameters of the above model. The Bureau Veritas and FEMA CDC datasets, since they were collected using identical protocols and contained the variables in the above model, were combined and analyzed as a single dataset. Only those cases that contained entries for all of the variables in the above model were used. Since the FEMA CDC data were collected using a stratified, random sampling protocol and the Bureau Veritas data were collected at the request of residents one might suspect that there is a systematic difference between the two datasets for any particular manufacture. The two datasets were compared, using a standard two-sample t-test (also known as a group comparison t-test). The figure below shows side-by-side comparisons of the log-transformed concentrations for the two datasets. The two datasets are similar in terms of the range and central tendency of the observed values. Given the similarity of the two datasets for each manufacture, it was not surprising that the two-sample t-test was not significant (at p=0.05). Despite one dataset consisting of randomly selected THU's and the other not, the two datasets not only appear to be similar but cannot be distinguished from one another using a two-sample t-test. In conclusion, there is no evidence to suggest that the two

---

[a] Models are best used to predict the dependent variable, in this case the formaldehyde concentration, for combinations of the predictor variables within the observed ranges of the predictor variables. However, models are frequently used to estimate past or predict future values. The 95% prediction interval will be increasingly wider when predicting concentrations outside the observed range of THU ages.

---

Exposure Assessment Solutions, Inc.

LWFR-EXP 3-000038

datasets do not reflect the same underlying distribution of formaldehyde concentrations. Therefore, they were combined into a single dataset for regression analysis.[o]



**Figure 1:** Comparison of the Bureau Veritas and FEMA CDC datasets for Forest River, Inc.

# 4    RESULTS

## 4.1    Figures

The histograms in Figures 2 and 3 show that the overwhelming majority of formaldehyde levels were greater than the ATSDR and NIOSH limits. Specifically, 98.9% and 99.4% of the Forest River and Forest River "Salem" measurements, respectively, were greater than the ATSDR population limit (see Tables 4 and 5).

A log (base 10) x-axis was used in these figures due to the fact that the measurements range from very low to high concentrations. These figures also clearly show that the data tend to be lognormally distributed rather than normally distributed.[p]   Therefore, the compliance statistics - mean and confidence limits - calculated using the lognormal distribution assumption should be considered superior estimates over those calculated using the normal distribution assumption. (This was discussed in considerable detail by Hewett (2008).)

Figures 4 through 7 are time series plots, and display the Forest River formaldehyde data in two different, but complementary ways. Figure 4 is a standard box-whisker plot[q] where the x-axis is in terms of the year and month that a measurement was collected. The y-axis indicates the formaldehyde levels in "parts per million" or ppm. Note that the y-axis is a logarithmic scale, where the evenly spaced increments differ by a factor of 10. The center bar of the box indicates the median or 50th percentile of the data collected that month. The box itself covers 50% of the data for each month, with 25% of the measurements being greater than or less than the upper and lower ends of the box. It is clear that the overwhelming majority of the measurements

---

[o] The Bureau Veritas dataset contained the year and month of manufacture for less than half of the THU's, which led to a fairly accurate calculation of the age of the THU (in years) at the time of sampling. However, for the FEMA CDC the best that could be determined for most of the THU's was the year of manufacture, which led to a less accurate calculation of the age of the THU at the time of sampling. Cases that were missing data for any of the model variables were not used in the regression analysis.

[p] If the histogram has a symmetrical, bell-shape when a standard x-axis is used the underlying distribution is usually well approximated using the normal distribution. If the histogram has a symmetrical, bell-shape when a $\log_{10}$ x-axis is used the underlying distribution is usually well approximated using the lognormal distribution.

[q] In a box-whisker plot the center bar in the box represents the median value, or 50th percentile value, of the data set. The upper and lower half of the box represents the 2nd and 3rd quartiles, or the central 50% of the dataset. The whiskers, or lines projecting left and right of the box, are more complicated to explain, but basically represent the coverage of an additional fraction of the dataset. Overlaid on the plot is what is called the dot density plot, or basically a plot of the individual datapoints for each study.

---

Exposure Assessment Solutions, Inc.

LWFR-EXP 3-000039

exceed both the ATSDR and NIOSH limits. Figure 6 displays only the Forest River "Salem" measurements. For the "Salem" measurements 99.4% exceeded the ATSDR population limit, while 98.3% exceeded the NIOSH occupational exposure limit.

Figures 5 and 7 are symmetrical dot density plots, and show the number and magnitude of the measurements collected each month. The x-axis and the y-axis are the same as before. Very few measurements were less than the ATSDR and NIOSH limits. Figures 4 and 6 assist in determining the central tendency of the data collected each month, and Figure 5 and 7 show the number and magnitude of measurements collected each month. While the data in these figures were collected by various groups and at various times, a seasonal effect on the data is apparent, with higher formaldehyde levels in the warmer months and lower levels in the cooler months.

Figure 8 shows the data by data source. Figures 9-17 show the data for each data source by the year and month of collection. The "FEMA CDC" data were collected in the cooler months and tend to be lower than other datasets. The data collected by DeVany consultants tend to be greater than the other datasets as the majority of these measurements were collected in unoccupied THU's during warm months. The "Occupant" and TES datasets were collected over roughly the same period of time and are similar. The data collected by Bureau Veritas and the W.D. Scott Group overlap as well.

It appears that regardless of the data source or the time of year the data were collected each of the datasets lead to identical conclusions that the overwhelming majority of the measurements were greater than both the ATSDR population and the NIOSH occupational limits. The DeVany consultants data were collected primarily from currently unoccupied THU's or from THU's that had never been occupied, and strongly suggest that the THU's, even several years after manufacture, continue to produce levels of formaldehyde well above the ATSDR and NIOSH limits.

## 4.2    Tables

Another way to view the data collected is through descriptive statistics and compliance statistics. Descriptive statistics indicate various features of the dataset, such as minimum and maximum values, as well as describe the shape of the distribution of the formaldehyde concentrations. If the data are symmetrically distributed then the sample mean and standard deviation provide reasonable estimates of the central tendency and spread in the distribution. If the data are skewed to the right, as is typical of environmental and occupational datasets, the sample geometric mean (GM) and geometric standard deviation (GSD) are better indicators of the central tendency and variability of the dataset.

Tables 2 and 3 contain descriptive statistics for the Forest River and Forest River "Salem" datasets. A total of 883 measurements was available for analysis. For the overall dataset and the source-specific datasets the median or 50th percentile formaldehyde levels were greater than both the ATSDR and NIOSH limits, as were the sample means. (The lognormal distribution statistics are provided as they were used to generate an alternative, and arguably superior, estimate of the mean level, as well as 99% lower and upper confidence limits for the mean.)

Tables 4 through 7 contain compliance statistics that assist in determining whether or not the levels were systematically greater than the ATSDR and NIOSH limits. Considering the Forest River THU's in general (Table 3), 98.9% and 97.7% of the measurements overall were greater than ATSDR population limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm, respectively. The percentage of measurements exceeding the two limits varied by data source, ranging from 90.7% to 100%. Considering the Forest River "Salem" dataset (Table 5), where only one case out of 178 was less than both the ATSDR and NIOSH limits, 99.4% and 98.3% of the measurements overall were greater than ATSDR population limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm, respectively. The percentage of measurements that exceeded the two limits varied by data source, ranging from 80.0% to 100%.

Each of the percentages discussed above represent estimates of the true percent (or fraction; divide the percent by 100) of the formaldehyde levels in the Forest River and Forest River "Salem" THU's that exceeded the ATSDR and NIOSH limits. The 99% lower confidence limits (99%LCL) and the 99% upper confidence

---

Exposure Assessment Solutions, Inc.

limits (99%UCL) were also calculated and are provided in Tables 4 and 5. In almost all cases, the 99%LCL was greater than 50%. (The instances where the 99%LCL was less than 50% involved very small sample sizes.) In summary, the points estimates of the percent or fraction of formaldehyde levels that exceed the ATSDR and NIOSH limits suggest that the overwhelming majority of the formaldehyde levels in THU's were greater than the two limits. The 99%LCL suggest that one could be 99% confident that considerably more than 50% of the formaldehyde levels exceeded the two limits.

The mean formaldehyde levels (Tables 6 and 7) were greater than both limits, whether the mean was estimated using the normal distribution assumption or the lognormal distribution assumption. Furthermore, where the sample size was reasonably large the 99% lower confidence limits (99%LCL) also tended to be greater than both limits, which permits one to conclude with high confidence that the true mean for Forest River THU's in general and the Forest River "Salem" model in particular was greater than both limits. Note that for small sample sizes the 99%LCL was negative when using the normal distribution assumption, verifying yet again that the normal distribution assumption is inappropriate when the sample size is small and the underlying distribution is skewed to the right. The 99%LCL's for the mean calculated using the more appropriate lognormal distribution assumption cannot be negative and were all above the ATSDR and NIOSH limits.

## 4.3    Estimation of the Formaldehyde Decay Coefficient

The estimates of the concentration prediction model coefficients are listed in Table 8. These coefficients were calculated using the FEMA CDC and Bureau Veritas datasets, individually and combined. Not all coefficients were statistically significant; that is, significantly different from zero. The estimated coefficients for Temperature, RH%, Windows, and Mold were similar to those estimated by CDC (CDC, 2008) and the ATSDR (ATSDR, 2007).

The estimated Age coefficients were negative. The best estimate of the Age coefficient is most likely that from the combined analysis (where n=101), which corresponds to a half-life of 4.3 years.

Figures 18-22 show the relationships between the formaldehyde concentrations and the variables used in the model. Figure 23 shows the 95% prediction interval (for the combined analysis) for THU ages up to five years. This prediction interval was calculated for a scenario where Temp=75°F, RH%=50%, Windows=0, and Mold=0. The center curve in the prediction interval indicates the predicted median exposure, across all travel trailer THU's, back to Age=0. The lower and upper curves indicate the range in which one would expect 95% of the individual THU concentrations to occur. One would expect 2.5% and 97.5% of the individual travel trailer concentrations to be less than or greater than the lower prediction interval curve.

## 5    DISCUSSION

Data analysis involves (a) the inspection of the data, using appropriate figures, and (b) a statistical analysis of the data, calculating appropriate descriptive and compliance statistics. Both the figures and the statistics should be used to assist in evaluating whether or not the measured formaldehyde levels indicate that the true levels were greater than the ATSDR and NIOSH limits.

## 5.1    Comparison to the ATSDR and NIOSH Limits

• Compare, using graphical and statistical methods, the formaldehyde levels to the Agency for Toxic Substances and Disease Registry (ATSDR) chronic exposure "Minimum Risk Level" (MRL) of 0.008 ppm limit for formaldehyde, which was intended to be used for minimizing risk to the general population whenever exposures exceed 365 days.
• Compare, using graphical and statistical methods, the formaldehyde levels to the NIOSH occupational exposure limit of 0.016 ppm (for daily 8-hour exposures for healthy, adult workers)..

With this particular dataset the figures tell a compelling story. Figures 2 through 17 show that the majority of measurements collected were greater than the ATSDR population limit for exposure scenarios that exceed one

---

Exposure Assessment Solutions, Inc.

LWFR-EXP 3-000041

year. This was true regardless of the source of the data - government agency, public organization, or professional occupational health consultancy - or time of year the measurements were collected or whether the THU was occupied or unoccupied. Furthermore, the figures show that the majority of the measurements were also greater than the NIOSH occupational exposure limit for healthy adult workers.

Inspection of the figures suggest that the majority of the measurements collected by the various sources exceeded the ATSDR limit. The statistics in Tables 4 and 5 provides estimates of the actual percentages observed to exceed the ATSDR limit. The point estimates of the percentage of Forest River THU formaldehyde levels that exceeded the ATSDR limit varied by data source, ranging from 95.4% to 100% (Table 4). Other than the few exceptions where the sample size was small (leading to greater statistical uncertainty), the 99%LCL's were all much greater than 50%, indicating that one could be highly confident that far more than 50% of the THU levels exceeded the ATSDR limit. The "percent greater than" statistics and 99%LCL's were similar when comparing the formaldehyde levels to the NIOSH limit.

Similarly, for the Forest River "Salem" dataset (Table 5), 99.4% of the measurements were greater than ATSDR limit for all of the data sources. Since the sample sizes for three of the six data sources were very small ($n \leq 5$) there is a considerable amount of statistical uncertainty in the point estimates of the percentage exceeding the ATSDR limit. For the remaining data sources, where the sample sizes were respectable, the 99%LCL's were all greater than 50%, indicating that one could be highly confident that far more than 50% of the "Salem" THU levels exceeded the ATSDR limit. The "percent greater than" statistics and 99%LCL's were similar when comparing the formaldehyde levels to the NIOSH limit.

As mentioned earlier, the NIOSH occupational exposure limit of 0.016 ppm was intended to represent the upper limit of exposures for healthy, adult workers. That is, in a controlled work environment the majority of exposures should be less than the NIOSH limit. Here, there is compelling evidence of the majority of the formaldehyde levels exceeded the NIOSH occupational limit.

If the overwhelming majority of the formaldehyde levels were observed to be greater than the ATSDR and NIOSH limits it stands to reason that mean exposures will also exceed the limits. To determine if, across the Forest River THU's, the mean formaldehyde levels exceeded the ATSDR limit a hypothesis testing approach was adopted. The comparison of the formaldehyde sample mean to a limit is basically a test of two hypotheses:

$$H_o: \mu \leq \text{Limit}$$
$$H_a: \mu > \text{Limit}$$

The first hypothesis $H_o$ is called the null hypothesis. Here it is assumed that the true mean ($\mu$; pronounced "mu") is equal to or less than the Limit. The second hypothesis $H_a$ is the alternative hypothesis that the true mean is greater than the Limit. In hypothesis testing it is the practice to assume that the null hypothesis is true *unless* compelling evidence exists that the alternative hypothesis is true. This is similar to the "innocent until proven guilty" maxim used in criminal matters. If the sample mean is equal to or less than the limit then by default the null hypothesis is accepted and the alternative hypothesis is rejected. Evidence exists that the null hypothesis is wrong or incorrect when the sample mean is greater than the Limit. *Compelling* evidence exists when both the sample mean *and* the lower confidence limit (LCL) for the sample mean are greater than the Limit.

Inspection of Tables 6 and 7 reveals that the sample mean formaldehyde level for each data source was greater than both the ATSDR and the NIOSH limits, providing evidence that the true means for the Forest River models in general and the Salem model in particular, were greater than the two limits. The fact that the 99%LCL's - looking at those calculated using the preferred lognormal distribution assumption - were in all cases (where the sample size was sufficient for calculating confidence limits) also greater than both limits, providing compelling evidence that the true means were greater than the two limits. This suggests that one could be at least 99% confident that the true mean was greater than both limits for the Forest River THU's in general and the Forest River "Salem" model THU's in particular.

## 5.2    Within-year Variation in Formaldehyde Concentrations

• Evaluate the dataset for a relationship of the formaldehyde levels to season (and therefore presumably temperature).

While few yearly cycles were represented in the dataset, there does appear to be a cyclic pattern to the formaldehyde levels in Figures 2 and 3.  The CDC data (data source = FEMA CDC; Figures 7 and 10) were collected in December and January, leading to these comments in the CDC study report (CDC, 2008; pages 12 and 13):

"Increased indoor temperature and RH [relative humidity] were associated with increased formaldehyde levels.  These associations indicate exposure risks could increase during the summer, perhaps dramatically, with warmer and more humid weather.  Formaldehyde levels during the winter may not represent summer levels."

"Study results are not representative of trailers purchased and used in other places and other situations because the sample for this study was selected only from occupied FEMA-supplied trailers in LA and MS. Formaldehyde levels in other trailers used elsewhere could differ by age, characteristics of manufacture, circumstances of use, or characteristics of environment.

Formaldehyde levels are expected to be lower in cooler temperatures and lower RH because of the processes of formaldehyde off-gassing. Therefore, levels measured in this study are likely to underestimate past levels—when trailers were hotter and more humid—and future levels— during summer months."

## 5.3    Age-related Decline in Formaldehyde Concentrations

• Evaluate the dataset for evidence that the formaldehyde levels tend to decline with the age of the THU.

While the CDC (2007) unfortunately did not add Age to their exposure prediction model, CDC did recognized the very strong possibility that in their study the age-related decline in exposures resulted in a general underestimation of earlier exposures (CDC, 2008; page 13):

"Many of these trailers were >2 years old, and previous studies have shown highest formaldehyde levels in newer trailers and homes (Hodgson et al., 2000; Gordon et al., 1999), so residents were probably exposed to higher levels of formaldehyde when their trailers were newer."

The true Age coefficient, when evaluated across years, is expected to be negative.  (For it to be zero or positive is highly improbable, if not impossible.)  Regression analysis of the FEMA CDC and Bureau Veritas data for Forest River travel trailers showed negative Age coefficients - e.g., -0.16 using the combined Bureau Veritas and FEMA CDC dataset - indicating that formaldehyde levels tend to decline as a THU ages.  In addition, the coefficients for temperature, Windows, and Mold were close those reported by CDC (2008).  The age decay coefficient estimate translates into an estimated half life of 4.3 years.  The estimate decay coefficient and the estimated half life are similar to values reported for mobile homes: -0.12 to -0.30 for the decay coefficient and 2.31 to 5.78 years for the half-life (Suta, 1980; Versar, 1986).

Using the above prediction model, a 95% prediction interval was calculated for randomly selected Forest River THU's for the scenario where Temperature=75°F, RH%=50%, Windows=0, and Mold=0.  The prediction interval (Figure 23) suggests that for THU's (under these conditions) the majority of the formaldehyde concentrations are expected to be greater than both the ATSDR and NIOSH limits for ages up to six or more years.  The model predictions for the median formaldehyde concentration and the 95% prediction intervals for travel trailer THU's at Age=0, 1, 2, and 3 years are presented in the following table:

Predicted median formaldehyde concentration and 95% prediction interval for the scenario where Temperature=75°F, RH%=50%, Windows=0, and Mold=0.

| Age (years) | Predicted Median Concentration (ppm) | 95% Prediction Interval |
|---|---|---|
| 0 | 0.157 | 0.023 - 1.065 |
| 1 | 0.133 | 0.021 - 0.826 |
| 2 | 0.113 | 0.019 - 0.672 |
| 3 | 0.097 | 0.016 - 0.575 |

The scenario selected, and illustrated in the Figure 23, was intended to demonstrate the use of the concentration prediction model for a specific and arguably typical set of conditions.  Individual THU concentrations will vary - recall that individual concentrations are a function of temperature, humidity, THU usage patterns, etc - but the majority of concentrations for the scenario posited are expected to fall within the prediction interval, earlier concentrations are likely to be greater than later concentrations, and over time there is a downward trend in the concentrations.  A median concentration and prediction interval can be calculated for other combinations of the explanatory variables.

## 5.4    Formaldehyde Concentration Estimation

• Estimate the probable formaldehyde levels for residents, such as Wright, in unmeasured, unevaluated, and untested Forest River THU's in general and in the Forest River "Salem" model travel trailers in particular.

Ideally, either Forest River, Shaw Environmental, Inc., or FEMA should have collected measurements of formaldehyde levels shortly after the manufacture of the THU's, after the setup of the THU's, and very soon after being occupied.  Such measurements would be preferred for determining compliance with the ATSDR (and NIOSH) limits.  However, as mentioned in Section 1, this was not done and a retrospective exposure assessment was necessary in order to estimate the probable exposures for residents of Forest River THU's.

The overall purpose of this report was to characterize the available formaldehyde datasets, compare the data to the ATSDR and NIOSH limits, and draw inferences regarding the probable exposures experienced by Forest River THU occupants in general and Forest River "Salem" THU occupants in particular.  It appears that the overwhelming majority of the measurements for both the Forest River THU's in general and the Forest River "Salem" THU's in particular exceeded the ATSDR limit for population exposures, as well as the NIOSH exposure limit for healthy, adult workers.  This was true, regardless of the source of the data (whether or not the measurements were collected by professionals or occupants, public organization, government agency, or occupational health consultancy); the type of sample used (both passive and active sampling devices were employed), the temperature or relative humidity; the time of year; whether or not the THU was occupied; and so on.  Both the point estimates and the 99%LCL's for the percent of measurements exceeding the ATSDR and NIOSH limits strongly suggest that the majority of formaldehyde levels in unmeasured Forest River THU's, similar to the THU used by Wright, exceeded the ATSDR limit and the NIOSH limits.

Furthermore, it appears the mean formaldehyde levels for both the Forest River THU's in general and the Forest River "Salem" THU in particular exceeded the ATSDR limit for population exposures, as well as the NIOSH exposure limit for healthy, adult workers.  This was true, regardless of the source of the data (whether or not the measurements were collected by professionals or occupants, public organizations, government agency, or occupational health consultancy); the type of sample used (both passive and active sampling devices were employed), the temperature or relative humidity; the time of year; whether or not the THU was occupied; and so on.  Both the point estimates and the 99%LCL's for mean formaldehyde levels strongly suggest that the true mean formaldehyde level for the Forest River THU's in general and the Forest River "Salem" model THU's in particular exceeded the ATSDR limit for the general population, as well as the NIOSH occupational exposure limit for healthy, adult workers.

(Note that for this assessment the datasets with large samples sizes are being weighted far more strongly than datasets where the sample size was small; e.g., 6 and fewer.)

When considered together - the high percentage of measurements that exceeded the ATSDR population limit and the mean formaldehyde levels that also exceeded the ATSDR limit, as well as the 99%LCL's for these estimates - there is compelling evidence to support the conclusion that formaldehyde levels in unmeasured THU's, similar to the THU used by Wright, exceeded the ATSDR and NIOSH limits the majority of the time.

The only way to escape this conclusion would be for the someone to produce measurements from the THU used by Wright, that were collected while the plaintiff was in residence. Since such measurements were never collected by Forest River, FEMA, or Shaw Environmental, Inc., the best source of information on the probable formaldehyde levels and probable exposures are the datasets analyzed here.

As a final point, it is worth noting that the above statements are based on a statistical analysis of the *observed data.* It does not take into account the very real possibility, presented in Section 4.3, that earlier formaldehyde concentrations tended to be greater than the concentrations measured here.

## 6    References

ACGIH (American Conference of Governmental Industrial Hygienists): 2009 TLVs and BEIs - Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices. ACGIH, Cincinnati, Ohio (2009).

Aitchison, J. and Brown, J.A.C. (1957): *The Lognormal Distribution with special reference to its uses in economics.* Cambridge University Press.

ASDTR (1999): Toxicological Profile for Formaldehyde. Agency for Toxic Substances and Disease Registry.

ATSDR (2001): Medical Management Guidelines for Formaldehyde.  ATSDR Managing Hazardous Materials Incidents (MHMIs) (http://www.atsdr.cdc.gov/MHMI/index.html).

ATSDR (Agency for Toxic Substances and Disease Registry) (2007): An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Louisiana, September-October, 2006. (October, 2007).

Bullock, W.H. and Ignacio, J.S.: (editors) (2006): A Strategy for Assessing and Managing Occupational Exposures, Third Edition. Fairfax, VA: American Industrial Hygiene Association.

CDC (Centers for Disease Control) (2008): Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes, (July 2, 2008).

DHS (Department of Homeland Security) (2009): FEMA Response to Formaldehyde in Trailers (Redacted). DHS Office of the Inspector General report OIG-09-83 (June).

EPA (Environmental Protection Agency) (1992): Guidelines for Exposure Assessment. EPA, Washington, DC; EPA/600/Z-92/001.

Esmen, N.A. and Hammad, Y.Y. (1977): Log-normality of environmental sampling data. *J Environ Sci and Hlth* A12:29-41.

Falk, E.K. (2009): A Short Explanation of Retrospective Exposure Assessment and its Use in Toxic Tort Litigation. Toxic Torts and Environmental Law Committee Newsletter (Winter, 2009).

FJC (Federal Judicial Center) (2000): Reference Manual on Scientific Evidence. Federal Judicial Center; www.fjc.gov.

Gibbons, R.D. and Coleman, D.E.: *Statistical Methods for Detection and Quantification of Environmental Contamination*. John Wiley & Sons Inc, New York (2001).

Gilbert, R.O. (1987): *Statistical Methods for Environmental Pollution Monitoring*. Van Nostrand Reinhold, New York.

Hewett, P. (1997): Mean Testing: II. Comparison of Several Alternative Procedures. *Applied Occupational and Environmental Hygiene* 12:347-355.

Hewett, P. (2001): Industrial Hygiene Exposure Assessment - Data Analysis and Interpretation. in *Handbook of Chemical Health and Safety*. Alaimo, R.J. (editor), American Chemical Society; Oxford University Press. (see also Technical Report 07-03 - Industrial Hygiene Exposure Assessment - Data Analysis and Interpretation. Exposure Assessment Solutions, Inc.; available at www.oesh.com).

Hewett, P. (2008): Estimation of Sample Sizes for the FEMA Temporary Housing Unit Study. Exposure Assessment Solutions, Inc. Technical Report.

Hewett, P. (2009): Analysis of the Gulf Stream Coach Inc. Formaldehyde Exposure Dataset. Exposure Assessment Solutions, Inc. Technical Report (dated May 18, 2009, revised July 2, 2009).

Hodgson, A.T., Rudd, A.F., Beal, D, and Chandra, S. (2000): Volatile Organic Compound Concentrations and Emission Rates in New Manufactured and Site-Built Homes. *Indoor Air* 10:178-192.

Land, C.E. (1975): Tables of Confidence Limits for Linear Functions of the Normal Mean and Variance. in *Selected Tables in Mathematical Statistics*, Volume III; Harter, H. and Owen, D. editors, pp.385-419.

Leidel, N.A., Busch, K.A., Lynch, J.R. (1977): *Occupational Exposure Sampling Strategy Manual*. National Institute for Occupational Safety and Health (NIOSH) Publication No. 77-173 (available as a pdf file from NIOSH website).

Nielsen, G.D., Hansen, L.F., and Wolkoff, P. (1997): Chemical and Biological Evaluation of Building Material Emissions. II. Approaches to Setting Indoor Air Standards or Guidelines for Chemicals. *Indoor Air* 7:17-32.

NIOSH (National Institute for Occupational Safety and Health): NIOSH Pocket Guide to Chemical Hazards. DHHS (NIOSH) Publication No. 97-140 (2004).

Paustenbach, D.J.: Occupational Exposure Limits, Pharmacokinetics, and Unusual Work Schedules. In *Patty's Industrial Hygiene and Toxicology, Third Edition, Volume 3, Part A*; Harris, R.L., Cralley, L.J., and Cralley, L.V., editors; John Wiley & Sons, Inc. (1994).

Paustenbach, D. and Langner, R.: Corporate Occupational Exposure Limits: the current state of affairs. *American Industrial Hygiene Association Journal* 47:809-818 (1986).

Suta, B.E. (1980): Population Exposures to Atmospheric Formaldehyde Inside Residences. SRI International, Menlo Park, CA (prepared for the U.S. Environmental Protection Agency, Office of Research and Development).

White, E., Armstrong, B.K., and Saracci, R. (2008): Principles of Exposure Measurement in Epidemiology. Oxford University Press.

Versar (1986): Formaldehyde Exposure Model - Description and Demonstration. Versar Inc., Springfield, VA (prepared for the U.S. Environmental Protection Agency, Exposure Evaluation Division, Office of Toxic Substances).

Viet, S.M, Stenzel, M.R., Rennix, C.P., and Armstrong, T.W. (2008): Guideline on Occupational Exposure Reconstruction. American Industrial Hygiene Association, Fairfax, VA.

LWFR-EXP 3-000046

**7    Tables**

**Table 2:** Descriptive statistics for the Forest River Inc. formaldehyde exposure dataset (in ppm).

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Dist |
|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | |
| Boston Chemical Data | 29 | 0.0470 | 1.6000 | 0.1800 | 0.3680 | 0.4319 | 0. |
| Bureau Veritas | 151 | 0.0010 | 0.8900 | 0.0840 | 0.1183 | 0.1393 | 0. |
| DeVany Industrial Consultants | 520 | 0.0120 | 3.4000 | 0.7100 | 0.8028 | 0.5439 | 0. |
| FEMA CDC | 36 | 0.0170 | 0.5100 | 0.0750 | 0.1157 | 0.1061 | 0. |
| Occupant | 30 | 0.0060 | 1.0000 | 0.1400 | 0.2177 | 0.2246 | 0. |
| Sierra Club | 6 | 0.0500 | 0.1800 | 0.1500 | 0.1417 | 0.0479 | 0. |
| Technical Environmental Services | 63 | 0.0048 | 0.9100 | 0.0710 | 0.0966 | 0.1375 | 0. |
| Texas Parks & Wildlife Department | 4 | 0.0920 | 0.4320 | 0.1355 | 0.1988 | 0.1579 | 0. |
| W. D. Scott Group | 44 | 0.0210 | 0.8700 | 0.0820 | 0.1487 | 0.1702 | 0. |
| Total | 883 | 0.0010 | 3.4000 | 0.3600 | 0.5334 | 0.5427 | 0. |

**Table 3:** Descriptive statistics for the Forest River Inc. "Salem" model formaldehyde exposure dataset (in ppm).

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Dist |
|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | |
| Boston Chemical Data | 1 | 0.4400 | 0.4400 | 0.4400 | 0.4400 | | 0. |
| Bureau Veritas | 21 | 0.0090 | 0.6200 | 0.1200 | 0.1725 | 0.1795 | 0. |
| DeVany Industrial Consultants | 113 | 0.0260 | 2.8000 | 0.4600 | 0.6477 | 0.5645 | 0. |
| FEMA CDC | 13 | 0.0170 | 0.3900 | 0.0510 | 0.1068 | 0.1143 | 0. |
| Occupant | 5 | 0.0060 | 0.3700 | 0.0620 | 0.1272 | 0.1474 | 0. |
| Technical Environmental Services | 11 | 0.0170 | 0.0750 | 0.0560 | 0.0496 | 0.0193 | 0. |
| Texas Parks & Wildlife Department | 2 | 0.1130 | 0.1580 | 0.1355 | 0.1355 | 0.0318 | 0. |
| W. D. Scott Group | 12 | 0.0220 | 0.8700 | 0.0785 | 0.1933 | 0.2669 | 0. |
| Total | 178 | 0.0060 | 2.8000 | 0.2850 | 0.4630 | 0.5217 | 0. |

Exposure Assessment Solutions, Inc.

**Table 4:** Compliance statistics for the Forest River Inc. formaldehyde exposure dataset (in ppm). The percent of the l calculated using the non-parametric exceedance fraction.

| SOURCE | N | % > 0.008 ppm ATSDR limit | 99%LCL | 99%UCL | % > 0.016 ppm NIOSH limit | 99%L |
|---|---|---|---|---|---|---|
| Boston Chemical Data | 29 | 100% | 85.3% | 100% | 100% | 85.3% |
| Bureau Veritas | 151 | 95.4% | 89.7% | 98.4% | 90.7% | 83.8% |
| DeVany Industrial Consultants | 520 | 100% | 98.8% | 100% | 99.6% | 98.1% |
| FEMA CDC | 36 | 100% | 88.0% | 100% | 100% | 88.0% |
| Occupant | 30 | 96.7% | 79.8% | 100% | 96.7% | 79.8% |
| Sierra Club | 6 | 100% | 46.4% | 100% | 100% | 46.4% |
| Technical Environmental Services | 63 | 98.4% | 89.9% | 100% | 96.8% | 87.3% |
| Texas Parks & Wildlife Department | 4 | 100% | 31.6% | 100% | 100% | 31.6% |
| W. D. Scott Group | 44 | 100% | 93.4% | 100% | 100% | 93.4% |
| Total | 833 | 98.9% | 97.6% | 99.5% | 98.0% | 97.0% |

**Table 5:** Compliance statistics for the Forest River Inc. "Salem" model formaldehyde exposure dataset (in ppm). The each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | % > 0.008 ppm ATSDR limit | 99%LCL | 99%UCL | % > 0.016 ppm NIOSH limit | 99%L |
|---|---|---|---|---|---|---|
| Boston Chemical Data | 1 | 100% | 1% | 100% | 100% | 1% |
| Bureau Veritas | 21 | 100% | 80.3% | 100% | 90.5% | 65.6% |
| DeVany Industrial Consultants | 113 | 100% | 96.0% | 100% | 100% | 96.0% |
| FEMA CDC | 13 | 100% | 70.2% | 100% | 100% | 70.2% |
| Occupant | 5 | 80.0% | 22.2% | 99.8% | 80.0% | 22.2% |
| Technical Environmental Services | 11 | 100% | 65.8% | 100% | 100% | 65.8% |
| Texas Parks & Wildlife Department | 2 | 100% | 10.0% | 100% | 100% | 10.0% |
| W. D. Scott Group | 12 | 100% | 68.1% | 100% | 100% | 68.1% |
| Total | 178 | 99.4% | 96.3% | 100% | 98.3% | 94.5% |

Exposure Assessment Solutions, Inc.

**Table 6:** Compliance statistics for the Forest River Inc. formaldehyde exposure dataset (in ppm).  The sample mean w normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal S | |
|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MEAN* | 99%L( |
| Boston Chemical Data | 29 | 0.3680 | 0.1702 | 0.5659 | 0.3448 | 0.2289 |
| Bureau Veritas | 151 | 0.1183 | 0.0916 | 0.1450 | 0.1369 | 0.1052 |
| DeVany Industrial Consultants | 520 | 0.8028 | 0.7472 | 0.8585 | 0.8728 | 0.7919 |
| FEMA CDC | 36 | 0.1157 | 0.0726 | 0.1588 | 0.1160 | 0.0832 |
| Occupant | 30 | 0.2177 | 0.1168 | 0.3187 | 0.2363 | 0.1456 |
| Sierra Club | 6 | 0.1417 | 0.0758 | 0.2075 | 0.1445 | 0.0881 |
| Technical Environmental Services | 63 | 0.0966 | 0.0552 | 0.1380 | 0.0900 | 0.0711 |
| Texas Parks & Wildlife Department | 4 | 0.1988 | -0.1598 | 0.5573 | 0.1936 | 0.0820 |
| W. D. Scott Group | 44 | 0.1487 | 0.0867 | 0.2107 | 0.1418 | 0.1029 |
| Total | 833 | 0.5334 | 0.4908 | 0.5760 | 0.6717 | 0.5849 |

\* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a f mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006)

**Table 7:** Compliance statistics for the Forest River Inc. "Salem" formaldehyde exposure dataset (in ppm).  The sample both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal S | |
|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%L( |
| Boston Chemical Data | 1 | 0.4400 | 0.4400 | 0.4400 | | |
| Bureau Veritas | 21 | 0.1725 | 0.0735 | 0.2715 | 0.1899 | 0.1038 |
| DeVany Industrial Consultants | 113 | 0.6477 | 0.5224 | 0.7731 | 0.6915 | 0.5518 |
| FEMA CDC | 13 | 0.1068 | 0.0218 | 0.1918 | 0.1057 | 0.0540 |
| Occupant | 5 | 0.1272 | -0.1198 | 0.3742 | 0.1434 | 0.0369 |
| Technical Environmental Services | 11 | 0.0496 | 0.0335 | 0.0657 | 0.0504 | 0.0350 |
| Texas Parks & Wildlife Department | 2 | 0.1355 | -0.5805 | 0.8515 | 0.1355 | ** |
| W. D. Scott Group | 12 | 0.1933 | -0.0162 | 0.4027 | 0.1749 | 0.0849 |
| Total | 178 | 0.4630 | 0.3712 | 0.5548 | 0.5480 | 0.4162 |

\* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a f mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006)
\*\* The sample size must be 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

Exposure Assessment Solutions, Inc.

**Table 8:** Linear Regression Model results for Forest River, Inc.

| Data Source | N | Model p-value | Model Coefficients - Independent Variabl | | | | |
|---|---|---|---|---|---|---|---|
| | | | Intercept | THU Age (years) [1] | Temp (°F) | RH% (%) | Wind (Y, N |
| Bureau Veritas [4] (occupied THU's) | 68 | 0.0042 | -5.1029 * | -0.2127 ($t_{1/2}$=3.36) | 0.0511 * | -0.0078 | -0.34 |
| FEMA CDC [5] (occupied THU's) | 33 | 0.3123 | -3.6973 * | -0.7389 ($t_{1/2}$=0.94) | 0.0244 | 0.0132 | -0.02 |
| Combined: Bureau Veritas and FEMA CDC (occupied THU's) | 101 | 0.0007 | -5.0796 * | -0.1611 ($t_{1/2}$=4.30) | 0.0439 * | -0.0013 | -0.27 |

1 - THU age at the time sampling was calculated from the "year and month" of manufacture (if available) and the date of sampli
calculate the half-life: $t_{1/2}$.
2 - Windows, scuttles, and/or doors were open in the 3 hours prior to sampling (1=Y,0=N) (CDC, 2008).
3 - More than 1 ft² of mold was visible in the living areas (1=Y,0=N) (CDC, 2008).
4 - Bureau Veritas collected formaldehyde concentration data for FEMA from occupied trailers from 3/2/2008 through 12/18/200
5 - CDC analyzed formaldehyde concentration data that was collected by Bureau Veritas during December, 2007 and January, 20
by FEMA.
* The coefficient was significantly different from zero at the 0.05 level.

Exposure Assessment Solutions, Inc.

LWFR-EXP 3-000051



8    Figures



**Figure 2:** Histogram of the Forest River dataset (all models sampled) (n=883)  (The vertical lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)



**Figure 3:** Histogram of the Forest River "Salem" dataset (n=178) (The vertical lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)



**Figure 4:** Box-whisker plot for the Forest River dataset, showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=845; sample date was missing for 38 cases) (The horizontal lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)



**Figure 5:** Symmetric dot-density plot for the Forest River dataset, showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=845; sample date was missing for 38 cases) (The horizontal lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)

Exposure Assessment Solutions, Inc.

LWFR-EXP 3-000053



**Figure 6**: Box-whisker plot for the Forest River "Salem" dataset, showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=172; sample date was missing for 6 cases)) (The horizontal lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)



**Figure 7**: Symmetric dot-density plot for the Forest River "Salem" dataset, showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=172; sample date was missing for 6 cases)) (The horizontal lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)

---

Exposure Assessment Solutions, Inc.

LWFR-EXP 3-000054



**Figure 8**: Symmetric dot-density plot for the Forest River dataset, showing the formaldehyde measurements by data source (n=883).



**Figure 9**: Symmetric dot-density plots for the Forest River data collected by Boston Chemical Data, showing the formaldehyde measurements (in PPM) by year and month (n=29).



**Figure 10**: Symmetric dot-density plot for the Forest River data collected by Bureau Veritas, showing the formaldehyde measurements (in PPM) by year and month (n=114; sample date was missing for 37 cases).

Exposure Assessment Solutions, Inc.

LWFR-EXP 3-000056



**Figure 11:** Symmetric dot-density plot for the Forest River data collected by DeVany Industrial Consultants, showing the formaldehyde measurements (in PPM) by year and month (n=520).



**Figure 12:** Symmetric dot-density plot for the Forest River data collected by the Centers for Disease Control (for FEMA), showing the formaldehyde measurements (in PPM) by year and month (n=36).



**Figure 13:** Symmetric dot-density plot for the Forest River data collected by "Occupants", showing the formaldehyde measurements (in PPM) by year and month (n=29; sample date was missing for one case).



**Figure 14:** Symmetric dot-density plot for the Forest River data collected by the Sierra Club, showing the formaldehyde measurements (in PPM) by year and month (n=6).

Exposure Assessment Solutions, Inc.

LWFR-EXP 3-000058



**Figure 15:** Symmetric dot-density plot for the Forest River data collected by Technical Environmental Services, Inc., showing the formaldehyde measurements (in PPM) by year and month (n=63).



**Figure 16:** Symmetric dot-density plot for the Forest River data collected by Texas Parks & Wildlife Department, showing the formaldehyde measurements (in PPM) by year and month (n=4).



**Figure 17:** Symmetric dot-density plot for the Forest River data collected by the W.D. Scott Group, showing the formaldehyde measurements (in PPM) by year and month (n=44).



**Figure 18:** Forest Rive Inc. formaldehyde concentrations versus THU age at the time of sampling, using the Bureau Veritas and FEMA CDC combined dataset.



**Figure 19:** Forest River Inc. formaldehyde concentrations versus temperature at the time of sampling, using the Bureau Veritas and FEMA CDC combined dataset.



**Figure 20:** Forest River, Inc. formaldehyde concentrations versus relative humidity (%) at the time of sampling, using the Bureau Veritas and FEMA CDC combined dataset.



**Figure 21:** Forest River Inc. formaldehyde concentrations versus Windows variable, using the Bureau Veritas and FEMA CDC combined dataset.



**Figure 22:** Forest River Inc. formaldehyde concentrations versus Mold variable, using the Bureau Veritas and FEMA CDC combined dataset.



**Figure 23:** 95% Prediction Interval for Forest River Inc. THU's, for Age={0..5} years, Temp=75°F, RH%=50%, Windows=0, and Mold=0.  (Calculated using the Bureau Veritas and FEMA CDC combined dataset; n=101.)

<END OF DOCUMENT>

Exposure Assessment Solutions, Inc.

LWFR-EXP 3-000061