

***ENERGY & COMFORT CONSULTANTS   •   ENERGY STAR PARTNERS
HVAC DESIGN   •   BUILDING PERFORMANCE DESIGNERS
DIAGNOSTIC TESTING • INDOOR AIR QUALITY CONSULTANTS***

**#256 Calumet Drive, Madisonville, LA 70447
Office (985) 845-2148   Fax (985) 845-2103
E-mail: paul@lagrangeconsulting.com
www.lagrangeconsulting.com**

January 6, 2010

Alexis Mallet, Jr., President
First General Services of the South, Inc.
P.O Box 80857
Lafayette, LA 70598-0857

Re: Lyndon Wright v. Forest River – FEMA Trailer Supplemental Letter of Clarification

Mr. Mallet,

Recently, I reviewed my calculations on the envelope air leakage in the Lyndon Wright THU #1277021 tested on August 18, 2009.  The envelope air leakage rate originally reported was inaccurate.  In light of the newly updated air leakage rate the manual j load calculation (A/C equipment sizing) must also be updated.  In addition, I changed the animated graphic to more closely depict the shape of the trailer with relation to the attic space.

The blower door equipment used to perform the building leakage test allows us to perform a single point air leakage test as well as a multi-point air leakage test. Both methods are referenced and recognized as acceptable methods within the ASTM E1827 standard for calculating Natural Air Changes per Hour.  The single point test uses one blower door data point and presumes a few constant factors as a reference for its calculations while the multi-point test uses a broad range of data points with measured/calculated constants to determine NACH.  Generally the results of the single point test are close to the actual air leakage rate but the multi-point test is considered to be more accurate.

While testing the Wright THU we performed both the single and the multi-point tests. The revised calculated NACH based upon a single point blower door test is **0.271**.  The calculated NACH based upon on the multi-point blower door test is **0.28**.

LBFG's report calculated the NACH using a few different methods.  They estimated that the NACH ranged between 0.2 – 0.3.  More importantly their tracer gas test measurement was 0.30 NACH.  Since the tracer gas test is representative of the actual air leakage rate then our NACH calculations of 0.271 – 0.28 using the blower door data is in line with their measurements.

The updated manual j load calculations based on the revised air leakage rate is 9,871 Btuh Sensible Gain; 1,733 Btuh Latent Gain; for a total 11,604 Btuh for the required air conditioner size.

With regard to the diagram and animation on pages 10 & 17 of my report, I have reconfigured the roof of the structure in the diagram and animation as a bow truss roof to more clearly represent the THU in question.  All other matters including the transcript of the graphic in Appendix Q related to the diagram and animation remains the same.  The revised graphic and YouTube link is attached.

Please accept this as a supplement and correction of my report with regard to the same.  Please contact me with any additional questions or comments.

Sincerely,

Paul LaGrange

Please hold down the control button while pressing the return button to view the animation at YouTube.

http://www.youtube.com/watch?v=NgT8L2ntgKs

