AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF LOUISIANA

MELISSA STEWART )
     Plaintiff )     *EDLA* 09-6712
    v. ) Civil Action No. 2:09-CV-01327-PM-KK
ALLIANCE HOMES INC., ET AL. )
     Defendant )

### Summons in a Civil Action

To: **Destiny Industries L L C (Defendant)**

A lawsuit has been filed against you.

Within the time required by law*, normally 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    **Gerald Edward Meunier**
    **Gainsburgh Benjamin et al (NO)**
    **1100 Poydras St Ste 2800**
    **New Orleans, LA 70163−2800**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**TONY R. MOORE**
_____

CLERK

/s/ − Tony R. Moore
_____

ISSUED ON 2009−08−11 15:02:36.0 , Clerk USDC WDLA

*(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Destiny Industries LLC
thru its agent for service of process
P.O Box 2941
Moultrie, GA 31776

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Willie Dugan                                    ☐ Agent
                                                  ☐ Addressee

B. Received by ( Printed Name )      C. Date of Delivery
Robbie Briggs                        9/24/09

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)

7009 0960 0001 0043 7365

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---



09-1327 Millura Stewart

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre-1100 Poydras
New Orleans, LA 70163-2800

• Sender: Please print your name, address, and ZIP+4 in this box •

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE