AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MELISSA STEWART <br> Plaintiff <br> v. <br> ALLIANCE HOMES INC, ET AL. <br> Defendant | ) EDLA - 09-6712 <br> ) <br> ) Civil Action No. 2:09-CV-01327-PM-KK <br> ) <br> ) <br> ) |

## Summons in a Civil Action

To: **Circle B Enterprises Inc (Defendant)**

A lawsuit has been filed against you.

Within the time required by law*, normally 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   Gerald Edward Meunier
   Gainsburgh Benjamin et al (NO)
   1100 Poydras St Ste 2800
   New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE
CLERK

/s/ – Tony R. Moore

ISSUED ON 2009-08-11 15:02:36.0 , Clerk USDC WDLA

* *(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre-1100 Poydras
New Orleans, LA 70163-2800

09-1327 Melissa Stewart

1210



1. Article Addressed to:

Circle B. Enterprises, Inc.
P.O. Box 327
Ocilla, GA 31774

2. Article Number (Transfer from service label)
7009 1680 0001 8688 7453

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540