AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

MELISSA STEWART )
Plaintiff )  EDLA 09-6712
v. ) Civil Action No. 2:09-CV-01327-PM-KK
ALLIANCE HOMES INC., ET AL. )
Defendant )

### Summons in a Civil Action

To: **Champion Enterprises Inc (Defendant)**

A lawsuit has been filed against you.

Within the time required by law*, normally 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gerald Edward Meunier
Gainsburgh Benjamin et al (NO)
1100 Poydras St Ste 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE
CLERK

/s/ - Tony R. Moore

ISSUED ON 2009-08-11 15:02:36.0 , Clerk USDC WDLA

* (60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X The Corporation Company ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>SEP 0 4 2009 |
| 1. Article Addressed to:<br>CHAMpion Enterprises Inc<br>Thru its Agent for service process<br>The Corporation Company<br>30600 telegraph Rd<br>Suite 2345<br>BiNGHAM FARMS, MI 48025 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 1680 0001 8686 7463 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-1327 Melissa Stewart