MINUTE ENTRY
ENGELHARDT, J.
February 3, 2010

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                         MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                      SECTION "N"  (5)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Wednesday, February 3, 2010, at 10:00 a.m. Participating were Gerald E. Meunier, Andrew D. Weinstock, M. David Kurtz, Henry T. Miller, Ryan E. Johnson, Charles R. Penot, Jr., Thomas L. Cougill, (Thomas W. Thagard and Lamont P. Domingue, via telephone).

JS10(1:35)