UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                           MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                              SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On February 3, 2010, the Court held a status conference in chambers with the following counsel participating: Jerry Meunier, Andy Weinstock, Henry Miller, Charles Penot, Dave Kurtz, Ryan Johnson, and Tom Cougill. Lamont Domingue and Tom Thagard participated by phone. During the Conference, a summary jury trial procedure was discussed. The Court **ORDERED** as follows:

(1)    **On or before Tuesday, March 2, 2010**, the summary jury trial committee is to submit to the Court by proposed orders relating to the summary jury trial process and procedure.

(2) The Court will meet with the summary jury trial committee in chambers on Friday March 5, 2010, immediately following the scheduled FEMA conferences to further discuss the process and procedure for summary jury trials.

New Orleans, Louisiana, this 3rd day of February, 2010.

                                                                **KURT D. ENGELHARDT**
                                                                 **UNITED STATES DISTRICT JUDGE**