A CERTIFIED TRUE COPY
ATTEST

By Delora Davis on Feb 03, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA    Feb 03, 2010

2010 FEB -3 PM 3: 38

LORETTA G. WHYTE
CLERK

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION
Jennifer Maples, et al. v. Pilgrim International, Inc., et al., )
S.D. Alabama, C.A. No. 1:09-596                                 )

EDLA 10-224
N/5

MDL No. 1873

## ORDER VACATING CONDITIONAL TRANSFER ORDER

     A conditional transfer order (CTO) was filed in this action (*Maples*) on January 14, 2010. In the absence of any opposition, the CTO was finalized with respect to *Maples* on January 29, 2010. The Panel has now been advised that *Maples* was dismissed in the Southern District of Alabama on January 28, 2010, pursuant to an order by the Honorable Callie V.S. Grande filed on January 15, 2010.

     IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-19" filed on January 14, 2010, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___Fee
___Process
_x_Dktd
___CtRmDep
___Doc. No.