AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

| MELISSA STEWART | ) | EDLA 09-6712 |
| Plaintiff | ) | |
| v. | ) Civil Action No. 2:09-CV-01327-PM-KK |
| ALLIANCE HOMES INC, ET AL. | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: **Frontier R V Inc (Defendant)**

A lawsuit has been filed against you.

Within the time required by law*, normally 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gerald Edward Meunier
Gainsburgh Benjamin et al (NO)
1100 Poydras St Ste 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE

CLERK

/s/ – Tony R. Moore

ISSUED ON 2009-08-11 15:02:36.0 , Clerk USDC WDLA

* *(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

(upside-down Domestic Return Receipt, PS Form 3811, February 2004)

SENDER: COMPLETE THIS SECTION / COMPLETE THIS SECTION ON DELIVERY

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Frontier RV, Inc
thru it's agent of
Service of Process
Lawyer's Aid Services
48 W. 17th St., Ste 210
Austin, TX 78701

3. Service Type: ☑ Certified Mail
B. Received by (Printed Name): Sue Newman
C. Date of Delivery: 8/31/09

2. Article Number: 7008 0500 0001 9549 4680



UNITED STATES POSTAL SERVICE — AUSTIN TX
31 AUG 2009 PM
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-1327 Melissa Stewart