UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|    FORMALDEHYDE | * | |
|    PRODUCTS LIABILITY | * | |
|    LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Lyndon T. Wright v.* | * | JUDGE: ENGELHARDT |
| *Forest River, Inc., et al*, Docket No. 09-2977 | * | |
| | * | MAG: CHASEZ |

****************************************************************************

## JOINT STIPULATION

Plaintiff, Lyndon T. Wright, and defendants, Forest River, Inc. and Shaw Environmental, Inc., though their respective undersigned counsel, hereby jointly stipulate the following:

1. Plaintiff hereby waives and dismisses with prejudice any and all claims that were or could have been asserted against Forest River, Inc. or Shaw Environmental, Inc. for damages related to medical monitoring.

2. Plaintiff hereby waives and dismisses with prejudice any and all claims that were or could have been asserted against Forest River, Inc. and Shaw Environmental, Inc. for damages related to loss of future earning capacity.

3. Plaintiff hereby dismisses with prejudice any and all claims against Shaw Environmental, Inc. under the Louisiana Products Liability Act ("LPLA").

4. Forest River, Inc. and Shaw Environmental, Inc. hereby withdraw as moot the previously filed Motions for Partial Summary Judgment on medical monitoring damages and loss of future earning capacity, Rec. Docs. 10938 and 10939, respectively. Shaw Environmental, Inc. hereby withdraws as moot its Motion for Partial Summary Judgment on plaintiff's claims under the LPLA, Rec. Doc. 10930. Accordingly, plaintiff will file no response to these motions, and the parties ask that the Court dismiss them as moot.

/s/ Frank J. D'Amico
FRANK J. D'AMICO, JR. (No. 17519)
AARON Z. AHLQUIST (No. 29063)
FRANK J. D'AMICO, JR., APLC
622 Baronne Street
New Orleans, LA  70113
Phone: (504) 525-7272 ext.233
Fax:   (504) 525-1073
*ATTORNEYS FOR LYNDON T. WRIGHT*

/s/  Jason D. Bone
ERNEST P. GIEGER, JR. (No. 6154)
JASON D. BONE (No. 28315)
CARSON W. STRICKLAND (No. 31336)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

        ATTORNEYS FOR FOREST RIVER, INC.

/s/ M. David Kurtz
David Kurtz (No. 23821)
Karen K. Whitfield (No. 19350)
Catherine N. Thigpen (No. 30001)
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
ATTORNEYS FOR SHAW ENVIRONMENTAL, INC

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Jason D. Bone