# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABLIITY LITIGATION | * | |
| | * | Section: "N-5" |
| This Document Relates to: | * | |
| *Lawrence Thomas v. Recreation* | * | JUDGE ENGELHARDT |
| *By Design., et al, No. 09-4944* | * | MAG. JUDGE CHASEZ |

**************************************************************************

## NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes the Named Plaintiff who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismiss Recreation by Design, LLC and Fluor Enterprises, Inc. as defendants in the above-captioned matter as this instant suit is duplicative of *Thomas v. Recreation by Design, LLC, et al*, 09-4963 (E.D.La. 2009). Both cases involve the same parties and the same substantive allegations.

Accordingly, the Named Plaintiff seeks to voluntary dismiss the above-captioned matter, while reserving all rights and allegations asserted in *Thomas v. Recreation by Design, LLC, et al*, 09-4963 (E.D.La. 2009).

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC**

BY:   /s/ Justin I. Woods
         GERALD E. MEUNIER, #9471
         JUSTIN I. WOODS, #24713
         2800 Energy Centre, 1100 Poydras Street
         New Orleans, Louisiana 70163
         Telephone:   504/522-2304

              Facsimile: 504/528-9973
              gmeunier@gainsben.com
              jwoods@gainsben.com

## CERTIFICATE OF SERVICE

  I hereby certify that on February 4, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

              /s/ Justin I. Woods
              JUSTIN I. WOODS, #24713