UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                     MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION               SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyndon T. Wright v. Forest River, Inc., et al,*
**Docket No. 09-2977**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO CORRECT/SUPPLEMENT PLAINTIFF'S RESPONSE TO FOREST RIVER INC. AND SHAW ENVRIONMENTAL INC.'S JOINT MOTION TO STRIKE THE ADDENDUM TO THE EXPERT REPORTS OF DR. LAWRENCE MILLER

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Lyndon T. Wright, who respectfully files this Motion to Correct/Supplement Plaintiff's Response to Forest River Inc. and Shaw Environmental Inc.'s Joint Motion to Strike the Addendum to the Expert Reports of Dr. Lawrence Miller (Reg. Doc. 11012 filed February 2, 2010). At time of filing, Plaintiff counsel inadvertently failed to attach the Exhibits referenced in the Response Motion.

A brief description of the supplemental Exhibits has been provided for the convenience of the Court.

1.   Exhibit A –   Affidavit of Lawrence G. Miller M.D., M.P.H. in the Trial of Lyndon T. Wright – July 28, 2009

2.   Exhibit B –   Affidavit of Lawrence G. Miller, M.D., M.P.H. in the Trial of Lyndon T. Wright – Oct. 2, 2009

3.   Exhibit C –   Deposition Transcript of Lawrence G. Miller, M.D., M.P.H. in the Trial of Lyndon T. Wright – Nov. 10, 2009, p119 and p120

4.   Exhibit D -   Deposition Transcript of Edward Shwery, Ph.D., Nov. 9. 2009, p171 and p172

5.     Exhibit E -     Deposition Transcript of John Thompson, Jr., M.D., Jan. 8, 2010, p72 and p73

Plaintiff counsel has conferred with defense counsel prior to the filing of this correction/supplementation. Neither Forest River Inc. nor Shaw Environmental, Inc. voiced any objections to the supplementation of Exhibits.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:     s/Gerald E. Meunier
       GERALD E. MEUNIER, #9471
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:    504/522-2304
       Facsimile:     504/528-9973
       gmeunier@gainsben.com

       s/Justin I. Woods
       JUSTIN I. WOODS, #24713
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:    504/522-2304
       Facsimile:     504/528-9973
       jwoods@gainsben.com

       **COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
       ANTHONY BUZBEE, Texas # 24001820
       ROBERT BECNEL, #14072
       RAUL BENCOMO, #2932
       FRANK D'AMICO, #17519
       MATT MORELAND, #24567
       LINDA NELSON, #9938
       DENNIS REICH, Texas #16739600
       MIKAL WATTS, Texas # 20981820

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice electronic filing on February 4, 2010.

/s/Gerald E. Meunier
GERALD E. MEUNIER, #9471