Case 2:07-md-01873-KDE-MBN   Document 11255-3   Filed 02/04/10   Page 1 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped Deposition of Lawrence G. Miller, M.D.

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   FEMA TRAILER        MDL NO. 1873

FORMALDEHYDE PRODUCTS        SECTION "N"(4)

LIABILITY LITIGATION         JUDGE ENGELHARDT


This document relates to:  Lyndon T. Wright

v. Forest River, Inc., et al

Docket No. 09-2977

\* \* \*

(Volume I)

Videotaped Deposition of LAWRENCE G. MILLER, M.D., 118 Upland Road, Waban, Massachusetts 02468, taken at the Law Offices of Frank J. D'Amico, Jr., 622 Baronne Street, New Orleans, Louisiana 70113, on Tuesday, the 10th day of November, 2009.


REPORTED BY:

    JAMES T. BRADLE, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

VIDEOGRAPHER:

    BRIAN SOILEAU
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

Case 2:07-md-01873-KDE-MBN   Document 11255-3   Filed 02/04/10   Page 2 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)        Videotaped Deposition of Lawrence G. Miller, M.D.

Page 119

1    A    He has a number, obviously, of
2    other illnesses that I believe are not
3    relevant here, but the answer to your
4    question is, putting those aside, no.
5        MR. BONE:
6             At this point, I'm going to look
7    over my notes and hand him off to the other
8    attorneys.
9             With respect to the documents we
10   have requested, obviously, we will
11   reschedule at a mutually convenient time
12   after we have had the opportunity to look
13   through the medical records that the doctor
14   has reviewed and his notes and any other of
15   the documents that may be contained in his
16   file, whether that be a written, you know,
17   notes relating to phone calls or the intake
18   notes relating to Mr. Wright himself.
19       MR. D'AMICO:
20            That's fine. Also, there are some
21   documents that we do not have, some
22   deposition testimony that has never been
23   provided to us, for instance, and obviously
24   we would like him to look at those as well.
25       MR. BONE:

Case 2:07-md-01873-KDE-MBN   Document 11255-3   Filed 02/04/10   Page 3 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)        Videotaped Deposition of Lawrence G. Miller, M.D.

Page 120

```
 1            Okay.  Do you have any?
 2       MS. WHITFIELD:
 3            I think I'm just going to wait
 4   until after we get the file.
 5   EXAMINATION BY MS. GREIF:
 6       Q    I just have a question regarding
 7   your reports.
 8            Do you have the two reports in
 9   front of you, your two reports?
10       A    I do.
11       Q    Okay.  In your first report, on
12   Page 5, down in the last paragraph, in the
13   middle of the paragraph, you state, "There
14   is an extensive literature correlating
15   exposure to formaldehyde and the development
16   of exacerbation of asthma," and then you
17   say, "I reserve the right to supplement my
18   report based on review of these materials."
19            Do you see that?
20       A    I do.
21       Q    Did you review any of these
22   materials?
23       A    I did.  There are quite a number
24   of articles.  Many of them were reviewed by
25   Dr. Williams in her report.
```