Case 2:07-md-01873-KDE-MBN   Document 11255-4   Filed 02/04/10   Page 1 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped Deposition of Edward Halie Shwery, Ph.D.

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   FEMA TRAILER            MDL NO. 1873

FORMALDEHYDE PRODUCTS            SECTION "N"(4)

LIABILITY LITIGATION             JUDGE ENGELHARDT


This document relates to:  Lyndon T. Wright

    v. Forest River, Inc., et al

    Docket No. 09-2977

       *   *   *

     (Volume I)

Videotaped Deposition of EDWARD HALIE SHWERY, Ph.D., 315 Metairie Road, Suite 200, Metairie, Louisiana 70005, taken at the Law Offices of Frank J. D'Amico, Jr., 622 Baronne Street, New Orleans, Louisiana 70113, on Monday, the 9th day of November, 2009.


REPORTED BY:

    JAMES T. BRADLE, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

VIDEOGRAPHER:

    MICHAEL BERGERON
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

Case 2:07-md-01873-KDE-MBN   Document 11255-4   Filed 02/04/10   Page 2 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)  Videotaped Deposition of Edward Halie Shwery, Ph.D.

Page 171

1  Q   Okay.
2  A   But this case wouldn't be the kind
3  of thing that he needs to see a
4  psychiatrist, because I don't think his
5  problems, at least at that date, I don't
6  think his problems were that bad. I thought
7  he would do pretty well in treatment that I
8  outlined.
9  Q   Okay. And so it was your
10 recommendation or your opinion as of July
11 21st, 2009, that Mr. Wright did not need to
12 see a psychiatrist?
13 A   It would be okay with me, but I
14 didn't think he needed to.
15 Q   When was the next occasion that
16 you had to visit with Mr. Wright?
17 A   It was September 23rd, 2009.
18 Q   Had you had any contact with
19 Mr. Wright between the authoring of your
20 report in July and his next office visit
21 September 23rd?
22 A   Yes. He had called me at some
23 point. I think when I saw him in July, I
24 knew that he was being followed -- well, I
25 knew he was being followed by his doctors,

Case 2:07-md-01873-KDE-MBN   Document 11255-4   Filed 02/04/10   Page 3 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped Deposition of Edward Halie Shwery, Ph.D.

Page 172

1   and he called me at some point and said his
2   doctor found a growth on his tongue and had
3   removed it and they thought maybe it was
4   cancer, but he's pretty sure it's not
5   cancer, but he doesn't know what it is, and
6   he was distressed and upset on the phone,
7   and I said, "Well, why don't you come on
8   back in. Let's talk about what's going on
9   with you."
10      Q   Okay. Did the attorneys in this
11  case set up the second appointment or did
12  you set it up of your own volition?
13      A   I set it up directly with
14  Mr. Wright.
15      Q   Did you contact the plaintiffs'
16  attorneys in the case to inform them that
17  you would be seeing him again, since they
18  would be paying for it?
19      A   Yes, at some point, I said, "Look,
20  I'm going to see this man. Apparently, he's
21  got some problems. I'm going to see him and
22  I will write a report."
23      Q   Okay. Do you know why Mr. Wright
24  called you? Do you know if he was
25  instructed to call you by his attorneys?