Case 2:07-md-01873-KDE-MBN   Document 11255-5   Filed 02/04/10   Page 1 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped Deposition of John W. Thompson, Jr., M.D.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  FEMA TRAILER          MDL NO. 1873

FORMALDEHYDE PRODUCTS         SECTION N(4)

LIABILITY LITIGATION          JUDGE ENGELHARDT


* * *


VIDEOTAPED DEPOSITION OF JOHN W. THOMPSON, JR., M.D., DEPARTMENT OF PSYCHOLOGY AND NEUROLOGY, TB53, NEW ORLEANS, LOUISIANA 70112, TAKEN AT THE OFFICES OF GIEGER, LABORDE & LAPEROUSE, 701 POYDRAS STREET, SUITE 4800, NEW ORLEANS, LOUISIANA 70139, ON THE 8TH DAY OF JANUARY, 2010.


REPORTED BY:

    CATHY RENEE' POWELL, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

VIDEOGRAPHER:

    BRIAN SOILEAU
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

Case 2:07-md-01873-KDE-MBN   Document 11255-5   Filed 02/04/10   Page 2 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped Deposition of John W. Thompson, Jr., M.D.

Page 72

1  formaldehyde; that he, you know, that he
2  thinks it may play a role, but he's not
3  sure.
4        His description, to me, which was
5  more important to me, is that he can't get a
6  straight answer one way or the other, and
7  so, that's what's causing him some angst or
8  some anxiety.
9     Q.   Did you explore why you are saying
10 Mr. Wright told you he couldn't get a
11 straight answer one way or the other as to
12 whether or not formaldehyde can cause
13 cancer?
14    A.   Or whether it would cause cancer
15 specifically in him, which is what he's more
16 concerned about.
17    Q.   Right.
18    A.   Well, I think that he says that
19 some people are saying, as near as he can
20 tell, on one side that it does and some
21 people on the other side are saying it
22 doesn't.  And he doesn't know what to
23 believe.  And so that's the situation that
24 he's in.
25    Q.   And would you agree that

Case 2:07-md-01873-KDE-MBN   Document 11255-5   Filed 02/04/10   Page 3 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)        Videotaped Deposition of John W. Thompson, Jr., M.D.

Page 73

1   uncertainty itself can breed anxiety?

2        A.   Sure.

3        Q.   And did Mr. Wright present

4   symptoms of anxiety to you, either through

5   the interview or as a result of testing?

6        A.   Yes, he did.

7        Q.   Now, which particular

8   psychological tests that were administered

9   by you, which was the MMPI-2, or by your

10  psychologist associate, demonstrated

11  evidence of anxiety?

12       A.   The Beck Anxiety Inventory

13  demonstrated symptoms of anxiety that were

14  higher than the first administration that

15  Dr. Shwery gave, but lower than the second

16  administration.

17            And the MMPI-2 demonstrated

18  anxiety on what Dr. Mire refers to as the

19  content scales, not necessarily on the

20  clinical scales, but on the content scales.

21  So the more subtle scales that psychiatrists

22  look at, he demonstrated that in that part.

23       Q.   You mentioned, I believe, either

24  in your report or perhaps in your testimony

25  that the MMPI-2 has validity scales?