UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                     MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION            SECTION "N-5"

                                        JUDGE ENGELHARDT
                                        MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyndon T. Wright v. Forest River, Inc., et al,*
**Docket No. 09-2977**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Correct/Supplement Plaintiff's Response to Forest River Inc. and Shaw Environmental Inc.'s Joint Motion to Strike the Addendum to the Expert Reports of Dr. Lawrence Miller (Reg. Doc. 11012 filed February 2, 2010) be granted.

Signed in New Orleans, Louisiana, this _____ day of February, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE