AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Barbara Anderson | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No.  09-6173  Sec. N  Mag. 5 |
| Forest River, Inc., et al | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gulf Stream Coach, Inc.
Through its Agent for Service of Process
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

*(handwritten: 21)*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



Loretta G. White
*Name of clerk of court*

Date: ___Jan 26 2010___

*Deputy Clerk's signature*

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| | A. Signature  X ☐ Agent ☐ Addressee | |
| 7179 1000 1645 0013 7040 | B. Received by (Printed Name) | C. Date of Delivery |
| **1. Article Addressed to:** | D. Is delivery address different from item 1? ☐ Yes  If YES enter delivery address below: ☐ No | |
| Gulf Stream Coach, Inc.  Through its Agent for Service of Process  Kenneth C. Brinker  503 S. Oakland  Nappanee, IN 46550 | FEB 1 2010 | |
| | 3. Service Type ☒ Certified | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |

Code: Barbara Anderson
Code2: JIW
File: 07-5980

PS Form 3811                         Domestic Return Receipt

UNITED STATES POSTAL SERVICE   SOUTH BEND IN 465

01 FEB 2010 PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163