AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Barbara Anderson | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 09-6173 Sec. N Mag. 5 |
| Forest River, Inc., et al | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Forest River, Inc.
Through Its Agent for Service of Process
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within ~~20~~ 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

Date: Jan 26 2010

*Deputy clerk's signature*

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 71791000164500137033 | A. Signature X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Ele Haut    C. Date of Delivery 2/1/10 |
| 1. Article Addressed to:<br><br>Forest River, Inc.<br>Through its Agent for Service<br>J. Richard Ransel<br>228 W. High St.<br>Elkhart, IN 46516 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No |
| | 3. Service Type ☒ Certified |
| Code: Barbara Anderson<br>Code2: JIW<br>File: 07-5980 | 4. Restricted Delivery? (Extra Fee) ☐ Yes |

PS Form 3811      Domestic Return Receipt



UNITED STATES POSTAL SERVICE SOUTH BEND IN 46<br>01 FEB 2010 PM 2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163