AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| Scott Boudreaux, et al | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. **09-4750** |
| Champion Home Builders Co., et al | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Travelers Property Casualty Company of America TIL
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.C.
2506 N. Port Avenue
Corpus Christi, Texas 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: _____    _____
Deputy clerk's signature

(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).*)

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

    _____
    Server's signature

    _____
    Printed name and title

    _____
    Server's address