AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Charles Harris, et al | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   09-7748 Sec. N  Mag. 5 |
| Gulf Stream Coach, Inc., et al | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The United States of America, through
Eric Holder, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____**Jan 21 2010**_____

Loretta G. White
Name of clerk of court

Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**A. Signature**

X

☐ Agent
☐ Addressee

71791000164500136128

**B. Received by** *(Printed Name)* | **C. Date of Delivery**

**1. Article Addressed to:**

**D. Is delivery address different from item 1?** ☐ Yes
If YES enter delivery address below: ☐ No

United States of America
Through Eric Holder, U.S. Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

FEB 02 2010

**3. Service Type**    ☒ Certified

**4. Restricted Delivery?** *(Extra Fee)*    ☐ Yes

Code: Charles Harris
Code2: JIW
File: 07-5980

PS Form 3811                    Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163