AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Oliver Harrison, Jr. )
)
*Plaintiff* )
)
v. ) Civil Action No. 09-7777   Sec. N   Mag. 5
American International Group, Inc., et al )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CMH Manufacturing, Inc.
Through its Agent for Service of Process
CT Corporation
800 S. Gay St., Suite 2021
Knoxville, TN 37929

A lawsuit has been filed against you.

Within ~~20~~ 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Jan 28 2010

Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌<br>7179 1000 1645 0013 8061 | A. Signature<br>X  *Ericka Fry*  ☐ Agent ☐ Addressee | |
| | B. Received by *(Printed Name)* FEB 01 2010 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>CMH Manufacturing, Inc.<br>Through its Agent for Service of Process<br>CT Corporation<br>800 S. Gay St., Suite 2021<br>Knoxville, TN 37929 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No | |
| | 3. Service Type    ☒ Certified | |
| | 4. Restricted Delivery? *(Extra Fee)*    ☐ Yes | |
| Code: Oliver Harrison, Jr.<br>Code2: JIW<br>File: 07-5980 | | |

PS Form 3811        Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163