## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Kaunda Bradley, et al*<br>*v. Cavalier Home Builders, LLC, et al*<br>Civil Action No. 09-6932 | § § § | MAG. JUDGE CHASEZ |

### ORDER ON PLAINTIFFS', LUCY BEEMON AND TERESA BLEDSOE, AS NEXT FRIEND OF KELI BROKMEIER, A MINOR, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', LUCY BEEMON and TERESA BLEDSOE, AS NEXT FRIEND OF KELI BROKMEIER, A MINOR, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
HONORABLE KURT ENGELHARDT