AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Gabriela Schaeffer, et al <br> *Plaintiff* <br> v. <br> Coachmen Recreational Vehicle Company of Georgia, LLC, et al <br> *Defendant* | ) ) ) ) ) ) ) ) <br><br> Civil Action No. 09-7885 Sec. N Mag. 5 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Coachmen Industries, Inc.
Through its Agent for Service of Process
Corporation Service Company
251 E. Ohio St., Suite 500
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

Date: Jan 26 2010

*Deputy clerk's signature*

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7179 1000 1645 0013 7156 | A. Signature X _[signed]_ | ☒ Agent ☐ Addressee |
| | B. Received by (Printed Name) CHAS SHILU | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Coachmen Industries, Inc.<br>Through its Agent for Service of Process<br>Corporation Service Company<br>251 E. Ohio St., Suite 500<br>Indianapolis, IN 46204 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FEB - 2 2010 | |
| | 3. Service Type | ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| Code: Gabriela Schaeffer<br>Code2: JIW<br>File: 07-5980 | | |

PS Form 3811                Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163