UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Lyndon Wright, et al. v. Forest River, Inc., et al.*<br>09-2977 (E.D. La.) | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

**IT IS ORDERED** that the following pretrial deadlines shall apply in the *Forest River* bellwether case:

All motions *in limine* and *Daubert* motions shall be filed on or before **February 9, 2010**. All oppositions to these motions shall be filed on or before **February 18, 2010**. Leave to file replies to these motions is hereby granted and need not be requested. Any such replies shall be filed on or before **February 22, 2010**.

Oppositions to all dispositive motions other than Rec. Doc. 10941 and Rec. Doc. 10947 shall be filed on or before **February 12, 2010**. Oppositions to Rec. Doc. 10941 and Rec. Doc. 10947 shall be filed on or before **February 15, 2010**. Leave to file replies to all dispositive motions is hereby granted and need not be requested. Any such replies shall be filed on or before **February 19, 2010**.

The parties are to meet and confer regarding the Pre-Trial Order on or before **February 15, 2010**. The Pre-Trial Order shall be submitted to the Court on or before **February 19, 2010.**

Plaintiff shall provide to defendants a trial plan insert on or before **February 18, 2010**. Defendants shall circulate trial plan inserts on or before **February 22, 2010**. A final trial plan must be submitted to the Court no later than **March 1, 2010**.

The parties shall exchange and circulate designations of deposition testimony to be submitted in lieu of live testimony at trial on or before **February 22, 2010**. The parties shall notify each other of any objections to such designations on or before **February 26, 2010**. As set forth in Pretrial Order No. 56, all objections to deposition designations and supporting and opposition memoranda must be electronically filed or delivered to chambers no later than **March 3, 2010**.

NO OTHER DEADLINES OR DATES, INCLUDING THE TRIAL DATE, SHALL BE AFFECTED BY THIS ORDER.

New Orleans, Louisiana, this 5th day of February, 2010

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE