AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| COLEMAN RUIZ AND CHERYL RUIZ | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| JAYCO, INC.  and  BECHTEL NATIONAL INC. | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.  1:09-cv-370 HSO-JMR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bechtel National Inc.
The Corporation Trust of Nevada
6100 Neil Road
Suite 500
Reno, NV  89511

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Michael Cavanaugh
998 Howard Avenue
P.O. Drawer 1911
Biloxi, MS 39533-1911

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**

*CLERK OF COURT*

Date:   11-0-09
~~10/30/2009~~

*Signature of Clerk or Deputy Clerk*

*⅄ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____11/23/2009_____,
by:

(1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____

who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify)   By certified mail _____

_____ .

My fees are $ ____0.00____   for travel and $ ____0.00____   for services, for a total of $ ____0.00____ .

Date: _____12/07/2009_____

_____
Server's signature

Lawrence J. Centola, Jr. - Attorney
_____
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
_____
Server's address

November 17, 2009

**_CERTIFIED MAIL: 7009 2250 0001 3449 8923_**

The Corporation Trust of Nevada
6100 Neil Road
Suite 500
Reno, NV 89511

      Re:   *Coleman Ruiz and Cheryl Ruiz v Jayco, Inc. and Bechtel National, Inc.*
             US District Court for the Southern District of Mississippi
             Civil Action No. 1:09-cv-370 HSO-JMR

Dear Sir/Madam

      Please accept service on behalf of Bechtel National, Inc.

             Very truly yours,

             Lawrence J. Centola Jr.

LC:jdc
See Enclosures

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

RENO, NV 89511              OFFICIAL USE

| Postage | $ | $1.56 | 0046 |
| Certified Fee | | $2.80 | 02 |
| Return Receipt Fee (Endorsement Required) | | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | NOV 23 |
| Total Postage & Fees | $ | $6.66 | 11/23/2009 |

Sent To
Bechtel National via TheCorporation Trust of Nevada
Street, Apt. No.; or PO Box No. 6100 Neil Rd. Suite 500
City, State, ZIP+4 Reno    NV  89511

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bechtel National, Inc.
Through its Agent for service of Process
THE CORPORATION TRUST OF NEVADA

6100 Neil Rd.
Suite 500
Reno, NV 89511

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Jordan Chism

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7009 2250 0001 3449 8923

PS Form 3811, February 2004    Domestic Return Receipt    MS-370    102595-02-M-1540