# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER         * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS * | |
| | LIABILITY LITIGATION  * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

**THIS DOCUMENT PERTAINS TO**

CIVIL CASE NOS. 09-7792, 09-7793, 09-7794,
09-7795, 09-7796, 09-7797, 09-7798, 09-7799,
09-7800, 09-7801, 09-7802, 09-7803, 09-7804,
09-7805, 09-7806, 09-7807, 09-7808, 09-7809,
09-7810, 09-7811, 09-7812, 09-7813, 09-7814,
09-7815, 09-7816, 09-7817, 09-7818, 09-7819,
09-7820, 09-7821, 09-7822, 09-7823, 09-7824,
09-7825, 09-7826, 09-7827, 09-7828, 09-7829,
09-7830, 09-7831, 09-7832, 09-7833, 09-7834,
09-7835, 09-7836, 09-7837, 09-7838, 09-7839,
09-7840, 09-7841, 09-7842, 09-7843, 09-7844,
09-7845, 09-7846, 09-7847, 09-7848, 09-7849,
09-7850, 09-7851, 09-7852, 09-7853, 09-7854,
09-7855, 09-7856, 09-7857, 09-7858, 09-7859,
09-7887, 09-7889, 09-7890, 09-7891, 09-7892,
09-7893, 09-7894, 09-7895, 09-7896, 09-7897,
09-7898, 09-7899, 09-7903, 09-7904, 09-7905,
09-7906, 09-7907, 09-7908, 09-7909, 09-7910,
09-7911, 09-7912, 09-7913, 09-7914, 09-7916,
09-7917, 09-7918, 09-7919, 09-7920, 09-7921,
09-7922, 09-7924, 09-7925, 09-7960, 09-7961,
09-7962, 09-7963, 09-7964, 09-7965, 09-7966,
09-7967, 09-7971, 09-7972, 09-7973, 09-7974,
09-7977, 09-7978, 09-7980, 09-7983, 09-7984,
09-7987, 09-7990, 09-7991

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO MATCH PLAINTIFFS PURSUANT TO PRETRIAL ORDER NO. 53

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above-referenced matters, who respectfully submit to this Honorable Court this motion for an extension of time to comply with Pretrial Order 53. Pretrial Order ("PTO") 53 requires all that all plaintiffs shall be matched with third-party contractor/installer defendants within 45 days of the date of filing of the complaint. Pretrial Order No. 53 was issued on December 14, 2009. On December 23, 2009, Plaintiffs filed 121 complaints which were matched by manufacturer but necessarily by contractor/installer defendants. In January of 2010, the office of the undersigned was notified of the deficiency by the Clerk's office and was told to correct same within forty-five days. However, the undersigned continues to sort through the incomplete/insufficient information obtained from FEMA to try to comply with the Pretrial Order No. 53.

The undersigned, Mikal C. Watts, is on a Matching Problem Committee, which is currently trying to solve the multiple problems that plaintiffs in this MDL have reported to the Court and to FEMA with regard to the matching information they are receiving from FEMA. Plaintiffs would request the Court allow them an indefinite extension of time to comply with Pretrial Order No. 53 in the above-numbered civil action numbers until after the matching problem committee addresses the current matching issues with Court. In the alternative, Plaintiffs, request a (60) day extension to comply with Pretrial No. 53 for complaints filed in the above-referenced civil action numbers.

Respectfully submitted,

/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 5th day of February.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**