UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:   FEMA TRAILER            *   MDL NO. 1873
         FORMALDEHYDE PRODUCTS   *
         LIABILITY LITIGATION    *   SECTION "N" (5)
                                 *
                                 *   JUDGE ENGELHARDT
                                 *   MAGISTRATE CHASEZ
                                 *
**THIS DOCUMENT PERTAINS TO**    *
                                 *
CIVIL CASE NOS. 09-7792, 09-7793, 09-7794, *
09-7795, 09-7796, 09-7797, 09-7798, 09-7799, *
09-7800, 09-7801, 09-7802, 09-7803, 09-7804, *
09-7805, 09-7806, 09-7807, 09-7808, 09-7809, *
09-7810, 09-7811, 09-7812, 09-7813, 09-7814, *
09-7815, 09-7816, 09-7817, 09-7818, 09-7819, *
09-7820, 09-7821, 09-7822, 09-7823, 09-7824, *
09-7825, 09-7826, 09-7827, 09-7828, 09-7829, *
09-7830, 09-7831, 09-7832, 09-7833, 09-7834, *
09-7835, 09-7836, 09-7837, 09-7838, 09-7839, *
09-7840, 09-7841, 09-7842, 09-7843, 09-7844, *
09-7845, 09-7846, 09-7847, 09-7848, 09-7849, *
09-7850, 09-7851, 09-7852, 09-7853, 09-7854, *
09-7855, 09-7856, 09-7857, 09-7858, 09-7859, *
09-7887, 09-7889, 09-7890, 09-7891, 09-7892, *
09-7893, 09-7894, 09-7895, 09-7896, 09-7897, *
09-7898, 09-7899, 09-7903, 09-7904, 09-7905, *
09-7906, 09-7907, 09-7908, 09-7909, 09-7910, *
09-7911, 09-7912, 09-7913, 09-7914, 09-7916, *
09-7917, 09-7918, 09-7919, 09-7920, 09-7921, *
09-7922, 09-7924, 09-7925, 09-7960, 09-7961, *
09-7962, 09-7963, 09-7964, 09-7965, 09-7966, *
09-7967, 09-7971, 09-7972, 09-7973, 09-7974, *
09-7977, 09-7978, 09-7980, 09-7983, 09-7984, *
09-7987, 09-7990, 09-7991              *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>MEMORANDUM IN SUPPORT OF WATTS/HILLIARD'S MOTION FOR
EXTENSION OF TIME TO MATCH PLAINTIFFS PURSUANT
TO PRETRIAL ORDER NO. 53</u>**

1

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above-referenced civil action numbers, who respectfully submit to this Court a motion for an extension of time to match plaintiffs pursuant to Pretrial Order 53.  Pretrial Order ("PTO") 53 requires all that all plaintiffs shall be matched with third-party contractor/installer defendants within 45 days of the date of filing of the complaint.  Pretrial Order No. 53 was issued on December 14, 2009.  On December 23, 2009, Plaintiffs filed 121 complaints which were matched by manufacturer but necessarily by contractor/installer defendants.  All such complaints were generated and printed prior to the issuance of Pretrial Order No. 53 on December 14, 2009.  In January of 2010, the office of the undersigned was notified of the deficiency by the Clerk's office and was told to correct same within forty-five days.

Plaintiffs are diligently attempting to match <u>all</u> clients with a manufacturer and contractor/installer.  As the Court is aware, the undersigned represent 30,137 clients/Plaintiffs in the FEMA litigation.  However, the undersigned is encountering many difficulties in obtaining the correct matching manufacturer/contractor to fully comply with Pretrial Order Nos. 40, 49 and 53.

The undersigned continues to sort through the incomplete/insufficient information obtained from FEMA to try to comply with the Pretrial Order No. 53.  For example, of the 24,356 matching records the undersigned has received from FEMA, only 16,361 of them have included a barcode.  Of the 16,361 records with barcodes, only 10,354 actually match the barcode database that the undersigned was provided from the PSC (which we believe was provided to the PSC from FEMA).  Additionally, some documents obtained from FEMA do not include a matching contractor.

To fully comply with Pretrial Order No. 53, the 121 complaints referenced herein, would have to be broken down to multiple complaints, many of which would be "unmatched". In order to avoid the necessity of filing hundreds of new complaints and burdening the Court and Clerk's office with these new filings, Plaintiffs hereby request that the Court grant them an extension.

The undersigned, Mikal C. Watts, is on a Matching Problem Committee, which is currently trying to solve the multiple problems that plaintiffs in this MDL have reported to the Court and to FEMA with regard to the matching information they are receiving from FEMA. Plaintiffs would request the Court allow them an indefinite extension of time to comply with Pretrial Order No. 53 in the above-numbered civil action numbers until after the matching problem committee addresses the current matching issues with Court. In the alternative, Plaintiffs, request a (60) day extension to comply with Pretrial No. 53 for complaints filed in the above-referenced civil action numbers.

**WHEREFORE,** Plaintiffs respectfully pray that this Honorable Court grant Plaintiffs' Motion for Extension of Time to Match Plaintiffs Pursuant to Pretrial Order No. 53.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 5th day of February, 2010.

      /s/ Robert C. Hilliard
      _____
      **ROBERT C. HILLIARD**