**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:     FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

**THIS DOCUMENT PERTAINS TO**

CIVIL CASE NOS. 09-7792, 09-7793, 09-7794, 09-7795, 09-7796, 09-7797, 09-7798, 09-7799, 09-7800, 09-7801, 09-7802, 09-7803, 09-7804, 09-7805, 09-7806, 09-7807, 09-7808, 09-7809, 09-7810, 09-7811, 09-7812, 09-7813, 09-7814, 09-7815, 09-7816, 09-7817, 09-7818, 09-7819, 09-7820, 09-7821, 09-7822, 09-7823, 09-7824, 09-7825, 09-7826, 09-7827, 09-7828, 09-7829, 09-7830, 09-7831, 09-7832, 09-7833, 09-7834, 09-7835, 09-7836, 09-7837, 09-7838, 09-7839, 09-7840, 09-7841, 09-7842, 09-7843, 09-7844, 09-7845, 09-7846, 09-7847, 09-7848, 09-7849, 09-7850, 09-7851, 09-7852, 09-7853, 09-7854, 09-7855, 09-7856, 09-7857, 09-7858, 09-7859, 09-7887, 09-7889, 09-7890, 09-7891, 09-7892, 09-7893, 09-7894, 09-7895, 09-7896, 09-7897, 09-7898, 09-7899, 09-7903, 09-7904, 09-7905, 09-7906, 09-7907, 09-7908, 09-7909, 09-7910, 09-7911, 09-7912, 09-7913, 09-7914, 09-7916, 09-7917, 09-7918, 09-7919, 09-7920, 09-7921, 09-7922, 09-7924, 09-7925, 09-7960, 09-7961, 09-7962, 09-7963, 09-7964, 09-7965, 09-7966, 09-7967, 09-7971, 09-7972, 09-7973, 09-7974, 09-7977, 09-7978, 09-7980, 09-7983, 09-7984, 09-7987, 09-7990, 09-7991

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>ORDER</u>

Considering Plaintiffs' Motion for Extension of Time to Match Plaintiffs Pursuant to Pretrial Order No. 53:

1

2

**IT IS ORDERED** that plaintiffs' Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the current deadline for Plaintiffs to correct the deficiency of the filing of the Original Complaints for Damages in the above civil action numbers is extended until _____.

New Orleans, Louisiana this ___ day of _____, 2010.

_____
**JUDGE KURT D. ENGELHARDT**

2