# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1873 |
| | | SECTION N (5) |
| VERSUS | * | JUDGE:   ENGELHARDT |
| This Document Relates to: *GREEN, ET AL. vs. FLEETWOOD, ET AL. 09-2911* | * | MAGISTRATE: CHASEZ |

**************************************************************************

## UNOPPOSED MOTION TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes the Green Plaintiffs who, for the reasons set forth in the accompanying memorandum attached hereto, respectfully moves this Honorable Court for leave to file to file a Second Supplemental and Amending Complaint.

**WHEREFORE,** for the reasons set forth in this motion and attached memorandum, the Plaintiffs, respectfully request this Honorable Court grant a leave of court to file Plaintiffs' Second Supplemental and Amending Complaint

Respectfully submitted:

/s/ Jermaine D. Williams
Jermaine D. Williams (#25937)
718 South Buchanan Street, Suite A
Lafayette, Louisiana 70501
Phone: (337) 235-3989
Fax:     (337) 235-0130

## Certificate of Service

      I hereby certify that a true and correct copy of the foregoing has been sent to all counsel of record via the Court's electronic filing system.

                                            /s/ Jermaine D. Williams
                                                Jermaine D. Williams