AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Eastern District of Louisiana

| | |
|---|---|
| Russell Gainey, Jr. | ) |
| Plaintiff | ) ) ) |
| v. | ) |
| Coachmen Recreational Vehicle Company of Georgia, LLC | ) ) ) |
| Defendant | ) |

Civil Action No.  09-7874  Sec. N  Mag. 5

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street
Washington, DC 20472

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone:  (504) 522-2304; Facsimile:  (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:  ___Jan 29 2010___

Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

A. Signature **CRDS RECEIVING** ☐ Agent ☐ Addressee
X

7179100016450013860

B. Received by (Printed Name) | C. Date of Delivery

FEB 03 2010

1. Article Addressed to:

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES enter delivery address below:

Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street
Washington, DC 20472

*Jonathan A. Ransom*

3. Service Type    ☒ Certified

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Code: Russell Gainey, Jr.
Code2: JIW
File: 07-5980

PS Form 3811            Domestic Return Receipt

UNITED STATES POSTAL SERVICE

‖‖‖‖‖

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163