# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:  N |
| | * | |
| This document relates to: | * | |
| *Antoine Prince, Sr. and* | * | |
| *Sandra Prince Madison on behalf of* | * | |
| *Hattie Prince* | * | |
| *v.* | * | |
| *Liberty Insurance Corp. a/k/a* | * | |
| *Liberty Mutual Group, Inc. and Fluor* | * | |
| *Enterprises, Inc.* | * | |
| *No. 09-3922* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LIBERTY MUTUAL INSURANCE CORPORATION'S
## MOTION TO NOMINATE INSURER LIAISON COUNSEL

NOW COMES Liberty Mutual Insurance Corporation ("Liberty Mutual"), as an alleged insurer of R-Vision, Inc., which submits this motion pursuant to Pretrial Order No. 58 (Rec. Doc. 10,917) to nominate Ralph S. Hubbard III as insurer liaison counsel.

Mr. Hubbard and his firm have been involved in this Multidistrict Litigation as counsel for Liberty Mutual since June, 2009.  It is believed that Liberty Mutual was one of the first insurers named as a direct action defendant in this litigation.  To date, Liberty Mutual has been named in at least thirty-two (32) underlying suits in its capacity as an alleged insurer of R-Vision, Inc.  Mr. Hubbard has also been retained to represent another insurer in the FEMA litigation.

Mr. Hubbard is a senior partner in Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, a New Orleans, Louisiana firm. He did undergraduate and graduate work at Louisiana State University, receiving a B.A. and M.A. (Russian History) in 1972 and 1974 respectively. He graduated from the Tulane University School of Law in 1977, where he was a member of the Order of the Coif and the Tulane Law Review. Mr. Hubbard is a member of the New Orleans, Louisiana State and American

Bar Associations as well as the Louisiana Association of Defense Counsel and the International Association of Defense Counsel.  Throughout his career Mr. Hubbard has engaged in insurance, business, bankruptcy and real estate litigation, emphasizing insurance coverage litigation since 1985. He has handled litigation in Arkansas, Georgia, Mississippi, Missouri, South Carolina and Texas, in addition to practicing throughout the State of Louisiana.  Mr. Hubbard is experienced in the duties of liaison counsel such as preparing case management orders, organizing briefing to prevent repetitious briefs, arguing key motions on behalf of all insurers, and leading settlement negotiations.

Mr. Hubbard has served since 2005 as the court-appointed Liaison Counsel in the Eastern District of Louisiana (Judge Duval and Magistrate Judge Wilkinson) for all defendants in the consolidated Hurricane Katrina Levee, MRGO, Insurance and Barge cases. Additionally, he is the head of the steering committee for some 170 insurer defendants in that litigation and one of three Liaison Counsel for 170 defendant insurers in the Katrina suit filed by the Louisiana Attorney General on behalf of the Road Home. He also represents the general liability insurer for all three defendant levee boards in the flood litigation.  Mr. Hubbard was selected by the insurance industry to argue, and won 3-0 and 7-0 respectively, the Valued Policy Law case before the U.S. Court of Appeals for the Fifth Circuit and the question of the validity of the flood exclusion before the Louisiana Supreme Court. Both of those cases had multi-billion dollar implications.

From 1995 to 1999, he served in the Western District (appointed by Judge Haik) as one of two liaison counsel for some fifty (50) families of insurers in *In re Combustion, Inc.*  The case, which involved a class of some 15,000 plaintiffs, ultimately settled for approximately $150 million.  From approximately 2000 – 2005, he served in the Western District (Judge Haik) as one of two liaison counsel in the *Bayou Sorrel* litigation, again acting on behalf of some fifty (50) insurer families.  The *Bayou Sorrel* case was eventually settled for some $26 million.

Mr. Hubbard lectures regularly in the area of insurance law and is a co-author of The

Louisiana Environmental Handbook [Chapter on Bankruptcy and Environmental Law] (Lawyers Cooperative Publishing). His publications include *Bad Faith and Punitive Damage Claims in a Direct Action State*, Insurance Litigation Reporter, Volume 21, Number 9, June 1, 1999; *Bloody But Unbowed: The Absolute Pollution Exclusion in Louisiana*, Environmental Claims Journal, Volume 12, Number 1, Fall 1999; *Surplus Lines Insurance: Understanding and Representing a Growing Industry,* Insurance Coverage Law Bulletin, Volume 2, Numbers 6 and 7, July and August 2003; and *Selecting Defense Counsel and Controlling the Defense: Who Makes the Call When Rights Are Reserved?*, Insurance Coverage Law Bulletin, Volume 3, Number 10, November, 2004. Mr. Hubbard is also a member of the board of editors of the Insurance Coverage Law Bulletin (Law Journal Newsletters).

Respectfully Submitted,

_s/Anne E. Briard_____
**Kristopher T. Wilson, La. Bar No. 23978**
**Ralph S. Hubbard III, La. Bar No. 7040**
**Kristopher M. Redmann, La. Bar #18397**
**Anne E. Briard, La. Bar No. 29102**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:     (504) 568-1990
Facsimile:     (504) 310-9195
e-mail:         kwilson@lawla.com
                rhubbard@lawla.com
                kredmann@lawla.com
                abriard@lawla.com
**Attorneys for Liberty Mutual Insurance**
**Company**

### CERTIFICATE OF SERVICE

I hereby certify that on 8 February 2010 a copy of the foregoing LIBERTY INSURANCE CORPORATION'S MOTION TO NOMINATE INSURER LIAISON COUNSEL was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

_s/Anne E. Briard_____