UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Trevel Jackson vs. Frontier RV, Inc. and Fluor Enterprises, Inc.*<br>No. 09-07626 | |

## MOTION TO AMEND FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Trevel Jackson, who moves this Honorable Court for an Order, allowing the second amendment of the complaint in this matter. This amendment is sought to correct the name of a party defendant (Jayco, Inc. a/k/a Bottom Line RV instead of Frontier RV, Inc.) that was incorrectly stated in the First Supplemental and Amending Petition. No answer has been filed in this case.

WHEREFORE, plaintiff prays for an Order from this Honorable Court allowing the filing of the attached Second Supplemental and Amending Complaint for Damages.

> J. MICHAEL VERON (#7570)
> J. ROCK PALERMO III (#21793)
> VERON, BICE, PALMERO & WILSON, L.L.C.
> P. O. BOX 2125
> LAKE CHARLES, LA  70602
> (337) 310-1600
> (337) 310-1601 (FAX)
>
> PAUL A. DOMINICK
> RICHARD L. TAPP, JR
> DENNIS J. LYNCH
> NEXSEN PRUET, L.L.C.
> P. O. BOX 486
> CHARLESTON, SC  29402
> (843) 577-9440
> (843) 720-1777
>
> SEAN K. TRUNDY
> SEAN KEVIN TRUNDY, L.L.C.
> P. O. BOX 41343
> NORTH CHARLESTON, SC  29423
> (843) 747-4424
> (843) 747-4489

BY:   /s/  J. Rock Palermo III

CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2010, I presented the Motion to Amend First Supplemental and Amending Complaint for filing and uploading to the CM/ECF system which will send notification of such filing to all known counsel of record.

> /s/  J. Rock Palermo III
> J. Rock Palermo III

2