UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Trevel Jackson vs. Frontier RV, Inc. and Fluor Enterprises, Inc.*<br>No. 09-07626 | |

ORDER

Considering the foregoing motion,

IT IS ORDERED that plaintiff be granted leave to file the Second Supplemental and Amending Complaint for Damages.

THUS DONE the _____ day of February, 2010, at New Orleans, Louisiana.

_____
JUDGE