AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Gary Tanner )<br>_____ )<br>*Plaintiff* )<br>v. ) Civil Action No. 09-7879 Sec. N Mag. 5<br>Sunline Acquisition Company, Ltd. d//b/a Sunline )<br>Coach Company, et al )<br>_____ )<br>*Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sunline Acquisition Company, Ltd.
d/b/a Sunline Coach Company
Through Joseph C. Bucara, President
P. O. Box 6345
Wyomissing, PA 19610

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: ___Feb 01 2010___

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 71791000164500137477 | A. Signature X *Timothy P. Gross* ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) Timothy P. Gross |
| | C. Date of Delivery FEB - 5 2010 |
| 1. Article Addressed to:<br><br>Sunline Acquisiton Co., Ltd<br>d/b/a Aunline Coach Company<br>Through Joseph C Bucara, President<br>P. O. Box 6345<br>Wyomissing, PA 19610 | D. Is delivery address different from Item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>19810 |
| | 3. Service Type: ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| Code: Gary Tanner<br>Code2: JIW<br>File: 07-5980 | |

PS Form 3811          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163