AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Leroy Taylor )
_____ )
*Plaintiff* )
v. ) Civil Action No. 09-7872 Sec. N Mag. 5
Recreation by Design, LLC, et al )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Recreation by Design, LLC
Through its Agent for Service of Process
Randall K. Rush
21746 Buckingham Rd.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Feb 01 2010__
Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 71791000167500137521 | A. Signature X _____ ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) KALLEN / C. Date of Delivery 2/5/10 |
| 1. Article Addressed to:<br><br>**Recreation by Design**<br>**Through its Agent for Service of Process**<br>**Randall K. Rush**<br>**21746 Buckingham Rd**<br>**Elkart, IN 46516** | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No |
| | 3. Service Type ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| Code: Leroy Taylor<br>Code2: JIW<br>File: 07-5980 | |

PS Form 3811                     Domestic Return Receipt



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163