UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                               MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2977

## ORDER

Considering the Joint Stipulation (Rec. Doc. 11240),

**IT IS ORDERED** that the following motions are **DENIED AS MOOT:**

(1) **Shaw Environmental, Inc.'s Motion for Partial Summary Judgemnt Regarding Claims Under the Louisiana Products Liability Act ("LPLA") (Rec. Doc. 10930);**

**(2) Defendants' Motion for Partial Summary Judgment on Plaintiff's Claim for Medical Monitoring (Rec. Doc. 10938);** and

(3) **Defendants' Motion for Partial Summary Judgment on Plaintiff's Claim for Loss of Future Earning Capacity (Rec. Doc. 10939).**

New Orleans, Louisiana, this 8th day of February 2010.

                                         **KURT D. ENGELHARDT**
                                         **UNITED STATES DISTRICT JUDGE**