UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL NO. 1873** |
| **FORMALDEHYDE** | |
| **PRODUCT LIABILITY LITIGATION** | **SECTION "N-5"** |
| | |
| | **JUDGE ENGELHARDT** |
| | **MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO: 07-9228**
*James Aldridge v. Gulf Stream Coach, Inc., et al*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Paul Lastrapes, who, pursuant to Federal Rule of Civil Procedure 41(a)(2) hereby voluntarily dismisses Gulf Stream Coach, Inc., Fleetwood Enterprises, Inc., Keystone Industries, Forest River, Inc., Thor Industries, CH2M Hill Constructors, Inc. Fluor Enterprises, Inc., Shaw Environmental, Inc. and the United States of America through the Federal Emergency Management Agency as defendants in the above-captioned matter. Plaintiff further understands that dismissal of his claims are with full prejudice.

Respectfully submitted,

LAW OFFICE OF FRANK J. D'AMICO, JR.

BY:    /s/ Frank J. D'Amico, Jr.
         Frank J. D'Amico, Jr. (#17519)
         622 Baronne St., 2nd Floor
         New Orleans, LA 70113
         Telephone: (504) 525-9561
         Facsimile:  (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/Frank J. D'Amico, Jr.