2-5-10

To my Attorney

I want to dismiss my case because, I works out of Town. I will not be available For Trail.

Paul Lastrapes
*Paul Lastrapes*
Attorney David