# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                           SECTION "N-5"

                                                       JUDGE ENGELHARDT
                                                       MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO: 07-9228
*James Aldridge, et al versus Gulfstream Coach, Inc., et al*

## ORDER TO DISMISS PARTY PLAINTIFF

Considering the above and foregoing:

IT IS ORDERED that Paul Lastrapes be and he is hereby dismissed as a party plaintiff

from the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2010.

                          _____
                          **UNITED STATES DISTRICT JUDGE**