**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER            MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION "N-5"

                               JUDGE ENGELHARDT
                               MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyndon T. Wright v. Forest River, Inc., et al,*
Docket No. 09-2977
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF'S MOTION *IN LIMINE* ON ANY REFERNCE TO PLAINTIFF WITNESSING PREVIOUS EXPERT TESTIMONY

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Lyndon Wright, who respectfully brings this Motion *in Limine* on Defendants referencing the the fact that Plaintiff witnessed the trial testimony of Dr. Edward Shwery at the first bellwether trial in September, 2009. As is more fully outlined by Plaintiff in the Memorandum in Support submitted herewith, any reference to the Plaintiff witnessing the prior testimony with the implication that it somehow affected his reporting of symptoms is both unfairly prejudicial and, as shown by the admission of Defendants' own expert, untrue. As such, Plaintiff respectfully requests that this honorable Court grant this Motion *in Limine* and issue an order prohibiting Defendants from making any reference to Plaintiff having witnessed prior expert testimony at the first bellwether trial.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
Dennis Reich, Texas #16739600

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing on February 9, 2010.

                               s/Gerald E. Meunier
                               GERALD E. MEUNIER, #9471