# Transcript of the Testimony of
# Videotaped Deposition of John W. Thompson, Jr., M.D.

**Date taken: January 8, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 11348-5   Filed 02/09/10   Page 2 of 2

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped Deposition of John W. Thompson, Jr., M.D.

Page 95

1  record, unless, you know, Dr. Field is
2  saying, "I gave him Effexor in 2000," and he
3  is just making that up, then he actually got
4  Effexor in 2000 and didn't get it in 2003,
5  or when he was in the FEMA trailer for the
6  first time.
7       So malingering is not about a
8  particular test. It's about looking at all
9  of the information and just trying to
10 determine what makes sense or what doesn't
11 in light of that information.
12      So, I don't know. That's the best
13 I can answer that question.
14 EXAMINATION BY MR. REICH:
15      Q.   I want you to identify for me --
16      A.   But I never diagnosed him as
17 malingering, okay?
18      Q.   All right. So your position is he
19 is not a malingerer and you have not
20 diagnosed him as a malingerer, correct?
21      MR. BONE:
22           Object to the form.
23 EXAMINATION BY MR. REICH:
24      Q.   Is that true?
25      A.   That's correct.