# Transcript of the Testimony of
# Videotaped Deposition of Dr. Charles Shepard Field, Jr.

**Date taken: October 20, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 11348-6   Filed 02/09/10   Page 2 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Dr. Charles Shepard Field, Jr.

Page 112

1    A.   I don't know.

2    Q.   Now, we have been sitting here
3    discussing Lyndon's personal details in his
4    medical records for this jury for two hours
5    now, and it occurs to me that the jury
6    doesn't know anything about Lyndon.

7         What kind of person is Lyndon, in
8    your opinion?

9    A.   Very nice person, very reliable.
10   Faithfully made his appointments.  He was
11   sort of very down to earth.  He was always
12   up front with his problems.  Didn't speak a
13   whole lot, but mostly was a very reliable
14   patient and would return faithfully for his
15   visits.

16   Q.   Now, you had the occasion to see
17   him over a span of five years; is that
18   correct?

19   A.   Yes.

20   Q.   During those five years, did you
21   have the opportunity to learn anything about
22   Lyndon's veracity as a patient?

23   A.   Well, he seemed to be --
24   everything seemed to be -- well, he just
25   seemed to be honest throughout the time.  I

Case 2:07-md-01873-KDE-MBN   Document 11348-6   Filed 02/09/10   Page 3 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Dr. Charles Shepard Field, Jr.

Page 113

1   didn't have any reason to question his
2   sincerity, you know.
3       Q.  I would like for you to describe
4   for the jury a little bit about Lyndon's
5   personality.  Is it fair to state that he is
6   shy, somewhat reserved?
7       A.  Yes, he was kind of quiet and
8   didn't talk a whole lot.
9       Q.  Some patients I know you see
10  complain a lot and talk a lot.  Is Lyndon
11  one of those patients?
12      A.  No, he spoke only when spoken to.
13  In other words, some people just answer the
14  questions and that was it.  He wouldn't
15  elaborate too much.
16      Q.  Now, in questioning from Mr. Bone,
17  you described you first started to see
18  Lyndon in July of 2000; is that correct?
19      A.  Yes, it was.
20      Q.  And I believe it was July 19,
21  2000, was your first office visit with
22  Lyndon Wright; is that correct?
23      A.  Right.
24      Q.  What was he coming to see you
25  about?