UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Kenneth Rolison, et al*<br>*v. Keystone RV Company, et al*<br>Civil Action No. 09-6966 | § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFFS', PEGGY RILEY, RALPH RILEY, TAM TRAN AND VU PHAM, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', PEGGY RILEY, RALPH RILEY, TAM TRAN and VU PHAM, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 8th day of February, 2010.

_____
HONORABLE KURT ENGELHARDT