# Transcript of the Testimony of
# Videotaped Deposition of John W. Thompson, Jr., M.D.

**Date taken: January 8, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 11352-4   Filed 02/09/10   Page 2 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped Deposition of John W. Thompson, Jr., M.D.

Page 95

1  record, unless, you know, Dr. Field is
2  saying, "I gave him Effexor in 2000," and he
3  is just making that up, then he actually got
4  Effexor in 2000 and didn't get it in 2003,
5  or when he was in the FEMA trailer for the
6  first time.
7           So malingering is not about a
8  particular test.  It's about looking at all
9  of the information and just trying to
10 determine what makes sense or what doesn't
11 in light of that information.
12          So, I don't know.  That's the best
13 I can answer that question.
14 EXAMINATION BY MR. REICH:
15     Q.   I want you to identify for me --
16     A.   But I never diagnosed him as
17 malingering, okay?
18     Q.   All right.  So your position is he
19 is not a malinger and you have not
20 diagnosed him as a malingerer, correct?
21     MR. BONE:
22          Object to the form.
23 EXAMINATION BY MR. REICH:
24     Q.   Is that true?
25     A.   That's correct.

Case 2:07-md-01873-KDE-MBN   Document 11352-4   Filed 02/09/10   Page 3 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped Deposition of John W. Thompson, Jr., M.D.

Page 109

1    Q.   He didn't describe any stresses
2    associated with money to you?  Not making
3    enough money?
4    A.   No.  No.  He was a single guy, he
5    has remained single.  And so, he didn't
6    express that to me, that he had other
7    economic concerns or worries.
8    Q.   With respect to alcohol abuse, a
9    person who is in their mid to late 30s,
10   drinks one to two beers a day, let's say a
11   male, and the male weighs at least
12   150 pounds or so, would you consider that to
13   be alcohol abuse?
14   MR. BONE:
15        Object to the form.
16   THE WITNESS:
17        No.  As I said before, in order to
18   give a diagnosis of alcohol abuse, you would
19   have to demonstrate that when they were
20   consuming alcohol, they were doing something
21   that demonstrated poor judgment.  And he did
22   not describe that to me, and I didn't find
23   that in the records.
24   EXAMINATION BY MR. REICH:
25   Q.   So you found no evidence of poor

Case 2:07-md-01873-KDE-MBN   Document 11352-4   Filed 02/09/10   Page 4 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped Deposition of John W. Thompson, Jr., M.D.

Page 110

1  judgment in the records resulting from
2  alcohol use by Mr. Wright, correct?
3       MR. BONE:
4            Object to the form, you can
5  answer.
6       THE WITNESS:
7            Yes.
8  EXAMINATION BY MR. REICH:
9       Q.  Let's talk about anxiety
10 associated with cancer.  Approximately what
11 percentage of males in the United States
12 contract cancer?
13      A.  I don't know that particular
14 number.
15      Q.  Have you ever seen cancer
16 statistics for Louisiana?
17      A.  I'm sure I have, but I don't have
18 a recollection where I could pull those
19 numbers out of my head.
20      Q.  Does Louisiana have a fairly high
21 cancer incidence rate relative to other
22 states for males?
23      A.  I have seen that reported, yes.
24      Q.  Have you seen reports recently
25 that environmental factors are being