UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER § | MDL NO. 1873 |
| FORMALDEHYDE § | |
| PRODUCT LIABILITY LITIGATION § | SECTION "N-5" |
| § | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: § | |
| § | |
| *Kaunda Bradley, et al* § | |
| *v. Cavalier Home Builders, LLC, et al* § | MAG. JUDGE CHASEZ |
| Civil Action No. 09-6932 § | |

**ORDER ON PLAINTIFFS', LUCY BEEMON AND TERESA BLEDSOE, AS NEXT FRIEND OF KELI BROKMEIER, A MINOR, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', LUCY BEEMON and TERESA BLEDSOE, AS NEXT FRIEND OF KELI BROKMEIER, A MINOR, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 8th day of February, 2010.

_____
HONORABLE KURT ENGELHARDT