**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER  * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS * | |
| | LIABILITY LITIGATION  * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| **THIS DOCUMENT IS RELATED TO** | * | |
| | * | |
| *Lyndon T. Wright v. Forest River, Inc., et al,* | * | |
| *Docket No. 09-2977;* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

IT IS HEREBY ORDERED that Plaintiff's Daubert Motion to Limit the testimony of William Dyson, PhD is hereby set for the hearing on the _____ day of February 24, 2010 at 9:30 a.m. (per Court Coordinator's instructions).

This 9th day of February, 2010.

                                          Respectfully submitted:

                                          **FEMA TRAILER FORMALDEHYDE**
                                          **PRODUCT LIABILITY LITIGATION**

                      BY:    s/Gerald E. Meunier
                                 GERALD E. MEUNIER, #9471
                                 **PLAINTIFFS' CO-LIAISON COUNSEL**
                                 Gainsburgh, Benjamin, David, Meunier &
                                 Warshauer, L.L.C.
                                 2800 Energy Centre, 1100 Poydras Street
                                 New Orleans, Louisiana 70163
                                 Telephone:   504/522-2304
                                 Facsimile:    504/528-9973
                                 gmeunier@gainsben.com

                                 s/Justin I. Woods

1

JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
Dennis Reich, Texas #16739600

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on February 9, 2010.

 s/Gerald E. Meunier
GERALD E. MEUNIER, #9471

2