```
                                                                    1

 1                 UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
 2                      NEW ORLEANS DIVISION

 3


 4      IN RE:   FEMA TRAILER
        FORMALDEHYDE PRODUCT
 5      LIABILITY LITIGATION
                                          MDL NO. 07-1873
 6
        (Elisha Dubuclet obo              SECTION "N" (5)
 7      Timia Dubuclet vs.
        Fleetwood, Fluor Enterprises,     JUDGE ENGELHARDT
 8      Inc., and FEMA)
                                          MAG. JUDGE CHASEZ
 9

10

11              ORAL AND VIDEOTAPED DEPOSITION OF
                    WILLIAM L. DYSON, Ph.D., CIH
12                        October 27, 2009
                            10:00 a.m.
13                       201 17th Street

14

15                          Suite 1700

16

17                        Atlanta, Georgia

18

19

20

21

22

23

24

25        Maureen S. Kreimer, RPR, CCR-B-1379
```

17

1   we certainly can.  But just take, for example, the
2   Matsunaga article.  And in Table 2, the section on
3   atopic eczema, we have confidence intervals that
4   include 1, all the way through until they combined
5   some -- or did some combining of the information and
6   then they got a lower confidence interval, 1.01.
7           The essence of it is that you can't draw a
8   strong conclusion from that, because when the
9   confidence interval includes 1, it may well be due to
10  chance, as opposed to an actual cause-effect
11  relationship.
12          So this is not a very strong article in
13  support of the proposition that gaseous formaldehyde,
14  especially at low concentrations, can cause atopic
15  eczema.  That's an example.  And there are examples
16  of that nature throughout.
17      Q.   Okay.  So as far as that particular
18  example, then, since in your view that the article
19  does not support that proposition, is it your opinion
20  that that's an invalid proposition?
21      A.   At least it's not supported by that
22  article --
23      Q.   Okay.
24      A.   -- nor any other that I'm aware of.
25      Q.   So but is it your opinion that that, in

Dyson, William 102709

1   low concentrations, that that is not a cause of
2   formaldehyde exposure?
3       A.   Based on what I know, and obviously I'm
4   not a dermatologist, but my best reading of the
5   scientific literature is that there is no scientific
6   support for the proposition that gaseous formaldehyde
7   at very low concentrations, in the less than a part
8   per million, result in atopic eczema or exacerbation
9   of atopic eczema.
10      Q:   Is there a -- and just kind of following
11  this line of questioning, is there any level at which
12  formaldehyde would cause that issue?
13      A.   Well, liquid formaldehyde in contact with
14  skin is problematic in that regard, and so there is a
15  concentration of liquid formaldehyde that can present
16  a problem of dermal sensitization.
17          But I am not aware, at least in the
18  concentrations that we're talking about, low parts
19  per million, or less than a part per million of a
20  concentration, that results in enough exposure to
21  present a risk of atopic eczema.
22      Q.   Now, as far as the other documents in your
23  reliance materials, what was your process of coming
24  up with those, those articles?
25      A.   The articles that are footnoted in my

19

1  report, I can describe my process there.  I'm looking
2  for the best summary information I can find that
3  represents good science, at least as best I can judge
4  it, on a particular issue, whether it is the
5  carcinogenic potential of formaldehyde, or the
6  irritancy of formaldehyde.  And those are the
7  articles that I used.
8      Q.  So it's based on your judgment of what's
9  good science; is that correct?
10     A.  Yes.
11     Q.  And do you have anybody assisting you with
12 that judgment?  I mean, you have any scientists
13 assisting you where you think that -- is that
14 something that is within your area of expertise to
15 determine what's good science and bad science as far
16 as these formaldehyde exposure issues are concerned?
17     A.  Well, I have been looking at these
18 articles for a long time, and I believe I'm competent
19 to make that judgment, and certainly if I use that
20 article in my report, I have to stand behind that
21 judgment, so I'm not relying upon other people to
22 make that judgment for me.
23     Q.  All right.  Have you done any independent
24 testing yourself of effects of formaldehyde exposure?
25     A.  Not in the sense of a design scientific

20

1  study.  Obviously, I have made thousands of
2  measurements for airborne formaldehyde over time, in
3  factory situations, in situations around
4  manufacturing housing, and I have noted my own
5  reactions to that, and so forth.  But I have not done
6  a scientific study.
7       Q.   And I believe this was covered in the Gulf
8  Stream -- the Alexander case, but I don't believe
9  you've published any peer-reviewed papers or anything
10 like that involving the issue of the effects of
11 formaldehyde as far as individuals?
12      A.   That's true, I have not.
13      Q.   I'm looking at, now at your report, the
14 first page of your report.  In the introduction, you
15 were asked to review certain case-specific documents.
16           Are all of those documents, to your
17 knowledge, included in your reliance materials?
18      A.   I'm not sure what things we're referring
19 to as the reliance materials here, but the things
20 that I found important to review are covered in
21 footnotes in the report, obviously.
22           Now, I probably did review some additional
23 things that are not footnoted here that are listed in
24 the reliance materials, such as the depositions of
25 various witnesses, but there are no footnotes to

119

1  non-detectable, that's correct.
2       Q.   And I'm pretty sure I asked you this, but
3  as far as your background, you're not a medical
4  doctor, isn't that correct?
5       A.   That's true.
6       Q.   And you're not a biologist?
7       A.   No.
8       Q.   Not a chemist?
9       A.   I'm a chemical engineer.
10      Q.   Chemical engineer.  How about a
11 toxicologist?
12      A.   No.
13      Q.   Not a toxicologist.  Did you -- this is a
14 photograph, and actually, this one doesn't have a
15 number on it for some reason, that was provided by
16 Mr. Watson.  It shows a sticker that was on the
17 Fleetwood trailer, talked about it being an emergency
18 living unit; do you recall seeing that sticker when
19 you went there?
20      A.   I don't recall seeing it.
21      Q.   Okay.  And you don't know whether
22 Fleetwood put that sticker on the travel trailer or
23 not?
24      A.   I don't believe Fleetwood put it on there.
25 Yeah, I don't know what this is.

Dyson, William 102709