UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to: *Lyndon T. Wright  v. Forest River, Inc., et al*, Docket No. 09-2977 | * | JUDGE: ENGELHARDT |
| | * | |
| | * | MAG: CHASEZ |

*************************************************************************

### FOREST RIVER, INC.'S MOTION TO EXCLUDE PLAINTIFF'S ANIMATION EXHIBIT

**NOW INTO COURT**, through undersigned counsel, comes defendant Forest River, Inc., ("Forest River") who, for the reasons more fully set forth in the supporting memorandum attached hereto and incorporated herein as if reproduced *in extenso*, respectfully moves this Honorable Court to exclude plaintiff's animation exhibit.  Pursuant to the Court's request, undersigned counsel has contacted counsel for plaintiff, and plaintiff opposes this motion.

                                    Respectfully submitted,

                                    /s/  Jason D. Bone
                                  ERNEST P. GIEGER, JR. (La. Bar Roll No. 6154)
                                  JASON D. BONE (La. Bar Roll No. 28315)
                                  CARSON W. STRICKLAND (La. Bar Roll No. 31336)
                                  GIEGER, LABORDE & LAPEROUSE, L.L.C.
                                  One Shell Square
                                  701 Poydras Street, Suite 4800
                                  New Orleans, Louisiana 70139-4800
                                  Telephone: (504) 561-0400
                                  Facsimile: (504) 561-1011
                                  *ATTORNEYS FOR FOREST RIVER, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of February, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/  Jason D. Bone
JASON D. BONE