1

1                UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF LOUISIANA
3
4    IN RE:  FEMA TRAILER        MDL NO. 1873
5    FORMALDEHYDE PRODUCTS       SECTION N(4)
6    LIABILITY LITIGATION        JUDGE ENGELHARDT
7    (This document is related
     to "Lyndon Wright, et al.
8    v. Forest River, Inc.,
     et al.")
9
10                     *  *  *
11
12              VIDEOTAPED DEPOSITION OF ALEXIS
13   MALLET, JR., 103 BRANDBERRY CROSSING,
14   LAFAYETTE, LOUISIANA 70598, TAKEN AT THE
15   OFFICES OF FRANK D'AMICO, ATTORNEY AT LAW,
16   622 BARONNE STREET, NEW ORLEANS, LOUISIANA
17   70112, ON THE 12TH DAY OF JANUARY, 2010.
18
19
20   REPORTED BY:
21       CATHY RENEE´ POWELL, CCR
         PROFESSIONAL SHORTHAND REPORTERS
22       (504)529-5255
23   VIDEOGRAPHER:
24       MICHAEL BERGERON
         PROFESSIONAL SHORTHAND REPORTERS
25       (504)529-5255

```
 1    system, because your vapor barrier, your
 2    pressure barrier, is on the inside of that
 3    unit.
 4              So if it had X of formaldehyde
 5    off-gassing inside the unit and then it's
 6    bringing in Y from the -- from the cavities,
 7    then it would be increasing that.
 8         Q.   So by virtue of the operation of
 9    the air-conditioning system, it would be
10    your expectation that the level of
11    formaldehyde in the living space of the
12    trailer would increase?
13         A.   That's how the gas -- yes, that's
14    how the gas would get into -- if there
15    wasn't already off-gassing occurring on the
16    inside of the living area, then the negative
17    air pressure would be drawing in -- even if
18    you had no formaldehyde on the inside, the
19    negative air pressure would be drawing in
20    that which was in the ceiling and wall
21    cavities.
22         Q.   Did you ever perform any testing
23    to quantify the amount of increased
24    formaldehyde concentration within the living
25    space of this particular trailer by
```

1    operation of the air-conditioning system?

2         A.   No.  Quantification, we did not.

3         Q.   So you couldn't tell me if it

4    increased it by 1 part per billion or 100

5    parts per billion, could you?

6         A.   No, I could not.

7         Q.   And the same question with respect

8    to the heating system --

9         MR. PINEDO:

10             Were you finished with your

11   answer, Mr. Mallet?

12        THE WITNESS:

13             Yes.

14        MR. PINEDO:

15             Sorry.

16        MR. BONE:

17             That's all right.

18   EXAMINATION BY MR. BONE:

19        Q.   With respect to the heating

20   system, would the same be true?

21             In other words, did you perform

22   any testing that would quantify the increase

23   in formaldehyde concentration within the

24   Lyndon Wright unit by operation of the

25   heating system?

1      A.   No, no quantification.

2      Q.   Okay.  Again, so you couldn't say,

3  if called upon to testify, that the

4  operation of the heating system would have

5  increased the formaldehyde concentration in

6  the Lyndon Wright unit by 1 part per billion

7  or 100 parts per billion.  True?

8      A.   That's correct.

9      Q.   Okay.

10     A.   And the quantity, from my

11 standpoint, is -- is of no consequence.  The

12 avenue, one, if there is off-gassing; and

13 what conditions are conducive to the

14 off-gassing; how does that off-gassing get

15 into the living area?

16          So I was not -- it was not my

17 charge to quantify any formaldehyde

18 off-gassing.

19     Q.   And I appreciate your answer, but

20 my question relates specifically to this.

21 It may increase formaldehyde off-gassing.  I

22 understand that's your opinion.  But that

23 increase in off-gassing, you can't tell me

24 whether that results in any increase in

25 concentration in the living quarters of the

```
 1    unit, correct?
 2         A.   Well, if it's drawing in even
 3    1/10th part per billion more than is already
 4    in the unit, remember, we've got a vapor
 5    barrier on the inside, and we're bringing in
 6    more air than we're expelling from the
 7    attic.
 8              So to the extent that we have
 9    off-gassing in the attic or the ceiling,
10    even if 1/10th of a billion -- same thing
11    with mold.
12              If we equate it to mold, when your
13    system is operating under negative pressure,
14    it's drawing in the hot, humid contaminants
15    from the outside, whether it's mold, whether
16    it's sulfur gases, whether it's formaldehyde
17    gases, whatever is around the envelope of
18    that building, that's what is going to be
19    drawn into the building.
20         Q.   All right.  But the actual impact
21    on air quality, you can't tell me?
22         A.   I can't quantify.
23         Q.   Right.  And there's a way to test
24    how the formaldehyde level in this trailer
25    would be impacted by the operation of either
```

```
 1   the heating or air-conditioning system,
 2   isn't there?
 3        A.   That's beyond the scope of my
 4   expertise.
 5        Q.   Did you ever ask Bill Scott,
 6   "Isn't there a way for us to test how the
 7   operation of the air-conditioning system
 8   affects formaldehyde concentration in this
 9   trailer?"
10        A.   No, I did not.  I had very little
11   interaction with Bill Scott.
12        Q.   Have you been provided the
13   stipulation regarding the use of
14   low-formaldehyde-emitting products in this
15   trailer?
16        A.   The stipulation that you-all have
17   stated that there was LFE in there?
18        Q.   There's a stipulation amongst all
19   the parties in this litigation that all of
20   the wood products contained within the
21   Lyndon Wright unit that may have contained
22   urea formaldehyde resin were
23   low-formaldehyde-emitting.  Were you aware
24   of that?
25        A.   No.  The only thing I was aware of
```