```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE:  FEMA TRAILER         MDL NO. 1873
 5    FORMALDEHYDE PRODUCTS        SECTION N(4)
 6    LIABILITY LITIGATION         JUDGE ENGELHARDT
 7    (This document is in reference to
       "Lyndon Wright v. Forest
 8         River, et al.")
 9                      *  *  *
10
11              VIDEOTAPED DEPOSITION OF ERVIN
12    RITTER, P.E., 201 BOCAGE CIRCLE, LAFAYETTE,
13    LOUISIANA 70503, TAKEN AT THE OFFICES OF
14    FRANK D'AMICO, ATTORNEY AT LAW, 622 BARONNE
15    STREET, NEW ORLEANS, LOUISIANA 70112, ON THE
16    9TH DAY OF DECEMBER, 2009.
17
18
19    REPORTED BY:
20       CATHY RENEE´ POWELL, CCR
          PROFESSIONAL SHORTHAND REPORTERS
21       (504)529-5255
22    VIDEOGRAPHER:
23       BRIAN SOILEAU
          PROFESSIONAL SHORTHAND REPORTERS
24       (504)529-5255
25
```

1        A.   No, I have not.

2        Q.   I assume, then, you didn't see the

3   diagram that Mr. LaGrange drew for us where

4   he described the difference between bulk

5   water intrusion and condensation within the

6   unit?

7        MR. AHLQUIST:

8             Object.

9        THE WITNESS:

10            No, I have not.

11  EXAMINATION BY MR. BONE:

12       Q.   You say that "with a negative air

13  pressure, there is a risk of having

14  condensation form in the walls, roof or

15  floor cavities."

16            Can you point me to the photograph

17  that demonstrates condensation forming in

18  the wall?

19       A.   No, I cannot.

20       Q.   Can you point me to any photograph

21  that demonstrates condensation forming in

22  the floor cavity?

23       A.   No, I cannot.

24       Q.   Can you point me to any photograph

25  that demonstrates condensation forming in

1    the roof compartment?
2         A.   No.
3         Q.   Is there any other evidence that
4    you have of condensation forming in those
5    areas while Mr. Wright lived in this unit?
6         A.   No.
7         Q.   The next item in your report is
8    that "The walls did not have a vapor
9    barrier," and you state that "A vapor
10   barrier would tend to reduce the risk of
11   condensation in the walls and the walls only
12   have an R-8 unfaced fiberglass batt
13   insulation," correct?
14        A.   That is correct.
15        Q.   You indicated that one of the
16   problems that you would expect to find with
17   only using R-8 would be that you could not
18   control for temperature or for humidity
19   using the 15,000 BTU air conditioner.  True?
20        A.   Say again?  I'm sorry.
21        Q.   You mention in here that one of
22   the problems that you would expect to
23   encounter using R-8 insulation for the
24   walls, ceiling and floor is that during
25   particularly hot days, the air conditioner

1    in this unit would not be able to properly
2    control for temperature and humidity,
3    correct?
4        A.   That is correct.
5        Q.   Do you have any evidence that in
6    this unit, in August, in Melville,
7    Louisiana, that the air-conditioning system
8    did not control either temperature or
9    humidity in the interior living spaces?
10       A.   Not in Melville, Louisiana.
11       Q.   Do you have any evidence that
12   while Mr. Wright resided in this unit, that
13   the air-conditioning system was not capable
14   of controlling for temperature and humidity?
15       MR. D'AMICO:
16            Object to the form.
17       THE WITNESS:
18            No.
19   EXAMINATION BY MR. BONE:
20       Q.   And your answer was "no."  Is that
21   correct?
22       A.   That is correct.
23       Q.   Now, the next issue is with
24   respect to the installation of the supply
25   and return ductwork in the ceiling cavity.