1

```
                 IN THE UNITED STATES DISTRICT COURT

             FOR THE EASTERN DISTRICT OF LOUISIANA




    IN RE:  FEMA TRAILER            *   MDL NO. 1873
    FORMALDEHYDE PRODUCTS           *   SECTION:N(5)
    LITIGATION                      *
                                    *
                                    *
    THIS DOCUMENT RELATES TO:       *
    LYNDON T. WRIGHT V.             *
    FOREST RIVER, INC., ET AL.,     *
    DOCKET NO. 09-2977              *
                                    *
    *****************************
```

         DEPOSITION OF BOBBIE R. WRIGHT, 15406 Blue
Ridge Drive, Missouri City, Texas, taken in the
offices of Reich & Binstock, LLP, 4265 San Felipe
Street, Ste. 1000, Houston, Texas, on Tuesday, the
5th day of January 2010.

```
 1         Q.   Now, you've talked about -- I know we're
 2    having some -- some trouble pinning down the exact
 3    time periods that you went and visited Lyndon --
 4         A.   Right.
 5         Q.   -- when he was in the trailer.
 6         A.   Right.  Right.
 7         Q.   But I believe you said when you'd stay in
 8    the trailer with Lyndon on a couple of these trips
 9    to visit him, you'd use the air conditioning in the
10    unit or the air conditioning would be on in the unit
11    if it was hot outside, right?
12         A.   Uh-huh.
13         Q.   Would you ever open the doors and windows
14    of the unit to get some air inside of the trailer?
15         A.   Open the windows?  Yeah, the windows always
16    stayed cracked.
17         Q.   Okay.  Did you ever directly talk with
18    Lyndon about whether he was looking for other places
19    to live?
20         A.   Did I talk to him about whether he was
21    looking?
22         Q.   Yeah.  Did you ever have any conversations
23    about, you know, I'm looking at apartments here, I'm
24    looking around for a new place to live?
25         A.   Well, I mean, not -- not just talked about
```