```
 1
 2              IN THE UNITED STATES DISTRICT COURT
 3             FOR THE EASTERN DISTRICT OF LOUISIANA
 4
 5
 6   IN RE:  FEMA TRAILER         *   MDL NO. 1873
     FORMALDEHYDE PRODUCT         *   SECTION:n(5)
 7   LITIGATION                   *
                                  *
 8                                *
     THIS DOCUMENT RELATES TO:    *
 9   LYNDON T. WRIGHT V.          *
     FOREST RIVER, INC., ET AL.,  *
10   DOCKET NO. 09-2977           *
                                  *
11   ******************************
12
13
14
15           Deposition of MICHELLE C. WRIGHT, 15406
16   Blue Ridge Drive, Missouri City, Texas, taken in the
17   offices of Reich & Binstock, LLP, 4265 San Felipe
18   Street, Ste. 1000, Houston, Texas, on Tuesday, the
19   5th day of January 2010.
20
21
22
23
24
25
```

```
1        A.    Somewhat.
2        Q.    Is she Lyndon's present girlfriend?
3        A.    Was.  I don't know.
4        Q.    Do you know if he presently has a
5    girlfriend?
6        A.    No.
7        Q.    Was that something that he would talk to
8    you about?
9        A.    No.
10       Q.    When you came to visit the travel trailer
11   in the summertime, for example, was the air
12   conditioning running?
13       A.    Yes.
14       Q.    And was it -- did it keep the trailer cool?
15       A.    Yes.
16       Q.    Did you set the thermostat in the travel
17   trailer?
18       A.    No.
19       Q.    Do you know what the thermostat was set at?
20       A.    No.
21       Q.    How about the windows, were they cracked?
22       A.    They was cracked.
23       Q.    Was that consistent throughout the whole
24   time you were in the trailer?
25       A.    Yes.
```