```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE:  FEMA TRAILER      MDL NO. 1873

 5    FORMALDEHYDE PRODUCTS     SECTION "N"(5)

 6    LIABILITY LITIGATION      JUDGE ENGELHARDT

 7

 8    This document relates to:  Lyndon T. Wright

 9         v. Forest River, Inc., et al

10              Docket No. 09-2977

11                    *  *  *

12

13       Videotaped Deposition of NICOLE DISON,

14    3205 Louisiana Avenue Parkway, New Orleans,

15    Louisiana 70125, taken at the Law Offices of

16    Frank J. D'Amico, Jr., 622 Baronne Street,

17    New Orleans, Louisiana 70113, on Thursday,

18    the 14th day of January, 2010.

19

20    REPORTED BY:

21         JAMES T. BRADLE, CCR

              PROFESSIONAL SHORTHAND REPORTERS

22         (504)529-5255

23    VIDEOGRAPHER:

24         MICHAEL BERGERON

              PROFESSIONAL SHORTHAND REPORTERS

25         (504)529-5255
```

```
 1        Q    And you would cook?
 2        A    Yeah, I would cook for him food.
 3        Q    So you cooked in the trailer?
 4        A    Yes.
 5        Q    Okay.  When you cooked in the
 6   trailer, did you ever raise the windows?
 7        A    The windows, we always had the
 8   windows up.
 9        Q    I'm sorry.  "We always" -- I'm
10   sorry.
11        A    Me and Lyndon, we always had the
12   windows up.  When we were sitting in there
13   watching TV or whatever, we would have the
14   windows up.
15        Q    When you said "the windows" --
16        A    The window that's on this side by
17   the sofa and they have a window that's over
18   here by -- that would be by the table.  So
19   we would have both windows up.
20        Q    My recollection is that there are
21   five windows in the trailer, all of which
22   can be made up and down.  Are those the only
23   two you remember opening or did you open all
24   five of them?
25        A    I only opened up them two.  I
```

1    never went in the bedroom.
2        Q    Okay.  So I'm going to eliminate
3    the bedroom windows.  And you said you
4    always had --
5        A    Always had the front door open.
6        Q    Always had the front door open?
7        A    And the two windows up.
8        Q    And the two windows up.  Why is
9    that?
10       A    We just used to sit up there and
11   it didn't make no sense to run the air
12   conditioner all day.  We just used to just
13   sit in the front and watch TV or whatever or
14   we were sitting at the table eating and we
15   always had the window open or the front door
16   open.
17       Q    You had the windows all the way
18   up?
19       A    No, we would have them cracked up
20   some.
21       Q    But you had them open, both
22   windows open?
23       A    Uh-huh (affirmative response).
24   And the front door.
25       Q    Always both?

```
1      A    Uh-huh (affirmative response).
2      Q    And always the front door open?
3      A    Right.
4      Q    So there was a lot of ventilation?
5    MR. AHLQUIST:
6           Object to the form.
7    EXAMINATION BY MR. GIEGER:
8      Q    Right?
9      A    Yeah.
10     Q    Okay.  You said "we always did
11   that."
12     A    During the day.
13     Q    Okay.  What did you do at night?
14     A    We would have the windows closed
15   and the door closed and just be watching TV
16   and put on the air conditioner.
17     Q    Okay.  So correct me if I'm wrong.
18   During the day, you would open the windows,
19   open the door every time?
20     A    Uh-huh (affirmative response).
21     Q    And there was ventilation, right?
22     A    Uh-huh (affirmative response).
23     Q    But at night, you would close the
24   windows, close the door, and turn the air
25   conditioner on?
```