1

```
 1              UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE:  FEMA TRAILER        MDL NO. 1873

 5    FORMALDEHYDE PRODUCTS       SECTION "N"(5)

 6    LIABILITY LITIGATION        JUDGE ENGELHARDT

 7

 8    This document relates to:  Lyndon T. Wright

 9          v. Forest River, Inc., et al

10              Docket No. 09-2977

11                   *   *   *

12       Videotaped Deposition of TYSHONE MARSH,

13    3417 S. Claiborne Avenue, Apartment 5, New

14    Orleans, Louisiana 70125, taken at the Law

15    Offices of Frank J. D'Amico, Jr., 622

16    Baronne Street, New Orleans, Louisiana

17    70113, on Thursday, the 14th day of January,

18    2010.

19

20    REPORTED BY:

21       JAMES T. BRADLE, CCR

         PROFESSIONAL SHORTHAND REPORTERS

22       (504)529-5255

23    VIDEOGRAPHER:

24       MICHAEL BERGERON

         PROFESSIONAL SHORTHAND REPORTERS

25       (504)529-5255
```

```
1       A    Yes.
2       Q    Other than that one occasion when
3  that happened, were you and Lyndon together
4  with anyone else in the trailer?
5       A    No, sir.
6       Q    Did you ever see any mold in the
7  trailer?
8       A    No, sir.
9       Q    Did Lyndon ever complain to you
10 about there being mold in the trailer?
11      A    No, sir.
12      Q    When you and Lyndon were in the
13 trailer during the day, did you open the
14 windows and the doors?
15      A    Yes.
16      Q    Okay.  Every time?
17      A    Well, when I got there, his
18 windows used to be open.
19      Q    Did you have a key to the trailer?
20      A    No, sir.
21      Q    Lyndon had a key?
22      A    Yes.
23      Q    Do you know Nicole Dison?
24      A    Yes.
25      Q    Okay.  Was Nicole living in that
```

1    trailer or staying in that trailer in 2006?
2         A    Oh, I don't know.
3         Q    Okay.  So you and Nicole and
4    Lyndon were never in the trailer at the same
5    time?
6         A    No, sir.
7         Q    Oops.  That's a double negative.
8    I am correct, yes, that you and Lyndon and
9    Nicole were never in the trailer at the same
10   time; is that correct?
11        A    Yes, you're correct.
12        Q    Okay.  But you said when you came
13   to the trailer, the windows and door were
14   always open?
15        A    Uh-huh (affirmative response).
16        Q    Because when you came to the
17   trailer, someone was always in it, right?
18        A    Mr. Lyndon.
19        Q    Okay.  Never Ms. Dison?  In other
20   words, you never came to the trailer and
21   Lyndon was gone and Ms. Dison was there?
22        A    Huh-uh (negative response).
23        Q    Am I right?
24        A    Yes.
25        Q    "Yes," right?

```
 1       A    Uh-huh (affirmative response).
 2       Q    Okay.  But on all those occasions
 3  when you came to the trailer in '06, '07 and
 4  '08, Lyndon was there and the windows and
 5  door were open, right?
 6       A    Uh-huh (affirmative response).
 7       Q    Every time?
 8       A    Yes.
 9       Q    When you're saying the windows,
10  you're talking about the two windows that
11  are in the area where the kitchen and couch
12  is or which windows are you talking about?
13       A    The window that was by the sofa.
14       Q    I'm going to show you a picture
15  that has been identified by other witnesses
16  and see if this helps you.  I'm going to
17  show what has been previously identified as
18  a photograph of Lyndon Wright's trailer at
19  some point in time designated as LW-000077,
20  previously identified in a deposition today
21  as Dison No. 6, and ask you, does this look
22  like the trailer, Lyndon Wright's trailer?
23  It has been purported to us by the plaintiff
24  that that is Lyndon Wright's trailer, it's
25  pictures of Lyndon Wright's trailer.
```

1       A    Yes.

2       Q    Does that look like Lyndon

3  Wright's trailer to you?  Right?

4       A    Uh-huh (affirmative response).

5       Q    All right.  Now, when you said the

6  windows that were open, are you talking

7  about this window (indicating) and this

8  window (indicating)?

9       A    Yes.

10      Q    Because it's a video, I'm going to

11 put it like this, and so, could you use my

12 pen and point to those same windows that

13 you're talking about were always open?

14      A    That one (indicating) and that one

15 (indicating).

16      Q    So every time you came to the

17 trailer, those two windows were open?

18      A    Yes, and the door.

19      Q    And the front door was open, too?

20      A    Uh-huh (affirmative response).

21      Q    Every time?

22      A    Uh-huh (affirmative response).

23      Q    Do you know why?

24      A    No, sir.  I don't know why.

25      Q    So you came there during the

1    summer, the spring -- the spring, the

2    summer, the winter and the fall?  All four

3    seasons you were there in '06, '07, '08,

4    right?

5         A    Uh-huh (affirmative response).

6         Q    And every time you went, those two

7    windows and that door were open?

8         A    Uh-huh (affirmative response).

9         Q    Were you ever there when he was

10   running the air conditioner?

11        A    No, sir.

12        Q    Okay.  But you were never there at

13   night?

14        A    No, sir.

15        Q    I am correct, you were never there

16   at night, "yes"?

17        A    Yes, sir.

18        Q    It's only a lawyer thing.  It's

19   double negatives, and so I'm just trying to

20   make sure I'm clear.  And sometimes you

21   would visit Lyndon during the week?  You

22   didn't just visit him on the weekends, did

23   you?

24        A    During the week sometimes.

25        Q    Sometimes during the weeks,