```
00001
   1          UNITED STATES DISTRICT COURT
   2          EASTERN DISTRICT OF LOUISIANA
   3
   4 IN RE:   FEMA TRAILER       MDL NO. 1873
   5 FORMALDEHYDE PRODUCTS       SECTION "N"(4)
   6 LIABILITY LITIGATION        JUDGE ENGELHARDT
   7
   8 This document relates to:  Lyndon T. Wright
   9      v. Forest River, Inc., et al
  10            Docket No. 09-2977
  11                 *  *  *
  12
  13     Videotaped Deposition of PAUL J.
  14 LaGRANGE, 256 Calumet Drive, Madisonville,
  15 Louisiana 70447, taken at the Law Offices of
  16 Frank J. D'Amico, Jr., 622 Baronne Street,
  17 New Orleans, Louisiana 70113, on Monday, the
  18 26th day of October, 2009.
  19
  20 REPORTED BY:
  21     JAMES T. BRADLE, CCR
         PROFESSIONAL SHORTHAND REPORTERS
  22      (504)529-5255
  23 VIDEOGRAPHER:
  24      MICHAEL BERGERON
         PROFESSIONAL SHORTHAND REPORTERS
  25      (504)529-5255
```

```
00079
    1       A    Yes, sir, there is.
    2       Q    And that's what you did in this
    3 particular case?
    4       A    Yes, sir.
    5       Q    What did you determine was the
    6 natural ventilation rate of this particular
    7 unit?
    8       A    The natural air changes per hour
    9 for this unit was calculated to be 1.374
   10 natural air changes per hour.
   11       Q    And in layman's terms, what does
   12 that mean?
   13       A    In layman's terms, probably the
   14 easiest way to envision what this number
   15 means is that 100 percent of the air, the
   16 cubic volume of air that's inside of that
   17 trailer exchanges every -- approximately
   18 every 44 minutes.
   19       Q    The blower door test at negative
   20 50 Pascals, I think in your report you
   21 indicate that that replicates a wind of
   22 20 miles an hour?
   23       A    Equally on all sides.
   24       Q    Equally on all sides pushing in or
   25 pushing out?
```