```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3                    NEW ORLEANS DIVISION

 4

 5   IN RE:   FEMA TRAILER            MDL NO. 1873

 6            FORMALDEHYDE PRODUCTS

 7            LIABILITY LITIGATION    SECTION "N" (5)

 8                                    JUDGE: ENGELHARDT

 9                                    MAG: CHASEZ

10   THIS DOCUMENT IS RELATED TO: 07-9228

11   Aldridge, et al. vs. Gulf Streat Coach, Inc., et

12   al.

13   (Elisha Dubuclet obo Timia Dubuclet)

14

15           Video Deposition of H. JAMES WEDNER,

16   M.D., taken on behalf of the Plaintiffs, at the

17   offices of Dr. H. James Wedner, One Barnes

18   Hospital Plaza, Northwest Tower, 15th Floor, St.

19   Louis, Missouri, on the 12th of October, 2009,

20   before Nicki J. Madison, a Certified Court

21   Reporter #959(G), a Registered Professional

22   Reporter and Certified Shorthand Reporter and

23   Notary Public.

24

25
```

```
 1        Q    Inhaled formaldehyde, in your opinion,
 2   does not get down there?
 3        A    Correct.
 4        Q    But is formaldehyde also contained in
 5   certain foods?
 6        A    Is it contained in certain foods?  Sure.
 7        Q    But that's not free formaldehyde, is it?
 8        A    No, it's formyl, F-O-R-M-Y-L.
 9        Q    And that's not an irritant in the same
10   way that formaldehyde in the ambient air we have
11   been discussing is?
12        A    That's correct.
13        Q    Tell me again the formula or the
14   description you used for formaldehyde in food?
15        A    Most formaldehyde is a single one carbon
16   fragment, and it's a formyl group.
17        Q    You say, F-O-R-M-I-L, formyl.
18        A    Y-L.
19        Q    F-O-R --
20        A    M-Y-L, formyl.
21        Q    Formyl group.  So when we are talking
22   about formaldehyde in something like shrimp or
23   beer, that's totally different than the
24   formaldehyde we would be talking about in the
25   ambient air, isn't it?
```

1      A    Correct.
2      Q    Because we know if you drink a glass of
3  beer or you eat a few shrimp, that's going down
4  through your throat and into your stomach, and
5  that doesn't cause the type of primary irritant
6  reaction that we are talking about with ambient
7  formaldehyde in the air, does it?
8      A    Well, if we are talking about
9  formaldehyde in beer, no.  To some people, beer
10 itself is an irritant, but that's neither here nor
11 there.
12     Q    That's not true for you, is it?
13     A    I don't drink much beer actually.  I
14 prefer wine, personally.
15     Q    So if somebody is talking about
16 formaldehyde in food, whether it's beer or whether
17 it's shrimp or whether it's catfish, and we are
18 talking about formaldehyde in the air, that's just
19 two different things, that's apples and oranges,
20 isn't it?
21     A    I usually don't talk about formaldehyde
22 in foods, so I really don't know what you are
23 talking about, so.  We generally don't talk about
24 formaldehyde in food.
25     Q    We don't talk it about being an irritant

1    or a cancer risk, do we?

2        A    No, we don't talk about it at all.

3        Q    Because it's not something to be
4    concerned about, is it?

5        A    As I say, I can't remember the last time
6    anybody ever mentioned to me the fact that there
7    was formaldehyde in their food.

8        Q    And if somebody was making a comparison
9    between formaldehyde and food and formaldehyde and
10   ambient air, that would just be something that is
11   totally without merit when we are discussing about
12   a risk of harm due to exposure to formaldehyde,
13   wouldn't it?

14       A    I have no idea what you are talking
15   about.  Formaldehyde is a gas.  So the
16   formaldehyde that I envision in food is a formyl
17   one carbon fragment, so I wouldn't even call it
18   formaldehyde.

19       Q    Okay.  So if somebody is talking about
20   formaldehyde in shrimp, you don't think it's
21   scientifically accurate to discuss that, do you,
22   describe it that way, do you?

23       A    I have never heard it called that, so
24   maybe there is formaldehyde gas that off gases
25   from shrimp.  I don't know.

1      Q    I'm not talking about formaldehyde gas
2    off gasing.  I'm talking about formaldehyde in the
3    formyl group, as you discussed it, as being in
4    food substances.
5      A    Well, formaldehyde is one of our major
6    way of transporting one carbon fragments, so we
7    use it all the time in intermediary metabolism.
8    There is formaldehyde in all foods.  So to that
9    extent, everything has formaldehyde, but it's not
10   the kind of formaldehyde we are talking about.
11     Q    It's not the type of formaldehyde that we
12   are talking about that can cause harm to the human
13   body and is considered a primary irritant; isn't
14   that right?
15     A    I would say not.
16     Q    In fact, there is formaldehyde contained
17   in human blood; isn't that right?
18     A    Yes.
19     Q    And that's not the type of formaldehyde
20   that causes harm to the human body, is it?
21     A    I would hope not.
22     Q    That's part of the formaldehyde that's in
23   the formyl group, isn't it?
24     A    Actually, some of it actually, if you
25   were to look at it in low, low, low concentrations