```
 1              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:   FEMA TRAILER         ) MDL NO. 1873
              FORMALDEHYDE PRODUCTS )
 4            LIABILITY LITIGATION  ) SECTION "N" (5)
                                    )
 5                                  )
      THIS DOCUMENT IS RELATED TO:  ) JUDGE ENGELHARDT
 6    07-9228                       ) MAGISTRATE CHASEZ
      Adridge, et al. vs. Gulf      )
 7    Stream Coach, Inc., et al.    )
      Elisha Dubuclet obo Timia     )
 8    Dubuclet                      )
 9                      - - -
10          The videotaped deposition of ROBERT C. JAMES,
11    Ph.D., taken on behalf of plaintiff, Elisha Dubuclet,
12    on behalf of her minor child, Timia Dubuclet, pursuant
13    to the stipulations agreed to herein, taken for the
14    purposes of cross-examination and discovery and any
15    other purpose authorized by the Federal Rules of Civil
16
17    Procedure; the reading and signing of the deposition
18
19    being reserved; taken before Patricia M. Lesch,
20
21    Certified Court Reporter, commencing at 9:28 a.m., on
22
23    the 5th day of November, 2009, at 201 17th Street,
24
25    N.W., Atlanta, Georgia.
```

1    a table or not.  I know we discussed formaldehyde in

2    foods in the first report, I'm pretty sure.

3         Q.   I'm going to show you my copy of your report

4    on Alexander Cooper.  I have some highlights on there.

5    I'm going to ask for that back.  Do you see Section

6    4.4?

7         A.   Uh-huh (affirmative).

8         Q.   Is that a yes?

9         A.   Yes.  This versus this.  It's been expanded.

10        Q.   And Table 4.4 is not included in your prior

11   report, is it?

12        A.   No, it's not.

13        Q.   And this is where you give the formaldehyde

14   in food levels; is that right?

15        A.   It's one table, yes.

16        Q.   And formaldehyde in food really isn't

17   relevant to these numbers you have here in comparison

18   to free formaldehyde in the ambient air, is it?

19                  MR. HINES:  Object to form.

20                  THE WITNESS:  Concentrations in food

21        are not comparable to concentrations in air.

22        They're two different things.  Those are same as

23        concentrations in water.

24   BY MR. PINEDO:

25        Q.   So it would be silly to compare the amount

1    of formaldehyde in food with the amount of
2    formaldehyde that's in the ambient air, wouldn't it?
3                MR. HINES:  Object to form.
4                THE WITNESS:  I don't do that.
5    BY MR. PINEDO:
6        Q.   No good scientist should do that, should
7    they?
8        A.   I didn't do that.
9        Q.   Well, do you think any scientist should make
10   a comparison between formaldehyde in food and
11   formaldehyde in air to show that there's similarities
12   between those two?
13       A.   They could, depending on dose.  I mean if
14   you were worried about some systemic toxicity or you
15   thought that some of the alleged diseases or injuries
16   in the person were caused by absorbed formaldehyde,
17   then one consideration would be the dose that you've
18   got by inhalation versus the dose you get from food
19   and inhalation and other sources.
20       Q.   Well, you would agree with me that people
21   don't get sick from formaldehyde in food when they
22   just naturally eat food?
23       A.   I'm not aware of anybody that does.
24       Q.   But you are --
25       A.   I don't know if any have had food allergies.

```
 1         Q.   But that's a different story than -- a food

 2   allergy is different from just a normal person, for

 3   example, eating meat, poultry, or fish, isn't it?

 4         A.   I would say that a normal person should not

 5   be concerned about the levels of formaldehyde in any

 6   of these.

 7              MR. PINEDO:  Let's take a break.

 8              THE VIDEOGRAPHER:  Going off the

 9        record.

10              (Off video record.)

11   BY MR. PINEDO:

12         Q.   You cite the Owen paper for this.  Sir, is

13   the Owen paper, should it be somewhere in that stack

14   or in the stack that Mr. Hines is bringing up to us?

15         A.   I've been told every reference in this

16   report will be on that disk and will be copied.

17         Q.   Did you see the Owen paper in that stack

18   such that I'm going to be able to review it at

19   lunchtime or --

20         A.   I was not looking for it.  I was looking for

21   the ones that I remembered, on sections that I

22   remember I really added to.  I did not remember adding

23   a few here and a few on the other exposures.

24              MR. PINEDO:  Well, with that proviso,

25        I'm going to look for the -- see if I can't find
```