**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** § | **MDL NO. 1873** |
| **FORMALDEHYDE** § | |
| **PRODUCT LIABILITY LITIGATION** § | **SECTION "N-5"** |
| § | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** § | |
| § | |
| *Lester Davis, et al* § | |
| *v. Gulf Stream Coach, Inc., et al* § | **MAG. JUDGE CHASEZ** |
| **Civil Action No. 09-4717** § | |

**ORDER ON PLAINTIFFS', BRYAN MORRIS AND HERMAN MORRIS, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', BRYAN MORRIS and HERMAN MORRIS, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this  8th  day of        February        , 2010.

_____
HONORABLE KURT ENGELHARDT