```
 1            UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE:  FEMA TRAILER        MDL NO. 1873

 5   FORMALDEHYDE PRODUCTS       SECTION "N"(5)

 6   LIABILITY LITIGATION        JUDGE ENGELHARDT

 7

 8   This document relates to:  Lyndon T. Wright

 9          v. Forest River, Inc., et al

10              Docket No. 09-2977

11                   *   *   *

12       Videotaped Deposition of TYSHONE MARSH,

13   3417 S. Claiborne Avenue, Apartment 5, New

14   Orleans, Louisiana 70125, taken at the Law

15   Offices of Frank J. D'Amico, Jr., 622

16   Baronne Street, New Orleans, Louisiana

17   70113, on Thursday, the 14th day of January,

18   2010.

19

20   REPORTED BY:

21       JAMES T. BRADLE, CCR

         PROFESSIONAL SHORTHAND REPORTERS

22       (504)529-5255

23   VIDEOGRAPHER:

24       MICHAEL BERGERON

         PROFESSIONAL SHORTHAND REPORTERS

25       (504)529-5255
```

```
 1    just writing the word "yes," so it makes it
 2    a little easier.  So if you would, verbalize
 3    your answers.  Okay?
 4         A    Yes.
 5         Q    We will try to do that.  I'm going
 6    to ask you some questions, and if for any
 7    reason you don't understand my question,
 8    tell me.  Sometimes I talk too fast.
 9    Sometimes you may not understand it.  It's
10    okay to say "I don't understand," and I will
11    try to rephrase it.  Okay?
12         A    Yes.
13         Q    And do you understand that raising
14    your hand here in this setting in this
15    office building is just like sitting in a
16    court of law as if there were a judge
17    sitting there and you were testifying in
18    court?  Do you understand that that oath is
19    the same as to tell the truth?
20         A    Yes, sir.
21         Q    Okay.  For the record, give me
22    your name and address.
23         A    My name is Tyshone Marsh.  My
24    address is 3417 South Claiborne Avenue,
25    Apartment 5.
```

```
 1        Q    And who else lives at that
 2   apartment with you?
 3        A    Me and Mr. Lyndon Wright.
 4        Q    And so you are presently living
 5   with the plaintiff in this lawsuit?
 6        A    Yes, sir.
 7        Q    How long have you been living with
 8   Mr. Wright?
 9        A    Nine months.
10        Q    So that meant you moved in
11   sometime last summer?
12        A    Yes.
13        Q    Okay.  Does anybody else live in
14   that apartment other than you and
15   Mr. Wright?
16        A    My son.
17        Q    Okay.  And your son's name is?
18        A    Jeremy Marsh.
19        Q    Jeremy?
20        A    Uh-huh (affirmative response).
21        Q    Okay.  And how old is Jeremy?
22        A    13.
23        Q    Okay.  And Jeremy's last name?
24        A    Marsh.
25        Q    I'm sorry.  You see, I'm old.  I
```

```
 1        Q    I'm sorry?
 2        A    Out of town with my mother.
 3        Q    Okay.  And where did your mother
 4   live?
 5        A    She was staying in Houston.
 6        Q    Was she staying at the same place
 7   where Lyndon Wright's mother was staying?
 8        A    Huh-uh (negative response).  No,
 9   sir.
10        Q    So in September of '06, you moved
11   into a trailer with Derrick and your son?
12        A    Yes.
13        Q    Okay.  And you lived in that
14   trailer for how long?
15        A    Until March of '08, I think.
16        Q    As a result of you living in that
17   trailer during that period of time, did you
18   file a lawsuit against anyone in connection
19   with living in that trailer?
20        A    No, sir.
21        Q    Did you make a claim?
22        A    No, sir.
23        Q    You know that Lyndon Wright
24   post-Katrina, after Katrina lived in a
25   travel trailer, correct?
```

```
 1        Q    What?
 2        A    Kools.
 3        Q    Kools.  I was close.  I guess not
 4   real close.  I haven't smoked in awhile.
 5             How long have you had a
 6   two-pack-a-day habit?
 7        A    Since -- How long I had it?
 8        Q    How long have you been smoking two
 9   packs a day?  I call that a two-pack-a-day
10   habit.
11        A    Since I was 25.
12        Q    Well, you're only 26, right?
13        A    I'm 28.
14        Q    I'm trying to be nice.  Okay.  All
15   right.  And before that, you were smoking,
16   right?
17        A    Huh?
18        Q    You didn't start smoking at 25?
19        A    No, I didn't.
20        Q    Right.  You have been smoking for
21   a long time?
22        A    Yes.
23        Q    Since a teenager?
24        A    Yes.
25        Q    All right.  Do you smoke around
```

```
 1     Lyndon?
 2        A    No, sir.
 3        Q    Never?
 4        A    Never.
 5        Q    Never ever ever?
 6        A    No, sir.
 7        Q    So you don't smoke inside of the
 8     apartment?
 9        A    No, sir.
10        Q    Would it be true that you, I
11     assume, as -- People who don't live in New
12     Orleans will never understand this word.  Do
13     you know what a stoop is, what I call a
14     stoop?  You sit outside of your apartment?
15        A    No, sir.
16        Q    Okay.  Let's do this.  Would you
17     and Lyndon ever sit outside the apartment on
18     Claiborne Avenue together?
19        A    No.
20        Q    Never?
21        A    No.
22        Q    Okay.  So you never smoked with
23     Lyndon sitting outside the apartment on
24     Claiborne Avenue smoking a cigarette with
25     Lyndon right there?
```

```
 1        MR. AHLQUIST:
 2            Okay.  She will read and sign.
 3        MR. GIEGER:
 4            I will let the court reporter make
 5   that happen.
 6        MR. AHLQUIST:
 7            Okay.
 8        MR. GIEGER:
 9            Okay.  Thank you very much.
10   EXAMINATION BY MR. AHLQUIST:
11        Q    I have a couple questions.
12   Ms. Marsh, what is the current status of
13   your relationship with Mr. Wright?
14        A    What did you say?
15        Q    What's the current status of your
16   relationship?
17             Are you guys boyfriend/girlfriend?
18        A    We are boyfriend and girlfriend.
19        Q    Okay.  You're not married?
20        A    We're getting married on
21   Valentine's.
22        Q    So you're engaged?
23        A    Yes.
24        Q    Okay.  You said earlier when you
25   would go over to Lyndon's trailer while he
```