## V. Review of Expert Report by Al Mallet

**Compliance with Codes**

Refer to the LBFG Executive Summary and Building Code Compliance response under the Ervin Ritter section above.

**Construction for Warm, Humid Climates**

The FEMA trailer was designed to comply with the FEMA procurement specifications. If the specifications had included specific requirements for warm, humid climate design, then it would have been required. The procurement specifications did not include this requirement.

**Construction That Resulted in Mold Growth**

Mold growth that was evident in the THU after several years of environmental conditions representative of Louisiana was minimal and was not the result of poor construction means and methods. The majority of mold growth observed was the direct result of rainwater intrusion through the intentional and non-intentional openings of the THU. Additional points of rainwater intrusion were due to mechanical damage, lack of maintenance, and a missing exhaust vent cap that allowed rainwater directly into the bathroom (Refer to **Appendix D-1**).

**HVAC System Contributed to Off-Gassing**

On-site testing confirms that the HVAC system, as installed, provided adequate air conditioning of the THU by maintaining temperature and relative humidity within the thermal comfort envelope included in ANSI/ASHRAE Standard 55. In addition, the system, as installed, provided positive pressurization with respect to outdoors, allowing conditioned air to exfiltrate through the wall assemblies. Refer to the test results included in the LaGrange section of this report.

**Misplaced Wall Vapor Retarder**

While Mr. Mallet describes the interior surfaces as vinyl clad, the report does not opine what the permeability of the wall paneling is. Nor does his report provide a vapor transmission analysis to support the claim that the wall assembly had misplaced vapor retarders. The primary vapor retarder within the wall is the metallic siding that is on the outdoor (warm side) of the wall. The moisture/mold patterns on the interior of the THU were not representative of a vapor diffusion problem but, rather, a rainwater intrusion problem. In fact, in locations where rainwater intrusion was evident, vapor diffusion moisture patterns were not evident; hence, the assertion that vapor retarders were misplaced is un-founded.

**Poor Quality of Workmanship**

LBFG understands that the unit at issue underwent an inspection process. LBFG is unaware of any reported construction issues (during inspections) associated with Mr. Wright's THU that did not comply

with the FEMA specification and RV construction practice. In the absence of these issues, then claims to the contrary are moot.

# VI. Review of Expert Report by J. Darrell Hicks, P.E.

**Discussion**

LBFG's response to opinions prepared by J. Darrell Hicks, P.E., dated October 1, 2009, with regard to the existing conditions of the THU, including construction methods used, are summarized below. Mr. Hicks indicates that his two visits to the THU first consisted of a general overview of the THU, including locations of electrical devices, and review of the electrical power system. His second visit was more in-depth observations after select portions of the electrical systems were exposed during destructive observation by others. Mr. Hicks includes discussion on the electrical code, installation, onsite observations, and summarizes that:

- Corrosion was observed on one of the lighting switch contacts and states that "this would be abnormal unless there had been a leak inside the wall or some other reason for a high moisture content."
- Cut in receptacle wire insulation.
- Smoke alarms not powered in accordance with the requirements of NFPA 72.
- Junction box not weatherproof.

While Mr. Hicks provides his opinion on deficiencies, the results are unrelated to condensation, infiltration, poor HVAC performance, and related testing and, thus, no further response in these areas is provided. LBFG understands that Mr. Hicks found no irregularities in voltage drop testing, indicating no electrical power impact on HVAC performance. In addition, the corrosion on the light switch contact was caused by the rainwater intrusion at the adjacent entry door as discussed in the above sections and identified in **Appendix D-1**.

**Voltage Drop Irregularities**

Voltage was measured by Mr. Hicks at various locations in the electrical system during generator operation. Excessive voltage drop can affect the power distributed to an HVAC unit and, consequently, its performance. Mr. Hicks indicated the absence of any irregularities in the voltage measurements during his onsite testing. Thus, it can be concluded that the voltage drop across the electrical distribution system during normal operation had no impact on the HVAC performance.

**Lighting Switch Contact**

Mr. Hicks indicates that a lighting switch had corrosion on the contacts. Mr. Hicks does not indicate where this switch is located, but LBFG believes that the switch was located adjacent to the entry door. It should be recalled that physical damage was incurred to the door and possibly door frame (refer to

**Appendix D-1, Keyed Note 3)** which resulted in rainwater damage in the wall below the switch. LBFG believes that the physical damage to the door contributed to this condition.

## VII. Conclusions

- LBFG identified pathways for rainwater intrusion which correlated to damage patterns identified during destructive observation. Damage patterns were small and localized and were NOT consistent with condensation from air infiltration. LBFG further demonstrated the absence of condensation from air infiltration based on the following:
    - Testing demonstrated that the temporary housing unit (THU) maintained a positive pressure with the air conditioning operating;
    - Direction of airflow from the occupied space was outward and exfiltrated through the wall, ceiling, and floor cavities to the outdoors because of positive pressure, which minimized infiltration into the occupied space;
    - Operation of the air conditioning unit provided and maintained set-point temperature and acceptable relative humidity conditions during non-test periods.
- Tenant and maintenance responsibilities (re-sealing) were not maintained; gaps in sealant areas developed which led to rainwater intrusion and damage to interior.
- The THUs were constructed to Federal Standards for a federally-funded procurement, state and local code compliance, while perhaps of interest, was not obligatory.
- The unit provided by Forest River meets exactly the FEMA specification and is ideally suited to providing good humidity control in this THU. Recorded temperature and humidity readings during testing in August showed that the system was able to maintain acceptable RH levels even with system interruptions for testing purposes.

# VIII. Appendices

Case 2:07-md-01873-KDE-MBN   Document 11362-5   Filed 02/09/10   Page 7 of 8

Lyndon Wright vs. Forest River Expert Report        Appendix A                    11/2/09

# Appendix A

CVs for:

A-1. Norman L. Nelson

A-2. Donald B. Snell

A-3. James B. Cummings

Case 2:07-md-01873-KDE-MBN Document 11362-5 Filed 02/09/10 Page 8 of 8

Lyndon Wright vs. Forest River Expert Report   Appendix A   11/2/09

CVs for:

**A-1. Norman L. Nelson**

A-2. Donald B. Snell

A-3. James B. Cummings