Case 2:07-md-01873-KDE-MBN   Document 11362-6   Filed 02/09/10   Page 1 of 10

Lyndon Wright vs. Forest River Expert Report        Appendix A                              11/2/09

# Norman L. Nelson, PE
# Senior Forensic Mechanical Engineer

## Education

BS, Mechanical Engineering, 1977, Oregon State University, Corvallis, Oregon

AS, Engineering Technology, 1967, Oregon Institute of Technology, Klamath Falls, Oregon

## Career Highlights

- More than 40 years experience in HVAC system design and resolving IAQ problems.
- Co-inventor of a hybrid fan coil unit (patented control system) that improves occupant comfort, increases energy efficiency, and substantially decreases initial construction cost over currently available equipment.
- Technical reviewer of two manuals on IAQ problems and building commissioning in conjunction with the Disney Development Company.
- Co-author and board reviewer for design handbook of laboratory facilities.
- Technical peer review of new facility design, representing more than $1 billion in construction costs.
- Expert witness for HVAC system contributions to IAQ and moisture-related building failures, resulting in more than $60,000,000 in claims awarded.

## Experience

Mr. Nelson has over 20 years of experience solving building-related IAQ and moisture and mildew problems. During his 40 years of engineering experience, he has been responsible for the technical issues regarding IAQ services related to building design, remediation, construction, and operation. The building types include hospitals, schools, courthouses, hotels and resorts, dormitories, convention centers, sports complexes, laboratories, clean rooms, and a variety of commercial, institutional, and industrial facilities. Projects for which he has been responsible were completed throughout the 48 contiguous states, Hawaii, Alaska, the Caribbean, as well as in several foreign countries; including France, England, Germany, Egypt, and Saudi Arabia.

### Peer Reviews and Building Commissioning

For new building owners seeking to avoid future building problems, Mr. Nelson has been a technical reviewer of more than 40 problem-avoidance (peer) reviews of facilities under design. In addition, he has been the designated commissioning agent on several commercial facilities; including design review, construction observation, pre-commissioning test procedures, detailed commissioning test procedures, field testing,

Case 2:07-md-01873-KDE-MBN   Document 11362-6   Filed 02/09/10   Page 2 of 10

Lyndon Wright vs. Forest River Expert Report    Appendix A                                11/2/09

O&M manual review, and training. As design engineer of record, he has participated in building commissioning and pre-occupancy performance testing of heating, ventilating, and air conditioning (HVAC) systems in more than 20 buildings over the past six years.

### HVAC System Related IAQ Review and Remedial Design

Mr. Nelson has completed more than 20 technical investigations and studies in buildings with IAQ problems for the purpose of evaluating HVAC systems. For many of the projects, he has completed design of the mechanical system remediation, observed construction progress, and participated on the commissioning teams. Remediation costs have ranged from several thousand dollars to over $20 million (Martin County Courthouse Complex). Remedial repairs have ranged from minor HVAC system adjustments, to complete HVAC and building envelope replacement.

## Litigation and Cost Recovery

Since 1987, Mr. Nelson has assisted designers, contractors, and building owners in analyzing HVAC system failures and assisting with recovering the cost of remedial repairs. These successful projects have involved financial recovery for the clients ranging from $170,000 to more than $35 million:

- Hotels (Radisson Suites, Boca Raton, FL; Omni, Charleston, SC; Sheraton, Orlando, FL; Sleep Inn, Jackson, MS; Courtyard by Marriott, Baton Rouge, LA; Kalia Tower, Honolulu, HI);
- Public buildings (Palm Beach County Courthouse, West Palm Beach, FL; Martin County Courthouse, Stuart, FL);
- Schools (Richland School District, Columbia, SC; Bloomingdale HS, Tampa, FL, Poinciana HS, Kissimmee, FL);
- Colleges (Clackamas Community College, Clackamas, OR; Itawamba Community College, Fulton, MS);
- Jails (Giles County, TN; Alachua County, FL);
- Condominiums (Presidential Place Condominiums, Boca Raton, FL; Imperial Plaza, Honolulu, HI);
- Long-term care facilities (Lakeside Terrace, Saratoga, FL); and
- Hospitals (North Mississippi Medical Center and Women's Hospital, Tupelo, MS).

## Awards

1998   ASHRAE Region X, Energy Innovation Award, City of Portland, Bureau of Environmental Sciences Laboratory Design, Portland, OR.

Case 2:07-md-01873-KDE-MBN   Document 11362-6   Filed 02/09/10   Page 3 of 10

Lyndon Wright vs. Forest River Expert Report        Appendix A                                    11/2/09

## Publications

- With J. David Odom, III; George H. DuBose; Richard Scott. *Mold and Moisture Prevention.* Monograph for the National Council of Architectural Registration Boards (NCARB), May, 2005.
- With J. David Odom, III; George H. DuBose. *Preventing Indoor Air Quality Problems in Hot, Humid Climates: Problem Avoidance Guidelines*. Published in 1991; revised 1992-1994 and 1996.
- With J. David Odom, III; George H. DuBose. "Designing and Constructing Mildew-Free Hotels." ASHRAE Proceedings of the Symposium on Humidity Control in Hotels, January 1992.
- With J. David Odom, III; George H. DuBose. "Moisture and Mildew Control Guidelines for New Construction." Developed for a Central Florida theme park and resort owner, 1991.
- With T. H. Reys, et. al. *Handbook of Facilities Planning, Laboratory Facilities*. New York, NY: Van Nostrand Reinhold, May 1990.

## Presentations

- "Hidden Risks of Green Construction." presented to National Council on Building Commissioning, May, 2008.
- "Building Pressurization: The Single Most Important Issue To Avoid Moisture Problems In Hot, Humid Climates." presented at *CLIMA 2005*, Lausanne, Switzerland, October 9, 2005.
- "What Engineers, Architects and Attorneys Need to Know About HVAC Systems." presented to the North Carolina/South Carolina Bar Association, Construction Forum Conference, Asheville, NC, September 30, 2005.
- "Solving Water Intrusion and Mold Problems in South Carolina." presented at Lorman Educational Seminar, Columbia, SC, June 2003.
- "Predicting Moisture & Mold Problems BEFORE They Occur: Guidelines for Owners, Designers & Contractors." presented at Lorman Educational Seminar, Raleigh, NC and Greenville, NC, February 2003.
- "Solving Mold and Moisture Intrusion Problems in Buildings." presented at Lorman Educational Seminar, Charlotte, NC, January 2003.
- "Predicting Moisture and Mold Problems Before They Occur." presented at Lorman Educational Seminar, Raleigh, NC, July, 2002; and Greensboro, NC, October, 2002.
- "Understanding Mold and Mildew Problems." presented to Jeld-Wen Corporation, Bend, OR, August 2002.
- "Mold and Mildew Problems in Buildings." presented at Lorman Educational Seminar, Jackson, MS, May, 2001.
- "Commissioning the Design/Build Project." presented at the 8th Annual National Conference on Building Commissioning, Kansas City, MO, May 2000.

Case 2:07-md-01873-KDE-MBN   Document 11362-6   Filed 02/09/10   Page 4 of 10

Lyndon Wright vs. Forest River Expert Report          Appendix A                                    11/2/09

- "IAQ and Humidity." presented at the Spring 2000 Lecture Series Energy Seminar, Mississippi State University School of Architecture, Jackson, MS, April 2000.
- "IAQ in Buildings." presented to the Rotary Club, Tupelo, MS, January 2000.
- "HVAC Systems." presented at the Forum on the Construction Industry, More Sticks and Bricks, American Bar Association, Seattle, WA, September 1999; and Philadelphia, PA, October 1999.
- "Avoiding Litigation through Proper Building Commissioning." presented at the 7th Annual National Conference on Building Commissioning, Portland, OR, May 1999.
- "Building Commissioning at Walt Disney World." Oklahoma City (Oklahoma) Chapter, ASHRAE, October 1998.
- "HVAC System Commissioning." Mid-Willamette Valley Chapter, ASHRAE; Eugene, OR, March 1996.
- "Energy Conservation in Hospitals." (Albany, Oregon) Chapter, American Society of Plant Engineers, April 1988.

## Professional Registration

Professional Engineer:  Oregon, Washington (Inactive), California (Inactive), Idaho (Inactive), Montana (Inactive), Florida, Mississippi (Inactive), North Carolina, South Carolina.
National Council of Examiners for Engineering and Surveying (NCEES) (35778)

## Membership in Professional Organizations

American Society of Heating, Refrigeration, and Air Conditioning Engineers (ASHRAE)
American Society for Testing and Materials (ASTM)

## Legal Testimony Last Four Years

- Samsonite Corporation v. Imeson West I, LLC; Jacksonville, FL
- 2801 Investments v. American Standard, Inc.; Dallas, TX
- Hilton Hotels Corporation v. Hawaiian Dredging, et al.; Honolulu, HI
- Estoril, Inc. v. Westchester Fire Insurance, et al.; Miami, FL
- Hurwitz v. JSL Hollywood, Inc.; Miami, FL
- Taylor Atrium v. Raleigh Endoscopy; Raleigh, NC

CVs for:

A-1. Norman L. Nelson

**A-2. Donald B. Snell**

A-3. James B. Cummings

Case 2:07-md-01873-KDE-MBN   Document 11362-6   Filed 02/09/10   Page 6 of 10

Lyndon Wright vs. Forest River Expert Report       Appendix A                                    11/2/09

# Donald B. Snell, P.E.[1]
# Senior Forensic Consultant
# HVAC

## Education

B.S., Mechanical Engineering Technology (Minor: Mechanical Power Engineering Technology), Wentworth Institute of Technology (1986)

## Professional Registrations

Professional Engineer: Pennsylvania (PE56078-E)
Professional Engineer: Georgia (PE032389)
Certified Mechanical Contractor – Florida (CMC1249861)
National Council of Examiners for Engineering and Surveying (NCEES) (32495)
Certified Indoor Air Quality Professional™ (CIAQP): Association of Energy Engineers

## Distinguishing Qualifications

- Extensive experience in the application and analysis of insulated chilled water systems in warm, humid climates
- Extensive experience in the application and analysis of moisture control in warm, humid climates
- Extensive code compliance experience
- Expert at analysis of and compliance with ASHRAE Standard 62, *Ventilation for Acceptable Indoor Air Quality*, that sets minimum ventilation rates and other requirements for commercial and institutional buildings
- Experienced in the application and analysis of psychrometrics, the measurement of the heat and water vapor properties of air
- Experienced in the applications of passive and active dehumidification control systems requiring high percent outside air in both chilled water and direct expansion systems.
- Extensive building envelope analysis experience
- Extensive experience with construction cost control measures, programs, and monitoring

---

[1] Pennsylvania, Georgia

Case 2:07-md-01873-KDE-MBN   Document 11362-6   Filed 02/09/10   Page 7 of 10

Lyndon Wright vs. Forest River Expert Report          Appendix A                                    11/2/09

## Relevant Experience

Mr. Snell is a heating, ventilation, and air conditioning (HVAC) consulting and building systems professional with 20 years of experience in forensic building investigations related to moisture control, indoor air quality (IAQ), and construction management. He applies his warm, humid climate design and building moisture control experience in providing building solutions.

Mr. Snell is a Forensic Consultant on projects requiring litigation support, mold & moisture assessment, evaluation, remedial HVAC concepts, and life-cycle cost analysis. This experience includes both forensic and non-forensic projects:

### Forensic Related Experience

- South Florida Skilled Nursing and Assisted Living Facility – Led the forensic investigation of failed building systems due to moisture intrusion and the interaction of the HVAC systems. Provided expert opinions on the failure solutions for the building system fix. Failed HVAC systems included chilled water pipe insulation. Performed condensation control limit analysis. Managed infrared thermal imaging validation testing.
- Southwest Florida Skilled Nursing Facility – Led the forensic investigation of failed building systems due to moisture intrusion and the interaction of the HVAC systems. Provided expert opinions for the possible causes and solutions for the building system fix.
- Central Florida Walk-in Healthcare Clinic – Led the forensic investigation of failed building systems due to moisture intrusion and the interaction of the HVAC systems. Provided expert opinions for the possible causes and solutions for the building system fix.
- South Florida Financial District High-Rise – Led the validation and acceptance phases for re-insulation of approximately 20,000 LF of chilled water piping. Managed infrared thermal imaging validation testing. Performed condensation control limit analysis.
- South Florida Multi-Use High-Rise – Led the investigation into the causes and extent of moisture related damage.
- South Florida Multi-Use High-Rise – Led the investigation into the potential causes and extent of recommended replacement of flexible hoses that serve several hundred water-source heat pumps.
- South Florida Multi-Use High-Rise – Co-led the investigation and analysis into the causes of a failed plastic fire suppression piping system.
- South Florida Multi-Story Condominium – Led the moisture intrusion investigation into the causes and extent of moisture and mold damage of building materials and provided recommendations for corrective actions.
- Central Florida Office Building – Performed an expert moisture intrusion

Case 2:07-md-01873-KDE-MBN   Document 11362-6   Filed 02/09/10   Page 8 of 10

Lyndon Wright vs. Forest River Expert Report        Appendix A                                11/2/09

- investigation and developed opinions (pre-mediation) on a bodily injury case.
- South Florida Condominium – Performed a moisture intrusion investigation into the causes of moisture and mold related damage and developed opinions.
- North Florida Condominiums – Performed a winter condensation investigation; reported observations and findings; developed conclusions and recommendations.
- North Florida Condominiums – Performed moisture intrusion investigations and investigations for mechanical code compliance in multiple buildings; developed and issued report.
- North Florida Condominium – Performed a moisture intrusion investigation into the causes and extent of moisture and mold related damage; performed remedial solutions and performed quality assurance services during the build-back.
- Multiple Office Buildings in Warm, Humid Climates – Performed development problem avoidance peer reviews related to moisture control.
- Hong Kong Hotel and Convention Center – Performed a moisture intrusion investigation into the causes of moisture and mold related damage and developed conclusions and recommendations.
- Central Florida Hotel & Convention Center – Led the investigation into the causes of wet insulation on chilled water piping and provided recommendations for short and long-term corrective actions.
- Seminole County Public Safety Complex – Lead in HVAC system and support to Bailey Engineering & Associates, Inc.
- Alachua County Chiller Replacement – Lead in selection and alternative equipment options.
- Animal Kingdom Lodge (Walt Disney World) Building Envelope – Assisted in Building Envelope Assessment.
- Paragon Casino Hotel – Assisted in IAQ Building Assessment.
- "B" Toll Plaza Administration Building – Led the HVAC and Moisture Intrusion Investigation.
- Public Storage Building – Assisted in the HVAC and Moisture Intrusion Investigation.
- Via Tuscany Apartments – Led Mold Sampling Investigation.
- Gainesville, Florida Hotel – Investigated functions of the HVAC System related to moisture control-pressurization, dehumidification and ventilation and provided recommendations for short and long term corrective actions.
- Ocala Hotel & Convention Center – Investigated sources of moisture intrusion and extent of mold growth in this two-story, six building hotel.
- Los Angeles, CA Hotel – Led the investigation into the extent of mold growth in hotel guest rooms. Project tasks included mold sampling and the development of a mold remediation plan.
- San Diego Hotel and Convention Center – Led the investigation into sources of moisture intrusion and mold growth. Project tasks included mold sampling and building envelope and HVAC system evaluations. Provided recommendations for

Case 2:07-md-01873-KDE-MBN   Document 11362-6   Filed 02/09/10   Page 9 of 10

Lyndon Wright vs. Forest River Expert Report        Appendix A                                   11/2/09

- short and long term corrective actions.
- Tampa Hotel – Investigated functions of the HVAC system related to moisture control-pressurization, dehumidification, and ventilation and provided recommendations for short and long term corrective actions.
- Central Florida Hotel – Investigated pathways of rainwater intrusion, sources of moisture intrusion and extent of mold growth.
- Central Florida Hotel – Investigated functions of the HVAC system related to moisture control-pressurization, dehumidification, and ventilation and provided recommendations for short and long term corrective actions.
- Central Florida Resort – Moisture mapping investigation to determine the extent of flood damage from a pipe leak.
- Additional related experience available upon request.

**Non-Forensic Related Experience**
- Performed HVAC consulting and project management on a Central Florida Cancer Center.
- Performed HVAC consulting on the renovation of a New Jersey Hospital Cancer Center.
- Performed a peer review of a four-story hospital HVAC renovation project in Pennsylvania.
- Performed HVAC design on a Central Florida medical center.
- Consulted on a new cooling tower and condenser water piping system for an existing 5000-ton chilled water plant for a Central Florida medical center.
- Produced HVAC design development drawings and life-cycle cost analysis for a 470-bed, 811,000-sf design/build medical center in Central Florida.
- Performed HVAC construction administration responsibilities on two large courthouse projects in Jacksonville, Florida and Wilmington, Delaware from January 2000 through March 2002. These projects total more than 980,000 square feet (sf) of gross building area with connected cooling capacities of more than 2740 tons.
- Led HVAC design on two 1,000-bed design/build county jails in Georgia; one 1,000-bed design/build county jail in Florida; and five 50-bed design/build juvenile detention facilities in Florida
- Investigated automatic temperature control systems that provide effective active forms of dehumidification control using direct expansion equipment in hot, humid climates.
- Performed, or managed, the development of cooling load calculations, development of air and waterside calculations, equipment selection, energy code compliance, life-cycle cost.
- Additional related experience available upon request.

Case 2:07-md-01873-KDE-MBN Document 11362-6 Filed 02/09/10 Page 10 of 10

Lyndon Wright vs. Forest River Expert Report      Appendix A                                    11/2/09

## Professional Societies

American Society of Heating, Refrigerating, and Air Conditioning Engineers (ASHRAE)
Correspondent of the National Academy of Forensic Engineers (NAFE)
National Society of Professional Engineers (NSPE)
Past member Association of Energy Engineers (AEE)

## Honors, Awards, and Publications

- Young Engineer of the Year – Central Florida, ASHRAE Award, National Engineers Week Banquet, 1998
- Authored: Healthcare Facility Services, a bulletin published by CH2MHILL.
    This bulletin is an overview of the revised risk assessment guidelines for construction-related work and an explanation of the requirements in an infection control risk assessment (ICRA).
- Presentation: "The Importance of Indoor Air Quality in Environmentally Conscious Hotels," Orlando, FL. September 2007.

## Licenses and Certifications

Professional Engineer: Pennsylvania (PE056078E)
Professional Engineer: Georgia (PE032389)
Certified Indoor Air Quality Professional™ (CIAQP): Association of Energy Engineers (since 1999)
Florida Certified Mechanical Contractor (CMC1249861)
National Council of Examiners for Engineering and Surveying (NCEES) 2007 (32495)

## Legal Testimony in Last Four Years

- Lynn Kaufman Development, Ltd. vs. Certified Roofing Specialists, Inc., et al; Palm Beach County, FL
- Countryside Properties, Inc. vs. Charles Clayton Construction, Inc., et al.; Orlando, Florida
- CC-Aventura, Inc./Classic Residence Management vs. The Weitz Company, LLC, et al.; Orlando, Florida