# CITY OF NEW ORLEANS

# GOVERNMENT DIRECTORY

# 2007-2008

**Table of Contents**

This City Directory is also available online at www.cityofno.com. Please submit updates to the Mayor's Office of Public Advocacy / 311 Call Center at (504) 658-4015, 1300 Perdido Street, New Orleans, Louisiana, 70112, Room 1W09, City Hall.

The City of New Orleans does not discriminate on the basis of race, color, gender, age, physical or mental disability, sexual orientation or creed.

**SECTION  I.**
Quick Reference Guide
- Emergency Numbers
- City Departments and Agencies
- Most Commonly Requested Numbers

**SECTION II.**
- Directory of Departments & Agencies

**SECTION III.**
- City Holiday Schedule

**SECTION IV.**
- Maps
  (Council Districts, and Municipal & Assessment Districts)

## Safety & Permits

Phone: 504.658.7200      Fax:  504.658.7208
1300 Perdido Street, Room 7E07
New Orleans, Louisiana      70112

…………………………………………………………………………...

|  | Phone: | Fax: |
|---|---|---|
| **Director**<br>Michael Centineo | 504.658.7200 | 504.658.7208 |
| **Deputy Director**<br>Bhola Dhume | 504.658.7200 | 504.658.7208 |
| **Departmental Secretary**<br>Nelson Savoie | 504.658.7200 | 504.658.7208 |
| **Management Services Supervisor**<br>Paul L. Medus, Jr. | 504.658.7200 | 504.658.7208 |
| **Board of Building Standards & Appeals** | 504.658.7200 | 504.658.7208 |
| **Chief Building Official**<br>Curtis Mann | 504.658.7101 | 504.658.7208 |
| **Operating Engineers**<br>Edmonia Dorsey | 504.658.7107 | 504.658.7211 |
| **Building Division** | 504.658.7130 | 504.658.7209 |
| **Chief Building Inspector**<br>Johnny Odom | 504.658.7130 | 504.658.7209 |
| **Electrical Division** | 504.658.7145 | 504.658.7211 |
| **Chief Electrical Inspector**<br>Larry Chan | 504.658.7145 | 504.658.7211 |
| **Mechanical Division** | 504.658.7153 | 504.658.7211 |
| **Chief Mechanical Inspector**<br>Rodolphe (Rudy) Hardouin | 504.658.7153 | 504.658.7211 |
| **Permit Applications** | 504.658.7125 | 504.658.7210 |