# Aaron Ahlquist

| | |
|---|---|
| **From:** | Alexis Mallet, Jr. [almallet@cox.net] |
| **Sent:** | Monday, January 11, 2010 6:14 PM |
| **To:** | Aaron Ahlquist |
| **Cc:** | 'Alexis Mallet, Jr.' |
| **Subject:** | FW: City of New Orleans; question |

**Importance:**      High


Alexis Mallet, Jr., President
First General Services of the South, Inc.
337-988-3556
337-988-1264 (fax)
P.O Box 80857
Lafayette, LA 70598-0857

This e-mail transmission (and/or documents accompanying it) is intended only for the individual(s) or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, distribution, copying or the taking of any action in the reliance on the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us immediately, and delete the e-mail and the accompanying documents, if any, without saving. Thank you.

---

**From:** Jennifer H. Porter [mailto:alexmallet@cox.net]
**Sent:** Monday, January 11, 2010 12:31 PM
**To:** Almallet@Cox. Net; Almallet@Cox. Net
**Subject:** FW: City of New Orleans; question
**Importance:** High

SEE BELOW

---

**From:** John Odom [mailto:jodom@cityofno.com]
**Sent:** Monday, January 11, 2010 12:27 PM
**To:** Jennifer H. Porter
**Subject:** RE: City of New Orleans; question

We did not waive code requirements. We did allow FEMA to have there own inspections.

Johnny Odom
Chief Building Inspector

---

**From:** Jennifer H. Porter [mailto:alexmallet@cox.net]
**Sent:** Friday, January 08, 2010 10:33 AM
**To:** John Odom
**Subject:** City of New Orleans; question

Good morning Mr. George DuBose:

Did the City of New Orleans waive code requirements regarding FEMA Trailers (08/29/2005 and after) or just waived the protocol allowing FEMA contractors to perform inspections?

1

EXHIBIT
3

Please advise.

Thank you for your time and efforts regarding this matter.

With kindest regards,


Jennifer H. Porter
Office Assistant
First General Services of the South Inc.
337-988-3556
337-988-1264 (fax)
P.O Box 80857
Lafayette, LA 70598-0857

This e-mail transmission (and/or documents accompanying it) is intended only for the individual(s) or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, distribution, copying or the taking of any action in the reliance on the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us immediately, and delete the e-mail and the accompanying documents, if any, without saving. Thank you.