```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE:  FEMA TRAILER        MDL NO. 1873
 5    FORMALDEHYDE PRODUCTS       SECTION N(4)
 6    LIABILITY LITIGATION        JUDGE ENGELHARDT
 7    (This document is related
      to "Lyndon Wright, et al.
 8    v. Forest River, Inc.,
      et al.")
 9
10                    *   *   *
11
12            VIDEOTAPED DEPOSITION OF ALEXIS
13    MALLET, JR., 103 BRANDBERRY CROSSING,
14    LAFAYETTE, LOUISIANA 70598, TAKEN AT THE
15    OFFICES OF FRANK D'AMICO, ATTORNEY AT LAW,
16    622 BARONNE STREET, NEW ORLEANS, LOUISIANA
17    70112, ON THE 12TH DAY OF JANUARY, 2010.
18
19
20    REPORTED BY:
21        CATHY RENEE´ POWELL, CCR
          PROFESSIONAL SHORTHAND REPORTERS
22        (504)529-5255
23    VIDEOGRAPHER:
24        MICHAEL BERGERON
          PROFESSIONAL SHORTHAND REPORTERS
25        (504)529-5255
```

```
 1        Q.   You had another folder of
 2   documents from which you produced that
 3   e-mail.  What is this particular folder?
 4        A.   It's just a trail of where it
 5   started.  I think you've got probably all of
 6   those.
 7        Q.   May I see the documents in there?
 8        A.   Sure.
 9        Q.   Please.  Thank you.
10        A.   There might be an e-mail in there
11   from Mr. Ahlquist giving me the name of the
12   individual.
13        Q.   All right.  Let's mark this as
14   Exhibit 4.
15             All right.  Exhibit 4, which I
16   have marked and we will make copies so you
17   can take these back, that is an e-mail chain
18   between yourself and Mr. Ahlquist; is that
19   correct?
20        A.   Yes.  And also Jennifer Porter in
21   my office, correct.
22        Q.   And Mr. Ahlquist is the one who
23   asked you to contact the City of New Orleans
24   to discuss the building codes, correct?
25        A.   Actually, I was the one that
```

1    called Mr. Ahlquist when I read the report

2    and asked him if he could find out who the

3    contact person was or who Liberty had spoken

4    with, and that's when he sent the

5    information for that.

6         Q.   All right.  Did you -- have you

7    spoken with Mr. Odom since you received the

8    e-mail of yesterday?

9         A.   No, sir.

10        Q.   Have you tried to reconcile his

11   response to Liberty with his response to

12   you?

13        A.   No.  They seem to be pretty

14   consistent.

15        Q.   And explain to me how you believe

16   those responses are consistent.

17        A.   The response, as I recall, from

18   Mr. Odom, was that the City allowed for -- I

19   don't remember how it was phrased, if it was

20   contractor or FEMA to perform their own

21   inspections.

22        Q.   I'll take that.  Thank you.

23             Now, your report, which we will

24   get to in more detail in a moment,

25   references some interviews -- some