```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  FEMA TRAILER                 MDL NO. 1873
             FORMALDEHYDE PRODUCTS
 4           LIABILITY LITIGATION         SECTION "N" (5)
 5   THIS DOCUMENT IS RELATED TO          JUDGE ENGELHARDT
 6                                        MAGISTRATE CHASEZ
     _____
 7
     LYNDON T. WRIGHT, et al.
 8            Plaintiffs,
           vs.                            CASE NO. 09-2977
 9
     FOREST RIVER, INC., et al.,
10            Defendants.
11   _____
12
13
                  VIDEOTAPED DEPOSITION OF
14
                      DONALD B. SNELL
15
16            DECEMBER 22ND & 23RD, 2009
                        1:06 P.M.
17
18            _____
19
20
21         WOMBLE, CARLYLE, SANDRIDGE & RICE
22         150 FAYETTEVILLE STREET, SUITE 2100
23                RALEIGH, NORTH CAROLINA
24
25        _____
```

1       back and forth that were not successful and are not
2       relevant to the content of the e-mail.
3              MR. BONE:  Right.  For the record, the
4       e-mails to which you're referring are simply
5       transmittal e-mails that were attempted last night
6       and this morning, one to myself and one to a
7       paralegal here at the firm we're at today in order to
8       make sure that we could print it out for you, Aaron.
9              MR. AHLQUIST:  Okay.
10             MR. BONE:  And because of that, they are
11      obviously are simply transmittal e-mails and are not
12      relevant to the substance of the conversation.
13             MR. AHLQUIST:  Did I give you two copies,
14      or just one?
15             THE WITNESS:  Just one.
16             MR. AHLQUIST:  Okay.  There's another
17      copy.
18          BY MR. AHLQUIST:
19          Q   Can you briefly recap your interaction with
20      Mr. Odom of the City of New Orleans?
21          A   Yes.
22          Q   Please.  Will you please do that?
23          A   I called Mr. Odom to confirm my
24      understanding of the FEMA RFP and specification that the --
25      that the building codes did not apply to the -- to this

1   disaster response related to Hurricane Katrina.

2         Q   Okay.

3         A   And -- and he replied.

4         Q   And his reply -- his reply e-mail to your

5   e-mail says, "That is correct.  The FEMA trailers were

6   installed by FEMA contractors and we made no inspections."

7   Did I read that correctly?

8         A   That's correct.

9         Q   Is -- is -- does the absence of an

10  inspection waive code?

11            MR. BONE:  Object to the form.

12        Q   Do you understand what I'm asking?

13        A   Yes, I understand what you're asking.

14  The -- what's -- what's primary here is that it was

15  government property, it fell under FEMA, wasn't responsible

16  to be inspected.

17        Q   Okay.  So your understanding is that FEMA

18  was responsible for the code and the inspections, City of

19  New Orleans was not?

20        A   That's correct.

21            MR. BONE:  Object to the form.

22        Q   That's correct.  Do you know if FEMA or the

23  FEMA contractors who inspected the units, which codes they

24  followed or which codes they --

25        A   It's irrelevant.  It doesn't matter.  It

1   wasn't required.

2         Q   So your testimony today is that the fact
3   that the City of New Orleans made no -- I'm sorry.  Your
4   opinion today, as you stated it, is the fact that the City
5   of New Orleans made no inspections, therefore, the code was
6   inapplicable?

7             MR. BONE:  Object to the form.

8         A   They made no inspections.  Mr. Odom
9   confirmed my understanding based on the -- my response to
10  him that they did not apply, which supports our
11  understanding of the project, my previous experience on
12  working with government installations and government
13  property that they're not enforceable.  These codes are not
14  enforceable.

15        Q   And what you write is, "Any site referencing
16  the zoning of the FEMA trailers did not fall under the
17  enforcement of the City of New Orleans Building Department
18  including City of New Orleans Building Code and
19  International Building Codes."

20            And your understanding is that his response
21  is -- is to that statement, in addition to the United
22  States -- or the City conducting no inspections; --

23            MR. BONE:  Object --

24        Q   -- is that correct?

25            MR. BONE:  Object to the form.

```
 1          A    Yes.
 2          Q    Okay.  Does he -- does he state anywhere in
 3    his response specifically that the City of New Orleans
 4    Building Code and the International Building Code did not
 5    apply?
 6               MR. BONE:  You can answer.
 7          A    He does not.
 8          Q    He does not.  Does he state -- do you know
 9    if the City of New Orleans can waive the International
10    Building Code?
11               MR. BAIN:  Objection.  Lack of foundation.
12               MR. BONE:  Same objection.
13          A    I don't know.
14          Q    Well, your -- you've asked him to tell you
15    if the City of New Orleans Building Code and the
16    International Building Code applied or did not apply in
17    this situation?
18          A    That's correct.  He verbally told me they
19    don't apply.  He said they made no inspections.
20          Q    Okay.
21          A    I don't understand what the -- the issue is.
22    It's --
23          Q    Okay.
24          A    It's clear.  It's a government piece of
25    property; it doesn't apply.
```

```
 1          a legal conclusion.
 2               Q    If you can answer?
 3               A    Can't answer that.
 4               Q    Okay.  When you inspected the exterior of
 5     the trailer, was there any indication of where the leakage
 6     points were occurring inside the trailer?
 7               A    I reflected on that in yesterday's
 8     testimony.
 9               Q    Okay.  You reflected upon it.  Could you
10     tell where the leaks were occurring walking around the
11     trailer and inspecting it from the exterior?
12               A    Go back to yesterday's transcript.
13               Q    Did Mr. Odom, City of New Orleans, ever
14     state that there was a signed waiver by the City stating
15     they waived enforcement of the New Orleans Building Code or
16     the International Building Code?
17               A    No.
18               Q    Where is -- if you can answer this, where is
19     the location of the pressure envelope in the unit, in
20     your -- in your opinion?
21               A    Restate your question.
22               Q    What is the pressure envelope of the Lyndon
23     Wright unit?
24               A    Is that a terminology that we used?
25               Q    Are you familiar with what a "pressure
```