UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Gulf Stream bellwether trial, set to
begin on September 13, 2010

## **ORDER**

After reviewing the bellwether plaintiff nominees and all the objections thereto, the Court has selected 10 nominees from the list of Gulf Stream Coach Inc. ("Gulf Stream") and 10 nominees from the list of the Plaintiff Steering Committee ("PSC"), who could each potentially serve as a bellwether plaintiff.  These potential bellwether plaintiffs are:

(1)　　Mary Ashford

(2)　　Warren Bellazar

(3)　　Anthony Camp

(4)　　Doris Deane

(5)　　Wayne Landry

(6)　　Robin Lewis

(7)　　Marilyn Mackey

(8)　　Corey Oatis

(9) Daniel Porter

(10) Romaine Riley

(11) Mary Jane Alexander

(12) Beverly Batiste

(13) Charles Easton, Jr.

(14) Burnell Colton

(15) Mable Esteen

(16) Dennise Galbreth

(17) Deborah Harris

(18) Albert Polite

(19) Mary Polite

(20) Salvatricia Ragusa

To the extent that any of the above were subject to objection because they resided in an emergency housing unit ("EHU") with a minor, the Court notes that the nominated bellwether plaintiff will not be subject to substitution or joined with the minor's claim. Accordingly,

**IT IS ORDERED** that **on or before Friday, February 12, 2010,** the parties to this bellwether trial shall either:

(1) agree upon three bellwether plaintiff selections from the above list (i.e, ranked as first, second, and third selection as the Court has done for the upcoming Keystone bellwether trial) and notify the Court accordingly; OR

(2) notify the Court that an agreement could not be reached amongst the parties. In this event, the Court will randomly select from the 20 potential plaintiffs the bellwether plaintiff and two

other back-up plaintiffs.

    New Orleans, Louisiana, this 5th day of February, 2010.

                                  **KURT D. ENGELHARDT**
                                  **UNITED STATES DISTRICT JUDGE**