AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Louisiana

| | |
|---|---|
| Brenda Lee Hill; Dianna S. Maikell, ind. and for her minor children, Barbara Maikell and Kristine Maikell and John Maikell, Jr. <br><br> Plaintiff <br> v. <br> Gulf Stream Coach, Inc.,U.S. of Am through FEMA and CH2M Hill Constructors, Inc. <br> Defendant | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.          09-07860 |

### Summons in a Civil Action

To: *(Defendant's name and address)*
    United States of America through the Office of the US
    Attorney for the Eastern District of La., Jim Letten, US
    Attorney, Hale Boggs Federal Bldg., 550 Poydras St.,
    Suite B-210, New Orleans, LA 70130

A lawsuit has been filed against you.

    Within  60   days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff's attorney, whose name and address are:
J. DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your
answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*Cherie Bourgeois*
Deputy clerk's signature

Date:   Jan 08 2010

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _K. Landers_     ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)   C. Date of Delivery<br>_Karen Landry_   1/14/10<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Hon.  Jim Letten<br>US Attorney General<br>Eastern District of La<br>500 Poydras Street, #B-210<br>New Orleans, LA 70130 | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label)   7008 1140 0004 7337 7857 | |

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-1540