AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Kenneth Gable and Marlene Gable | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 09-7862 "N" (5) |
| Keystone RV Co., U.S. of Am through FEMA and Fluor Enterprises, Inc. | ) ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*
United States of America through FEMA
Through the Office of the Director, Craig Fugate,
Director, 500 C Street SW, Washington, DC 20477

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J. DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Dec 30 2009__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7009 2820 0001 1098 0902**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 7:33 AM on January 13, 2010 in WASHINGTON, DC 20472.

**Detailed Results:**
- **Delivered, January 13, 2010, 7:33 am, WASHINGTON, DC 20472**
- **Arrival at Unit, January 13, 2010, 6:27 am, WASHINGTON, DC 20022**

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA