AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Louisiana

| | |
|---|---|
| Kenneth Gable and Marlene Gable | )<br>) |
| Plaintiff | ) |
| v. | ) Civil Action No. 09-7862"N"(5) |
| Keystone RV Co., U.S. of Am through FEMA and Fluor Enterprises, Inc. | )<br>) |
| Defendant | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Fluor Enterprises, Inc. Through its Agent for Service of Process, Corporation Service Company, 320 Somerulos Street, Baton Rouge, LA 70802-6129

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J. DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

Date:  Dec 30 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _JJ_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Scott Thistlethwaith   8<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Corporation Service Company<br>320 Somerulos St.<br>Baton Rouge, LA 70802-6129 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 2820 0001 1098 0889 |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |