```
00001
  1            UNITED STATES DISTRICT COURT
  2            EASTERN DISTRICT OF LOUISIANA
  3
  4  IN RE:  FEMA TRAILER         MDL NO. 1873
  5  FORMALDEHYDE PRODUCTS        SECTION N(4)
  6  LIABILITY LITIGATION         JUDGE ENGELHARDT
  7
  8                    *   *   *
  9
 10            DEPOSITION OF DR. GEORGE FARBER,
 11  TAKEN AT THE OFFICES OF KENNER DERMATOLOGY,
 12  3705 FLORIDA AVENUE, KENNER, LOUISIANA
 13  70065, ON THE 6TH, DAY OF AUGUST, 2009.
 14
 15
 16  REPORTED BY:
 17      PAT KENNEDY QUINTINI, CCR
         PROFESSIONAL SHORTHAND REPORTERS
 18      (504)529-5255
 19
 20
 21
 22
 23
 24
 25
```

```
00045
    1  on this subject?
    2      A.   Not specifically.
    3      Q.   Let's go to the next page of your
    4  report.  Speaking of Dr. Maibach, do you
    5  know if he developed the T.R.U.E. Test?
    6      A.   He was involved in developing
    7  allergy tests, but I really didn't go back
    8  and research that and I'm not sure whether
    9  you are talking about -- on second thought
   10  whether you are talking about senior or
   11  junior.
   12      Q.   The senior, because there is a
   13  junior too.
   14      A.   Yes.
   15      Q.   Right.  But the senior who would
   16  be older than you.
   17      A.   I don't know junior, but senior is
   18  brilliant.  Anyway, somebody famous like him
   19  would have had to have been involved for the
   20  drug company to spend the money to buy that,
   21  but I don't specifically know of his direct
   22  involvement.
   23      Q.   Now, let's look at -- I think we
   24  have attached the report, and frankly, I
   25  don't know if attached to your report that
```

```
00046
    1  we have as an exhibit there is the T.R.U.E.
    2  Test results.
    3       A.   I have an extra copy.
    4       Q.   I think I have a marked-up copy
    5  here.  She came in, you saw her on July 3;
    6  is that right?
    7       A.   Yes.
    8       Q.   And you administered on that
    9  occasion the T.R.U.E. Test.  And tell us
   10  what a T.R.U.E. Test is.  What does it look
   11  like?
   12       A.   It comes in three cards and they
   13  are about six inches tall and about two and
   14  a half inches wide.  And it contains numbers
   15  for each test.  And probably the best way to
   16  describe it would be to show you this
   17  printout.  And basically it's like a plastic
   18  card and it's got the allergens in the
   19  center of each of the holes in it.  And so
   20  these are numbered and the results are
   21  posted following the numbers on the cards.
   22  So you put them all and you identify which
   23  panel is going on which part of the back and
   24  you count down to which one is positive.
   25            We do not throw them away when we
```