```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE:  FEMA TRAILER       MDL NO. 1873
 5    FORMALDEHYDE PRODUCTS      SECTION N(4)
 6    LIABILITY LITIGATION       JUDGE ENGELHARDT
 7
 8                    *   *   *
 9                 (RE:  WRIGHT)
10           VIDEOTAPED DEPOSITION OF GEORGE A.
11    FARBER, M.D, KENNER DERMATOLOGY, 3705
12    FLORIDA AVENUE, KENNER, LOUISIANA 70065,
13    TAKEN AT KENNER DERMATOLOGY, ON THE 28TH DAY
14    OF OCTOBER, 2008.
15
16
17    REPORTED BY:
18        PAT KENNEDY QUINTINI, CCR
          PROFESSIONAL SHORTHAND REPORTERS
19        (504)529-5255
20    VIDEOGRAPHER:
21        KYM HUNTER
          PROFESSIONAL SHORTHAND REPORTERS
22        (504)529-5255
23
24
25
```

1    EXAMINATION BY MR. BONE:

2         Q.   And I'm not suggesting that you

3    have done anything.  It's obviously the

4    plaintiffs' counsel's responsibility to

5    insure your compliance with the rules and

6    not your responsibility.

7              With that, I will go ahead and

8    move on, and obviously, since we don't have

9    a list of your prior testimony, I will keep

10   the deposition open pending receipt of the

11   list in case I need to examine you further

12   on any of the prior testimony you have

13   given.

14        A.   I have to excuse myself for a

15   moment, something of an emergency nature.

16        THE VIDEOGRAPHER:

17             We are off the record.  The time

18   is 1:00.

19        (Whereupon, an off-the-record

20             discussion was held.)

21        THE VIDEOGRAPHER:

22             We are back on the record.  The

23   time is 1:14.

24        MR. AHLQUIST:

25             This is Aaron Ahlquist for