**was 0,04-1.58 ppm (mean exposure was 0.36-0.52 ppm).** Genetic damage was studied by means of MN, SCE and comet assay (comet tail length, TL). In addition, the influence of polymorphic genes of xenobiotic metabolizing enzymes and DNA repair enzymes on the biomarkers was also analyzed. Micronuclei frequency was significantly higher (p=0.003) in the exposed subjects when compared with controls. SCE mean value was significantly higher (p<0.05) among the exposed group compared with control group. Comet assay data showed a significant increase (p<0.05) of TL in formaldehyde-exposed workers with respect to the control group. A positive correlation was found between formaldehyde exposure levels and MN frequency and TL. Regarding the effect of the genetic polymorphisms studied the study did not find any effect on the genotoxic endpoints.

Micronuclei frequencies in exfoliated nasal mucosa cells from pathology and anatomy laboratory workers exposed to formaldehyde were studied by Burgaz et al., 2001. The frequency of micronuclei (MN) in cells of the nasal mucosa was evaluated for 23 individuals in pathology and anatomy laboratories exposed to FA. The measured air concentrations of formaldehyde (FA) in the breathing zone of the laboratory workers were between 2 and 4 ppm. This study suggests that low exposure to formaldehyde is associated with cytogenetic changes in epithelial cells of the nasal region and that nasal mucosa cells exposed through respiration is an important target of FA-induced genotoxic effects.

The frequency of micronuclei (MN) and cytology of respiratory nasal mucosa cells were evaluated in 15 non-smokers exposed to formaldehyde in a plywood factory. Mean levels of exposure to formaldehyde ranged from about 0.1 mg/m3 in the sawmill and shearing-press departments to 0.39 mg/m3 in the warehouse area. Nasal respiratory cell samples were collected near the inner turbinate using a brush for endocervical cytology. A higher frequency of micronucleated cells was observed in the exposed group than in the controls. Cytological examination indicated chronic phlogosis in the nasal respiratory mucosa of plywood factory workers, with a high frequency of squamous metaplasia cells. (Ballarin et al., 1992)

Recio (1997) reports on oncogene and tumor suppressor gene alterations in nasal tumors. The development of nasal tumors in humans and rodents is likely mediated through the accumulation of genetic alterations in genes that regulate cell proliferation, cell death, and differentiation (oncogenes and tumor suppressor genes). Molecular genetic studies on nasal squamous cell carcinomas (SCC) in rats thus far have indicated the presence of oncogenes unrelated to the ras oncogene family and that p53 mutation occurs at a high frequency among the nasal SCC examined. The finding of p53 mutations in rat nasal SCC and the high prevalence of p53 mutations among human SCC, indicates that a common molecular alteration is shared between rodent and human SCC.

Shaham (2003) examines DNA protein crosslinks (DPC) and p53, which are generally known to be involved in carcinogenesis, in peripheral blood lymphocytes of workers exposed to formaldehyde. Results suggest that DNA protein cross-links and mutation in p53 may represent steps in formaldehyde carcinogenesis and a possible causal relation

51

LWFR-EXP 15-000105

between DPC and mutation in p53. These biomarkers can be applied in the assessment of the development of cancer due to formaldehyde exposure.

Hester SD, et al., 2003, studied formaldehyde-induced gene expression in F344 rat nasal respiratory epithelium. Twenty-four of the 1,185 genes queried were significantly up-regulated and 22 genes were significantly downregulated. The identified genes with formaldehyde-induced change in expression belong to the functional gene categories xenobiotic metabolism, cell cycle, apoptosis, and DNA repair. These data suggest that multiple pathways are dysregulated by formaldehyde exposure, including those involved in DNA synthesis/repair and regulation of cell proliferation.

## 13.2  Quantitative levels of risks of respiratory tract cancer—data derived from animal studies

The critical health effects of formaldehyde exposure include sensory irritation and the potential to induce tumours in the upper respiratory tract. In the literature, a concentration as low as 0.24 ppm has been reported to be irritating to the respiratory tract in humans. Nasal tumour-inducing levels in experimental animals seem to be 1-2 orders of magnitude larger. With the Bench Mark Dose software, it was estimated that at a level of 1 ppm, only 9.5% of healthy volunteers experience "moderate" (i.e. annoying) eye irritation (95% upper confidence limit. **From the results of the long-term inhalation toxicity studies in experimental animals, a level of 1 ppm formaldehyde has been considered a NOAEL for nasal injury.**   (Arts et al., 2006)

IARC (2004) concluded that both genotoxicity and cytotoxicity have important roles in the carcinogenesis of formaldehyde in nasal tissues. Therefore, based primarily upon data derived from animal studies, inhalation of formaldehyde under conditions that induce cytotoxicity and sustained regenerative epithelial proliferation within the respiratory tract is considered to represent a carcinogenic hazard to humans. Airborne levels of formaldehyde below 1 ppm, therefore, seem low enough to protect workers against nasal tissue damage, and consequently, also against the potential risk of nasal cancer. **Risks of respiratory tract cancer are considered to be negligibly low below 1 ppm.** (Arts et al., 2006)

Kamata et al. (1997) reports on results of a 28-month chronic inhalation toxicity study of formaldehyde in male Fisher-344 rats.  Male F-344 rats were exposed by inhalation to gaseous formaldehyde at 0.3, 2, and 15 ppm 6 hours/day, 5 days/week for 28 months. Nasal tumors were macroscopically evident in the 15 ppm group from the 14th month and 8 of 32 rats bore such tumors at the 24th month. Histopathological examination revealed both squamous cell papillomas and carcinomas. No nasal tumors were observed in the lower exposure groups (0.3 and 2 ppm groups). Epithelial cell hyperplasia, hyperkeratosis, and the squamous metaplasia were apparent in all exposure groups. Inflammatory cell infiltration, erosion or edema were evident in all groups, including the control groups. **The benchmark doses for squamous metaplasia and epithelial hyperplasia were 0.25 and 0.24 ppm respectively.**

LWFR-EXP 15-000106

Monticello et al., 1989, studied the effects of formaldehyde gas on the respiratory tract of rhesus monkeys. Three rhesus monkeys were exposed to room air, or 6 ppm formaldehyde for 5 days per week for 1 or 6 weeks, and the respiratory tract was assessed for nature and extent of histologic responses and changes in epithelial cell proliferation rate. Lesions were characterized by mild degeneration and early squamous metaplasia confined to specific regions of the transitional and respiratory epithelia of the nasal passages and the respiratory epithelium of the trachea and major bronchi.

Formaldehyde-induced lesions were associated with increases in cell proliferation rates up to 18-fold over controls, which remained significantly elevated after 6 weeks of exposure. Histologic lesions and increases in cell proliferation were most extensive in the nasal passages and were minimal in the lower airways, whereas the maxillary sinuses exhibited no evidence of a response to formaldehyde exposure. Based on the extent of lesions and cell proliferation data, it appears that the monkey is more sensitive than the rat to the acute and subacute effects of formaldehyde at 6 ppm. (Monticello, 1989)

## Section 14.0 Studies of Upper Respiratory Cancer

### 14.1 Human studies

The National Cancer Institute Cohort (NCI) was one of the largest of the cohort studies which included over 25,000 workers (88% men) who had first been employed before 1966 in one of 10 industrial facilities in the USA. Blair et al (1986, 1990) at the NCI, USA conducted the first studies. Blair reports a causal role for formaldehyde is the most probable for cancers of the nasopharynx and, to a less extent, the nasal cavities. Evidence of exposure-response relationships, the fact that direct contact with formaldehyde may occur at these upper respiratory sites, and the consistency of these findings with experimental studies make this assumption highly probable. Reports Relative risks for nasopharyngeal cancer by level or duration of exposure to formaldehyde. At lower level/duration the RR = 4.0 and at higher level/duration a RR = 7.5 . Utilizing both Roush et al data (RR = 2.3) and Vaughan et al data (RR = 1.4) for higher level/duration, Blair calculated a total RR of 2.1 which is statistically significant ($p \leq 0.05$). (Blair et al., 1990)

Hauptmann (2003, 2004) updated studies of the National Cancer Institute cohort of over 25,000 workers employed in facilities that manufactured formaldehyde, formaldehyde resins, molding compounds, molding plastic products, photographic films, and plywood. He followed the cohort through to 1994 with a comprehensive evaluation of historical levels of exposure to formaldehyde and of other potentially confounding exposures. (IARC, 2004)

Based on eight cases, a significant excess mortality from nasopharyngeal cancer was observed among formaldehyde-exposed workers in comparison with the national population (SMR, 2.10; 95% CI, 1.05-4.21). A highly statistically significant ($p$ trend < 0.001) exposure-response relationship was observed between peak exposure to

53

formaldehyde and risk for nasopharyngeal cancer. (IARC, 2004)    (Hauptmann 2003, 2004)

Other studies document positive findings for increased risk of nasopharyngeal cancer. Overall, the Working Group concluded that the results of the study of industrial workers in the USA, supported by the largely positive findings from other studies provided sufficient epidemiological evidence that formaldehyde (FA) causes nasopharyngeal cancer in humans.  (IARC, 2004)

Hansen J, and Olsen JH, 1995, provide evidence that occupational exposure to formaldehyde increases the risk for sino-nasal cancer.  Cancer morbidity in Denmark during 1970-1984 was estimated from standardized proportionate incidence ratios (SPIR) among men whose longest employment had been held since 1964, at least 10 years before diagnosis, in 265 companies in which exposure to formaldehyde was identified.   For sino-nasal cancer, a relative risk of 3.0 (95% CI 1.4-5.7) was found among blue-collar workers with no probable exposure to wood dust.

Vaughan, Strader et al., 1986 (II), investigated the association between residential formaldehyde exposures and the risk of cancers of the pharynx, sinus and nasal cavity.  A population-based case-control study was carried out in 13 counties of Washington.  A strong association was found between a history of having lived in a mobile home and Nasopharyngeal cancer.  The risk increased with the number of years lived in a mobile home:  for those with 1 to 9 years the OR = 2.1 (95% CI  0.7-6.6) and for those with 10 or more years, the OR = 5.5 (95% CI = 1.6-19.4).

Hayes (1986) published a case-control study of nasal and paranasal sinus tumors in males diagnosed between 1978 and 1981 in the Netherlands that was designed to identify environmental risk factors.  Two independent assessments of the association between possible formaldehyde exposure and the risk for nasal cancer were carried out (Assessments A and B).  By Assessment A the age-adjusted relative risk for nasal cancer associated with formaldehyde exposure was 2.5 (90% CI, 1.5-4.3).

Nasopharyngeal carcinoma (NPC) is a very rare tumor which occurs at a yearly rate of < 1 per 100,000 in most countries.  However, in a few geographic regions and among certain ethnic groups, this tumor occurs at relatively high rates.  The highest incidence of NPC is reported from South-east Asia.  In Hong Kong, the incidence of NPC between 1978 and 1982 was 30/100,000 among males and 12.9/100,000 among females.  In Rizal province, The Philippines, the age-standardized incidence of NPC during the period 1978-1982 was 4.7/100,000 among males and 2.6/100,000 among females, rates which are intermediate between those in China and in western countries.    West et al., 1993 studied non-viral risk factors for nasopharyngeal carcinoma in the Philippines in a case-control study of 104 predominantly non-Chinese (less than 10% ethnically Chinese) cases of nasopharyngeal carcinoma and 205 hospital and community controls.  Results of the analysis of the association between estimates of occupational exposure to formaldehyde and NPC were as follows:  Subjects first exposed to formaldehyde before the age of 25 years were at a 2.7 fold excess risk of disease (95% CI = 1.1-6.6) and those first exposed

LWFR-EXP 15-000108

25 or more years preceding diagnosis or interview were at a 2..9 fold excess risk of developing NPC (95% CI = 1.1-7.6). Those exposed to formaldehyde less than 15 years had an adjusted Relative Risk of 2.7 (95% CI = 1.1-6.6).

A case-control study of cancer of the nose and paranasal sinuses was conducted in France to determine whether occupational exposure to formaldehyde was associated with an increased risk of sinonasal cancer. (Luce et al., 1992) Exposures to 14 other substances or groups of substances were also studied. Several exposure variables (lifetime average level, duration, cumulative level) were used to describe the risk related to exposure to formaldehyde and adenocarcinoma of the sinonasal cavities. Among males exposed to medium or high levels of wood dust, the risk of adenocarcinoma associated with formaldehyde was significantly elevated for the highest exposure categories for average level (OR = 5.3, 95% CI = 1.3-22.2), cumulative level (OR = 6.9, 95% CI = 1.7-28.2) and duration of exposure (OR = 6.9, 95% CI = 1.7 = 27.8). Although a residual confounding effect of wood dust could not be excluded, this study suggests that exposure to both formaldehyde and wood dust may increase the risk of nasal adenocarcinoma, by comparison with the risk due to wood dust alone.

Vaughn et al., 2000, report on a multicentered, population based case-control study that was carried out at five cancer registries in the United States participating in the National Cancer Institute's SEER program. Histological type of cancer was abstracted from clinical records of the registries. Potential exposure to formaldehyde and wood dust was assessed on a job by job basis by experienced industrial hygienists who were blinded as to case or control status. For formaldehyde, after adjusting for cigarette use, race, and other risk factors, a trend of increasing risk of squamous and unspecified epithelial carcinomas was found for increasing duration (p=0.014) and cumulative exposure (p=0.033). The odds ratio (OR) for people cumulatively exposed to >1.10 ppm-years was 3.0 (95% CI = 1.3-6.6) compared with those considered unexposed. By contrast, there was no association between potential exposure to formaldehyde and undifferentiated and non-keratinizing carcinomas. There was little evidence that exposure to wood dust increased risk of NPC, as modest crude associations essentially disappeared after control for potential exposure to formaldehyde.

Wood-dust exposure is a serious confounding factor, as it is associated with both sino-nasal cancer and formaldehyde exposure. A study of 839 cases of cancer of the nasal cavities, sinuses and rhinophayrnx and 2,465 cancer controls diagnosed in Denmark during the period 1970-1982 was conducted. Histories of exposure to formaldehyde, wood-dust and 10 other specific compounds or procedures were assessed by industrial hygienists unaware of the case-control status of the cancer patients under study. A statistically significant excess risk (p < 0.05) for carcinoma of the nasal cavity and sinuses among males with a history of exposure to formaldehyde was found. (RR 2.8; 95% CI= 1.8-4.3 ever exposed). For those exposed for greater than 10 years, the Relative Risk was 3.1 (95% CI = 1.8-5.4). For those ever exposed to formaldehyde and also exposed to wood dust, the RR = 3.5 (95% CI = 2.2-5.6). For those with formaldehyde exposure for greater than 10 years and also exposed to wood dust, the Relative Risk was 4.1 (95% CI = 2.3-7.3). (Olsen, 1984)

LWFR-EXP 15-000109

**14.2  Animal studies**

Numerous studies of cancer were performed in experimental animals via inhalation, oral, and dermal exposure.  Inhalation exposures were conducted in the mouse (Kerns et al. 1983, Gibson 1984)  and rat (Kerns et al. 1983, Gibson 1984, Kerns et al. 1983, Morgan et al. 1986, Albert et al. 1982, Sellakumar et al. 1985, Feron et al. 1988, Woutersen et al. 1989, Holmstrom et al. 1989, Monticello et al. 1996, Kamata 1997).   A variety of non-neoplastic lesions (such as squamous-cell hyperplasia, squamous-cell metaplasia, and dysplasia) were commonly found in the nasal cavities of mice and rats.  Squamous cell carcinomas were consistently found in mouse and rat studies.  (IARC, 2004)

**Section 15.0   International Agency for Research on Cancer Group 1 carcinogen classification (IARC, 2004)**

The overall evaluation by the International Agency for Research on Cancer is that formaldehyde is carcinogenic to humans (Group 1).  There is sufficient evidence in humans for the carcinogenicity of formaldehyde.  There is sufficient evidence in experimental animals for the carcinogenicity of formaldehyde.

Examples of the excess risk for cancer in case-control studies of cancers of the nasal cavity, paranasal sinuses, and nasopharynx, and  exposure to formaldehyde as published in IARC, 2004 are as follows:

Hauptmann, 2003, 2004     Nasopharynx   SMR 2.10 (95% CI, 1.05-4.21)    FA

Olsen, et al., 1984  Sinonasal cancer
                    RR  2.8 (95% CI, 1.8-4.3) ever exposed
                    RR  3.5 (95% CI, 2.2-5.6) ever exposed; also exposed to wood dust
                    RR  3.1 (95% CI, 1.8-5.4) exposure for > 10 yrs
                    RR  4.1 (95% CI, 2.3-7.3) exposure for > 10 yrs; also exposed to wood dust

Hayes, et al., 1986  Nasal cavity and accessory sinuses
                    RR  2.5 (90% CI,  1.5-4.3)
                    RR  3.0  (95% CI, 1.2-7.8)  squamous-cell carcinoma only

Vaughn, et al., 1986  Nasal cavity and pharynx  (mobile homes)
                    RR  2.1 (95% CI,  0.7-6.6)  1-9 years
                    RR  5.5  (95% CI, 1.6-19.4) ≥ 10 years

Luce, et al., 1993     Nasal cavity and parasinuses
                    RR  5.33 (95% CI, 1.28-22.20)
                    RR  6.86 (95% CI, 1.69-27.80)

LWFR-EXP 15-000110

West, et al., 1993   Nasopharynx
  RR  2.7  (95% CI, 1.1-6.6) occupation < 15 years
  RR 2.7 (95% CI, 1.1-6.6) age < 25 years at first exposure
  RR 2.9 (95% CI, 1.1-7.6) first exposure ≥ 25 years before diagnosis

Vaughn, et al., 2000  Nasopharyngeal carcinoma
  RR 3.0 (95% CI, 1.3-6.6) cumulative exposure > 1.10 ppm-years


**Section 16.0  Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes—Centers for Disease Control and Prevention, July 2, 2008**

On August 28 and 29, 2005, Hurricane Katrina (Category 4) made landfall between New Orleans, Louisiana and Mobile, Alabama.  Shortly thereafter on September 24, 2008 Hurricane Rita (Category 3) made landfall along the Texas-Louisiana border.  Severe damage resulted to the homes of many families necessitating the provision of temporary housing by the Federal Emergency Management Agency (FEMA) to residents along the Gulf Coast.  (CDC Report, July 2, 2008)

From December 21, 2007 to January 23, 2008, the Centers for Disease Control and Prevention assessed levels of formaldehyde in indoor air of a random sample (519) of occupied FEMA-supplied trailers.  To evaluate levels of formaldehyde, investigators conducted a 1-hour continuous indoor air sample and sample measurements of indoor temperature and relative humidity.  Investigators conducted a walk-through survey to observe the exterior and interior of the trailer, and administered a short questionnaire to adult residents about occupant demographics and trailer characteristics.  (CDC Report, July 2, 2008)

The word **"trailers"** in the CDC report refers collectively to travel trailers, park models, and mobile homes.  Mobile homes are manufactured homes wider than 8 feet or longer than 40 feet for an area greater than 320 square feet.  They are built on permanent chassis, contain plumbing, heating, air-conditioning, and electrical systems.   They are designed for use as permanent dwellings.  Mobile homes are defined and regulated by the US Department of Housing and Urban Development (HUD).  Park models are manufactured homes of 320-400 square feet administrative exempted from HUD formaldehyde standards.  Park models may be regulated by transportation authorities and by manufacturer acceptance of a voluntary American National Standards Institute standard applying to their construction.  Travel trailers are wheel-mounted trailers designed to provide temporary living quarters during periods of recreation, camping, or travel.   Travel trailers generally have size limits, such as 8 feet wide and 40 feet long, for an area less than 320 square feet.  Travel trailers generally are considered vehicles rather than structures and are regulated by state transportation authorities rather than by housing authorities. (CDC Report, July 2, 2008)

LWFR-EXP 15-000111

Formaldehyde in homes is a longstanding issue.  Formaldehyde is frequently used in plywood, fiberboard, resins, glues, carpets, and several other construction components. Prior to 1982, urea foam formaldehyde insulation was used in many homes.  In the past, pressed wood products often contained urea-formaldehyde resins.  Today many pressed wood products are constructed with phenol-formaldehyde products, commonly known as exterior-grade products.  (CDC Report, July 2, 2008)

Temperature, relative humidity (RH), ventilation, and age of house also contribute to differences in measured formaldehyde levels.  In longitudinal studies, formaldehyde emission rates were nearly constant over the first 8 months after construction, and then began to decline, suggesting that formaldehyde off-gassing continues for extended periods but decreases with the age of the home.  Studies also show that older homes have lower formaldehyde levels than do newer homes.  (CDC Report, July 2, 2008)

The geometric mean of formaldehyde level for all trailers sampled was 77 ppb with a range of 3 to 590 ppb.  The geometric mean formaldehyde level was 81 ppb for travel trailers, 44 ppb for park models, and 57 ppb for mobile homes.  In all three trailer types, some trailers had formaldehyde levels greater than or equal to 100 ppb.  Mobile homes and travel trailers each had levels greater than or equal to 300 ppb.  The samples were taken during the winter months.  Formaldehyde levels during the winter may not represent summer levels.  (CDC Report, July 2, 2008)

Survey of occupant activities revealed the use of air conditioning in 71%, heat in 56%, and space heaters in 44% of the trailers.   For 34% of trailers, residents reported someone had smoked in the trailer within 2 weeks before the sampling.  Eighty-one percent of respondents cooked in their trailers.  Pets were present in 25% of trailers, with dogs (20%) most commonly reported.  More than 80% of respondents spent greater than eight hours in their trailer each day.  (CDC Report, July 2, 2008)

Occupant activities directly preceding the sampling period included the following:
- within 3 hours before testing, 44% of homes had windows, doors, and scuttles open, and smoking had occurred in 19%.
- in the week before testing, 61% used air fresheners, 24% used candles, and 3 % used glue, paint, or furniture finish.

(CDC Report, July 2, 2008)

Respondents reported roof leaks in 17% of trailers, pipe leaks in 15%, and mold in 21%.  Propane gas was the most commonly used fuel for cooking (71% of trailers).  Six percent of trailers had at least 1 square foot of mold.  (CDC Report, July 2, 2008)

Levels measured in this study are likely to underestimate past levels when trailers were hotter and more humid, and future levels of formaldehyde during summer months. Many of these trailers were greater than two years old, and previous studies have shown highest formaldehyde levels in newer trailers and homes.  Thus residents were probably exposed to higher levels of formaldehyde when their trailers were newer.  (CDC Report, July 2, 2008)

LWFR-EXP 15-000112

## Section 17.0   Completed Exposure Pathways

Actual exposure is effected only if there is a completed exposure pathway. A completed exposure pathway consists of the following five elements: a source of contamination, an environmental medium, a point of exposure, route(s) of exposure, and a receptor population. (LaDou, 1997) Some of the exposure pathways that should be considered include the following:

> Inhalation of contaminants in air
> Inhalation of contaminants in dust and particles
> Incidental ingestion of contaminants in air
> Incidental ingestion of contaminants in dust and particles
> Dermal absorption from contaminated air
> Dermal absorption from contaminated dust and particles

## Section 18.0   Sensitive Populations

### 18.1  Children

There is considerable variability in responses of humans to xenobiotics. The potential sensitivity of infants and children to chemicals was brought to the public's attention by a National Academy of Sciences report (NAS, 1993). The ensuing Executive Order 13045, in 1997, directed all federal agencies to make protection of children a high priority and to consider risks to children when making policies and setting standards. (Casarett & Doull's, 2001)

Animal studies reveal that immature animals are more sensitive to some but not all chemicals. The younger and more immature the subject, the more different is its response from that of an adult. Substantial anatomical, physiologic, and biochemical changes occur during infancy, childhood, and puberty. There may be developmental periods, or "windows of vulnerability" when the endocrine, reproductive, immune, audiovisual, nervous, and other organ systems are particularly sensitive to certain chemicals. Maturational changes may also substantially affect the kinetics and ensuing toxicity of toxic agents.   (Casarett & Doull's, 2001)

Despite a virtual "data vacuum", logical assumptions can be made about age-dependent changes in the kinetics and toxicity of xenobiotics. GI absorption of solvents would not be expected to vary with age, since most solvents are rapidly and completely absorbed by passive diffusion. Systemic absorption if inhaled VOCs may be greater in infants and children than in adults. Infants' and children's cardiac output and respiratory rates are relatively high, although their alveolar surface area is lower than that of adults. Reduced plasma protein binding capacity in neonates and infants may be of consequence for solvent metabolites. Extracellular water, expressed as percentage of body weight, is highest in newborns and gradually diminishes through childhood. Body fat content is high from about 6 months to 3 years of age, then steadily decreases until adolescence,

LWFR-EXP 15-000113

when it increases again in females. Lipophilic solvents accumulate in adipose tissue, so more body fat would result in greater body burdens and slower clearance of the chemicals. (Casarett & Doull's, 2001)

Changes in xenobiotic metabolism during maturation may have the greatest impact on susceptibility to solvent toxicity and carcinogenicity. Poisonings of premature and term newborns exposed to xenobiotics are primarily attributable to initial deficits in metabolic conjugation capacity. Studies of human liver reveal that P450 isoforms are age-dependent and develop asynchronously, possibly by different mechanisms. Systemic clearance of many drugs is higher in children than in adults. It is generally believed that P450 activities are higher in infants and children than in adults. It should be recognized that increased metabolic activation with production of reactive intermediates does not necessarily mean increased toxicity in children. More rapid detoxification and elimination of these reactive intermediates may occur with some xenobiotics. Increased rates of metabolism, urinary excretion of metabolites, and exhalation by children should hasten elimination and reduce body burdens of some solvent xenobiotics. (Casarett & Doull's, 2001)

The net effect of immaturity on solvent disposition and toxicity is difficult to predict. An age-related change in one parameter may be offset or augmented by concurrent changes in other parameters. Susceptibility of immature subjects may be age-, organ-, chemical-, and species-dependent. (Casarett & Doull's, 2001)

There are large individual differences in responses to formaldehyde exposure in the normal population and between hyperreactive and sensitized people. (WHO, 1989) Children differ from adults anatomically and physiologically. The unique physiology and behavior of children can influence the extent of their exposures and their susceptibility to hazardous chemicals. Depending on the chemical, children may be more or less susceptible than adults to health effects, and the effects may vary with developmental age. Vulnerability often depends on developmental stage, with critical periods of structural and functional development during both prenatal and postnatal life. (ATSDR, 1999) Critical times for chemical exposure from environmental estrogens exist during puberty with its hormonal influences. (Parmigiani et al, 1998) Damage may not be evident until a later stage of development. (ATSDR, 1999)

Xenobiotic metabolism may differ in a child from that of an adult. Absorption may be different in neonates because of the immaturity of their gastrointestinal tract and their larger skin surface area in proportion to body weight. Distribution of xenobiotics may be different because, for example, infants have proportionally more extracellular water in their bodies, and their brains and livers are proportionately larger. Infants also have an immature blood-brain barrier, blood-testis barrier, and liver. Many xenobiotic metabolizing enzymes have distinctive developmental patterns and levels may vary with the stage of growth. Whether differences in xenobiotic metabolism make the child more or less susceptible also depends on whether the relevant enzymes are involved in activation of the parent compound to its toxic form or in detoxification. There may also be differences in excretion, particularly in the newborn who has a low glomerular

60

LWFR-EXP 15-000114

filtration rate and has not developed efficient tubular secretion or resorption capacities. Children and adults may differ in their capacity to repair damage from chemical insults. Children also have a longer lifetime in which to express damage from chemicals, particularly in regards to cancer. Infants breath more air per kilogram of body weight than adults, however, their alveoli are less well developed with a disproportionately smaller surface area for absorption. (ATSDR, 1999)

The same type of effects that occur in adults are expected to occur in children. Damage in portal-of-entry tissues at exposure levels that exceed tissue detoxification mechanisms and symptoms of eye, nose, and throat irritation from airborne exposure to formaldehyde are expected to occur. Studies provide suggestive evidence that children may be more sensitive than adults to the irritant properties of airborne formaldehyde. (Krzyanowski et al., 1990; Wantke et al., 1996)

Children have different behavioral and lifestyle patterns that influence their susceptibility to hazardous exposures. Children drink more fluids, eat more food, and breathe more air per kilogram of body weight, and have a larger skin surface in proportion to their body volume. A child's diet often differs from that of adults. Children crawl on the floor and put things in their mouths. They may also ingest inappropriate things such as soil or paint chips. They may spend more time outdoors. Children are closer to the ground and may not have the judgment of adults to avoid hazards. Young children may spend a significant amount of time indoors (ATSDR, 1999)

Small children have mouthing habits that place products that may contain hazardous chemicals in their mouth, on their skin, or into their respiratory tract from sniffing. Small children may spend increased time on the flooring and carpeting. New carpeting or wood flooring materials with formaldehyde resins or coatings will release formaldehyde. Older carpets have been found to be a sink for formaldehyde if there are other indoor sources. Infants may be exposed to formaldehyde while crawling on carpets or sitting or playing on indoor carpeting. (ATSDR, 1999)

Children that live in mobile homes may be exposed to higher levels of formaldehyde compared to those that live in conventional homes because mobile homes have lower air exchange rates. Children that live in households that have a cigarette, cigar, or pipe smoker will also be exposed to higher levels of formaldehyde due to its presence in side stream smoke. (ATSDR, 1999)

## 18.2  The Elderly

A number of factors would appear to be involved in differential sensitivities of the elderly to xenobiotics. With aging, body fat usually increases substantially at the expense of lean mass and body water. Relatively polar solvents tend to reach higher blood levels during exposures. Relatively lipid-soluble solvents accumulate in adipose tissue and are released slowly to sites of action, metabolism, and elimination. Cardiac output diminishes 30 to 40 percent between the ages of 25 and 65, as do renal and hepatic blood flows. Researchers concluded that reduced clearance of flow- and capacity-limited

LWFR-EXP 15-000115

drugs in the elderly was due primarily to reductions in liver blood flow and liver size. A relationship between aging and P450 activities and content in the human liver has not been found. It has been determined that reduced urinary elimination of benzene metabolites in animal experimentation was due to decreased renal blood flow rather than altered formation of metabolites. (Casarett & Doull's, 2001)

The elderly, like infants and children, may be more or less sensitive to the toxicity of solvents than young adults. Data are lacking on age-dependent susceptibility of humans to solvents and other industrial chemicals. Older people appear to be more sensitive to CNS-depressant effects of ethanol, due in part to lower gastric alcohol dehydrogenase activity. Experiments have shown that aged rodents are more vulnerable to hepatocellular injury by some solvents. Rinkans, et al., 1999, have suggested that the greater liver damage could be due to increased inflammatory damage, due to age-related dysregulation of cytokines. Other major sources of variability and complexity in responses of geriatric populations to solvents include toxicodynamic changes, inadequate nutrition, the prevalence of disease states, and the concurrent use of multiple medications. (Casarett & Doull's, 2001)

Chen and Yu, 1996, performed animal studies that determined aging and dietary restriction reduce Aldehyde Dehydrogenase activities needed for the biotransformation and elimination of aldehydes. Davydov and Fomina, 2006, demonstrated that changes in activities of aldehyde dehydrogenase and aldehyde reductase in the liver after immobilization stress depended on animal age.

Apoptosis in tissues is induced by different kind of signals including endogenous aldehydes. In the cell, aldehydes can be metabolized by various isoforms of aldehyde dehydrogenase, aldehyde reductase, and glutathione-S-transferase. There is evidence suggesting that the catalytic properties of these enzymes change during ontogenesis, and that aging is accompanied by their reduced activities. These functional changes may contribute substantially to the alteration in the organism sensitivity to damaging action of stress factors during aging, to age-related modulation of the action of endogenous aldehydes as a signal for apoptosis, and finally to the origin of disease associated with aging. (Davydov, et al., 2004)


## 19.0   ATSDR MINIMUM RISK LEVELS (MRL)

| | Inhalation MRLs | | CDC FEMA trailer Formaldehyde Concentration |
|---|---|---|---|
| Acute MRL | = | 40 ppb  (1-14 days) | 3 ppb — 590 ppb |
| Intermediate MRL | = | 30 ppb  (15 – 364 days) | 3 ppb — 590 ppb |
| Chronic MRL | = | 8 ppb  (365 days or longer) | 3 ppb — 590 ppb |

62

**Section 20.0   Opinions**

**An opinion of General Causation focuses on the question as to whether the toxic agent is capable of causing disease, cancer, or other health effects.   The following considerations are included in rendering an opinion of General Causation:**

In reviewing the scientific literature, considerations of the following are made to determine whether a cause—effect relationship exists between an agent and disease. *(Reference Manual on Scientific Evidence, Federal Judiciary Center)*

Strength of the Association of disease and exposure
- The higher the relative risk, the stronger the association and the lower the probability that the effect is due to chance.

Consistency- Is there consistency—repeated observation of an association in different populations?

Dose-response or biological gradients–Are there dose-response relationships or evidence of biological gradients (duration of employment; years since last employment, etc.)?  Are there exposure measures that are applicable to the exposures of the individual?

Temporal –Is there a temporal relationship of disease to exposure?

Biologic Plausibility –Is the association biologically plausible?

Coherence-an association does not conflict with the natural history and biology of the disease

Experimental evidence

**Based upon scientifically documented evidence in the literature, plaintiffs fact sheets, Government documents and reports, and established scientific methodology, the following considerations have been made:**

**….The scientific literature on formaldehyde documents the causal considerations of sufficient strength of association in epidemiologic studies and consistency of repeated observations of an association in different populations; cause and effect of mechanistic studies and consistency of repeated observations of such in numerous studies; Dose-response and biological gradients in both animal and epidemiologic studies; Temporal relationships are documented for exposures of formaldehyde and its biological effects; The associations of epidemiologic studies and the demonstrated effects of mechanistic studies are biologically plausible and consistent with the natural history and biology of the damage, disease, and cancer caused by formaldehyde; Experimental evidence in animals and *in vitro* studies supplement and confirm human studies in causal determination. Therefore, the following General Causation opinion is rendered:**

**….A cause—effect relationship exists between formaldehyde and upper respiratory tract damage and cancer.**

63

....A cause—effect relationship exists between formaldehyde and bronchoconstriction/asthma.

.....A cause—effect relationship exists between formaldehyde and eczema.

.....An association exists between formaldehyde and epistaxis.

.....An association exists between epistaxis and cancer of the sinuses, nasal cavity, and nasal vestibule and wall.

.....An association exists between mold exposure and nonallergic rhinitis.

**Section 21.0  References**

Agner T, Flyvholm M, Menne T.  Formaldehyde Allergy:  A Follow-up Study.  Am J Contact Dermatitis  10(1):12-17, 1999.

Alavanja M, Rush G, et al., Proportionate Mortality Study of Workers in the Grain Industry.  JNCI. 78(2):247-252, 1987.

American Academy of Pediatrics.  Toxic Effects of Indoor Molds.  Pediatrics 101(4):712-714.

American College of Occupational and Environmental Medicine.  Adverse Human Health Effects Associated with Molds in the Indoor Environment.  October 27, 2002.

Andersson MA, et al., Bacteria, Molds, and Toxins in Water-Damaged Building Materials.  Applied and Environmental Microbiology, 63(2):387-393, 1997.

Arts JHE, Rennen MAJ, de Heer C.  Inhaled formaldehyde:  Evaluation of sensory irritation in relation to carcinogenicity.  Regulatory Toxicology and Pharmacology 44:144-160, 2006.

Arts JHE.  Setting an indoor air exposure limit for formaldehyde:  Factors of concern. Regulatory Toxicology and Pharmacology 52:189-194, 2008.

Ballarin C, Sarto F, Giacomelli L, et al.  Micronucleated cells in nasal mucosa of formaldehyde-exposed workers.  Mutat Res 280:1-7, 1992.

Batra J, Chatterjee R, Ghosh B.  Inducible nitric oxide synthase (iNOS): role in asthma pathogenesis. 44(5):303-309, 2007.

Ballenger, JJ.  Some effects of formaldehyde on the upper respiratory tract. Laryngoscope 94:1411-1413, 1984.

Barreto, Cunha, Neves, et al.  Risk factors and immunological pathways for asthma and other allergic diseases in children:  background and methodology of a longitudinal study in a large urban center in Northeastern Brazil (Salvador-SCAALA study).  BMC Pulmonary Medicine.  6:15 2006.  doi: 10.1186/1471-2466-6-15

LWFR-EXP 15-000118

Berke JH.  Cytologic examination of the nasal mucosa in formaldehyde-exposed workers.  J Occup Med  29(8):681-684, 1987.

Bermudez E, Chen Z, Gross E, et al. Characterization of Cell Lines Derived from Formaldehyde-induced Nasal Tumors in Rats.  Molecular Carcinogenesis 9:193-199, 1994

Bissett SA, Drobatz KJ, et al.  Prevalence, clinical features, and causes of epistaxis in dogs:  176 cases (1996-2001).  JAVMA 231(12):1843-1850, 2007.

Blair A, Saracci R, et al.  Epidemiologic evidence on the relationship between formaldehyde exposure and cancer. Scand J Work Environ Health. 16:381-393, 1990.

Bolt HM.  Experimental toxicology of formaldehyde.  J Cancer Res Clin Oncol. 113(4):305-309, 1987.

Boysen M, Zadig E, Digernes V, et al.  Nasal mucosa in workers exposed to formaldehyde:  a pilot study.  Br J Ind Med 47:116-121, 1990.

Bredt DS.  Endogenous nitric oxide synthesis:  biological functions and pathophysiology.  Free Radical Research  31(6):577-596, 1999

Brooks SM, et al., Occ Env Lung Disease, The Spectrum of Building-Related Airway Disorders. CHEST 128(3):1720-1727, 2005.

Brown SJ, Irvine AD.  Atopic eczema and the filaggrin story.  Semin Cutan Med Surg 27(2):128-137, 2008.

Brunekreef B. Damp housing and adult respiratory symptoms.  Allergy 47:498-502m 1992,

Bruynzeel DP, et al.  Formaldehyde contact sensitivity and the use of shampoos. Contact dermatitis  10:179-180, 1984.

Burgaz S, CakmakG, et al.  Micronuclei frequencies in exfoliated nasal mucosa cells from pathology and anatomy laboratory workers exposed to formaldehyde.  Neoplasma, 48(2):144-147, 2001

Casanova M, Morgan, Steinhagen WH, et al.  Covalent Binding of Inhaled Formaldehyde to DNA in the Respiratory Tract of Rhesus Monkeys:  Pharmacokinetics, Rat-to-Monkey Interspecies Scaling, and Extrapolation to Man. Fundamental and Applied Toxicology.  17:409-428, 1991.

Casanova M, Morgan KT, et al.  DNA-Protein Cross-links and Cell Replication at Specific Sites in the Nose of F344 Rats Exposed Subchronically to Formaldehyde. Fundamental and Applied Toxicology 23:525-536, 1994.

Casset A, Purohit A, Marchand C, Le Calve S, et al.  The bronchial response to inhaled formaldehyde.  Rev Mal Respir, 23(1 Suppl):3S25-34, Feb 2006.

Chaiyasate S, Roongrotwattanasiri K, et al.  Epistaxis in Chiang Mai University Hospital   J Med Assoc Thai 88(9):1282-1285, 2005.

Chan LS.  Atopic dermatitis in 2008.  Curr Dir Autoimmun, 10:76-118, 2008.

Chen JJ, Yu BP.  Detoxification of reactive aldehydes in mitchondria: effects of age and dietary restriction, Aging (Milano) 8(5):334-340, Oct 1996.

Clement P, Stoop A, Kaufman L.  The Influence of Formaldehyde on the Nasal Mucosa.  Rhinology 25:29-34, 1987.

Conolly RB, Lilly PD, Kimbell JS.  Simulation Modeling of the Tissue Disposition of Formaldehyde to Predict Nasal DNA-Protein Cross-Links in Fischer 344 Rats, Rhesus Monkeys, and Humans.  Environmental Health Perspectives. 108(supp 5):919-924, 2000.

LWFR-EXP 15-000119

Conolly RB, Kimbell JS, et al. Human respiratory tract cancer risks of inhaled formaldehyde: dose-response predictions derived from biologically-motivated computational modeling of a combined rodent and human dataset. Toxicol Sci. 82(1):279-296, 2004.

Costa S, Coelho P, et al. Genotoxic damage in pathology anatomy laboratory workers exposed to formaldehyde. Toxicology. 252(1-3):40-48, 2008.

Cronin E. Formaldehyde is a significant allergen in women with hand eczema. Contact Dermatitis. 25:276-282, 1991.

Daele J, Poorten V, Rombaux P, Hamoir M. Cancer of the nasal vestibule, nasal cavity and paranasal sinuses. B-ENT, 1(Suppl 1):87-96, 2005.

Dales R, et al. Quality of indoor residential air and health. CMAJ 179(2):147-152, 2008

Dales R, et al., Indoor Air Quality and Health: Reproducibility of Respiratory Symptoms and Reported Home Dampness and Molds using a Self-Administered Questionnaire. Indoor Air 4:2-7, 1994.

Dales RE, et al., Respiratory Health Effects of Home Dampness and Molds among Canadian Children. Am J Epid. 134(2):196-203, 1991.

Dales R, et al., Quality of indoor residential air and health. CMAJ 179(2):147-152, 2008.

Davydov VV, Fomina EV. Age-related changes in activity of enzymes catalyzing oxidation-reduction of endogenous aldehydes in the liver of rats during immobilization stress. Bull Exp Biol Med, 141(1):17-19, Jan 2006.

Davydov VV, Dobaeva NM, Bozhkiv AI. Possible role of alteration of aldehyde's scavenger enzymes during aging, Exp Gerontol, 39(1):11-16, Jan 2004.

de Groot AC, et al. Patch test reactivity to DMDM hydantoin: Relationship to formaldehyde allergy. Contact Dermatitis 18:197-201, 1988.

de la Maza, et al. Color Atlas of Diagnostic Microbiology, Mosby, St. Louis, 1997.

Delfino RJ, Gong H, et al. Asthma Symptoms in Hispanic Children and Daily Ambient Exposures to Toxic and Criteria Air Pollutants. Environ Health Perspectives 111(4):647-656, 2003.

Delfino RJ. Epidemiologic Evidence for Asthma and Exposure to Air Toxics: Linkages between Occupational, Indoor, and Community Air Pollution Research. Env Health Persp 110(suppl 4):573-589, 2002.

Ebbens FA, et al., Fungus as the cause of chronic rhinosinusitis: the case remains unproven. Curr Opin Otolaryngol Head Neck Surg. 17(1):43-49, 2009.

Ebbens FA, et al., The mold conundrum in chronic rhinosinusitis: where do we stand today? Curr Allergy Asthma Rep. 8(2):93-101, 2008.

Eberlein-Konig, et al. Influence of air borne nitrogen dioxide or formaldehyde on parameters of skin function and cellular activation in patients with atopic eczema and control subjects. J Allergy Clin Immunol 101:141-143, 1998.

Edling C, Hellquist H, Odkvist L. Occupational exposure to formaldehyde and histopathological changes in the nasal mucosa. Br J Ind Med 45:761-765, 1988.

Edling C, Odkvist L, Hellquist H. Formaldehyde and the nasal mucosa, Br J Ind Med 42(8):570-571, Aug 1985.

Edling C, Hellquist H, Odkvist L. Occupational formaldehyde exposure and the nasal mucosa. Rhinology 25(3):181-187, 1987.

LWFR-EXP 15-000120

Erdei E, Bobvos J, et al.  Indoor Air Pollutants and Immune Biomarkers among Hungarian Asthmatic Children.  Archives of Environmental Health 58(6):337-347, 2003.

d'Errico A, Pasian S., et al.  A Case-control Study on Occupational Risk Factors for Sino-nasal Cancer  Occup Environ Med, Jan 19, 2009 [Epub ahead of print]

Etzel, RA. Mycotoxins. JAMA 287(4):425-427, 2002.

Fasunia AJ, Lasisi AO.  Sinonasal malignancies:  a 10-year review in a tertiary health institution.  J Natl Med Assoc.  99(12):1407-1410, 2007.

Fischer A, Folkerts G, Geppetti P, Groneberg DA.  Mediators of asthma: nitric oxide.  Pulm Pharmacol Ther. 15(2):7381, 2002.

Fischer T, et al.  Clinical Standardization of the TRUE Test™ Formaldehyde Patch. in Exogenous Dermatology, Current Problems in dermatology.  22:24-30, 1995.

Fisher F, Cook N.  Fundamentals of Diagnostic Mycology.  WB SAunders Co. 1998.

Fleming C, Parry E, et al.  Patch testing in discoid eczema.  Contact Dermatitis 36(5):261-264, 1997

Flyvholm and Menne.  Allergic contact dermatitis from formaldehyde.  Contact Dermatitis. 27:27-36, 1992.

Franklin P, Dingle P, Stick S.  Raised Exhaled Nitric Oxide in Health Children is Associated with Domestic Formaldehyde Levels.  Am J Respir Crit Care Med  161:1757-1759, 2000

Garrett MH, Hooper MA, Hooper BM, et al.  Increased risk of allergy in children due to formaldehyde exposure in homes. 54(4):330-337, Apr 1999.

Garrett MH. Erratum Allergy 54(12):1327, 1999

Giwercman C, Lerbaek A, et al.  Classification of atopic hand eczema and the filaggrin mutations.  Contact Dermatitis, 59(5):257-260, 2008.

Gravesen S, et al., Microfungal Contamination of Damp Buildings—Examples of Risk Constructions and Risk Materials. Env Health Perspectives 107(Supp 3): 505-508, 1999

Gu Y, Fujimiya Y, Kunugita N.  Long-term exposure to gaseous formaldehyde promotes allergen-specific IgE-mediated immune responses in a murine model.  Hum Exp Toxicol. 27(1):37-43, 2008.

Gutarowska B, et al., Exposure to moulds in flats and the prevalence of allergic diseases-preliminary study.  Pol J Microbiol 54:13-20, 2005.

Hanckel R, Carter R.  Epistaxis. Southern Medical Journal.  57:282-286, 1964.

Hansen J, Olsen JH.  Formaldehyde and cancer morbidity among male employees in Denmark.  Cancer Causes Control.  6(4):354-360, 1995.

Haraguchi H, Ebihara S, Saikawa M, et al.  Malignant tumors of the nasal cavity: review of a 60-case series. Jpn J Clin Oncol  25(5):188-194, 1995.

Hata H, Takano H, et al.  Late Complications of Gelatin-Resorcin-Formalin Glue in the Repair of Acute Type A  Aortic Dissection.  Ann Thorac Surg  83:1621-1627, 2007.

Hauptmann M, Lubin JH, Stewart PA, Hayes RB, Blair A.  Mortality from lymphohematopoietic malignancies among workers in formaldehyde industries.  J Natl Cancer Inst, 95, 1615-1623, 2003.

Hauptmann M, Lubin JH, Stewart PA, Hayes RB, Blair A.  Mortality from solid cancers among workers in formaldehyde industries.  Am J epidemiol, 159:1117-1130, 2004.

Hayes RB Raatgever JW, de Bruyn A, et al.  Cancer of the nasal cavity and paranasal sinuses, and formaldehyde exposure.  Int J Cancer, 37:487-494, 1986.

LWFR-EXP 15-000121

Hayes RB, Gerin M, Raatgever JW, et al.  Wood-related occupations, wood dust exposure, and sinonasal cancer. Am J Epidemiol 124:569-577, 1986.

Hayes RB, Blair A, Stewart PA, Herrick RF, et al. Mortality of US embalmers and funeral directors. Am J Ind Med 18:641-652, 1990.

Held, Johansen, Agner, et al.  Contact allergy to cosmetics:  testing with patients' own products.  Contact Dermatitis. 40:310-315, 1999.

Henderson EM, Gaston B.  SNOR and wheeze: the asthma enzyme?  Trends Mol Med.  11(11):481-484, 2005.

Hendry KM, Cole E. A Review of Mycotoxins in Indoor Air.  J Tox Env Health 38:183-198, 1993.

Hester SD, Benavides GB, et al. Formaldehyde-induced gene expression in F344 rat nasal respiratory epithelium.  Toxicology 187(1):13-24, 2003.

Hodgson M, et al. An Outbreak of Recurrent Acute and Chronic Hypersensitivity Pneumonitis in Office Workers.  Am J Epid. 125(4):631-638.

Hodgson M, et al. Pulmonary Disease Associated with Cafeteria Flooding.  ARch Env Health.40(2):96-101, 1985.

Hodgson M, et al. Building-Associated Pulmonary Disease From Exposure to Stachybotrys chartarum and Aspergillus versicolor.  JOEM 40(3):241-249, 1998.

Holmstrom M, Wihelmsson B.  Respiratory symptoms and pathophysiological effects of occupational exposure to formaldehyde and wood dust.  Scand J Work Environ Health 14:306-311, 1988.

Holmstrom M, Wilhelmsson B, Hellquist H.  Histological changes in the nasal mucosa in rats after long-term exposure to formaldehyde alone and wood dust.  Acta Otolaryngol (Stockh) 108:274-283, 1989.

Holmstrom M, Wilhelmsson B, Hellquist H, et al.  Histological changes in the nasal mucosa in persons occupationally exposed to formaldehyde alone and in combination with wood dust.  Acta Otolaryngol (Stockh) 107:120-129, 1989.

Hovding G.  Contact Eczema Due to Formaldehyde in Resin Finished Textiles.  Acta Dermato-Venereologica  41:194-200, 1961.

Howard B, et al Clinical and Pathogenic Microbiology, 2nd ed. Mosby St. Louis, 1994.

Ionescu J, Marinescu D, Tapu V, Eskenasy A.  Experimental chronic obstructive lung disease.  I. Bronchopulmonary changes induced in rabbits by prolonged exposure to formaldehyde.  Morphol Embryol (Bucur). 24(3):233-242, 1978.

Izutani H, Shibukawa T, et al.  Devastating Late Complication for Repair of Type A Acute Aortic Dissection with Usage of Gelatin-Resorcinol-Formalin Glue.  Interact CardioVasc Thorac Surg 6:240-242, 2007.

Jeffery PK.  Differences and similarities between chronic obstructive pulmonary disease and asthma.  Clin Exp Allergy. 29(Suppl 2):14-26, 1999.

Kamata E, Nakadate M, et al.  Results of a 28-month chronic inhalation toxicity study of formaldehyde in male Fisher-344 rats.  J Toxicol Sci 22(3):239-254, 1997

Kaplan N, Palmer BF.  Clinical Implications of Mycotoxins and Stachybotrys.  Am J Medical Sciences 325(5):262-274, 2003.

Kazui T, Washiyama N, et al.  Role of Biologic Glue Repair of Proximal Aortic Dissection in the Development of Early and Midterm Redissection of the Aortic Root.  Ann Thorac Surg 72:509-514, 2001.

68

Kerfoot E, Mooney T.  Formaldehyde and Paraformaldehyde Study in Funeral Homes.  Am Ind Hyg Assoc J  July 533-537, 1975.

Kerns WD, Pavkov KL, et al.  Carcinogenicity of formaldehyde in rats and mice after long-term inhalation exposure.  Cancer Res.  43(9):4382-4392, 1983.

Kozak P, et al., Currently Available Methods for Home Mold Surveys.  II. Examples of Problem Homes Surveyed.  Annals of Allergy.  45:167-176, 1980.

Krzyzanowski M, Quackenboss JJ, Lebowitz M.  Chronic Respiratory Effects of Indoor Formaldehyde Exposure, Env Res 52:117-125, 1990.

Kimbell JS.  Nasal dosimetry of inhaled gases and particles:  where do inhaled agents go in the nose?  34(3):270-273, 2006.

Kimbell, Gross, et al.  Correlation of regional formaldehyde flux predictions with the distribution of formaldehyde-induced squamous metaplasia in F344 rat nasal passages.  380(1-2):143-154, 1997.

Kirsch M, Ginat M.  Aortic Wall Alterations After Use of Gelatin-Resorcinol-Formalin Glue.  Ann Thorac Surg 73:642-644, 2002.

Klaassen, Curtis D, et al., Editors.  **Casarett and Doull's Toxicology: The Basic Science of Poisons.** 3rd Edition, New York: McMillan Publishing Company, 1986.

Klaassen, Curtis D., Editor.  **Casarett and Doull's Toxicology: The Basic Science of Poisons**. 5th Edition, New York: McGraw-Hill Companies, Inc., 1996.

Klaassen, Curtis D., Editor.  **Casarett and Doull's Toxicology: The Basic Science of Poisons.** 6[h] Edition, New York: McGraw-Hill Companies, Inc., 2001

Klaassen, Curtis D., Editor.  **Casarett and Doull's Toxicology: The Basic Science of Poisons.** 7[h] Edition, New York: McGraw-Hill Companies, Inc., 2008

Kolstad H, et al., Do Indoor Molds in Nonindustrial Environments Threaten Workers' Health?  A Review of the Epidemiologic Evidence.  Epidemiol Rev 24:203-217, 2002.

Kuhn DM, and Ghannoum Ma.  Indoor Mold, Toxigenic Fungi, and Stachybotrys chartarum:  Infectious Disease Perspective.  Clin Microbiology Reviews. 16(1):144-172, 2003.

Kwon J, and Park C. Sooty Mold of Persimmon (Diospyros kaki) Caused by Cladosporium cladosporioides.  Plant Pathol. J. 19(5):266-268, 2003.

Leino M, Makela M, et al., Intranasal exposure to a damp building mould, Stachybotrys chartarum, induces lung inflammation in mice by satratoxin-independent mechanisms.  Clin Exp Allergy 33:1603-1610, 2003.

Leung DY.  Role of IgE in atopic dermatitis.  Curr Opin Immunol. 5(6):956-962, 1993.

Li C, Dampness and Respiratory Symptoms among Workers in Daycare Centers in a Subtropical Climate.  Arch Env Health, 52(1):68-71, 1997.

Linos A, Blair A, Cantor KP, et al. Leukemia and non-Hodgkin's lymphoma among embalmers and funeral directors (Letter to the Editor) J Natl Cancer Inst, 82:66, 1990.

Linz DH, et al. Cluster Analysis Applied to Building-Related Illness. JOEM 40(2):165-171, 1998.

Luce D, Gerin M, et al.  Sinonasal cancer and occupational exposure to formaldehyde and other substances.  Int J Cancer 53:224-231, 1993.

Maibach H.  Formaldehyde:  Effects on Animal and Human Skin.  in Human Studies: Effects of Formaldehyde on Skin.  1982.

LWFR-EXP 15-000123

Maronpot RR, Miller RA, et al. Toxicity of formaldehyde vapor in B6C3F1 mice exposed for 13 weeks. Toxicology  41(3):253-266, 1986.

MSDS SPI :#02614-DA, 02614-AB Spi-Chem™ Formaldehyde, 37%, 2009.

Matsunaga, Miyake, et al.  Ambient Formaldehyde Levels and Allergic Disorders Among Japanese Pregnant Women:  Baseline Data From the Osaka Maternal and Child Health Study.  Ann Epidemiol 18:78-84, 2008.

Maurice F, Rivory J-P, et al.  Anaphylactic shock caused by formaldehyde in a patient undergoing long-term hemodialysis.  J Allergy Clin Immunol.  77(4): 594-597, 1986.

McGregor D, Bolt H, et al. Formaldehyde and glutaraldehyde and nasal cytotoxicity: case study within the context of the 2006 IPCS Human Framework for the Analysis of a cancer mode of action for humans.  Crit Rev Toxicol.  36(10):821-835, 2006.

Mi YH, Norback D, Tao J, et al.  Current asthma and respiratory symptoms among pupils in Shanghai, China: influence of building ventilation, nitrogen dioxide, ozone, and formaldehyde in classrooms.  Indoor Air  16:454-464, 2006.

Mirshahpanah and Maibach.  Relationship of patch test positivity in a general versus an eczema population.  Contact Dermatitis  56:125-130, 2007

Monticello TM, et al.  Effects of formaldehyde gas on the respiratory tract of rhesus monkeys. Pathology and cell proliferation. Am J Pathol 134(3):515-527, 1989.

Monticello TM, Morgan KT.  Cell proliferation and formaldehyde-induced respiratory carcinogenesis.  Risk Anal 14(3):313-319, 1994.

Morey PR, Microbiological Contamination in Buildings:  Precautions During Remediation Activities.  IAQ 92 Environments for People, p. 171-177.

Nederost ST, Cooper KD.  The Role of Patch Testing for Chemical and Protein Allergens in Atopic Dermatitis.  Current Allergy and Asthma Reports.  !:323-328, 2001

Nielsen GD, Hougaard KS, et al.  Acute airway effects of formaldehyde and ozone in BALB/c mice.  Hum Exp Toxicol 18(6):400-409, 1999.

Norback D, Bjornsson E, Janson C, Widstrom J. et al.  Asthmatic symptoms and volatile organic compounds, formaldehyde, and carbon dioxide in dwellings.  Occup Environ Med 52:388-395, 1995.

Ogunleye AO, Ijaduola GT, Sandabe MB,  Usual and unusual features of sinonasal cancer in Nigerian Africans: a prospective study of 27 patients.

Olsen JH.  Occupational risks of sinonasal cancer in Denmark.  British Journal of Industrial Medicine.  45:329-335, 1988.

Olsen JH, Asnaes S.  Formaldehyde and the risk of squamous cell carcinoma of the sinonasal cavities.  Br J Ind Med 43(11):769-774, 1986

Olsen JH, Jensen SP, et al.  Occupational Formaldehyde Exposure and Increased Nasal Cancer Risk in Man.  Int J Cancer 34:639-644, 1984.

Olsen JH.  Martin Dossing.  Formaldehyde induced symptoms in day care centers. Am Ind Hyg Assoc J,  43:5,366-5,370, 1982.

Olsen, J.H., et al., "Cancer Risk and Occupational Exposure to Aflatoxins in Denmark." Br. J. Cancer.  1988, Vol. 58: 392—396.

Osguthorpe JD,  Richardson M.  Otolaryngologic Clinics of North America. 34(1):269-281, 2001.

Ott MF, Teta MJ, & Greenberg HL.  Lymphatic and hematopoietic tissue cancer in a chemical manufacturing environment.  Am J Ind Med, 16:631-643, 1989.

LWFR-EXP 15-000124

Parmigiani, Oalanza, Vom Saal.  Ethotoxicology:  An Evolutionary Approach to the Study of Environmental Endocrine-Disrupting Chemicals, Toxicology and Industrial Health, 14(1/2):1-8, 1998.

Pati S, Parida SN. Indoor Environmental Risk Factors for Asthma and Respiratory Ill Health in Preschool Children of Coastal Orissa, India.  Epidemiology.  16(5):S132-S133, 2005.

Patty's Toxicology, Fifth Edition, ed. Bingham, Cohrssen, Powell, John Wiley & sons, Inc, New York, 2001, Vol 5, pp979-989.

Pazdrak K, Gorski P, Krakowiak A, Urszula, R.  Changes in Nasal Lavage Fluid due to Formaldehyde Inhalation.  Int Arch Occup Environ Health 64:515-519, 1993.

Pedersen N.  Occupational hand eczema from formaldehyde in price labels.  Contact Dermatitis.  6:57-58, 1980.

Pinkerton LE, Hein MJ, Stayner LT. Mortality among a cohort of garment workers exposed to formaldehyde: an update.  Occup Environ Med. 61(3):193-200, March 2004

Rask-Andersen A, Land CJ, Enlund K. Inhalation Fever and Respiratory Syptoms in the Trimming Department of Swedish Sawmills. Am J Ind Med 25:65-67, 1994.

Recio L.  Oncogene and tumor suppressor gene alterations in nasal tumors.  Mutat Res.  380(1-2):27-31, 1997.

Riddle, H.F.V.  "Prevalence of Respiratory Symptoms and Sensitization by    Mould Antigens Among a Group of Maltworkers."  British Journal of Industrial Medicine. 1974, Vol. 31: 31—35.

Roitt I, Roth D, Brostoff J, Male D.  Immunology seventh edition, Elsevier Health Sciences, 2006,

Rostenberg A, Bairstow B, et al.  A Study of Eczematous Sensitivity to Formaldehyde.  The Journal of Investigative dermatology.  19(6):459-462, 1952.

Ruoppi PI, et al., Nasal symptoms among residents in moldy housing.  Scand J Work Environ Health, 29(6):461-467, 2j003.

Rumchev KB, Spickett JT, Bulsara MK, et al.  Domestic exposure to formaldehyde significantly increases the risk of asthma in young children. Eur Respir J 20(2):403-408, 2002.

Rusch G, Clary JJ, Rinehart WE, and Bolte HF.  A 26 Week Inhalation Toxicity Study with Formaldehyde in the Monkey, Rat, and Hamster.  Toxicol Appl Pharmacol 68(3):329-343, 1983.

Scheel CM, et al., Possible Sources of Sick Building Syndrome in a Tennessee Middle School.  Arch Env Health 56(5):413-417, 2001.

Scheynius L, Fischer T, et al.  Absence of specific IgE antibodies in allergic contact sensitivity to formaldehyde.  Allergy 48:525-529, 1993.

Sciandra D, Dispenza F, et al.  Pleomorphic adenoma of the lateral nasal wall:  case report.  ACTA OTORHINOLARYNGOLOGICA ITALICA 28:150-153, 2008.

Shaham J, Bomstein Y, et al.  DNA-protein crosslinks and p53 protein expression in relation to occupational exposure to formaldehyde.  Occup Environ Med  60(6):403-409, 2003

Shin Sh, et al., Chronic rhinosinusitis: an enhanced immune response to ubiquitous airborne fungi.  J Allergy Clin Immunol 114(6):1369-1375, 2004.

Shiono M.  Surgery for acute aortic dissection using gelatin-resorcin-formalin glue: perspective from 10 years of follow-up at a single center.  J Artif Organs  11:19-23, 2008.

LWFR-EXP 15-000125

Simoni M, et al., Mould/dampness exposure at home is associated with respiratory disorders in Italian children and adolescents:  the SIDRIA-2 study.  Occup Environ Med. 62(9):616-622, 2005.

Sittig M.  Handbook of Toxic and Hazardous Chemicals and Carcinogens, Third Edition, Noyes Publications, New Jersey, 1991.

Smedje G, Norback D.  Incidence of asthma diagnosis and self-reported allergy in relation to the school environment—a four year follow-up study in school children.  Int J Tuberc Lung Dis  5(11):1059-1066, 2001.

Smedje G, Norback D, Edling C.  Asthma among secondary schoolchildren in relation to the school environment.  Clinical and Experimental Allergy. 27:1270-1278, 1997.

Stellman SD, Demers PA, Colin D, & Boffetta P.  Cancer mortality and wood dust exposure among participants in the American Cancer Society Cancer Prevention Study-II (CPS-II). Am J Ind Med 34:229-237, 1998.

Stroup NE, Blair A, & Erikson GE.  Brain cancer and other causes of death in anatomists.  J Natl Cancer Inst 77:1217-1224, 1986.

Swenberg JA, Kerns WD, et al.  Induction of squamous cell carcinomas of the rat nasal cavity by inhalation exposure to formaldehyde vapor.  Cancer Res 40(9):3398-3402, 1980.

Takahashi S, Kazuhide T, et al.  Prospective study of clinical symptoms and skin test reactions in medical students exposed to formaldehyde gas.  Journal of Dermatology 34:283-289, 2007.

Takigawa T, Usami M, et al.  Reduction of Indoor Formaldehyde Concentrations and Subjective Symptoms in a Gross Anatomy Laboratory.  Bull Environ Contam Toxicol 74:1027-1033, 2005.

Tavernier, G, Fletcher G, et al.  IPEADAM study:  Indoor endotoxin exposure, family status, and some housing characteristics in English children.  J Allergy Clin Immunol. 117(3):656-662, 2006.

Thompson CM, Grafstrom RC.  Mechanistic considerations for formaldehyde-induced bronchoconstriction involving S-nitrosoglutathione reductase.  J Toxicol Environ Health A  71(3):244-248, 2008.

Thompson CM, Subramaniam RP, Grafstrom RC.  Mechanistic and dose considerations for supporting adverse pulmonary physiology in response to formaldehyde.  Toxicol Appl Pharmacol  233(3):355-359, 2008.

Til HP, Woutersen RA, Feron VJ, Hollanders VHM, Falke HE, Clary JJ.  Two-year drinking-water study of formaldehyde in rats Fd. Chem. Toxic 27(2):77-87, 1989.

Til HP, Woutersen RA, Feron VJ, Clary JJ.  Evaluation of the oral toxicity of acetaldehyde and formaldehyde in a 4-week drinking-water study in rats.  Fd. Chem Toxic 26:447-452, 1988.

Towers JF, McAndrew P.  Maxillary sinusitis mimicking malignant disease. 39(5):719-723, 1975.

Tuomi T, et al., Mycotoxins in Crude Building Materials from Water-Damaged Buildings. Applied and Environmental Microbiology 66(5):1899-1904, 2000.

Uba G, Pachorek D, Bernstein J, et al. Prospective Study of Respiratory Effects of Formaldehyde Among Healthy and Asthmatic Medical Students.  Am J Ind Med 15:91-101, 1989.

LWFR-EXP 15-000126

U. S. Department of Health and Human Services, Public Health Service, **Agency for Toxic Substances and Disease Registry**, Toxicological Profile for Formaldehyde, July 1999.

U. S. Department of Health and Human Services, Public Health Service, Centers for Disease Control, National Institute for Occupational Safety and Health, NIOSH Pocket Guide to Chemical Hazards, June 1990.

U. S. Department of Health and Human Services, Public Health Service, Centers for Disease Control, National Institute for Occupational Safety and Health, Respirator Use Policy, 1995. http://www.cdc.gov/niosh/respuse.html

U. S. Department of Health and Human Services, Public Health Service, Centers for Disease Control, National Institute for Occupational Safety and Health, Formaldehyde IDLH Documentation. http://www.cdc.gov/niosh/idlh/50000.html

U. S. Department of Health and Human Services, Public Health Service, Centers for Disease Control, National Institute for Occupational Safety and Health, Publication No. 77-126, December 1976.

United States Department of Labor, Occupational Safety & Health Administration, Section 6-VI. Health Effects Discussion and Determination of Final PEL, http://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=PREAMBLES&p_id=770

United States Department of Labor, Occupational Safety & Health Administration, OSHA document 2206, November 7, 1978, 1910.132-141, 1910.441 SubpartZ

United States Department of Labor, Occupational Safety & Health Administration, Formaldehyde standard, 1910.1048 App C. 2008

United States Department of Labor, Occupational Safety & Health Administration, Formaldehyde Standard, 1910.1048, 2008

United States Department of Labor, Occupational Safety & Health Administration, letter dated October 16, 2003, Richard E. Fairfax to Philip Crawford. http://www.osha.gov/pls/oshaweb/owadisp.show_document?p_id=24730&p_table=INTER

United States Department of Labor, Occupational Safety & Health Administration, letter dated August 7, 1987, John A. Pendergrass to John F. Murray http://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=INTERPRETATIONS&p_id=19

United States Department of Labor, Occupational Safety & Health Administration, Formaldehyde Standard, 1910.1200, 1996

United States Department of Labor, Occupational Safety & Health Administration, Final Rules Federal Register # 52:46168-312, Formaldehyde, 12/04/1987

United States Department of Labor, Occupational Safety & Health Administration, letter dated February 21, 1989, correspondence from Thomas J. Shepich to Roger Clark.. http://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=INTERPRETATIONS&p_id=19

United States Department of Labor, Occupational Safety & Health Administration, Docket No. H-225D, Occupational Exposure to Formaldehyde, 1992.

United States Department of Labor, Occupational Safety & Health Administration, Formaldehyde Standard, 1910.1200, July 1, 1990.

LWFR-EXP 15-000127

U.S. Environmental Protection Agency "Particulate Matter (PM10), 1997  Summary Report."  January 26, 2005.
http://www.epa.gov/air/airtrends/aqtrnd97/brochure/pm10.html.

U.S. Environmental Protection Agency.  "Fine Particle (PM 2.5) Designations." January 26, 2005.  http://www.epa.gov/pmdesignations/documents/120/factsheet.htm.

U.S. Environmental Protection Agency Particle Pollution and Your Health.  Office of Air and Radiation, September 2003. EPA-452/F-03-001.

United States **Environmental Protection Agency (EPA)**, Formaldehyde Hazard Summary, January 2000 www.epa.gov .

United States **Environmental Protection Agency (EPA)**, National Primary Drinking Water Regulations, EPA 816-F-09-004, May 2009.

United States Food and Drug Administration.  Floods Carry Potential for Toxic Mold Disease.JAMA 277(17):1342, 1997.

Vaughan TL, Strader C, Davis S, & Daling JR.  Formaldehyde and cancers of the pharynx, sinus and nasal cavity: I. Occupational exposures.  Int J Cancer 38:677-683, 1986.

Vaughn TL, Strader C, Davis S, U Daling JR.  Formaldehyde and cancers of the pharynx, sinus and nasal cavity:  II. Residential exposures.  Int J Cancer, 38:685-688, 1986.

Vaughn TL, Stewart PA, Teschke, K, Lynch CF, et al.  Occupational exposure to formaldehyde and wood dust and nasopharyngeal carcinoma.  Occup environ Med, 57:376-384, 2000.

Vimpel T, Felding J, Bonding P.  The value of X-ray examination of the paranasal sinuses after epistaxis.  The Journal of Laryngology and Otology.  99:253-259, 1985.

von Bubnoff, Koch, Bieber.  Dendritic cells and atopic eczema/dermatitis syndrome. Curr Opin Allergy Clin Immunol. 3(5):353-358, 2003.

Walrath J and Fraumeni JF, Jr.  Mortality patterns among embalmers.  Int J Cancer 31:407-411, 1983.

Wantke F, Focke M, et al.  Formaldehyde and phenol exposure during an anatomy dissection course:  a possible source of IgE-mediated sensitization?  Allergy 51:837-841, 1996.

Ward KA, Todd D, et al.  A comparison of expression of surface-bound immunoglobulin E on antigen-presenting cells in cutaneous tissue between patients with allergic, irritant and atopic dermatitis.  Contact Dermatitis  25:115-120, 1991.

West S, Hildesheim A, and Dosemeci M. Non-viral risk factors for nasopharyngeal carcinoma in the Phillipines:  Results from a case-control study. Int J Cancer, 55:722-727, 1993.

Weston WL.  Type IV reactions in the skin.  Ann Allergy 37(5):346-352, 1976.

Wilmer JWG, Woutersen RA, Appelman LM, et al.   Subacute (4-week) inhalation toxicity study of formaldehyde in male rats:  8-hour intermittent *versus* 8-hour continuous exposures.  J Appl Toxicol 7:15-16. 1987.

Wilmer JW, Woutersen RA, et al. Subchronic (13-week) inhalation toxicity study of formaldehyde in male rats:  8-hour intermittent versus 8-hour continuous exposures. Toxicol Lett. 47(3):287-293, 1989.

LWFR-EXP 15-000128

Wantke F, Demmer CM, Tappler P, Gotz M, Jarisch R.  Exposure to gaseous formaldehyde induces IgE-mediated sensitization to formaldehyde in school-children, Clin Exp Allergy 26(3):276-280, Mar 1996.

Wantke F, Focke M, Hemmer W, et al.  Exposure to formaldehyde and phenol during an anatomy dissecting course:  sensitizing potency of formaldehyde in medical students.  Allergy 55:84-87, 2000.

World Health Organization. Formaldehyde: Environmental health criteria 89, Geneva:  World Health Organization, 1989.

World Health Organization, **International Agency for Research on Cancer**:  IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 88, June, 2004.

Woutersen RA, Appelman LM, et al.  Subchronic (12-week) inhalation toxicity study of formaldehyde in rats.  J Appl Toxicol 7(1):43-49, 1987.

Wuthrich B, Cozzio A, et al.  Atopic eczema:  genetics or environment?  Ann Agric Environ Med.  14(2):195-201, 2007.

Zwart A, Woutersen RA, et al.  Cytotoxic and adaptive effects in rat nasal epithelium after 3-day and 13-week exposure to low concentrations of formaldehyde vapour.  Toxicology 51(1):87-99, 1988.

Zhao Z, Zhang Z, et al. Asthmatic Symptoms among Pupils in Relation to Winter Indoor and Outdoor Air Pollution in Schools in Taiyuan, China.   Environmental Health Perspectives. 116(1):90-97, 2008.

## Methodology References

Epi Info 2000, Centers for Disease Control and Prevention and the World Health Organization, 2000 www.cdc.gov/epiinfo.

Evans, AS.  Causation and Disease: The Henle-Koch Postulates Revisited, The Yale Journal of Biology and Medicine, 49:175-195, 1976.

LaDou, Joseph.  Occupational & Environmental Medicine, 2nd edition, Appleton & Lange, Connecticut, 1997.

MacHahon and Pugh.  Epidemiology: Principles and Methods, Little, Brown and Company, Boston, 1970.

Reference Manual on Scientific Evidence 2nd edition:  Reference guides on toxicology, epidemiology, survey research, and medical testimony: external causation. www.fjc.gov/newweb/jnetweb.nsf.

Rothman and Greenland, Modern Epidemiology, 2nd Edition, Lippincott Williams & Wilkins, Phildelphia, 1998.

Sherman, J.  Chemical Exposure and Disease: Diagnostic and Investigative Techniques.  Van Nostrand Reinhold, New York. 1988.

Sir Bradford Hill.  Proc. Royal Soc. Med., 58(5): May, 1965.

LWFR-EXP 15-000129

I reserve the right to submit additional affidavits if deemed necessary.

Affiant further sayeth not.


_10/2/09_
**Date**

Patricia M. Williams, Ph.D.
**President, Environmental Toxicology Experts, LLC**


Sworn to and subscribed before me this _2nd_ day of _October_, 2009.


**Cynthia M. Wallace**
Notary Public
Commission expires at death.

**Bar Roll No.** _19359_

LWFR-EXP 15-000130