Exhibit QQ - Ronnie Penton - Priest Client List
Submitted to FEMA on June 29, 2009

| Head of Household Name Last, First, M. | Client Last Name | Client First Name | Client Middle Name | Suffix | DOB | SSN | FEMA ID # | FEMA Unit Bar Code | Address of THU | City | State | Zip | Attorney |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▬ | ▬ | ▬ | ▬ | | ▬ | | ▬ | | ▬ | ▬ | AL | ▬ | Priest |
| ▬ | ▬ | ▬ | | | ▬ | | ▬ | | ▬ | ▬ | AL | ▬ | Priest |

Exhibit No. 2