# Exhibit RR - Ronnie Penton - Tyson Client List
## Submitted to FEMA on June 29, 2009

| Head of Household Name Last, First, M. | Client Last Name | Client First Name | Client Middle Name | Suffix | DOB | SSN | FEMA ID # | FEMA Unit Bar Code | Address of THU | City | State | Zip | Attorney |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | | ███ | ███ | ███ | | ███ | ███ | AL | ███ | Tyson |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | | | ███ | ███ | AL | ███ | Tyson |
| ███ | ███ | ███ | ███ | | ███ | ███ | | | ███ | ███ | AL | ███ | Tyson |
| ███ | ███ | ███ | ███ | | ███ | ███ | ███ | | ███ | ███ | AL | ███ | Tyson |
| ███ | ███ | ███ | | | | ███ | | | | | | | Tyson |
| ███ | ███ | ███ | | | ███ | | ███ | | ███ | ███ | AL | ███ | Tyson |
| ███ | ███ | ███ | | | ███ | | ███ | | ███ | ███ | AL | ███ | Tyson |
| ███ | ███ | ███ | ███ | | ███ | ███ | | | ███ | ███ | AL | ███ | Tyson |
| ███ | ███ | ███ | | | ███ | ███ | | | ███ | ███ | AL | ███ | Tyson |
| ███ | ███ | ███ | | | ███ | ███ | | | ███ | ███ | AL | ███ | Tyson |
| ███ | ███ | ███ | | | | ███ | ███ | | | | | | Tyson |
| ███ | ███ | ███ | | | | ███ | ███ | | | | | | Tyson |
| ███ | ███ | ███ | | | ███ | ███ | ███ | | | | | | Tyson |
| ███ | ███ | ███ | | | ███ | ███ | ███ | | ███ | ███ | AL | | Tyson |
| ███ | ███ | ███ | | | ███ | ███ | ███ | | ███ | ███ | AL | | Tyson |
| ███ | ███ | ███ | ███ | | ███ | ███ | | | ███ | ███ | AL | ███ | Tyson |
| | ███ | ███ | | | ███ | ███ | | | | | | | Tyson |

**Exhibit No. 3**