**Exhibit SS - Ronnie Penton - Zeke Client List**
**Submitted to FEMA on June 29, 2009**

| Head of Household Name Last, First, M. | Client Last Name | Client First Name | Client Middle Name | Suffix | DOB | SSN | FEMA ID # | FEMA Unit Bar Code | Address of THU | City | State | Zip | Attorney |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | | ■ | ■ | ■ | | ■ | ■ | AL | ■ | Zeke |

**Exhibit No. 4**