**Exhibit V V - Ronnie Penton Client List**

**Sent to FEMA on July 7, 2009**

| Head of Household Name Last, First, M. | Client Last Name | Client First Name | Client Middle Name | Suffix | DOB | SSN | FEMA ID # | FEMA Unit Bar | Address of THU | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | | | ███ | ███ | ███ | | ███ | ███ | LA | ███ |
| ███ | ███ | ███ | | | ███ | | ███ | | ███ | ███ | LA | ███ |
| ███ | ███ | ███ | | | ███ | ███ | ███ | | ███ | ███ | LA | ███ |
| ███ | ███ | ███ | | | ███ | ███ | ███ | | ███ | ███ | LA | ███ |
| ███ | ███ | ███ | | | ███ | ███ | ███ | | ███ | ███ | LA | ███ |

**Exhibit No. 5**