# Exhibit WW - Ronnie Penton/Zeke Client List
## Sent to FEMA on July 6, 2009

| Head of Household Name Last, First, M. | Client Last Name | Client First Name | Client Middle Name | Suffix | DOB | SSN | FEMA ID # | FEMA Unit Bar Code | Address of THU | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ■ | ■ | | | | ■ | | ■ | | ■ | ■ | LA | |
| ■ | ■ | ■ | | | ■ | | ■ | | ■ | ■ | LA | |
| ■ | ■ | ■ | ■ | | ■ | ■ | ■ | | ■ | | LA | |
| ■ | ■ | ■ | | | ■ | ■ | ■ | | ■ | ■ | LA | |
| ■ | ■ | ■ | | | ■ | ■ | ■ | | ■ | ■ | LA | |
| ■ | ■ | ■ | | | ■ | | ■ | | | | LA | |
| ■ | ■ | ■ | | | ■ | | ■ | | ■ | ■ | LA | |
| ■ | ■ | ■ | | | ■ | ■ | ■ | | ■ | ■ | LA | |
| ■ | ■ | | | | ■ | ■ | ■ | | ■ | ■ | LA | |
| ■ | ■ | ■ | ■ | | ■ | ■ | ■ | | ■ | ■ | LA | |
| ■ | ■ | ■ | | | ■ | ■ | ■ | | ■ | ■ | LA | |
| ■ | ■ | ■ | | | ■ | ■ | ■ | | ■ | ■ | LA | |
| ■ | ■ | ■ | | | ■ | ■ | ■ | | ■ | ■ | LA | |
| ■ | ■ | ■ | | | | ■ | ■ | | ■ | ■ | LA | |
| ■ | ■ | ■ | | | ■ | ■ | ■ | | ■ | | LA | |
| | | | | | | | | | | | LA | |

**Exhibit No. 6**