

**U.S. Department of Justice**

Civil Division
Environmental Torts Section

---

*Jonathan R. Waldron*  *National Place Building, 8214N*
*Trial Attorney*  *1331 Pennsylvania Ave. NW*
  *Washington, DC 20044*

July 28, 2009

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Justin Woods | Andrew D. Weinstock |
| Gerald E. Meunier | Joe Glass |
| Denise Martin – Legal Assistant | Carmen Motes – Legal Assistant |
| Gainsburgh, Benjamin, David, | Duplass, Zwain, Bourgeois, Morton, |
|     Meunier & Warshauer, L.L.C. |     Pfister & Wein |
| 2800 Energy Centre | Three Lakeway Center, 3838 N. |
| 1100 Poydras Street | Causeway Blvd, Suite 2900 |
| New Orleans, Louisiana 70163-2800 | Metairie, Louisiana 70002 |
| (504) 522-2304 | (504) 832-3700 |

David Kurtz
Baker, Donelson, Bearman,
    Caldwell & Berkowitz, PC
201 St. Charles Ave, Suite 3600
New Orleans, Louisiana 70170
(504) 566-5259

    Re:    In re: FEMA TRAILER FORMALDEHYDE PRODUCTS
             LIABILITY LITIGATION, MDL No. 07-1873 (E.D. La)

Dear Counsel:

    Pursuant to the formal discovery requests received by FEMA on June 29, 2009, enclosed is a CD containing the results of FEMA's search of the FEMA Recovery and Response Action Tracking System ("FRRATS") database, which correspond to the client lists provided to FEMA by Plaintiffs' Liaison Counsel (Exhibits RR and SS). The CD contains three (2) files that appear in portable document format ("pdf"), are bates' labeled, and constitute the official version of this information:

| PLC Exhibit | Matching File Description | Bates' Range of Matching File |
|---|---|---|
| RR | RGP Client List Tyson Matching Results – AL | FEMA10-002517 -- FEMA10-002518 |
| SS | RGP Client List Zeke Matching Results – AL | FEMA10-002519 |

    The CD also contains three (2) files that appear in Excel format, which reflect the same information contained in the pdf documents and are being provided solely for your convenience.

**Exhibit No. 8**

The United States' ability to produce information in response to Plaintiffs' discovery requests is contingent upon Plaintiff's ability to provide the requested information describing each client. This includes, at a minimum, the first and last names, the state the EHU was located, the FEMA ID number, and the date of birth of the individual. Further, Plaintiffs should also provide, to the extent the information is available, the claimant's social security number, address where the unit was installed, and the FEMA bar code number for their EHU. To the extent matching information is not provided for any of the listed clients, it is because FEMA was unable to locate these persons in their system based upon the information provided. Matching is only conducted, however, for those applicants with a state ID listing LA, MS, AL, or TX. Any other state IDs listed are not searched since they are non-responsive to the request regarding EHUs used after Katrina or Rita.

FEMA searched the FRRATS database using the information provided to produce the matches. Each exhibit provided a list of names and addresses (labeled with the prefix "Client" or similar designation atop each appropriate column). FEMA matched the data against leased applicants and corresponding household member information contained within FRRATS. The results are reflected in a series of tabs. Exhibits RR contains two tabs: an "Original" tab is the matching request data sent to FEMA, the "AL Matches" tabs contain the matches located for Alabama. There was only one name submitted for matching in Exhibit SS, and the matching result is contained the sole tab in Exhibit SS.

Records were first matched for using the State ID and FEMA registration number, and then additional filtering to identify matches was made using the last and first name. Only records with a reported lease date (either past or present) were matched; no records were provided for applicants that either withdrew or had infeasible sites. If an applicant had multiple units, FEMA added columns to include this information. If FEMA was unable to match the applicant then the corresponding "FEMA" fields were left blank. For those names listed where FEMA was unable to list the manufacturer, I understand you have the ability to match the manufacturer based solely on the vehicle identification number provided. For each match with a reported lease date, FEMA returned or attempted to return the following information:

- Manufacturer (1,2,3 if necessary)
- THU Type / Model (1,2,3 if necessary)
- VIN (1,2,3 if necessary)
- Barcode (1,2,3 if necessary)
- Installer (1,2,3 if necessary)

If you have any questions regarding this production, please contact me.

        Regards,

        s/Jonathan R. Waldron
        Jonathan R. Waldron
        Civil Division, Torts Branch
        Office of Environmental Torts
        (202) 307-2091

| Head of Household Name Last, First, M. | Client Last Name | Client First Name | Client Middle Name | Suffix | DOB | SSN | FEMA ID # | FEMA Unit Bar Code | Address of THU | City | State | Zip | Attorney |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | | ███ | ███ | ███ | | ███ | ███ | AL | ███ | Tyson |
| ███ | ███ | ███ | ███ | █ | ███ | ███ | | | ███ | ███ | AL | ███ | Tyson |
| ███ | ███ | ███ | ███ | | ███ | ███ | | | ███ | ███ | AL | ███ | Tyson |
| ███ | ███ | ███ | ███ | | ███ | ███ | ███ | | ███ | ███ | AL | ███ | Tyson |
| | ███ | | | | | ███ | | | | | | | Tyson |
| ███ | ███ | ███ | | | ███ | ███ | ███ | | ███ | ███ | AL | ███ | Tyson |
| ███ | ███ | ███ | | | ███ | ███ | ███ | | ███ | ███ | AL | ███ | Tyson |
| ███ | ███ | ███ | ███ | | | | | | | ███ | AL | | Tyson |
| ███ | ███ | ███ | ███ | | ███ | ███ | | | ███ | ███ | AL | ███ | Tyson |
| ███ | ███ | ███ | | | | | | | | ███ | AL | | Tyson |
| ███ | ███ | ███ | | | ███ | ███ | ███ | | | | | | Tyson |
| ███ | ███ | ███ | | | ███ | ███ | | | | | | | Tyson |
| ███ | ███ | ███ | | | ███ | ███ | | | | | | | Tyson |
| ███ | ███ | ███ | | | ███ | ███ | ███ | | ███ | ███ | AL | ███ | Tyson |
| ███ | ███ | ███ | | | ███ | ███ | | | ███ | ███ | AL | ███ | Tyson |
| ███ | ███ | ███ | ███ | | ███ | ███ | | | ███ | ███ | AL | ███ | Tyson |
| ███ | ███ | ███ | | | | ███ | | | | | | | Tyson |

**Exhibit RR - Ronnie Penton - Tyson Client List**
**Submitted to FEMA on June 29, 2009**

| Head of Household Name Last, First, M. | Client Last Name | Client First Name | DOB | SSN | FEMA ID # | FRRATS Rgn ID | Bar Code | VIN # | Unit Type | Installer | Attorney |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | Not listed | 1EB1T272956009510 | TT | Anderson Construction | Tyson |
| | | | | | | | Not listed | 1NL1GTR2151062055 | TT | Anderson Construction | Tyson |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | 1108157 | 1NL1GTR2861066637 | TT | Anderson Construction | Tyson |
| | | | | | | | 1142948 | 4X4TCKD226P09971 | TT | Anderson Construction | Tyson |
| | | | | | | | 1143504 | 4WYT12N2361601962 | TT | Anderson Construction | Tyson |
| | | | | | | | 1143291 | 4X4TWDE2X6R335570 | TT | Anderson Construction | Tyson |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | 1143245 | 4X4TWDFT276J046871 | TT | Anderson Construction | Tyson |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | 1143252 | 4X4TCKD286P098071 | TT | Anderson Construction | Tyson |
| | | | | | | | 1143206 | 4EZTS222X5S063361 | TT | Anderson Construction | |
| | | | | | | | 1143212 | 4X4TWDF286J046877 | TT | Anderson Construction | Tyson |
| | | | | | | | 1105888 | 1NL1GTR2761022841 | TT | Anderson Construction | Tyson |
| | | | | | | | 1143106 | 5L4TP272863013123 | TT | Anderson Construction | Tyson |
| | | | | | | | 1142951 | 4YDT256205N122815 | TT | Anderson Construction | Tyson |
| | | | | | | | 1180573 | 1EB1F322264011911 | TT | Anderson Construction | Tyson |
| | | | | | | | 1057325 | 1NL1GTR2051020699 | TT | Anderson Construction | Tyson |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | 1273339 | 5CZ200R2661119450 | TT | Anderson Construction | Tyson |
| | | | | | | | 1043121 | 4X4TWDM215J045555 | TT | Anderson Construction | Tyson |

FEMA10-002518

**Exhibit SS - Ronnie Penton - Zeke Client List**
**Submitted to FEMA on June 29, 2009**

| Head of Household Name Last, First, M. | Client Last Name | Client First Name | Client Middle Name | Suffix | DOB | SSN | FEMA ID # | FEMA Unit Bar Code | Vin # | Installer | Type of Unit | Attorney |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▬ | ▬ | ▬ | ▬ | | ▬ | ▬ | ▬ | Not listed | IEBIT322756009 | Anderson Construction | TT | Zeke |

FEMA10-002519