

U.S. Department of Justice

Civil Division
Environmental Torts Section

_____

*Jonathan R. Waldron*                        *National Place Building, 8214N*
*Trial Attorney*                               *1331 Pennsylvania Ave. NW*
                                                    *Washington, DC 20044*

August 11, 2009

**VIA FEDERAL EXPRESS**

Justin Woods                              Andrew D. Weinstock
Gerald E. Meunier                     Joe Glass
Denise Martin – Legal Assistant      Carmen Motes – Legal Assistant
Gainsburgh, Benjamin, David,         Duplass, Zwain, Bourgeois, Morton,
       Meunier & Warshauer, L.L.C.             Pfister & Wein
2800 Energy Centre                  Three Lakeway Center, 3838 N.
1100 Poydras Street                  Causeway Blvd, Suite 2900
New Orleans, Louisiana 70163-2800       Metairie, Louisiana 70002
(504) 522-2304                        (504) 832-3700

David Kurtz
Baker, Donelson, Bearman,
       Caldwell & Berkowitz, PC
201 St. Charles Ave, Suite 3600
New Orleans, Louisiana 70170
(504) 566-5259

             Re:     In re: **FEMA TRAILER FORMALDEHYDE PRODUCTS
                         LIABILITY LITIGATION, MDL No. 07-1873 (E.D. La)**

Dear Counsel:

       Pursuant to the formal discovery requests received by FEMA on July 6, 2009, enclosed is a CD containing the results of FEMA's search of the FEMA Recovery and Response Action Tracking System ("FRRATS") database, which correspond to the client lists provided to FEMA by Plaintiffs' Liaison Counsel (Exhibits VV, WW). Please note that this is a supplement to yesterday's production which was missing the MS and AL matches for Exhibits VV and WW. The United States received this data from FEMA today and produces it herewith. The enclosed CD contains two (2) files that appear in portable document format ("pdf"), are bates' labeled, and constitute the official version of this information:

**Exhibit No. 9**

| PLC Exhibit | Matching File Description | Bates' Range of Matching File |
|---|---|---|
| VV | Ronnie G. Penton Client List – LA Matches | FEMA10-002538 -- FEMA10-002541 |
| WW | Ronnie G. Penton – LA Matches | FEMA10-002542 – FEMA10-002549 |

The CD also contains three (2) files that appear in Excel format, which reflect the same information contained in the pdf documents and are being provided solely for your convenience.

The United States' ability to produce information in response to Plaintiffs' discovery requests is contingent upon Plaintiff's ability to provide the requested information describing each client. This includes, at a minimum, the first and last names, the state the EHU was located, the FEMA ID number, and the date of birth of the individual. Further, Plaintiffs should also provide, to the extent the information is available, the claimant's social security number, address where the unit was installed, and the FEMA bar code number for their EHU. To the extent matching information is not provided for any of the listed clients, it is because FEMA was unable to locate these persons in their system based upon the information provided. Matching is only conducted, however, for those applicants with a state ID listing LA, MS, AL, or TX. Any other state IDs listed are not searched since they are non-responsive to the request regarding EHUs used after Katrina or Rita.

FEMA searched the FRRATS database using the information provided to produce the matches. Each exhibit provided a list of names and addresses (labeled with the prefix "Client" or similar designation atop each appropriate column). FEMA matched the data against leased applicants and corresponding household member information contained within FRRATS. The results are reflected in a series of tabs. Each exhibit contains at least one "Original" tab, which is the matching request data sent to FEMA. Additional tabs contain the matching data for their respective state; accordingly, the tab "LA Matches" contains the matches located from searching the Louisiana FRRATS system, "MS Matches" contains the matches located from searching the Mississippi FRRATS system, and so on.

Records were first matched for using the State ID and FEMA registration number, and then additional filtering to identify matches was made using the last and first name. Only records with a reported lease date (either past or present) were matched; no records were provided for applicants that either withdrew or had infeasible sites. If an applicant had multiple units, FEMA added columns to include this information. If FEMA was unable to match the applicant then the corresponding "FEMA" fields were left blank. For those names listed where FEMA was unable to list the manufacturer, I understand you have the ability to match the manufacturer based solely on the vehicle identification number provided. For each match with a reported lease date, FEMA returned or attempted to return the following information:

- Manufacturer (1,2,3 if necessary)
- THU Type / Model (1,2,3 if necessary)
- VIN (1,2,3 if necessary)
- Barcode (1,2,3 if necessary)
- Installer (1,2,3 if necessary)

If you have any questions regarding this production, please contact me.

> Regards,
>
> s/Jonathan R. Waldron
> Jonathan R. Waldron
> Civil Division, Torts Branch
> Office of Environmental Torts
> (202) 307-2091

## The Penton Law Firm - Mississippi

| Head of Household Name Last, First, M. | Client Last Name | Client First Name | Client Middle Name | Suffix | DOB | SSN | FEMA ID # | FEMA Unit Bar Code | Address of THU | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | MS | |
| | | | | | | | | | | | MS | |
| | | | | | | | | | | | LA | |
| | | | | | | | | | | | MS | |
| | | | | | | | | | | | MS | |
| | | | | | | | | | | | MS | |
| | | | | | | | | | | | MS | |

FEMA10 002527

## Exhibit V V - Ronnie Penton Client List
## Sent to FEMA on July 7, 2009

| Head of Household Name Last, First, M. | Client Last Name | Client First Name | Client Middle Name | Suffix | DOB | SSN | FEMA ID # | FEMA Unit Bar | Address of THU | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | | | ▮ | ▮ | ▮ | | ▮ | ▮ | LA | ▮ |
| ▮ | ▮ | ▮ | | | ▮ | ▮ | ▮ | | ▮ | ▮ | LA | ▮ |
| ▮ | ▮ | ▮ | | | ▮ | ▮ | ▮ | | ▮ | ▮ | LA | ▮ |
| ▮ | ▮ | ▮ | | | ▮ | ▮ | ▮ | | ▮ | ▮ | LA | ▮ |
| ▮ | ▮ | ▮ | | | ▮ | ▮ | ▮ | | ▮ | ▮ | LA | ▮ |

FEMA10 002528

Exhibit VV

LA TRO Matches

| Head of Household Name Last, First, M. | Client Last Name | Client First Name | Client Middle Name | Suffix | DOB | SSN | FEMA ID # | FEMA Unit Bar Code | Address of THU | City | State | Zip | CleanRGSN | Barcode | VIN # | THU Type {TT, PM, or MH} | Installing Contractor | Manufacturer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | | | ▮ | ▮ | | | ▮ | ▮ | ▮ | ▮ | ▮ | 1181430 | 47CTFTR206G520828 | TT - Regular | Fluor | Dutchmen Manufacturing, Inc. (Thor) |
| ▮ | ▮ | | | | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ | 1160001 | 1UJBJ02R851EL1322 | TT - Regular | Shaw | Jaco, Inc. |
| ▮ | ▮ | | | | ▮ | ▮ | | | ▮ | ▮ | ▮ | ▮ | ▮ | 1315537 | 4CJ1F322265343015 | TT - Regular | Fluor | Fleetwood Enterprises |

FEMA10 002529

**Ezequiel Reyna, Attorney - Mississippi**

| Head of Household Name Last, First, M. | Client Last Name | Client First Name | Client Middle Name | Suffix | DOB | SSN | FEMA ID # | FEMA Unit Bar Code | Address of THU | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | | | ▮ | ▮ | ▮ | | ▮ | ▮ | MS | |
| ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ | | ▮ | ▮ | MS | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ | | ▮ | ▮ | MS | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ | | ▮ | ▮ | MS | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | | ▮ | ▮ | MS | ▮ |
| ▮ | ▮ | ▮ | | | ▮ | | ▮ | | ▮ | ▮ | MS | ▮ |
| ▮ | ▮ | ▮ | | | ▮ | | ▮ | | ▮ | ▮ | MS | ▮ |
| ▮ | ▮ | ▮ | | | ▮ | ▮ | ▮ | | ▮ | ▮ | MS | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | | ▮ | ▮ | MS | ▮ |
| ▮ | ▮ | ▮ | | | ▮ | | ▮ | | ▮ | ▮ | MS | ▮ |
| ▮ | ▮ | ▮ | | | ▮ | | ▮ | | ▮ | ▮ | MS | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | | ▮ | ▮ | MS | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ | | ▮ | ▮ | MS | ▮ |
| ▮ | ▮ | ▮ | | | ▮ | | ▮ | | ▮ | ▮ | MS | ▮ |
| ▮ | ▮ | ▮ | | | ▮ | ▮ | ▮ | | ▮ | ▮ | MS | ▮ |

**Priest - Al**

| Head of Household Name Last, First, M. | Client Last Name | Client First Name | Client Middle Name | Suffix | DOB | SSN | FEMA ID # | FEMA Unit Bar Code | Address of THU | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ▪ | | ███ | ███ | ███ | | ███ | ███ | AL | ███ |
| ███ | ███ | ███ | | | ███ | ███ | ███ | | ███ | ███ | AL | ███ |

**Zeke - AL**

| Head of Household Name Last, First, M. | Client Last Name | Client First Name | Client Middle Name | Suffix | DOB | SSN | FEMA ID # | FEMA Unit Bar Code | Address of THU | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | | | ▮ | ▮ | ▮ | | ▮ | ▮ | AL | ▮ |

**Exhibit WW - Ronnie Penton/Zeke Client List**
**Sent to FEMA on July 6, 2009**

| Head of Household Name Last, First, M. | Client Last Name | Client First Name | Client Middle Name | Suffix | DOB | SSN | FEMA ID # | FEMA Unit Bar Code | Address of THU | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ██ | ██ | ██ | | | ██ | | ██ | | ██ | ██ | LA | ██ |
| ██ | ██ | ██ | | | ██ | | ██ | | ██ | ██ | LA | ██ |
| ██ | ██ | ██ | ██ | | ██ | ██ | ██ | | ██ | ██ | LA | ██ |
| ██ | ██ | ██ | | | ██ | ██ | ██ | | ██ | ██ | LA | ██ |
| ██ | ██ | ██ | | | ██ | ██ | ██ | | ██ | ██ | LA | ██ |
| ██ | ██ | ██ | | | ██ | | ██ | | | | LA | |
| ██ | ██ | ██ | | | ██ | ██ | ██ | | ██ | ██ | LA | ██ |
| ██ | ██ | ██ | | | ██ | ██ | ██ | | ██ | ██ | LA | ██ |
| ██ | ██ | ██ | | | ██ | ██ | ██ | | ██ | ██ | LA | ██ |
| ██ | ██ | ██ | ██ | | ██ | ██ | ██ | | ██ | ██ | LA | ██ |
| ██ | ██ | ██ | ██ | | ██ | ██ | ██ | | ██ | ██ | LA | ██ |
| ██ | ██ | ██ | ██ | | ██ | ██ | ██ | | ██ | ██ | LA | ██ |
| ██ | ██ | ██ | | | ██ | | ██ | | ██ | ██ | LA | ██ |
| ██ | ██ | ██ | | | | ██ | ██ | | ██ | ██ | LA | ██ |
| ██ | ██ | ██ | | | ██ | ██ | ██ | | ██ | ██ | LA | ██ |
| | | | | | | | | | | | LA | |

FEMA10 002533

Exhibit WW                                                                                                         LA TRO Matches

| Head of Household Name Last, First, M. | Client Last Name | Client First Name | Client Middle Name | Suffix | DOB | SSN | FEMA ID # | FEMA Unit Bar Code | Address of THU | City | State | Zip | CleanRGSN | Barcode | VIN # | THU Type {TT, PM, or MH) | Installing Contractor | Manufacturer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ██ | ██ | ██ | | | ██ | | ██ | | ██ | ██ | LA | ██ | ██ | 1147198 | 1UJBJ02R961EJ0223 | TT - Regular | Shaw | jayco |
| ██ | ██ | ██ | | | ██ | | ██ | | ██ | ██ | LA | ██ | ██ | 1155908 | 1UJBJ02N561ET0210 | TT - Regular | Shaw | jayco |
| ██ | ██ | ██ | ██ | | ██ | ██ | | | ██ | ██ | LA | ██ | ██ | 1315582 | 5DJTB0R2165901555 | TT - Regular | Fluor | |
| ██ | ██ | ██ | | | ██ | ██ | | | ██ | ██ | LA | ██ | ██ | 1108066 | 1NL1GTR2561066630 | TT - Regular | Shaw | Gulf Stream Coach |
| ██ | ██ | ██ | | | ██ | ██ | | | ██ | ██ | LA | ██ | ██ | 1146001 | 1PAT64Z2XSP003390 | TT - Regular | Shaw | Palomino |
| ██ | ██ | ██ | | | | ██ | | | | | LA | | ██ | 1111055 | 1NL1GTR2661001461 | TT - Regular | Shaw | Gulf Stream Coach |
| ██ | ██ | ██ | | | ██ | ██ | | | ██ | ██ | LA | ██ | ██ | 681256 | 1EB1T322956010072 | TT - Regular | 3D Disaster | Fleetwood Enterprise |
| ██ | ██ | ██ | | | ██ | ██ | | | ██ | ██ | LA | ██ | ██ | 1342973 | 1SE200P296B001153 | TT - Regular | Shaw | Layton Homes |
| ██ | ██ | ██ | | | ██ | ██ | | | ██ | ██ | LA | ██ | ██ | 1038630 | 1NL1GTR2951069478 | TT - Regular | Shaw | Gulf Stream Coach |
| ██ | ██ | ██ | | | ██ | ██ | | | ██ | ██ | LA | ██ | ██ | 1057358 | 1ED1B302754006711 | TT - Regular | Shaw | Fleetwood |
| ██ | ██ | ██ | ██ | | ██ | ██ | | | ██ | ██ | LA | ██ | ██ | 1107290 | 1NL1GTR2161066463 | TT - Regular | Fluor | Gulf Stream Coach |
| ██ | ██ | ██ | ██ | | ██ | ██ | ██ | | ██ | ██ | LA | ██ | ██ | 1160048 | 1PAT647246P00505 | TT - Regular | Shaw | Palomino |
| ██ | ██ | ██ | ██ | | ██ | ██ | | | ██ | ██ | LA | ██ | ██ | 1372906 | 5CZ200P2561128384 | TT - Regular | Shaw | Recreation by Design |
| ██ | ██ | ██ | | | | ██ | ██ | | ██ | ██ | LA | ██ | ██ | 1303861 | CV06AL0268318 | MH - 3BR - Regular | Shaw | Cavalier |

FEMA10 002534