In Re: FEMA Formaldehyde Product Liability Litigation
Plaintiffs' Merits Discovery Exhibits For Matching Plaintiffs with Manufacturers and No-bid Contractors

| Exhibit | Attorney | Sent | Due Date | Received |
|---|---|---|---|---|
| A | Lambert and Nelson (21 clients) | Jan 27, 2009 with THU address | Mon. March 2, 2009 | Feb. 17, 2009 but not all clients matched |
| B | Bobby Gill | | | |
| C | Michael Hingle (116) | Feb. 27, 2009 with THU addresses | Wed. April 1, 2009 | Wednesday, April 1, 2009 |
| D | Sidney Torres | April 3, 2009 - sent with THU addresses and HoH | Wednesday, May 6, 2009 | Monday, April 27, 2009 |
| E | Paul Dominick / Nexsen Pruet (154 clients) | Feb. 6 2009 with THU address | Wed. March 11, 2009 | Wednesday, March 11, 2009 |
| F | Joe Bruno (2,401 clients) | Jan 27, 2009 with THU Address | Mon. March 2, 2009 | Wednesday March 4, 2009 |
| G | Michael Watson / Woodfill & Pressler (7 clients) | Feb. 6, 2009 with THU address | Wed. March 11, 2009 | Wednesday, March 11, 2009 |
| H | Frank D'Amico (595 clients) | Feb 6, 2009 with THU address | Wed. March 11, 2009 | Wednesday, March 11, 2009 |
| I | The Andry Law Firm, LLC (172 clients) | Feb 13, 2009 with THU addresses | Wed. March 18, 2009 | Wednesday, March 18, 2009 |
| J | Mikal Watts - Watts Guerra Craft (13,455 clients & another 1,731 with no THU info.) | Feb. 13, 2009 sent without Head of households, minors removed, 5 pages divided by THU state | Wed. March 18, 2009 | Wednesday, March 18, 2009 but without AL or TX matches - will send AL matches in next 30 days |
| K | Becnel Law Firm, (693 clients) | Feb. 27, 2009 with THU addresses | Wed. April 1, 2009 | Wednesday, April 1, 2009 |

Exhibit No. 10

In Re: FEMA Formaldehyde Product Liability Litigation
Plaintiffs' Merits Discovery Exhibits For Matching Plaintiffs with Manufacturers and No-bid Contractors

| | | | | |
|---|---|---|---|---|
| L | Waltzer & Assoc. (4 clients) | March 6, 2009 with THU Addresses - FEMA rejected because FEMA ID #s were not provided - Resent to FEMA on March 27, 2009 with FEMA ID #s | Wednesday, April 29, 2009 | Monday, April 27, 2009 |
| M | Rodney & Etter (5 clients) | Jan. 27, 2009 with HoH & THU address but without Client name | Mon. March 2, 2009 | Wednesday March 4, 2009 |
| N | Gill, Ladner & Priest, PLLC (54 clients) | March 6, 2009 with THU Addresses -FEMA rejected because FEMA ID #s were not provided - resent on March 20, 2009 with FEMA ID #s | Monday, April 20, 2009 | Wednesday April 22, 2009 |
| O | Pius A. Obioha & Associates at Law (35 clients) | March 6, 2009 with THU Addresses - FEMA rejected because FEMA ID #s were not provided - Resent to FEMA on March 27, 2009 with FEMA ID #s | Wednesday, April 29, 2009 | Monday, April 27, 2009 |
| P | Joint Becnel and Lambert & Nelson Clients (132 clients) | March 16, 2009 with THU addresses and HoH | Wed. April 15, 2009 | Friday April 17, 2009 |
| Q | Plaintiffs' Steering Committee's Client List (636 clients) | March 16, 2009 with THU addresses | Wed. April 15, 2009 | Friday April 17, 2009 |

In Re: FEMA Formaldehyde Product Liability Litigation
Plaintiffs' Merits Discovery Exhibits For Matching Plaintiffs with Manufacturers and No-bid Contractors

| | | | | |
|---|---|---|---|---|
| R | Gainsburgh, Benjamin, David, Meunier & Warshauer (185 clients) | March 20, 2009 with THU Addresses & FEMA ID #s | Monday, April 20, 2009 | Wednesday April 22, 2009 |
| S | Jermaine D. Williams, Esq. | March 27, 2009 with HoH & FEMA ID #s | Wednesday, April 29, 2009 | Monday, April 27, 2009 |
| T | Young & Hussain | March 27, 2009 with HoH & FEMA ID #s | Wednesday, April 29, 2009 | Monday, April 27, 2009 |
| U | Gill, Ladner & Priest, PLLC (68 clients) | March 27, 2009 new client names and HoH & FEMA ID #s | Wednesday, April 29, 2009 | Wednesday, April 22, 2009 & Monday April 27, 2009 |
| V | Williams Law Office, LLC | April 3, 2009 | Wednesday, May 6, 2009 | Monday, April 27, 2009 |
| W | The Buzbee Law Firm | April 3, 2009 | Wednesday, May 6, 2009 | Monday, April 27, 2009 |
| X | Watts Hilliard | May 12, 2009 | Monday, June 15, 2009 | Tuesday, June 9, 2009 |
| Y | Paul Dominick / Nexsen Pruet | May 5, 2009 | Monday, June 8, 2009 | Tuesday, June 9, 2009 |
| Z | Young & Hussain | May 5, 2009 | Monday, June 8, 2009 | Tuesday, June 9, 2009 |
| AA | Gill Ladner & Priest | May 5, 2009 | Monday, June 8, 2009 | Monday, June 8, 2009 |
| BB | Hurricane Legal Center | May 5, 2009 | Monday, June 8, 2009 | Tuesday, June 9, 2009 |
| CC | Hurricane Legal Center | May 21, 2009 | Tuesday, June 23, 2009 | Wednesday, June 24, 2009 |
| DD | Waltzer & Assoc. - Additional Request | May 21, 2009 | Tuesday, June 23, 2009 | Wednesday, June 24, 2009 |
| EE | Sidney Torres | May 28, 2009 | Wednesday, July 1, 2009 | Wednesday, July 1, 2009 |
| FF | Becnel et al. | June 4, 2009 | Tuesday, July 7, 2009 | Wednesday, July 1, 2009 |
| GG | Andres F. Alonso | June 10, 2009 | Monday, July 13, 2009 | Wednesday, July 1, 2009 |
| HH | Nexsen Pruet | June 16, 2009 | Monday, July 20, 2009 | Tuesday, July 21, 2009 |
| II | Andres F. Alonso | June 17, 2009 | Monday, July 20, 2009 | Tuesday, July 21, 2009 |
| JJ | Buzbee | June 19, 2009 | Wednesday, July 22, 2009 | Tuesday, July 21, 2009 |
| KK | Hurricane Legal Center | June 23, 2009 | Monday, July 27, 2009 | Monday, July 27, 2009 |
| LL | Hurricane Legal Center | June 23, 2009 | Monday, July 27, 2009 | Monday, July 27, 2009 |
| MM | Andres F. Alonso | June 24, 2009 | Tuesday, July 28, 2009 | Tuesday, July 21, 2009 |
| NN | Gill Ladner & Priest | June 24, 2009 | Tuesday, July 28, 2009 | Tuesday, July 21, 2009 |
| OO | Becnel Law Firm | June 24, 2009 | Tuesday, July 28, 2009 | Tuesday, July 21, 2009 |
| PP | Gainsburgh, Benjamin, David, Meunier & Warshauer | June 26, 2009 | Thursday, July 30, 2009 | Tuesday, July 21, 2009 |
| QQ | Ronnie Penton - Priest | June 29, 2009 | Monday, August 3, 2009 | Tuesday, July 21, 2009 |
| RR | Ronnie Penton - Tyson | June 29, 2009 | Monday, August 3, 2009 | Wednesday, July 29, 2009 |
| SS | Ronnie Penton - Zeke | June 29, 2009 | Monday, August 3, 2009 | Wednesday, July 29, 2009 |

In Re: FEMA Formaldehyde Product Liability Litigation
Plaintiffs' Merits Discovery Exhibits For Matching Plaintiffs with Manufacturers and No-bid Contractors

| | | | | |
|---|---|---|---|---|
| TT | Hurricane Legal Center | June 30, 2009 | Monday, August 3, 2009 | Thursday, August 6, 2009 |
| | HLC letter | July 1, 2009 | Monday, August 3, 2009 | Thursday, August 6, 2009 |
| UU | Becnel et al. resubmission of Exhibit FF clients unmatched | July 28, 2009 | Monday, August 31, 2009 | Tuesday, September 1, 2009 |
| VV | Ronnie Pention | July 6, 2009 | Monday, August 10, 2009 | Tuesday, August 11, 2009 |
| WW | Ronnie Penton - Zeke | July 6, 2009 | Monday, August 10, 2009 | Tuesday, August 11, 2009 |
| XX | Andres F. Alonso | July 6, 2009 | Monday, August 10, 2009 | Tuesday, August 11, 2009 |
| YY | Andres F. Alonso | July 16, 2009 | Tuesday, August 18, 2009 | Wednesday, August 19, 2009 |
| ZZ | Watts Hilliard - Alabama | July 20, 2009 | Monday, August 24, 2009 | Tuesday, August 25, 2009 |
| AAA | Watts Hilliard - Louisiana | July 20, 2009 | Monday, August 24, 2009 | Tuesday, August 25, 2009 |
| BBB | Watts Hilliard - Mississippi | July 20, 2009 | Monday, August 24, 2009 | Tuesday, August 25, 2009 |
| CCC | Watts Hilliard - Texas | July 20, 2009 | Monday, August 24, 2009 | Tuesday, August 25, 2009 |
| DDD | Becnel Law Firm | July 22, 2009 | Monday, August 24, 2009 | Tuesday, August 25, 2009 |
| EEE | Raul Bencomo | July 23, 2009 | Tuesday, August 25, 2009 | Wednesday, August 26, 2009 |
| FFF | Andres F. Alonso | July 24, 2009 | Wednesday, August 26, 2009 | Wednesday, August 26, 2009 |
| GGG | Nexsen Pruet | July 28, 2009 | Monday, August 31, 2009 | Tuesday, September 1, 2009 |
| HHH | Sidney Torres | August 5, 2009 | Monday, September 7, 2009 | Wednesday, September 9, 2009 |
| III | HLC | August 7, 2009 | Wednesday, September 9, 2009 | Wednesday, September 9, 2009 |
| JJJ | D'Amico | August 11, 2009 | Monday, September 14, 2009 | Wednesday, September 9, 2009 |
| KKK | D'Amico-Irpino | August 11, 2009 | Monday, September 14, 2009 | Tuesday, September 15, 2009 |
| LLL | D'Amico-Reich | August 11, 2009 | Monday, September 14, 2009 | Tuesday, September 15, 2009 |
| MMM | Schmidt | August 13, 2009 | Tuesday, September 15, 2009 | Wednesday, September 16, 2009 |
| NNN | Watts Hilliard - AL | August 14, 2009 | Wednesday, September 16, 2009 | Thursday, September 17, 2009 |
| OOO | Watts Hilliard - LA | August 14, 2009 | Wednesday, September 16, 2009 | Thursday, September 17, 2009 |
| PPP | Watts Hilliard - MS | August 14, 2009 | Wednesday, September 16, 2009 | Thursday, September 17, 2009 |
| QQQ | Watts Hilliard - TX & other | August 14, 2009 | Wednesday, September 16, 2009 | Thursday, September 17, 2009 |

In Re: FEMA Formaldehyde Product Liability Litigation
Plaintiffs' Merits Discovery Exhibits For Matching Plaintiffs with Manufacturers and No-bid Contractors

| | | | | |
|---|---|---|---|---|
| RRR | Andres F. Alonso | Augst 17, 2009 | Monday, September 21, 2009 | Tuesday, September 22, 2009 |
| SSS | Nexsen Pruet | August 18, 2009 | Monday, September 21, 2009 | Tuesday, September 22, 2009 |
| TTT | The Andry Law Firm, LLC | August 20, 2009 | Tuesday, September 22, 2009 | Wednesday, September 23, 2009 |
| UUU | Nexsen Pruet | August 20, 2009 | Tuesday, September 22, 2009 | Wednesday, September 23, 2009 |
| VVV | Buzbee | August 21, 2009 | Wednesday, September 23, 2009 | Thursday, September 24, 2009 |
| WWW | Nexsen Pruet | August 27, 2009 | Tuesday, September 29, 2009 | Thursday, October 1, 2009 |
| XXX | Pius A. Obioha & Associates | August 27, 2009 | Tuesday, September 29, 2009 | Thursday, October 1, 2009 |
| YYY | Hawkins Stracener & Gibson, PLC | September 1, 2009 | Monday, Oct. 5, 2009 | Tuesday, Oct. 6, 2009 |
| ZZZ | The Andry Law Firm | September 3, 2009 | Tuesday, Oct. 6, 2009 | Wednesday, Oct. 7, 2009 |
| AAAA | Jim Hall | September 4, 2009 | Wednesday, Oct. 7, 2009 | Thursday, Oct 8, 2009 |
| BBBB | Buzbee | September 4, 2009 | Wednesday, Oct. 7, 2009 | Thursday, Oct 8, 2009 |
| CCCC | Becnel, et al. | September 10, 2009 | Tuesday, October 13, 2009 | Wednesday, October 14, 2009 |
| DDDD | Jim Hall | September 11, 2009 | Wednesday, October 14, 2009 | Wednesday, October 14, 2009 |
| EEEE | Becnel Law Firm | September 14,2 009 | Monday, October 19, 2009 | Tue. Oct 20, 2009 |
| FFFF | Buzbee | September 17, 2009 | Tuesday, October 20, 2009 | Tue. Oct 20, 2009 |
| GGGG | Jim Hall | September 18, 2009 | Wednesday, October 21, 2009 | Tue. Oct 20, 2009 |
| HHHH | PSC | September 18, 2009 | Wednesday, October 21, 2009 | Tue. Oct 20, 2009 |
| IIII | Gainsburgh Benjamin | September 18, 2009 | Wednesday, October 21, 2009 | Tue. Oct 20, 2009 |
| JJJJ | Hawkins Stracener & Gibson, PLC | September 22, 2009 | Monday, October 26, 2009 | Tue., Oct 27, 2009 |
| KKKK | Nexsen Pruet | September 23, 2009 | Monday, October 26, 2009 | Tue., Oct 27, 2009 |
| LLLL | Buzbee | September 23, 2009 | Monday, October 26, 2009 | Tue., Oct 27, 2009 |
| MMMM | PSC | September 24, 2009 | Tuesday, October 27, 2009 | Tue., Oct 27, 2009 |
| NNNN | Andry Law Firm | September 25, 2009 | Wednesday, October 28, 2009 | Thu., Oct 29, 2009 |

In Re: FEMA Formaldehyde Product Liability Litigation
Plaintiffs' Merits Discovery Exhibits For Matching Plaintiffs with Manufacturers and No-bid Contractors

| | | | | |
|---|---|---|---|---|
| OOOO | PSC | September 29, 2009 | Monday, November 2, 2009 | Tuesday, November 3, 2009 |
| PPPP | Buzbee | September 29, 2009 | Monday, November 2, 2009 | Tuesday, November 3, 2009 |
| QQQQ | Buzbee | October 2, 2009 | Wednesday November 4, 2009 | Tuesday, November 3, 2009 |
| RRRR | Jim Hall | October 2, 2009 | Wednesday November 4, 2009 | Tuesday, November 3, 2009 |
| SSSS | Hawkins Stracener & Gibson, PLC | October 2, 2009 | Wednesday November 4, 2009 | Tuesday, November 3, 2009 |
| TTTT | Doug Schmidt | October 15, 2009 | Tuesday, November 17, 2009 | Wednesday, November 18, 2009 |
| UUUU | Hawkins Stracener & Gibson, PLC | October 15, 2009 | Tuesday, November 17, 2009 | Wednesday, November 18, 2009 |
| VVVV | Watts Hilliard - AL | October 19, 2009 | Monday, November 23, 2009 | Tuesday, November 24, 2009 |
| WWWW | Watts Hilliard - LA | October 19, 2009 | Monday, November 23, 2009 | Tuesday, November 24, 2009 |
| XXXX | Watts Hilliard - MS | October 19, 2009 | Monday, November 23, 2009 | Tuesday, November 24, 2009 |
| YYYY | Becnel et al. | October 20, 2009 | Monday, November 23, 2009 | Tuesday, November 24, 2009 |
| ZZZZ | Watts Hilliard - LA 1- 500 | November 2, 2009 | Monday, Dec. 7, 2009 | Tuesday, December 8, 2009 |
| AAAAA | Watts Hilliard - LA 501-1000 | November 2, 2009 | Monday, Dec. 7, 2009 | Tuesday, December 8, 2009 |
| BBBBB | Watts Hilliard - LA 1001-1500 | November 2, 2009 | Monday, Dec. 7, 2009 | Tuesday, December 8, 2009 |
| CCCCC | Watts Hilliard - LA 1501 - 2000 | November 2, 2009 | Monday, Dec. 7, 2009 | Tuesday, December 8, 2009 |
| DDDDD | Watts Hilliard - LA 2001-2500 | November 2, 2009 | Monday, Dec. 7, 2009 | Tuesday, December 8, 2009 |
| EEEEE | Watts Hilliard - LA 2501 - 2933 | November 2, 2009 | Monday, Dec. 7, 2009 | Tuesday, December 8, 2009 |
| FFFFF | Watts Hilliard - AL | November 2, 2009 | Monday, Dec. 7, 2009 | Tuesday, December 8, 2009 |
| GGGGG | Watts Hilliard - MS 1 - 500 | November 2, 2009 | Monday, Dec. 7, 2009 | Tuesday, December 8, 2009 |
| HHHHH | Watts Hilliard - MS 501 - 538 | November 2, 2009 | Monday, Dec. 7, 2009 | Tuesday, December 8, 2009 |
| IIIII | Watts Hilliard - TX | November 2, 2009 | Monday, Dec. 7, 2009 | Tuesday, December 8, 2009 |
| JJJJJ- 1 | Hurricane Legal Center | November 4, 2009 | Monday, Dec. 7, 2009 | require additional info. |
| JJJJJ - 2 | Hurricane Legal Center | November 4, 2009 | Monday, Dec. 7, 2009 | require additional info. |
| JJJJJ - 3 | Hurricane Legal Center | November 4, 2009 | Monday, Dec. 7, 2009 | Thursday, December 10, 2009 |
| KKKKK | Bruno & Bruno | November 9, 2009 | Monday, December 14, 2009 | Thursday, December 17, 2009 |
| LLLLL | Watts Hilliard - LA 1- 500 | November 9, 2009 | Monday, December 14, 2009 | Tuesday, December 15, 2009 |

In Re: FEMA Formaldehyde Product Liability Litigation
Plaintiffs' Merits Discovery Exhibits For Matching Plaintiffs with Manufacturers and No-bid Contractors

| | | | | |
|---|---|---|---|---|
| MMMMM | Watts Hilliard - LA 501-1000 | November 9, 2009 | Monday, December 14, 2009 | Tuesday, December 15, 2009 |
| NNNNN | Watts Hilliard - LA 1001-1181 | November 9, 2009 | Monday, December 14, 2009 | Tuesday, December 15, 2009 |
| OOOOO | Watts Hilliard - AL | November 9, 2009 | Monday, December 14, 2009 | Tuesday, December 15, 2009 |
| PPPPP | Watts Hilliard - MS | November 9, 2009 | Monday, December 14, 2009 | Tuesday, December 15, 2009 |
| QQQQQ | Becnel et al. | November 11, 2009 | Monday, December 14, 2009 | Wednesday, December 16, 2009 |
| RRRRR | Gill Ladner & Priest | November 11, 2009 | Monday, December 14, 2009 | Wednesday, December 16, 2009 |
| SSSSS | Hawkins Stracener & Gibson, PLC | November 12, 2009 | Tuesday, December 15, 2009 | Wednesday, December 16, 2009 |
| TTTTT | Watts Hilliard - AL | November 23, 2009 | Monday, December 28, 2009 | Tuesday, December 29, 2009 |
| UUUUU | Watts Hilliard - MS | November 23, 2009 | Monday, December 28, 2009 | Tuesday, December 29, 2009 |
| VVVVV | Watts Hilliard - LA 1- 500 | November 23, 2009 | Monday, December 28, 2009 | Tuesday, December 29, 2009 |
| WWWWW | Watts Hilliard - LA 501-825 | November 23, 2009 | Monday, December 28, 2009 | Tuesday, December 29, 2009 |
| XXXXX | Watts Hilliard - TX | November 23, 2009 | Monday, December 28, 2009 | Tuesday, December 29, 2009 |
| YYYYY | Hawkins Stracener & Gibson, PLC | December 2, 2009 | Monday, January 14, 2010 | Tuesday, January 5, 2010 |
| ZZZZZ | Buzbee | December 21, 2009 | Monday, January 25, 2009 | Monday, January 25, 2010 |
| AAAAAA | Sidney Torres | January 11, 2010 | Monday, February 15, 2010 | |
| BBBBBB | Hawkins Stracener & Gibson, PLC | January 13, 2010 | Monday, February 15, 2010 | |
| CCCCCC | Watts Hilliard - AL | January 29, 2010 | Wednesday, March 3, 2010 | |
| DDDDDD | Watts Hilliard - MS | January 29, 2010 | Wednesday, March 3, 2010 | |
| EEEEEE | Watts Hilliard - LA | January 29, 2010 | Wednesday, March 3, 2010 | |
| FFFFFF | Watts Hilliard - TX | January 29, 2010 | Wednesday, March 3, 2010 | |
| GGGGGG | Walter Dumas | February 3, 2010 | Monday, March 8, 2010 | |