

Inspection
Report
PREPARED BY:
LaGrange Consulting, LLC
256 Calumet Drive
Madisonville, LA 70447
Info@LaGrangeConsulting.com

PREPARED FOR:

Al Mallet, Jr.
First General Services
Lafayette, LA 70598
with regards to
586 Schexnayder, Melville, LA 71353
August, 2009

LaGrange CONSULTING™

www.LaGrangeConsulting.com • 985 845-2148

# I. Introduction to the Project

The testing and inspection results conveyed in this report were collected at #586 Schexnayder, Melville, LA 71353 in the United States of America on the dates: of August 18, 19, 20, 31 and September 1 in 2009. The project being tested is a travel trailer #1277021 that was used by the *Federal Emergency Management Agency (FEMA)* to house victims of hurricane Katrina. The trailer was parked at a storage lot at the above address at the time of testing.

*Note: All technical terms and acronyms written in italics and are defined in the glossary starting on page 89.

LaGrange Consulting, LLC of 256 Calumet Dr. in Madisonville, LA 70447 was the testing and inspection company. Paul LaGrange was the technician testing the travel trailer. LaGrange Consulting was hired by Al Mallet, Jr. of First General Services of Lafayette, LA 70598 to perform the following services:

1. Perform a blower door (building leakage) test.
2. Perform duct blaster (duct leakage) tests.
3. Determine the weighted average of ***R and U-values*** of the wall and ceiling assemblies.
4. Determine the ***Btu*** gain of the air infiltration.
5. Perform infrared thermal imaging scans of the trailer.
6. Perform a ***manual j-load*** (discussed on page 53) of the trailer.

7. Offer explanations of the interactions between the heating and cooling systems and the cavities, attic, and crawlspace in this building.
8. Make observations upon deconstruction of the trailer.
9. Make observations of the Forest River and Shaw Group Consultant's testing.
10. Summarize the findings.

The standards and equations used to complete the described services are accepted standards of the industry and are attached in the appendices.

**Trailer Description and Manufacturer Information**

Ritter Consulting Engineering provided drawings of the trailer that included floor plans, as well as exterior and interior elevations. The trailer was constructed November 13, 2005. The trailer is manufactured by Forest River, Inc. The vehicle type is Salem Towables and the series number SMT32BHLE. The vehicle ID number is 4X4TSMH296C008992.

According to the FEMA procurement document (See APPENDIX G), this trailer was built "for the purpose of providing temporary housing" for its occupants. The causes for the poor indoor air quality are interactive. First, the heating and cooling systems provided no fresh air intake to dilute the pollutants within the trailer. Secondly, the trailer was not well sealed. So air leaks allowed humidity, dust, and other contaminants into the trailer, especially when the cooling system was running. Thirdly, the installation of the insulation was quite inadequate and the wall assembly was conducive to mold growth, which increases the poor indoor air quality. This report will discuss the observations and diagnostic testing that support this summary.

The following outlines our test results and observations:

1. This trailer was ordered by FEMA and was required to be built to their temporary housing standards. The International Residential Code (IRC) 2000 and the New Orleans 2003 Building Code were the building codes at the time that governed how housing was to be constructed. The trailer was not constructed to meet code requirements. This report will describe how the temporary homes did not follow the building code as it relates to insulation, air leaks, air conditioning, and duct work.
2. The heating and cooling system were inadequate and poorly installed.
   a. There was no filtered fresh air brought in to dilute the pollutants in the air from off-gassing and human occupancy.
   b. The cooling system was over 25% oversized so it could not adequately dehumidify the trailer as needed in a hot humid climate (see page 53 for explanations of why A/C systems should not be oversized).
   c. The ductwork for the cooling system was inadequate and poorly designed as fully described later in the report.
      i. The supply ducts leaked.
         1. Leaky supply ducts cause differential pressures.
         2. Leaky supply ducts cause condensation in the attic and walls.
      ii. The supply ducts were poorly insulated.
      iii. The return side of the unit leaked.
         1. Leaky returns pull in contaminants from the attic and walls.

        2. Leaky returns create negative pressures in the attic.

iv. None of the materials used to construct the ductwork was *UL labeled*, which violates the codes under IRC 2000.

d. The ductwork for the heating system was inadequate.

i. The ductwork for the heating system was very leaky (staple holes through the ducts and no sealant on ductwork).

ii. The heating ducts were not insulated

iii. None of the materials used to create the ductwork was *UL labeled*, which violates the building codes under IRC 2000.

3. Air sealing was inadequate

a. Building codes (New Orleans 2003 Building Code and the International Residential Code 2000 [IRC 2000]) require air sealing for all housing units

b. Pipes, wires, wall outlets and other openings in the thermal envelope were not air sealed to prevent air leakage

c. The air leakage caused condensation and moisture problems at numerous places throughout the trailer which contributed to the poor indoor air quality.

d. Evidence of long term moisture problems exist from air and water intrusion throughout the trailer.

e. Air leakage causes poor indoor air quality because contaminants are pulled into the trailer by the cooling system through leaks in the windows, doors, and other wall and ceiling openings into the attic and into the return air.

f. Because this trailer was located in a hot humid climate, the *vapor drive* was very strong from outside to inside the trailer and humidity could successfully enter the trailer through air passage ways. The vinyl wall and ceiling cover in the hot humid South led towards increased condensation and moisture build-up. See page 43 for a textual and graphical explanation of the vapor drive.

g. The large amount of air infiltration through the insulation reduced the insulation's ability to protect the trailer from heat and cold

4. The floor, wall, and ceiling insulation were inadequate and poorly installed.

a. The thicknesses of insulation did not meet the minimum code standards of the IRC 2000.

b. The insulation that was there was poorly installed with gaps and voids and the insulation was compressed at the bottoms of the stud cavities.

c. There was no vapor barrier at the floor to prevent the drive of moisture from the ground through the subfloor insulation and into the trailer.

d. Most of the insulation was unlabeled with R-values or manufacturer names, which violates building codes under IRC 2000 (Specifics discussed fully in the report).

**Building Codes**

Per the *IRC 2000*, R107.2 and the New Orleans Building Code for 2003 (107.2), "Temporary structures and uses shall conform to the structural strength, fire safety, means of egress, light, ventilation and sanitary requirements of this code as necessary to ensure the public health, safety and general welfare." The entire point of having this building code is, "to provide minimum requirements to safeguard the public safety, health and general welfare..." (IRC 2000 R101.3). The FEMA trailers were not manufactured to adhere to the IRC 2000 (and New Orleans Building Code 2003) standards since this temporary housing was made with the intention of becoming single family dwellings at the time of

© LaGrange Consulting 2009

delivery to their prospective sites. The IRC 2000 defines a "dwelling" as, "Any building that contains one or two dwelling units used, intended, or designed to be built, used, rented, leased, let or hired out to be occupied, or that are occupied for living purposes. A dwelling is a building that contains either one or two dwelling units. The purpose of a dwelling is occupation for living purposes, regardless of the manner of ownership. Single-family houses and duplexes fall under the definition of dwelling....[a dwelling unit is] A single unit providing complete independent living facilities for one or more persons, including permanent provisions for living, sleeping, eating, cooking and sanitation. The specific purpose of a dwelling unit is to provide the essential amenities necessary for complete and independent facilities." (IRC 2000, R202). Since the intention of these trailers was to serve as "dwelling units" for their inhabitants, this report will refer to the IRC 2000 and the New Orleans Building Code 2003 where applicable.

**Heating, Cooling, and Ventilation System Description**

The heating system in the trailer is separate from the cooling system. The cooling equipment is a small all-in-one package unit located on the roof of the trailer while the supply ducts are within the ceiling assembly (between the ceiling and the roof). The cooling equipment is part of the 595 series, model number 595 16.531, Quick Cool Duo-therm. It produces a nominal 15,000 ***Btu's***. It has a standard thermostat used to control it.

The heating unit is located in the side wall, and the ductwork is within the floor assembly (beneath the floor). It is a 35,000 *Btuh* input and 27,300 *Btuh* output liquid petroleum furnace. The model number is SW10D.

The ductwork is located outside the conditioned space. The cooling system return air is positioned in the ceiling within the package unit while the heating return air chase is located within the conditioned space under the kitchen cabinets in the living area. The trailer's ventilation system was exhaust spot ventilation only located in the bathroom and kitchen. The ventilation system did not have an outdoor air intake for fresh outdoor air to be brought into the trailer. The International Residential Code of 2000 defines ventilation as, "The natural or mechanical process of supplying conditioned or unconditioned air to, or removing such air from, any space. Ventilation can be used for comfort cooling, the control of air contaminants, equipment cooling and replenishing oxygen levels."

© LaGrange Consulting 2009

## II. Building Science Principles Relative to this Case

### *Effects of Air Leakage*

Occupants want to be comfortable in their "homes" and comfort is typically a function of interior temperature and humidity. In most homes (and FEMA trailers), the only control feature to achieve any level of comfort is the thermostat. The common practice and perception is that "by lowering my thermostat I can be comfortable."

The basic goal of "conditioning" our living spaces is to be able to create an indoor environment that is different from outdoors while still considering ***health, safety, durability and performance***. The products and the knowledge to achieve all of these minimum goals are easily available to the construction community and consumers. However, the ***right product*** combined with the ***wrong installation*** procedures can create problems such as hot spots, moisture problems, or a poor quality of inside air. We need to look at every aspect of the building in order to have healthy and safe dwellings. Usually, when we have an unhealthy building environment, it is caused by a number of inter-related factors; not just one cause. The minimum criteria that must be met in order to achieve the stated goals are as follows:

1. Air tight building envelope (the shell of the building);
2. Properly sized heating and cooling equipment;
3. Air tight supply and return ducts;
4. Properly installed insulation to meet the climate demands;
5. High performance windows;
6. An active plan on how to address the migration and development of moisture and vapor.

Neglecting to install or improper installation of any one or a combination of these features will result in poor performance, comfort issues, and poor indoor air quality.
In order to understand the dynamics of what occurs in our homes a lesson in Building Science is necessary.

### *Buildings need to be air tight*

There is a common misconception that buildings needed to be leaky and able to "breathe". The recommended strategy to control moisture issues, achieve energy efficiency, and good indoor air quality is to reduce air leakage and duct leakage as much as possible and to provide controlled ventilation as needed. This is particularly true in the Gulf South because of the amount of outdoor humidity and annual rainfall. Air leakage, or ***infiltration***, is outside air that enters a structure uncontrollably through cracks and openings. The air can come from the crawlspace, thru the walls, and from the attic. The overall goal is to maintain a slightly positive pressure within conditioned buildings so that outdoor moist air does not enter the home. When homes go into negative pressure (outside air being drawn inward) it allows moldy, dusty or hot humid air to enter. Parts of the buildings can go into negative pressure and allow outdoor and/or attic air to enter for a number of reasons (explained in greater detail below). Several of the reasons for negative pressure and air infiltration include:

1. Second law of thermodynamics;
2. Stack effect;
3. Mechanical equipment such as HVAC indoor blower;

© LaGrange Consulting 2009

4. Duct leakage;
5. Exhaust fans.

***The 2nd Law of Thermodynamics***

This phenomenon is very consistent and always present. Simply put, energy (moisture and temperature) always moves from a warm, wet climate towards a cool, dry climate. The greater the difference between the indoor and outdoor conditions, the greater the exchange or drive of energy. In the Gulf South, nine to ten months out of the year, the exchange of moisture and temperature is directed from the outside moving towards the inside of our homes. The exchange will only stop once both conditions are equal in temperature and moisture content (See Figure 1.0).

***Other ways Air Infiltration Occurs:***
Air leakage requires two main ingredients:

- Holes — the larger the hole, the greater the air leakage.
- Driving force — a pressure difference that forces air to flow through a hole.

The common driving forces are:

1. *wind* -- caused by weather conditions
2. *stack effect* -- upward air movement of warmer air
3. *mechanical blowers* -- pressure imbalances caused by leaky HVAC ducts

***1. Wind***

Wind is usually considered to be the primary driving force for air leakage. When the wind blows against a building, it creates a high-pressure zone on the windward areas. Outdoor air from the windward side infiltrates into the building while indoor air exits on the leeward side. Wind acts to create areas of differential pressure, which causes both infiltration and exfiltration. The degree to which wind contributes to air leakage depends on its velocity and duration.

Figure 2.0 shows wind velocity readings taken at the New Orleans Moisant airport throughout the duration of Lyndon Wright's occupancy of the trailer (March 2006 to July 2008). The winds averaged 7.6 mph over the course of the year. Peak gusts ranged from 32 to 54 mph (see table below). Given the

© LaGrange Consulting 2009

New Orleans climate of high year-round humidity and summer heat, even a constant, low-velocity wind creates enough of a pressure differential to draw significant amounts of heat and humidity indoors.

Figure 2.0

| Month | Average Wind Speed (mph) | Peak Gust (mph) |
|---|---|---|
| March 2006 | 10.59 | 51 |
| April 2006 | 9.26 | 41 |
| May 2006 | 7.34 | 35 |
| June 2006 | 6.97 | 36 |
| July 2006 | 5.51 | 32 |
| August 2006 | 5.30 | 45 |
| September 2006 | 6.49 | 36 |
| October 2006 | 7.80 | 41 |
| November 2006 | 8.76 | 41 |
| December 2006 | 9.03 | 36 |
| January 2007 | 9.75 | 45 |
| February 2007 | 8.62 | 41 |
| March 2007 | 7.13 | 43 |
| April 2007 | 8.60 | 38 |
| May 2007 | 7.01 | 43 |
| June 2007 | 5.80 | 39 |
| July 2007 | 5.26 | 54 |
| August 2007 | 5.09 | 41 |
| September 2007 | 5.92 | 58 |
| October 2007 | 8.23 | 41 |
| November 2007 | 7.70 | 43 |
| December 2007 | 7.84 | 39 |
| January 2008 | 9.81 | 45 |
| February 2008 | 9.08 | 41 |
| March 2008 | 9.86 | 43 |
| April 2008 | 8.21 | 38 |
| May 2008 | 8.21 | 43 |
| June 2008 | 5.65 | 39 |
| July 2008 | 5.49 | 54 |
| **Average** | **7.60** | ------ |

The results above where calculated from readings taken at the New Orleans Moisant airport from March 2006 to July of 2008. http://www.losc.lsu.edu/hourly_site_map.html

© LaGrange Consulting 2009

### *2. Stack Effect*

The temperature difference between inside and outside causes warm air inside the home to rise while cooler air falls, creating a driving force known as the *stack effect*.

The stack effect can create pressure differences between 1 to 3 ***Pascals*** due to the power of rising warm air. The pathways between conditioned space and the crawlspace and attic are often large because of all the small cracks and holes that add up to be a sizeable leak.

Figure 3.0

Everyone is familiar with this effect... warm air rises.
The stack effect is fairly weak but is almost always present. Most homes have gaps, cracks, holes connecting the house to the attic and underneath the home. Because the stack effect is so prevalent and the pathways through which it drives air are often so large, it is usually a major contributor to air leakage, moisture, and air quality problems. As the warm air rises through the pathways in the ceiling it draws new outdoor air into the home at the lower level. The majority of the time the new outdoor air contains high levels of moisture. This moisture creates problems with performance, comfort, and contributes extra to poor indoor air quality because it promotes the growth of contaminants.

Numerous studies done by ASHRAE and other indoor air quality experts, suggest an optimum relative humidity (Rh) range of 45 to 55%. Too much or too little moisture can cause a variety of health threats and illnesses.

*Optimum Relative Humidity Ranges for Healthier Indoor Air*

http://www.gasairconditioning.org/relative_humidity_chart.htm

***Mechanical Blowers***

Forced-air heating and cooling systems that are either poorly designed or installed improperly can create three types of driving forces for air leakage (see below). Return air leaks pressurize your home and supply leaks depressurize your home. Since this building has leaky ducts this will cause large differential pressures between the living space and outside/attic air.

1. Suction pressures that pull outside air into return duct leaks.
2. HVAC blower drives heated or cooled air out of the supply ductwork to the exterior.
3. Duct-related problems can create pressure imbalances in the home that increase air leaks through holes in the pressure boundary.

Over sizing of HVAC equipment or wrongly sized ducts increase the differential pressures because larger equipment produces more pressure than smaller equipment which, in turn, increases duct leakage because of higher pressures.

Click on the graphic below (Figure 4.0) or paste the link into an internet browser to see how the mechanical system in this trailer is causing air infiltration. (There is a transcript of the explanation in Appendix Q:

Figure 4.0

http://www.youtube.com/watch?v=7zIBwCeRWvg

© LaGrange Consulting 2009

### *Testing a Building for AirLeaks*

The main test used to determine this leakage information is called a ***blower door test.*** This test is recognized nationally as the standard testing procedure for measuring air infiltration in a building. The blower door is a fan placed in an exterior door that pulls air from the trailer, creating a negative pressure inside the trailer. The negative pressure drives air to enter the trailer at the paths of least resistance and that amount of air is measured with a probe on the blower door fan. It is important to know how leaky a structure is when determining the origination of moisture problems because air infiltration (especially in a hot humid climate) can bring humidity and heat into the building. This humidity can cause condensation if ***dew point*** is reached, causing water damage in a dwelling.

Air infiltration can cause a myriad of efficiency and comfort issues in a structure. More air infiltration means more dust, increased possibility of mold growth, higher humidity, and more air that the heating and cooling system has to condition. These problems lead to higher utility costs and sometimes costs associated with remediation of mold and mildew. This can also cause problems for people with allergies to dust and mildew. For these reasons, buildings should be built as tightly as possible and allowed to "breath" using only the fresh outdoor air conditioned thru the HVAC system, not the uncontrolled holes in the thermal envelope.

The thermal affects of air infiltration can be viewed in the thermal images starting on page 29. These images demonstrate how heat enters the trailer through cracks and crevices and also brings air and moisture along with it.

### *Duct Leakage Contributes to Moisture and Temperature Problems*

An air conditioning duct is typically a pipe sending the cold air from the blower around the building and then sucking it all back in on the other end as the air blends with air in the house. Then the cycle continues. The IRC 2000 defines a duct system as "A continuous passageway for the transmission of air which, in addition to ducts, includes duct fittings, dampers, plenums, fans and accessory air-handling equipment and appliances. Duct systems are part of an air distribution system and include supply, return and relief/exhaust air systems."

In this trailer, the cooling ducts are in the attic between the ceiling and the roof, hidden from everyday view. Just like the shell of the trailer, we want our ducts to be sealed air tight and well insulated.

© LaGrange Consulting 2009

Many people assume that if the inside of the house (or trailer) is cool enough to satisfy the thermostat setting, that whether or not the ducts are leaking air is irrelevant. However, when there is duct leakage, the cycle is broken. In this trailer, the cool air pumped out of the machine leaks into the attic, instead of entering the living space. Then, that same amount of air that leaked out does not return to the machine to be reconditioned (cooled and dehumidified). The machine is starved for air and electricity is wasted by air conditioning the attic. This also makes certain rooms uncomfortably hot during the summer and disturbingly cold during the winter, while pulling in humidity, dust, fiberglass, and ***VOCs,*** if present, from outside or from the attic to make up for the air that the machine is "starving" for.

If the machine has duct leakage (small or large holes) in the portion of the system that pulls the air back to the machine (aka "***return plenum***"), then the cycle will also be broken when the return duct pull in hot, humid, dusty attic air instead of air from the living space that needs to be re-cooled. That moist, hot, dusty air is then dispersed throughout the living area through the ductwork. It can also contain mold spores, dust mites, insulation particles, pollen, ***VOCs***, and other contaminants. This increases allergy and asthma problems and promotes mold growth in the structure and in the ductwork while increasing the probability of moisture problems. (The previously viewed animation (Figure 4.0) demonstrates this exact phenomenon.)

For these reasons, it is very important for the trailer's performance and for the occupant's health ***not*** to have duct leaks. The ducts must be sealed air tight and must only allow the cooled (or heated) air to go into the building and not leak anywhere else.

The industry standard used to test for duct leaks is by using a small fan called a duct blaster. The fan has a probe in it that measures how much the ducts leak and if they leak to the outside of the living space or into the living space.

Duct leak tests are done using a small fan called a duct blaster. A special gauge called a manometer tells the amount of air leaking out of or into the duct system.

© LaGrange Consulting 2009

***Proper Installation of Insulation is Important to Health and Comfort of Occupants***

Most insulation is made up of mineral or organic materials that trap air. Insulation comes in a variety of products. Fiberglass is the most common and widely available and was installed in Lyndon Wright's trailer. The thermal performance or how well it keeps heat from entering the walls and ceiling is called R-value. The higher the ***r-value*** number, the better the insulation functions to block heat transfer.

***R-value***

R-value is the ability for a material to resist heat. R-value of insulation such as fiberglass insulation is its ability to resist the movement of heat energy from one side of the insulation to the other. In a hot climate, insulation is mainly used to keep the cooled air in and the hot air out.

***U-value***

***U-value*** is a material's ability to transfer heat from the hot side to the cold side. U-value is typically used to describe the efficiency of windows. The lower the U-value, the less heat can transfer through the material and the more effective it is as an insulator. U-value is the inverse of r-value.

R-values and U-values are both useful in that R-values can be added to calculate how well a wall, with all its components, will keep the heat out. U-value will be used to calculate how much power and energy comes through the wall so that it can be cooled with the air conditioner. In order to fully understand how temperature and moisture move how energy transfers from hot to cold and wet to dry needs to be discussed.

***Three Types of Energy***

There are three types of energy: convection, conduction, and radiation.

© LaGrange Consulting 2009

***Convection*** is the movement of heat through air because of the fact that hot air rises. This creates a type of "loop" called a "convection loop" within materials that have a large difference in temperature from one side to the other. As the warm air rises towards the top of the wall, the cool air enters at the bottom of the wall. When the hot air cools it also falls down towards the floor. This convection loop makes air move through insulation reducing r-value in that cavity insulation.

Shower rear wall – ceiling/wall connection

This picture shows the air & temperature leaks at the ceiling/wall of the rear shower wall. This location was not properly air sealed or insulated. The red colors show much hotter temperatures than the green colors. This picture shows *conduction* where the air is easily moving in and around the wall framing and insulation.

***Conduction*** is the transfer of heat from one object touching another. For example, conduction occurs when you touch your hand to the hot stove and burn yourself. The heat is transferred from the stove to your hand through the two objects touching.

© LaGrange Consulting 2009

***Radiation*** is energy radiated by objects, liquids, and gasses in the form of waves or rays. An example is feeling warm sun rays on one's face.

***Why r-value can be misleading***

R-value of insulation is determined in a laboratory setting in a vacuum where no air is flowing. Insulation such as fiberglass batt insulation gets its insulative properties from the pockets of still air stored between the strands of glass. However, when air passes through the insulation, it disturbs these still pockets of air and reduces the fiberglass' ability to resist heat transfer. The air pockets also create convection loops because of the difference in temperatures between inside and outside the building. ***In a humid climate, the air passing through the fiberglass also brings moisture, which changes the insulation's ability to hold the still dry pockets of air that insulate.***

When a building is constructed with many openings where air and moisture can enter and move through the walls (see pictures below), the insulation in the walls will have a greatly reduced r-value. For this reason, it is important to seal all of the holes on the outside of a building to make certain air cannot enter the insulation.

© LaGrange Consulting 2009

In the case of a trailer with insulation placed against the metal "skin," not only is convection occurring, but conduction between the metal and the fiberglass is also reducing the fiberglass' ability to insulate. Metal conducts heat very well. In the case of the trailer walls and ceiling the outside aluminum skin is touching the insulation and intensifying the convection of air through the fiberglass insulation reducing its r-value and overall performance.

***Thermal Bypass Checklist***

"The Thermal Bypass Checklist is a comprehensive list of building details where thermal bypass, or the movement of heat around or through insulation, frequently occurs due to missing air barriers or gaps between the air barrier and insulation"(TBC_Guide_062507.pdf, pg 5 – See APPENDIX J). This checklist is used for inspections on potential ***Energy Star homes*** before the walls are closed. It was developed by the Environmental Protection Agency (EPA) to create a standard that buildings should be built to in order to reduce the amount of heat and moisture entering the building due to air leaks. The creation of this checklist by the EPA acknowledges the need for air sealing because of the three types of energy transfer previously discussed. See Appendix J for the full document with accompanying explanations and graphics. This report will refer to the Thermal Bypass Checklist (TBC) as the standard for air sealing and insulation installation in addition to the IRC 2000.

## III. Diagnostic Testing Results

There were two major diagnostic tests performed. The first test was the building leakage test, called the ***blower door test*** and the second test was a duct leakage test to determine how much the cooling ductwork and heating ductwork is leaking.

The blower door/ air leakage test revealed leakage rates for this building are quite high. Buildings should be built as tight as possible and then ventilated mechanically. The standard for good indoor air quality (according to the **American Society of Heating, Refrigerating and Air Conditioning Engineers [*ASHRAE*]**) is a full change of indoor air every 2.8 hours. That means that every hour, only about 1/3 of the air in the trailer is exchanged with outside air. However, in this trailer, *all (100%)* of the air changes out every 43.7

© LaGrange Consulting 2009

minutes because this trailer is so leaky. That means that 100% of the air in the trailer is replaced about every 44 minutes with air from the crawlspace, attic, and outdoor air because the shell of the trailer is so leaky.  Most of the air leaking into the trailer is coming from the attic and from outside, carrying humidity and contaminants.  The air leakage measured in this trailer is the same as keeping one of the master bedroom windows in this trailer constantly cracked opened about 1¾", allowing outside air and humidity into the living space.

Taking into account the amount of air infiltration and the levels of insulation in this trailer, the heat load is calculated at 1,927 Btuh gain. It is almost equal to 16% of 1 ton of air conditioning. This heat gain is also equivalent to the heat of ten 60-watt light bulbs all turned on at once inside this small 224 square foot trailer.

The duct leakage test also showed interesting results.  The majority of the duct leakage existed within the living space of the trailer, meaning the return air was leaking the more than the supply ductwork. This causes problems because the return air pulls in contaminants, while the supply system then distributes them throughout the living space.

The pressure differential between inside and outside was measured while the air conditioner was running. The interior of the trailer maintained a positive pressure (between 0.6 Pascals and 0.8 Pascals) with respect to outside. The reason the trailer is at a positive pressure when the A/C is running is because the return leaks are greater than the supply leaks. Return leaks produce a positive pressure in the living space, while the return is sucking in contaminants from the walls and attic of the trailer. This positive pressure measurement further proves the return air is leaking more than the supply ductwork.

Review this graphic, below, that appeared earlier in the report for clarification of this phenomenon. The red arrows show where air infiltration is occurring.

Click on the graphic below (Figure 4.0) or paste the link into an internet browser to see how the mechanical system in this trailer is causing air infiltration. (There is a transcript of the explanation in Appendix Q:



Figure 4.0

http://www.youtube.com/watch?v=7zIBwCeRWvg

# IV. Discussion of Findings

Prior to this section of the report, the observable facts were simply reported. In this section of the report, conclusions will be drawn based on building science and the facts collected at the testing site. This trailer became a semi-permanent residence for Lyndon Wright. Based on the findings in this report, during the time Wright inhabited the trailer, the indoor air quality was most likely very poor. More probable than not, the air contained VOCs (including formaldehyde) from off-gassing of construction products and possibly cleaning supplies used by the inhabitants. It was probable that the air contained high humidity and that mold growth occurred as a result of the high relative humidity. Based on the return air duct leakage and high humidity levels, the air likely contained such pollutants as dust mites and mold spores and other allergens because of the large amounts of air leaks coming across the thermal envelope.

The causes for the poor indoor air quality and presence of these contaminants are interactive in nature. First, the heating and cooling systems provided no fresh air to dilute the pollutants in the trailer. Secondly, the trailer was not air sealed at all, so infiltration allowed humidity and dust and other impurities into the trailer regularly, especially when the heating and cooling system was running. Thirdly, the installation of the insulation is quite inadequate, making the wall and floor assemblies conducive to poor performance, which only increases the poor indoor air quality.

Below is a detailed explanation of how these three phenomena worked together to create the indoor air quality problems in this building and why this could have been prevented if the building codes and standards had been followed.

## VOCs (Volatile Organic Compounds)

The Environmental Protection Agency (EPA) defines VOCs in the following excerpt.

> Volatile organic compounds (VOCs) are emitted as gases from certain solids or liquids. VOCs include a variety of chemicals, some of which may have short- and long-term adverse health effects. Concentrations of many VOCs are consistently higher indoors (up to ten times higher) than outdoors. VOCs are emitted by a wide array of products numbering in the thousands. Examples include: paints and lacquers, paint strippers, cleaning supplies, pesticides, building materials and furnishings, office equipment such as copiers and printers, correction fluids and carbonless copy paper, graphics and craft materials including glues and adhesives, permanent markers, and photographic solutions.
>
> Organic chemicals are widely used as ingredients in household products. Paints, varnishes, and wax all contain organic solvents, as do many cleaning, disinfecting, cosmetic, degreasing, and hobby products. Fuels are made up of organic chemicals. All of these products can release organic compounds while you are using them, and, to some degree, when they are stored. EPA's Total Exposure Assessment Methodology (TEAM) studies found levels of about a dozen common organic pollutants to be 2 to 5 times higher inside homes than outside, regardless of whether the homes were located in rural or highly industrial areas. Additional TEAM studies indicate that while people are using products containing organic chemicals,

> they can expose themselves and others to very high pollutant levels, and elevated concentrations can persist in the air long after the activity is completed. (*An Introduction to Indoor Air Quality*).

In the EPA's *Indoor Air Facts No. 4 (revised)*, the EPA recommends increasing ventilation in a building to mitigate the effects of VOCs and dilute the air within the building. The American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) standard 62.2 recommends mechanical ventilation in *all* low rise residential buildings equaling 7.5 CFM per person plus 1 CFM per 100 square feet of floor area. However, it also recommends that this not be supplied by air infiltration, but by mechanical means to prevent contaminants from being pulled into the residence and to prevent the walls from rotting from moisture being brought in with the air infiltration. This standard was developed to prevent pollution of indoor air in residences. Those pollutants originate from VOCs off gassed from building materials, moisture, dust mites and other contaminants brought into the home from outside through cracks in the thermal envelope. The air in a building should be properly diluted with clean air brought in mechanically, cleaned and dehumidified, then pumped into the living space, creating a slightly positive pressure within the residence. That positive pressure then eliminates the driving force for air infiltration.

ASHRAE 62.2 defines acceptable indoor air quality as, "air in which there are no known contaminants at harmful concentrations as determined by cognizant authorities and with which a substantial majority (80% or more) of the people exposed do not express dissatisfaction."(Dougan & Damiano, pg 1). The air inside this trailer was not acceptable because of the lack of ventilation within.

**This trailer is very leaky, allowing lots of moisture and contaminants enter the living space in an uncontrolled manner.** The proof of this is in the blower door test and in the deconstruction of the trailer. The blower door test showed that the air changes per hour in the natural state were extremely high, even though there was no mechanical ventilation provided. Therefore, the air exchange was occurring around cracks, holes and openings in the thermal envelope. While dismantling the trailer, obvious sources of air infiltration were discovered.

As discussed in Section II, infiltration can cause many problems in a building that is not properly air sealed, especially one that is fitted with air conditioning and heating equipment that uses ductwork to distribute the air. Air infiltration brings in heat from outside, humidity from outside, contaminants from inside walls, crawlspaces, and outdoors. These contaminants collect around the areas of infiltration and cause moisture problems which lead to mildew and mold growth. Obviously, this can lead to very poor indoor air quality. This is exactly what has happened in this trailer.

## How does air infiltration cause mold?

The reason air infiltration causes mold is because cooler air cannot hold as much moisture as warmer air. When the hot humid Louisiana air infiltrates the trailer walls, roof, or subfloor, it immediately comes in contact with much cooler air because the air conditioner is running. Usually, at that point, condensation occurs because that cooler air on the inside of the building cannot hold as much moisture as the hot air outside, so it must condense on whatever cool surface is near by. If that surface is made of a wood product, the perfect recipe for mold is created: food (wood products) and moisture.

Below are pictures showing obvious sources of air infiltration in this trailer. There was no attempt to air seal wall, ceiling or subfloor penetrations within this living space. When the building developed a negative pressure, it pulled in outside air, decreasing the indoor air quality. (See thermal image scans later in the report for visual demonstration of this phenomenon).

Wires penetrating the floor. There was a inadequate attempt to seal the hole, but it was not done effectively. This is a source of air infiltration.

Wires penetrating a top plate. There was no attempt to seal the hole. This is a source of air infiltration.

 

Wires penetrating the walls. There was no attempt to seal the holes. These are sources of air infiltration.

More wall and floor penetrations that allow air to leak into the building.

 

Pipes and wires that are unsealed as they pass through the top plate. There is clear evidence of wet, mildewed wood, caused by condensation at points of air infiltration.

This pipe is one of the few that are air sealed at the bottom plate.

Air infiltration between the bottom plate and the wood sheathing has caused moisture to collect and wick up the wall.

More wall and floor penetrations. Holes where air can enter the building.

© LaGrange Consulting 2009



This is the bathtub drain. There is a 1' x 1' hole cut in the subfloor to allow for the pipes. This is another very large area of infiltration. N1102.1.10 of the IRC 2000 says that all plumbing penetrations must be sealed to prevent air leakage.

"N1102.1,1 Air leakage. All joints, seams, penetrations; site- built windows, doors, and skylights; openings between window and door assemblies and their respective jambs and framing and other sources of air leakage (infiltration and exfiltration) through the building thermal envelope shall be gasketed, weatherstripped wrapped, or otherwise sealed to limit uncontrolled air movement."

 

This is the plumbing below the kitchen sink. There is a large hole in the floor through which all the pipes pass through as well as a great deal of air from beneath the trailer.



Note the daylight showing through the floor assembly



When deconstructing the trailer, it was found that the interior veneer was not air sealed to the floor, allowing air to pass from the walls into the home, bringing moisture and contaminants with it.

Water marks are a sure sign of moisture caused by condensation
Rot caused by constant exposure to moisture that could not dry

© LaGrange Consulting 2009



The wires passing up through this wall are not air sealed at the top plate, allowing air to infiltrate the insulation cavity. Also, there is a large insulation gap at the top of this stud cavity, allowing heat to come into the trailer.

Ceiling penetration installed without a drill bit and no sealant at all.

The framing around this pipe is starting to mildew as a result of the infiltration bringing moisture into the wood and the wood reaching dewpoint. The duct leaks in the attic exacerbated the moisture damage.



These wires for the outdoor light travel through a piece of OSB that is not air sealed to the exterior or the interior wall, allowing for plenty of air infiltration.

This is where microwave vent was located. Once the vent cover was removed, it is clear to see that the hole for the vent is larger than the box and there is no air sealing between the box and the wall.



Here is another ceiling penetration that was made without the use of any kind of air sealing materials.

The water staining around the pipe penetration is evidence of consistent condensation caused by air leakage. (Note: The inset image contrast was enhanced slightly to show the water stain pattern.)



The darker wood grain (inset) indicates persistent condensation caused by conditioned air leakage through the pipe penetration. (Note: The inset image contrast was enhanced slightly to show the waterstain pattern.)



One more set of wires penetrating the thermal envelope without being air sealed.

This seam on the trailer's skin shows evidence of dew point at the seam where mold is growing.

© LaGrange Consulting 2009

**Discussion of Infrared Scans**

Before deconstruction of the trailer, it was scanned with an infrared camera in both a neutral ("normal") state and under negative pressure from a blower door assembly to help identify thermal or air barrier irregularities. Even in a neutral state, this trailer has a large amount of extra heat leaking into the thermal envelope. The ***blower door simulates negative indoor pressure caused by a 20 M.P.H. outdoor wind. It can also simulate the effect of an oversized imbalanced, leaky HVAC supply and return system.*** Negative indoor pressure draws in larger amounts of air infiltration. Using the blower door and infrared scanner together pinpoints ***unseen*** areas of leakage because the infrared camera measures unseen temperatures. The "before" and "after" images below demonstrate how and where leakage occurs even before the walls were removed. Note that the thermal imaging camera only shows *where* air is leaking and the blower door tells *how much* air is leaking in. These scans are not depicting how much air is leaking inward but where the thermal irregularities are occurring.

Pictures on the left (blue frames) were taken *before* the blower door test (neutral indoor pressure) and pictures on the right (red frames) were taken *during* the blower door test (negative indoor pressure). The hotter colors are the reds and yellows and greens, while the cooler colors are the blues, purples and blacks. Wherever the hot colors are present, air is infiltrating the thermal envelope, bringing in heat and humidity.

Please note that the temperature scale for each pair of thermal scans (shown on the right edge of each picture) is consistent both before and during the blower door test. Using a consistent scale is important because it keeps the color range constant. This ensures that temperature differences can be identified accurately. Specific temperatures in certain areas of interest are also included in each thermal scan.

The infrared scans uncover the transfer of heat and cold across the thermal envelope even when it is invisible to the naked eye or the digital camera. The reasons for the extreme temperatures originate in the attic and walls where insulation is poorly installed and the thermal envelope is not air sealed well.

© LaGrange Consulting 2009



Front bedroom – Tongue side – Left wall next to kitchen

Front bedroom – Tongue side – Left wall/ceiling

Front bedroom – Tongue side – Left wall/floor



Front bedroom – Tongue side – Left wall/floor below window

North wall/ceiling near cabinets

Ceiling above kitchen sink – wide view



Wall/ceiling above entry door

Ceiling above kitchen sink

Inside cabinet over wheel well

© LaGrange Consulting 2009



102.0
97
94
91
88
85
82
79
76
73
72.0
°F
102.0
96
91
86
81
76
71
66
61
57.0
°F
Leaking supply duct

Under kitchen sink – inside cabinet

Ceiling/AC duct – entry door side

© LaGrange Consulting 2009
Page 33 of 92

LWFR-EXP 5-000035



Ceiling AC duct by bathroom

Bathroom side of bunk bed wall

© LaGrange Consulting 2009



Back of bunk bed ceiling/wall

Toilet/floor connection

Shower rear wall/ceiling



Shower rear wall/tub

Bathroom sink plumbing

© LaGrange Consulting 2009

AC ductwork in bathroom

Bathroom tub/floor connection

© LaGrange Consulting 2009

102.0
97
94
91
88
85
82
79
76
73
72.0
°F

Inside clothes cabinet

102.0
97
94
91
88
85
82
79
76
73
72.0
°F

© LaGrange Consulting 2009
Page 38 of 92

LWFR-EXP 5-000040

Center of pipe in clothes cabinet

Top of pipe in clothes cabinet

Back of rear wheel well



Back of rear wheel well

Hose penetration in clothes cabinet

**How Insulation Installation Affected the "Big Picture"**

Infiltration has played a large part in the inefficiency and poor indoor air quality of this trailer. However, it is not alone. The **installation** of the insulation in this trailer is very poor and the installation is exacerbating the infiltration problems. There are many gaps, voids and compressed insulation throughout the trailer. These reductions in r-value is increasing the thermal drive described in the 2nd law of Thermodynamics.

The U.S Department of Energy (DOE) published a technical fact sheet explaining how important air sealing and proper installation of fiberglass insulation is when installing wall insulation (See Appendix M). The technical bulletin states:

> AIRSEALING
> Air sealing reduces heat flow from air movement (convection) and prevents water vapor in the air from entering the wall. In a 100-squarefoot wall, one cup of water can diffuse through drywall without a vapor barrier in a year, but 50 cups can enter through a ½-inch, round

hole. In fact, sealing air leaks is 10 to 100 times as important as installing a vapor barrier.

MOISTURE CONTROL
Air sealing and moisture control make insulation more effective. It is a myth that installing vapor barriers is the most important step for controlling moisture in walls. Vapor barriers only retard moisture due to diffusion, while most moisture enters walls either through fluid capillary action or as water vapor through air leaks.

The DOE Techno logy fact sheet also says that when insulating, installers should, "maximize insulation coverage and reduce thermal bridging, no gaps or compressed insulation (Wall Insulation, pg 4)" The fact clearly states that compressing insulation reduces the r-value (Wall Insulation, pg 4).

These same recommendations led the EPA in developing a checklist on how to properly install insulation for it to be fully effective. EPA's Thermal Bypass Checklist offers a very simple explanation of how insulation should be installed, "In order for insulation to be an effective thermal barrier, it should be installed without any gaps, voids, compression, or wind intrusion. Gaps and voids allow air to flow through the insulation, decreasing its effectiveness (Figure 5.0, [below]). Compression reduces the effective R-value of the insulation. The following images depict misalignment between the air barrier and insulation that undermine the performance of the thermal enclosure." (TBC, pg 8).

**Figure 5.0 -Gaps (left) and voids (right) allow air to flow through insulation.**

The insulation in this trailer was severely misaligned and the metal skin which made up the exterior of the trailer was supposed to be the outside air barrier, but it was not air sealed at all. When insulation is compressed or missing altogether, the differences in temperature create condensation easily, especially

when air infiltration is involved. When wooden building materials are included in the equation, mold is the likely result, as was found in this trailer.

**Walls**

This trailer's walls are constructed in a way that encourages condensation in a hot humid climate. There is no building wrap or thermal break behind the metal skin to stop the moist air from entering the stud walls. The wall assembly for this trailer consisted of the following layers from outside to inside the trailer. Figure 6.0 shows a cross section of the typical wall of the trailer.

1. Metal skin exterior
2. 1.5" fiberglass batt insulation with Southern Yellow Pine(1.5") studs in wall
3. 1/8" luan board
4. Vinyl wall covering

Wall Assembly
Figure 6.0
exterior
interior
vinyl wall covering
wall penetration such as an electric outlet
1/8" luan board
1.5" un-faced fiber-glass batt insulation
Southern Yellow Pine 1.5" wood studs
Corrugated metal skin

This trailer was used as a residence in southeast Louisiana where the average outdoor relative humidity in the summer is 75% and the dew point is 69 degrees, so the typical outdoor humidity levels are fairly high and the summer temperatures are very hot. Because the environment inside the building is cooler and dryer than the air outside the trailer on most days, the 2nd law of thermodynamics comes into play. As stated previously in this report, this law says that hot air always moves toward cooler air and moist air always moves towards dryer air. A vapor drive is taking place wherein the humidity from outside is driving through the wall because of the vast difference in temperature and humidity between inside and outside. There is no building paper to interrupt this process where it begins, but the vinyl wall covering is stopping the vapor drive on the interior of the trailer (See Figure 7.0 below). This is where the problems are starting. With permeable or breathable wallpaper, the moisture could, theoretically, pass through and be dried out by the air conditioning system or even a small supplemental dehumidifier, if necessary. However, because the wall covering is not breathable, there is no way for the moisture to be removed from the wall. At this point (on the back of the wallpaper) the air condensates and creates more than enough water for mold and rot to set into the wall assembly.

Figure 7.0

Wall Assembly
The vinyl wall covering is acting as a vapor barrier and as the vapor is being driven toward the cooler,dryer environment, that vapor barrier traps it and it condenses in the wall, causing mold and rot.
Vapor drive
exterior
interior
Vapor drive
vinyl wall covering
Vapor drive
1/8" luan board
1.5" un-faced fiber-glass batt insulation
Southern Yellow Pine 1.5" wood studs
Corrugated metal skin

The same phenomena is found in many hotels that use vinyl wall paper in hot humid climates and eventually have to tear out all the walls because of mold and mildew growing beneath the wallpaper. The American Hotel & Motel Association commissioned a forensic investigation that proved that a combination of HVAC duct leaks with vinyl wallpaper coverings were closely correlated with major mold problems. The HVAC system creates large air pressure differences while running and if those pressure differences "escape or leak" the ducts, they will pull in outdoor air through holes in the walls, floors, and ceiling, even at the same time the building as a whole has an average positive pressure.

The photos below were taken during the deconstruction of this trailer, proving that vinyl wall coverings, compressed insulation, and air infiltration combine to make some very bad sources of air pollution.

Moisture damage and mold occur when the *rate of wetting exceeds rate of drying AND water storage capacity of the wood.* Molds can start to grow at moisture contents of 16% or higher, decay begins at 28%.

This build-up of mold is a direct result of compressed insulation in combination with water and air infiltration through the walls of the trailer. The problem is that, with the vinyl wall coating, the wet wall cannot dry.

The humidity from the outside air condensed within the walls and water from leaks was trapped by the vinyl wall covering which resulted in this very unhealthy growth of mold in the wall.

© LaGrange Consulting 2009

 

Removing the wall paneling reveals more evidence that air infiltration, compressed insulation vinyl wall coverings don't mix well.

A closer look exposes rotted and mildewed bottom plate studs.

© LaGrange Consulting 2009

 

More mold in the walls – evidence of air infiltration and condensation.

More rotten wood in the walls

This trailer has numerous examples of gaps in the insulation and compression of the fiberglass batts. As stated before, compression and gaps in the insulation creates the opportunity for condensation to occur and for mold to grow. The following pictures show prime examples of gaps in the insulation or insulation being smashed into the stud cavity. The thermal imaging scans reinforce that these gaps have an impact on the heat transfer through the walls and ceiling of this trailer. (See thermal scans discussed previously on page 29)

© LaGrange Consulting 2009



The area at the top of this wall is completely missing insulation See the close-ups below.

Crushed insulation crammed into a stud cavity. Compacting insulation in this manner significantly reduces its thermal protection ability.

© LaGrange Consulting 2009

 

Many more examples of gaps in the insulation at the tops of the stud cavities and many other places as well.

The large amount of dust that collected in the cavity (below) is a result of consistent infiltration into the wall cavity of the master bedroom.

There is no insulation installed next to this kitchen vent, leaving a large uninsulated area.

© LaGrange Consulting 2009

 

Missing insulation around outlet box and at top of stud cavity, freely allowing outdoor air and heat to infiltrate the trailer. This also increases condensation because the cool air at the floor level is mixing with the outdoor air because of the leaks.

More insulation gaps at the tops of each stud cavity in addition to the insulation being compressed by wires that are unsealed at the top plate.

© LaGrange Consulting 2009



Seeing wires and pipes compressing the insulation behind them was common throughout the entire trailer.



More wires compressing insulation

© LaGrange Consulting 2009
Page 50 of 92

LWFR-EXP 5-000052