**FEMA Model Travel Trailer Procurement Specifications**
Dated: July 14, 2005

| Miscellaneous | |
|---|---|
| Unit designated number | All units must have a unit designation number. The "designated number" is:<br><br>• Approximately 3 to 4 inches high black colored numbers and should be visible from the street.<br><br>• Located on the left front corner of the unit when facing the unit.<br><br>• Approximately three feet high from the bottom of the unit.<br><br>• Consists of the contract number and the sequence number of the unit on the specific contract. Example 3025-0015 which indicates the contractor number 3025 has delivered the 15th unit on this contract and has been shipped into inventory. (Note: Confirm the contract number with FEMA prior to using). |
| Unit Barcode | All units must have a UPC bar code on the front left side of the unit and inside the unit within the main bedroom's left side cabinet. |

GULF0002804

**CONFIDENTIAL**

LWFR-EXP 5-000103

APPENDIX H

United States
Environmental Protection
Agency

Air and Radiation (6609J)

Research and Development
(MD-56)
February 1991



# Indoor Air Facts No. 4 (revised)

# Sick Building Syndrome

## Introduction

The term "sick building syndrome" (SBS) is used to describe situations in which building occupants experience acute health and comfort effects that appear to be linked to time spent in a building, but no specific illness or cause can be identified. The complaints may be localized in a particular room or zone, or may be widespread throughout the building. In contrast, the term "building related illness" (BRI) is used when symptoms of diagnosable illness are identified and can be attributed directly to airborne building contaminants.

A 1984 World Health Organization Committee report suggested that up to 30 percent of new and remodeled buildings worldwide may be the subject of excessive complaints related to indoor air quality (IAQ). Often this condition is temporary, but some buildings have long-term problems. Frequently, problems result when a building is operated or maintained in a manner that is inconsistent with its original design or prescribed operating procedures. Sometimes indoor air problems are a result of poor building design or occupant activities.

## Indicators of SBS include:

- Building occupants complain of symptoms associated with acute discomfort, e.g., headache; eye, nose, or throat irritation; dry cough; dry or itchy skin; dizziness and nausea; difficulty in concentrating; fatigue; and sensitivity to odors.

- The cause of the symptoms is not known.

- Most of the complainants report relief soon after leaving the building.

## Indicators of BRI include:

- Building occupants complain of symptoms such as cough; chest tightness; fever, chills; and muscle aches.

- The symptoms can be clinically defined and have clearly identifiable causes.

- Complainants may require prolonged recovery times after leaving the building.

It is important to note that complaints may result from other causes. These may include an illness contracted outside the building, acute sensitivity (e.g., allergies), job related stress or dissatisfaction, and other psychosocial factors. Nevertheless, studies show that symptoms may be caused or exacerbated by indoor air quality problems.

## Causes of Sick Building Syndrome

The following have been cited as causes of or contributing factors to sick building syndrome:

**Inadequate ventilation:** In the early and mid 1900's, building ventilation standards called for approximately 15 cubic feet per minute (cfm) of outside air for each building occupant, primarily to dilute and remove body odors. As a result of the 1973 oil embargo, however, national energy conservation measures called for a reduction in the amount of outdoor air provided for ventilation to 5 cfm per occupant. In many cases these reduced outdoor air ventilation rates were found to be inadequate to maintain the health and comfort of building occupants. Inadequate ventilation, which may also occur if heating, ventilating, and air conditioning (HVAC) systems do not effectively distribute air to people in the building, is thought to be an important factor in SBS. In an effort to achieve acceptable IAQ while minimizing energy

LWFR-EXP 5-000104

consumption, the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) recently revised its ventilation standard to provide a minimum of 15 cfm of outdoor air per person (20 cfm/person in office spaces). Up to 60 cfm/person may be required in some spaces (such as smoking lounges) depending on the activities that normally occur in that space (see ASHRAE Standard 62-1989).

**Chemical contaminants from indoor sources:** Most indoor air pollution comes from sources inside the building. For example, adhesives, carpeting, upholstery, manufactured wood products, copy machines, pesticides, and cleaning agents may emit volatile organic compounds (VOCs), including formaldehyde. Environmental tobacco smoke contributes high levels of VOCs, other toxic compounds, and respirable particulate matter. Research shows that some VOCs can cause chronic and acute health effects at high concentrations, and some are known carcinogens. Low to moderate levels of multiple VOCs may also produce acute reactions. Combustion products such as carbon monoxide, nitrogen dioxide, as well as respirable particles, can come from unvented kerosene and gas space heaters, woodstoves, fireplaces and gas stoves.

**Chemical contaminants from outdoor sources:** The outdoor air that enters a building can be a source of indoor air pollution. For example, pollutants from motor vehicle exhausts; plumbing vents, and building exhausts (e.g., bathrooms and kitchens) can enter the building through poorly located air intake vents, windows, and other openings. In addition, combustion products can enter a building from a nearby garage.

**Biological contaminants:** Bacteria, molds, pollen, and viruses are types of biological contaminants. These contaminants may breed in stagnant water that has accumulated in ducts, humidifiers and drain pans, or where water has collected on ceiling tiles, carpeting, or insulation. Sometimes insects or bird droppings can be a source of biological contaminants. Physical symptoms related to biological contamination include cough, chest tightness, fever, chills, muscle aches, and allergic responses such as mucous membrane irritation and upper respiratory congestion. One indoor bacterium, Legionella, has caused both Legionnaire's Disease and Pontiac Fever.

These elements may act in combination, and may supplement other complaints such as inadequate temperature, humidity, or lighting. Even after a building investigation, however, the specific causes of the complaints may remain unknown.

**A Word About Radon and Asbestos...**

SBS and BRI are associated with acute or immediate health problems; radon and asbestos cause long-term diseases which occur years after exposure, and are therefore not considered to be among the causes of sick buildings. This is not to say that the latter are not serious health risks; both should be included in any comprehensive evaluation of a building's IAQ.

**Building Investigation Procedures**

The goal of a building investigation is to identify and solve indoor air quality complaints in a way that prevents them from recurring and which avoids the creation of other problems. To achieve this goal, it is necessary for the investigator(s) to discover whether a complaint is actually related to indoor air quality, identify the cause of the complaint, and determine the most appropriate corrective actions.

**An indoor air quality investigation procedure** is best characterized as a cycle of information gathering, hypothesis formation, and hypothesis testing. It generally begins with a walkthrough inspection of the problem area to provide information about the four basic factors that influence indoor air quality:

- the occupants
- the HVAC system
- possible pollutant pathways
- possible contaminant sources.

**Preparation for a walkthrough** should include documenting easily obtainable information about the history of the building and of the complaints; identifying known HVAC zones and complaint areas; notifying occupants of the upcoming investigation; and, identifying key individuals needed for information and access. The walkthrough itself entails visual inspection of critical building areas and consultation with occupants and staff.

LWFR-EXP 5-000105

**The initial walkthrough** should allow the investigator to develop some possible explanations for the complaint. At this point, the investigator may have sufficient information to formulate a hypothesis, test the hypothesis, and see if the problem is solved. If it is, steps should be taken to ensure that it does not recur. However, if insufficient information is obtained from the walk through to construct a hypothesis, or if initial tests fail to reveal the problem, the investigator should move on to collect additional information to allow formulation of additional hypotheses. The process of formulating hypotheses, testing them, and evaluating them continues until the problem is solved.

**Although air sampling for contaminants might seem to be the logical response** to occupant complaints, it seldom provides information about possible causes. While certain basic measurements, e.g., temperature, relative humidity, CO2, and air movement, can provide a useful "snapshot" of current building conditions, sampling for specific pollutant concentrations is often not required to solve the problem and can even be misleading. Contaminant concentration levels rarely exceed existing standards and guidelines even when occupants continue to report health complaints. Air sampling should not be undertaken until considerable information on the factors listed above has been collected, and any sampling strategy should be based on a comprehensive understanding of how the building operates and the nature of the complaints.

**Solutions to Sick Building Syndrome**

Solutions to sick building syndrome usually include combinations of the following:

**Pollutant source removal or modification** is an effective approach to resolving an IAQ problem when sources are known and control is feasible. Examples include routine maintenance of HVAC systems, e.g., periodic cleaning or replacement of filters; replacement of water-stained ceiling tile and carpeting; institution of smoking restrictions; venting contaminant source emissions to the outdoors; storage and use of paints, adhesives, solvents, and pesticides in well ventilated areas, and use of these pollutant sources during periods of non-occupancy; and allowing time for building materials in new or remodeled areas to off-gas pollutants before occupancy. Several of these options may be exercised at one time.

**Increasing ventilation rates** and air distribution often can be a cost effective means of reducing indoor pollutant levels. HVAC systems should be designed, at a minimum, to meet ventilation standards in local building codes; however, many systems are not operated or maintained to ensure that these design ventilation rates are provided. In many buildings, IAQ can be improved by operating the HVAC system to at least its design standard, and to ASHRAE Standard 62-1989 if possible. When there are strong pollutant sources, local exhaust ventilation may be appropriate to exhaust contaminated air directly from the building. Local exhaust ventilation is particularly recommended to remove pollutants that accumulate in specific areas such as rest rooms, copy rooms, and printing facilities. (For a more detailed discussion of ventilation, read Indoor Air Facts No. 3R, Ventilation and Air Quality in Office Buildings.)

**Air cleaning** can be a useful adjunct to source control and ventilation but has certain limitations. Particle control devices such as the typical furnace filter are inexpensive but do not effectively capture small particles; high performance air filters capture the smaller, respirable particles but are relatively expensive to install and operate. Mechanical filters do not remove gaseous pollutants. Some specific gaseous pollutants may be removed by adsorbent beds, but these devices can be expensive and require frequent replacement of the adsorbent material. In sum, air cleaners can be useful, but have limited application.

**Education and communication** are important elements in both remedial and preventive indoor air quality management programs. When building occupants, management, and maintenance personnel fully communicate and understand the causes and consequences of IAQ problems, they can work more effectively together to prevent problems from occurring, or to solve them if they do.

**Additional Information**

For more information on topics discussed in this
Fact Sheet, contact your state or local health
department, a non-profit agency such as your local
American Lung Association, or the following:
National Institute for Occupational Safety and
Health

www.cdc.gov/niosh/homepage.html
US Department of Health and Human Services
4676 Columbia Parkway (Mail Drop R2)
Cincinnati, Ohio 45226
Public Relations Office

American Society of Heating, Refrigerating and Air-
Conditioning Engineers (ASHRAE)
www.ashrae.org/
1791 Tullie Circle, NE,
Atlanta, Georgia 30329

Building Owners and Managers Association
International
www.boma.org/
1250 Eye Street, NW,
Washington, DC 20005

LWFR-EXP 5-000107

# APPENDIX I

*Lyndon Wright FEMA Trailer*
*HVAC Load Calculations*

for

First General Services of the South, Inc
P.O Box 80857
Lafayette, LA 70598-0857



Prepared By:

Paul LaGrange
LaGrange Consulting
256 Calumet Dr.
Madisonville, LA 70447
985-845-2148
Wednesday, September 23, 2009

LWFR-EXP 5-000108

| Rhvac - Residential & Light Commercial HVAC Loads | | Elite Software Development, Inc. |
|---|---|---|
| CLECO | | Lyndon Wright FEMA Trailer |
| Pineville, LA  71360-5226 | | Page 2 |

## Project Report

### General Project Information

| | |
|---|---|
| Project Title: | Lyndon Wright FEMA Trailer |
| Designed By: | Paul LaGrange |
| Project Date: | September 18, 2009 |
| Client Name: | First General Services of the South, Inc |
| Client Address: | P.O Box 80857 |
| Client City: | Lafayette, LA 70598-0857 |
| Company Name: | LaGrange Consulting |
| Company Representative: | Paul LaGrange |
| Company Address: | 256 Calumet Dr. |
| Company City: | Madisonville, LA 70447 |
| Company Phone: | 985-845-2148 |
| Company Fax: | 985-845-2103 |
| Company E-Mail Address: | info@lagranconsulting.com |
| Company Website: | WWW.LAGRANGECONSULTING.COM |

### Design Data

| | | |
|---|---|---|
| Reference City: | | New Orleans, Louisiana |
| Building Orientation: | | Front door faces North |
| Daily Temperature Range: | | Medium |
| Latitude: | 30 | Degrees |
| Elevation: | 4 | ft. |
| Altitude Factor: | 1.000 | |
| Elevation Sensible Adj. Factor: | 1.000 | |
| Elevation Total Adj. Factor: | 1.000 | |
| Elevation Heating Adj. Factor: | 1.000 | |
| Elevation Heating Adj. Factor: | 1.000 | |

| | Outdoor Dry Bulb | Outdoor Wet Bulb | Outdoor Rel.Hum | Indoor Rel.Hum | Indoor Dry Bulb | Grains Difference |
|---|---|---|---|---|---|---|
| Winter: | 33 | 30.8 | 80% | n/a | 72 | n/a |
| Summer: | 92 | 78 | 54% | 50% | 75 | 58 |

### Check Figures

| | | | |
|---|---|---|---|
| Total Building Supply CFM: | 453 | CFM Per Square ft.: | 2.039 |
| Square ft. of Room Area: | 222 | Square ft. Per Ton: | 225 |
| Volume (ft³) of Cond. Space: | 1,448 | | |

### Building Loads

| | | | | |
|---|---|---|---|---|
| Total Heating Required Including Ventilation Air: | 10,179 | Btuh | 10.179 | MBH |
| Total Sensible Gain: | 9,956 | Btuh | 84 | % |
| Total Latent Gain: | 1,908 | Btuh | 16 | % |
| Total Cooling Required Including Ventilation Air: | 11,865 | Btuh | 0.99 | Tons (Based On Sensible + Latent) |

### Notes

Calculations are based on 8th edition of ACCA Manual J.
All computed results are estimates as building use and weather may vary.
Be sure to select a unit that meets both sensible and latent loads.

**Rhvac - Residential & Light Commercial HVAC Loads**
CLECO
Pineville, LA 71360-5226

**Elite Software Development, Inc.**
Lyndon Wright FEMA Trailer
Page 3

## Load Preview Report

| Scope | Has AED | Net Ton | ft.² /Ton | Area | Sen Gain | Lat Gain | Net Gain | Sen Loss | Sys Htg CFM | Sys Clg CFM | Sys Act CFM | Duct Size |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Building | | 0.99 | 225 | 222 | 9,956 | 1,908 | 11,865 | 10,179 | 132 | 453 | 453 | |
| System 1 | No | 0.99 | 225 | 222 | 9,956 | 1,908 | 11,865 | 10,179 | 132 | 453 | 453 | 76x2 |
| Duct Latent | | | | | | 384 | 384 | | | | | |
| Zone 1 | | | | 222 | 9,956 | 1,524 | 11,480 | 10,179 | 132 | 453 | 453 | 76x2 |
| 1-Master Bedroom | | | | 63 | 3,142 | 557 | 3,699 | 3,152 | 41 | 143 | 143 | 1--50x2 |
| 2-Kitchen | | | | 59 | 2,287 | 148 | 2,435 | 2,191 | 28 | 104 | 104 | 1--24x2 |
| 3-Living Area | | | | 50 | 2,396 | 282 | 2,678 | 2,403 | 31 | 109 | 109 | 1--24x2 |
| 4-Bath 1 | | | | 19 | 452 | 58 | 510 | 878 | 11 | 21 | 21 | 1--14x2 |
| 5-Bunkbed Room | | | | 31 | 1,679 | 479 | 2,158 | 1,555 | 20 | 76 | 76 | 1--14x2 |

| Rhvac - Residential & Light Commercial HVAC Loads | | Elite Software Development, Inc. |
| CLECO | | Lyndon Wright FEMA Trailer |
| Pineville, LA 71360-5226 | | Page 4 |

## *Duct Size Preview*

| Room or<br>Duct Name | Source | Minimum<br>Velocity | Maximum<br>Velocity | Rough.<br>Factor | Design<br>L/100 | Actual<br>L/100 | SP<br>Loss | Duct<br>Velocity | Duct<br>Length | Htg<br>Flow | Clg<br>Flow | Act.<br>Flow | Duct<br>Size |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| System 1 | | | | | | | | | | | | | |
| **Supply Runouts** | | | | | | | | | | | | | |
| Zone 1 | | | | | | | | | | | | | |
| 1-Master Bedroom | Built-In | 450 | 750 | 0 | 0.1 | 0.1 | | 274.3 | | 41 | 143 | 143 | 1--50x1.5 |
| 2-Kitchen | Built-In | 450 | 750 | 0 | 0.1 | 0.2 | | 415.9 | | 28 | 104 | 104 | 1--24x1.5 |
| 3-Living Area | Built-In | 450 | 750 | 0 | 0.1 | 0.2 | | 435.7 | | 31 | 109 | 109 | 1--24x1.5 |
| 4-Bath 1 | Built-In | 450 | 750 | 0 | 0.1 | 0 | | 140.8 | | 11 | 21 | 21 | 1--14x1.5 |
| 5-Bunkbed Room | Built-In | 450 | 750 | 0 | 0.1 | 0.4 | | 523.4 | | 20 | 76 | 76 | 1--14x1.5 |
| **Other Ducts** | | | | | | | | | | | | | |
| Supply Main Trunk | Built-In | 650 | 900 | 0 | 0.1 | 0.4 | | 571.7 | | 132 | 453 | 453 | 76x1.5 |

| Summary |
|---|
| System 1 |
| Heating Flow:    132 |
| Cooling Flow:    453 |

\\Server\fileserver ...\Wright MJ.rhv                                    Wednesday, September 23, 2009, 1:16 PM

| Rhvac - Residential & Light Commercial HVAC Loads | | Elite Software Development, Inc. |
|---|---|---|
| CLECO | | Lyndon Wright FEMA Trailer |
| Pineville, LA 71360-5226 | | Page 5 |

## Total Building Summary Loads

| Component<br>Description | Area<br>Quan | Sen<br>Loss | Lat<br>Gain | Sen<br>Gain | Total<br>Gain |
|---|---|---|---|---|---|
| 1A-cm-o: Glazing-Single pane, operable window, clear, metal frame no break, outdoor insect screen with 100% coverage, u-value 1.27, SHGC 0.75 | 31.4 | 1,556 | 0 | 2,352 | 2,352 |
| 11L: Door-Metal - Paper Honeycomb Core | 15.1 | 330 | 0 | 237 | 237 |
| G1: Wall-Frame, , R-5.475, 1.5 wood, metal skin, 1/8 ply | 421 | 2,576 | 0 | 1,724 | 1,724 |
| D: Roof/Ceiling-Roof Joists Between Roof Deck and Ceiling or Foam Encapsulated Roof Joists, Custom, R-10.3 insulation, white metal roof, un-vented attic | 222.7 | 844 | 0 | 844 | 844 |
| P: Floor-Over open crawl space or garage, Custom, R-10.2 insulation, 5/8" ply, 2x4 joists | 222.7 | 851 | 0 | 262 | 262 |
| Subtotals for structure: | | 6,157 | 0 | 5,419 | 5,419 |
| People: | 5 | | 1,000 | 1,150 | 2,150 |
| Equipment: | | | 50 | 1,050 | 1,100 |
| Lighting: | 0 | | | 0 | 0 |
| Ductwork: | | 3,038 | 384 | 1,952 | 2,336 |
| Infiltration: Winter CFM: 23, Summer CFM: 12 | | 984 | 474 | 226 | 700 |
| Ventilation: Winter CFM: 0, Summer CFM: 0 | | 0 | 0 | 0 | 0 |
| AED Excursion: | | 0 | 0 | 160 | 160 |
| Total Building Load Totals: | | 10,179 | 1,908 | 9,956 | 11,865 |

### Check Figures

| | | | |
|---|---|---|---|
| Total Building Supply CFM: | 453 | CFM Per Square ft.: | 2.039 |
| Square ft. of Room Area: | 222 | Square ft. Per Ton: | 225 |
| Volume (ft³) of Cond. Space: | 1,448 | | |

### Building Loads

| | | | | |
|---|---|---|---|---|
| Total Heating Required Including Ventilation Air: | 10,179 | Btuh | 10.179 | MBH |
| Total Sensible Gain: | 9,956 | Btuh | 84 | % |
| Total Latent Gain: | 1,908 | Btuh | 16 | % |
| Total Cooling Required Including Ventilation Air: | 11,865 | Btuh | 0.99 | Tons (Based On Sensible + Latent) |

### Notes

Calculations are based on 8th edition of ACCA Manual J.
All computed results are estimates as building use and weather may vary.
Be sure to select a unit that meets both sensible and latent loads.

\\Server\fileserver ...\Wright MJ.rhv                    Wednesday, September 23, 2009, 1:16 PM

| Rhvac - Residential & Light Commercial HVAC Loads | | Elite Software Development, Inc. |
|---|---|---|
| CLECO | | Lyndon Wright FEMA Trailer |
| Pineville, LA  71360-5226 | | Page 6 |

*Building Pie Chart*



Building Loss
10,179 Btuh

Floor 8%
Roof 8%
Infiltration 10%
Ductwork 30%
Wall 25%
Door 3%
Glass 15%

Building Gain
11,865 Btuh

Floor 2%
Roof 7%
AED Excursion 1%
Infiltration 6%
Wall 15%
Ductwork 20%
Glass 20%
Equipment 9%
Door 2%
People 18%

LWFR-EXP 5-000113



| Rhvac - Residential & Light Commercial HVAC Loads | | Elite Software Development, Inc. |
|---|---|---|
| CLECO | | Lyndon Wright FEMA Trailer |
| Pineville, LA  71360-5226 | | Page 8 |

## System 1 Entire Home Summary Loads

| Component Description | Area Quan | Sen Loss | Lat Gain | Sen Gain | Total Gain |
|---|---|---|---|---|---|
| 1A-cm-o: Glazing-Single pane, operable window, clear, metal frame no break, outdoor insect screen with 100% coverage, u-value 1.27, SHGC 0.75 | 31.4 | 1,556 | 0 | 2,352 | 2,352 |
| 11L: Door-Metal - Paper Honeycomb Core | 15.1 | 330 | 0 | 237 | 237 |
| G1: Wall-Frame, , R-5.475, 1.5 wood, metal skin, 1/8 ply | 421 | 2,576 | 0 | 1,724 | 1,724 |
| D: Roof/Ceiling-Roof Joists Between Roof Deck and Ceiling or Foam Encapsulated Roof Joists, Custom, R-10.3 insulation, white metal roof, un-vented attic | 222.7 | 844 | 0 | 844 | 844 |
| P: Floor-Over open crawl space or garage, Custom, R-10.2 insulation, 5/8" ply, 2x4 joists | 222.7 | 851 | 0 | 262 | 262 |
| Subtotals for structure: | | 6,157 | 0 | 5,419 | 5,419 |
| People: | 5 | | 1,000 | 1,150 | 2,150 |
| Equipment: | | | 50 | 1,050 | 1,100 |
| Lighting: | 0 | | | 0 | 0 |
| Ductwork: | | 3,038 | 384 | 1,952 | 2,336 |
| Infiltration: Winter CFM: 23, Summer CFM: 12 | | 984 | 474 | 226 | 700 |
| Ventilation: Winter CFM: 0, Summer CFM: 0 | | 0 | 0 | 0 | 0 |
| AED Excursion: | | 0 | 0 | 160 | 160 |
| System 1 Entire Home Load Totals: | | 10,179 | 1,908 | 9,956 | 11,865 |

| Check Figures | | | | |
|---|---|---|---|---|
| Supply CFM: | 453 | CFM Per Square ft.: | | 2.039 |
| Square ft. of Room Area: | 222 | Square ft. Per Ton: | | 225 |
| Volume (ft³) of Cond. Space: | 1,448 | | | |

| System Loads | | | | |
|---|---|---|---|---|
| Total Heating Required Including Ventilation Air: | 10,179 | Btuh | 10.179 | MBH |
| Total Sensible Gain: | 9,956 | Btuh | 84 | % |
| Total Latent Gain: | 1,908 | Btuh | 16 | % |
| Total Cooling Required Including Ventilation Air: | 11,865 | Btuh | 0.99 | Tons (Based On Sensible + Latent) |

**Notes**
Calculations are based on 8th edition of ACCA Manual J.
All computed results are estimates as building use and weather may vary.
Be sure to select a unit that meets both sensible and latent loads.

LWFR-EXP 5-000115



Rhvac - Residential & Light Commercial HVAC Loads
CLECO
Pineville, LA  71360-5226

Elite Software Development, Inc.
Lyndon Wright FEMA Trailer
Page 9

*System 1 Entire Home Pie Chart*

System 1 Entire Home Loss 10,179 Btuh

Floor 8%
Roof 8%
Infiltration 10%
Ductwork 30%
Wall 25%
Door 3%
Glass 15%

System 1 Entire Home Gain 11,865 Btuh

Floor 2%
Roof 7%
AED Excursion 1%
Infiltration 6%
Wall 15%
Ductwork 20%
Glass 20%
Equipment 9%
Door 2%
People 18%

LWFR-EXP 5-000116
Wednesday, September 23, 2009, 1:16 PM



Rhvac - Residential & Light Commercial HVAC Loads
CLECO
Pineville, LA  71360-5226

Elite Software Development, Inc.
Lyndon Wright FEMA Trailer
Page 10

*System 1 Entire Home Bar Graph*

**System 1 Entire Home Loss 10,179 Btuh**

Floor 8%   Roof 8%   Wall 25%   Glass 15%   Door 3%   Ductwork 30%   Infiltration 10%

**System 1 Entire Home Gain 11,865 Btuh**

Floor 2%   Roof 7%   Wall 15%   Glass 20%   Door 2%   People 18%   Equipment 9%   Ductwork 20%   Infiltration 6%   AED Excursion 1%

| Rhvac - Residential & Light Commercial HVAC Loads | | Elite Software Development, Inc. |
|---|---|---|
| CLECO | | Lyndon Wright FEMA Trailer |
| Pineville, LA  71360-5226 | | Page 11 |

## System 1, Zone 1 Summary Loads (Average Load Procedure for Rooms)

| Component Description | Area Quan | Sen Loss | Lat Gain | Sen Gain | Total Gain |
|---|---|---|---|---|---|
| 1A-cm-o: Glazing-Single pane, operable window, clear, metal frame no break, outdoor insect screen with 100% coverage, u-value 1.27, SHGC 0.75 | 31.4 | 1,556 | 0 | 2,352 | 2,352 |
| 11L: Door-Metal - Paper Honeycomb Core | 15.1 | 330 | 0 | 237 | 237 |
| G1: Wall-Frame, , R-5.475, 1.5 wood, metal skin, 1/8 ply | 421 | 2,576 | 0 | 1,724 | 1,724 |
| D: Roof/Ceiling-Roof Joists Between Roof Deck and Ceiling or Foam Encapsulated Roof Joists, Custom, R-10.3 insulation, white metal roof, un-vented attic | 222.7 | 844 | 0 | 844 | 844 |
| P: Floor-Over open crawl space or garage, Custom, R-10.2 insulation, 5/8" ply, 2x4 joists | 222.7 | 851 | 0 | 262 | 262 |
| Subtotals for structure: | | 6,157 | 0 | 5,419 | 5,419 |
| People: | 5 | | 1,000 | 1,150 | 2,150 |
| Equipment: | | | 50 | 1,050 | 1,100 |
| Lighting: | 0 | | | 0 | 0 |
| Ductwork: | | 3,038 | 0 | 1,952 | 1,952 |
| Infiltration: Winter CFM: 23, Summer CFM: 12 | | 984 | 474 | 226 | 700 |
| System 1, Zone 1 Load Totals: | | 10,179 | 1,524 | 9,956 | 11,480 |

### Check Figures

| | | | |
|---|---|---|---|
| Supply CFM: | 453 | CFM Per Square ft.: | 2.039 |
| Square ft. of Room Area: | 222 | Square ft. Per Ton: | 232 |
| Volume (ft³) of Cond. Space: | 1,448 | | |

### Zone Loads

| | | | |
|---|---|---|---|
| Total Heating Required: | 10,179 | Btuh | 10.179 MBH |
| Total Sensible Gain: | 9,956 | Btuh | 87 % |
| Total Latent Gain: | 1,524 | Btuh | 13 % |
| Total Cooling Required: | 11,480 | Btuh | 0.96 Tons (Based On Sensible + Latent) |

### Notes

Calculations are based on 8th edition of ACCA Manual J.
All computed results are estimates as building use and weather may vary.
Be sure to select a unit that meets both sensible and latent loads.

LWFR-EXP 5-000118

| Rhvac - Residential & Light Commercial HVAC Loads<br>CLECO<br>Pineville, LA 71360-5226 | | Elite Software Development, Inc.<br>Lyndon Wright FEMA Trailer<br>Page 12 |
| --- | --- | --- |

## Detailed Room Loads - Room 1 - Master Bedroom (Average Load Procedure)

### General

| | | | |
| --- | --- | --- | --- |
| Calculation Mode: | Htg. & clg. | Occurrences: | 1 |
| Room Length: | 7.9 ft. | System Number: | 1 |
| Room Width: | 8.0 ft. | Zone Number: | 1 |
| Area: | 63.0 sq.ft. | Supply Air: | 143 CFM |
| Ceiling Height: | 6.5 ft. | Supply Air Changes: | 20.8 AC/hr |
| Volume: | 412.0 cu.ft. | Req. Vent. Clg: | 0 CFM |
| Number of Registers: | 1 | Actual Winter Vent.: | 0 CFM |
| Runout Air: | 143 CFM | Percent of Supply.: | 0 % |
| Runout Duct Size: | 50x1.5 in. | Actual Summer Vent.: | 0 CFM |
| Runout Air Velocity: | 274 ft./min. | Percent of Supply: | 0 % |
| Runout Air Velocity: | 274 ft./min. | Actual Winter Infil.: | 8 CFM |
| Actual Loss: | 0.094 in.wg./100 ft. | Actual Summer Infil.: | 4 CFM |

| Item<br>Description | Area<br>Quantity | U-<br>Value | Htg<br>HTM | Sen<br>Loss | Clg<br>HTM | Lat<br>Gain | Sen<br>Gain |
| --- | --- | --- | --- | --- | --- | --- | --- |
| S -Wall-G1 8 X 6.5 | 52 | 0.157 | 6.1 | 318 | 4.1 | 0 | 213 |
| W -Wall-G1 7.9 X 6.5 | 46 | 0.157 | 6.1 | 281 | 4.1 | 0 | 188 |
| E -Wall-G1 7.9 X 6.5 | 46.5 | 0.157 | 6.1 | 284 | 4.1 | 0 | 190 |
| W -Gls-1A-cm-o shgc-0.75 0%S | 5.5 | 1.270 | 49.5 | 272 | 74.9 | 0 | 412 |
| E -Gls-1A-cm-o shgc-0.75 0%S | 5 | 1.270 | 49.5 | 248 | 74.8 | 0 | 374 |
| UP-Roof-D 7.9 X 8 | 63.3 | 0.097 | 3.8 | 240 | 3.8 | 0 | 240 |
| Floor-P 8 X 7.9 | 63.3 | 0.098 | 3.8 | 242 | 1.2 | 0 | 74 |
| Subtotals for Structure: | | | | 1,885 | | 0 | 1,691 |
| Infil.: Win.: 7.6, Sum.: 4.0 | 155 | | 2.104 | 326 | 0.484 | 157 | 75 |
| Ductwork: | | | | 941 | | | 616 |
| AED Excursion: | | | | | | | 50 |
| People: 200 lat/per, 230 sen/per: | 2 | | | | | 400 | 460 |
| Equipment: | | | | | | 0 | 250 |
| Room Totals: | | | | 3,152 | | 557 | 3,142 |

LWFR-EXP 5-000119

| Rhvac - Residential & Light Commercial HVAC Loads | Elite Software Development, Inc. |
|---|---|
| CLECO | Lyndon Wright FEMA Trailer |
| Pineville, LA 71360-5226 | Page 13 |

## Detailed Room Loads - Room 2 - Kitchen (Average Load Procedure)

### General

| | | | | | |
|---|---|---|---|---|---|
| Calculation Mode: | Htg. & clg. | | Occurrences: | | 1 |
| Room Length: | 7.4 | ft. | System Number: | | 1 |
| Room Width: | 8.0 | ft. | Zone Number: | | 1 |
| Area: | 59.0 | sq.ft. | Supply Air: | 104 | CFM |
| Ceiling Height: | 6.5 | ft. | Supply Air Changes: | 16.2 | AC/hr |
| Volume: | 386.0 | cu.ft. | Req. Vent. Clg: | 0 | CFM |
| Number of Registers: | 1 | | Actual Winter Vent.: | 0 | CFM |
| Runout Air: | 104 | CFM | Percent of Supply.: | 0 | % |
| Runout Duct Size: | 24x1.5 | in. | Actual Summer Vent.: | 0 | CFM |
| Runout Air Velocity: | 416 | ft./min. | Percent of Supply: | 0 | % |
| Runout Air Velocity: | 416 | ft./min. | Actual Winter Infil.: | 5 | CFM |
| Actual Loss: | 0.215 | in.wg./100 ft. | Actual Summer Infil.: | 2 | CFM |

| Item Description | Area Quantity | U-Value | Htg HTM | Sen Loss | Clg HTM | Lat Gain | Sen Gain |
|---|---|---|---|---|---|---|---|
| W -Wall-G1 7.4 X 6.5 | 31.9 | 0.157 | 6.1 | 195 | 4.1 | 0 | 131 |
| E -Wall-G1 7.4 X 6.5 | 48.2 | 0.157 | 6.1 | 295 | 4.1 | 0 | 198 |
| W -Door-11L 15.1 X 1 | 15.1 | 0.560 | 21.8 | 330 | 15.7 | 0 | 237 |
| W -Gls-1A-cm-o shgc-0.75 0%S | 1.3 | 1.270 | 49.5 | 62 | 75.2 | 0 | 94 |
| UP-Roof-D 7.4 X 8 | 59.3 | 0.097 | 3.8 | 225 | 3.8 | 0 | 225 |
| Floor-P 8 X 7.4 | 59.3 | 0.098 | 3.8 | 227 | 1.2 | 0 | 70 |
| | | | | | | | |
| Subtotals for Structure: | | | | 1,334 | | 0 | 955 |
| Infil.: Win.: 4.7, Sum.: 2.5 | 96 | | 2.105 | 203 | 0.487 | 98 | 47 |
| Ductwork: | | | | 654 | | | 448 |
| AED Excursion: | | | | | | | 37 |
| Equipment: | | | | | | 50 | 800 |
| Room Totals: | | | | 2,191 | | 148 | 2,287 |

| Rhvac - Residential & Light Commercial HVAC Loads | Elite Software Development, Inc. |
|---|---|
| CLECO | Lyndon Wright FEMA Trailer |
| Pineville, LA 71360-5226 | Page 14 |

## Detailed Room Loads - Room 3 - Living Area (Average Load Procedure)

### General

| | | | | | |
|---|---|---|---|---|---|
| Calculation Mode: | Htg. & clg. | | Occurrences: | 1 | |
| Room Length: | 6.3 | ft. | System Number: | 1 | |
| Room Width: | 8.0 | ft. | Zone Number: | 1 | |
| Area: | 50.0 | sq.ft. | Supply Air: | 109 | CFM |
| Ceiling Height: | 6.5 | ft. | Supply Air Changes: | 20.1 | AC/hr |
| Volume: | 325.0 | cu.ft. | Req. Vent. Clg: | 0 | CFM |
| Number of Registers: | 1 | | Actual Winter Vent.: | 0 | CFM |
| Runout Air: | 109 | CFM | Percent of Supply.: | 0 | % |
| Runout Duct Size: | 24x1.5 | in. | Actual Summer Vent.: | 0 | CFM |
| Runout Air Velocity: | 436 | ft./min. | Percent of Supply: | 0 | % |
| Runout Air Velocity: | 436 | ft./min. | Actual Winter Infil.: | 4 | CFM |
| Actual Loss: | 0.235 | in.wg./100 ft. | Actual Summer Infil.: | 2 | CFM |

| Item Description | Area Quantity | U- Value | Htg HTM | Sen Loss | Clg HTM | Lat Gain | Sen Gain |
|---|---|---|---|---|---|---|---|
| E -Wall-G1 6.2 X 6.5 | 33.3 | 0.157 | 6.1 | 204 | 4.1 | 0 | 136 |
| W -Wall-G1 6.2 X 6.5 | 33.3 | 0.157 | 6.1 | 204 | 4.1 | 0 | 136 |
| E -Gls-1A-cm-o shgc-0.75 0%S | 7.3 | 1.270 | 49.5 | 363 | 74.9 | 0 | 549 |
| W -Gls-1A-cm-o shgc-0.75 0%S | 7.3 | 1.270 | 49.5 | 363 | 74.9 | 0 | 549 |
| UP-Roof-D 6.2 X 8 | 50 | 0.097 | 3.8 | 190 | 3.8 | 0 | 190 |
| Floor-P 8 X 6.2 | 50 | 0.098 | 3.8 | 190 | 1.2 | 0 | 59 |
| Subtotals for Structure: | | | | 1,515 | | 0 | 1,619 |
| Infil.: Win.: 4.0, Sum.: 2.1 | 81 | | 2.105 | 171 | 0.480 | 82 | 39 |
| Ductwork: | | | | 717 | | | 470 |
| AED Excursion: | | | | | | | 38 |
| People: 200 lat/per, 230 sen/per: | 1 | | | | | 200 | 230 |
| Room Totals: | | | | 2,403 | | 282 | 2,396 |

| Rhvac - Residential & Light Commercial HVAC Loads | | Elite Software Development, Inc. |
| CLECO | | Lyndon Wright FEMA Trailer |
| Pineville, LA 71360-5226 | | Page 15 |

## Detailed Room Loads - Room 4 - Bath 1 (Average Load Procedure)

| General | | | | | | | |
|---|---|---|---|---|---|---|---|
| Calculation Mode: | Htg. & clg. | | Occurrences: | | 1 | | |
| Room Length: | 5.3 | ft. | System Number: | | 1 | | |
| Room Width: | 3.6 | ft. | Zone Number: | | 1 | | |
| Area: | 19.0 | sq.ft. | Supply Air: | | 21 | CFM | |
| Ceiling Height: | 6.5 | ft. | Supply Air Changes: | | 10.1 | AC/hr | |
| Volume: | 122.0 | cu.ft. | Req. Vent. Clg: | | 0 | CFM | |
| Number of Registers: | 1 | | Actual Winter Vent.: | | 0 | CFM | |
| Runout Air: | 21 | CFM | Percent of Supply.: | | 0 | % | |
| Runout Duct Size: | 14x1.5 | in. | Actual Summer Vent.: | | 0 | CFM | |
| Runout Air Velocity: | 141 | ft./min. | Percent of Supply: | | 0 | % | |
| Runout Air Velocity: | 141 | ft./min. | Actual Winter Infil.: | | 3 | CFM | |
| Actual Loss: | 0.030 | in.wg./100 ft. | Actual Summer Infil.: | | 1 | CFM | |

| Item Description | Area Quantity | U-Value | Htg HTM | Sen Loss | Clg HTM | Lat Gain | Sen Gain |
|---|---|---|---|---|---|---|---|
| E -Wall-G1 3.6 X 6.5 | 23.3 | 0.157 | 6.1 | 143 | 4.1 | 0 | 95 |
| N -Wall-G1 5.2 X 6.5 | 34.1 | 0.157 | 6.1 | 209 | 4.1 | 0 | 140 |
| UP-Roof-D 5.2 X 3.6 | 18.8 | 0.097 | 3.8 | 71 | 3.8 | 0 | 71 |
| Floor-P 3.6 X 5.2 | 18.8 | 0.098 | 3.8 | 72 | 1.2 | 0 | 22 |
| Subtotals for Structure: | | | | 495 | | 0 | 328 |
| Infil.: Win.: 2.8, Sum.: 1.5 | 57 | | 2.107 | 121 | 0.488 | 58 | 28 |
| Ductwork: | | | | 262 | | | 89 |
| AED Excursion: | | | | | | | 7 |
| Room Totals: | | | | 878 | | 58 | 452 |

| Rhvac - Residential & Light Commercial HVAC Loads | | Elite Software Development, Inc. |
|---|---|---|
| CLECO | | Lyndon Wright FEMA Trailer |
| Pineville, LA 71360-5226 | | Page 16 |

## Detailed Room Loads - Room 5 - Bunkbed Room (Average Load Procedure)

### General

| | | | | | |
|---|---|---|---|---|---|
| Calculation Mode: | Htg. & clg. | | Occurrences: | 1 | |
| Room Length: | 1.0 | ft. | System Number: | 1 | |
| Room Width: | 31.2 | ft. | Zone Number: | 1 | |
| Area: | 31.0 | sq.ft. | Supply Air: | 76 | CFM |
| Ceiling Height: | 6.5 | ft. | Supply Air Changes: | 22.6 | AC/hr |
| Volume: | 203.0 | cu.ft. | Req. Vent. Clg: | 0 | CFM |
| Number of Registers: | 1 | | Actual Winter Vent.: | 0 | CFM |
| Runout Air: | 76 | CFM | Percent of Supply.: | 0 | % |
| Runout Duct Size: | 14x1.5 | in. | Actual Summer Vent.: | 0 | CFM |
| Runout Air Velocity: | 523 | ft./min. | Percent of Supply: | 0 | % |
| Runout Air Velocity: | 523 | ft./min. | Actual Winter Infil.: | 4 | CFM |
| Actual Loss: | 0.354 | in.wg./100 ft. | Actual Summer Infil.: | 2 | CFM |

| Item Description | Area Quantity | U-Value | Htg HTM | Sen Loss | Clg HTM | Lat Gain | Sen Gain |
|---|---|---|---|---|---|---|---|
| W -Wall-G1 6.2 X 6.5 | 35.6 | 0.157 | 6.1 | 218 | 4.1 | 0 | 146 |
| N -Wall-G1 2.8 X 6.5 | 17.9 | 0.157 | 6.1 | 109 | 4.1 | 0 | 73 |
| E -Wall-G1 2.9 X 6.5 | 19 | 0.157 | 6.1 | 116 | 4.1 | 0 | 78 |
| W -Gls-1A-cm-o shgc-0.75 0%S | 5 | 1.270 | 49.5 | 248 | 74.8 | 0 | 374 |
| UP-Roof-D 1 X 31.2 | 31.2 | 0.097 | 3.8 | 118 | 3.8 | 0 | 118 |
| Floor-P 31.2 X 1 | 31.2 | 0.098 | 3.8 | 119 | 1.2 | 0 | 37 |
| Subtotals for Structure: | | | | 928 | | 0 | 826 |
| Infil.: Win.: 3.8, Sum.: 2.0 | 77 | | 2.104 | 163 | 0.478 | 79 | 37 |
| Ductwork: | | | | 464 | | | 329 |
| AED Excursion: | | | | | | | 27 |
| People: 200 lat/per, 230 sen/per: | 2 | | | | | 400 | 460 |
| Room Totals: | | | | 1,555 | | 479 | 1,679 |

LWFR-EXP 5-000123

| Rhvac - Residential & Light Commercial HVAC Loads | Elite Software Development, Inc. |
|---|---|
| CLECO | Lyndon Wright FEMA Trailer |
| Pineville, LA 71360-5226 | Page 17 |

## System 1 Room Load Summary

| Room No. | Name | Area SF | Htg Sens Btuh | Min Htg CFM | Run Duct Size | Run Duct Vel | Clg Sens Btuh | Clg Lat Btuh | Min Clg CFM | Act Sys CFM |
|---|---|---|---|---|---|---|---|---|---|---|
| ---Zone 1--- | | | | | | | | | | |
| 1 | Master Bedroom | 63 | 3,152 | 41 | 1-50x2 | 274 | 3,142 | 557 | 143 | 143 |
| 2 | Kitchen | 59 | 2,191 | 28 | 1-24x2 | 416 | 2,287 | 148 | 104 | 104 |
| 3 | Living Area | 50 | 2,403 | 31 | 1-24x2 | 436 | 2,396 | 282 | 109 | 109 |
| 4 | Bath 1 | 19 | 878 | 11 | 1-14x2 | 141 | 452 | 58 | 21 | 21 |
| 5 | Bunkbed Room | 31 | 1,555 | 20 | 1-14x2 | 523 | 1,679 | 479 | 76 | 76 |
| | Duct Latent | | | | | | | 384 | | |
| | System 1 total | 222 | 10,179 | 132 | | | 9,956 | 1,908 | 453 | 453 |

System 1 Main Trunk Size:  76x2  in.
Velocity:  572  ft./min
Loss per 100 ft.:  0.375  in.wg

### Cooling System Summary

| | Cooling Tons | Sensible/Latent Split | Sensible Btuh | Latent Btuh | Total Btuh |
|---|---|---|---|---|---|
| Net Required: | 0.99 | 84% / 16% | 9,956 | 1,908 | 11,865 |

### Equipment Data

| | Heating System | Cooling System |
|---|---|---|
| Type: | Electric Resistance | Standard Air Conditioner |
| Model: | | |
| Indoor Model: | | |
| Brand: | | |
| Efficiency: | 0% | 0 SEER |
| Sound: | | |
| Capacity: | 0 Btuh | 0 Btuh |
| Sensible Capacity: | n/a | 0 Btuh |
| Latent Capacity: | n/a | 0 Btuh |

LWFR-EXP 5-000124

APPENDIX J



LWFR-EXP 5-000125

2

LWFR-EXP 5-000126

# ENERGY STAR QUALIFIED HOMES

## TABLE OF CONTENTS

| | | |
|---|---|---:|
| **Thermal Bypass Checklist Introduction** | | 5 |
| **General Tips and Best Practices** | | 6 |
| **1.** | **Overall Air Barrier and Thermal Alignment** | 7 |
| | 1.1 Air Barrier and Thermal Alignment | 7 |
| | 1.2 Garage Band Joist Air Barrier | 13 |
| | 1.3 Attic Eave Baffles | 15 |
| | 1.4 Slab-edge Insulation | 18 |
| | 1.5 Air Barrier at all Band Joists | 20 |
| | 1.6 Minimize Thermal Bridging | 22 |
| **2.** | **Walls Adjoining Exterior Walls or Unconditioned Spaces** | 27 |
| | 2.1 Wall Behind Shower/Tub | 27 |
| | 2.2 Wall Behind Fireplace | 30 |
| | 2.3 Insulated Attic Slopes for Unvented Attic Spaces | 33 |
| | 2.4 Attic Knee Walls | 35 |
| | 2.5 Skylight Shaft Walls | 38 |
| | 2.6 Wall Adjoining Porch Roof | 40 |
| | 2.7 Staircase Walls | 43 |
| | 2.8 Double Walls | 46 |
| **3.** | **Floors Between Conditioned and Unconditioned Spaces** | 49 |
| | 3.1 Insulated Floor Above Garage | 49 |
| | 3.2 Cantilevered Floor | 53 |
| **4.** | **Shafts** | 57 |
| | 4.1 Duct Shaft | 57 |
| | 4.2 Piping Shaft/Penetrations | 60 |
| | 4.3 Flue Shaft | 62 |
| **5.** | **Attic/Ceiling Interface** | 65 |
| | 5.1 Attic Access Panel | 65 |
| | 5.2 Attic Drop-Down Stair | 67 |
| | 5.3 Dropped Ceiling/Soffit | 70 |
| | 5.4 Recessed Lighting Fixtures | 73 |
| | 5.5 Whole-house Fan | 76 |
| **6.** | **Common Walls Between Dwelling Units** | 79 |
| | 6.1 Common Wall Between Dwelling Units | 79 |
| **Thermal Bypass Inspection Checklist** | | 83 |
| **Key Terms** | | 85 |

LWFR-EXP 5-000127

**4**

LWFR-EXP 5-000128

# ENERGY STAR QUALIFIED HOMES

# THERMAL BYPASS CHECKLIST INTRODUCTION

In response to significant changes in residential energy codes and standards, the United States Environmental Protection Agency (EPA) released a new set of guidelines for ENERGY STAR qualified homes, to be implemented in 2006. A major new requirement is the Thermal Bypass Checklist.

The Thermal Bypass Checklist is a comprehensive list of building details where thermal bypass, or the movement of heat around or through insulation, frequently occurs due to missing air barriers or gaps between the air barrier and insulation.  The Thermal Bypass Checklist must be completed by a certified home energy rater in order for a home to be qualified as ENERGY STAR, however, up to six items may be verified by the builder to minimize required field trips by the rater.

Below are key points regarding the implementation of the Thermal Bypass Checklist:

### Key Points

1.  If a state, local, or regional energy code contradicts the ENERGY STAR Thermal Bypass Checklist, precedence must be given to the state, local, or regional energy code.  Precedence should also be given to guidelines set by regional ENERGY STAR programs.
2.  Not every specific detail and field condition can be covered in these guidelines. EPA and the Residential Services Network (RESNET) rely on Home Energy Rating System (HERS) Providers and raters to employ their judgment when determining compliance with the general intent of the Thermal Bypass Checklist.
3.  Builders may self-verify up to six items on the list; the remaining items, however, must be verified by a certified home energy rater.
4.  The certified rater shall always sign the Checklist, and the builder shall only sign the checklist if the builder verified any of the items.
5.  Any items found to be non-compliant with the Thermal Bypass Checklist must be corrected in order for the home to be qualified as ENERGY STAR.

A copy of the Thermal Bypass Checklist is provided at the end of this guide for reference.

LWFR-EXP 5-000129

# ENERGY STAR QUALIFIED HOMES

## GENERIC TIPS AND BEST PRACTICES

Infrared Images in Guide:
- Infrared images help reveal thermal bypass conditions by exposing hot and cold surface temperatures resulting from unintended thermal air flow. In infrared images, darker colors indicate cool temperatures, while lighter colors indicate warmer temperatures.

Builder:
- This guidance has been created to facilitate both contractor bidding and quality installation.
- Have architect or designer construction drawings include complete air barrier details and clearly delineate all thermal barrier transitions between conditioned and unconditioned space on wall sections.
- Provide drawings or scopes of work in multiple languages needed to accommodate likely field crews (e.g., English and Spanish).
- Typically, the material and installation measures required for an effective thermal enclosure involve multiple trades including the framing, air sealing, insulation and HVAC subcontractors. Therefore, it's important to coordinate the work with these trades before starting construction.
- All trades must be informed to limit penetrations being cut into blocking and other air barrier details.
- Consult with local building code officials regarding acceptable air barrier materials exposed to air spaces in attics, shafts, soffits, and dropped ceilings.

Contractor:
- Use photos for technical assistance and to ensure compliance with the Thermal Bypass Checklist.
- Share new ideas with the builder for more effectively and economically providing required air barriers.

Field Superintendent:
- Review contractor performance by verifying the work (e.g. installation) meets objectives of the Thermal Bypass Checklist and the scopes of work, and provide immediate feedback.
- Develop in-house procedures for inspection to ensure the air and thermal barriers are not compromised by other trade contractors.

Installation Criteria:
- The purpose of the thermal bypass inspection is to constructively work with builders to provide more effective thermal envelopes. If the general intent of an air barrier requirement is met, but not perfect, use good judgment before failing.  Use field observations as an opportunity to help the builder be more successful in the future.

6

LWFR-EXP 5-000130

# 1. OVERALL AIR BARRIER AND THERMAL ALIGNMENT

**Scope of Work:**
Insulation shall be installed in full contact with sealed interior and exterior air barrier except for alternate to interior air barrier under Section #2 (Walls Adjoining Exterior Walls or Unconditioned Spaces).

## 1.1 AIR BARRIER AND THERMAL ALIGNMENT

An *air barrier* is any material that restricts the flow of air through a construction assembly. In wall assemblies, the exterior air barrier is typically a combination of sheathing and either building paper, house wrap, or rigid board insulation. The interior air barrier is often an interior finish, like gypsum board. A *thermal barrier* restricts or slows the flow of heat. This is typically accomplished through different insulation materials (e.g., fiberglass, rock wool, cellulose, polystyrene, polyurethane, vermiculite) and applications (batts, blown-in, spray foam, rigid board, and granules).

Regardless of which material and application is used, insulation is not fully effective unless it is installed properly – that is, fully aligned with a contiguous air barrier. Insulation works because it incorporates air pockets that resist the flow of heat- that is, it slows the conduction of heat. This resistance to heat flow is measured by the R-value of the material. However, most insulation (with the exception of spray foam and rigid foam board) does not stop air flow (Figure 1.1.1).



**Figure 1.1.1 – Most insulation does not stop the flow of air.**

Thus, for most insulation to be effective, a separate air barrier or skin is needed to stop the flow of air (Figure 1.1.2). For the air barrier itself to be effective, it must be contiguous and continuous across the entire building envelope, with all holes and cracks fully sealed, and it must be perfectly aligned with the insulation (Figure 1.1.3).



**Figure 1.1.2 - Air barrier prevents the flow of air through insulation.**

7

# 1.1    AIR BARRIER AND THERMAL ALIGNMENT

Generally, the Thermal Bypass Inspection Checklist requires a sealed air-barrier on all six sides of insulation (top, bottom, back, front, left, and right), however, there are a few exceptions as noted throughout the checklist.  In Climate Zones 1 thru 3, there is a general exemption for the internal air barrier closest to conditioned space because the predominant direction of air-flow in hot climates is from the outside to the inside of the house.  In Climate Zones 4 thru 6, the most critical air-flow is from inside the home to the outside during cold weather, therefore the internal air barrier is required.



Image courtesy of Southface Energy Institute

**Figure 1.1.3 -  The air barrier should be contiguous and continuous over the entire building envelope.  Insulation should be perfectly aligned with the air barrier.**

In order for insulation to be an effective thermal barrier, it should be installed without any gaps, voids, compression, or wind intrusion.  Gaps and voids allow air to flow through the insulation, decreasing its effectiveness (Figure 1.1.4).  Compression reduces the effective R-value of the insulation.



**Figure 1.1.4 - Gaps (left) and voids (right) allow air to flow through insulation.**

The following images depict misalignment between the air barrier and insulation that undermine the performance of the thermal enclosure.

8

LWFR-EXP 5-000132

## 1.1   AIR BARRIER AND THERMAL ALIGNMENT



**Figure 1.1.5 – Misalignment of insulation due to compression**

Figure 1.1.5 shows a common insulation installation practice called inset stapling where tabs of faced batts are stapled to the inside edges of wall framing. However, this practice commonly results in large gaps between the insulation and interior finish that will allow convective air flow around the insulation. This also facilitates air leakage at any gaps or holes in the framing. In contrast, stapling the insulation to the face of the studs would have allowed the batts to fill the framing space and be aligned with the interior finish. Note also how the insulation is also compressed around piping and wiring, resulting in a reduced R-value.



**Figure 1.1.6 - Insulation installed with gaps and voids**

Similarly, in Figure 1.1.6, the large gap between the insulation and where the interior ceiling finish will be installed will allow convective air flow around and through the insulation.

9

## 1.1    AIR BARRIER AND THERMAL ALIGNMENT

 

Image courtesy of Environments for Living

**1.1.7 - Alignment of insulation and air barrier**

In Figure 1.1.7, excellent insulation installation is shown with both faced and unfaced fiberglass insulation batts. This is because the batts are not compressed; there are no gaps, voids or compression; and when the interior surface is installed, the insulation will be fully aligned. Note also that the insulation is also carefully fit around piping and electrical wiring rather than being compressed in these areas, as was shown in Figure 1.1.5. Homes like this with carefully installed fiberglass insulation can be more comfortable and will have fewer moisture problems.



Image courtesy of
Environments for Living

**Figure 1.1.8 - Insulation is fit around piping and wiring**

Figure 1.1.8 demonstrates proper installation of fiberglass batts around piping and wiring by carefully splitting the batt.

10

# 1.1    AIR BARRIER AND THERMAL ALIGNMENT



**Figure 1.1.9 - Blown cellulose insulation**

Several options outside of traditional batt insulation are available.  Figure 1.1.9 shows wet-spray cellulose insulation. This insulation is blown into wall assemblies with a mixture of water and glue that allows it to stay in place without falling out or settling. Since it goes in wet, it does need time to dry according to manufacturer's specifications. Other insulation materials such as fiberglass are also available for blown-in insulation. An advantage of blown-in insulation is that it inherently fills the entire wall cavity without any gaps, voids or compression.



**Figure 1.1.10 - Spray foam insulation**

Figure 1.1.10 shows a wall being insulated with spray foam. Spray foams are available in both open- and closed-cell configurations. All spray foam insulation acts as both an air barrier and a thermal barrier, so it is not critical that the foam be aligned with the interior finish. Properly installed, the foam application will fill holes and cracks for both a well insulated and air-tight wall assembly, making the home comfortable and reducing the likelihood of moisture problems.  It should be noted that houses built to the 2006 IECC building code in Climate Zones 5 and higher must have insulation installed with a vapor retarder on the warm side to prevent moisture paths through the insulation.  Since closed-cell spray foam is also a vapor barrier, it would meet this requirement. Open-cell spray foam would require a separate vapor retarder (e.g., latex paint).

11

# 1.1   AIR BARRIER AND THERMAL ALIGNMENT

## KEY POINTS

**Installation Criteria:**

- Insulation shall be installed in full contact with the air barrier on all six sides to provide continuous alignment with the air barrier.  For example, batt insulation shall be cut to fit around any wiring, pipes, or blocking and shall be correctly sized for wall width and height.
- Climate Zones 1 thru 3 are not required to have an inside air barrier at exterior wall assemblies since the predominant driving force in hot climates is from outside to inside.
- Two general exceptions to the requirement for a six-sided air barrier with insulation are at band joist insulation and at the top of ceiling insulation. Although a significant performance advantage is realized where a six-sided assembly is provided (e.g. SIPs), band joist insulation is only required to be in contact with the exterior framing and any exposed edges, and ceiling insulation is only required to be in contact with the air-barrier below (e.g. the ceiling sheetrock) and at any exposed edges. This is due to current cost effectiveness concerns with traditional construction practices. As a best practice, air barriers at band joists are discussed further in Section 1.5.


**Tips and Best Practices:**

- When choosing insulation, consider options that most readily achieve the proper installation requirements.
- Verify that insulation subcontractor installers are trained and/or certified in proper installation practices.

LWFR-EXP 5-000136

# 1.2 GARAGE BAND JOIST AIR BARRIER

Sealing the garage completely from the conditioned areas of the house is important from both an energy perspective because it can be a major source of heat gain and heat loss, and a health perspective due to common pollutants from car exhaust and stored materials. When the garage is attached to the house, the gaps created by joists spanning both conditioned space and the garage must be blocked off and sealed. See Figure 1.2.1 for an example of a house which blocked the joists from the garage but did not seal them.



**Figure 1.2.1 – Gap between garage and conditioned space due to incomplete blocking**

Creating air barriers to close gaps between the garage and the conditioned space can become increasing difficult to construct as the joists become more irregular at their cross section.   This is particularly true for I-joists and web-trusses (see Figure 1.2.2).  A simple solution is to plan ahead and align the end of joists with the wall adjoining the conditioned space to allow for end blocking.



Filler blocking much simpler shape with dimensional lumber

Filler blocking much harder shape with Engineered lumber

**Figure 1.2.2 – Two types of joist-gaps created between garage and conditioned space**

13

## 1.2 GARAGE BAND JOIST AIR BARRIER

## KEY POINTS

**Installation Criteria:**
- Ensure blocking is complete and fully sealed at all band joists between garage and conditioned space.
- Ensure insulation is installed without any gaps, voids or compression.


**Tips and Best Practices:**
- Instead of continuous framing extending from the garage to conditioned spaces, terminate framing at the boundary wall to the conditioned space so end-blocking can be installed.

## 1.3 ATTIC EAVE BAFFLES

Wind intrusion can occur at roof eaves through soffit vents. If the attic insulation is left exposed, the wind blowing through the soffit can flow through the insulation and in some cases blow it away from the edge.  As a result, wind intrusion can undermine the effectiveness of the insulation and create opportunities for moisture problems.



**Figure 1.3.1 - Wind intrusion from a soffit vent**

In Figure 1.3.1 above, air flow coming through the soffit vent has completely blown back the insulation originally installed at the attic eave.

15

LWFR-EXP 5-000139

# 1.3 ATTIC EAVE BAFFLES

A baffle shall be installed at a minimum wherever soffit vents are located that extends over the top of the attic insulation to serve as an air barrier and prevent wind-washing. Ideally, baffles should be installed between all rafters or trusses because air gaps are typical between roof underlayment and fascia boards. The baffle can be any solid material such as cardboard or thin rigid insulation sheathing.



Image courtesy of MaGrann Associates

**Figure 1.3.2 - Cardboard baffles**

In Figure 1.3.2 above, cardboard baffles have been installed to direct the flow of air over and above the attic insulation.

16

# 1.3 ATTIC EAVE BAFFLES

## KEY POINTS

**Installation Criteria:**
- Solid baffles shall be provided at all framing bays with soffit vents to prevent wind washing at attic insulation.

**Tips and Best Practices:**
- Even if soffit vents are not continuous, wind baffles are strongly recommended at all framing bays since air gaps commonly occur between roof sheathing and the fascia board. This can allow wind intrusion along the entire roof edge.

LWFR-EXP 5-000141

# 1.4 SLAB-EDGE INSULATION

While the alignment of air and thermal barriers is important throughout the home, one specific detail merits further mention. In cold climates, exposed concrete slab edges are a common source of discomfort and high utility bills. Properly insulating the slab edge can dramatically improve home performance.



Diagrams courtesy of the US Department of Energy

**Figure 1.4.1 - Options for slab insulation**

There are two basic ways to insulate a slab.  First, rigid insulation can be installed directly against the exterior of the slab, as shown in the detail at left in Figure 1.4.1.  Note that in areas with high termite populations, builders should be careful to avoid installing foam insulation in contact with the ground. A second option is a "floating slab," which can be constructed using interior insulation, as shown in the detail at right.  In both cases, insulation should be continuously aligned with the air barrier.

18

LWFR-EXP 5-000142

## 1.4 SLAB-EDGE INSULATION

## KEY POINTS

**Installation Criteria:**

- In Climate Zones 4 and higher, continuous slab insulation meeting the R-value specified in IRC 2004 shall be provided to avoid thermal bypass at exposed concrete slabs.
- A partial exemption applies to Climate Zones 4 and 5 where a maximum of 25% of the slab perimeter may be un-insulated.

**Tips and Best Practices:**

- Consider solutions to accommodate flooring materials and their required installation details (e.g., adhesive for sheet flooring, and nailing strips for carpet) where slab edge insulation will be exposed at exterior walls.

19

LWFR-EXP 5-000143

# 1.5 AIR BARRIER AT ALL BAND JOISTS

An exception to the six-side air barrier requirement discussed earlier is at band joists. However, inside air barriers at band joists are highly encouraged for Climate Zones 4 and higher and in any homes with open web truss-joist floors because as the homes are being heated, driving forces will cause heated air between the floors to flow through the band joist to the cold exterior framing. This can lead to higher utility bills, discomfort, and potential moisture problems.



**Figure 1.5.1 - Options for insulation/air barrier alignment at band joists**

Figure 1.5.1 depicts two best practices for ensuring the alignment of an air barrier and thermal barrier at band joists. In the detail at the left, spray foam is used to fill the entire joist area and acts as a thermal barrier and an air barrier. At right, a small structural insulated panel (SIP) is installed, also acting as both a thermal and air barrier.

20

LWFR-EXP 5-000144

## 1.5 AIR BARRIER AT ALL BAND JOISTS

## KEY POINTS

**Tips and Best Practices:**
- In order to eliminate higher utility bills, discomfort and potential moisture problems, inside air barriers are highly recommended for Climate Zones 4 and higher and in any home with open web truss-joist floors.

21

LWFR-EXP 5-000145

# 1.6 MINIMIZE THERMAL BRIDGING

Optimal Value Engineering (OVE) is one option to reduce thermal bridging through walls that uses standard building materials. In order to accomplish this, a framing plan is laid out as part of the architectural design that minimizes the studs and plates needed for structural support. For example, 2x6s spacing can typically be increased from 16" on-center to 24" on-center. Further framing reductions are possible by lining up trusses with the studs so that only one, rather than two, top plates are needed.

In addition, "California Corners" that use two instead of three studs to frame corners saves on framing and allows insulation to span the full length of the wall (see Figure 1.6.1). Similarly three-stud framing assemblies at interior/exterior wall intersections can be eliminated by using furring lattice behind the exterior wall stud (see Figure 1.6.2). This assembly reduces framing and allows for continuous insulation.

By adhering to these practices, it is possible to reduce the framing fraction from the standard 23% to around 15%. This 8% reduction in framing area would result in an 8% gain in insulation area. In addition to energy savings associated with reduced framing area, capital costs are reduced due to less framing. Unlike advanced wall systems that can also be used to reduce thermal bridging (e.g., SIPs, Insulated Concrete Forms), OVE still needs to address quality control issues with insulation installation to ensure continuous alignment with the air barrier along with no gaps, voids, and compression.

For more information see http://www.eere.energy.gov/buildings/info/documents/pdfs/26449.pdf or www.pathnet.org.



Pictures from http://www.eere.energy.gov/buildings/info/documents/pdfs/26449.pdf

**Figure 1.6.1 – Advanced corner framing techniques**

22

# 1.6 MINIMIZE THERMAL BRIDGING



**Figure 1.6.2 – Advanced interior/exterior wall framing techniques**

Exterior rigid insulation wall sheathing can be used to provide a complete thermal break at all wall framing (see Figure 1.6.3). The only uninsulated wall areas are the window and door openings.



**Figure 1.6.3 – Complete thermal break with rigid insulation sheathing**

23

# 1.6 MINIMIZE THERMAL BRIDGING



**Figure 1.6.4 - Structural Insulated Panels (SIPs)**

There are factory-built insulated wall assemblies readily available today that, by virtue of how they are manufactured and assembled in the field, ensure minimal thermal bridging along with full alignment of insulation with the integrated air barriers including no gaps, voids or compression. Structural Insulated Panels or SIPs (Figure 1.6.4) are whole wall panels composed of insulated foam board glued to both an internal and external layer of wood sheathing, typically OSB or plywood. This assembly will often be manufactured with precut window openings and chases.



**Figure 1.6.5 - Insulated Concrete Form (ICF)**

Another factory-built wall system shown is Insulated Concrete Forms, or ICFs (see Figure 1.6.5 ). ICFs are blocks made from extruded polystyrene insulation designed to be assembled like "Lego" blocks into a compete wall assembly. Steel reinforcing rods are added and concrete is poured into the voids, resulting in a very air-tight, well-insulated, and sturdy wall. In addition to no thermal bridging, the insulation is inherently aligned with the exterior and interior air barriers with no gaps, voids or compression.

24

LWFR-EXP 5-000148

# 1.6 MINIMIZE THERMAL BRIDGING

## KEY POINTS

**Installation Criteria:**

- OVE (Optimal Value Engineering) still needs to address quality control issues with insulation installation to ensure continuous alignment with the air barrier with no gaps, voids, or compression.

**Tips and Best Practices:**

- OVE reduces thermal bridging by laying out a framing plan that minimizes the studs and plates need for structural support.
- Two factory built assemblies that ensure thermal bridging along with full alignment of insulation and integrated air barriers with no gaps, voids or compression, are SIPs (Structurally Insulated Panels) and ICFs (Insulated Concrete Forms).

25

LWFR-EXP 5-000149

26

LWFR-EXP 5-000150

# 2. WALLS ADJOINING EXT. WALLS OR UNCOND. SPACES

**Scope of Work:**
- Fully insulated wall aligned with air barrier at both interior and exterior, **OR**
- Alternate for Climate Zones 1 thru 3, sealed exterior air barrier aligned with RESNET Grade 1 insulation fully supported
- Continuous top and bottom plates or sealed blocking

## 2.1 WALL BEHIND SHOWER/TUB

In the construction process for many homes, tubs and showers are installed immediately after rough framing is complete and before insulation is installed (Figure 2.1.1). As a result, it is almost impossible to properly install insulation and complete air barriers at exterior walls adjoining tubs and showers. This can lead to convective air flow that circumvents insulation.



Image courtesy of Building Science Corp.

**Figure 2.1.1 - Tub installed against exterior wall without air barrier or insulation**



Images courtesy of Fort Collins Utilities

**Figure 2.1.2 - Infrared image showing thermal bypass at tub with incomplete insulation and air barrier**

The infrared image in Figure 2.1.2 shows a common problem where homeowners have tubs and showers that get cold in the winter. In this case, thermal bypass to the cold air outside the home is decreasing the temperature of the tub inside the home. If an air barrier and insulation had been properly installed behind the tub against the exterior wall, the tub would be protected by an effectively insulated wall assembly, making the bathroom more comfortable for the homeowner.

27

# 2.1 WALL BEHIND SHOWER/TUB



Diagram courtesy of MaGrann Associates

**Figure 2.1.3 – Architectural detail of tub installation with complete air and thermal barriers**



Image courtesy of Energy Services Group



Image courtesy of Building Science Corp.

**Figure 2.1.4 - Two installations of air barriers at tubs adjoining exterior walls**

The installation of air barriers and insulation behind tubs and showers at exterior walls can be achieved with proper planning starting with design (Figure 2.1.3). Also, shown in Figure 2.1.4, in the image at left, the builder left insulation batts and drywall for his framers and held them accountable for installing the materials where the tub was to be installed. In the home at right, the builder left a thin board sheathing product to be installed by the framer. Another option (not shown) would be to fill the cavity around the tub with spray-foam, which acts as both a thermal and air barrier. In any of these cases, the tubs will be much less likely to cause comfort or moisture problems. (Internal air-barriers for this detail are not required for Climate Zones 1 thru 3, however, insulation behind the tub or shower is still necessary).

28