## 2.1 WALL BEHIND SHOWER/TUB

## KEY POINTS

**Installation Criteria:**

- Exterior walls shall be enclosed on all six sides, including a complete and continuous air barrier behind the tub. An exception is provided for Climate Zones 1 thru 3 where as an alternative to the inside air barrier, the builder can install a fully sealed and continuous exterior along with RESNET Grade 1 insulation fully supported.

**Tips and Best Practices:**

- Use a material that is readily available to ensure the air barrier is installed prior to setting the tub. Plywood, oriented strand board (OSB), sheathing boards, and drywall are good choices.
- Using spray foam at framing behind tubs is also an option to avoid labor installing both air barrier and insulation. However, it will need to be installed prior to setting the tub or shower.
- Insulation material and air barrier sheathing should be made available on site for installation by the framing subcontractor prior to plumbing rough-ins, or the framing subcontractor could install an air barrier behind the tub with the wall cavity left accessible for installation of loose fill or blown-in insulation by the insulation subcontractor.

29

LWFR-EXP 5-000153

## 2.2 WALL BEHIND FIREPLACE

Air barriers are also needed in wall chases, such as the furred out space behind fireplaces. Once framed in, they are very difficult to complete with insulation and air barriers.

**Air barrier missing at framed exterior wall**



Image courtesy of EnergyLogic

**Figure 2.2.1 - Fireplace installed without air barrier**

In Figure 2.2.1 above, the fireplace has been framed and installed without an air barrier, and it will be difficult to install the insulation properly. The diagram in Figure 2.2.2 below shows an architectural detail of how the air barrier behind the fireplace wall can be installed.



Diagram courtesy of MaGrann Associates

**Figure 2.2.2 – Architectural detail of fireplace air barrier installation**

30

LWFR-EXP 5-000154

## 2.2 WALL BEHIND FIREPLACE

One way to include an air barrier at the fireplace wall is for the builder to hold the framer responsible for installing the insulation and drywall at the fireplace shaft during the framing process when it is easily accessible.



Image courtesy of EnergyLogic

Image courtesy of Building Science Corp

**Figure 2.2.3 - Fireplaces installed with air barrier and insulation**

At left in Figure 2.2.3, the builder has used a thin board sheathing and insulation product that effectively locates the thermal enclosure at the exterior wall behind the fireplace. At right, the builder has used drywall and insulation for the same purpose.

An exemption to the inside air barrier requirement for Climate Zones 1 thru 3 allows for an air barrier only at the outside of the wall. This exemption exists because the prevailing driving force in hot climates moves from outside inward.

LWFR-EXP 5-000155

## 2.2 WALL BEHIND FIREPLACE

## KEY POINTS

**Installation Criteria:**

- For Climate Zones 4 thru 8, an inside air barrier shall be installed that is fully aligned with the wall insulation, and any gaps shall be fully sealed with caulk, foam, or tape.
- As an alternate detail for Climate Zones 1 thru 3, houses may comply with the specification by ensuring a sealed and continuous air-barrier at the exterior wall along with RESNET Grade 1 insulation fully supported.
- Fire-rated caulking along with flashing or UL-rated collars must be installed continuous around any fireplace flue and wall penetration.
- Drywall, thermoply, or other air barrier materials may be used to create an interior air barrier on the exterior wall behind the fireplace.

**Tips and Best Practices:**

- Install insulation prior to the installation of the inside air barrier. However, this will often rely on the builder to verify proper installation of insulation and therefore complete verification of this item on the Thermal Bypass Checklist.

LWFR-EXP 5-000156

## 2.3 INSULATED ATTIC SLOPES FOR UNVENTED ATTIC SPACES

It is common practice to install HVAC ductwork and air handlers in attic spaces. One way to dramatically improve the performance of these systems is to create an unvented, conditioned attic that results in having the HVAC system located inside the conditioned space. This is accomplished by insulating the sloped attic roof and any vertical attic walls (e.g., gable ends) rather than the flat attic ceiling. This change can provide a considerable reduction in ductwork heat loss and gain.

As with all other walls adjoining exterior walls or unconditioned spaces, the inside air barrier exception applies to Climate Zones 1 thru 3, allowing as an alternate the exterior air barrier to be fully sealed along with insulation meeting RESNET Grade 1 requirements and fully supported. Thus, in Climate Zones 4 and higher, an inside air barrier is required at unvented attic insulation. In addition, the IECC requires a vapor retarder in Climate Zones 5 and higher. This can be accomplished with several different strategies, including a variety of insulation choices. One way to accomplish this is with closed-cell spray foam or with open-cell spray foam coated with a latex paint. Figure 2.3.1 below shows an unvented attic with spray foam insulation.



**Figure 2.3.1 – Unvented attic with spray foam insulation at slopes and walls**

33

LWFR-EXP 5-000157

# 2.3 INSULATED ATTIC SLOPES FOR UNVENTED ATTIC SPACES

## KEY POINTS

**Installation Criteria:**

- Insulation shall be installed in full contact with the air barrier on all six sides to provide continuous alignment with the air barrier.
- For Climate Zones 1 thru 3, as an alternate to the interior air barrier, the exterior air barrier can be fully sealed along with RESNET Grade 1 insulation that is fully supported.

**Tips and Best Practices:**

- In Climate Zones 4 and higher, there are several different strategies that will accomplish this assembly, including a variety of insulation types. If chosen, spray foam insulation will act as both an air barrier and insulation in one application without any R-value restrictions due to truss framing dimensions.
- In very cold climates, closed-cell spray foam is one option to achieve an air barrier, insulation, and vapor barrier in one application.

34

LWFR-EXP 5-000158

# 2.4 ATTIC KNEE WALLS

Where air barriers are not installed on the attic side of attic knee walls, very hot or cold attic air can lead to thermal bypass around the knee wall insulation.



Knee wall to attic space

Partition wall to another heated space

(c)

Images courtesy of D.R. Wastchak

**Figure 2.4.1 - Infrared image of attic knee wall detail**

In infrared images, dark colors (blue, black) indicate colder surface temperatures, and lighter colors (yellow, orange) indicate warmer surface temperatures. Figure 2.4.1. shows an attic knee wall along with an infrared image taken during a cold winter day. As a result of no attic-side air barrier, there is excessive thermal bypass to the cold attic as evident by the dark color of the insulated framing bays. In fact, the R-3 wood studs appear as much brighter vertical lines with much less heat loss than the R-19 insulated bays between them. This shows clearly how important it is to include complete air barrier details as an improperly installed insulation assembly loses most of its rated R-value, thereby increasing energy bills and significantly compromising comfort.

An effective attic knee wall assembly should include a six-sided air barrier with sheathing or rigid insulation installed on the attic side. Figure 2.4.2 shows a good architectural detail for an attic knee wall including air barriers on all sides of the insulation along with top and bottom plates or blocking.



Diagram courtesy of MaGrann Associates

**Figure 2.4.2 – Architectural detail for an attic knee wall**

35

## 2.4 ATTIC KNEE WALLS



Images courtesy of Energy Services Group

**Figure 2.4.3 - Examples of properly blocked and air sealed attic knee walls**

The images in Figure 2.4.3 above show examples of attic knee walls that have been fully blocked and air sealed. Once these walls are properly insulated, the rooms will be more comfortable and less likely to suffer from comfort and moisture problems. Note: The attic access opening in the knee wall needs to be treated as an exterior door with appropriate insulation and a complete gasket seal.



**Figure 2.4.4 – Attic knee wall with no exterior air barrier**



**Figure 2.4.5 – Attic knee wall with exterior air barrier**

The images in Figure 2.4.4 and Figure 2.4.5 show a before-and-after picture of a knee wall and the installation of the appropriate knee wall air barrier.

LWFR-EXP 5-000160

## 2.4 ATTIC KNEE WALLS

## KEY POINTS

**Installation Criteria:**

- Continuous top and bottom plates shall be installed along with an air barrier on the attic side of insulated walls, including exposed edges of insulation at joists and rafters.
- Where truss framing is used, blocking is required at the top and bottom of each framing bay.
- For houses located in Climate Zones 1 thru 3 and in houses with unfinished interior attic knee walls (e.g., storage closet), use the alternate detail to the interior side air barrier by ensuring a fully sealed and continuous air-barrier to the attic-side of the wall along with RESNET Grade 1 insulation that is fully supported.

**Tips and Best Practices**

- Recognize that attic knee wall barriers are only needed when adjoining an unconditioned attic.
- Acceptable materials for attic-side barriers vary significantly around the country. Be sure to confirm that the preferred material is acceptable to the local code official.
- FSK radiant barrier facing material typically meets code requirements for flame spreadability on attic-side materials.

37

# 2.5 SKYLIGHT SHAFT WALLS

Skylight shafts protruding through the ceiling and an unconditioned space need to be insulated since the shaft's walls are effectively attic knee walls adjoining an unconditioned space. Skylight shaft walls shall be insulated to the same level as attic knee walls and shall include a sealed air-barrier aligned with the insulation on both interior and exterior sides of the walls (see Figure 2.5.1). Climate Zones 1 thru 3 are exempt from the sealed interior air-barrier, but this is unlikely to be an issue since skylight shafts are almost always finished.



**Figure 2.5.1 – Architectural detail for insulation and air barrier at  skylight shaft**

Light tubes such as the one pictured in Figure 2.5.2 should also be covered with insulation and an air-barrier. In fact, the light tube depicted includes approximately 30 square feet of exposed surface area to the unconditioned attic. One acceptable method for insulating the light tube is to use R-8 duct insulation with the plastic lining functioning as the exterior air-barrier. Additionally, the penetration of the light tube through the ceiling shall be sealed between conditioned and unconditioned space.  See Section 4.1 and 4.2 of this document.



**Figure 2.5.2 – Example of an un-insulated light tube**

38

LWFR-EXP 5-000162

## 2.5 SKYLIGHT SHAFT WALLS

## KEY POINTS

**Installation Criteria:**

- Light tubes can represent a significant amount of exposed surface area to unconditioned attics, and therefore need a complete insulation and air barrier assembly.

**Tips and Best Practices:**

- Consider using R-8 duct insulation to provide both an air barrier and insulation in one step. However, where possible, more insulation (e.g., R-13 to R-19) would be appropriate.

39

LWFR-EXP 5-000163

## 2.6 WALL ADJOINING PORCH ROOF

Where blocking and air sealing are missing at the intersection between conditioned space and a porch roof (as shown below in Figure 2.6.1), air can easily pass through the insulation, between the exterior and interior of the home, causing high utility bills along with potential comfort and moisture problems. This thermal bypass is evident in the infrared image in Figure 2.6.2. Here, you can see how missing air barriers can lead to cold surface areas in walls adjoining a porch roof.



Image courtesy of Energy Services Group

**Figure 2.6.1 – Air barrier missing at porch roof**



Image courtesy of Energy Services Group

**Figure 2.6.2 - Cold air thermal bypass at a porch roof**

40

LWFR-EXP 5-000164

## 2.6 WALL ADJOINING PORCH ROOF

To complete an air barrier at porch roofs, install blocking or another solid air barrier between the porch roof and conditioned space of the home, as shown Figures 2.6.3 (flat porch roof) and 2.6.4 (sloped porch roof) below.  Once the blocking is installed, the area can be easily insulated much like a band joist (flat porch roof) or attic knee wall (sloped porch roof).



Image courtesy of Energy Services Group

**Figure 2.6.3 - Appropriate blocking at intersection of flat porch roof and conditioned space**



Image courtesy of Environments for Living

**Figure 2.6.4 - Appropriate blocking between sloped porch roof and conditioned space**

41

## 2.6 WALL ADJOINING PORCH ROOF

## KEY POINTS

**Installation Criteria:**
- A complete air barrier shall be installed at the intersection of the porch roof and conditioned space.
- Where truss framing is used, blocking shall be provided at the top and bottom of each wall/roof section. Blocking shall be installed prior to insulation.

**Tips and Best Practices:**
- At sloped porch roofs, the porch/conditioned space intersection is effectively an attic knee wall. Follow the tips and best practices included in Section 2.4.
- At flat porch roofs, the porch/conditioned space intersection is effectively a band joist that is not required to include an interior side air barrier. However, it is highly encouraged per recommendations in Section 1.5.

42

LWFR-EXP 5-000166

# 2.7 STAIRCASE WALLS

Staircases adjoining exterior walls, garages, or attics (see Figure 2.7.1) need complete air barriers throughout the framed assembly. Note that Climate Zones 1 thru 3 are exempt from the interior side air barrier for this detail where the exterior air barrier is ensured to be fully sealed along with RESNET Grade 1 insulation that is fully supported.  A common area missing an air barrier at staircase walls occurs at small areas under enclosed landings or bottom stairs. Once framed, staircases can be difficult to complete with insulation and air barriers so it is important to coordinate details with the framing subcontractor.



Image courtesy of Energy Services Group

**Figure 2.7.1 - Staircase adjoining unconditioned attic needs to be fully blocked and sealed**

LWFR-EXP 5-000167

# 2.7 STAIRCASE WALLS

An air barrier is needed at staircases where they come in contact with the exterior wall or attic above and below the stairs.  This involves sealing any gaps with caulk or foam, and providing a complete air barrier assembly (see Figure 2.7.2).



Diagram courtesy of MaGrann Associates

**Figure 2.7.2 – Architectural detail for staircase with complete air barrier**

LWFR-EXP 5-000168

## 2.7 STAIRCASE WALLS

## KEY POINTS

**Installation Criteria:**
- Structural sheathing can be used to extend above and below stringers to allow for taping with joint compound.
- Air barrier shall be fully aligned with insulation and any gaps are fully sealed with caulk or foam.

**Tips and Best Practices:**
- If stair air barrier is complete at HERS inspection, builder verification may be needed for this item.

45

# 2.8 DOUBLE WALLS

Double walls are becoming common in some markets to provide a more dimensional architectural appearance. The insulation must be aligned with and enclosed by air barriers on all sides. There are multiple ways to accomplish this such as placing an air barrier on the exterior side of the interior wall and insulating the interior cavity (Figure 2.8.1). However, this can be very difficult to install, and it is therefore suggested that the entire wall cavity be filled with blown-in insulation or spray foam (Figure 2.8.2). If blown-in insulation is used, shelves located approximately every two feet of vertical distance up the wall should be installed to prevent excessive settling over time with such a wide unsupported area of insulation. If spray foam is used, it only needs to be the thickness required for the specified R-value without a separate air barrier since it functions as both insulation and an air barrier.



**Figure 2.8.1 – Double wall with air barrier**      **Figure 2.8.2 – Double wall with filled cavity**



**Figure 2.8.3 – Example of a double wall**

46

LWFR-EXP 5-000170

## 2.8 DOUBLE WALLS

## KEY POINTS

**Installation Criteria:**

- Insulation shall be installed in full contact with the air barrier on all six sides to provide continuous alignment.
- For Climate Zones 1 thru 3, houses may use an alternate detail to the interior air barrier by ensuring the exterior is fully sealed along with RESNET Grade 1 insulation that is fully supported.

**Tips and Best Practices:**

- Fill the entire wall cavity with blown-in insulation or spray foam.
- If blown-in insulation is used, provide shelves located approximately every two feet of vertical distance up the wall to prevent excessive settling over time with such a wide unsupported area of insulation.
- If spray foam is used, it only needs to be the thickness required for the specified R-value without a separate air barrier since it functions as both insulation and an air barrier.

47

LWFR-EXP 5-000171

LWFR-EXP 5-000172

# 3. FLOORS BETWEEN CONDITIONED AND UNCONDITIONED SPACES

**Scope of Work:**
- Air barrier is installed at any exposed insulated edges
- Insulation is installed to maintain permanent contact with sub-floor above including necessary supports (e.g., staves for blankets, netting for blown-in)
- Blanket insulation is verified to have no gaps, voids, or compression
- Blown-in insulation is verified to have proper density with firm packing

# 3.1 INSULATED FLOOR ABOVE GARAGE

Cold and hot air in the garage can lead to thermal bypass if insulation is not properly installed between the garage ceiling and the sub-floor above. This can lead to hot floors in the summer and cold floors in the winter that compromise comfort. Figure 3.1.1 shows a common occurrence where insulation may have been installed in contact with the garage ceiling, but settles down leaving a large air gap between the insulation and the sub-floor above.  In this detail, thermal flow can easily bypass the floor insulation rendering it ineffective.



**Figure 3.1.1 – Thermal bypass at garage ceiling**

One solution for effectively insulated floors above the garage is to completely fill the floor framing space with insulation so it is snug against the sub-floor and ceiling below, and then provide blocking such as plywood, OSB, or rigid insulation at any exposed edges of the insulation between floor framing to stop air flow through the insulation (see Figure 3.1.2). If blown-in insulation is used, it is very important to ensure proper density to avoid settling away from the sub-floor.



**Figure 3.1.2 - Alignment of insulation and air barrier at garage ceiling**

Another solution for effectively insulated floors above the garage is to install spray foam insulation snug against the sub-floor to thickness needed for desired R-value. Bottom side and edge air barrier details would not be required because spray foam functions as both insulation and an air barrier. Batt or blown-in insulation properly supported (e.g., netting and metal staves respectively) can also be installed snug against the sub-floor without the bottom-side air barrier. However, complete air barriers are required at the edges of batt and blown-in insulation. These options are shown in Figure 3.1.3 on the next page.

49

LWFR-EXP 5-000173

## 3.1 INSULATED FLOOR ABOVE GARAGE



Floor

Air barrier if batts are used

Spray-foam or faced batt insulation

Garage ceiling

Diagram courtesy of Environments for Living

**Figure 3.1.3 - Alignment of insulation and air barrier at garage ceiling with spray foam or faced batt insulation**

Floors constructed of dimensional lumber can be easier to block, insulate and seal than those constructed with engineered framing members.  With dimensional lumber, only the two open ends of the joist cavities need to be blocked and air sealed. The sub-floor and drywall ceilings below can be sealed to the framing members at the time of installation.  Figure 3.1.4 illustrates blocking material locations.



Subfloor

The installation of a blocking material is required on the open ends of each joist cavity.

Drywall ceiling

Diagram courtesy of McGrann Associates, Inc.

**Figure 3.1.4 - Blocking for floor over garage**

LWFR-EXP 5-000174

## 3.1 INSULATED FLOOR ABOVE GARAGE

Floor assemblies constructed with open web trusses can be very difficult to effectively block, insulate, and air seal.  In particular, open web areas are labor-intensive to fill with batt or rigid insulation but can easily be filled with blown or spray insulation.  All four edges of an open-web truss floor assembly require the installation of a sheathing material to enclose the entire floor cavity and then all joints and penetrations need to be air sealed.  If the framing is continuous from garage to conditioned space, this can be extremely difficult to effectively block. Figure 3.1.5 illustrates how to enclose the floor assembly on all four sides.



The installation of sheathing material on all four edges to enclose the floor assembly.

Air seal

Subfloor

All joints in the sheathing material must be air sealed. The sheathing must be air sealed to the subfloor and also to the drywall on the bottom.

Drywall ceiling

Diagram courtesy of McGrann Associates, Inc.

**Figure 3.1.5 - Enclosing four edges of open web truss floor**

51

LWFR-EXP 5-000175

# 3.1 INSULATED FLOOR ABOVE GARAGE

## KEY POINTS

**Installation Criteria:**

- Until **July 1, 2008**, insulation shall be installed to maintain permanent contact with the underside of the sub-floor decking and be properly supported (e.g., metal staves for batt insulation and netting for blown-in insulation). Thereafter, the complete framing space between floors shall be filled with insulation so it is aligned with the top and bottom air barrier. If spray foam is used, the bottom surface of the foam functions as the air barrier and therefore does not need to be full depth.
- Except where spray foam insulation is used, air barriers shall be provided at any exposed edges of insulation

**Tips and Best Practices:**

- Before choosing to completely fill the floor cavity (as in Figure 3.1.2), make sure that the weight of the insulation will not be excessive for the drywall ceiling due to the depth of the floor framing. Check with the drywall manufacturer to determine whether netting installed for blown-in insulation effectively removes the extra weight from bearing on the drywall ceiling.
- If weight is not an issue, blown-in insulation completely filling the floor space may be the simplest and most cost-effective solution for assuring alignment with both sub-floor and ceiling, but it is critical to ensure proper density to avoid settling away from the sub-floor.
- Since spray foam functions as both insulation and an air barrier, consider using spray foam insulation to avoid completely filling thick framing space between garage and sub-floor with insulation and installing edge air barriers.
- Batt insulation may be installed with metal staves holding the insulation against the sub-floor above the garage. Any pipes in the floor system should have adequate insulation installed below them.

52

## 3.2 CANTILEVERED FLOOR

Cantilevered floor assemblies are another location where thermal bypass is common. Plywood or other soffit material typically installed at the bottom of cantilever framing is often not air sealed at the framing edges.  Blocking is often missing between the cantilever and conditioned space (Figure 3.2.1), and insulation often settles away from the sub-floor resulting in a large air gap (Figure 3.2.2). Thermal bypass around the insulation is often the effect, resulting in floors that are too cold in winter and too warm in summer.



Image courtesy of Energy Services Group

**Figure 3.2.1 – Cantilevered floor with no air barrier between overhang and conditioned space**



**Figure 3.2.2 – Insulation settling away from sub-floor**



Exterior soffit appeared to be tightly fit

As the infrared photo (right) shows, this dining room cantilever was cold due to ineffective insulation and air leakage. (Infrared photo taken with blower door operating.)

Residual warmth from heat run

Cantilever boundary clearly visible

Warm

Cool

Images courtesy of Fort Collins Utilities

**Figure 3.2.3 - Infrared image of a cantilevered floor without thermal bypass details**

In Figure 3.2.3, the temperature differential on the cantilevered floor is clearly visible, as the floor over the cantilever is much cooler (darker colored) than the floor over conditioned space.

53

## 3.2 CANTILEVERED FLOOR

To eliminate thermal bypass at cantilevered floors, the framing space should be completely filled with insulation so that the insulation is in full contact with the sub-floor above. Also, an air barrier of thin sheathing, blocking, or rigid insulation should be added to the edge of the insulation, so that air flow is blocked between the exterior and interior of the home (Figure 3.2.4). Proper air sealing of the exterior sheathing on the bottom of the cantilevered floor is extremely important to stop air infiltration into the floor system. Not only will these proper insulation and air sealing details improve the energy efficiency, they will the improve comfort, air quality, and durability of the home.



Diagram courtesy of MaGrann Associates

**Figure 3.2.4 – Architectural detail for cantilevered floor assembly**



Images courtesy of MaGrann Associates

**Figure 3.2.5 - Proper installation of insulation under a cantilevered floor**

The image at left in Figure 3.2.5 above shows insulation installed to fill the space underneath the sub-floor. In the image at right, the assembly has been blocked and air sealed below the conditioned floor above.

54

LWFR-EXP 5-000178

# 3.2 CANTILEVERED FLOOR

## KEY POINTS

**Installation Criteria:**

- Until **July 1, 2008**, insulation shall be installed to maintain permanent contact with the underside of the sub-floor decking and be properly supported (e.g., metal staves for batt insulation and netting for blown-in insulation). Thereafter, the complete framing space between floors shall be filled with insulation so it is aligned with the top and bottom air barrier. If spray foam is used, the bottom surface of the foam functions as the air barrier and therefore does not need to be full depth.
- Except where spray foam insulation is used, air barriers shall be provided at the inside edge of the wall top plate across the cantilever.
- The air barrier shall be fully air sealed between sheathing, gaps, cracks and edges with a compressible sealant, caulk, foam, or mastic.

**Tips and Best Practices:**

- If the cantilever is completely closed in at inspection, builder verification may be needed for this item since the insulation will not be exposed.
- Spray foam insulation installed to desired thickness functions as both insulation and an air barrier.

LWFR-EXP 5-000179

LWFR-EXP 5-000180

# 4.  SHAFTS

**Scope of Work:**
Openings to unconditioned space are fully sealed with solid blocking or flashing and any remaining gaps are sealed with caulk or foam.

## 4.1  DUCT SHAFT

Since it is very common to install HVAC ductwork and air handlers in attics, it is also common to find large shafts to accommodate ductwork to the conditioned space. Although it can be difficult due to its large size and odd shapes, these shafts need to be fully blocked and sealed for an effective air barrier. Figure 4.1.1 shows large gaps to the attic without blocking. Figure 4.1.2 shows a poor solution for providing an air barrier with insulation. Most insulation will not work as an air barrier because while it effectively resists thermal flow, it does not resist air flow. Figure 4.1.3 shows how to properly seal a duct shaft with a complete air barrier using solid blocking and good air sealing techniques (mastic).



Courtesy of Building Science Corp.

**Figure 4.1.1 – Duct penetration to attic that needs blocking**



Image courtesy of EnergyLogic

**Figure 4.1.2 – Duct shaft with ineffective air barrier (insulation)**



**Figure 4.1.3 – Effective air barrier and sealing at duct shafts**

57

## 4.1   DUCT SHAFT

Figure 4.1.4 shows a duct shaft with blocking and sealing that effectively accommodates a flue, piping and electrical wiring in the same shaft.



Image courtesy of Energy Services Group

**Figure 4.1.4 - Blocking and foam air sealing in chase**

LWFR-EXP 5-000182

# 4.1 DUCT SHAFT

## KEY POINTS

**Installation Criteria:**

- Openings to unconditioned spaces shall be sealed with solid blocking as required and any remaining gaps shall be sealed with caulk or foam.

**Tips and Best Practices:**

- Since the flashing or framed caps at shafts and penetrations are typically installed by the framing subcontractors before the HVAC trades do their work, make sure subcontractors understand the importance of complete air barrier assemblies.
- Use mastic to seal cracks and gaps.

59

LWFR-EXP 5-000183

# 4.2  PIPING SHAFT/PENETRATIONS

Penetrations in framing can be made by plumbers, electricians, or HVAC contractors who are not always careful cutting holes between conditioned and unconditioned spaces. Unfortunately, these holes can allow excessive air leakage. Sealing duct and plumbing penetrations involves fully sealing the holes leading to unconditioned spaces with caulk or foam and providing flashing where needed for very large air spaces (see Figure 4.2.1).

 

**Figure 4.2.1 – Typical piping penetrations leaving large holes**

In Figure 4.2.2 below, only caulking is needed because the plumber has neatly cut the hole around the plastic pipe penetration.



Image courtesy of Building Science Corp.

**Figure 4.2.2 - Caulking around piping penetration**

LWFR-EXP 5-000184

## 4.2 PIPING SHAFT/PENETRATIONS

## KEY POINTS

**Installation Criteria:**
- Openings to unconditioned spaces shall be sealed with solid blocking as required and any remaining gaps shall be sealed with caulk or foam.

**Tips and Best Practices:**
- Work with plumbing and electrical subcontractors to make the smallest openings needed for penetrations.
- Since the flashing or framed caps at shafts and penetrations are typically installed by framers before the plumbing and electrical trades do their work, make sure subcontractors understand the importance of complete air barrier assemblies.

LWFR-EXP 5-000185

## 4.3 FLUE SHAFT

Flue penetrations into attics are more complicated because they also need code mandated combustion safety clearances with combustible framing materials. In Figure 4.3.1 below, insulation is used to fill the space between the flue and the studs. However, this is a poor detail because batt insulation is not an effective air barrier and does not meet combustion safety clearances.



Batt insulation

Image courtesy of EnergyLogic

**Figure 4.3.1 - Insulation improperly used as an air barrier**

Figure 4.3.2 shows how a flue can be properly sealed in a large opening. In this case, an OSB panel was cut to fill the air space around the flue. The flue was then fitted with a metal collar to fill the gap needed for combustion safety clearance between the OSB panel and flue.



Image courtesy of Building Science Corp.

**Figure 4.3.2 - UL-rated metal collar installed around a flue shaft**

62

# 4.3 FLUE SHAFT

Where acceptable to local building code officials, fire-rated foam or caulk can be used to seal any remaining gap between the flue and the air barrier. For example, in Figure 4.3.3, fire-rated caulk that is typically red in color has been used to seal the remaining gap between the flue and metal flashing.



Image courtesy of EnergyLogic

**Figure 4.3.3 - Fire-rated caulk around a flue shaft**

Note: Caution should always be used when installing insulation against potentially hot surfaces, for both combustible and non-combustible insulation may present a fire hazard if caused to overheat. Refer to local building codes for more information.

LWFR-EXP 5-000187

# 4.3 FLUE SHAFT

## KEY POINTS

**Installation Criteria:**
- Flue openings shall be fully sealed with flashing as required and any remaining gaps sealed with fire-rated caulk or sealant.
- Combustion clearance between flue openings and combustible materials (e.g., OSB) shall be properly closed with UL-approved metal collars.

**Tips and Best Practices:**
- Plumbing, electrical, and HVAC trades should be informed to prevent degradation of the flue shaft air barrier assembly typically installed by the framing subcontractor.
- Special colored fire-rated foam used for sealing difficult air gaps at flue openings should be checked for acceptability with local building code officials prior to construction.

64

# 5.   ATTIC/CEILING INTERFACE

**Scope of Work:**
- All attic penetrations and dropped ceilings include a full interior air barrier aligned with insulation with any gaps fully sealed with caulk, foam or tape
- Movable insulation fits snugly in opening and air barrier is fully gasketed

## 5.1 ATTIC ACCESS PANEL

Attic access panels without insulation and gaskets are essentially large holes in the house envelope, allowing thermal flow and air leakage between the conditioned home and the unconditioned attic space.



Images courtesy of Energy Services Group

**Figure 5.1.1 - Infrared images of thermal bypass at attic access panels**

Dark colors in the infrared images in Figure 5.1.1 reveal cold surface temperatures during winter caused by thermal bypass at access panels. The image at the left shows an insulated attic hatch with a missing or defective gasket that allows air to leak through the edges of the access panel. The attic hatch in the right image is insulated, but the dark area inside the frame indicates that the insulation does not fully cover the access panel. The resulting void allows thermal flow to the attic.



Images courtesy of Energy Services Group

**Figure 5.1.2 - Example of properly insulated and sealed attic hatch**

There are several relatively simple solutions for stopping thermal bypass at attic hatches. In Figure 5.1.2 above, the left image depicts an attic hatch insulated with a fiberglass batt without any gaps, voids or compression that extends all the way to the edge of the hatch. The right image shows the frame around the hatch has been fitted with a gasket for effective air sealing.

65

LWFR-EXP 5-000189

## 5.1 ATTIC ACCESS PANEL

## KEY POINTS

**Installation Criteria:**

- Attic access panel shall be fully gasketed for a snug fit.
- Attic access panel shall be fitted with insulation (minimum of R-5) that fits snugly in the framed opening.

**Tips and Best Practices:**

- To increase durability, consider using a pre-insulated door panel or SIP panel for the attic access panel.

66

LWFR-EXP 5-000190

## 5.2 ATTIC DROP-DOWN STAIR

Similar to attic hatches, attic drop-down stairs represent very large thermal holes to the attic when not fully insulated and sealed. Figure 5.2.1 shows a drop-down stair installed with no insulation or gasket. The temperature of the stair is approximately ten degrees cooler than the rest of the room.



Images courtesy of Energy Services Group

**Figure 5.2.1 - Infrared images of thermal bypass at attic drop-down stair**

When insulating attic drop-down stairs, the insulation should not be installed between the steps as shown in Figure 5.2.2 because it blocks the stairs themselves and is typically compressed in place, undermining its effective R-value. It also creates liability for the builder because the insulation blocks the drop-down stair manufacturer's homeowner instructions and may create opportunities for people to slip while using the stairs.



**Figure 5.2.2 - Improperly installed insulation is compressed and impedes the use of the drop-down attic access stair.**

67

## 5.2 ATTIC DROP-DOWN STAIR

One way to properly insulate attic drop-down stairs is to construct a simple cover box and cover it with insulation (Figure 5.2.3). Insulated boxes made specifically for this purpose are available from several manufacturers (Figure 5.2.4).



**Figure 5.2.3 - Option for insulation of drop-down stair**



**Figure 5.2.4 – Insulated box made specifically for attic drop-down stair**

LWFR-EXP 5-000192

# 5.2 ATTIC DROP-DOWN STAIR

## KEY POINTS

**Installation Criteria:**

• Attic drop-down stair shall be fully gasketed for a snug fit.  However, gaps in weather-stripping to accommodate hinge hardware shall be acceptable.

• Attic drop-down stair shall be fitted with minimum R-5 insulation that fits snugly in the framed opening or firmly covers the opening.

**Tips and Best Practices:**

• Factory made attic drop-down stair assemblies that are fully gasketed and include a rigid insulation panel much like an exterior insulated door are a great simple solution (see Figure 5.2.5 below).



Insulated Cover door:
White MFD panel, 1/8" ( 3mm)
Foam core polystyrene insulation
1-1/2" thick cover door : 1-1/4" ( 30 mm),
1" thick cover door : 3/4" (20 mm)
White MFD panel, 1/8" ( 3mm)

Factory-installed R-6  ¾" thick, rigid, aluminum foil faced polyisocyanate panel.

**Figure 5.2.3 – Pre-insulated/sealed attic drop-down stair assembly**

69

## 5.3 DROPPED CEILING/SOFFIT

Another common thermal bypass problem in homes occurs at dropped ceilings and soffits. Framing crews build them early in the construction process often without plans for a complete air barrier assembly. During winter, driving forces cause heat to flow from the conditioned space to the dropped ceiling and then by convective flow through the insulation above where it can potentially reach cold surfaces in the attic. During the summer, driving forces result in hot attic air moving through the insulation to the dropped ceiling. In addition, thermal bypass will increase where insulation sags or has gaps because there is no air barrier to support it (see Figure 5.3.1). The results will be higher energy bills and less comfort.



Image courtesy of Maryland
Energy Administration

**Figure 5.3.1 - Improperly installed insulation over a dropped ceiling**



**Figure 5.3.2 – Infrared image of dropped ceiling without an air barrier and proper insulation**

Figure 5.3.2 above shows an example of what thermal bypass at dropped ceilings in the winter looks like through an infrared camera with extensive cold surfaces showing evidence that the conditioned space is substantially connected to the unconditioned attic above.

70

# 5.3 DROPPED CEILING/SOFFIT



Diagram courtesy of MaGrann
Associates

**Figure 5.3.3 – Architectural detail illustrates proper air barrier assembly at dropped ceiling**

A simple option for a complete air barrier at dropped ceilings and soffits, shown in Figure 5.3.3, is to cap the soffit with an air barrier, making the proper installation of insulation much easier for the insulation subcontractor.  Note, as also shown in Figure 5.3.3, with the exception of Climate Zones 1 thru 3, an air barrier must also be included and aligned with insulation located where dropped ceilings or soffits adjoin exterior walls.



Images courtesy of Energy Services Group

**Figure 5.3.4 - Air sealed soffits**

The dropped ceilings shown in Figure 5.3.4 are excellent examples of a complete air barrier assembly fully sealed with foam.

71

LWFR-EXP 5-000195

## 5.3 DROPPED CEILING/SOFFIT

## KEY POINTS

**Installation Criteria:**
- A complete sealed air barrier shall be provided at all attic framing above soffits and dropped ceilings fully aligned with the attic insulation.
- Where drop ceilings or soffits occur at exterior walls, air barriers shall be included at the wall as well as at the attic floor with the exception for Climate Zones 1 thru 3 discussed earlier.

**TIPS AND BEST PRACTICES**
- Check with local building code officials prior to construction that air barrier sheathing material meets fire code requirements.
- Where acceptable to code officials, rigid foam insulation sheathing provides both an air barrier and a complete thermal break with the attic.

72

LWFR-EXP 5-000196

## 5.4 RECESSED LIGHTING FIXTURES

Recessed lighting penetrating into unconditioned attics can cause super excessive thermal bypass since lights get very hot and create a natural draft pulling large amounts of air through them. The results are high utility bills along with potential comfort, and moisture problems. Non-rated standard recessed lighting fixtures cannot be insulated above and around the fixture resulting in a large thermal hole to the attic almost two square in size (see Figure 5.4.1). Some recessed light fixtures are rated IC for "insulation contact," meaning insulation can be placed over the top of the fixture. However, since insulation stops thermal flow but not air flow, the insulation above the IC fixture is rendered ineffective as evidenced by the infrared image in figure 5.4.2.

 

Images courtesy of Energy Services Group

**Figure 5.4.1 - Infrared image of thermal bypass at non-rated recessed lighting fixture**

**Figure 5.4.2 - Infrared image of thermal bypass at IC recessed lighting fixture**

LWFR-EXP 5-000197

# 5.4 RECESSED LIGHTING FIXTURES

A solution for energy efficient recessed lighting is to design them to not penetrate the attic/ceiling interface. This can be accomplished by locating recessed light fixtures in a dropped ceiling with an air barrier to the attic above (Figure 5.4.3). However, where recessed lighting fixtures below an unconditioned attic cannot be avoided, then "insulation contact, air-tight" (ICAT) rated fixtures must be used that are sealed tightly to the ceiling and covered with insulation. Note that some of ICAT fixtures have sealed gaskets built-in (Figure 5.4.4), while others have to be carefully installed with a separate gasket.



**Figure 5.4.3 – Recessed light fixture in a sealed soffit**



**Figure 5.4.4 - ICAT-rated fixture installed with gasket**

74

LWFR-EXP 5-000198

## 5.4 RECESSED LIGHTING FIXTURES

## KEY POINTS

**Installation Criteria:**
- All recessed lighting fixtures to unconditioned attics shall be "insulation contact, airtight rated" (ICAT), and shall be sealed to drywall with gasket, caulk, or foam.

**Tips and Best Practices:**
- Consider using non-recessed lighting fixtures at all attic/ceiling interface locations where appropriate to design preferences.
- Install recessed lighting fixtures in dropped ceilings with a complete air barrier assembly above.
- Use ICAT fixtures that do not have air gaps in the housing assembly and with built-in gaskets .
- Where ICAT fixtures are selected that come with air gaps in the housing assembly, manually seal the gaps on the job site. However, manufacturer recommendations must be followed since lighting fixtures get very hot.
- Recognize that ICAT recessed lighting fixtures are only needed at ceilings adjoining unconditioned space.
- If gaskets are not built-in, develop a system for storing trim seal gaskets provided by the manufacturer after initial installation of the recessed cans so they are available at the end of the job.

75

## 5.5 WHOLE-HOUSE FAN

While whole-house fans are not frequently found in new construction in many parts of the country, they can provide quick night-time cooling in hot-dry climates with cool evenings. However, they represent an almost 10 square foot thermal hole to the attic because the large opening is not insulated and their metal louvers effectively transfer and leak heat between the home and unconditioned attic. This problem can be fixed with a simple insulated cover that can be constructed and gasketed to the fan to prevent the flow of heat from the attic into the conditioned space (Figure 5.5.1).  However, this cover must lift automatically when the fan is switched on, or be able to be lifted without the homeowner climbing into the attic.  Insulated covers that do require climbing into the attic are not allowed because they are highly unlikely to be used.  As a best practice, use whole-house fans with built-in insulated covers that operate automatically and are fully sealed (Figure 5.5.2).



**Figure 5.5.1 - Whole-house fan cover**



**Figure 5.5.2 - Whole-house fan with built-in cover**

76

## 5.5 WHOLE-HOUSE FAN

## KEY POINTS

**Installation Criteria:**
- Whole-house fan shall include a minimum R-5 insulated cover that is fully gasketed to the framing assembly and opens automatically or with a simple mechanism that does not require the homeowner to climb into the attic.

**Tips and Best Practices:**
- Select a whole-house fan with a built-in insulated cover fully gasketed to the assembly that operates automatically when the fan is turned on.
- Make sure any modifications for an insulated cover to a whole-house fan do not conflict with manufacturer requirements.
- Make sure the homeowner understands how this product works and operates with an insulated cover.

77

LWFR-EXP 5-000202