UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE | * | |
|      PRODUCTS LIABILITY | * | |
|      LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to:  *Lyndon T. Wright  v.* | * | JUDGE: ENGELHARDT |
| *Forest River, Inc., et al*, Docket No. 09-2977 | * | |
| | * | MAG: CHASEZ |

**************************************************************************

**FOREST RIVER, INC.'S MOTION TO EXCLUDE
EXPERT TESTIMONY OF ALEXIS MALLET**

     **NOW INTO COURT**, through undersigned counsel, comes defendant Forest River, Inc.,

("Forest River") who, for the reasons more fully set forth in the supporting memorandum attached

hereto and incorporated herein as if reproduced *in extenso*, respectfully moves this Honorable Court

to exclude the testimony of Alexis Mallet.  Pursuant to the Court's request, undersigned counsel has

contacted counsel for plaintiff, and plaintiff opposes this motion.

                    Respectfully submitted,

                  /s/  Jason D. Bone
                  ERNEST P. GIEGER, JR. (La. Bar Roll No. 6154)
                  JASON D. BONE (La. Bar Roll No. 28315)
                  CARSON W. STRICKLAND (La. Bar Roll No. 31336)
                  GIEGER, LABORDE & LAPEROUSE, L.L.C.
                  One Shell Square
                  701 Poydras Street, Suite 4800
                  New Orleans, Louisiana 70139-4800
                  Telephone: (504) 561-0400
                  Facsimile: (504) 561-1011
                  *ATTORNEYS FOR FOREST RIVER, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of February, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/  Jason D. Bone
JASON D. BONE