1           UNITED STATES DISTRICT COURT

2           EASTERN DISTRICT OF LOUISIANA

3

4

5

6    IN RE:  FEMA TRAILER        MDL NO. 1873

7    FORMALDEHYDE PRODUCTS       SECTION "N"(5)

8    LIABILITY LITIGATION        JUDGE ENGELHARDT

9

10                    *   *   *

11

12        Videotaped Deposition of ALEXIS MALLET,

13   JR., P.O. Box 80857, Lafayette, Louisiana

14   70598, taken at the offices of Lambert &

15   Nelson, 701 Magazine Street, New Orleans,

16   Louisiana 70130, on Friday, the 17th day of

17   July, 2009.

18

19   REPORTED BY:

20        JAMES T. BRADLE, CCR

          PROFESSIONAL SHORTHAND REPORTERS

21        (504)529-5255

22   VIDEOGRAPHER:

23        KYM HAWKINS

          PROFESSIONAL SHORTHAND REPORTERS

24        (504)529-5255

25

 1    long break where we go through the file.

 2         MR. DERHAM:

 3              I don't want to walk out of here

 4    with four boxes of stuff, I can tell you

 5    that.

 6    EXAMINATION BY MR. DERHAM:

 7         Q    All right.  Let's go to your CV

 8    first, if you don't mind.  Do you have that

 9    there in front of you?

10         A    Yes, sir.

11         Q    Okay.  It looks like you have New

12    Iberia Senior High School, and you got a

13    Bachelor of Arts from USL, and your degree

14    is in -- Is it political science?

15         A    Yes, sir.

16         Q    Okay.  I thought I saw somewhere

17    in one of your papers, it was prelaw,

18    political science.  Is that actually what it

19    was called?

20         A    The sub-category was prelaw.

21         Q    Okay.  So there are different

22    branches of political science?

23         A    I guess it was a specific branch

24    of political science --

25         Q    Okay.

1      Q     What type of construction does it

2    do?

3      A     Now, it doesn't do very much.  We

4    have distinction between two companies.

5    Royal does commercial construction, and our

6    First General company deals mostly with

7    insurance companies and defective

8    construction type construction work.  We

9    focus more on that now than any type of new

10   construction.

11     Q     And is that -- What was the name

12   of that company?

13     A     First General Services.

14     Q     First General Services.  Did you

15   start that business?

16     A     Yes, sir.

17     Q     When did you start that business?

18     A     1985.

19     Q     And you said that company is more

20   involved in handling basically repairs,

21   claims, estimates, appraisals, rebuilding

22   for insurance claims?

23     A     Yes, sir.

24     Q     Okay.  Is there a particular

25   insurance company that it's affiliated with

1          Q     Okay.

2          A     Like on the fire projects or mold

3    remediation work.

4          Q     Okay.  I see in, I guess, Page 7

5    of your CV, you're a licensed state general

6    contractor in Louisiana?

7          A     Yes, sir.

8          Q     As well as a licensed residential

9    building contractor in Louisiana?

10         A     Yes, sir.

11         Q     You're a licensed real estate

12   agent?

13         A     Yes, sir.  Dormant.

14         Q     Dormant?

15         A     Dormant.

16         Q     Okay.  You're a licensed state

17   mold remediation contractor?

18         A     Yes, sir.

19         Q     And a licensed Manufactured

20   Housing Commission/manufactured housing

21   installer --

22         A     Yes, sir.

23         Q     -- for the State of Louisiana?

24   Have any of those licenses ever been subject

25   to suspension or revocation or any kind of

1      and answer, if that's possible.

2          THE WITNESS:

3              Other than a general contractor, a

4      construction consultant.

5      EXAMINATION BY MR. DERHAM:

6          Q    Okay.  You are not -- You don't

7      have any training or expertise as a medical

8      doctor?

9          A    No, sir.

10         Q    Or as a chemist?

11         A    No, sir.

12         Q    Or a toxicologist?

13         A    No, sir.

14         Q    Or an architect?

15         A    No, sir.

16         Q    An engineer?

17         A    No, sir.

18         Q    Industrial hygiene, industrial

19     hygienist?

20         A    No, sir.

21         Q    Indoor air quality?

22         A    I have training in that.

23         Q    Okay.  Are you certified as an

24     indoor air quality specialist?

25         A    Indoor air quality remediator,

1    supervisor.

2         Q    Is there a certification that you

3    can have as an indoor air quality

4    specialist?

5         A    Yes, sir.

6         Q    Do you have that?

7         A    No, sir.

8         Q    And you are -- When I said

9    engineering earlier, that covers everything.

10   You're not an industrial engineer, correct?

11        A    Correct.

12        Q    Any kind of engineer, mechanical

13   engineer, civil engineer?

14        A    Correct.

15        Q    Okay.  You don't have any

16   expertise in psychology, correct?

17        A    No, sir.

18        Q    Okay.  You don't have any

19   expertise in -- Okay.  I asked you that.  Do

20   you know what field or fields of expertise

21   you are being offered for in this case?

22        A    I have not been asked --

23        Q    Okay.

24        A    -- or told.

25        Q    Okay.  What field or fields do you

```
1          A    I think that's the main fields.

2          Q    Okay.  What is building science?

3          A    That's the study of the

4    relationship between buildings and air,

5    moisture and temperature.

6          Q    The study of the relationships --

7          A    Between buildings and air,

8    moisture and temperature.

9          Q    Between buildings, air, moisture

10   and temperature?

11         A    Yes, sir.

12         Q    Okay.  Is there a body that gives

13   us this definition or is this sort of, you

14   know, what would commonly be accepted as a

15   definition of what a building scientist

16   does?

17         A    I don't know that answer.

18         Q    Okay.  Is there any kind of -- Is

19   there any kind of national board of

20   licensure to be a building scientist?

21         A    Not that I'm aware of.

22         Q    Or any kind of national

23   accreditation or national certification

24   program for a building scientist?

25         A    Not that I'm aware of.
```

```
1        Q    Is there any kind of Louisiana

2   state accreditation or licensure or

3   certification you can get as a building

4   scientist?

5        A    No.

6        Q    So you can't be a licensed

7   building scientist or a certified building

8   scientist?

9        A    Not that I'm aware of.

10        Q    Okay.  Is there anything you have

11   to do to maintain your status as an expert

12   in building science?  Is there any kind

13   of -- Do you understand that?

14        A    Yes.

15        Q    Okay.

16        A    Actually, it's just the ongoing

17   study of the relationship or the effects of

18   temperature, moisture and air as it relates

19   to buildings, whether it's identifying

20   moisture-related problems with a building,

21   if it deals with air infiltration, if it

22   deals with actual bulk water, if it's a

23   temperature issue.  It's just the whole body

24   of those relationships.  So dealing with

25   water, dealing with air, dealing with
```

1    temperature or moisture vapor.

2         Q     Is there any kind of continuing

3    education requirements or anything like that

4    to maintain your status as a building

5    scientist?

6         A     No, other than just general

7    courses or conferences, seminars that you

8    can attend to expand on the knowledge of

9    those relationships.

10        Q     Do you have to be licensed or

11   certified to design an HVAC system in the

12   State of Louisiana for use, you know, in a

13   residence or a building or anything?

14        A     Not a residence.

15        Q     What about a commercial building?

16        A     A commercial building.

17        Q     Okay.

18        A     I think it's over $50,000, you

19   have to have a license to do that.

20        Q     To design and install an HVAC

21   system?

22        A     Yes, sir.

23        Q     Okay.  There's no requirement, so

24   if I wanted to go build a house myself, a

25   2,000 square foot house, or let's just say a

1   small house, an 800 square foot one-bedroom

2   condo and I wanted to put an HVAC system in,

3   if it didn't exceed $50,000, I could design

4   and install that myself?

5       A   Well, for yourself, it wouldn't

6   matter what the cost was.

7       Q   Okay.  So I could design and

8   install that myself?

9       A   Yes.

10      Q   Would I have to get a permit for

11  that?

12      A   Depending on your geographical

13  area, more than likely, yes.

14      Q   Okay.  And I wouldn't have to have

15  any kind of licensure or certification in

16  HVAC design or installation or engineering

17  to do that?

18      A   Not for yourself, no, sir.

19      Q   I was looking through the list

20  of -- You don't have any specialization or

21  certification in the design or installation

22  of HVAC systems, do you?

23      A   No, sir.

24      Q   Do you have any specialization or

25  expertise in the design of travel trailers?

```
 1          A    In the design?  No, sir.

 2          Q    You never designed one?

 3          A    Not designed, no.

 4          Q    You never built one?

 5          A    Not from scratch.

 6          Q    You built part of a travel

 7    trailer?

 8          A    We have handled numerous insurance

 9    claims over the years dealing with travel

10    trailers.

11          Q    Okay.

12          A    I was involved with an RV

13    dealership some years back as a consultant

14    and assisted in all phases of that

15    operation.

16          Q    And describe that more in detail

17    for me.  When was that?

18          A    Probably about 12 or 14 years ago.

19          Q    Just describe it for me.

20          A    I consulted with a friend who owns

21    it, an RV dealership and a Ford dealership,

22    and just worked with her on all the facets

23    of the company.

24          Q    Okay.  And what specifically did

25    you do with regard to the design or
```

1    repairs you can recall being involved in?

2         A    Yes.  The majority of them dealt

3    with some sort of accident.

4         Q    You mean like a towing accident or

5    something?

6         A    A towing accident or vehicle

7    running into a travel trailer and damaging

8    the --

9         Q    Like a casualty scenario?

10        A    A casualty.

11        Q    Okay.

12        A    Fire, doing the repairs as a

13   result of a fire.  We have handled a few

14   where trees, limbs have fallen and done

15   extensive damage to it.  I think we have

16   handled a few water-related losses.

17        Q    Like water intrusion?

18        A    Yes.

19        Q    Leaks?

20        A    Yes, leaks.  Right.

21        Q    Okay.  Do you consider yourself an

22   expert in the construction of travel

23   trailers?

24        A    No, sir.

25        Q    Do you consider yourself a

1   warnings expert?

2       A    No, sir.

3       Q    Aside from this case, have you

4   ever been involved in any capacity in the

5   evaluation of a travel trailer in regard to

6   formaldehyde being an issue?

7       A    I have been asked previously, but

8   I don't think the attorneys took the case.

9       Q    So this is your first time?

10      A    Yes.

11      Q    What about any other type of

12  structure with regard to formaldehyde, have

13  you had any involvement in any other type of

14  structure aside from travel trailers where

15  formaldehyde was the reason or something you

16  were looking into or an issue involved?

17      A    In strictly litigation?

18      Q    Well, no, in any.

19      A    We have had over the years -- As a

20  matter of fact, we have a mobile home now

21  that there's complaints about formaldehyde

22  that we're getting ready to do some testing

23  on.

24      Q    Is that case in litigation?

25      A    No, it is not.  That's why I was

1    asking you.  I didn't have any cases that I

2    have testified to regarding formaldehyde.

3         Q    Okay.  You have never been -- You

4    don't consider yourself an expert in

5    formaldehyde?

6         A    No, sir.

7         Q    Any kind of formaldehyde issues?

8         A    No, sir.

9         Q    Do you know the molecular formula

10   for formaldehyde?

11        A    HCHO?

12        Q    HCHO?

13        A    I think so.

14        Q    Besides the mobile home that you

15   said you're getting ready to do some work on

16   that has a formaldehyde issue and this

17   travel trailer case that we're here for

18   today, anything else, or are those the only

19   two?

20        A    Those are the only two.

21        Q    Okay.  Do you know the molecular

22   weight of formaldehyde?

23        A    No, I don't.

24        Q    Do you know the evaporation rate

25   of formaldehyde?

```
1        A     No, sir, I don't.

2        Q     Turning to your list of trial

3   testimony and depositions -- Are you there?

4        A     Yes.

5        Q     What exhibit is that, No. 3?

6        A     Yes, sir.

7        Q     Oh, let me ask you, you're not an

8   expert in material science, are you?

9        A     No, sir.

10       Q     Okay.  Your list of testimonies,

11  is this everything you have ever done or is

12  this the past, you know, four or five years?

13       A     When we were asked originally a

14  few years ago to put together a list, we

15  just assembled that.  The time frame, I

16  couldn't tell you.

17       Q     You don't consider yourself an

18  expert in the design of HVAC systems, do

19  you?

20       A     No, sir.

21       Q     And these cases that you have

22  listed here, about three pages --

23       A     Yes, sir.

24       Q     -- do you know how many of those

25  cases you were retained on behalf of the
```

```
 1    EXAMINATION BY MR. DERHAM:

 2        Q    Okay.  And what percentage of your

 3    income would you say is derived from your

 4    work as an expert or as a consultant in

 5    matters in litigation?

 6        A    I would say it's probably about

 7    10 percent of First General's or less.  It

 8    just varies from year to year.

 9        Q    But it would average about

10    10 percent?

11        A    It would probably average less

12    than.

13        Q    Okay.  This list of cases that you

14    have here, do any of those cases involve a

15    travel trailer?

16        A    No, sir.

17        Q    You have never designed or

18    installed an HVAC system for a travel

19    trailer, correct?

20        A    No, sir.  Well, in some of our

21    repairs, we have.  Not as a new travel

22    trailer.

23        Q    You have repaired existing?

24        A    Yes, sir.

25        Q    Would that be for some of the ones
```

1    that were damaged in these accidents, these

2    casualties?

3         A    Or fires, yes, sir, tree limbs.

4         Q    I'm sorry.  And that -- I'm sorry.

5    I didn't mean to interrupt.

6         A    I'm sorry.  Just tree limbs

7    falling on the top of a camper and damaging

8    the HVAC system that would have to be

9    repaired or replaced.

10        Q    Okay.  In the fashion that they

11   were originally designed and installed?

12        A    Yes, sir.

13        Q    You were just doing repairs on

14   them?

15        A    Yes, sir.

16        Q    Okay.  And I take it -- And I

17   apologize if this was covered.  I take it

18   that none of the cases you have provided

19   here under your list of testimony and

20   depositions involves any kind of

21   formaldehyde issues?

22        A    No, sir.

23        Q    Okay.  In how many cases that you

24   have listed on this list of testimony -- Of

25   which I think you said maybe about half of

1      A      Well, the other experts identified

2      the presence of formaldehyde and what

3      elements would affect the activity of

4      off-gasses, off-gassing of formaldehyde.

5              My job was to see what elements

6      regarding the construction or function of

7      the travel trailer that would contribute to

8      the activation of formaldehyde based on what

9      they said activates it and how did that work

10     in conjunction with the building and how the

11     various components with the building come

12     into play with that, of what they said was

13     occurring.

14     Q      Well, what experience do you have

15     in evaluating or determining what could

16     contribute to the activation of

17     formaldehyde?

18     A      Well, again, the other experts

19     identified what could activate the

20     formaldehyde.  What I did was to identify

21     how those elements could come in contact

22     with or interact with those products with

23     formaldehyde and how that interacted with

24     the travel trailer itself.

25     Q      So you don't personally have or

```
 1    profess any expertise in the factors that

 2    actually activate or off-gas formaldehyde?

 3         A    No, sir.

 4         Q    Okay.

 5         A    I was asked to take the assessment

 6    of others and go forward with that.  For

 7    instance, they state that temperature and

 8    humidity activate formaldehyde, and from

 9    that point, I took it forward of the

10    components of the trailer and the function

11    of the trailer.

12         Q    You don't actually know in which

13    way temperature or humidity correlates with

14    formaldehyde activation or off-gassing, if

15    at all?

16         MR. LAMBERT:

17              Objection.

18         MR. PINEDO:

19              Objection, form.

20         THE WITNESS:

21              Well, the two factors --

22    EXAMINATION BY MR. DERHAM:

23         Q    Let me clear that up.  Other than

24    what you read from the other experts?

25         A    And from the research that I have
```

1    had.

2         Q    For this case?

3         A    No, we have had some other

4    information on formaldehyde, because we deal

5    with a number of mobile home cases.

6         Q    Okay.

7         A    So dealing with the HUD

8    regulations and so forth, I'm quite aware of

9    what needs to be -- what the components have

10   to be to produce a manufactured house.  And

11   the information that they provided and that

12   I was aware of was temperature and humidity

13   interact with or activate the gases.

14        Q    Is it your belief that increased

15   humidity increases the off-gassing of

16   formaldehyde?

17        A    That's my understanding.

18        Q    And that understanding is based on

19   what?

20        A    Well, on data that I have and the

21   data provided by the experts in that field.

22        Q    And I take it you would defer to

23   them in terms of the actual mechanisms that

24   make that occur?

25        A    That's correct.  My knowledge is

1    that temperature and humidity are causes for

2    activation or assist in the activation of

3    formaldehyde.  Beyond that, I have no

4    involvement in that end of this litigation.

5         Q    Okay.  So you don't know, for

6    example, how increased humidity would

7    increase off-gassing of formaldehyde?

8         MR. PINEDO:

9              Objection, form.

10   EXAMINATION BY MR. DERHAM:

11        Q    Go ahead.

12        A    Well, I do to some extent, but I

13   wouldn't profess to state that that's what I

14   would testify to.  I know that interaction

15   with moisture releases the formaldehyde gas,

16   but that's just a general understanding.  I

17   have no knowledge of how that interworking

18   occurs.

19        Q    That's what I was going to ask.

20   The actual mechanism or why increased

21   humidity, if at all, increases off-gassing

22   takes place?

23        A    No, sir.  And that was not my

24   involvement.

25        Q    Okay.  Back to your invoice that

1    your opinion starts with "the unsafe levels

2    of formaldehyde are partially a consequence

3    of the design of the travel trailer"?

4        A    Yes, sir.

5        Q    Do you know what materials inside

6    the Alexanders' unit contained formaldehyde?

7        A    I think based on Dr. Smulski's

8    report, I think he identified them.  I don't

9    recall off the top of my head.  I believe

10   the wall panels did, but I would have to

11   refer to his report.

12       Q    Do you know the quantity of

13   formaldehyde in any of the materials that

14   may have contained it?

15       A    No, sir.  Again, the statement

16   here, I'm not stating it's an unsafe level.

17   I'm taking from that point forward and

18   stating that here's how the interaction

19   occurred between the air, water -- air,

20   moisture and temperature and how it got to

21   that, how it got to that material.

22       Q    Okay.  And when you say "the

23   unsafe levels of formaldehyde," again,

24   that's not you making that determination?

25   That's just reciting what you saw or was

1    told by another expert?

2       A    Correct.

3       Q    Okay.

4       A    And the reports that are in the

5    enclosure along with other data that I

6    reviewed, just repeating their or taking

7    their position in how the building affected

8    it.

9       Q    No. 2, "The vapor barrier on the

10   temporary housing unit was designed and

11   placed on the cold side of the exterior

12   wall."  And then you talk about studies

13   which have looked at this kind of

14   application.

15       What are the typical signs of

16   condensation in a wall cavity resulting from

17   this application of vinyl wall covering?

18      A    Actually, the problem with vinyl

19   wall covering being on the cold side is that

20   you can't tell the condensation occurring in

21   the system.

22       The wood and other cellulose-based

23   products can actually be decaying before you

24   would actually find the damage or the panels

25   would be deteriorating on the wall.

1     material, I believe it was.

2          Q     Are there any studies regarding

3     the application of vinyl wall covering in

4     travel trailers?

5          A     No, but there are numerous of

6     those with structures and mobile homes.  I'm

7     not aware of any with a travel trailer, but

8     the principles are the same.

9                Regardless of what the exterior

10    construction is, if it's constructed in this

11    fashion with a vapor barrier on the interior

12    of the wall, the results are the same,

13    whether I have brick, whether I have stucco,

14    vinyl siding, aluminum siding, wood.  The

15    results are the same.

16         Q     Is it your opinion that in the

17    negative pressure state or in a negative

18    pressure state, that this unit would draw

19    air in through the vinyl wall covering?

20         A     No, sir.

21         Q     Especially if it's a low perm

22    rating?

23         A     That's correct.  What would -- I'm

24    sorry.

25         Q     Well, I was going to say if it's a

```
 1        Q    Do you know if a Tyvek barrier is

 2   mandated or required in this type of travel

 3   trailer construction in the area where

 4   you're saying it should be?

 5        A    I have not seen the specifications

 6   for this trailer.  However, in all buildings

 7   utilized in this temperature zone or climate

 8   zone, a vapor barrier should be on the

 9   exterior side of the exterior walls.

10        Q    What about the climate zone in

11   Indiana?

12        A    Different.  Totally different.

13        Q    Let's go to No. 4.

14        A    In fact, most of the --

15        Q    I'm sorry.

16        A    I'm sorry.  Most of the problems

17   that I see with some of the travel trailers

18   we have dealt with and mobile homes

19   especially is they're built for the wrong

20   type of climate zone, and they send them

21   down here and expect them to operate the

22   same way that they do in frigid or cold

23   climates, and they don't.  Science doesn't

24   allow it to.

25             The physics remains the same.  The
```

1    EXAMINATION BY MR. DERHAM:

2        Q    Okay.  Well, I understand that,

3    but I'm not asking if it's a moot point.

4    I'm just asking if you have any evidence

5    that says that happened with this trailer?

6        A    No, sir.

7        Q    Okay.  Let's go to -- Well, I

8    guess while we're on that topic, what

9    experience or expertise do you have in

10   determining a manufacturer's intended use of

11   a product?

12       A    I didn't have to go very far,

13   other than Mr. Shea's own statement to

14   Congress, I think, where he stated those

15   houses weren't meant for long-term usage.

16       Q    Have you ever manufactured

17   anything?

18       A    Well, every time we build a

19   building, we manufacture it.

20       Q    Have you ever manufactured tens of

21   thousands of something at once?

22       A    No, sir.

23       Q    Or designed a product to be

24   manufactured tens of thousands at once?

25       A    No, sir.

1    they're saying is accurate, that there's

2    off-gassing, then how does that gas get into

3    that trailer.

4              It's the same building science,

5    the same forensics analysis no matter what

6    type of structure it is.  The science is the

7    same.  The physics is the same.

8    EXAMINATION BY MR. DERHAM:

9        Q    Have you ever done any kind of

10   testing to determine how formaldehyde is

11   activated and off-gassed from building

12   products?

13       A    Have I done that?

14       Q    Yes.

15       A    No, sir.

16       Q    Have you done any testing to

17   determine or evaluate how formaldehyde that

18   may be off-gassed moves through the air or

19   through building materials?

20       A    Have I done what?

21       Q    Any kind of testing to determine

22   how formaldehyde that may be off-gassed

23   moves through the air or through building

24   materials?

25       A    I have not done -- And that would

1    be a perm test, and I don't do perm tests.

2    However, I have had testing performed on

3    buildings, analyzed buildings and done

4    pressure and moisture surveys, thermographic

5    infrared surveys and analysis that tell me

6    how that gas, that moisture, whether it's

7    water in the vapor state, whether it's

8    formaldehyde, whether it's xylene, whether

9    it's some other type of gas or gaseous

10    material, can enter into the envelope of a

11    building.  That I have done repeatedly, time

12    and time and time again on numerous cases

13    and numerous files that are not involved in

14    litigation.

15        Q    But you have never done that

16    specifically for formaldehyde?

17        A    Well, the answer, again, is "no,"

18    because it's an ASTM that's done in a lab,

19    so that lab has to be qualified to do that.

20    I think it's a C94 test to test for the

21    permeability of a material.

22        Q    Why does increased humidity, in

23    your opinion, result in an increase in

24    off-gassing of formaldehyde, or do you feel

25    qualified to give that opinion?

1          A    Well, I can tell you what I know.

2          Q    Well, do you feel that you're

3   qualified as an expert to give that opinion?

4          MR. LAMBERT:

5               What was the question again?

6          MR. PINEDO:

7               Objection to form.

8   EXAMINATION BY MR. DERHAM:

9          Q    It was what is it about increased

10  humidity levels that causes an increase in

11  the off-gassing of formaldehyde?

12              Do you feel you're qualified to

13  give that opinion?

14         MR. LAMBERT:

15              Based on experience?

16  EXAMINATION BY MR. DERHAM:

17         Q    Whatever would make you feel

18  qualified.  Or would you rely on other

19  specialists?

20         A    Well, I would rely on the other

21  specialists and the data that has been

22  provided, the other research information

23  that has been provided.

24         Q    Let me ask you this.  The second

25  part of that says that "the wall-to-floor

```
 1        A    Correct.

 2        Q    What I'm saying is what tells you

 3   that they weren't properly sealed aside from

 4   the manufacturer's installations, in your

 5   opinion, saying they should be airtight?

 6   Are there any other --

 7        MR. PINEDO:

 8             Objection.

 9   EXAMINATION BY MR. DERHAM:

10        Q    Well, let me finish.  Are there

11   any other codes or standards or what have

12   you that govern the air conditioning

13   ductwork systems in this travel trailer?

14        MR. PINEDO:

15             Objection, form.

16        THE WITNESS:

17             Not in this travel trailer, but

18   just govern air conditioning ductwork.  I

19   mean, there's no specific separate set of

20   standards for travel trailer ductwork.  Just

21   like there's no separate set of standards

22   for the electrical used in there.  It's the

23   National Electrical Code.

24             But if you have a set of standards

25   for this travel trailer, I would be more
```

1    than happy to accept them and review them.

2    But to date, we haven't seen much of any

3    kind of standards or specifications or how

4    this trailer was built and what it was

5    supposed to meet.

6    EXAMINATION BY MR. DERHAM:

7        Q    What air conditioning ductwork

8    standards would be applicable in the design

9    and construction of this trailer?

10       A    Well, ASHRAE and SMACNA has

11   standards governing the construction of

12   ductwork.

13            Outside of that, it is the various

14   studies performed over the years stating

15   that the air leakage in ducts creates

16   negative pressures in the buildings that

17   they operate within, and that in hot, humid

18   climates, the pressurization in the building

19   should be positive and not negative.

20       Q    What --

21       A    So it's --

22       Q    I'm sorry.

23       A    It's the contribution or the cause

24   of the negative pressure is the duct

25   leakage.

```
1          Q     What ASHRAE standard applies to
2     ductwork construction?
3          A     I don't remember the number.
4          Q     What SMACNA standard applies to
5     the ductwork construction?
6          A     I don't recall the number.
7          Q     Do you know what the shape of the
8     ducts was?
9          A     I believe they were rectangular
10    based on what we could see.
11         Q     Do you know what the surface area
12    of the ducts was?
13         A     No, we do not.  Again, we couldn't
14    open anything to observe anything.  We were
15    severely hampered from being able to make
16    observations that would have been quite
17    beneficial to us in formulating our
18    opinions.
19         Q     Further on in Paragraph 8 on the
20    next page, on Page 97 -- Are you ready?
21         A     Yes.  Where?
22         Q     The fourth -- fifth line, it says,
23    "This contributed to the additional release
24    of formaldehyde."
25         A     Under which number, please?
```

1    on an ongoing basis that I inspect, test

2    for, testify to, write reports on, and give

3    lectures on.

4         Q    Have you ever seen a travel

5    trailer manufactured?

6         A    No, sir.  I haven't seen them

7    being manufactured, but I know how they're

8    manufactured, and, of course, each

9    manufacturer builds some product differently

10   than the others.

11              But by taking them apart to do any

12   repairs and restorations on them, we

13   certainly see how they were made, how they

14   were manufactured.  I don't need to see the

15   process.  All I need to see is the end

16   product.

17   MR. DERHAM:

18              Before I tender, I was going to

19   attach his notes as Exhibit 7, but this is

20   your original.  I don't want to put a

21   sticker on it.  So we can maybe have someone

22   make a copy of it.  We will attach your May

23   6th and May 7th.  I will just make them as

24   one.

25              And before I pass, I will just