1

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:  FEMA TRAILER        MDL NO. 1873
 4    FORMALDEHYDE PRODUCTS       SECTION "N"(4)
 5    LIABILITY LITIGATION        JUDGE ENGELHARDT
 6
 7    This document relates to:  Lyndon T. Wright
 8           v. Forest River, Inc., et al
 9              Docket No. 09-2977
10                  *   *   *
11                  (Volume I)
12       Videotaped Deposition of LAWRENCE
13    G. MILLER, M.D., 118 Upland Road, Waban,
14    Massachusetts 02468, taken at the Law
15    Offices of Frank J. D'Amico, Jr., 622
16    Baronne Street, New Orleans, Louisiana
17    70113, on Tuesday, the 10th day of November,
18    2009.
19
20    REPORTED BY:
21         JAMES T. BRADLE, CCR
              PROFESSIONAL SHORTHAND REPORTERS
22         (504)529-5255
23    VIDEOGRAPHER:
24         BRIAN SOILEAU
              PROFESSIONAL SHORTHAND REPORTERS
25         (504)529-5255
```

```
 1    additional references in the literature.  I
 2    don't recall when I looked at each specific
 3    article.
 4         Q    Okay.  And what references would
 5    you have been looking at, if you recall,
 6    between the formulation of your initial
 7    report and the second report?
 8         A    That I don't recall.
 9         Q    In terms of the two reports, is
10    the October report intended to supersede the
11    prior July report or should they be read in
12    concert?
13         A    I don't know.  I would have to
14    defer here.  I don't know what's usually
15    done in these circumstances, in these cases.
16         Q    Well, I'm just curious from your
17    own standpoint whether the October report
18    was actually simply to supersede or take the
19    place of your initial report or whether we
20    are to read the two together?
21         A    From my point of view, the later
22    report is more complete, since I had more
23    information.
24         Q    All right. Let's talk a little
25    bit about the October 2nd report.  On Page 6
```

1    of the report, just above the paragraph
2    wherein you list the complaints that
3    Mr. Wright had, you state that "Mr. Wright
4    was likely exposed to various fungal species
5    while living in the trailer.  Exposure to
6    fungi is associated with exacerbations of
7    upper and lower airways disease, but
8    limitations in the literature do not warrant
9    a causal association."
10            Can you tell me what you meant by
11   that, Doctor?
12       A   Well, very simply, that he was
13   likely exposed to fungi.  Now, we know what
14   the fungi were, you know, a year and some
15   time after he left the trailer.  We can't
16   know with certainty what they were prior to.
17   And there certainly is -- There's no
18   question about a literature existing on
19   fungal toxins' effects on the respiratory
20   tract.
21            But in my understanding, that
22   literature is not definitive at this point.
23   There's a big literature.  It's not exactly
24   clear what does what yet, so that's why I
25   was hesitant to draw any conclusions at that

```
 1   point.
 2        Q    Okay.  When you say it does "not
 3   warrant a causal association," is what
 4   you're saying that if you were called upon
 5   to testify, your testimony would be that
 6   more probably than not there was no causal
 7   association between exposure to fungi in
 8   Mr. Wright's case and any of the symptoms
 9   he's complaining of?
10        A    I wouldn't put it that way.  I
11   would say based on limitations in the
12   literature, we can't comment one way or the
13   other.
14        Q    Okay.  You cannot say more
15   probably than not that fungi caused any of
16   the problems that Mr. Wright is complaining
17   of?
18        A    Right.
19        MR. D'AMICO:
20             Object to the form.  I think it
21   misstates the previous testimony and the
22   sentences in his report.
23        THE WITNESS:
24             But again, I would simply say that
25   the limitations of the literature don't
```