```
00001
  1            UNITED STATES DISTRICT COURT
  2            EASTERN DISTRICT OF LOUISIANA
  3
  4 IN RE:  FEMA TRAILER        MDL NO. 1873
  5 FORMALDEHYDE PRODUCTS       SECTION "N"(4)
  6 LIABILITY LITIGATION        JUDGE ENGELHARDT
  7
  8 This document relates to:  Lyndon T. Wright
  9         v. Forest River, Inc., et al
 10              Docket No. 09-2977
 11                  *  *  *
 12
 13      Videotaped Deposition of PAUL J.
 14 LaGRANGE, 256 Calumet Drive, Madisonville,
 15 Louisiana 70447, taken at the Law Offices of
 16 Frank J. D'Amico, Jr., 622 Baronne Street,
 17 New Orleans, Louisiana 70113, on Monday, the
 18 26th day of October, 2009.
 19
 20 REPORTED BY:
 21      JAMES T. BRADLE, CCR
         PROFESSIONAL SHORTHAND REPORTERS
 22       (504)529-5255
 23 VIDEOGRAPHER:
 24      MICHAEL BERGERON
         PROFESSIONAL SHORTHAND REPORTERS
 25       (504)529-5255
```

```
00041
 1 ahead and work with this case and what data
 2 we found and how we were going to present
 3 it, yes.
 4      Q    So the answer to my question, did
 5 someone else provide to you the New Orleans
 6 Building Code?
 7      A    Yes.
 8      Q    Who was that?
 9      A    Al Mallet.
10      Q    Do you know if the suggestion that
11 the New Orleans Building Code was applicable
12 to travel trailers came from the attorneys
13 and not from Mr. Mallet?
14      A    I do not know that.
15      Q    We would have to ask Mr. Mallet?
16      A    Presumably, yes.
17      Q    From the draft report you
18 submitted, were substantive changes made
19 before the final report was submitted?
20      A    There were.
21      Q    What changes were made to the
22 draft report before it was finalized?
23      A    The most substantive change is I
24 was referring to the 2003 building codes,
25 and it was suggested to me that it should be
```

```
00042
 1 applied to 2000 building codes, so I had to
 2 go back and research the differences between
 3 the '03 and the 2000 code.
 4      Q    Now, you were referencing the 2003
 5 building code.  Which 2003 building code
 6 were you referencing?
 7      A    The International Residential Code
 8 as well as the references of that code that
 9 refer to the Energy Efficiency Standards.
10      Q    And you had been referencing 2003
11 and someone told you you needed to reference
12 2000?
13      A    Al Mallet told me that, yes.
14      Q    Any other substantive changes to
15 the body of Exhibit 4 before it was
16 finalized?
17      A    Exhibit 4, meaning the report?
18      Q    Yes, sir.  Any substantive changes
19 to your draft report before it was finalized
20 into Exhibit 4?
21      A    No, sir.
22      Q    You mentioned that you looked
23 through and tried to make determinations as
24 to where there were differences between the
25 2000 and 2003, I will call it the IRC, the
```

```
00043
 1  International Residential Code, correct?
 2       A    That's correct.
 3       Q    Okay.  What differences, if any,
 4  did you find?
 5       A    As the code evolves to the next
 6  generation, there are some additional
 7  clarifications.  For instance, there's a
 8  portion of the code that is referenced in
 9  the report of air infiltration, of how those
10  leaks should be addressed, and as the codes
11  develop and evolve into the next generation,
12  they become a little more specific.
13            If you looked at today's 2009 code
14  and you would look at the very long list of
15  items that must be air sealed, it's much
16  longer today than it was back in 2000.
17       Q    Okay.  But specifically with
18  respect to what you did in this case,
19  finalizing your report and accepting
20  Mr. Mallet's proposed change, which was that
21  you use a different standard, you use the
22  2000 standard rather than the 2003 standard,
23  what was the difference that prompted him to
24  make that suggestion to you?
25       A    Oh, there was very little
```

```
00046
   1 there to go perform these tests and offer
   2 results and how they interact with each
   3 other.
   4      Q    So your understanding of what you
   5 were tasked to do in this case was simply to
   6 perform the testing, the blower door
   7 testing, the duct leakage testing, the
   8 infrared testing and offer opinions as to
   9 what the results of those tests revealed,
  10 correct?
  11      A    That is correct.
  12      Q    To the extent that you offered any
  13 opinions regarding the applicability of
  14 certain codes to this particular trailer,
  15 would you defer to others on whether certain
  16 codes applied to the construction of this
  17 trailer?
  18      A    In reference to the IBC, the IRC
  19 and the New Orleans code?
  20      Q    Yes, sir.
  21      A    No, I researched it myself.
  22      Q    Okay.  What training do you have
  23 to determine whether a certain code applies
  24 to a certain construction?
  25      A    I'm not sure that there's
```

```
00047
 1 necessarily any training that would have to
 2 be done as much as reading it and making
 3 sure if it's in compliance or not.
 4           However, in all the years of
 5 building houses, I think I have firsthand
 6 knowledge of what complies with building
 7 code and what doesn't, not to mention I have
 8 attended many of the code conferences over
 9 the years, even when it was the Southern
10 Building Code Conference, before it
11 transferred to the "I" codes in 2000.
12           I represented the St. Tammany
13 Homebuilders Association, performing that
14 task, as well as the Louisiana Homebuilders
15 Association, performing that task.
16      Q    So you were involved in the
17 adoption of the International Building Code?
18      A    Non-voting rights.  Non-voting
19 rights, since I was a builder.
20      Q    Okay.  So you didn't have a voting
21 right, but you were participating is what
22 you're saying?
23      A    That is correct.
24      Q    With respect to the application of
25 the International Building Code, who was it
```

```
00048
  1 that first made the assertion that it would
  2 apply to the construction of a travel
  3 trailer?
  4      A    Someone on our expert team, one of
  5 our reviews at the end of the testing days
  6 mentioned that the building codes referenced
  7 temporary housing, and I went back
  8 researched it, and the person was correct.
  9      Q    Does the word -- Where the
 10 reference is made to temporary housing, is
 11 the word "travel trailer" ever used?
 12      A    I will have to look.  (Reviewing
 13 documents).
 14           The word "travel trailer" is not
 15 used, but the word "dwelling" is used, and
 16 it defines "dwelling" as "a means of living,
 17 whether it's temporary or permanent."
 18      Q    In the definition of "dwelling,"
 19 is the word "travel trailer" used?
 20      A    No, sir, it's not.  However, as it
 21 defines what a dwelling is and how a
 22 dwelling is being used, as these trailers
 23 were being utilized under the FEMA
 24 procurement, it certainly meets that
 25 definition in my opinion.
```

```
00049
 1      Q    In your opinion.  And your opinion
 2 comes from reading the code, correct?
 3      A    That is correct.
 4      Q    And determining in your own mind
 5 that it applied to the construction of this
 6 travel trailer?
 7      A    That is correct, yes, sir.
 8      Q    Did you ever attempt to confirm
 9 whether the New Orleans Building Code was
10 ever applied to a travel trailer?
11      A    You mean did I research law and
12 see if there was an application for it?  No,
13 I did not.
14      Q    Did you do anything to determine
15 whether the New Orleans Building Code was
16 ever applied to a travel trailer?
17      A    The New Orleans Building Code is
18 to apply to a dwelling, and this travel
19 trailer, in its intended use as far as the
20 FEMA procurement is concerned, meets that
21 definition.
22           So besides doing my own research
23 of reading it and making that determination,
24 that's the only thing I have done.
25      Q    Okay.  In your opinion, it meets
```

```
00050
 1 the definition, correct?
 2      A    That is correct.
 3      Q    You have done nothing as we sit
 4 here today to determine whether in the City
 5 of New Orleans' opinion the New Orleans
 6 Building Code applies, have you?
 7      A    No, sir.
 8      Q    As we sit here today, do you
 9 intend to offer the opinion to the jury that
10 the New Orleans Building Code did apply to
11 this travel trailer?
12      A    To this temporary housing?  Yes,
13 sir, I do.
14      Q    No, to this travel trailer.
15      A    This trailer wasn't doing much
16 traveling.  It was permanently mounted and
17 connected to plumbing and electricity.  You
18 can play with words all day long, Counselor.
19 It was a dwelling as far as the building
20 code is concerned, and that is my opinion
21 and that's where I will stand.
22      Q    All right.  Let me strike that as
23 non-responsive.
24           My question is very simple.  Do
25 you intend to offer to the jury the opinion
```

```
00244
 1     A    Mathematically, in support of a
 2 science, it has to be that way.  If one side
 3 is positive, the other side has to be
 4 negative if there is a duct leak, which we
 5 established there are duct leaks.
 6     Q    But you do not have the data, the
 7 measurement that reflects that that attic
 8 truss space was, in fact, in a negative
 9 pressure state?
10     A    That's a true statement.
11     Q    And you would have liked to
12 collect that data and measure that, one, it
13 is in a negative pressure state in the attic
14 truss space and, two, here's the degree to
15 which it was in a negative pressure state,
16 right?
17     A    That's correct.
18     Q    But you don't have the
19 measurement?
20     A    No, sir.
21     Q    And you would like to have the
22 measurement, right?
23     A    I would.
24     Q    That's why you asked to be able to
25 collect the measurement, right?
```

```
00246
  1 travel trailers or travel trailers used as
  2 temporary housing units following a
  3 disaster?
  4      A    No, sir, I have not.
  5      Q    Are you familiar with any codes or
  6 regulations that deal specifically with
  7 emergency housing in the context of a
  8 disaster?
  9      A    No, sir, I'm not.
 10      Q    You measured or you calculated the
 11 air changes per hour within this Lyndon
 12 Wright travel trailer, right?
 13      A    I did.
 14      Q    Have you done any research into
 15 how that air changes per hour that you found
 16 would compare with the number of air changes
 17 per hour that are found in a typical travel
 18 trailer?
 19      A    No, sir.  The only other
 20 comparison I would have would be the testing
 21 that we did on the Alexander trailer.
 22      Q    But as far as travel trailers go,
 23 you don't know if Lyndon Wright's travel
 24 trailer is more leaky, less leaky or normal,
 25 right?
```

```
00252
 1 connecting to city services or
 2 infrastructure, then the subcontractors
 3 would file for their own permits to make
 4 those connections.
 5      Q    Have you done any research into
 6 what building permit and what building code
 7 requirements were waived in the aftermath of
 8 Hurricane Katrina?
 9      A    I have, yes.
10      Q    You have?
11      A    Yes.
12      Q    What did you find?
13      A    Building permits in this region,
14 specifically St. Tammany Parish where I did
15 my research, were not waived.  The builder
16 or homeowner, whoever was filing for the
17 building permit, was still required to have
18 filed for a building permit and have
19 inspections.
20      Q    What about in Orleans Parish or
21 the City of New Orleans?
22      A    I have not researched that.
23      Q    And that's where the Lyndon Wright
24 trailer was set up for occupancy by Lyndon
25 Wright, the Seminole Lane address, right?
```