```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3

 4

 5

 6   IN RE:  FEMA TRAILER        MDL NO. 1873

 7   FORMALDEHYDE PRODUCTS       SECTION "N"(4)

 8   LIABILITY LITIGATION        JUDGE ENGELHARDT

 9

10                      *   *   *

11

12        VIDEOTAPED DEPOSITION OF LYNDON WRIGHT,

13   3417 SOUTH CLAIBORNE AVENUE, APARTMENT 5,

14   NEW ORLEANS, LOUISIANA 70113, TAKEN AT THE

15   OFFICES OF FRANK D'AMICO, 622 BARONNE

16   STREET, NEW ORLEANS, LOUISIANA 70130, ON THE

17   10TH DAY OF JULY, 2009.

18   REPORTED BY:

19        CATHY RENEE´ POWELL, CCR

          PROFESSIONAL SHORTHAND REPORTERS

20        (504)529-5255

21   VIDEOGRAPHER:

22        BRIAN SOILEAU

          PROFESSIONAL SHORTHAND REPORTERS

23        (504)529-5255

24

25
```

1          A.   Yes.

2          Q.   Okay.  Is that an accurate

3     description of the problem that you were

4     having with the furnace at first?

5          A.   Yes.

6          Q.   Okay.  You could turn it on, but

7     it would never get warmed up before it would

8     shut down?

9          A.   After the first time, it never

10    did.  After the first time.

11         Q.   I believe you told Mr. Bone that

12    people came out at least twice to work on

13    the furnace, right?

14         A.   Yes.

15         Q.   Do you know if this call record

16    reflects the first or the second time out?

17    The date on this is March 19, 2006.

18         A.   It may have been the first time.

19         Q.   Was the second time in the winter,

20    later in 2006?

21         A.   Yes, it should have been because I

22    know they came out twice.

23         Q.   Okay.

24         A.   I mean, I'm not good with all

25    these dates and trying to remember.  I just

1    know they came out, tried to fix the

2    problem, they didn't, so I did what I had to

3    do to try to keep warm.

4        Q.   Let me see if I can help you with

5    the dates on the second time the maintenance

6    people came out with regard to the furnace.

7             You had told Mr. Bone that you

8    noticed the foul odor sometime in the winter

9    of 2006, right?

10       A.   Yes.

11       Q.   By "winter," were you talking

12   about the November/December time frame of

13   2006?

14       A.   Yes.

15       Q.   And I think you told Mr. Bone, and

16   please correct me, that you told the

17   maintenance people when they came out the

18   second time about the foul odor and they

19   told you that they couldn't do anything

20   about that, right?

21       A.   They would have somebody get in

22   touch with me about it, yes.

23       Q.   So the second maintenance visit

24   must have been November or December of 2006

25   at the earliest, right?