# Discussion

The question posed to Exponent was whether the activities of Shaw or its subcontractors damaged the integrity of the trailer envelope and caused or contributed to the passage of abnormal amounts of water (or air) into or through the exterior envelope of the trailer. Addressing this question is made challenging by the fact that the trailer has been subjected to numerous events over the three and one half years that have elapsed since Shaw's subcontractor installed the trailer on the Wright property. The more significant of those events include the use and operation of the trailer by Mr. Wright, differential movement of the soils beneath the trailer over the time period of Mr. Wright's occupancy, lack of proper maintenance of the trailer after May of 2006, de-installation of the trailer, transportation of the trailer to the Melville storage facility, unprotected exposure to the elements for three and one half years, and damage to the door and frame and gasket caused by forced entry at some point in time. The cumulative effects of these events altered the condition of the trailer from that which existed at the completion of installation by Shaw's subcontractor.

How might these various effects be disaggregated? We can work backwards from what is known for certain: the condition of the trailer and damage patterns as documented by visual inspection and destructive testing in August of 2009. We can also compare the stresses[32] imposed upon the trailer during installation with those the trailer would have sustained in transit from the factory to the site and from the site to the FEMA storage yard.

As discussed earlier in this report, visual examination of the Wright trailer revealed isolated and minor anomalies in the caulked joints. These anomalies fall into two categories: holes or gaps in the caulking around windows and cohesive failure of caulking at the trailer corners. Holes and gaps are characterized by smooth edges and are generally short in length – characteristics of the holes or gaps observed at the Wright trailer. Holes or gaps can develop in caulk due to "burn through" of portions of the caulk due to exposure to the elements, primarily solar exposure,[33] a cause unrelated to installation or jacking of the trailer. Furthermore, holes or gaps in the perimeter fillet of caulk does not necessarily result in leakage to the interior of the trailer. There is a second bead of caulk between the window and the siding that was placed when the window was installed. Leakage of water to the interior of the trailer requires the presence of holes in both beads of caulk.

Cohesive failure of caulk occurs when movement across the caulked gap exceeds the elongation capacity of the caulk. Characteristics of cohesive failures are ragged, sharp edged-tears along the longitudinal axis of the caulked joint with both portions of the caulking remaining firmly

---

[32] The term "stress" in this discussion is used in its general sense, and not its mechanics of materials specific definition.

[33] It is noted that two of the three documented locations of holes and gaps in the caulk occur on the southern edge of the windows located on the west side of the trailer – the most severe exposure for deterioration due to solar exposure. Deterioration of caulk over time is one reason why the manufacturer recommends inspection and repair, if necessary, of caulk joints on the trailer. Compass directions for the trailer refer to the as-installed orientation at the subject property.

adhered to the caulked surface. These are the characteristics observed of the cracks in the caulking at the lower portions of caulk at the corners of the trailer. Cohesive failures can result from deterioration of the caulk over time (it loses elongation capacity) and/or excessive movement across the caulked joint. Excessive movement perpendicular to the joint causes tensile failure of the joint, resulting in an irregular tear and an open gap. The length of tensile failures is dependent upon the flexibility of the substrate in the direction perpendicular to the joint. Excessive differential movement parallel to the joint results in shear failure of the caulk, which is characterized by an en echelon tear pattern that will typically extend over the length of the joint.

Destructive testing revealed evidence of water intrusion in just a few locations: in the floor beneath the latch side of the entry door, below the left front bedroom window, and at the front, left, bottom corner of the trailer.[34] To explain leakage at the observed locations requires examination of the unique circumstances and damage patterns at each location.

> **Entry Door –** Decayed framing beneath the door and water staining on the plywood floor sheathing in the vicinity of the door clearly indicate that the point of intrusion into the wood framing of water causing that decay was just to the interior side of the latch side of the frame at the point where the door frame, exterior wall and floor covering intersect. Once water entered the framing at this location it would be trapped by the plastic covering the bottom of the trailer and would provide necessary water for decay fungi to thrive. Water entry into the framing requires that the water first reach the interior of the trailer. The most obvious source of water entry into this area is rain entry when the door was not fully closed, as a result of damage to the door gasket as a result of forced entry, or some combination of the two. Rain falling on the flooring would puddle and find its way through any discontinuities and into the framing. When the trailer was examined in the Melville storage yard, there was no evidence of any physical damage to the door, door frame, or surrounding finishes that could have resulted from installation or jacking. Clearly the key factor was the fact that the entry door did not close fully during the latter part of Mr. Wright's occupancy (and may have been left partially ajar in storage due to damage to the door and latch). Mr. Wright's testimony as well as a photo of the trailer indicate that in 2007, he was unable to fully close the door, and that the problem of the door not closing fully became progressively worse over a period of time. These symptoms suggest interference between the door and the frame. Yet, when inspected in the Melville yard, neither the door nor the frame exhibited any evidence of any interference between the aluminum of each. Given the softness of aluminum, interference between the aluminum door and the aluminum frame would most certainly create witness marks on both. How then do we reconcile Mr. Wright's observations with the lack of physical evidence? The key is the black plastic bumper installed on the bottom edge of the trailer entry door. That bumper was intended to prevent the door and sill from coming into contact with each other when the door was locked closed during transportation. However, if there were differential movement of the trailer similar to that

---

[34] Evidence of water staining and damage was also found in the bathroom. The sources of this water are clearly water associated with normal use of the bathroom during Mr. Wright's occupancy of the trailer and rainwater entry through the open or missing operable skylight in the ceiling/roof.

which occurs in transit, the bumper would come into contact with the outer edge of the sill before the door could close completely.  (It is important to note that elastic deformations of the door frame are in the opposite direction of those during transit. Thus, any permanent damage to the door frame as a result of jacking would result in scraping at the door head, a condition that did not occur.)  Given the fact that the support piers were simply supported on the ground surface any differential movement of the soil beneath the trailer over a period of several years is inevitable and would result in differential movement of the trailer.  If either the front or rear piers on the right side of the trailer moved downward relative to the center pier, the door frame would rack and the plastic bumper would eventually contact the door frame.  Since that bumper is tapered, the size of the gap between the door and the frame would increase with increasing differential movement of the piers, ultimately reaching a maximum of about 1-1/2 inches (resulting in an opening along the latch side of the door wide enough to insert fingers) and then stabilizing.  Once the trailer was removed from the support piers, the trailer and frame rebounded to their original geometry, and the door could be fully closed.  Once discovered by Mr. Wright, the problem could have been easily rectified by minor adjustment of shims as part of the in-service maintenance of the trailer installation.

**Bedroom Window** – Framing beneath the left front bedroom window exhibits a pattern of water staining, and possibly some decay, that indicates entry of water at the window sill, roughly in line with or just to the left of the joint in the wall paneling beneath the window.  There are two possible paths for water entry at this location:

1.  Through the joint between the primary window frame and the interior flange. Water can only reach this location by overflowing the window sill and seeping into the wall cavity.  Water can enter the sill from only two sources: condensation on the interior of the window and leakage from the top hinged edge of the window.  Such a mechanism is consistent with Mr. Wright's testimony that condensation would form on the window and flow down the wall.  The only path of water from the window glass to the wall is across the joint between the window frame and the interior flange.  During the initial inspection of the trailer on August 7, 2009, water was observed flowing to the exterior from the upper hinge and out of the sill when the window was first opened on that day.[35]

2.  Through an opening in the outer bead of caulk, traveling downward between the inner and outer beads of caulk, then through a second opening in the inner bead of caulk and onto the window sill.

Based on the information available to us, it is not possible to definitively identify the source of or the path of the water.  However, it is clear from test data that jacking and installation of the trailer were not possible causes.  As shown by the absence of movement between the trailer wall and the window frame (the caulked interface) during Exponent's field testing and the minor movement across the gasketed interface between

---

[35] See Exponent photos 0164 and 0165.

the sash and the window frame, it is clear that structural movements of the trailer are accommodated across the window gasket and do not induce damaging deformations across the caulked joint. It is important to note that after three and one half years, leakage has occurred at only one window, indicating a unique circumstance at that window. The absence of leakage at other windows indicates that failure of the caulked joints was not a systematic problem, as would be expected if jacking and installation were the cause.

**Left Front Corner** – Very minor water staining was found in the framing at the base of the wall framing at the left front corner of the trailer. This location is particularly vulnerable to water entry during transportation of the trailer due to spray and splash from the towing vehicle. Short lengths of cohesive caulk failure were present on the lower few inches of caulking at both the lower left and lower right corners of the siding across the front of the trailer. The failure pattern of the caulk is tensile in nature, consistent with inward pressure on the siding. No data is available to definitively identify the source or timing of water entry responsible for the staining of the wood. The condition is clearly unrelated to jacking, as there is no systematic failure of the caulked corner joints that would occur if the cause were due to structural deformation resulting from jacking or installation.

It has been asserted that Shaw or its installation subcontractor damaged the caulked joints on the exterior face of the building envelope in the course of their work, facilitating entry of water into the wall cavity and the trailer interior. The physical condition of the trailer clearly indicates that such is not the case. The exterior caulking is in good condition. Of the several hundred feet of caulked seams in the exterior envelope of the trailer, there is only evidence of possible leakage at two locations, comprising at most several of feet of caulked joint. In other words, for all the events that have affected the trailer since its manufacture, including installation by Shaw's subcontractor, approximately 98% of the caulked seams in the trailer remained weathertight for three and one-half years. This is consistent with observations of the condition of the caulked joints on the exterior of the trailer.

It has also been suggested that Shaw or its installation subcontractor damaged the "seals" on the interior face of the envelope in the course of their work, facilitating air exchange between the wall cavity and the trailer interior. There are two serious flaws in this assertion of damage. First, there are no "seals" on the interior face of the envelope to be damaged. There is flexible plastic trim between the top of the wall and the ceiling and wood battens covering the vertical seams in the wall paneling. Secondly, both the plastic trim and wood battens were found to be in perfect condition throughout the trailer, so whatever nominal sealing effect provided is unchanged.

As part of Exponent's non-destructive structural testing of the subject trailer, two key indicators of the level of stress imposed upon the trailer in the course of various jacking scenarios were monitored: racking of the door frame and strain in the frame rail. Both of those indicators were also measured during over-the-road transport of the exemplar trailer. As presented in the Analysis section above, the <u>magnitude</u> of both indictors during jacking and over-the-road

transport were comparable. However, the frequency of occurrence was much different. While the stress imposed by installation occurred only once prior to Mr. Wright's occupancy, comparable stresses imposed by over-the-road transport occurred multiple times. The Forest River trailer was built to accommodate thousands of miles of over-the-road travel without damaging the integrity of is exterior envelope. The absence of structural deformation related damage to the seals in the exterior envelope of both the Wright trailer and the exemplar trailer demonstrate this fact. It is unreasonable to conclude that one more cycle of loading during jacking and installation is going to cause any damage to a vehicle designed to sustain thousands of loading cycles without damage.

As discussed in Appendix F, the reports submitted by Charles Moore and Alexis Mallet lack rational methodology and technical substance with respect to the issue of possible damage to the trailer envelope associated with jacking and installation. Moore's application of conventional building codes to recreational trailers is creative, likely unique, but contrary to long-established practice of treating travel trailers as vehicles rather than buildings. Much of the report consists of irrelevant analysis of the trailer using building code provisions for conventional woodframe construction. Moore concludes that the trailer was improperly jacked but fails to define or describe a proper jacking procedure. He also uses terms such as "large differential movements" and "warping [of] significant magnitude" without quantification and concludes that damage will result without ever defining a damage mechanism or a damage threshold. It appears that he ignores basic aspects of engineering such as the difference between elastic displacement and permanent deformation of structures and their components. Mallet appears to adopt Moore's conclusions and incorporate them into his report without critical evaluation or any independent analysis.

# Conclusions

Based upon document review and the observational, experimental, and analytical findings of our investigation, we conclude as follows:

1.  The Wright trailer was not damaged during installation by Shaw or its subcontractor. In particular, installation and jacking caused no damage to the trailer that would compromise the integrity of its exterior envelope with respect to passage of water and/or air into or through the exterior envelope.

2.  The Wright trailer exhibited no damage to seals (either caulking or gaskets) that can be correlated with structural stressing or deformation of the trailer.

3.  Stressing of the Wright trailer during structural testing by Exponent and Moore and over-the-road testing of the exemplar trailer by Exponent caused no visible or measureable damage to seals in either trailer.

4.  Stresses sustained by the trailer during over-the-road transport are comparable in magnitude and far exceed in frequency those sustained during installation in accord with FEMA requirements.

5.  Available data do not support Moore and Mallet's conclusions regarding damage associated with installation and jacking-related stresses on the trailer. Their reports do not present any reproducible engineering or scientific methodology whereby the conclusions can be derived from available data.



## Appendix A

**CV of John D. Osteraas,
Ph.D., P.E.**

SWE-000109

E$^x$ponent®
*Failure Analysis Associates*®

Exponent
149 Commonwealth Drive
Menlo Park, CA 94025

telephone 650-326-9400
facsimile 650-326-8072
www.exponent.com

### John D. Osteraas, Ph.D., P.E.
### Group Vice President and Principal Engineer

#### Professional Profile

Dr. John Osteraas is responsible for Exponent's Civil Engineering, Buildings and Structures, and Construction Consulting Practices. He specializes in the evaluation of the performance of buildings under extreme loads, including earthquake, wind, flood, landslide, explosion, high-energy impact, and construction failure. His research has focused on performance of structures under seismic loading and full-scale instrumentation and testing of structures under dynamic loading. Dr. Osteraas' expertise in structural and earthquake engineering includes structural safety and damage assessment; structural analysis; soil-structure interaction; seismic site response assessment; and analysis and design of wood, steel, concrete, masonry, and composite systems. His geotechnical engineering expertise extends to foundation and retaining structure analysis and design, slope stability analysis, and analysis of soil-structure interaction. Drawing upon his construction experience, he addresses problems of construction failure analysis; design and construction codes and standards; properties, performance, response, and deterioration of construction materials; and repair methodology.

Dr. Osteraas also volunteers as a Structures Specialist with FEMA's Urban Search and Rescue program and has been deployed to New Orleans in 2005, the World Trade Center in 2001, and Oklahoma City in 1995 to assist with search and rescue activities. He was a founding Board Member and Corporate Secretary for Krawinkler Luth and Associates, Inc., a structural design firm, and has held research and consulting positions with the John A. Blume Earthquake Engineering Center at Stanford University, the Counter Quake Corporation, Structural Research Inc., Engineering Research Inc., Marshall Erdman and Associates, and Fel-Pro Energy Systems.

#### Academic Credentials and Professional Honors

Ph.D., Civil Engineering, Stanford University, 1990
M.S., Civil Engineering: Structural Engineering, Stanford University, 1977
B.S., Civil and Environmental Engineering, University of Wisconsin, Madison, 1976

Distinguished Service Citation, University of Wisconsin – Madison; Chi Epsilon Chapter Honor Member, University of Wisconsin – Madison; Commendation for service following the September 11, 2001 terrorist attack on the United States, Governor's Office of Emergency Services, State of California; Commendation for outstanding service to the Urban Search & Rescue Response System during the Oklahoma City 6th Street bombing incident, April 19, 1995, Governor's Office of Emergency Services, State of California; Outstanding Paper of 1992, American Society of Civil Engineers, Technical Council on Forensic Engineering, *Journal of Performance of Constructed Facilities*; 1989 Student Paper Award, Earthquake Engineering Research Institute; ARCS Foundation Scholar, Stanford University; Certificate of Recognition, National Aeronautics and Space Administration; Senior High Honors, University of Wisconsin

SWE-000110

**Licenses and Certifications**

Registered Professional Engineer, California, #35844 (Civil), Wisconsin, #19023, Nevada #012603 (Civil), Utah, #93-190526-2202 (Structural), Arizona, #CE 012603 (Civil), Oregon, #71158PE, Illinois, #062-056070, New York, #080356, Mississippi, #16955, Louisiana, #31972, Ohio, #71970, District of Columbia, #PE901799 (Structural), Structural Engineering Certification Board #1577-0705, National Council of Examiners for Engineers and Surveyors 11393; Licensed General Contractor, California B 628753; Safety Assessment Evaluator, California Office of Emergency Services SAP10006

**Publications**

Stone H, Barker M, Osteraas J, Hammond DJ.  Rescue engineering: practical aspects of building stabilization in a search & rescue environment.  Department of Homeland Security Science and Technology Directorate Building Stabilization Workshop, US Army Corps of Engineers Engineering Research and Development Center, Vicksburg MS, August 25-27, 2009. (Proceedings in press)

Osteraas J, Shusto L.  Assessment and repair of earthquake damaged woodframe buildings. Third Conference on Seismic Hazards in the Eastern San Francisco Bay Area, California State University - East Bay, October 24, 2008.  (Proceedings in press)

Osteraas J, Gupta, A.  Order out of chaos: application of earthquake damage assessment and repair guidelines in loss modeling.  Proceedings, 14th World Conference on Earthquake Engineering, Beijing China, October 12-17, 2008.

Osteraas J, Gupta A, Griffith M, McDonald B.  Woodframe seismic response analysis – benchmarking with buildings damaged during the Northridge Earthquake.  Proceedings, 2008 ASCE Structures Conference, Vancouver BC Canada, April 24-26, 2008.

Osteraas J (ed).  General guidelines for the assessment and repair of earthquake damage in residential woodframe buildings.  Consortium of Universities for Research in Earthquake Engineering, CUREE Publication No. EDA-02, October 2007.  Certificate of Merit, Structural Engineers Association of California 2008 Excellence in Engineering Awards Program.

Osteraas J.  Murrah building bombing revisited:  A qualitative assessment of blast damage and collapse patterns.  J Performance Constructed Facilities 2006; 20(4).

Gupta A, McDonald B, Griffith M, Osteraas J.  Displacement coefficients for conventional residential wood-frame structures.  Proceedings, 8th U.S. National Conference on Earthquake Engineering, San Francisco, CA, April 18–22, 2006

Gupta A, McDonald B, Alavi B, Osteraas J.  Rational seismic evaluation and retrofit design of a multistory RC shear wall structure.  Proceedings, 8th U.S. National Conference on Earthquake Engineering, San Francisco, CA, April 18–22, 2006

Osteraas J, Bonowitz D, Gupta A, McDonald B.  Development of guidelines for assessment and repair of earthquake damage in woodframe construction.  Paper No. 1580.  13th World Conference on Earthquake Engineering, Vancouver, BC, August 1–6, 2004.

Gupta A, Osteraas J.  Improved post-earthquake portfolio loss estimation.  Paper No. 1030.  13th World Conference on Earthquake Engineering, Vancouver, BC, August 1–6, 2004.

Arnold A, Uang CM, Osteraas J.  Cyclic performance and damage assessment of stucco and gypsum sheathed walls.  Paper No. 1484.  13th World Conference on Earthquake Engineering, Vancouver, BC, August 1–6, 2004.

McDonald B, Luth G, Osteraas J.  Review of safety factors for assessing column stability in existing braced frame buildings by Brian McDonald.  Proceedings, 2004 Structures Congress, The Structural Engineering Institute of the American Society of Civil Engineers, Nashville, TN, May 22–26, 2004.

Osteraas J, Shusto L, McDonald B.  Earthquake damage assessment and repair protocols.  pp. 209–218.  In: Forensic Engineering: Proceedings, Second Congress.  American Society of Civil Engineers, San Juan, Puerto Rico, May 21–23, 2000.

McDonald B, Bozorgnia Y, Osteraas J.  Structural damage claims attributed to aftershocks.  pp. 123–131.  In: Forensic Engineering: Proceedings, Second Congress.  American Society of Civil Engineers, San Juan, Puerto Rico, May 21–23, 2000.

Osteraas J, Shusto L, McDonald B.  Engineering involvement in post-Northridge damage assessment and repair of wood-frame dwellings.  Paper Number 2593.  12th World Conference on Earthquake Engineering, Auckland, New Zealand, January 30–February 4, 2000.

Hinman E, Durkin M, Osteraas J.  Preliminary analysis of casualties resulting from the Oklahoma City bombing.  Prepared for The Blast Injuries Study Group, Oklahoma State Department of Health, Oklahoma City, OK.  Exponent Failure Analysis Associates, Menlo Park, CA, 1996

Osteraas J, Barrett R.  Multimedia in dispute resolution.  The Construction Specifier 1996; 49(1):20–25.

Osteraas J (contributor).  Northridge Earthquake of January 17, 1994, Reconnaissance Report.  Vol. 2 Supplement C to Volume 11, Earthquake Spectra.  Earthquake Engineering Research Institute, Oakland, CA, 1996.

Osteraas J (editorial committee).  Japan—The great Hanshin Earthquake.  Risk Management Solutions, Inc., and Failure Analysis Associates, Inc., 1995.

Ross B, Johnston P, Osteraas J, Barrett R.  Catastrophic collapse of a tower crane due to sequential failure of truss members.  3rd International Symposium on Structural Crashworthiness and Failure, University of Liverpool, UK, April 14–16, 1993.

Moncarz P, Hooley R, Osteraas J, Lahnert B. Analysis of stability of L'Ambiance plaza lift-slab towers. J Performance Constructed Facilities 1992; 6(4).

Nassar A, Osteraas J, Krawinkler H. Seismic design based on strength and ductility demands. Proceedings, Tenth World Conference on Earthquake Engineering, pp. 5861–5866, Madrid, Spain, July 19–24, 1992.

Krawinkler H, Nassar A, Osteraas J. Ductility and strength demands for seismic design. Proceedings, American Society of Civil Engineers Structures Congress, pp. 211–219, Indianapolis, IN, April 29–May 1, 1991.

Ross B, Osteraas J, Moncarz P. The Loma Prieta Earthquake—a pictorial essay with engineering comment. The Second Pan American Congress of Applied Mechanics, Valparasio, Chile, January 1991.

Osteraas J. Strength and ductility considerations in seismic design. Dissertation, Stanford University, 1990; also John A. Blume Earthquake Engineering Center Report No. 90, Department of Civil Engineering, Stanford University, August 1990.

Osteraas J, Krawinkler H. The Mexico Earthquake of September 19, 1985—Behavior of steel buildings. Earthquake Spectra 1989; 5(1):51–88; also Costruzioni Metalliche1990; Part 1 XLII(2), Part 2, XLII(3).

Krawinkler H, Osteraas J. Seismic design based on strength of structures. Proceedings, Fourth U.S. National Conference on Earthquake Engineering, Palm Springs, CA, Earthquake Engineering Research Institute, Vol. 2, pp. 955–996, El Cerrito, CA, May 1990.

Moncarz P, Thomas J, Osteraas J. Quality of constructed facilities: Definition of safety, serviceability and economy in engineering decisions. Proceedings, 33rd Meeting of the International Committee on Industrial Chimneys (CICIND), Barcelona, Spain, April 19–20, 1990.

Osteraas J, Krawinkler H. Pino Suarez—Implications for modern steel structures. Earthquake Engineering Research Institute Annual Meeting, San Francisco, CA, February 9, 1989.

Krawinkler H, Osteraas J. Steel building design. Seminar on Evolving Earthquake Hazard Mitigation Practices, 1998 Annual Meeting, Earthquake Engineering Research Institute, Mesa, AZ, February 4, 1988.

Moncarz P, Osteraas J, Wolf J. Designing for maintainability. Civil Engineering 1986.

Moncarz P, Osteraas J, Wolf J. Impact of design/construction/maintenance practices on structural deterioration. Proceedings, Structural Division of the American Society of Civil Engineers Convention 1985, Seattle, WA, April 1986.

Osteraas J (contributor). Earth sheltered housing. G. Klodt, Reston Publishing Co., 1985.

Moncarz P, Osteraas J, Curzon A. Modeling of reinforced concrete containment structures. Proceedings, Design of Concrete Structures The Use of Model Analysis, Joint Institution of Structural Engineers/B.R.E. Seminar Elsevier Applied Science Publishers, London, England, November 1984.

Moncarz P, Osteraas J. Major considerations in scale modeling of reinforced concrete containment structures. American Society of Civil Engineers Conference on Structural Engineering in Nuclear Facilities, Raleigh, NC, September 10–12, 1984.

Moncarz P, Osteraas J. Structural aspects of leakage in reinforced concrete containments— Experimental approach. Proceedings, 2nd Workshop on Containment Integrity, Sandia National Laboratories, June 1984.

Osteraas J (contributor). A review of fracture mechanics life technology. National Aeronautics and Space Administration Report, NAS 8-34746, September 1983.

Peyrot A, Lee J, Jensen H, Osteraas J. Application of cable elements concept to a transmission line with cross rope suspension structures. Institute of Electrical and Electronics Engineers, Transaction on Power Apparatus and Systems, July 1981.

Lee J, Peyrot A, Dupuis R, Osteraas J. Research considerations for the transmission line mechanical research facility. Electric Power Research Institute Report, EPRI TPS 80-719, 1980.

Osteraas J. Loads on wood-frame structures—A literature review. U.S. Forest Products Laboratory Internal Report, 1976.

Osteraas J. Structural potential of a Douglas-fir veneered urea-bonded extruded particleboard ('plyboard'). U.S. Forest Products Laboratory Internal Report, 1974.

**Presentations**

Osteraas J, Hammond DJ. Multi-hazard post-disaster safety assessment training for evaluators. Naval Facilities Engineering Command (NAVFAC), Jacksonville FL, April 27,2009; San Diego, CA, July 14, 2009; Great Lakes, IL, August 18, 2009; Norfolk VA, Sept 9, 2009; Pearl Harbor, HI, September 15, 2009.

Osteraas J. Challenges with going green: what can go wrong? prospective failure analysis. Property Claims Association of the Pacific Annual Convention, Sacramento CA, September 10, 2009.

Osteraas J. Earthquake damage assessment and repair. PLRB/LIRB Claims Conference & Insurance Services Expo, Seattle WA, March 24, 2009; Boston MA, April 14, 2008; Orlando FL, March 20, 2007; Nashville, TN, April 4, 2006; San Antonio, TX, April 19, 2005.

Osteraas J. Engineering response to catastrophic workplace accidents. Oregon Governor's Occupational Safety & Health Conference, Portland OR, March 12, 2009.

Osteraas J. Earthquake damage assessment and repair. AllCat Claims Services Training Seminar, San Antonio TX, February 26, 2008.

Osteraas J. Earthquake damage assessment and repair. National Association of Catastrophe Adjusters 33rd Annual Convention, Las Vegas NV, January 22, 2009.

Osteraas J. Lessons from failures great & small. AIA Nevada - Triptych Design Conference, Olympic Valley CA, November 7, 2008.

Osteraas J. ATC-20 procedures for post-earthquake safety evaluations of buildings. Featured Speaker, Structural Engineers Association of Northern California Disaster Emergency Services Committee Safety Assessment Workshop, Santa Clara University, November 1, 2008; University of California - Berkeley, October 22, 2006; The Presidio, San Francisco CA, May 2, 2004; Exponent, Menlo Park CA, August 12, 2003; Santa Clara University, October 5, 2002; The Presidio, San Francisco CA, May 3, 2001; University of California - Berkeley, March 20, 1999.

Osteraas J. Assessment and repair of earthquake damaged woodframe buildings. Third Conference on Seismic Hazards in the Eastern San Francisco Bay Area, California State University - East Bay, October 24, 2008.

Osteraas J. Order out of chaos: application of earthquake damage assessment and repair guidelines in loss modeling. 14th World Conference on Earthquake Engineering, Beijing China, October 14, 2008.

Osteraas J. Earthquake damage assessment and repair. California Earthquake Authority Claim Manager Meeting, Sacramento CA, May 7, 2008.

Osteraas J. Woodframe seismic response analysis – benchmarking with buildings damaged during the Northridge Earthquake. 2008 ASCE Structures Conference, Vancouver BC, April 26, 2008.

Osteraas J. For want of a nail and other tales of engineering failure. Stanford University, January 30, 2008.

Osteraas J. The view from Ground Zero—Rescue, recovery, and reconstruction at the World Trade Center. Stanford University, November 8, 2007; Stanford University, November 10, 2005; MIT Club of Northern California, Menlo Park, CA, November 9, 2005; O'Hagan, Smith & Amundsen, Chicago IL, January 28, 2004; Federation of Defense and Corporate Counsel, Quebec Canada, August 1, 2003.

Osteraas J. Designing for failure—Lessons for California (?) courtesy of Katrina. Earthquake Engineering Research Institute 2007 Annual Meeting, Los Angeles CA, February 9, 2007;

Stanford University, Stanford, CA, January 10, 2007; Structural Engineers of Northern California, Mountain View, CA, October 12, 2006.

Osteraas J. Evaluation and repair of earthquake damage in woodframe buildings. 8th U.S. National Conference on Earthquake Engineering, San Francisco, CA, April 18–22, 2006.

Osteraas J. Post-earthquake building assessment. 8th U.S. National Conference on Earthquake Engineering, San Francisco, CA, April 18–22, 2006.

Osteraas J. Overview of earthquake effects. IEEE Disaster Recovery Workshop, San Francisco CA, March 30, 2006.

Osteraas J. CUREE earthquake damage assessment project update. CEA Claims Liaison Meeting, Sacramento, CA, October 13, 2005.

Osteraas J. Urban search and rescue in the United States. International Diplomacy Council, Natural Disaster Response Group, San Francisco, CA, June 20, 2005.

Osteraas J. Pino Suárez collapse after 20 years—What have we (not) learned? Earthquake Engineering Research Institute 2005 Annual Meeting, Ixtapa, Mexico, February 5, 2005.

Osteraas J, Hammond DJ. The rescue engineer's new reality—Recent changes and deployments in the FEMA US&R response system. Structural Engineers of Northern California, San Francisco, CA, December 12, 2004.

Osteraas J. Engineering damage assessment and repair for residential construction. Pacific Earthquake Engineering Research Center (PEER) Earthquake Engineering Scholars' Course, University of California – Los Angeles, November 6, 2004.

Osteraas J. Development of guidelines for assessment and repair of earthquake damage in woodframe construction. 13th World Conference on Earthquake Engineering, Vancouver, BC, August 3, 2004

Osteraas J, Arnold AE. Cyclic behavior and repair of woodframe walls with finish materials. 13th World Conference on Earthquake Engineering, Vancouver, BC, August 2, 2004.

Osteraas J. Rescue engineering response to 9/11. Stanford University, Department of Civil Engineering, May 3, 2004, May 5, 2003, April 22, 2002.

Osteraas J. Earthquakes and the damage they cause. 2004 PCS Catastrophe Conference—Challenges from Coast to Coast, Hilton Long Beach Hotel, Long Beach CA, April 26, 2004.

Osteraas J. Earthquakes I: engineering assistance with post-earthquake damage assessment. PLRB/LIRB Claims Conference & Insurance Services Expo, Chicago IL, March 16, 2004.

Osteraas J.  CUREE-CEA woodframe project.  EERI Southern California Chapter, University of Southern California, Los Angeles CA, November 19, 2003.

Osteraas J.  Catastrophe response:  Lessons from Northridge.  LHB Pacific Law Partners Fall Symposium, Pan Pacific Hotel, San Francisco CA, October 23, 2003.

Osteraas J.  Pathology and lessons of the World Trade Center disaster.  San Francisco Public Utilities Commission Noon Seminar, San Francisco CA, September 11, 2002.

Osteraas J.  Why buildings collapse:  From natural disasters to terrorist attacks.  Tempo—Madison, Madison WI, July 9, 2002.

Osteraas J.  Urban search and rescue response to 9/11.  Western Construction Consultants Association, Alameda CA, April 17, 2002.

Osteraas J.  Urban search and rescue:  New York City/Oklahoma City.  Structural Engineers Association of Northern California Special Seminar:  Synopsis of the September 11, 2001, World Trade Center Attack and Recovery, San Francisco CA, January 31, 2002; San Francisco Fire Department and Structural Engineers Association of Northern California, Structural Integrity of High-Rise Buildings, San Francisco CA, November 28, 2001.

Osteraas J.  Measure twice, cut once: Lessons from failures large & small.  National Council of Structural Engineers Associations, Structural Engineering Winter Institute, Phoenix AZ, January 21, 2002.

Osteraas J.  Assessment and repair of earthquake damage in residential buildings.  Costa Mesa CA, November 15, 2001; California Earthquake Authority Seminar, Sacramento CA, October 30, 2001.

Osteraas J.  Seismic building codes.  Stanford University, Department of Geophysics, Stanford CA, November 1, 2001; November 2, 2000.

Osteraas J.  Structural pathology of the Murrah Building bombing.  Stanford University, Department of Civil Engineering, Stanford CA, May 7, 2001; California Institute of Technology Department of Civil Engineering, Pasadena CA, February 22, 2001.

Osteraas J.  Reducing failures through computer graphics—A demonstration.  Civil Engineering Research Foundation, Washington, DC, April 25, 2001.

Osteraas J.  Working with experts—One expert's perspective.  National Asian Pacific American Bar Association Twelfth Annual Convention, Washington, DC, October 13, 2000.

Ross B, Osteraas J, Luth G, Bozorgnia Y.  Seismic collapse of reinforced concrete towers at Royal Palm Resort, Guam, USA.  25th Anniversary Conference on Our World in Concrete & Structures, Singapore, August 22–24, 2000.

Osteraas J. Oklahoma City bombing—The limits of engineering. Stanford University, Department of Civil Engineering, April 24, 2000; May 18, 1998.

Osteraas J. The Oklahoma City bombing—Pushing the limits of engineering. Structural Engineers Association of Arizona, Phoenix, AZ, May 18, 1999.

Osteraas J. Decay and death in San Francisco—Consulting in the criminal arena. Lessons Learned in Forensic Engineering, Fourth Annual Seminar on Issues in Forensic Engineering, ASCE Forensic Engineering Technical Group, Los Angeles Section, University of California, Irvine, CA, May 7, 1999.

Osteraas J. Multimedia in construction dispute resolution. The Nuts and Bolts of Nuts and Bolts, Association of Defense Counsel of Northern California Seminar, San Jose, CA, April 23, 1999.

Osteraas J. Performance of structures under extreme loads. Stanford University, Department of Civil Engineering, May 26, 1997.

Osteraas J. Lesser known collateral seismic hazards. Seismic Hazard Analysis Short Course, Association of Engineering Geologists, Menlo Park, CA, May 3, 1997.

Osteraas J. Structural failures: Four case studies. Stanford University, Department of Aeronautics and Astrophysics, May 20, 1996.

Osteraas J. Structural safety and damage assessment. Stanford University, Department of Civil Engineering, May 6, 1996; May 8, 1995.

Osteraas J. Shake, rattle, and roll—What you need to know about the Big One. 31st All-Industry Insurance Conference, Risk and Insurance Management Society, Washington Chapter, Seattle, WA, March 12, 1996.

Osteraas J. The Great Hanshin Earthquake. Uninterruptible Uptime Users Group, Fall Conference, San Diego, CA, November 15–17, 1995.

Osteraas J. Observations of Kobe and Mexico with implications for California. American Concrete Institute, Northern California & Western Nevada Chapter Meeting, Oakland, CA, November 14, 1995.

Osteraas J. Oklahoma City Murrah Building structural lessons. 24th Annual ASCE Structural Design Conference, Ames, IA, November 13, 1995.

Osteraas J. Earthquake update. Claims Conference of Northern CA, Sacramento, CA, October 5–6, 1995.

Osteraas J. The Great Hanshin Earthquake. American Petroleum Institute Crisis Management Seminar, Houston, TX, September 25–27, 1995.

Osteraas J.  Earthquake engineering:  Reality meets insurance company expectations.  International Institute of Loss Adjusters, Inc., Annual Convention, San Rafael, CA, September 24–29, 1995.

Osteraas J.  The Kobe, Japan, Earthquake—A preview of a future California temblor?  Risk Insurance Management Society, Santa Clara Valley Chapter Meeting, May 11, 1995.

Osteraas J.  Kobe event report.  Disaster Recovery Journal's Sixth Annual Corporate Contingency Planning Seminar and Exhibition, San Diego, CA, March 27–29, 1995.

Osteraas J.  Japan's Great Hanshin Earthquake event report.  Business Recovery Managers Association Meeting, San Ramon, CA, March 23, 1995; Loss Executives Association Mid-Winter Meeting, Tampa, FL, January 26–27, 1995.

Osteraas J, Johnston P.  Case studies in failure analysis.  Stanford University, Department of Civil Engineering, February 15, 1995.

Osteraas J.  Northridge:  Earthquake engineering theory meets earthquake insurance reality.  Loss Executives Association Mid-Winter Meeting, Tampa, FL, January 26–27, 1995.

Osteraas J.  Failures in the design and construction process.  Stanford University, Department of Aeronautics and Astrophysics, May 22, 1995, May 9, 1994.

Osteraas J.  1994 Property Claim Services Catastrophe Conference:  Preparing for the California Earthquake, San Francisco, CA, April 18–20, 1994.

Osteraas J.  Regulatory ordinances:  The role of codes and standards, their evolution and mechanisms for correct implementation.  Stanford University, Department of Civil Engineering, May 2, 1994; May 3, 1993; April 27, 1992; April 29, 1991.

Osteraas J.  Technical aspects of earthquakes.  International Institute of Loss Adjusters, Inc., Singapore, October 23, 1992 (via videotape).

Osteraas J.  Technical and historical aspects of earthquakes.  Mt. Diablo Property Association, Pleasant Hill, CA, June 10, 1992; Earthquake, A Continuing Education Seminar, The Property Claims Association of the Pacific, May 6, 1992.

Osteraas J.  Construction failure retrospective.  Allianz Insurance Company, San Francisco, CA, July 17, 1991.

Osteraas J.  Civil PE review:  Timber design and seismic design.  Professional Engineering Institute, January 30 and February 6, 1001.

Osteraas J.  The eastern U.S. seismic hazard.  59th Annual Meeting, Loss Executives Association, Whitehaven, PA, June 13–15, 1990.

SWE-000119

Osteraas J.  The role of codes and standards in failure prevention.  Stanford University, Department of Civil Engineering, May 7, 1990.

Osteraas J.  Predicting seismic performance of buildings.  Allianz Insurance Company, Los Angeles, CA, December 6, 1989.

Osteraas J.  The magnitude and intensities of earthquakes.  Mt. Diablo Property Association, Pleasant Hill, CA, July 12, 1989.

Osteraas J.  Geotechnical engineering for structural engineers.  Stanford University, Department of Civil Engineering, April 17, 1989.

Osteraas J.  Geotechnical causes of structural failures.  Stanford University, Department of Civil Engineering, April 25, 1988.

Osteraas J.  Implications of recent structural failures.  University of California, Berkeley, Department of Architecture, April 19, 1988.

Osteraas J.  Learning from structural failures.  University of California, Berkeley, Department of Architecture, May 5, 1987.

Osteraas J.  Performance evaluation of steel structures in Mexico City.  Blume Center Affiliates Meeting, April 24, 1987.

Osteraas J.  Review committee member for Naked City.  American Iron and Steel Institute Hands on Steel Project, University of California, Berkeley, Department of Architecture, October 29, 1982.

**Professional Affiliations**

- American Society of Civil Engineers (Fellow; editorial board member *Journal of Performance of Constructed Facilities*)
- Structural Engineers Association of Northern California (member and Director)
- Earthquake Engineering Research Institute (member)
- EERI Northern California Chapter (member and Director 2005-2008)
- International Code Council (professional member)

**Recent Testimony**

International School of Louisiana v Hanover Insurance.  US District Court, Eastern District of Louisiana, 2009 (Deposition).

Nordby Construction Company v Kenyon Plastering, Inc.  California Superior Court, Sonoma County, 2008 (Deposition).

Wyndham New Orleans Canal Place v Lexington Insurance Company, et al.  Louisiana Civil District Court for the Parish of New Orleans, 2008 (Deposition)

Gagne v State Farm.  U.S. District Court, Southern District of Mississippi, 2007, 2008 (Deposition).

Debadelone v State Farm.  U.S. District Court, Southern District of Mississippi, 2007 (Deposition).

Willis v State Farm.  U.S. District Court, Southern District of Mississippi, 2007 (Deposition).

Lott v State Farm.  U.S. District Court, Southern District of Mississippi, 2007 (Deposition).

Gonzales v Farmers.  Superior Court of California, County of Los Angeles, 2007 (Deposition).

Guttman v State Farm.  Superior Court of California, County of Los Angeles, 2007 (Deposition).

Fru-Con Construction v Sacramento Municipal Utilities.  U.S. District Court, Northern District of California, 2006 (Deposition).

Northshore v State Farm.  Superior Court of California, County of Los Angeles, 2006 (Deposition and Trial).

Arias v State Farm.  Superior Court of California, County of Los Angeles, 2005 (Deposition).

Paneno v Pasadena.  Superior Court of California, County of Los Angeles, 2005 (Deposition).

**Consulting and Testimony Billing Rate**

Three hundred sixty dollars per hour (calendar year 2009).

# Appendix B

## References



SWE-000122