| Document Date | Bates range | Title | Author/Source |
|---|---|---|---|
| 9/26/09 | LWFR-EXP 3-000027 - LWFR-EXP 3-000061 | Analysis of the Forest River, Inc. Formaldehyde Dataset | Paul Hewett, Exposure Assessment Solutions |
| 10/1/09 | LWFR-EXP 4-000004 - LWFR-EXP 4-000017 | Electrical Systems Observations Report for the FEMA-Lyndon Wright Trailer | J. Darrell Hicks, D. Hicks Consulting |
| August 2009 | LWFR-EXP 5-000004 - LWFR-EXP 5-000094 | Inspection Report | LaGrange Consulting |
| 10/2/09 | LWFR-EXP 7-000014 - LWFR-EXP 7-000144 | Inspection Report of the LYNDON WRIGHT FEMA Temporary Housing Unit | Alexis Mallet, First General Services of the South, Inc. |
| 10/2/09 | LWFR-EXP 5-000005 - LWFR-EXP 5-000042 | Structural Condition Assessment For FEMA Travel Trailer Wright/Forest River, Inc. Trailer Melville, Louisiana | Charles David Moore, Freyou, Moore and Associates, Inc. |
| 10/1/09 | LWFR-EXP 10-000008 - LWFR-EXP 10-000030 | Investigation and Inspection of FEMA Travel Trailer NO. 1277021 VIN 4X4TSMH296C008992 | Ervin L. Ritter, Ritter Consulting Engineers, Ltd. |
| 10/2/09 | LWFR-EXP 11-000043 - LWFR-EXP 11-000135 | AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM | Bill Scott, W.D. Scott Group, Inc. |
| 9/29/09 | LWFR-EXP 13-000023 - LWFR-EXP 13-000061 | Affidavit of Stephen Smulski, Ph.D. | Stephen Smulski, Wood Science Specialists, Inc. |
| 8/14/08 | | Defendant Forest River Inc.'s Objections and Responses to Plaintiffs' First Interrogatories and Requests for Production of Documents | |
| 6/5/09 | | Defendant Forest River Inc.'s Objections and Responses to Plaintiffs' Second Revised Master Set of Interrogatories and Requests for Production of Documents | |
| | FOREST-0151924 - FOREST-0151946 | | |
| | FOREST-0000001 – FOREST-0000973 | | |
| | FOREST-0001978 – FOREST-0002397 | | |
| | FOREST-0002399 – FOREST-0002638 | | |
| | FOREST-0002966 – FOREST-0004729 | | |
| | FOREST-0004914 – FOREST-0151923 | | |
| | | Trailer pic.jpg | |
| | FOREST-0002399 – FOREST-0002483 (LWFR-EXP 5-000372 - LWFR-EXP 5-000456) | Forest River Recreational Vehicle Owner's Manual | Forest River |
| | SHAW-WRI 00001 – SHAW-WRI 00017, FOREST-0151924 – FOREST-0151946 (LWFR-EXP 5-000461 - LWFR-EXP 5-000500) | FR and Shaw Trailer Data | |
| | FOREST-0003132 – FOREST-0003391 | FR blueprints and specs | |

| Document Date | Bates range | Title | Author/Source |
|---|---|---|---|
| | (LWFR-EXP 5-000112 - LWFR-EXP 5-000371) | | |
| | LWFR-EXP 5-000579 - LWFR-EXP 5-000583 | International Building Code (2006) excerpts | |
| | LWFR-EXP 5-000584 - LWFR-EXP 5-000589 | International Residential Code (2006) excerpts | |
| | LWFR-EXP 5-000460 - LWFR-EXP 5-000461 | RVIA Adopted Standards | |
| | FEMA124-000001 – FEMA124-000078 (LWFR-EXP 5-000501 - LWFR-EXP 5-000578) (FGC009-000012 - FGC009-000089) | Wright Lyndon Disaster File | |
| | SHAW000480 – SHAW000519 | Exhibit 7-10 FEMA-Shaw contract | |
| 5/22/09 | | Defendant Forest River Inc.'s Objections and Responses to Plaintiffs' Revised Master Set of Interrogatories and Requests for Production of Documents to Forest River, Inc. | |
| 6/23/09 | | Lyndon Wright's First Supplemental and Amended Complaint | |
| 3/2/09 | | Complaint for Damages | |
| 4/14/09 | | Supplemental Plaintiff Fact Sheet | |
| 2/19/09 | | Plaintiff Fact Sheet | |
| 7/10/09 | | Transcript of the Testimony of Videotaped Deposition of Lyndon Wright and Exhibits 1-14 | |
| | LWFR-DT-005995 – LWFR-DT-006014, LWFR-DT-006120 – LWFR-DT-006127 | Mallet v. Forest River Destructive Testing | |
| | LWFR-DT-006167 - LWFR-DT-006183, LWFR-DT-006206 - LWFR-DT-006339 | Mallet v. Forest River Destructive Testing | |
| | LWFR-DT-006340 - LWFR-DT-006456 | Mallet v. Forest River Destructive Testing | |
| | LWFR-DT-006575 - LWFR-DT-006606, LWFR-DT-006657 - LWFR-DT-006661, LWFR-DT-006679 - LWFR-DT-006685, LWFR-DT-006689 - LWFR-DT-006692 | Mallet v. Forest River Destructive Testing | |
| | LWFR-DT-006693 - LWFR-DT-006729, LWFR-DT-006739 - LWFR-DT-006749, LWFR-DT-006798 - LWFR-DT-006815, LWFR-DT-006822 | Mallet v. Forest River Destructive Testing | |
| | LWFR-DT-007725 - LWFR-DT-007729, LWFR-DT-007758, LWFR-DT-007908 - | FEMA Formaldehyde (Selected Photos Videos from CDs) | |

| Document Date | Bates range | Title | Author/Source |
|---|---|---|---|
| | LWFR-DT-007928, LWFR-DT-007974 - LWFR-DT-007983 | | |
| | LWFR-DT-000724 - LWFR-DT-000768 | 2009 August 17 and 31 - ELR Photos | |
| | LWFR-DT-001020 - LWFR-DT-001029, LWFR-DT-001045 - LWFR-DT-001106, LWFR-DT-001141 - LWFR-DT-001142, LWFR-DT-001163 - LWFR-DT-001166, LWFR-DT-001218 - LWFR-DT-001230, LWFR-DT-001326 - LWFR-DT-001336, LWFR-DT-001426 - LWFR-DT-001430, LWFR-DT-001490 - LWFR-DT-001492, LWFR-DT-001495 - LWFR-DT-001496 | 2009 September 1 - ELR Photos | |
| | LWFR-DT-003407.AVI | Forest River-Lyndon Wright Photos by Ervin Ritter – Video | |
| | LWFR-DT-004580 - LWFR-DT-004804, LWFR-DT-004805 - LWFR-DT-004809, LWFR-DT-004954 - LWFR-DT-004956, LWFR-DT-004968 - LWFR-DT-004971, LWFR-DT-004977 - LWFR-DT-004979, LWFR-DT-005044 - LWFR-DT-005094 | Jacking and Destructive Testing FEMA Trailer - Wright v Forest River Photos 1-740 | |
| | LWFR-DT-003662 - LWFR-DT-003703, LWFR-DT-003751 - LWFR-DT-004163 | Lyndon Wright Case v. Forest River Trailer Lagrange Consulting 9-9-09 | |
| | | ANSI Technical Standard 1192 and 1194 (1192-08-PDF.pdf and 1194-08-PDF.pdf) | |
| | LWFR-EXP 5-000457 - LWFR-EXP 5-000459 | Manual of Steel Construction – Allowable Stress Design Ninth Edition (AISC), Minimum Design Loads for Buildings and other Structures (ASCE SEI 7-05), Timber Construction Manual | |
| 10/19/07 | LWFR-EXP 5-000043 - LWFR-EXP 5-000101 | Federal Register, Part II Department of Housing and Urban Development, 24 CFR Parts 3280 and 3285, Model Manufactured Home Installation Standards; Final | |

| Document Date | Bates range | Title | Author/Source |
|---|---|---|---|
| | | Rule | |
| | FEMA165-000001 - FEMA165-000012 | | |
| | FEMA165-000013 - FEMA165-000187 | | |
| | LWFR-EXP 5-000102 - LWFR-EXP 5-000111 (FL-FCA-000113 – FL-FCA-000122) | Fluor Contract Installation and Blocking Instructions | |
| | | General Test Protocol Rules.pdf | |
| 4/8/09 | | TRIAL III Scheduling Order | |
| | | Forest River Protocol (Final Revisions 07-20-09).doc | |
| | | Forest River Protocol (with Mold Protocol).doc | |
| | | Forest River Protocol (with US final edits incorporated).doc | |
| Compact Discs and Digital Video Discs | | | |
| Document Date | Bates range | Title | |
| | LWFR-DT-000024 LWFR-DT-000293 | Forest River Pics FEMA165-000001-187 | |
| | LWFR-DT-000294 LWFR-DT-003420 | Forest River-Lyndon Wright Photos by Ervin Ritter | |
| | LWFR-DT-003421 LWFR-DT-003491 | D. Hicks Consulting – Wright v. Forest River | |
| 9-9-09 | LWFR-DT-003492 LWFR-DT-004163 | Lyndon Wright Case v. Forest River Trailer Lagrange Consulting 9-9-09 | |
| 8/31/2009 – 9/1/2009 | LWFR-DT-004164 LWFR-DT-004354 | Dr. Stephen Smulski, Wright v. Forest River Destructive Testing Disassembly 8/31/2009 – 9/1/2009 | |
| | LWFR-DT-004355 LWFR-DT-005094 | Jacking and Destructive Testing FEMA Trailer-Wright v. Forest River Photos 1 – 740 | |
| | LWFR-DT-005095 LWFR-DT-006874 | Al Mallet, Wright v. Forest River Destructive Testing | |
| | LWFR-DT-006875 LWFR-DT-007983 | FEMA: Formaldehyde | |
| | LWFR-DT-007984 | FEMA: Formaldehyde Video | |
| | LWFR-DT-007985 | FEMA: Formaldehyde Melville Site Video | |
| | LWFR-DT-007986 | FEMA: D'Amico Tear Down I | |
| | LWFR-DT-007987 | FEMA: D'Amico Tear Down II | |
| | LWFR-DT-007988 | FEMA: D'Amico Tear Down III | |
| | LWFR-DT-007989 | FEMA: D'Amico Tear Down IV | |
| | LWFR-DT-007990 | FEMA: D'Amico Tear Down V | |
| | LWFR-DT-007991 | FEMA: D'Amico Test I-A | |
| | LWFR-DT-007992 | FEMA: D'Amico Test I-B | |
| | LWFR-DT-007993 | FEMA: D'Amico Test II | |
| | LWFR-DT-007994 | FEMA: D'Amico Test III | |
| | LWFR-DT-007995 | FEMA: D'Amico Handheld I Surveillance | |

| Document Date | Bates range | Title | Author/Source |
|---|---|---|---|
| | LWFR-DT-007996 | FEMA: D'Amico Handheld II Surveillance | |
| | LWFR-DT-007997 | FEMA: D'Amico Handheld III Surveillance | |
| | LWFR-DT-007998 | FEMA: D'Amico Static Camera Surveillance | |
| | LWFR-DT-007999 | Bill Scott, Wright v. Forest River | |
| | | | |

SWE-000127

# Appendix C

# Structural Testing of Wright Trailer

0904415.000 A0T0 1109 RPT1

SWE-000128

## Structural Testing of Wright Trailer

Exponent performed non-destructive structural testing of the Wright trailer on August 26, 2009. Exponent's test program consisted of three[36] different sequences of lifting and leveling of the instrumented trailer to observe the structural behavior of the trailer during trailer installation.

## Installation Sequences

At all times during the testing the entry door was held in the closed position with a wooden wedge inserted into the handle adjacent to the door. Lifting and leveling sequences were:

1. Lifting the front of the trailer using the tongue jack; installing blocks at the front of the trailer approximately 12-14 inches high; raising the rear of the trailer using bottle jacks and installing appropriate blocking to level the trailer front to rear; installing blocking at mid-span of the rail beams; and finally the trailer was leveled from side-to-side by lifting the left side of the trailer. During this test, a portion of the trailer weight was intended to be transferred through the tires. As such, the wheels remained in contact with the ground.
2. Installing blocking under the front of the trailer and disengaging the tongue jack; lifting the rear of the trailer to approximately 20 inches above grade; lifting the front of the trailer and installing blocking when level front to rear; installing blocking at the mid-span; and finally leveling the trailer side to side.
3. Installation similar to 2 above; during this sequence the front of the trailer was lifted first, followed by the rear of the trailer, and finally the middle of the trailer.

Following the completion of each lifting and leveling sequence, the trailer was lowered back onto the wheels and tongue jack prior to the subsequent test.

## Instrumentation

Instrumentation of the trailer consisted of:

1. A total of four strain gages at two locations on the top and bottom flanges of the left frame rail to measure changes of strain in the frame rail associated with jacking.

2. A tensioned reference cable extending from the front most cross beam to the rear bumper along the left frame rail to measure deflections of the frame rail associated with at-rest and lifted position.

3. A self leveling laser centered beneath the trailer and six scales attached to the rail beam to assist with precision leveling of the trailer.

---

[36] A fourth test was conducted utilizing truck scales solely to determine trailer weight; no data other than trailer weight was collected. The trailer weight was estimated to be 5200 lbs.

4. A digital string potentiometer installed diagonally across the door opening to measure racking of the door opening.

5. Crack gages installed at five locations to measure relative movement across caulked joints between the trailer siding and the frames of the windows and door.

**Strain gages**

The four strain gages consisted of 120 Ohm electrical resistance strain gages: two placed near the wheels 10ft-2in from the rear end of the rail beam; and two at located at 14ft-0in from the end of the rail beam (Figure 2). Each pair of strain gages was placed on the outer flange of the rail beam as shown in Figure 3. The strain gages were connected to a Vishay, P3 strain indicator where each of the gages were installed as a quarter-Wheatstone bridge to output uniaxial strain data. Strain gages were balanced ("zeroed") in the baseline condition where the trailer was supported by the tongue jack and wheels.[37]

The strain gages measure in units of microstrain ($\mu$s). For reference, 1200 $\mu$s (1200x10-6 in/in) corresponds to a change in stress equal to the published yield stress of steel of 36,000 psi.

---

[37] Due to the temperature range and shifting sunlight at the inspection location, the strain gage data may shift during the testing. For this reason, the baseline values will not return to "zero" throughout the day.



Figure 2.  Typical strain gage installation (SG1) shown (Exponent photo 2011).



Figure 3.  Location of strain gages at each of the two locations.



Figure 4.   Vishay, Four channel, P3 Strain indicator (Exponent photo 2019).

## Tensioned reference cable

A 1/8 inch diameter steel cable was installed on the rail beam and tensioned at the back bumper and at the front channel running perpendicular to the trailer (Figure 3 above). The distance between the cable and the flange of the rail beam was measured at 5 locations (see Table 5). Measurements were taken utilizing digital calipers (Figure 5). Deformations were computed by computing relative difference between baseline measurements and the lifted sequences described above.

Table 5.   Tensioned reference cable reading locations

| Displacement ID | Distance from end of rail beam |
|---|---|
| D1 | 24'-4" |
| D2 | 18'-10" |
| D3 | 14'-6" |
| D4 | 10'-6" |
| D5 | 2'-8" |



Figure 5.   Example of measurement taken with digital caliper at reference location D5 (Exponent photo 1023).

## Self-leveling laser

A self leveling laser was installed beneath the center of the trailer to provide a level reference plane. Scales were installed at six locations to determine the relative height of the trailer: Two near the front of the rail beam, two at the mid-span of the rail beam, and two at the rear of the rail beam. The use of the level aided both pitch and roll leveling of the trailer.



Figure 6.　　Self leveling laser under trailer (Exponent photo 2008).



Figure 7.　　One of six scales used to level trailer (Exponent photo 2022).

## Digital Indicator

A spring-loaded digital indicator was utilized to measure the racking during the sequences mentioned above. The indicator was anchored to the wood framing just below the door opening; the end opposite to the digital indicator consisted of a lag screw anchored to the wood framing to the top and to the right of the door (Figure 8). The indicator measured the change in length of the diagonal, reading positive for extension and negative for shortening.



Figure 8. Digital indicator installed diagonally across Wright trailer door (Exponent photos 2025 and 2026).

## Crack Gages

A total of 5 crack gages (Figure 9 and Figure 10) were mounted to measure the displacement between the siding and the frames (the distortion of the caulking). The crack gages were installed using a quick setting epoxy putty. Once the epoxy putty had set, the clear tape holding the two halves of the gage in setting alignment was cut to allow for unhindered movement of the gage.



Figure 9.    Typical crack gage installation (crack gage 1 shown) (Exponent photo 2032).



Figure 10.    Approximate crack gage locations.

## Test Results

Results from the lifting sequences are presented in Table 6 through Table 9. Table 10 and Table 11 contain information regarding sensitivity to jacking near the door and weight estimation of the trailer, respectively.

Table 6. Baseline readings

| | | Readings | | |
|---|---|---|---|---|
| | | Baseline | Baseline‡ | Average |
| Strain Gage (μs) | SG1 | 0 | - | - |
| | SG2 | 0 | - | - |
| | SG3 | 0 | - | - |
| | SG4 | 0 | - | - |
| Disp. Readings (in) | D1 | 2.151 | 2.165 | **2.158** |
| | D2 | 2.050 | 2.024 | **2.037** |
| | D3 | 1.812 | 1.853 | **1.833** |
| | D4 | 1.724 | 1.7455 | **1.735** |
| | D5 | 1.960 | 1.9595 | **1.960** |
| Dial Indicator (in) | DI | 0 | - | - |
| Level Disp. Readings | LD1 | **-4 5/16** | - | - |
| | LD2 | **-2 9/16** | - | - |
| | LD3 | **-1 11/16** | - | - |
| | LD4 | **-1/8** | - | - |
| | LD5 | **-1 1/4** | - | - |
| | LD6 | **-2 3/4** | - | - |
| Crack Gages | C1 | - | - | - |
| | C2 | - | - | - |
| | C3 | - | - | - |
| | C4 | - | - | - |
| | C5 | - | - | - |

‡ The second baseline was recorded to verify that the tension reference cable measurements were taken accurately

Table 7.     Test 1

|  |  | Readings | | | |
|---|---|---|---|---|---|
|  |  | **Baseline‡** | **1** | **2** | **3** |
| Strain Gage (µs) | SG1 | 0 | +34 | +28 | +17 |
|  | SG2 | 0 | -14 | -10 | -3 |
|  | SG3 | 0 | +42 | +38 | +244 |
|  | SG4 | 0 | -71 | -80 | -285 |
| Disp. Readings (in) | D1 | **2.158** | 2.054 | Not recorded | 2.054 |
|  | D2 | **2.037** | 1.993 | Not recorded | 2.034 |
|  | D3 | **1.833** | 1.821 | Not recorded | 1.917 |
|  | D4 | **1.735** | 1.741 | Not recorded | 1.995 |
|  | D5 | **1.960** | 1.960 | Not recorded | 2.027 |
| Dial Indicator (in) | DI | 0 | 0.025 | 0.026 | 0.0365 |
| Level Disp. Readings (in) | LD1 | **-4 5/16** | -3 3/16 | Not recorded | -3 1/16 |
|  | LD2 | **-2 9/16** | -2 3/4 | Not recorded | -3 |
|  | LD3 | **-1 11/16** | -2 3/4 | Not recorded | -3 |
|  | LD4 | **-1/8** | -1 3/16 | Not recorded | -2 9/16 |
|  | LD5 | **-1 1/4** | -1 1/2 | Not recorded | -2 5/8 |
|  | LD6 | **-2 3/4** | -1 1/2 | Not recorded | -2 5/8 |
| Crack Gages | C1 | - | No Change | Not recorded | No Change |
|  | C2 | - | No Change | Not recorded | No Change |
|  | C3 | - | No Change | Not recorded | No Change |
|  | C4 | - | No Change | Not recorded | No Change |
|  | C5 | - | No Change | Not recorded | No Change |

‡ Repeated from 'Baseline' for convenience.

1. Recordings prior to installing middle blocking, rear and front blocking installed
2. Recordings after middle blocking installed
3. Recordings after all blocking was installed and trailer leveled.

Table 8.    Test 2

|  |  | Readings | | | |
|---|---|---|---|---|---|
|  |  | Baseline‡ | 1 | 2 | 3 |
| Strain Gage (μs) | SG1 | +18 | +143 | +228 | +10 |
|  | SG2 | -11 | -33 | -137 | +51 |
|  | SG3 | -9 | +384 | +456 | +403 |
|  | SG4 | -30 | -463 | -508 | +(?) 420 |
| Disp. Readings (in) | D1 | **2.158** | Not recorded | 2.150 | 2.058 |
|  | D2 | **2.037** | Not recorded | 2.350 | 2.058 |
|  | D3 | **1.833** | Not recorded | 2.394 | 2.060* |
|  | D4 | **1.735** | Not recorded | 2.489 | 2.130 |
|  | D5 | **1.960** | Not recorded | 2.162 | 2.102 |
| Dial Indicator (in) | DI | 0.0075 | 0.061 | 0.167 | 0.1415 |
| Level Disp. Readings (in) | LD1 | **-4 5/16** | Not recorded | -6 5/8 | -6 5/8 |
|  | LD2 | **-2 9/16** | Not recorded | -5 3/4 | -6 |
|  | LD3 | **-1 11/16** | Not recorded | -6 1/4 | -6 1/4 |
|  | LD4 | **-1/8** | Not recorded | -6 3/16 | -6 1/4 |
|  | LD5 | **-1 1/4** | Not recorded | -6 | -6 1/8 |
|  | LD6 | **-2 3/4** | Not recorded | -6 1/4 | -6 5/16 |
| Crack Gages | C1 | - | No Change | No Change | No Change |
|  | C2 | - | No Change | No Change | No Change |
|  | C3 | - | No Change | No Change | No Change |
|  | C4 | - | No Change | No Change | No Change |
|  | C5 | - | No Change | No Change | No Change |

‡ Strains and displacement indicator were recorded; displacement readings and level displacement readings are repeated from 'Baseline' for convenience.

1. Recordings after rear was lifted, front end on lowered blocking
2. Recordings after rear and front are lifted
3. Recordings after all blocking was installed and trailer leveled.
* Taken 4 inches towards front of trailer from D3 mark

Table 9.    Test 3

| | | Readings | |
|---|---|---|---|
| | | Baseline‡ | 1 |
| Strain Gage (μs) | SG1 | +60 | +67 |
| | SG2 | -12 | +25 |
| | SG3 | +6 | +419 |
| | SG4 | -20 | -450 |
| Disp. Readings (in) | D1 | 2.152 | Not Recorded |
| | D2 | 2.086 | Not Recorded |
| | D3 | 1.978 | Not Recorded |
| | D4 | 1.839 | Not Recorded |
| | D5 | 2.053 | Not Recorded |
| Dial Indicator (in) | DI | -0.025 | 0.112 |
| Level Disp. Readings (in) | LD1 | **-4 5/16** | -6 5/8 |
| | LD2 | **-2 9/16** | -6 1/4 |
| | LD3 | **-1 11/16** | -6 5/16 |
| | LD4 | **-1/8** | -6 1/4 |
| | LD5 | **-1 1/4** | -6 1/8 |
| | LD6 | **-2 3/4** | -6 3/8 |
| Crack Gages | C1 | - | No Change |
| | C2 | - | No Change |
| | C3 | - | No Change |
| | C4 | - | No Change |
| | C5 | - | No Change |

‡ Strains, displacement readings and displacement indicator were recorded; level displacement readings are repeated from 'Baseline' for convenience.

1. Recordings after trailer was fully blocked and leveled

Table 10.   Sensitivity to mid-point jacking

| LD5 displacement (in) | Dial indicator reading (in) |
|---|---|
| -6 | 0.1375 |
| -6 1/8 | 0.131 |
| -6 1/4 | 0.099 |
| -6 3/8 | 0.077 |
| -6 1/2 | 0.0585 |

Table 11.   Truck scale measurements

| Scale | Location | Weight (lbs) |
|---|---|---|
| 1 | Left front | 1185 |
| 2 | Left rear | 1610 |
| 3 | Right rear | 1530 |
| 4 | Right left | 890 |
|  | **Total** | **5215 lbs.** |

## Trailer performance

### General

The jacking sequences utilized by Exponent during field testing did not cause any damage or permanent deformation of the trailer box, rail beams, windows, or door opening. This was verified by the return of the trailer to its original baseline condition after each test, and the visible condition of the trailer prior to and after testing the frame.

### Sensitivity to mid-point jacking

After the completion of Test 2, the trailer was jacked near the left side blocks (near the trailer door). The trailer was lifted only 1/2 inch at this location to observe the sensitivity of the door racking at this point (Table 10). It was observed that with the minor deflection at this location, the racking of the door diminished from 0.1375 inch down to a near-baseline condition.[38] As such, the amount of door racking is sensitive to relative pier heights, but as will be shown later, this has little consequence in the performance of the door's ability to act as a moisture barrier (see Appendix E).

---

[38] The flexibility of travel trailers and the sensitivity of their door openings to elastic racking during installation of the trailer is consistent with the Forest River Owner's Manual which states with respect to leveling "NOTE: If after leveling, the entrance door to the trailer "sticks", you have most likely lifted one side of the trailer excessively, causing a binding condition on the frame. If this condition exists, lower the trailer and relevel to obtain proper balance." [Forest 0002430] Travel trailers are not unique in this regard – the relationship between levelness and operability of doors is common to all buildings, including manufactured housing and conventional site-built houses. While not part of the Shaw contract, the flexibility of manufactured homes and the sensitivity of their window and door openings to racking during installation is also consistent with Federal requirements for mobile home installation, which state in part "The manufactured home must be adequately leveled prior to completion of the installation, so that the homes' performance will not be adversely affected. The home will be considered adequately leveled if there is no more than ¼ inch difference between adjacent pier supports (frame or perimeter) and the exterior doors and windows of the home do not bind and can be properly operated. [Federal Register Vol. 72 No. 202].