FEMA – LYNDON WRIGHT TRAILER

INSPECTION AND TESTING PROTOCOL

Shaw Environmental, Inc.

1. Prior to any jacking or destructive testing: (0.5-1day – 2.5hr in PSC protocol is inadequate)

    a. Inspect and photo document the exterior skin (walls and roof).

    b. Inspect and photo document undercarriage and exposed underside.

    c. Inspect and photo document the interior face of the exterior walls and ceiling.

2. Install trailer on blocks to FEMA specifications (0.5-1day)

    a. To be conducted by personnel familiar with field procedures actually used.

    b. Install dial gages or electronic transducers across discontinuities in exterior envelope; monitor and record readings at each stage of installation procedure.

    c. Photo & video document procedure.

3. Conduct air pressure test with trailer properly installed on blocks. (testing will have to continue for sufficient time to inspect and document all potential areas of leakage)

    a. Document nature and extent of air leakage through trailer envelope using appropriate test methodologies.

4. Shaw objects to jacking by others, and specifically objects to PSC's proposed procedures as apparently being designed to impose loading conditions more severe than those of the actual field procedures. Should any other party be permitted to conduct jacking after Shaw's steps 2 and 3, above, then during such jacking tests, Shaw will:

    a. Install dial gages or electronic transducers across discontinuities in exterior envelope; monitor and record readings at each stage of jacking tests.

    b. Make other measurements, as necessary, at each stage of jacking.

    c. Photo & video document testing.

5. Destructive testing:

    a. Observation and photo documentation of each step of destructive testing.

    b. Remove representative section(s) of roof-wall intersection – approx 1ft in all dimensions.

   c. Remove representative section(s) of wall-wall intersection – approx 1ft in all dimensions.

   d. Remove representative window including the surrounding wall 6in beyond the window frame.

   e. Removal of other samples as identified in the field.