**TRAILER INSPECTION/EXAMINATION SCHEDULE FOR FOREST RIVER PLAINTIFF**

**WEEK 1 (Aug. 3-7)**

DAY 1:  William Scott – 72 hour Walkthrough inspection of door and windows, general unit condition and site suitability.

DAY 2:  Closed (per protocol), no presence

DAY 3:  Closed (per protocol), no presence

DAY 4:  William Scott and Nathan Vallette or Ronnie Troiano - Air Sampling.
Al Mallet – Assisting Pellerin & Sons with Debris Removal appraisal and set-up
Pellerin & Sons – Determining debris removal needs and suitability for dumpster set up
Attorney on Site

DAY 5:  Bill Scott and Nathan Vallette or Ronnie Troiano – Air Sampling, Mold Sampling
Al Mallet – General Inspection
Dave Moore – Frame Inspection
Steve Smulski – General Inspection
Clarke Thibodeaux – Measurements, photographs and inspection
Photographer
Attorney on site
Please note that, immediately after PSC collects their 24 hour samples in the morning, but before any other inspection, measurement, photographing, or mold testing, Forest River will conduct a one hour active air sample.  This sampling is to be conducted in the same manner as PSC's (i.e., all persons will enter the trailer at the same time and shut it immediately, with the windows shut and doors open for the shortest time possible; the trailer will remain in the same condition it was at the point PSC collected its 24 hour sample).

**WEEK 2 (Aug. 10-14)**

DAY 1:  FR Opens up unit per their testing protocol (Member of WD Scott Group to observe)
An RV technician will also be on site in the morning to assess the operational readiness of the A/C unit.

DAY 2:  Open per FR Protocol
In order to complete all air sampling within the week time frame, the A/C unit will be started at 3 p.m., and the unit will be closed for the next 48 hours.

DAY 3:  Unit is closed with HVAC running (no presence)(Possible WD Scott Group observer at switch)
Forest River personnel present to monitor generator; additional fuel to be added to generator as needed,

Day 4:   Unit is closed with HVAC running (No presence)
Forest River will conduct its active air sampling at 3 p.m. and deploy its 24 hour sampling device.

Day 5:   Forest River conducts its Air Sampling.  Bill Scott, Al Mallet and Attorney to observe.
At 3 p.m., Forest River will collect its 24 hour sampling equipment.

**WEEK 3 (Aug. 17-21)**

DAY 1:  HVAC inspection/Blower Door Testing for Plaintiffs, mold swabbing of HVAC system (this mold sampling may preclude the need for additional mold sampling later).
  Ervin Ritter - HVAC
  Paul Lagrange - Blower Door
  Al Mallet – General Oversight
  Photographer – To be determined
  Bill Scott – Mold swabbing and general
  Attorney Aaron Ahlquist

DAY 2:  (Same as Day 1)
  Ervin Ritter – HVAC
  Paul Lagrange – Blower Door
  Al Mallet – General
  Bill Scott – General
  Photographer
  Attorney Aaron Ahlquist

DAY 3:  Forest River HVAC/Blower Door Protocol
  Ervin Ritter – HVAC
  Paul Lagrange – Blower door
  Al Mallet – General
  Attorney

DAY 4:  Forest River HVAC/Blower Door Protocol
  Ervin Ritter – HVAC
  Paul Lagrange – Blower Door
  Al Mallet – General
  Attorney

DAY 5:  Forest River HVAC/Blower Door Protocol
  Ervin Ritter – HVAC
  Paul Lagrange – Blower Door

        Al Mallet – General
        Attorney

**WEEK 4 (Aug. 24 – 28)**

DAY 1:  Electrical Inspection/Testing/Flex Time
        Darrell Hicks – Electrical
        Al Mallet
        Attorney

DAY 2:  Flex (No attendance known at this point)

DAY 3:  Shaw Jacking/HVAC/Blower Door Testing
        Al Mallet – General
        Ervin Ritter – HVAC
        Paul Lagrange – Blower Door
        Dave Moore – Frame Engineering
        Attorney – TBD

DAY 4:  Plaintiff Jacking Protocol
        Al Mallet – General Oversight
        Dave Moore – Jacking
        Photographer - TBD
        Attorney – TBD

DAY 5:  Plaintiff Jacking Protocol
        Al Mallet – General Oversight
        Dave Moore – Jacking
        Photographer – TBD
        Attorney – TBD

**WEEK 5 (Aug. 31 – Sept. 4)**

DAY 1:  Plaintiff Destructive Testing (Also, possible additional mold sampling if necessary)
        Al Mallet – General
        Steve Smulski – Wood
        Bill Scott – General
        Photographer
        Attorney

DAY 2:  Plaintiff Destructive Testing (Possible additional mold sampling if necessary)
        Al Mallet – General

       Steve Smulski – Wood
       Bill Scott – General
       Photographer
       Attorney

DAYS 3-5:  Defense Destructive Testing if Necessary.