```
 1              UNITED STATES DISTRICT COURT

                EASTERN DISTRICT OF LOUISIANA

 2

 3   IN RE:  FEMA TRAILER         MDL NO. 1873

 4   FORMALDEHYDE PRODUCTS        SECTION "N"(4)

 5   LIABILITY LITIGATION         JUDGE ENGELHARDT

 6

 7   This document relates to:  Lyndon T. Wright

 8          v. Forest River, Inc., et al

 9              Docket No. 09-2977

10                  *   *   *

11                  (Volume I)

12       Videotaped Deposition of LAWRENCE

13   G. MILLER, M.D., 118 Upland Road, Waban,

14   Massachusetts 02468, taken at the Law

15   Offices of Frank J. D'Amico, Jr., 622

16   Baronne Street, New Orleans, Louisiana

17   70113, on Tuesday, the 10th day of November,

18   2009.

19

20   REPORTED BY:

21       JAMES T. BRADLE, CCR

         PROFESSIONAL SHORTHAND REPORTERS

22       (504)529-5255

23   VIDEOGRAPHER:

24       BRIAN SOILEAU

         PROFESSIONAL SHORTHAND REPORTERS

25       (504)529-5255
```

```
 1    information that Mr. Wright had had a
 2    tonsillectomy and either concurrent
 3    adenoidectomy or subsequent adenoidectomy?
 4         A    I was aware he had a T & A, as
 5    it's often called in the trade.
 6         Q    Okay.  Were you aware of that in
 7    July of 2009 or did you subsequently become
 8    aware of that?
 9         A    I believe I was aware of it at the
10    time, but I'm not certain.
11         Q    There's no notation of those
12    particular procedures in this report.  Is
13    that simply an oversight?
14         A    Well, to the extent it's important
15    or if it is important, I don't put
16    everything in the report.  But it certainly
17    could have been put in the report.
18         Q    Certainly a surgical intervention
19    in the upper respiratory tract would have
20    been something that was of somewhat
21    significance to you in evaluating
22    Mr. Wright's condition, wouldn't it?
23         A    Not necessarily.
24         Q    The next paragraph down, you state
25    that "Mr. Wright works in maintenance both
```

1    at hotels and for the City of New Orleans."

2    That's what he relayed to you, correct?

3        A    That's correct.

4        Q    Did you review any of Mr. Wright's

5    work records?

6        A    I did not.

7        Q    He stated that "he is not aware of

8    exposure to formaldehyde or other chemicals

9    in his current work or in the past,"

10   correct?

11       A    That's correct.

12       Q    Did you do any independent

13   research or have the attorneys do any

14   independent research into potential

15   exposures in the workplace, occupational

16   exposures that Mr. Wright would have had?

17       A    I did not.

18       Q    As we sit here today, are you

19   aware of any of the chemicals or microbial

20   issues that Mr. Wright may have encountered

21   in his occupational setting?

22       A    He and I talked in general about

23   the sorts of things he used on a regular

24   basis, but he often obviously didn't know

25   the ingredients in these substances.

```
 1        Q    And what did Mr. Wright relate to
 2   you that he used on a regular basis?
 3        A    We talked about various cleaning
 4   materials in particular.
 5        Q    Okay.  Did he give you the brand
 6   name, trade name of any of those materials?
 7        A    I don't believe so, no.
 8        Q    Do you recall what the cleaning
 9   agents were used for that he described using
10   on a regular basis?
11        A    I do not.
12        Q    Would that type of information be
13   reflected in the notes that you would have
14   taken contemporaneously?
15        A    I don't believe so, no.
16        Q    After discussing with Mr. Wright
17   that he did work with certain chemicals at
18   his workplace, did you ever inquire of him
19   to obtain the MSDS sheets for those
20   chemicals?
21        A    I did not.
22        Q    As we sit here today, have you
23   reviewed the material safety data sheets for
24   any of the chemicals Mr. Wright works with
25   or around at the City of New Orleans or the
```

1   Hyatt?

2       A   No.

3       Q   Have you reviewed any documents

4   that relate to the air quality at the City

5   of New Orleans or the Hyatt?

6       A   No.

7       Q   Now, the next paragraph down is

8   the physical examination.  Is this where you

9   actually performed your physical examination

10  of Mr. Wright?

11      A   That's correct.

12      Q   Take me through how the

13  examination was performed and what you

14  found.

15      A   And this is a standard

16  examination.  I don't believe I do it

17  differently from any other physician.  You

18  simply examine system by system, and then

19  note your results.  And I, of course,

20  summarized the results, as you know, in

21  general.  When areas are negative, you don't

22  list the detail.

23      Q   In terms of the upper respiratory

24  area, the head, the ears, the nose, the

25  throat, did you examine all of those areas

1    the medications he was taking and the
2    potential side effects of those medications
3    which may correlate with the symptoms that
4    he's complaining of?
5         A    I did review the medications where
6    he knew the names or where I had the names
7    from the medical records, yes.
8         Q    Okay.  And also, from the pharmacy
9    records?  Did you have pharmacy records to
10   review?
11        A    I don't believe so, no.
12        Q    "No."  In terms of the review that
13   you did perform relative to the medical
14   records, was there anything regarding those
15   medications that stood out to you in terms
16   of potential side effects?
17        A    Not in terms of the primary
18   symptoms that are at issue in this case, no.
19        Q    Okay.  Is dry mouth a side effect
20   of any of the medications that Mr. Wright is
21   taking?
22        A    Dry mouth has been reported with
23   so many medications, it's very difficult to
24   say.  But it's unusual in many
25   circumstances.

1       Q    Okay.  A dry cough?

2       A    I think that occasionally occurs

3   with some medications.  It's not common with

4   the medications he takes.

5       Q    Okay.  Is it a listed side effect

6   of Synthroid, ramipril, the Boniva, Levitra,

7   Cialis, Viagra?  Is it a listed side effect

8   of any of those medications?

9       A    I can't tell you whether -- answer

10  that question.  As you probably know, if you

11  look in the PDR, the side effect lists are

12  often 50 or 100 long.  That doesn't mean

13  they're clinically significant.  They just

14  are required to be listed.

15      Q    They're required to be listed

16  because they are known to occur when someone

17  takes that medication?

18      A    Where they very occasionally or

19  rarely occur, but they're required to be

20  listed.  Again, just the fact, to be clear,

21  the fact that they're listed doesn't mean

22  they're clinically significant.

23      Q    But they're required to be listed

24  because there is research that supports the

25  association between that particular problem

1  and use of that medication?

2      A   No, that's not correct.  That's

3  because they have been reported by patients

4  taking that medication.  That's quite

5  different from research.

6      Q   Okay.  So they're required to be

7  listed because they are side effects which

8  patients have reported to their physicians

9  while actually on these medications?

10     A   Right.  And whether they're

11 correlated with the medications aren't

12 clear.

13     Q   Is rapid heart rate associated

14 with any of these medications?

15     A   I would need to look at those long

16 side effect lists.

17     Q   As we sit here today, have you

18 done that?

19     A   I mean, I certainly looked at the

20 common side effects for these medications,

21 but I don't pretend I looked at every side

22 effect that has been reported, no.

23     Q   Even in the common side effects,

24 is tachycardia a common side effect of any

25 of the medications that Mr. Wright has

1    taken?

2         A    Well, certainly thyroid

3    replacement can cause tachycardia.  It

4    mostly depends on the dose.  While you're on

5    the appropriate dose, if so, tachycardia is

6    unlikely.

7         Q    And if someone is just taking that

8    medication, that's a more likely side

9    effect?

10        A    It depends what dose.  It's all

11   dose dependent.  If you start somebody on a

12   low dose, it's probably not going to happen.

13        Q    Okay.  So it very much depends on

14   the dose that a person is taking?

15        A    The dose and the circumstances,

16   yes.

17        Q    How does Viagra work?

18        A    Viagra is a phosphodiesterase

19   inhibitor it's called that increases blood

20   flow to the genitalia.

21        Q    Is it a vasodilator?

22        A    Among other things, yes.

23        Q    In terms of vasodilation, is it

24   limited in its application to the general

25   region or does it affect the entire body?

1    additional references in the literature.  I
2    don't recall when I looked at each specific
3    article.
4         Q    Okay.  And what references would
5    you have been looking at, if you recall,
6    between the formulation of your initial
7    report and the second report?
8         A    That I don't recall.
9         Q    In terms of the two reports, is
10   the October report intended to supersede the
11   prior July report or should they be read in
12   concert?
13        A    I don't know.  I would have to
14   defer here.  I don't know what's usually
15   done in these circumstances, in these cases.
16        Q    Well, I'm just curious from your
17   own standpoint whether the October report
18   was actually simply to supersede or take the
19   place of your initial report or whether we
20   are to read the two together?
21        A    From my point of view, the later
22   report is more complete, since I had more
23   information.
24        Q    All right. Let's talk a little
25   bit about the October 2nd report.  On Page 6

1   of the report, just above the paragraph
2   wherein you list the complaints that
3   Mr. Wright had, you state that "Mr. Wright
4   was likely exposed to various fungal species
5   while living in the trailer.  Exposure to
6   fungi is associated with exacerbations of
7   upper and lower airways disease, but
8   limitations in the literature do not warrant
9   a causal association."
10           Can you tell me what you meant by
11  that, Doctor?
12      A    Well, very simply, that he was
13  likely exposed to fungi.  Now, we know what
14  the fungi were, you know, a year and some
15  time after he left the trailer.  We can't
16  know with certainty what they were prior to.
17  And there certainly is -- There's no
18  question about a literature existing on
19  fungal toxins' effects on the respiratory
20  tract.
21           But in my understanding, that
22  literature is not definitive at this point.
23  There's a big literature.  It's not exactly
24  clear what does what yet, so that's why I
25  was hesitant to draw any conclusions at that

```
 1   point.
 2        Q    Okay.  When you say it does "not
 3   warrant a causal association," is what
 4   you're saying that if you were called upon
 5   to testify, your testimony would be that
 6   more probably than not there was no causal
 7   association between exposure to fungi in
 8   Mr. Wright's case and any of the symptoms
 9   he's complaining of?
10        A    I wouldn't put it that way.  I
11   would say based on limitations in the
12   literature, we can't comment one way or the
13   other.
14        Q    Okay.  You cannot say more
15   probably than not that fungi caused any of
16   the problems that Mr. Wright is complaining
17   of?
18        A    Right.
19        MR. D'AMICO:
20             Object to the form.  I think it
21   misstates the previous testimony and the
22   sentences in his report.
23        THE WITNESS:
24             But again, I would simply say that
25   the limitations of the literature don't
```

113

1    results of the nasal smear?
2         A    I don't believe I saw -- I have
3    Dr. Spector's records.  I don't believe I
4    saw anything specific there.
5         Q    Okay.  So as we sit here today,
6    you're unaware of whether the nasal smear
7    collected epithelial cells from the actual
8    nasal membrane of the interior nasal cavity
9    of Mr. Lyndon Wright?
10        A    I would have to look back at the
11   records.  I can't recall that as we sit
12   here.
13        Q    And as we sit here, you don't
14   recall that the nasal smear performed by
15   Dr. Spector indicated the presence of normal
16   ciliated columnar epithelial cells?
17        A    I don't recall one way or the
18   other.
19        Q    So you didn't factor that into
20   your opinions in this case in the
21   conclusions that you reached?
22        A    I would have to look back at that.
23   I don't recall one way or the other.  I
24   can't answer your question.
25        Q    Let me ask you this.  In your

```
 1    final conclusion in your October 2nd report,
 2    you state, "In summary, it is my
 3    professional opinion that, within a
 4    reasonable degree of medical probability,
 5    the exposure to formaldehyde emissions
 6    during his approximately 28 months of
 7    residence in the FEMA trailer significantly
 8    exacerbated Mr. Lyndon Wright's
 9    rhinosinusitis," correct?
10         A    That's correct.
11         Q    Is that the only opinion that you
12    hold in this case?
13         A    That's the only one certainly
14    stated here, yes.
15         Q    And so if called upon to testify,
16    the only causal link that you can draw to
17    any of Mr. Wright's symptomatology is that
18    you believe exposure to some level of
19    formaldehyde caused an exacerbation of his
20    rhinosinusitis?
21         A    That's what's stated here, yes.
22         Q    All right, Doctor.  Mr. Ahlquist
23    has been kind enough to furnish us with some
24    of the invoices that you have provided to
25    the plaintiffs in this matter.  I would like
```

118

1    you actually spend testifying or is it, as
2    Dr. Spector said, from portal to portal,
3    from the time you leave your home until the
4    time you get home?
5         A    No, for me, it's for the time
6    testifying.
7         Q    I notice that there's no reference
8    to pulmonary disorders in your report.  Is
9    it a true statement that you didn't diagnose
10   Mr. Wright with any pulmonary disorder?
11        A    Let me be clear and see if I
12   understand what you mean.  Mr. Wright
13   certainly has some pulmonary symptoms.  Is
14   that what you mean?
15        Q    My question, again, may be
16   inartful, but I'm simply asking, did you
17   diagnose him with any pulmonary disorder?
18        A    With a specific pulmonary
19   diagnosis, I think is what you mean?
20        Q    Yes.
21        A    I did not.
22        Q    Other than rhinosinusitis, did you
23   diagnose any other condition, syndrome or
24   other medical issue with respect to
25   Mr. Wright?

```
 1         A    He has a number, obviously, of
 2    other illnesses that I believe are not
 3    relevant here, but the answer to your
 4    question is, putting those aside, no.
 5         MR. BONE:
 6              At this point, I'm going to look
 7    over my notes and hand him off to the other
 8    attorneys.
 9              With respect to the documents we
10    have requested, obviously, we will
11    reschedule at a mutually convenient time
12    after we have had the opportunity to look
13    through the medical records that the doctor
14    has reviewed and his notes and any other of
15    the documents that may be contained in his
16    file, whether that be a written, you know,
17    notes relating to phone calls or the intake
18    notes relating to Mr. Wright himself.
19         MR. D'AMICO:
20              That's fine.  Also, there are some
21    documents that we do not have, some
22    deposition testimony that has never been
23    provided to us, for instance, and obviously
24    we would like him to look at those as well.
25         MR. BONE:
```