```
00001
   1            UNITED STATES DISTRICT COURT
   2            EASTERN DISTRICT OF LOUISIANA
   3
   4  IN RE:   FEMA TRAILER       MDL NO. 1873
   5  FORMALDEHYDE PRODUCTS       SECTION "N"(5)
   6  LIABILITY LITIGATION        JUDGE ENGELHARDT
                                  MAGISTRATE CHASEZ
   7
   8                  *   *   *
   9             (RE:   DUBUCLET)
  10
  11
  12       Videotaped Deposition of LAWRENCE
  13  G. MILLER, M.D., 118 Upland Road, Waban,
  14  Massachusetts 02468, taken at the Law
  15  Offices of Frank J. D'Amico, Jr., 622
  16  Baronne Street, 3rd Floor, New Orleans,
  17  Louisiana 70113, on Tuesday, the 22nd day of
  18  September, 2009.
  19
  20  REPORTED BY:
  21       JAMES T. BRADLE, CCR
           PROFESSIONAL SHORTHAND REPORTERS
  22       (504)529-5255
  23  VIDEOGRAPHER:
  24        MICHAEL BERGERON
           PROFESSIONAL SHORTHAND REPORTERS
  25       (504)529-5255
```

```
00012
 1 notice, a copy of which is going to be
 2 annexed to the deposition as Miller
 3 Exhibit 1.
 4           And, Dr. Miller, as you know, you
 5 have the right to read and sign this
 6 deposition prior to the time the reporter
 7 seals the original.  Would you like to read
 8 and sign or will you waive that right?
 9      MR. D'AMICO:
10           Why don't we reserve that until
11 after the deposition.
12      MR. HINES:
13           All right, sir.
14 EXAMINATION BY MR. HINES:
15      Q    Would you tell us, please, sir,
16 your full name, where you live, and by whom
17 you are employed?
18      A    My name is Lawrence G. Miller.  I
19 live at 118 Upland Road in Waban,
20 Massachusetts.  I'm employed by Mediphase.
21      Q    Tell us what Mediphase is, please,
22 sir.
23      A    Mediphase is a company that
24 invests in healthcare companies, primarily
25 biotechnology companies.
```

```
00014
 1 small companies, also in this general area.
 2           In 1997, I moved to Hambrecht and
 3 Quist Capital Management.  And then in 1999,
 4 with a partner, I founded Mediphase, and I
 5 have been working for Mediphase since that
 6 time.
 7      Q    With respect to the point in time
 8 that you started consulting with business
 9 and got out strictly of what I would call
10 practicing medicine, when did that actually
11 occur?
12      A    Well, you know, I continued --
13 Again, during my time at Tufts, I did
14 clinical work and I continued clinical work,
15 in fact, and continued to see patients until
16 about a little over four years ago.  I still
17 continue teaching at the Massachusetts
18 General Hospital.
19      Q    What percentage of your time while
20 you were at Tufts -- And I'm trying to pick
21 a date here, because I see that in 1990 and
22 '91, you write that you were a senior
23 consultant and director of clinical
24 information at HPR, Inc., in Boston?
25      A    That's correct.
```

```
00015
 1     Q    And what was HPR?
 2     A    That's a company that produced
 3 products for healthcare companies.
 4     Q    Right.  So I call that not
 5 directly practicing medicine, if you will,
 6 if you can use that as a term.  You were not
 7 clinically seeing patients when you were
 8 employed at HPR, as a result of your
 9 employment at HPR?  Let me put it that way.
10     A    No, I continued to work at Mass
11 General Hospital part-time, that's correct.
12     Q    And that's what I was trying to
13 get to, the percentage of time you were
14 dividing between your time at Mass General
15 on the one hand and your time at HPR on the
16 other.
17     A    It would vary between 10 and
18 20 percent at Mass General.
19     Q    All right.  So anywhere from 90 to
20 80 percent at HPR?
21     A    That's correct.
22     Q    Incidentally, do you know -- I
23 don't know whether he's still there -- Chief
24 of Surgical Pathology Robin Young by chance?
25     A    Oh, gosh.  It's been years.  I'm
```

```
00016
    1 not sure he's still there.
    2      Q    Okay.  How about Gene Mark?  Do
    3 you know Gene Mark?
    4      A    Oh, I remember Gene very well.
    5 Now, Gene is retired, but he still comes in,
    6 I think.  I have seen him in the halls, so
    7 he must be coming in.
    8      Q    If we look at the point in time
    9 where you began to do work outside of your
   10 employment at Mass General, that would be
   11 around 1990 or '91 with HPR?
   12      A    Well, again, just to be precise,
   13 in the late eighties I was primarily at
   14 Tufts --
   15      Q    At Tufts.
   16      A    -- rather than Mass General, and
   17 then moved back to Mass General.
   18      Q    All right.  And so is it 1990 or
   19 '91 that you got into the business side, if
   20 you will, of medicine?
   21      A    That's correct.
   22      Q    All right.  And then you were with
   23 HPR until when?
   24      A    1996.
   25      Q    All right.  And tell us again what
```

```
00017
 1 HPR does.
 2     A    Or did.  The company no longer
 3 exists.  It has been sold for many years.
 4 It produced products that were used by
 5 healthcare companies.
 6     Q    And what kind of products were
 7 those?
 8     A    Those were primarily information
 9 products.
10     Q    Such as?
11     A    Such as products that helped
12 physicians make decisions.
13     Q    And again, tell me what that would
14 be.  Is that a software type program or what
15 is it?
16     A    Both written and software.
17     Q    All right.  And what kind of
18 decisions?
19     A    Primarily clinical decisions.
20     Q    With respect to what?
21     A    Well, it's a fairly broad range.
22 It's managing patients in terms of
23 appropriateness of test use, for example,
24 appropriateness of medication use.  It's
25 fairly broad.
```

```
00018
 1       Q    With respect to any type of
 2  discipline or a particular type of
 3  discipline within medicine?
 4       A    No, it was very broad.
 5       Q    All right.  Did it have any sort
 6  of specialty within medicine itself other
 7  than assist in the decision/treat process,
 8  if you will, of making clinical and
 9  pharmacological decisions?
10       A    No, it did not.
11       Q    What happened to HPR in 1996?
12       A    It was sold.
13       Q    And sold to whom?
14       A    A company called McKesson.
15       Q    All right.  And did you become
16  employed by McKesson?
17       A    I did not.
18       Q    All right.  And who did you become
19  employed by at that time?
20       A    A company called Avicenna.
21       Q    And what did Avicenna do?
22       A    Pretty much the same thing.
23       Q    Where was Avicenna located?
24       A    In Cambridge, Massachusetts.
25       Q    And with respect to your work at
```

```
00019
 1 Avicenna and your clinical work that you may
 2 have been participating in at that period of
 3 time, what percentage of your time was
 4 devoted to Avicenna on the one hand and any
 5 clinical work on the other?
 6     A    It stayed pretty constant.  It
 7 varied from week to week and month to month
 8 between 10 to 20 percent on the clinical
 9 side.
10     Q    On the clinical side or on the
11 Avicenna side?
12     A    On the clinical side, 10 to
13 20 percent.
14     Q    All right.  So 10 to 20 percent on
15 the clinical side, 80 to 90 percent on the
16 Avicenna side?
17     A    That's correct.
18     Q    And the Avicenna side, once again,
19 was in the business of helping physicians
20 determine what type of medication to use for
21 patients, what kind of clinical decisions to
22 make for patients?
23     A    Right.  Decision support it's
24 often called.
25     Q    Decision support.  When you were
```

```
00022
  1      A    The latter.
  2      Q    Do you recall approximately what
  3 your -- not that it matters that much, but
  4 approximately what your annual income would
  5 have been at Mass General in the nineties?
  6      A    I do not.
  7      Q    Compared to what you were
  8 receiving on what I would call the private
  9 sector, on the business sector of your
 10 practice, what would the percentage of your
 11 income from your clinical/consulting work at
 12 Harvard in the nineties be as contrasted
 13 with what you were making at HPR or Avicenna
 14 on the other hand?
 15      A    The clinical side was
 16 substantially less.  I don't know the
 17 specific numbers or percentage.
 18      Q    Would it be less than 10 percent?
 19      A    I don't know the answer to that.
 20      Q    I was looking at your publications
 21 and it appeared that the last time -- Well,
 22 in the last 15 years, you have only authored
 23 one publication, and that was in 1997; would
 24 that be correct?
 25      A    It's probably correct.  I can't
```

```
00023
   1  remember the exact numbers, but I have not
   2  published regularly since the early
   3  nineties.
   4       Q    All right.  With respect to the
   5  publications that you did author, whether
   6  they were books, chapters, brief reviews or
   7  medical articles, what was the general
   8  subject matter of those publications, if
   9  that's possible to quantify like that?
  10       A    Broadly speaking, pharmacology.
  11       Q    Have you ever published on
  12  formaldehyde?
  13       A    I have not.
  14       Q    Other than your engagement in this
  15  case, have you ever been associated with
  16  research, review or analysis of a
  17  formaldehyde-related disease?
  18       A    I have not.
  19       Q    You left Avicenna in 1997, and
  20  then you became senior vice president of
  21  Quist Capital Management -- Hambrecht and
  22  Quist Capital Management; is that right?
  23       A    That's correct.
  24       Q    And did you continue to stay on at
  25  Harvard during that period of time or did
```