1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4

5

6    IN RE:  FEMA TRAILER        MDL NO. 1873

7    FORMALDEHYDE PRODUCTS       SECTION "N"(4)

8    LIABILITY LITIGATION        JUDGE ENGELHARDT

9

10                    *   *   *

11

12        VIDEOTAPED DEPOSITION OF LYNDON WRIGHT,

13    3417 SOUTH CLAIBORNE AVENUE, APARTMENT 5,

14    NEW ORLEANS, LOUISIANA 70113, TAKEN AT THE

15    OFFICES OF FRANK D'AMICO, 622 BARONNE

16    STREET, NEW ORLEANS, LOUISIANA 70130, ON THE

17    10TH DAY OF JULY, 2009.

18    REPORTED BY:

19        CATHY RENEE´ POWELL, CCR

          PROFESSIONAL SHORTHAND REPORTERS

20        (504)529-5255

21    VIDEOGRAPHER:

22        BRIAN SOILEAU

          PROFESSIONAL SHORTHAND REPORTERS

23        (504)529-5255

24

25

1    electrical problem, did they resolve it to

2    your satisfaction?

3         A.   Yes, they did.

4         Q.   Did they tell you what the problem

5    was as to why the power would cut in and

6    out?

7         A.   He said the lip of one of the

8    electrical connections had burned and it

9    wasn't keeping a -- you know, couldn't make

10   a secure connection.  So every time I would

11   push it back, I was -- you know, it just

12   wasn't making a good connection.  So a

13   little bump would have made it do that.

14        Q.   And they resolved that problem for

15   you?

16        A.   They did.

17        Q.   Now, the rain coming in, you

18   hadn't mentioned that before.  When did that

19   issue first occur?

20        A.   That occurred before the

21   electrical problem started.  It had been

22   going on for a while and it only got worse

23   and worse, so I started telling my mom to

24   call and complain about it.

25             But the guy who came to look at

1          A.   Yes.

2          Q.   Was there any other area of the

3    unit that you observed a leak emanating from

4    or water coming from?

5          A.   No.

6          Q.   Did the water -- when you first

7    noticed the water leak related to the door,

8    did that come before the smell or did it

9    come after the smell that you noticed the

10   water leak at the door?

11         A.   It was after the smell.

12         Q.   You smelled the smell first and

13   then there was a water leak at the door?

14         A.   Yes.

15         Q.   And so by virtue of that, you

16   didn't notice a water leak at the door until

17   after the winter of 2006?

18         A.   After the winter of 2006?

19         Q.   Right.

20         A.   Yeah.  Because it was a hard rain

21   and that's when I really noticed it.

22         Q.   Was the discovery of the smell and

23   the leak -- the discovery of the smell and

24   the discovery of the leak, were they close

25   in time to one another?

1      A.   Close in time, I would have -- I

2   noticed the rainwater about two or three

3   months after I really, you know, paid

4   attention to the smell.

5      Q.   So in the winter of '06, you

6   noticed the smell, and two to three months

7   later, you notice that there's a water leak

8   at the door?

9      A.   Yes.

10     Q.   When you smelled the smell in the

11  wintertime, did you take any steps to limit

12  the smell, to get rid of the smell?

13     A.   Yeah, pretty much tried to clean

14  up, use deodorizers and stuff like that

15  because I just couldn't pinpoint where it

16  was coming from.  So I would just

17  thoroughly, like I say, use carpet

18  deodorizer to just get that smell -- I

19  didn't know where the smell was coming from.

20     Q.   What type of carpet deodorizer did

21  you use, like a Renuzit or something like

22  that?

23     A.   Carpet deodorizer, household type.

24     Q.   Sure.  The kind you spray on?

25     A.   No, not the spray-on, the powder.

1    is and stuff?

2        Q.   Yes.   When you unhitch it from a

3    truck, that would be either what would fold

4    out or you could put it under the tongue so

5    that it doesn't tip over or whatever.

6            Was that folded out, or anything

7    up underneath the tongue that was supporting

8    any weight of the trailer at the time you

9    saw it on February 13, 2006?

10       A.   I don't recall that.

11       Q.   You don't remember seeing a jack

12   anywhere under the trailer --

13       A.   All I remember is seeing a big

14   blue knob like you sit it on a truck and the

15   truck would take it.   I didn't see, like, no

16   jack or nothing.

17       Q.   Okay.   The knob being where the

18   hitch goes, right?

19       A.   Yes.

20       Q.   Okay.   Was the trailer level at

21   the time you inspected it or participated in

22   the inspection on February 13, 2006?

23       A.   What about?

24       Q.   Was it level?

25       A.   Yes.

```
 1          Q.   Okay.  Did it stay level during
 2    the time that you occupied it?
 3          A.   No.  It had shifted and the rain
 4    started coming in through the door.
 5          Q.   Okay.
 6          A.   The trailer had shifted.
 7          Q.   Okay.  We'll talk about that in a
 8    moment.
 9               But at the time you first
10    participated in this inspection, it was
11    level at that time, right?
12          A.   Yes.
13          Q.   Okay.  Could you see the metal
14    frame underneath the trailer?
15          A.   Yes, you could see it, yes.
16          Q.   That's the piece of metal or the
17    pieces of metal that actually sit on the
18    concrete blocks, okay, you could see that?
19          A.   Yes.
20          Q.   Was it straight, as far as you
21    saw?
22          A.   As far as I could see.
23          Q.   Do you remember what the weather
24    was like the day that you inspected or
25    participated in an inspection, February 13,
```

1          A.    Maybe, yes.

2          Q.    Okay.  So that having been said,

3     this March 19 is probably the first time

4     out, right?

5          A.    Probably.

6          Q.    Did the maintenance crew fix the

7     furnace problem, as far as you knew, when

8     they came out on March 19, 2006?

9                Let me ask you a better way.  Did

10    you think they had fixed it when they left

11    on March 19, 2006?

12         A.    Yes, because it was working.

13         Q.    And that's why you signed off on

14    the maintenance form, right?

15         A.    Yes.

16         Q.    Okay.  You mentioned the leak

17    around the door.  First of all, was the leak

18    occurring under the door like rainwater was

19    getting pushed over the threshold or was it

20    coming from the top, the sides, what is your

21    recollection?

22         A.    It came over the top.

23         Q.    Over the top?

24         A.    Uh-huh.

25         Q.    Okay.  Was there a gap there that

1    you could see daylight through?

2         A.   Yes.

3         Q.   Okay.  When did that start?

4         A.   I would have to say I noticed it

5    in '07.

6         Q.   Okay.  Do you remember roughly

7    about what part of '07?

8         A.   No.

9         Q.   I believe earlier you told me that

10   the trailer had become off level and that

11   that was related to the water starting to

12   come in over your door, right?  Or am I

13   mixing these things up?

14        A.   I'm not -- I assumed that's why

15   the water was coming through there because I

16   could see more daylight than I usually did.

17   And when it rained, it would come through

18   the door.  Which would clearly be that it

19   shifted.

20        Q.   Did you know that the trailer had

21   come off level prior to noticing the rain

22   coming in over the door or is the fact that

23   rain was coming in over the door what told

24   you that the trailer had shifted?

25        A.   Well, to tell you the truth, I

1    noticed daylight out the door before it

2    really rained, but when it rained hard,

3    that's what really made me know that it

4    wasn't really sealed because the water would

5    just push in.

6         Q.   Okay.  And seeing the daylight is

7    what told you that the trailer had moved

8    around a little bit?

9         A.   Yes, I knew it had shifted.

10        Q.   Okay.  It wasn't like the trailer

11   was off level to the point where you could

12   feel it rocking or things were rolling

13   around or anything like that?

14        A.   No, sir, not like that.

15        Q.   Were there any other leaks besides

16   the one over the door?

17        A.   None that I saw.

18        Q.   Okay.  Did you do anything to try

19   to fix that leak?

20        A.   No.

21        Q.   Did you call the maintenance line

22   about it?

23        A.   Yes, I did.

24        Q.   Okay.  And what did they do about

25   it?

1        A.   Well, the maintenance line, I

2   didn't call.  I let the maintenance people

3   that came out and, like, did the checklist

4   know.

5             I mean, I never actually called

6   the line about that specific problem.

7        Q.   Okay.

8        A.   I mean, I let the maintenance

9   people know about it.  But my mom, I think

10   my mom should have made an initial call

11   about that.

12        Q.   You told your mom that this was

13   starting to happen?

14        A.   Uh-huh.

15        Q.   And you expected she would call

16   because she is really the applicant?

17        A.   Yeah, exactly.

18        Q.   And did she tell you what sort of

19   response she got out of the maintenance

20   line?

21        A.   Somebody was supposed to give her

22   a call back.

23        Q.   And did that ever happen?  Not to

24   your knowledge?

25        A.   It was like that since I moved

1    out.  I mean, until I moved out.

2         Q.   The door was still leaking?

3         A.   Yes.

4         Q.   Okay.  And did the gap over the

5    door get any worse over time?

6         A.   It appeared to have, yes.

7         Q.   It grew?

8         A.   Yes.  You could see the door

9    actually lean if you were standing outside

10   the trailer.

11        Q.   So the door was not square with

12   the doorjamb, right?  The piece of frame

13   around the door and the door itself were no

14   longer square with each other, right?

15        A.   Exactly.

16        Q.   You said you told maintenance guys

17   who happened to be out there about that

18   problem, right?

19        A.   Yes.

20        Q.   And I believe you said that some

21   months, they would miss you and some months,

22   they would catch you, right?  So, obviously,

23   you had that conversation on a day when they

24   happened to catch you at the trailer during

25   their monthly inspection, right?

```
 1    was there.
 2          Q.   Okay.  Did you know that Mr. Scott
 3    or someone from his group was going to come
 4    by and take pictures of your trailer?
 5          A.   Who?
 6          Q.   Mr. Scott, Bill Scott.  Have you
 7    ever met Mr. Scott?
 8          A.   I don't recall.
 9          Q.   Okay.  It looks to me like the
10    door is slightly ajar.  Do you see that?  It
11    looks like it's slightly open?
12          A.   That's the way it's leaning.
13          Q.   That's the way it's leaning?
14    That's what led the -- caused the leak that
15    we've been talking about, right?
16          A.   Yes.
17          Q.   Did you ever notice whether air
18    was moving in or out of the trailer through
19    that gap in the door?
20          A.   No, I didn't notice.
21          Q.   You moved out of the trailer in
22    July 2008, right?
23          A.   Yes.
24          Q.   Why did you move out?
25          A.   It was the deadline for trailers
```