1

2

    IN THE UNITED STATES DISTRICT COURT

3

    FOR THE EASTERN DISTRICT OF LOUISIANA

4

5

6

IN RE:  FEMA TRAILER   *  MDL NO. 1873

7 FORMALDEHYDE PRODUCTS  *  SECTION:N(5)

LITIGATION     *

8            *

            *

9 THIS DOCUMENT RELATES TO: *

LYNDON T. WRIGHT V.   *

10 FOREST RIVER, INC., ET AL., *

DOCKET NO. 09-2977   *

11            *

*******************************

12

13

14

15

16    DEPOSITION OF BOBBIE R. WRIGHT, 15406 Blue

17 Ridge Drive, Missouri City, Texas, taken in the

18 offices of Reich & Binstock, LLP, 4265 San Felipe

19 Street, Ste. 1000, Houston, Texas, on Tuesday, the

20 5th day of January 2010.

21

22

23

24

25

1   wasn't, so...

2        Q.   When you saw it wasn't, what do you mean by

3   that?

4        A.   Because people went in it, in the house.

5        Q.   People broke into the home on -- at 2315

6   Seminole Lane?

7        A.   Yes.

8        Q.   And they stole -- what did they steal?

9        A.   Well, they had stuff that was packed.  You

10  know, stuff that was in the house that was gathered

11  up that wasn't destroyed, and it was still in there.

12       Q.   And was that stolen?

13       A.   Yeah.

14       Q.   Was there ever a point in time when someone

15  attempted to break into the travel trailer?

16       A.   Yeah, somebody did try to break in the

17  travel trailer.

18       Q.   And tell -- and tell me about that.

19       A.   I wasn't there then, but you could -- I

20  think they -- I think they got into the trailer.

21  Kind of like pried it, not breaking the lock, but

22  could pry it --

23       Q.   Uh-huh.

24       A.   -- some kind of way.

25       Q.   They attempted to pry the door open to gain

1     entry into the travel trailer?

2          A.   Uh-huh.

3          Q.   Is that a "yes"?

4          A.   Yes.

5          Q.   And do you recall when that happened?

6          A.   That must have been -- that was just -- I

7     think that was last '08.  That might have been

8     around the beginning of '08.

9          Q.   Did they manage to steal anything from the

10    travel trailer?

11         A.   That's what I'm trying to think.  I really

12    -- I think they did take some -- something like

13    utensils and stuff.  Yeah, they did.

14         Q.   There was a television and maybe a laptop

15    computer in there.  Were they stolen, or were they

16    left alone?

17         A.   No.  I think the laptop was up under the

18    seat, like in the kitchen.  You can raise that up.

19         Q.   Uh-huh.

20         A.   I think the laptop was under there.  I

21    don't know.  I don't think they stole the laptop.

22         Q.   Okay.  So that was still while Mr. Wright

23    was living --

24         A.   Yeah, he was -- he was still there.  It was

25    just about getting close to the time where he was

1    specific period of time.

2        A.   Not that I can put my hands on, no.

3        Q.   All right.  So to the best of your

4    recollection, you lived continuously for a two-month

5    period between 2007 and 2008 in this travel trailer?

6        A.   Yeah.

7        Q.   Were there any other periods of time that

8    you were at the travel trailer for an extended

9    period of time, say, for more than one evening?

10       A.   Yeah.

11       Q.   Okay.  And how many times did you stay at

12   the travel trailer for more than a day?

13       A.   How many times?

14       Q.   Yes, ma'am.

15       A.   A few times, I stayed more than a day.

16   I've been there and stayed a week.  Been there and

17   stayed two weeks.

18       Q.   Well, you told us this morning the first

19   time that you were actually -- that you actually

20   laid eyes on this trailer was December of 2006,

21   correct?

22       A.   That was the first time I went there was

23   for Christmas.

24       Q.   Correct.  And you told us that you stayed

25   in a -- in a hotel during that visit --

1       A.    Hotel.

2       Q.    -- correct?

3       A.    Yeah, that's right.  We did stay in a

4    hotel --

5       Q.    All right.

6       A.    -- then.  That's right.

7       Q.    The next time that you came to New Orleans

8    was when?

9       A.    And I think the next time was for

10   Thanksgiving of '07.

11      Q.    Okay.  So November of 2007.  Did you stay

12   in the travel trailer at that time?

13      A.    Yes.

14      Q.    And how long did you stay in New Orleans?

15      A.    About a week and a half.

16      Q.    Okay.  About ten days.  Did anyone else

17   stay with you during your November 2007 visit?

18      A.    My daughter and my grandson, yeah.

19      Q.    So there were four of you in the trailer at

20   that point in time?

21      A.    Yes.

22      Q.    When was the next occasion that you had to

23   come back to New Orleans?

24      A.    I guess that was when I stayed a couple of

25   months.  I'm not -- I'm not -- between -- I know I

```
 1    went back for that Thanksgiving of 2007, but I don't
 2    think I had been there and stayed.  So it had to be
 3    '08 when I stayed a little while.  I don't know what
 4    months.
 5         Q.   Do you recall --
 6         A.   It was-- it might -- I think it was during
 7    the summer.  I think it was during the summer of,
 8    I'm going to say '08.
 9         Q.   So your best recollection is that you
10    stayed the two months sometime during the summer of
11    2008?
12         A.   Uh-huh.
13         Q.   Yes?  After that two-month period, was
14    there ever another time that you stayed in the
15    travel trailer?
16         A.   I don't think I was back since then.
17         Q.   Okay.  So what you've told us about is
18    December of 2006 you stayed in a hotel.  November
19    of 2007, you spent ten days in a travel trailer.
20    And in the summer of 2008, you spent about two
21    months in a travel trailer, correct?
22         A.   Uh-huh.  If that's the date.  It's
23    somewhere -- it was sometime or another.  I'm not
24    sure exactly, but it was -- I'm trying to -- it had
25    to be '08.  It had to be.
```

```
 1    2000 -- this is 2009.   2008.  I'm trying to think.

 2    I'm not -- I'm not sure.

 3        Q.   Okay.  Let me ask you another question:

 4    How did you -- it didn't happen while you were

 5    there, right?

 6        A.   No.

 7        Q.   Okay.  How did you learn about it?  About

 8    the incident where the trailer was broken into?

 9        A.   Lyndon told me.

10        Q.   Okay.  Did he -- did he tell you over the

11    telephone or in person?

12        A.   I'm trying to think about that because --

13    oh, I know what it was.  Lyn had moved out of the

14    trailer.  I think he had moved out of the trailer.

15    I think he had moved out or was -- was moving out.

16    I think that's how that happened.

17             He was moving out to his other apartment,

18    and they still had some things in the trailer.  And

19    I think we went back to get something, and somebody

20    had gone in there.  That's -- that's -- that's the

21    way I think that happened.

22        Q.   Okay.  So that -- that obviously would have

23    been after the time you stayed there for two months?

24        A.   Right.

25        Q.   Okay.
```

```
 1       A.   It was, yeah.  Because I know we came there

 2  from his other apartment, we came, and somebody had

 3  broken in there, yeah.  That -- that's the way that

 4  happened.

 5       Q.   Okay.  And were you helping Mr. Wright move

 6  his stuff into his new apartment?

 7       A.   Yeah.  Yeah.  Yeah.

 8       Q.   Okay.  And you knew somebody had broken in

 9  because you could see that the door was damaged,

10  right?

11       A.   Right.

12       Q.   Okay.  The trailer was still at -- behind

13  your house, right?

14       A.   It was still there, yeah.  They hadn't

15  picked it up yet.

16       Q.   All right.  You mentioned that you were

17  present when FEMA inspected your house.  Do you

18  recall telling Mr. Bone that?

19       A.   Yeah.

20       Q.   And that was late in 2007, right?

21       A.   It could have been.  Whenever they say it

22  was, I guess that's when it was.

23       Q.   Okay.  Was that at the same time that you

24  were staying over Thanksgiving of 2007 in the

25  trailer?
```