UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER       * | | MDL NO. 1873 |
|     FORMALDEHYDE       * | | |
|     PRODUCTS LIABILITY    * | | |
|     LITIGATION        * | | SECTION:  N(5) |
|                                  * | | |
| This Document Relates to:  *Lyndon T. Wright  v.*   * | | JUDGE: ENGELHARDT |
| *Forest River, Inc., et al*, Docket No. 09-2977    * | | |
|                                  * | | MAG: CHASEZ |

******************************************************************************

### FOREST RIVER, INC.'S MOTION TO EXCLUDE CERTAIN COMMENTS

**NOW INTO COURT**, through undersigned counsel, comes defendant Forest River, Inc., ("Forest River") who, for the reasons more fully set forth in the supporting memorandum attached hereto and incorporated herein as if reproduced *in extenso*, respectfully moves this Honorable Court to exclude certain comments.  Pursuant to the Court's request, undersigned counsel has contacted counsel for plaintiff, and plaintiff opposes this motion.

Respectfully submitted,

/s/  Jason D. Bone
ERNEST P. GIEGER, JR. (La. Bar Roll No. 6154)
JASON D. BONE (La. Bar Roll No. 28315)
CARSON W. STRICKLAND (La. Bar Roll No. 31336)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*ATTORNEYS FOR FOREST RIVER, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of February, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/  Jason D. Bone
JASON D. BONE