```
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF LOUISIANA
 3
 4
 5   IN RE:  FEMA TRAILER          *   Docket MDL 1873 "N"
     FORMALDEHYDE PRODUCTS         *
 6   LIABILITY LITIGATION          *   New Orleans, Louisiana
                                   *
 7   THIS DOCUMENT IS RELATED TO:  *   September 24, 2009
                                   *
 8   CHARLIE AGE, ET AL V          *   8:30 A.M.
     GULF STREAM COACH, INC.,      *
 9   ET AL, DOCKET NO. 09-2892;    *
     ALANA ALEXANDER, INDIVIDUALLY *
10   AND ON BEHALF OF              *
     CHRISTOPHER COOPER            *
11   * * * * * * * * * * * * * * *
12                              DAY 9
                 JURY TRIAL PROCEEDINGS BEFORE THE
13                 HONORABLE KURT D. ENGELHARDT
                    UNITED STATES DISTRICT JUDGE
14
15   APPEARANCES:
16
     For the Plaintiffs:          Gainsburgh, Benjamin, David,
17                                  Meunier & Warshauer
                                  BY:  GERALD E. MEUNIER, ESQ.
18                                1100 Poydras Street
                                  Suite 2800
19                                New Orleans, Louisiana 70163
20
                                  The Buzbee Law Firm
21                                BY:  ANTHONY G. BUZBEE, ESQ.
                                  JP Morgan Chase Tower
22                                600 Travis, Suite 7300
                                  Houston, Texas  77002
23
24
25        JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
26  UNITED STATES DISTRICT COURT              EASTERN DISTRICT OF LOUISIANA
```

```
 1     APPEARANCES:
 2     For the Plaintiffs:          Watts Guerra Craft
                                    BY:  MIKAL C. WATTS, ESQ.
 3                                  Four Dominion Drive
                                    Building Three, Suite 100
 4                                  San Antonio, Texas   78257
 5
                                    Hilliard Munoz Guerra
 6                                  BY:  ROBERT C. HILLIARD, ESQ.
                                    710 S. Shoreline Boulevard #500
 7                                  Corpus Christi, Texas   78401
 8
                                    CHRIS PINEDO, ESQ.
 9                                  Attorney at Law
                                    802 North Carancahua
10                                  Suite 2250
                                    Corpus Christi, Texas   78470
11
12     For Gulf Stream Coach:       Duplass, Zwain, Bourgeois
                                      & Morton
13                                  BY:  ANDREW D. WEINSTOCK, ESQ.
                                    BY:  JOSEPH G. GLASS, ESQ.
14                                  3838 N. Causeway Blvd.
                                    Suite 2900
15                                  Metairie, Louisiana 70002
16
                                    Scandurro & Layrisson
17                                  BY:  TIMOTHY SCANDURRO, ESQ.
                                    607 St. Charles Avenue
18                                  New Orleans, Louisiana   70130
19
       For Fluor Enterprises:       Middleberg, Riddle & Gianna
20                                  BY:  CHARLES R. PENOT, JR., ESQ.
                                    BY:  RICHARD A. SHERBURNE, ESQ.
21                                  BY:  SONIA MALLETT, ESQ.
                                    717 North Harwood
22                                  Dallas, Texas   75201
23
24
25            JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
26     UNITED STATES DISTRICT COURT              EASTERN DISTRICT OF LOUISIANA
```

```
 1     APPEARANCES:
 2
       Official Court Reporter:    Jodi Simcox, RMR, FCRR
 3                                 500 Poydras Street
                                   Room HB-406
 4                                 New Orleans, Louisiana 70130
                                   (504) 589-7780
 5
 6
 7
 8     Proceedings recorded by mechanical stenography, transcript
 9     produced by computer.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25            JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
26     UNITED STATES DISTRICT COURT                EASTERN DISTRICT OF LOUISIANA
```

```
 1                          I N D E X
 2                                                      Page
 3
     CLOSING ARGUMENTS
 4        Mikal C. Watts, Esq.                             8
          Andrew D. Weinstock, Esq.                       39
 5        Charles R. Penot, Esq.                          63
          Anthony G. Buzbee, Esq.                         72
 6
     JURY INSTRUCTIONS                                    86
 7
     JURY VERDICT                                        151
 8
```

```
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25           JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
26   UNITED STATES DISTRICT COURT         EASTERN DISTRICT OF LOUISIANA
```

1           What you don't know can hurt you.  These people,
2  with all their lawyers, and their excuses, and their
3  half-truths, and their tricks, they had the information.  They
4  had the information that any mother would have wanted.  She, if
5  nothing else, was entitled to have a choice.  A choice.
6           And they sit up here and they talk about how
7  great this trailer was, "Well, it's not perfect."  We know it's
8  not perfect.  We saw it.  We saw the trailer.  Of course, it's
9  not perfect.  It's far from perfect.  It's certainly not
10 superior quality.
11          If those trailers weren't dangerous, would there
12 be 30,000 of them sitting in a field?  Any taxpayer -- any
13 taxpayer -- should be appalled at that.  Absolutely appalled.
14 And they're still spending money.  Still spending money to --
15 remember this, when you point a finger at someone, you got
16 three fingers pointing back at you.
17          They want to blame this mother.  They want to
18 call her a liar in front of her son.  Her son is here and they
19 call her a liar in front of her son.  They play games.  I know
20 you caught it.  I know you caught it a couple of days ago when
21 they put on testimony that she got notice.  But then I stood up
22 and showed the actual document showing that absolutely she did
23 not get notice.
24          She was entitled to notice.  And it's not enough
25 to say, "Well, we're relying on FEMA to give notice."  You put
26 JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER             UNITED
27 STATES DISTRICT COURT                    EASTERN DISTRICT OF LOUISIANA

1    the product in the market.  You made a ton of money.  30,000
2    trailers wasted.
3                I'm a taxpayer.  The judge is a taxpayer.  The
4    case manager is a taxpayer.  The court reporter is a taxpayer.
5    The clerk's a taxpayer.  Many people in this room are
6    taxpayers.  And I know you're all taxpayers.  You should be
7    appalled.  You should be absolutely appalled.  That is not
8    right.
9         MR. WEINSTOCK:  That's fairly inappropriate, Your
10   Honor.
11        THE COURT:  Well, it's closing argument.
12        MR. BUZBEE:  I think it's absolutely appropriate to
13   be appalled.
14               Waste, absolute waste.  If those trailers were
15   safe, they wouldn't be sitting in a graveyard.  These people
16   were forced out of the trailers.  Not her.  She found out and
17   she got out.  They tried to pretend like she was forced out.
18   She got out.  Once she had the information, like any
19   responsible mother would do, she got out.
20               And now, our taxpayer dollars are sitting in
21   some field in Lottie, Louisiana, because they didn't care
22   enough to do what was right, to be responsible.
23               You know, when I first was asked to get involved
24   in this case the first thing thought, my first reaction was --
25   I'm be honest.  I'm a very conservative person.  I thought,         JODI
26   SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER                  UNITED STATES
27   DISTRICT COURT                        EASTERN DISTRICT OF LOUISIANA

1    "Don't bite the hand that feeds you.  You got something free.
2    What are you complaining about?"
3              And you've heard their little hints about it all
4    throughout this case.  You've heard it when they mentioned
5    Acorn.  They mentioned Acorn for a reason.  Come on.  It had
6    nothing to do with this case.  It's a hot button issue, Acorn.
7    It has nothing to do with this case.  That's the kind of tricks
8    they play.  That's the kind of games they play.
9              You saw their CEO.  Did you see him in the
10   courtroom?  It was not important enough for him to even come
11   down here.  His brother?  Not important.  They laughed all the
12   way to the bank.  And guess who's left holding the bag?  The
13   federal government.
14             Who is the federal government anyway?  We're the
15   federal government.  We're the taxpayers.  We pay the taxes.
16   We bought those trailers.  We bought a bunch of junk is what we
17   bought.  They've created a public health emergency.  If it
18   wasn't a public health emergency, these people would not have
19   been forced out of the trailers.
20             There's many people scamming FEMA, of course.
21   It happens all the time.  Every time there's a disaster,
22   there's people that -- the storm chasers that try to make money
23   off disasters.  And then there's people that try to get a
24   handout and they don't deserve it.
25             But one thing I hope we all can agree on, that's
26   JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER                UNITED
27   STATES DISTRICT COURT                      EASTERN DISTRICT OF LOUISIANA