```
                                                                    1

 1                   UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2
 3
       IN RE: FEMA TRAILER        *    MDL NO. 1873
 4            FORMALDEHYDE PRODUCTS *
              LIABILITY LITIGATION *    SECTION "N"(4)
 5                                *
                                  *    JUDGE ENGELHARDT
 6                                *
       * * * * * * * * * * * * * * *
 7
 8
 9          The 30(b)(6) videotaped deposition upon oral
10    examination of FOREST RIVER by DOUG GAEDDERT, a
11    witness produced and sworn before me, Patrice E.
12    Morrison, RMR, CRR, Notary Public in and for the
13    County of Marion, State of Indiana, taken on behalf of
14    the Plaintiffs at The Marriott, 123 North Saint Joseph
15    Street, South Bend, Indiana, on August 6, 2008, at
16    9:02 a.m., pursuant to the Federal Rules of Civil
17    Procedure.
18
19
20              STEWART RICHARDSON & ASSOCIATES
              Registered Professional Reporters
21                   One Indiana Square
                        Suite 2425
22                 Indianapolis, IN  46204
                      (317)237-3773
23
24
25
```

117

```
 1    Q   All right.  Was there a concern back in September
 2        of 2005 that there could be a material shortage
 3        with regard to Forest River's suppliers in response
 4        to the hurricane production?
 5    A   It was -- yes.  We looked ahead and contacted
 6        vendors immediately because of that concern.
 7    Q   Right.  And, in fact, in the bid itself, didn't it
 8        say that other sources of products would be
 9        permitted?
10    A   What -- what page are you at?
11            MR. GIEGER:  Where are you looking at?
12    Q   We'll move on to something else while he's looking
13        for that.
14            But it was a concern that there would be
15        material shortages.
16    A   We anticipated a big demand.  We wanted to make
17        sure that we were covered, so we checked very
18        early.
19    Q   And as a result of that, did Forest River have to
20        change some of their material suppliers for these
21        orders?
22    A   No.
23    Q   You were able to fill the orders with your standard
24        Adorn and Patrick and your regular suppliers.
25    A   Yes.
```