**AFFIDAVIT OF STEPHEN SMULSKI, Ph.D.**

**COMMONWEALTH OF MASSACHUSETTS**

**COUNTY OF FRANKLIN**

BEFORE ME, the undersigned notary, appeared on this the 29th day of September, 2009, Stephen Smulski, Ph.D., a person whose identity is known to me. After being sworn under oath, he stated as follows:

1. All statements contained herein are true and correct and based upon my personal knowledge, education and experience, and I am a person of the full age of majority, competent to execute this affidavit.

I, Stephen Smulski, Ph.D., aver as follows:

1. I am a consulting wood scientist and the President of Wood Science Specialists Inc., 453 Wendell Road, Shutesbury, Massachusetts, 01072.

2. I am an expert in wood science and technology, specifically the anatomical, mechanical, physical, and chemical properties of wood and wood-based materials as well as the manufacture, use, and in-service performance of wood and wood-based products in residential, commercial, and industrial wood-frame construction.

3. I hold a B.S. degree in Wood Science and Technology from the University of Massachusetts at Amherst, an M.S. degree in Environmental and Resource Engineering from the State University of New York at Syracuse, and a Ph.D. degree in Wood Science and Forest Products from Virginia Tech at Blacksburg. I have published numerous articles on wood and wood-based products and have given many invited lectures on the same. A true and correct copy of my curriculum vitae is attached hereto and marked "Exhibit A".

4. A list of depositions and testimony in arbitration hearings and courtrooms that I have given since July 29, 2005, is attached hereto and marked "Exhibit B".

LWFR-EXP 13-000023

5.  I am familiar with the manufacture, properties, use, and in-service performance of wood composite products including particleboard, medium density fiberboard, and hardwood plywood. For thirteen years while on the faculty of the Building Materials and Wood Science program at the University of Massachusetts at Amherst I taught a course entitled Wood Adhesives Technology that covered all aspects of these and other glued wood products.

6.  I am familiar with the propensity of wood composite products including particleboard, medium density fiberboard, and hardwood plywood to release formaldehyde gas after being placed in service because of the urea-formaldehyde-containing adhesives (also referred to as resins) used in their manufacture and that exposure to formaldehyde gas can cause adverse health effects. I am aware that wood composite products can emit formaldehyde gas for up to several years after they are manufactured and placed in service. I taught this to my students from 1985 to 2001 while at the University of Massachusetts.

7.  In 1987 I published an article entitled "Formaldehyde Indoors" that summarized the then-current knowledge about the release of formaldehyde gas from wood composite products including particleboard, medium density fiberboard, and hardwood plywood used in site-built houses and in factory-built manufactured houses and the adverse health effects that exposure to formaldehyde gas can cause. After the article was published I learned that it contained an error. I incorrectly stated that "HUD sets a ceiling of 0.4 ppm on the allowable formaldehyde concentration in new units." In fact, 0.4 ppm was *proposed* as a limit but was never enacted into law. There is no HUD standard regarding the concentration of formaldehyde gas that is permitted in the air inside manufactured houses.

8.  In 1989 I gave an invited lecture at the Northeast Solar Energy Association Advanced Residential Construction Conference entitled "Health Aspects of Building Products: Wood Products" in which I spoke about the release of formaldehyde gas from wood composite products including particleboard, medium density fiberboard, and hardwood plywood and the adverse health effects that exposure to formaldehyde gas can cause.

9.  I am familiar with the Material Safety Data Sheets that the manufacturers of wood composite products including particleboard, medium density fiberboard, and hardwood plywood make

LWFR-EXP 13-000024

available to the users of their products that state that these products contain and release formaldehyde gas.

10. I am aware that the release of formaldehyde gas from wood composite products including particleboard, medium density fiberboard, and hardwood plywood is greatest in newly-manufactured products and that after being placed in service, the release of and concentration of formaldehyde gas in the air inside buildings or structures containing these products depends on: i) the age and number of sources; ii) the volume of air inside the building or structure; iii) the building's or structure's air exchange rate (i.e., ventilation); and the iv) temperature and v) relative humidity inside the building or structure. The release of formaldehyde gas from these products increases as temperature and relative humidity increase. The concentration of formaldehyde gas inside a building or structure containing these products also increases as the number of sources increases and as the volume of the building or structure and the air exchange rate (i.e., ventilation) decrease.

11. I am familiar with the methods for reducing the release of formaldehyde gas from particleboard and medium density fiberboard recommended by the Composite Panel Association (formerly the National Particleboard Association) in its publications "From Start To Finish Particleboard" and "From Start To Finish Medium Density Fiberboard" which were first published in 1986 and periodically since. Many of these same methods for reducing the release of formaldehyde gas from particleboard and medium density fiberboard are directly applicable to other wood composite products including hardwood plywood.

12. I am aware that decorative overlays applied to wood composite products such as particleboard, medium density fiberboard, and hardwood plywood retard, but do not prevent, the release of formaldehyde gas through the surface over which they are applied. The efficacy of an overlay in retarding the release of formaldehyde gas from particleboard, medium density fiberboard, and hardwood plywood varies widely and depends on the type and properties of the overlay.

13. I am aware that FEMA supplied a Forest River, Inc. SMT32BHLE model travel trailer (VIN 4X4TSMH296C008992, FEMA trailer 1277021) to Mr. Lyndon Wright who lost his home in the wake of hurricane Katrina that hit the Gulf Coast on August 29, 2005. The date of manufacture

LWFR-EXP 13-000025

shown on a sticker affixed to the trailer is September 8, 2005. The trailer was actually manufactured after this date as evidenced by the production date of November 7, 2005, I found in a stamp printed on the back of one of the hardwood plywood wall panels while inspecting the trailer on August 31-September 1, 2009 (see Items 14 and 15 and Photo 3737 in "Exhibit D"). The trailer was later installed at 2315 Seminole Lane, New Orleans, Louisiana. Mr. Wright lived in the trailer from on/about March 2006 to on/about July 2008.

14. On August 7, 2009, I visually examined the trailer. On August 31-September 1, 2009, I observed the disassembly of the entire interior of the trailer. I observed that most of the interior of the trailer including the roof, ceiling, walls, doors, cabinets, countertops, built-in seating and other furniture, and bed and bunk bed supports are constructed from the wood composite products particleboard, medium density fiberboard, and hardwood plywood that are known to release formaldehyde gas after being placed in service. In most cases, the product's visible face is covered with a finish, vinyl overlay or plastic laminate but its back and edges are exposed raw wood with no finish, overlay, laminate or edge band, respectively. In some cases, the product's back and/or edges is also covered with a finish, overlay, laminate or edge band, respectively. I removed samples of the particleboard, medium density fiberboard, and hardwood plywood used for various items in the trailer. A list of the items in the trailer constructed from these formaldehyde-emitting wood composite products is attached hereto and marked "Exhibit C".

15. I found the stamp of the Hardwood Plywood & Veneer Association (HPVA) on the back of virtually all of the hardwood plywood wall and ceiling panels as well as on some of the hardwood plywood panels used for the cabinets, and bed and bunk bed supports. The stamps confirm that these panels were manufactured in accordance with the voluntary product standards for hardwood plywood promulgated by HPVA and set forth in ANSI/HPVA HP-1 American National Standard for Hardwood and Decorative Plywood. Three variations of the stamp were found. Photos showing the stamps are attached hereto and marked "Exhibit D". With the exception noted below, all wall panels have the stamp shown in Photo 3670 or Photo 3680 of "Exhibit D". These two stamps indicate that the wall panels conform to the HUD formaldehyde emission standard and are low formaldehyde emission (LFE) products. Panels with the stamp shown in Photo 3680 were manufactured by HPVA member Mill 217. No HPVA

LWFR-EXP 13-000026

member mill number is present in the stamp shown in Photo 3670. Wall panels with either of these stamps have a smooth vinyl overlay on their face with a beige random imprint. The wall panels surrounding the tub as well as all ceiling panels have the HPVA stamp shown in Photo 3730 of "Exhibit D". The stamp indicates that these panels do not conform to the HUD formaldehyde emission standard and are not LFE. These panels are manufactured by a different HPVA member—Mill 209—and have a different vinyl overlay on their faces that is textured with a bright white swirling imprint. They are "regular" hardwood plywood panels that emit much more formaldehyde gas than LFE panels and account for about one-third of the hardwood plywood panels in the trailer. The information contained in the HPVA stamps was confirmed by Mr. Brian Sause of HPVA. A copy of my email correspondence with Mr. Sause is attached hereto as part of "Exhibit D".

16. During the disassembly of the trailer I observed that liquid water had leaked into the trailer and collected at three locations: 1) inside the wall cavity below the window on the "driver's" side in the bedroom; 2) inside the wall cavity at the junction of the "driver's" side and front walls in the bedroom; and 3) at the lower left hand corner of the entrance door. The intrusion of water allowed mold fungi to grow on some of the solid softwood wall framing, hardwood plywood wall panels, and softwood plywood subfloor at these locations. The intrusion of water allowed wood-destroying fungi to cause some of the solid softwood framing, hardwood plywood panels, and softwood plywood subfloor to rot at these locations. The intrusion of water into the wall cavity caused the relative humidity inside the wall to increase which in turn increased the release of formaldehyde gas from the hardwood plywood wall panels. Wetting of the hardwood plywood wall panels by water caused their moisture content to increase which in turn increased the release of formaldehyde gas from the wall panels.

17. I have reviewed the 2006 Forest River Recreational Vehicle Owner's Manual Travel Trailers and Fifth Wheels. On page 77 it states:

### STATEMENT OF FORMALDEHYDE
### FROM BUILDING MATERIALS

*Certain building products such as particleboard, fiberboard, and hardwood plywood are manufactured with an adhesive containing urea-formaldehyde. These products emit a small quantity of formaldehyde into the air.*

LWFR-EXP 13-000027

*Other products contain formaldehyde or urea-formaldehyde resins, such as some carpets, draperies, upholstery, fabrics, deodorizers, cosmetics, and permanent-press fabrics. Formaldehyde is also a by-product of combustion and is produced by cigarettes and gas appliances.*

*The concentration of formaldehyde in the indoor air depends on the quantity and emission rates of all emission rates of all emitting products in the structure compared to the volume of indoor air and the fresh air ventilation rate. As with other indoor pollutants, ventilation should reduce formaldehyde levels.*

**WARNING:  FORMALDEHYDE LEVELS IN THE INDOOR AIR CAN CAUSE TEMPORARY EYE AND REPSIRATORY IRRITATION AND MAY AGGRAVATE RESPIRATORY CONDITIONS OR ALLERGIES.**

The presence of this statement in the owner's manual confirms that Forest River, Inc. was aware that the particleboard, medium density fiberboard, and hardwood plywood that it used to construct the trailer emitted formaldehyde gas. The presence of this statement in the owner's manual confirms that Forest River, Inc. was aware that the concentration of formaldehyde gas in the air inside the trailer is influenced by the number of formaldehyde-emitting sources inside the trailer, the volume of the trailer, and the trailer's air exchange rate (i.e., ventilation).

18. An advisory on page 4 of the 2006 Forest River Recreational Vehicle Owner's Manual Travel Trailers and Fifth Wheels for the trailer supplied by FEMA to Mr. Wright states:

*This recreational vehicle has been designed for short term and recreational use. It was not designed to be used as a permanent dwelling.*

When the trailer was installed on a foundation and hard-wired and hard-plumbed it was converted to temporary housing that falls somewhere along the continuum between "*short term and recreational use*" and a "*permanent dwelling*". The use of this trailer by Mr. Wright as temporary housing for months or years was a reasonably anticipated use given that this trailer was sold to FEMA for the purpose of temporarily housing persons displaced by natural disasters like hurricane Katrina. Mr. Wright lived in the trailer from on/about March 2006 to on/about July 2008 and was exposed to the formaldehyde gas emitted from the wood composite products used to construct the trailer for all of the time he spent inside the trailer during those twenty-seven months.

LWFR-EXP 13-000028

19. The trailer was installed in New Orleans, Louisiana, a location whose climate for much of the year is hot and humid. These are the exact conditions that increase the release of formaldehyde gas from wood composite products including particleboard, medium density fiberboard, and hardwood plywood.

20. The volume of air inside the trailer is small—about 1460 ft.$^3$—and its air exchange rate (i.e., ventilation) is low—1.4 air changes per hour. These are the exact conditions that increase the concentration of formaldehyde gas inside the trailer.

21. I am aware that the trailer was installed by inserting multiple supports beneath its frame. It is my understanding that during the process of installation that the frame and exterior shell can bend and twist, causing sealed joints in the walls, roof, ceiling, and floor to open. This can allow formaldehyde gas inside the wall and ceiling cavities to more easily enter the living space and increase the concentration of formaldehyde gas inside the trailer. It can also allow hot, humid air and rain to enter into the wall and ceiling cavities, causing the relative humidity inside the cavities to rise. As noted in Item 16, the intrusion of water into the trailer allowed mold fungi to grow on some of its solid wood and wood composite products and allowed wood-destroying fungi to cause some of its solid wood and wood composite products to rot.

22. Even in the absence of installation-caused damage to the trailer, formaldehyde gas will escape from the exposed raw wood on the back and edges of the wall and ceiling panels and accumulate inside the wall and ceiling cavities. The formaldehyde gas will then naturally enter the living space, with differences in temperature, vapor pressure, and air pressure across the trailer's walls and ceiling providing the driving force for moving the air-borne gas through joints and penetrations in the walls and ceiling (e.g., switch plates, electric receptacles, air-conditioning grilles, ceiling light fixtures, seams between panels). In addition, formaldehyde gas will naturally escape through the overlay on these panels' faces (much more slowly, of course) as well as from the products that are fully inside the trailer (e.g., cabinets, bed and bunk bed supports, built-in seating and furniture).

23. I have reviewed reports regarding the levels of formaldehyde measured inside all types of FEMA-supplied emergency housing units including An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing

LWFR-EXP 13-000029

Trailers Baton Rouge, Louisiana, September-October, 2006 by the U.S. Department of Health and Human Services dated October 2007; Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Houses by the Centers for Disease Control and Prevention dated July 2, 2008; and Aldehyde and Other Volatile Organic Chemical Emissions in Four FEMA Temporary Housing Units—Final Report by the Environmental Energy Technologies Division Lawrence Berkeley National Laboratory dated November 2008. The formaldehyde levels measured inside many of the emergency housing units, some two or more years after being placed in service, equal or exceed the 100 parts per billion (ppb) threshold that the Centers for Disease Control and Prevention (CDC) identifies in its July 2, 2008, report as *"the level at which health effects have been described in sensitive persons"*.

24. In December 2007 and January 2008 the CDC measured formaldehyde levels inside thirty-six Forest River, Inc. FEMA-supplied travel trailers installed in Louisiana and Mississippi. All trailers were occupied; some were two or more years old. In its Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Houses dated July 2, 2008, the CDC reported that the average formaldehyde level inside the Forest River, Inc. trailers was 82 ppb with a range of 17-510 ppb. The formaldehyde level in forty-two percent of the Forest River, Inc. trailers was equal to or greater than 100 ppb. In six percent of the Forest River, Inc. trailers the formaldehyde level was equal to or greater than 300 ppb.

25. On October 1-2, 2008, almost three years after the trailer was manufactured and lived in, the W. D. Scott Group, Inc. measured the formaldehyde level inside the trailer at the nightstand in the bedroom by the badge method and reported it to be 48 ppb or 0.048 parts per million (ppm). The temperature and relative humidity inside the trailer were 82-88°F and 28-38%, respectively. On August 6-7, 2009, three years and nine months after the trailer was manufactured and lived in, the W. D. Scott Group, Inc. measured the formaldehyde level inside the trailer at the nightstand in the bedroom by the badge method and the tube method. The results were 130 ppb (0.130 ppm) and 95 ppb (0.095 ppm), respectively. The temperature and relative humidity inside the trailer were 82-88°F and 54-100%, respectively.

26. In summary, five factors affect the release of and concentration of formaldehyde gas in the air inside a travel trailer: i) the age and number of formaldehyde-emitting wood composite products used to construct the trailer; ii) the volume of air inside the trailer; iii) the trailer's air

LWFR-EXP 13-000030

exchange rate (i.e., ventilation); iv) the temperature inside the trailer; and v) the relative humidity inside the trailer. The release of formaldehyde gas inside a trailer is greatest in newly-manufactured products and increases as temperature and relative humidity increase. The concentration of formaldehyde gas inside a trailer increases as the number of sources increases and as the volume of air inside the trailer and the air exchange rate (i.e., ventilation) decrease. All five of these factors were acting individually and in concert to increase the release of and concentration of formaldehyde gas inside the Forest River, Inc. SMT32BHLE model travel trailer FEMA supplied to Mr. Wright.

27. Three of the five factors that affect the release of and concentration of formaldehyde gas inside the trailer are largely beyond the control of manufacturer Forest River, Inc.—the volume of air inside the trailer (factor ii), temperature (factor iv), and relative humidity (factor v). The other two factors—the number of formaldehyde-emitting wood composite products used to construct the trailer (factor i) and the air exchange rate (i.e., ventilation) (factor iii— were determined by Forest River, Inc.

28. In November 2007 the Lawrence Berkeley National Laboratory (LBNL) measured formaldehyde gas levels inside four never-occupied FEMA travel trailers; each was made by a different manufacturer. Although the LBNL did not examine a Forest River, Inc. travel trailer, the four trailers it did examine were constructed with particleboard, medium density fiberboard, and hardwood plywood in similar amounts and used for essentially the same purposes as those in the Forest River, Inc. trailer in which Mr. Wright lived.

In its Aldehyde and Other Volatile Organic Chemical Emissions in Four FEMA Temporary Housing Units—Final Report dated November 2008, the LBNL reported that *"We conclude that whole trailer formaldehyde emission factors are high, but the materials may be within those commonly found in the building industry"*. In other words, the concentration of formaldehyde gas inside the trailers is high even though the wood composite products used to construct them meet the formaldehyde gas emission limits of HUD Standard 24 CFR Chapter XX Part 3280 Manufactured Home Construction and Safety Standards. The HUD Standard is a product standard; it is not an ambient air quality standard. The HUD Standard requires that wood composite products be tested under the specific conditions set forth in ASTM E 1333 Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from

LWFR-EXP 13-000031

Wood Products Using a Large Chamber. Under the HUD Standard the maximum amount of formaldehyde gas that can be released is 200 ppb for hardwood plywood and 300 ppb for particleboard. Wood composite products that meet the HUD standard are designated as low formaldehyde emission or LFE. The LFE designation means only that a wood composite product did not emit more than the specified maximum amount of formaldehyde gas when tested under the specific conditions set forth in ASTM E 1333. The LFE designation is not a predictor of what the actual concentration of formaldehyde gas will be inside a travel trailer (or any other kind of building or structure) constructed with LFE wood composite products. This is because the release of and concentration of formaldehyde gas in the air inside a travel trailer depends upon the interaction of: i) the age and number of formaldehyde-emitting wood composite products used to construct the trailer; ii) the volume of air inside the trailer; iii) the trailer's air exchange rate (i.e., ventilation); iv) the temperature inside the trailer; and v) the relative humidity inside the trailer.

The LBNL reported that *"This indicates a difference in the construction/design* [which is determined by Forest River, Inc.] *that may lead to elevated concentrations and whole trailer emission rates. Three features of material application in the THUs differ from most other dwellings: 1) the extensive use of lightweight composite wood products* [factor i]*, 2) very high surface loading of composite wood products* [factor i] *and 3) low fresh air per unit surface area of composite wood products in the THUs* [factor iii]. The LBNL concluded that *"The high loading factor (material surface area divided by THU volume) of composite wood products in the THUs* [factor i] *and the low fresh air exchange relative to the material surface area* [factor iii] *may be responsible for the excessive concentrations observed for some of the VOCs and formaldehyde."*

29. The HUD Standard for LFE wood composite products was recently superseded by the California Air Resources Board (CARB) Standard to further reduce the amount of formaldehyde gas to which the users of products made with wood composite products, including travel trailers, are exposed. The CARB Standard Phase One became effective January 1, 2009. Under the CARB Standard Phase One, the maximum amount of formaldehyde gas that can be released from wood composite products when tested under ASTM E 1333 is: i) less than 80 ppb for hardwood plywood; ii) less than 180 ppb for particleboard; and iii) less than 210 ppb for medium density fiberboard. The maximum formaldehyde gas emission levels will

LWFR-EXP 13-000032

be even lower under the CARB Standard Phase Two that takes effect in 2010 and 2011. In June 2008 the Recreational Vehicle Industry Association (RVIA), of which Forest River, Inc. is a member, adopted the CARB Standard. As a condition of membership in the RVIA, companies that manufacture recreational vehicles including travel trailers must use only wood composite products that meet the CARB Standard beginning January 1, 2009. In November 2008, FEMA released a new specification for travel trailers to be used as temporary housing following natural disasters. The specification requires that *"Once constructed, the unit's formaldehyde emission level shall be less than 0.016 ppm [16 ppb] during initial testing period prior to delivery from the manufacturing plant. No Luan [sic], MDF, vinyl gypsum, or products which contain urea-formaldehyde will be allowed."*

30. It is my opinion, to a reasonable degree of scientific certainty, that the current formaldehyde gas problem in the FEMA-supplied travel trailers could have been prevented had Forest River, Inc. (and FEMA) employed the mitigation techniques detailed in the extensive body of literature documenting an identical formaldehyde gas problem that plagued HUD-Code manufactured houses in the 1970s and early 1980s for identical reasons. At that time the subfloor, walls, ceiling, doors, and cabinets in HUD-Code manufactured houses were constructed from particleboard, medium density fiberboard, and hardwood plywood that released formaldehyde gas after being placed in service. The HUD-Code manufactured houses of that time were small in volume and had a low air exchange rate (i.e., ventilation); complaints about formaldehyde gas were common. The problem was investigated, its causes identified, solutions put in place, and by the late 1980s formaldehyde gas inside HUD-Code manufactured houses ceased to be a problem.

31. It is my opinion, to a reasonable degree of scientific certainty, that Forest River, Inc. could have reduced the number of formaldehyde-emitting products inside the trailer by using wood composite products that either do not emit formaldehyde (particleboard, medium density fiberboard, and hardwood plywood are also made with adhesives that do not contain formaldehyde) or emit so little formaldehyde gas that they are exempt from the HUD standard (e.g., hardboard for walls and ceilings instead of hardwood plywood). At the time this trailer was manufactured, Forest River, Inc. had available to it alternative materials that, if used, would have emitted little or no formaldehyde gas.

LWFR-EXP 13-000033

32. I am aware that vinyl overlays reduce formaldehyde emissions from particleboard, medium density fiberboard, and hardwood plywood by 80% and more depending on their properties.

33. It is my opinion, to a reasonable degree of scientific certainty, that even if Forest River, Inc. was not able to acquire alternative materials that emit no or little formaldehyde gas in a timely manner or in sufficient volume, it could have directed the companies who applied the overlays to the hardwood plywood that it did buy to apply an overlay to both the panels' face and back rather than to only its face. This would trap the formaldehyde gas inside the panels between the overlays, drastically slowing the release of formaldehyde gas from the panels. Whatever formaldehyde is slowly released from the two-sided overlaid panels could then have been removed from inside the trailer by a mechanical ventilation system.

34. A warning on page 63 of the 2006 Forest River Recreational Vehicle Owner's Manual Travel Trailers and Fifth Wheels states that:

    *!WARNING:*

    *(2) Unlike homes, the amount of oxygen supply is limited due to the size of the recreational vehicle, and proper ventilation when using the cooking appliance(s) will avoid dangers of asphyxiation.*

    The accompanying text advises that ventilation can be provided by turning on an exhaust fan, and by opening an overhead vent and a window. Although the text in the owner's manual explicitly addresses ventilation when using *cooking appliance(s)*, the underlying principles apply to all gases in the air inside the trailer including formaldehyde gas.

35. It is my opinion, to a reasonable degree of scientific certainty, that even if Forest River, Inc. was not able to acquire alternative materials that emit no or little formaldehyde gas in a timely manner or in sufficient volume, it still could have increased the trailer's air exchange rate (i.e., ventilation) by equipping it with a mechanical ventilation system that blows contaminated indoor air outside and draws fresh outdoor air inside. Mechanical ventilation systems have been required in HUD-Code manufactured houses since 1984 and were available at the time the trailer was manufactured. If Forest River, Inc. had utilized such a mechanical ventilation system, it would have reduced the level of formaldehyde gas inside the trailer.

LWFR-EXP 13-000034

36. It is my opinion, to a reasonable degree of scientific certainty, that the Forest River, Inc. SMT32BHLE model travel trailer supplied by FEMA to Mr. Lyndon Wright was not suitable for use as temporary housing for months or years because it was foreseeable and predictable that formaldehyde gas would be released from the wood composite products particleboard, medium density fiberboard, and hardwood plywood used in constructing this trailer.

I reserve the right to submit further affidavits if so deemed necessary.

FURTHER AFFIANT SAYETH NOT.

Thus, signed and sworn on this the 29th day of September, 2009.

_____

Stephen Smulski, Ph.D.   453 Wendell Road   Shutesbury, MA 01072

_____
Notary Public Signature                          Notary Public Name

_____
Notary Number                                    Commission Expires

December 17 2010

LESLIE MARGARET BRACEBRIDGE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 17, 2010

LWFR-EXP 13-000035

# Bibliography

_____. 2007. An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Louisiana, September-October, 2006. U.S. Department of Health and Human Services Public Health Services Agency for Toxic Substances and Disease Registry. Atlanta, Georgia.

_____. 2008. Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Houses. Centers for Disease Control and Prevention. Atlanta, Georgia.

_____. 2004. ANSI/HPVA HP-1-2004 American National Standard for Hardwood and Decorative Plywood. HPVA. Reston, Virginia.

_____. 1986. From Start To Finish Particleboard. National Particleboard Association. Gaithersburg, Maryland.

_____. 1986. From Start To Finish Medium Density Fiberboard. National Particleboard Association. Gaithersburg, Maryland.

_____. 2003. VOC Emission Barrier Effects of Laminates, Overlays and Coatings for Particleboard, Medium Density Fiberboard (MDF) and Hardboard. Composite Panel Association. Gaithersburg, Maryland.

Barry, A. and D. Corneau. 2006. Effectiveness of barriers to minimize VOC emissions including formaldehyde. Forest Products Journal. 56(9):38-42.

Groah, W., G. Gramp and M. Trant. 1984. Effect of a decorative vinyl overlay on formaldehyde emissions. Forest Products Journal. 34(4):27-29.

Maddalena, R. et al. 2008. Aldehyde and Other Volatile Organic Chemical Emissions in Four FEMA Temporary Housing Units—Final Report. Environmental Energy Technologies Division Lawrence Berkeley National Laboratory. Berkley, California.

Smulski, S. Formaldehyde Indoors. Progressive Builder. April 1987. Pp. 9-11.

Zinn, T., D. Cline and W. Lehmann. 1990. Long-term study of formaldehyde emission decay from particleboard. Forest Products Journal. 40(6):15-18.

LWFR-EXP 13-000036

**EXHIBIT A**

**Curriculum Vitae**
## Stephen John Smulski
453 Wendell Road   Shutesbury, MA 01072   413 259-1661   woodsci@crocker.com

**Education**

Ph.D. Wood Science and Forest Products, Virginia Tech at Blacksburg, 1985

M.S. Environmental and Resource Engineering, State University of New York at Syracuse, 1980

B.S. Wood Science and Technology, University of Massachusetts at Amherst, 1977

**Expertise**

Anatomical, mechanical, physical and chemical properties of wood and wood-based materials; manufacture, use and in-service performance characteristics of wood and wood-based products in residential, commercial and industrial wood-frame construction.

**Services**

Evaluation/resolution of in-service performance problems including water infiltration and decay in buildings; exterior finish failures; wood construction technology; wood product failure analysis; wood property testing; wood identification; litigation support and expert witness testimony; technical seminars and reports.

**Employment**

President, Wood Science Specialists Inc., Shutesbury, MA, 6/92-present

Quality assurance inspector, Truss Plate Institute, Madison, Wisconsin, 10/93-12/04

Adjunct Associate Professor of Building Materials and Wood Technology, University of Massachusetts at Amherst, 10/01-5/02

Adjunct Assistant Professor of Building Materials and Wood Technology, University of Massachusetts at Amherst, 6/92-9/01

Assistant Professor of Wood Science and Technology, University of Massachusetts at Amherst, 9/87-5/92

Visiting Lecturer of Wood Science and Technology, University of Massachusetts at Amherst, 1/85-8/87

Teaching and Research Assistant, Forest Products Department, Virginia Tech at Blacksburg, 9/81-12/84

Teaching Assistant, Wood Science and Technology, University of Massachusetts at Amherst, 9/79-12/79

Research Fellow, Wood Products Engineering Department, State University of New York at Syracuse, 9/77-8/79

Research Intern, Scott Paper Company, Philadelphia, PA, 6/77-8/77

**Membership in Professional and Honor Societies**

Forest Products Society   International Association of Wood Anatomists
Society of Wood Science and Technology   Phi Kappa Phi   Xi Sigma Pi   Sigma Xi

July 2009

LWFR-EXP 13-000037

**Professional Service**

Member Board of Directors Society of Wood Science and Technology, 2000-2002

Editor, *Wood Design Focus A Journal of Contemporary Wood Engineering*, 1995-2000

Member Forest Products Society Publication Identification and Preparation Task Group, 1997-99

Member FPS Long Range Planning Committee, 1995-96

Member FPS Executive Board FPS, 1991-94

Chair FPS Ad Hoc Publications Review Committee, 1992-93

Chair Northeast Section FPS, 1990-92

Vice Chair and Program Chair NE Section FPS, 1989-90

Secretary NE Section FPS, 1988-89

Elected Trustee NE Section FPS, 1986-88

Appointed Trustee NE Section FPS, 1985-86

Member Society of Wood Science and Technology Critical Issues Committee, 1990-91

Co-Chair National Planning Committee on Forest Products Research, 1990

Member National Planning Committee on Forest Products Research, 1987-90

Member USDA Competitive Grants Wood Utilization Program Proposal Review Panel, Washington, D. C., 1990

**Honors**

Marquis Who's Who in Science and Engineering, 1994-1995

Who's Who in Massachusetts, 1993

First Place Wood Award, Forest Products Society, 1986

**Publications**

Smulski, S. 2006. A humid relationship. Weatherwise. 59(3):38-42.

Smulski, S. 2005. Avoiding problems with wood and bamboo flooring in commercial applications. The NABIE Examiner. 15(2):2.

Smulski, S. 2004. Structural Use of Wood. Pages 1318-1327 *in* Encyclopedia of Forest Science. J. Burley, ed. Elsevier Ltd. Oxford, England.

Smulski, S. 2003. Builder blunders. Journal of Light Construction. 22(3):56-60.

Smulski, S. 2003. The great equalizer: moisture in New England houses. ArchitectureBoston. 6(3):32-34.

Smulski, S. 2002. Living with a tight house. Smart Homeowner. 6:34-39.

Smulski, S. 2001. Moisture-caused problems in energy-efficient houses. Pages 11-17 *in* Proceedings of the 2nd Annual Conference on Durability and Disaster Mitigation in Wood-Frame Housing. Forest Products Society. Madison, WI.

Smulski, S. 2001. A call for targeted technology transfer. Wood and Fiber Science. 33(1):1-2.

Smulski, S. 2000. Ensuring the durability of energy-efficient houses. Fine Homebuilding. 131:72-77.

Smulski, S. 2000. Controlling indoor moisture in energy-efficient houses. Architectural Record. 4:167-168.

Smulski, S. 2000. Durability of energy-efficient wood-frame houses. Rural Builder. 34(1):30-39.

Smulski, S. 1999. Durability of energy-efficient wood-frame houses. Forest Products Journal. 49(5):8-15.

Smulski, S. 1999. Preventing wood degradation. Pages 3.1-3.44 *in* Timber Construction for Architects and Builders. E. Goldstein. McGraw-Hill. New York, New York.

LWFR-EXP 13-000038

Smulski, S. 1998. Wood science and technology in civil litigation. Wood Design Focus. 9(4):8-9.

Smulski, S. 1997. Controlling indoor moisture sources in wood-frame houses. Wood Design Focus. 8(4):19-24.

Smulski, S. 1997. Premature failure of paints and solid color stains on energy-efficient homes. Paint & Coatings Industry. 13(4):68, 70.

Smulski, S. (editor). 1997. Engineered Wood Products A Guide for Specifiers, Designers and Users. PFS Research Foundation. Madison, Wisconsin. 294 p.

Smulski, S. 1996. Lumber grade stamps. Fine Homebuilding. 103:70-73.

Smulski, S. 1994. Construction adhesives. Journal of Light Construction. 12(12):43-49.

Smulski, S. 1994. Energy conservation backlash: mildew, mold, decay and insects in wood-frame construction. Pages A123-A132 in Proceedings of the 12th Annual International Energy Efficient Building Association Conference and Exposition. Energy Efficient Building Association. Wausau, WI.

Smulski, S. 1994. Water in the walls: three case studies. Journal of Light Construction. 12(11):58-60.

Smulski, S. 1994. All about roof trusses. Fine Homebuilding. 89:40-45.

Smulski, S. 1993. Flat truss failure. Journal of Light Construction. 12(1):34-35.

Smulski, S. 1993. Wood fungi causes and cures. Journal of Light Construction. 11(8):22-28.

Smulski, S. 1993. Detailing for wood shrinkage. Fine Homebuilding. 81:54-59.

Smulski, S. 1992. How well do you know wood? Journal of Light Construction. 11(1):78.

Smulski, S. 1992. Wood-destroying insects. Journal of Light Construction. 10(12):35-39.

Smulski, S. 1991. Deck lumber made to last. Pages 26-33 in The Cottage Book. F. Edwards, ed. Hedgehog Productions Inc. Ontario, Canada.

Smulski, S. 1991. Preservative treated wood in light-frame construction. In Proceedings Third Annual "What's Happening in Housing Research?" Symposium. W. Rose, ed. National Association of Home Builders 1991 Annual Convention. Atlanta, GA.

Smulski, S. 1991. Glue-laminated timbers. Fine Homebuilding. 71:55-59.

Smulski, S., et al. 1991. Forest products research at U.S. universities in 1988-89. Wood and Fiber Science. 23(4):597-606.

Smulski, S. 1991. Relationship of stress wave- and static bending-determined properties of four northeastern hardwoods. Wood and Fiber Science. 23(1):44-57.

Smulski, S. 1990. Preservative treated wood. Fine Homebuilding. 63:61-65.

Smulski, S. 1990. Construction adhesives. Fine Homebuilding. 58:72-75.

Smulski, S. 1989. Improving the environment through forest products research. Proceedings of the 1989 Forest Products Research Conference. USDA Forest Products Laboratory. Madison, WI. 16 p.

LWFR-EXP 13-000039

Smulski, S. 1989. The dollars and sense of regulatory issues. Proceedings of the NE Section FPRS 1989 Spring Meeting. 6 p.

Smulski, S. and T. Smith. 1989. Preservative treated wood for greenhouses. UMass Cooperative Extension Floral Notes. 1(6):2-5.

Smulski, S. 1989. Creep functions for wood composite materials. Wood and Fiber Science. 21(1):45-54.

Smulski, S. 1988. Fine points of construction adhesives. Custom Builder. 3(9):33-34.

Jackowski, J. and S. Smulski. 1988. Isocyanate adhesive as a binder for red maple flakeboard. Forest Products Journal. 38(2):49-50.

Smulski, S. and G. Ifju. 1987. Creep of glass fiber reinforced hardboard. Wood and Fiber Science. 19(4):430-438.

Smulski, S. and G. Ifju. 1987. Flexural behavior of glass fiber reinforced hardboard. Wood and Fiber Science. 19(3):313-327.

Smulski, S. 1987. Formaldehyde indoors. Progressive Builder. 12(4):9-11.

Smulski, S. 1986. All about glues and gluing. Scale Woodcraft. 4:44-48.

Smulski, S. and W. Cote. 1984. Penetration of wood by a water-borne alkyd resin. Wood Science and Technology. 18:57-75.

Smulski, S. 1980. A close look. Fine Woodworking. 21:52-53.

### Presentations

"Avoiding Problems with Wood and Bamboo Flooring." 2009. American Floor Covering, Inc. Manchester, CT.

"Inside Wood" and "Wood Science in the Coutroom." 2009. 17th Annual Meeting National Academy of Building Inspection Engineers. Savannah, GA.

"Inside Wood." 2008. Connecticut Tree Protective Association. Plantsville, Connecticut.

"Engineered Wood Flooring." 2007. Hoboken Floors. Pompton Plains, New Jersey.

"History, Geology and Forensic Stability Survey of New-Gate Prison and Copper Mine." 2007. Western Massachusetts Branch Boston Society of Civil Engineers. Amherst, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2007. Viking Lumber.Samoset Resort, Rockport, ME.

"Avoiding Moisture-Caused Problems With Wood and Bamboo Flooring." 2007. Steffian Bradley Architects. Boston, MA.

"Avoiding Moisture-Caused Problems With Wood and Bamboo Flooring." 2006. Boston Society of Architects 22nd Annual Build Boston Trade Show and Convention. Boston, MA.

"Timber Foundation Piles." 2006. Civil and Environmental Engineering Department. University of Massachusetts at Amherst.

LWFR-EXP 13-000040

"The Weatherstick." 2005. Interview on Nippon Television *Mystery Solved*. Tokyo, Japan.

"Avoiding Moisture-Caused Problems With Wood and Bamboo Flooring." 2005. Boston Society of Architects 21st Annual Build Boston Trade Show and Convention. Boston, MA.

"Moisture-Caused Problems with Coatings on Exterior Wood." 2005. Samuel Cabot Inc. National Sales Meeting. Durham, NH.

"Moisture-Caused Problems in Energy-Efficient Wood-Frame Houses" keynote address and "Preventing Moisture Problems in Wood Siding: The Rain-Screen Principle." 2005. Federation of Societies for Coatings Technology Advancements in Coatings Series. Charlotte, NC.

"Moisture and Mold: Causes and Prevention." 2005. JLC Live Residential Construction Show. Chicago, IL.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2005. Mid-Cape Home Center. Hyannis, MA.

"Forensic Application of Wood Science and Technology." 2005. The Essex Club. Haverhill, MA.

"The Nature of Wood", "Wood-Water Relationships" and "Moisture-Caused Problems with Wood Flooring." 2005. 13th Annual Meeting National Academy of Building Inspection Engineers. Newark, NJ.

"Mildew, Mold and Wood-Rotting Fungi", "Wood-Destroying Insects" and "Recognizing MoistureProblems in Wood-Frame Buildings." Long Island Chapter American Society of Home Inspectors 5th Annual Educational Seminar and Exam Prep Class. Carle Place, NY. 2005.

"Avoiding Moisture-Caused Problems With Wood Flooring." 2004. Janos Spitzer Flooring Company. New York, NY.

"Assessment of Structural Wood Framing in Historic Buildings." 2004. Hudson Valley Chapter American Society of Home Inspectors Historic Homes Educational Seminar. Kingston, NY.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2004. Western Massachusetts Chapter American Institute of Architects. Hadley, MA.

"Moisture and Mold: Causes and Prevention." 2004. Construction Design & Trades Conference. State of Connecticut Department of Public Safety. Cromwell, CT.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2004. Falmouth Lumber Design Center. Falmouth, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2004. Boston Chapter of the Construction Specifications Institute. Cambridge, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2003. Boston Society of Architects 19th Annual Build Boston Trade Show and Convention. Boston, MA.

"Moisture and Mold: Causes and Prevention." 2003. JLC Live Residential Construction Show. Columbus, OH.

"Mold in Residential Construction." 2003. Southeastern Massachusetts Building Officials Association, Inc. Taunton, MA.

LWFR-EXP 13-000041

"Inspection and Evaluation of Timber Foundation Piles." 2003. GEI Consultants, Inc. Winchester, MA.

"Moisture and Mold: Causes and Prevention." 2003. JLC Live Residential Construction Show. Milwaukee, WI.

"Avoiding Moisture Problems in Residential Construction." 2003. Morningside Builders. Londonderry, NH.

"Moisture and Mold: Causes and Prevention." 2003. JLC Live Residential Construction Show. Providence, RI.

"Opportunities and Pitfalls in Construction Detailing." 2003. Northeast Sustainable Energy Association 28th Annual Conference. Boston, MA.

"Moisture Problems in Energy-Efficient Houses." 2003. Interview on KZUM Radio Community Home Show. Lincoln, NB.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2003. Falmouth Lumber Design Center. Falmouth, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2003. Merritt & Harris, Inc. New York, NY.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2002. Boston Society of Architects 18th Annual Build Boston Trade Show and Convention. Boston, MA.

"Mold in Residential Structures: How and Why." 2002. New England Municipal Building Officials Seminar. Amherst, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses" and "Forensic Application of Wood Science and Technology." 2002. Presented at Purdue University, West Lafayette, Indiana, under Society of Wood Science and Technology Visiting Scientist Program.

"Avoiding Moisture Problems in Energy-Efficient Houses." 2002. Home Builders & Remodelers Association of Southwestern New Hampshire. Keene, NH.

"Forensic Application of Wood Science and Technology." 2002. Department of Natural Resource Conservation. University of Massachusetts. Amherst, MA.

"Avoiding Moisture Problems in Energy-Efficient Houses." 2002. Nashua Area Home Builders and Remodelers Association. Nashua, NH.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2001. Boston Society of Architects 17th Annual Build Boston Trade Show and Convention. Boston, MA.

"Mold in Energy-Efficient Houses." 2001. Marsh Risk Consulting Seminar. Hartford, CT.

"Avoiding Moisture Problems in Energy-Efficient Houses." 2001. Greater Manchester Home Builders' Association. Manchester, NH.

"Siding and Flooring—What Went Wrong?" 2001. Forest Products Society Annual Meeting. Baltimore, MD.

"Avoiding Moisture Problems in Energy-Efficient Houses." 2001. Construction Business and Technology Conference. Providence, RI.

LWFR-EXP 13-000042

"Wood and Water: Problems and Solutions in Light-Frame Construction." 2001. New England Chapter American Society of Home Inspectors Training Course. Somerville, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2000. Boston Society of Architects 16th Annual Build Boston Trade Show and Convention. Boston, MA.

"Moisture-Caused Problems in Energy-Efficient Houses." 2000. Durability and Disaster Mitigation in Wood-Frame Housing. PATH Consortium for Wood-Frame Housing. Madison, WI.

"Durability of Energy-Efficient Wood-Frame Houses." 2000. World Conference on Timber Engineering. Whistler, British Columbia.

"Wood Science and Technology in the Courtroom." 2000. Forest Products Society Annual Meeting. South Lake Tahoe, NV.

"Diagnosing and Curing Moisture Problems." 2000. Construction Business and Technology Conference. Providence, RI.

"Diagnosing and Curing Moisture Problems." 2000. Construction Business and Technology Conference. Baltimore, MD.

"Durability of Energy-Efficient Wood-Frame Houses" and "Forensic Application of Wood Science and Technology." 2000. Presented at University of Maine at Orono under Society of Wood Science and Technology Visiting Scientist Program.

"Moisture Problems in Energy-Efficient Wood-Frame Houses." 2000. Northeast Section Forest Products Society. Amherst, MA.

"Moisture Problems in Energy-Efficient Wood-Frame Houses." 2000. Southern New Hampshire Home Builders & Remodelers Association. Derry, NH.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." and "Preventing Wood Degradation." 1999. Boston Society of Architects 15th Annual Build Boston Trade Show and Convention. Boston, MA.

"Moisture-Caused Problems in New Wood-Frame Houses." 1999. New Hampshire Building Officials Association. Meredith, NH.

"New Products: Promise and Peril." 1999. Durability and Disaster Mitigation in Wood-Frame Housing. PATH Consortium for Wood-Frame Housing. Madison, WI.

"Energy-Efficient Wood-Frame Houses: New Materials, New Techniques, New Troubles" and "Forensic Application of Wood Science and Technology." 1999. Presented at North Carolina State University at Raleigh and Virginia Tech at Blacksburg under Society of Wood Science and Technology Visiting Scientist Program.

"Designing Durable Wood-Frame Houses." 1999. Donham & Sweeney Architects. Boston, MA.

"Diagnosing and Curing Moisture Problems." 1999. Construction Business and Technology Conference. Baltimore, MD.

"Preventing Wood Degradation." 1998. Boston Society of Architects 14th Annual Build Boston Trade Show and Convention. Boston, MA.

"Wood Deterioration: Decay, Insects and Weathering." 1998. 2nd International Preservation Trades Workshop. Gaithersburg, MD.

"Energy-Efficient Wood-Frame Houses: New Materials, New Techniques, New Troubles." 1998. Forest Products Research Conference. Madison, WI.

"Diagnosing and Curing Moisture Problems." 1998. Construction Business and Technology Conference. Providence, RI.

"Moisture-Related Problems in Wood-Frame Buildings." 1998. National Academy of Building Inspection Engineers. Alexandria, VA.

"Moisture-Related Problems in Newly-Built Homes." 1997. New England Municipal Building Officials Seminar. Amherst, MA.

"Preventing Interior Moisture Sources in Buildings." 1997. International Union of Forestry Research Organizations All Division 5 Conference. Pullman, WA.

"Wood and Water: Problems and Solutions in Light-Frame Construction." 1997. New England Chapter American Society of Home Inspectors Training Course. Needham, MA.

"Moisture-Related Problems in Newly-Built Homes." 1997. Construction Business and Technology Conference. Providence, RI.

"Premature Failure of Paints and Solid Color Stains on Energy-Efficient Homes." 1996. New England Municipal Building Officials Seminar. Amherst, MA.

"Wood and Water." 1996. Maple Flooring Manufacturers Association. Palm Springs, CA.

"Field Inspection of Roof and Floor Trusses." 1995. New England Municipal Building Officials Seminar. Amherst, MA.

"In-Service Performance of Wood Products." 1995. Roger Williams Hoo-Hoo Club, Newport, RI.

"The Nature and Behavior of Wood." 1995. Connecticut Chapter Piano Technicians Guild. Hartford, CT.

"Wood-Destroying Insects" and "Mildew, Mold and Wood-Destroying Fungi." 1995. Massachusetts Cooperative Extension Service Training Workshop for Pest Control Professionals. Waltham, MA.

"Moisture Problems and Solutions: Case Studies." 1995. Construction Business and Technology Conference. Boston, MA.

"Panel Products in Residential Construction." 1995. Northeast Retail Lumber Association Sales and Product Training School. Northampton, MA.

"Recognizing and Solving Moisture Problems in Light-Frame Construction." 1994. New England Municipal Building Officials Seminar. Amherst, MA.

"Wood and Water: Problems and Solutions in Light-Frame Construction." 1994. New England Chapter American Society of Home Inspectors Training Course. Needham, MA.

"Quality Assurance in Truss Manufacture." 1994. New England Chapter Wood Truss Council of America. Worcester, MA.

LWFR-EXP 13-000044

"Energy Conservation Backlash: Mildew, Mold, Decay and Insects in Wood-Frame Construction." 1994. Energy Efficient Building Association Conference. Dallas, TX.

"Behavior of Wood in Buildings." 1993. Timber Framers Guild of North America Western Regional Conference. Whitefish, MT.

"Wood and Water: Problems and Solutions in Light-Frame Construction." 1993. New England Municipal Building Officials Seminar. Amherst, MA.

"Behavior of Wood in Buildings." 1993. Timber Framers Guild of North America International Conference. Rindge, NH.

"Detecting and Preventing Moisture, Fungal, and Insect Damage in Wood-Frame Buildings." 1993. Workshop for Municipal Building Officials. Storrs, CT.

"Wood as a Substrate for Coatings" and "Solving Exterior Wood Finishing Problems." 1993. New England Society for Coatings Technology. Worcester, MA.

"Wood Properties Affecting Machining." 1993. Northeast Section Forest Products Society Spring Meeting. Westminster, MA.

"Moisture-Related Problems in Wood Products Manufacturing." keynote address. 1993. New England Wood Products Exposition. Springfield, MA.

"Moisture-Caused Truss Plate Withdrawal." 1993. Energy Efficient Building Association Conference. Boston, MA.

"Solving Moisture Problems in Light-Frame Construction." 1993. George Torello Consulting Engineers. Essex, CT.

"Solving Moisture Problems in Light-Frame Construction." 1992. Remodelors Council of Greater Springfield. Springfield, MA.

"Wood and Water: Problems and Solutions in Light-Frame Construction." 1992. New England Municipal Building Officials Seminar. Amherst, MA.

"The Nature of Wood," "Basic Wood Identification," "Wood/Water Relationships," "Deterioration of Wood" and "Recognizing Moisture Problems in Wood Buildings." 1991. National Park Service Wood Conservation Training Course. Boston, MA.

"Insect and Fungal Damage in Wood-Frame Construction." 1991. New England Municipal Building Officials Seminar. Amherst, MA.

"Two-Species Oriented Flakeboard Layered by Wood Density." 1991. Forest Products Society Annual Meeting. New Orleans, LA.

"Preservative Treated Wood in Light-Frame Construction." 1991. National Association of Home Builders Annual Conference. Atlanta, GA.

"Wood Decay in Residential Construction." 1991. Northeast Retail Lumber Association Sales and Product Development Institute. Northampton, MA.

LWFR-EXP 13-000045

"Wood Properties Affecting Gluing." 1990. Northeast Section Forest Products Society Spring Meeting. Poughkeepsie, NY.

"Preventing Decay in Exterior Wood Construction" and "Preservative Treated Wood." 1990. National Recreation and Parks Association New England Training Institute. Bedford, NH.

"Construction Adhesives." 1990. Northeast Solar Energy Association Advanced Residential Construction Conference. Leominster, MA.

"Stress Wave Nondestructive Evaluation of Hardwood MOE and MOR." 1989. Seventh International Symposium on Nondestructive Testing of Wood. Madison, WI.

"Health Aspects of Building Products: Wood Products." 1989. Northeast Solar Energy Association Advanced Residential Construction Conference. Sturbridge, MA.

"Construction Practice and Wood Decay." 1989. Northeast Retail Lumber Association Sales and Product Development Institute. Northampton, MA.

"Wood, Water and Decay." 1989. Massachusetts Cooperative Extension Service Workshop on Making the Most of Pressure Treated Wood. Amherst, MA.

"Consumer Adhesives." 1988. Northeast Retail Lumber Association Sales and Product Development Institute. Northampton, MA.

"Linearization of Creep Curves." 1987. Forest Products Society Annual Meeting. Louisville, KY.

"Elastic Behavior of Glass Fiber Reinforced Hardboard." 1986. Forest Products Society Annual Meeting. Spokane, WA.

"Glass Fiber Reinforced Hardboard." 1986. Forest Products Research Conference. Madison, WI.

"Dowel Pins as Connectors for Wood Composite Panels." 1986. Saunders Brothers. Westbrook, ME.

LWFR-EXP 13-000046

**Exhibit B**

List of depositions and testimony in arbitration hearings or courtrooms given by Stephen Smulski since July 29, 2005:

Date/Activity: September 18, 2009/courtroom testimony
Client: Atty. T. Christopher Pinedo, Corpus Christi, Texas, representing plaintiff
Case: Docket No. 09-2892 Charles Age, et al. v. Gulf Stream Coach, Inc. et al. FEMA Trailer Formaldehyde Products Liability Litigation

Date/Activity: June 10, 2009/deposition
Client: Atty. T. Christopher Pinedo, Corpus Christi, Texas, representing plaintiff
Case: Docket No. 09-2892 Charles Age, et al. v. Gulf Stream Coach, Inc. et al. FEMA Trailer Formaldehyde Products Liability Litigation

Date/Activity: September 19, 2008/deposition
Client: Atty. Frank D'Amico Jr., Law Offices of Frank D'Amico, Jr., New Orleans, Louisiana, representing plaintiff
Case: FEMA Trailer Formaldehyde Products Liability Litigation

Date/Activity: August 11, 2008/courtroom testimony
Client: Atty. Ronald Harding, Weston, Patrick, Willard & Redding, Boston, Massachusetts, representing defendant
Case: No. 06-535 Ciampa v. USAA Property and Casualty Insurance Co.

Date/Activity: January 28, 2008/deposition
Client: Atty. Philip Thompson, Thompson & Henry, P.A., Conway, South Carolina, representing plaintiff
Case: No. 03-CP-26-7169 Riverwalk at Arrowhead Country Club Property Owners' Association, Inc. v. Heritage Communities, Inc., et al.

Date/Activity: November 29, 2007/courtroom testimony
Client: Full Spectrum of New York, L.L.C., defendant, represented by Atty. Matthew Gordon
Case: William Sylvester v. Full Spectrum of New York (case caption and number not known)

Date/Activity: May 8, 2007/deposition
Client: Atty. Barry Nakell, Chapel Hill, North Carolina, representing plaintiff
Case: No. 02-CVS-2041 Joseph Kintz v. Amerlink, Ltd. and Richard Spoor

Date/Activity: November 8, 2006/deposition
Client: Atty. Philip Thompson, Thompson & Henry, P.A., Conway, South Carolina, representing plaintiff
Case: No. 2005-CP-26-0044 Magnolia North Property Owners' Association, Inc. v. Heritage Communities, Inc., et al.

Date/Activity: June 19, 2006/deposition
Client: Atty. John Bishop, Massachusetts Water Resources Authority, Boston, Massachusetts, representing defendant
Case: No. 0-5756 A Charles Dumbaugh v. Metropolitan District Commission, et al.

Date/Activity: December 20, 2005/arbitration testimony
Client: Alan Rossilli, Luxury Floors, Inc., Newark, New Jersey, represented by Atty. Ron Tobia
Case: The Gym, LLC. v. Luxury Floors, Inc. (case caption and number not known)

LWFR-EXP 13-000047

**Exhibit C**

Formaldehyde-emitting wood composite products inside Forest River, Inc. travel trailer occupied by Mr. Lyndon Wright identified by disassembly on August 31-September 1, 2009.

Notes:

- Only formaldehyde-emitting wood composite products are listed. Solid wood and wood composite products such as softwood plywood and oriented strandboard that are also present in the trailer but exempt from the HUD formaldehyde emission standard are not listed.

- "Exposed" means that surface is raw wood without a finish, vinyl overlay, plastic laminate or plastic edge band; the surface may not be visible.

- "Partially exposed" means that the vinyl overlay on the face and edges wraps around the back of the product but does not completely cover the back.

- "Sandwich" panels consist of two 1/8 in. hardwood plywood panels separated by a solid wood frame. The faces of the plywood have a vinyl overlay; the back and edges are exposed.

- All dimensions are nominal thickness.

- Numbers in boxes correspond to JPG photo images taken August 7 and 31, and September 1, 2009.

| location | item | formaldehyde-emitting wood composite |
|---|---|---|
| | roof 3740 | • 1/8 in. hardwood plywood-vinyl overlay on face, rubber membrane on back, exposed edges |
| | walls 3495 | • 1/8 in. hardwood plywood-vinyl overlay on face, exposed back and edges<br>• 1/8 in. hardwood plywood trim over joints-vinyl overlay on face and edges, partially exposed back |
| | ceiling 3492 | • 1/8 in. hardwood plywood-vinyl overlay on face, exposed back and edges<br>• 1/8 in. hardwood plywood trim over joints-vinyl overlay on face and edges, partially exposed back |
| | windows 3718 | • 1/8 in. hardwood plywood spacer strips applied to outside of solid wood wall framing-vinyl overlay on face, exposed back and edges |

LWFR-EXP 13-000048

| bedroom | platform bed with storage compartment below 3437, 3442, 3443, 3444, 3445, 3446 | • 1/8 in. hardwood plywood left and right side panels and foot panel-vinyl overlay on face, exposed back and edges |
|---|---|---|
| | right and left wall-mounted shirt closets 3438, 3439 | • 1/8 in. hardwood plywood door panel-stain and clear finish on face and back<br>• hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back<br>• 1/8 in. hardwood plywood sandwich side panel and bottom panel<br>• 1/8 in. hardwood plywood trim-vinyl overlay on face and edges, partially exposed back |
| | right and left nightstands 3438, 3440, 3441 | • 1/8 in. hardwood plywood door panel-stain and clear finish on face and back<br>• hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back<br>• 1/8 in. hardwood plywood side panel-vinyl overlay on face, exposed back and edges<br>• 5/8 in. particleboard countertop-plastic laminate on face and back, plastic edge band<br>• solid wood frame |
| | sliding door 3448 | • 1-1/8 in. medium density fiberboard stiles |
| | wall-mounted center cabinets 3438 | • 1/8 in. hardwood plywood door panel-stain and clear finish on face and back<br>• hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back<br>• 1/8 in. hardwood plywood front panels-vinyl overlay on face, exposed back and edges<br>• hardwood plywood sandwich bottom panel<br>• 1/8 in. hardwood plywood trim-vinyl overlay on face and edges, partially exposed back |
| | TV shelf 3447 | • 5/8 in. particleboard-plastic laminate on face and back, plastic edge band |
| | right and left window valances 3438, 3447 | • 1/8 in. hardwood plywood-vinyl overlay on face with foam and fabric covering, exposed back and edges |

LWFR-EXP 13-000049

| living area 3457, 3458, 3461, 3491, 3492 | pull-out sofa with storage compartment below 3457, 3458, 3488, 3489, 3490 | <ul><li>1/8 in. hardwood plywood right and left side panels-vinyl overlay on face, exposed back and edges</li><li>1/8 in. hardwood plywood front panel-vinyl overlay on face with fabric covering, exposed back and edges</li></ul> |
|---|---|---|
| | wall-mounted cabinets over sofa 3457, 3458, 3460 | <ul><li>1/8 in. hardwood plywood door panel-stain and clear finish on face and back</li><li>hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back</li><li>1/8 in. hardwood plywood right and left side panels and front panels-vinyl overlay on face, exposed back and edges</li><li>hardwood plywood sandwich bottom panel</li><li>1/8 in. hardwood plywood trim-vinyl overlay on face and edges, partially exposed back</li></ul> |
| | lower corner cabinet next to dinette 3467, 3468 | <ul><li>1/8 in. hardwood plywood door panel-stain and clear finish on face and back</li><li>hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back</li><li>1/8 in. hardwood plywood left side panel-vinyl overlay on face, exposed back and edges</li><li>5/8 in. particleboard countertop-plastic laminate on face and back, plastic edge band</li></ul> |
| | window valance 3457, 3458, 3460 | <ul><li>1/8 in. hardwood plywood-exposed face with foam and fabric covering, exposed back and edges</li></ul> |
| | wardrobe-upper half 3459 | <ul><li>1/8 in. hardwood plywood door panel-stain and clear finish on face and back</li><li>hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back</li><li>1/8 in. hardwood plywood right and left side panels-vinyl overlay on face, and back, exposed edges</li><li>1/8 in. hardwood plywood divider between upper and lower halves-vinyl overlay on face, and back, exposed edges</li></ul> |
| | wardrobe-lower half 3459, 3469, 3470, 3471, 3486, 3487 | <ul><li>hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back</li><li>1/8 in. hardwood plywood right and left side panels-vinyl overlay on face, exposed back and edges</li><li>3/8 in. hardwood plywood drawer front, sides and rear-exposed face, back and edges</li><li>1/8 in. hardwood plywood drawer bottom-vinyl overlay on face, exposed back and edges</li></ul> |

LWFR-EXP 13-000050

| dinette 3491, 3492, 3493, 3494, 3495 | bench seats 3463, 3465, 3466, 3499, 3500 | • 1/8 in. hardwood plywood front panel-vinyl overlay on face, exposed back, plastic edge cap<br>• 5/8 in. particleboard side panel-vinyl overlay on face and back, plastic edge band<br>• 5/8 in. particleboard back of left seat-vinyl overlay on face and back, plastic edge band |
|---|---|---|
| | table 3463, 3467, 3468, 3493, 3494, 3495 | • 3/4 in. particleboard-plastic laminate on face and back, plastic edge band |
| | wall-mounted cabinets over table 3467, 3468 | • 1/8 in. hardwood plywood door panel-stain and clear finish on face and back<br>• hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back<br>• 5/8 in. particleboard left side panel-vinyl overlay on face and back, plastic edge band<br>• 1/8 in. hardwood plywood front panels-vinyl overlay on face, exposed back and edges<br>• hardwood plywood sandwich bottom panel<br>• 1/8 in. hardwood plywood trim-vinyl overlay on face and edges, partially exposed back |
| | window valance 3467, 3468 | • 1/8 in. hardwood plywood-exposed face with foam and fabric covering, exposed back and edges |

LWFR-EXP 13-000051

| kitchen<br>3449, 3450,<br>3456, 3492,<br>3496, 3497,<br>3498 | upper cabinets<br>3449, 3450, 3453,<br>3456 | • 1/8 in. hardwood plywood door panel-stain and clear finish on face and back<br>• hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back<br>• 5/8 in. particleboard right and left side panels-vinyl overlay on face and back, plastic edge band<br>• 1/8 in. hardwood plywood front panel-vinyl overlay on face, exposed back and edges<br>• hardwood plywood sandwich bottom panel<br>• 1/8 in. hardwood plywood trim-vinyl overlay on face and edges, partially exposed back<br>• hardwood plywood sandwich shelf over microwave |
|---|---|---|
| | lower cabinets<br>3449,3450, 3451,<br>3452, 3454, 3455,<br>3456 | • 1/8 in. hardwood plywood door panel-stain and clear finish on face and back<br>• hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back<br>• 3/4 in. particleboard countertop-plastic laminate on face and back, plastic edge band on visible edge, exposed edge for sink cutout<br>• 1/8 in. hardwood plywood right and left side panels and front panels-vinyl overlay on face, exposed back and edges<br>• 1/8 in. hardwood plywood shelf-vinyl overlay on face, exposed back and edges |
| | pantry cabinet<br>3461, 3462, 3472,<br>3473 | • 1/8 in. hardwood plywood door panel-stain and clear finish on face and back<br>• hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back<br>• 1/8 in. hardwood plywood right and left side panels-vinyl overlay on face and back, exposed edges<br>• two 1/2 in. particleboard shelves-vinyl overlay on face and back, plastic edge band<br>• 1/8 in. hardwood plywood divider between upper and lower halves-vinyl overlay on face, exposed back and edges |

LWFR-EXP 13-000052

| bunk beds with storage compartment below | upper berth 3474, 3475 | • hardwood plywood sandwich mattress support |
|---|---|---|
| | lower berth 3476, 3477, 3478, 3479 | • 1/8 in. hardwood plywood mattress support-vinyl overlay on face, exposed back and edges<br>• 1/8 in. hardwood plywood front panel-vinyl overlay on face, exposed back and edges |
| bathroom | door 3474, 3475 | • 1-1/8 in. medium density fiberboard stiles |
| | vanity 3480, 3481, 3482, 3483, 3484, 3485 | • 1/8 in. hardwood plywood door panel-stain and clear finish on face and back<br>• hardwood plywood face frame-vinyl overlay on face and edges, partially exposed back<br>• 1/8 in. hardwood plywood right and left side panels, face panels and shelf-vinyl overlay on face, exposed back and edges<br>• 3/4 in. particleboard countertop-plastic laminate on face and back, plastic edge band on visible edge, exposed edge for sink cutout |

LWFR-EXP 13-000053



**EXHIBIT D.** Photo 3670. Panel 44A. Interior partition *dining/bunk bed. HPVA stamp indicates panel conforms to HUD formaldehyde standard and is Low Formaldehyde Emission.



**EXHIBIT D.** Photo 3680. Panel 45B. Interior partition*kitchen/bedroom. HPVA stamp indicates panel conforms to HUD formaldehyde standard and is Low Formaldehyde Emission.

LWFR-EXP 13-000054



**EXHIBIT D.** Photo 3730. Panel 68. Wall right rear. HPVA stamp indicates that panel does not conform to HUD formaldehyde standard and is not Low Formaldehyde Emission.



**EXHIBIT D.** Photo 3737. Panel 76. Wall left. HPVA stamp indicates this hardwood plywood wall panel was manufactured on November 7, 2005.

LWFR-EXP 13-000055

## TYPICAL PLYWOOD WALL PANEL BACKSTAMP



### DESIGNATION KEY

1. HPVA TRADEMARK
2. FORMALDEHYDE EMISSIONS
3. STRUCTURAL DESCRIPTION
4. FACE SPECIES OR FINISH TYPE
5. HPVA MILL NUMBER
6. VENEER GRADE OF FACE
   (DESIGNATION OF THE BACK VENEER
   GRADE IS OPTIONAL FOR SPECIALTY
   GRADE FACED PANELS.)

7. FLAME SPREAD CLASSIFICATION
8. BOND LINE TYPE II (INTERIOR)
9. APPLICABLE PRODUCT STANDARD

**EXHIBIT D.** Typical HPVA stamp.

LWFR-EXP 13-000056

**Stephen Smulski**

**From:** Brian Sause [BSause@hpva.org]
**Sent:** Wednesday, September 09, 2009 5:41 PM
**To:** Stephen Smulski
**Subject:** RE: technical question re panel stamp

Stephen,

The HP-1 standard is a voluntary manufacturing standard. Any deviation from the standard, whether it be grading, panel construction, or emission levels, is ultimately an agreement between the buyer and seller of the hardwood plywood. It is possible the panel does conforms with the emissions limits for HUD that are in the standard, but the manufacturer chose not to certify the panel based on their market, or perhaps the buyer did not have a need for a certified panel.

Regardless of the HUD requirements and the HP-1 standard emissions levels, travel trailers are not covered by HUD regulations. It was not until 2008 that the Recreational Vehicle Industry Association (RVIA) required the members of that association to manufacture their products using HUD emissions compliant materials. Since then, they have adopted the CARB phase 1 emissions levels for 2009 products. While this is not a regulatory requirement, you can expect it to become one in the future as the CARB rule take on more momentum and adopting CARB levels continues to be supported nationwide.

Brian

**From:** Stephen Smulski [mailto:woodsci@crocker.com]
**Sent:** Wednesday, September 09, 2009 9:53 AM
**To:** Brian Sause
**Subject:** RE: technical question re panel stamp

September 9, 2009

Brian:

I found ANSI/HPVA HP-1-2004 in my files. It's my understanding that a plywood panel made with UF adhesive can conform to the standard in all respects without also conforming to the formaldehyde requirement of section 3.12. In this case the formaldehyde marking would not appear in the HPVA stamp (like the photo I sent). Is this correct? If the panel is made with UF adhesive and does conform with the formaldehyde requirement of section 3.12 then it would have the formaldehyde markings in the HPVA stamp as per section 3.17.2. Is this correct? Would a manufacturer make a plywood panel with UF adhesive that conformed to the formaldehyde requirement of section 3.12 and not include the formaldehyde marking in the HPVA stamp?

Thanks for your help and patience.

Stephen Smulski

**From:** Brian Sause [mailto:BSause@hpva.org]
**Sent:** Wednesday, September 09, 2009 8:52 AM
**To:** Stephen Smulski
**Subject:** RE: technical question re panel stamp

Stephen,

1

**EXHIBIT D.** Email correspondence with Mr. Brain Sause of HPVA.

LWFR-EXP 13-000057

[text partially illegible] ...could be manufactured and laid up in house by the mill, it could be a domestic panel that was ... manufacturer, or an panel that was purchased as an import. Regardless, certifications of this ... original layup of the face and/or back. Based on the thickness, it is most likely an imported ... that had a decorative face applied by ClosetMaid.

[text partially illegible] ...suggesting is an older standard that has been replaced by the ANSI/HPVA HP-1-2004 American ... for Hardwood and Decorative Plywood. It is available online for purchase and contains some of the ... and more. It also describes the HPVA certification stamp on the back cover and is probably ... the one you have. I would suggest getting the most recent version to keep on hand. Also, the standard is ... revision and will be revised later this year as a 2009 or 2010 document. Since the old version ... the HUD emissions levels for formaldehyde, this version is being revised to incorporate the CARB emissions ... for hardwood plywood as the best available technology improves.

...to purchase standard: (under publications, it is the 5th or so down... yellow cover)
http://www.hpva.org/publications/index.asp

Brian

From: Stephen Smulski [mailto:woodsci@crocker.com]
Sent: Tuesday, September 08, 2009 8:06 PM
To: Brian Sause
Subject: RE: technical question re panel stamp

September 8, 2009

Brian

Does "sourced" mean the plywood is manufactured in the US from imported veneer? Also does HPVA have a facsimile of its stamp that explains the various symbols and acronyms? I have a copy of the 1992 HPMA Voluntary Product Standard that includes one on the back cover but it is out of date (HPVA was HPMA back then). Could you provide one? Thanks again for your help.

Stephen Smulski

From: Brian Sause [mailto:BSause@hpva.org]
Sent: Tuesday, September 08, 2009 1:40 PM
To: Stephen Smulski
Subject: RE: technical question re panel stamp

Yes, it is likely that the luan is imported, but it can also be sourced domestically. In this case, the requirements would be on the manufacturer to test finished product after the face was applied. Mill 209 is Closetmaid.

From: Stephen Smulski [mailto:woodsci@crocker.com]
Sent: Tuesday, September 08, 2009 12:59 PM
To: Brian Sause
Subject: RE: technical question re panel stamp

September 8, 2009

Brian

2

**EXHIBIT D.** Email correspondence with Mr. Brain Sause of HPVA.

Page 36 of 39

LWFR-EXP 13-000058



...that ClosetMaid does not actually make the plywood. I assume that the plywood is made... ClosetMaid who then applies the laminate to its face. Is Mill 209 the assumed overseas producer... ...correct? If not, then what is the sequence of events? Thank you.

...BSause@hpva.org]
...September 08, 2009 10:08 AM
...
...ical question re panel stamp

...added some comments below in red that should answer your questions...

...September 08, 2009 8:16 AM
...FW: technical question re panel stamp

From: Stephen Smulski [mailto:woodsci@crocker.com]
Sent: Saturday, September 05, 2009 5:49 PM
To: Keith Tyree
Subject: technical question re panel stamp

September 5, 2009

Dear HPVA:

I am seeking your assistance in interpreting a stamp found on the rear of a lauan plywood ceiling panel removed from a travel trailer built in 2005 (see attached photos). The face of the panel has a vinyl overlay.

The top block reads: HARDWOOD PLYWOOD & VENEER ASSOCIATION

The left hand block reads:

HPVPC-16
(HPVA designation for Internal Construction and Cross Sectional Properties of Plywood)
4.0 mm THICK
(Panel Thickness Category)
HP-SG-96
(HP-SG-96) Structural Design Guide for Hardwood Plywood Wall Panels—HPVA Design Guide HP-SG-96, 1996.

The center block reads:

SIMULATED
DECORATIVE FINISH
ON PLYWOOD

2

**EXHIBIT D.** Email correspondence with Mr. Brain Sause of HPVA.

LWFR-EXP 13-000059



(Paper, Vinyl or Print rather than a hardwood veneer)

... Ave, Chino, CA 91710. 909/590-4444)

... special construction using a simulated face material. Wood veneers would be graded

... Minimum requirement for interior finish materials)

... bond test)

... that the flame spread and bond line info refer to.

... actually reads and to what it refers.
... MIL 209.
... GRADE refers to.
... back material)
... refers to.
... the physical properties based on the design guide for 3.6mm HWPW. In manufacturing, the ... the minimum thickness requirements of the SG-96 design guide for panel and component thickness ... design properties to apply. If a panel were to contain grooves, the requirements for groove depth and ... apply based on the layup designation)

... no indication in the stamp that the panel is Low Formaldehyde Emission and that it conforms to the HUD/ASTM ... standard. Does this mean that it is not LFE? Can you provide a facsimile of an HPVA LFE stamp?

... panel were certified to meet the HUD requirements, it would have included a designation in the upper left spot ... stamp you provided that is currently a blank space. You could expect to see the following statement on a wall ... that was certified by HPVA)

FORMALDEHYDE
EMISSIONS 0.20 PPM
CONFORMS TO
HUD
REQUIREMENTS

**EXHIBIT D.** Email correspondence with Mr. Brain Sause of HPVA.

LWFR-EXP 13-000060



...ous there are no other marking on this virtually full-size panel except the random numbers

...numbers represent. Likely something used by the manufacturer in production to track or

...1651 if further info is needed. Thank you for your assistance.

...& Standards
...Veneer Association

...only for the person(s) to whom it is addressed and may contain information that is privileged, confidential, or otherwise
...applicable law. If you are not the intended recipient of this message, you are hereby notified that any forwarding,
...copying of this message or any information contained in this message is strictly prohibited. If you have received this message
...in error and do not forward, disseminate, distribute, or copy it in any way.

**EXHIBIT D.** Email correspondence with Mr. Brain Sause of HPVA.

LWFR-EXP 13-000061