```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
 6     IN RE:  FEMA TRAILER        MDL NO. 1873
 7     FORMALDEHYDE PRODUCTS       SECTION "N"(4)
 8     LIABILITY LITIGATION        JUDGE ENGELHARDT
                                   MAGISTRATE CHASEZ
 9
10                     *   *   *
11                  (RE:  DUBUCLET)
12
13
14        Deposition of STEPHEN SMULSKI, Ph.D.,
15     453 Wendell Road, Shutesbury, Massachusetts
16     01072, taken at the offices of Lambert &
17     Nelson, 701 Magazine Street, New Orleans,
18     Louisiana 70130, on Tuesday, the 20th day of
19     October, 2009.
20
21
22     REPORTED BY:
23        JAMES T. BRADLE, CCR
          PROFESSIONAL SHORTHAND REPORTERS
24        (504)529-5255
25
```

1     A    That's correct.
2     Q    All right.  Now, I think in your
3  report that you understand that Fleetwood
4  had a policy of using the low-emitting
5  formaldehyde materials in its travel
6  trailers back from the 1980's forward,
7  correct?
8     A    That's my understanding, yes.
9     Q    Okay.  And in paragraphs 24 and 25
10 of your report, you indicate that in the
11 seventies and eighties Fleetwood was aware
12 of the formaldehyde off-gassing issue,
13 correct?
14    A    Yes.
15    Q    In one of those paragraphs or
16 maybe both of them, you use the term that
17 the industry was "plagued" with this
18 problem.  On what do you base the use of
19 that terminology, "plagued"?
20    A    I base that on the research that I
21 did for an article I wrote in 1987 called
22 "Formaldehyde Indoors."
23         It was relative to the number of
24 complaints that were filed with at that time
25 the Consumer Products Safety Commission and

1   the general response from the mobile home
2   industry, which is what it was called at
3   that time, from the public who was
4   purchasing mobile homes, from the medical
5   community and others who were concerned
6   about formaldehyde emissions from wood
7   composite products used in the construction
8   of mobile homes.
9       Q   All right.  First, in your
10  article, you didn't use the word "plagued"?
11      A   I don't remember.
12      Q   You didn't.  I read your article.
13  Do you know how many complaints Fleetwood
14  had in the seventies or early eighties about
15  formaldehyde in its products?
16      A   I don't.
17      Q   Do you know whether it had
18  complaints in its travel trailers as
19  specific from its manufactured housing?
20      A   I don't.
21      Q   Okay.  You do know that Fleetwood
22  commissioned a study by the RADCO people to
23  look at formaldehyde emission issues?
24      A   Several studies, in fact.
25      Q   And do you know that those were on