# Formaldehyde Indoors

*Use reconstituted wood products with lower emissions.*

*By Stephen Smulski*

Formaldehyde gas emitted from certain wood products can threaten people's health. Even at low concentrations, airborne formaldehyde may lead to serious problems over many years of exposure.

The increased use of formaldehyde-releasing products coupled with very low rates of air exchange (0.5 to 1.5 changes per hour) in some tight houses may mean vapors linger and accumulate indoors. Hardwood plywood, particleboard, and medium-density fiberboard (MDF) release formaldehyde. Cabinets, countertops, shelving, doors, wall paneling, furniture, and floor underlayment are potential sources.

The origin of the vapor is urea formaldehyde (UF) adhesive, which bonds the veneers, particles, and fibers. During curing most of the formaldehyde becomes a part of the adhesive. A small amount of formaldehyde, however, attaches to the wood without reacting with the urea. This so-called free formaldehyde is released later on when conditions are favorable.

Melamine formaldehyde adhesives used to bond vinyl overlays and hardwood veneers to particleboard, hardwood plywood, or MDF corestock may also emit small amounts of formaldehyde. Softwood plywood, waferboard, and oriented strand board don't emit appreciable vapors because the phenol formaldehyde adhesive used in them is of a different nature when cured.

UF-bonded wood products are the



*Watery eyes may not be caused by the chopped onions. Most kitchen counters are constructed with formaldehyde-bearing particleboard. When all surfaces are covered, emissions are minimized. Though challenged for being too lax, particularly in hot climates where heat and humidity drive up emission rates, new formaldehyde standards for particleboard and wood paneling have lowered the number of homeowner complaints about tearing, odors, and illness.*

LWFR-EXP 13-000411

major, but not the exclusive household source of formaldehyde. Tobacco products, automobiles, and gas-and wood-burning stoves and furnaces emit it as a by-product of combustion. Drapery and upholstery fabrics, carpet pads and backings, and permanent press clothes are sources of free formaldehyde.

## Smelling danger

In the mid-1970's the Consumer Product Safety Commission (CPSC) began to receive complaints from owners of new mobile and manufactured homes. Owners associated their eye and respiratory-tract irritation, headaches, dizziness, and general malaise with a strong "new-home odor."

That formaldehyde levels were excessive wasn't surprising. Typically, the floors, walls, and roofs in these homes were made with particleboard. Cabinets, doors, wall coverings, and built-in furniture and fixtures were particleboard, hardwood plywood, or MDF. A substantial tightening of mobile-home construction on the heels of a 1976 federal law resulted in reduced air exchange rates and the buildup of formaldehyde.

Similar complaints were registered by owners of older homes retrofitted with urea formaldehyde foam insulation. When properly installed it presents no threat to health. It has been used safely in Europe for more than 30 years. In cases in the United States, local installers apparently were unable or unwilling to observe stringent mixing and installation procedures. The CPSC banned urea formaldehyde foam insulation in homes in 1982, citing an "unreasonable health risk." But a federal court overturned the ban in 1983 after finding insufficient evidence of harmful effects.

What health risks are associated with exposure to airborne formaldehyde? The short-term, immediate effects are known (see the listing in the box). Sensitivity to formaldehyde varies greatly among individuals. Its pungent odor will drive people from areas containing just 1.5 parts of formaldehyde per million parts of air. At a concentration less than 0.05 ppm—measured indoors in standard homes—formaldehyde can't be smelled. The risks posed by long-term exposure to these odorless levels of formaldehyde are under investigation.

Half of the rats tested by The Chemical Industry Institute of Toxicology developed nasal cancer when exposed to 15 ppm formaldehyde for two years. No cancers appeared in rats at an exposure level of 2 ppm. In 1986 the National Cancer Institute found "little evidence" for cancer causation in its five-year study of 26,000 workers occupationally

| Immediate Effects of Airborne Formaldehyde | | |
|---|---|---|
| Concentration (ppm) | (Short-term Exposure) Odor | Effect |
| 0 - 0.05 | None | None |
| 0.05 - 1.5 | Mild | Mild eye and respiratory tract irritation; headache; dizziness; malaise. |
| 1.5 - 5.0 | Strong | Strong eye and respiratory tract irritation; tearing; coughing; tightness of chest |
| 5 - 20 | Overwhelming | Severe eye and respiratory tract irritation; profuse tearing; sustained coughing |
| 20 - 100 | Intolerable | Pulmonary edema; chemical pneumonia; possibly, death |
| Skin contact with 0.5% aqueous formaldehyde solution (formalin) | Mild | Skin irritation; allergic reaction; contact dermatitis |

Source: Formaldehyde and Other Aldehydes. National Academy Press. Washington, D.C. 1981

exposed to formaldehyde. To date, formaldehyde exposure has not been linked to cancer in humans.

## Indoor levels

The concentration of formaldehyde in a home depends on the age and number of sources, and on the air temperature, relative humidity, and the air exchange rate. Average formaldehyde concentrations for specific locations are given in the box.

As the temperature or relative humidity rises, the release of formaldehyde increases. When cured, UF adhesives are water resistant but not waterproof. During prolonged periods of high temperature and relative humidity, as occurs in the summer, water vapor can react with the cured adhesive to release what is termed hydrolytic formaldehyde. The amount of formaldehyde emitted gradually diminishes as a product ages. Naturally, the highest formaldehyde concentrations will occur in a home with the greatest number of vapor sources. The more often contaminated indoor air is replaced with fresh outdoor air, the lower the pollutant concentration.

## Fixes

The technical and economic benefits of

UF adhesives are so superior, substitution of another adhesive is unlikely in the hardwood plywood, particleboard, and MDF industries. Instead, advances in UF adhesives technology have allowed formulators to reduce the formaldehyde/urea ratio from 2:1 to 1.2:1. Wood veneers, particles, and fibers can be treated with chemicals that permanently trap unreacted formaldehyde within the product. These two techniques have resulted in a 75-percent reduction in emissions from UF-bonded wood products since 1980. The number of complaints registered with the CPSC has dropped dramatically. While 450 complains from mobile home owners were logged in June 1982, fewer than 10 were registered in June 1984. For the same dates, complaints from owners of conventional homes dropped from 100 to less than 10.

The best method to limit emissions from formaldehyde-bearing wood products already in service is to seal their surfaces and edges. In descending order of effectiveness, use alkyd-, polyurethane-, epoxy-, and latex-based coatings. Kraft paper, vinyl, and foil overlays are effective formaldehyde barriers and reduce emissions by as much as 90 percent.

Where sealants or overlays aren't

LWFR-EXP 13-000412

PROGRESSIVE BUILDER

| Average Airborne Formaldehyde Concentration | |
| --- | --- |
| Concentration (ppm) | Locale |
| 0.005 | Outdoor suburban air |
| 0.04 | Indoors, conventional home |
| 0.08 | Outdoor urban air |
| 0.09 | Indoors, mobile home (no complaint) |
| 0.10 | Urea formaldehyde foam insulated home (one year after installation) |
| 0.25 | Textile plant |
| 0.35 | Hardwood plywood plant |
| 0.41 | Formaldehyde plant |
| 0.92 | Particleboard plant |
| 1.00 | Urea formaldehyde foam insulated home or mobile home (with complaint) |

Source: Formaldehyde Analytical Chemistry and Toxicology. V. Turoski, Editor, American Chemical Society, Washington, D.C. 1985

practical, emission problems can be corrected with an air recirculation unit. Formaldehyde and other indoor pollutants are removed from the air by an absorptive filter of potassium permanganate impregnated alumina pellets. In cases of chronic or extreme formaldehyde emissions, the entire home can be fumigated with ammonia, a potent formaldehyde scavenger.

## Standards

Airborne formaldehyde concentrations are regulated in the home and workplace. Department of Housing and Urban Development standards apply to mobile and manufactured homes. HUD sets a ceiling of 0.4 ppm on the allowable formaldehyde concentration in new units. The Occupational Safety and Health Administration workplace exposure limit is an eight-hour time-weighted average of 3 ppm. OSHA is currently seeking to reduce that limit to 1.5 ppm. Standards under consideration by the Environmental Protection Agency and the CPSC for conventional homes have yet to be approved.

The National Particleboard Association (NPA) has developed voluntary standards for formaldehyde emissions from particleboard and MDF. When tested under conditions that simulate typical mobile-home use and environmental conditions, particle board and MDF can't produce airborne formaldehyde concentrations that exceed 0.3 ppm. The NPA has also established a Formaldehyde Grademark Program to provide formaldehyde testing and certification services to its members.

A voluntary standard for formaldehyde emission from hardwood plywood wall paneling has been adopted by the Hardwood Plywood Manufacturers Association. The maximum permissible emission level is set at 0.2 ppm under test conditions similar to those used by NPA.

Can a builder be held liable for a formaldehyde problem? The allure of contingency fees and damages paid from deep pockets makes anything possible in today's litigious society. This much is certain. Formaldehyde emissions were identified as a problem in the late 1970's and early 1980's, primarily in mobile and manufactured homes. UF adhesives in hardwood plywood, particleboard, and MDF were found to be the major source. Immediate remedial action was taken by wood products manufacturers. As a result formaldehyde emissions have been drastically reduced. But the risk to human health posed by long-term exposure to low concentrations of formaldehyde is unknown. Industry and the federal government are engaged in a continuing effort to assess these health risks. □

*Stephen Smulski is an assistant professor of wood science and technology at the University of Massachusetts at Amherst.*

## For more information:

The Formaldehyde Institute, Inc.
1330 Connecticut Avenue N.W.
Washington, D.C. 20036

Hardwood Plywood Manufacturers Association
Box 2789
Reston, VA 22090

National Particleboard Association
18928 Premiere Court
Gaithersburg, MD 20879



# Swim a mile without moving an inch

THE POSEIDON SWIM SPA          OVERALL SIZE: 8'7''×20'          DEPTH: SPA AREA 3'5''; SWIM AREA, 4'0''

**Then settle back and relax, all in one spa!**
An aqua-robic workout for the athlete. Elegant relaxation for the family. You get both with the Poseidon Swim Spa from Aqua Plunge.

**Swim jets and therapeutic jets**
The Poseidon comes with two, three or four swim jets in the swim area that churn out a powerful current, tailored to the strength of your swimmers. There's also a family sized spa area with relaxing therapeutic jets.

**Easy to transport and install**
The Poseidon is delivered in three sections. No cranes are needed for either transportation or assembly.

**Call or write for more information:**
The Poseidon Swim Spa by Aqua Plunge
A Division of Wiedemann Industries, Inc.
P.O. Box 677
Muscatine, Iowa 52761-0677
In Iowa call collect 319/263-6642
Outside Iowa call toll free 800/553-9664



Aqua Plunge
by Wiedemann

Commercial spas also available.

Circle Reader Service no. 14