

The metal skin is visible here where the insulation has been pulled away. There is no air barrier to protect the insulation from infiltration. Notice the gap at the top pf the wall in the picture at the left. No air sealing or insulation.



Insulation is crushed into the stud cavities, reducing the r-value and its ability to block heat transfer.

The plastic liner at the bottom of the wall cavity makes the moisture problem worse by trapping moisture against the crushed insulation.

The ceiling insulation in this trailer has many of the same problems that the wall insulation has. It is crushed (compressed) by wires and ductwork and, in many places; it is not in contact with the surface it should be insulating (the ceiling). Both of these problems can lead to moisture and inefficiency problems. Moisture leads to mildew and mold, which results in poor indoor air quality. Since the a/c ducts are leaking cold air into the ceiling cavity it increases the probability of condensation.

The pictures below show examples of the ceiling insulation and its problems.



Gaps between the ceiling and the insulation. The insulation must be in full contact with the surface it is insulating in order for it to be effective.



Insulation being crushed by a/c duct. Compressed insulation has a reduced r-value




Ceiling insulation compressed by an A/C duct    Ceiling insulation compressed by wiring

## Heating, Ventilation, and Air Conditioning (HVAC) Observations

There are two different systems comprising the heating and cooling system in this building, so we will examine each separately. However, much of the problems existing are common to both systems. Below is a summary of problems to be discussed.

1. Lack of proper sizing for the air conditioner and heater equipment;
2. Lack of proper duct design for the air conditioner and heater (per manufacturer's instructions) ;
3. Lack of outdoor fresh air ventilation for the heating and cooling system;
4. Supply duct leakage on the air conditioner;
5. Return duct leakage on the air conditioner;
6. Very little insulation on air conditioning ductwork, where the manufacturer required at least an R-7;
7. No UL rated materials used in or on ductwork – no flame spread ratings, etc.;
8. Staples through the heating ductwork;
9. No insulation on heating ductwork;
10. Debris in the heater duct system;

**Sizing HVAC machines and ductwork**

The air conditioner and heater in this trailer is not sized properly for this particular trailer. This is contributing to not just the discomfort of the residents, but also to the mold growth in the trailer. A manual J-load should be calculated to determine the correct sizing of these machines.

A *Manual J-load* (A.K.A "Heating/Cooling load calculation") determines the amount of conditioned air needed in each room of a building to overcome the heat/cold and humidity load in that room. It takes into account insulation values, types of windows, heat-producing equipment and infiltration rates,

LWFR-EXP 5-000055

among other factors. **The Air Conditioning Contractors of America (ACCA)** has chosen the Manual J-load as its standard for properly sizing air conditioning and heating systems.

Many air conditioning and heating contractors will estimate sizing of air conditioning system based strictly on the square footage of a building. HVAC contractors should perform a manual j-load calculation to decide exactly how much air and dehumidification a residence needs to properly condition and dehumidify each room. Oversizing of the air conditioning system can lead to the following problems:

- *Frequent cycling* (If the A/C equipment is too large, it will short cycle, which does not allow it to remove humidity properly and it shortens the life of the equipment, as well as uses a lot more energy than a machine that has longer runs.)
- *High indoor relative humidity* (Oversized machines short cycle. A machine needs to run at least 20 minutes to properly remove humidity.)
- *Large conditioned-space temperature swings* (An oversized machine will bring the temperature down very quickly, but then cut off quickly and the room returns to its previously warmer temperature.)
- *Occupant discomfort* (Large temperature swings and higher humidity levels lead to uncomfortable conditions, and mold growth with increased allergy sensitivities. Therefore, oversized machines are often the culprits for occupants who are uncomfortable in their own residences.)

A computer generated *manual j-load* calculation was performed for this project using the as built materials and conditions. The overall total cooling load was 0.99 tons or 11,685 Btuh. The capacity of the a/c installed is 15,000 Btuh is grossly oversized for this home. **That is over 28% oversized.** Because the a/c is oversized the complications described above were likely occurring.

After performing a manual j-load, proper duct design should follow. A *manual d* is a method of properly calculating the sizing and design of the ductwork for the heating and cooling system. Because all of the a/c vents outlets and duct sizes in this trailer are identical, it is obvious that a manual d was not done. Rooms with higher heat loads will require larger vents and rooms with less heat load will require smaller vents because less air is required to condition those rooms. Lack of proper duct design creates resident discomfort, which often drives occupants to run the system at more extreme temperatures to meet their comfort needs. This often leads to moisture problems because of combination of the duct leaks and leaky envelope.

**Lack of Proper Ductwork Design**

The air conditioner is manufactured by Dometic, 595 series. On page 6 of Dometic's installation manual (See Appendix O), the guidelines for installing ductwork are stated. All three of the guidelines below have been violated.

> A. The duct material must meet or exceed any agency or RVIA Standard that may be in existence at the time the RV is produced.

LWFR-EXP 5-000056

B. All discharge air ducts must be properly insulated to prevent condensation from forming on their surfaces or adjacent surfaces during operation of the air conditioner/heat pump. This insulation must be R-7 minimum.

C. Ducts and their joints must be sealed to prevent condensation from forming on adjacent surfaces during operation of the air conditioner/heat pump.

Guideline "A" was violated because the duct material did not meet or exceed the standards for the IRC 2000 building code at the time of manufacture of the trailer. Guideline "B" was violated in that the insulation board that made the cooling ductwork was valued at less than a R-1, instead of "at least" and R-7. Guideline "C" was not followed as evidenced by all the pictures showing how poorly the ductwork was sealed.

## Lack of Fresh Air Provided

Fresh air was discussed in prior sections with regards to indoor air quality. It should be part of the heating and cooling system, but this system has no fresh air supplied at all. *Fresh Air* is just what it sounds like. In such a small living environment as a FEMA trailer, we have to take a good look at indoor air quality. We should strive to create buildings that are as tight as possible, but then we want to allow them to "breath" through the "lungs" of the structure which is the heating and cooling system.  Just like our bodies, we <u>do not</u> want to bring in air from every uncontrolled <u>crack and crevice</u> in the thermal envelope.  We want to bring the fresh air into the structure through a fresh air duct (pipe) that has a damper to control the flow and also a filter to filter out contaminants that can enter from outside.  The duct should empty that "fresh air" into the return plenum of the system and the system can then dehumidify it and distribute it throughout the building.

### Why is Fresh Air Important?

Indoor air can be full of contaminants such as cleaning chemicals fumes, dust, allergens, and moisture. While some people may not be sensitive to these pollutants, the long term affects are not beneficial to our overall health. The American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) advises a ventilation rate of a full change of air every 2.8hours. This means that about a third of the air in the building should be exchanged with outside air every 60 minutes.



### How do you bring in *fresh air*?

LWFR-EXP 5-000057

The most inexpensive technique of fresh air introduction involves a properly sized duct that passes from the outside to the return plenum of the air handler. The fresh air duct should bring in air from a clean source (i.e., well elevated off the ground, far from other exhaust vents, and certainly NOT on the roof.) A damper is located inside the duct at the return plenum, so the amount of air coming in can be fixed correctly. When the air conditioner or heater turns on, air is drawn in from the outside and dispersed by the air duct system.

**Duct Leakage**

Duct leakage can cause moisture problems because the cold air is not exiting the ducts at the intended sites.  Most of the duct leakage in this trailer is leaking into the conditioned area, but the leaking air is entering the "attic" creating condensation and mold.

The heating and cooling system is inadequately sealed.  Leaking conditioned air is not only wasted energy and money; it also creates conditions conducive to high dust and humidity and moisture issues within the building.  When cool, conditioned air mixes with warm, humid air it raises the humidity level and creates condensation.

Forced-air heating and cooling systems should be balanced — the amount of air delivered through the supply ducts should be equal to that drawn through the return ducts. If the two volumes of air are unequal, pressure imbalances occur.  Air leakage throws a system out of balance because the flow of air is uncontrolled.

If supply ducts in unconditioned areas have more leaks than return ducts:

- Heated and cooled air will escape to the outside, increasing energy costs.
- Less air volume will be "supplied" to the house, so the pressure inside the house may become negative, thus increasing air infiltration. The negative pressure can actually back draft flues — pull exhaust gases back into the home from water heaters and other combustion appliances.
- The health effects can be deadly if flues contain substantial carbon monoxide.

If return ducts in unconditioned spaces leak:

- The home can become pressurized, thus increasing air leakage out of the envelope.
- Hot, humid air is pulled into the ducts in systems in summer; cold air is drawn into the ducts in winter.

**Air Leaks in Supply Ducts      Air Leaks in Return System   Return Blocked by Door**

  

In this trailer, the problem with the ducts leaking is that the return side of the system is leaking more than the supply side. This creates a slightly positive pressure in the trailer, but generates large amounts of contamination within the living space. The contamination comes from the fiberglass batts, the dust, humidity, and other gases such as formaldehyde within the attic space. The luan plywood contains large amounts of formaldehyde and the wood is raw on the attic side, while it is covered with a vinyl coating on the living space side. However, since the return air can draw air from the attic, it is also pulling in the formaldehyde (if it is present) from the luan plywood. These contaminants are then dispersed throughout the trailer using the supply ductwork. This is very bad for indoor air quality. The figures below demonstrate what is happening graphically.

Review this graphic that appeared earlier in the report for clarification of this phenomenon:
http://www.youtube.com/watch?v=7zIBwCeRWvg

(There is a transcript of the explanation in Appendix Q)

LWFR-EXP 5-000059



The ductwork for the cooling system is made of thin foam board that is glued together, but many sections are not aligned, allowing for leakage between the board edges (see below). The middle picture above shows the end of a duct covered with metal tape instead of properly terminated with a piece of foam sealed with mastic to the end of the supply plenum.



This vent hole is typical of all the vents in this trailer. It is sealed only with metal tape that is not UL rated. This will be discussed later in the report. The tape allows some leakage between the ceiling and the ductwork, whereas UL 181 rated mastic would seal more effectively. Some of the IR scans of the ceiling near the a/c registers show supply air leaking.

Below are photographs taken showing the sources of air leaks in the air conditioning ductwork.

LWFR-EXP 5-000060

  

The tape meant to seal the ductwork is not rated for use in air conditioning systems and is not sealing well at all. You can see the seams are pealing away from the ductwork, allowing air to escape the duct system.

  

Tears and cracks in the tape allows cold air to escape the ductwork into the attic space.

  

The ductwork was constructed very poorly, with only metal tape at the end of the supply plenum. Openings in the ductwork reveal metal tape peaking through. This is a large source of duct leakage on the air conditioning supply side.

  

LWFR-EXP 5-000061



The duct leaks and return air has mixed with the supply air and produced condensation within this ceiling cavity. The moisture has turned to mold and mildew, clearly evident on these framing members.  This mold was distributed throughout the trailer via the supply ductwork.



LWFR-EXP 5-000062



Removing the cooling equipment from the ceiling reveals the return ducts and the beginning of the supply plenum/ductwork.



Lots of mildew and particulates present on the wood surrounding the supply duct, denoting the communication of the return duct air with the attic and the supply side of the system.



Large collection of mildew and dust and other contaminants at the return air connection, which is not air sealed to prevent moist humid air being pulled in from the attic.

The return air intake had a washable filter installed, but typically, these filters are quite ineffective at filtering out particulates before the air enters the machine. Most of the dust and other particulates are

LWFR-EXP 5-000063

coming from the return air pulling air and humidity from the unconditioned attic space. The attic air is not filtered in any way and should NOT be entering the air conditioner.

 

Mold and dust collected in the area around the supply and return intakes. All this debris was being distributed throughout the trailer through the ductwork.

 

More dust, mold and rust around the supply and return air portion of the A/C system. This is very bad for indoor air quality and a person's health.

LWFR-EXP 5-000064




This is the bathroom exhaust fan system. There are many places where air can infiltrate the system from the attic and from outside. See close-ups for more detail. There is no air sealing materials installed to prevent the leakage.




Wires travelling through the gap between the frame and the machine casing

Gaps between the insulation and the framing made by wires from the A/C system.

## Heating System

The heating system in this trailer was separate from the cooling system and was located in the floor assembly. The ductwork had no insulation in it at all and was constructed of thin sheet metal. When the duct system was constructed, in some locations staples were used to secure the top of the ductwork to the subfloor, creating easy paths for heat to escape the ductwork. The implications of duct leakage in the heating system are much less severe than duct leaks in the cooling system. The only real problem would be that heat leaking out of the ductwork will create a pressure imbalance similar to that of the cooling system with supply leaks. This could make the trailer go into negative pressure, inducing air infiltration which brings more contaminants into the trailer. Additionally, the vents for the heater are

located in the floor, so there was a great deal of debris collected in each of the heating ducts. The pictures below show air leakage problems in the heating ductwork.



The heating ductwork is comprised of 2 separate pieces of sheet metal that snaps together. At their connection, there is no sealant and gaps and screw holes are clearly evident.



Inferior sealing of heating ductwork wi[...] metal tape.

LWFR-EXP 5-000066

 

Holes made for screws into the ductwork, allowing for air leaking out of the heating ducts



Large amounts of debris collected in the ductwork. It entered through the vents in the floor.

The staple shown below was used to attach the upper sheet metal duct to the plywood. The staple pulled through the metal during deconstruction of the trailer, leaving the larger hole.



The heating ductwork was penetrated in numerous areas by both staples (top) and nails (above). These fasteners were incorrectly used to hold the sheet metal duct to the underside of the subfloor. Adding these holes allowed air and humidity infiltration into the duct, introducing allergens such as dust and encouraging mold growth.

 

Heating ductwork

 

Debris in the heating ductwork

## Lack of UL Rating on HVAC System

The materials used in the construction of the heating and cooling system ductwork were not UL (Underwriters Laboratories) rated. Because HVAC systems distribute air that may be extreme temperatures of hot and cold and the air must be inhaled by humans, the materials used to make and seal the duct systems must have a UL rating. The UL rating ensures that the materials have been tested and they are able to resist destruction from heat. It gives a flame spread rating and ensures that the materials do not off-gas and are not hazardous to human health if inhaled. The Building Industry Institute (See Appendix L) gives the following standard for installing ductwork systems.

> "All joints and seams of duct systems and their components should be sealed with mastic, mastic and embedded mesh, aluminum-backed butyl adhesive tape (15 mil). minimum), or pressure-sensitive tape approved for use by the duct manufacturer and meeting UL181 specifications, excluding cloth-backed rubber-adhesive tapes ("approved tape"); cloth-backed rubber-adhesive tapes shall not be used to attach or seal ducts.
>
> • Junctions of collars to distribution boxes and plenums should be sealed with mastic,
> • All sealants should be used in strict accordance with manufacturer's installation instructions and within sealants moisture and temperature limitations,

LWFR-EXP 5-000069

- All tapes used as part of duct system installation should be applied to clean, dry surfaces and sealed with manufacturer's recommended amount of pressure or heat. If oil is present, taped surfaces should be prepared with a cleaner / degreaser prior to application;
- It is recommended that all register boxes should be sealed to the drywall or floor with caulking or mastic.

The IRC 2000, in chapter 11 (N1103.4), defers to the mechanical section of the 2000 International Residential Code (M1601.3.1 Joints and seams) where it expresses similar requirements for ductwork and sealants adhered to ductwork.

> Joints of duct systems shall be made substantially airtight by means of tapes, mastics, gasketing or other approved closure systems. Closure systems used with rigid fibrous glass ducts shall comply with UL 181A and shall be marked "181A-P" for pressure-sensitive tape, "181A-M" for mastic or "181A-H" for heat-sensitive tape.

A "label" is defined by the IRC 2000 (R202) as, "An identification applied on a product by the manufacturer which contains the name of the manufacturer, the function and performance characteristics of the product or material, and the name and identification of an approved agency and that indicates that the representative sample of the product or material has been tested and evaluated by an approved agency. A label identifies a product or material and provides other information that can be investigated if there is question as to the suitability of the product or material for a specific installation. The applicable reference standard often states the minimum identifying information required on a label. The information on a label as mandated by the code includes the name of the manufacturer, the product's function or performance characteristics, the name and identification of the approved labeling agency and the approval of the testing agency. The product name, serial number, installation specifications or applicable tests and standards might be additional information that is provided."

M1601.3.1 (Ductwork joints and seams) describes how heating and cooling ductwork sealant materials must be labeled so that inspectors can ensure the HVAC system has the proper materials included in its make-up.

> Joints of duct systems shall be made substantially airtight by means of tapes, mastics, gasketing or other approved closure systems. Closure systems used with rigid fibrous glass ducts shall comply with UL 181A and shall be marked "181A-P" for pressure-sensitive tape, "181A-M" for mastic or "181A-H" for heat-sensitive tape. Closure systems used with flexible air ducts and flexible air connectors shall comply with UL 1818 and shall be marked

LWFR-EXP 5-000070





The ductwork for the A/C system is not UL 181 labeled or rated and neither is the tape used to seal it. However, the duct board does say, "Will ignite if exposed to fire of sufficient heat and from exposure to open flame or other ignition...." The lack of testing and labeling of the ductwork sealants violates the mechanical code M1601.3 (referred to in the IRC 2000 Ch. 11). The heating ductwork has no markings at all to show that it is safe to use in a heating duct system.

## Chapter 11 "Energy Efficiency" IRC 2000 Code Violations

As presented at the beginning of this report, this trailer became a dwelling unit for Lyndon Wright and is thus subject to FEMA's procurement document and the International Residential Code of 2000 and the New Orleans Building Code 2003. Chapter 11 of the residential code covers the energy efficiency requirements of residential structures, i.e. "dwelling units".

There were at least five different code violations from chapter 11 found in the inspection and deconstruction of this trailer.
1. N1101.3 says that energy efficient features such as insulation, ductwork materials, etc. must be labeled so that inspectors can verify their ratings.  The insulation or ductwork did not have labels stating their r-values or UL ratings (as previously discussed).
2. N1102.1.1, N1102.1.2, and N1102.1.4  give the minimum R-values for the exterior wall, ceiling, and floor insulations in a dwelling.  In New Orleans where this trailer was located, the minimum r-value requirements are as follows:

    Walls: R-11
    Ceilings: R-19
    Floors: R-11

    All of the installed R-values for the trailer's walls, ceiling, and floors are lower than the minimum required R-values of the code.
3. N1102.1.10 says that "All joints, seams, penetrations; site built windows, doors, and skylights; openings between window and door assemblies and their respective jambs and framing; and

other sources of air leakage (infiltration and exfiltration) through the building thermal envelope shall be caulked, gasketed, weatherstripped, wrapped, or otherwise sealed to limit uncontrolled air movement."

There was very little sealing of any of the above listed items in this trailer. The air leakage was excessive as discussed previously in this report.



**Figure N1102.1.10**
**TYPICAL SOURCES OF AIR LEAKAGE IN THE HOME**

4. N1103.3 states that the air conditioning and heating ductwork must be insulated with at least R-5 insulation if the ductwork is located in unconditioned space (such as in this trailer). The ductwork in this trailer had no insulation on the heating ductwork and a less than R-1 on the cooling ductwork. The ceiling fiberglass insulation cannot be counted towards the required r-value.
5. N1103.4 says that all ducts must be sealed in accordance with the mechanical code portion of the building code (M1601.3.1) because, the return side of the system can pull in harmful contaminants into the duct system and then into the home. This portion of the code was violated on many levels and this was discussed in detail in prior sections of this report about duct leakage.

## Dissection of the trailer (Additional findings)

When deconstructing the trailer, there were several additional observations made that may relate to the items in this report. However, it is worth noting that the trailer examined sat in a field, empty for many months without any air conditioning running. Upon inspection, it was observed that the interior of the trailer's living space was extremely clean. There was no dust that one would typically see settled on the refrigerator or other horizontal surfaces. There was no mildew as a result of stale air from a lack of air conditioning and moisture control. The tenant had reported that the door allowed rain water to enter

every time it rained. During our inspection a brief rain occurred during the duct testing (before any deconstruction) and water was pouring into the trailer around the door.
Please see the video.

The photos and video link, below, show the constant leakage that occurred, even during this quick rain shower. More than likely, since (1.)it was reported by Lyndon Wright while he lived in the trailer and (2.) it occurred during our testing, it is very likely the leak occurred while the trailer was being stored in the open field.

(Please note - the video is tilted sideways. It begins at the top of the doorway, continues down the door assembly and shows water forming a puddle on the floor.)
http://www.youtube.com/watch?v=mTiO15U1C4A

Even if the tenant had been extremely clean, which the contents of the heating vents show otherwise, the lack of dust and mildew would be highly unusual for a trailer sitting in a field vacant for many months. There was not even a cobweb to be seen.

 

Stove and oven are spotless

 

Refrigerator has no dust collected on it.

LWFR-EXP 5-000073



When the sofa bench was removed from the trailer, it showed a great deal of evidence of high moisture levels in the trailer. Metal springs and brackets were well rusted, showing that humidity levels were well above normal in the trailer.

The rusted springs in the sofa were not the only proof that humidity levels in the trailer reached unusual levels during its use over the last four years.



When the cabinets were pulled out, the bottom of the sides were moldy from excessive moisture.





During the short rainstorm, the head (top) of the door leaked heavily into the trailer. Given how readily the door leaked during this quick rainshower, it is unlikely that the interior of the trailer would have remained clean and mold-free while it sat vacant for several months.



Evidence of very moist conditions in the trailer – rust on the heater vent in the bathroom



The wood around the door frame was rotten, showing bulk water & moisture infiltration because of the poorly sealed door frame assembly.



Mold growing behind the sofa is evidence of air infiltration and condensation.

LWFR-EXP 5-000076

In conclusion, the manner in which the trailer was specified by FEMA to be used as temporary housing in the Gulf South hot and humid climate was not followed by the trailer manufacture as well as violating many building codes. It is my professional opinion that if the followings items were correctly designed and executed then the failures in this trailer would not have occurred as it relates to the topics covered in this report.

Constructing a trailer with good indoor air quality and properly functioning HVAC system could have easily been achieved had the manufacturers followed the minimum building codes in force at the time of manufacturing. Had they air sealed the thermal envelope of the trailer properly and insulated the walls, attic, and floor properly, there would have been no path for air to be pulled through the thermal envelope and little cause for condensation in the walls. If the luan plywood had been coated with a "breathable" coating instead of vinyl, the vapor trapped in the walls could have been dried out by a properly sized A/C system. Had the duct system been well insulated and well sealed, there would be no path for contaminants to enter the system and be distributed throughout the trailer. The insulation also would have helped to prevent condensation. If fresh air had been used to mechanically ventilate the trailer, the toxins present in the building materials and cleaning products would have been diluted and the air would have been healthier to breath. All of these items are very simple and can be accomplished by someone with a very basic knowledge of construction.

The follow lists outline exactly what problems existed in this trailer:

1. This trailer was ordered by FEMA and was required to be built to their temporary housing standards. The International Residential Code (IRC) 2000 and the New Orleans 2003 Building Code were the building codes at the time that governed how housing was to be constructed. The trailer was not constructed to meet code requirements. This report will describe how the temporary homes did not follow the building code as it relates to insulation, air leaks, air conditioning, and duct work.
2. The heating and cooling system were inadequate and poorly installed.
    a. There was no filtered fresh air brought in to dilute the pollutants in the air from off-gassing and human occupancy.
    b. The cooling system was over 25% oversized so it could not adequately dehumidify the trailer as needed in a hot humid climate (see page 53 for explanations of why A/C systems should not be oversized).
    c. The ductwork for the cooling system was inadequate and poorly designed as fully described later in the report.
        i. The supply ducts leaked.
            1. Leaky supply ducts cause differential pressures.
            2. Leaky supply ducts cause condensation in the attic and walls.
        ii. The supply ducts were poorly insulated.
        iii. The return side of the unit leaked.
            1. Leaky returns pull in contaminants from the attic and walls.
            2. Leaky returns create negative pressures in the attic.
        iv. None of the materials used to construct the ductwork was *UL labeled*, which violates the codes under IRC 2000.
    d. The ductwork for the heating system was inadequate.

LWFR-EXP 5-000077

      i.  The ductwork for the heating system was very leaky (staple holes through the ducts and no sealant on ductwork).

      ii.  The heating ducts were not insulated

      iii.  None of the materials used to create the ductwork was *UL labeled*, which violates the building codes under IRC 2000.

3.  Air sealing was inadequate

    a.  Building codes (New Orleans 2003 Building Code and the International Residential Code 2000 [IRC 2000]) require air sealing for all housing units

    b.  Pipes, wires, wall outlets and other openings in the thermal envelope were not air sealed to prevent air leakage

    c.  The air leakage caused condensation and moisture problems at numerous places throughout the trailer which contributed to the poor indoor air quality.

    d.  Evidence of long term moisture problems exist from air and water intrusion throughout the trailer.

    e.  Air leakage causes poor indoor air quality because contaminants are pulled into the trailer by the cooling system through leaks in the windows, doors, and other wall and ceiling openings into the attic and into the return air.

    f.  Because this trailer was located in a hot humid climate, the *vapor drive* was very strong from outside to inside the trailer and humidity could successfully enter the trailer through air passage ways.  The vinyl wall and ceiling cover in the hot humid South led towards increased condensation and moisture build-up. See page 43 for a textual and graphical explanation of the vapor drive.

    g.  The large amount of air infiltration through the insulation reduced the insulation's ability to protect the trailer from heat and cold

4.  The floor, wall, and ceiling insulation were inadequate and poorly installed.

    a.  The thicknesses of insulation did not meet the minimum code standards of the IRC 2000.

    b.  The insulation that was there was poorly installed with gaps and voids and the insulation was compressed at the bottoms of the stud cavities.

    c.  There was no vapor barrier at the floor to prevent the drive of moisture from the ground through the subfloor insulation and into the trailer.

    d.  Most of the insulation was unlabeled with R-values or manufacturer names, which violates building codes under IRC 2000 (Specifics discussed fully in the report).

WORKS CITED

*An Introduction to Indoor Air Quality.* U.S. Environmental Protection Agency, 26 Jan. 2009. Web. 08 Sept. 2009. <http://www.epa.gov/iaq/voc.html>.

Building, Southern. *International Residential Code for One- And Two-Family Dwellings Commentary.* Grand Rapids: Kaplan, 2003. Print.

Dougan, David S., and Leonard A. Damiano. "ASHRAE STANDARD 62 Ventilation for Acceptable Indoor Air Quality Analysis and Recommendations." Rev. of *ASHRAE STandard 62.2.* EBTRON, Inc., 5 Dec. 2002. Web. 7 Sept. 2009. <http://www.technicalair.com/newsletters/Newsletter%201-7-03%20ASHRAE62_Summary_120502.pdf>.

"Ductwork Questions and Answers." Southface. Southface. 22 Oct. 2008 <http://www.southface.org/web/resourcesandservices/publications/factsheets/2duct_qanda.pdf>.

EnergyGauge. EnergyGauge - Energy and Economic Analysis Software. 30 June 2009 <http://www.energygauge.com/>.

*Energy Star Qualfied Homes Thermal Bypass Checklist Guide.* Environmental Protection Agency, 2008. Web. 4 Sept. 2009. <http://www.energystar.gov/ia/partners/bldrs_lenders_raters/downloads /TBC_Guide_062507.pdf>.

Krigger, John T., and Chris Dorsi. Residential Energy Cost Savings and Comfort for Existing Buildings. 4th ed. New York: Saturn Resource Management, 2004.

Lewis, Harriman G., and Joseph W. Lstiburek. *The ASHRAE Guide for Buildings in Hot Humid Climates.* 2nd ed. Atlanta: ASHRAE, 2009. Print.

Lstiburek, Joseph. Builder's Guide to Hot-Humid Climates. 2nd ed. Canada: Building Science Press, 2005.

Minneapolis Blower Door Operations Manual. Minneapolis: The Energy Conservatory, 2007.

*New Orleans Amendments to the International Bldg. Code, 2000 Ed.* New Orleans, 2003. Print.

*Optimum Relative Humidity Ranges for Healthier Indoor Air.* Energy Solutions Center. Web. 22 Sept. 2009. <http://www.gasairconditioning.org/relative_humidity_chart.htm>.

*PROCEDURES FOR HVAC SYSTEM INSTALLATION.* Sacramento: Building Industry Institute, 2006. Print.

Tiller, Jeffrey S. Builder's Guide to Energy Efficient Homes in Louisiana. Baton Rouge: Louisiana Department of Natural Resources, 2002.

USA. Environmental Protection Agency. Research and Development. *Indoor Air Facts No. 4 (revised) Sick Building Syndrome.* EPA, Feb. 1991. Web. 8 Sept. 2009. <http://www.epa.gov/iaq/pubs/sbs.html>.

LWFR-EXP 5-000079

**APPENDIX A**

## Specifics of Diagnostic Testing Results

**Measurement Data & Blower Door Test Results**
**Based on ASTM E 1827**

The area and cubic volume measurements used for the calculations are found in Figure 1.0 below.

### Figure 1.0

| Description of Measurement | Measurement |
|---|---|
| Conditioned Floor Area | $224\ ft^2$ |
| Surface Area of Building Envelope | $964.03\ ft^2$ |
| Volume of Conditioned Space | $1456\ ft^3$ |

There was little to no pressure difference between indoor and outdoor, no forced air systems were running and there was little to no wind blowing at the time of testing. Figure 2.0 shows the air leakage results. The test performed was a single point depressurization test.

### Figure 2.0

| | |
|---|---|
| Building pressure difference | 0.1PA |
| Air density factor | 0.995 |
| Nominal airflow rate | 50 PA |
| Fan airflow rate | 50 PA |
| Air leakage rate | 181 @ CFM 50 |
| ACH50 | 7.44 |
| Natural ACH | 1.374 |
| Equivalent Leakage Area | $58.0 in^2$ |

**Testing Conditions**

The air density factor at the time of testing is recorded in Figure 2.0. A temperature and humidity gauge was used to determine indoor and outdoor temperatures and relative humidity before, during, and after testing. A Mannix (model number SAM 990 DW) and a Bacharach sling (model number:12-7012) were used to make these measurements. Figure 3.0 shows those readings.

**Figure 3.0**

| Time | Temperature (Degrees) Inside Trailer | Temperature (Degrees) Outside Trailer |
|---|---|---|
| 10:33 AM | 78.5 | 89.6 |
| 10:35 AM | 79 | 89.6 |
| 10:37 AM | 80 | 89.6 |
| 10:40 AM | 81.5 | 89.6 |
| 10:44 AM | 82.6 | 89.6 |

There was very little wind (< 1 mph) blowing easterly during the testing

According to ASTM E 1827 definition, the testing site was closed. This standard testing procedure requires testing individuals to "Close all operable openings and seal other intentional openings to evaluate envelope air tightness without including intentional openings." The test zone was interconnected with a door sized opening per the ASTM 1827 standard.  The condition of all the building elements is described in Table 1.

**TABLE 1 Recommended Test Envelope Conditions**

| Building Component | Envelope Conditions Closed | Current Testing Situation |
|---|---|---|
| Vented combustion appliance | Off | N/A |
| Pilot light | As found | off |
| Flue to nonwood combustion appliance | No preparation | N/A |
| Flues for fireplaces and wood stoves with dampers | Closed | N/A |
| Flues for fireplaces and wood stoves without dampers | Ashes removed | N/A |
| Fireplace and wood stove doors and air inlet dampers | Closed | N/A |
| Fireplace without firebox doors | No preparation | N/A |
| Furnace room door for furnace outside test zone | Closed | N/A |
| Combustion air intake damper for wood stove or fireplace | Closed | N/A |
| Make up air intake damper for furnace inside test zone | Closed | N/A |

| Make up air intake for furnace inside test zone without damper | No preparation | N/A |
|---|---|---|
| Exhaust and supply fans | Off | Off |
| Fan inlet grills with motorized damper | Closed | N/A |
| Fan inlet grills without motorized damper | No preparation | No preparation |
| Ventilators designed for continuous use | Sealed | N/A |
| Supply and exhaust ventilator dampers | Held closed | N/A |
| Clothes dryer | Off | N/A |
| Clothes dryer vent | No preparation | N/A |
| Ventilation to other zones | Sealed | N/A |
| Windows and exterior doors | Latched | Latched |
| Window air conditioners | No preparation | N/A |
| Openings leading to outside the test zone | Closed | Closed |
| Openings within the test zone | Open | Open |
| Floor drains and plumbing traps | Filled | Filled* |

The shaded items in the table above represent tasks that are not applicable for this project.

*See pictures below of all drains being filled with water



## Duct Leakage Test

The same trailer #1277021 was tested for total duct leakage and duct leakage to the outside using method B as described in ASTM standard E 1554-03. The openings in the exterior shell were treated as previously noted in Table 1 above. All windows and doors were in tact.

The equipment used to test the duct leakage complies with section 6 of ASTM standard E 1554-03. The apparatus includes:

1. *Air-Moving Equipment*

2. *Air Flow-Regulating System*
3. *Duct Flow Measurement Device*
4. *Pressure-Measuring Device*
5. *Duct Pressure Measuring Probe*
6. *Air Temperature Measuring Device*
7. *Simultaneous Pressure and Flow Measurement System*

The manometer which measures pressure and airflow, was calibrated on 6-11-09 by The Energy Conservatory. See APPENDIX B for a certificate of calibration.

## Test Results

The duct leakage test results are found in Figure 4.0

**Figure 4.0**

| Duct Leakage Results | |
|---|---|
| Cooling Duct Leakage to Outside | 16 CFM @ 25 PA |
| Cooling Duct Leakage to Inside | 18 CFM @ 25 PA |
| Cooling Total Duct Leakage | 34 CFM @ 25 PA |
| Heating Duct Leakage to Outside | 18 CFM @ 25 PA |
| Heating Duct Leakage to Inside | 178 CFM @ 25 PA |
| Heating Total Duct Leakage | 196 CFM @ 25 PA |
| **Total Duct Leakage** | **230 CFM @ 25 PA** |

## Additional Measurement Data

The pressure differential between inside and outside was measured while the air conditioner was running. The interior of the trailer maintained a positive pressure (between 0.6 Pascals and 0.8 Pascals) with respect to outside.

LWFR-EXP 5-000083

**Thermal & Air Infiltration Calculations**

Based on the insulation and wood studs in the walls and ceiling of the trailer, the weighted average of heat gain through the walls and ceiling insulation are in the following Figure 5.0

Figure 5.0

|  | Walls | Ceiling | Floor |
|---|---|---|---|
| Subtotal Btu gain | 1237.1117 | 330.95 | 334.9642 |
| Total Btu gain/ hr | | 1903.025 | |

NOTE: The weighted average heat gain noted in Figure 5 does not include the windows and doors in the calculation.

The factors used for the weighted average calculations of the wall and ceiling insulations are found below in Figure 6.0 and Figure 6.1

Figure 6.0

| Wall Assembly | R-value W/O Insulation | R-value W/ Insulation |
|---|---|---|
| Outside Air Film | 0.25 | 0.25 |
| Alum. Metal Skin | 0.61 | 0.61 |
| 1 1/2" unfaced fiberglass | 0 | 5.475 |
| 1 1/2" stud (wood) | 1.875 | 0 |
| 1/8" plywood | 0.156 | 0.156 |
| inside air film | 0.68 | 0.68 |
| Total R-Value | 3.571 | 7.171 |
| Total U-value | 0.2800336 | 0.1394506 |

Figure 6.1

| Ceiling Assembly | R-value W/O Insulation | R-value W/ Insulation |
|---|---|---|
| Outside Air Film | 0.25 | 0.25 |
| Alum. Metal Skin | 0.61 | 0.61 |
| 2 1/2" unfaced fiberglass | 0 | 9.125 |
| 3 1/2" stud (wood) | 4.375 | 0 |
| 1/8" plywood | 0.156 | 0.156 |
| inside air film | 0.61 | 0.61 |
| Total R-Value | 6.001 | 10.751 |
| Total U-value | 0.167 | 0.0930146 |

Figure 6.2

| Floor Assembly | R-value W/O Insulation | R-value W/ Insulation |
|---|---|---|
| Outside Air Film | 0.25 | 0.25 |
| Netting | 0 | 0 |
| 2 1/2" unfaced fiberglass | 0 | 9.125 |
| 3.5" stud (wood) | 4.375 | 0 |
| 5/8" plywood | 0.78 | 0.78 |
| inside air film | 0.68 | 0.68 |
| **Total R-Value** | **6.085** | **10.835** |
| **Total U-value** | **0.164** | **0.092** |

**Weighted Average U-values and R-values**
**(Figure 6.3)**

| | Walls | Ceiling | Floor |
|---|---|---|---|
| U-value | 0.157722 | 0.0972 | 0.09838 |
| R-value | 6.34 | 10.285 | 10.165 |

**Btu Gain, caused by air infiltration (Sensible & Latent)**
**(Figure 6.4)**

**Infiltration Effects**

| | | |
|---|---|---|
| Btu gain (sensible) | | 612.2 |
| Btu gain (latent) | | 1314.93 |
| | **Total** | **1927.13** |

NOTE: Figure 6.4 calculations were performed using the natural air changes per hour of 1.374.

The 1927.13 Btuh gain is almost equal to 16% of 1 ton of air conditioning.  It is also greater than the all of the heat that enters the trailer walls and ceiling.

A typical 60 Watt incandescent light bulb generates approximately 184 Btus per hour.  The energy gain inside this trailer due to infiltration during testing is the equivalent of 10 light bulbs burning for one hour.

LWFR-EXP 5-000085

**Testing Equipment**

The building leakage test performed was a single point blower door test where the trailer was depressurized. The equipment used to perform the test is listed below:

- Minneapolis Blower Door (Model number: 8151) - manufactured by The Energy Conservatory.
- Manometer (pressure gauge) (Model number: DG-700, Serial Number: 11047-6-700) - manufactured by The Energy Conservatory.

The manometer, which takes all of the measurements, was calibrated on 6-11-09 by The Energy Conservatory. See APPENDIX B for a certificate of calibration.

LWFR-EXP 5-000086

APPENDIX B



## The ENERGY CONSERVATORY

DIAGNOSTIC TOOLS TO MEASURE BUILDING PERFORMANCE

### Digital Gauge Calibration Certificate

| | | | | |
|---|---|---|---|---|
| Calibration Facility: | 2501 21st Ave. S., Minneapolis, MN 55407 | Model: | DG700 |
| Calibration Date: | 6/11/09 | Serial #: | 16516-6 |
| Customer #: | MA2148 | Temperature (F): | 77.0 |
| Certificate #: | DG700-16515-6-11-09 | Firmware Version: | 6 |

#### Calibration Data

| Positive Polarity | | Gauge # 16516-6 | | | Gauge # 16516-4 | |
|---|---|---|---|---|---|---|
| | Standard | Channel A | % Difference | | Channel B | % Difference |
| | 24.9   Pa | 25.0   Pa | 0.4% | | 24.9 | 0.0% |
| | 39.5 | 39.5 | 0.0% | | 39.6 | 0.0% |
| | 58.5 | 58.5 | 0.0% | | 58.4 | -0.2% |
| | 91.9 | 91.8 | -0.1% | | 91.8 | -0.1% |
| | 127.1 | 127.0 | -0.1% | | 127.0 | -0.1% |
| | 184.0 | 183.9 | -0.1% | | 183.8 | -0.1% |
| | 300.5 | 300.4 | 0.0% | | 300.4 | 0.0% |
| | 504.2 | 504.3 | 0.0% | | 504.4 | 0.0% |
| | 984.2 | 984.5 | 0.0% | | 984.7 | 0.1% |
| | 1234.4 | 1233.9 | 0.0% | | 1233.9 | 0.0% |
| | | **Calibration** | | | **Calibration** | |
| | | 1.001840 | | | 1.002365 | |
| | | 3.670E-06 | | | 3.531E-06 | |
| | | -1.275E-09 | | | -1.561E-09 | |
| **Negative Polarity** | | | | | | |
| | -24.9   Pa | -25.0   Pa | 0.4% | | -25.0 | 0.4% |
| | -39.7 | -39.7 | 0.0% | | -39.7 | 0.0% |
| | -58.6 | -58.5 | 0.0% | | -58.5 | -0.2% |
| | -92.0 | -91.9 | -0.1% | | -91.8 | -0.2% |
| | -127.3 | -127.1 | -0.2% | | -127.1 | -0.2% |
| | -184.2 | -184.1 | -0.1% | | -184.0 | -0.1% |
| | -300.7 | -300.7 | 0.0% | | -300.5 | 0.0% |
| | -504.4 | -504.7 | 0.1% | | -504.8 | 0.1% |
| | -984.5 | -985.0 | 0.0% | | -985.2 | 0.1% |
| | -1234.7 | -1234.0 | -0.1% | | -1233.9 | -0.1% |
| | | **Calibration** | | | **Calibration** | |
| | | 1.002055 | | | 1.001673 | |
| | | -1.305E-05 | | | -1.944E-05 | |
| | | -2.171E-09 | | | -6.063E-09 | |

1. The published accuracy specifications for the DG700 gauge is +/- 1.0% of reading, or .15 Pa (whichever is greater). The calibration interval for this gauge is 12 months. This calibration is NIST traceable.

2. The manufacturer's reference for the purpose of accuracy assurance is a Mensor Series 6100 Digital Pressure Transducer.
   S/N:   595145      Calibration Date:   5/19/2008

LWFR-EXP 5-000087

APPENDIX C

**Equations Used in Report**

**ACH50 (Air Changes per Hour at -50 Pascals)**

$$ACH_{50} = \frac{CFM_{50} \times 60\ minutes}{volume}$$

\*\*Note: This calculation was done through Energy Gauge USA software v.2.5

**NACH (Air Changes per Hour in a Natural State)**

$CFA$ = Conditioned Floor Area

$W$ = Weather factor from ASHRAE Standard 136

$NS$ = Number of stories

$$NACH = \left(\frac{CFM_{50} \times 0.13}{CFA}\right) \times (1000) \times (W) \times (NS)^{0.3}$$

\*\*Note: This calculation was done through Energy Gauge USA software v.2.5

**EqLA (Equivalent Leakage Area)**

$C$ = leakage coefficient (result of least squares regresion of test data)

$n$ = flow exponent (result of least squares regresion of test data)

$$EqLA = 0.2939 \times C \times 10^{n}$$

\*\*Note: This calculation was done through Energy Gauge USA software v.2.5

**Btu Gain Caused by Air Infiltration (Based on ASHRAE Design Criteria)**

$CFM$ = Cubic feet per minute of leakage in a natural state (not -50 PA)

$\Delta T$ = Temperature difference between indoor and outdoor conditions

$\Delta G$ = Difference between indoor and outdoor grains of moisture

$$Btu_{sensible} = \Delta T \times 1.08 \times CFM$$

$$Btu_{latent} = \Delta G \times 0.68 \times CFM$$

APPENDIX D

## *Justification for using the equation method of finding the NACH of a building rather than the generalized ACH50 divided by 20*

When establishing what formula to use to determine the natural air changes per hour, there are quite a few documents produced by industry leaders that point to the use of the detailed formula below instead of the very generalized formula $NACH = \frac{ACH50}{20}$.

**NACH  (Air Changes per Hour in a Natural State)**

$CFA$ = Conditioned Floor Area

$W$ = Weather factor from ASHRAE Standard 136

$NS$ = Number of stories

$$NACH = \left(\frac{CFM_{50} \times 0.13}{CFA}\right) \times (1000) \times (W) \times (NS)^{0.3}$$

Saturn Resource Management, Inc. produces literature often used to train professionals in the energy efficiency and indoor air quality field. Their 4th edition *Residential Energy* (by Krigger and Dorsi) is used to train professionals for the national RESNET exam for national certification of energy raters. In the chapter on air leakage, the blower door section does not even mention the generalized $NACH = \frac{ACH50}{20}$. On page 79, it defines and describes natural air change rate ($ACH_n$) as "The 50-Pascal air change ($ACH_{50}$) rate, modified by numerical factors (reflecting wind speed, shielding of the building  by external elements, and the building's height and size), gives a rough estimate of the natural air change rate." Considering the weight that this document carries in the industry, it is clear that the more detailed equation using weather factors and number of stories is the accepted standard.





In addition to the 4th edition *Residential Energy* book, the Appendix E of the *Minneapolis Blower Door Manual* discusses the pros and cons of using the simplified formula versus the multi-stepped formula to find NACH. While research says that dividing ACH50 by 20 gives a relatively accurate number for NACH, the person testing the house can collect the additional information (such as shielding, weather, etc.) to make the NACH even more accurate. The blower door manual provides the Leakage/Infiltration Ratio map as well as several other charts that help testers to provide more

LWFR-EXP 5-000089

accurate data by using the more complex equations.

The third compelling argument for using the complex equation instead of generalizing the NACH is that the software EnergyGauge USA provides these calculations (in addition to ELA and EqLA) when the measurements and blower door test results are entered into the program.  EnergyGauge USA is a U.S. Department of Energy approved software that, "provides residential building annual energy use and IECC code calculations and reports for the entire nation.  A Pro version of the software includes pollution analysis and tax credit qualification reports, and a rater version includes HERS ratings (Available to certified energy raters and qualified government program energy analysts only)." (http://www.energygauge.com )



Taking all of these items into account, there is no compelling reason to simplify the NACH when a more accurate result can be found with the data collected.

## WORKS CITED

EnergyGauge. EnergyGauge - Energy and Economic Analysis Software. 30 June 2009
        <http://www.energygauge.com/>.

Krigger, John T., and Chris Dorsi. Residential Energy Cost Savings and Comfort for Existing Buildings. 4th
        ed. New York: Saturn Resource Management, 2004.

Minneapolis Blower Door Operations Manual. Minneapolis: The Energy Conservatory, 2007.

LWFR-EXP 5-000090

APPENDIX E

### Glossary of terms used in this report

**Air handler** – the indoor mechanical part of the air conditioning/heating system.  The air handler is usually contained inside a large metal box (cabinet).

**Air current testing** – smoke from a small canister is used to find supply and return air leaks.  Supply air leaks blow the smoke stream away from the source.  Return air leaks draw the smoke into the leak.

**Air intrusion (infiltration)** -  outside air that enters a house through cracks and openings.

**Air Sealed**  - completely closed off to prevent air entering or leaving the system.

**ASHRAE – (American Society of Heating, Refrigerating and Air Conditioning Engineers)**- an international technical society for all individuals and organizations interested in heating, ventilation, air-conditioning, and refrigeration. ASHRAE publishes a well recognized series of standards and guidelines relating to HVAC systems and issues. These standards are often referenced in building codes, and are considered useful standards for use by consulting engineers, mechanical contractors, architects, and government agencies.

**Attic** – space between the roof and the ceiling that may or may not be accessible and may contain ductwork, plumbing pipes, and electrical wiring. Per the International Residential Code (2000), "The unfinished space between the ceiling joists of the top story and the roof rafters."

**Blower door test** – equipment used to measure air leakage into a building.  A sealed curtain and air fan are installed in an exterior doorway of the building.  The fan draws air out of the house in a controlled, measurable way.  Gauges and flow meters provide information that is used to calculate the amount and flow rate of outdoor air entering the building.

**Bottom plate** – horizontal board at the bottom of a wall frame.

**Building** –**(According to International Residential Code 2000)** "Building shall mean any one- and two-family dwelling or portion thereof, including townhouses, that is used, or designed or intended to be used for human habitation, for living, sleeping, cooking or eating purposes, or any combination thereof, and shall include accessory structures thereto. A building according to the IRC may be a single-family dwelling, a two-family dwelling, a townhouse or an accessory structure to such buildings. The use of a building, excluding an accessory structure, is human habitation, which specifically includes living, sleeping, cooking or eating.

**Building thermal envelope** – all parts of a building that separate "indoors" from "outdoors".  This includes walls, windows, doors, floors and ceilings.  If an attic is open to outdoor air (vented), then it is NOT part of the building envelope. Per the IRC 2000, "The building thermal envelope includes the roof/ceiling assembly, wall assemblies and floor assemblies that surround a conditioned area"

LWFR-EXP 5-000091

**BTU – (**British Thermal Unit) – unit of energy - One btu will heat a pound of water about one degree farenheit in one hour.

**BTUH** – BTU used per hour

**Condensation –**air moisture that changes from a vapor to a liquid state.  Condensation occurs when hot, humid air is cooled down quickly, as when a cold can of soda is taken out of the refrigerator.  Condensation forms on the surface of the can because the air and the vapor it contains have become much colder right around the can.

**Conduction -** the transfer of heat from one object touching another. For example, conduction occurs when you touch your hand to the hot stove and burn yourself. The heat is transferred from the stove to your hand through the two objects touching.

**Convection -** the movement of heat through air because of the fact that hot air rises.

**Dew point –** the temperature at which condensation forms.  Dew point changes depending on air temperature and the amount of moisture in the air.

**Duct blaster (duct leakage) test** – equipment used to measure air leakage in heating/air conditioning ducts.

**Duct collars** - metal tubes that connect ductwork to other equipment such as plenums or boots.  Duct collars are a large source of air leakage into and out of the heating/air conditioning system if not properly air sealed.

**Ductwork** – flexible or rigid piping that channels air into and out of heating/air conditioning equipment.  Elements of a typical flexible duct are shown below.

**Duct System (per IRC 2000)-** "A continuous passageway for the transmission of air which, in addition to ducts, includes duct fittings, dampers, plenums, fans and accessory air-handling equipment and appliances. Duct systems are part of an air distribution system and include supply, return and relief/exhaust air systems."

**Dwelling (per IRC 2000)** - Any building that contains one or two dwelling units used, intended, or designed to be built, used, rented, leased, let or hired out to be occupied, or that are occupied for living purposes. A dwelling is a building that contains either one or two dwelling units. The purpose of a dwelling is occupation for living purposes, regardless of the manner of ownership. Single-family houses and duplexes fall under the definition of dwelling. See also "Dwelling Unit."

**Dwelling Unit (per IRC 2000) -** A single unit providing complete independent living facilities for one or more persons, including permanent provisions for living, sleeping, eating, cooking and sanitation. The specific purpose of a dwelling unit is to provide the essential amenities necessary for complete and independent facilities.

LWFR-EXP 5-000092

**Energy Star Home –** House designated by the US Environmental Protection Agency as being built to a high standard of energy efficiency and verified as being built so by a third party verifier.

**Fenestration –** any part of a building's envelope that can be opened or closed such as a door, window or attic access.

**Flashing –** water-repellent materials installed around windows and doors that keep water out of the wall assembly.

**House wrap –** material installed over the plywood sheathing of a building that repels water and moisture.

**HVAC (Heating, Ventilating & Air Conditioning) System –** mechanical equipment (indoor and outdoor), ductwork, plenums and return air chases that work together to heat/cool, remove humidity and circulate air throughout a building.

**Indoor air quality –** the amount of various indoor pollutants (dust, smoke, pollen, mold, chemicals, etc.) contained in an indoor space

**Infiltration (air intrusion) -** outside air that enters a house uncontrollably through cracks and openings

**Infrared thermal imaging scans –** images that show the temperatures of objects and surfaces.

**IRC 2000 -**International Residential Code 2000 - The International Residential Code (IRC)2000 is a comprehensive, stand-alone residential code developed in 2000 that creates minimum regulations for one- and two-family dwellings of three stories or less. It brings together all building, plumbing, mechanical, fuel gas, energy and electrical provisions for one- and two-family residences. The IRC also provides a prescriptive approach (i.e., a set of measures) and a performance approach (i.e., energy modeling) for determining compliance.

**Label (per IRC 2000) -** An identification applied on a product by the manufacturer which contains the name of the manufacturer, the function and performance characteristics of the product or material, and the name and identification of an approved agency and that indicates that the representative sample of the product or material has been tested and evaluated by an approved agency. A label identifies a product or material and provides other information that can be investigated if there is question as to the suitability of the product or material for a specific installation. The applicable reference standard often states the minimum identifying information required on a label. The information on a label as mandated by the code includes the name of the manufacturer, the product's function or performance characteristics, the name and identification of the approved labeling agency and the approval of the testing agency. The product name, serial number, installation specifications or applicable tests and standards might be additional information that is provided.

**Manual J-load -** (A.K.A "Heating/Cooling load calculation") determines the amount of conditioned air needed in each room of a building to overcome the heat/cold and humidity load in that room. It takes into account insulation values, types of windows, heat-producing equipment and infiltration rates,

LWFR-EXP 5-000093

among other factors. *The Air Conditioning Contractors of America (ACCA)* has chosen the Manual J-load as its standard for properly sizing air conditioning and heating systems.

**Negative pressure** – pressure created by drawing air out of an enclosed space.

**Pascals** – unit of measurement for pressure similar to pounds per square inch, but on a much smaller scale.

**Positive pressure** -  pressure created by blowing air into an enclosed space.

**R-value** – measured ability of a material to block thermal transfer (insulate)

**Radiation** - energy radiated by objects, liquids, and gasses in the form of waves or rays. An example is feeling warm sun rays on one's face.

**Return Plenum** – Place in the HVAC system where the air from the house is pulled back into the air conditioner to be reconditioned.

**Relative humidity** – amount of moisture in the air compared to the maximum amount of moisture the air could hold at that temperature.

**Thermal envelope** – see Building Envelope

**Top plate** -  horizontal board at the bottom of a wall frame

**Underwriters Laboratories (UL)** – is an independent product safety certification organization Based in Northbrook, Illinois. UL develops standards and test procedures for products, materials, components, assemblies, tools and equipment, chiefly dealing with product safety. Products tested by UL are labeled as "UL Rated."

**U-value** – measured ability of a material to transfer heat energy – he inverse of R-value

**Vapor drive** – The movement of energy from a wet environment to a dryer environment.

**Ventilation** -  fresh outdoor air that enters a house in a controlled manner through the air conditioning or other mechanical systems. *(Per IRC 2000)* "The natural or mechanical process of supplying conditioned or unconditioned air to, or removing such air from, any space. Ventilation can be used for comfort cooling, the control of air contaminants, equipment cooling and replenishing oxygen levels."

**Volatile Organic Compounds (VOCs)** - organic chemical compounds that have high enough vapor pressures under normal conditions to significantly vaporize and enter the atmosphere.  They may be harmful or toxic to human health.

LWFR-EXP 5-000094

APPENDIX F

## CERTIFICATE OF ORIGIN FOR A VEHICLE

### FOREST RIVER, INC.

DATE
11/17/2005

INVOICE NO.
INV0322235

VEHICLE IDENTIFICATION
4X4TSMH296C008992

YEAR
2006

MAKE
SALEM TOWABLES

BODY TYPE
TRAVEL TRAILER

SHIPPING WEIGHT
5150

H.P. (S.A.E.)

G.V.W.R.
7790

(CODOYL5)

SERIES OR MODEL
SMT32BHLE

LENGTH WITH HITCH 32'4";  WITHOUT HITCH
29'8",  WIDTH 8

I, the undersigned authorized representative of the company, firm or corporation named below, herby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

NORTH AMERICAN CATASTROPHE
864 B WASHBURN RD
MELBOURNE, FL  32934

If the vehicle described hereon is a motor home the undersigned certifies that it is equipped with at least four of the following life support systems; cooking, refrigeration or ice box, self-contained toilet, heating and/or air conditioning, a potable water supply system including a faucet and sink, separate 110-115 volt electrical power supply and/or an LP gas supply, all of which meet the ANSI A119.2 standards.

It is further certified that this was the first transfer of such a new vehicle in ordinary trade and commerce.

FOREST RIVER, INC.

BY: _____ (AGENT)
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)
55470 CR 1
Elkhart, IN  46515-3030
CITY - STATE

FR00286990

# APPENDIX G

## FEMA Model Travel Trailer Procurement Specifications
### Dated: July 14, 2005

**General**

Travel trailers being procured under this contract are for the purpose of providing temporary housing. The units are subjected to continuous road travel, multiple installations and deactivations, and various weather conditions. The standards shall not be considered restrictive in that the supplier may provide "equal or better" units considering that the competitive price and delivery requirements can be met.

The construction and outfitting standards identify minimum square footage of living space, floor plan configuration, finishes, furnishing and environmental living conditions necessary to provide emergency housing for disaster relief operations. All exterior openings such as windows, doors, drain pipes; etc... will be caulked with a clear, non-hardening weatherproof sealant to prevent air and moisture penetration.

The units shall meet industry standards except where identified. These units will not include awnings, stereos, holding tanks, and/or any optional accessories.

The delivery locations are subject to change due to disaster circumstances or situations associated with disaster and recovery efforts. The primary delivery locations will be in Atlanta, GA; Selma, AL; Cumberland, MD, and/or Ft. Worth, TX. Note: As a reminder the disaster location are subject to change and the contractor must be prepared to ship the units to the affected disaster area location identified by FEMA. The contractor must have a rep and/or technician there when the units arrive. The first order of units will be needed as soon as possible preferably within 14 days of the contract award.

FEMA Standard TT Procurement Spec (03-14-05) (Final) 1A

GULF0002797

CONFIDENTIAL

LWFR-EXP 5-000096

**FEMA Model Travel Trailer Procurement Specifications**
Dated: July 14, 2005

**Quality of Construction**

The specifications establish the minimum standards for travel trailer construction and outfitting to meet FEMA contract requirements. This specification does not constitute any expressed or implied deviation or waiver of any requirement of the U.S. regulatory requirements from the governing agency. All units to include furnishings and appliances must be new. The manufacturer shall design and construct all units under this contract within a superior grade quality of workmanship.

Note: The direction descriptions for left or right side of the unit means left or right side when facing the unit from the screwjack.

| Sizes and Configuration | |
|---|---|
| Type | Model: FEMA Disaster Housing Travel Trailer Or 50 Amp All Electric FEMA Disaster Housing Travel Trailer |
| Exterior Length | 35 ft (Includes 3' 6" hitch-approximate) |
| Exterior Width | 8 ft (Not to exceed) (No Slide-out units) |
| Screwjack | Non-detachable (No fifth wheel units) |
| Electrical System – AMPS | 50 Amp power cord (50 ft long) with 30 Amp Adapter Or 30 Amp |
| Furnishing | Fully |
| Bedrooms | Sleep 6. There must be two bedrooms of which one must contain a double bunk. |
| Bathroom | 1 (residential commode and no holding tank) |
| Refrigerator | Yes - (Residential) 14 cf. Frost-free electric refrigerator with freezer |
| Range and Oven | Yes - The each unit must have electric cook top and oven. |
| Washer Capacity | No |
| Dryer Capacity | No |
| Air Conditioner | Yes (Roof top) |
| Furnace | Yes |
| Microwave | Yes |
| Water Heater | Yes, 20 Gal |
| Exterior Covering | Industry standard |
| Smoke Detector | Yes, in kitchen area, and each bedroom/sleeping area. |
| Carbon Monoxide Detector | Yes |
| Fire Extinguisher | Yes |

FEMA Standard TT Procurement Spec (07-14-05) (Finish 1A

GULF0002798

**CONFIDENTIAL**

LWFR-EXP 5-000097

**FEMA Model Travel Trailer Procurement Specifications**
Dated: July 14, 2005

| Electrical Service Receptacles | |
|---|---|
| Interior Receptacles | Electrical receptacles will be installed at convenient locations throughout the unit. Receptacles located near or in wet areas must be protected with ground fault interrupter protection. |
| Exterior Receptacles | Each home will be provided with a heat tape receptacle located near the water inlet. Exterior receptacles must be protected with ground fault interrupter protection. |
| Phone and Cable | Television Jack:  Each unit shall have a television jack and a telephone jack installed in the living room and master bedroom area. |
| Exterior Lighting | Each unit will have an exterior light near each entrance.  The light switch will be located appropriately inside the unit. |
| Power Cord | 50 Amp. Electrical Service with Detachable Power Cord, with a 50 AMP Female to 30 AMP Male to modify the 50 AMP plug to a 30 AMP plug.

Or 30 Amp |

| Plumbing Service | |
|---|---|
| Plumbing System | Industry standard plumbing system will be installed.  The holding tank will not be installed.  Each unit must have a water pressure regulator. |
| Winterization | All drain lines shall have antifreeze poured into all traps, including washer drain, after the flood test. |
| Faucet Assemblies | All faucet assemblies in the home shall be of the dual shutoff valve type. |
| Bathroom | The bathroom shall also have the manufacturer's standard vanity with lavatory, medicine cabinet with mirror and accessories (paper holder, towel bars/hooks). All interior plumbing must be assembled.  All bathroom fixtures shall be of the same color. |
| Commode | The unit will have a residential commode. The water storage tank, seat and cover shall be the same color as the commode bowl.  Any loose objects must be properly secured.  This includes tank lid. |
| Sewer Line | The sewer line will exit the home approximately two feet (2') and not more than three feet (3') behind the rear axle. The exit pipe shall protrude approximately six inches (6"), but not more than eight inches (8"), from the underlying, shall have a threaded end, and be capped with a removable plastic cap and chain. |

| Appliances | |
|---|---|
| Water Heater | A 20-gallon electric water heater. |
| Range | A electric cooking range with two burners (Note: four burners are preferred), thermostatically controlled oven, and a lighted, power-vented range hood.  Any loose objects must be properly secured. |

GULF0002799

**CONFIDENTIAL**

LWFR-EXP 5-000098

## FEMA Model Travel Trailer Procurement Specifications
### Dated: July 14, 2005

| Appliances | |
|---|---|
| Refrigerator | Residential 14 c. f. frost-free electric refrigerator with freezer. Any loose objects must be properly secured. |
| Microwave Oven | Each unit will have a minimum 1.2 cu. ft microwave. Any loose objects must be properly secured. |

| Furnishings | |
|---|---|
| | Furnishings shall be the standard functional quality (provides usability, comfort and minimum maintenance). All furniture shall be assembled with all packing material removed. All furniture shall be appropriately secured to prevent damage during transport. |
| Bedrooms. | One bedroom shall have a full-size bed. The other bedroom shall have a double bunk w/ storage. |
| Living Room | Each living room area will be furnished with sleeper sofa, capable of sleeping adults. |
| Dining Room | The dining room area will be furnished with dinette table and seating. |

| Interior | |
|---|---|
| Heating and Cooling System {NOTE: Furnace and A/C shall use the same thermostat} | |
| Furnace | The unit will be equipped with a electric furnace capable of maintaining an average of 75 degrees Fahrenheit temperature. The unit must have in-floor ducted heat with a wired thermostat. |
| Air Conditioner (A/C) | 15,000 BTU Ducted Roof A/C wired and connected with the furnace. Window units are not acceptable. Note: The furnace and A/C must be wired to the same thermostat completely connected and installed. |

| Safety Equipment | |
|---|---|
| Smoke Detectors | Each unit will include three battery-operated smoke detector (battery included). Smoke detectors shall be equipped with push-button testing devices and are hard-wired into the unit. |
| Fire Extinguisher | Each home will be equipped with a five-pound A-B-C type fire extinguisher and a mounting bracket. |
| Steps | Triple entry steps-welded to frame |
| Jacks | Six stabilizer jacks with pads. Jacks will be needed for each corner and middle of the unit |

| Access System (Doors) | |
|---|---|
| Exterior Door | Each exterior door is to be a 36" wide insulated steel door. The door shall be pre-hung, and is fully insulated with no voids and includes safety chain, weather stripping, and a built in, non-operable window completely caulked with a non-hardening sealant. The doors shall be mounted in such a manner that the hinged side is toward the front of the unit and when fully opened the door shall not come in contact with any window. All locks shall be master keyed. |

FEMA Standard TT Procurement Spec: (07-14-05) (Final) 1A

GULF0002800

**CONFIDENTIAL**

LWFR-EXP 5-000099

## FEMA Model Travel Trailer Procurement Specifications
### Dated: July 14, 2005

| Exterior Covering | |
|---|---|
| Siding | Industry standard with an entry assist handles at entrance/exit each door. |
| Roof | Industry standard covering. Rain gutter w/corner downspout along the roofline. |
| Exterior Door Lock | Flush mounted combo entry dead-bolt lock. |

| Interior Covering | |
|---|---|
| Floor Covering | All flooring shall be covered with continuous roll non-foam resilient linoleum. (No carpet allowed) Duct openings shall be covered with a 4" x 10" metal, adjustable louvered covering (register). |
| Window Covering | Mini Blinds for all windows except bedrooms with bunks, which shall be covered with flame retardant curtains. |

| Transport | |
|---|---|
| Readiness | The manufacturer and/or supplier of the unit shall ready the units for transport to the designated area and/or installation site. |
| Road Ready Condition | The units must be in transportable and road ready condition when received at staging. Units that are not in a transportable and road ready condition (such as flat tires, damaged axles, etc) will not be considered acceptable. |

GULF0002801

CONFIDENTIAL

LWFR-EXP 5-000100

**FEMA Model Travel Trailer Procurement Specifications**
Dated: July 14, 2005

| Transport | |
|---|---|
| FEMA Acceptance | The contractor (vendor and/or manufacturer) not FEMA is responsible for providing a unit that complies with the appropriate requirements and this specification. |
| | When the units are delivered the units must be in the FEMA acceptable condition or the vendor must make the unit FEMA acceptable within 24 hours or must remove the unit from the FEMA delivery location at no expense to FEMA or the government. |
| | When FEMA receives the units at the FEMA delivery location this does not constitute as accepted. FEMA accepts simply means the unit does not obvious have visible damage. FEMA is also not responsible for units received but not accepted. Units will not be accepted as FEMA property until an appropriate FEMA Rep and company representative or technician inspects the unit damage. |
| | The company must provide FEMA a copy of all shipping documents and the shipping documents must include the vendor/company name (NOTE: This refers to vendor/manufacturer/company the procurement contract was awarded). |
| | FEMA reserves the right to reject any unit due to damages, non- road ready and/or non-transportable unit, and/or non-specifications compliance. The unit must be made transportable, road ready, and specification compliant prior to acceptance. |

| Miscellaneous | |
|---|---|
| Master Keys | The unit manufacturer or supplier shall furnish 3 sets of keys for homes procured. Master keys shall be provided and packaged separately. The master keys must be received with or prior to delivering the first unit. |
| Warranty | The vendor supplying the unit must identify a POC for handling warranty items and the vendor needs to provide FEMA the procedure for reporting warranty items to the vendor. The manufacturer shall also provide a supplier list, including company name, address and phone number of the suppliers of the various components of the home. |
| | The vendor (awarded the contract) will be notified of any unit accepted, but later identified as non-compliant. The vendor must repair or replace these items at no additional cost to the government within 48 hours. This includes items missing that were not shipped. |
| Certificate of Origin | The certificate of origin must be provided at the time of billing. The certificate of origin must accompany the invoice. |
| Unit Floor Plan | The manufacturer shall provide a complete set of plans per model of the home to include floor plan and electrical and plumbing diagrams. Note: The bathroom shall be located in the back of the unit and all plumbing must be on the same side. |

FEMA Standard TT Procurement Spec (07-14-05) (Final) 1A

GULF0002802

CONFIDENTIAL

LWFR-EXP 5-000101

## FEMA Model Travel Trailer Procurement Specifications
### Dated: July 14, 2005

| Miscellaneous | |
|---|---|
| Testing Requirements | The following tests are required prior to delivery and may be witnessed at the discretion of the Government in accordance with the Standard.<br>Water piping will be tested with air only with the water heater disconnected<br>The drainage and vent system and the plumbing fixtures<br>The electrical system. |
| Delivery Schedule | The vendor must provide a realistic delivery schedule for the units with their bids.<br><br>    This schedule must include the number of units that would be at the FEMA designated delivery location by the dates (not the ship date).<br><br>    This schedule will also identify the projected completion date and the time it would take to provide the units from the date the order(s) are placed.<br><br>The final schedule must be provided within 24 hours of contract award and the schedule must be consistent to the schedule provided under the bid process. The contractor (vendor awarded the contract) must at a minimum meet their projected delivery schedule according to the contract award or FEMA may exercise the right to purchase additional units from other sources and may subtract the remaining portion of the order above the guaranteed minimum. |
| Company Commitment | The company FEMA has the contract with must demonstrate the capacity to support this mission and delivery schedules.  If the company is supporting other FEMA disasters the company must also demonstrate continued support for those disasters as well, to include meeting those delivery schedules.<br><br>Also, the vendor must have a representative and technicians at the delivery locations to prepare the units for acceptance.  FEMA is not obligated to provide an area or space for this purpose. |

FEMA Standard TT Procurement Spec (07-14-05)1(Final) 1A

GULF0002803

**CONFIDENTIAL**

LWFR-EXP 5-000102