# 6.1 COMMON WALLS BETWEEN DWELLING UNITS

## KEY POINTS

**Installation Criteria:**

- Air gap between fire-rated assembly and framed walls (i.e, common wall) in duplex, townhouse, and apartment construction shall be fully sealed at all exterior boundary conditions.

**Tips and Best Practices:**

- Acceptable materials for air-sealing common walls can vary significantly around the country. Confirm that the preferred material is acceptable to the local code official prior to construction.
- Fireproof spray foam with a special color is a sealing material likely to be acceptable to code officials for common walls, and is highly effective for air sealing.

LWFR-EXP 5-000205

LWFR-EXP 5-000206

 **ENERGY STAR Qualified Homes**
**Thermal Bypass Inspection Checklist**

The Thermal Bypass Inspection Checklist must be completed for homes to earn the ENERGY STAR label. The Checklist requires visual inspection of framing areas where air barriers are commonly missed and inspection of insulation to ensure proper alignment with air barriers, thus serving as an extra check that the air and thermal barriers are continuous and complete. State, local, and regional codes, as well as regional ENERGY STAR program requirements, supersede the items specified in this Checklist.

Guidance on Completing the Thermal Bypass Inspection Checklist:

1. Accredited HERS Providers and certified home energy raters shall use their experience and discretion in verifying that each Inspection Checklist item is installed per the inspection guidelines (e.g., identifying minor defects that the Provider or rater deems acceptable versus identifying major defects that undermine the intent of the Checklist item).

2. Alternative methods of meeting the Checklist requirements may be used in completing the Checklist, if the Provider deems them to be equivalent, or more stringent, than the Inspection Checklist guidelines.

3. In the event an item on the Checklist cannot be verified by the rater, the home cannot be qualified as ENERGY STAR, unless the builder assumes responsibility for verifying that the item has met the requirements of the Checklist. This option is available at the discretion of the Provider or rater but may not be used to verify more than six (6) items on the Inspection Checklist. This responsibility will be formally acknowledged by the builder signing-off on the Checklist for the item(s) that they verified. The column titled "N/A" should be used when the checklist item is not present in the home or when local code requirements take precedent.

4. The Checklist may be completed for a batch of homes using a RESNET-approved sampling protocol when qualifying homes as ENERGY STAR. For example, if the approved sampling protocol requires rating one in seven homes, then the Checklist will be completed for the one home which was rated.

5. In the event that a Provider or rater finds an item that is inconsistent with the Checklist Inspection guidelines, the home cannot be qualified as ENERGY STAR until the item is corrected in a manner that meets the ENERGY STAR requirements. If correction of the item is not possible, the home cannot earn the ENERGY STAR label.

6. The Provider or rater is required to keep a hard copy record of the completed and signed Checklist. The signature of a builder employee is also required if the builder verified compliance with any item on the Checklist.

7. For purposes of this Checklist, an air barrier is defined as any solid material that blocks air flow between a conditioned space and an unconditioned space, including necessary sealing to block excessive air flow at edges and seams. Additional information on proper air sealing of thermal bypasses can be found on the Building America Web site (www.eere.energy.gov/buildings/building_america) and in the EEBA Builder's Guides (www.eeba.org). These references include guidance on identifying and sealing air barriers, as well as details on many of the items included in the Checklist.

83



# ENERGY STAR Qualified Homes
## Thermal Bypass Inspection Checklist

| Home Address: | City: | | State: | | |
|---|---|---|---|---|---|
| **Thermal Bypass** | **Inspection Guidelines** | **Corrections Needed** | **Builder Verified** | **Rater Verified** | **N/A** |
| **1. Overall Air Barrier and Thermal Barrier Alignment** | **Requirements:** Insulation shall be installed in full contact with sealed interior and exterior air barrier except for alternate to interior air barrier under item no. 2 *(Walls Adjoining Exterior Walls or Unconditioned Spaces)* | | | | |
| | **All Climate Zones:** | | | | |
| | 1.1 Overall Alignment Throughout Home | ☐ | ☐ | ☐ | ☐ |
| | 1.2 Garage Band Joist Air Barrier (at bays adjoining conditioned space) | ☐ | ☐ | ☐ | ☐ |
| | 1.3 Attic Eave Baffles Where Vents/Leakage Exist | ☐ | ☐ | ☐ | ☐ |
| | **Only at Climate Zones 4 and Higher:** | | | | |
| | 1.4 Slab-edge Insulation (A maximum of 25% of the slab edge may be uninsulated in Climate Zones 4 and 5.) | ☐ | ☐ | ☐ | ☐ |
| | **Best Practices Encouraged, Not Req'd:** | | | | |
| | 1.5 Air Barrier At All Band Joists (Climate Zones 4 and higher) | ☐ | ☐ | ☐ | ☐ |
| | 1.6 Minimize Thermal Bridging (e.g., OVE framing, SIPs, ICFs) | ☐ | ☐ | ☐ | ☐ |
| **2. Walls Adjoining Exterior Walls or Unconditioned Spaces** | **Requirements:** • Fully insulated wall aligned with air barrier at both interior and exterior, OR • Alternate for Climate Zones 1 thru 3, sealed exterior air barrier aligned with RESNET Grade 1 insulation fully supported • Continuous top and bottom plates or sealed blocking | | | | |
| | 2.1 Wall Behind Shower/Tub | ☐ | ☐ | ☐ | ☐ |
| | 2.2 Wall Behind Fireplace | ☐ | ☐ | ☐ | ☐ |
| | 2.3 Insulated Attic Slopes/Walls | ☐ | ☐ | ☐ | ☐ |
| | 2.4 Attic Knee Walls | ☐ | ☐ | ☐ | ☐ |
| | 2.5 Skylight Shaft Walls | ☐ | ☐ | ☐ | ☐ |
| | 2.6 Wall Adjoining Porch Roof | ☐ | ☐ | ☐ | ☐ |
| | 2.7 Staircase Walls | ☐ | ☐ | ☐ | ☐ |
| | 2.8 Double Walls | ☐ | ☐ | ☐ | ☐ |
| **3. Floors between Conditioned and Exterior Spaces** | **Requirements:** • Air barrier is installed at any exposed fibrous insulation edges • Insulation is installed to maintain permanent contact with sub-floor above including necessary supports (e.g., staves for blankets, netting for blown-in) • Blanket insulation is verified to have no gaps, voids or compression. • Blown-in insulation is verified to have proper density with firm packing | | | | |
| | 3.1 Insulated Floor Above Garage | ☐ | ☐ | ☐ | ☐ |
| | 3.2 Cantilevered Floor | ☐ | ☐ | ☐ | ☐ |
| **4. Shafts** | **Requirements:** Openings to unconditioned space are fully sealed with solid blocking or flashing and any remaining gaps are sealed with caulk or foam (provide fire-rated collars and caulking where required) | | | | |
| | 4.1 Duct Shaft | ☐ | ☐ | ☐ | ☐ |
| | 4.2 Piping Shaft/Penetrations | ☐ | ☐ | ☐ | ☐ |
| | 4.3 Flue Shaft | ☐ | ☐ | ☐ | ☐ |
| **5. Attic/Ceiling Interface** | **Requirements:** • All attic penetrations and dropped ceilings include a full interior air barrier aligned with insulation with any gaps fully sealed with caulk, foam or tape • Movable insulation fits snugly in opening and air barrier is fully gasketed | | | | |
| | 5.1 Attic Access Panel (fully gasketed and insulated) | ☐ | ☐ | ☐ | ☐ |
| | 5.2 Attic Drop-down Stair (fully gasketed and insulated) | ☐ | ☐ | ☐ | ☐ |
| | 5.3 Dropped Ceiling/Soffit (full air barrier aligned with insulation) | ☐ | ☐ | ☐ | ☐ |
| | 5.4 Recessed Lighting Fixtures (ICAT labeled and sealed to drywall) | ☐ | ☐ | ☐ | ☐ |
| | 5.5 Whole-house Fan (insulated cover gasketed to the opening) | ☐ | ☐ | ☐ | ☐ |
| **6. Common Walls Between Dwelling Units** | **Requirements:** Gap between drywall shaft wall (i.e., common wall) and the structural framing between units is fully sealed at all exterior boundary conditions | | | | |
| | 6.1 Common Wall Between Dwelling Units | ☐ | ☐ | ☐ | ☐ |

Home Energy Rating Provider: _____ Rater Inspection Date: _____ Builder Inspection Date: _____

Home Energy Rater Company Name: _____ Builder Company Name: _____

Home Energy Rater Signature: _____ Builder Employee Signature: _____

84

# THERMAL BYPASS CHECKLIST

## KEY TERMS

Air Barrier – Any material that restricts air flow.  In wall assemblies, the exterior air barrier is often a combination of sheathing and either building paper, house wrap or board insulation.  The interior air barrier is typically gypsum board.

Alignment – Insulation installation condition where the insulation is in full contact with the air barrier (contiguous) and continuous across the entire thermal enclosure.

Batt Insulation – Insulation that is typically manufactured out of fiberglass or rock wool into 'blankets' sized for typical framing bays and manually fitted into place.  They require extra diligence to ensure no gaps, voids, compression or misalignment where framing bays are not typical framing dimensions or include wiring and piping.

Blown-in Insulation – Insulation typically made from fiberglass or cellulose that is blown into construction assemblies dry or wet that inherently fills the entire framed assembly without any gaps, voids, compression or misalignment.

Cantilever - An overhang where one floor extends beyond and over a wall below thereby exposing the floor to exterior conditions.

Compression – Insulation installation condition where the full thickness is reduced, resulting in increased density and reduced air pockets that drive thermal resistance.  This undermines the effective R-value of the insulation.

Convective Air Flow – As used with thermal bypass, this refers to air-flow that occurs in gaps between insulation and the air barrier due to temperature differences in and across the gap resulting in a stack effect or driving forces from more to less heat.

Floating Slab – Non-monolithic slab and foundation. This can occur where rigid slab edge insulation is placed between the foundation wall and slab leaving the slab unsupported.

FSK Radiant Barrier – A foil-coated insulation that prevents against fire spreading and smoke generation while reflecting internal or external heat.  FSK insulation is commonly used in high heat areas of a building including behind fireplaces and the attic knee walls.  FSK stands for Foil, Scrim, Kraft; the components of this insulation.

Fully Aligned – Condition where air barriers and thermal barrier (insulation) are contiguous (touching) and continuous across the entire building envelope.

Fully Supported – When insulation is evenly and securely held in place so that it does not bow or hang loose.  Insulation that is not fully supported is more likely to be misaligned with the air barriers.

Infrared Imaging – Heat sensing camera which helps reveal thermal bypass conditions by exposing hot and cold surface temperatures revealing unintended thermal flow, air flow, and moisture flow.  Darker colors indicate cool temperatures, while lighter colors indicate warmer temperatures.

Insulated Concrete Form (ICFs) – Factory-built wall system blocks that are made from extruded polystyrene insulation. Steel reinforcing rods are added and concrete is poured into the voids, creating a very air-tight, well-insulated and sturdy wall as the insulation is inherently aligned with the exterior and interior air barriers.

Insulation Contact (IC) – Rating for recessed lights allowing insulation to be placed directly over the top of the fixture.

Insulation Contact, Air-Tight (ICAT) Lighting Fixture – Rating for recessed lights that can have direct contact with insulation and constructed with air-tight assemblies to reduce thermal losses.

85

LWFR-EXP 5-000209

# THERMAL BYPASS CHECKLIST

## KEY TERMS

Misalignment – Condition where air barrier and thermal barrier (Insulation) are not contiguous (touching) and not continuous across the entire building envelope.

Optimal Value Engineering (OVE) – A strategy for reducing thermal bridging by minimizing wall framing needed for structural support. Common techniques include 2x6 framing with 24" on-center spacing, single top plates where trusses align with wall framing below, properly sized headers, two-stud corners, lattice strips at exterior/interior wall intersections, and the elimination of excessive fire blocking and window framing. This results in much more open framing for insulation to improve energy efficiency and comfort.

Rigid Insulation – Insulation typically made from polystyrene or polyurethane manufactured into 4' x 8' boards of various thicknesses. As an exterior sheathing material, rigid board insulation provides a complete thermal break assembly and can effectively shift the dew point outside of the exterior wall construction assembly.

R-value – A measure of the thermal resistance of a material.  Higher R-values indicate better resistance to heat flow through material. The effective R-value of an insulation material will be reduced by gaps, voids, compression or misalignment.

Spray Foams Insulation – Insulation available in both open- and closed-cell configurations that is typically made from polyurethane. It is sprayed into construction assemblies as a liquid that expands to fill the surrounding cavity. Once dry, spray foam functions as both an air barrier and thermal barrier and effectively fill holes and cracks for both a well-insulated and air-tight wall assembly. Closed-cell spray foams are more dense and also function as a vapor barrier.

Structural Insulated Panels (SIPs) – Factory-built insulated wall assemblies that ensure full alignment of insulation with integrated air barriers.  Composed of insulated foam board glued to both an internal and external layers of sheathing     (typically OSB or plywood).  Many SIP panels are manufactured with precut window and door openings.

Thermal Barrier – Term used to describe when flow of heat is restricted or slowed. Accomplished through insulation.

Thermal Bridging – Accelerated thermal flow that occurs when materials that are poor insulators displace insulation.

Thermal Bypass Checklist – Comprehensive list of building details for ENERGY STAR Qualified Homes addressing construction details where air barriers and insulation are commonly missing.

Thermal Bypass – The movement of heat around or through insulation. This typically occurs when gaps exist between the air barrier and insulation or where air barriers are missing.

Vapor Barrier – Any material that restricts the flow of moisture. In hot climates, a vapor barrier would be installed on the exterior surface and in cold climates on the interior surface.

Wind Baffle – An object that serves as an air barrier for the purpose of blocking wind washing at attic eaves.

Wind Washing – When insulating properties of insulation are eliminated due to air-current penetration.

86

LWFR-EXP 5-000210

# Insulation Basics

### ■ Facts & Recommendations ■ Types ■ Values

In buying insulation for your home, there are several points to consider. R-value measures how well a material insulates. The higher the R-value the greater the insulating value. Compare products based on their cost per R-value per inch thickness.

The R-value assumes no air is leaking through the insulation. Air leakage lowers the R-value of insulation. It is important to seal air leaks as well as install insulation. Standard density materials such as fiberglass batts and loose-fill materials do not seal effectively against air leaks. Some insulation materials, such as rigid foam and spray-in-place products, reduce or eliminate air leakage.

Proper installation is as important as how much insulation is installed. Gaps and compressed areas can lower the R-value over 30%.

The amount of insulation recommended for the ceiling, exterior walls, and floor of your home varies according to its design, the local climate, and cost of energy. Local building codes often set minimum standards; however, higher levels are usually a good investment and will improve comfort and decrease condensation problems.



R-30 attic          R-19 Knee Walls

R-16  Walls

R-1.7 Windows

R-19 Floors

R-10 Foundation wall        R-5 Slab

*Minimum R-values for the Southeast*

For the Southeast, most energy experts **recommend** these minimum levels:

☑ **Attic: R-30**

☑ **Walls: R-13** *plus* **insulated sheathing: R-2 to 7**

☑ **Floor: R-19**

## Types

Recycled materials are used in the manufacture of certain insulation materials. Cellulose is made from 100% recycled paper. Fiberglass products use up to 30% recycled glass. Other new products, such as cotton insulation, are manufactured from recycled materials.

Spray-in place foam insulation materials are manufactured with a blowing agent. Blowing agents are either HCFC's, carbon dioxide or pentane which do not damage the ozone layer.

☑ **Cellulose:** R-3.4 to R-3.8 per inch

Cellulose insulation is ground, recycled newsprint that's treated with a fire retardant chemical.

In attic installations, cellulose is blown in loose. As with any loose-fill material, follow manufacturer's guidelines for proper density and coverage.

For open framing cavities, especially walls, cellulose can be applied with a glue binder. Ensure the cellulose dries before the cavity is enclosed. There are also systems for blowing dry loose-fill cellulose behind a mesh support.

Cellulose can be used for retrofitting walls that have no insulation. Cellulose blown into walls at high densities (3-4 lb/ft$^3$) has the added advantage of reducing air movement through walls.

Some building supply stores provide cellulose blowers for do-it-yourself applications. When working with any insulation, use respirators and other protective equipment.

☑ **Fiberglass:** R-3.1 to R- 4.2 per inch; loose-fill: R-2.2 to R-2.6 per inch

Fiberglass is spun glass and is available in either batts (faced or unfaced) or loose-fill. Batts can be installed by the do-it-yourself, while loose-fill must be professionally installed.

For the attic, either loose-fill or batts can be used. For floors and walls, batts are most common, although there is a blown-in system available. Fiberglass provides very little reduction of air leakage, so be sure to seal holes before insulating. Fiberglass also can be an irritant so wear gloves, a respirator and other protective gear.

☑ **Spray-in-place foams:** R-3.4 to R-6 per inch

Fairly new to the market in the Southeast, spray foam insulations are similar in composition to the foam that comes in canisters for home use. Foams have excellent air sealing properties and high R-values. However, they are only professionally installed and are more expensive.

☑ **Cotton:** R-3 per inch

Cotton batts are made from recycled textile scraps. Installation would be the same as for any batt material. However, sharp knives must be used as the material can be somewhat difficult to cut. The material is less of an irritant than fiberglass.

Developed with funding from the Georgia Environmental Facilities Authority, U.S. Department of Energy, U.S. Environmental Protection Agency
by the Southface Energy Institute, for more information contact Southface Energy Institute, 241 Pine St., Atlanta, GA 30308, 404/872-3549, www.southface.org
3/5/02

WHR-EXP 8-000241 1

# APPENDIX L



| Building Industry Institute |
| --- |
| BII-SOW |
| **PROCEDURES FOR HVAC SYSTEM INSTALLATION**<br>**Scope of Work** |

**The goal for a HVAC system is to provide proper airflow, heating, and cooling to each room.** The following pages contain more detailed information on fabrication, installation and performance testing.

**California:**
When "Duct Leakage Reduction Compliance Credit" is selected as a feature in California energy calculations, verification of leakage rate is required. The installer must test every home either at rough or final. At rough, without the air handler installed, maximum allowable leakage (calculated as percent of total fan flow) is 4%. At rough with the air handler installed, or at final, maximum allowable leakage is 6%. If the installer chooses to test and certifies leakage at rough, the installer must inspect the system at final. The installer must complete a CF-6R for each home.

Third party verification is also required by a HERS Rater with current certification by a California Energy Commission (CEC) approved Rater Provider. The HERS Rater must test at final using the CEC sampling protocol. Maximum allowable leakage is 6% (calculated as percent of total fan flow). The HERS Rater must inspect using the CEC protocols and the HERS Rater must complete a CF-4R for each home.

**Criteria**
*An HVAC system should:*
1. Be installed so that the static air pressure drop across the handler is within manufacturer and ConSol design specifications
2. Have sealed supply and return ductwork that will provide proper airflow, and avoid air entering the HVAC system from polluted zones (e.g., fumes from autos and stored chemicals, and attic particulates)
3. Have balanced airflows between supply and return systems to maintain neutral pressure in the home
4. Minimize duct air temperature gain or loss between the air handler and supply registers; and between return registers and the air handler
5. Be properly charged with refrigerant
6. Have proper burner operation and proper draft

**Procedures** (Procedures are detailed in accompanying Scope of Work.)
1. Install equipment and ducts using installation requirements and procedures from the Uniform Mechanical Code, the Air Diffusion Council, SMACNA, California Residential Energy Efficiency Standards (Title 24), and manufacturers' specifications
2. Charge the system appropriately, and verify charge with the evaporator superheat method or subcooling method (or substantially equivalent)
3. Test the system to ensure that it performs properly
   a) does not leak substantially
   b) proper air handler fan flow
   c) proper supply and return air flows
   d) proper plenum static pressures

## Details for an HVAC System:
### Materials, Fabrication, Design, Installation, and Performance Testing

**MINIMUM MATERIALS SPECIFICATIONS**
*The following are minimum materials specifications recommended to achieve a substantially tight installation that will last:*
All Materials
- Shall have a minimum performance temperature ratings per UL181 (ducts), UL181A (closure systems for rigid fiberglass ducts), UL181B (closure systems for flexible ducts) and/or UL 181BM (mastic); Butyl-back tape may also be used to seal ducts, ductboard and metal;
- Shall have a flame spread rating of no more than 25 and a maximum smoke developed rating of 50 (ASTM E 84);

Factory-Fabricated Duct Systems
- All factory-fabricated duct systems shall include UL 181 listed ducts with approved closure systems including collars, connections and splices,
- All pressure-sensitive and heat-activated tapes used in the manufacture of rigid fiberglass ducts shall be UL 181A listed,
- All pressure-sensitive tapes and mastics used in the manufacture of flexible ducts shall be UL 181B (tape) or UL 181BM (mastic) listed.

Field-Fabricated Duct Systems
- Ducts:
  - Factory-made ducts for field-fabricated duct systems shall be UL 181 listed.
- Mastic sealants and mesh:
  - Sealants shall be UL 181BM listed, non-toxic, and water resistant,
  - Sealants for interior applications shall pass ASTM tests C 731 (extrudability after aging) and D 2202 (slump test on vertical surfaces),
  - Sealants and meshes shall be rated for exterior use,
  - Sealants for exterior applications shall pass ASTM tests C 731, C 732 (artificial weathering test), and D 2202.
- Pressure-sensitive tapes:
  - Cloth-backed, rubber-adhesive tapes (typical duct tape) shall not be used even if UL 181B rated,
  - Tape used for flexduct shall be UL 181B listed or be aluminum-backed butyl adhesive tape (15 mil. minimum),
  - Tape used for duct board shall be UL 181A listed and so indicated with a UL 181A mark or aluminum-backed butyl adhesive tape (15 mil. minimum).
- Drawbands:
  - Shall be either stainless-steel worm-drive hose clamps or UV-resistant nylon duct ties,
  - Shall have a minimum performance temperature rating of 165 degrees Fahrenheit (continuous, per UL 181A-type test) and a minimum tensile strength rating of 50 pounds,
  - Shall be tightened as recommended by the manufacturer with an adjustable tensioning tool.

**FABRICATION AND INSTALLATION**
*The following are fabrication and installation guidelines that, if carefully followed, will provide a duct installation that is substantially airtight and that will provide proper airflow to each room of the house:*

**General Issues**
- Ducts, plenums, and fittings should be constructed of galvanized metal, duct board, or flexible duct. Building cavities may not be used as a duct or plenum without a sealed duct board or metal liner.
- The air handler box should be airtight,
- Air filters should be easily accessible for replacement, and evaporator coils should be easily accessible for cleaning,
- Ducts should be configured and supported so as to prevent use of excess material, prevent dislocation or damage, and prevent constriction of ducts below their rated diameter;
- Flexible duct bends should not be made across sharp corners or have incidental contact with metal fixtures, pipes, or conduits that can compress or damage the ductwork;
- Flexible ducts should not have bends that exceed 90° unless specified in the design,
- Sheet metal collars and sleeves should be beaded to hold drawbands.

**FABRICATE AND INSTALL AN AIRTIGHT DUCT SYSTEM**

All Duct Types

- All joints and seams of duct systems and their components should be sealed with mastic, mastic and embedded mesh, aluminum-backed butyl adhesive tape (15 mil. minimum), or pressure-sensitive tape approved for use by the duct manufacturer and meeting UL181 specifications, excluding cloth-backed rubber-adhesive tapes ("approved tape"); cloth-backed rubber-adhesive tapes shall not be used to attach or seal ducts.
- Junctions of collars to distribution boxes and plenums should be sealed with mastic,
- All sealants should be used in strict accordance with manufacturer's installation instructions and within sealants moisture and temperature limitations,
- All tapes used as part of duct system installation should be applied to clean, dry surfaces and sealed with manufacturer's recommended amount of pressure or heat. If oil is present, taped surfaces should be prepared with a cleaner / degreaser prior to application;
- It is recommended that all register boxes should be sealed to the drywall or floor with caulking or mastic.

Flexible Ducts

- Flexible ducts should be joined by a metal sleeve, collar, coupling, or coupling system. At least 2 inches of the beaded sleeve, collar, or coupling must extend into the inner core while allowing a 1-inch attachment area on the sleeve, collar, or coupling for the application of tape,
- The inner core should be mechanically fastened to all fittings, preferably using drawbands installed directly over the inner core and beaded fitting. If beaded sleeves and collars are not used, then the inner core should be fastened to the fitting using #8 screws equally spaced around the diameter of the duct, and installed to capture the wire coil of the inner liner (3 screws for ducts up to 12" diameter, and 5 screws for ducts over 12" diameter);
- The inner core should be sealed to the fitting with mastic or approved tape,
- Tape used for sealing the inner core should be applied with at least 1 inch of tape on the duct lining, 1 inch of tape on the fitting of flange, and wrapped at least three times,
- The outer sleeve (vapor barrier) should be sealed at connections with a drawband and/or three wraps of approved tape,
- The vapor barrier should be complete. All holes, rips, and seams must be sealed with mastic or approved tape.

Metal Ducts and Plenums

- Metal-to-metal connections should be cleaned and sealed in accordance with manufacturer's specifications,
- Openings greater than 1/16 inch should be sealed with mastic and mesh, or butyl adhesive tape,
- Openings less than 1/16 inch should be sealed with mastic or UL-181A listed tape,
- Special attention should be paid to collar connections to duct-board and/or sheet metal; seal around the connection with mastic;
- Connections between collars and distribution boxes should be sealed with mastic,
- At least three equally spaced #8 screws should be used to mechanically fasten round ducts (3 screws for ducts up to 12" diameter, and 5 screws for ducts over 12" diameter),
- Crimp joints should have a contact lap of at least 1½ inches,
- Square or rectangular ducts should be mechanically fastened with at least one screw per side.

Duct Board

- Duct board connections should be sealed with adhesive, mastic, or UL 181A listed pressure-sensitive or heat-activated tape in accordance with manufacturer's specifications.

Duct Support

- Supports should be installed per manufacturer's specifications or per UMC requirements,
- Supports for flexible ducts should be spaced at no more than 4-foot intervals,
- Flexible ducts should be supported by strapping having a minimum width of 1½ inches at all contact points with the duct,
- Supports should not constrict the inner liner of the duct,
- Flexible ducts should have maximum of ½ inch sag per foot between supports,
- Flexible ducts may rest on ceiling joists or truss supports as long as they lie flat and are supported at no more than 4-foot intervals.

Boots

- After mechanically attaching the register boot to floor, wall, or ceiling, all openings between the boot and floor, wall, or ceiling should be sealed with caulk, mastic, or butyl-adhesive tape.

Seal Air Handler

- Openings greater than 1/16 inch should be sealed with mastic and mesh, or butyl adhesive tape,
- Openings less than 1/16 inch should be sealed with mastic or UL 181A listed tape,
- Unsealed access doors should be sealed with UL 181A listed tape.

*BR - HVAC Scope of Work 5/15/2006*

LWFR-EXP 5-000214

**CHECK REFRIGERANT CHARGE**
- For systems with fixed metering devices use evaporator superheat method:
  - Indoor coil airflow must be <u>greater</u> than 350 cfm/ton,
  - Refrigerant system evacuation must be complete (all non-condensables must be removed from the system;
  - In hot, dry climates be cautious to be within range of superheat charging chart or use an approved method.
- For systems with thermostatic expansion valves use the subcooling method.

**CHECK COMBUSTION PERFORMANCE**
- Check each chamber for correct flame,
- Check for proper drafting.

**TEST SYSTEM PERFORMANCE**
*The following are testing requirements and procedures that must be followed to ensure that the HVAC system has been properly installed.  The tests are designed to determine whether:*
1. *Room-by-room airflows are correct,*
2. *Total supply is as designed;*
3. *Total return = total supply;*
4. *Ducts, plenum, and air handler are tight,*
5. *Static pressure is correct.*

- Test the system to ensure that it performs properly, by (1) verifying HVAC equipment sizes installed are those specified, (2) measuring duct leakage, and measuring either (3a) fan flow or (3b) supply and return flows and plenum static pressures:
  1. Air conditioner sensible capacity must be no more than 15% greater than the calculated sensible load; fan flow must be greater than 350 cfm/ton; check that the correct size air handler is installed.
  2. Ensure that the duct system does not leak substantially:
     a. A rough system, including both supply and return but without the air handler, should not leak more than 3% of specified fan flow (cfm leakage measured with HVAC system pressurized to 25 Pa);
     b. For finished installation, including supply, return, the air handler and finished registers, measured leakage must be less than 6% of nominal fan flow, or measured fan flow or of measured return flow (cfm leakage measured with HVAC system pressurized to 25 Pa);
  3a. Measure air handler air flow and static pressure across fan; ensure that total air handler output is within 5% of design and manufacturer specifications at a static pressure within 0.1 in wg of design.
  3b. Supply and return air flow, and static pressure requirements:  Ensure that supply and return flows are correct, and that the static pressure across the fan is correct:
     a. Measure room-by-room airflows to ensure that each register is within 15% of Manual D design airflow, and that the entire supply is within 5% of design,
     b. Measure return airflow to ensure that it is within 5% of the total supply airflow,
     c. Test static pressure drop across the blower to ensure that it is within 0.1 in wg of design and manufacturer specifications.
- Duct leakage can be determined using a pressurization or depressurization technique; for details, see ASHRAE Standard 152P, California Energy Commission ACM Manual Appendix F, Minneapolis Duct Blaster™ manual, or other commercially available duct pressurization or depressurization devices;
- Duct leakage to unconditioned space can be determined with the house pressurization or LBL simplified technique; for details see CEC report P400-91-031CN, Section Six;
- Fan flow, supply flow and return flow measurements, see Minneapolis Duct Blaster™ manual (or equivalent); alternatively for supply and return flows, use a calibrated flow hood.  Do not use a pitot tube, or any type of anemometer to determine these air flows,
- Static pressure drop across the fan is measured using static pressure probes in the return plenum and in the supply plenum.

**REFERENCES**

1991 Uniform Mechanical Code (UMC) Sections 1002 – 1005 and Appendix A, Standard No. 10-5.

Air Diffusion Council, Flexible Duct Performance & Installation Standards.

ACCA Manual J, Seventh Edition, 1986

ACCA Manual D, New Edition, 1995

| | |
|---|---|
| ACCA | 1515 16th St., NW, Washington, DC 20036, (202) 483-9370 |
| ASHRAE | 1791 Tullie Circle, N.E., Atlanta, GA 30329, (404) 636-8400 |
| ASTM E 84 | Test for Surface Burning Characteristics of Building Materials |
| ASTM C 731 | Extrudability After Aging |
| ASTM C 732 | Artificial Weathering Test |
| ASTM D 2202 | Slump Test on Vertical Surfaces |

California Energy Commission, 1516 9th Street, Sacramento, CA  95814-5512, (800) 772-3300

| | |
|---|---|
| SMACNA Manual | Installation Standards for Residential Heating and Air Conditioning Systems |
| UL Standard 181 | Standard for Factory-Made Air Ducts and Air Connectors |
| UL Standard 181A | Standard for Closure Systems for Use with Rigid Air Ducts and Air Connectors |
| UL Standard 181B | Standard for Closure Systems for Use with Flexible Air Ducts |
| UL Standard 181BM | Standard for Mastic Materials |

LWFR-EXP 5-000216

APPENDIX M



# WALL INSULATION
## *Provide Moisture Control and Insulation in Wall Systems*

## Buildings for the 21st Century

Buildings that are more energy-efficient, comfortable, and affordable...that's the goal of DOE's Office of Building Technology, State and Community Programs (BTS). To accelerate the development and wide application of energy efficiency measures, BTS:

- Conducts R&D on technologies and concepts for energy efficiency, working closely with the building industry and with manufacturers of materials, equipment, and appliances

- Promotes energy/money saving opportunities to both builders and buyers of homes and commercial buildings

- Works with state and local regulatory groups to improve building codes, appliance standards, and guidelines for efficient energy use

- Provides support and grants to states and communities for deployment of energy-efficient technologies and practices



**EFFECTIVE WALL INSULATION**

Properly sealed, moisture-protected, and insulated walls help increase comfort, reduce noise, and save on energy costs. However, walls are the most complex component of the building envelope to insulate, air seal, and control moisture.

The keys to an effective wall are:

- Airtight construction—all air leaks sealed in the wall during construction and prior to insulation installation.

- Moisture control—exterior rain drainage system, continuous air barrier, and vapor barrier located on the appropriate side of the wall.

- Complete insulation coverage—advanced framing to maximize insulation coverage and reduce thermal bridging, no gaps or compressed insulation, and continuous insulated sheathing.

**AIR SEALING**

Air sealing reduces heat flow from air movement (convection) and prevents water vapor in the air from entering the wall. In a 100-square-foot wall, one cup of water can diffuse through drywall without a vapor barrier in a year, but 50 cups can enter through a ½-inch, round hole. In fact, sealing air leaks is 10 to 100 times as important as installing a vapor barrier.

**MOISTURE CONTROL**

Air sealing and moisture control make insulation more effective. It is a myth that installing vapor barriers is the most important step for controlling moisture in walls. Vapor barriers only retard moisture due to diffusion, while most moisture enters walls either through fluid capillary action or as water vapor through air leaks.



A drainage plane in a wall system creates an easy pathway for water to drain away from the house.

✓ **PREVENT RAIN PENETRATION**

Causes of rain leaks through exterior walls include improper installation of siding materials; poor-quality flashing, weatherstripping, or caulking around joints in the building exterior (such as windows, doors, and bottom plates); and wind-driven rain that penetrates the exterior finish. To enhance protection against rain penetration, create a drainage plane within the wall system of the home.

✓ **CONTROL MOISTURE IN WALLS**

All climates require these steps:

- Install a polyethylene ground cover on the earth floor of houses with crawl spaces and slope the ground away from the foundations of all houses.

- Install a continuous vapor barrier that has a Perm rating of less than one (see page 3).

- Place a termite shield, sill gaskets, or other vapor-impermeable membrane on the top of the foundation wall. This action will prevent moisture from wicking into the framed wall from the concrete foundation wall by capillary action.

## WALL FRAMING WITH ADVANCED FRAMING TECHNIQUES

Building experts have performed considerable research on ways to reduce the amount of lumber in our homes while maintaining structural integrity. The U.S. Forestry Products Association and other organizations have devised an "optimum value engineering" (OVE) framing system that reduces unnecessary lumber use and improves the whole-wall R-value by reducing thermal bridging and maximizing the wall area that is insulated. Selected OVE practices include:

- Design the house to use materials efficiently by employing simpler shapes and volumes, compact designs, and designs based on a 2-foot module.

- Frame at 24-inch rather than 16-inch centers.

- Design headers for loading conditions and use insulated headers.

- Locate window and door openings in-line with established framing and size windows to fit within existing stud spacing.

- Eliminate unnecessary framing at intersections using two-stud rather than three-stud corners and ladder blocking where interior partitions intersect exterior walls.

- Use let-in bracing to allow the use of insulated sheathing in corners.

- Eliminate curtailed studs (cripples) under windows.

- Align roof, wall, and floor framing members (studs and joists) vertically throughout the structure so that a single top plate can be used.

### INSULATED HEADERS AND LET-IN BRACING



**Insulated headers**



**Let-in bracing**

### STANDARD FRAMING VERSUS ADVANCED FRAMING CROSS-SECTION



| Comparison | Standard | Advanced |
|---|---|---|
| Insulation Voids | 3% | 0% |
| Framing factor | 15-25% | 10-15% |
| Batt R-value | R-13 | R-13 |
| Sheathing R-value | R-0.5 to 2.0 | R-2.5 |
| Effective Average R-value | R-11.1 | R-14.6 (30% higher) |

### 2X6 WALL CONSTRUCTION

In most code jurisdictions, 2x6's can be spaced on 24-inch centers, rather than 16-inch centers used for 2x4's. The advantages of using 2x6 studs on 24-inch centers are:

- The thicker wall cavity provides room for R-19 or R-21 wall insulation.

- Overall, thermal bridging through studs is reduced due to the higher R-value of 2x6's and less stud area in the wall.

- Less framing reduces labor costs.

- There is more space for insulating around piping, wiring, and ductwork.

The economics of 2x6 wall construction is favorable primarily in areas with significant winters and homes in which windows and doors occupy 10 percent or less of the total wall area. Walls with substantial window and door area may require almost as much framing as 2x4 walls because each opening can add extra studs. Additionally, the window and door jambs must be wider, requiring the purchase of a jamb extender that increases costs by $12 to $15 per opening.

Thicker insulated sheathing may be a less expensive way to increase overall R-value than 2x6 construction, especially in

# WALL INSULATION

homes with more window and door area. Another factor to consider is that the interior finish or exterior siding may bow slightly between studs when using 24-inch centers.

## WHAT TYPE OF INSULATION SHOULD I USE?

The home designer has an increasing array of insulation products from which to choose to insulate wood-framed walls. The wide variety of insulation materials often makes it difficult to determine the most cost-effective products and techniques. Refer to the Model Energy Code (MEC) or DOE Insulation Fact Sheet for R-value recommendations for your climate and building type. The DOE Insulation Fact Sheet (DOE/CE-0180) can be ordered from the Energy Efficiency and Renewable Energy Clearinghouse or accessed from the Internet at www.ornl.gov/roofs+walls.

- *Fiberglass and rock wool batts*—2x4 walls can hold R-13 or R-15 batts; 2x6 walls can have R-19 or R-21 products. Generally, batt insulation is the least expensive wall insulation material but requires careful installation for effective performance (see page 4).

- *Cellulose insulation*, made from recycled newsprint, comes primarily in loose-fill form. It can be installed in walls using a dry-pack process or a moist-spray technique. It generally costs more than batt insulation, but it offers reduced air leakage through the wall cavity plus improved sound deadening.

- *Fiberglass and rock wool loose-fill insulation* provide full coverage with a "Blow-in Blanket" System (BIBS) that involves blowing insulation into open stud cavities behind a net.

- *Rigid foam insulation* has a higher R-value per inch than fiberglass or cellulose and stops air leaks, but it is considerably more expensive. It is manufactured in sheet-good dimensions and is often used as the outer layer of insulation.

- *Foam-in-place insulation* can be blown into walls and reduces air leakage. Some types use carbon dioxide in the manufacturing process rather than more environmentally harmful gases such as pentane or hydrochlorofluorocarbons.

## WALL SHEATHINGS

Some builders use ½-inch wood sheathing (R-0.6) or asphalt-impregnated sheathing, usually called blackboard (R-1.3), to cover the exterior framing before installing siding. Instead, consider using ½-inch foam insulated sheathing (R-2 to R-3.5). Sheathing thicker than ½ inch will yield even higher R-values.

Foam sheathing has these advantages:

- The continuous layer of insulation reduces thermal bridging through wood studs, saving energy and improving comfort.

- It is easier to cut and install than heavier weight sheathing products.

- It protects against condensation on the inside wall by keeping the interior of the wall warmer.

- It usually costs less than plywood or oriented strand board (OSB).

Ensure that the sheathing completely covers, and is sealed to, the top plate and band joist at the floor. Most sheathing products come in 8-, 9-, or 10-foot lengths to allow complete coverage of the wall. Once it is installed, patch all holes, penetrations, and seams with caulk or housewrap tape.

Because of its insulation advantages over plywood and OSB, foam sheathing is best when used continuously in combination with let-in bracing, which provides structural support similar to that offered by plywood or OSB. Some builders use two layers of sheathing—plywood or OSB for structural support and a seam-staggered layer of rigid foam for insulation. When the total depth of the sheathing material exceeds ½ inch, make certain the window and door jambs are adjusted for the total wall thickness. Some flanged windows are readily adaptable to this approach.

## VAPOR BARRIER PLACEMENT BY GEOGRAPHICAL LOCATION

In most cold climates, vapor barriers should be placed on the interior (warm-in-winter) side of walls. However, the map shows that in some southern climates, the vapor barrier should be omitted, while in hot and humid climates, such as along the Gulf coast and in Florida, the vapor barrier should be placed on the exterior of the wall.



Interior
Omit vapor barrier
Exterior or no vapor barrier

### Perm Ratings of Different Materials

(Rating of 1 or less qualifies as a vapor barrier)

| | |
|---|---|
| Asphalt-coated paper backing on insulation | 0.40 |
| Polyethylene plastic (6 mil) | 0.06 |
| Plywood with exterior glue | 0.70 |
| Plastic-coated insulated foam sheathing | 0.4 to 1.2 |
| Aluminum foil (.35 mil) | 0.05 |
| Vapor barrier paint or primer | 0.45 |
| Drywall (unpainted) | 50 |
| Drywall (painted - latex paint) | 2-3 |

LWFR-EXP 5-000219

# WALL INSULATION

*For more information, contact:*

**Energy Efficiency and Renewable Energy Clearinghouse (EREC)**
*1-800-DOE-3732*
*www.eren.doe.gov*

*Or visit the BTS Web site at*
*www.eren.doe.gov/buildings*

*Or refer to the Builder's Guide*
*Energy Efficient Building*
*Association, Inc.*
*651-268-7585*
*www.eeba.org*

*Written and prepared for the U.S. Department of Energy by:*

**Southface Energy Institute**
*404-872-3549*
*www.southface.org*

**Oak Ridge National Laboratory**
*Buildings Technology Center*
*423-574-5178*
*www.ornl.gov/ORNL/BTC*

*The Model Energy Code can be obtained from the International Code Council by calling 703-931-4533*

*MECcheck, a companion compliance software package, can be ordered from DOE by calling 1-800-270-CODE or downloaded directly from the Web at www.energycodes.org/resid/resid.htm.*

*NOTICE: Neither the United States government nor any agency thereof, nor any of their employees, makes any warranty, express or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed. The views and opinions of authors expressed herein do not necessarily state or reflect those of the United States government or any agency thereof.*

## STEPS FOR EFFECTIVE WALL CONSTRUCTION AND INSULATION

1. Review the plans and specifications and identify all walls (including bandjoists) between conditioned (heated and cooled) spaces and unconditioned spaces (exterior, attics, crawl spaces, garages, and mechanical rooms). Use advanced framing techniques to increase insulation levels and reduce lumber use.

2. Use diagonal corner bracing (let-in bracing) on exterior walls to substitute for corner plywood sheathing and allow continuous insulated sheathing.

3. Use foam sheathing for insulating headers to reduce framing heat loss.

4. Seal all air leaks through walls before insulating, including under the bottom plate, band joist areas between floors, electrical boxes, and all electrical, plumbing, and HVAC penetrations.

5. Use caulk and backer rod or non-expanding spray foam, not insulation, to seal around window and door jambs.

6. If fixtures such as stairs or shower/tub enclosures cover exterior walls and do not allow easy installation of insulation after the sheathing is attached, insulate behind these components in advance using R-13 or R-19 batts and cover with a weatherproof barrier (½-inch drywall, plastic, or other sheet material).

7. Select insulation levels based on the MEC and the DOE Insulation Fact Sheet.

8. Face-staple batts because side stapling creates channels for air flow and compresses the insulation, thus reducing the R-value. If face stapling is not an option, use unfaced batts or carefully side staple within ¼ inch of the stud face.

9. Obtain full coverage of batt or blown wall insulation. Cut batt insulation to fit snugly into non-standard stud spaces and to completely fill cavity.

10. Slit batt insulation to fit around the back and front side of electrical wiring and plumbing without compressing or tearing the insulation.

11. Notch out batt insulation around electrical boxes and use scraps to insulate behind the box.

12. Once the interior drywall is in place, seal all penetrations with durable caulking.

### Fiberglass Batt Insulation Characteristics

| Thickness (inches) | R-value | Cost (¢/sq.ft.) |
|---|---|---|
| 3½ | 11 | 12-16 |
| 3¾ | 13 | 15-20 |
| 3½ | 15 (high density) | 34-40 |
| 6 to 6¼ | 19 | 27-34 |
| 5¼ | 21 (high density) | 33-39 |
| 8 to 8½ | 25 | 37-45 |
| 8 | 30 (high density) | 45-49 |
| 9½ | 30 (standard) | 39-43 |
| 12 | 38 | 55-60 |

This chart is for comparison only. Determine actual thickness, R-value, and cost from manufacturer or local building supply.

 Printed with a renewable-source ink on paper containing at least 50% wastepaper, including 20% postconsumer waste.

March 2000   DOE/GO10099-772

LWFR-EXP 5-000220

# APPENDIX N



**Designation: E 1827 – 96 (Reapproved 2007)**

## Standard Test Methods for
## Determining Airtightness of Buildings Using an Orifice Blower Door[1]

This standard is issued under the fixed designation E 1827; the number immediately following the designation indicates the year of original adoption or, in the case of revision, the year of last revision. A number in parentheses indicates the year of last reapproval. A superscript epsilon (ε) indicates an editorial change since the last revision or reapproval.

### 1. Scope

1.1 These test methods describe two techniques for measuring air leakage rates through a building envelope in buildings that may be configured to a single zone. Both techniques use an orifice blower door to induce pressure differences across the building envelope and to measure those pressure differences and the resulting airflows. The measurements of pressure differences and airflows are used to determine airtightness and other leakage characteristics of the envelope.

1.2 These test methods allow testing under depressurization and pressurization.

1.3 These test methods are applicable to small indoor-outdoor temperature differentials and low wind pressure conditions; the uncertainty in the measured results increases with increasing wind speeds and temperature differentials.

1.4 These test methods do not measure air change rate under normal conditions of weather and building operation. To measure air change rate directly, use Test Methods E 741.

1.5 The text of these test methods reference notes and footnotes that provide explanatory material. These notes and footnotes, excluding those in tables and figures, shall not be considered as requirements of the standard.

1.6 *This standard does not purport to address all of the safety concerns, if any, associated with its use. It is the responsibility of the user of this standard to establish appropriate safety and health practices and determine the applicability of regulatory limitations prior to use.* For specific hazard statements see Section 7.

### 2. Referenced Documents

2.1 *ASTM Standards:* [2]
E 456 Terminology Relating to Quality and Statistics

E 631 Terminology of Building Constructions
E 741 Test Method for Determining Air Change in a Single Zone by Means of a Tracer Gas Dilution
E 779 Test Method for Determining Air Leakage Rate by Fan Pressurization
E 1186 Practices for Air Leakage Site Detection in Building Envelopes and Air Barrier Systems
E 1258 Test Method for Airflow Calibration of Fan Pressurization Devices
2.2 *ISO International Standard:* [3]
ISO 9972 Thermal Insulation—Determination of Building Airtightness—Fan Pressurization Method
2.3 *Other Standard:* [3]
ANSI/ASME PTC 19.1—Part 1, Measurement Uncertainty, Instruments, and Apparatus

### 3. Terminology

3.1 *Definitions*—Refer to Terminology E 456 for definitions of accuracy, bias, precision, and uncertainty.

3.1.1 *ACH$_{50}$, n*—the ratio of the air leakage rate at 50 Pa (0.2 in. H$_2$O), corrected for a standard air density, to the volume of the test zone (1/h).

3.1.2 *air leakage rate, Q$_{env}$, n*—the total volume of air passing through the test zone envelope per unit of time (m$^3$/s, ft$^3$/min).

3.1.3 *airtightness, n*—the degree to which a test zone envelope resists the flow of air.

NOTE 1—ACH$_{50}$, air leakage rate, and effective leakage area are examples of measures of building airtightness.

3.1.4 *blower door, n*—a fan pressurization device incorporating a controllable fan and instruments for airflow measurement and building pressure difference measurement that mounts securely in a door or other opening.

3.1.5 *building pressure difference, P, n*—the pressure difference across the test zone envelope (Pa, in. H$_2$O).

3.1.6 *fan airflow rate, Q$_{fan}$, n*—the volume of airflow through the blower door per unit of time (m$^3$/s, ft$^3$/min).

---

[1] These test methods are under the jurisdiction of ASTM Committee E06 on Performance of Buildings and are the direct responsibility of Subcommittee E06.41 on Air Leakage and Ventilation Performance.
Current edition approved Aug. 1, 2007. Published August 2007. Originally approved in 1996. Last previous edition approved in 2002 as E 1827 – 96 (2002).
[2] For referenced ASTM standards, visit the ASTM website, www.astm.org, or contact ASTM Customer Service at service@astm.org. For *Annual Book of ASTM Standards* volume information, refer to the standard's Document Summary page on the ASTM website.

[3] Available from American National Standards Institute (ANSI), 25 W. 43rd St., 4th Floor, New York, NY 10036, http://www.ansi.org.

Copyright © ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA 19428-2959, United States.

Copyright by ASTM Int'l (all rights reserved); Tue May  5 17:20:28 EDT 2009
Downloaded/printed by
Anthony Buzbee (The Buzbee Law Firm) pursuant to License Agreement. No further reproductions authorized.

LWFR-EXP 5-000221

E 1827 – 96 (2007)

3.1.7 *nominal airflow rate, $Q_{nom}$, n*—the flow rate indicated by the blower door using the manufacturer's calibration coefficients (m³/s, ft³/min).

3.1.8 *orifice blower door, n*—a blower door in which airflow rate is determined by means of the pressure drop across an orifice or nozzle.

3.1.9 *precision index of the average, n*—the sample standard deviation divided by the square root of the number of samples.[3]

3.1.10 *pressure station, n*—a specified induced change in the building pressure difference from the initial zero-flow building pressure difference (Pa, in. $H_2O$).

3.1.11 *single zone, n*—a space in which the pressure differences between any two places, as indicated on a manometer, differ by no more than 2.5 Pa (0.01 in. $H_2O$) during fan pressurization at a building pressure difference of 50 Pa (0.2 in. $H_2O$) and by no more than 5 % of the highest building pressure difference achieved.

NOTE 2—A multiroom space that is interconnected within itself with door-sized openings through any partitions or floors is likely to satisfy this criterion if the fan airflow rate is less than 3 m³/s (6 × 10³ft³/min) and the test zone envelope is not extremely leaky.

3.1.12 *test zone, n*—a building or a portion of a building that is configured as a single zone for the purpose of this standard.

NOTE 3—For detached dwellings, the test zone envelope normally comprises the thermal envelope.

3.1.13 *test zone envelope, n*—the barrier or series of barriers between a test zone and the outdoors.

NOTE 4—The user establishes the test zone envelope at such places as basements or neighboring rooms by choosing the level of resistance to airflow between the test zone and outdoors with such measures as opening or closing windows and doors to, from, and within the adjacent spaces.

3.1.14 *zero-flow building pressure difference, n*—the natural building pressure difference measured when there is no flow through the blower door.

3.2 *Symbols*—The following is a summary of the principal symbols used in these test methods:

| | | |
|---|---|---|
| $Alt$ | = | altitude at site, m (ft), |
| $C$ | = | flow coefficient at standard conditions, m³/s (Pa$^n$) ft³/min (in. $H_2O^n$),[4] |
| $L$ | = | effective leakage area at standard conditions, m²(in.²), |
| $n$ | = | envelope flow exponent (dimensionless), |
| $P$ | = | building pressure difference (see 3.1.5), |
| $P_1$ | = | average pressure, $\bar{P}_{sta}$, at the primary pressure station, Pa (in. $H_2O$), |
| $P_2$ | = | average pressure, $\bar{P}_{sta}$, at the secondary pressure station, Pa (in. $H_2O$), |
| $P_{ref}$ | = | the reference pressure differential across the building envelope, Pa (in. $H_2O$), |
| $P_{sta}$ | = | station pressure, Pa (in. $H_2O$), |
| $P_{test}$ | = | test pressure, Pa (in. $H_2O$), |

| | | |
|---|---|---|
| $P_{zero1}$ | = | zero-airflow pressure before test, Pa (in. $H_2O$), |
| $P_{zero2}$ | = | zero-airflow pressure after test, Pa (in. $H_2O$), |
| $Q_{env}$ | = | the air leakage rate, m³/s (ft³/min), |
| $Q_{env1}$ | = | average air leakage rate, $\bar{Q}_{env}$, at the primary pressure station, m³/s (ft³/min), |
| $Q_{env2}$ | = | average air leakage rate, $\bar{Q}_{env}$, at the secondary pressure station, m³/s (ft³/min), |
| $Q_{fan}$ | = | fan airflow rate (see 3.1.6), |
| $Q_{nom}$ | = | nominal airflow rate (see 3.1.7), |
| $T$ | = | temperature,° C (°F), |
| $t$ | = | value from a two-tailed student $t$ table for the 95 % confidence level, |
| $\delta n$ | = | measurement uncertainty of the envelope flow exponent (dimensionless), |
| $V_{zone}$ | = | volume of the test zone, m³(ft³), |
| $\delta \bar{Q}_{env}$ | = | measurement uncertainty of the average air leakage rate, m³/s (ft³/min), |
| $\delta Q_{50}$ | = | the measurement uncertainty of $Q_{50}$, m³/s (ft³/min), |
| $\delta Q_{bias}$ | = | estimated bias of the flow rate, m³/s (ft³/min), |
| $\delta Q_{bias1}$ | = | estimated bias of the flow rate at the primary pressure station, m³/s (ft³/min), |
| $\delta Q_{bias2}$ | = | estimated bias of the flow rate at the secondary pressure station, m³/s (ft³/min), |
| $\delta Q_{precision}$ | = | precision index of the average measured flow rate, m³/s (ft³/min), |
| $\delta Q_{prec1}$ | = | precision index of the average measured flow rate at the primary pressure station, m³/s (ft³/min), |
| $\delta Q_{prec2}$ | = | precision index of the average measured flow rate at the secondary pressure station, m³/s (ft³/min), |
| $\delta P$ | = | measurement uncertainty of the average measured pressure differential across the building envelope, Pa (in. $H_2O$), |
| $\delta P_{bias}$ | = | estimated bias of the pressure differential across the building envelope, Pa (in. $H_2O$), |
| $\delta P_{bias1}$ | = | estimated bias of the pressure differential across the building envelope at the primary pressure station, Pa (in. $H_2O$), |
| $\delta P_{bias2}$ | = | estimated bias of the pressure differential across the building envelope at the secondary pressure station, Pa (in. $H_2O$), |
| $\delta P_{precision}$ | = | precision index of the average measured pressure differential across the building envelope, Pa (in. $H_2O$), |
| $\delta P_{prec1}$ | = | precision index of the average measured pressure differential across the building envelope at the primary pressure station, Pa (in. $H_2O$), |
| $\delta P_{prec2}$ | = | precision index of the average measured pressure differential across the building envelope at the secondary pressure station, Pa (in. $H_2O$), |

2

Copyright by ASTM Int'l (all rights reserved); Tue May  5 17:20:28 EDT 2009
Downloaded/printed by
Anthony Buzbee (The Buzbee Law Firm) pursuant to License Agreement. No further reproductions authorized.

LWFR-EXP 5-000222

E 1827 – 96 (2007)

$\delta V_{zone}$ = measurement uncertainty of the zone volume, m³(ft³),
$\mu$ = dynamic viscosity, kg/m·s (lbm/ft·hr),
$\rho$ = air density, kg/m³(lbm/ft³), and
$\rho_{cal}$ = air density at which the calibration values are valid, kg/m³(lbm/ft³).

## 4. Summary of Test Methods

4.1 *Pressure versus Flow*—These test methods consist of mechanical depressurization or pressurization of a building zone during which measurements of fan airflow rates are made at one or more pressure stations. The air leakage characteristics of a building envelope are evaluated from the relationship between the building pressure differences and the resulting airflow rates. Two alternative measurement and analysis procedures are specified in this standard, the single-point method and the two-point method.

4.1.1 *Single-Point Method*—This method provides air leakage estimates by making multiple flow measurements near $P_1 = 50$ Pa (0.2 in. $H_2O$) and assuming a building flow exponent of $n = 0.65$.

4.1.2 *Two-Point Method*—This method provides air leakage estimates by making multiple flow measurements near $P_1 = 50$ Pa (0.2 in. $H_2O$) and near $P_2 = 12.5$ Pa (0.05 in. $H_2O$) that permit estimates of the building flow coefficient and flow exponent.

## 5. Significance and Use

5.1 *Airtightness*—Building airtightness is one factor that affects building air change rates under normal conditions of weather and building operation. These air change rates account for a significant portion of the space-conditioning load and affect occupant comfort, indoor air quality, and building durability. These test methods produce results that characterize the airtightness of the building envelope. These results can be used to compare the relative airtightness of similar buildings, determine airtightness improvements from retrofit measures applied to an existing building, and predict air leakage. Use of this standard in conjunction Practice E 1186 permits the identification of leakage sources and rates of leakage from different components of the same building envelope. These test methods evolved from Test Method E 779 to apply to orifice blower doors.

5.1.1 *Applicability to Natural Conditions*—Pressures across building envelopes under normal conditions of weather and building operation vary substantially among various locations on the envelope and are generally much lower than the pressures during the test. Therefore, airtightness measurements using these test methods cannot be interpreted as direct measurements of natural infiltration or air change rates that would occur under natural conditions. However, airtightness measurements can be used to provide air leakage parameters for models of natural infiltration. Such models can estimate average annual ventilation rates and the associated energy costs. Test Methods E 741 measure natural air exchange rates using tracer gas dilution techniques.

5.1.2 *Relation to Test Method E 779*—These test methods are specific adaptations of Test Method E 779 to orifice blower doors. For nonorifice blower doors or for buildings too large to use blower doors, use Test Method E 779.

5.2 *Single-Point Method*—Use this method to provide air leakage estimates for assessing improvements in airtightness.

5.3 *Two-Point Method*—Use this method to provide air leakage parameters for use as inputs to natural ventilation models. The two-point method uses more complex data analysis techniques and requires more accurate measurements (Tables X1.1 and X1.2) than the single-point method. It can be used to estimate the building leakage characteristics at building pressure differences as low as 4 Pa (0.016 in. $H_2O$). A variety of reference pressures for building envelope leaks has been used or suggested for characterizing building airtightness. These pressures include 4 Pa (0.016 in. $H_2O$), 10 Pa (0.04 in. $H_2O$), 30 Pa (0.12 in. $H_2O$), and 50 Pa (0.2 in. $H_2O$). The ASHRAE *Handbook of Fundamentals* uses 4 Pa.

5.4 *Depressurization versus Pressurization*—Depending on the goals of the test method, the user may choose depressurization or pressurization or both. This standard permits both depressurization and pressurization measurements to compensate for asymmetric flow in the two directions. Depressurization is appropriate for testing the building envelope tightness to include the tightness of such items as backdraft dampers that inhibit infiltration but open during a pressurization test. Combining the results of depressurization and pressurization measurements can minimize wind and stack-pressure effects on calculating airtightness but may overestimate air leakage due to backdraft dampers that open only under pressurization.

5.5 *Effects of Wind and Temperature Differences*—Calm winds and moderate temperatures during the test improve precision and bias. Pressure gradients over the envelope caused by inside-outside temperature differences and wind cause bias in the measurement by changing the building pressure differences over the test envelope from what would occur in the absence of these factors. Wind also causes pressure fluctuations that affect measurement precision and cause the data to be autocorrelated.

## 6. Apparatus

6.1 *Blower Door*—An orifice blower door (see Fig. 1).

6.2 *Measurement Precision and Bias*—Appendix X1 lists recommended values for the precision and bias of the measurements of airflow, pressure difference, wind speed, and temperature to obtain the precision and bias for test results described in 11.2 for the single-point method and 11.3 for the two-point method.

6.2.1 *Fan with Controllable Flow*—The fan shall have sufficient capacity to generate at least a 40 Pa (0.20 in. $H_2O$) building pressure difference in the zone tested and be controllable over a calibrated range sufficient to generate the building pressure differences required by this standard.

NOTE 5—For testing most single family houses, a range of airflows from 0.1 to 3 m³/s (200 to 6000 ft³/min) is usually adequate.

6.2.2 *Airflow Measurement*—The procedure for calibrating the airflow measurement device shall be provided with the instrument together with estimates of the precision and bias of

⁴ Historically, a variety of other units have been used.

Copyright by ASTM Int'l (all rights reserved); Tue May  5 17:20:28 EDT 2009
Downloaded/printed by
Anthony Buzbee (The Buzbee Law Firm) pursuant to License Agreement. No further reproductions authorized.

3

LWFR-EXP 5-000223

E 1827 – 96 (2007)



**FIG. 1 Blower Door Assembly**

the instrument. The air density ($\rho_{cal}$) for which any calibration equations or tables were calculated shall be reported. If the instrument automatically compensates for changes in air density, the instructions shall note this fact.

6.2.3 *Pressure Measurement*—The procedure for calibrating the pressure measurement device shall be provided with the instrument together with estimates of the precision and bias of the instrument.

6.3 *Wind Speed Measurement (two-point method only)*—A device to measure the site wind speed.

6.4 *Air Temperature Measurement*—A thermometer or electronic sensor with readout.

6.5 *Barometer (optional)*—A device to measure the site barometric pressure.

6.6 *Data Acquisition (optional)*—Automated data acquisition equipment to record (in machine readable form) data on airflow and building pressure differences within 10 s of each other and (optionally) temperature, wind speed, and barometric pressure.

6.7 *Pressure and Flow Measurement System (two-point method only)*—The flow and pressure measurement system shall measure flow and pressure differentials within 20 s of each other.

6.8 *Wind Pressure Averaging System (optional)*—A system to reduce the effect of pressure variations from static probes outside the building envelope and of pressure fluctuations over time. It shall have a manifold that accepts multiple tubes of equal lengths sufficient to reach representative surfaces of the building.

## 7. Hazards

7.1 *Eye Protection*—Glass should not break at the building pressure differences normally applied to the test structure. However, for added safety, adequate precautions such as the use of eye protection should be taken to protect the personnel.

7.2 *Safety Clothing*—Use safety equipment required for general field work, including safety shoes and hard hats.

7.3 *Equipment Guards*—The air-moving equipment shall have a proper guard or cage to house the fan or blower and to prevent accidental access to any moving parts of the equipment.

7.4 *Noise Protection*—Make hearing protection available for personnel who must be close to the noise that may be generated by the fan.

7.5 *Debris and Fumes*—The blower or fan forces a large volume of air into or out of a building while operating. Exercise care not to damage plants, pets, occupants, or internal furnishings due to influx of cold or warm air. Exercise similar cautions against sucking debris or exhaust gases from fireplaces and flues into the interior of the building. Active combustion devices require a properly trained technician to shut them off or to determine the safety of conducting the test.

## 8. Procedure

8.1 *Establish Test Objectives*—Determine the configuration of the building envelope to be tested. The most common objectives are to evaluate the effect of construction quality on leaks in the building envelope (hereafter called closed) or to assess the envelope's impact on natural air change rates (hereafter called occupied). Choose the envelope condition appropriate to the objective.

8.1.1 *Residential Construction*—Use Table 1 to determine the recommended test envelope conditions for residential construction.

8.1.1.1 *Closed*—Close all operable openings and seal other intentional openings to evaluate envelope airtightness without including intentional openings.

8.1.1.2 *Occupied (default)*—Leave all operable openings in the conditions typical of occupancy to assess the envelope's effect on natural air change rates. This shall be the default option if no compelling reason exists to choose 8.1.1.1.

8.2 *Ancillary Measurements*:

8.2.1 *Environmental Measurements*—Measure and record the wind speed 2 m (6 ft) above the ground and 10 m (30 ft) upwind from the building, when practical, outside temperature, and inside temperature at the beginning of each fan pressurization test. Circle or otherwise emphasize the readings if wind speed is greater than 2 m/s (4 mph) or outside temperature is outside the bounds of 5 to 35°C (41 to 95°F).

8.2.2 *Determine Site Altitude*—Determine the altitude of the measurement site, *Alt* in m or ft, above mean sea level within 100 m (3 × 10² ft).

8.3 *Building Preparation*:

8.3.1 *Establish Test Zone Envelope*—Define the test zone envelope appropriate for the goals of the test. Open all doors, windows, and other openings that connect portions of the building outside the test zone envelope with the outdoors.

NOTE 6—For example, if the first floor is to be the lower boundary of the test zone envelope, open basement doors and windows. If the floor and the basement are part of the test zone envelope, close those doors and windows.

8.3.2 *Establish Test Zone*—All interior building doors in the test zone shall be open to create a uniform inside pressure. If

4

LWFR-EXP 5-000224

Copyright by ASTM Int'l (all rights reserved); Tue May  5 17:20:28 EDT 2009
Downloaded/printed by
Anthony Buzbee (The Buzbee Law Firm) pursuant to License Agreement. No further reproductions authorized.

E 1827 – 96 (2007)

**TABLE 1 Recommended Test Envelope Conditions**

| Building Component | Envelope Conditions | |
| --- | --- | --- |
| | Occupied (Default) | Closed |
| Vented combustion appliance | Off | Off |
| Pilot light | As found | As found |
| Flue to nonwood combustion appliance | Sealed | No preparation |
| Flues for fireplaces and wood stoves with dampers | Closed | Closed |
| Flues for fireplaces and wood stoves without dampers | Ashes removed | Ashes removed |
| Fireplace and wood stove doors and air inlet dampers | Closed | Closed |
| Fireplace without firebox doors | No preparation | No preparation |
| Furnace room door for furnace outside test zone | Closed | Closed |
| Combustion air intake damper for wood stove or fireplace | Closed | Closed |
| Make up air intake damper for furnace inside test zone | Sealed | Closed |
| Make up air intake damper inside test zone without damper | Sealed | No preparation |
| Exhaust and supply fans | Off | Off |
| Fan inlet grills with motorized damper | Closed | Closed |
| Fan inlet grills without motorized damper | Sealed | No preparation |
| Ventilators designed for continuous use | Sealed | Sealed |
| Supply and exhaust ventilator dampers | Sealed | Held closed |
| Clothes dryer | Off | Off |
| Clothes dryer vent | No preparation | No preparation |
| Ventilation to other zones | Sealed | Sealed |
| Windows and exterior doors | Latched | Latched |
| Window air conditioners | Sealed | No preparation |
| Openings leading to outside the test zone | Closed | Closed |
| Openings within the test zone | Open | Open |
| Floor drains and plumbing traps | Filled | Filled |

door-sized openings are not present within the test zone, perform measurements to confirm that the single-zone criterion referred to in 3.1.11 has been met.

8.3.3 *Building Components*—To follow the recommended preparation of a residential building, choose the column in Table 1 appropriate for the purpose of the test. Adjust all building components in accordance with the appropriate entry in Table 1.

8.4 *Blower Door Measurements*:

8.4.1 *Installation*—Install the blower door in an entry with minimal obstructions of airflow to and from the rest of the building. Orient the blower door appropriately for depressurization or pressurization as required.

8.4.2 *Zero the Pressure Sensor*—Connect the inside-outside pressure sensor ports together and zero the pressure difference sensor. Reconnect the inside-outside pressure sensor to measure the pressure difference across the envelope.

NOTE 7—Some blower doors may perform this or an equivalent step automatically. Follow the manufacturer's instructions accordingly. When mechanical pressure gauges are used, obtaining a reproducible gauge zero may require running the gauges over their full scale several times until a reproducible zero can be demonstrated. The gauges should return to within 1 Pa (0.004 in. $H_2O$) of zero after a measurement.

8.4.3 *Primary Pressure Station*—The target primary station for induced building pressure difference shall be $P_1 = 50$ Pa (0.20 in. $H_2O$). A minimum of five replicate measurements of pressure and airflow at the primary pressure station are required. For the single-point method, only primary-station pressures are required. If 50 Pa is not achieved, use the highest sustainable pressure obtained.

8.4.4 *Secondary Pressure Station (two-point method)*—When using the two-point method, the secondary target pressure station shall be $P_2 = 12.5$ Pa (0.05 in. $H_2O$). A minimum of five replicate measurements of pressure and airflow at the

secondary pressure station are required. In all cases $P_2$ shall be less than or equal to one third of $P_1 (P_1 \geq 3 P_2)$.

8.4.5 *Determining the Zero-Flow Pressure Difference*—Before and after each measurement at a pressure station, seal the fan opening in the blower door. Measure and record the inside-outside pressure differential at zero airflow in Pa (in. $H_2O$).

8.4.6 *Pressure and Flow Measurements*—For each replicate measurement, measure and record the airflow rate in cubic metres per second (cubic feet per minute). Record the measured value for pressure each time in Pa (in. $H_2O$). Pressure and flow measurements must occur within 20 s of each other.

8.4.7 *Pressurization and Depressurization*—When performing both pressurization and depressurization measurements, record the pressurization and depressurization data separately and perform separate calculations.

**9. Data Analysis and Calculations**

9.1 *Station Pressure Calculation*:

9.1.1 *Test Station Pressure*—Calculate the station pressure for each replicate measurement, using Eq 1:

$$P_{sta} = P_{test} - \left( \frac{P_{zero1} + P_{zero2}}{2} \right) \qquad (1)$$

where:

$P_{sta}$ = station pressure, Pa (in. $H_2O$),
$P_{test}$ = test pressure, Pa (in. $H_2O$),
$P_{zero1}$ = zero-airflow pressure before replicate measurement, Pa (in. $H_2O$), and
$P_{zero2}$ = zero-airflow pressure after replicate measurement, Pa (in. $H_2O$).

9.1.2 *Station Pressure Averages*—For all replicates at a station pressure, calculate the average $P_{sta}$, $\bar{P}_{sta}$, and standard deviation of the values of $P_{sta}$.

9.2 *Flow Calculation*:

5

Copyright by ASTM Int'l (all rights reserved); Tue May  5 17:20:28 EDT 2009
Downloaded/printed by
Anthony Buzbee (The Buzbee Law Firm) pursuant to License Agreement. No further reproductions authorized.

E 1827 – 96 (2007)

9.2.1 *Calculate Air Densities*—Use Eq 2 to calculate inside air density or Eq 3 to calculate outside air density. (Use Eq A4.1 and A4.2 for inch-pound units.)

$$\rho_{in} = 1.2041 \left( \frac{1 - 0.0065 \cdot Alt}{293} \right)^{5.2553} \left( \frac{293}{T_{in} + 273} \right) \quad (2)$$

$$\rho_{out} = 1.2041 \left( \frac{1 - 0.0065 \cdot Alt}{293} \right)^{5.2553} \left( \frac{293}{T_{out} + 273} \right) \quad (3)$$

where:
$Alt$ = altitude at site, m,
$\rho$ = air density, kg/m³, and
$T$ = temperature,° C.

NOTE 8—The standard conditions used in calculations in this standard are 20°C (68°F) for temperature, 1.2041 kg/m³(0.07517 lbm/ft³) for air density, and mean sea level for altitude.

9.2.2 *Calculate Dynamic Viscosities*—Calculate the dynamic viscosities for inside ($\mu_{in} = \mu$, when $T = T_{in}$) and outside ($\mu_{out} = \mu$, when $T = T_{out}$) air at the site using Eq A5.1 or Eq A5.2.

9.2.3 *Nominal Airflow Rate*—Use the manufacturer's calibration coefficient values to convert all measurements to nominal airflow, $Q_{nom}$. Include raw data for flow calculations in the test report.

9.2.4 *Fan Airflow Rate*—Calculate fan airflow rate for depressurization if the apparatus does not provide an automatic calculation. Use Eq 4 for depressurization or Eq 5 for pressurization, as follows:

$$Q_{fan} = Q_{nom} \left( \frac{\rho_{cal}}{\rho_{in}} \right)^{0.5} \quad (4)$$

$$Q_{fan} = Q_{nom} \left( \frac{\rho_{cal}}{\rho_{out}} \right)^{0.5} \quad (5)$$

where:
$Q_{fan}$ = the fan airflow rate, m³/s (ft³/min),
$Q_{nom}$ = the fan airflow rate uncorrected for air density and dynamic viscosity, m³/s (ft³/min), and
$\rho_{cal}$ = air density at which the calibration values are valid, kg/m³(lbm/ft³).

9.2.5 *Calculate Air Leakage Rate*—Convert all the fan airflow rates to air leakage rates, the air leakage passing through the test zone envelope. Use Eq 6 for depressurization and Eq 7 for pressurization:

$$Q_{env} = Q_{fan} \left( \frac{\rho_{in}}{\rho_{out}} \right) \quad (6)$$

$$Q_{env} = Q_{fan} \left( \frac{\rho_{out}}{\rho_{in}} \right) \quad (7)$$

where:
$Q_{env}$ = the air leakage rate, m³/s (ft³/min).

9.3 *Single-Point Method*:

9.3.1 *Air Leakage at 50 Pa (0.2 in. H₂O)*—Calculate the average of the values of $Q_{env}$, $\bar{Q}_{env}$, and the standard deviation of the values of $Q_{env}$. Estimate the standard air leakage rate at 50 Pa (0.2 in. H₂O) using Eq 8 for depressurization and Eq 9 for pressurization. (For inch-pound units, use Eq A4.3 or Eq A4.4.)

$$Q_{50} = Q_{env1} \left( \frac{50\ Pa}{P_1} \right)^{0.65} \left( \frac{\rho_{out}}{1.2041} \right)^{0.35} \left( \frac{\mu_{out}}{0.00001813} \right)^{0.3} \quad (8)$$

$$Q_{50} = Q_{env1} \left( \frac{50\ Pa}{P_1} \right)^{0.65} \left( \frac{\rho_{in}}{1.2041} \right)^{0.35} \left( \frac{\mu_{in}}{0.00001813} \right)^{0.3} \quad (9)$$

where:
$P_1$ = average pressure, $\bar{P}_{sta}$, at the primary pressure station, Pa, and
$Q_{env1}$ = average air leakage rate, $\bar{Q}_{env}$, at the primary pressure station, m³/s.

9.3.2 *$ACH_{50}$*—As an option, calculate $ACH_{50}$ using Eq 10. (For inch-pound units, use Eq A4.5.)

$$ACH_{50} = \left( \frac{3600 \cdot Q_{50}}{V_{zone}} \right) \quad (10)$$

where:
$V_{zone}$ = volume of the test zone, m³.

9.3.3 *Calculation of Uncertainty*—Calculate the uncertainty of $\bar{Q}_{env}$ using A3.2. As an option, calculate the uncertainty of $ACH_{50}$ using A3.2.

9.4 *Two-Point Method*:

9.4.1 *Calculation of Flow Exponent, Flow Coefficient, and Effective Leakage Area*—Calculate the average and standard deviation of $Q_{env1}$, $Q_{env2}$, $P_1$, and $P_2$ at the primary and secondary pressure stations,

where:
$Q_{env1}$ = average air leakage rate, $\bar{Q}_{env}$, at the primary pressure station, m³/s (ft³/min),
$Q_{env2}$ = average air leakage rate, $\bar{Q}_{env}$, at the secondary pressure station, m³/s (ft³/min),
$P_1$ = average primary station pressure, Pa (in. H₂O), and
$P_2$ = average secondary station pressure, Pa (in. H₂O).

9.4.1.1 *Power Law*—The envelope leakage is assumed to follow a power law equation that relates the blower-door induced building pressure difference to the air leakage rate (Eq A4.6 in inch-pound units):

$$Q_{env}(P, \rho, \mu) = C \cdot P^n \left( \frac{1.2041}{\rho} \right)^{1-n} \left( \frac{0.00001813}{\mu} \right)^{2n-1} \quad (11)$$

where:
$C$ = flow coefficient, m³/s (Pa)ⁿ,
$n$ = flow exponent (dimensionless), and
$P$ = blower-door induced building pressure difference, Pa.

Once $C$ and $n$ have been determined, subject to precision and accuracy constraints, use Eq 11 to determine what the test zone envelope airflow would be for any uniform building pressure difference, air density, and air temperature.

9.4.1.2 *Flow Exponent*—Estimate the flow exponent, $n$, derived from the power law equation:

$$n = \frac{\ln\left( \frac{Q_{env1}}{Q_{env2}} \right)}{\ln\left( \frac{P_1}{P_2} \right)} \quad (12)$$

9.4.1.3 *Flow Coefficient*—To estimate effective leakage area at the site elevation, calculate the flow coefficient $C$ using Eq 13 for depressurization and Eq 14 for pressurization derived from the power law and the estimated value of $n$:

6

LWFR-EXP 5-000226

Copyright by ASTM Int'l (all rights reserved); Tue May  5 17:20:28 EDT 2009
Downloaded/printed by
Anthony Buzbee (The Buzbee Law Firm) pursuant to License Agreement. No further reproductions authorized.

E 1827 – 96 (2007)

$$C = \frac{Q_{env1}}{(P_1)^n}\left(\frac{\rho_{out}}{1.2041}\right)^{1-n}\left(\frac{\mu_{out}}{0.00001813}\right)^{2n-1} \qquad (13)$$

$$C = \frac{Q_{env1}}{(P_1)^n}\left(\frac{\rho_{in}}{1.2041}\right)^{1-n}\left(\frac{\mu_{in}}{0.00001813}\right)^{2n-1} \qquad (14)$$

9.4.1.4 *Effective Leakage Area*—To estimate the effective leakage area in SI units at standard conditions, use $C$, the exponent, $n$, and the standard air density, $\rho_a = 1.204097 \text{ kg/m}^3$ in Eq 15 to calculate $L$. Choose a reference pressure, $P_{ref}$ as required:

$$L = C \cdot P_{ref}^{(n-0.5)} \cdot (\rho_a/2)^{0.5} \qquad (15)$$

where:
$L$ = effective leakage area, $\text{m}^2$.

(Use Eq A4.9 for inch-pound units. If both depressurization and pressurization tests were performed, calculate and report an $L$ separately for each.)

NOTE 9—Effective leakage area, $L$, in this standard differs from a similar measure of airtightness,[5] the equivalent leakage area, $ELA$, at the same reference pressure by several factors, including differing corrections for a discharge coefficient and dynamic viscosity.

9.4.1.5 Average the effective leakage areas computed by pressurization and depressurization if both types of pressurization were performed.

9.4.2 *Calculation of Uncertainty*—Calculate the uncertainty of $Q$, $L$, $n$, and $C$ using A3.3.

## 10. Report

10.1 Report the following information:

10.2 *Building Description*:

10.2.1 *Location*—Street, city, state or province, zip or postal code, country.

10.2.1.1 *Elevation*—Above mean sea level in m (ft).

10.2.2 *Construction*:

10.2.2.1 Date built (estimate if unknown),

10.2.2.2 Floor areas for conditioned space, attic, basement, and crawl space,

10.2.2.3 Surface area of the building envelope, and

10.2.2.4 Volumes for conditioned spaces, attic, basement, and crawl space.

10.2.3 *Condition of Openings in Building Envelope*:

10.2.3.1 Type of test selected in 8.1.3, closed or occupied,

10.2.3.2 Condition of all building elements described in Table 1, and

10.2.3.3 Statement whether the test zone was interconnected with at least a door-sized opening; if not, the results of pressure measurements between portions of the zone.

10.2.4 *HVAC System*:

10.2.4.1 Location and sizes of ducts that penetrate the test zone envelope.

10.3 *Procedure*:

10.3.1 Technique employed, single-point or two-point, depressurization or pressurization, or both,

10.3.2 Test equipment used, manufacturer, model, serial number,

10.3.3 Calibration date of fan pressurization device, and

10.3.4 $\rho_{cal}$.

10.4 *Measurement Data*:

10.4.1 Fan pressurization measurements.

10.4.1.1 Inside-outside zero flow building pressure differences, $P_{zero}$.

10.4.1.2 Tabular list of all air leakage measurements and calculations: time, building pressure difference, air density, nominal airflow rate, fan airflow rate, and air leakage rate, and

10.4.1.3 Deviations from standard procedure.

10.4.2 Ancillary data.

10.4.2.1 Weather measurement apparatus,

10.4.2.2 Wind speed/direction (two-point method only), whether wind speed is estimated to exceed 0 to 2 m/s (0 to 4 mph), and

10.4.2.3 Inside and outside temperature (at start and end of test), whether outside temperature is outside 5 to 35°C (41 to 95°F).

10.5 *Calculations*:

10.5.1 Means and standard deviations of $P_{sta}$ (9.1.2) and of $Q_{env}$ (9.3.1) for all pressure stations,

10.5.2 *One-Point Method*—The air leakage rate at 50 Pa, $Q_{50}$ (Eq 8, Eq 9, Eq A4.3, or Eq A4.4) and, optionally, $ACH_{50}$ (Eq 10 or Eq A4.5),

10.5.3 *Two-Point Method*—Flow exponent, $n$, and flow coefficient, $C$ (Eq 12 and Eq 13 or Eq 14), the effective leakage area, $L$ (Eq 15 or Eq A4.9), and the chosen reference pressure, $P_{ref}$. The air leakage rate at 50 Pa, $Q_{50}$ (Eq 8, Eq 9, Eq A4.3, or Eq A4.4),

10.5.4 Error calculations for measured and derived values, including the values for precision index, bias, and overall uncertainty (Eq A3.1-A3.11).

10.6 *Calibration Certificates*:

10.6.1 Statement of means of calibration of the blower door and its components,

10.6.2 Statements of precision and bias of instruments.

## 11. Precision and Bias

11.1 *Measurement Uncertainty*—The precision and bias of this standard depend on the instrumentation and apparatus used, the test zone envelope, and the ambient conditions under which the data are taken.[6] Refer to recommended maximum values for precision and bias in Tables X1.1 and X1.2. These recommendations achieve the following uncertainties when calculated in accordance with Annex A3.

11.2 *Single-Point Method*—The uncertainty of measured flow at 50 Pa is 10 % using the single-point measurement assumptions for precision and bias and 5 % using the two-point assumptions.

11.3 *Two-Point Method*—Assuming an exponent of $n = 0.65$, $P_1 = 50$ Pa (0.2 in. $H_2O$), and $P_2 = 12.5$ Pa (0.05 in. $H_2O$), the uncertainty of extrapolating to measured flow at 4 Pa

[5] CGSB, "Determination of the Airtightness of Building Envelopes by the Fan Depressurization Method," *National Standard of Canada*, CAN/CGSB-149.10-M86, Canadian General Standards Board, Ottawa. 1986.

[6] Murphy, W. E., Colliver, D. G., and Piercy, L. R., "Repeatability and Reproducibility of Fan Pressurization Devices in Measuring Building Air Leakage," *ASHRAE Transactions*, Vol 97, Part 2, American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Atlanta, 1991.

Copyright by ASTM Int'l (all rights reserved); Tue May 5 17:20:28 EDT 2009
Downloaded/printed by
Anthony Buzbee (The Buzbee Law Firm) pursuant to License Agreement. No further reproductions authorized.

LWFR-EXP 5-000227

E 1827 – 96 (2007)

(0.016 in. $H_2O$) would be 13 % using the two-point assumptions for precision and bias. Estimates of $C$ and $n$ have uncertainties of 10 % and 0.05, respectively, for the two-point assumptions.

## 12. Keywords

12.1 air leakage; blower door; building envelope; field method; pressurization

## ANNEXES

### (Mandatory Information)

## A1. CALIBRATION OF FLOW MEASUREMENT DEVICE

A1.1 *Calibration*—This blower door shall be calibrated by a procedure traceable to NIST standards or E 1258 every three years or whenever damage is suspected. The calibration shall encompass the flow and pressure ranges at which the blower door will be used.

A1.2 *Calibration Certificate*—The calibration certificate shall include, as a minimum, the air density in kg/m³(lbm/ft³), temperature in °C (°F) at which the calibration is valid, and

measurements of system accuracy for flow and pressure ranges at which the blower door will be used. A copy of the manufacturer's calibration or the most recent recalibration shall be included in the test report.

A1.3 *Range of Calibration*—The device shall be equipped with some means of preventing the user from inadvertently making measurements outside the calibrated range.

## A2. CALIBRATION OF PRESSURE MEASUREMENT DEVICE

A2.1 *Calibration*—The air pressure measurement device shall be calibrated every year or whenever damage is suspected. The pressure measurement device shall be calibrated by a manometer or pressure indicator that has an error of less than ± 0.5 Pa (± 0.002 in. $H_2O$) over the range of 10 to 60 Pa (0.04 to 0.24 in. $H_2O$).

A2.2 *Calibration Certificate*—The calibration certificate

shall include measurement of precision, calculated as a standard deviation, and a statement of bias including hysteresis error and zeroing error. It shall also include the range of air density in kg/m³(lbm/ft³) and temperature in °C (°F) within which the calibration is valid. A copy of the manufacturer's calibration or the most recent recalibration shall be included in the test report.

## A3. ANALYSIS OF PRECISION AND BIAS ERRORS

A3.1 Table A3.1 lists the minimum unknown biases due to the specimen and conditions of measurement to be assumed for error calculations, including the minimum assumed unknown biases for airflow, building pressure difference, wind speed, and temperature measurements for both recommended and ideal conditions. Recommended test conditions are a wind speed of 0 to 2 m/s (0 to 4 mph) or less, and a temperature difference inside the test zone and outdoors of 15°C (59°F) or less. Ideal test conditions are a wind speed of 0 m/s (0 mph) and a temperature difference between inside the test

zone and outdoors of 0°C (32°F).

NOTE A3.1—The unknown bias does not include known biases determined during calibration or interlaboratory tests. For a thorough discussion of uncertainty calculations refer to ANSI/ASME PTC 19.1–1985.[7] For a more thorough discussion of the precision and bias calculations in this standard, refer to Sherman and Palmiter.[8]

A3.2 *One-Point Analysis:*
The precision index for $\hat{Q}_{env}$ is given by:

$$\frac{\delta Q_{emprec}}{\hat{Q}_{env}} = \sqrt{\frac{\delta^2 Q_{precision}}{\hat{Q}_{fan}^2} + n^2 \frac{\delta^2 P_{precision}}{P_1^2}} \quad (A3.1)$$

where:

**TABLE A3.1 Minimum Assumed Unknown Bias for Blower Door Measurements**

| Measurement | Recommended Condition | Ideal Condition |
|---|---|---|
| Airflow—percentage of flow at 50 Pa (0.2 in. $H_2O$) | 3 | 3 |
| Pressure difference—Pa (in. $H_2O$) | 1.0 (0.004) | 0.1 (0.0004) |
| Uncertainty of flow exponent for exponent single-point method, $\delta n$—unitless | | 0.15 |
| Temperature—°C (°F) | | 0.5 (0.9) |

[7] ANSI/ASME, "Measurement Uncertainty—Instruments and Apparatus," *ANSI/ ASME PTC 19.1–1985*, American Society of Mechanical Engineers, New York, 1986.
[8] Sherman, M. and Palmiter, L., "Uncertainties in Fan Pressurization Measurements," *Airflow Performance of Building Envelopes, Components and Systems, ASTM STP 1255*, Mark P. Modera and Andrew K. Persily, Eds., American Society for Testing and Materials, Philadelphia, 1995, pp. 266–283.

8

LWFR-EXP 5-000228

Copyright by ASTM Int'l (all rights reserved); Tue May  5 17:20:28 EDT 2009
Downloaded/printed by
Anthony Buzbee (The Buzbee Law Firm) pursuant to License Agreement. No further reproductions authorized.

E 1827 – 96 (2007)

$Q_{fan}$ = flow rate through the fan, $m^3/s$ (ft³/min),
$P_1$ = average pressure, $\bar{P}_{sta}$, at the primary pressure station, Pa (in. $H_2O$).
$\delta Q_{precision}$ = precision index of the average of the measured flow rate, $m^3/s$ (ft³/min), and
$\delta P_{precision}$ = precision index of the average of the measured pressure differential across the building envelope, Pa (in. $H_2O$).

The bias for $\bar{Q}_{env}$ is given by:

$$\frac{\delta Q_{biasenv}}{\bar{Q}_{env}} = \sqrt{\frac{\delta^2 Q_{bias}}{Q_{fan}^2} + n^2 \frac{\delta^2 P_{bias}}{P_1^2}} \quad (A3.2)$$

where:
$\delta Q_{bias}$ = estimated bias of the flow rate, $m^3/s$ (ft³/min), and
$\delta P_{bias}$ = estimated bias of the pressure differential across the building envelope, Pa (in. $H_2O$).

A3.2.1 The measurement uncertainty for $\bar{Q}_{env}$ is given by:

$$\frac{\delta Q_{env}}{\bar{Q}_{env}} = \sqrt{\left(\frac{\delta Q_{biasenv}}{\bar{Q}_{env}}\right)^2 + t^2 \left(\frac{\delta Q_{precenv}}{\bar{Q}_{env}}\right)^2} \quad (A3.3)$$

where:
$t$ = value from a two-tailed student $t$ table for the 95 % confidence level.

A3.2.2 Use Eq A3.3 to calculate the uncertainty of $Q_{50}$, unless $P_1$ is lower than 45 Pa (0.18 in. $H_2O$) or greater than 55 Pa (0.22 in. $H_2O$). To calculate the uncertainty of $Q_{50}$, substitute the result of Eq A3.4 in place of Eq A3.2 in Eq A3.3:

$$\frac{\delta Q_{biasenv}}{\bar{Q}_{env}} = \sqrt{\frac{\delta^2 Q_{bias}}{Q_{fan}^2} + n^2 \frac{\delta^2 P_{bias}}{P_1^2} + \ln^2\left(\frac{50}{P_1}\right)\delta^2 n} \quad (A3.4)$$

where:
$\delta n$ = measurement uncertainty of the envelope flow exponent (dimensionless) and
$P_1$ = average pressure, $\bar{P}_{sta}$, at the primary pressure station in Pa only.[9]

A3.2.3 To calculate the uncertainty of $ACH_{50}$, estimate the uncertainty of the volume measurement, $\delta V_{zone}$, and use Eq A3.5:

$$\frac{\delta ACH_{50}}{ACH_{50}} = \sqrt{\left(\frac{\delta Q_{50}}{Q_{50}}\right)^2 + \left(\frac{\delta V_{zone}}{V_{zone}}\right)^2} \quad (A3.5)$$

where:
$\delta Q_{50}$ = the measurement uncertainty of $Q_{50}$, $m^3/s$ (ft³/min), and
$\delta V$ = the uncertainty of $V$, $m^3$(ft³).

A3.3 *Two-Point Analysis:*
A3.3.1 *Uncertainty of $Q_{ref}$*
The precision index for any $Q_{ref}$ including $\bar{Q}_{env}$, is given by:

$$\frac{\delta Q_{precenv}}{\bar{Q}_{ref}} = \frac{1}{\ln\left(\frac{P_1}{P_2}\right)} \left[ \ln^2\left(\frac{P_{ref}}{P_1}\right) \left(\frac{(\delta Q_{prec2})^2}{Q_2^2} + n^2 \frac{(\delta P_{prec2})^2}{P_2^2}\right) \right.$$
$$\left. + \ln^2\left(\frac{P_{ref}}{P_2}\right) \left(\frac{(\delta Q_{prec1})^2}{Q_1^2} + n^2 \frac{(\delta P_{prec1})^2}{P_1^2}\right) \right]^{1/2} \quad (A3.6)$$

[9] To convert in. $H_2O$ to Pa, multiply the value by 250.

where:
$P_{ref}$ = the reference pressure differential across the building envelope, Pa (in. $H_2O$),
$\delta Q_{prec1}$ = precision index of the average of the measured flow rate at the primary pressure station, $m^3/s$ (ft³/min),
$\delta P_{prec1}$ = precision index of the average of the measured pressure differential across the building envelope at the primary pressure station, Pa (in. $H_2O$),
$\delta Q_{prec2}$ = precision index of the average of the measured flow rate at the secondary pressure station, $m^3/s$ (ft³/min), and
$\delta P_{prec2}$ = precision index of the average of the measured pressure differential across the building envelope at the secondary pressure station, Pa (in. $H_2O$).

A3.3.1.1 The bias for $Q_{ref}$ is given by:

$$\frac{\delta Q_{biasenv}}{\bar{Q}_{ref}} = \frac{1}{\ln\left(\frac{P_1}{P_2}\right)} \left[ \ln^2\left(\frac{P_{ref}}{P_1}\right) \left(\frac{(\delta Q_{bias2})^2}{Q_2^2} + n^2 \frac{(\delta P_{bias2})^2}{P_2^2}\right) \right.$$
$$\left. + \ln^2\left(\frac{P_{ref}}{P_2}\right) \left(\frac{(\delta Q_{bias1})^2}{Q_1^2} + n^2 \frac{(\delta P_{bias1})^2}{P_1^2}\right) \right]^{1/2} \quad (A3.7)$$

where:
$\delta Q_{bias1}$ = estimated bias of the flow rate at the primary pressure station, $m^3/s$ (ft³/min),
$\delta P_{bias1}$ = estimated bias of the pressure differential across the building envelope at the primary pressure station, Pa (in. $H_2O$),
$\delta Q_{bias2}$ = estimated bias of the flow rate at the secondary pressure station, $m^3/s$ (ft³/min), and
$\delta P_{bias2}$ = estimated bias of the pressure differential across the building envelope at the secondary pressure station, Pa (in. $H_2O$).

A3.3.1.2 The measurement uncertainty for $Q_{ref}$ is given by substituting the values from Eq A3.6 and A3.7 into Eq A3.8. These equations also represent the precision index, bias, and measurement uncertainty of $L$ at $P_{refi}$ as follows:

$$\frac{\delta Q_{env}}{\bar{Q}_{ref}} = \sqrt{\left(\frac{\delta Q_{biasenv}}{\bar{Q}_{ref}}\right)^2 + t^2 \left(\frac{\delta Q_{precenv}}{\bar{Q}_{ref}}\right)^2} \quad (A3.8)$$

A3.3.2 *Uncertainty of n*—The precision index for $n$ is given by:

$$\delta n_{precision} = \frac{1}{\ln\left(\frac{P_1}{P_2}\right)} \quad (A3.9)$$

$$\sqrt{\left(\frac{(\delta Q_{prec2})^2}{Q_2^2} + n^2 \frac{(\delta P_{prec2})^2}{P_2^2}\right) + \left(\frac{(\delta Q_{prec1})^2}{Q_1^2} + n^2 \frac{(\delta P_{prec1})^2}{P_1^2}\right)}$$

A3.3.2.1 The bias for $n$ is given by:

$$\delta n_{bias} = \frac{1}{\ln\left(\frac{P_1}{P_2}\right)} \quad (A3.10)$$

$$\sqrt{\left(\frac{(\delta Q_{bias2})^2}{Q_2^2} + n^2 \frac{(\delta P_{bias2})^2}{P_2^2}\right) + \left(\frac{(\delta Q_{bias1})^2}{Q_1^2} + n^2 \frac{(\delta P_{bias1})^2}{P_1^2}\right)}$$

A3.3.2.2 The measurement uncertainty for $n$ is given by substituting the values from Eq A3.9 and A3.10 into Eq A3.11:

9

Copyright by ASTM Int'l (all rights reserved); Tue May  5 17:20:28 EDT 2009
Downloaded/printed by
Anthony Buzbee (The Buzbee Law Firm) pursuant to License Agreement. No further reproductions authorized.

E 1827 – 96 (2007)

$$\delta n = \sqrt{(\delta n_{bias})^2 + t^2\,(\delta n_{precision})^2} \qquad (A3.11)$$

A3.3.3 *Uncertainty of C*—The measurement uncertainty for $C$ is given by:

$$\frac{\delta C_{precision}}{C} = \frac{1}{\ln\!\left(\frac{P_1}{P_2}\right)}\left[\ln^2(P_1)\left(\frac{(\delta Q_{prec2})^2}{Q_2^2} + n^2\frac{(\delta P_{prec2})^2}{P_2^2}\right)\right.$$
$$\left. + \ln^2(P_2)\left(\frac{(\delta Q_{prec1})^2}{Q_1^2} + n^2\frac{(\delta P_{prec1})^2}{P_1^2}\right)\right]^{1/2} \qquad (A3.12)$$

A3.3.3.1 The bias for $C$ is given by:

$$\frac{\delta C_{bias}}{C} = \frac{1}{\ln\!\left(\frac{P_1}{P_2}\right)}\left[\ln^2(P_1)\left(\frac{(\delta Q_{bias2})^2}{Q_2^2}\right.\right.$$
$$\left.\left. + n^2\frac{(\delta P_{bias2})^2}{P_2^2}\right) + \ln^2(P_2)\left(\frac{(\delta Q_{bias1})^2}{Q_1^2} + n^2\frac{(\delta P_{bias1})^2}{P_1^2}\right)\right]^{1/2} \qquad (A3.13)$$

A3.3.3.2 The measurement uncertainty for $C$ is given by substituting the values from Eq A3.12 and A3.13 into Eq A3.14:

$$\frac{\delta C}{C} = \sqrt{\left(\frac{\delta C_{bias}}{C}\right)^2 + t^2\left(\frac{\delta C_{precision}}{C}\right)^2} \qquad (A3.14)$$

## A4. EQUATIONS IN INCH-POUND UNITS

A4.1 Use the following equations as the inch-pound unit equivalents of their SI counterparts in the body of this standard.

A4.2 *Equations 2 and Equations 3*—In place of Eq 2 use Eq A4.1, in place of Eq 3 use Eq A4.2, as follows:

$$\rho_{in} = 0.07517\left(1 - \frac{0.003566 \cdot Alt}{528}\right)^{5.2553}\left(\frac{528}{T_{in} + 460}\right) \qquad (A4.1)$$

$$\rho_{out} = 0.07517\left(1 - \frac{0.003566 \cdot Alt}{528}\right)^{5.2553}\left(\frac{528}{T_{out} + 460}\right) \qquad (A4.2)$$

where:
$Alt$ = altitude at site, ft,
$\rho$ = air density, lbm/ft³, and
$T$ = temperature, °F.

A4.3 *Equations 8 and Equations 9*—In place of Eq 8 or Eq 9 use Eq A4.3 or Eq A4.4, as follows:

$$Q_{50} = Q_{env1}\left(\frac{0.2\,\text{in.}\,H_2O}{P_1}\right)^{0.65}\left(\frac{\rho_{out}}{0.07517}\right)^{0.35}\left(\frac{\mu_{out}}{0.04387}\right)^{0.3} \qquad (A4.3)$$

$$Q_{50} = Q_{env1}\left(\frac{0.2\,\text{in.}\,H_2O}{P_1}\right)^{0.65}\left(\frac{\rho_{in}}{0.07517}\right)^{0.35}\left(\frac{\mu_{in}}{0.04387}\right)^{0.3} \qquad (A4.4)$$

where:
$Q_{50}$ = the estimated air leakage rate, ft³/min, at 0.20 in. H₂O,
$Q_{env1}$ = average air leakage, $\bar{Q}_{env}$, at the primary pressure station, ft³/min, and
$P_1$ = average pressure, $\bar{P}_{sta}$, at the primary pressure station, in. H₂O.

A4.4 *Equation 10*—In place of Eq 10 use Eq A4.5:

$$ACH_{50} = \left(\frac{60 \cdot Q_{50}}{V_{zone}}\right) \qquad (A4.5)$$

where:
$V_{zone}$ = volume of the test zone, ft³.

A4.5 *Equation 11*—In place of Eq 11 use Eq A4.6:

$$Q_{env}(P, \rho, \mu) = C \cdot P^n\left(\frac{0.07517}{\rho}\right)^{1-n}\left(\frac{0.04387}{\mu}\right)^{2n-1} \qquad (A4.6)$$

where:
$C$ = flow coefficient, ft³/min(in. H₂O)ⁿ,
$n$ = flow exponent, dimensionless, and
$P$ = blower-door induced building pressure difference, in. H₂O.

A4.6 *Equations 13 and Equations 14*—In place of Eq 13 and 14 use Eq A4.7 and A4.8:

$$C = \frac{Q_{env1}}{(P_1)^n}\left(\frac{\rho_{out}}{0.07517}\right)^{1-n}\left(\frac{\mu_{out}}{0.04387}\right)^{2n-1} \qquad (A4.7)$$

$$C = \frac{Q_{env1}}{(P_1)^n}\left(\frac{\rho_{in}}{0.07517}\right)^{1-n}\left(\frac{\mu_{in}}{0.04387}\right)^{2n-1} \qquad (A4.8)$$

A4.7 *Equation 15*—In place of Eq 15 use Eq A4.9 and the standard air density, $\rho_e = 0.07517$ lbm/ft³:

$$L = 0.1855 \cdot C \cdot P_{ref}^{(n-0.5)} \cdot (\rho_e/2)^{0.5} \qquad (A4.9)$$

where:
$L$ = effective leakage area, in.², and
$\rho$ = air density in leaks, lbm/ft³.

## A5. CALCULATION OF DYNAMIC VISCOSITY

A5.1 *Dynamic Viscosity*—Calculate the dynamic viscosity $\mu$ (kg/m·s) at temperature, $T$ (°C):

$$\mu = \frac{(1.458 \times 10^{-6})\,T + 273.15)^{0.5}}{1 + \left(\frac{110.4}{T + 273.15}\right)} \qquad (A5.1)$$

or $\mu$ for inch-pound units (lbm/ft·hr) at temperature, $T$ (°F):

$$\mu = \frac{(2.629 \times 10^{-3})\,T + 459.7)^{0.5}}{1 + \left(\frac{198.7}{T + 459.7}\right)} \qquad (A5.2)$$

10

Copyright by ASTM Int'l (all rights reserved); Tue May  5 17:20:28 EDT 2009
Downloaded/printed by
Anthony Buzbee (The Buzbee Law Firm) pursuant to License Agreement. No further reproductions authorized.

E 1827 – 96 (2007)

## APPENDIXES

(Nonmandatory Information)

## X1. RECOMMENDED PRECISION AND BIAS

X1.1 *Measurement Bias*—Table X1.1 lists the recommended maximum bias for single- and two-point measurements of airflow, building pressure difference, wind speed, and temperature measurements.

X1.2 *Measurement Precision*—The recommended maxi-

**TABLE X1.1 Recommended Maximum Bias for Blower Door Measurements**

| Measurement | Single-point | Two-point |
|---|---|---|
| Airflow—percentage of flow at the test pressure | 5 | 2 |
| Pressure difference—Pa (in. H₂O) | 2.5 (0.01) | 0.5 (0.002) |
| Temperature—°C (°F) | 2.0 (3.6) | |

**TABLE X1.2 Recommended Maximum Imprecision for Blower Door Measurements (Standard Deviation of at Least 5 Data)**

| Measurement | Single-point | Two-point |
|---|---|---|
| Airflow—percentage of flow at the test pressure | ± 5 | ± 3 |
| Pressure difference—as a percentage of the mean value | ± 10 | ± 1 |
| Temperature—°C (°F) | ± 2 (± 3.6) | |

mum imprecision (Table X1.2) for measurements has two levels of standard deviations, determined by calculation from a minimum of five sets of airflow, and building pressure difference measurement data.

## X2. SAMPLE CALCULATIONS

X2.1 *Assumptions*—Depressurization. Higher grade instrumentation. Try one-point and two-point methods. Inside temperature 20°C and outside temperature 15°C. Inside air density 1.176 kg/m³ and outside air density 1.196 kg/m³. Calibration air density 1.142 kg/m³. Altitude 200 m. Volume 768 m³.

X2.2 *Data Obtained*—Multiple measurements of airflow at 50 and 12.5 Pa yielded the results in Table X1.2. Assume that these values are corrected for zero offset using Eq 1 and for air density and dynamic viscosity using Eq 2.

X2.3 *Calculated Values*—Perform the calculations outlined in Eq 4 and 6 to determine the air leakage rate, $Q_{env}$.

X2.3.1 *Conversion to Envelope Flow*—Convert all the measured airflows, $Q_{nom}$, to fan airflow rates in cubic metres per second using Eq 4, as shown in Eq X2.1:

$$Q_{fan} = Q_{nom} \left( \frac{1.142}{1.176} \right)^{0.5} = 0.986 \, Q_{nom} \qquad (X2.1)$$

Then convert all fan airflows to air leakage rates, $Q_{envelope}$, using Eq 6, as shown in Eq X2.2:

$$Q_{env} = Q_{fan} \left( \frac{1.176}{1.196} \right) = 0.983 \, Q_{fan} = 0.969 \, Q_{nom} \qquad (X2.2)$$

where:
$Q_{fan}$ = 1.74 m³/s at 50.4 Pa and 0.70 m³/s at 12.4 Pa.

X2.3.2 *Single-Point*—The single-point method assumes a value of $n = 0.65$ for the envelope flow exponent in Eq 11.

X2.3.2.1 *Air Leakage at 50 Pa (0.2 in. H₂O)*—Use Eq 8 to estimate the air leakage rate at 50 Pa (0.2 in. H₂O) as shown in Eq X2.3:

$$Q_{50} = 1.744 \left( \frac{50}{50.4} \right)^{0.65} \left( \frac{1.1962}{1.2041} \right)^{0.35} \left( \frac{0.0000179}{0.00001813} \right)^{0.3} = 1.724 \qquad (X2.3)$$

X2.3.2.2 *ACH₅₀*—Use Eq 9 to calculate $ACH_{50}$, as shown in Eq X2.4:

$$ACH_{50} = \left( \frac{3600 \cdot 1.724}{768} \right) = 8.08 \qquad (X2.4)$$

X2.3.3 *Two-Point*—First estimate $n$ using Eq 12, as shown in Eq X2.5:

$$n = \frac{\ln\left( \frac{1.744}{0.697} \right)}{\ln\left( \frac{50.4 \, Pa}{12.5 \, Pa} \right)} = 0.65 \qquad (X2.5)$$

Next use the value of $n$ in Eq 13 to determine the flow coefficient, $C$, as shown in Eq X2.6:

$$C = \frac{1.74}{(50.4)^{0.65}} \left( \frac{1.1962}{1.2041} \right)^{0.35} \left( \frac{0.0000179}{0.00001813} \right)^{0.3} = 0.135 \qquad (X2.6)$$

X2.3.4 *Effective Leakage Area*—Estimate the effective leakage area at standard conditions in m² using Eq 15, as follows:

$$L = (0.135) \cdot (4)^{(0.65-0.5)} \cdot (1.204/2)^{0.5} = 0.129 \qquad (X2.7)$$

X2.4 *Calculated Uncertainty*—The standard deviations obtained were 0 m³/s (0 % of mean) and 0.57 Pa (1 %) at the primary station and 0.016 m³/s (2.2 %) and 0.25 Pa (2.0 %) at the secondary station. These values certainly meet the single-point measurement assumptions, but they require us to calculate uncertainty for the two-point assumptions.

X2.4.1 *One-Point Analysis*—Assume in our example that $Q_{bias} = 0.018$ m³/s and $P_{bias} = 0.5$ Pa. Calculate the precision index and bias for $Q_{ref} = 50$ Pa separately using Eq A3.1 and A3.2, as shown in Eq X2.8 and X2.9:

$$\frac{\delta Q_{emprec}}{Q_{env}} = \sqrt{ \frac{\left( \frac{0}{\sqrt{5}} \right)^2}{(1.77)^2} + (0.65)^2 \frac{\left( \frac{0.57}{\sqrt{5}} \right)^2}{(50.4)^2} } = 0.33 \% \qquad (X2.8)$$

11

Copyright by ASTM Int'l (all rights reserved); Tue May  5 17:20:28 EDT 2009
Downloaded/printed by
Anthony Buzbee (The Buzbee Law Firm) pursuant to License Agreement. No further reproductions authorized.

LWFR-EXP 5-000231

### E 1827 – 96 (2007)

$$\frac{\delta Q_{envbias}}{\bar{Q}_{env}} = \sqrt{\frac{(0.018)^2}{(1.77)^2} + (0.65)^2 \frac{(0.5)^2}{(50.4)^2}} = 1.2\%  \quad (X2.9)$$

where the assumptions about bias are adopted from Table 1.

X2.4.1.1 Five data points give 4° of freedom and $t = 2.776$. Combine the bias (Eq X2.9) and precision index (Eq X2.8) in quadrature to obtain the measurement uncertainty (Eq X2.10) using Eq A3.3. This gives an uncertainty of 2.3 % at the 95 % confidence level.

$$\frac{\delta Q_{env}}{\bar{Q}_{env}} = \sqrt{(0.021)^2 + (2.776)^2 (0.0033)^2} = 2.3\%  \quad (X2.10)$$

X2.4.2 *Two-Point Analysis*—Calculate the precision index and bias for $Q_{ref} = 4$ Pa separately using Eq A3.6 and A3.7, as shown in Eq X2.11 and X2.12:

$$\frac{\delta Q_{precenv}}{\bar{Q}_{ref}} = \frac{1}{\ln\left(\frac{50.4}{12.4}\right)} \left[ \ln^2\left(\frac{4}{50.4}\right) \left(\frac{\left(\frac{0.016}{0.71}\right)^2}{(0.71)^2}\right) \right.$$
$$\left. + (0.65)^2 \left(\frac{\left(\frac{0.25}{5}\right)^2}{(12.4)^2}\right) + \ln^2\left(\frac{4}{12.4}\right) \left(\frac{\left(\frac{0}{5}\right)^2}{(1.77)^2}\right) \right.$$

#### TABLE X2.1 Measured Data at 50 and 12.5 Pa

| 50 Pa | | 12.5 Pa | |
|---|---|---|---|
| $P_{sta}$ (Pa) | $Q_{nom}$ (m³/s) | $P_{sta}$ (Pa) | $Q_{nom}$ (m³/s) |
| Data | | | |
| 49.5 | 1.80 | 12.5 | 0.71 |
| 50.7 | 1.80 | 12.6 | 0.70 |
| 51.0 | 1.80 | 12.0 | 0.73 |
| 50.3 | 1.80 | 12.5 | 0.72 |
| 50.6 | 1.80 | 12.2 | 0.74 |
| Means | | | |
| 50.4 | 1.80 | 12.4 | 0.72 |
| Standard Deviations | | | |
| 0.57 | 0.00 | 0.25 | 0.016 |

$$+ (0.65)^2 \left(\frac{\left(\frac{0.57}{5}\right)^2}{(50.4)^2}\right) \right]^{1/2}$$
$$= 2.1\%  \quad (X2.11)$$

$$\frac{\delta Q_{biasenv}}{\bar{Q}_{ref}} = \frac{1}{\ln\left(\frac{50.4}{12.4}\right)} \left[ \ln^2\left(\frac{4}{50.4}\right) \left(\frac{(0.0142)^2}{(0.71)^2} + (0.65)^2 \frac{(0.5)^2}{(12.4)^2}\right) \right.$$
$$\left. + \ln^2\left(\frac{4}{12.4}\right) \left(\frac{(0.0355)^2}{(1.77)^2} + (0.65)^2 \frac{(0.5)^2}{(50.4)^2}\right) \right]^{1/2}$$
$$= 6.2\%  \quad (X2.12)$$

X2.4.2.1 Five data points give 4° of freedom and $t = 2.776$. Combine the bias (Eq X2.12) and precision index (Eq X2.11) in quadrature to obtain the measurement uncertainty (Eq X2.13) using Eq A3.6. This gives an uncertainty of 8.5 % at the 95 % confidence level.

$$\frac{\delta Q_{env}}{\bar{Q}_{env}} = \sqrt{(0.0620)^2 + (2.776)^2 (0.0211)^2} = 8.5\%  \quad (X2.13)$$

X2.4.3 Using Eq A3.6-A3.8, obtain a precision index of 0.86 %, a bias of 2.8 %, and an uncertainty for $n$ of 3.7 % at the 95 % confidence level. Similarly, using Eq A3.9-A3.11, obtain a precision index of 3.3 %, a bias of 10 %, and an uncertainty for $C$ of 13.5 % at the 95 % confidence level.

*ASTM International takes no position respecting the validity of any patent rights asserted in connection with any item mentioned in this standard. Users of this standard are expressly advised that determination of the validity of any such patent rights, and the risk of infringement of such rights, are entirely their own responsibility.*

*This standard is subject to revision at any time by the responsible technical committee and must be reviewed every five years and if not revised, either reapproved or withdrawn. Your comments are invited either for revision of this standard or for additional standards and should be addressed to ASTM International Headquarters. Your comments will receive careful consideration at a meeting of the responsible technical committee, which you may attend. If you feel that your comments have not received a fair hearing you should make your views known to the ASTM Committee on Standards, at the address shown below.*

*This standard is copyrighted by ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA 19428-2959, United States. Individual reprints (single or multiple copies) of this standard may be obtained by contacting ASTM at the above address or at 610-832-9585 (phone), 610-832-9555 (fax), or service@astm.org (e-mail); or through the ASTM website (www.astm.org).*

LWFR-EXP 5-000232

Copyright by ASTM Int'l (all rights reserved); Tue May  5 17:20:28 EDT 2009
Downloaded/printed by
Anthony Buzbee (The Buzbee Law Firm) pursuant to License Agreement. No further reproductions authorized.

# ⏻D DOMETIC

RECORD THIS UNIT INFORMATION FOR
FUTURE REFERENCE:
Model Number _____
Serial Number _____
Date Purchased _____

**USA**
SERVICE OFFICE
Dometic, LLC
2320 Industrial Parkway
Elkhart, IN 46516
574-294-2511

**CANADA**
Dometic, LLC
46 Zatonski, Unit 3
Brantford, ON N3T 5L8
CANADA
519-720-9578

**For Service Center
Assistance Call:**
800-544-4881



## 579 Series BRISK AIR
## 590 Series QUICK COOL
## 591 Series HEAT PUMP
## 595 Series QUICK COOL
## 600 Series PENGUIN
**Roof Top Air Conditioner/Heat Pump**
**USED WITH**
**Part No. 3107541 and 3107546**
**Analog Relay Kit**
**WITH REMOTE ANALOG THERMOSTAT**
**DUCTED**
**THIS UNIT IS DESIGNED FOR OEM INSTALLATION**
**ALL INITIAL INSTALLATIONS MUST BE APPROVED BY THE SALES DEPT.**

### ⚠ WARNING

This manual must be read and understood before installation, adjustment, service, or maintenance is performed. This unit must be installed by a qualified service technician. Modification of this product can be extremely hazardous and could result in personal injury or property damage.

### ⚠ AVERTISSEMENT

Lire et comprendre ce manuel vant de procéder à l'installation, à des réglages, de l'entretien ou des réparations. L'installation de cet appareil doit être effectuée par un réparateur qualifié. Toute modification de cet appareil peut être extrêmement dangereuse et entraîner des blessures ou dommages matériels.

# INSTALLATION
# INSTRUCTIONS

### MODELS

| | | | | | |
|---|---|---|---|---|---|
| 57908.321 | 57915.421 | 57915.626 | 59146.531 | 59516.606 | 59530.631 |
| 57908.521 | 57915.422 | 57915.631 | 59146.536 | 59516.631 | 59530.632 |
| 57912.321 | 57915.426 | 57915.731 | 59146.621 | 59516.731 | 600312.321 |
| 57912.531 | 57915.521 | 57915.741 | 59146.631 | 59516.736 | 600312.421 |
| 57912.532 | 57915.522 | 57915.746 | 59146.731 | 59528.601 | 600315.321 |
| 57912.621 | 57915.526 | 59016.521 | 59516.331 | 59529.531 | 600315.326 |
| 57912.622 | 57915.531 | 59016.526 | 59516.336 | 59529.601 | 600315.421 |
| 57912.631 | 57915.536 | 59016.621 | 59516.501 | 59529.631 | |
| 57915.331 | 57915.541 | 59146.321 | 59516.531 | 59530.531 | |
| 57915.336 | 57915.546 | 59146.336 | 59516.536 | 59530.532 | |
| 57915.341 | 57915.621 | 59146.521 | 59516.601 | 59530.536 | |
| 57915.346 | 57915.622 | 59146.522 | 59516.603 | 59530.601 | |

**REVISION**
Form No. 3107163.176  5/08
(Replaces 3107163.168)
(French 3108062.146)
©2008 Dometic, LLC
LaGrange, IN  46761

**Important:** These instructions must stay with unit. Owner read carefully.

LWFR-EXP 5-000233

# SAFETY INSTRUCTIONS

This manual has safety information and instructions to help users eliminate or reduce the risk of accidents and injuries.

## RECOGNIZE SAFETY INFORMATION



This is the safety-alert symbol. When you see this symbol in this manual, be alert to the potential for personal injury.

Follow recommended precautions and safe operating instructions.

## UNDERSTAND SIGNAL WORDS

A signal word , **WARNING** OR **CAUTION** is used with the safety-alert symbol. They give the level of risk for potential injury.

**⚠ WARNING** indicates a potentially hazardous situation which, if not avoided, could result in death or serious injury.

**⚠ CAUTION** indicates a potentially hazardous situation which, if not avoided may result in minor or moderate injury.

**CAUTION** used without the safety alert symbol indicates, a potentially hazardous situation which, if not avoided may result in property damage.

Read and follow all safety information and instructions.

# 1. GENERAL INFORMATION

**A.** Product features or specifications are described or illustrated are subject to change without notice.

**B.** **This air conditioner/heat pump is designed for:**
1. Installation on a recreational vehicle during the time the vehicle is manufactured.
2. Mounting on the roof of a recreational vehicle.
3. Connection to an air distribution system located in the ceiling/roof cavity of the recreational vehicle.
4. Roof construction with rafters/joists on minimum of 16 inch centers.
5. Minimum of 2.00" and maximum of 5.50" distance between roof to ceiling of recreational vehicle. Alternate installation methods will allow for roofs more than 5.50" thick.

**C.** The ability of the air conditioner/heat pump to maintain the desired inside temperature depends on the heat gain of the RV. Some preventative measures taken by the occupants of the RV can reduce the heat gain and improve the performance of the air conditioner/heat pump. During extremely high outdoor temperatures, the heat gain of the vehicle may be reduced by:
1. Parking the RV in a shaded area.
2. Using window shades (blinds and/or curtains).
3. Keeping windows and doors shut or minimizing usage.
4. Avoiding the use of heat producing appliances.

Operation on High Fan/Cooling mode will give optimum or maximum efficiency in high humidity or high outside temperatures.

Starting the air conditioner early in the morning and giving it a "head start" on the expected high outdoor ambient will greatly improve its ability to maintain the desired indoor temperature.

For a more permanent solution to high heat gain, accessories like A&E outdoor patio and window awnings will reduce heat gain by removing the direct sun. They also add a nice area to enjoy company during the cool of the evening.

**D. Condensation**
**Note:** The manufacturer of this air conditioner will not be responsible for damage caused by condensed moisture on ceilings or other surfaces. Air contains moisture and this moisture tends to condense on cold surfaces. When air enters the RV, condensed moisture may appear on the ceiling, windows, metal parts, etc. The air conditioner removes this moisture from the air during normal operation. Keeping doors and windows closed when this air conditioner is in operation will minimize condensed moisture on cold surfaces.

LWFR-EXP 5-000234

Analog Ducted Installation Instructions

## SPECIFICATIONS

| Model No. | Nominal Capacity (BTU/HR) Cooling | Electrical Rating | Compressor Rated Load Amps | Compressor Locked Rotor Amps | Fan Motor Rated Load Amps | Fan Motor Locked Rotor Amps | SCFM Max / Min | Total Static W.C. Max / Min | Refrigerant R-22 (Oz.) | Minimum Wire Size* | AC Circuit Protection *** User Supplied | Installed Weight (Pounds) | Minimum Generator Size** 1 Unit / 2 Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57908.321 | 7,160 | 120 VAC 60 HZ., 1PH | 6.9 | 36.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 16.0 | 12 AWG Copper Up To 24' | 20 AMP | 75 | 2.5 KW / 4.0 KW |
| 57908.521 | 7,100 | | 6.6 | 34.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 17.0 | | 20 AMP | 75 | 2.5 KW / 4.0 KW |
| 57912.321 | 11,000 | | 9.5 | 53.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 15.5 | | 20 AMP | 94 | 2.5 KW / 4.0 KW |
| 57912.531 | 11,000 | | 8.0 | 53.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 18.5 | | 20 AMP | 94 | 2.5 KW / 4.0 KW |
| 57912.532 | 11,000 | | 12.1 | 59.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 16.5 | | 20 AMP | 94 | 3.5 KW / 5.0 KW |
| 57912.621 | 11,000 | | 8.5 | 48.3 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 16.0 | | 20 AMP | 94 | 2.5 KW / 4.0 KW |
| 57912.622 | 11,000 | | 8.5 | 48.3 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 18.0 | | 20 AMP | 94 | 2.5 KW / 4.0 KW |
| 57912.631 | 11,000 | | 8.5 | 48.3 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 18.0 | | 20 AMP | 94 | 2.5 KW / 4.0 KW |
| 57915.331 | 13,500 | | 11.4 | 58.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 15.5 | | 20 AMP | 100 | 3.5 KW / 5.0 KW |
| 57915.336 | 13,500 | | 12.1 | 59.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 16.5 | | 20 AMP | 101 | 3.5 KW / 5.0 KW |
| 57915.341 | 13,500 | | 11.5 | 58.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 15.5 | | 20 AMP | 100 | 3.5 KW / 5.0 KW |
| 57915.346 | 13,500 | | 11.5 | 58.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 15.5 | | 20 AMP | 101 | 3.5 KW / 5.0 KW |
| 57915.421 | 13,500 | | 11.5 | 50.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 13.5 | | 20 AMP | 100 | 3.5 KW / 5.0 KW |
| 57915.422 | 13,500 | | 11.5 | 50.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 14.5 | | 20 AMP | 100 | 3.5 KW / 5.0 KW |
| 57915.426 | 13,500 | | 11.5 | 50.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 13.5 | | 20 AMP | 101 | 3.5 KW / 5.0 KW |
| 57915.521 | 13,500 | | 12.1 | 59.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 16.0 | | 20 AMP | 94 | 3.5 KW / 5.0 KW |
| 57915.522 | 13,500 | | 12.1 | 59.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 16.5 | | 20 AMP | 94 | 3.5 KW / 5.0 KW |
| 57915.528 | 13,500 | | 12.1 | 59.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 16.0 | | 20 AMP | 95 | 3.5 KW / 5.0 KW |
| 57915.531 | 13,500 | | 12.1 | 59.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 16.5 | | 20 AMP | 94 | 3.5 KW / 5.0 KW |
| 57915.536 | 13,500 | | 12.1 | 59.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 16.5 | | 20 AMP | 95 | 3.5 KW / 5.0 KW |
| 57915.541 | 13,500 | | 11.3 | 82.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 16.0 | | 20 AMP | 94 | 3.5 KW / 5.0 KW |
| 57915.546 | 13,500 | | 11.3 | 62.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 16.0 | | 20 AMP | 95 | 3.5 KW / 5.0 KW |
| 57915.621 | 13,500 | | 11.0 | 54.4 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 16.0 | | 20 AMP | 94 | 3.5 KW / 5.0 KW |
| 57915.622 | 13,500 | | 11.0 | 54.4 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 16.5 | | 20 AMP | 94 | 3.5 KW / 5.0 KW |
| 57915.628 | 13,500 | | 11.0 | 54.4 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 16.0 | | 20 AMP | 95 | 3.5 KW / 5.0 KW |
| 57915.631 | 13,500 | | 11.0 | 54.4 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 16.5 | | 20 AMP | 94 | 3.5 KW / 5.0 KW |
| 57915.731 | 13,500 | | 11.3 | 56.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 15.0 | | 20 AMP | 94 | 3.5 KW / 5.0 KW |
| 57915.741 | 13,500 | | 12.2 | 58.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 15.5 | | 20 AMP | 94 | 3.5 KW / 5.0 KW |
| 57915.748 | 13,500 | | 12.2 | 58.0 | 2.5 | 5.8 | 325 / 250 | 0.55 / 0.90 | 15.5 | | 20 AMP | 95 | 3.5 KW / 5.0 KW |
| 59016.521 | 15,000 | | 12.9 | 71.0 | 2.5 | 6.0 | 325 / 250 | 0.40 / 1.10 | 26.5 | | 20 AMP | 101 | 3.5 KW / 5.0 KW |
| 59016.526 | 15,000 | | 12.9 | 71.0 | 2.5 | 6.0 | 325 / 250 | 0.40 / 1.10 | 26.5 | | 20 AMP | 102 | 3.5 KW / 5.0 KW |
| 59016.821 | 15,000 | | 12.9 | 77.0 | 2.5 | 6.0 | 325 / 250 | 0.40 / 1.10 | 26.5 | | 20 AMP | 101 | 3.5 KW / 5.0 KW |
| 59146.321 | 15,000 | | 12.7 | 60.0 | 2.5 | 6.0 | 325 / 250 | 0.40 / 1.10 | 34.0 | | 20 AMP | 99 | 3.5 KW / 5.0 KW |
| 59146.331 | 15,000 | | 12.7 | 60.0 | 2.5 | 6.0 | 325 / 250 | 0.40 / 1.10 | 34.0 | | 20 AMP | 99 | 3.5 KW / 5.0 KW |
| 59146.521 | 15,000 | | 12.9 | 77.0 | 2.5 | 6.0 | 325 / 250 | 0.40 / 1.10 | 34.5 | | 20 AMP | 99 | 3.5 KW / 5.0 KW |
| 59146.522 | 15,000 | | 12.9 | 71.0 | 2.5 | 6.0 | 325 / 250 | 0.40 / 1.10 | 33.0 | | 20 AMP | 99 | 3.5 KW / 5.0 KW |

\* For wire lengths over 24 ft. consult the National Electric Code for proper sizing.

\*\* Dometic, LLC gives **GENERAL** guidelines for generator requirements. These guidelines come from experiences people have had in actual applications. When sizing the generator, the total power usage of your recreational vehicle must be considered. Keep in mind generators lose power at high

\*\*\* CIRCUIT PROTECTION: Time Delay Fuse or HACR Circuit Breakers Required.

LWFR-EXP 5-000235

## SPECIFICATIONS

| Model No. | Nominal Capacity (BTU/HR) Cooling | Electrical Rating | Compressor Rated Load Amps | Compressor Locked Rotor Amps | Fan Motor Rated Load Amps | Fan Motor Locked Rotor Amps | SCFM Max / Min | Total Static W.C. Max / Min | Refrigerant R-22 (Oz.) | Minimum Wire Size* | AC Circuit Protection *** User Supplied | Installed Weight (Pounds) | Minimum Generator Size** 1 Unit / 2 Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59146.531 | 15,000 | 120 VAC | 12.8 | 79.0 | 2.5 | 6.0 | 325 / 250 | 0.40 / 1.10 | 31.5 | 12 AWG Copper Up To 24' | 20 AMP | 99 | 3.5 KW / 5.0 KW |
| 59146.536 | 15,000 | 60 HZ., 1PH | 12.8 | 79.0 | 2.5 | 6.0 | 325 / 250 | 0.40 / 1.10 | 31.5 | | 20 AMP | 99 | 3.5 KW / 5.0 KW |
| 59146.621 | 15,000 | | 12.0 | 77.0 | 2.5 | 6.0 | 325 / 250 | 0.40 / 1.10 | 34.5 | | 20 AMP | 99 | 3.5 KW / 5.0 KW |
| 59146.631 | 15,000 | | 12.0 | 77.0 | 2.5 | 6.0 | 325 / 250 | 0.40 / 1.10 | 34.5 | | 20 AMP | 99 | 3.5 KW / 5.0 KW |
| 59146.731 | 15,000 | | 12.7 | 62.0 | 2.5 | 6.0 | 325 / 250 | 0.40 / 1.10 | 31.5 | | 20 AMP | 99 | 3.5 KW / 5.0 KW |
| 59516.331 | 15,000 | | 11.5 | 50.0 | 2.5 | 5.8 | 325 / 250 | 0.40 / 1.10 | 29.0 | | 20 AMP | 101 | 3.5 KW / 5.0 KW |
| 59516.336 | 15,000 | | 12.7 | 60.0 | 2.0 | 5.6 | 325 / 250 | 0.40 / 1.10 | 29.0 | | 20 AMP | 101 | 3.5 KW / 5.0 KW |
| 59516.501 | 15,000 | | 12.7 | 71.0 | 2.5 | 5.8 | 325 / 250 | 0.40 / 1.10 | 31.0 | | 20 AMP | 101 | 3.5 KW / 5.0 KW |
| 59516.531 | 15,000 | | 12.7 | 79.0 | 2.5 | 5.8 | 325 / 250 | 0.40 / 1.10 | 29.0 | | 20 AMP | 94 | 3.5 KW / 5.0 KW |
| 59516.536 | 15,000 | | 12.7 | 79.0 | 2.5 | 5.8 | 325 / 250 | 0.40 / 1.10 | 29.0 | | 20 AMP | 95 | 3.5 KW / 5.0 KW |
| 59516.601 | 15,000 | | 12.9 | 77.0 | 2.5 | 8.0 | 350 / 250 | 0.40 / 1.10 | 31.0 | | 20 AMP | 102 | 3.5 KW / 5.0 KW |
| 59516.603 | 15,000 | | 12.3 | 77.0 | 2.0 | 5.8 | 350 / 250 | 0.40 / 1.10 | 29.5 | | 20 AMP | 102 | 3.5 KW / 5.0 KW |
| 59516.606 | 15,000 | | 12.9 | 71.0 | 2.0 | 8.0 | 325 / 250 | 0.40 / 1.10 | 31.0 | | 20 AMP | 103 | 3.5 KW / 5.0 KW |
| 59516.631 | 15,000 | | 12.3 | 77.0 | 2.0 | 5.8 | 325 / 250 | 0.40 / 1.10 | 29.5 | | 20 AMP | 102 | 3.5 KW / 5.0 KW |
| 59516.731 | 15,000 | | 13.3 | 62.0 | 2.0 | 5.8 | 325 / 250 | 0.40 / 1.10 | 29.0 | | 20 AMP | 101 | 3.5 KW / 5.0 KW |
| 59516.736 | 15,000 | | 13.3 | 62.0 | 2.0 | 5.6 | 325 / 250 | 0.40 / 1.10 | 29.0 | | 20 AMP | 102 | 3.5 KW / 5.0 KW |
| 59528.601 | N/A | | 6.0 | 45.6 | 2.0 | 5.6 | 325 / 250 | 0.40 / 1.10 | 16.5 | | 15 AMP | 92 | 2.5 KW / 4.0 KW |
| 59529.531 | N/A | | 6.9 | 49.0 | 2.0 | 5.6 | 325 / 250 | 0.40 / 1.10 | 18.5 | | 15 AMP | 94 | 2.5 KW / 4.0 KW |
| 59529.601 | N/A | | 8.0 | 48.3 | 2.0 | 5.6 | 325 / 250 | 0.40 / 1.10 | 19.0 | | 15 AMP | 94 | 2.5 KW / 4.0 KW |
| 59529.631 | N/A | | 8.0 | 48.3 | 2.0 | 5.6 | 325 / 250 | 0.40 / 1.10 | 19.0 | | 15 AMP | 94 | 2.5 KW / 4.0 KW |
| 59530.531 | N/A | | 7.8 | 53.0 | 2.0 | 5.6 | 325 / 250 | 0.40 / 1.10 | 19.0 | | 15 AMP | 95 | 2.5 KW / 4.0 KW |
| 59530.532 | N/A | | 8.0 | 53.0 | 2.5 | 5.8 | 335 / 250 | 0.40 / 1.10 | 18.5 | | 15 AMP | 93 | 2.5 KW / 4.0 KW |
| 59530.536 | N/A | | 7.8 | 53.0 | 2.0 | 5.6 | 335 / 250 | 0.40 / 1.10 | 19.0 | | 15 AMP | 94 | 3.5 KW / 5.0 KW |
| 59530.601 | N/A | | 8.0 | 48.3 | 2.0 | 5.8 | 325 / 250 | 0.40 / 1.10 | 19.0 | | 15 AMP | 93 | 3.5 KW / 5.0 KW |
| 59530.631 | N/A | | 8.0 | 48.3 | 2.0 | 5.6 | 325 / 250 | 0.40 / 1.10 | 19.0 | | 15 AMP | 94 | 3.5 KW / 5.0 KW |
| 59530.632 | N/A | | 8.5 | 48.3 | 2.5 | 8.8 | 335 / 250 | 0.40 / 1.10 | 18.0 | | 20 AMP | 95 | 2.5 KW / 4.0 KW |
| 600312.321 | 11,000 | | 9.5 | 53.0 | 3.1 | 8.8 | 335 / 250 | 0.12 / 0.65 | 16.5 | | 20 AMP | 101 | 2.5 KW / 4.0 KW |
| 600312.421 | 11,000 | | 10.7 | 50.0 | 3.1 | 8.8 | 335 / 250 | 0.12 / 0.65 | 16.0 | | 20 AMP | 98 | 3.5 KW / 5.0 KW |
| 600315.321 | 13,500 | | 12.4 | 60.0 | 3.1 | 8.8 | 335 / 250 | 0.12 / 0.65 | 15.5 | | 20 AMP | 97 | 3.5 KW / 5.0 KW |
| 600315.326 | 13,500 | | 12.4 | 60.0 | 3.1 | 8.8 | 335 / 250 | 0.12 / 0.65 | 15.5 | | 20 AMP | 102 | 3.5 KW / 5.0 KW |
| 600315.421 | 13,500 | | 11.5 | 50.0 | 3.1 | 8.8 | 335 / 250 | 0.12 / 0.65 | 17.0 | | 20 AMP | 96 | 3.5 KW / 5.0 KW |

\*       For wire lengths over 24 ft. consult the National Electric Code for proper sizing.

\*\*      Dometic, LLC gives **GENERAL** guidelines for generator requirements. These guidelines come from experiences people have had in actual applications. When sizing the generator, the total power usage of your recreational vehicle must be considered. Keep in mind generators lose power at high

\*\*\*     CIRCUIT PROTECTION: Time Delay Fuse or HACR Circuit Breakers  Required.

## 2. PRECAUTIONS

> ### ⚠ WARNING
>
> **Improper installation may damage equipment, could endanger life, cause serious injury and/or property damage.**

**A.** Read Installation and Operating instructions carefully before attempting to start your air conditioner/heat pump installation.

**B.** Dometic, LLC will not be liable for any damages or injury incurred due to failure in following these instructions.

**C.** Installation must comply with the National Electrical Code and any State or Local Codes or regulations.

**D.** DO NOT add any devices or accessories to this air conditioner/heat pump except those specifically authorized by Dometic.

**E.** This equipment must be serviced by qualified personnel and some states require these people to be licensed.

## 3. CHOOSING LOCATION FOR THE AIR CONDITIONER/HEAT PUMP

This air conditioner/heat pump is specifically designed for installation on the roof of a recreational vehicle (RV).

**A.** **For One Unit Installation:**
The air conditioner/heat pump should be mounted slightly forward of center (front to back) and centered from side to side.

**B.** **For Two Unit Installations:**
Install one air conditioner/heat pump one-third and one air conditioner/heat pump two-thirds from front of RV and centered from side to side.

It is preferred that the air conditioner/heat pump be installed on a relatively **flat and level** roof section measured with the RV parked on a level surface; however,

1. Up to an 8° slant to either side or front-to-back is acceptable on 600 series air conditioners/heat pump.

2. Up to a 15° slant to either side or front-to-back is acceptable on 579, 590, 591, & 595 series air conditioners/heat pump.

AFTER LOCATION HAS BEEN SELECTED:

a. Check for obstructions in the area where air conditioner/heat pump will be installed. See FIG. 1.

b. The roof must be designed to support 130 pounds when the RV is in motion. Normally 200 pound static load design will meet this requirement.

> ### CAUTION
>
> **It is the responsibility of the installer of this air conditioner/heat pump system to ensure structural integrity of the RV roof. Never create a low spot on the roof where water will collect. Water standing around the air conditioner/heat pump may leak into the interior causing damage to the product and the RV.**



FIG. 1    AIR CONDITIONER/HEAT PUMP DIMENSIONS (On Top of Vehicle)

579, 590, 591 & 595 SERIES

600 SERIES

# 4. AIR DISTRIBUTION SYSTEM
# SIZING & DESIGN

The Installer of this air conditioner/heat pump system must design the air distribution system for their particular application. Several requirements for this system **MUST** be met for the air conditioner/heat pump to operate properly. These requirements are as follows:

A. The duct material must meet or exceed any agency or RVIA Standard that may be in existence at the time the RV is produced.

B. All discharge air ducts must be properly insulated to prevent condensation from forming on their surfaces or adjacent surfaces during operation of the air conditioner/heat pump. This insulation must be R-7 minimum.

C. Ducts and their joints must be sealed to prevent condensation from forming on adjacent surfaces during operation of the air conditioner/heat pump.

D. Return air openings must have 40 square inches minimum free area including the filter.

E. Return air to the air conditioner/heat pump must be filtered to prevent dirt accumulation on air conditioner/heat pump cooling surface.

---

### CAUTION
**It is the responsibility of the installer of this air conditioner/heat pump system to insure the duct work will not collapse or bend during and after the installation. Dometic, LLC will not be liable for roof structural or ceiling damage due to improperly insulated, sealed or collapsed duct work.**

---

## AIR DISTRIBUTION
## DUCT SIZING & DESIGN CHART

| Return Air Cover Model | 3105007.XXX 3105935.XXX | 3308120.XXX Genesis Air Filtration System |
|---|---|---|
| Roof Cavity Depth | 2.0 In. Min. - 5-1/2 In. Max. | 2.0 In. Min. - 5-1/2 In. Max. |
| Duct Cross Sectional Area | 21.0 Sq. In. Min. | 32.0 Sq. In. Min. |
| **Duct Size** Depth / Width / Total Duct Length / Duct Length (short run) | 1-1/2 In. Min. - 2-1/2 In. Max. / 7.0 In. Min. - 10.0 In. Max. / 15.0 Ft. Min. - 40.0 Ft. Max. / 1/3 Total Duct Length | 2.0 In. Min. - 2-1/2 In. Max. / 8.0 In. Min. - 10.0 In. Max. / 15.0 Ft. Min. - 40.0 Ft. Max. / 1/3 Total Duct Length |
| **Register Requirements** Number Required Per Run / Register Free Air Area / Distance From Duct End / Distance From Elbow | 4 Min. / 14.0 Sq. In. / 5.0 In. Min. - 8.0 In. Max. / 15.0 In. | 4 Min. / 14.0 Sq. In. / 5.0 In. Min. - 8.0 In. Max. / 15.0 In. |
| **Total System Static Air Pressure** Blower at High Speed, Filter & Grill In Place | 0.55 - 0.90 In. W.C. 579 Series / 0.40 - 1.10 In. W.C. 590, 591, 595 Series / 0.12 - 0.65 In. W.C. 600 Series | 0.55 - 0.90 In. W.C. 579 Series / 0.40 - 1.10 In. W.C. 590, 591, 595 Series / 0.12 - 0.65 In. W.C. 600 Series |

**Note:** Duct sizes listed are inside dimensions.

LWFR-EXP 5-000238

# 5. AIR DISTRIBUTION SYSTEM INSTALLATION

A. The Dometic, LLC recommends the basic configuration shown on page 8, for installing this air conditioner/heat pump system. We have found by testing , that this configuration works best in most applications of this air conditioner/heat pump system. It is the responsibility of the Installer of this system to review each RV floor plan and determine the following:
1. Duct size
2. Duct layout
3  Register size
4. Register location
5. Thermostat location

These items must be determined in conjunction with the Air Distribution System and Sizing and Design Requirements listed in the chart on page 6.

**Important:** **Alternate configurations and methods may be used which still allow the air conditioner/heat pump to operate properly; however, these alternate configurations and methods must be approved by the Dometic, LLC in writing. The following instructions are based upon the use of Dometic Return Air Kits 3105007.XXX, 3105935.XXX, or Genesis Air Filtration System 3308120.XXX. The 3107541.XXX and 3107546.XXX has the mounting bolts supplied for use with these kits.**

B. **ROOF AND CEILING OPENING PREPARATION**
1. A 14-1/4" x 14-1/4" (±1/8") opening must be cut through the roof and ceiling of the RV. This opening must be located between the roof reinforcing members.

> ⚠ **WARNING**
>
> **There may be electrical wiring between the roof and the ceiling. Disconnect 120 VAC power cord and the positive (+) 12 VDC terminal at the supply battery. Failure to follow this instruction may create a shock hazard causing death or severe personal injury.**

2. Mark a 14-1/4" x 14-1/4" (±1/8") square on the roof and carefully cut the opening.
3. Using the roof opening as a guide, cut the matching hole in the ceiling.
4. The opening created must be framed to provide adequate support and prevent air from being drawn from the roof cavity. Lumber 3/4" or more in thickness must be used. Remember to provide an entrance hole for 120 VAC power supply wiring and thermostat cable.
5. The 14-1/4" x 14-1/4" (±1/8") opening is part of the return air system of the air conditioner/heat pump and must be finished in accordance with NFPA Standard 501C Section 2.7.
6. Route a copper 12 AWG, 120 VAC supply wire (max. length 24'), with ground, from the fuse or circuit breaker box to the roof opening.
   a. This supply line must be located in the front portion of the **14-1/4" x 14-1/4" (±1/8")** opening.
   b. The power supply **MUST** be on a separate Time Delay Fuse or HACR Circuit Breaker (20 amp for 579, 590, 591, and 59516 series and 600 series and 15 amp for 59528, 59529 and 59530 series).
   c. Make sure at least 15" of supply wire extends into the roof opening. This ensures easy connection at the junction box.
   d. Wiring must comply with all National, State and Local Wiring Codes.
   e. Use a steel sleeve and a grommet or equivalent method to protect the wire where it passes into the opening.
7. Route a **DEDICATED** 12 VDC supply line (18–22 AWG) from the RV's converter or battery to the roof opening. See Section 6. Thermostat & Cable Installation, B. Cable Installation.
   a. This supply line must be located in the front portion of the **14-1/4" x 14-1/4" (±1/8")** opening.
   b. Make sure that at least 15" of supply wire extends into the roof opening.

LWFR-EXP 5-000239

## C. AIR DISTRIBUTION DUCT INSTALLATION

1. Install the Air Distribution Ducts in the RV Roof Cavity. The Distribution System must meet:
   a. RV's requirements.
   b. System requirements listed in Section 4 on page 6 of this Manual. Terminate the start of the Duct at the back edge of the 14–1/4" x 14–1/4" (±1/8") opening previously cut. See FIGS. 2, 3, & 4.





# 6. THERMOSTAT & CABLE INSTALLATION

**A. LOCATION**

The proper location of the thermostat is very important to ensure that it will provide a comfortable RV temperature. Observe the following general rules when selecting a location.

1. Locate the thermostat 54" above the floor.
2. Install thermostat on a partition, **NEVER** on an outside wall.
3. **NEVER** expose it to direct heat from lamps, sun or other heat producing items.
4. Avoid locations close to doors that lead outside, windows or adjoining outside walls or directly under cabinets or overhangs which limit air movement.
5. Avoid locations close to supply registers and the air from them.
6. **NEVER** locate thermostat in a room that is warmer or cooler than the rest of the coach - such as the kitchen.
7. The major living area is normally a good location.

**B. CABLE INSTALLATION**

1. A seven-conductor cable, 18 to 22 AWG is to be used for low voltage connections.
2. Choose the shortest, direct route from the 14-1/4" x 14-1/4" (±1/8") opening to the thermostat location selected.
3. Consider where screws, nails or staples might contact the cable.
4. Leave approximately 6" of cable extending through the wall for connection to the thermostat.
5. Leave approximately 15" of cable extending into the 14-1/4" x 14-1/4" (±1/8") opening for connection at unit.
6. If system is to control a gas furnace: Route two 18 gauge wires from the furnace to 14-1/4" x 14-1/4" (±1/8") opening at this time. See Section 5, Air Distribution System Installation; B-Roof and Ceiling Opening Preparation.

# 7. PLACING THE AIR CONDITIONER/HEAT PUMP ON THE ROOF

**A.** Remove the air conditioner/heat pump from the carton and discard carton. The unit mounting bolts are in a separate plastic bag with the control kit. Be sure to place this in the RV.

**B.** Place the air conditioner/heat pump on the roof.



**FIG. 5**

**Please Recycle All Cardboard**

> ⚠ **CAUTION**
>
> **This unit weighs approximately 100 pounds. To prevent back injury, use a mechanical hoist to place air conditioner/heat pump on roof.**

**C.** Lift and place the unit over the prepared opening using the gasket on unit as a guide. The gasket end goes toward the front of the RV. Sliding the unit on the roof will damage the roof gasket. See FIG. 6.



**FIG. 6**

Front

> **CAUTION**
>
> **Do not slide the unit. This may damage the neoprene gasket attached to the bottom and create a leaky installation.**

**D.** Place the 3107541 or 3107546 Relay Kit and 3105007.XXX, 3105935.XXX or 3308120.XXX Return Air Cover Kit, inside the RV. These cartons contain mounting hardware for the air conditioner/heat pump and will be used inside the RV. This completes the outside work. Minor adjustments can be done from the inside of the RV if required.

LWFR-EXP 5-000241

# 8. INSTALLATION OF COLD CONTROL

**A.** Remove parts package, control box and thermostat from the 3107541.XXX or 3107546.XXX Control Kit carton and identify the mounting for the cold control. See FIGS. 7 & 8 or FIGS. 8A & 8B.

**B.** Freeze Control Installation for 579, 590, & 595 series See FIG. 7. (Not used on 591 series)
   1. Snap freeze control into place on return bend located at left side of evaporator coil as follows:
      a. Locate "D" shaped notch in flange of evaporator coil.
      b. Place the horseshoe end of the freeze control through this notch and snap onto the coil return bend. When positioned correctly, control wires will be 90° to direction of coil fin surface.
      c. Remove installation notice hang tag from freeze control.



FIG. 7   579, 590, & 595 Model Series

Coil Return Bend

Remove Hang Tag

Freeze Control With Wires To Left Side

**C.** Freeze Control installation on 600 series. See FIG. 8.
   1. Snap freeze control into place on return bend located at right side of evaporator coil as follows:
      a. Locate "D" shaped notch in flange of evaporator coil.
      b. Place the horseshoe end of the freeze control through this notch and snap onto the coil return bend. When positioned correctly, control wires will be 90° to direction of coil fin surface.
      c. Remove installation notice hang tag from freeze control.



FIG. 8   600 Model Series

Coil Return Bend

Remove Hang Tag

Freeze Control With Wires To Right Side

**D.** Freeze Control Installation with snap on spring clip.
   1. Fits on all 579, 590, 595 series, and 600 series air conditioners.
      a. Place the cold control switch up through the base pan and on the second refrigerant tube from the bottom in the center of the evaporator coil. Make sure the spring clip is fastened securely to the tubing and the cold control surface is making contact with aluminum fins on evaporator coil. See FIGS. 8A & 8B.
         • Keep wires away from heat strip (if applicable) and sharp edges to prevent damaging the wires. Use wire ties if necessary. See FIGS. 8A & 8B.
         • Remove installation notice hang tag from freeze control. See FIGS. 8A & 8B.



FIG. 8A   Penguin Model Shown

Place Cold Control In Center Of Coil On 2nd Tube From Bottom

Remove Hang Tag

Up Through



FIG. 8B

Snap The Open Loop Of Spring Clip On Second Tube In Center OF Evaporator Coil

Wrap Closed Cell Foam Insulation Around Cold Control Switch

LWFR-EXP 5-000242

# 9. WIRING OF CONTROL SYSTEM

**A.** Position the control box (standing up) with the 6 pin connector to the curb side of the vehicle and the service access facing the rear of the vehicle. See FIG. 9.

**B.** **CONNECTION OF 120 VOLT AC SUPPLY**

1. Route the previously run 120 VAC power supply line through the Romex connector and into relay control junction box. See FIG. 9.
2. Reach up into the return air opening of the air conditioner/heat pump and pull the wire harness down and fit the six pin plug into the matching plug on the control box. See FIG. 9.
3. Inside the control box, connect the white to white; black to black; and green to green or bare copper wire using appropriate size twist wire connectors. Tape the twist wire connectors to the supply wiring to assure they do not vibrate off.
4. Tighten screws on Romex connector being careful not to pinch and cut into the insulation on power supply leads.
5. Push excess wires into junction box. Install junction box cover, with model number/serial number facing out onto the relay control box, with #8 x 3/8" blunt point Phillips head screw provided.

**Note:** Model Number /Serial Number label must face out.



FIG. 9

Center Unit From Below

Connect AC Power Leads In Control Box

Gasket

Front Of Vehicle

Connect 6 Pin Plug Into Control Box.

**⚠ WARNING**

Disconnect 120 VAC. Failure to follow these instructions could create a shock hazard causing death or severe personal injury.

**⚠ WARNING**

This product is equipped with a 3 wire (grounded) system for protection against shock hazard. Make sure that the appliance is wired into a properly grounded 120 VAC circuit and the polarity is correct. Failure to do so could result in death, personal injury or damage to the equipment.

**C.** **CONNECTION OF LOW VOLTAGE WIRES**

1. Connect the previously run positive (+)12 VDC to the red wire labeled +12V protruding from the relay control box (Do not connect wires if using the 3308120.XXX Genesis Air Filtration System Return Air Kit Return Air Kit).
2. Connect the previously run negative (-)12 VDC to the black wire labeled - 12V protruding from the relay control box (Do not connect wires if using the 3308120.XXX Genesis Air Filtration System Return Air Kit).
3. Connect red/white wire to the thermostat +7.5 terminal.
4. Connect the unit/control box green wire to the thermostat "GND" terminal.
5. Connect the unit/control box yellow wire to the thermostat "COOL" terminal.
6. Connect the unit/control box tan wire to the thermostat "FAN" terminal.
7. Connect the unit/control box blue wire to the thermostat "HI FAN" terminal.
8. Connect the unit/control box orange wire to the thermostat "HS/HP" terminal (if applicable).
9. Connect the unit/control box unit white wire to the thermostat "FUR" terminal (if applicable).
10. Connect the unit/control box blue/white wires to the two furnace control wires (if applicable).

**Note:** See FIG. 9A for thermostat connection points.



FIG. 9A

HS/HP  +7.5  COOL  FUR  HI FAN  FAN  GND

**D.** Plug unit electrical cord into the mating connector on the relay control box. These connectors are polarized and will easily snap together. Do not force.

LWFR-EXP 5-000243

# 10. INSTALLATION OF AIR CONDITIONER/HEAT PUMP

**Installing unit with 3105007.XXX or 3105935.XXX Return Air Cover**

**A.  INSTALLATION OF CEILING TEMPLATE**

1.  Check gasket alignment of the air conditioner/heat pump over the roof opening and adjust if necessary. Unit may be moved from below by slightly lifting and sliding. See FIG. 11A.
2.  Remove return air cover and ceiling template from the 3105007.XXX or 3105935.XXX kit carton. See FIG. 10A.



FIG. 10A

Divider Plate
Ceiling Template
Return Air Cover
Return Air Grill

3.  Locate 1/4"-20 X 8" unit mounting bolts in the parts package.
4.  Hold the ceiling template up to the 14-1/4" x 14-1/4" (±1/8") opening. Be sure the large plate faces the rear of the RV.



FIG. 11A

Center Unit From Below

Roof Gasket

**Installing unit with 3105007.XXX or 3105935.XXX Return Air Cover - continued on page 13, column A.**

**Installing unit with 3308120.XXX Genesis Air Filtration System Return Air Kit Return Air Cover**

**A.  INSTALLATION OF FOAM DIVIDER**

1.  Check gasket alignment of the air conditioner/heat pump over the roof opening and adjust if necessary. Unit may be moved from below by slightly lifting and sliding. See FIG. 11A.
2.  Locate the foam divider and insert it corner to corner in the 14-1/4" x 14-1/4" (±1/8") opening with the adhesive tape up (Do not remove paper to expose adhesive). The foam divider should be level with the ceiling (±1/4"). Tear off the excess at the pre-cut perforations in divider. See FIG. 10B.



FIG. 10B

Do Not Peel Tape Off Adhesive
Base Pan
Upside Down Foam Divider
Ceiling
Place Foam Divider In (14-1/4" x 14-1/4" (±1/8") Ceiling Opening Against Base Pan Bottom
Foam Divider Ceiling Level (±1/4") Tear Off Excess

2.  Peel the paper off of the foam divider and stick it in place on the center of the rear edge of the return air opening on the ceiling template See. FIG. 11B.



FIG. 11B

Foam Divider
Adhesive

Peel Off Paper - Center Divider - Stick To Rear Flange On Ceiling Template

**B.  INSTALL CEILING TEMPLATE**

1.  Place the ceiling template up into the return air opening in the ceiling and plug the unit's control cable into the control box before installing the mounting bolts.

**Installing unit with 3308120.XXX Genesis Air Filtration System Return Air Kit Return Air Cover - continued on page 13, column B.**

**Installing unit with 3105007.XXX or 3105935.XXX Return Air Cover - Continued from page 10, column A.**

5. Start each mounting bolt through the ceiling template and up into the unit base pan by hand. Install wood screw in each end of the ceiling template. This insures a tight fit of the return air cover to ceiling. Evenly **tighten mounting bolts to compress gasket to 1/2". This will be a torque of 40 - 50 inch pounds. See FIG. 12A.**

---

**CAUTION**

**If bolts are left loose there may not be adequate roof seal or if over tightened, damage may occur to the air conditioner/heat pump base or ceiling template. Tighten to specifications listed in this manual.**

---



FIG. 12A   To Front Of RV

Screw

Finger Tight

Tighten To Compress gasket to 1/2"

**B. INSTALLATION OF DIVIDER PLATE**

1. Measure the ceiling to roof thickness:
   a. If distance is 2.0" - 3-3/4", remove perforated tab from divider plate.
   b. If distance is 3-3/4" - 5-1/2", remove no tabs.
2. Remove the backing paper from double sided tape located on ceiling template. See FIG. 13A.



Peel Backing Paper Off Foam Insulation On Divider Plate

FIG. 13A

Installing unit with 3105007.XXX or 3105935.XXX Return Air Cover - continued on page 14, column A.

**Installing unit with 3308120.XXX Genesis Air Filtration System Return Air Kit Return Air Cover - continued from page 12, column B.**

2. Install relay box on ceiling template with blunt self-tapping screws. See FIG. 12B for 579, 590, 591, and 595 series and Fig.13B for 600 series.



FIG. 12B   579, 590, 591, And 595 Series

Control Box

Mount Control Box On Edge To The Flange on Ceiling Template

Vehicle Front

Three Screws



FIG. 13B   600 Series.

Control Box

Lay Control Box Flat On Top Of Ceiling Template

Vehicle Front

Two Screws

3. Start each mounting bolt through the ceiling template and up into the unit base pan by hand. Evenly **tighten mounting bolts to compress gasket to 1/2". This will be a torque of 40 - 50 inch pounds.**

---

**CAUTION**

**If bolts are left loose there may not be adequate roof seal or if over tightened, damage may occur to the air conditioner/heat pump base or ceiling template. Tighten to specifications listed in this manual.**

---

Installing unit with 3308120.XXX Genesis Air Filtration System Return Air Kit Return Air Cover - continued on page 14, column B.

**Installing unit with 3105007.XXX or 3105935.XXX Return Air Cover - Continued from page 13, column A.**

3. Place divider plate up to bottom of air conditioner/heat pump base pan firmly. The foam tape on the divider plate must seal to bottom of base pan. See FIG. 14A.

**Note:** The adhesive on the insulation is extremely sticky. Be sure the part is located where desired before pressing into place.

## CAUTION

**Improper installation and sealing of divider plate will cause the compressor to quick cycle on the cold control. This may result in fuse or circuit breaker opening and/or lack of cooling.**



FIG. 14A

Push Divider Plate firmly onto Base Pan

4. With slight pressure push the divider plate against the double sided tape on the ceiling template.

5. Locate the 1/8" x 7" x 18" self-adhesive insulation supplied with the return air kit. Remove the backing paper from the insulation and carefully stick onto the ceiling template divider panel. See FIG. 15A.

   a. Excess width is intended to seal the divider plate to the sides of the 14-1/4" x 14-1/4" (±1/8") opening. This is to help prevent cold air discharge from circulating into the air conditioner/heat pump return air opening.

   b. If the insulation is too high, stick excess height of insulation to the air conditioner/heat pump base pan. Do not cover up unit rating plate.



FIG. 15A

Place insulation in position
(Do not Cover unit rating plate)

**Installing unit with 3308120.XXX Genesis Air Filtration System Return Air Kit Return Air Cover - continued from page 13, column B.**

4. Use Aluminum foil tape (not supplied) to seal the ends of the foam divider to the sides of the opening. Make sure the area behind the flange on the ceiling template is sealed. See FIG. 14B.



FIG. 14B    Use Aluminum Foil Tape To Seal The Foam Divider To The Sides of 14-1/4" x 14-1/4" (±1/8") Ceiling Opening

Route Wires Through Slot

Catch Flange In Groove Of Return Air Cover

Make Sure To Seal Behind Flange

LWFR-EXP 5-000246

# 11. INSTALLATION OF INSIDE DECORATIVE COVER.

**Installing unit with 3105007.XXX or 3105935.XXX Return Air Cover**

A. Locate the relay control box on the ceiling template with the white 6 connector plug on the right (curb side) side of RV.

B. Drive two #10 x 3/8" blunt point Phillips head screws through the ceiling template into holes in control box to hold it in place.

C. Remove the return air grill from the return air cover.

D. Place the return air cover up to the ceiling template.

E. Install cover to template with #8 x 3/8" pointed Phillips head screws provided (6 required).

F. Reinstall filter return air grill into return air cover. Align tabs with mating notches and snap into place.

G. Install two hole plugs into screw holes in back of return air cover. See FIG. 16A.



**FIG. 16A**

Return Air Cover

Hole Plugs

Return Air Grill

This completes the installation of the air conditioner/heat pump. We recommend that power be supplied to the air conditioner/heat pump and check for proper operation. Refer to Operating Manual or Users Guide for a description of the air conditioner/heat pump operation.

**Installing unit with 3308120.XXX Genesis Air Filtration System Return Air Kit Return Air Cover**

A. Install the slider in the return air cover and raise it to the ceiling template. Route the wires from the return air cover through the template slot leaving about 3" between and position wire where they can be reached after plastic cover is installed. See FIG. 15B. Place the front of the return air cover against the ceiling and slide towards the rear. The flange on the ceiling template will catch in the groove on the return cover. Adjust the position (right to left) and install the front two screws. Install the remaining screws.

**Note:** Number 10 cabinet screw can be used to replace the two front screws to hold the plastic cover flush to the ceiling.

1. Connect the red positive (+) wires from the 12 VDC supply, control box and filter indicator together. Connect the black negative (-) wires from the 12 VDC supply, control box and filter indicator together.

B. Insert the filter from the right side (looking toward the RV front) over the wires. Make sure the wires are secured above the filter and will stay out of its way.

C. Place grill on return air cover and snap in place. Decal is on end over circuit board.

D. Place slide handle through slots in grill into the slide posts.



**FIG. 15B**

Foam Divider

Ceiling Template

Slider

Filter

Return Air Cover

Grill

Handle

Handle will fit in either direction.

This completes the installation of the air conditioner/heat pump. We recommend that power be supplied to the air conditioner/heat pump and check for proper operation. Refer to Operating Manual or Users Guide for a description of the air conditioner/heat pump operation.

# 12. RELAY KIT FIELD WIRING DIAGRAM

## COOLING/FURNACE



## COOLING/FURNACE/HEAT STRIP



## COOLING/FURNACE/ HEAT PUMP



LWFR-EXP 5-000248

## UNIT FIELD WIRING DIAGRAM
## AIR CONDITIONERS



## UNIT FIELD WIRING DIAGRAM
## HEAT PUMPS



LWFR-EXP 5-000249

# APPENDIX P

**ORDINANCE**
**(AS AMENDED)**
**CITY OF NEW ORLEANS**

**NO.  21145   MAYOR COUNCIL SERIES**
**BY: COUNCIL MEMBER Thomas (By Request)**
**AN ORDINANCE TO AMEND AND RE-ORDAIN**
**ORDINANCE NO. 11,625, M.C.S., AS AMENDED,**
**TO CONFORM TO THE INTERNATIONAL**
**BUILDING CODE, 2000 EDITION, AND**
**APPENDIX "D" THERETO, AND OTHERWISE**
**TO PROVIDE WITH RESPECT THERETO .**

**SECTION 1.** The **COUNCIL OF THE**
**CITY OF NEW ORLEANS HEREBY ORDAINS** that
Ordinance No. 11, 625 M.C.S., as amended , The
Building Code of City of New Orleans be and the same
is hereby amended in its entirety and re-ordained to
read as set forth in the International Building Code,
2000 Edition, with Appendix D, except that the text of
said document shall read as modified by the
amendments on the following pages, which in the event
of conflict shall supersede and take priority over any
amended or unamended section. If an amendment is in
conflict with only part of a section, it shall be construed
as superseding only the part of the section with which
it is in conflict.

**SECTION 2.  CITY NOT LIABLE.** Nothing
contained in this Building Code shall be construed to
relieve or lessen the responsibility or liability of any
person for injury or damage to persons or property
caused by or resulting from any defects of any nature in
any work performed by said person or in any
equipment owned, controlled, installed, operated or
used by him ,nor shall the City of New Orleans, or any
officer, agent or employee thereof incur, or be held to
assume, any liability by reason or in consequence of
any permit, permission, certificate of inspection of
approval authorized therein, or issued or given as herein
provided, or by any reason of or in consequence of any
things done or acts performed pursuant to any

provisions of this Building Code.

**SECTION 3.  PRIOR VIOLATIONS.** All
suits at law or in equity and all prosecutions resulting
from the violation of any building ordinances heretofore
in effect, which are now pending in any of the Courts of
this State, or of the United States, shall not be abated or
abandoned by reason of the adoption of this Building
Code, but shall be prosecuted to their finality the same
as if this Building Code has not been adopted; and
nothing in this Building Code shall be so construed as to
abandon, abate, or dismiss any litigation or prosecution
now pending, or which may have heretofore been
instituted or prosecuted.

**SECTION 4.    RETROACTIVE**
**CLAUSE.**    In the case of violations of building
ordinances committed before the effective date of this
ordinance, the building ordinance existing at the time
such violations were committed shall apply and govern.

**SECTION 5.** That if any portion of or
application of this Ordinance be held unconstitutional
or invalid by a Court of competent jurisdiction, such
holding shall not effect the validity of the remaining
portion of or application of the Ordinance, but such
remaining portion or application shall be and remain in
full force and effect.

**SECTION 6.  EFFECTIVE DATE.**    This
ordinance shall become effective on January 1, 2004.

**SECTION 7.** That all ordinances, or parts of
ordinances, contrary to or in conflict herewith, are
herewith, are hereby repealed.

THIS ORDINANCE BECAME LAW ON        JUNE
27, 2003 .
**SECTION 8.** That Chapter 1 of the
International Building Code, 2000 Edition, be deleted in
its entirety, and substitute the following:

Page -1-

# "CHAPTER 1
## ADMINISTRATION

**101-General**

**101.1-Title**

These regulations shall be known as the *Building Code of The City of New Orleans, Louisiana,* hereinafter referred to as "this code".

**101.2 Scope.** The provisions of the *International Building Code* shall apply to the construction, alteration, movement, enlargement, replacement, repair, equipment, use and occupancy, location, maintenance, removal and demolition of every building or structure or any appurtenances connected or attached to such buildings or structures.

     **Exception:** Detached one-and two
- family dwellings and multiple single -family dwellings (townhouses) not more than three stories high with separate means of egress and their accessory structures shall comply with the *International Residential Code.* (See Chapters 35 and 36)

**101.2.1 Appendices.** Provisions in the appendices shall not apply unless specifically adopted.

**101.3 Intent.** The purpose of this code is to establish the minimum requirements to safeguard the public health, safety and general welfare through structural strength, means of egress facilities, stability, sanitation, adequate light and ventilation, energy conservation, and safety to life and property from fire and other hazards attributed to the built environment.

**101.3.1 Quality Control.** Quality control of materials and workmanship is not within the purview of this Code except as it relates to the purposes stated herein.

**101.3.2 Permitting and Inspection.** The inspection or permitting of any building or plan by the City of New Orleans, under the requirement of this Code shall not be construed in any court as a warranty of the physical condition of such building or the adequacy of such plan.

Neither the City of New Orleans nor any employee thereof shall be liable in tort for damages for any defect or hazardous or illegal condition or inadequacy in such building or plan, or for any failure of any component of such building, which may occur subsequent to such inspection or permitting.

**101.4 Referenced Codes.** The other codes listed in Sections 101.4.1 through 101.4.7 and referenced elsewhere in this code shall be considered part of the requirements of this code to the prescribed extent of each such reference.

**101.4.1 Electrical.** The provisions of the Chapter 27 of this Code shall apply to the installation of electrical systems, including alterations, repairs, replacement, equipment, appliances, fixtures, fittings and appurtenances thereto.

**101.4.2 Gas.** The provisions of the *International Fuel Gas Code* shall apply to the installation of gas piping from the point of delivery, gas appliances and related accessories as covered in this code. These requirements apply to gas piping systems extending from the point of delivery to the inlet connections of appliances and the installation and operation of residential and commercial gas appliances and related accessories.

**101.4.3 Mechanical.** The provisions of the International Mechanical Code shall apply to the installation, alterations, repairs, and replacement of mechanical systems, including equipment, appliances, fixtures, fittings and/or appurtenances, including ventilating, heating, cooling, air conditioning and refrigeration systems, incinerators, and other energy-related systems.

**101.4.4 Plumbing.** Refer to Sewerage and Water Board for all plumbing requirements.

**101.4.5 Property Maintenance.** The provisions of the *International Property Maintenance Code* shall apply to

LWFR-EXP 5-000251

existing structures and premises; equipment and facilities; light, ventilation, space heating, sanitation, life and fire safety, hazards; responsibilities of owners, operators and occupants; and occupancy of existing premises and structures.

**101.4.6 Fire Prevention.** The provisions of the Standard Fire Prevention Code, 1997 Edition shall apply to matters affecting or relating to structures, processes and premises from the hazard of fire and explosion arising from the storage, handling or use of structures, materials or devices; from conditions hazardous to life, property or public welfare in the occupancy of structures or premises; and from the construction, extension, repair, alteration or removal of fire suppression and alarm systems or fire hazards in the structure or on the premises from occupancy or operation.

**101.4.7 Energy.** The provisions of the *International Energy Conservation Code* shall apply to all matters governing the design and construction of buildings for energy efficiency. These provisions are not applicable in areas where state mandated energy requirements are in effect.

### SECTION 102
### APPLICABILITY

**102.1 General.** Where, in any specific case, different sections of this code specify different materials, methods of construction or other requirements, the most restrictive shall govern. Where there is a conflict between a general requirement and a specific requirement, the specific requirement shall be applicable.

**102.2 Other Laws.** The provisions of this code shall not be deemed to nullify any provisions of local, state or federal law.

**102.3 Application of References.** References to chapter or section numbers, or to provisions not specifically identified by number, shall be construed to refer to such chapter, section or provision of this code.

**102.4 Referenced Codes and Standards.** The codes and standards referenced in this code shall be considered part of the requirements of this code to the prescribed extent of each such reference. Where differences occur between provisions of this code and referenced codes and standards, the provisions of this code shall apply.

**102.5 Partial Invalidity.** In the event any part or provision of this code is held to be illegal or void, this shall not have the effect of making void or illegal any of the other parts or provisions.

**102.6 Existing Structures.** The legal occupancy of any structure existing on the date of adoption of this code shall be permitted to continue without change, except as is specifically covered in this code, the *International Property Maintenance Code* or as is deemed necessary by the Director for the general safety and welfare of the occupants and the public.

### SECTION 103

### DEPARTMENT OF SAFETY AND PERMITS

**103.1 General.** The Department of Safety and Permits headed by the Director is the agency responsible for administration and enforcement of this code. The Director has the authority to render interpretations of this code and to adopt policies and procedures in order to clarify the application of its provisions. The interpretations, policies and procedures must comply with the intent and purpose of this code. The policies and procedures shall not have the effect of waiving requirements specifically provided for in this code.

**103.2 Records.** The Director shall keep, or cause to be kept, a record of the business of the department in accordance with the public record law of the State of Louisiana. The records of the department shall be open to public inspection.

New Orleans Amendments to the International Bldg. Code, 2000 Ed.                **Page 3**

LWFR-EXP 5-000252

**103.3 Applications and Permits.** The Director shall receive applications, review construction documents and issue permits for the erection, and alteration, demolition and moving of building and structures, inspect the premises for which such permits have been issued and enforce compliance with the provisions of this code.

**103.4 Notices and Orders.** The Director shall issue all necessary notices or orders to ensure compliance with this code.

**103.5 Inspections.** The Director shall make all of the required inspections, or the Director shall have the authority to accept reports of inspection by approved agencies or individuals. Reports of such inspections shall be in writing and be certified by a responsible officer of such approved agency or by the responsible individual. The Director is authorized to engage such expert opinion as deemed necessary to report upon unusual technical issues.

**103.6 Identification.** The Director and employees of the Department of Safety and Permits shall carry proper identification when inspecting structures or premises in the performance of duties under this code.

**103.7 Right of Entry.** Where it is necessary to make an inspection to enforce the provisions of this code, or where the Director has reasonable cause to believe that there exists in a structure or upon a premises a condition which is contrary to or in violation of this code which makes the structure or premises unsafe, dangerous or hazardous, the Director is authorized to enter the structure or premises at reasonable times to inspect or to perform the duties imposed by this code, provided that if such structure or premises be occupied that credentials be presented to the occupant and entry requested. If such structure or premises be unoccupied, the Director shall first make a reasonable effort to locate the owner or other person having charge or control of the structure or premises and request entry. If entry is refused, the Director shall have recourse to the remedies provided by law to secure entry.

**103.8 Liability.** The Director, members of the Board of Building Standards and Appeals or employees charged with the enforcement of this code, while acting for the jurisdiction in good faith and without malice in the discharge of the duties required by this code or other pertinent law or ordinance, shall not thereby be rendered liable personally and is hereby relieved from personal liability for any damage accruing to persons or property as a result of any act or by reason of an act or omission in the discharge of official duties. Any suit instituted against an officer or employee because of an act performed by that officer or employee in the lawful discharge of duties and under the provisions of this code shall be defended by legal representative of the jurisdiction until the final termination of the proceedings. The Director or any subordinate shall not be liable for cost in any action, suit or proceeding that is instituted in pursuance of the provisions of this code.

**103.9 Stop Work Orders.** Upon notice from the Director, work on any building, structure, electrical, gas, or mechanical system that is being done prior to the securing of the required permit and/or contrary to the provisions of this Code or in a dangerous or unsafe manner, shall immediately cease. Such notice shall be in writing and shall be given to the owner of the property or to his agent, or to the person doing the work, and shall state the conditions under which work may be resumed. Where an emergency exists, the Director shall not be required to give a written notice prior to stopping the work.

**103.10 Revocation of Permits.** The Director may revoke a permit or approval, issued under the provisions of this Code, in the event that there has been any false statement or misrepresentation or upon failure to execute said work in accordance with said application, plans or specifications or which has been

New Orleans Amendments to the International Bldg. Code, 2003 Ed.

**Page 4**

LWFR-EXP 5-000253

issued in violation of the Zoning or Building Code ordinances.

**103.11 Approved materials and equipment.** Materials, equipment and devices approved by the Director shall be constructed and installed in accordance with such approval.

**103.12 Used Materials and Equipment.** The use of used materials which meet the requirements of this code for new materials is permitted. Used equipment and devices shall not be reused unless approved by the Director.

**103.13 Modifications.** Wherever there are practical difficulties involved in carrying out the provisions of this code, the Director shall have the authority to grant modifications for individual cases, upon application of the owner or owner's representative, provided the Director shall first find that special individual reason makes the strict letter of this code impractical and the modification is in compliance with the intent and purpose of this code and that such modification does not lessen health, accessibility, life and fire safety, or structural requirements. The details of action granting modifications shall be recorded and entered in the files of the department of Safety and Permits.

**103.14 Alternative Materials, Design and Methods of Construction and Equipment.** The provisions of this code are not intended to prevent the installation of any material or to prohibit any design or method of construction not specifically prescribed by this code, provided that any such alternative has been approved. An alternative material, design or method of construction shall be approved where the Director finds that the proposed design is satisfactory and complies with the intent of the provisions of this code, and that the materials, method or work offered is, for the purpose intended, at least the equivalent of that prescribed in this code in quality, strength, effectiveness, fire resistance, durability and safety.

New Orleans Amendments to the International Bldg. Code, 2000 Int.       **Page 5**

LWFR-EXP 5-000254

**103.15 Tests.** Whenever there is insufficient evidence of compliance with the provisions of this code, or evidence that a material or method does not conform to the requirements of this code, or in order to substantiate claims for alternative materials or methods, the Director shall have the authority to require tests as evidence of compliance to be made at no expense to the jurisdiction. Test methods shall be as specified in this code or by other recognized test standards.   In the absence of recognized and accepted test methods, the Director shall approve the testing procedures.  Tests shall be performed by an approved agency.  Reports of such tests shall be retained by the Director for the period required for retention of public records.

**103.16 Requirements Not Covered by Code.** Any requirements necessary for the strength or stability of an existing or proposed building or structure, or for the public safety, health and general welfare, not specifically covered by this Code, shall be determined by the Director.

**103.17 Modifications.** The application for modification and the approval of the Director shall be in writing and shall be officially recorded with the application for permit in the permanent records of the Department of Safety and Permits and report of action taken filed with the Secretary of the Board of Building Standards and Appeals.

**103.18 Employees.**  The Director shall appoint all employees of the Department of Safety and Permits subject to the existing Civil Service Laws of the State of Louisiana and the City of New Orleans.  The person or persons appointed shall be persons fully qualified by technical training and experience, in both theory and practice, in the field in which their services will be utilized.

**103.19 Construction or Demolishing Privileges.** Materials or equipment for use in connection with the construction, demolishing, repair or  maintenance of a building may not be placed upon any portion of public-right-of-way (street or sidewalk), adjacent to the building without a permit issued by the Director of Department of Public Works.  The space, which may be permitted for materials or equipment to be used from day to day in connection with the operations for which the building permit has been issued, will generally be limited to the sidewalk and, a distance of 10 ft. into the street space adjacent to the curb.  If the entire sidewalk is used for material or equipment storage, the permitted will normally be required to provide a walkway for the protection of pedestrians. If space on the sidewalk or street is authorized, all sand, gravel, crushed stone or other loose materials shall be confined to bins.  No materials or equipment shall be placed on any street within twenty(20) ft. of the curb lines of intersecting streets.  If the written consent by the owner of property adjoining the site of the building operations is obtained and is filed with the Director, the street or sidewalk occupancy permit may be extended beyond the limits in front of the building site, provided the adjoining owners are not unreasonably deprived of ingress to and egress from their property.

**103.19.1**  The gutter or waterway shall  not at any time be obstructed by any earth, sand, gravel or other building materials, but such gutters or waterways must at all times be kept clear by the builder to allow the free passage of water in and along same, using a substantial bridge over the gutter if necessary.

**103.19.2** Any person having the use as  described herein of any portion of the street or sidewalk shall cause red lights to be placed and maintained in a conspicuous place in front of all obstructions from sunset to sunrise each night, during the time such obstructions remain on the street or sidewalk and, further, shall cause barricades to be placed and maintained in a conspicuous place in front of all obstructions twenty-four (24) hours a day.   Said person shall agree to indemnify and hold harmless the

LWFR-EXP 5-000255

City of New Orleans, its officials, agents and employees from and against all claims, suits, liabilities, damages, losses and expenses, including, but not limited to, costs, attorney's fees and interest, for all injuries to persons, and for all damage to the property of the City or others, caused by or resulting from failure to properly light and guard the obstruction or caused by or resulting from the negligence of himself, his employers or his agents, in connection with said use of the street or sidewalk, and further, said person shall indemnify and hold harmless the City of New Orleans, its officials, agents and employees from and against all claims of strict liability brought against the City in connection with injury against all persons or property occurring in connection with said use of the street or sidewalk.

**103.19.3**     All excavations below lot grade must be adequately protected for the safety of life, limb and property, and where excavations are left uncovered, adequate means must be provided to prevent the accumulation of stagnant water. All back filling must be performed promptly.

**103.19.4** Earth taken from excavations and materials or rubbish taken from buildings shall not be stored upon the sidewalks or streets, but shall be removed from day to day as rapidly as accumulated. When such materials are dry, and likely to produce a dust when handled, they shall be kept moist so as to prevent the wind blowing the same about. Materials or rubbish accumulated on upper floors, shall be lowered by elevators in closed receptacles or by closed chutes discharging directly to wagons or trucks. No material, fence or shed shall be placed in any way that will obstruct free approach to any fire hydrant, fire alarm box, street lighting standard, public utility pole, manhole, catch basin, or U.S. mail box.

**103.19.5**     Any temporary sheds used by a builder shall be removed upon completion of the work. The street and sidewalk shall be cleared of all materials as soon as the use of the street for storage is no longer required.

**103.19.6**   In consideration of the foregoing permission to use streets and sidewalks for the piling and storing of materials and tools, or the use of equipment, the owner of the building shall be obligated in the event that any of the street or sidewalk pavements or the surface of the paved streets, be damaged by the piling or storing of materials or tools, or the use of equipment, to restore the same within 30 days after completion and acceptance of building, to the original condition in which they were before materials or tools were piled or stored thereon, or before the use of equipment.

**103.19.7** In every building of reinforced concrete construction, forms of combustible materials shall be stripped from the concrete and removed from the building as soon as practicable.

**103.19.8** In buildings where standpipes are required by Article 905, such standpipes shall be installed as the construction progresses, in such a matter that they are always ready for fire department use to the topmost floor that has been installed. Such standpipes shall be provided with a Siamese fire department connection on the outside of the building at the street level and with one standard hose outlet at each floor. All outlets, connections and fittings shall be designed to fit Fire Department equipment.

**103.19.9** During building operations, free access from the street to fire hydrants and to outside connections for standpipes, sprinklers or other fire extinguishing equipment, whether permanent or temporary, shall be provided and maintained at all times. No material or construction equipment shall be placed within ten (10) ft. of such hydrant or connection, nor between it and the center line of the street.

**103.20 Demolition Requirement.**  When drawings and detail statements are filed with the Director for the construction of a new building, if any existing building or part of an existing building is to be demolished, such

LWFR-EXP 5-000256