# Investigation and Inspection
### of
## FEMA Travel Trailer
## NO. 1277021
## VIN 4X4TSMH296C008992

## Located At
## FEMA LOCATION
## MELVILLE STAGING SITE
## LOT THUWLAMELI
## MELVILLE, LOUISIANA



**Prepared by**
**Ervin L. Ritter, P.E.**

**250 Ridgeway Drive, Ste. C-3**
**Lafayette, Louisiana 70503**

**3009 20th Street, Ste. D**
**Metairie, Louisiana 70002**

**October 1, 2009**

LWFR-EXP 10-000008

Table of Contents

Curriculum Vitae ………………………………………………..…….3

Executive Summary………………………………………………..… 7

Inspection of the FEMA Travel Trailer…………………………....…9

Design Review ......................................................................18

Code Review …………………………………………………..….22

LWFR-EXP 10-000009

This report has been prepared by Ervin L. Ritter, P. E. This report is based on inspections, observations, investigations, calculations, and research by Ervin L. Ritter, P. E.

Information and findings by other parties have been used in this report. This report reflects the writer's opinion based on the available information and physical examination of the evidence. This report may be modified and/or revised in total and/or part due to any discovered conditions, research or other related facts. All rights to modify and/or revise this report are reserved.

Ervin L. Ritter, P.E.   October 1, 2009

STATE OF LOUISIANA
★ ERVIN L. RITTER ★
REG. No. 16639
REGISTERED
PROFESSIONAL ENGINEER
IN
MECHANICAL ENGINEERING

LWFR-EXP 10-000010

**CURRICULUM VITAE**

**ERVIN L. RITTER P. E.**

| | | |
|---|---|---|
| **CONTACT INFORMATION:** | Home: | 201 Bocage Circle<br>Lafayette, Louisiana 70503<br>337-989-9024 |
| | Office: | Ritter Consulting Engineers Ltd.<br>250 Ridgeway Drive, Suite C-3<br>Lafayette, Louisiana 70503<br>337/984-8498 Office<br>337/984-8576  Fax<br>337/298-4281Cell<br>ervin@ritterconsultingengineers.com |
| **EDUCATION:** | College: | University of Louisiana-Lafayette<br>(Formerly the University of<br>Southwestern Louisiana) 1973.<br>Completed requirements for<br>Bachelor of Science, Degree in<br>Mechanical Engineering. |
| | High School: | New Iberia Senior High School 1969 |

**REGISTRATIONS:**    Professional Engineer/Environmental 1995
Professional Engineer/Control Systems 1994
Professional Engineer/Mechanical 1977
Registered to practice in the following states:
    Louisiana - Reg. No.: 16639
    Alabama – Reg. No.: 14475
    Arkansas - Reg. No.: 6013
    Florida – Reg. No.: 33885
    Georgia - Reg. No.: 13456
    Mississippi - Reg. No.: 8884
    Missouri - Reg. No.: E-29852
    North Carolina - Reg. No.: 9146
    Oklahoma - Reg. No.: 13944
    South Carolina - Reg. No.:  8558
    Texas - Reg. No.: 49343
    Virginia - Reg. No.: 0402033163

**ACCREDITATIONS:**    LADEQ Accredited for:
    Asbestos Inspector

LWFR-EXP 10-000011

Asbestos Management Planner
Asbestos Abatement Designer
Lead Inspector
Lead Risk Assessor

**PROFESSIONAL EXPERIENCE:**     **Ritter Consulting Engineers Ltd.**
**May 22, 1992 to Present** - Principal and owner
of consulting engineering firm providing
mechanical engineering for the design of HVAC,
plumbing, fire protection (sprinkler) systems
and special mechanical systems for buildings.
Other services include Indoor Air Quality
Studies/Surveys and Design, Asbestos
Inspections, Management Planning & Asbestos
Abatement Designs, and Lead Based Paint
Testing and Risk Assessments.

**Louisiana State University**
**Continuing Education Department**
**1996 to Present -** Staff Instructor for teaching
Asbestos Inspection and Assessment, Asbestos
Management Planner and Asbestos Project
Abatement Design

**Ervin Ritter & Associates**
**February 1, 1981 - May 21,1992** - Principal
and owner of consulting engineering firm
providing mechanical engineering for the design
of HVAC, Plumbing, Fire Protection (Sprinkler)
Systems, Swimming Pool Design and other
special mechanical systems for buildings.

**Richard, Gaudet, Poche & Associates**
**August 1973 - January 1981**
Employed with firm for 7 2 years as mechanical
engineer designing HVAC, plumbing, fire
sprinkler and special mechanical systems.

**PROFESSIONAL**
**ORGANIZATIONS:**              ASHRAE - American Society of Heating,
Refrigeration and Air Conditioning Engineers
AIHA - American Industrial Hygiene
Association

LES - Louisiana Engineering Society
NSPE - National Society of Professional
Engineers

LWFR-EXP 10-000012

NFPA - National Fire Protection Association
AIA - American Institute of Architects
AEE - Association of Energy Engineers
IBCC - International Building Code Congress

**CONTINUING EDUCATION:**     Vector Graphics Inc. - AutoCAD 2002 Level I
New & Associates - Boiler Basics
FCSI- Commercial Kitchen Ventilation
ASHRAE-Fire Protection & Sprinkler Design
for
  Engineers
ASHRAE-Fire & Smoke Dampers Application
&
  Building Code Issues
ASHRAE- Engineering Ethics & Design Build
  Contracts
ASHRAE-New State of Louisiana Energy Fund
ASHRAE-Standard 90.1, Where It=s Been-
Where It=s
  Going, and Three R=s of Indoor Air Quality:
Reason,
  Risk, & Regulation
CaptiveAire-Commercial Kitchen Ventilation
 2003
CaptiveAire-Commercial Kitchen Ventilation
2004
PVI Industries-Dometic Water Heater System
Design
NITON, LLC-NITON Spectrum Analyzer
Taco & Gaudin Equipment - System Design-
Load
  Match
AEE-Fundamentals of Indoor Air Quality
McQuay Air Conditioning-Centrifugal Chiller
  York International Corp-Optimizing Chiller
Plant
  Efficiency
Trane-Split-System Refrigerant Piping
 Broadcast
AIA/CES Learning Units (Health, Safety,
Welfare)
LA Dept. of  Natural Resources-
  Lighting/Mechanical
Owens Corning-Fundamentals of Condensation

LWFR-EXP 10-000013

**PERSONAL:**            Married, three children and one grandchild
                         Private Pilot since 1983 with instrument rating.

**List of Depositions and Trial Testimony for Mr. Ervin L. Ritter, P.E.**

Connie Terrell Bollinger vs Michael's Cooling and Heating LLC
9th Judicial District Court, Parish of Rapides, State of Louisiana
May 4, 2006 - Deposition

The Higbee Company vs Greater Lakeside Corp., Causeway LLC of Delaware,
Broadwall Management Corp., and Jeffrey Feil
United States District Court for Eastern District of Louisiana
September 7, 2007 - Deposition

Kelly G. Aucoin vs Southern Quality Homes, LLC and Dynasty Homes
Judge John Connery, 16th Judicial District Court, Parish of Iberia, State of Louisiana
November 14, 2005 – Trial Testimony

FEMA Trailer MDL No. 1873 Formaldehyde Products Section "N"(4)
Judge Engelhardt, United States District Court for Eastern District of Louisiana
July 2, 2009 – Deposition
September 17, 2009 – Trial Testimony

LWFR-EXP 10-000014

## Executive Summary

This temporary housing unit was manufactured by Forest River for FEMA. FEMA procured travel trailers built to specifications written by FEMA to be used for temporary housing. This trailer was provided as housing after Hurricane Katrina.

This report evaluates the mechanical systems in the trailer. The air conditioning and heating systems are the systems which this report will address. The plumbing systems were modified to use residential plumbing fixtures in lieu of travel trailer industry standard plumbing fixtures. As such, the plumbing systems are of the same concern as the air conditioning and heating systems in relationship to the indoor air quality of the trailer.

The air conditioning system utilizes a small package air conditioning unit mounted on the roof. This unit provides only cooling (air conditioning only). The unit does not have a ventilation or outside air damper to be able to introduce any ventilation air or outside air.

By providing outside air/ventilation air through the air conditioning unit, the buildup of contaminants in the air is reduced by dilution of the interior air. All building codes that were applicable at the time that this unit was manufactured require the introduction of outside air into the air conditioning system.

The introduction of ventilation/outside air into the air conditioning system will flush out contaminants and maintain a positive air pressure within the unit. The positive air pressure will tend to stop undesired migration of water vapor in the wall, floor and roof cavities. This condition of positive pressure will help keep the unit walls, roof and floor dry. With a negative air pressure there is a risk of having condensation form in the walls, roof or floor cavities. Evidence of moisture in the walls was found.

The walls do not have a vapor barrier. A vapor barrier would tend to reduce the risk of condensation in the walls. The walls only have an R-8 un-faced fiberglass batt insulation.

The air conditioning ductwork is not insulated and installed to meet the recommendations of the air conditioning unit manufacturer. The air conditioning unit manufacturer, Dometic, requires that the air conditioning ductwork connected to the A/C unit be insulated to a minimum of R-7. The insulation value of the ¼" foam board ducts is approximately R-1. The air conditioning system may not be able to cool the space at the peak of summer due to the lack of adequate insulation.

The heating system is a Suburban SF Series propane furnace connected to a duct system in the floor. The ducts are very light gauge (thickness) aluminum. The ductwork is like a very heavy duty aluminum foil. The side seams are crimped. The ductwork is not insulated. There is batt insulation in the floor cavity, but it is below the ductwork; therefore, the heating ductwork loses the majority of its heat to the cavity before it reaches the floor grilles.

The primary problems with the trailer were the lack of 1) outside/ventilation to reduce the building of contaminants indoors; 2) inadequate insulation on the air conditioning and heating ductwork; 3) inadequate insulation in walls, roof and floor; and 4) inadequate vapor barrier in walls and floors to reduce the migration of water vapor into the structure which causes water damage.

LWFR-EXP 10-000016

## INSPECTION OF THE FEMA TRAILER

The inspection of the trailer occurred over several weeks in August 2009, according to a protocol accepted by all parties. This report addresses the mechanical systems – the air conditioning system and the heating system.  The inspection of these systems includes components such as the ductwork, grilles, and wiring.

The trailer inspected is identified as a FEMA 1277021 Trailer as manufactured by Forest River. The trailer is located in a FEMA facility located at Melville Staging Site, Melville, Louisiana.

The trailer construction shall be described by other experts in reports prepared by them. Information from those reports may be referenced in this report.

The travel trailer was powered and the air conditioning unit was started and run for the inspection as per the set protocols.  The heating system was not operated.

According to document review and field confirmation, the air conditioning unit is a Dometic Duo-Therm 595 Series Quick Cool with a capacity of 15,000 BTUH mounted on the roof. The air conditioning ducts are located in the cavity space between the ceiling and the roof.   The ductwork is constructed using ¼" thick foil faced rigid foam board with aluminum foil duct taped seams and joints.  The ducts are installed in the bow truss structure for the roof.



**Figure 1:  Air conditioning unit as mounted on the roof.**

LWFR-EXP 10-000017



**Figure 2:  Air conditioning unit with cover removed for inspection.**



**Figure 3:  Air conditioning unit nameplate.**

The air conditioning ducts were installed in the ceiling space – through bow truss structure for the roof. The inspection of the ducts found poorly taped joints and seams or breaks in the foil tape at joints and seams.

At the point where the air conditioning supply duct connects to the A/C unit supply plenum, the duct was sealed tight and did not appear to be leaking into the ceiling space. It was noted that there was mildew/light mold growth on the surface of the plenum. Refer to Figure 4. The seal between the air conditioning unit and the roof could not be seen and was not inspected at the time of this inspection.



**Figure 4:  The supply duct connection to the A/C Unit supply plenum.**

10

The following series of pictures are of the joints in the supply air duct for the air conditioning system showing the condition of the foil taped joints and seams.  The condition at most of the joints and seams indicated that the foil tape did not seal the joints and seams tightly.  This allowed for leaks in the duct system to the ceiling space.  Figures 5, 6, 7 and 8 document the findings of the inspection of the ductwork.

The supply ducts where not wrapped with additional insulation. The ¼" thick foam was the only insulation for the duct.  This would be a very low R-value for the duct system.  The air conditioning unit manufacturer lists very specific requirement for the insulting of the air conditioning supply ducts.



**Figure 5:  The air conditioning supply duct with a taped joint that is not completely sealed and is leaking.**



**Figure 6:  The air conditioning duct with a taped joint that is not completely sealed and is leaking.**

11



**Figure 7:  The air conditioning supply duct with a damaged taped joint.  Note the cracks in the aluminum foil tape at the joint.**



**Figure 8:  The air conditioning duct with a taped joint that is not completely sealed and is leaking.**

The following series of pictures are the inspection of the interior of the air conditioning supply duct.  These pictures will show where there are inconsistent joints on the interior of the supply duct.



**Figure 9:  The interior of the air conditioning system ductwork.  Note the mildew growth on the interior of the duct.**

12



**Figure 10:  The interior of the air conditioning system ductwork.  Note the mildew growth on the interior of the duct.**



**Figure 11:  The interior of the air conditioning supply air duct showing the mis-alignment of the foam duct board joint.**



**Figure 12:  The interior of the air conditioning supply air duct showing the mis-alignment of the foam duct board joint.**

13



**Figure 13:  The interior of the air conditioning supply air duct showing the mis-alignment of the foam duct board joint.**



**Figure 14:  The interior of the air conditioning supply air duct showing the mis-alignment of the foam duct board joint.**



**Figure 15:  The end of the duct is capped with foil duct tape.  The end cap is not insulated.**

14

The following pictures show the air conditioning ductwork installed in the roof trusses. The insulation in the ceiling is crushed between the ductwork and the roof.  The ceiling insulation was not on the bottom side of the ducts.



**Figure 16:  The air conditioning duct fitting at the connection to the air conditioning unit plenum.**



**Figure 17:  The air conditioning duct in the trusses.**



**Figure 18:  The end of the air conditioning duct with end taped only.**



**Figure 19  The supply air duct is constructed using ¼" thick foam board to construct the ducts.**

The heating system is a separate propane fired furnace as manufactured by Suburban Manufacturing.  The unit is Model SF-35F with a capacity of 35,000 BTUH input of propane or liquefied petroleum gas.  The heating duct is located in the space of the floor. The heating duct is a thin gauge uninsulated aluminum duct.



**Figure 20  The propane heating furnace which was located under the stove is connected to a heating duct system in the floor cavity.**



**Figure 21  The propane heating furnace.**

LWFR-EXP 10-000024



**Figure 22  The heating ductwork in between the floor joist. The poorly constructed Tee fitting for connection to the furnace.**



**Figure 23  The heating duct in the floor. The duct was stapled to the floor deck.**

## DESIGN REVIEW

The construction of the trailer and air conditioning and heating systems was inspected for deficiencies in installation and construction.  The air conditioning system will be discussed separately from the heating system.  The air conditioning system utilizes a roof-top mounted air conditioning unit with ductwork in the ceiling cavity.  The heating system is completely separate and independent of air conditioning system.  The systems are only connected by the thermostats.

The air conditioning system is ducted cooling only system with a packaged roof-top air conditioning unit connected to a duct system installed in the roof truss system.  The duct system is foil faced ¼" thick board.  The ceiling outlets are normal plastic grilles.

The air conditioning system is manufactured by Dometic Corporation, 2320 Industrial Parkway, Elkhart, Indiana.  The unit is a Duo-Therm Model 59516.531.  The air conditioning unit is designed specifically for the recreational vehicle industry.  This unit is a cooling only unit with a capacity of 15,000 nominal BTUH.  The unit name plate does not indicate that the unit is ARI certified and a check of the AHRI website does not indicate the unit is ARI/AHRI certified.  Therefore it is not possible to determine if the unit will perform to the 15,000 BTUH.

The fact that the package roof top unit is not AHRI certified does not mean that the unit will perform as stated by the manufacturer.  It means that there is not an independent organization that will verify and certify the capacity of the air conditioning unit.

In reviewing the Dometic installation manual there were several items where it appears that the manufacturer has or has had cause to issue statements of warning and/or caution for the installation.  The following paragraphs will address those concerns as noted in the air conditioning unit manufacturer's installation literature.

> ⚠ **WARNING**
>
> This manual must be read and understood before installation, adjustment, service, or maintenance is performed. This unit must be installed by a qualified service technician. Modification of this product can be extremely hazardous and could result in personal injury or property damage.

This is a typical statement that is expected from a manufacturer to an installer of the equipment.  The manufacturer (Dometic) expects that the trailer manufacturer (Forest

River) will use competent individuals to install the equipment and to follow the published installation instructions.  The Dometic literature covers the specifics of the installation.

> **Important:** These instructions must stay with unit. Owner read carefully.

This note states the air conditioning unit manufacturer's instructions are to be kept with the trailer.  Also, the air conditioning unit manufacturer indicates that the Owner should read the installation instructions.

**C.**   The ability of the air conditioner/heat pump to maintain the desired inside temperature depends on the heat gain of the RV. Some preventative measures taken by the occupants of the RV can reduce the heat gain and improve the performance of the air conditioner/heat pump. During extremely high outdoor temperatures, the heat gain of the vehicle may be reduced by:
1.   Parking the RV in a shaded area.
2.   Using window shades (blinds and/or curtains).
3.   Keeping windows and doors shut or minimizing usage.
4.   Avoiding the use of heat producing appliances.

Operation on High Fan/Cooling mode will give optimum or maximum efficiency in high humidity or high outside temperatures.

The Dometic installation manual gives clear instructions on how to use and operate the air conditioning system in the trailer; however, this statement does not necessarily work for the way these trailers were being utilized.  In the non-recreational use, shaded areas are on the norm for availability.  This statement by the air conditioning unit manufacturer gives the appearance the air conditioning unit capacity is marginal to be able to maintain a level of space temperature and comfort.

**D.  Condensation**
**Note:** The manufacturer of this air conditioner will not be responsible for damage caused by condensed moisture on ceilings or other surfaces. Air contains moisture and this moisture tends to condense on cold surfaces. When air enters the RV, condensed moisture may appear on the ceiling, windows, metal parts, etc. The air conditioner removes this moisture from the air during normal operation. Keeping doors and windows closed when this air conditioner is in operation will minimize condensed moisture on cold surfaces.

The above statement deals with condensation and the fact is that the manufacturer has had or expects to have issues with condensation and humidity in the trailer.

LWFR-EXP 10-000027

> ## CAUTION
> **It is the responsibility of the installer of this air conditioner/heat pump system to ensure structural integrity of the RV roof. Never create a low spot on the roof where water will collect. Water standing around the air conditioner/heat pump may leak into the interior causing damage to the product and the RV.**

The air conditioning unit manufacturer gives warning to properly frame the roof to adequately support the air conditioning unit to prevent a condition which would cause ponding of water on the roof and/or a roof leak at the air conditioning unit.

## 4. AIR DISTRIBUTION SYSTEM
## SIZING & DESIGN

The Installer of this air conditioner/heat pump system must design the air distribution system for their particular application. Several requirements for this system **MUST** be met for the air conditioner/heat pump to operate properly. These requirements are as follows:

A.  The duct material must meet or exceed any agency or RVIA Standard that may be in existence at the time the RV is produced.

B.  All discharge air ducts must be properly insulated to prevent condensation from forming on their surfaces or adjacent surfaces during operation of the air conditioner/heat pump. This insulation must be R-7 minimum.

C.  Ducts and their joints must be sealed to prevent condensation from forming on adjacent surfaces during operation of the air conditioner/heat pump.

D.  Return air openings must have 40 square inches minimum free area including the filter.

E.  Return air to the air conditioner/heat pump must be filtered to prevent dirt accumulation on air conditioner/heat pump cooling surface.

This is a very strong statement from the air conditioning unit manufacturer on proper design of the system and installation of the roof mounted air conditioning system.  The manufacturer is specific that the installer is to follow the above instructions along with providing predictions on what could happen if the instructions are not followed.

The statement that "duct material must meet or exceed any agency or RVIA Standard that may be in existence at the time the RV is produced"  can be interpreted that the manufacturer's intent is for the installer to follow the applicable building codes for duct materials.

In the next line the air conditioning unit manufacturer is stating that the ducts "must be properly insulated to prevent condensation from forming on their surfaces or adjacent surfaces during operation of the air conditioning /heat pump.  This insulation must be R-7 minimum."

This condition is not met.  The ¼" foam board duct board has R-value of 1.5 at most. This is not even close to the R-7 minimum. Condensation was observed and documented by other experts using thermagraphic imaging.  To obtain an R-7 minimum level of

insulation would require another 1 ¼" thick foam board all around the duct or 1" thick foil faced fiberglass duct board all around the supply duct.

In the next line, the air conditioning unit manufacturer states that the "Ducts and their joints must be sealed to prevent condensation from forming on adjacent surfaces during operation of the air conditioner/heat pump."  In this report there is photo documentation that there cracks are in the duct taping and loosely installed foil type duct tape.  The report by Paul LaGrange documents the leakage of the ductwork in conjunction with these photos.

---

**CAUTION**

**It is the responsibility of the installer of this air conditioner/heat pump system to insure the duct work will not collapse or bend during and after the installation. Dometic, LLC will not be liable for roof structural or ceiling damage due to improperly insulated, sealed or collapsed duct work.**

---

In closing the design review of the air conditioning system installation, the air conditioning unit manufacturer clearly is telling the installers and trailer manufacturer that the ductwork needs to be carefully and properly installed without damage.  Dometic is very clear that they do not take any responsibility for any damages caused by improper installation.  Have read this installation manual, it appears that Dometic has covered all areas where problems with the installation has occurred I the past.  However, during the disassembly of this unit, most of the problems that Dometic gives warning to were built into this unit.

The manufacturer of the heating furnace did not have the same documentation of the problems and warnings with the installation of heating unit.  However, there are problems such as the uninsulated ductwork in the floor cavity.  This unit was not operating during this inspection.  In fact, this unit may not have been operable prior to this inspection.  The testing heating ductwork indicated that there are leaks in that duct system.  The duct leakage is documented in the report by Paul Lagrange.

LWFR-EXP 10-000029

**<u>CODE REVIEW</u>**

There are few codes which apply to the construction of this travel trailer. NFPA 1192 is the primary code which can be applied to this travel trailer. For this report the pertinent part of NFPA 1192 is Chapter 5. This chapter contains the requirements for the air conditioning cooling and heating systems. Considering the amount of duct leakage, the duct installation for the air conditioning systems and heating systems do not comply.

However, all building codes which were in effect prior to the construction/manufacture of this trailer should be applicable.  This trailer is not and never was intended to be a recreational vehicle.  FEMA by their nature is not an agency in the recreational activity business, but FEMA did intent to provide temporary housing using a travel trailer as a boiler plate for the design of temporary housing units. FEMA provided a specification for modifications which had to be included in the manufacture of the units which made those units no longer suitable for the typical recreational travel trailer.

This discuss on applicability of building codes can be found in other expert reports.  The writer of this report is in agreement with the conclusions of the experts applying the building codes to these units.

LWFR-EXP 10-000030