```
00001
  1            UNITED STATES DISTRICT COURT
  2            EASTERN DISTRICT OF LOUISIANA
  3
  4 IN RE:  FEMA TRAILER       MDL NO. 1873
  5 FORMALDEHYDE PRODUCTS      SECTION "N"(4)
  6 LIABILITY LITIGATION       JUDGE ENGELHARDT
  7
  8 This document relates to:  Lyndon T. Wright
  9       v. Forest River, Inc., et al
 10            Docket No. 09-2977
 11                 *  *  *
 12
 13     Videotaped Deposition of PAUL J.
 14 LaGRANGE, 256 Calumet Drive, Madisonville,
 15 Louisiana 70447, taken at the Law Offices of
 16 Frank J. D'Amico, Jr., 622 Baronne Street,
 17 New Orleans, Louisiana 70113, on Monday, the
 18 26th day of October, 2009.
 19
 20 REPORTED BY:
 21     JAMES T. BRADLE, CCR
        PROFESSIONAL SHORTHAND REPORTERS
 22      (504)529-5255
 23 VIDEOGRAPHER:
 24     MICHAEL BERGERON
        PROFESSIONAL SHORTHAND REPORTERS
 25      (504)529-5255
```

```
00046
  1 there to go perform these tests and offer
  2 results and how they interact with each
  3 other.
  4     Q    So your understanding of what you
  5 were tasked to do in this case was simply to
  6 perform the testing, the blower door
  7 testing, the duct leakage testing, the
  8 infrared testing and offer opinions as to
  9 what the results of those tests revealed,
 10 correct?
 11     A    That is correct.
 12     Q    To the extent that you offered any
 13 opinions regarding the applicability of
 14 certain codes to this particular trailer,
 15 would you defer to others on whether certain
 16 codes applied to the construction of this
 17 trailer?
 18     A    In reference to the IBC, the IRC
 19 and the New Orleans code?
 20     Q    Yes, sir.
 21     A    No, I researched it myself.
 22     Q    Okay.  What training do you have
 23 to determine whether a certain code applies
 24 to a certain construction?
 25     A    I'm not sure that there's
```

```
00047
 1 necessarily any training that would have to
 2 be done as much as reading it and making
 3 sure if it's in compliance or not.
 4           However, in all the years of
 5 building houses, I think I have firsthand
 6 knowledge of what complies with building
 7 code and what doesn't, not to mention I have
 8 attended many of the code conferences over
 9 the years, even when it was the Southern
10 Building Code Conference, before it
11 transferred to the "I" codes in 2000.
12           I represented the St. Tammany
13 Homebuilders Association, performing that
14 task, as well as the Louisiana Homebuilders
15 Association, performing that task.
16     Q    So you were involved in the
17 adoption of the International Building Code?
18     A    Non-voting rights.  Non-voting
19 rights, since I was a builder.
20     Q    Okay.  So you didn't have a voting
21 right, but you were participating is what
22 you're saying?
23     A    That is correct.
24     Q    With respect to the application of
25 the International Building Code, who was it
```

```
00048
  1 that first made the assertion that it would
  2 apply to the construction of a travel
  3 trailer?
  4     A   Someone on our expert team, one of
  5 our reviews at the end of the testing days
  6 mentioned that the building codes referenced
  7 temporary housing, and I went back
  8 researched it, and the person was correct.
  9     Q   Does the word -- Where the
 10 reference is made to temporary housing, is
 11 the word "travel trailer" ever used?
 12     A   I will have to look.  (Reviewing
 13 documents).
 14         The word "travel trailer" is not
 15 used, but the word "dwelling" is used, and
 16 it defines "dwelling" as "a means of living,
 17 whether it's temporary or permanent."
 18     Q   In the definition of "dwelling,"
 19 is the word "travel trailer" used?
 20     A   No, sir, it's not.  However, as it
 21 defines what a dwelling is and how a
 22 dwelling is being used, as these trailers
 23 were being utilized under the FEMA
 24 procurement, it certainly meets that
 25 definition in my opinion.
```

```
00049
 1      Q     In your opinion.  And your opinion
 2 comes from reading the code, correct?
 3      A     That is correct.
 4      Q     And determining in your own mind
 5 that it applied to the construction of this
 6 travel trailer?
 7      A     That is correct, yes, sir.
 8      Q     Did you ever attempt to confirm
 9 whether the New Orleans Building Code was
10 ever applied to a travel trailer?
11      A     You mean did I research law and
12 see if there was an application for it?  No,
13 I did not.
14      Q     Did you do anything to determine
15 whether the New Orleans Building Code was
16 ever applied to a travel trailer?
17      A     The New Orleans Building Code is
18 to apply to a dwelling, and this travel
19 trailer, in its intended use as far as the
20 FEMA procurement is concerned, meets that
21 definition.
22            So besides doing my own research
23 of reading it and making that determination,
24 that's the only thing I have done.
25      Q     Okay.  In your opinion, it meets
```

```
00050
 1 the definition, correct?
 2      A    That is correct.
 3      Q    You have done nothing as we sit
 4 here today to determine whether in the City
 5 of New Orleans' opinion the New Orleans
 6 Building Code applies, have you?
 7      A    No, sir.
 8      Q    As we sit here today, do you
 9 intend to offer the opinion to the jury that
10 the New Orleans Building Code did apply to
11 this travel trailer?
12      A    To this temporary housing?  Yes,
13 sir, I do.
14      Q    No, to this travel trailer.
15      A    This trailer wasn't doing much
16 traveling.  It was permanently mounted and
17 connected to plumbing and electricity.  You
18 can play with words all day long, Counselor.
19 It was a dwelling as far as the building
20 code is concerned, and that is my opinion
21 and that's where I will stand.
22      Q    All right.  Let me strike that as
23 non-responsive.
24           My question is very simple.  Do
25 you intend to offer to the jury the opinion
```

```
00058
   1 procuring must be constructed to New Orleans
   2 Building Code standards?
   3      A    Yes, it does.
   4      Q    And where does it say that?
   5      A    I'm not sure what reference number
   6 you would like me to use to refer you to.
   7      Q    If you can use -- Either one is
   8 fine.
   9      A    The smaller?
  10      Q    The smaller one is fine.
  11      A    000097.
  12      Q    Okay.
  13      A    All right.  "This specification
  14 does not constitute any expressed or implied
  15 deviation or waiver of any requirement of
  16 the U.S. regulatory requirements from the
  17 governing agency."
  18      Q    And where in there does it say
  19 this specification requires that the unit be
  20 constructed to the New Orleans Building
  21 Code?
  22      A    Very quickly, it says will not
  23 waiver from any requirement of the U.S.
  24 regulatory requirements from any governing
  25 agency.  The "governing agency" would either
```

```
00059
 1 be the Internal -- I mean, the International
 2 Residential Code, the IBC, or the New
 3 Orleans code.
 4      Q    Okay.
 5      A    That's our regulatory authority.
 6      Q    And you took that to mean that the
 7 unit must be constructed in accordance with
 8 the New Orleans Building Code, correct?
 9      A    Along with the IRC and IBC, yes.
10      Q    Okay.  Were these units only being
11 sent to New Orleans?
12      A    Not that I'm aware of.
13      Q    Have you reviewed the Gulfport
14 Building Code?
15      A    I'm familiar with the building
16 codes in Mississippi.
17      Q    Have you reviewed the Biloxi
18 Building Code?
19      A    I have.
20      Q    Have you reviewed the Abbeville
21 Building Code?
22      A    No.
23      Q    The Lafayette Building Code?
24      A    Well, actually, the Louisiana
25 State has a blanket code throughout, so,
```

```
00244
  1      A    Mathematically, in support of a
  2 science, it has to be that way.  If one side
  3 is positive, the other side has to be
  4 negative if there is a duct leak, which we
  5 established there are duct leaks.
  6      Q    But you do not have the data, the
  7 measurement that reflects that that attic
  8 truss space was, in fact, in a negative
  9 pressure state?
 10      A    That's a true statement.
 11      Q    And you would have liked to
 12 collect that data and measure that, one, it
 13 is in a negative pressure state in the attic
 14 truss space and, two, here's the degree to
 15 which it was in a negative pressure state,
 16 right?
 17      A    That's correct.
 18      Q    But you don't have the
 19 measurement?
 20      A    No, sir.
 21      Q    And you would like to have the
 22 measurement, right?
 23      A    I would.
 24      Q    That's why you asked to be able to
 25 collect the measurement, right?
```

```
00245
    1      A    That's correct.
    2      Q    And I believe -- Is it true that
    3 the only person who said you couldn't or
    4 shouldn't go and collect that measurement
    5 was Mr. Mallet, right?
    6      A    Well, he was my contact for this
    7 particular project.  He was my lead, so he
    8 told me what I was there to do and not to
    9 do.
   10      Q    Mr. Mallet told you that you
   11 couldn't take that measurement?
   12      A    That's correct.
   13      Q    And whatever Mr. Mallet's reasons
   14 for telling you that would have to be
   15 explored with Mr. Mallet?  He didn't inform
   16 you?
   17      A    That's correct.  Yes, sir.
   18      Q    Are you aware of any travel
   19 trailers that are constructed with a
   20 mechanical ventilation system?
   21      A    No, sir, I'm not.
   22      Q    In your research on this case, did
   23 you come across any articles or any
   24 documentation discussing the application of
   25 building codes, municipal building codes to
```

```
00246
   1 travel trailers or travel trailers used as
   2 temporary housing units following a
   3 disaster?
   4      A    No, sir, I have not.
   5      Q    Are you familiar with any codes or
   6 regulations that deal specifically with
   7 emergency housing in the context of a
   8 disaster?
   9      A    No, sir, I'm not.
  10      Q    You measured or you calculated the
  11 air changes per hour within this Lyndon
  12 Wright travel trailer, right?
  13      A    I did.
  14      Q    Have you done any research into
  15 how that air changes per hour that you found
  16 would compare with the number of air changes
  17 per hour that are found in a typical travel
  18 trailer?
  19      A    No, sir.  The only other
  20 comparison I would have would be the testing
  21 that we did on the Alexander trailer.
  22      Q    But as far as travel trailers go,
  23 you don't know if Lyndon Wright's travel
  24 trailer is more leaky, less leaky or normal,
  25 right?
```

```
00252
  1 connecting to city services or
  2 infrastructure, then the subcontractors
  3 would file for their own permits to make
  4 those connections.
  5      Q    Have you done any research into
  6 what building permit and what building code
  7 requirements were waived in the aftermath of
  8 Hurricane Katrina?
  9      A    I have, yes.
 10      Q    You have?
 11      A    Yes.
 12      Q    What did you find?
 13      A    Building permits in this region,
 14 specifically St. Tammany Parish where I did
 15 my research, were not waived.  The builder
 16 or homeowner, whoever was filing for the
 17 building permit, was still required to have
 18 filed for a building permit and have
 19 inspections.
 20      Q    What about in Orleans Parish or
 21 the City of New Orleans?
 22      A    I have not researched that.
 23      Q    And that's where the Lyndon Wright
 24 trailer was set up for occupancy by Lyndon
 25 Wright, the Seminole Lane address, right?
```

```
00276
    1 multiple locations, correct?
    2     A    That's correct.
    3     Q    It also says, "The standards shall
    4 not be considered restrictive in that the
    5 supplier may provide 'equal or better'
    6 units," correct?
    7     A    Yes.
    8     Q    All right.  It goes on and says,
    9 "All exterior openings, such as windows,
   10 doors, drain pipes, et cetera, will be
   11 caulked with a clear, non-hardening
   12 weatherproof sealant to prevent air and
   13 moisture penetration," correct?
   14     A    Yes, it does.
   15     Q    And then, "The units shall meet
   16 industry standards except where identified,"
   17 right?
   18     A    That's correct.
   19     Q    What do you take "industry
   20 standards" to mean in that line?
   21     A    I would take "industry standards"
   22 to mean in the sense of how the trailer is
   23 intended on being used.  If the intent of
   24 this trailer is to be used as temporary
   25 housing for emergency disaster, then those
```

```
00277
 1 are the standards I would look at.
 2      Q    Would you not take "industry
 3 standards" to mean travel trailer industry
 4 standards?
 5      A    No, I don't.  Once this trailer is
 6 hooked up to permanent electricity and
 7 plumbing, I don't think it travels much.
 8      Q    Okay.  Well, we would have to
 9 speak with whoever designed these
10 procurement specifications to find out what
11 they actually meant, right?
12      A    What the intent was, sure.
13      Q    Okay.  And depending on what they
14 say, it could change how you interpret that
15 line, right?
16      A    That's correct.
17      Q    The next paragraph, it talks about
18 delivery locations, Atlanta, Georgia, Selma,
19 Alabama, Cumberland, Maryland and/or Fort
20 Worth, Texas, right?
21      A    Correct.
22      Q    Now, Cumberland, Maryland, I don't
23 know if you know where that is, but
24 Cumberland, Maryland, would be considered in
25 a much different climate zone than New
```