UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER  *FORMALDEHYDE  PRODUCTS LIABILITY  LITIGATION * | * * * * * | MDL NO. 1873  SECTION: N(5) |
| This Document Relates to: *Lyndon T. Wright v. Forest River, Inc., et al*, Docket No. 09-2977 | * * * | JUDGE: ENGELHARDT  MAG: CHASEZ |

******************************************************************************

## FOREST RIVER, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF ERVIN L. RITTER

**NOW INTO COURT**, through undersigned counsel, comes defendant Forest River, Inc., ("Forest River") who, for the reasons more fully set forth in the supporting memorandum attached hereto and incorporated herein as if reproduced *in extenso*, respectfully moves this Honorable Court to exclude the testimony of Ervin L. Ritter. Pursuant to the Court's request, undersigned counsel has contacted counsel for plaintiff, and plaintiff opposes this motion.

Respectfully submitted,

/s/ Jason D. Bone
ERNEST P. GIEGER, JR. (La. Bar Roll No. 6154)
JASON D. BONE (La. Bar Roll No. 28315)
CARSON W. STRICKLAND (La. Bar Roll No. 31336)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*ATTORNEYS FOR FOREST RIVER, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Jason D. Bone
JASON D. BONE