## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME,** the undersigned Notary, appeared on this the 28th day of July, 2009, William D. Scott, PE, CHMM, a person whose identity is known to me. After being sworn under oath, he stated as follows:

1.      My name is William D. Scott, PE, CHMM.  I am over 21 years of age and am competent to give this affidavit.  Unless otherwise noted, the facts contained in this affidavit are based on my personal knowledge.

2.      I am a registered professional Environmental Engineer in the states of Louisiana, Mississippi, and Missouri. I am the principal of the W. D. Scott Group, Inc., a professional environmental engineering and consulting firm that, for nearly thirty years, provides hazardous materials evaluation and consulting services to the public and private sectors.  These services include the management of hazardous and toxic materials and wastes, regulatory compliance programs, environmental technical direction for many hazardous/toxic materials release incidents at transportation and industrial incident sites, hazard evaluations, exposure controls, occupational safety and health, and technical and regulatory compliance training.  I have more than thirty years personal and direct experience in the above mentioned areas.  I have completed post-graduate courses and seminars in chemical toxicology, occupational and public environmental safety and health, chemical exposure assessment, indoor air quality, air contaminant sampling methodology, exposure recognition, and hazardous materials evaluation and control. Throughout this period, I have personally conducted and directed the use of field air sampling, laboratory report interpretation, and field investigative techniques to determine the source and origin of environmental contaminants.  Further information on my background and experience is contained in my resume as Attachment 1.

3.      **Background** - The objective of the following study is to quantitatively determine the airborne concentrations of Formaldehyde in one (1) Federal Emergency Management Agency (FEMA) temporary housing unit (THU).  The THU in question is identified as follows:

      A.      **THU Identity** - The THU is designated by the following information:

| | |
|---|---|
| Manufacturer: | Forest River, Inc. |
| Model: | Salem |
| Date of Manufacture: | 09/2005 |
| Vehicle Identification Number: | 4X4TSMH296C008992 |
| FEMA Identification Number: | 1277021 |
| THU Size (nominal): | 8' x 28' |

      B.      **Occupancy** - The THU was occupied by the Wright family during the period of March, 2006, through July, 2008.

      C.      **Configuration** - The THU is configured as three (3) rooms: Bedroom, Bathroom, and Kitchen/Living Room.  Photographs are contained in Attachment 2.  Floorplan drawings will be contained (when available) in an Attachment.

*Page 1 of 13*

AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

**D.** **Preliminary Site Visit** - The THU will be visually inspected by William D. Scott at the FEMA THU Storage Facility, 586 Schexnayder Lane, Melville, Louisiana 71353-5069, on or about August 3, 2009.  This Report will be supplemented based on the findings of the Initial Inspection and additional testing.

**E.** **THU Sampling Location –**

**1.** Initial Sampling Event (October 01/02, 2008) - The THU was located at 2315 Seminole Lane New Orleans LA 70125, at the time of the Initial Sampling Event and inspection.

**2.** Second Sampling Event (Date To Be Determined) - The THU is expected to be located at the FEMA THU Storage Facility, 586 Schexnayder Lane, Melville, Louisiana 71353-5069, at the time of the Second Sampling Event and inspection.

**4.** **FEMA Job Hazard Analysis** – A job hazard analysis (JHA) is a safety evaluation technique that focuses on work tasks as a means to identify physical, electrical, chemical, fire, or other hazards before they occur.  It evaluates the relationship between the worker, task, tools, and the work environment. It identifies uncontrolled hazards and requires procedures and precautions to eliminate hazards or to reduce risk to an acceptable level. The FEMA Job Hazard Analysis, dated 07/06, for the task of *Trailer In-Bound Inspection (new trailer),* under the activity of *Entering new trailers/mobile home* (sic), identifies the following parameters, in addition to trip/slip, repetitive motion, and lifting:

**A.** **Physical Hazard or Chemical** :  Formaldehyde off gassing from building materials including plywood, crush-board, urea formaldehyde foam, insulation (UFFI), etc.(new trailers)

**B.** **Potential Injury**:  Formaldehyde exposure, inhalation, Cancer

**C.** **Control Type**:  Ventilation, PPE-respiratory protection, Rotation

**D.** **Type of Training Required**:  Formaldehyde awareness in accordance with OSHA 1910.1048

**E.** **Frequency and/or duration of exposure**:  480 min/day

**F.** **Occupational Exposure Limit (if applicable)**:  OSHA PEL TWA 0.75 ppm, OSHA Action Level 0.5 ppm, ACGIH Ceiling 0.3 ppm

A copy of the FEMA Job Hazard Analysis is contained in Attachment 3.

LWFR-EXP 11-000002

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

5. **Formaldehyde** - Formaldehyde is a colorless, flammable, acrid, pungent-smelling gas. The chemical formula for formaldehyde is HCOH and its molecular weight is 30.03 grams per mole. Formaldehyde's CAS is 50-00-0.[1]

6. **Potential Formaldehyde Sources** - Hardwood plywood, particleboard, and medium-density fiberboard (MDF) release formaldehyde. Cabinets, countertops, shelving, doors, wall paneling, furniture, and floor underlayment are all potential formaldehyde sources. The origin of the formaldehyde vapor is urea formaldehyde (UF) adhesive. UF adhesive is used to bond veneers, wood particles, and wood fibers. Melamine formaldehyde adhesives are used to bond vinyl overlays and hardwood veneers to particleboard and hardwood plywood. During fabrication and curing of these materials, the majority of the formaldehyde becomes part of the adhesive matrix. A small amount of formaldehyde, however, attaches directly to the wood without reacting. This "free" formaldehyde can be later released when ambient conditions become favorable.

   THU manufacturers commonly use pressed wood products such as particleboard, plywood, and MDF as building materials and finishes. These materials may be used in sub-floors, walls, cabinetry and furniture. In addition, some formaldehyde-containing upholstery, fabrics, and carpeting are also used in the manufacture of THUs. Countertops, carpeting and the above-listed wood products are commonly installed using formaldehyde-based glues and adhesives.[2]

7. **Formaldehyde Exposure Standards** - The following formaldehyde exposure standards have been published by regulatory agencies, advisory agencies, and health and safety professional organizations.

   A. **Occupational Safety & Health Administration** (OSHA), US Department of Labor; Workplace Exposure Standard [3]

   Permissible Exposure Limit:
   Time-Weighted Average (TWA) (8-hours) - 0.75 parts per million (ppm)

   Short Term Exposure Limit (workplace allowable exposure for 15 minutes followed by 1.75 hours of no exposure) - 2 ppm

---

[1] Lewis, *Sax's Dangerous Properties of Industrial Materials Tenth Edition and Hawley's Condensed Chemical Dictionary Thirteenth Edition*, Wiley, Hoboken, NJ, 2000.

[2] USEPA, *Indoor Air Quality - Basic Information - Formaldehyde*, Washington DC, 2007
http://www.epa.gov/iaq/formalde.html

[3] USDOL, OSHA, *OSHA Formaldehyde Standards* ,Washington DC, 2008
http://wvvw.osha.gov/SLTC/formlaldehyde/standards.html

*Page 3 of 13*

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

**B.**     **American Conference of Governmental Industrial Hygienists** (ACGIH); Workplace Exposure Standard [4]

Threshold Limit Value - Short Term Exposure Limit (TLV-STEL) (workplace allowable exposure for 15 min. followed by 1.75 hrs. of no exposure) - 0.3 ppm

**C.**     **World Health Organization** (WHO), 2000, Air Quality Guidelines for Europe; General Public [5]

Air Quality Guideline Value (0.5 hour) - 0.08 ppm

**D.**     **Health Canada** (HC), Residential Indoor Air Quality Guidelines; General Public [6]

One (1) hour exposure limit - 0.1 ppm

Eight (8) hour exposure limit - 0.04 ppm

**E.**     **National Institute for Occupational Safety & Health** (NIOSH), Centers for Disease Control & Prevention (CDC), US Department of Health & Human Services; Workplace Exposure Standard [7]

Recommended Exposure Limits:

TWA up to 10 hour work day/40 hour work week - 0.016 ppm

Ceiling (never exceed) - 0.1 ppm

Immediately Dangerous to Life and Health (IDLH) - 20 ppm

---

[4] ACGIH, *Documentation of Threshold Limit Values and Biological Exposure Indices*, 2001

[5] World Health Organization, *Air Quality Guidelines for Europe - Formaldehyde*, Copenhagen, DE, 2001   http://www.euro.who.int/document/aiq/5_8formaldehyde.pdf

[6] Health Canada, *Residential Indoor Air Quality Guideline - Formaldehyde* , 2006 http://www.hc-sc.gc.calewh-selnt/alt forn1ats/hecs-sesc/pdf/pubs/air/formaldehyde-eng.pdf

[7] NIOSH, *NIOSH Pocket Guide to Chemical Hazards*, 2005 http://www.cdc.gov/niosh/npg/npgd0293.html

LWFR-EXP 11-000004

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

F.   **Agency for Toxic Substances and Disease Registry** (ATSDR), Centers for Disease Control & Prevention (CDC), US Department of Health & Human Services; General Public [8]

Minimal Risk Levels (MRL)

Acute MRL (exposure < 14 days) - 0.04 ppm

Intermediate Duration MRL (exposure 14 days to 365 days) - 0.03 ppm

Chronic duration MRL (exposure > 1 year) - 0.008 ppm

G.   **California Environmental Protection Agency** (CEPA), Office of Environmental Health Hazard Assessment; General Public [9]

As low as possible (assuming concentrations < background not achieved), or:

Recommended exposure limits (REL)

Acute REL (1 hour) - 0.076 ppm

Intermediate REL (8 hour) - 0.027 ppm

Chronic REL - 0.0024 ppm

In evaluating the exposure standards presented above, it is important to understand that a *Workplace Exposure Standard* is, as the name implies, based on the contaminant concentration in air for which it is believed that nearly all workers may be repeatedly exposed, day after day, without adverse effect, based on a conventional 8-hour workday and a 40-hour work week, without adverse effect. The population used to establish workplace exposure standards consists of adults, generally males, in relatively good health.

*General Public Exposure Standards* are significantly lower than *Workplace Exposure Standards* for two predominant reasons: 1) the General Public contains many subsets of sensitive individuals (the elderly, the very young, immuno-compromised individuals, individuals with respiratory disease, etc.) that are excluded from the workplace model and 2) the General Public will have an exposure duration that far exceeds the "8-hour workday and 40-hour work week" exposure basis of workplace standards.

For these reasons, the OSHA, NIOSH, and ACGIH formaldehyde workplace exposure standards cannot be competently applied as guidance when evaluating the General Public's exposures.

---

[8] ATSDR, *Minimal Risk Levels (MRLs) for Hazardous Substances,* 2007
http://www.atsdr.cdc.gov/mrls/index.html

[9] California EPA, ARB, *Indoor Air Quality Guideline - Formaldehyde in the Home,* 2004
http://www.arb.ca.gov/researchiindoor/formaldgl08-04.pdf

*Page 5 of 13*

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

8.    **Formaldehyde Sample Collection Media –**

    A.    **Passive Sampler -** The passive sample collection media (diffusive sampler) used and/or expected to be used in the formaldehyde sampling of the THU was the AT Laboratories Model 571 Aldehyde Sampler, manufactured by AT Laboratories, 1252 Quarry Lane, Pleasanton, CA 94566. Formaldehyde is collected on a glass fiber filter treated with 2,4-dinitrophenylhydrazine (2,4 DNPH) and phosphoric acid. When the diffusive sampler is exposed in a formaldehyde containing environment there is a concentration gradient between the ambient air and sampler interior air. This gradient is the force that drives the contaminant molecules to migrate into the diffusive sampler. The direct chemical reactions between formaldehyde and 2,4 DNPH take place in the sampler, insuring there is virtually no free formaldehyde vapor molecules in the air inside. Thus, the full concentration gradient is maintained during exposure. In the laboratory, the sample filter is extracted with acetonitrile and analyzed by HPLC using a UV detector.

        Opening its integral cover to expose the collection media to the atmosphere to be sampled actuates the diffusive sampler. At the completion of sampling, the cover is closed, ending exposure to the atmosphere. The sampler is returned to its shipping envelope, sealed, the envelope then placed in a sample bag and sealed, placed on ice in an insulated cooler, and sent to the laboratory for analysis.

        The availability of diffusive samplers for formaldehyde is plentiful and inexpensive. Two sources of the diffusive samplers for formaldehyde, both with American Industrial Hygiene Association (AIHA) accredited laboratories, and associated costs are noted below:

        1.    AT Laboratories quotes the following costs for the Model 571 Aldehyde Sampler, in quantity:

            a.    5,000 Samplers and Analyses per year: $31.80 each.

            b.    7,000 Samplers and Analyses per year: $29.60 each.

        2.    Advanced Chemical Sensors, Inc. quotes the following costs for the ACS Formaldehyde Vapor Monitor (Cat. No. F-50), in quantity: 500 Monitors and Analyses: $29.90 each.

        The quotations and AIHA accreditations for each manufacturer/laboratory are contained in Attachment 4. Specimen samples of each device are included in the Reliance Materials that accompany this document.

    B.    **Active Sampler -** The active sample collection media to be used in the formaldehyde sampling of the Wright THU is the SKC, Inc. 226-119 Sorbent Tube, manufactured by SKC, Inc., 863 Valley View Road, Eighty Four, PA 15330. The sorbent tube is made of glass and contains silica gel doped with 2,4-dinitrophenylhydrazine (2,4 DNPH). A sample is collected by opening the glass tube, connecting it to a sample pump, and drawing air through the tube with the pump. The Sorbent Tube is prepared for sampling

*Page 6 of 13*

LWFR-EXP 11-000006

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

by removing both fused ends of the tube using a tube scorer/breaker or wire cutters and inserting the opened tube into the sample train inlet hose. The atmosphere to be sampled is introduced, through the tube, by the motive force of the sample pump. Formaldehyde in the sampled atmosphere is collected in the 2,4 DNPH treated silica gel matrix. The tube is then sealed with push-on caps, further sealed with laboratory film, and sent to the laboratory for analysis.

9.  **Formaldehyde Sampling Methodology** - The formaldehyde sampling method employed in the Initial Sampling Event to determine the concentration in the Wright THU was Passive Sampling. The formaldehyde sampling methods that will be used for the Second Sampling Event to determine the formaldehyde concentrations in the Wright THU are described below. The sampling methods employed comply with *Formaldehyde Sampling: Active and Passive Sampling Protocols* [10] (Sampling Protocol).

   A.  **Passive Sampling** -

   Passive Dosimetry employs the Assay Technology, Inc., ChemDisk 571 Aldehyde Monitors (Monitor). Passive dosimetry sampling is conducted in accordance with the manufacturer's requirements. The Monitor is placed in the Bedroom at approximately 28" above floor level to simulate the breathing zone of a recumbent person occupying the bed. The Monitor is exposed to the environment for approximately twenty-four hours.

   At the completion of the sampling period, the Monitor is recovered, closed, placed in the shipping envelope and sealed. The shipping envelope is then placed in a sample bag, sealed, placed on ice in an insulated cooler, and shipped via overnight delivery to the Laboratory for analysis. Field data collection records for the Sampling Event are maintained.

   B.  **Active Sampling** -

   *NIOSH Method 2016* [11] (Method) specifies the collection media, sampling procedure, and analysis requirements for active formaldehyde sampling. Active sampling is conducted by the use of a battery operated personal sampling pump connected with flexible tubing to an SKC 226-119 sorbent tube (Sample Tube). The sample train is calibrated prior to and following the Sampling Event using a mini-Buck Calibrator. The sample train is placed in the Bedroom with the sample tube inlet at a height of approximated 28" above floor level to simulate the breathing zone of a recumbent bed occupant. The sampling duration is approximately thirty minutes. Based on the calibrated sample train flow rate and duration, the sample volume is determined.

   At the completion of the sampling period, the Sample Tube is recovered, sealed, placed in a sample bag, placed on ice, and shipped via overnight delivery to the Laboratory for analysis. Field data collection records for the Sampling Event are maintained.

---

[10] *Formaldehyde Sampling: Active and Passive Sampling Protocols*, DeVany, 2008

[11] NIOSH, *Method 2016 (Formaldehyde), Issue 2, NIOSH Manual of Analytical Methods (NMAM), Fourth Edition*, 2003, http://www.cdc.gov/Niosh/nmam/pdfs/2016.pdf

LWFR-EXP 11-000007

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

C.      **Interferences -**

Interferences are environmental conditions that may present confounding factors in the sampling and/or interpretation of laboratory results. Potential Interferences are/will be noted in field data collection records for the Sampling Event.

10.    **Sampling Events**

A.      **Initial Sampling Event** (October 01/02, 2008) -

Passive Formaldehyde Sampling - Passive Dosimetry was employed, using an Assay Technology, Inc, ChemDisk 571 Aldehyde Monitor (Monitor). Sampling was conducted by Ms. Lisa Diamond, Project Manager, W. D. Scott Group, Inc. The Monitor was placed in the Master Bedroom near the Night Stand at a height of 27" above floor level to simulate the breathing zone of a recumbent person occupying the bed. The Monitor was exposed to the environment for approximately twenty-three and ¼ hours. At the completion of the sampling period, the Monitor was recovered, placed on ice, and shipped via overnight delivery to the Laboratory for analysis.

Field data collection records, laboratory reports, and chain of custody documents for the Initial Sampling Event are contained in Attachment 2.

B.      **Second Sampling Event** (Date To Be Determined) –

Both Passive and Active formaldehyde Sampling for formaldehyde concentrations will be performed. This Report will be supplemented based on the findings of the Initial Inspection and additional testing.

1.      **Passive Formaldehyde Sampling –**

Passive Dosimetry will be employed. This Report will be supplemented based on the findings of this additional testing.

2.      **Active Formaldehyde Sampling –**

Active Sampling will be employed. This Report will be supplemented based on the findings of this additional testing.

3.      **Interferences -**

Potential Interferences will be noted in field data collection records for the Sampling Event.

Field data collection records, laboratory reports, and chain of custody documents for the Second Sampling Event will be supplied as an attachment to the supplemental report.

*Page 8 of 13*

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

11.  **Formaldehyde Laboratory Analysis**

A.  All samples were or will be analyzed in accordance with *NIOSH Method 2016 (Formaldehyde)*, Issue 2, 15 March 2003 (Method).  The Method employs High Performance Liquid Chromatography with Ultraviolet Detection (HPLC UV) as the analysis method.

B.  The First Sampling Event sample was analyzed by Assay Technology, 1252 Quarry Lane, Pleasanton, California, 94566.  Assay Technology is an American Industrial Hygiene Association (AIHA) Industrial Hygiene accredited laboratory, number 101728.

C.  All Second Sampling Event formaldehyde samples will be analyzed by AT Labs, a Unit of Assay Technology, 250 DeBartolo Place, Suite 2525, Youngstown, OH  44512.  AT Labs is an American Industrial Hygiene Association (AIHA) Industrial Hygiene accredited laboratory, number 100903.

12.  **Formaldehyde Results** - The following, summarized formaldehyde results for both Sampling Events will be presented.

A.  **Initial Sampling Event** (October 01/02, 2008) –

| Sample # | Sample Location | Monitor Result HCOH (ppm) |
|---|---|---|
| GD 3169 | MBR @ Night Stand | 0.048 |

Laboratory reports and chain of custody documents for the Initial Sampling Event are contained in Attachment 2.

B.  **Second Sampling Event** (Date To Be Determined) –

Data received will be reported. This Report will be supplemented based on the findings of the Second Sampling Event additional testing.

13.  **Formaldehyde Conclusions** -

A.  **Initial Sampling Event** (October 01/02, 2008) -

The Passive Dosimetry result was a formaldehyde concentration in air of 0.048 parts per million (ppm).  The average ambient outdoor temperature for the duration of the sampling event was approximately 59° F.  The average THU interior temperature was approximately 72° F.  The average THU interior relative humidity was 46.6 %.

B.  **Second Sampling Event** (Date To Be Determined) -

Data received will be evaluated.  This Report will be supplemented based on the findings of the Second Sampling Event additional testing.

*Page 9 of 13*

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

**C.**     **Formaldehyde Concentration Variance Over Time -**

The off gassing rates of formaldehyde containing building materials over time have been well documented.  The rate at which formaldehyde emission levels decrease is not constant, but decreases with time. Generally, formaldehyde emission levels decrease linearly with respect to the natural log of time.  In simple terms, the rate of off gassing of formaldehyde containing building materials decreases over time.

The Initial Sampling Event occurred approximately 36 months after the THU was constructed (09/05). Therefore, the formaldehyde concentrations measured in the THU occurred well after the initial peak formaldehyde off gassing period.  This implies that the actual peak and average formaldehyde concentrations experienced by the THU's occupants significantly exceeded the concentrations observed in the Sampling Event.

The Second Sampling Event will occur approximately 47 months after the THU was constructed (09/05). Therefore, the formaldehyde concentrations measured in the THU occurred well after the initial peak formaldehyde off gassing period.  This implies that the actual peak and average formaldehyde concentrations experienced by the THU's occupants significantly exceeded the concentrations observed in the Sampling Event. Data received will be evaluated in this context.

The same conclusion was reached by the US Centers for Disease Control and Prevention (CDC) regarding their study of formaldehyde concentrations of 519 FEMA- supplied occupied travel trailers, park models, and mobile homes conducted in December/January, 2008:  *These measured levels probably under-represent occupant exposures in the early months of occupation and even the average exposure over time the trailers were occupied because formaldehyde levels tend to be higher in newly constructed trailers and during warm weather.* [12]

**D.**     **Temperature Effects -**

The fact that formaldehyde off gassing rates from materials (and resulting formaldehyde concentrations in air in enclosed spaces) vary directly with both temperature and relative humidity is well documented.

ASTM Standard E 1333 – 96 [13] shows that the effect of temperature on measured formaldehyde concentration is characterized by the expression:

$$C_o = C \cdot e^{\,R\,(1/T\,-\,1/T_o)}$$

---

[12] CDC, *Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes; Conclusions;* 2008, http://www.cdc.gov/nceh/ehhe/trailerstudy/residents.htm

[13] ASTM, *Standard E1333-96 (2002) Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber*, West Conshohocken, PA, 2002

*Page 10 of 13*

LWFR-EXP 11-000010

AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

Where:

$C$ = test formaldehyde concentration in air
$C_o$ = corrected formaldehyde concentration in air
$e$ = exponential function
$R$ = coefficient of temperature (9799)
$T$ = actual temperature K
$T_o$ = corrected temperature, K

This Report will be supplemented based on the findings of the Second Sampling Event additional testing.

**E.    Ventilation -**

This Report will be supplemented based on the findings of the Second Sampling Event additional testing.

**F.    Comparison of Wright Trailer Sampling Results With Published Standards**

Data received will be compared with published standards. This Report will be supplemented based on the findings of the Second Sampling Event additional testing.

**G.    Comparison of Wright Trailer Sampling Results With CDC Results [15] -**

This Report will be supplemented based on the findings of the Second Sampling Event additional testing.

**14.   Fungal Organism Sampling and Analysis -** As part of the Second Sampling Event, sampling for the presence of fungal organisms will occur. This activity is discussed below. This Report will be supplemented based on the findings of the Second Sampling Event additional testing.

**A.    Fungal Sampling Methodology -** The fungal sampling methods to be employed in determining the mold concentrations in the Wright THU are described below. The sampling methods will comply with the *AIHA Field Guide for Determination of Biological Contaminants* [14] (Fungal Sampling Protocol).

**1.    Culturable Air Sampling**

Culturable Air Samples will be collected using a multiple hole impactor ("Andersen") single stage sampler equipped with agar filled petri dishes. Several formulations of agar may be used. For each sample, an agar filled petri dish will be opened, loaded into the sampler receptacle, and the sampler assembled. A sample will be collected by connecting the sampler to a sample pump, and drawing the target atmosphere, at a calibrated rate, through the sampler with the pump. Fungal organisms in the target atmosphere are deposited (impacted) on the

---

[14]  AIHA, *AIHA Field Guide for Determination of Biological Contaminants, Second Edition, 2005*

LWFR-EXP 11-000011

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

agar surface. At the completion of the sample time (typically 3 to 5 minutes), the sampler is opened, the petri dish removed, and the petri dish cover installed and sealed. The petri dish is further sealed with laboratory film, and sent to the laboratory, via overnight delivery, for analysis.

2.  **Culturable Surface Sampling**

Culturable Surface Samples will be collected using EmLab P&K Liquid Swabs (swabs), supplied with shipping tube containing Butterfield Buffer solution. This media meets USP 797 and IESO standards for sampling. A sample is collected by using the swab to contact and sweep a 50 $cm^2$ surface area using calibrated, disposable templates. The swab is the returned to its shipping tube, sealed, placed on ice, and sent to the laboratory, via overnight delivery, for analysis.

B.  **Fungal Organism Laboratory Analysis -** All culturable fungal samples will be analyzed by microscopy to determine:

1.  Culturable Air Samples - The sample is incubated for a designated amount of time at a specified temperature. Analysis includes identification to species of all fungi present and quantification to colony forming units per cubic meter of air (cfu/m3).

2.  Culturable Surface Samples - Multiple dilutions of the sample are prepared and plated onto a broad-spectrum fungal media (MEA) and incubated for a designated amount of time at a specified temperature. Analysis includes identification to species for all fungal colonies. Quantification is reported as colony forming units per unit of surface area (cfu/unit).

3.  All fungal samples will be analyzed by EMLab P&K, 1501 West Knudsen Drive, Phoenix, AZ 85027. EMLab P&K is an American Industrial Hygiene Association (AIHA) Industrial Hygiene accredited environmental biology laboratory, number 102856.

C.  **Fungal Organism Conclusions -** Based on the results obtained through fungal sampling and analyses, the results will be discussed in terms of the fungi detected, the relative concentrations of fungal species, and other pertinent information.

---

[15] CDC, *Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes*; *Conclusions*; 2008, http://www.cdc.gov/nceh/ehhe/trailerstudy/residents.htm

---

LWFR-EXP 11-000012

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

I reserve the right to submit further affidavits if so deemed necessary.

FURTHER AFFIANT SAYETH NOT.

Thus, signed and sworn on this 28th day of July, 2009

_____
William D. Scott, PE, CHMM
1117 Wright Avenue
Gretna, Louisiana  70056

_____
Notary Public Signature

_____
Notary Public Name

_____
Notary Number

_____
Commission Expires

*Page 13 of 13*

**<u>Attachment 1</u>**

**William D. Scott, PE, CHMM, Resume**

LWFR-EXP 11-000014

# RESUME
# WILLIAM D. SCOTT

**W. D. Scott Group, Inc.**
**1117 Wright Avenue**
**Gretna, Louisiana 70056**

## EDUCATION

Bachelor of Science, Ceramic Engineering; 1974; Missouri School of Mines and Metallurgy, Rolla, MO

MPH Program, Tulane University, School of Environmental Health and Tropical Medicine, New Orleans, LA; completed significant portion of required coursework toward degree program.

## PROFESSIONAL LICENSES/REGISTRATIONS

Certified Hazardous Materials Manager (Master Level), 1984
Designated Engineering Duty Officer, U.S. Navy Sea Systems Command, 1985
Registered Professional Engineer, Florida, 1989 (Inactive)
Registered Professional Engineer (Environmental), Louisiana 1994
Registered Professional Engineer (Mechanical), Louisiana, 1984
Registered Professional Engineer, Mississippi, 1984
Registered Professional Engineer, Missouri, 1984
Registered Environmental Assessor, California, 1990 (Inactive)
Registered Asbestos Consultant, Florida, 1990 (Inactive)
AHERA Accredited Asbestos Instructor, USEPA/Louisiana, 1987
AHERA Accredited Asbestos Inspector, USEPA/Louisiana, 1987 (Inactive)
AHERA Accredited Asbestos Management Planner, USEPA/Louisiana, 1987
AHERA Accredited Asbestos Project Supervisor, USEPA/Louisiana, 1987 (Inactive)
AHERA Accredited Asbestos Designer, USEPA/Louisiana, 1987

## PROFESSIONAL ASSOCIATIONS

American Consulting Engineers Council, Louisiana Chapter
    Environmental Committee Chairman
Environmental Information Association (formerly the National Asbestos Council)
    National President - 1991
    Chairman, Industrial Committee - 1992 to 1993
    Chairman, Sampling and Analytical Committee - 1987 to 1990
Institute of Certified Hazardous Materials Managers
Louisiana Chapter, Certified Hazardous Materials Managers
Louisiana Consulting Engineers Council
Louisiana Engineering Society
Louisiana Emergency Preparedness Association

LWFR-EXP 11-000015

# RESUME
# WILLIAM D. SCOTT

## PROFESSIONAL EXPERIENCE

### 1987 to present; W. D. Scott Group, Inc.; President and Senior Project Manager

The W. D. Scott Group is actively involved in all facets of hazardous/toxic materials management including site evaluations, emergency planning, permitting, remediation design, project management, and industrial hygiene. The areas of expertise of the firm include asbestos management; underground storage tanks; bulk liquid storage and transfer facilities; chemical emergency response support; commercial and industrial hazardous/toxic waste sites; hazardous/toxic soils and groundwater investigations; air pollution quantification and controls; risk based assessments; litigation support, commercial and industrial health and safety; and all phases of regulatory agency interface. Specific regulatory areas within the Firm's scope of work include CERCLA, SARA Title III, RCRA, CAA, CWA, TOSCA, FIFRA, and portions of OSHA dealing with construction, hazardous materials, and process safety management. The Asbestos Division of the Scott Group has conducted several hundred asbestos projects including surveys; project design and specification; construction management; air monitoring and QA/QC and cost estimates.

### 1990 to 1993; Materials Management Group, Inc.; President, Partner, Senior Project Manager, Incident Commander

The Materials Management Group (MMG) was a full service environmental remediation company, with a particular emphasis on Chemical Emergency Response, the management and handling of high risk materials, and post-disaster cleanup. Customers included the petrochemical and oil refining industries, and the marine, rail, highway, and aviation transportation industries. In addition to field services, MMG provided, through its professional staff, emergency planning, training, exercise planning and execution, industrial hygiene, remediation project design, and contaminant dispersion modeling services. MMG's primary area of operations was the U.S. Gulf Coast, although the company provided services in the Far East, Europe, and various locations in North America.

### 1980 to 1987; Lanier and Associates, Consulting Engineers, Inc.; Vice-President, Partner, and Project Manager

Formed and headed the Environmental Management Division within this established engineering firm. The firm was actively involved in all facets of hazardous/toxic materials management including site evaluations, permitting, remediation design, project management, and industrial hygiene. The specific areas of expertise of the firm include underground storage tanks, bulk liquid storage and transfer facilities, commercial and industrial hazardous/toxic waste sites, hazardous/toxic soils and groundwater investigations, air pollution quantification and controls, commercial and industrial health and safety, and all phases of regulatory agency interface. Specific regulatory areas within the firms scope of work include CERCLA, SARA Title III, RCRA, CAA, CWA, TOSCA, Article 404 Wetlands, and portions of OSHA dealing with construction and hazardous materials. In responsible charge of projects including: design and permitting of oil refinery retrofit to hazardous waste recycling unit; design and permitting of ship/barge cleaning and gas freeing facility for hazardous waste and recycle; design and project management of coastal and marshland waterflood system; design and project management for sour gas production platforms; design, permitting, and project management for liquid hazardous material bulk storage and transfer facilities; design, permitting, and project management for hazardous and toxic waste remediation sites.

# RESUME
## WILLIAM D. SCOTT

**1979 to 1980; Paktank Louisiana Inc.; Resident Project Manager**

Project management for the retrofit and expansion of an existing bulk petroleum marine storage facility to liquid chemical storage and transfer. The facility included spec chemical storage for materials in quantities of 5,000 to 1,000,000 barrels per tank. Liquid chemicals stored included toxics, carcinogens, flammables, explosives, pesticides, and cryogens. Design and construction management for storage, pipelines, and pumping stations, ship and barge docks, truck racks, pumping and purging systems, pollution control, fire management, OSHA compliance, and necessary supporting systems. Development and training of in-house fire and chemical emergency response capability.

**1978 to 1979; Goodhope Refining Inc.; Construction Superintendent**

Direct field construction and project management for the expansion of a 100,000 mmbd refinery to 200,000+ mmbd. Responsibilities included translating process flow diagrams into workable piping and equipment systems, management of 500 person contract construction workforce, acceptance testing, safety and fire management. Major construction areas included the installation of a new FCCU, platformer reformer unit, ship and barge docks and loading facilities, product storage, and pollution control systems. Collateral duty as Emergency Coordinator for plant fire and emergency.

**1977 to 1978; AMAX Nickel Refinery, Inc.; Area Supervisor**

Supervisory responsibility for eight first line supervisors and 38 hourly employees. Responsible for production throughout and quality for major unit of 80MM pound/year nickel and cobalt refining process. Evaluation and prioritization of maintenance requirements for area and acceptance testing of capital additions. Coordination of production scheduling to meet maintenance requirements. Shift and volunteer fire and rescue brigade supervisor.

**1976 to 1977; Interpace Corporation; Calcine Superintendent**

Cost, production and maintenance responsibility for a 200,000 ton (annualized) calcined kaolin production facility, and 30,000 ton air-floated kaolin bulk and packaging facility. Supervisory responsibility for 15 maintenance, 45 production, and 10 salaried personnel, including one geologist and one staff engineer. Supervisor for California Division of Forestry required forest/range fire fighting company. Instituted facility preventative maintenance and engineering group for this facility and others in this area. Liaison with export trading companies and product sales personnel. Responsibility for mine control, process performance, and finished product quality.

**1975 to 1976; Interpace Corporation; Area Process Engineer**

Primary responsibility for initiation of energy reduction programs for a complex of five mines and four mineral process plants. Staff environmental and safety advisor to plant/mine management. Radiological controls officer. Instituted of revised quality control procedures; correlated mine control data with finished product quality. Collateral responsibilities as Superintendent of Reclaim Mining Operations and Acting Manager of flotation silica sand plant.

LWFR-EXP 11-000017

# RESUME
# WILLIAM D. SCOTT

## MILITARY EXPERIENCE

**1974 to 1992; U.S. Naval Reserve; Engineering Duty Officer**

Commanding Officer (1991-92) of an Intermediate Ship Repair Unit during Desert Shield/Desert Storm. Detachment capabilities include propulsion, weapons, and hull maintenance and repair, with QA/QC capability. Military Advisor to USCG Captain of the Port, New Orleans (1989-91). Previously assigned (1982-89) as Operations Officer for SBU-22, a coastal/inshore Special Warfare unit; with significant Unit deployments to Africa, South and Central America, the Middle East, and Asia. Qualified Special Warfare Combat Craft Patrol Officer. Prior assignments include Repair Officer for Intermediate Ship Repair Unit, and Quality Control Officer for the U.S. Navy Supervisor of Shipbuilding, New Orleans.

**1965 to 1972; U.S. Navy; Nuclear Reactor Operator**

Qualified in Submarines; Qualified Reactor Operator, Maneuvering Area Shutdown Watch and Engineering Watch Supervisor on afloat and prototype submarine nuclear propulsion plants. Engineering Damage Control Supervisor and Radiological Controls Team Member. Prototype Instructor 8/68 to 6/70, training operator and watch officer candidates. Experience includes core physics testing and two reactor refuelings.

## PUBLICATIONS/PRESENTATIONS

Contributing author to the *Sourcebook on Asbestos Diseases* (Garland Publishing, Inc., New York, NY, March, 1989; 1991; and 1995 editions)

Co-authored *Assessing Asbestos Exposure Potential in Nonindustrial Settings* (Journal of Community Health, Summer/Fall, 1987); E. Chang, W. Scott, L. White

*Heavy Industry: Stepchild of Asbestos Management*, (Asbestos Abatement News, April, 1990)

*Instant Experts* (Asbestos Issues, February, 1989)

*Asbestos Management Implementation: The Practical Aspects*; National Asbestos Council Annual Conference; Atlanta, GA; February, 1988

*Asbestos Abatement Projects: Saving the Ones That Go Bad*; National Asbestos Council Annual Conference, Anaheim, CA; March, 1989

*Chemical Emergency Response: Building the Foundation*; Invited Speaker, Pro-Eco '93, Monterrey, Mexico; May, 1993

*When Disaster Strikes - Catastrophic Chemical Emergency Response and Remediation*; Invited Speaker; Academy of Certified Hazardous Materials Managers Annual Conference, New Orleans; August, 1996

*Air Monitoring for Marine Chemical Release Emergencies;* Invited Speaker, USCG Captain of the Port; New Orleans; June, 2000

LWFR-EXP 11-000018

# RESUME
## WILLIAM D. SCOTT

*Air Monitoring for Marine Chemical Release Emergencies;* Invited Speaker, USCG Captain of the Port; New Orleans; August, 2001

*Mold Issues in Gulf Coast Construction; Causes and Cures*; Invited Speaker, Home Builders Association Gulf Coast Region Conference; New Orleans, LA; October, 2003

*Mold in Gulf Coast Construction; Causes and Cures*; Invited Speaker, American Institute of Architects and Society of Interior Designers Conference; New Orleans, LA; October, 2003

*Remediation of the Jefferson Parish Fire Training Center: A Decade of Challenges;* Invited Speaker, USEPA Region VI MS4 Conference; New Orleans, LA; July, 2004

*After the Storm: Cleaning Up After Katrin*a; Invited Speaker, National Environmental Partnership Summit, New Orleans, LA; May, 2007

LWFR-EXP 11-000019

## William D. Scott
### Participation in Legal Proceedings
**as of 11/05/2008**

| | |
|---|---|
| Case Title: | Riverside Market Development Corporation versus National Gypsum Co. |
| Venue: | U.S. District Court, Eastern District of Louisiana |
| Year: | 1987 |
| Retained by: | Stone, Pigman, Walther, Wittman & Hutchinson (Paul Zimmering) |
| Case Type: | Asbestos Cost Recovery, Product Liability |
| Services Provided: | Technical Support, Deposition Testimony |
| Internal File No.: | 471 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | State of Louisiana ex. Re. Board of Commissioners of the Port of New Orleans versus W.R. Grace & Co.-Conn. and U.S. Mineral Products Co. |
| Venue: | U.S. District Court, Eastern District of Louisiana |
| Year: | 1990 |
| Retained by: | Lewis & Kullman (Lawrence Kullman) |
| Case Type: | Asbestos Cost Recovery, Product Liability |
| Services Provided: | Technical Support, Deposition Testimony |
| Internal File No.: | 521 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Brevard County versus W. R. Grace & Company |
| Venue: | U.S. District Court of Florida, Orlando Division |
| Year: | 1991 |
| Retained by: | Barham & Markle (Edward D. Markle) |
| Case Type: | Asbestos Cost Recovery, Product Liability |
| Services Provided: | Technical Support |
| Internal File No.: | 819 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Gracie S. Atkins, et al, versus Harcros Chemicals, Inc., et al |
| Venue: | Civil District Court, Parish of Orleans, State of Louisiana |
| Year: | 1991 |
| Retained by: | Kean, Miller, Hawthorne, D'Armond, McCowan & Jarmon (Neil Sweeney) |
| Case Type: | Chemical Real Property Damage, Personal Injury Class Action |
| Services Provided: | Technical Support, Deposition Testimony |
| Internal File No.: | 951 |
| Status: | Closed |

LWFR-EXP 11-000020

## William D. Scott
## Participation in Legal Proceedings
### as of 11/05/2008

Case Title:         Southern Pacific Transport Co. versus Builders Transport
Venue:              U.S. District Court, Eastern District of Louisiana
Year:               1993
Retained by:        Barham & Markle (Edward D. Markle)
Case Type:          Chemical Personal Injury
Services Provided:  Technical Support, Trial Testimony
Internal File No.:  843
Status:             Closed


Case Title:         Jefferson Parish Hospital Service District No. 2, Parish of Jefferson, State
                    of Louisiana, d/b/a East Jefferson General Hospital versus W. R. Grace &
                    Company and W. R. Grace& Company- Conn.
Venue:              U.S. District Court, Eastern District of Louisiana
Year:               1993
Retained by:        Lewis & Kullman (Lawrence Kullman)
Case Type:          Asbestos Cost Recovery, Product Liability
Services Provided:  Technical Support
Internal File No.:  1136
Status:             Closed


Case Title:         Stranco, Inc. versus Heartland Express, Inc. of Iowa
Venue:              22nd Judicial District Court, Parish of St. Tammany, State of Louisiana
Year:               1993
Retained by:        Crawford & Lewis (Kirk Patrick)
Case Type:          Hazardous Materials Cleanup Billing
Services Provided:  Technical Support, Trial Testimony
Internal File No.:  493
Status:             Closed


Case Title:         Douglas Abadie, et al, versus Metropolitan Life Insurance Company, et al
Venue:              24th Judicial District Court, Parish of Jefferson, State of Louisiana
Year:               1995
Retained by:        Jones, Walker, Waechter, Poitevent, Carrere & Denegre (Stan Denegre)
Case Type:          Asbestos Personal Injury, Product Liability
Services Provided:  Technical Support
Internal File No.:  1864
Status:             Closed

LWFR-EXP 11-000021

## William D. Scott
## Participation in Legal Proceedings
### as of 11/05/2008

Case Title:          Cheryl A. Bone versus Harcros Chemicals, Inc., et al
Venue:               Civil District Court, Parish of Orleans, State of Louisiana
Year:                1996
Retained by:         Keen, Miller, Hawthorne, D'Armond, McCowan & Jarmon (Neil Sweeney)
Case Type:           Chemical Real Property Damage, Personal Injury Class Action
Services Provided:   Technical Support
Internal File No.:   1552
Status:              Closed


Case Title:          Debra Zackowski, et al, versus State of Louisiana
Venue:               Civil District Court, Parish of Orleans, State of Louisiana
Year:                1999
Retained by:         Markle,. Daly & Martinez (Edward D. Markle)
Case Type:           Product Liability, Personal Injury
Services Provided:   Technical Support
Internal File No.:   531
Status:              Closed


Case Title:          Nelson E. Davis, et al, versus Avondale Industries, Inc. et al
Venue:               U.S. District Court, Eastern District of Louisiana
Year:                2000
Retained by:         Jones, Walker, Waechter, Poitevent, Carrere & Denegre (Leon Gary)
Case Type:           Asbestos Personal Injury
Services Provided:   Technical Support, Expert Report
Internal File No.:   538
Status:              Closed


Case Title:          Gwendolyn Johnson versus FDL, Inc.
Venue:               U.S. District Court, Eastern District of Louisiana
Year:                2001
Retained by:         Markle & Associates (Edward D. Markle)
Case Type:           Product Liability, Personal Injury
Services Provided:   Technical Support
Internal File No.:   2300
Status:              Closed

LWFR-EXP 11-000022

## William D. Scott
### Participation in Legal Proceedings
#### as of 11/05/2008

| | |
|---|---|
| Case Title: | James Presly, et al, versus Air Products and Chemicals, Inc. |
| Venue: | Circuit Court, Santa Rosa County, Florida, No. 99-528-CA |
| Year: | 2001 |
| Retained by: | Frank J. D'Amico, Jr. Law Firm (Frank D'Amico, Jr.) |
| Case Type: | Chemical Real Property Damage and Personal Injury Class Action |
| Services Provided: | Technical Support, Expert Reports, Deposition Testimony, Judicial Hearing  Testimony |
| Internal File No.: | 534 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Premier Restaurants, Inc. versus Joseph Simone and Rose Simone |
| Venue: | 24th Judicial District Court, Jefferson Parish, Louisiana No. 541-195 |
| Year: | 2002 |
| Retained by: | Newman, Mathis, Brady, Wakefield & Spedale (Bob Mathis) |
| Case Type: | Real Estate Environmental Contamination |
| Services Provided: | Technical Support, Deposition Testimony |
| Internal File No.: | 1901 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Daniel Benedetto versus The Oatey Co. and Cherne Industries, Inc. |
| Venue: | 24th Judicial District Court, Jefferson Parish, Louisiana |
| Year: | 2002 |
| Retained by: | Markle & Associates (Edward D. Markle) |
| Case Type: | Product Liability, Personal Injury |
| Services Provided: | Technical Support, Affidavit |
| Internal File No.: | 542 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Sherry Waters, et al versus U.S. Department of Social Services, et al |
| Venue: | Civil District Court, Parish of Orleans, State of Louisiana |
| Year: | 2002 |
| Retained by: | Duplass, Zwain, Bourgeois & Morton (Joe Morton) |
| Case Type: | Mold and Asbestos Personal Injury Class Action |
| Services Provided: | Technical Support, Deposition Testimony, Judicial Hearing Testimony |
| Internal File No.: | 2291 |
| Status: | Closed |

LWFR-EXP 11-000023

## William D. Scott
## Participation in Legal Proceedings
### as of 11/05/2008

| | |
|---|---|
| Case Title: | Brenda C. Redden and Lettie Marinovich versus the Parish of Plaquemines, the Plaquemines Parish Council, and ABC Insurance Company |
| Venue: | 25th Judicial District Court, Parish of Plaquemines, State of Louisiana, No. 48-380 |
| Year: | 2002 |
| Retained by: | Plaquemines Parish Attorney's Office |
| Case Type: | Mold Personal Injury |
| Services Provided: | Technical Support |
| Internal File No.: | 2284 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | L. & P. Sowa versus Cox Communications, et al. |
| Venue: | Civil District Court, Division D, Parish of Orleans, State of Louisiana |
| Year: | 2002 |
| Retained by: | Hulse & Wanek (Joseph Gallagher, Jr.) |
| Case Type: | Mold and Water Damage Real Estate Property Damage |
| Services Provided: | Technical Support, Expert Report, Deposition Testimony |
| Internal File No.: | 2512 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Hozenthal, et al (Case # 2001-16969); Galen, et al (Case # 2001-16972); Feran, et al (Case # 2001-16984), versus the Sewerage & Water Board of New Orleans |
| Venue: | Civil District Court, Parish of Orleans, State of Louisiana |
| Year: | 2005 |
| Retained by: | Murray Law Firm (Justin Woods) |
| Case Type: | Mold and Water Damage Real Estate Property Damage |
| Services Provided: | Technical Support, Expert Reports, Deposition Testimony |
| Internal File No.: | 2640 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Wellmyer, et al, versus Baumer Foods, Inc., et al |
| Venue: | Civil District Court, Parish of Orleans, State of Louisiana |
| Year: | 2005 |
| Retained by: | Chopin Wagar Richard & Kutcher (Elizabeth S. Sirgo) |
| Case Type: | Mold Personal Injury |
| Services Provided: | Technical Support, Expert Report |
| Internal File No.: | 2798 |
| Status: | Closed |

LWFR-EXP 11-000024

## William D. Scott
### Participation in Legal Proceedings
#### as of 11/05/2008

| | |
|---|---|
| Case Title: | Jude Guidry, et al, versus Southern Petroleum Laboratories, et al; Civil Action No. 03-936 |
| Venue: | Section D, Middle District of Louisiana, United States District Court |
| Year: | 2006 |
| Retained by: | Frank J. D'Amico, Jr. Law Firm (Frank D'Amico, Jr.) |
| Case Type: | Chemical Personal Injury |
| Services Provided: | Technical Support, Expert Report, Deposition Testimony |
| Internal File No.: | 2977 |
| Status: | Active |

| | |
|---|---|
| Case Title: | Bruce Coates, et al, versus Garlock Sealing Technologies, et al; Case No. 2004-7817 |
| Venue: | Division 4, Civil District Court, Parish of Orleans, State of Louisiana |
| Year: | 2006 |
| Retained by: | Jones Walker (Stan Millan) |
| Case Type: | Asbestos Personal Injury |
| Services Provided: | Technical Support, Expert Report |
| Internal File No.: | 2970 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | The Higbee Company versus The Greater Lakeside Corp., et al; Civil Action No. 06-2848 |
| Venue: | Eastern District of Louisiana, United States District Court |
| Year: | 2007 |
| Retained by: | Chopin Wagar Richard & Kutcher (Robert Kutcher) |
| Case Type: | Commercial Real Estate Hurricane Damage |
| Services Provided: | Technical Support, Expert Report, Deposition |
| Internal File No.: | 2995 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Tara House Condominium Association, Inc., MLB Mortgage and Investments, Inc., and Michael Brown, versus James River Insurance Company; No. 06-9840 |
| Venue: | Division I-14, Civil District Court, Parish of Orleans, State of Louisiana |
| Year: | 2008 |
| Retained by: | Orrill, Cordell & Beary, L.L.C. (Harry Cummins) |
| Case Type: | Commercial Real Estate Hurricane Damage |
| Services Provided: | Technical Support, Deposition |
| Internal File No.: | 2824 |
| Status: | Active |

LWFR-EXP 11-000025

## William D. Scott
## Participation in Legal Proceedings
### as of 11/05/2008

Case Title:        Mantis, et al. v. Fournet, et al. v. Kochera, et al.
Venue:             24th Judicial District Court, Parish of Jefferson, State of Louisiana
Year:              2008
Retained by:       Gauthier, Houghtaling & Williams  (Todd R. Slack)
Case Type:         Residential Mold Damage
Services Provided: Technical Support, Deposition
Internal File No.: 2296
Status:            Active

LWFR-EXP 11-000026

# ATTACHMENT 2

Initial Sampling Event Documentation

LWFR-EXP 11-000027

# W. D. Scott Group, Inc.

1117 Wright Avenue, Gretna LA  70056 Phone (504) 393-7772 - Fax (504) 393-7311

## FORMALDEHYDE PASSIVE MONITORING DATA - FEMA HOUSING UNITS

Address:**2315 Seminole Lane New Orleans LA 70125**

Passive monitor brand & ID # **GL3169**      Name of person sampling: **Lisa Diamond**

Mfgr. Name:  **Forest River**      Make / Model Name:  **n/a**

Date of Manufacture ( month, year):  **09/2005**  Size of Unit / Number of Rooms: **8x28 3 Rms.**

VIN: **4X4TSMH296C008992**      FEMA ID #:**1277021**

Check one:   Travel Trailer **(X)**   Park Home **( )**   Mobile Home  **( )**

Sampling Start time & date: **10/01/08 11:25**   End time and date:  **10/02/08 10:40**

Total sampling time:**1395**

Relative humidity start: **37.7%**  end: **28.1 %**   Relative humidity range: **9.6 %**

Temperature start: **82.5° F**  end: **88.1° F**   Temperature Range:  **5.6° F**

Trailer Sealed? ( no open windows or vents ):   Yes **(X )**  No  **( )**

Describe:

Any forced draft heat or air conditioning? Yes **( )**  No  **(X )**

Describe:

Any visible moisture damage, condensation or mold?  Describe:  **water damage left of bedroom**

Describe location within the housing unit where the sample is being measured: **Bedroom**

Comments/ Any interferences observed or noted: **weight on wheels**

Date sample submitted to laboratory: **10/08/08**

Analysis Results:**0.048 ppm**

# FEMA Trailer Pictorial
## W.D. Scott Group, Inc
## 2315 Seminole Lane New Orleans LA



1. Exterior



2. Interior



3. FEMA Information

*Page 1 of 1*

LWFR-EXP 11-000029

**ASSAY TECHNOLOGY SAMPLE RECEIPT CONFIRMATION REPORT**

Send Lab Report To:

    *Customer:* WD SCOTT GROUP INC
    *Attention:* WILLIAM  SCOTT
    *Address:* 1117 WRIGHT AVENUE

    *City, State:* GRETNA, LA  70056
    *Country:*
    *Tel No:* (504) 393-7338
    *Fax No:* (504) 393-7311

Send Bill To (if applicable):

    *Customer:* LAMBERT AND NELSON LAW FIRM

    *Attention:* ATTN: HUGH T LAMBERT
    *Address:* 701 MAGAZINE ST

    *City, State:* NEW ORLEANS, LA  70130
    *Country:*
    *Project No:* NEW FEMA TRAILER PROJECT
    *PO No:*

*Contact No:* 49566
*Batch No:* 2008100446

*Received:* October 10, 2008
*Report Due On:* October 20, 2008

This report has been sent to you as a confirmation of receipt.  Unless noted below, each sample has been found to be in satisfactory condition.  An analytical report will be sent to the address above once the analyses are complete.  For customers who have requested it, the reports will be faxed and/or emailed as well when possible.  Contact Customer Service at 800-833-1258 ext. 4 if you need to change any of the information below or have any questions about the content of this report.

| Lab Sample ID / Lab Code | Client Sample ID | Media Code | Media Lot / Serial # | Date Sampled | Sampling Time (min) | Sampling Rate (L/min) | Analytes Requested | Method | Price Code * |
|---|---|---|---|---|---|---|---|---|---|
| 2008044001 / ATOH | | J571 | 8M08 - GL5268 | 10/8/08 | 1427 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044002 / ATOH | | J571 | 8M08 - GL5035 | 10/8/08 | 1400 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044003 / ATOH | | J571 | 8M08 - GL5535 | 10/8/08 | 1405 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044004 / ATOH | | J571 | 8M08 - GL5626 | 10/8/08 | 1415 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044007 / ATOH | | J571 | 8M08 - GL5476 | 10/8/08 | 1410 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044008 / ATOH | | J571 | 8M08 - GL5333 | 10/8/08 | 1455 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044009 / ATOH | | J571 | 8M08 - GL5814 | 10/8/08 | 1435 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044010 / ATOH | | J571 | 8M08 - GL5317 | 10/8/08 | 1418 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044011 / ATOH | | J571 | 8M08 - GL5182 | 10/8/08 | 1405 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044012 / ATOH | | J571 | 8C08 - GL3127 | 10/8/08 | 1420 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044013 / ATOH | | J571 | 8M08 - GL5637 | 10/8/08 | 1435 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044016 / ATOH | | J571 | 8C08 - GL3169 | 10/8/08 | 1395 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044017 / ATOH | | J571 | 8C08 - GL3438 | 10/8/08 | 1392 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044019 / ATOH | | J571 | 8C08 - GL3409 | 10/8/08 | 1400 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044020 / ATOH | | J571 | 8M08 - GL5362 | 10/8/08 | 1410 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044022 / ATOH | | J571 | 8M08 - GL5461 | 10/8/08 | 1460 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044024 / ATOH | | J571 | 8M08 - GL5671 | 10/8/08 | 1413 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044025 / ATOH | | J571 | 8M08 - GL5676 | 10/8/08 | 1445 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044027 / ATOH | | J571 | 8M08 - GL5704 | 10/8/08 | 1440 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |

**Messages**

| Lab Sample ID | Message |
|---|---|

* Analyses with price codes that begin with an "X" have been prepaid.

1 of 1

AIHA Accredited #101728 - 1252 Quarry Lane - Pleasanton, CA  94566
AIHA Accredited #100903 - 250 DeBartolo Place, #2525 - Boardman, OH  44512

LWFR-EXP 11-000030

# LABORATORY REPORT
(Air Sampling)

**Batch No: 2008100446**

Customer: **WD SCOTT GROUP INC**
Attention: **WILLIAM SCOTT**
Address: **1117 WRIGHT AVENUE**

City, State: **GRETNA, LA  70056**
Country:

Tel No: **(504) 393-7338**
Fax No: **(504) 393-7311**

Contact No: **49566**
Project No: **NEW FEMA TRAILER PROJECT**
PO No:

Date Received: **October 10, 2008**
Date Reported: **October 20, 2008**
Date(s) Analyzed: **10/20/08**

Exposure results are the average concentration for the period of time monitored.  ND = None Detected.  The results relate only to the items tested.  Unless noted below, samples were received in acceptable condition, all applicable quality control were within method specifications, lab blanks were subtracted before a result was reported, and any customer supplied field blanks were not subtracted from sample results.  The molar volume at 22 C (24.1 L/mote) was used to calculate parts per million, ppm.  Air concentrations reported are based upon field sampling information provided by the customer.  For assistance with the content of this report, please visit the Customer Services section of our web site at http://www.assaytech.com or contact Technical Support at 1-800-833-1258.

| Lab Sample ID / Lab Code | Date Sampled | Media Code - Client Sample ID | Media Lot / Serial # | Chemical Analyzed | Quantity Found (µg) | Reporting Limit (µg) | Sample Volume (L) | Sample Time (min) | Concentration/Exposure (mg/M3) | (ppm) | Reporting Limit (mg/M3) | Reporting Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008044001 - ATOH | 10/8/08 | JS71 | 8M08 - GL5268 | FORMALDEHYDE (1) | 2.8 | 0.05 | 18.6 | 1427 | 0.15 | 0.12 | 0.003 | 0.002 |
| 2008044002 - ATOH | 10/8/08 | JS71 | 8M08 - GL5035 | FORMALDEHYDE (1) | 4.9 | 0.05 | 18.3 | 1400 | 0.27 | 0.22 | 0.003 | 0.002 |
| 2008044003 - ATOH | 10/8/08 | JS71 | 8M08 - GL5535 | FORMALDEHYDE (1) | 2.8 | 0.05 | 18.3 | 1405 | 0.15 | 0.12 | 0.003 | 0.002 |
| 2008044004 - ATOH | 10/8/08 | JS71 | 8M08 - GL5626 | FORMALDEHYDE (1) | 5.8 | 0.05 | 18.5 | 1415 | 0.31 | 0.25 | 0.003 | 0.002 |
| 2008044007 - ATOH | 10/8/08 | JS71 | 8M08 - GL5478 | FORMALDEHYDE (1) | 1.5 | 0.05 | 18.4 | 1410 | 0.083 | 0.067 | 0.003 | 0.002 |
| 2008044008 - ATOH | 10/8/08 | JS71 | 8M08 - GL5330 | FORMALDEHYDE (1) | 1.2 | 0.05 | 19 | 1455 | 0.063 | 0.051 | 0.003 | 0.002 |
| 2008044009 - ATOH | 10/8/08 | JS71 | 8M08 - GL5814 | FORMALDEHYDE (1) | 2 | 0.05 | 18.7 | 1435 | 0.11 | 0.086 | 0.003 | 0.002 |
| 2008044010 - ATOH | 10/8/08 | JS71 | 8M08 - GL5317 | FORMALDEHYDE (1) | 3.9 | 0.05 | 18.5 | 1418 | 0.21 | 0.17 | 0.003 | 0.002 |
| 2008044011 - ATOH | 10/8/08 | JS71 | 8M08 - GL5182 | FORMALDEHYDE (1) | 0.81 | 0.05 | 18.3 | 1405 | 0.044 | 0.035 | 0.003 | 0.002 |
| 2008044012 - ATOH | 10/8/08 | JS71 | 8C08 - GL3127 | FORMALDEHYDE (1) | 0.44 | 0.05 | 18.5 | 1420 | 0.024 | 0.019 | 0.003 | 0.002 |
| 2008044013 - ATOH | 10/8/08 | JS71 | 8M08 - GL5637 | FORMALDEHYDE (1) | 1.2 | 0.05 | 18.7 | 1435 | 0.064 | 0.051 | 0.003 | 0.002 |
| 2008044016 - ATOH | 10/8/08 | JS71 | 8C08 - GL3159 | FORMALDEHYDE (1) | 1.1 | 0.05 | 18.2 | 1395 | 0.06 | 0.048 | 0.003 | 0.002 |
| 2008044017 - ATOH | 10/8/08 | JS71 | 8C08 - GL3438 | FORMALDEHYDE (1) | 0.98 | 0.05 | 18.2 | 1392 | 0.054 | 0.043 | 0.003 | 0.002 |
| 2008044019 - ATOH | 10/8/08 | JS71 | 8C08 - GL3409 | FORMALDEHYDE (1) | 1.6 | 0.05 | 18.3 | 1400 | 0.087 | 0.07 | 0.003 | 0.002 |
| 2008044020 - ATOH | 10/8/08 | JS71 | 8M08 - GL5302 | FORMALDEHYDE (1) | 0.95 | 0.05 | 18.4 | 1410 | 0.052 | 0.041 | 0.003 | 0.002 |
| 2008044022 - ATOH | 10/8/08 | JS71 | 8M08 - GL5461 | FORMALDEHYDE (1) | 3.8 | 0.05 | 19.1 | 1460 | 0.2 | 0.16 | 0.003 | 0.002 |
| 2008044024 - ATOH | 10/8/08 | JS71 | 8M08 - GL5671 | FORMALDEHYDE (1) | 4.2 | 0.05 | 18.4 | 1413 | 0.23 | 0.18 | 0.003 | 0.002 |
| 2008044025 - ATOH | 10/8/08 | JS71 | 8M08 - GL5676 | FORMALDEHYDE (1) | 3.2 | 0.05 | 18.8 | 1445 | 0.17 | 0.14 | 0.003 | 0.002 |
| 2008044027 - ATOH | 10/8/08 | JS71 | 8M08 - GL5704 | FORMALDEHYDE (1) | ND | 0.05 | 18.8 | 1440 | ND | ND | 0.003 | 0.002 |

**Messages**

| Lab Sample ID | Message | Method | Method Name | Analyzed By | Approved By |
|---|---|---|---|---|---|
|  |  | 1 | MOD NIOSH 2016 (OSHA PEL: 0.75 PPM, STEL: 2 PPM) | W. EWING | K. TAYLOR |

LAB CODE: ATCA-Lab 101728, ATCH-Lab 100003

S. GREEN-Laboratory Director K. TAYLOR-Ohio Supervisor

1 of 1

# CHAIN OF CUSTODY RECORD

PAGE___ OF__ 3

**W. D. SCOTT GROUP, INC.**
1117 Wright Avenue
Gretna, Louisiana 70056
(504) 393-7338   Fax (504) 393-7311

## SEND LAB REPORT TO

Name: W. D. Scott Group, Inc.

Address: 1117 Wright Avenue

City: Gretna, LA      Zip: 70056

Email: wscott@wdscottgroup.com

Phone No.: 504-393-7338

Fax No.: 504-393-7311

Sampled By:

## PROJECT INFORMATION

Project Name: NEW FEMA TRAILER PROJECT

Project Location:

Project No.: 3070

Project Contact: William Scott

Phone No.:

Fax No.:

## ANALYSIS REQUIRED

**FORMALDEHYDE
CAS # 50-00-0
FOR ALL SAMPLES**

## COMMENTS

| Sample No. | Device | Time On | Time Off | Total Time (minutes) |
|---|---|---|---|---|
| GL5268 | F.50 | | | 1427 |
| GL5035 | | | | 1400 |
| GL5636 | | | | 1445 |
| GL5535 | | | | 1405 |
| GL5476 | | | | 1410 |
| GL5333 | | | | 1455 |
| GL5814 | | | | 1435 |
| GL5317 | | | | 1418 |

## TRANSACTIONS

| | Date | Time |
|---|---|---|
| RELINQUISHED BY (SIGNATURE) | | |
| ACCEPTED BY (SIGNATURE) DHL | 11/8/8 | 1700 |
| RELINQUISHED BY (SIGNATURE) DHL | | |
| ACCEPTED BY (SIGNATURE) | | |

COMMENTS/DRAWING

LWFR-EXP 11-000032

**W. D. SCOTT GROUP, INC.**
1117 Wright Avenue
Gretna, Louisiana 70056
(504) 393-7338   Fax (504) 393-7311

## CHAIN OF CUSTODY RECORD

PAGE 2 OF 3

| SEND LAB REPORT TO | PROJECT INFORMATION | ANALYSIS REQUIRED | COMMENTS |
|---|---|---|---|
| Name: W. D. Scott Group, Inc. | Project Name: NEW FEMA TRAILER PROJECT | FORMALDEHYDE CAS # 50-00-0 FOR ALL SAMPLES | |
| Address: 1117 Wright Avenue | Project Location: | | |
| City: Gretna, LA    Zip: 70056 | Project No.: 3070 | | |
| Email: wscott@wdscottgroup.com | Project Contact: William Scott | | |
| Phone No.: 504-393-7338 | Phone No.: | | |
| Fax No.: 504-393-7311 | Fax No.: | | |
| Sampled By: | | | |

| Sample No. | Device | Time On | Time Off | Total Time (minutes) | | | |
|---|---|---|---|---|---|---|---|
| GL5182 | F-50 | | | 1405 | | | |
| GL3128 | | | | 1420 | | | |
| GL5637 | | | | 1435 | | | |
| GL3169 | | | | 1395 | | | |
| GL3438 | | | | 1392 | | | |
| GL3409 | | | | 1400 | | | |
| GL5362 | | | | 1410 | | | |
| GL5461 | | | | 1460 | | | |

| TRANSACTIONS | | Date | Time | COMMENTS/DRAWING |
|---|---|---|---|---|
| RELINQUISHED BY (SIGNATURE) | ACCEPTED BY (SIGNATURE) DHL | 10/8/6 | 1700 | |
| RELINQUISHED BY (SIGNATURE) DHL | ACCEPTED BY (SIGNATURE) | | | |

LWFR-EXP 11-000033

# CHAIN OF CUSTODY RECORD

**W. D. SCOTT GROUP, INC.**
1117 Wright Avenue
Gretna, Louisiana 70056
(504) 393-7338   Fax (504) 393-7311

PAGE 2 OF 2

## SEND LAB REPORT TO

Name: W. D. Scott Group, Inc.

Address: 1117 Wright Avenue

City: Gretna, LA          Zip: 70056

Email: wscott@wdscottgroup.com

Phone No.: 504-393-7338

Fax No.: 504-393-7311

Sampled By:

## PROJECT INFORMATION

Project Name: NEW FEMA TRAILER PROJECT

Project Location:

Project No.: 3070

Project Contact: William Scott

Phone No.:

Fax No.:

## ANALYSIS REQUIRED

**FORMALDEHYDE
CAS # 50-00-0
FOR ALL SAMPLES**

| Sample No. | Device | Time On | Time Off | Total Time (minutes) | | | | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| CL5671 | F-50 | | | 1413 | | | | | |
| CL5676 | F 50 | | | 1445 | | | | | |
| CL5709 | F59 | | | 1440 | | Blank | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## TRANSACTIONS

| | Date | Time | COMMENTS/DRAWING |
|---|---|---|---|
| RELINQUISHED BY (SIGNATURE) | ACCEPTED BY (SIGNATURE) DHL | 10/8/8 1700 | |
| RELINQUISHED BY (SIGNATURE) DHL | ACCEPTED BY (SIGNATURE) | | |

LWFR-EXP 11-000034

# W. D. Scott Group, Inc.

1117 Wright Avenue, Gretna LA 70056 Phone (504) 393-7772 - Fax (504) 393-7311

## FORMALDEHYDE PASSIVE MONITORING DATA - FEMA HOUSING UNITS *Doug Schmidt*

Address: _2315 Seminole Lane, NOLA, 70125_

Passive monitor brand & ID # _GL3169_    Name of person sampling: _Lisa_

Mfgr. Name: _Forest River_    Make / Model Name: _____

Date of Manufacture ( month, year): _9/05_   Size of Unit / Number of Rooms: _bedrm/bath/kit   3_

VIN: _4X4TSMH296C008992_   FEMA ID #: _1277021_

Check one: Travel Trailer (✓)  Park Home ( )  Mobile Home ( )   _8' X 28'_

Sampling Start time & date: _10/01 11:25_  End time and date: _10/2/08 10:40_

Total sampling time: _1395_

Relative humidity start: _37.7%_ end: _28.1%_  Relative humidity range: _9.6_

Temperature start: _82.5°_ end: _88.1°_   Temperature Range: _5.6_

Trailer Sealed? ( no open windows or vents ):  Yes (✓) No ( )

Describe:
Any forced draft heat or air conditioning?  Yes ( )  No (✓)

Describe: _____

Any visible moisture damage, condensation or mold? Describe: _water damage (2) of_
_bed in master bdrm. (1" X 3") rotted carpet_
Describe location within the housing unit where the sample is being measured: _FR = BDRM_
_ILLNESS: Coughing, eyes irritated, mucus, asthma pump_
Comments/ Any interferences observed or noted: _WEIGHT ON WHEELS_

Date submitted to laboratory: _10/8/8_    _0.048_

_✓ call Ronnie w/Vin #_         _Deborah Williams_   _(11:30)_
                                _LYNDON WRIGHT_
                                _701-6079_

_✓_  _✓_
_D/O_ | _P/U_
_10/01_ | _10/02_

# ATTACHMENT 3

## FEMA Job Hazard Analysis

LWFR-EXP 11-000036

### FEMA JOB HAZARD ANALYSIS

| | | |
|---|---|---|
| **Employee Position:** Logistics Material Specialist | **Task:** Trailer In-Bound Inspection (new trailer) | **FEMA Location:** EHU Site |
| **Analysis Performed By:** ▓▓▓▓▓ | **Activity Supervisor/Contact:** ▓▓▓▓▓▓▓ | **Phone Number:** (281) 743▓▓▓ |
| **Date of Analysis:** 7/06 | **New JHA or Update JHA:** New | **Page 9 of 20** |

| Activity | Physical Hazard or Chemical | Potential Injury | Control Type | Type of Training Required | Frequency and/or Duration of Exposure | Occupational Exposure Limit (if applicable) |
|---|---|---|---|---|---|---|
| Trailer exterior inspection | Trip/slip | Trauma<br><br>Abrasions<br><br>Lacerations<br><br>Sprains/strains | Awareness<br><br>Sturdy shoes (not open toed) | General Awareness | 480 min/day | NA |
| Lifting household contents into trailers | Lifting<br><br>Repetitive motion | Strains and sprains | Safe lifting awareness | Safe Lifting | 480 min/day | NA |
| Entering new trailers/mobile home | Formaldehyde off gassing from building materials including plywood, crush-board, urea formaldehyde foam insulation (UFFI), etc. (new trailers) | Formaldehyde exposure<br><br>Inhalation<br><br>Cancer | Ventilation<br><br>PPE-respiratory protection<br><br>Rotation | Formaldeh▓▓<br>Awareness<br>accordance w... OSHA<br>▓10.1048 | ▓90 min/day | OSHA PEL<br>TWA 0.75 ppm<br>Action Level 0.5 ppm<br><br>ACGIH<br>Ceiling 0.3 ppm |



# ATTACHMENT 4

## Laboratory Quotations and Accreditations



www.assaytech.com
*The Technology Leader in Personal Monitoring*
*For Chemicals in the Workplace*

***AT Labs*** *and **Miller-Nelson Research*** *are units of **assay technology***

July 28, 2009

WILLIAM SCOTT
WD SCOTT GROUP INC
1117 WRIGHT AVENUE
GRETNA, LA 70056

QUOTATION

Please find below the quotation you requested.

Aldehyde Monitor  (Item #X571)
        Box of 5 monitors including prepaid analysis
            List Price - $212/box

    Discounted Price for 5,000 badges delivered over a period of one year - $159/box
    Discounted Price for 7,000 badges delivered over a period of one year - $148/box

*Quoted prices effective to August 30, 2010*
*Shipping and handling charges will be prepaid and added to the invoice; alternatively,*
*customer may provide an account number for shipping charges*

*Payment terms:  Net 30*

Rena K. Kirkpatrick
Director, Sales & Marketing
rena@assaytech.com
925-315-8112



# ✔AIHA

*Protecting Worker Health*

## The American Industrial Hygiene Association

*acknowledges that*

## AT Labs, a Unit of Assay Technology

250 DeBartolo Place, Suite 2525, Youngstown, OH 44512
Laboratory ID: 100903

has fulfilled the requirements of the AIHA Laboratory Quality Assurance Programs (LQAP), thereby, conforming to the
ISO/IEC 17025:2005 international standard, *General Requirements for the Competence of Testing and Calibration Laboratories*.
The above named laboratory, along with all premises from which key activities are performed, as listed above, have been accredited
by AIHA in the following:

### ACCREDITATION PROGRAMS

✓ **INDUSTRIAL HYGIENE**      Accreditation Expires: 08/01/2009
✓ **ENVIRONMENTAL LEAD**      Accreditation Expires: 08/01/2009
❑ **ENVIRONMENTAL MICROBIOLOGY**      Accreditation Expires:
❑ **FOOD**      Accreditation Expires:

Specific Field(s) of Testing (FoT)/Method(s) within each Accreditation Program for which the above named laboratory maintains
accreditation is outlined on the attached **Scope of Accreditation**. Continued accreditation is contingent upon successful on-going
compliance with LQAP requirements. This certificate is not valid without the attached **Scope of Accreditation**. Please review the
AIHA website for the most current status of the scope of accreditation.

James A. Kenny, CIH, CSP
*Chairperson, Analytical Accreditation Board*

Donald J. Hart, PhD, CIH
*President, AIHA*

Date Issued: 08/14/2007

LWFR-EXP 11-000040

**Advanced Chemical Sensors, Inc.**

# Quotation

101 Glades Road, Boca Raton, FL 33432
561-338-3116 F: 561-338-5737
www.acsbadge.com

| Date | Quote # |
|------|---------|
| 7/15/2009 | 20000 |

| Bill To |
|---------|
| Attn: William Scott<br>W.D. SCOTT GROUP, INC<br>1117 Wright Ave<br>Gretna, LA 70056 |

| Ship To |
|---------|
| Attn: William Scott<br>W.D. SCOTT GROUP, INC<br>1117 Wright Ave<br>Gretna, LA 70056 |

| Terms | Ship Via |
|-------|----------|
| Credit Card | Ground |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Formaldehyde Vapor Monitor | 500 | 29.90 | 14,950.00 |
| Estimated Shipping Charge (50 to a bag-18x18x18 box)-Fedex Ground | 1 | 18.00 | 18.00 |

| | |
|---|---|
| Subtotal | $14,968.00 |
| Sales Tax (0.0%) | $0.00 |
| Total | $14,968.00 |

LWFR-EXP 11-000041



# ᔑ AIHA

*Protecting Worker Health*

## The American Industrial Hygiene Association

*acknowledges that*

### Advanced Chemical Sensors, Inc.

101 B- Glades Road, Boca Raton, FL 33432

Laboratory ID: 102047

has fulfilled the requirements of the AIHA Laboratory Quality Assurance Programs (LQAP), thereby, conforming to the ISO/IEC 17025:2005 international standard, *General Requirements for the Competence of Testing and Calibration Laboratories.* The above named laboratory, along with all premises from which key activities are performed, as listed above, have been accredited by AIHA in the following:

## ACCREDITATION PROGRAMS

✓ **INDUSTRIAL HYGIENE**          Accreditation Expires: 08/01/2010
☐ **ENVIRONMENTAL LEAD**           Accreditation Expires:
☐ **ENVIRONMENTAL MICROBIOLOGY**   Accreditation Expires:
☐ **FOOD**                         Accreditation Expires:

Specific Field(s) of Testing (FoT)/Method(s) within each Accreditation Program for which the above named laboratory maintains accreditation is outlined on the attached Scope of Accreditation. Continued accreditation is contingent upon successful on-going compliance with LQAP requirements. This certificate is not valid without the attached Scope of Accreditation. Please review the AIHA website for the most current status of the scope of accreditation.

*Laura R. McMahon*

Laura R. McMahon,
*Chairperson, Analytical Accreditation Board*

*Lindsay E. Booher*

Lindsay E. Booher, *CIH, CSP*
President, AIHA

Date Issued: 08/01/2008