## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME,** the undersigned Notary, appeared on this the 2nd day of October, 2009, William D. Scott, PE, CHMM, a person whose identity is known to me. After being sworn under oath, he stated as follows:

1.   My name is William D. Scott, PE, CHMM.  I am over 21 years of age and am competent to give this affidavit.  Unless otherwise noted, the facts contained in this affidavit are based on my personal knowledge.

2.   I am a registered professional Environmental Engineer in the states of Louisiana, Mississippi, and Missouri. I am the principal of the W. D. Scott Group, Inc., a professional environmental engineering and consulting firm that, for nearly thirty years, has provided hazardous materials evaluation and consulting services to the public and private sectors.  These services include the management of hazardous and toxic materials and wastes, regulatory compliance programs, environmental technical direction for many hazardous/toxic materials release incidents at transportation and industrial incident sites, hazard evaluations, exposure controls, occupational safety and health, and technical and regulatory compliance training. I have more than thirty years personal and direct experience in the above mentioned areas.  I have completed post-graduate courses and seminars in chemical toxicology, occupational and public environmental safety and health, chemical exposure assessment, indoor air quality, air contaminant sampling methodology, exposure recognition, and hazardous materials evaluation and control. Throughout this period, I have personally conducted and directed the use of field air sampling, laboratory report interpretation, and field investigative techniques to determine the source and origin of environmental contaminants.  Further information on my background and experience is contained in my Resume' as Attachment 1.

3.   **Background** - The objective of the following study is to quantitatively determine the airborne concentrations of Formaldehyde in one (1) Federal Emergency Management Agency (FEMA) temporary housing unit (THU).  The THU in question is identified as follows:

   A.   **THU Identity** - The THU is designated by the following information:

   | | |
   |---|---|
   | Manufacturer: | Forest River, Inc. |
   | Model: | Salem |
   | Date of Manufacture: | 09/2005 |
   | Vehicle Identification Number: | 4X4TSMH296C008992 |
   | FEMA Identification Number: | 1277021 |
   | THU Size (nominal): | 8' x 28' |

   B.   **Occupancy** - The THU was occupied by the Wright family during the period of March, 2006 through July, 2008.

   C.   **Configuration** - The THU is configured as three (3) rooms: Bedroom, Bathroom, and Kitchen/Living Room.  THU drawings are contained in Attachment 2.

*Page 1 of 19*

LWFR-EXP 11-000043

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

D.     **Preliminary Site Visit** - The THU was visually inspected by William D. Scott at the FEMA THU Storage Facility, 586 Schexnayder Lane, Melville, Louisiana 71353-5069, on August 3, 2009.  Frangible security tape was installed on the door and windows to verify the closed condition of these openings prior to the Second Sampling Event.

E.     **THU Sampling Location –**

1.     Initial Sampling Event (October 01/02, 2008) - The THU was located at 2315 Seminole Lane New Orleans LA 70125, at the time of the Initial Sampling Event and inspection.

2.     Second Sampling Event (August 08/09, 2009) - The THU was located at the FEMA THU Storage Facility, 586 Schexnayder Lane, Melville, Louisiana 71353-5069, at the time of the Second Sampling Event and inspection.

4.     **FEMA Job Hazard Analysis –** A job hazard analysis (JHA) is a safety evaluation technique that focuses on work tasks as a means to identify physical, electrical, chemical, fire, or other hazards before they occur.  It evaluates the relationship between the worker, task, tools, and the work environment. It identifies uncontrolled hazards and requires procedures and precautions to eliminate hazards or to reduce risk to an acceptable level. The FEMA Job Hazard Analysis, dated 07/06, for the task of *Trailer In-Bound Inspection (new trailer),* under the activity of *Entering new trailers/mobile home* (sic), identifies the following parameters, in addition to trip/slip, repetitive motion, and lifting hazards:

A.     **Physical Hazard or Chemical**:  Formaldehyde off gassing from building materials including plywood, crush-board, urea formaldehyde foam, insulation (UFFI), etc. (new trailers).

B.     **Potential Injury**:  Formaldehyde exposure, inhalation, Cancer.

C.     **Control Type**:  Ventilation, PPE-respiratory protection, Rotation.

D.     **Type of Training Required**:  Formaldehyde awareness in accordance with OSHA 1910.1048.

E.     **Frequency and/or duration of exposure**:  480 min/day.

F.     **Occupational Exposure Limit (if applicable)**:  OSHA PEL TWA 0.75 ppm, OSHA Action Level 0.5 ppm, ACGIH Ceiling 0.3 ppm.

A copy of the FEMA Job Hazard Analysis is contained in Attachment 3.

LWFR-EXP 11-000044

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

**5.**     **Formaldehyde** - Formaldehyde is a colorless, flammable, acrid, pungent-smelling gas.  The chemical formula for formaldehyde is HCOH and its molecular weight is 30.03 grams per mole. Formaldehyde's CAS is 50-00-0.[1]

**6.**     **Potential Interior Formaldehyde Sources** –

   **A.**     **Materials - The** origin of the formaldehyde vapor is urea formaldehyde (UF) adhesive. UF adhesive is used to bond veneers, wood particles, and wood fibers. Hardwood plywood, particleboard, and medium-density fiberboard (MDF) release formaldehyde. Cabinets, countertops, shelving, doors, wall paneling, furniture, and floor underlayment are all potential formaldehyde emitting sources.  Melamine formaldehyde adhesives are used to bond vinyl overlays and hardwood veneers to particleboard and hardwood plywood. During fabrication and curing of these materials, the majority of the formaldehyde becomes part of the adhesive matrix. A small amount of formaldehyde, however, attaches directly to the wood without reacting.  This "free" or chemically unbound formaldehyde can be later released when ambient conditions become favorable.

   THU manufacturers commonly use pressed wood products such as particleboard, plywood, and MDF as building materials and finishes. These materials may be used in sub-floors, walls, cabinetry and furniture. In addition, some formaldehyde-containing upholstery, fabrics, and carpeting are also used in the manufacture of THUs. Countertops, carpeting and the above-listed wood products are commonly installed using formaldehyde-based glues and adhesives.[2]

   **B.**     **Historically Measured Formaldehyde Concentrations -** Numerous studies have been performed in attempts to characterize interior residential airborne formaldehyde concentrations.  However, the applicability of these studies to the matter at hand is limited or questionable due to many differences in building construction, locale, current regulatory climate, and building use, to name a few.

   The Defense has put forth the Lemus study[3] as a characterization of the indoor air quality, with respect to formaldehyde, in Southern Louisiana homes.  The results of the study are based on the sampling and analysis of air samples from 53 homes.  There are several significant flaws and shortfalls in this study that deserve further examination, including the following:

---

   [1] Lewis, *Sax's Dangerous Properties of Industrial Materials Tenth Edition and Hawley's Condensed Chemical Dictionary Thirteenth Edition*, Wiley, Hoboken, NJ, 2000.

   [2] USEPA, *Indoor Air Quality - Basic Information - Formaldehyde*, Washington DC, 2007 http://www.epa.gov/iaq/formalde.html

   [3] Lemus R., et al, *Potential Health Risks from Exposure to Indoor Formaldehyde*, Reviews on Environmental Health, Volume 13, Nos. 1-2,1998

LWFR-EXP 11-000045

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

1. NIOSH Method 2541[4] has an analytical range of 3 to 200 micrograms (ug).  Using the study's 12 Liter air sample volume, this equates to a method detection limit of 0.25 mg/M$^3$.  The calculation shown below is taken from Step 15 of the Method:

$$C \text{ (mg/M}^3) = \frac{(Wa + Wb[ug])}{V \text{ (L)}} = \frac{3 \text{ ug}}{12 \text{ L}} = 0.25 \text{ mg/M}^3$$

   Using 50% of the detection limit results in a value for non-detections of 0.125  mg/M$^3$. With reference to Tables 1 and 2 of the study, the minimum values of 0.002, 0.01, 0.03, 0.04, and 0.05 mg/M$^3$ are used.  These values are clearly less than the 0.125 mg/M$^3$ 50% detection limit value referred to in the study's text and tables.

2. The study distinguishes between "spring, summer, fall, and winter" without regard to either actual interior or exterior temperature or relative humidity conditions.  No data is supplied with respect to these parameters.

3. There are no meaningful criteria given to distinguish the "rural" from "urban" houses. Lafayette, with a 2000 population of about 120,000, is hardly rural.  For comparison, Baton Rouge, with a population of  225,000, is considered urban in the study.

4. Other than a passing, qualitative, comment regarding subfloor material, no information is provided regarding dwelling size, configuration (single level?, slab on grade?), age, materials of construction, HVAC systems, number of occupants, etc..

5. As of 2000, there were 1,184,167 single family, non mobile home, detached residences in Louisiana.[5]  Given that the Louisiana population has steadily decreased for the last two decades, it is reasonable to assume that that, in the late 1990s, when the study was performed, the number of single family dwellings was roughly the same, if not greater.

   Approximately 80% of Louisiana's population lives in South Louisiana.  A reasonable estimate of the single family housing units in South Louisiana is approximately 947,000. A sample size of 53 dwelling units (0.0056% of the South Louisiana single family housing total), with or without the benefit of comprehensive statistical site selection, cannot be reasonably expected to characterize the housing stock of South Louisiana.

6. With these discrepancies in mind, it is not reasonable to use the Lemus study as the basis of comparison for typical and current interior residential formaldehyde exposure levels in South Louisiana.

---

   [4]  *Formaldehyde: Method 2541*, Issue 2, 15 August 1994, NIOSH Manual of Analytical Methods (NMAM), Fourth Edition, 8/15/94

   [5]  US Census Bureau, DP-4. Profile of Selected Housing Characteristics, Louisiana, 2000, http://factfinder.census.gov/servlet/QTTable?_bm=y&-geo_id=04000US22&-qr_name=DEC_2000_SF3_U_DP4&-ds_name=DEC_2000_SF3_U

LWFR-EXP 11-000046

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

7.      **Potential Outdoor Ambient  Formaldehyde Sources** -  Formaldehyde is an intermediate in the combustion of methane and other carbon compounds from such diverse sources as the petrochemical industry, automobile exhaust, and forest fires, to name a few.  It is also produced in the atmosphere by the action of sunlight and oxygen on atmospheric methane and other hydrocarbons.

The majority of available formaldehyde ambient air concentration data was produced prior to or during the implementation of the Clean Air Act Extension of 1970 (84 Stat. 1676, Public Law 91-604).  In accordance with this legislation, USEPA was required to establish New Source Performance Standards (NSPS) and National Emissions Standards for Hazardous Air Pollutants (NESHAP) to protect the public. The Clean Air Act Amendments of 1990 (CAAA 1990) greatly expanded programs for controlling toxic air pollutants. Additionally, the provisions for attainment and maintenance of National Ambient Air Quality Standards (NAAQS) were substantially modified and expanded.[6]

As a result of the Clean Air Act and its several extensions and amendments, the amount of volatile organic compounds (VOCs)  in the air (of which formaldehyde is a constituent) has changed significantly over the period of 1980 to the present.  For example: from 1980 to 2000, VOCs decreased by 32%; similarly, from 1990 to 2000, VOCs decreased by 16%.[7] Thus, the use of data from the 1980s and 1990s to predict current outdoor ambient human exposure to formaldehyde may significantly overstate the ambient concentrations of formaldehyde in ambient air.

8.      **Formaldehyde Exposure Standards** - The following formaldehyde exposure standards have been published by regulatory agencies, advisory agencies, and health and safety professional organizations.

A.      **Occupational Safety & Health Administration** (OSHA), US Department of Labor; Workplace Exposure. [8]

Permissible Exposure Limit:
Time-Weighted Average (TWA) (8-hours) - 0.75 parts per million (ppm)

Short Term Exposure Limit (workplace allowable exposure (never to be exceeded) for 15 minutes followed by 1.75 hours of no exposure) - 2 ppm

---

[6]   USEPA, *History of the Clean Air Act*, http://www.epa.gov/air/caa/caa_history.html#caa77

[7]   Latest Findings on National Air Quality: 2000 Status and Trends; USEPA, 454/K-01-002, Sept. 2001, http://www.epa.gov/air/airtrends/aqtrnd00/brochure/00brochure.pdf

[8]    USDOL, OSHA, *OSHA Formaldehyde Standards* ,Washington DC, 2008, http://wvvw.osha.gov/SLTC/formlaldehyde/standards.html

LWFR-EXP 11-000047

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

B.   **American Conference of Governmental Industrial Hygienists** (ACGIH); Workplace Exposure. [9]

Threshold Limit Value - Short Term Exposure Limit (TLV-STEL) (workplace allowable exposure for 15 min. followed by 1.75 hrs. of no exposure) - 0.3 ppm

C.   **World Health Organization** (WHO), 2000, Air Quality Guidelines for Europe; General Public. [10]

Air Quality Guideline Value (0.5 hour) - 0.08 ppm

D.   **Health Canada** (HC), Residential Indoor Air Quality Guidelines; General Public.[11]

One (1) hour exposure limit - 0.1 ppm

Eight (8) hour exposure limit - 0.04 ppm

E.   **National Institute for Occupational Safety & Health** (NIOSH), Centers for Disease Control & Prevention (CDC), US Department of Health & Human Services; Workplace Exposure.[12]

Recommended Exposure Limits:

TWA up to 10 hour work day/40 hour work week - 0.016 ppm

Ceiling (never exceed) - 0.1 ppm

Immediately Dangerous to Life and Health (IDLH) - 20 ppm

In June 2004, The International Agency for Research on Cancer (IARC) reclassified formaldehyde from "probably carcinogenic to humans" to "carcinogenic to humans". Since IARC reclassified formaldehyde as a carcinogen, NIOSH recommends limiting exposures to levels below the limit of detection.[13]

---

[9] ACGIH, *Documentation of Threshold Limit Values and Biological Exposure Indices*, 2001

[10] World Health Organization, *Air Quality Guidelines for Europe - Formaldehyde*, Copenhagen, DE, 2001, http://www.euro.who.int/document/aiq/5_8formaldehyde.pdf

[11] Health Canada, *Residential Indoor Air Quality Guideline - Formaldehyde* , 2006 http://www.hc-sc.gc.calewh-selnt/alt forn1ats/hecs-sesc/pdf/pubs/air/formaldehyde-eng.pdf

[12] NIOSH, *NIOSH Pocket Guide to Chemical Hazards*, 2005 http://www.cdc.gov/niosh/npg/npgd0293.html

[13]  CDC, Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-making, March, 2008 http://www.cdc.gov/nceh/ehhe/trailerstudy/pdfs/08_118152_Compendium%20for%20States.pdf

LWFR-EXP 11-000048

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

F.   **Agency for Toxic Substances and Disease Registry** (ATSDR), Centers for Disease Control & Prevention (CDC), US Department of Health & Human Services; General Public.[14]

Minimal Risk Levels (MRL)

Acute MRL (exposure < 14 days) - 0.04 ppm

Intermediate Duration MRL (exposure 14 days to 365 days) - 0.03 ppm

Chronic duration MRL (exposure > 1 year) - 0.008 ppm

G.   **California Environmental Protection Agency** (CEPA), Office of Environmental Health Hazard Assessment; General Public.[15]

As low as possible (assuming concentrations < background not achieved), or:

Recommended exposure limits (REL)

Acute REL (1 hour) - 0.076 ppm

Intermediate REL (8 hour) - 0.027 ppm

Chronic REL - 0.0024 ppm

In evaluating the exposure standards presented above, it is important to understand that a *Workplace Exposure Standard* is, as the name implies, based on the contaminant concentration in air for which it is believed that nearly all workers may be repeatedly exposed, day after day, based on a conventional 8-hour workday and a 40-hour work week, without adverse effect.  The population used to establish workplace exposure standards consists of adults, generally males, in relatively good health.  Workplace exposure standards are predicated on the assumption that engineering controls, objective field exposure monitoring, and comprehensive employer health and safety programs are in effect.

*General Public Exposure Standards* are significantly lower than *Workplace Exposure Standards* for two predominant reasons: 1) the General Public contains many subsets of sensitive individuals (the elderly, the very young, immuno-compromised individuals, individuals with respiratory disease, etc.) that are excluded from the workplace model and 2) the General Public will have an exposure duration that far exceeds the "8-hour workday and 40-hour work week" exposure basis of workplace standards.  General public exposure standards cannot assume that engineering controls, objective field exposure monitoring, and comprehensive employer health and safety programs are in effect.

---

[14] ATSDR, *Minimal Risk Levels (MRLs) for Hazardous Substances,* 2007
http://www.atsdr.cdc.gov/mrls/index.html

[15] California EPA, ARB, *Indoor Air Quality Guideline - Formaldehyde in the Home*, 2004
http://www.arb.ca.gov/research/indoor/formaldgl08-04.pdf

LWFR-EXP 11-000049

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

There are a number of reasons that standardized procedures and safety factors are used by toxicology professionals in the development of exposure standards for the general population. In addition to the basic determination of the threshold of harmful effects in test subjects, a safety factor of ten (10) is generally used to account for the variation in sensitivity among human subpopulations, such as the elderly, children, and those with medical conditions. The application of toxicological data from animal studies to humans may require an additional safety factor of ten (10). Other conditions may dictate the use of additional ten-fold or other safety factors such as animal data not derived from chronic studies; incomplete toxicological data results; and identified weaknesses and uncertainties in studies. The use and implementation of safety factors requires good professional judgment.[16]

For these reasons, the OSHA, NIOSH, and ACGIH formaldehyde workplace exposure standards cannot be competently applied as guidance when evaluating the General Public's exposures.

9.   **Formaldehyde Sample Collection Media –**

A.   **Passive Sampler -** The passive sample collection media (diffusive sampler) used and/or expected to be used in the formaldehyde sampling of the THU was the AT Laboratories Model 571 Aldehyde Sampler, manufactured by AT Laboratories, 1252 Quarry Lane, Pleasanton, CA 94566. Formaldehyde is collected on a glass fiber filter treated with 2,4-dinitrophenylhydrazine (2,4 DNPH) and phosphoric acid. When the diffusive sampler is exposed in a formaldehyde containing environment there is a concentration gradient between the ambient air and sampler interior air. This gradient is the force that drives the contaminant molecules to migrate into the diffusive sampler. The direct chemical reactions between formaldehyde and 2,4 DNPH take place in the sampler, insuring there is virtually no free formaldehyde vapor molecules in the air inside. Thus, the full concentration gradient is maintained during exposure. In the laboratory, the sample filter is extracted with acetonitrile and analyzed by HPLC using a UV detector.

Opening its integral cover to expose the collection media to the atmosphere to be sampled actuates the diffusive sampler. At the completion of sampling, the cover is closed, ending exposure to the atmosphere. The sampler is returned to its shipping envelope, sealed, the envelope then placed in a sample bag and sealed, placed on ice in an insulated cooler, and sent to the laboratory for analysis.

The availability of diffusive samplers for formaldehyde is plentiful and inexpensive. Two sources of the diffusive samplers for formaldehyde, both with American Industrial Hygiene Association (AIHA) accredited laboratories, and associated costs are noted below:

---

[16] Nielsen, G. D., et al, *Chemical and Biological Evaluation of Building Material Emissions. II Approaches for Setting Indoor Air Standards or Guidelines for Chemicals*, Indoor Air 1997; 7: 17-32, Copenhagen

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

1.    AT Laboratories quotes the following costs for the Model 571 Aldehyde Sampler, in quantity:

   a.    5,000 Samplers and Analyses per year:  $31.80 each.

   b.    7,000 Samplers and Analyses per year:  $29.60 each.

2.    Advanced Chemical Sensors, Inc. quotes the following costs for the ACS Formaldehyde Vapor Monitor (Cat. No. F-50), in quantity:  500 Monitors and Analyses: $29.90 each.

The quotations and AIHA accreditations for each manufacturer/laboratory are contained in Attachment 7.  Specimen samples of each device are included in the Reliance Materials that accompany this document.

B.    **Active Sampler -** The active sample collection media to be used in the formaldehyde sampling of the Wright THU is the SKC, Inc. 226-119 Sorbent Tube, manufactured by SKC, Inc., 863 Valley View Road, Eighty Four, PA 15330.  The sorbent tube is made of glass and contains silica gel doped with 2,4-dinitrophenylhydrazine (2,4 DNPH).  A sample is collected by opening the sorbent tube glass envelope, connecting it to a sample pump with flexible tubing, and drawing air through the tube, at a calibrated rate, for a measured period of time. The Sorbent Tube is prepared for sampling by removing both fused ends of the tube using a tube scorer/breaker or wire cutters and inserting the opened tube into the sample train inlet hose. The atmosphere to be sampled is introduced, through the tube, by the motive force of the sample pump.  Formaldehyde in the sampled atmosphere is collected in the 2,4 DNPH treated silica gel matrix.  The tube is then sealed with push-on caps, further sealed with laboratory film, and sent to the laboratory for analysis.

10.    **Formaldehyde Sampling Methodology** - The formaldehyde sampling method employed in the Initial Sampling Event to determine the concentration in the Wright THU was Passive Sampling. The formaldehyde sampling methods that will be used for the Second Sampling Event to determine the formaldehyde concentrations in the Wright THU are described below.  The sampling methods employed comply with *Formaldehyde Sampling: Active and Passive Sampling Protocols [17]* (Sampling Protocol).

A.    **Passive Sampling** -

Passive Dosimetry employs the Assay Technology, Inc., ChemDisk 571 Aldehyde Monitors (Monitor).  Passive dosimetry sampling is conducted in accordance with the manufacturer's requirements. The Monitor is placed in the Bedroom at approximately 28" above floor level to simulate the breathing zone of a recumbent person occupying the bed. The Monitor is exposed to the environment for approximately twenty-four hours.

---

[17]  DeVany, *Formaldehyde Sampling: Active and Passive Sampling Protocols*, 2008

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

At the completion of the sampling period, the Monitor is recovered, closed, placed in the shipping envelope and sealed. The shipping envelope is then placed in a sample bag, sealed, placed on ice in an insulated cooler, and shipped via overnight delivery to the Laboratory for analysis. Field data collection records for the Sampling Event are maintained.

**B.    Active Sampling -**

*NIOSH Method 2016* [18] (Method) specifies the collection media, sampling procedure, and analysis requirements for active formaldehyde sampling. Active sampling is conducted by the use of a battery operated personal sampling pump connected with flexible tubing to an SKC 226-119 sorbent tube (Sample Tube). The sample train is calibrated prior to and following the Sampling Event using a mini-Buck Calibrator. The sample train is placed in the Bedroom with the sample tube inlet at a height of approximated 28" above floor level to simulate the breathing zone of a recumbent bed occupant. The sampling duration is approximately thirty minutes. Based on the calibrated sample train flow rate and duration, the sample volume is determined.

At the completion of the sampling period, the Sample Tube is recovered, sealed, placed in a sample bag, placed on ice, and shipped via overnight delivery to the Laboratory for analysis. Field data collection records for the Sampling Event are maintained.

**C.    Interferences  -**

Interferences are environmental conditions that may present confounding factors in the sampling and/or interpretation of laboratory results. Potential Interferences are noted in field data collection records for the Sampling Event.

**11.    Sampling Events**

**A.    Initial Sampling Event** (October 01/02, 2008) -

Passive Formaldehyde Sampling - Passive Dosimetry was employed, using an Assay Technology, Inc, ChemDisk 571 Aldehyde Monitor (Monitor). Sampling was conducted by Ms. Lisa Diamond, Project Manager, W. D. Scott Group, Inc. The Monitor was placed in the Master Bedroom near the Night Stand at a height of 27" above floor level to simulate the breathing zone of a recumbent person occupying the bed. The Monitor was exposed to the environment for approximately twenty-three and ¼ hours. At the completion of the sampling period, the Monitor was recovered, placed on ice, and shipped via overnight delivery to the Laboratory for analysis.

Field data collection records, laboratory reports, and chain of custody documents for the Initial Sampling Event are contained in Attachment 4.

---

[18] NIOSH, *Method 2016 (Formaldehyde), Issue 2, NIOSH Manual of Analytical Methods (NMAM), Fourth Edition*, 2003, http://www.cdc.gov/Niosh/nmam/pdfs/2016.pdf

LWFR-EXP 11-000052

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

**B.**     **Second Sampling Event** (August 08/09, 2009) **–**

Both Passive and Active formaldehyde Sampling for formaldehyde concentrations were performed by William D. Scott of the W. D. Scott Group, Inc.

**1.**     **Passive Formaldehyde Sampling –**

Passive Dosimetry was employed, using an Assay Technology, Inc, ChemDisk 571 Aldehyde Monitor (Monitor).  The Monitor was placed in the Master Bedroom near the Night Stand at a height of 30" above floor level to simulate the breathing zone of a recumbent person occupying the bed.  The Monitor was exposed to the environment for approximately twenty-four hours.

At the completion of the sampling period, the Monitor was recovered, placed on ice, and shipped via overnight delivery to the Laboratory for analysis.

**2.**     **Active Formaldehyde Sampling –**

Active sampling was conducted in accordance with *NIOSH Method 2016* [19] (Method).  Active sampling was conducted by the use of a battery operated personal sampling pump, connected with flexible tubing, to an SKC 226-119 sorbent tube (Sample Tube).  The sample train was placed in the Master Bedroom on the Night Stand, with the sample tube inlet at a height of 30" above floor level to simulate the breathing zone of a recumbent person occupying the bed.  This sample train was calibrated immediately prior to and immediately after sampling.  The sampling duration was 30 minutes.  Based on the calibrated sample train flow rate and duration, the sample volume was determined.

At the completion of the sampling period, the Sample Tube was recovered, sealed, placed on ice, and shipped via overnight delivery to the Laboratory for analysis.

**3.**     **Interferences -**

The Active Sampling occurred with the THU sealed.  A single door opening was necessary to allow the entry of personnel and equipment to conduct and/or observe the sampling.

The Passive Sampling occurred with the THU sealed.  An additional door opening was necessary to allow the entry of personnel to recover the sample and/or observe the sample recovery.

---

[19] NIOSH, *Method 2016 (Formaldehyde), Issue 2, NIOSH Manual of Analytical Methods (NMAM), Fourth Edition*, 2003, http://www.cdc.gov/Niosh/nmam/pdfs/2016.pdf

LWFR-EXP 11-000053

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

Field data collection records, laboratory reports, and chain of custody documents for the Second Sampling Event are contained in Attachment 5.

**12.    Formaldehyde Laboratory Analysis**

   **A.**    All samples were analyzed in accordance with *NIOSH Method 2016 (Formaldehyde)*, Issue 2, 15 March 2003 (Method). The Method employs High Performance Liquid Chromatography with Ultraviolet Detection (HPLC UV) as the analysis method.

   **B.**    The First Sampling Event sample was analyzed by Assay Technology, 1252 Quarry Lane, Pleasanton, California, 94566. Assay Technology is an American Industrial Hygiene Association (AIHA) Industrial Hygiene accredited laboratory, number 101728.

   **C.**    All Second Sampling Event formaldehyde samples were analyzed by AT Labs, a Unit of Assay Technology, 250 DeBartolo Place, Suite 2525, Youngstown, OH 44512. AT Labs is an American Industrial Hygiene Association (AIHA) Industrial Hygiene accredited laboratory, number 100903.

**13.    Formaldehyde Results** - The following, summarized formaldehyde results for both Sampling Events will be presented.

   **A.**    **Initial Sampling Event** (October 01/02, 2008) –

| Sample # | Sample Location | Monitor Result HCOH (ppmv) |
|---|---|---|
| GD 3169 | MBR @ Night Stand | 0.048 |

   Laboratory reports and chain of custody documents for the Initial Sampling Event are contained in Attachment 4.

   **B.**    **Second Sampling Event** (August 08/09, 2009) –

| Sample # | Sample Location | Monitor Result HCOH (ppmv) | Tube Result HCOH (ppmv) |
|---|---|---|---|
| 2917200158 | MBR @ Night Stand | N/A | 0.095 |
| GL 1713 | MBR @ Night Stand | 0.13 | N/A |

   Laboratory reports and chain of custody documents for the Second Sampling Event are contained in Attachment 5.

LWFR-EXP 11-000054

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

**14.     Conclusions -**

**A.     Initial Sampling Event** (October 01/02, 2008) -

The Passive Dosimetry result was a formaldehyde concentration in air of 0.048 parts per million (ppm) or 48 parts per billion (ppb).  The average ambient outdoor temperature for the duration of the sampling event was approximately 59°F.  The average THU interior temperature was approximately 72°F.  The average THU interior relative humidity was 46.6 %.

**B.     Second Sampling Event** (August 08/09, 2009) -

**1.**     Passive Sampling - The Passive Dosimetry results for formaldehyde concentration in air of was: 0.13 ppm (130 ppb).  The average ambient outdoor temperature for the duration of the sampling event was 82.4°F.  The average THU interior temperature was 84.9°F.  The average THU interior relative humidity was 77.1 %.

**2.**     Active Sampling - The Active Sampling result was a formaldehyde concentration in air of 0.095 ppm (95 ppb).  The average ambient outdoor temperature for the duration of the sampling event was 84°F. The average THU interior temperature was 81.9°F. The average THU interior relative humidity was 86.8 %.

**C.     Formaldehyde Concentration Variance Over Time -**

The off gassing rates of formaldehyde containing building materials over time have been well documented.  The rate at which formaldehyde emission levels decrease is not constant, but decreases with time. Generally, formaldehyde emission levels decrease linearly with respect to the natural log of time.  In simple terms, the rate of off gassing of formaldehyde containing building materials decreases over time.

The Initial Sampling Event occurred approximately 36 months after the THU was constructed (09/05). Therefore, the formaldehyde concentrations measured in the THU occurred well after the initial peak formaldehyde off gassing period.  This implies that the actual peak and average formaldehyde concentrations experienced by the THU's occupants significantly exceeded the concentrations observed in this Sampling Event.

The Second Sampling Event occurred approximately 47 months after the THU was constructed (09/05). Therefore, the formaldehyde concentrations measured in the THU occurred well after the initial peak formaldehyde off gassing period.  This implies that the actual peak and average formaldehyde concentrations experienced by the THU's occupants significantly exceeded the concentrations observed in the second Sampling Event.

LWFR-EXP 11-000055

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

The same conclusion was reached by the US Centers for Disease Control and Prevention (CDC) regarding their study of formaldehyde concentrations of 519 FEMA- supplied occupied travel trailers, park models, and mobile homes conducted in December/January, 2008:  *These measured levels probably under-represent occupant exposures in the early months of occupation and even the average exposure over time the trailers were occupied because formaldehyde levels tend to be higher in newly constructed trailers and during warm weather.* [20]

**D.**   **Temperature Effects** -

The fact that formaldehyde off gassing rates from materials (and resulting formaldehyde concentrations in air in enclosed spaces) varies directly with both temperature and relative humidity is well documented.

ASTM Standard E 1333 – 96 [21] shows that the effect of temperature on measured formaldehyde concentration is characterized by the expression:

$$C_o = C \cdot e^{R\,(1/T\,-\,1/T_o)}$$

Where:

   $C$   = test formaldehyde concentration in air
   $C_o$  = corrected formaldehyde concentration in air
   $e$   = exponential function
   $R$   = coefficient of temperature (9799)
   $T$   = actual temperature K
   $T_o$  = corrected temperature, K

Thus, the increase to an average temperature of 84.9°F for the Second Passive Sampling Event, from the average temperature of 72°F encountered in the THU in the Initial Passive Sampling Event, results in a temperature adjusted Second Passive Sampling Event airborne formaldehyde concentration of approximately 0.059 ppm (59 ppb) from the measured 0.13 ppm (130 ppb).  On the basis of temperature effects alone, and without correction for the effects of relative humidity, the adjusted Second Passive Sampling Event formaldehyde concentration is approximately 123% of the Initial Passive Sampling Event finding.

The temperature correction, alone, confirms that the results obtained by both Sampling Events are generally consistent.

---

[20] CDC, *Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes*; *Conclusions*; 2008, http://www.cdc.gov/nceh/ehhe/trailerstudy/residents.htm

[21] ASTM, *Standard E1333-96 (2002) Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber*, West Conshohocken, PA, 2002

LWFR-EXP 11-000056

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

**E.**      **Ventilation -**

Active Sampling was performed without the HVAC system in operation and with the THU openings shut (with the exception of limited door openings to admit personnel). Passive sampling was performed without the HVAC system in operation and with the THU openings shut (with the exception of limited door openings to admit personnel).

**F.**      **Comparison of Wright Trailer Sampling Results With Published Standards**

Using only the results of Sample Number GD 3169 that measured 0.048 ppm (48 ppb) formaldehyde in air (the lowest concentration measured in the THU) for clarity, the following comparisons are presented:

**1.**      The Sample Number GD 3169 result exceeds the Health Canada (HC), *Residential Indoor Air Quality Guidelines*; General Public; Eight (8) hour exposure limit - 0.04 ppm (40 ppb)

**2.**      The Sample Number GD 3169 result exceeds the National Institute for Occupational Safety & Health (NIOSH), CDC; *Workplace Exposure Standard*; Recommended Exposure Limits:  TWA up to 10 hour work day/40 hour work week - 0.016 ppm (16 ppb)

**3.**      The Sample Number GD 3169 result exceeds the Agency for Toxic Substances and Disease Registry (ATSDR), CDC; General Public; *Minimal Risk Levels* (MRLs):

Acute MRL (exposure < 14 days) - 0.04 ppm (40 ppb)

Intermediate Duration MRL (exposure 14 days to 365 days) - 0.03 ppm (30 ppb)

Chronic duration MRL (exposure > 1 year) - 0.008 ppm (8 ppb)

**4.**      The Sample Number GD 3169 result exceeds the California Environmental Protection Agency (CEPA), Office of Environmental Health Hazard Assessment; General Public; *Recommended Exposure Limits* (REL):

Intermediate REL (8 hour) - 0.027 ppm (27 ppb)

Chronic REL - 0.0024 ppm (2.4 ppb)

A graphical comparison of Wright Trailer Sampling Results compared with Published Standards is contained in Attachment 6.

It is noteworthy that the formaldehyde sampling and analysis performed in the Second Sampling Event demonstrates that, four years after the THU was constructed, active formaldehyde off gassing continues at a sufficient rate to produce the measured airborne formaldehyde concentrations.

LWFR-EXP 11-000057

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

    **G.**    **Comparison of Wright Trailer Sampling Results With CDC Results -**

The CDC, in its *Final Report*, stated the following:

    **1.**    The range of formaldehyde concentrations detected in the thirty-six (36) Forest River travel trailers sampled was 0.017 ppm (17 ppb) to 0.510 ppm (510 ppb). The CDC's Fleetwood data set's geometric mean was reported as 0.082 ppm (82 ppb).

    **2.**    The formaldehyde concentrations detected in the Initial and Second Sampling Events were 0.048 ppm (48 ppb), 0.095 ppm (95 ppb), and 0.13 ppm (130 ppb). These values are well within the formaldehyde concentrations measured by CDC for Forest River travel trailers.

The CDC Report noted: *Our study was done in the winter months of December 2007 through January 2008, when people had already lived in the trailers and mobile homes for two years. The formaldehyde level was probably higher in newer trailers and mobile homes and when the weather was warmer.* [22]

Given the behavior of formaldehyde concentrations in air with respect to temperature (as shown in paragraph D, above) and the actual formaldehyde concentrations measured in the Wright THU Sampling Event, the Sampling Event results are consistent with the CDC's findings for the Fleetwood THUs.

**15.**    **Fungal Organism Sampling and Analysis -** As part of the Second Sampling Event, sampling for the presence of fungal organisms will occur. This activity is discussed below. This Report will be supplemented based on the findings of the Second Sampling Event additional testing.

    **A.**    **Fungal Sampling Methodology -** The fungal sampling methods employed in determining the mold concentrations in the Wright THU are described below. The sampling methods comply with the *AIHA Field Guide for Determination of Biological Contaminants*[23] (Fungal Sampling Protocol).

    **1.**    **Culturable Air Sampling**

Culturable Air Samples were collected using a multiple hole impactor ("Andersen") single stage sampler equipped with an agar filled Petri dish. Several formulations of agar may be used. For each sample, an agar filled petri dish was opened, loaded into the sampler receptacle, and the sampler assembled. The sampler was connected to a sample pump. The target atmosphere was drawn, at a calibrated rate, through the sampler. Fungal organisms in the target atmosphere are deposited (impacted) on the agar surface. At the completion of the sample time (typically 3 to 5 minutes), the sampler was opened, the petri dish removed, and the petri dish cover installed and sealed. The petri dish was further

---

[22] CDC, *Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes; Conclusions,* 2008, http://www.cdc.gov/nceh/ehhe/trailerstudy/residents.htm

[23] AIHA, *AIHA Field Guide for Determination of Biological Contaminants, Second Edition,* 2005

LWFR-EXP 11-000058

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

sealed with laboratory film, and sent to the laboratory, via overnight delivery, for analysis.

2.        **Culturable Surface Sampling**

Culturable Surface Samples were collected using EmLab P&K Liquid Swabs (swabs), supplied with shipping tube containing Butterfield Buffer solution.  This media meets USP 797 and IESO standards for sampling.  A sample is collected by using the swab to contact and sweep a 50 cm$^2$ surface area using calibrated, disposable templates or, if the use of templates is impractical, an estimated 50 cm$^2$ square.  The swab is then returned to its shipping tube, sealed, and sent to the laboratory, via overnight delivery, for analysis.

3.        **Culturable Bulk Surface Sampling**

Culturable Bulk Surface Samples were collected from the surface of interest.  A bulk sample is collected by using a blade to remove 200 grams or greater of the material.  The bulk sample is containerized in a poly bag, sealed, and sent to the laboratory, via overnight delivery, for analysis.

4.        **Direct Surface Sampling**

Direct Surface (Tape Lift) and/or Swab Samples were collected using EmLab P&K Micro-Tape (Tape Lift) and/or EmLab P&K Liquid Swabs samplers.  For Tape Lift samples, a sample is collected using the adhesive side of the clear tape to lightly contact the surface of interest.  The tape is then applied to a glass slide.

In the case of Swab Samples, A sample is collected by using the swab to contact and sweep a 50 cm$^2$ surface area using calibrated, disposable templates or, if the use of templates is impractical, an estimated 50 cm$^2$ square.

The completed surface sample is returned to its shipping container, sealed, and sent to the laboratory, via overnight delivery, for analysis.

B.        **Fungal Sampling Events –**

Fungal samples were obtained from the THU on the following dates:

1.        08/07/09 -  Culturable Air Samples, Culturable Surface Samples, and Direct Surface Samples were obtained.

2.        08/17/09 -   Direct Surface Samples were obtained.

3.         09/01/09 -  Culturable Bulk Surface Samples, Culturable Surface Samples, and Direct Surface Samples were obtained.

*Page 17 of 19*

LWFR-EXP 11-000059

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

C.     **Fungal Organism Laboratory Analysis -** Sample numbers 3070 FR–03, 04, 06 and 31 were voided due to sample condition on receipt at the Laboratory.  Fungal samples were analyzed microscopically as indicated below:

   1.     **Culturable Air Samples –**

   The sample is incubated for a designated amount of time at a specified temperature. Analysis includes identification to species of all fungi present and quantification as colony forming units per cubic meter of air (cfu/m$^3$).

   2.     **Culturable Surface Samples –**

   Multiple dilutions of the sample are prepared and plated onto a broad-spectrum fungal media (MEA) and incubated for a designated amount of time at a specified temperature. Analysis includes identification to species for all fungal colonies. Quantification is reported as colony forming units per unit of surface area (cfu/unit).

   3.     **Direct Surface Samples –**

   Samples are not cultured. The sample is microscopically examined to identify genus and/or general fungal types. Quantification is reported as spores per field area examined (spores/unit).

   4.     **Laboratory -**

   All fungal samples were analyzed by EMLab P&K, 1501 West Knudsen Drive, Phoenix, AZ 85027.  EMLab P&K is an American Industrial Hygiene Association (AIHA) Industrial Hygiene accredited environmental biology laboratory, number 102856.

4.     **Fungal Organism Results -**  The laboratory analysis results are contained in Appendix 8.   The association of the results of the Fungal Organism sampling and analysis with human health effects are beyond the scope of this investigation.

**END OF REPORT TEXT**

LWFR-EXP 11-000060

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

I reserve the right to revise or supplement this report should additional data or information become available and to submit further affidavits if so deemed necessary.

FURTHER AFFIANT SAYETH NOT.

Thus, signed and sworn on this 2nd day of October, 2009

William D. Scott, PE, CHMM
1117 Wright Avenue
Gretna, Louisiana    70056

Notary Public Signature

JALONDA M MORRIS
Notary Public Name

82934
Notary Number

FOR LIFE
Commission Expires

LWFR-EXP 11-000061

**Wright / Forest River Report**
**William D. Scott  PE**

**Attachment 1**

**William D. Scott  PE**

LWFR-EXP 11-000062

# RESUME
# WILLIAM D. SCOTT

**W. D. Scott Group, Inc.**
**1117 Wright Avenue**
**Gretna, Louisiana 70056**

## EDUCATION

Bachelor of Science, Ceramic Engineering; 1974; Missouri School of Mines and Metallurgy, Rolla, MO

MPH Program, Tulane University, School of Environmental Health and Tropical Medicine, New Orleans, LA; completed significant portion of required coursework toward degree program.

## PROFESSIONAL LICENSES/REGISTRATIONS

Certified Hazardous Materials Manager (Master Level), 1984
Designated Engineering Duty Officer, U.S. Navy Sea Systems Command, 1985
Registered Professional Engineer, Florida, 1989 (Inactive)
Registered Professional Engineer (Environmental), Louisiana 1994
Registered Professional Engineer (Mechanical), Louisiana, 1984
Registered Professional Engineer, Mississippi, 1984
Registered Professional Engineer, Missouri, 1984
Registered Environmental Assessor, California, 1990 (Inactive)
Registered Asbestos Consultant, Florida, 1990 (Inactive)
AHERA Accredited Asbestos Instructor, USEPA/Louisiana, 1987
AHERA Accredited Asbestos Inspector, USEPA/Louisiana, 1987 (Inactive)
AHERA Accredited Asbestos Management Planner, USEPA/Louisiana, 1987
AHERA Accredited Asbestos Project Supervisor, USEPA/Louisiana, 1987 (Inactive)
AHERA Accredited Asbestos Designer, USEPA/Louisiana, 1987

## PROFESSIONAL ASSOCIATIONS

American Consulting Engineers Council, Louisiana Chapter
    Environmental Committee Chairman
Environmental Information Association (formerly the National Asbestos Council)
    National President - 1991
    Chairman, Industrial Committee - 1992 to 1993
    Chairman, Sampling and Analytical Committee - 1987 to 1990
Institute of Certified Hazardous Materials Managers
Louisiana Chapter, Certified Hazardous Materials Managers
Louisiana Consulting Engineers Council
Louisiana Engineering Society
Louisiana Emergency Preparedness Association

# RESUME
# WILLIAM D. SCOTT

## PROFESSIONAL EXPERIENCE

**1987 to present; W. D. Scott Group, Inc.; President and Senior Project Manager**

The W. D. Scott Group is actively involved in all facets of hazardous/toxic materials management including site evaluations, emergency planning, permitting, remediation design, project management, and industrial hygiene. The areas of expertise of the firm include asbestos management; underground storage tanks; bulk liquid storage and transfer facilities; chemical emergency response support; commercial and industrial hazardous/toxic waste sites; hazardous/toxic soils and groundwater investigations; air pollution quantification and controls; risk based assessments; litigation support, commercial and industrial health and safety; and all phases of regulatory agency interface. Specific regulatory areas within the Firm's scope of work include CERCLA, SARA Title III, RCRA, CAA, CWA, TOSCA, FIFRA, and portions of OSHA dealing with construction, hazardous materials, and process safety management. The Asbestos Division of the Scott Group has conducted several hundred asbestos projects including surveys; project design and specification; construction management; air monitoring and QA/QC and cost estimates.

**1990 to 1993; Materials Management Group, Inc.; President, Partner, Senior Project Manager, Incident Commander**

The Materials Management Group (MMG) was a full service environmental remediation company, with a particular emphasis on Chemical Emergency Response, the management and handling of high risk materials, and post-disaster cleanup. Customers included the petrochemical and oil refining industries, and the marine, rail, highway, and aviation transportation industries. In addition to field services, MMG provided, through its professional staff, emergency planning, training, exercise planning and execution, industrial hygiene, remediation project design, and contaminant dispersion modeling services. MMG's primary area of operations was the U.S. Gulf Coast, although the company provided services in the Far East, Europe, and various locations in North America.

**1980 to 1987; Lanier and Associates, Consulting Engineers, Inc.; Vice-President, Partner, and Project Manager**

Formed and headed the Environmental Management Division within this established engineering firm. The firm was actively involved in all facets of hazardous/toxic materials management including site evaluations, permitting, remediation design, project management, and industrial hygiene. The specific areas of expertise of the firm include underground storage tanks, bulk liquid storage and transfer facilities, commercial and industrial hazardous/toxic waste sites, hazardous/toxic soils and groundwater investigations, air pollution quantification and controls, commercial and industrial health and safety, and all phases of regulatory agency interface. Specific regulatory areas within the firms scope of work include CERCLA, SARA Title III, RCRA, CAA, CWA, TOSCA, Article 404 Wetlands, and portions of OSHA dealing with construction and hazardous materials. In responsible charge of projects including: design and permitting of oil refinery retrofit to hazardous waste recycling unit; design and permitting of ship/barge cleaning and gas freeing facility for hazardous waste and recycle; design and project management of coastal and marshland waterflood system; design and project management for sour gas production platforms; design, permitting, and project management for liquid hazardous material bulk storage and transfer facilities; design, permitting, and project management for hazardous and toxic waste remediation sites.

LWFR-EX-5A-000064

# RESUME
# WILLIAM D. SCOTT

**1979 to 1980; Paktank Louisiana Inc.; Resident Project Manager**

Project management for the retrofit and expansion of an existing bulk petroleum marine storage facility to liquid chemical storage and transfer.  The facility included spec chemical storage for materials in quantities of 5,000 to 1,000,000 barrels per tank. Liquid chemicals stored included toxics, carcinogens, flammables, explosives, pesticides, and cryogens.  Design and construction management for storage, pipelines, and pumping stations, ship and barge docks, truck racks, pumping and purging systems, pollution control, fire management, OSHA compliance, and necessary supporting systems. Development and training of in-house fire and chemical emergency response capability.

**1978 to 1979; Goodhope Refining Inc.; Construction Superintendent**

Direct field construction and project management for the expansion of a 100,000 mmbd refinery to 200,000+ mmbd.  Responsibilities included translating process flow diagrams into workable piping and equipment systems, management of 500 person contract construction workforce, acceptance testing, safety and fire management.  Major construction areas included the installation of a new FCCU, platformer reformer unit, ship and barge docks and loading facilities, product storage, and pollution control systems. Collateral duty as Emergency Coordinator for plant fire and emergency.

**1977 to 1978; AMAX Nickel Refinery, Inc.; Area Supervisor**

Supervisory responsibility for eight first line supervisors and 38 hourly employees. Responsible for production throughout and quality for major unit of 80MM pound/year nickel and cobalt refining process.  Evaluation and prioritization of maintenance requirements for area and acceptance testing of capital additions.  Coordination of production scheduling to meet maintenance requirements. Shift and volunteer fire and rescue brigade supervisor.

**1976 to 1977; Interpace Corporation; Calcine Superintendent**

Cost, production and maintenance responsibility for a 200,000 ton (annualized) calcined kaolin production facility, and 30,000 ton air-floated kaolin bulk and packaging facility. Supervisory responsibility for 15 maintenance, 45 production, and 10 salaried personnel, including one geologist and one staff engineer.  Supervisor for California Division of Forestry required forest/range fire fighting company. Instituted facility preventative maintenance and engineering group for this facility and others in this area.  Liaison with export trading companies and product sales personnel.  Responsibility for mine control, process performance, and finished product quality.

**1975 to 1976; Interpace Corporation; Area Process Engineer**

Primary responsibility for initiation of energy reduction programs for a complex of five mines and four mineral process plants.  Staff environmental and safety advisor to plant/mine management.  Radiological controls officer.  Instituted of revised quality control procedures; correlated mine control data with finished product quality.  Collateral responsibilities as Superintendent of Reclaim Mining Operations and Acting Manager of flotation silica sand plant.

# RESUME
# WILLIAM D. SCOTT

## MILITARY EXPERIENCE

### 1974 to 1992; U.S. Naval Reserve; Engineering Duty Officer

Commanding Officer (1991-92) of an Intermediate Ship Repair Unit during Desert Shield/Desert Storm. Detachment capabilities include propulsion, weapons, and hull maintenance and repair, with QA/QC capability.  Military Advisor to USCG Captain of the Port, New Orleans (1989-91). Previously assigned (1982-89) as Operations Officer for SBU-22, a coastal/inshore Special Warfare unit; with significant Unit deployments to Africa, South and Central America, the Middle East, and Asia. Qualified Special Warfare Combat Craft Patrol Officer. Prior assignments include Repair Officer for Intermediate Ship Repair Unit, and Quality Control Officer for the U.S. Navy Supervisor of Shipbuilding, New Orleans.

### 1965 to 1972; U.S. Navy; Nuclear Reactor Operator

Qualified in Submarines; Qualified Reactor Operator, Maneuvering Area Shutdown Watch and Engineering Watch Supervisor on afloat and prototype submarine nuclear propulsion plants.  Engineering Damage Control Supervisor and Radiological Controls Team Member. Prototype Instructor 8/68 to 6/70, training operator and watch officer candidates.  Experience includes core physics testing and two reactor refuelings.

## PUBLICATIONS/PRESENTATIONS

Contributing author to the *Sourcebook on Asbestos Diseases* (Garland Publishing, Inc., New York, NY, March, 1989; 1991; and 1995 editions)

Co-authored *Assessing Asbestos Exposure Potential in Nonindustrial Settings* (Journal of Community Health, Summer/Fall, 1987); E. Chang, W. Scott, L. White

*Heavy Industry: Stepchild of Asbestos Management*, (Asbestos Abatement News, April, 1990)

*Instant Experts* (Asbestos Issues, February, 1989)

*Asbestos Management Implementation: The Practical Aspects*; National Asbestos Council Annual Conference; Atlanta, GA; February, 1988

*Asbestos Abatement Projects: Saving the Ones That Go Bad*; National Asbestos Council Annual Conference, Anaheim, CA;  March, 1989

*Chemical Emergency Response: Building the Foundation*; Invited Speaker,  Pro-Eco '93, Monterrey, Mexico; May, 1993

*When Disaster Strikes - Catastrophic Chemical Emergency Response and Remediation*; Invited Speaker; Academy of Certified Hazardous Materials Managers Annual Conference, New Orleans; August, 1996

*Air Monitoring for Marine Chemical Release Emergencies;* Invited Speaker, USCG Captain of the Port; New Orleans; June, 2000

LWFR-EXP 11-000066

# RESUME
# WILLIAM D. SCOTT

*Air Monitoring for Marine Chemical Release Emergencies;* Invited Speaker, USCG Captain of the Port; New Orleans; August, 2001

*Mold Issues in Gulf Coast Construction; Causes and Cures*; Invited Speaker, Home Builders Association Gulf Coast Region Conference; New Orleans, LA; October, 2003

*Mold in Gulf Coast Construction; Causes and Cures*; Invited Speaker, American Institute of Architects and Society of Interior Designers Conference; New Orleans, LA; October, 2003

*Remediation of the Jefferson Parish Fire Training Center: A Decade of Challenges* Invited Speaker, USEPA Region VI MS4 Conference; New Orleans, LA; July, 2004

*After the Storm: Cleaning Up After Katrin*a; Invited Speaker, National Environmental Partnership Summit, New Orleans, LA; May, 2007

LWFR-EXP 11-000067

# William D. Scott
## Participation in Legal Proceedings
### as of 11/05/2008

| | |
|---|---|
| Case Title: | Riverside Market Development Corporation versus National Gypsum Co. |
| Venue: | U.S. District Court, Eastern District of Louisiana |
| Year: | 1987 |
| Retained by: | Stone, Pigman, Walther, Wittman & Hutchinson (Paul Zimmering) |
| Case Type: | Asbestos Cost Recovery, Product Liability |
| Services Provided: | Technical Support, Deposition Testimony |
| Internal File No.: | 471 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | State of Louisiana ex. Re. Board of Commissioners of the Port of New Orleans versus W.R. Grace & Co.-Conn. and U.S. Mineral Products Co. |
| Venue: | U.S. District Court, Eastern District of Louisiana |
| Year: | 1990 |
| Retained by: | Lewis & Kullman (Lawrence Kullman) |
| Case Type: | Asbestos Cost Recovery, Product Liability |
| Services Provided: | Technical Support, Deposition Testimony |
| Internal File No.: | 521 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Brevard County versus W. R. Grace & Company |
| Venue: | U.S. District Court of Florida, Orlando Division |
| Year: | 1991 |
| Retained by: | Barham & Markle (Edward D. Markle) |
| Case Type: | Asbestos Cost Recovery, Product Liability |
| Services Provided: | Technical Support |
| Internal File No.: | 819 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Gracie S. Atkins, et al, versus Harcros Chemicals, Inc., et al |
| Venue: | Civil District Court, Parish of Orleans, State of Louisiana |
| Year: | 1991 |
| Retained by: | Kean, Miller, Hawthorne, D'Armond, McCowan & Jarmon (Neil Sweeney) |
| Case Type: | Chemical Real Property Damage, Personal Injury Class Action |
| Services Provided: | Technical Support, Deposition Testimony |
| Internal File No.: | 951 |
| Status: | Closed |

# William D. Scott
## Participation in Legal Proceedings
### as of 11/05/2008

| | |
|---|---|
| Case Title: | Southern Pacific Transport Co. versus Builders Transport |
| Venue: | U.S. District Court, Eastern District of Louisiana |
| Year: | 1993 |
| Retained by: | Barham & Markle (Edward D. Markle) |
| Case Type: | Chemical Personal Injury |
| Services Provided: | Technical Support, Trial Testimony |
| Internal File No.: | 843 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Jefferson Parish Hospital Service District No. 2, Parish of Jefferson, State of Louisiana, d/b/a East Jefferson General Hospital versus W. R. Grace & Company and W. R. Grace& Company- Conn. |
| Venue: | U.S. District Court, Eastern District of Louisiana |
| Year: | 1993 |
| Retained by: | Lewis & Kullman (Lawrence Kullman) |
| Case Type: | Asbestos Cost Recovery, Product Liability |
| Services Provided: | Technical Support |
| Internal File No.: | 1136 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Stranco, Inc. versus Heartland Express, Inc. of Iowa |
| Venue: | 22nd Judicial District Court, Parish of St. Tammany, State of Louisiana |
| Year: | 1993 |
| Retained by: | Crawford & Lewis (Kirk Patrick) |
| Case Type: | Hazardous Materials Cleanup Billing |
| Services Provided: | Technical Support, Trial Testimony |
| Internal File No.: | 493 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Douglas Abadie, et al, versus Metropolitan Life Insurance Company, et al |
| Venue: | 24th Judicial District Court, Parish of Jefferson, State of Louisiana |
| Year: | 1995 |
| Retained by: | Jones, Walker, Waechter, Poitevent, Carrere & Denegre (Stan Denegre) |
| Case Type: | Asbestos Personal Injury, Product Liability |
| Services Provided: | Technical Support |
| Internal File No.: | 1864 |
| Status: | Closed |

LWFR-EXPSH-000069

# William D. Scott
## Participation in Legal Proceedings
### as of 11/05/2008

| | |
|---|---|
| Case Title: | Cheryl A. Bone versus Harcros Chemicals, Inc., et al |
| Venue: | Civil District Court, Parish of Orleans, State of Louisiana |
| Year: | 1996 |
| Retained by: | Keen, Miller, Hawthorne, D'Armond, McCowan & Jarmon (Neil Sweeney) |
| Case Type: | Chemical Real Property Damage, Personal Injury Class Action |
| Services Provided: | Technical Support |
| Internal File No.: | 1552 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Debra Zackowski, et al, versus State of Louisiana |
| Venue: | Civil District Court, Parish of Orleans, State of Louisiana |
| Year: | 1999 |
| Retained by: | Markle,. Daly & Martinez (Edward D. Markle) |
| Case Type: | Product Liability, Personal Injury |
| Services Provided: | Technical Support |
| Internal File No.: | 531 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Nelson E. Davis, et al, versus Avondale Industries, Inc. et al |
| Venue: | U.S. District Court, Eastern District of Louisiana |
| Year: | 2000 |
| Retained by: | Jones, Walker, Waechter, Poitevent, Carrere & Denegre (Leon Gary) |
| Case Type: | Asbestos Personal Injury |
| Services Provided: | Technical Support, Expert Report |
| Internal File No.: | 538 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Gwendolyn Johnson versus FDL, Inc. |
| Venue: | U.S. District Court, Eastern District of Louisiana |
| Year: | 2001 |
| Retained by: | Markle & Associates (Edward D. Markle) |
| Case Type: | Product Liability, Personal Injury |
| Services Provided: | Technical Support |
| Internal File No.: | 2300 |
| Status: | Closed |

# William D. Scott
## Participation in Legal Proceedings
### as of 11/05/2008

| | |
|---|---|
| Case Title: | James Presly, et al, versus Air Products and Chemicals, Inc. |
| Venue: | Circuit Court, Santa Rosa County, Florida, No. 99-528-CA |
| Year: | 2001 |
| Retained by: | Frank J. D'Amico, Jr. Law Firm (Frank D'Amico, Jr.) |
| Case Type: | Chemical Real Property Damage and Personal Injury Class Action |
| Services Provided: | Technical Support, Expert Reports, Deposition Testimony, Judicial Hearing  Testimony |
| Internal File No.: | 534 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Premier Restaurants, Inc. versus Joseph Simone and Rose Simone |
| Venue: | 24th Judicial District Court, Jefferson Parish, Louisiana No. 541-195 |
| Year: | 2002 |
| Retained by: | Newman, Mathis, Brady, Wakefield & Spedale (Bob Mathis) |
| Case Type: | Real Estate Environmental Contamination |
| Services Provided: | Technical Support, Deposition Testimony |
| Internal File No.: | 1901 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Daniel Benedetto versus The Oatey Co. and Cherne Industries, Inc. |
| Venue: | 24th Judicial District Court, Jefferson Parish, Louisiana |
| Year: | 2002 |
| Retained by: | Markle & Associates (Edward D. Markle) |
| Case Type: | Product Liability, Personal Injury |
| Services Provided: | Technical Support, Affidavit |
| Internal File No.: | 542 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Sherry Waters, et al versus U.S. Department of Social Services, et al |
| Venue: | Civil District Court, Parish of Orleans, State of Louisiana |
| Year: | 2002 |
| Retained by: | Duplass, Zwain, Bourgeois & Morton (Joe Morton) |
| Case Type: | Mold and Asbestos Personal Injury Class Action |
| Services Provided: | Technical Support, Deposition Testimony, Judicial Hearing Testimony |
| Internal File No.: | 2291 |
| Status: | Closed |

## William D. Scott
## Participation in Legal Proceedings
### as of 11/05/2008

| | |
|---|---|
| Case Title: | Brenda C. Redden and Lettie Marinovich versus the Parish of Plaquemines, the Plaquemines Parish Council, and ABC Insurance Company |
| Venue: | 25th Judicial District Court, Parish of Plaquemines, State of Louisiana, No. 48-380 |
| Year: | 2002 |
| Retained by: | Plaquemines Parish Attorney's Office |
| Case Type: | Mold Personal Injury |
| Services Provided: | Technical Support |
| Internal File No.: | 2284 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | L. & P. Sowa versus Cox Communications, et al. |
| Venue: | Civil District Court, Division D, Parish of Orleans, State of Louisiana |
| Year: | 2002 |
| Retained by: | Hulse & Wanek (Joseph Gallagher, Jr.) |
| Case Type: | Mold and Water Damage Real Estate Property Damage |
| Services Provided: | Technical Support, Expert Report, Deposition Testimony |
| Internal File No.: | 2512 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Hozenthal, et al (Case # 2001-16969); Galen, et al (Case # 2001-16972); Feran, et al (Case # 2001-16984), versus the Sewerage & Water Board of New Orleans |
| Venue: | Civil District Court, Parish of Orleans, State of Louisiana |
| Year: | 2005 |
| Retained by: | Murray Law Firm (Justin Woods) |
| Case Type: | Mold and Water Damage Real Estate Property Damage |
| Services Provided: | Technical Support, Expert Reports, Deposition Testimony |
| Internal File No.: | 2640 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Wellmyer, et al, versus Baumer Foods, Inc., et al |
| Venue: | Civil District Court, Parish of Orleans, State of Louisiana |
| Year: | 2005 |
| Retained by: | Chopin Wagar Richard & Kutcher (Elizabeth S. Sirgo) |
| Case Type: | Mold Personal Injury |
| Services Provided: | Technical Support, Expert Report |
| Internal File No.: | 2798 |
| Status: | Closed |

# William D. Scott
## Participation in Legal Proceedings
### as of 11/05/2008

| | |
|---|---|
| Case Title: | Jude Guidry, et al, versus Southern Petroleum Laboratories, et al; Civil Action No. 03-936 |
| Venue: | Section D, Middle District of Louisiana, United States District Court |
| Year: | 2006 |
| Retained by: | Frank J. D'Amico, Jr. Law Firm (Frank D'Amico, Jr.) |
| Case Type: | Chemical Personal Injury |
| Services Provided: | Technical Support, Expert Report, Deposition Testimony |
| Internal File No.: | 2977 |
| Status: | Active |

| | |
|---|---|
| Case Title: | Bruce Coates, et al, versus Garlock Sealing Technologies, et al; Case No. 2004-7817 |
| Venue: | Division 4, Civil District Court, Parish of Orleans, State of Louisiana |
| Year: | 2006 |
| Retained by: | Jones Walker (Stan Millan) |
| Case Type: | Asbestos Personal Injury |
| Services Provided: | Technical Support, Expert Report |
| Internal File No.: | 2970 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | The Higbee Company versus The Greater Lakeside Corp., et al; Civil Action No. 06-2848 |
| Venue: | Eastern District of Louisiana, United States District Court |
| Year: | 2007 |
| Retained by: | Chopin Wagar Richard & Kutcher (Robert Kutcher) |
| Case Type: | Commercial Real Estate Hurricane Damage |
| Services Provided: | Technical Support, Expert Report, Deposition |
| Internal File No.: | 2995 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Tara House Condominium Association, Inc., MLB Mortgage and Investments, Inc., and Michael Brown, versus James River Insurance Company; No. 06-9840 |
| Venue: | Division I-14, Civil District Court, Parish of Orleans, State of Louisiana |
| Year: | 2008 |
| Retained by: | Orrill, Cordell & Beary, L.L.C.  (Harry Cummins) |
| Case Type: | Commercial Real Estate Hurricane Damage |
| Services Provided: | Technical Support, Deposition |
| Internal File No.: | 2824 |
| Status: | Active |

# William D. Scott
## Participation in Legal Proceedings
### as of 11/05/2008

| | |
|---|---|
| Case Title: | Mantis, et al. v. Fournet, et al. v. Kochera, et al. |
| Venue: | 24th Judicial District Court, Parish of Jefferson, State of Louisiana |
| Year: | 2008 |
| Retained by: | Gauthier, Houghtaling & Williams  (Todd R. Slack) |
| Case Type: | Residential Mold Damage |
| Services Provided: | Technical Support, Deposition |
| Internal File No.: | 2296 |
| Status: | Active |

\userfile\admin\resumes\WDS legal participation

**Wright / Forest River Report**
**William D. Scott  PE**

**Attachment 2**

**Drawings**

LWFR-EXP 11-000075



SIDE ELEVATION

LEVELING JACK

WATER HEATER

LIGHT

WINDOW (36" X 20")
GLASS AREA (33" X 18")

WINDOW (48" X 22")
GLASS AREA (45" X 19")

15" TIRE

14" TIRE

LIGHT

DOOR
32" WIDE

STEPS

WINDOW (36" X 22")
GLASS AREA (33" X 18")

LEVELING JACK

LIGHT

BUTANE BOTTLES

**FEMA-LYNDON WRIGHT**

CAMPER VIEWS

1/4" = 1'

**RITTER CONSULTING ENGINEERS, LTD.**

250 RIDGEWAY DRIVE, SUITE C-3   LAFAYETTE, LOUISIANA 70503
TELEPHONE (337) 984-6488   FAX (337) 984-6576

| PROJECT #  | FILENAME: | DRAWN BY: | DATE: |
|------------|-----------|-----------|-------|
| 29016      | 29016     | C7/SD     | 9-10-09 |

LWFR-EXP 11-000076



BUTANE BOTTLES

LIGHT

LEVELING JACK

WINDOW (36" X 20")
GLASS AREA (33" X 18")

16'-0"

28'-0"

VENT

VENT

METAL STRAP

34"

ELECTRICAL CONNECTION

WINDOW (48" X 22")
GLASS AREA (45" X 19")

WATER CONNECTION

SEWER CONNECTION

ELECTRICAL PLUG-IN

LEVELING JACK

LIGHT

SIDE ELEVATION

FEMA—LYNDON WRIGHT

CAMPER VIEWS

1/4" = 1'

RITTER CONSULTING ENGINEERS, LTD.

250 RIDGEWAY DRIVE, SUITE C-3  LAFAYETTE, LOUISIANA 70503
TELEPHONE (337) 984-8488      FAX (337) 984-8578

| PROJECT # | 29016 | DRAWN BY: | C7/SD |
| FILENAME: | 29016 | DATE: | 9-10-09 |

LWFR-EXP 11-000077



FEMA—LYNDON WRIGHT

CAMPER VIEWS

1/4" = 1'

FLOOR PLAN
DIMENSIONED

RITTER CONSULTING ENGINEERS, LTD.

250 RIDGEWAY DRIVE, SUITE C-3   LAFAYETTE, LOUISIANA 70503
TELEPHONE (337) 984-8488     FAX (337) 984-8576

| PROJECT #| 29016 | DRAWN BY: | CT/SD |
| FILENAME: | 29016 | DATE: | 9-10-09 |

CABINET

CABINET

CABINET

BED

78" CEILING HEIGHT TYPICAL

CABINET

2'-8" DOOR

KITCHEN AREA

REF.

CABINET

FIRE EXTINGUISHER

CABINET

BENCH SEAT

TABLE

CABINETS

BENCH SEAT

LIVING ROOM AREA

SOFA

CABINET

CABINET

BUNK BEDS

BATH TUB

7'-11"

28'-0"

16'-6"

3'-7"

5'-3"

2'-9"

8'-0"

I WFR-EXP 11-000078

**Wright / Forest River Report**
**William D. Scott  PE**

**Attachment 3**

**FEMA Job Safety Analysis**

LWFR-EXP 11-000079

| Employee Position: Logistics Material Specialist | Task: Trailer In-Bound Inspection (new trailer) | FEMA Location: EHU Site |
|---|---|---|
| Analysis Performed By: ██████████ | Activity Supervisor/Contact: ██████████ | Phone Number: (281) 743█████ |
| Date of Analysis: 7/06 | New JHA or Update JHA: New | Page 9 of 20 |

| Activity | Physical Hazard or Chemical | Potential Injury | Control Type | Type of Training Required | Frequency and/or Duration of Exposure | Occupational Exposure Limit (if applicable) |
|---|---|---|---|---|---|---|
| Trailer exterior inspection | Trip/slip | Trauma<br><br>Abrasions<br><br>Lacerations<br><br>Sprains/strains | Awareness<br><br>Sturdy shoes (not open toed) | General Awareness | 480 min/day | NA |
| Lifting household contents into trailers | Lifting<br><br>Repetitive motion | Strains and sprains | Safe lifting awareness | Safe Lifting | 480 min/day | NA |
| Entering new trailers/mobile home | Formaldehyde off gassing from building materials including plywood, crush-board, urea formaldehyde foam insulation (UFFI), etc. (new trailers) | Formaldehyde exposure<br><br>Inhalation<br><br>Cancer | Ventilation<br><br>PPE-respiratory protection<br><br>Rotation | Formaldehyde Awareness accordance with OSHA 910.1048 | 480 min/day | OSHA PEL<br>TWA 0.75 ppm<br>Action Level 0.5 ppm<br><br>ACGIH<br>Ceiling 0.3 ppm |



**Wright / Forest River Report**
**William D. Scott  PE**

**Attachment 4**

**Initial Sampling Event Documentation**

LWFR-EXP 11-000081

# W. D. Scott Group, Inc.

1117 Wright Avenue, Gretna LA  70056 Phone (504) 393-7772 - Fax (504) 393-7311

## FORMALDEHYDE PASSIVE MONITORING DATA - FEMA HOUSING UNITS

Address:**2315 Seminole Lane New Orleans LA 70125**

Passive monitor brand & ID # **GL3169**          Name of person sampling: **Lisa Diamond**

Mfgr. Name:  **Forest River**          Make / Model Name:  **n/a**

Date of Manufacture ( month, year):  **09/2005**  Size of Unit / Number of Rooms: **8x28 3 Rms.**

VIN: **4X4TSMH296C008992**          FEMA ID #:**1277021**

Check one:   Travel Trailer **(X)**   Park Home  **( )**   Mobile Home   **( )**

Sampling Start time & date: **10/01/08 11:25**   End time and date:  **10/02/08 10:40**

Total sampling time:**1395**

Relative humidity start**:** **37.7%**  end: **28.1 %**    Relative humidity range: **9.6 %**

Temperature start: **82.5° F**  end: **88.1° F**   Temperature Range:  **5.6° F**

Trailer Sealed? ( no open windows or vents ):   Yes **(X )**  No  **( )**

Describe:

Any forced draft heat or air conditioning?  Yes **( )**  No  **(X )**

Describe:

Any visible moisture damage, condensation or mold?  Describe:  **water damage left of bedroom**

Describe location within the housing unit where the sample is being measured:**Bedroom**

Comments/ Any interferences observed or noted: **weight on wheels**

Date sample submitted to laboratory: **10/08/08**

Analysis Results:**0.048 ppm**

LWFR-EXP 11-000082

# FEMA Trailer Pictorial
## W.D. Scott Group, Inc
## 2315 Seminole Lane New Orleans LA



1. Exterior



2. Interior



3. FEMA Information

*Page 1 of 1*

# W. D. Scott Group, Inc.

1117 Wright Avenue, Gretna LA 70056 Phone (504) 393-7772 - Fax (504) 393-7311

## FORMALDEHYDE PASSIVE MONITORING DATA -
## FEMA HOUSING UNITS *Rollig Schmidt*  ⑧ ③

Address: **2315 Seminole Lane, NOLA, 70125**

Passive monitor brand & ID # **GL3169**      Name of person sampling: **LISA**

Mfgr. Name: **Forest River**      Make / Model Name: _____

Date of Manufacture ( month, year): **9/05**   Size of Unit / Number of Rooms: **bedrm/bath/kit    3**

VIN: **4X4TSMH29GC008992**      FEMA ID #: **1277021**

Check one:  Travel Trailer (X)  Park Home ( )  Mobile Home ( )    **8'x28'**

Sampling Start time & date: **10/01 11:25**  End time and date: **10/2 08 10:40**

Total sampling time: **1370 1395**

Relative humidity start: **37.7%**  end: **28.1%**  Relative humidity range: **9.6**

Temperature start: **82.5°**  end: **88.1°**     Temperature Range: **5.6**

Trailer Sealed? ( no open windows or vents ):  Yes (√)  No ( )

Describe:
Any forced draft heat or air conditioning?  Yes ( )  No (√)

Describe: _____

Any visible moisture damage, condensation or mold? Describe: **water damage (2) of**
**bed in master bdrm (1" x 3") rotted carpet**
Describe location within the housing unit where the sample is being measured: **FR=BDRM**
**ILLNESS: coughing, eyes irritated, mucus, asthma pump**
Comments/ Any interferences observed or noted: **WEIGHT   on   WHEELS**

Date submitted to laboratory: **10/8/8        0.048**

√ call Ronni w/Vin #       *Deborah Williams*  (11:30)
                           **LYNDON WRIGHT**
                           **701-6079**

| √ | √ |
|---|---|
| D/O | P/U |
| 10/01 | 10/02 |

LWFR-EXP 11-000084

## LABORATORY REPORT
### (Air Sampling)

*Batch No: 2008100446*

**Customer:** WD SCOTT GROUP INC
**Attention:** WILLIAM  SCOTT
**Address:** 1117 WRIGHT AVENUE

**City, State:** GRETNA, LA  70056
**Country:**

**Tel No:** (504) 393-7338
**Fax No:** (504) 393-7311

**Contact No:** 49566
**Project No:** NEW FEMA TRAILER PROJECT
**PO No:**

**Date Received:** October 10, 2008
**Date Reported:** October 20, 2008

**Date(s) Analyzed:** 10/20/08

Exposure results are the average concentration for the period of time monitored.  ND = None Detected.  The results relate only to the items tested.  Unless noted below, samples were received in acceptable condition, all applicable quality control were within method specifications, lab blanks were subtracted before a result was reported, and any customer supplied field blanks were not subtracted from sample results.  The molar volume at 22 C (24.1 L/mole) was used to calculate parts per million, ppm.  Air concentrations reported are based upon field sampling information provided by the customer.  For assistance with the content of this report, please visit the Customer Services section of our web site at http://www.assaytech.com or contact Technical Support at 1-800-833-1258.

| Lab Sample ID / Lab Code | Date Sampled | Media Code - Client Sample ID | Media Lot / Serial # | Chemical Analyzed | Quantity Found (mg) | Reporting Limit (mg) | Sample Volume (L) | Sample Time (min) | Concentration/Exposure (mg/M3) | (ppm) | Reporting Limit (mg/M3) | Reporting Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008044001 - ATOH | 10/8/08 | J571 | 8M08 - GL5268 | FORMALDEHYDE (1) | 2.8 | 0.05 | 18.6 | 1427 | 0.15 | 0.12 | 0.003 | 0.002 |
| 2008044002 - ATOH | 10/8/08 | J571 | 8M08 - GL5035 | FORMALDEHYDE (1) | 4.9 | 0.05 | 18.3 | 1400 | 0.27 | 0.22 | 0.003 | 0.002 |
| 2008044003 - ATOH | 10/8/08 | J571 | 8M08 - GL5535 | FORMALDEHYDE (1) | 2.8 | 0.05 | 18.3 | 1405 | 0.15 | 0.12 | 0.003 | 0.002 |
| 2008044004 - ATOH | 10/8/08 | J571 | 8M08 - GL5626 | FORMALDEHYDE (1) | 5.8 | 0.05 | 18.5 | 1415 | 0.31 | 0.25 | 0.003 | 0.002 |
| 2008044007 - ATOH | 10/8/08 | J571 | 8M08 - GL5476 | FORMALDEHYDE (1) | 1.5 | 0.05 | 18.4 | 1410 | 0.083 | 0.067 | 0.003 | 0.002 |
| 2008044008 - ATOH | 10/8/08 | J571 | 8M08 - GL5333 | FORMALDEHYDE (1) | 1.2 | 0.05 | 19 | 1455 | 0.063 | 0.051 | 0.003 | 0.002 |
| 2008044009 - ATOH | 10/8/08 | J571 | 8M08 - GL5814 | FORMALDEHYDE (1) | 2 | 0.05 | 18.7 | 1435 | 0.11 | 0.086 | 0.003 | 0.002 |
| 2008044010 - ATOH | 10/8/08 | J571 | 8M08 - GL5317 | FORMALDEHYDE (1) | 3.9 | 0.05 | 18.5 | 1418 | 0.21 | 0.17 | 0.003 | 0.002 |
| 2008044011 - ATOH | 10/8/08 | J571 | 8M08 - GL5182 | FORMALDEHYDE (1) | 0.81 | 0.05 | 18.3 | 1405 | 0.044 | 0.035 | 0.003 | 0.002 |
| 2008044012 - ATOH | 10/8/08 | J571 | 8C08 - GL3127 | FORMALDEHYDE (1) | 0.44 | 0.05 | 18.5 | 1420 | 0.024 | 0.019 | 0.003 | 0.002 |
| 2008044013 - ATOH | 10/8/08 | J571 | 8M08 - GL5637 | FORMALDEHYDE (1) | 1.2 | 0.05 | 18.7 | 1435 | 0.064 | 0.051 | 0.003 | 0.002 |
| 2008044016 - ATOH | 10/8/08 | J571 | 8C08 - GL3169 | FORMALDEHYDE (1) | 1.1 | 0.05 | 18.2 | 1395 | 0.06 | 0.048 | 0.003 | 0.002 |
| 2008044017 - ATOH | 10/8/08 | J571 | 8C08 - GL3438 | FORMALDEHYDE (1) | 0.98 | 0.05 | 18.2 | 1392 | 0.054 | 0.043 | 0.003 | 0.002 |
| 2008044019 - ATOH | 10/8/08 | J571 | 8C08 - GL3409 | FORMALDEHYDE (1) | 1.6 | 0.05 | 18.3 | 1400 | 0.087 | 0.07 | 0.003 | 0.002 |
| 2008044020 - ATOH | 10/8/08 | J571 | 8M08 - GL5362 | FORMALDEHYDE (1) | 0.95 | 0.05 | 18.4 | 1410 | 0.052 | 0.041 | 0.003 | 0.002 |
| 2008044022 - ATOH | 10/8/08 | J571 | 8M08 - GL5461 | FORMALDEHYDE (1) | 3.8 | 0.05 | 19.1 | 1460 | 0.2 | 0.16 | 0.003 | 0.002 |
| 2008044024 - ATOH | 10/8/08 | J571 | 8M08 - GL5671 | FORMALDEHYDE (1) | 4.2 | 0.05 | 18.4 | 1413 | 0.23 | 0.18 | 0.003 | 0.002 |
| 2008044025 - ATOH | 10/8/08 | J571 | 8M08 - GL5676 | FORMALDEHYDE (1) | 3.2 | 0.05 | 18.9 | 1445 | 0.17 | 0.14 | 0.003 | 0.002 |
| 2008044027 - ATOH | 10/8/08 | J571 | 8M08 - GL5704 | FORMALDEHYDE (1) | ND | 0.05 | 18.8 | 1440 | ND | ND | 0.003 | 0.002 |

**Messages**

| Lab Sample ID | Message | | Method | Method Name | Analyzed By | Approved By |
|---|---|---|---|---|---|---|
| | | | 1 | MOD NIOSH 2016 (OSHA PEL: 0.75 PPM, STEL: 2 PPM) | W. EWING | K. TAYLOR |

LAB CODE: ATCA-Lab 101728, ATOH-Lab 100903          S. GREEN-Laboratory Director K. TAYLOR-Ohio Supervisor          1 of 1

**ASSAY TECHNOLOGY SAMPLE RECEIPT CONFIRMATION REPORT**

Send Lab Report To:

| | | |
|---|---|---|
| *Customer:* | **WD SCOTT GROUP INC** | |
| *Attention:* | **WILLIAM  SCOTT** | |
| *Address:* | **1117 WRIGHT AVENUE** | |
| | | |
| *City, State:* | **GRETNA, LA  70056** | |
| *Country:* | | |
| *Tel No:* | **(504) 393-7338** | |
| *Fax No:* | **(504) 393-7311** | |

Send Bill To (if applicable):

| | |
|---|---|
| *Customer:* | **LAMBERT AND NELSON LAW FIRM** |
| | |
| *Attention:* | **ATTN: HUGH T LAMBERT** |
| *Address:* | **701 MAGAZINE ST** |
| *City, State:* | **NEW ORLEANS, LA  70130** |
| *Country:* | |
| *Project No:* | **NEW FEMA TRAILER PROJECT** |
| *PO No:* | |

*Contact No:* **49566**
*Batch No:* **2008100446**

*Received:* **October 10, 2008**
*Report Due On:* **October 20, 2008**

This report has been sent to you as a confirmation of receipt.  Unless noted below, each sample has been found to be in satisfactory condition.  An analytical report will be sent to the address above once the analyses are complete.  For customers who have requested it, the reports will be faxed and/or emailed as well when possible.  Contact Customer Service at 800-833-1258 ext. 4 if you need to change any of the information below or have any questions about the content of this report.

| Lab Sample ID / Lab Code | Client Sample ID | Media Code | Media Lot / Serial # | Date Sampled | Sampling Time (min) | Sampling Rate (L/min) | Analytes Requested | Method | Price Code * |
|---|---|---|---|---|---|---|---|---|---|
| 2008044001 / ATOH | | J571 | 8M08 - GL5268 | 10/8/08 | 1427 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044002 / ATOH | | J571 | 8M08 - GL5035 | 10/8/08 | 1400 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044003 / ATOH | | J571 | 8M08 - GL5535 | 10/8/08 | 1405 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044004 / ATOH | | J571 | 8M08 - GL5626 | 10/8/08 | 1415 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044007 / ATOH | | J571 | 8M08 - GL5476 | 10/8/08 | 1410 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044008 / ATOH | | J571 | 8M08 - GL5333 | 10/8/08 | 1455 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044009 / ATOH | | J571 | 8M08 - GL5814 | 10/8/08 | 1435 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044010 / ATOH | | J571 | 8M08 - GL5317 | 10/8/08 | 1418 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044011 / ATOH | | J571 | 8M08 - GL5182 | 10/8/08 | 1405 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044012 / ATOH | | J571 | 8C08 - GL3127 | 10/8/08 | 1420 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044013 / ATOH | | J571 | 8M08 - GL5637 | 10/8/08 | 1435 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044016 / ATOH | | J571 | 8C08 - GL3169 | 10/8/08 | 1395 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044017 / ATOH | | J571 | 8C08 - GL3438 | 10/8/08 | 1392 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044019 / ATOH | | J571 | 8C08 - GL3409 | 10/8/08 | 1400 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044020 / ATOH | | J571 | 8M08 - GL5362 | 10/8/08 | 1410 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044022 / ATOH | | J571 | 8M08 - GL5461 | 10/8/08 | 1460 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044024 / ATOH | | J571 | 8M08 - GL5671 | 10/8/08 | 1413 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044025 / ATOH | | J571 | 8M08 - GL5676 | 10/8/08 | 1445 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2008044027 / ATOH | | J571 | 8M08 - GL5704 | 10/8/08 | 1440 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |

**Messages**

| Lab Sample ID | Message |
|---|---|
| | |

* Analyses with price codes that begin with an "X" have been prepaid.

AIHA Accredited #101728 - 1252 Quarry Lane - Pleasanton, CA  94566
AIHA Accredited #100903 - 250 DeBartolo Place, #2525 - Boardman, OH  44512

LWFR-EXP 11-000086

# CHAIN OF CUSTODY RECORD

**W. D. SCOTT GROUP, INC.**
1117 Wright Avenue
Gretna, Louisiana 70056
(504) 393-7338   Fax (504) 393-7311

PAGE ___ OF _3_

## SEND LAB REPORT TO

Name: W. D. Scott Group, Inc.

Address: 1117 Wright Avenue

City: Gretna, LA          Zip: 70056

Email: wscott@wdscottgroup.com

Phone No.: 504-393-7338

Fax No.: 504-393-7311

Sampled By:

## PROJECT INFORMATION

Project Name: NEW FEMA TRAILER PROJECT

Project Location:

Project No.: 3070

Project Contact: William Scott

Phone No.:

Fax No.:

## ANALYSIS REQUIRED

FORMALDEHYDE
CAS # 50-00-0
FOR ALL SAMPLES

| Sample No. | Device | Time On | Time Off | Total Time (minutes) |
|---|---|---|---|---|
| G-L5268 | F.50 | | | 1427 |
| G-L5035 | | | | 1400 |
| G-L5636 | | | | 1445 |
| G-L5535 | | | | 1405 |
| G-L5476 | | | | 1410 |
| G-L5333 | | | | 1455 |
| G-L5814 | | | | 1435 |
| G-L5317 | | | | 1416 |

## TRANSACTIONS

| | Date | Time |
|---|---|---|
| RELINQUISHED BY (SIGNATURE) | ACCEPTED BY (SIGNATURE) DHL | 10/8/08  1700 |
| RELINQUISHED BY (SIGNATURE) DHL | ACCEPTED BY (SIGNATURE) | |

COMMENTS/DRAWING

COMMENTS

LWFR-EXP 11-000087

**W. D. SCOTT GROUP, INC.**
1117 Wright Avenue
Gretna, Louisiana 70056
(504) 393-7338   Fax (504) 393-7311

# CHAIN OF CUSTODY RECORD

PAGE 2 OF 3

## SEND LAB REPORT TO

Name: W. D. Scott Group, Inc.

Address: 1117 Wright Avenue

City: Gretna, LA        Zip: 70056

Email: wscott@wdscottgroup.com

Phone No.: 504-393-7338

Fax No.: 504-393-7311

Sampled By:

## PROJECT INFORMATION

Project Name: NEW FEMA TRAILER PROJECT

Project Location:

Project No.: 3070

Project Contact: William Scott

Phone No.:

Fax No.:

## ANALYSIS REQUIRED

FORMALDEHYDE
CAS # 50-00-0
FOR ALL SAMPLES

| Sample No. | Device | Time On | Time Off | Total Time (minutes) |
|---|---|---|---|---|
| G-L5182 | F-50 | | | 1405 |
| G-L3128 | | | | 1420 |
| G-L5637 | | | | 1435 |
| G-L3169 | | | | 1395 |
| G-L3438 | | | | 1392 |
| G-L3409 | | | | 1400 |
| G-L5362 | | | | 1410 |
| G-L5461 | | | | 1460 |

### TRANSACTIONS

| | Date | Time |
|---|---|---|
| RELINQUISHED BY (SIGNATURE) | | |
| ACCEPTED BY (SIGNATURE) DHL | 10/8/8 | 1700 |
| RELINQUISHED BY (SIGNATURE) DHL | | |
| ACCEPTED BY (SIGNATURE) | | |

COMMENTS

COMMENTS/DRAWING

LWFR-EXP 11-000088

**W. D. SCOTT GROUP, INC.**
1117 Wright Avenue
Gretna, Louisiana 70056
(504) 393-7338   Fax (504) 393-7311

# CHAIN OF CUSTODY RECORD

PAGE __2__ OF __

## SEND LAB REPORT TO

Name: W. D. Scott Group, Inc.

Address: 1117 Wright Avenue

City: Gretna, LA    Zip: 70056

Email: wscott@wdscottgroup.com

Phone No.: 504-393-7338

Fax No.: 504-393-7311

Sampled By:

## PROJECT INFORMATION

Project Name: NEW FEMA TRAILER PROJECT

Project Location:

Project No.: 3070

Project Contact: William Scott

Phone No.:

Fax No.:

## ANALYSIS REQUIRED

FORMALDEHYDE
CAS # 50-00-0
FOR ALL SAMPLES

## COMMENTS

| Sample No. | Device | Time On | Time Off | Total Time (minutes) | | | COMMENTS |
|---|---|---|---|---|---|---|---|
| CL5671 | F-50 | | | 1413 | | | |
| CL5676 | F 50 | | | 1445 | | | |
| CL5709 | F-59 | | | 1440 | | Blank | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## TRANSACTIONS

| | Date | Time | COMMENTS/DRAWING |
|---|---|---|---|
| RELINQUISHED BY (SIGNATURE) | ACCEPTED BY (SIGNATURE) DHL | 10/8/8  1700 | |
| RELINQUISHED BY (SIGNATURE) DHL | ACCEPTED BY (SIGNATURE) | | |

LWFR-EXP 11-000089

**Wright / Forest River Report**
**William D. Scott  PE**

**Attachment 5**

**Second Sampling Event Documentation**

LWFR-EXP 11-000090

# W. D. Scott Group, Inc.

1117 Wright Avenue, Gretna LA 70056 Phone (504) 393-7772 - Fax (504) 393-7311

## FORMALDEHYDE PASSIVE MONITORING DATA - FEMA HOUSING UNITS

Address: **FEMA THU Stg. Facility, 586 Schexnayder Lane, Melville, Louisiana 71353-5069**

Passive monitor brand & ID # : AT / ~~GT~~ GL1713    Sampler: **William D. Scott**

Mfr. Name Make / Model Name: **Forest River, Inc. / Salem**

Date of Manufacture ( month, year): **09/2005**   Size of Unit / Number of Rooms: **8X28 (est) / 3**

VIN: **4X4TSMH296C008992**              FEMA ID #: **1277021**

Check one:   Travel Trailer **(X)**   Park Home **( )**   Mobile Home **( )**

Sampling Start time & date:  **08/06/09  0909**  End time and date: **08/07/09** 0846

Total sampling time: **1417** **minutes**

Relative humidity start: **99.9%**   end: 54.2 **%**   Relative humidity range: 45.7 **%**

Temperature start: **82.2 °F**   end: 87.6 **°F**   Temperature Range: 5.4 **°F**

Trailer Sealed? ( no open windows or vents ):  Yes **(X)** No **( )**

Describe: **N/A**

Any forced draft heat or air conditioning? Yes **( )** No **(X)**

Describe: **N/A**

Any visible moisture damage, condensation or mold? Describe: **Carpet deteriorated (≈1 SF) at MBR left (facing hitch) under window;** mold at base of cabinet immediately to rear of entrance door, light mold on Al window frames, mold on bathroom fixtures.

Describe location within the housing unit where the sample is being measured: **MBR @ Left (facing hitch) nightstand; height = 30 inches above floor.**

Comments/ Any interferences observed or noted: **Weight on wheels**

Date sample submitted to laboratory: **08/ 10 /09**

Analysis Results: _____ **ppm**

Sampler Signature: _____

LWFR-EXP 11-000091

## LABORATORY REPORT
### (Air Sampling)

*Batch No: 2009080269*

**Customer:** WD SCOTT GROUP INC
**Attention:** WILLIAM  SCOTT
**Address:** 1117 WRIGHT AVENUE

**City, State:** GRETNA, LA  70056
**Country:**

**Tel No:** (504) 393-7338
**Fax No:** (504) 393-7311

**Contact No:** 49566
**Project No:** 3070
**PO No:**

**Date Received:** August 11, 2009
**Date Reported:** August 13, 2009

**Date(s) Analyzed:** 08/12/09

Exposure results are the average concentration for the period of time monitored.  ND = None Detected.  The results relate only to the items tested.  Unless noted below, samples were received in acceptable condition, all applicable quality control were within method specifications, lab blanks were subtracted before a result was reported, and any customer supplied field blanks were not subtracted from sample results.  The molar volume at 22 C (24.1 L/mole) was used to calculate parts per million, ppm.  Air concentrations reported are based upon field sampling information provided by the customer.  For assistance with the content of this report, please visit the Customer Services section of our web site at http://www.assaytech.com or contact Technical Support at 1-800-833-1258.

| Lab Sample ID / Lab Code | Date Sampled | Media Code - Client Sample ID | Media Lot / Serial # | Chemical Analyzed | Quantity Found (mg) | Reporting Limit (mg) | Sample Volume (L) | Sample Time (min) | Concentration/Exposure (mg/M3) | (ppm) | Reporting Limit (mg/M3) | Reporting Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009027553 - ATOH | 8/10/09 | J571 - GL1713 | 8A08 - GL1713 | FORMALDEHYDE (1) | 3 | 0.05 | 18.5 | 1417 | 0.16 | 0.13 | 0.003 | 0.002 |
| 2009027554 - ATOH | 8/10/09 | J571 - GL1471/ FIELD BLANK | 8A08 - GL1471 | FORMALDEHYDE (1) | ND | 0.05 | | N/A | ND | ND | | |

**Messages**

| Lab Sample ID | Message | | Method | Method Name | | Analyzed By | Approved By |
|---|---|---|---|---|---|---|---|
| | | | 1 | MOD NIOSH 2016 (OSHA PEL: 0.75 PPM, STEL: 2 PPM) | | W. EWING | K. TAYLOR |

LWFR-EXP 11-000092

# W. D. Scott Group, Inc.

1117 Wright Avenue, Gretna LA 70056 Phone (504) 393-7772 - Fax (504) 393-7311

## FORMALDEHYDE TUBE SAMPLING DATA - FEMA HOUSING UNITS

Address: **FEMA THU Stg. Facility, 586 Schexnayder Lane, Melville, Louisiana 71353-5069**

Mfr. Name / Model Name: **Forest River, Inc. / Salem**

Date of Manufacture ( month, year): **09/2005**          Unit Size / Number Rooms: **8X28 (est) / 3**

VIN: **4X4TSMH296C008992**          FEMA ID #: **1277021**

Check one:   Travel Trailer **(X )**   Park Home **( )**   Mobile Home **( )**

Collection Media Brand/ Type: **SKC / 226-119**          Lot # : **5855**

Media Serial # : **2917200  158**

Inspector Name : **William D. Scott**          Inspector Sig. :

Sampling Date: **08/06/09**

Start Time : **0832**     End Time : **0902**     Duration : **30** minutes

Relative Humidity Start: **73.7** %     End: **99.9** %     Relative humidity range: **26.2** %

Temperature Start:     **81.6** °F     End: **82.2** °F     Temperature Range:     **0.6** °F

Sample Flow Rate: **0.74** LPM

Sample Location: **MBR @ Left (facing hitch) nightstand; height = **  **30**  inches above floor.

Date submitted to laboratory: **08/ 10 /09**

### Pump Field Cal Data

| Pre (0715) | | Post (0935) | |
|---|---|---|---|
| 1) | 0.641 LPM | 1) | 0.639 LPM |
| 2) | 0.642 LPM | 2) | 0.641 LPM |
| 3) | 0.640 LPM | 3) | 0.639 LPM |
| Avg | 0.641 LPM | Avg | 0.640 LPM |

**LABORATORY REPORT**
(Air Sampling)

*Batch No: 2009080269*

*Customer:* WD SCOTT GROUP INC
*Attention:* WILLIAM SCOTT
*Address:* 1117 WRIGHT AVENUE

*City, State:* GRETNA, LA 70056
*Country:*

*Tel No:* (504) 393-7338
*Fax No:* (504) 393-7311

*Contact No:* 49566
*Project No:* 3070
*PO No:*

*Date Received:* August 11, 2009
*Date Reported:* August 13, 2009

*Date(s) Analyzed:* 08/12/09

Exposure results are the average concentration for the period of time monitored.  ND = None Detected.  The results relate only to the items tested.  Unless noted below, samples were received in acceptable condition, all applicable quality control were within method specifications, lab blanks were subtracted before a result was reported, and any customer supplied field blanks were not subtracted from sample results.  The molar volume at 22 C (24.1 L/mole) was used to calculate parts per million, ppm.  Air concentrations reported are based upon field sampling information provided by the customer.  For assistance with the content of this report, please visit the Customer Services section of our web site at http://www.assaytech.com or contact Technical Support at 1-800-833-1258.

| Lab Sample ID / Lab Code | Date Sampled | Media Code - Client Sample ID | Chemical Analyzed | Quantity Found (Front/Back) (mg) | Quantity Found (mg) | Reporting Limit (mg) | Sample Volume (L) | Sample Time (min) | Concentration/Exposure (mg/M³) | (ppm) | Reporting Limit (mg/M3) | Reporting Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009027551 - ATOH | 8/10/09 | J6-119 - 2917200158 | FORMALDEHYDE (1) | 2.3 / ND | 2.3 | 0.05 | 19.2 | 1 | 0.12 | 0.095 | 0.003 | 0.002 |
| 2009027552 - ATOH | 8/10/09 | J6-119 - 2917200161/ FIELD BLANK | FORMALDEHYDE (1) | ND / ND | ND | 0.05 | | N/A | ND | ND | | |

**Messages**

| Lab Sample ID | Message | | | | Method | Method Name | | Analyzed By | Approved By |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | MOD NIOSH 2016 (OSHA PEL: 0.75 PPM, STEL: 2 PPM) | | W. EWING | K. TAYLOR |

LAB CODE: ATCA-Lab 101728, ATOH-Lab 100903          S. GREEN-Laboratory Director K. TAYLOR-Ohio Supervisor          1 of 1

**ASSAY TECHNOLOGY SAMPLE RECEIPT CONFIRMATION REPORT**

**Send Lab Report To:**

*Customer:* **WD SCOTT GROUP INC**
*Attention:* **WILLIAM  SCOTT**
*Address:* **1117 WRIGHT AVENUE**

*City, State:* **GRETNA, LA  70056**
*Country:*

*Tel No:* **(504) 393-7338**
*Fax No:* **(504) 393-7311**

**Send Bill To (if applicable):**

*Customer:* **LAMBERT AND NELSON LAW FIRM**

*Attention:* **ATTN: HUGH T LAMBERT**
*Address:* **701 MAGAZINE ST**

*City, State:* **NEW ORLEANS,  LA  70130**
*Country:*

*Project No:* **3070**
*PO No:*

*Contact No:* **49566**
*Batch No:* **2009080269**

*Received:* **August 11, 2009**
*Report Due On:* **August 19, 2009**

This report has been sent to you as a confirmation of receipt.  Unless noted below, each sample has been found to be in satisfactory condition.  An analytical report will be sent to the address above once the analyses are complete.  For customers who have requested it, the reports will be faxed and/or emailed as well when possible.  Contact Customer Service at 800-833-1258 ext. 4 if you need to change any of the information below or have any questions about the content of this report.

| Lab Sample ID / Lab Code | Client Sample ID | Media Code | Media Lot / Serial # | Date Sampled | Sampling Time (min) | Sampling Rate (L/min) | Analytes Requested | Method | Price Code * |
|---|---|---|---|---|---|---|---|---|---|
| 2009027551 / ATOH | 2917200158 | J6-119 | - | 8/10/09 | 1 | 19.2 | FORMALDEHYDE | MOD NIOSH 2016 (O | A 707-1 |
| 2009027552 / ATOH | 2917200161/ FIELD BLANK | J6-119 | - | 8/10/09 | N/A | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | A 707-1 |
| 2009027553 / ATOH | GL1713 | J571 | 8A08 - GL1713 | 8/10/09 | 1417 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |
| 2009027554 / ATOH | GL1471/ FIELD BLANK | J571 | 8A08 - GL1471 | 8/10/09 | N/A | N/A | FORMALDEHYDE | MOD NIOSH 2016 (O | X |

**Messages**

| Lab Sample ID | Message |
|---|---|

AIHA Accredited #101728 - 1252 Quarry Lane - Pleasanton, CA  94566
AIHA Accredited #100903 - 250 DeBartolo Place, #2525 - Boardman, OH  44512

LWFR-EXP 11-000095

**W. D. SCOTT GROUP, INC.**
1117 Wright Avenue
Gretna, Louisiana 70056
(504) 393-7338   Fax (504) 393-7311

**CHAIN OF CUSTODY RECORD**

PAGE __ OF __

| SEND LAB REPORT TO | PROJECT INFORMATION | ANALYSIS REQUIRED | COMMENTS |
|---|---|---|---|
| Name: W. D. Scott Group, Inc. | Project Name: NEW FEMA TRAILER PROJECT | | |
| Address: 1117 Wright Avenue | Project Location: | | |
| City: Gretna, LA   Zip: 70056 | Project No.: 3070 | | |
| Email: wscott@wdscotlgroup.com | Project Contact: William Scott | | |
| Phone No.: 504-393-7338 | Phone No.: | FORMALDEHYDE | |
| Fax No.: 504-393-7311 | Fax No.: | CAS # 50-00-0 FOR ALL SAMPLES | |

please email wso Listo wscott@wdscottgroup.com

Sampled By:

| Sample No. | Device | Time On | Time Off | Total Time (minutes) | | | | Date | Time | COMMENTS/DRAWING |
|---|---|---|---|---|---|---|---|---|---|---|
| CL1713 | F. SD | 0909 | 0846 | 1417 | | | | | | |
| CL1471 | F. SD | n/n | n/n | | FIELD BLANK | | | | | |

| TRANSACTIONS | | |
|---|---|---|
| RELINQUISHED BY (SIGNATURE) DHL | ACCEPTED BY (SIGNATURE) DHL | Date | Time |
| Rom Cosone | | 8/0/9 | 1900 |
| RELINQUISHED BY (SIGNATURE) DHL | ACCEPTED BY (SIGNATURE) | | |

LWFR-EXP 11-000096

# W. D. SCOTT GROUP, INC.

1117 Wright Avenue
Gretna, Louisiana 70056
(504) 393-7338    Fax (504) 393-7311

# CHAIN OF CUSTODY RECORD

PAGE ___1___ OF ___1___

## SEND LAB REPORT TO

Name: W. D. Scott Group, Inc.

Address: 1117 Wright Avenue

City: Gretna, LA        Zip: 70056

Email: wscott@wdscottgroup.com

Phone No.: 504-393-7338

Fax No.: 504-393-7311

Sampled By:

## PROJECT INFORMATION

Project Name: NEW FEMA TRAILER PROJECT

Project Location:

Project No.: 3070

Project Contact: William Scott

Phone No.:

Fax No.:

## ANALYSIS REQUIRED

FORMALDEHYDE
CAS # 50-00-0
FOR ALL SAMPLES

| Sample No. | Device | Time On | Time Off | Total Time (minutes) | | COMMENTS |
|---|---|---|---|---|---|---|
| 291720015 8 | tube | 0832 | 0902 | * | * | 19.2 LiTERS |
| 91780016 1 | tube | n/a | n/a | | | FIELD BLANK |

please email/fax results to wscott@wdscottgroup.com

## TRANSACTIONS

| RELINQUISHED BY (SIGNATURE) | ACCEPTED BY (SIGNATURE) DHL | Date | Time | COMMENTS/DRAWING |
|---|---|---|---|---|
| DHL | | 3/10/9 | 1700 | |

RELINQUISHED BY (SIGNATURE)
ACCEPTED BY (SIGNATURE)

LWFR-EXP 11-000097

**Wright / Forest River Report**
**William D. Scott  PE**

**Attachment 6**

**Passive Sampling Graphed Results**

LWFR-EXP 11-000098



**Wright / Forest River Report**
**William D. Scott  PE**

**Attachment 7**

**Passive Monitor Cost Quotations**

LWFR-EXP 11-000100



www.assaytech.com
*The Technology Leader in Personal Monitoring*
*For Chemicals in the Workplace*

**AT Labs** and **Miller-Nelson Research** are units of **assay technology**

July 28, 2009

WILLIAM SCOTT
WD SCOTT GROUP INC
1117 WRIGHT AVENUE
GRETNA, LA 70056

QUOTATION

Please find below the quotation you requested.

Aldehyde Monitor  (Item #X571)
     Box of 5 monitors including prepaid analysis
          List Price - $212/box

  Discounted Price for 5,000 badges delivered over a period of one year - $159/box
  Discounted Price for 7,000 badges delivered over a period of one year - $148/box

*Quoted prices effective to August 30, 2010*
*Shipping and handling charges will be prepaid and added to the invoice; alternatively,*
*customer may provide an account number for shipping charges*

*Payment terms:  Net 30*

Rena K. Kirkpatrick
Director, Sales & Marketing
rena@assaytech.com
925-315-8112

1252 Quarry Lane  •  Pleasanton CA 94566  •  TEL:(800) 8331258  •  FAX (925) 461-7149  •  www.assaytech.com

LWFR-EXP 11-000101

**Advanced Chemical Sensors, Inc.**

101 Glades Road, Boca Raton, FL 33432
561-338-3116 F: 561-338-5737
www.acsbadge.com

# Quotation

| Date | Quote # |
|------|---------|
| 7/15/2009 | 20000 |

| Bill To |
|---------|
| Attn: William Scott |
| W.D. SCOTT GROUP, INC |
| 1117 Wright Ave |
| Gretna, LA  70056 |

| Ship To |
|---------|
| Attn: William Scott |
| W.D. SCOTT GROUP, INC |
| 1117 Wright Ave |
| Gretna, LA  70056 |

| Terms | Ship Via |
|-------|----------|
| Credit Card | Ground |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Formaldehyde Vapor Monitor | 500 | 29.90 | 14,950.00 |
| Estimated Shipping Charge (50 to a bag-18x18x18 box)-Fedex Ground | 1 | 18.00 | 18.00 |

| | |
|---|---|
| Subtotal | $14,968.00 |
| Sales Tax (0.0%) | $0.00 |
| Total | $14,968.00 |

**Wright / Forest River Report**
**William D. Scott  PE**

**Attachment 8**

**Fungal Sampling and Analysis Laboratory Reports**

LWFR-EXP 11-000103

**W. D. Scott Group, Inc.**
**Fungal Sampling Log**
**8/7/2009**
**Forest River**
**File # 3070 - FR**

| Sample | Type | | | | Time | | Location | Description |
|---|---|---|---|---|---|---|---|---|
| # | N-6 | Swab | Tape | Bulk | Start | Stop | | |
| 1 | X | | | | 1041 | 1044 | THU Interior | @ 28.3 lpm, 08/07/09 |
| 2 | X | | | | 1053 | 1056 | Outdoor Ambient | @ 28.3 lpm, 08/07/09 |
| 3 | X | | | | 1046 | 1049 | Void | @ 28.3 lpm, 08/07/09 |
| 4 | X | | | | 1101 | 1104 | Void | @ 28.3 lpm, 08/07/09 |
| 5 | X | | | | N/A | N/A | | Blank |
| 6 | X | | | | N/A | N/A | Void | |
| 7 | | X | | | N/A | N/A | Front right window frame Master bedroom (MBR) | |
| 8 | | | X | | N/A | N/A | Front right window frame MBR | |
| 9 | | X | | | N/A | N/A | Front left window frame MBR | |
| 10 | | | X | | N/A | N/A | Front left window frame MBR | |
| 11 | | X | | | N/A | N/A | MBR floor at carpet hole | |
| 12 | | | X | | N/A | N/A | MBR floor at carpet hole | |
| 13 | | X | | | N/A | N/A | Dinette, front seat, cabinet under cushion | |
| 14 | | | X | | N/A | N/A | Dinette, front seat, cabinet under cushion | |
| 15 | | X | | | N/A | N/A | Dinette right window frame | |
| 16 | | | X | | N/A | N/A | Dinette right window frame | |
| 17 | | X | | | N/A | N/A | Dinette left window frame | |
| 18 | | | X | | N/A | N/A | Dinette left window frame | |
| 19 | | X | | | N/A | N/A | Bath, commode cover | |
| 20 | | | X | | N/A | N/A | Bath, commode cover | |
| 21 | | X | | | N/A | N/A | Bath floor | |
| 22 | | | X | | N/A | N/A | Bath floor | |
| 23 | | X | | | N/A | N/A | Dinette, rear partition | |
| 24 | | | X | | N/A | N/A | Dinette, rear partition | |
| 25 | | X | | | N/A | N/A | MBR HVAC Diffuser | |
| 26 | | X | | | N/A | N/A | MBR HVAC Diffuser | |
| 27 | | X | | | N/A | N/A | Common front HVAC Diffuser | |
| 28 | | X | | | N/A | N/A | Common front HVAC Diffuser | |
| 29 | | X | | | N/A | N/A | Common middle HVAC Diffuser | |
| 30 | | X | | | N/A | N/A | Common middle HVAC Diffuser | |
| 31 | | X | | | N/A | N/A | Void | |
| 32 | | X | | | N/A | N/A | Common rear HVAC Diffuser | |

*Page 1 of 2*

LWFR-EXP 11-000104

**W. D. Scott Group, Inc.**
**Fungal Sampling Log**
**8/7/2009**
**Forest River**
**File # 3070 - FR**

| Sample | Type | | | | Time | | Location | Description |
|---|---|---|---|---|---|---|---|---|
| # | N-6 | Swab | Tape | Bulk | Start | Stop | | |
| 33 | | | | | N/A | N/A | Void | |
| 34 | | X | | | N/A | N/A | Common rear HVAC Diffuser | |
| 35 | | X | | | N/A | N/A | Bath | |
| 36 | | | | | N/A | N/A | Bath | |
| 37 | | X | | | N/A | N/A | HVAC return, front | |
| 38 | | X | | | N/A | N/A | HVAC return, front | |
| 39 | | X | | | N/A | N/A | HVAC return, rear | |
| 40 | | X | | | N/A | N/A | HVAC return, rear | |
| 41 | | X | | | N/A | N/A | HVAC return, insulated liner | |
| 42 | | X | | | N/A | N/A | HVAC return, insulated liner | |
| 43 | | X | | | N/A | N/A | | Blank |
| 44 | | X | | | N/A | N/A | | Blank |
| 45 | | X | | | N/A | N/A | Culturable, Kitchen under refrigerator floor | |
| 46 | | X | | | N/A | N/A | Non-culturable, Kitchen under refrigerator floor | |
| 47 | | | | X | N/A | N/A | HVAC filter (foam rubber) | |
| 48 | | X | | | N/A | N/A | Bath vanity bottom front | |
| 49 | | | X | | N/A | N/A | Sofa frame (27A )forward at pantry | |
| 50 | | X | | | N/A | N/A | Sofa frame (27A )forward at pantry | |
| 51 | | | X | | N/A | N/A | Pantry cabinet lower rear (28) | |
| 52 | | X | | | N/A | N/A | Front dinette seat lower | |
| 53 | | | X | | N/A | N/A | Front dinette seat lower | |
| 54 | | | | X | N/A | N/A | Sofa seat fabric under padding (+ 2 dupes to Defense) | |
| 55 | | | | X | N/A | N/A | Carpet, MBR, under left window (+ 2 dupes to defense) | |
| 56 | | | | X | N/A | N/A | Carpet, common, under sofa (+2 dupes to defense) | |
| 57 | | | | X | N/A | N/A | Carpet, center common area | |
| 58 | | | | X | N/A | N/A | Left MBR window, lwr tan caulk (dupe taken by Defense) | |
| 59 | | | | X | N/A | N/A | Left MBR window, 2X2 stud lower rear (+2 dupes to Defense) | |
| 60 | | X | | | N/A | N/A | HVAC evaporator (downstream) fan inlet shroud | |

*Page 2 of 2*

LWFR-EXP 11-000105

 **EMLab P&K**

Report for:

**Mr. Bill Scott**
**W.D. Scott Group, Inc.**
1117 Wright Ave.
Gretna, LA  70056

Regarding:      Project: 3070; Forest River
                EML ID: 569642

Approved by:

Lab Director
Christine Meyer

Dates of Analysis:
1-Media fungi surface culture full speciation: 08-27-2009
Culturable air fungi full speciation: 08-27-2009
Quantitative spore count direct exam: 08-13-2009

Project SOPs: 1-Media fungi surface culture full speciation (I100001), Culturable air fungi full speciation (I100002), Quantitative spore count direct exam (I100006)

This coversheet is included with your report in order to comply with AIHA and ISO accreditation requirements.

For clarity, we report the number of significant digits as calculated; but, due to the nature of this type of biological data, the number of significant digits that is used for interpretation should generally be one or two. All samples were received in acceptable condition unless noted in the Report Comments portion in the body of the report. Due to the nature of the analyses performed, field blank corrections of results is not a standard practice. The results relate only to the items tested.

EMLab P&K ("the Company") shall have no liability to the client or the client's customer with respect to decisions or recommendations made, actions taken or courses of conduct implemented by either the client or the client's customer as a result of or based upon the Test Results. In no event shall the Company be liable to the client with respect to the Test Results except for the Company's own willful misconduct or gross negligence nor shall the Company be liable for incidental or consequential damages or lost profits or revenues to the fullest extent such liability may be disclaimed by law, even if the Company has been advised of the possibility of such damages, lost profits or lost revenues. In no event shall the Company's liability with respect to the Test Results exceed the amount paid to the Company by the client therefor.

Document Number: 200091 - Revision Number: 5

LWFR-EXP 11-000106

**EMLab P&K**

1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: W.D. Scott Group, Inc.
C/O: Mr. Bill Scott
Re: 3070; Forest River

Date of Sampling: 08-07-2009
Date of Receipt: 08-11-2009
Date of Report: 08-27-2009

## CULTURABLE AIR FUNGI REPORT

| Location: | 1:<br>3070-01  Thu Interior | | 2:<br>3070-02  Outdoor Ambient | |
|---|---|---|---|---|
| Comments (see below) | None | | A | |
| Lab ID-Version‡: | 2526244-1 | | 2526245-1 | |
| | raw ct. | cfu*/m3 | raw ct. | cfu*/m3 |
| Acremonium strictum | | | | |
| Alternaria alternata | | | | |
| Aphanocladium album | | | | |
| Aspergillus fumigatus | | | | |
| Aspergillus niger | 2 | 14 | | |
| Aspergillus ochraceus | | | | |
| Aspergillus penicillioides | | | | |
| Aspergillus versicolor | | | | |
| Cladosporium cladosporioides | 35 | 260 | 179 | 1,700 |
| Cladosporium sphaerospermum | | | | |
| Cylindrocarpon destructans | | | | |
| Epicoccum nigrum | | | | |
| Fusarium chlamydosporum | 5 | 35 | 7 | 49 |
| Mucor hiemalis | | | 1 | 7 |
| Non-sporulating fungi | 6 | 42 | 11 | 78 |
| Paecilomyces marquandii | | | | |
| Penicillium canescens | | | | |
| Penicillium citreonigrum | | | | |
| Penicillium citrinum | 2 | 14 | | |
| Penicillium griseofulvum | | | | |
| Penicillium janczewskii | | | | |
| Penicillium oxalicum | 1 | 7 | | |
| Penicillium purpurogenum | | | | |
| Phoma exigua | | | | |
| Pithomyces chartarum | 2 | 14 | | |
| Stachybotrys chartarum | | | | |
| Ulocladium atrum | | | | |
| Wallemia sebi | | | | |
| Yeasts, Rhodotorula species | | | | |
| Positive Hole | 400 | | 400 | |
| Sample volume (liters) | 141.5 | | 141.5 | |
| **§ TOTAL CFU*/M3** | | 390 | | 1,800 |

* cfu = colony forming units      Positive hole correction chart used for all calculations
**Comments:** A) Overgrowth of spreading fungi inhibiting growth of competing organisms.

The minimum detection limit is one colony forming unit (CFU) per volume of air sampled.
The analytical sensitivity is equal to 1 CFU/Sample Volume X positive hole correction factor.
Note: Interpretation is left to the company and/or persons who conducted the field work. Variation is an inherent part of biological sampling.
The presence or absence of a few genera in small numbers should not be considered abnormal.
‡ A "Version" greater than 1 indicates amended data.
§ Total CFU/m3 has been rounded to two significant figures to reflect analytical precision.
Aerotech Laboratories, Inc.

**EMLab P&K**

1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: W.D. Scott Group, Inc.
C/O: Mr. Bill Scott
Re: 3070; Forest River

Date of Sampling: 08-07-2009
Date of Receipt: 08-11-2009
Date of Report: 08-27-2009

## FUNGAL CULTURE REPORT

| Lab ID-Version‡ Location | Sample Size/ Report Unit | Medium | Dilution Factor | Fungal ID | Colony Counts | CFU/unit | % |
|---|---|---|---|---|---|---|---|
| 2526246-1 3 3070-07  FRT RT Window MBR | Size: 5 cm2 Unit: 1 cm2 | MEA | 10,000 | Cladosporium cladosporioides Fusarium avenaceum Non-sporulating fungi | 3 4 8 | 6,000 8,000 16,000 § Total: 30,000 | 20 27 53 100 |
| Comments: | | | | | | | |
| 2526247-1 5 3070-09  FRT LFT Window MBR | Size: 25 cm2 Unit: 1 cm2 | MEA | 1,000 | Aureobasidium pullulans Cladosporium cladosporioides Fusarium avenaceum Non-sporulating fungi Rhodotorula glutinis | 21 5 1 1 38 | 840 200 40 40 1,500 § Total: 2,600 | 32 8 2 2 57 100 |
| Comments: | | | | | | | |
| 2526248-1 7 3070-11  MBR FLR @ Carpet Hole | Size: 25 cm2 Unit: 1 cm2 | MEA | 10,000 | Mucor racemosus | 4 | 1,600 § Total: 1,600 | 100 100 |
| Comments: | | | | | | | |
| 2526249-1 9 3070-13  Dinette, FRT Seat Cabinet Under Cushion | Size: 25 cm2 Unit: 1 cm2 | MEA | 1,000 | Fusarium avenaceum Paecilomyces variotii Penicillium citreonigrum Penicillium corylophilum Yeasts, other | 3 2 1 6 2 | 120 80 40 240 80 § Total: 560 | 21 14 7 43 14 100 |
| Comments: Unable to speciate yeast due to excessive bacterial colonies. | | | | | | | |
| 2526250-1 11 3070-15  Dinette, RT Window | Size: 25 cm2 Unit: 1 cm2 | MEA | 1,000 | Aureobasidium pullulans Cladosporium cladosporioides Fusarium avenaceum Non-sporulating fungi Penicillium variabile | 34 2 9 1 1 | 1,400 80 360 40 40 § Total: 1,900 | 73 4 19 2 2 100 |
| Comments: | | | | | | | |

When detected, the minimum detection and reporting limit is a colony count of 1 at the lowest dilution plated.

‡ A "Version" greater than 1 indicates amended data.
§ Total has been rounded to two significant figures to reflect analytical precision.

**EMLab P&K**

1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: W.D. Scott Group, Inc.
C/O: Mr. Bill Scott
Re: 3070; Forest River

Date of Sampling: 08-07-2009
Date of Receipt: 08-11-2009
Date of Report: 08-27-2009

## FUNGAL CULTURE REPORT

| Lab ID-Version‡ Location | Sample Size/ Report Unit | Medium | Dilution Factor | Fungal ID | Colony Counts | CFU/unit | % |
|---|---|---|---|---|---|---|---|
| 2526251-1 13 3070-17 Dinette, LFT Window | Size: 25 cm2 Unit: 1 cm2 | MEA | 1,000 | Aureobasidium pullulans | 2 | 80 | 5 |
| | | | | Cladosporium cladosporioides | 1 | 40 | 2 |
| | | | | Cladosporium sphaerospermum | 22 | 880 | 50 |
| | | | | Fusarium avenaceum | 11 | 440 | 25 |
| | | | | Non-sporulating fungi | 3 | 120 | 7 |
| | | | | Penicillium corylophilum | 1 | 40 | 2 |
| | | | | Yeasts, other | 4 | 160 | 9 |
| | | | | | | § Total: 1,800 | 100 |
| Comments: Unable to speciate yeast due to excessive bacterial colonies. | | | | | | | |
| 2526252-1 15 3070-19 Bath, Commode Cover | Size: 25 cm2 Unit: 1 cm2 | MEA | 1,000 | Aureobasidium pullulans | 78 | 3,100 | 95 |
| | | | | Fusarium avenaceum | 2 | 80 | 2 |
| | | | | Non-sporulating fungi | 2 | 80 | 2 |
| | | | | | | § Total: 3,300 | 100 |
| Comments: | | | | | | | |
| 2526253-1 17 3070-21 Bath, Floor | Size: 25 cm2 Unit: 1 cm2 | MEA | 10,000 | Aspergillus flavus | 1 | 400 | 5 |
| | | | | Aureobasidium pullulans | 1 | 400 | 5 |
| | | | | Cladosporium sphaerospermum | 1 | 400 | 5 |
| | | | | Fusarium avenaceum | 1 | 400 | 5 |
| | | | | Non-sporulating fungi | 1 | 400 | 5 |
| | | | | Penicillium griseofulvum | 4 | 1,600 | 20 |
| | | | | Yeasts, other | 11 | 4,400 | 55 |
| | | | | | | § Total: 8,000 | 100 |
| Comments: Unable to speciate yeast due to excessive bacterial colonies. | | | | | | | |
| 2526254-1 19 3070-23 Dinette, Rear Partition | Size: 25 cm2 Unit: 1 cm2 | MEA | 10 | No fungi detected | | § Total: < 0.4 | 100 |
| Comments: no colonies observed. | | | | | | | |

When detected, the minimum detection and reporting limit is a colony count of 1 at the lowest dilution plated.

‡ A "Version" greater than 1 indicates amended data.
§ Total has been rounded to two significant figures to reflect analytical precision.

Aerotech Laboratories, Inc.

 **EMLab P&K**

Report for:

**Mr. Bill Scott**
**W.D. Scott Group, Inc.**
1117 Wright Ave.
Gretna, LA  70056

Regarding:        Project: 3070; Forest River
                  EML ID: 570949

Approved by:                                    Dates of Analysis:
                                                Culturable air fungi full speciation: 08-21-2009

*Christine Meyer*

Lab Director
Christine Meyer

Project SOPs: Culturable air fungi full speciation (I100002)

This coversheet is included with your report in order to comply with AIHA and ISO accreditation requirements.

For clarity, we report the number of significant digits as calculated; but, due to the nature of this type of biological data, the number of significant digits that is used for interpretation should generally be one or two. All samples were received in acceptable condition unless noted in the Report Comments portion in the body of the report. Due to the nature of the analyses performed, field blank corrections of results is not a standard practice. The results relate only to the items tested.

EMLab P&K ("the Company") shall have no liability to the client or the client's customer with respect to decisions or recommendations made, actions taken or courses of conduct implemented by either the client or the client's customer as a result of or based upon the Test Results. In no event shall the Company be liable to the client with respect to the Test Results except for the Company's own willful misconduct or gross negligence nor shall the Company be liable for incidental or consequential damages or lost profits or revenues to the fullest extent such liability may be disclaimed by law, even if the Company has been advised of the possibility of such damages, lost profits or lost revenues. In no event shall the Company's liability with respect to the Test Results exceed the amount paid to the Company by the client therefor.

**EMLab P&K**

1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: W.D. Scott Group, Inc.          Date of Sampling: 08-02-2009
C/O: Mr. Bill Scott                     Date of Receipt: 08-14-2009
Re: 3070; Forest River                  Date of Report: 08-21-2009

## CULTURABLE AIR FUNGI REPORT

| Location: | 1:<br>3070-05 Blank | |
|---|---|---|
| Comments (see below) | None | |
| Lab ID-Version‡: | 2532634-1 | |
| | raw ct. | cfu*/m3 |
| Acremonium strictum | | |
| Alternaria alternata | | |
| Aphanocladium album | | |
| Aspergillus fumigatus | | |
| Aspergillus nidulans | | |
| Aspergillus ochraceus | | |
| Aspergillus penicillioides | | |
| Aspergillus versicolor | | |
| Aureobasidium pullulans | | |
| Botrytis cinerea | | |
| Cladosporium cladosporioides | | |
| Cladosporium herbarum | | |
| Cladosporium sphaerospermum | | |
| Cylindrocarpon destructans | | |
| Epicoccum nigrum | | |
| Non-sporulating fungi | | |
| Paecilomyces marquandii | | |
| Penicillium canescens | | |
| Penicillium citreonigrum | | |
| Penicillium griseofulvum | | |
| Penicillium janczewskii | | |
| Penicillium olsonii | | |
| Penicillium purpurogenum | | |
| Penicillium spinulosum | | |
| Phoma exigua | | |
| Stachybotrys chartarum | | |
| Ulocladium atrum | | |
| Wallemia sebi | | |
| Yeasts, Rhodotorula species | | |
| Positive Hole | 0 | |
| Sample volume (liters) | 0 | |
| **§ TOTAL CFU*/M3** | | N/A |

* cfu = colony forming units      Positive hole correction chart used for all calculations
**Comments:**

The minimum detection limit is one colony forming unit (CFU) per volume of air sampled.
The analytical sensitivity is equal to 1 CFU/Sample Volume X positive hole correction factor.
Note: Interpretation is left to the company and/or persons who conducted the field work. Variation is an inherent part of biological sampling.
The presence or absence of a few genera in small numbers should not be considered abnormal.
‡ A "Version" greater than 1 indicates amended data.
§ Total CFU/m3 has been rounded to two significant figures to reflect analytical precision.
Aerotech Laboratories, Inc.

 **EMLab P&K**

Report for:

**Mr. Bill Scott**
**W.D. Scott Group, Inc.**
1117 Wright Ave.
Gretna, LA  70056

Regarding:      Project: 3070 Forest  River
                EML ID: 572947

Approved by:                                    Dates of Analysis:
                                                Quantitative spore count direct exam: 08-21-2009

*Christine Meyer*

Lab Director
Christine Meyer

Project SOPs: Quantitative spore count direct exam (I100006)

This coversheet is included with your report in order to comply with AIHA and ISO accreditation requirements.

For clarity, we report the number of significant digits as calculated; but, due to the nature of this type of biological data, the number of significant digits that is used for interpretation should generally be one or two. All samples were received in acceptable condition unless noted in the Report Comments portion in the body of the report. Due to the nature of the analyses performed, field blank corrections of results is not a standard practice. The results relate only to the items tested.

EMLab P&K ("the Company") shall have no liability to the client or the client's customer with respect to decisions or recommendations made, actions taken or courses of conduct implemented by either the client or the client's customer as a result of or based upon the Test Results. In no event shall the Company be liable to the client with respect to the Test Results except for the Company's own willful misconduct or gross negligence nor shall the Company be liable for incidental or consequential damages or lost profits or revenues to the fullest extent such liability may be disclaimed by law, even if the Company has been advised of the possibility of such damages, lost profits or lost revenues. In no event shall the Company's liability with respect to the Test Results exceed the amount paid to the Company by the client therefor.

Document Number: 200091 - Revision Number: 5

**EMLab P&K**

1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: W.D. Scott Group, Inc.
C/O: Mr. Bill Scott
Re: 3070 Forest  River

Date of Sampling: 08-17-2009
Date of Receipt: 08-20-2009
Date of Report: 08-21-2009

## QUANTITATIVE SPORE COUNT REPORT

| Location: | 2:<br>3070-26 MBR AV | | 4:<br>3070-28 Common Frt AV | | 6:<br>3070-30 Common Mid AV | | 7:<br>3070-32 Common Rear AV | |
|---|---|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | | None | |
| Sample type | Swab sample | | Swab sample | | Swab sample | | Swab sample | |
| Lab ID-Version‡: | 2541529-1 | | 2541531-1 | | 2541533-1 | | 2541534-1 | |
| | raw ct. | spores/unit | raw ct. | spores/unit | raw ct. | spores/unit | raw ct. | spores/unit |
| Alternaria | | | | | | | | |
| Arthrinium | | | | | | | | |
| Ascospores* | 1 | 1.5 | 2 | 3.1 | 2 | 3.1 | | |
| Aureobasidium | | | | | | | | |
| Basidiospores* | 3 | 4.6 | 1 | 1.5 | | | 2 | 3.1 |
| Bipolaris/Drechslera group | | | | | | | | |
| Botrytis | | | | | | | | |
| Chaetomium | | | | | | | | |
| Cladosporium | | | | | | | 1 | 1.5 |
| Curvularia | | | | | 1 | 1.5 | | |
| Epicoccum | | | | | | | | |
| Fusarium | | | | | | | | |
| Myrothecium | | | | | | | | |
| Nigrospora | | | | | | | | |
| Other brown | 1 | 1.5 | | | 2 | 3.1 | | |
| Other colorless | | | | | | | | |
| Penicillium/Aspergillus types† | | | 3 | 4.6 | | | | |
| Pithomyces | | | | | | | | |
| Rusts* | | | | | | | | |
| Smuts*, Periconia, Myxomycetes* | | | 1 | 1.5 | | | | |
| Stachybotrys | | | | | | | | |
| Stemphylium | | | | | | | | |
| Torula | | | | | | | | |
| Ulocladium | | | | | | | | |
| Zygomycetes | | | | | | | | |
| Background debris (1-4+)†† | 3+ | | 3+ | | 3+ | | 3+ | |
| Sample size | 50 | | 50 | | 50 | | 50 | |
| Unit | 1 cm2 | | 1 cm2 | | 1 cm2 | | 1 cm2 | |
| **§ TOTAL SPORES/UNIT** | | 7.7 | | 11 | | 7.7 | | 4.6 |

**Comments:**

* Most of these spore types are not seen with culturable methods (Andersen sampling), although some may appear as nonsporulating colonies. Most of the basidiospores are 'mushroom' spores while the rusts and smuts are plant pathogens.
† The spores of *Aspergillus* and *Penicillium* (and others such as *Acremonium, Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by non viable sampling methods. Also, some species with very small spores are easily missed, and may be undercounted.
†† Background debris is an indication of the amount of non-biological particulate matter present on the slide (dust in the air) and is graded from 1+ to 4+ with 4+ indicating the largest amounts. This background material is also an indication of visibility for the analyst and resultant difficulty reading the slide. For example, high background debris may obscure the small spores such as the *Penicillium/Aspergillus* group. Counts from areas with 4+ background debris should be regarded as minimal counts and may actually be higher than reported.
‡ A "Version" greater than 1 indicates amended data.
§ Total Spores/unit has been rounded to two significant figures to reflect analytical precision.
The minimum detection limit is 1 spore per volume sampled.
The analytical sensitivity is equal to (1 Spore/Number of Fields Observed)*(Sample Area/Field Area of the microscope objective)*(1/unit volume)*Dilution Factor

Aerotech Laboratories, Inc.

**EMLab P&K**

1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: W.D. Scott Group, Inc.
C/O: Mr. Bill Scott
Re: 3070 Forest  River

Date of Sampling: 08-17-2009
Date of Receipt: 08-20-2009
Date of Report: 08-21-2009

## QUANTITATIVE SPORE COUNT REPORT

| Location: | 8:<br>3070-34 Common Rear AV | | 10:<br>3070-36 Bath | | 12:<br>3070-38 HVAC Ret, Frt | | 14:<br>3070-40 HVAC Ret, Rear | |
|---|---|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | | None | |
| Sample type | Swab sample | | Swab sample | | Swab sample | | Swab sample | |
| Lab ID-Version‡: | 2541535-1 | | 2541537-1 | | 2541539-1 | | 2541541-1 | |
| | raw ct. | spores/unit | raw ct. | spores/unit | raw ct. | spores/unit | raw ct. | spores/unit |
| Alternaria | | | | | | | | |
| Arthrinium | | | | | | | | |
| Ascospores* | 2 | 3.1 | 4 | 6.2 | 1 | 1.5 | 1 | 1.5 |
| Aureobasidium | | | | | | | | |
| Basidiospores* | 4 | 6.2 | 3 | 4.6 | | | 2 | 3.1 |
| Bipolaris/Drechslera group | | | | | 2 | 3.1 | 6 | 9.2 |
| Botrytis | | | | | | | | |
| Chaetomium | | | | | | | | |
| Cladosporium | 3 | 4.6 | 6 | 9.2 | | | 3 | 4.6 |
| Curvularia | | | | | 17 | 26 | 3 | 4.6 |
| Epicoccum | | | | | | | | |
| Fusarium | | | | | | | | |
| Myrothecium | | | | | | | | |
| Nigrospora | | | | | 1 | 1.5 | | |
| Other brown | | | | | | | 2 | 3.1 |
| Other colorless | | | | | | | | |
| Penicillium/Aspergillus types† | | | 1 | 1.5 | 2 | 3.1 | 4 | 6.2 |
| Pithomyces | | | | | | | | |
| Rusts* | | | | | | | | |
| Smuts*, Periconia, Myxomycetes* | | | 3 | 4.6 | | | 1 | 1.5 |
| Stachybotrys | | | | | | | | |
| Stemphylium | | | | | | | | |
| Torula | | | | | | | | |
| Ulocladium | | | | | | | | |
| Zygomycetes | | | | | | | | |
| Background debris (1-4+)†† | 3+ | | 3+ | | 4+ | | 3+ | |
| Sample size | 50 | | 50 | | 50 | | 50 | |
| Unit | 1 cm2 | | 1 cm2 | | 1 cm2 | | 1 cm2 | |
| § TOTAL SPORES/UNIT | | 14 | | 26 | | 35 | | 34 |

**Comments:**

* Most of these spore types are not seen with culturable methods (Andersen sampling), although some may appear as nonsporulating colonies. Most of the basidiospores are 'mushroom' spores while the rusts and smuts are plant pathogens.
† The spores of *Aspergillus* and *Penicillium* (and others such as *Acremonium, Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by non viable sampling methods. Also, some species with very small spores are easily missed, and may be undercounted.
†† Background debris is an indication of the amount of non-biological particulate matter present on the slide (dust in the air) and is graded from 1+ to 4+ with 4+ indicating the largest amounts. This background material is also an indication of visibility for the analyst and resultant difficulty reading the slide. For example, high background debris may obscure the small spores such as the *Penicillium/Aspergillus* group. Counts from areas with 4+ background debris should be regarded as minimal counts and may actually be higher than reported.
‡ A "Version" greater than 1 indicates amended data.
§ Total Spores/unit has been rounded to two significant figures to reflect analytical precision.
The minimum detection limit is 1 spore per volume sampled.
The analytical sensitivity is equal to (1 Spore/Number of Fields Observed)*(Sample Area/Field Area of the microscope objective)*(1/unit volume)*Dilution Factor

Aerotech Laboratories, Inc.

**EMLab P&K**

1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: W.D. Scott Group, Inc.
C/O: Mr. Bill Scott
Re: 3070 Forest  River

Date of Sampling: 08-17-2009
Date of Receipt: 08-20-2009
Date of Report: 08-21-2009

## QUANTITATIVE SPORE COUNT REPORT

| Location: | 16:<br>3070-42 HVAC, Insul Liner | | 18:<br>3070-44 Blank | |
|---|---|---|---|---|
| Comments (see below) | None | | None | |
| Sample type | Swab sample | | Swab sample | |
| Lab ID-Version‡: | 2541543-1 | | 2541545-1 | |
| | raw ct. | spores/unit | raw ct. | spores/unit |
| Alternaria | | | | |
| Arthrinium | | | | |
| Ascospores* | | | | |
| Aureobasidium | | | | |
| Basidiospores* | | | | |
| Bipolaris/Drechslera group | | | | |
| Botrytis | | | | |
| Chaetomium | | | | |
| Cladosporium | 17 | 11,000 | | |
| Curvularia | 2 | 3.1 | | |
| Epicoccum | | | | |
| Fusarium | | | | |
| Myrothecium | | | | |
| Nigrospora | | | | |
| Other brown | 3 | 4.6 | | |
| Other colorless | | | | |
| Penicillium/Aspergillus types† | 2 | 3.1 | | |
| Pithomyces | | | | |
| Rusts* | | | | |
| Smuts*, Periconia, Myxomycetes* | | | | |
| Stachybotrys | | | | |
| Stemphylium | | | | |
| Torula | | | | |
| Ulocladium | | | | |
| Zygomycetes | | | | |
| Background debris (1-4+)†† | 3+ | | < 1+ | |
| Sample size | 50 | | 1 | |
| Unit | 1 cm2 | | 1 swab | |
| **§ TOTAL SPORES/UNIT** | | 11,000 | | < 40 |

**Comments:**

* Most of these spore types are not seen with culturable methods (Andersen sampling), although some may appear as nonsporulating colonies. Most of the basidiospores are 'mushroom' spores while the rusts and smuts are plant pathogens.
† The spores of *Aspergillus* and *Penicillium* (and others such as *Acremonium, Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by non viable sampling methods. Also, some species with very small spores are easily missed, and may be undercounted.
†† Background debris is an indication of the amount of non-biological particulate matter present on the slide (dust in the air) and is graded from 1+ to 4+ with 4+ indicating the largest amounts. This background material is also an indication of visibility for the analyst and resultant difficulty reading the slide. For example, high background debris may obscure the small spores such as the *Penicillium/Aspergillus* group. Counts from areas with 4+ background debris should be regarded as minimal counts and may actually be higher than reported.
‡ A "Version" greater than 1 indicates amended data.
§ Total Spores/unit has been rounded to two significant figures to reflect analytical precision.
The minimum detection limit is 1 spore per volume sampled.
The analytical sensitivity is equal to (1 Spore/Number of Fields Observed)*(Sample Area/Field Area of the microscope objective)*(1/unit volume)*Dilution Factor

Aerotech Laboratories, Inc.

 **EMLab P&K**

Report for:

**Mr. Bill Scott**
**W.D. Scott Group, Inc.**
1117 Wright Ave.
Gretna, LA  70056

Regarding:      Project: 3070 Forest River
EML ID: 577890

Approved by:

Dates of Analysis:
1-Media fungi surface culture full speciation: 09-21-2009
Quantitative spore count direct exam: 09-04-2009

*Christine Meyer*

Lab Director
Christine Meyer

Project SOPs: 1-Media fungi surface culture full speciation (I100001), Quantitative spore count direct exam (I100006)

This coversheet is included with your report in order to comply with AIHA and ISO accreditation requirements.

For clarity, we report the number of significant digits as calculated; but, due to the nature of this type of biological data, the number of significant digits that is used for interpretation should generally be one or two. All samples were received in acceptable condition unless noted in the Report Comments portion in the body of the report. Due to the nature of the analyses performed, field blank corrections of results is not a standard practice. The results relate only to the items tested.

EMLab P&K ("the Company") shall have no liability to the client or the client's customer with respect to decisions or recommendations made, actions taken or courses of conduct implemented by either the client or the client's customer as a result of or based upon the Test Results. In no event shall the Company be liable to the client with respect to the Test Results except for the Company's own willful misconduct or gross negligence nor shall the Company be liable for incidental or consequential damages or lost profits or revenues to the fullest extent such liability may be disclaimed by law, even if the Company has been advised of the possibility of such damages, lost profits or lost revenues. In no event shall the Company's liability with respect to the Test Results exceed the amount paid to the Company by the client therefor.

**EMLab P&K**

1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: W.D. Scott Group, Inc.
C/O: Mr. Bill Scott
Re: 3070 Forest River

Date of Receipt: 09-03-2009
Date of Report: 09-21-2009

## FUNGAL CULTURE REPORT

| Lab ID-Version‡ Location | Sample Size/ Report Unit | Medium | Dilution Factor | Fungal ID | Colony Counts | CFU/unit | % |
|---|---|---|---|---|---|---|---|
| 2563035-1 3 3070-46 HVAC Foam Filter | Size: 1 swab Unit: 1 swab | MEA | 1,000 | Acremonium kiliense | 2 | 2,000 | 18 |
| | | | | Chaetomium globosum | 1 | 1,000 | 9 |
| | | | | Curvularia geniculata | 3 | 3,000 | 27 |
| | | | | Fusarium graminum | 4 | 4,000 | 36 |
| | | | | Non-sporulating fungi | 1 | 1,000 | 9 |
| | | | | | | § Total: 11,000 | 100 |
| Comments: | | | | | | | |
| 2563036-1 9 3070-54 Sofa, Fabric Under Pad | Size: 1 swab Unit: 1 swab | MEA | 10 | Chaetomium globosum | 1 | 10 | 7 |
| | | | | Curvularia geniculata | 2 | 20 | 14 |
| | | | | Fusarium graminum | 1 | 10 | 7 |
| | | | | Yeasts, other | 10 | 100 | 71 |
| | | | | | | § Total: 140 | 100 |
| Comments: | | | | | | | |
| 2563037-1 10 3070-55 Carpet, MBR, Left Window | Size: 1 swab Unit: 1 swab | MEA | 1,000 | Aspergillus sydowii | 31 | 31,000 | 56 |
| | | | | Aspergillus versicolor | 2 | 2,000 | 4 |
| | | | | Cryptococcus laurentii | 8 | 8,000 | 15 |
| | | | | Curvularia geniculata | 1 | 1,000 | 2 |
| | | | | Penicillium citrinum | 13 | 13,000 | 24 |
| | | | | | | § Total: 55,000 | 100 |
| Comments: | | | | | | | |
| 2563038-1 11 3070-56 Carpet, Common, Under Sofa | Size: 1 swab Unit: 1 swab | MEA | 100 | Aspergillus sydowii | 2 | 200 | 17 |
| | | | | Aspergillus terreus | 1 | 100 | 8 |
| | | | | Cladosporium sphaerospermum | 1 | 100 | 8 |
| | | | | Curvularia brachyspora | 1 | 100 | 8 |
| | | | | Curvularia clavata | 1 | 100 | 8 |
| | | | | Non-sporulating fungi | 1 | 100 | 8 |
| | | | | Penicillium griseofulvum | 1 | 100 | 8 |
| | | | | Penicillium raistrickii | 1 | 100 | 8 |
| | | | | Verticillium lateritium | 3 | 300 | 25 |
| | | | | | | § Total: 1,200 | 100 |
| Comments: | | | | | | | |

When detected, the minimum detection and reporting limit is a colony count of 1 at the lowest dilution plated.

‡ A "Version" greater than 1 indicates amended data.
§ Total has been rounded to two significant figures to reflect analytical precision.

Aerotech Laboratories, Inc.

**EMLab P&K**

1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: W.D. Scott Group, Inc.
C/O: Mr. Bill Scott
Re: 3070 Forest River

Date of Receipt: 09-03-2009
Date of Report: 09-21-2009

## FUNGAL CULTURE REPORT

| Lab ID-Version‡ Location | Sample Size/ Report Unit | Medium | Dilution Factor | Fungal ID | Colony Counts | CFU/unit | % |
|---|---|---|---|---|---|---|---|
| 2563039-1 12 3070-57 Carpet, Ctr, Common | Size: 1 swab Unit: 1 swab | MEA | 1,000 | Aspergillus sydowii | 3 | 3,000 | 27 |
| | | | | Aspergillus terreus | 1 | 1,000 | 9 |
| | | | | Aspergillus versicolor | 2 | 2,000 | 18 |
| | | | | Fusarium graminum | 1 | 1,000 | 9 |
| | | | | Non-sporulating fungi | 1 | 1,000 | 9 |
| | | | | Penicillium implicatum | 1 | 1,000 | 9 |
| | | | | Verticillium lateritium | 2 | 2,000 | 18 |
| | | | | § Total: 11,000 | | | 100 |
| Comments: | | | | | | | |
| 2563040-1 13 3070-59 MBR Window, Left, Stud SFC | Size: 1 swab Unit: 1 swab | MEA | 100 | Paecilomyces variotii | 1 | 100 | 10 |
| | | | | Penicillium variabile | 9 | 900 | 90 |
| | | | | § Total: 1,000 | | | 100 |
| Comments: | | | | | | | |
| 2563041-1 1 3070-45 Kitchen Flr Under Refr. | Size: 50 cm2 Unit: 1 cm2 | MEA | 100 | Aspergillus niger | 3 | 6 | 50 |
| | | | | Fusarium graminum | 1 | 2 | 17 |
| | | | | Rhodotorula glutinis | 2 | 4 | 33 |
| | | | | § Total: 12 | | | 100 |
| Comments: | | | | | | | |
| 2563043-1 4 3070-48 Bathroom Vanity, Btm FR | Size: 50 cm2 Unit: 1 cm2 | MEA | 100 | Fusarium graminum | 4 | 8 | 18 |
| | | | | Fusarium moniliforme | 7 | 14 | 32 |
| | | | | Non-sporulating fungi | 3 | 6 | 14 |
| | | | | Trichoderma koningii | 1 | 2 | 5 |
| | | | | Unidentified | 4 | 8 | 18 |
| | | | | Yeasts, other | 3 | 6 | 14 |
| | | | | § Total: 44 | | | 100 |
| Comments: Unidentified indicative of *Sporothrix* schencki.  Unable to confirm yeast and Sporothix due to overgrowth of *Trichoderma.* | | | | | | | |
| 2563044-1 6 3070-50 Sofa Frame ( 27A) Fwd @ Pantry | Size: 50 cm2 Unit: 1 cm2 | MEA | 100 | Aspergillus niger | 1 | 2 | 33 |
| | | | | Fusarium graminum | 1 | 2 | 33 |
| | | | | Trichoderma koningii | 1 | 2 | 33 |
| | | | | § Total: 6 | | | 100 |
| Comments: | | | | | | | |

When detected, the minimum detection and reporting limit is a colony count of 1 at the lowest dilution plated.

‡ A "Version" greater than 1 indicates amended data.
§ Total has been rounded to two significant figures to reflect analytical precision.

Aerotech Laboratories, Inc.

**EMLab P&K**

1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: W.D. Scott Group, Inc.
C/O: Mr. Bill Scott
Re: 3070 Forest River

Date of Receipt: 09-03-2009
Date of Report: 09-21-2009

## FUNGAL CULTURE REPORT

| Lab ID-Version‡ Location | Sample Size/ Report Unit | Medium | Dilution Factor | Fungal ID | Colony Counts | CFU/unit | % |
|---|---|---|---|---|---|---|---|
| 2563045-1 | Size: | MEA | 10,000 | Chaetomium globosum | 57 | 11,000 | 79 |
| 7 | 50 cm2 | | | Lecythophora hoffmanii | 6 | 1,200 | 9 |
| 3070-52 Frt Dinette | Unit: | | | Penicillium citrinum | 9 | 1,800 | 13 |
| Seat, (28) Lower | 1 cm2 | | | | | § Total: 14,000 | 100 |
| Comments: | | | | | | | |
| 2563046-1 | Size: | MEA | 10,000 | Acremonium kiliense | 9 | 1,800 | 12 |
| 14 | 50 cm2 | | | Acremonium strictum | 1 | 200 | 1 |
| 3070-60 HVAC Evap | Unit: | | | Curvularia brachyspora | 1 | 200 | 1 |
| Downstream Shroud | 1 cm2 | | | Exophiala jeanselmei | 35 | 7,000 | 47 |
| | | | | Fusarium graminum | 1 | 200 | 1 |
| | | | | Non-sporulating fungi | 1 | 200 | 1 |
| | | | | Paecilomyces lilacinus | 1 | 200 | 1 |
| | | | | Penicillium corylophilum | 2 | 400 | 3 |
| | | | | Rhodotorula glutinis | 24 | 4,800 | 32 |
| | | | | | | § Total: 15,000 | 100 |
| Comments: | | | | | | | |

When detected, the minimum detection and reporting limit is a colony count of 1 at the lowest dilution plated.

‡ A "Version" greater than 1 indicates amended data.
§ Total has been rounded to two significant figures to reflect analytical precision.

Aerotech Laboratories, Inc.

 **EMLab P&K**

---

Report for:

**Mr. Bill Scott**
**W.D. Scott Group, Inc.**
1117 Wright Ave.
Gretna, LA  70056

---

Regarding:       Project: 3070 Forest  River
                 EML ID: 572947

Approved by:                                 Dates of Analysis:
                                             Quantitative spore count direct exam: 08-21-2009

*Christine Meyer*

Lab Director
Christine Meyer

Project SOPs: Quantitative spore count direct exam (I100006)

---

This coversheet is included with your report in order to comply with AIHA and ISO accreditation requirements.

For clarity, we report the number of significant digits as calculated; but, due to the nature of this type of biological data, the number of significant digits that is used for interpretation should generally be one or two. All samples were received in acceptable condition unless noted in the Report Comments portion in the body of the report. Due to the nature of the analyses performed, field blank corrections of results is not a standard practice. The results relate only to the items tested.

EMLab P&K ("the Company") shall have no liability to the client or the client's customer with respect to decisions or recommendations made, actions taken or courses of conduct implemented by either the client or the client's customer as a result of or based upon the Test Results. In no event shall the Company be liable to the client with respect to the Test Results except for the Company's own willful misconduct or gross negligence nor shall the Company be liable for incidental or consequential damages or lost profits or revenues to the fullest extent such liability may be disclaimed by law, even if the Company has been advised of the possibility of such damages, lost profits or lost revenues. In no event shall the Company's liability with respect to the Test Results exceed the amount paid to the Company by the client therefor.

Document Number: 200091 - Revision Number: 5

LWFR-EXP 11-000120

**EMLab P&K**

1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: W.D. Scott Group, Inc.
C/O: Mr. Bill Scott
Re: 3070 Forest River

Date of Sampling: 08-17-2009
Date of Receipt: 08-20-2009
Date of Report: 08-21-2009

## QUANTITATIVE SPORE COUNT REPORT

| Location: | 2:<br>3070-26 MBR AV | | 4:<br>3070-28 Common Frt AV | | 6:<br>3070-30 Common Mid AV | | 7:<br>3070-32 Common Rear AV | |
|---|---|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | | None | |
| Sample type | Swab sample | | Swab sample | | Swab sample | | Swab sample | |
| Lab ID-Version‡: | 2541529-1 | | 2541531-1 | | 2541533-1 | | 2541534-1 | |
| | raw ct. | spores/unit | raw ct. | spores/unit | raw ct. | spores/unit | raw ct. | spores/unit |
| Alternaria | | | | | | | | |
| Arthrinium | | | | | | | | |
| Ascospores* | 1 | 1.5 | 2 | 3.1 | 2 | 3.1 | | |
| Aureobasidium | | | | | | | | |
| Basidiospores* | 3 | 4.6 | 1 | 1.5 | | | 2 | 3.1 |
| Bipolaris/Drechslera group | | | | | | | | |
| Botrytis | | | | | | | | |
| Chaetomium | | | | | | | | |
| Cladosporium | | | | | | | | 1 | 1.5 |
| Curvularia | | | | | 1 | 1.5 | | |
| Epicoccum | | | | | | | | |
| Fusarium | | | | | | | | |
| Myrothecium | | | | | | | | |
| Nigrospora | | | | | | | | |
| Other brown | 1 | 1.5 | | | 2 | 3.1 | | |
| Other colorless | | | | | | | | |
| Penicillium/Aspergillus types† | | | 3 | 4.6 | | | | |
| Pithomyces | | | | | | | | |
| Rusts* | | | | | | | | |
| Smuts*, Periconia, Myxomycetes* | | | 1 | 1.5 | | | | |
| Stachybotrys | | | | | | | | |
| Stemphylium | | | | | | | | |
| Torula | | | | | | | | |
| Ulocladium | | | | | | | | |
| Zygomycetes | | | | | | | | |
| Background debris (1-4+)†† | 3+ | | 3+ | | 3+ | | 3+ | |
| Sample size | 50 | | 50 | | 50 | | 50 | |
| Unit | 1 cm2 | | 1 cm2 | | 1 cm2 | | 1 cm2 | |
| § TOTAL SPORES/UNIT | | 7.7 | | 11 | | 7.7 | | 4.6 |

**Comments:**

* Most of these spore types are not seen with culturable methods (Andersen sampling), although some may appear as nonsporulating colonies. Most of the basidiospores are 'mushroom' spores while the rusts and smuts are plant pathogens.
† The spores of *Aspergillus* and *Penicillium* (and others such as *Acremonium, Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by non viable sampling methods. Also, some species with very small spores are easily missed, and may be undercounted.
†† Background debris is an indication of the amount of non-biological particulate matter present on the slide (dust in the air) and is graded from 1+ to 4+ with 4+ indicating the largest amounts. This background material is also an indication of visibility for the analyst and resultant difficulty reading the slide. For example, high background debris may obscure the small spores such as the *Penicillium/Aspergillus* group. Counts from areas with 4+ background debris should be regarded as minimal counts and may actually be higher than reported.
‡ A "Version" greater than 1 indicates amended data.
§ Total Spores/unit has been rounded to two significant figures to reflect analytical precision.
The minimum detection limit is 1 spore per volume sampled.
The analytical sensitivity is equal to (1 Spore/Number of Fields Observed)*(Sample Area/Field Area of the microscope objective)*(1/unit volume)*Dilution Factor

Aerotech Laboratories, Inc.

**EMLab P&K**

1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: W.D. Scott Group, Inc.
C/O: Mr. Bill Scott
Re: 3070 Forest River

Date of Sampling: 08-17-2009
Date of Receipt: 08-20-2009
Date of Report: 08-21-2009

**QUANTITATIVE SPORE COUNT REPORT**

| Location: | 8:<br>3070-34 Common Rear AV | | 10:<br>3070-36 Bath | | 12:<br>3070-38 HVAC Ret, Frt | | 14:<br>3070-40 HVAC Ret, Rear | |
|---|---|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | | None | |
| Sample type | Swab sample | | Swab sample | | Swab sample | | Swab sample | |
| Lab ID-Version‡: | 2541535-1 | | 2541537-1 | | 2541539-1 | | 2541541-1 | |
| | raw ct. | spores/unit | raw ct. | spores/unit | raw ct. | spores/unit | raw ct. | spores/unit |
| Alternaria | | | | | | | | |
| Arthrinium | | | | | | | | |
| Ascospores* | 2 | 3.1 | 4 | 6.2 | 1 | 1.5 | 1 | 1.5 |
| Aureobasidium | | | | | | | | |
| Basidiospores* | 4 | 6.2 | 3 | 4.6 | | | 2 | 3.1 |
| Bipolaris/Drechslera group | | | | | 2 | 3.1 | 6 | 9.2 |
| Botrytis | | | | | | | | |
| Chaetomium | | | | | | | | |
| Cladosporium | 3 | 4.6 | 6 | 9.2 | | | 3 | 4.6 |
| Curvularia | | | | | 17 | 26 | 3 | 4.6 |
| Epicoccum | | | | | | | | |
| Fusarium | | | | | | | | |
| Myrothecium | | | | | | | | |
| Nigrospora | | | | | 1 | 1.5 | | |
| Other brown | | | | | | | 2 | 3.1 |
| Other colorless | | | | | | | | |
| Penicillium/Aspergillus types† | | | 1 | 1.5 | 2 | 3.1 | 4 | 6.2 |
| Pithomyces | | | | | | | | |
| Rusts* | | | | | | | | |
| Smuts*, Periconia, Myxomycetes* | | | 3 | 4.6 | | | 1 | 1.5 |
| Stachybotrys | | | | | | | | |
| Stemphylium | | | | | | | | |
| Torula | | | | | | | | |
| Ulocladium | | | | | | | | |
| Zygomycetes | | | | | | | | |
| Background debris (1-4+)†† | 3+ | | 3+ | | 4+ | | 3+ | |
| Sample size | 50 | | 50 | | 50 | | 50 | |
| Unit | 1 cm2 | | 1 cm2 | | 1 cm2 | | 1 cm2 | |
| § TOTAL SPORES/UNIT | | 14 | | 26 | | 35 | | 34 |

**Comments:**

\* Most of these spore types are not seen with culturable methods (Andersen sampling), although some may appear as nonsporulating colonies. Most of the basidiospores are 'mushroom' spores while the rusts and smuts are plant pathogens.
† The spores of *Aspergillus* and *Penicillium* (and others such as *Acremonium, Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by non viable sampling methods. Also, some species with very small spores are easily missed, and may be undercounted.
†† Background debris is an indication of the amount of non-biological particulate matter present on the slide (dust in the air) and is graded from 1+ to 4+ with 4+ indicating the largest amounts. This background material is also an indication of visibility for the analyst and resultant difficulty reading the slide. For example, high background debris may obscure the small spores such as the *Penicillium/Aspergillus* group. Counts from areas with 4+ background debris should be regarded as minimal counts and may actually be higher than reported.
‡ A "Version" greater than 1 indicates amended data.
§ Total Spores/unit has been rounded to two significant figures to reflect analytical precision.
The minimum detection limit is 1 spore per volume sampled.
The analytical sensitivity is equal to (1 Spore/Number of Fields Observed)*(Sample Area/Field Area of the microscope objective)*(1/unit volume)*Dilution Factor

Aerotech Laboratories, Inc.

**EMLab P&K**

1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: W.D. Scott Group, Inc.
C/O: Mr. Bill Scott
Re: 3070 Forest  River

Date of Sampling: 08-17-2009
Date of Receipt: 08-20-2009
Date of Report: 08-21-2009

## QUANTITATIVE SPORE COUNT REPORT

| Location: | 16:<br>3070-42 HVAC, Insul Liner | | 18:<br>3070-44 Blank | |
|---|---|---|---|---|
| Comments (see below) | None | | None | |
| Sample type | Swab sample | | Swab sample | |
| Lab ID-Version‡: | 2541543-1 | | 2541545-1 | |
| | raw ct. | spores/unit | raw ct. | spores/unit |
| Alternaria | | | | |
| Arthrinium | | | | |
| Ascospores* | | | | |
| Aureobasidium | | | | |
| Basidiospores* | | | | |
| Bipolaris/Drechslera group | | | | |
| Botrytis | | | | |
| Chaetomium | | | | |
| Cladosporium | 17 | 11,000 | | |
| Curvularia | 2 | 3.1 | | |
| Epicoccum | | | | |
| Fusarium | | | | |
| Myrothecium | | | | |
| Nigrospora | | | | |
| Other brown | 3 | 4.6 | | |
| Other colorless | | | | |
| Penicillium/Aspergillus types† | 2 | 3.1 | | |
| Pithomyces | | | | |
| Rusts* | | | | |
| Smuts*, Periconia, Myxomycetes* | | | | |
| Stachybotrys | | | | |
| Stemphylium | | | | |
| Torula | | | | |
| Ulocladium | | | | |
| Zygomycetes | | | | |
| Background debris (1-4+)†† | 3+ | | < 1+ | |
| Sample size | 50 | | 1 | |
| Unit | 1 cm2 | | 1 swab | |
| **§ TOTAL SPORES/UNIT** | | 11,000 | | < 40 |

**Comments:**

* Most of these spore types are not seen with culturable methods (Andersen sampling), although some may appear as nonsporulating colonies. Most of the basidiospores are 'mushroom' spores while the rusts and smuts are plant pathogens.
† The spores of *Aspergillus* and *Penicillium* (and others such as *Acremonium*, *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by non viable sampling methods. Also, some species with very small spores are easily missed, and may be undercounted.
†† Background debris is an indication of the amount of non-biological particulate matter present on the slide (dust in the air) and is graded from 1+ to 4+ with 4+ indicating the largest amounts. This background material is also an indication of visibility for the analyst and resultant difficulty reading the slide. For example, high background debris may obscure the small spores such as the *Penicillium/Aspergillus* group. Counts from areas with 4+ background debris should be regarded as minimal counts and may actually be higher than reported.
‡ A "Version" greater than 1 indicates amended data.
§ Total Spores/unit has been rounded to two significant figures to reflect analytical precision.
The minimum detection limit is 1 spore per volume sampled.
The analytical sensitivity is equal to (1 Spore/Number of Fields Observed)*(Sample Area/Field Area of the microscope objective)*(1/unit volume)*Dilution Factor

Aerotech Laboratories, Inc.

 **EMLab P&K**

Report for:

**Mr. Bill Scott**
**W.D. Scott Group, Inc.**
1117 Wright Ave.
Gretna, LA  70056

Regarding:      Project: 3070 Forest River
                EML ID: 577890

Approved by:                                    Dates of Analysis:
                                               Quantitative spore count direct exam: 09-04-2009

*Christine Meyer*

Lab Director
Christine Meyer

Project SOPs: Quantitative spore count direct exam (I100006)

This coversheet is included with your report in order to comply with AIHA and ISO accreditation requirements.

For clarity, we report the number of significant digits as calculated; but, due to the nature of this type of biological data, the number of significant digits that is used for interpretation should generally be one or two. All samples were received in acceptable condition unless noted in the Report Comments portion in the body of the report. Due to the nature of the analyses performed, field blank corrections of results is not a standard practice. The results relate only to the items tested.

EMLab P&K ("the Company") shall have no liability to the client or the client's customer with respect to decisions or recommendations made, actions taken or courses of conduct implemented by either the client or the client's customer as a result of or based upon the Test Results. In no event shall the Company be liable to the client with respect to the Test Results except for the Company's own willful misconduct or gross negligence nor shall the Company be liable for incidental or consequential damages or lost profits or revenues to the fullest extent such liability may be disclaimed by law, even if the Company has been advised of the possibility of such damages, lost profits or lost revenues. In no event shall the Company's liability with respect to the Test Results exceed the amount paid to the Company by the client therefor.

Document Number: 200091 - Revision Number: 5

**EMLab P&K**

1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: W.D. Scott Group, Inc.
C/O: Mr. Bill Scott
Re: 3070 Forest River

Date of Receipt: 09-03-2009
Date of Report: 09-04-2009

## QUANTITATIVE SPORE COUNT REPORT

| Location: | 2:<br>3070-46 Kitchen Flr Under Refr. | | 5:<br>3070-49 Sofa Frame (27A) Fwd @ Pantry | | 8:<br>3070-53 Frt Dinette Seat, (28) Lower | |
|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | |
| Sample type | Swab sample | | Tape sample | | Tape sample | |
| Lab ID-Version‡: | 2563042-1 | | 2563047-1 | | 2563048-1 | |
| | raw ct. | spores/unit | raw ct. | spores/unit | raw ct. | spores/unit |
| Alternaria | 4 | 42 | | | | |
| Arthrinium | | | | | | |
| Ascospores* | 1 | 10 | | | | |
| Aureobasidium | | | | | | |
| Basidiospores* | 18 | 190 | | | | |
| Bipolaris/Drechslera group | 6 | 63 | | | | |
| Botrytis | | | | | | |
| Chaetomium | | | 280 | 93,000 | 320 | 110,000 |
| Cladosporium | 10 | 100 | | | | |
| Curvularia | 6 | 63 | 1 | 330 | 1 | 330 |
| Epicoccum | 1 | 10 | | | | |
| Fusarium | | | | | | |
| Myrothecium | | | | | | |
| Nigrospora | | | | | | |
| Other colorless | | | | | | |
| Penicillium/Aspergillus types† | 234 | 2,400 | | | | |
| Pithomyces | | | | | | |
| Rusts* | 1 | 10 | | | | |
| Smuts*, Periconia, Myxomycetes* | 2 | 21 | | | | |
| Stachybotrys | | | | | | |
| Stemphylium | | | | | | |
| Torula | 1 | 10 | | | | |
| Ulocladium | | | | | | |
| Zygomycetes | | | | | | |
| Background debris (1-4+)†† | 4+ | | 3+ | | 3+ | |
| Sample size | 50 | | 1 | | 1 | |
| Unit | 1 cm2 | | 1 cm2 | | 1 cm2 | |
| **§ TOTAL SPORES/UNIT** | | **3,000** | | **94,000** | | **110,000** |

**Comments:**

* Most of these spore types are not seen with culturable methods (Andersen sampling), although some may appear as nonsporulating colonies. Most of the basidiospores are 'mushroom' spores while the rusts and smuts are plant pathogens.
† The spores of *Aspergillus* and *Penicillium* (and others such as *Acremonium, Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by non viable sampling methods. Also, some species with very small spores are easily missed, and may be undercounted.
†† Background debris is an indication of the amount of non-biological particulate matter present on the slide (dust in the air) and is graded from 1+ to 4+ with 4+ indicating the largest amounts. This background material is also an indication of visibility for the analyst and resultant difficulty reading the slide. For example, high background debris may obscure the small spores such as the *Penicillium/Aspergillus* group. Counts from areas with 4+ background debris should be regarded as minimal counts and may actually be higher than reported.
‡ A "Version" greater than 1 indicates amended data.
§ Total Spores/unit has been rounded to two significant figures to reflect analytical precision.
The minimum detection limit is 1 spore per volume sampled.
The analytical sensitivity is equal to (1 Spore/Number of Fields Observed)*(Sample Area/Field Area of the microscope objective)*(1/unit volume)*Dilution Factor

Aerotech Laboratories, Inc.

 **EMLab P&K**

Report for:

**Mr. Bill Scott**
**W.D. Scott Group, Inc.**
1117 Wright Ave.
Gretna, LA  70056

Regarding:        Project: 3070; Forest River
                  EML ID: 569642

Approved by:                                    Dates of Analysis:
                                                Quantitative spore count direct exam: 08-13-2009

Lab Director
Christine Meyer

Project SOPs: Quantitative spore count direct exam (I100006)

This coversheet is included with your report in order to comply with AIHA and ISO accreditation requirements.

For clarity, we report the number of significant digits as calculated; but, due to the nature of this type of biological data, the number of significant digits that is used for interpretation should generally be one or two. All samples were received in acceptable condition unless noted in the Report Comments portion in the body of the report. Due to the nature of the analyses performed, field blank corrections of results is not a standard practice. The results relate only to the items tested.

EMLab P&K ("the Company") shall have no liability to the client or the client's customer with respect to decisions or recommendations made, actions taken or courses of conduct implemented by either the client or the client's customer as a result of or based upon the Test Results. In no event shall the Company be liable to the client with respect to the Test Results except for the Company's own willful misconduct or gross negligence nor shall the Company be liable for incidental or consequential damages or lost profits or revenues to the fullest extent such liability may be disclaimed by law, even if the Company has been advised of the possibility of such damages, lost profits or lost revenues. In no event shall the Company's liability with respect to the Test Results exceed the amount paid to the Company by the client therefor.

Document Number: 200091 - Revision Number: 5

**EMLab P&K**

1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: W.D. Scott Group, Inc.
C/O: Mr. Bill Scott
Re: 3070; Forest River

Date of Sampling: 08-07-2009
Date of Receipt: 08-11-2009
Date of Report: 08-13-2009

## QUANTITATIVE SPORE COUNT REPORT

| Location: | 4:<br>3070-08 FRT RT Window MBR | | 6:<br>3070-10 FRT LFT Window MBR | | 8:<br>3070-12 MBR FLR @ Carpet Hole | | 10:<br>3070-14 Dinette, FRT Seat Cabinet Under Cushion | | 12:<br>3070-16 Dinette, RT Window | |
|---|---|---|---|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | A | | None | | None | |
| Sample type | Tape sample | | Tape sample | | Tape sample | | Tape sample | | Tape sample | |
| Lab ID-Version‡: | 2526255-1 | | 2526256-1 | | 2526257-1 | | 2526258-1 | | 2526259-1 | |
| | raw ct. | spores/unit | raw ct. | spores/unit | raw ct. | spores/unit | raw ct. | spores/unit | raw ct. | spores/unit |
| Alternaria | | | 9 | 150 | | | | | | |
| Arthrinium | | | | | | | | | | |
| Ascospores* | | | | | | | | | | |
| Aspergillus | | | | | | | 455 | 7,600 | | |
| Aureobasidium | | | | | | | | | | |
| Basidiospores* | | | | | | | | | | |
| Bipolaris/Drechslera group | | | | | | | | | | |
| Botrytis | | | | | | | | | | |
| Chaetomium | | | | | | | | | | |
| Cladosporium | 175 | 180,000 | 503 | 8,400 | | | | | 200 | 200,000 |
| Curvularia | | | | | | | | | | |
| Epicoccum | | | | | | | | | | |
| Fusarium | | | | | | | 179 | 180,000 | | |
| Myrothecium | | | | | | | | | | |
| Nigrospora | | | | | | | | | | |
| Other brown | | | | | | | | | | |
| Other colorless | | | | | | | | | | |
| Penicillium/Aspergillus types† | | | | | | | | | | |
| Pithomyces | | | | | | | | | | |
| Rusts* | | | | | | | | | | |
| Smuts*, Periconia, Myxomycetes* | | | | | | | | | | |
| Stachybotrys | | | | | | | | | | |
| Stemphylium | | | | | | | | | | |
| Torula | | | | | | | | | | |
| Ulocladium | | | | | | | | | | |
| Zygomycetes | | | | | | | | | | |
| Background debris (1-4+)†† | < 1+ | | < 1+ | | 4+ | | 2+ | | 1+ | |
| Sample size | 1 | | 1 | | 1 | | 1 | | 1 | |
| Unit | 1 cm2 | | 1 cm2 | | 1 cm2 | | 1 cm2 | | 1 cm2 | |
| § TOTAL SPORES/UNIT | | 180,000 | | 8,500 | | < 1 | | 190,000 | | 200,000 |

**Comments:** A) Excessive debris.  Large macroscopic particulates preventing proper mounting of sample media.  Reported results may be low.  Large clumps of hyphal matter observed.

\* Most of these spore types are not seen with culturable methods (Andersen sampling), although some may appear as nonsporulating colonies. Most of the basidiospores are 'mushroom' spores while the rusts and smuts are plant pathogens.

† The spores of *Aspergillus* and *Penicillium* (and others such as *Acremonium, Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by non viable sampling methods. Also, some species with very small spores are easily missed, and may be undercounted.

†† Background debris is an indication of the amount of non-biological particulate matter present on the slide (dust in the air) and is graded from 1+ to 4+ with 4+ indicating the largest amounts. This background material is also an indication of visibility for the analyst and resultant difficulty reading the slide. For example, high background debris may obscure the small spores such as the *Penicillium/Aspergillus* group. Counts from areas with 4+ background debris should be regarded as minimal counts and may actually be higher than reported.

‡ A "Version" greater than 1 indicates amended data.

§ Total Spores/unit has been rounded to two significant figures to reflect analytical precision.

Aerotech Laboratories, Inc.

**EMLab P&K**

1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: W.D. Scott Group, Inc.
C/O: Mr. Bill Scott
Re: 3070; Forest River

Date of Sampling: 08-07-2009
Date of Receipt: 08-11-2009
Date of Report: 08-13-2009

## QUANTITATIVE SPORE COUNT REPORT

| Location: | 14:<br>3070-18 Dinette,<br>LFT Window | | 16:<br>3070-20 Bath,<br>Commode Cover | | 18:<br>3070-22 Bath,<br>Floor | | 20:<br>3070-24 Dinette,<br>Rear Partition | |
|---|---|---|---|---|---|---|---|---|
| Comments (see below) | None | | B | | C | | None | |
| Sample type | Tape sample | | Tape sample | | Tape sample | | Tape sample | |
| Lab ID-Version‡: | 2526260-1 | | 2526261-1 | | 2526262-1 | | 2526263-1 | |
| | raw ct. | spores/unit | raw ct. | spores/unit | raw ct. | spores/unit | raw ct. | spores/unit |
| Alternaria | 4 | 67 | | | 11 | 64 | | |
| Arthrinium | | | | | | | | |
| Ascospores* | | | | | | | | |
| Aspergillus | | | | | | | | |
| Aureobasidium | | | 69 | 69,000 | | | | |
| Basidiospores* | | | | | | | | |
| Bipolaris/Drechslera group | | | | | 4 | 23 | 1 | 1 |
| Botrytis | | | | | | | | |
| Chaetomium | | | | | | | | |
| Cladosporium | 173 | 170,000 | | | 12 | 69 | | |
| Curvularia | 1 | 17 | | | 12 | 69 | | |
| Epicoccum | | | | | 1 | 5.8 | | |
| Fusarium | | | | | 5 | 29 | | |
| Myrothecium | | | | | | | | |
| Nigrospora | 1 | 17 | | | | | | |
| Other brown | 3 | 50 | | | 5 | 29 | | |
| Other colorless | | | | | | | | |
| Penicillium/Aspergillus types† | | | | | 18 | 100 | 2 | 2 |
| Pithomyces | | | | | | | | |
| Rusts* | | | | | | | | |
| Smuts*, Periconia, Myxomycetes* | | | | | | | | |
| Stachybotrys | | | | | | | | |
| Stemphylium | | | | | | | | |
| Torula | | | | | | | | |
| Ulocladium | | | | | | | | |
| Zygomycetes | | | | | | | | |
| Background debris (1-4+)†† | 1+ | | 4+ | | 3+ | | < 1+ | |
| Sample size | 1 | | 1 | | 1 | | 1 | |
| Unit | 1 cm2 | | 1 cm2 | | 1 cm2 | | 1 cm2 | |
| **§ TOTAL SPORES/UNIT** | | **170,000** | | **69,000** | | **390** | | **3** |

**Comments:** B) Excessive debris.  Reported results may be low.  Bacteria Observed. C) Bacteria Observed.  Yeast Observed.

* Most of these spore types are not seen with culturable methods (Andersen sampling), although some may appear as nonsporulating colonies. Most of the basidiospores are 'mushroom' spores while the rusts and smuts are plant pathogens.
† The spores of *Aspergillus* and *Penicillium* (and others such as *Acremonium, Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by non viable sampling methods. Also, some species with very small spores are easily missed, and may be undercounted.
†† Background debris is an indication of the amount of non-biological particulate matter present on the slide (dust in the air) and is graded from 1+ to 4+ with 4+ indicating the largest amounts. This background material is also an indication of visibility for the analyst and resultant difficulty reading the slide. For example, high background debris may obscure the small spores such as the *Penicillium/Aspergillus* group. Counts from areas with 4+ background debris should be regarded as minimal counts and may actually be higher than reported.
‡ A "Version" greater than 1 indicates amended data.
§ Total Spores/unit has been rounded to two significant figures to reflect analytical precision.

# CHAIN OF CUSTODY
## www.EMLabPK.com

**EMLab P&K**

Cherry Hill, NJ: 1956 Olney Avenue, Cherry Hill, NJ 08003 • (866) 871-1984
Phoenix, AZ: 1501 West Knudsen Drive, Phoenix, AZ 85027 • (800) 651-4802
San Bruno, CA: 1150 Bayhill Drive, #100, San Bruno, CA 94066 • (866) 888-6653

### PROJECT INFORMATION

Company: W.D. Scott Group, INC.
Phone:
Fax:
Project Desc.: FOREST RIVER
Project Code:
Sampling Date & Time: 08/04/09
Project Number:

Project ID: 3010

### CONTACT INFORMATION

Address: 111 Veterans Blvd, Metairie, LA
Name: William Scott
Special Instructions: email results to:
wscott@wdscottgroup.com

TURN AROUND TIME CODES - (TAT)

STD - Standard (DEFAULT)
ND - Next Business Day
SD - Same Business Day Rush
WH - Weekend/Holiday

Rushes received after 2pm or on weekends, will be considered received the next business day. Please alert us in advance of weekend analysis needs.

Page 1 of 2

### SAMPLE TYPE CODES

| CP - Contact Plate | T - Tape | D - Dust |
| ST - Spore Trap: | SW - Swab | W - Water |
| Zefon, Allergenco, Burkard... | B - Bulk | SO - Soil |

| SAMPLE ID | DESCRIPTION | Sample Type (Below) | TAT (Above) | Total Volume/Area (as applicable) |
|---|---|---|---|---|
| 3070-01 | THU INTERIOR | AIS | | |
| 3070-02 | THU OUTDOOR AMBIENT | AIS | STD | |
| 3070-03 | THU INTERIOR | AIS | | |
| 3070-04 | OUTDOOR AMBIENT | AIS | | |
| 3070-05 | Blank | AIS | | |
| 3070-06 | Blank | AIS | | |
| 3070-07 | FRT RT w/window MBR | SW | | |
| 3070-08 | FRT RT | T | | |
| 3070-09 | FRT LFT w/window MBR | SW | | |
| 3070-10 | FRT LFT w/window MBR | T | | |
| 3070-11 | MBR FLR @ CARPET HOLE | SW | | |
| 3070-12 | MBR FLR @ CARPET HOLE | T | | |

### Analyses

| | |
|---|---|
| Fungi - Spore Trap Analysis | |
| Spore Trap Analysis - Other particles | |
| Direct Microscopic Exam (Qualitative) | X |
| Quantitative Spore Count Direct Exam | X |
| 1-Media Surface Fungi (Genus ID + Asp. spp.) | |
| 2-Media Surface Fungi (Genus ID + Asp. spp.) | |
| 3-Media Surface Fungi (Genus ID + Asp. spp.) | |
| Culturable Air Fungi (Genus ID + Asp. spp.) | |
| Gram Stain and Counts (Culturable Air and Surface Bacteria) | |
| Legionella culture | |
| Total Coliform, E.coli (Presence/Absence) | |
| Membrane Filtration (Please specify organism) | |
| MPN Bacteria (Please specify organism) | |
| QuantiTray - Sewage Screen | |
| Asbestos Analysis - PCM Airborne Fiber Count (NIOSH 7400) | |
| Asbestos Analysis - PLM (EPA method 600/R-93-116) | |
| PCR (please specify test) | |
| C102 Culturable w/full speciation | X X X X X |
| C112 Culturable w/full speciation | X X X X |

### RELINQUISHED BY / DATE & TIME

FedEx 08/17/09 11:30
8/17/09

### RECEIVED BY / DATE & TIME

FedEx
Odom 08/18/09 10:30
Odom 10:05 am

LEVEL: None / Light / Moderate / Heavy
WEATHER: Fog / Rain / Snow / Wind / Clear

SERVICES (✓ Boxes)

0005 69642

By submitting this Chain of Custody, you agree to be bound by the terms and conditions set forth at www.emlabpk.com/terms.html
Copyright © 2002-2008 EMLab P&K
Rev 23 Revised 9/15/08 Page 1 of 1, CA

LWFR EXP 11-000129

Handwritten notes (left margin): BLACK PLATES WERE MISSING FROM PROJECT. *PER WILLIAM DISCARD

# CHAIN OF CUSTODY

**EMLab P&K**

www.EMLabPK.com

Cherry Hill, NJ: 1936 Olney Avenue, Cherry Hill, NJ 08003 • (866) 871-1984
Phoenix, AZ: 1501 West Knudsen Drive, Phoenix, AZ 85027 • (800) 651-4802
San Bruno, CA: 1150 Bayhill Drive, #100, San Bruno, CA 94066 • (866) 888-6653

## PROJECT INFORMATION

Company: W.D. SCOTT GROUP INC.
Contact: WILLIAM SCOTT
Direct: 504 393 7338

## CONTACT INFORMATION

Address: 1173 WRIGHT AVE GRETNA LA 70056
email: reso lab to
WSCOTT @ wdscottgroup.com

**PAGE 2 OF 2**

### WEATHER / LEVEL

| LEVEL | | WEATHER | |
| --- | --- | --- | --- |
| None | | Fog | |
| Light | | Rain | |
| Moderate | | Snow | |
| Heavy | | Wind | ✓ |
| | | Clear | ✓ |

### Sample IDs

| SAMPLE ID | DESCRIPTION | Sample Type | TAT |
| --- | --- | --- | --- |
| 70-13 | DINETTE, RT SCRN CABINET | SW | STD |
| 70-14 | DINETTE, FRONT HIGH CABINET | SW | |
| 70-15 | DINETTE, RT WINDOW | SD | |
| 70-16 | DINETTE, RT WINDOW | T | |
| 70-17 | DINETTE, LFT WINDOW | SW | |
| 70-18 | DINETTE, LFT WINDOW | T | |
| 70-19 | BATH, COMMODE CENTER | SW | |
| 70-20 | BATH, COMMODE COVER | T | |
| 70-21 | BATH, FLOOR | SW | |
| 70-22 | BATH, FLOOR | T | |
| 70-23 | DINETTE, REAR PARTITION | SW | |
| 70-24 | DINETTE, REAR PARTITION | T | ✓ |

## SAMPLE TYPE CODES

- **C** - BioCassette
- **A** - Andersen
- **SAS** - Surface Air Sampler
- **O** - Other:
- **QP** - Contact Plate
- **ST** - Spore Trap: Zefon, Allergenco, Burkard...
- **SW** - Swab
- **B** - Bulk
- **T** - Tape
- **W** - Water
- **D** - Dust
- **SO** - Soil

### Services (✓ Boxes)

- Fungi - Spore Trap Analysis
- Spore Trap Analysis - Other particles
- Direct Microscopic Exam (Qualitative)
- Quantitative Spore Count Direct Exam
- 1-Media Surface Fungi (Genus ID + Asp. spp.)
- 2-Media Surface Fungi (Genus ID + Asp. spp.)
- 3-Media Surface Fungi (Genus ID + Asp. spp.)
- Culturable Air Fungi (Genus ID + Asp. spp.)
- Gram Stain and Counts (Culturable Air and Surface Bacteria)
- Legionella culture
- Total Coliform, E.coli (Presence/Absence)
- Membrane Filtration (Please specify organism)
- MPN Bacteria (Please specify organism)
- QuantiTray - Sewage Screen
- Asbestos Analysis - PCM Airborne Fiber Count (NIOSH 7400)
- Asbestos Analysis - PLM (EPA method 600/R-93-116)
- PCR (please specify test)

C102 Culturable w/full speciation
C112 Culturable w/full speciation

### RELINQUISHED BY / RECEIVED BY

| RELINQUISHED BY | DATE & TIME | RECEIVED BY | DATE & TIME |
| --- | --- | --- | --- |
| | 08/8/09 | | 08/10/09 1630 |
| | 8/1/09 | | 8/10/09 1630 |

**000569642**

By submitting this Chain of Custody, you agree to be bound by the terms and conditions set forth at www.emlabpk.com/terms.html

Copyright © 2002-2008 EMLab P&K

Doc. # 200176  Rev. 23  Revised: 6/19/08  Page 1 of 1, QM

# CHAIN OF CUSTODY

## EMLab P&K

www.EMLabPK.com

Cherry Hill, NJ: 1936 Olney Avenue, Cherry Hill, NJ 08003 • (866) 871-1984
Phoenix, AZ: 1501 West Knudsen Drive, Phoenix, AZ 85027 • (800) 651-4802
San Bruno, CA: 1150 Bayhill Drive, #100, San Bruno, CA 94066 • (866) 888-6653

0005570949

### PROJECT INFORMATION

Company: MD Scott Group, Inc.
Contact: WILLIAMSCOTT
Phone: 504 343 7338

Project ID: 3070
Project Desc: Forest Blvd
Project Sampling Date & Time: 08/02/09
Zip Code:
PO Number:

### CONTACT INFORMATION

Address: 117 TWELFTH AVE GRETNA LA 70056
Special Instructions: email results to
wscott@wdscottgroup.com

### TURN AROUND TIME CODES - (TAT)

STD - Standard (DEFAULT)

ND - Next Business Day

SD - Same Business Day Rush

WH - Weekend/Holiday

Rushes received after 2pm or on weekends, will be considered received the next business day. Please alert us in advance of weekend analysis needs.

### SAMPLE TYPE CODES

| | | | |
|---|---|---|---|
| CP - Contact Plate | T - Tape | D - Dust | |
| ST - Spore Trap: Zefon, Allergenco, Burkard... | SW - Swab | W - Water | |
| B - Bulk | SO - Soil | | |
| BC - BioCassette | | | |
| A15 - Andersen | | | |
| SAS - Surface Air Sampler | | | |
| O - Other: | | | |

| SAMPLE ID | DESCRIPTION | Sample Type (Below) | TAT (Above) | Total Volume/Area (as applicable) |
|---|---|---|---|---|
| 3070-05 | BLANK | A/S | STD | |

WEATHER
LEVEL
None
Light ✗
Moderate
Heavy

Fog | Rain | Snow | Wind | Clear
✓

Page 1 of 1

NOTES
(Time of day, Temp, RH, etc.)

### REQUESTED

Fung - Spore Trap Analysis
Spore Trap Analysis - Other particles
Direct Microscopic Exam (Qualitative)
Quantitative Spore Count Direct Stain
1-Media Surface Fungi (Genus ID + Asp. spp.)
2-Media Surface Fungi (Genus ID + Asp. spp.)
3-Media Surface Fungi (Genus ID + Asp. spp.)
Culturable Air Fungi (Genus ID + Asp. spp.)
Gram Stain and Counts (Culturable Air and Surface Bacteria)
Legionella culture
Total Coliform, E.coli (Presence/Absence)
Membrane Filtration (Please specify organism)
APN Bacteria (Please specify organism)
QuantiTray - Sewage Screen
Asbestos Analysis - PCM Airborne Fiber Count (NIOSH 7400)
Asbestos Analysis - PLM (EPA method 600/R-93-116)
PCM (please specify test)

Non-Culturable: Spore Trap, Tape, Swab, Bulk
Culturable: BioCassette •, Air, Water, Bulk, Dust, Soil, contact, swab

✗ K102(C)(Culturable w/Bill's specification)

### RELINQUISHED BY
(signature) FGPY 9SS

DATE & TIME
8/13/9 700

### RECEIVED BY
(signature)

DATE & TIME
6/14/09

By submitting this Chain of Custody, you agree to be bound by the terms and conditions set forth at www.emlabpk.com/terms.html

LWFR-EXP 11-0001936

# CHAIN OF CUSTODY

## EMLab P&K

www.EMLabPK.com

Cherry Hill, NJ: 1936 Olney Avenue, Cherry Hill, NJ 08003 • (866) 871-1984
Phoenix, AZ: 1501 West Knudsen Drive, Phoenix, AZ 85027 • (800) 651-4802
So. Bruno, CA: 1150 Bayhill Drive, #100, San Bruno, CA 94066 • (866) 888-6653

**PROJECT INFORMATION**

Project ID: 3070 Forest River

**CONTACT INFORMATION**

Contact: William Scott

Address: 1117 Wright Ave, Gretna, LA 70056

Special Instructions:
email results to:
wscott@wdscottgroup.com

**TURN AROUND TIME CODES - (TAT)**

Rushes received after 2pm or on weekends, will be considered received the next business day. Please alert us in advance of weekend analysis needs.

STD - Standard (DEFAULT)
ND - Next Business Day
SD - Same Business Day Rush
WH - Weekend/Holiday

PAGE 1 OF 2

**WEATHER**

| LEVEL | | Fog | Rain | Snow | Wind | Clear |
|---|---|---|---|---|---|---|
| Light | Name | | | | | |
| Moderate | | | | | | |
| Heavy | | | | | | |

| SAMPLE ID | DESCRIPTION | Sample Type (Below) | TAT (Above) | Total Volume/Area (as applicable) | NOTES (Time of day, Temp, RH, etc.) |
|---|---|---|---|---|---|
| 3070-25 | MBR AV | SW | STD | 50 cm² | |
| 3070-26 | MBR AV | | | | |
| 3070-27 | Common Frt AV | | | | |
| 3070-28 | Common Ext AV | | | | |
| 3070-29 | Common Mid AV | | | | |
| 3070-30 | Common Mid AV | | | | |
| 3070-31 | Common Rear AV | | | | |
| 3070-32 | Common Rear AV | | | | |
| 3070-33 | Field Void | | | | |
| 3070-34 | Common Rear AV | | | | |
| 3070-35 | Bath | | | | |
| 3070-36 | Bath | | | | |

**SAMPLE TYPE CODES**

| CC - "BioCassette" | CP - Contact Plate | T - Tape | D - Dust |
|---|---|---|---|
| MA - Andersen | ST - Spore Trap: Zefon, Allergenco, Burkard..... | SW - Swab | W - Water |
| SAS - Surface Air Sampler | | B - Bulk | SO - Soil |
| O - Other: | | | |

By submitting this Chain of Custody, you agree to be bound by the terms and conditions set forth at www.emlabpk.com/terms.html
Copyright © 2002-2008 EMLab P&K

| RELINQUISHED BY | DATE & TIME | RECEIVED BY | DATE & TIME |
|---|---|---|---|
| | 9/17/09 1700 | FEDEX | |
| FEDEX | 8/20/09 | | |

**Non-Culture**

| | | |
|---|---|---|
| Spore Trap | Fungi - Spore Trap Analysis | |
| | Spore Trap Analysis - Other particles | |
| | Direct Microscopic Exam (Qualitative) | |
| Swab to Bulk | Quantitative Spore Count Direct Exam | |
| | 1-Media Surface Fungi (Genus ID + Asp. spp.) | |
| | 2-Media Surface Fungi (Genus ID + Asp. spp.) | |
| | 3-Media Surface Fungi (Genus ID + Asp. spp.) | |
| | Culturable Air Fungi (Genus ID + Asp. spp.) | |
| | Gram Stain and Counts (Culturable Air and Surface Bacteria) | |
| | Legionella culture | |
| | Total Coliform, E.coli (Presence/Absence) | |
| | Membrane Filtration (Please specify organism) | |
| | MPN Bacteria (Please specify organism) | |
| | QuantiTray - Sewage Screen | |
| | Asbestos Analysis - PCM Airborne Fiber Count (NIOSH 7400) | |
| | Asbestos Analysis - PLM (EPA method 600/R-93-116) | |
| | PCR (please specify test) | |

M110 - DIRECT SPORECT E GENUS ID
C112 - CULTURABLE AI FULL SPECIATION

00057294.7

Dec. # 200176, Rev. 23 Revised 9/19/08 Page 1 of 1, DA

LWFR-EXP 11-000132

* 3070-31 NOT RECEIVED

# CHAIN OF CUSTODY

## EMLab P&K

www.EMLabPK.com

**Cherry Hill, NJ:** 1936 Olney Avenue, Cherry Hill, NJ 08003 • (865) 871-1984
**Phoenix, AZ:** 1501 West Knudsen Drive, Phoenix, AZ 85027 • (806) 451-4802
**San Bruno, CA:** 1150 Bayhill Drive, #100, San Bruno, CA 94066 • (866) 888-6653

| CONTACT INFORMATION | |
|---|---|
| Company: C.W.D. Scott Group, Inc. | |
| Contact: | Address: |
| Phone: | |

### PROJECT INFORMATION

| | |
|---|---|
| Project ID: 3070 Forest River | |
| Project Desc.: | |
| Project | |
| Zip Code: | |
| Sampling Date & Time: | |
| Number: | |

### SAMPLE TYPE CODES

| | | | |
|---|---|---|---|
| CP - Contact Plate | T - Tape | D - Dust | |
| ST - Spore Trap: Zefon, Allegenco, Burkard... | SW - Swab | W - Water | |
| B - Bulk | SO - Soil | | |

O - Other:
SAS - Surface Air Sampler

| SAMPLE ID | DESCRIPTION | Sample Type (Below) - (Above) | TAT | Total Volume/Area (as applicable) |
|---|---|---|---|---|
| 3070-37 | HVAC Ret. Flt | SW | STD | 64 cm² |
| 3070-38 | HVAC Ret. Flt | | | |
| 3070-39 | HVAC Ret. Flt | | | |
| 3070-40 | HVAC Ret. Rear | | | |
| 3070-41 | HVAC Ret. Insul. Liner | | | |
| 3070-42 | HVAC Ret. Insul. Liner | | | N/A |
| 3070-43 | Blank | ← | ← | N/A |
| 3070-44 | Blank | | | |
| No Others | | | | |

### TURN AROUND TIME CODES - (TAT)

STD - Standard (DEFAULT)
ND - Next Business Day
SD - Same Business Day Rush
WH - Weekend/Holiday

Rushes received after 2pm or on weekends, will be considered received the next business day. Please alert us in advance of weekend analysis needs.

| | RELINQUISHED BY | DATE & TIME | RECEIVED BY | DATE & TIME |
|---|---|---|---|---|
| | [signature] | 2/11/10 1:00 | FED Ex | FEB Ex |
| | | | [signature] | 2/12/10 9:45 |

Analyses:
- Fungi - Spore Trap Analysis
- Spore Trap Analysis - Other particles
- Direct Microscopic Exam (Qualitative)
- Quantitative Spore Count Direct Exam
- 1-Media Surface Fungi (Genus ID + Asp. spp.)
- 2-Media Surface Fungi (Genus ID + Asp. spp.)
- 3-Media Surface Fungi (Genus ID + Asp. spp.)
- Culturable Air Fungi (Genus ID + Asp. spp.)
- Gram Stain and Counts (Culturable Air and Surface Bacteria)
- Legionella culture
- Total Coliform, E.coli (Presence/Absence)
- Membrane Filtration (Please specify organism)
- MPN Bacteria (Please specify organism)
- QuantiTray - Sewage Screen
- Asbestos Analysis - PCM Airborne Fiber Count (NIOSH 7400)
- Asbestos Analysis - PLM (EPA method 600/R-93-116)
- PCR (please specify test)

M110 - DIRECT SURFACE CT & GENUS ID
C112 - CULTURABLE w/FULL SPECIATION

| LEVEL | WEATHER |
|---|---|
| None | Fog, Rain, Snow, Wind, Clear |
| Light | |
| Moderate | |
| Heavy | |

PAGE 2 OF 2

0005729947

By submitting this Chain of Custody, you agree to be bound by the terms and conditions set forth at www.emlabpk.com/terms.html
Copyright © 2002-2008 EMLab P&K

Doc. # 208576  Rev: 28  Revised: 9/19/08  Page 1 of 1, Q4

LWER-EXP-11-000133

# CHAIN OF CUSTODY

## EMLab P&K

www.EMLabPK.com

Cherry Hill, NJ: 1936 Olney Avenue, Cherry Hill, NJ 08003 • (866) 871-1984
Phoenix, AZ: 1501 West Knudsen Drive, Phoenix, AZ 85027 • (800) 651-4802
San Bruno, CA: 1150 Bayhill Drive, #100, San Bruno, CA 94066 • (866) 888-6653

### PROJECT INFORMATION

Company: W.D. Scott Group, Inc.

Contact: William D. Scott

Project ID: 3070

Project Desc.:

Sampling Date & Time: 8/31-9/1/09

### CONTACT INFORMATION

Address: 1117 Wright Ave, Gretna, LA 70056

Special Instructions: Pages 1 of 2

### TURN AROUND TIME CODES - (TAT)

STD - Standard (DEFAULT)
ND - Next Business Day
SD - Same Business Day Rush

Rushes received after 2pm or on weekends, will be considered received the next business day. Please alert us in advance of weekend analysis needs.

| SAMPLE ID | DESCRIPTION | Sample Type (Below) | TAT (Above) | Total Volume/Area (as applicable) | NOTES (Time of day, Temp, RH, etc.) |
|---|---|---|---|---|---|
| 3070-45 | KITCHEN FLR UNDER REFR. | SW | SD | | |
| 3070-46 | KITCHEN FLR UNDER REFR. | SW | | | |
| 3070-47 | HVAC FOAM FILTER | B | | | |
| 3070-48 | BATHROOM VANITY BTM FR | SW | | | |
| 3070-49 | SOFA FRAME (STFA) FWD @ MTY T | SW | | | |
| 3070-50 | (FWD @ MTY T) | SW | | | |
| 3070-51 | FAT DINETTE SEAM (DETA) | T | | | |
| 3070-52 | FAT DINETTE SEAM, EDTEA | SW | | | |
| 3070-53 | | T | | | |
| 3070-54 | SOFA FABRIC UNDER PAD | B | | | |
| 3070-55 | CARPET (MBR), LEFT WINDOW | B | | | |
| 3070-56 | CARPET (MBR), UNDER SOFA | B | | | |

### SAMPLE TYPE CODES

| | | | |
|---|---|---|---|
| A - Andersen | CP - Contact Plate | T - Tape | D - Dust |
| BioCassette™ | ST - Spore Trap: Zefon, Allergenco, Burkard. | SW - Swab | W - Water |
| SAS - Surface Air Sampler | | B - Bulk | SO - Soil |
| O - Other | | | |

### RELINQUISHED BY / DATE & TIME / RECEIVED BY / DATE & TIME

09/02/09 1700
9-03-09

### Analysis checklist

| | |
|---|---|
| Fungi - Spore Trap Analysis | |
| Spore Trap Analysis - Other particles | |
| Direct Microscopic Exam (Qualitative) | |
| Quantitative Spore Count Direct Exam | |
| 1-Media Surface Fungi (Genus ID + Asp. spp.) | |
| 2-Media Surface Fungi (Genus ID + Asp. spp.) | |
| 3-Media Surface Fungi (Genus ID + Asp. spp.) | |
| Culturable Air Fungi (Genus ID + Asp. spp.) | |
| Gram Stain and Counts (Culturable Air and Surface Bacteria) | |
| Legionella culture | |
| Total Coliform, E.coli (Presence/Absence) | |
| Membrane Filtration (Please specify organism) | |
| MPN Bacteria (Please specify organism) | |
| QuantiTray - Sewage Screen | |
| Asbestos Analysis - PCM Airborne Fiber Count (NIOSH 7400) | |
| Asbestos Analysis - PLM (EPA method 600/R-93-116) | |
| PCR (please specify test) | |

M110 - DIRECT SPORE CT & GENUS ID
C112 - CULTURABLE W/ FULL SPECIATION

### WEATHER

LEVEL:
WEATHER: None, Light, Moderate, Heavy
Fog, Rain, Snow, Wind, Clear

Non-Culturable: Spore Trap
Tape, Swab, Bulk
Eco Wipe

00057890

By submitting this Chain of Custody, you agree to be bound by the terms and conditions set forth at www.emlabpk.com/terms.html
Copyright © 2002-2008 EMLab P&K

Doc # 20076: Rev. 23: Revised 8/19/08: Page 1 of 1-QA

# CHAIN OF CUSTODY

## EMLab P&K

www.EMLabPK.com

Cherry Hill, NJ: 1936 Olney Avenue, Cherry Hill, NJ 08003 • (866) 871-1984
Phoenix, AZ: 1501 West Knudsen Drive, Phoenix, AZ 85027 • (800) 651-4802
San Bruno, CA: 1150 Bayhill Drive, #100, San Bruno, CA 94066 • (866) 888-6653

**CONTACT INFORMATION**

Company: W.D. SCOTT GROUP, INC.

Contact:
Address:
Special Instructions:

**PROJECT INFORMATION**

Project ID: 3870 FOREST RIVER

| SAMPLE ID | DESCRIPTION | Sample Type (Below) (Above) | TAT (as applicable) | Total Volume/Area | NOTES (Time of day, Temp, RH, etc) |
|---|---|---|---|---|---|
| 3870-57 | CARPET, CTR, COMMAND | B | STD | | |
| 3870-58 | VOID | | STD | | |
| 3870-59 | MBR WINDOW, LEFT, 2ND STE | B | STD | | |
| 3870-60 | HVAC RUN DOWNSTREAM | B | STD | | |
| NO OTHERS | | | | | |

Sampling Date & Time: 8:31 - 9/1/09

**TURN AROUND TIME CODES (TAT)**

STD - Standard (DEFAULT)
ND - Next Business Day
SD - Same Business Day Rush
WH - Weekend/Holiday

Rushes received after 2pm or on weekends, will be considered received the next business day. Please alert us in advance of weekend analysis needs.

PAGE 2 OF 2

**SAMPLE TYPE CODES**

BC - BioCassette™
AA - Andersen
SA - Surface Air Sampler
O - Other:
CP - Contact Plate
ST - Spore Trap: Zefon, Allegrenco, Burkard...
T - Tape
SW - Swab
B - Bulk
D - Dust
W - Water
SO - Soil

| | RELINQUISHED BY | DATE & TIME | | RECEIVED BY | DATE & TIME |
|---|---|---|---|---|---|
| | | 9-23-09 | | | 9.45 AM |

**WEATHER / LEVEL**

| LEVEL | None | Light | Moderate | Heavy |
|---|---|---|---|---|

Weather: Fog, Rain, Snow, Wind, Clear

**Analysis (✓ Boxes)**

| Spore Trap |
|---|
| Fungi - Spore Trap Analysis |
| Spore Trap Analysis - Other particles |
| Direct Microscopic Exam (Qualitative) |
| Quantitative Spore Count Direct Exam |
| 1-Media Surface Fungi (Genus ID + Asp. spp.) |
| 2-Media Surface Fungi (Genus ID + Asp. spp.) |
| 3-Media Surface Fungi (Genus ID + Asp. spp.) |
| Culturable Air Fungi (Genus ID + Asp. spp.) |
| Gram Stain and Counts (Culturable Air and Surface Bacteria) |
| Legionella culture |
| Total Coliform, E.coli (Presence/Absence) |
| Membrane Filtration (Please specify organism) |
| MPN Bacteria (Please specify organism) |
| QuantiTray - Sewage Screen |
| Asbestos Analysis - PCM Airborne Fiber Count (NIOSH 7400) |
| Asbestos Analysis - PLM (EPA method 600/R-93-116) |
| PCR (please specify test) |

M110 - DIRECT SPORE CT + GENUS ID
C112 - CULTURABLE w/ FULL SPECIATION

By submitting this Chain of Custody, you agree to be bound by the terms and conditions set forth at www.emlabpk.com/terms.html
Copyright © 2002-2008 EMLab P&K

000577890

Doc. # 200176  Rev. 23  Revised 9/19/06  Page 1 of 1, Q4