```
                                                              1

 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3

 4

 5

 6   IN RE:  FEMA TRAILER        MDL NO. 1873

 7   FORMALDEHYDE PRODUCTS       SECTION "N"(4)

 8   LIABILITY LITIGATION        JUDGE ENGELHARDT

 9

10                   *   *   *

11

12         VIDEOTAPED DEPOSITION OF LYNDON WRIGHT,

13   3417 SOUTH CLAIBORNE AVENUE, APARTMENT 5,

14   NEW ORLEANS, LOUISIANA 70113, TAKEN AT THE

15   OFFICES OF FRANK D'AMICO, 622 BARONNE

16   STREET, NEW ORLEANS, LOUISIANA 70130, ON THE

17   10TH DAY OF JULY, 2009.

18   REPORTED BY:

19        CATHY RENEE´ POWELL, CCR
          PROFESSIONAL SHORTHAND REPORTERS
20        (504)529-5255

21   VIDEOGRAPHER:

22        BRIAN SOILEAU
          PROFESSIONAL SHORTHAND REPORTERS
23        (504)529-5255

24

25
```

```
 1          A.    No, just the ones mainly in the
 2   dining area.  The two in the dining area.
 3          Q.    When you were deodorizing the
 4   carpet in the bedroom, did you open those
 5   windows to give you some ventilation?
 6          A.    No.
 7          Q.    There were some vents in the
 8   bathroom and the kitchen.  Do you recall
 9   those?
10          A.    In the bathroom, yes.
11          Q.    Did you use that vent when you
12   were cleaning the unit?
13          A.    Yes, yes.
14          Q.    Did you use that vent in the
15   bathroom for other purposes?
16          A.    Yes.
17          Q.    Is that something that you would
18   leave on if you would leave the house?
19          A.    No.
20          Q.    Was there a vent above the bed in
21   the bedroom?
22          A.    AC vent?  I mean, just for the AC.
23          Q.    When I say "vent," I should say an
24   opening in the ceiling to the air above.
25          A.    No.
```

```
 1          Q.   The AC, what typically do you keep
 2     your AC on?
 3          A.   Between 75 and 80.
 4          Q.   Is that consistent throughout the
 5     year that you want to keep the temperature
 6     between 75 and 80?
 7          A.   Yeah.  If I'm comfortable.  If I
 8     walk in the trailer and it's hot, yeah, I
 9     would put it down to 60 so it can cool it
10     off, but I would set it to 75 or 80 once it
11     cooled off a little bit.
12          Q.   When you would leave the trailer
13     to go to work or to run errands, would you
14     leave the AC on at a specific level?
15          A.   Frequently?  No.
16          Q.   Would you leave it on at all?
17          A.   When I forgot to turn it off,
18     yeah.  Sometimes I did leave it on.
19          Q.   So it was your course of practice
20     to turn off the air-conditioning when you
21     would leave your unit?
22          A.   That's correct.
23          Q.   And when you would return to the
24     unit, you would turn it on -- if it was warm
25     outside, you would turn it on to 60 to cool
```

```
 1    it off quickly?
 2         A.    Uh-huh.
 3         Q.    Is that a "yes"?
 4         A.    Yes, yes.
 5         Q.    Would you typically leave any of
 6    the windows of your unit open when you left
 7    just to allow some air to get into the unit
 8    while you weren't there?
 9         A.    No.
10         Q.    Was there ever a time when you
11    opened the windows to attempt to get rid of
12    the smell that you described, the odor?
13         A.    To have circulation of air, yes.
14         Q.    Was it effective in reducing the
15    odor to open the windows?
16         A.    Reducing it, yes.
17         Q.    Because you found that it was
18    effective to reduce the odors, was that
19    something that you would do, typically,
20    twice a week when the odor got to a level
21    that it bothered you?
22         A.    Between cleaning and opening the
23    windows, it was like an alternate type
24    thing.  But it was mainly the deodorizers
25    that I would use because it freshened the
```