1

1
2
           IN THE UNITED STATES DISTRICT COURT
3
         FOR THE EASTERN DISTRICT OF LOUISIANA
4
5
6
    IN RE:  FEMA TRAILER            *   MDL NO. 1873
7   FORMALDEHYDE PRODUCTS           *   SECTION:N(5)
    LITIGATION                      *
8                                   *
                                    *
9   THIS DOCUMENT RELATES TO:       *
    LYNDON T. WRIGHT V.             *
10  FOREST RIVER, INC., ET AL.,     *
    DOCKET NO. 09-2977              *
11                                  *
    *****************************
12
13
14
15
16            DEPOSITION OF BOBBIE R. WRIGHT, 15406 Blue
17   Ridge Drive, Missouri City, Texas, taken in the
18   offices of Reich & Binstock, LLP, 4265 San Felipe
19   Street, Ste. 1000, Houston, Texas, on Tuesday, the
20   5th day of January 2010.
21
22
23
24
25

195

```
 1        Q.   Now, you've talked about -- I know we're
 2   having some -- some trouble pinning down the exact
 3   time periods that you went and visited Lyndon --
 4        A.   Right.
 5        Q.   -- when he was in the trailer.
 6        A.   Right.  Right.
 7        Q.   But I believe you said when you'd stay in
 8   the trailer with Lyndon on a couple of these trips
 9   to visit him, you'd use the air conditioning in the
10   unit or the air conditioning would be on in the unit
11   if it was hot outside, right?
12        A.   Uh-huh.
13        Q.   Would you ever open the doors and windows
14   of the unit to get some air inside of the trailer?
15        A.   Open the windows?  Yeah, the windows always
16   stayed cracked.
17        Q.   Okay.  Did you ever directly talk with
18   Lyndon about whether he was looking for other places
19   to live?
20        A.   Did I talk to him about whether he was
21   looking?
22        Q.   Yeah.  Did you ever have any conversations
23   about, you know, I'm looking at apartments here, I'm
24   looking around for a new place to live?
25        A.   Well, I mean, not -- not just talked about
```