

445 Dolley Madison Rd, Ste. C
Greensboro, NC 27410
336.931.5046
888-WPH-0001
www.workplace-hygiene.com

October 29, 2009

Mr. Jason Bone, Esquire
Gieger, Laborde & Laperouse, LLC
One Shell Square, Suite 4800
701 Poydras Street
New Orleans, Louisiana  70139

Re:   Formaldehyde Air Sampling – Wright Temporary Housing Unit

Dear Mr. Bone:

The sampling protocol and analytical method that were used by Workplace Hygiene, Inc. to conduct formaldehyde air monitoring at the FEMA staging facility in Melville, Louisiana during the week of August 10, 2009 are detailed in Appendices 1 and 2. The results of formaldehyde air monitoring and temperature and relative humidity measurements are presented in Appendices 3-5.

There was one exception from the protocol that occurred during the ventilating phase. Since it was not possible to open the unit and allow it to ventilate over a weekend, we were unable to ventilate for 48 hours.  Instead, the unit ventilated for approximately 29.5 hours prior to conditioning.

In addition to the formaldehyde sampling, Workplace Hygiene also collected side-by-side bulk samples of building materials as the Plaintiffs' experts collected bulk samples during their destructive testing.  The samples that were collected for possible mold analysis were not submitted.   However, the samples for materials identification were submitted.  The materials analysis results of the bulk samples collected at the bedroom window are presented in Appendices 6-7.  The material identified was consistent with an expanding foam polymer product.  It was not microbial growth.

The photographs I took of the Wright unit have been forwarded to you separately on a compact disc. Please let me know if you have any questions.

Sincerely,

Tony Watson, MSPH, CIH, CSP

# APPENDIX 1
# FOREST RIVER AIR SAMPLING
# SECTION OF PROTOCOL

FR-LTW-EXP09-000173

xix.    Day One of testing will be comprised of William Scott, or representative of W.D. Scott Group, entering the trailer to conduct active air sampling and set a 24 hour passive dosimeter test, to take no longer than an hour, and with the Trailer to subsequently remain closed for 24 hours, with testing set to resume at approximately 9:00 a.m. CDT the following day at which time the passive dosimeter will be collected.  Defendants will be permitted to document and observe the placement, methods and procedures attendant the Scott Group's sampling;

xx.    After plaintiffs have collected the samples deployed on Day One of testing, representatives from Workplace Hygiene may deploy sampling devices for a period of one hour inside the unit to evaluate formaldehyde concentrations prior to ventilation and/or operation of the HVAC system. All formaldehyde air samples will be collected according to NIOSH Method 2016;

xxi.    Under the direction of Forest River's experts, the THU will then be aired out (ventilated) by opening all windows and doors for at least forty-eight hours.  The unit will then be pre-conditioned to between 70 and 75 degrees Fahrenheit for a period of forty-eight hours.  Temperature and relative humidity may be recorded and data-loggers utilized to collect data relating to both the interior and exterior environment.  After the completion of ventilation, exterior doors and windows will remain closed during the pre-conditioning and testing periods.

xxii.    At the conclusion of pre-conditioning both active and passive sampling devices will be deployed by Workplace Hygiene both to the interior of the unit as well as the exterior environment.

xxiii.    Samples obtained using an active sampling method will be collected after a period of one hour, while samples obtained using passive sampling devices will be collected after a period of twenty-four hours.  Air sampling may additionally be documented and recorded by means of photographs and/or video recording by defendants.

FR-LTW-EXP09-000174

**APPENDIX 2**
**NIOSH METHOD 2016**

FR-LTW-EXP09-000175

# FORMALDEHYDE                    2016

| $H_2C=O$ | MW: | 30.03 | CAS: 50-00-0 | RTECS: LP8925000 |
|---|---|---|---|---|

**METHOD:** 2016, Issue 2          **EVALUATION:** FULL          Issue 1: 15 January 1998
Issue 2: 15 March 2003

**OSHA:** 0.75 ppm; 2 ppm STEL
**NIOSH:** 0.016 ppm; C 0.1 ppm; carcinogen
**ACGIH:** C 0.3 ppm; suspected human carcinogen
(1 ppm = 1.23 mg/m³ @ NTP)

**PROPERTIES:** Gas; BP -19.5 °C; specific gravity 1.067
(air = 1); explosive range 7 to 73% (v/v) in
air

**NAMES & SYNONYMS:** methanal; formalin (aqueous 30 to 60% w/v formaldehyde); methylene oxide

| SAMPLING | | MEASUREMENT | |
|---|---|---|---|
| **SAMPLER:** | CARTRIDGE (Cartridge containing silica gel coated with 2,4-dinitrophenylhydrazine) | **TECHNIQUE:** | HPLC, UV DETECTION |
| | | **ANALYTE:** | 2,4-dinitrophenylhydrazone of formaldehyde |
| **FLOW RATE:** | 0.03 to 1.5 L/min | | |
| **VOL-MIN:** | 1 L @ 0.25 mg/m³ | **EXTRACTION:** | Elution with 10 mL of carbonyl-free acetonitrile |
| -MAX: | 15 L @ 2.5 mg/m³ | | |
| **SHIPMENT:** | Place caps onto cartridge. Ship on ice. | **INJECTION VOLUME:** | 20 µL |
| **SAMPLE STABILITY:** | 34 days @ 5 °C [1] | **MOBILE PHASE:** | 45% acetonitrile/55% water (v/v), 1.3 mL/min |
| **BLANKS:** | 2 to 10 field blanks per set 6 to 10 media blanks per set | **COLUMN:** | 3.9 x 150-mm, stainless steel, packed with 5-µm C-18, Symmetry™ or equivalent |

| ACCURACY | | | |
|---|---|---|---|
| | | **DETECTOR:** | UV @ 360 nm |
| **RANGE STUDIED:** | 0.025 to 2.45 mg/m³ (22-L samples) [2] | **CALIBRATION:** | Samplers fortified with standard solutions of formaldehyde in water |
| **BIAS:** | +4.4% | **RANGE:** | 0.23 to 37 µg per sample [1,2] |
| **OVERALL PRECISION ($\hat{S}_{rT}$):** | 0.057 [1,2] | **ESTIMATED LOD:** | 0.07 µg/sample [1] |
| **ACCURACY:** | ±19.0% | **PRECISION ($\hat{S}_r$):** | 0.032 @ 1.0 to 20.0 µg/sample [1] |

**APPLICABILITY:** The working range is 0.015 to 2.5 mg/m³ (0.012 to 2.0 ppm) for a 15-L sample. This method can be used for the determination of formaldehyde for both STEL and TWA exposures [1,2].

**INTERFERENCES:** Ozone has been observed to consume the 2,4-dinitrophenylhydrazine (2,4-DNPH) reagent and to degrade the formaldehyde derivative [3]. Ketones and other aldehydes can react with 2,4-DNPH; the derivatives produced, however, are separated chromatographically from the formaldehyde derivative.

**OTHER METHODS:** NIOSH methods 2541 [4] and 3500 [5] and OSHA method 52 [6] are other methods for determination of formaldehyde in air. NIOSH method 5700 employs 2,4-DNPH and HPLC for determination of formaldehyde on textile or wood dust [7]. A journal method employs the same procedure for formaldehyde in automobile exhaust [8].

NIOSH Manual of Analytical Methods (NMAM), Fourth Edition

FORMALDEHYDE: METHOD 2016, Issue 2, dated 15 March 2003 - Page 2 of 7

**REAGENTS:**

1. Formaldehyde stock solution,* aqueous, standardized, 1 mg/mL (see APPENDIX A). Alternatively, standardized formaldehyde solution, aqueous, 4 mg/mL, is available commercially from Hach Co., Loveland, CO.
2. Acetonitrile,* distilled in glass, low carbonyl content.**
3. Water, deionized and distilled.
4. Sulfuric acid, 0.02 N (pH standardization procedure) or 0.1 N (colorimetric procedure).
5. Sodium hydroxide, 0.01 N.
6. Sodium sulfite ($Na_2SO_3$), 1.13 M (pH procedure) or 0.1 M (colorimetric procedure). Prepare fresh immediately before use.
7. Thymophthalein indicator solution, 0.04% (w/v) in 50:50 ethanol:water.

* See SPECIAL PRECAUTIONS.

** Carbonyl content of acetonitrile can be determined by passing 10 mL of the solvent through a cartridge of DNPH-coated silica gel and analyzing by HPLC. Formaldehyde content should be below the LOD.

**EQUIPMENT:**

1. Sampler: Plastic holder containing 0.35 g of 150-250 µm (60-100 mesh) silica gel coated with 1.0 mg of acidified 2,4-dinitrophenylhydrazine. Pressure drop across sampler should be less than 28 inches of water (7 kPa) at 1.5 L/min. Samplers are commercially available, [Supelco S10 LpDNPH cartridge, cat. No. 2-1014; Waters Corp. Sep-Pak XPoSure Aldehyde Sampler, part No.WATO47205; see APPENDIX B for SKC sampler].
2. Personal sampling pump, 0.03 to 1.5 L/min with flexible connecting tubing.
3. Vials, 4-mL, glass with PTFE-lined rubber septa caps.
4. Vials, 20-mL, glass.
   NOTE:  Do not use vials with "polycone" liners (sources of high formaldehyde blanks)[5,9].
5. Liquid chromatograph with UV detector, recorder, integrator, and column (page 2016-1).
6. Syringes, 100-µL, 500-µL and 10-mL.
7. Volumetric flasks, 10-mL, 25-mL, and 1-L.
8. Burets, 50-mL.
9. pH meter.
10. Magnetic stirrer.
11. Beaker, 50-mL.
12. Flask, Erlenmeyer, 250-mL.
13. Ozone scrubber (Waters Corp.)(optional).
14. Aluminum foil or black electrical tape (optional).

**SPECIAL PRECAUTIONS:** Formaldehyde is a suspect carcinogen and a proven human sensitizer; it should be handled in a fume hood [10-12].
Acetonitrile is toxic and is a fire hazard (flash point = 12.8 °C).

**SAMPLING:**

1. Calibrate each personal sampling pump with a representative sampler (and ozone scrubber, if used) in line.
2. Open sampler packet and remove end caps.
3. Attach sampler to the sampling pump with flexible tubing. The Waters sampler is bi-directional and can be connected at either end.
   NOTE:  The sampler does not have a backup section for determination of breakthrough.  If high concentrations of aldehydes and ketones are anticipated, connect two samplers in series.  The back pressure of the sampling train will be higher and a lower flow rate may be required.
4. Sample 1 to 15 L of air at 0.03 to 1.5 L/min.
   NOTE:  To protect from intense light, such as bright sunlight, the sampler can be wrapped with aluminum foil or electrical tape.
5. Place end caps onto the sampler and seal sampler in an envelope.  Protect samples from heat.
6. Ship samples on ice (0 °C).

FORMALDEHYDE: METHOD 2016, Issue 2, dated 15 March 2003 – Page 3 of 7

## SAMPLE PREPARATION:

NOTE: Check acetonitrile for formaldehyde content by elution and analysis of a blank cartridge; the formaldehyde level should be below the detection limit. Since background levels of formaldehyde on the samplers may change during storage, compare samples with sampler blanks from the same lot. Samples and blanks should be stored under the same conditions.

7. Elute the formaldehyde derivative from the cartridge samplers with 10-mL quantities of acetonitrile.
   a. Collect effluent from each sampler in a 10-mL volumetric flask.
   b. Add acetonitrile to the mark for each sampler.
      NOTE: The silica gel bed of the sampler will retain approximately 0.5 mL of the original 10 mL.

## CALIBRATION AND QUALITY CONTROL:

8. Calibrate daily with at least six media working standards over the range of interest.
   a. Prepare a series of aqueous formaldehyde solutions for the fortification of samplers. Suggested concentrations include 1, 4, and 20 µg/mL. See APPENDIX A for standardization of formaldehyde in water.
   b. Connect the outlet of a cartridge sampler to a personal sampling pump with flexible tubing. Turn on the pump and make sure there is a flow of air through the sampler.
   c. Load a 100-µL syringe with a selected volume of aqueous formaldehyde solution in the range of 30 to 90 µL. Suggested quantities of formaldehyde for spiking include 0.04, 0.10, 0.20, 0.30, 0.40, 0.80, 1.0 and 2.0 µg/sample.
   d. Place the tip of the syringe needle against the frit in the inlet of the sampler and eject the formaldehyde solution.
   e. Prepare the media working standard (steps 7.a and 7.b).
   f. Prepare additional working standards (steps 8.b. through 8.e.).
   g. Transfer 3-mL aliquots of working standards to 4-mL vials, and analyze (steps 10, 12 and 13).
   h. Prepare calibration graph, peak area or height vs. µg formaldehyde per sample.
9. Fortify and analyze three quality control spikes and three analyst spikes to ensure that calibration graph is in control.

## MEASUREMENT:

10. Set liquid chromatograph according to manufacturer's recommendations and to conditions given on page 2016-1.
11. Transfer a 3-mL aliquot of the sample solution from step 7 to a 4-mL vial. Cap the vial.
12. Inject a 20-µL sample aliquot.
13. Measure peak area or peak height.
    NOTE 1: If sample peak is larger than the largest standard peak, dilute an aliquot of the remaining sample solution, reanalyze, and apply appropriate dilution factor in the calculations.
    NOTE 2: To ensure validity of the samples, identify those samples which contain more than 37 µg of formaldehyde. The capacity of the samplers before breakthrough may have been exceeded for these samples, and collection of smaller samples would be warranted.
    NOTE 3: The size of the 2,4-DNPH peak should be about 2.7 times the size of the formaldehyde-DNPH peak or larger. Otherwise, breakthrough from the sampler may have occurred.

## CALCULATIONS:

14. Determine mass, µg, of formaldehyde, W, found in the sample and the average media blank, B, from the calibration graph.

NIOSH Manual of Analytical Methods (NMAM), Fourth Edition

15. Calculate concentration, C, of formaldehyde in the air volume sampled, V (L).

$$C = \frac{W - B}{V}, mg/m^3$$

NOTE:   µg/L = mg/m$^3$

## EVALUATION OF METHOD:

### Issue 1
This method was originally evaluated with Waters Sep-Pak XPoSure Aldehyde samplers using data produced at NIOSH and at Waters Corporation [2].   Test atmospheres of formaldehyde were generated at Waters Corp. [2].    Overall measurement precision, $\hat{S}_{rT}$, was 0.057 based on NIOSH guidelines [13] including a 5% pump error factor and estimated bias of +4.4%. Sample storage stability was evaluated over the range of 0.5 to 55 µg formaldehyde/sample. Losses for Waters samplers were 4 to 8% when stored up to 14 days at 4 °C. An additional study with Waters samplers found that losses were 5% or less after 4 days of storage at ambient temperature.    All calibration standards used at Waters Corporation were liquid standard solutions of formaldehyde-DNPH derivative in acetonitrile [2,14].

The capacity of DNPH-coated silica gel samplers was found to vary with relative humidity (RH) in addition to concentration of formaldehyde. At a formaldehyde concentration of 1.2 mg/m$^3$ and at 5% breakthrough, the Waters sampler had a capacity at <10% RH of 55 µg, and at >85% RH a capacity of 77 µg. At 2.4 mg/m$^3$ and <10% RH, the 5% breakthrough capacity of the Waters sampler was 59 µg of formaldehyde. At 2.6 mg/m$^3$ and >85% RH, the 5% breakthrough capacity was 106 µg. Thus, the smallest capacity at 5% breakthrough was 55 µg of formaldehyde; the upper limit of the range of the method is two thirds of 55 µg, or 37 µg. Capacity information for the Waters sampler is applicable to the Supelco sampler because (a) the Waters and Supelco samplers contain 0.9 and 1 mg of DNPH, respectively, and (b) each sampler contains 350 mg of silica gel.

### Issue 2
In subsequent work on this method, additional formaldehyde samplers were evaluated, Supelco S10 LpDNPH cartridges and SKC, Inc. Aldehyde samplers (DNPH-coated silica gel tubes No.226-119) [1].  The sorbent beds of Supelco and Waters cartridges and front sections of SKC samplers were treated with acetonitrile. Formaldehyde was not detected on any blank sampler (LOD = 0.01 µg/mL). The SKC sampler for aldehydes may be used for formaldehyde with modifications of this method (See APPENDIX B). However, evaluation of the SKC sampler at NIOSH has been limited.

Supelco samplers were fortified with known quantities of free formaldehyde in water, and calibration was performed with media standards prepared from Supelco samplers fortified with known quantities of free formaldehyde in water; average recoveries ranged from 96.3% to 99.3% for five levels at 1.00 to 20 µg of formaldehyde per sampler (pooled $S_r$ = 0.0316; n = 6 at each level).

In a storage study, six Supelco samplers were fortified with 4-µg quantities of free formaldehyde in water. Samplers were stored 34 days at 5 °C in the dark; the average recovery based on media standards was 99% ($S_r$ = 0.014).

Eight media standards were prepared by fortification of Supelco samplers with solutions of free formaldehyde in water.  The solutions were drawn through the DNPH-coated silica gel beds with an air pump. The resulting LOD and LOQ were 0.07 and 0.23 µg/sample, respectively, according to a least squares calibration graph.

Standard solutions of formaldehyde-DNPH at 0.10 and 1.0 µg/mL (formaldehyde equivalent concentrations) were stored in airtight vials at 5 °C in the dark and were analyzed periodically. The standard solutions were found to be stable (with no detectable loss) for at least 10 weeks and at least 12 weeks, respectively.

It is suggested that the reader see the Backup Data Report for a comparison of media standards with liquid standards for calibration [1].   Air sampling for a 24-hour period can be performed with a single Supelco sampler.  Thus, background levels at <1 ppb can be determined.

FR-LTW-EXP09-000179

## REFERENCES:

[1] Tucker SP [2002]. Formaldehyde Backup Data Report for method 2016 Issue 2, National Institute for Occupational Safety and Health, DART, Cincinnati, OH. Unpublished report for evaluation of method mainly with Supelco S10 LpDNPH samplers.

[2] Iraneta PC, Collamati RA., Costello DN, Crowley RJ, Fernandes RL, Hopkins MR, Knowles CE, Martin DM [1995]. A Validation Study of a New Active Sampler for the Analysis of Formaldehyde in Workplace and Indoor Air, Waters Corp., Milford, MA. Unpublished report for evaluation of method with Waters Sep-Pak XPoSure Aldehyde samplers.

[3] Kleindienst TE, Corse EW, Blanchard FT [1998]. Evaluation of the Performance of DNPH-coated Silica Gel and $C_{18}$ Cartridges in the Measurement of Formaldehyde in the Presence and Absence of Ozone. Environmental Science & Technology 32(1):124-130.

[4] NIOSH [1994]. Formaldehyde by GC: Method 2541. In: Eller PM, Cassinelli ME, eds. NIOSH Manual of Analytical Methods, 4th ed. Cincinnati, OH: U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health. DHHS (NIOSH) Publication No. 94-113.

[5] NIOSH [1994]. Formaldehyde by VIS: Method 3500. In: Eller PM, Cassinelli ME, eds. NIOSH Manual of Analytical Methods, 4th ed. Cincinnati, OH: U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Ocupational Saerty and Health. DHHS (NIOSH) Publication No. 94-113.

[6] OSHA [1985]. Formaldehyde: Method 52. In: OSHA Analytical Methods Manual, Salt Lake City, UT: U.S. Department of Labor, Occupational Safety and Health Administration, OSHA Analytical Laboratory.

[7] NIOSH [1994]. Formaldehyde on Dust (Textile or Wood): Method 5700. In: Eller PM, Cassinelli ME, eds. NIOSH Manual of Analytical Methods, 4th ed. Cincinnati, OH: U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health. DHHS (NIOSH) Publication No. 94-113.

[8] Lipari F, Swarin S [1982]. Determination of Formaldehyde and Other Aldehydes in Automobile Exhaust with an Improved 2,4-Dinitrophenylhydrazine Method. J. Chromatogr. 247: 297-306.

[9] Dollberg DD, Smith DL, Tharr DG [1986]. Lab/Field Coordination. Appl. Ind. Hyg. 1:F44-F46.

[10] ACGIH [2001]. 2001 Threshold Limit Values® and Biological Exposure Indices. American Conference of Governmental Industrial Hygienists, Inc., Cincinnati, OH.

[11] ACGIH [1991]. Documentation of Threshold Limit Values and Biological Exposure Indices, Sixth ed. Formaldehyde, pp. 664-688. American Conference of Governmental Industrial Hygienists, Inc., Cincinnati, OH.

[12] Code of Federal Regulatons [1999]. Title 29, Part 1910.1048, 29 CFR Chapter XVII (7-1-99 Edition). Formaldehyde, pp. 354-378. Occupational Safety and Health Administration, Labor. U.S. Government Printing Office, Washington, D.C.

[13] Kennedy ER, Fischbach TJ, Song R, Eller PE, Shulman SA [1995]. Guidelines for Air Sampling and Analytical Method Development and Evaluation, Cincinnati, OH: National Institute for Occupational Safety and Health. DHHS (NIOSH) Publication No. 95-117.

[14] Waters Corp. [1994]. Waters Sep-Pak XPoSure Aldehyde Sampler Care and Use Manual, Waters Corp., Milford, MA, p. 31.

[15] Walker JF [1964]. Formaldehyde, Third Ed., Chapter 18, p. 486. American Chemical Society Monograph Series, Reinhold Publishing Corporation, New York.

## METHOD REVISED BY:

Samuel P. Tucker, Ph.D., NIOSH/DART.
Method originally written by P Iraneta, Waters Corp., MJ Seymour and ER Kennedy, Ph.D., NIOSH/DART.

**APPENDIX A -   PREPARATION AND STANDARDIZATION OF FORMALDEHYDE STOCK SOLUTION (ca. 1 mg/mL)**

**Preparation.** Dilute 2.7 mL 37% aqueous formalin solution to 1 L with distilled, deionized water. This solution is stable for at least three months when stored at room temperature.

**Standardization by pH Titration.**
Place 5.0 mL of freshly prepared 1.13 M sodium sulfite solution in a 50-mL beaker and stir magnetically. Adjust pH to between 8.5 and 10 with base or acid. Record the pH. Add 3.0 to 12.0 mL formaldehyde stock solution. The pH should now be greater than 11. Titrate the solution back to its original pH with 0.02 N sulfuric acid (1 mL acid = 0.600 mg formaldehyde; about 17 mL acid needed). If the endpoint pH is overrun, back-titrate to the endpoint with 0.01 N sodium hydroxide. Calculate the concentration, $C_s$ (mg/mL), of the formaldehyde stock solution:

$$C_s = \frac{30.0(N_a V_a - N_b V_b)}{V_s}, mg/mL$$

Where:    30.0 = 30.0 g/equivalent of formaldehyde
$N_a$ = normality of sulfuric acid (0.02 N)
$V_a$ = volume of sulfuric acid (mL) used for titration
$N_b$ = normality of NaOH (0.01 N)
$V_b$ = volume of NaOH (mL) used for back-titration
$V_s$ = volume of formaldehyde stock solution (mL)

**Standardization by Colorimetric Titration.**
Place 50 mL of freshly prepared 0.1 M sodium sulfite and 3 drops of 0.04% thymophthalein indicator (w/v) in 50:50 ethanol:water into a 250-mL Erlenmeyer flask. Titrate the contents of the flask to a colorless endpoint with 0.1 N sulfuric acid (usually 1 or 2 drops is sufficient). The indicator is blue at pH values above the endpoint and is colorless at pH values below the endpoint. Transfer 3.0 to 12.0 mL of the formaldehyde solution to the same flask and titrate the mixture with 0.1 N sulfuric acid to a colorless endpoint. Calculate the concentration, C (mg/mL), of formaldehyde in solution.

$$C = \frac{30.0(N_a V_a)}{V_s}, mg/mL$$

Where:    30.0    =    g/equivalent of formaldehyde
$N_a$    =    normality of sulfuric acid (0.1 N)
$V_a$    =    volume of sulfuric acid used for titration (mL)
$V_s$    =    volume of formaldehyde stock solution (mL)

NOTE:  Sulfuric acid (0.1 N) is substituted for 0.1 N hydrochloric acid, which is specified in OSHA Method 52, in order to prevent possible formation of bis(chloromethyl)ether, a potent carcinogen, by reaction of formaldehyde with hydrochloric acid [12].

This colorimetric titration was adapted from OSHA Method 52 [5], which was based on the procedure of Walker [15].

FR-LTW-EXP09-000181

**APPENDIX B -   USE OF SKC SAMPLER FOR FORMALDEHYDE**

The SKC, Inc. sampler for aldehydes (DNPH-coated silica gel tube, catalogue No. 226-119) may be used for sampling formaldehyde with modifications of this method.  These modifications include the following:

(a)  The maximum recommended air volume should be less than 15 L at an air concentration of 2.5 mg/m$^3$ (indicated on page 2016-1), because the upper limit of the method for the SKC sampler is probably less than 37 µg.

(b)  The procedure for recovery of analyte from the sorbent would be modified, i.e., placement of the sorbent sections in vials, addition of solvent, and possible use of an ultrasonic bath.

(c)  A volume of solvent much less than 10 mL can be used for recovery.  However, the minimum volume should be tested for adequate recovery.

(d)  Consequences of using a much smaller volume of solvent for recovery include a lower LOD and LOQ, the need for a different range of calibration standards, and the need for a different range of fortification levels (step 8).

(e)  The maximum volume of solution for fortification of the front sorbent bed must be less than 90 µL and should be determined (step 8).

FR-LTW-EXP09-000182

**APPENDIX 3**
**INITIAL SAMPLING DATA**



# FIELD AIR MONITORING LOG

| THU VIN#: 4X4TSMH296C008992 | Manufacturer: Forest River, Inc. | Location: Melville, LA |
|---|---|---|
| FEMA ID#: 1277021 | Sampler ID: GilAir | Calibrator ID: MiniBuck (SN: A54102) |

| Project Phase | Sample Description | Sample No. | Pump No. | Flow Rate (L/min.) | Time On | Time Off | Min. | Volume (Liters) | Results (ppm) |
|---|---|---|---|---|---|---|---|---|---|
| **Indoor Initial** | Primary | 34020 A | 2010 | 0.994 | 8:51:25 a.m. | 9:51:25 a.m. | 60 | 59.64 | 0.097 |
| Date: 8-7-09 | Duplicate | 34020 B | 2009 | 1.037 | 8:51:25 a.m. | 9:51:25 a.m. | 60 | 62.22 | Not Analyzed |
| **Outdoor Initial** | Primary | 34021 A | 2008 | 0.998 | 8:58:31 a.m. | 9:58:31 a.m. | 60 | 59.88 | 0.004 |
| Date: 8-7-09 | Duplicate | 34021 B | 2007 | 0.982 | 8:58:31 a.m. | 9:58:31 a.m. | 60 | 58.92 | Not Analyzed |

| Field Blank Number: 34026 | Media Blank Number: 34027 |
|---|---|
| Indoor Sample Location: Kitchen | Outdoor Sample Location: In open field ~50 feet from unit |
| Indoor Sample Height: 4 feet above floor | Outdoor Sample Height: 4 feet above ground |

**Notes:** The above-listed samples were collected following the retrieval of the PSC expert's 24-hour badge sample by Mr. William Scott. Prior to collection of the PSC expert's sample, the unit had been closed and sealed with security tape for 72 hours. The trailer was not ventilated or conditioned during the period prior to sample collection. The door to the unit was quickly opened and closed three times immediately prior to Workplace Hygiene's sampling with people entering and exiting the trailer. Immediately after sampling began, everyone exited the trailer and did not return until approximately one minute prior to sample termination. Approximately 6 people entered the trailer before and after sampling.

### Temperature and Humidity Measurements for Initial Sampling Event

| Indoor Temperature /Relative Humidity Datalogger Serial Number: EasyLog #3 | Start Time: 8:51 a.m. Stop Time: 10:03 a.m. |
|---|---|
| Outdoor Temperature /Relative Humidity Datalogger Serial Number: EasyLog #1 | Start Time: 8:58 a.m. Stop Time: 10:04 a.m. |

#### Indoor Temperature and Humidity Measurements

| Psychrometer ID: Psychrodyne | Starting Measurements | Start Time: 8:47 a.m. Stop Time: 8:52 a.m. | Wet Bulb Temp. (°F): 76.5 Dry Bulb Temp. (°F): 81 % RH: 82 |
|---|---|---|---|
| | Ending Measurements | Start Time: 9:50 a.m. Stop Time: 9:54 a.m. | Wet Bulb Temp. (°F): 76 Dry Bulb Temp. (°F): 86 % RH: 64 |

#### Outdoor Temperature and Humidity Measurements

| Psychrometer ID: Psychrodyne | Starting Measurements | Start Time: 8:59 a.m. Stop Time: 9:04 a.m. | Wet Bulb Temp. (°F): 78.5 Dry Bulb Temp. (°F): 86 % RH: 64 |
|---|---|---|---|
| | Ending Measurements | Start Time: 9:55 a.m. Stop Time: 10:01 a.m. | Wet Bulb Temp. (°F): 80.5 Dry Bulb Temp. (°F): 90 % RH: 67 |

| Pump Number | Sample Description | Sample Number | Flow rates (L/min.) 1 | 2 | 3 | Average |
|---|---|---|---|---|---|---|
| 2010 | 1 hr. Initial Indoor | 34020 A | 0.987/0.998 | 1.002/0.994 | 0.994/0.990 | 0.994 |
| 2009 | 1 hr. Initial Indoor Duplicate | 34020 B | 1.051/1.027 | 1.046/1.023 | 1.049/1.025 | 1.037 |
| 2008 | 1 hr. Initial Outdoor | 34021 A | 1.030/0.973 | 1.019/0.976 | 1.017/0.972 | 0.998 |
| 2007 | 1 hr. Initial Outdoor Duplicate | 34021 B | 1.020/0.947 | 1.021/0.947 | 1.016/0.944 | 0.982 |

| Pre-Calibrated By: Tony Watson | Date: 8-7-09 |
|---|---|
| Post-Calibrated By: Tony Watson | Date: 8-7-09 |



Forest River Initial Sampling
Temperature and Relative Humidity Measurements
(Indoors)



**Forest River Initial Sampling**
**Temperature and Humidity Measurements**
**(Outdoors)**

**APPENDIX 4**
**POST-CONDITIONING DATA**

FR-LTW-EXP09-000187



**FIELD AIR MONITORING LOG**

| THU VIN#: 4X4TSMH296C008992 | Manufacturer: Forest River, Inc. | Location: Melville, LA |
|---|---|---|
| FEMA ID#: 1277021 | Sampler ID: GilAir | Calibrator ID: MiniBuck (SN: A54102) |

| Project Phase | Sample Description | Sample No. | Pump/ Badge No. | Flow Rate (L/min) | Time On | Time Off | Min. | Volume (Liters) | Results (ppm) |
|---|---|---|---|---|---|---|---|---|---|
| **Indoor 1-hr. Post-Conditioning**<br>Date: 8-13-09 | Primary | 34022 A | 2008 | 1.043 | 2:34:47 p.m. | 3:34:47 p.m. | 60 | 62.58 | 0.035 |
| | Duplicate | 34022 B | 2007 | 1.008 | 2:34:47 p.m. | 3:34:47 p.m. | 60 | 60.48 | Not Analyzed |
| **Outdoor 1hr. Post-Conditioning**<br>Date: 8-13-09 | Primary | 34023 A | 2009 | 1.010 | 2:56:09 p.m. | 3:56:09 p.m. | 60 | 60.60 | 0.003 |
| | Duplicate | 34023 B | 2010 | 1.002 | 2:56:09 p.m. | 3:56:09 p.m. | 60 | 60.12 | Not Analyzed |
| **Indoor 24-hr. Badge Post-Conditioning**<br>Start Date: 8-13-09<br>End Date: 8-14-09 | Primary | 34024 A | 6D09 SV7600 | | 2:38:21 p.m. | 2:38:21 p.m. | 1440 | | 0.044 |
| | Duplicate | 34024 B | 6D09 GV7114 | | 2:38:21 p.m. | 2:38:21 p.m. | 1440 | | Not Analyzed |
| **Outdoor 24hr. Badge Post-Conditioning**<br>Start Date: 8-13-09<br>End Date: 8-14-09 | Primary | 34025 A | 6D09 GV5968 | | 2:58:25 p.m. | Void | Void | | Void |
| | Duplicate | 34025 B | 6D09 GV7036 | | 2:58:25 p.m. | Void | Void | | Void |

| | |
|---|---|
| Tube Field Blank Number: 34028 | Tube Media Blank Number: 34029 |
| Badge Field Blank Number: 34030 | Badge Media Blank Number: 34031 |
| Indoor Sample Location: Kitchen | Outdoor Sample Location: In open field ~50 feet from unit |
| Indoor Sample Height: 4 feet above floor | Outdoor Sample Height: 4 feet above ground |
| Date/Time Ventilation Began: 8-10-09 / 8:23 a.m. | Date/Time Ventilation Ended: 8-11-09 / 1:54 p.m. |
| Date/Time Pre-Conditioning Began: 8-11-09 / 1:54 p.m. | A/C Thermostat Setting: 75°F |

**Notes:**

The Sunbelt generators were located approximately 30 feet behind the trailer in an open field.  The 24-hour outdoor badges were voided due to a thunderstorm that occurred the night of 8-13-09.  When found the following day, the tripod had been blown over and the badges were on the ground and wet.  Inside the trailer, no visible leakage occurred around any doors or windows as a result of the storm.  There was no visible condensation on any of the windows.

| Temperature and Humidity Measurements for 1-Hour Post-Conditioning Sampling Event | | | |
|---|---|---|---|
| Indoor Temperature /Relative Humidity Datalogger Serial Number: EasyLog #2 | Start Time: 2:34 p.m. Stop Time: 3:45 p.m. | | |
| Outdoor Temperature /Relative Humidity Datalogger Serial Number: EasyLog #4 | Start Time: 2:49 p.m. Stop Time: 3:57 p.m. | | |
| Indoor Temperature and Humidity Measurements | | | |
| Psychrometer ID: Psychrodyne | Starting Measurements | Start Time: 2:30 p.m. Stop Time: 2:39 p.m. | Wet Bulb Temp. (°F): 67 Dry Bulb Temp. (°F): 80    % RH: 51 |
| | Ending Measurements | Start Time: 3:40 p.m. Stop Time: 3:46 p.m. | Wet Bulb Temp. (°F): 66.5 Dry Bulb Temp. (°F): 79.5   % RH: 51 |
| Outdoor Temperature and Humidity Measurements | | | |
| Psychrometer ID: Psychrodyne | Starting Measurements | Start Time: 3:05 p.m. Stop Time: 3:14 p.m. | Wet Bulb Temp. (°F): 76.5 Dry Bulb Temp. (°F): 93    % RH: 48 |
| | Ending Measurements | Start Time: 2:34 p.m. Stop Time: 3:45 p.m. | Wet Bulb Temp. (°F): 78 Dry Bulb Temp. (°F): 92    % RH: 54 |

| Temperature and Humidity Measurements for 24-Hour Post-Conditioning Sampling Event | | | |
|---|---|---|---|
| Indoor Temperature and Humidity Measurements | | | |
| Psychrometer ID: Psychrodyne | Starting Measurements | Start Time: 2:30 p.m. Stop Time: 2:39 p.m. | Wet Bulb Temp. (°F): 67 Dry Bulb Temp. (°F): 80    % RH: 51 |
| | Ending Measurements | Start Time: 3:05 p.m. Stop Time: 3:08 p.m. | Wet Bulb Temp. (°F): 64 Dry Bulb Temp. (°F): 75    % RH: 55 |
| Outdoor Temperature and Humidity Measurements | | | |
| Psychrometer ID: Psychrodyne | Starting Measurements | Start Time: 3:01 p.m. Stop Time: 3:14 p.m. | Wet Bulb Temp. (°F): 76.5 Dry Bulb Temp. (°F): 93    % RH: 48 |
| | Ending Measurements | Start Time: 3:53 p.m. Stop Time: 4:05 p.m. | Wet Bulb Temp. (°F): 78 Dry Bulb Temp. (°F): 92    % RH: 54 |

| Pump Number | Sample Description | Sample Number | Flow rates (Liters/minute) | | | Average Flow Rate |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | |
| 2008 | 1 hr. Post-Conditioning Indoor | 34022 A | 1.038/1.051 | 1.037/1.049 | 1.035/1.047 | 1.043 |
| 2007 | 1 hr. Post-Conditioning Indoor Duplicate | 34022 B | 1.006/1.022 | 1.005/1.014 | 1.002/1.004 | 1.008 |
| 2009 | 1 hr. Post-Conditioning Outdoor | 34023 A | 1.038/0.985 | 1.037/0.984 | 1.036/0.979 | 1.010 |
| 2010 | 1 hr. Post-Conditioning Outdoor Duplicate | 34023 B | 1.022/0.987 | 1.021/0.984 | 1.019/0.981 | 1.002 |
| Pre-Calibrated By: Tony Watson | | | Date: 8-13-09 | | | |
| Post-Calibrated By: Tony Watson | | | Date: 8-13-09 | | | |





Forest River 1-Hour Post-Conditioning
Temperature and Relative Humidity Measurements
(Outdoors)

**APPENDIX 5
FORMALDEHYDE AIR SAMPLING
LABORATORY REPORTS**

FR-LTW-EXP09-000192



Mr. Tony Watson                                          August 10, 2009
Workplace Group
445-C Dolley Madison Road
Greensboro, NC 27410


DOH ELAP# 11626            Account# 14066            Login# L197995


Dear Mr. Watson:

Enclosed are the analytical results for the samples received by our laboratory on August 08, 2009. All test results meet the quality control requirements of AIHA and NELAC unless otherwise stated in this report. All samples on the chain of custody were received in good condition unless otherwise noted.

Results in this report are based on the sampling data provided by the client and refer only to the samples as they were received at the laboratory. Unless otherwise requested, all samples will be discarded 14 days from the date of this report.

Please contact Tonya Lancaster at (877) 482-5227, if you would like any additional information regarding this report.

Thank you for using Galson Laboratories.

Sincerely,

Galson Laboratories

*Mary G Unangst*

Mary G. Unangst
Laboratory Director


Enclosure(s)

FR-LTW-EXP09-000193

LABORATORY ANALYSIS REPORT



**GALSON**
LABORATORIES

6601 Kirkville Road
East Syracuse, NY 13057
(315) 432-5227
FAX: (315) 437-0571
www.galsonlabs.com

| | |
|---|---|
| Client | : Workplace Group |
| Site | : Melville |
| Project No. | : Forest River |
| | |
| Date Sampled | : 07-AUG-09 |
| Date Received | : 08-AUG-09 |
| Date Analyzed | : 10-AUG-09 |
| Report ID | : 618107 |

Account No.: 14066
Login No. : L197995

### Formaldehyde

| Sample ID | Lab ID | Air Vol liter | Front ug | Back ug | Total ug | Conc mg/m3 | ppm |
|---|---|---|---|---|---|---|---|
| 34020A | L197995-1 | 59.64 | 7.1 | <0.1 | 7.1 | 0.12 | 0.097 |
| 34021A | L197995-2 | 59.88 | 0.3 | <0.1 | 0.3 | 0.004 | 0.004 |
| 34026 | L197995-3 | NA | <0.1 | <0.1 | <0.1 | NA | NA |
| 34027 | L197995-4 | NA | <0.1 | <0.1 | <0.1 | NA | NA |

COMMENTS: Please see attached lab footnote report for any applicable footnotes.

| | | |
|---|---|---|
| Level of quantitation: 0.1 ug | | Submitted by: SKO/MWJ |
| Analytical Method | : mod. NIOSH 2016; HPLC/UV | Approved by : rjw |
| OSHA PEL (TWA) | : 0.75 ppm | Date : 10-AUG-09   NYS DOH # : 11626 |
| Collection Media | : 226-119 | QC by: Tony D'Amico |

| | | | | |
|---|---|---|---|---|
| < -Less Than | mg -Milligrams | m3 -Cubic Meters | kg -Kilograms |
| > -Greater Than | ug -Micrograms | l -Liters | NS -Not Specified |
| NA -Not Applicable | ND -Not Detected | ppm -Parts per Million | |

FR-LTW-EXP09-000194



LABORATORY FOOTNOTE REPORT

**GALSON LABORATORIES**

Client Name : Workplace Group
Site        : Melville
Project No. : Forest River

6601 Kirkville Road
East Syracuse, NY 13057
(315) 432-5227
FAX: (315) 437-0571
www.galsonlabs.com

Date Sampled : 07-AUG-09       Account No.: 14066
Date Received: 08-AUG-09       Login No.  : L197995
Date Analyzed: 10-AUG-09

---

Unless otherwise noted below, all quality control results associated with the samples were within established control limits.

Unrounded results are carried through the calculations that yield the final result and the final result is rounded to the number of significant figures appropriate to the accuracy of the analytical method.  Please note that results appearing in the columns preceeding the final result column may have been rounded in order to fit the report format and therefore, if carried through the calculations, may not yield an identical final result to the one reported.

The stated LOQs for each analyte represent the demonstrated LOQ concentrations prior to correction for desorption efficiency (if applicable).

L197995 (Report ID: 618107):
    SOPs: LC-SOP-4(3)
    Total ug corrected for a desorption efficiency of 101%.
    Results have been corrected for average background found on media front section
    of 0.1058ug and media back section of 0.0498ug (lot #5855).

---

| < -Less Than       | mg -Milligrams  | m3 -Cubic Meters     | kg -Kilograms    |
| > -Greater Than    | ug -Micrograms  | l -Liters            | NS -Not Specified|
| NA -Not Applicable | ND -Not Detected| ppm -Parts per Million |                |

FR-LTW-EXP09-000195

**GALSON LABORATORIES**

6601 Kirkville Rd
East Syracuse, NY 13057
Tel: (315) 432-5227
888-432-LABS (5227)
Fax: (315) 437-0571
www.galsonlabs.com

☐ Check if change of address

New Client? ☐ yes  ☒ no

**Need Results By:** (surcharge)
- ☐ 5 Business Days — 0%
- ☐ 4 Business Days — 35%
- ☐ 3 Business Days — 50%
- ☐ 2 Business Days — 75%
- ☐ Next Day by 6pm — 100%
- ☐ Next Day by Noon — 150%
- ☐ Same day — 200%

Report To : Tony Watson
Workplace Hygiene, Inc.
445 Dolley Madison Rd, Ste. C
Greensboro NC 27410
Phone No. : 336-931-0300 /336-402-1412 cell
Fax No. : 336-931-0018

Invoice To : SAME

Site Name : Melville

Project : Forest River    Sampled By : Tony Watson

☐ Samples submitted using the FreePumpLoan™ Program.
☐ Samples submitted using the FreeSamplingBadges™ Program.

Client Account No. :
Purchase Order No. :
Credit Card No. :

Card Holder Name :                    Exp. :

Email / Fax Results To : twatson@workplacegroup.net
Email Address :                    Fax No. :

| Sample Identification | Date Sampled | Collection Medium | *Air Volume (Liters) | Passive Monitors (Min) | Analysis Requested | Method Reference | Specific DL Needed |
|---|---|---|---|---|---|---|---|
| 1. 34020 A | 8-7-09 | 226-119 | 59.64 | | Formaldehyde | NIOSH 2016 | |
| 2. 34021 A | '' | '' | 59.88 | | '' | '' | |
| 3. 34026 | '' | '' | Field Blank | | '' | '' | |
| 4. 34027 | '' | '' | Media Blank | | '' | '' | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |
| 8. | | | | | | | |
| 9. | | | | | | | |
| 10. | | | | | | | |
| 11. | | | | | | | |

Page 4 of 4   Report Reference: 1  Generated: 10-AUG-09 15:17

☐Yes ☐No   We normally add a laboratory blank for each analyte. We will charge you for this at our normal rate. If you agree please check "Yes" otherwise check "No".

List description of industry or process / interference's present in sampling area:

Comments: Please call 336-402-1141 with results

| Chain of Custody | Print Name | Signature | Date/Time |
|---|---|---|---|
| Relinquished by : | Tony Watson | [signature] | 8-7-09 / 3:30 pm |
| Received by LAB : | A. Kemo | [signature] | 8/31/09 / 1029 a |

Samples received after 3pm will be considered as next day's business.          * sample collection time X LPM = Air Vol.    Page 1 of 1

FR-LTW-EXP09-000196



Mr. Tony Watson                                    August 17, 2009
Workplace Group
445-C Dolley Madison Road
Greensboro, NC 27410


DOH ELAP# 11626          Account# 14066          Login# L198414


Dear Mr. Watson:

Enclosed are the analytical results for the samples received by our laboratory on August 15, 2009.  All
test results meet the quality control requirements of AIHA and NELAC unless otherwise stated in this
report.  All samples on the chain of custody were received in good condition unless otherwise noted.

Results in this report are based on the sampling data provided by the client and refer only to the
samples as they were received at the laboratory.  Unless otherwise requested, all samples will be
discarded 14 days from the date of this report.

Please contact Tonya Lancaster at (877) 482-5227, if you would like any additional information regarding
this report.

Thank you for using Galson Laboratories.

Sincerely,

**Galson Laboratories**

*Mary G Unangst*

Mary G. Unangst
Laboratory Director


Enclosure(s)

FR-LTW-EXP09-000197



LABORATORY ANALYSIS REPORT

GALSON LABORATORIES

6601 Kirkville Road
East Syracuse, NY 13057
(315) 432-5227
FAX: (315) 437-0571
www.galsonlabs.com

Client       : Workplace Group
Site         : FEMA
Project No.  : Forest River

Date Sampled  : 13-AUG-09
Date Received : 15-AUG-09
Date Analyzed : 16-AUG-09
Report ID     : 618742

Account No.: 14066
Login No.  : L198414

---

**Formaldehyde**

| Sample ID | Lab ID | Time minutes | Total ug | Conc mg/m3 | ppm |
|---|---|---|---|---|---|
| 34024A GD09SV7600 | L198414-5 | 1440 | 1.0 | 0.054 | 0.044 |
| 34030 GD09GV6946 | L198414-6 | NA | <0.1 | NA | NA |
| 34031 | L198414-7 | NA | <0.1 | NA | NA |

COMMENTS: Please see attached lab footnote report for any applicable footnotes.

---

| | | |
|---|---|---|
| Level of quantitation: 0.1 ug | | Submitted by: MWJ |
| Analytical Method : mod. NIOSH 2016; HPLC/UV | | Approved by : NKP |
| OSHA PEL (TWA)    : 0.75 ppm | | Date : 17-AUG-09   NYS DOH # : 11626 |
| Collection Media  : Assay 571 | | QC by: Karen Becker |

---

| | | | | | |
|---|---|---|---|---|---|
| < | -Less Than | mg -Milligrams | m3 | -Cubic Meters | kg -Kilograms |
| > | -Greater Than | ug -Micrograms | 1 | -Liters | NS -Not Specified |
| NA | -Not Applicable | ND -Not Detected | ppm | -Parts per Million | |

FR-LTW-EXP09-000198



LABORATORY ANALYSIS REPORT

**GALSON** LABORATORIES

6601 Kirkville Road
East Syracuse, NY 13057
(315) 432-5227
FAX: (315) 437-0571
www.galsonlabs.com

Client      : Workplace Group
Site        : FEMA
Project No. : Forest River

Date Sampled  : 13-AUG-09
Date Received : 15-AUG-09
Date Analyzed : 16-AUG-09
Report ID     : 618741

Account No.: 14066
Login No.  : L198414

---

### Formaldehyde

| Sample ID | Lab ID | Air Vol liter | Front ug | Back ug | Total ug | Conc mg/m3 | ppm |
|---|---|---|---|---|---|---|---|
| 34022A | L198414-1 | 62.58 | 2.7 | <0.1 | 2.7 | 0.043 | 0.035 |
| 34023A | L198414-2 | 60.6 | 0.2 | <0.1 | 0.2 | 0.003 | 0.003 |
| 34028 | L198414-3 | NA | <0.1 | <0.1 | <0.1 | NA | NA |
| 34029 | L198414-4 | NA | <0.1 | <0.1 | <0.1 | NA | NA |

COMMENTS: Please see attached lab footnote report for any applicable footnotes.

---

Level of quantitation: 0.1 ug
Analytical Method  : mod. NIOSH 2016; HPLC/UV
OSHA PEL (TWA)     : 0.75 ppm
Collection Media   : 226-119

Submitted by: mwj
Approved by : NKP
Date : 17-AUG-09   NYS DOH # : 11626
QC by: Karen Becker

---

| < -Less Than | mg -Milligrams | m3 -Cubic Meters | kg -Kilograms |
|---|---|---|---|
| > -Greater Than | ug -Micrograms | l -Liters | NS -Not Specified |
| NA -Not Applicable | ND -Not Detected | ppm -Parts per Million | |

FR-LTW-EXP09-000199



LABORATORY FOOTNOTE REPORT

Client Name : Workplace Group
Site        : FEMA
Project No. : Forest River

6601 Kirkville Road
East Syracuse, NY 13057
(315) 432-5227
FAX: (315) 437-0571
www.galsonlabs.com

Date Sampled : 13-AUG-09         Account No.: 14066
Date Received: 15-AUG-09         Login No.  : L198414
Date Analyzed: 16-AUG-09

---

Unless otherwise noted below, all quality control results associated with the samples were within established control limits.

Unrounded results are carried through the calculations that yield the final result and the final result is rounded to the number of significant figures appropriate to the accuracy of the analytical method. Please note that results appearing in the columns preceeding the final result column may have been rounded in order to fit the report format and therefore, if carried through the calculations, may not yield an identical final result to the one reported.

The stated LOQs for each analyte represent the demonstrated LOQ concentrations prior to correction for desorption efficiency (if applicable).

L198414 (Report ID: 618741):
    SOPs:  LC-SOP-4(3)
    Total ug corrected for a desorption efficiency of 101%.
    Results have been corrected for average background found on media front section
    of 0.1058ug and media back section of 0.0498ug on lot# 5855.

L198414 (Report ID: 618742):
    SOPs:  LC-SOP-4(3)
    Total ug corrected for a desorption efficiency of 96%.
    Results were corrected for the media lot average background of 0.0303ug for lot# 6D09.

---

| | | | |
|---|---|---|---|
| < -Less Than | mg -Milligrams | m3 -Cubic Meters | kg -Kilograms |
| > -Greater Than | ug -Micrograms | l -Liters | NS -Not Specified |
| NA -Not Applicable | ND -Not Detected | ppm -Parts per Million | |

FR-LTW-EXP09-000200

GALSON LABORATORIES

6601 Kirkville Rd
East Syracuse, NY 13057
Tel: (315) 432-5227
888-432-LABS (5227)
Fax: (315) 437-0571
www.galsonlabs.com

Check if change of address

New Client? ☐ yes ☒ no

Report To : Tony Watson
Workplace Hygiene Inc.
445 Valley Hydrange Rd STE C
Greensboro NC 27410
Phone No. : 336 - 402 - 1141
Fax No. : 336 - 931 - 0018

Site Name : FEMA

Invoice To :
5th??

Phone No. :
Fax No. :

Project : Forest River    Sampled By : Tony Watson

| Need Results By: | (surcharge) |
|---|---|
| ☐ 5 Business Days | 0% |
| ☐ 4 Business Days | 35% |
| ☐ 3 Business Days | 50% |
| ☐ 2 Business Days | 75% |
| ☐ Next Day by 6pm | 100% |
| ☐ Next Day by Noon | 150% |
| ☒ Same day | 200% |

☐ Samples submitted using the FreePumpLoan™ Program.
☐ Samples submitted using the FreeSamplingBadges™ Program.

Client Account No. : 14066
Purchase Order No. :
Credit Card No. :

Card Holder Name :
Exp. :

Email / Fax Results To : Twatson @ wh hygiene group.net
Email Address :    Fax No. :

| Sample Identification | Date Sampled | Collection Medium | Air Volume (Liters) | Passive Monitors (Min) | Analysis Requested | Method Reference | Specific DL Needed |
|---|---|---|---|---|---|---|---|
| 34023A | 6-13-09 | 336-119 | 62.58 | | Formaldehyde | NIOSH 2016 | |
| 34023A | " | " | 60.60 | | " | " | |
| 34028 | " | " | Field Blank | | " | " | |
| 34029 | " | " | Media Blank | | " | " | |
| 34024A (6009 SV7600) | " | N571 | | 1440 | " | " | |
| 34025 (Lot 0896V5700) | " | " | VOS Per | 1440 | " | " | |
| 34030 (6009 GVE2946) | " | " | | Field Blank | " | " | |
| 34031 (Not valid) | " | " | | Media Blank | " | " | |

Page 5 of 5    Report Reference: 1 Generated: 12 AUG 2009 08:47

☐ Yes  ☐ No  We normally add a laboratory blank for each analyte. We will charge you for this at our normal rate. If you agree please check "Yes" otherwise check "No".

List description of industry or process / interference's present in sampling area:

Comments: Please call 336-402-1141 with results

| Chain of Custody | Print Name | Signature | Date/Time |
|---|---|---|---|
| Relinquished by : | Tony Watson | | 8-14-09  5:30 pm |
| Received by LAB : | BRIAN CAMARO | Brian Camaro | 8/15/09  10:55 |

Samples received after 3pm will be considered as next day's business.    * sample collection time X LPM = Air Vol.

Login # :

FR-LTW-EXP09-000201

**APPENDIX 6
MATERIALS IDENTIFICATION
LABORATORY REPORT**

FR-LTW-EXP09-000202

Report of Results:  MVA8033

Identification of Material on Carpet

Prepared for:

Workplace Hygiene
445 Dolley Madison Rd., Suite C
Greensboro, NC 27410

**Focused** on the Science of Small Things



MVA SCIENTIFIC CONSULTANTS

3300 Breckinridge Boulevard • Suite 400 • Duluth, GA 30096
770-662-8509 • FAX 770-662-8532 • www.mvainc.com

Report of Results:  MVA8033

Identification of Material on Carpet

Prepared for:

**Workplace Hygiene**
**445 Dolley Madison Rd., Suite C**
**Greensboro, NC 27410**

Respectfully Submitted by:

*Mary A. Miller*

**Mary A. Miller**
**Executive Director**

*Tim B. Vander Wood*

**Tim B. Vander Wood, Ph.D.**
**Executive Director**

**MVA Scientific Consultants**
**3300 Breckinridge Boulevard**
**Suite 400**
**Duluth, GA  30096**

29 September 2009



8033report092909

**Report of Results:  MVA8033**

**Identification of Material on Carpet**

## Introduction

Samples consisting of 1) a tan colored matted substance on a piece of carpet and 2) a tan-brown flake were received at our laboratory on September 8, 2009.  The plastic container holding the tan-brown flake (Workplace Group ID-34012) was received broken; the sample was recovered from the FedEx envelope and transferred to a plastic zip lock bag.  The samples were assigned unique MVA sample numbers as shown below.  We were asked to identify the substance on the carpet and compare it to the flake which was a suspected source.  Analysis was conducted at our laboratory during the period September 14 through 24, 2009.

| Workplace Hygiene Identification | MVA Sample Number |
|---|---|
| 34004, Tan substance on carpet | U1446 |
| 34012, Tan-brown flake- suspect source | U1447 |

## Methods

The samples were examined with a Wild M5 stereomicroscope.  Analyses were conducted using a SensIR IlluminatIR Fourier transform infrared spectrophotometer coupled to an Olympus BX-51 compound microscope (micro-FTIR), and with a JEOL JSM-6490LV scanning electron microscope equipped with a Thermo Scientific Noran System SIX energy dispersive x-ray analysis system (SEM-EDS).

## Results

Microscopical examination showed the material on the carpet (U1446) was a tan spongy cellular material consistent with an expanded foam product.  The flake (U1447) was dark (brown) on one side and tan on the other with a fibrous appearance on the light colored side.  Samples of the tan material on the carpet and both sides of the flake were analyzed by micro-FTIR.  Figure 1 is an infrared spectrum of the tan material from the carpet.  The spectra obtained from the two sides of the flake were consistent with one another and a representative spectrum is presented in Figure 2.  The two spectra are plotted together for comparison in Figure 3.  We were unable to find a definitive spectral match for the samples.  The best spectral match was to that of polyvinyl alcohol, shown for comparison in Figure 4.  The spectra bear some resemblance to urethane resins and comparison to a reference spectrum is made in Figure 5.  Analysis using an ATR objective on the infrared microscope did not show any difference between the two samples (Figure 6).



FR-LTW-EXP09-000205

Analysis by SEM-EDS indicates the two materials have the same chemistry but are structurally different.  The material from the carpet, sample U1446, exhibits a foamy structure, and the EDS analysis indicates it is primarily carbon (C) and oxygen (O), with low nitrogen (N) present (Figure 7).  The flake representing the suspect material, sample U1447, has a polymeric fibrous structure, and is also comprised of carbon and oxygen with low nitrogen present (Figure 8).  The trace elements detected in both samples are probably extraneous debris on the surface.

**Conclusion**

The compositions of the two samples are consistent with one another but the samples show structural or morphological differences.  These differences may be related to how the collected materials were deposited.



FR-LTW-EXP09-000206



**Figure 1.** Infrared spectrum of tan foamy material from carpet sample, U1446.



**Figure 2.** Infrared spectrum of tan flake, U1447.



FR-LTW-EXP09-000207



**Figure 3.** Infrared spectra of tan foamy material from carpet sample, U1446 and tan flake, U1447.



**Figure 4.** Infrared spectra of tan foamy material from carpet sample, U1446 and polyvinyl alcohol reference.



FR-LTW-EXP09-000208



**Figure 5.** Infrared spectra of tan foamy material from carpet sample, U1446 and polyurethane reference.



**Figure 6.** ATR infrared spectra of tan foamy material from carpet sample, U1446 and tan flake, U1447.



FR-LTW-EXP09-000209



**Figure 7.** Scanning electron micrograph (top) and energy dispersive x-ray spectrum (bottom) of tan foamy material, U1446.







**Figure 8.** Scanning electron micrograph (top) and energy dispersive x-ray spectrum (bottom) of tan flake material, U1447.





*8055*



# CHAIN OF CUSTODY

Project No. or Identification *FEMA*

| Client Sample ID | MVA ID* | Comments |
|---|---|---|
| 34004 | | *Please identify material on carpet Sample* |
| 34012 | | *determine if same as material on carpet* |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Relinquished by (sign): | Relinquished by (sign): |
|---|---|
| Via: *Fed Ex* | Via: |
| Date: *9-1-09*   Printed Name: *Brian Kareis* | Date:   Printed Name: |
| Company: *Workplace Hygiene* | Company: |

| Received by (sign): *Tim B Vander Wood* | Received by (sign): |
|---|---|
| Date: *9/8/09*   Printed Name: *Tim Vander Wood* | Date:   Printed Name: |
| Company: *MVA* | Company: |

3300 Breckinridge Boulevard, Suite 400, Duluth, GA 30096   Telephone (770) 662-8509   FAX (770) 662-8532   www.mvainc.com
* For MVA use only
\\Leslie\quality\quality_documents\Current_Forms\F006_chain_rev1_060509.doc

**APPENDIX 7**
**MATERIAL SAFETY DATA SHEET**
**FOR GEOCEL EXPANDING FOAM**

FR-LTW-EXP09-000213

# MATERIAL SAFETY DATA SHEET



**Date Issued: 08/28/2007**
**MSDS No: 43108**
**Date Revised: 09/30/2008**
**Revision No: 1**

## Expanding Foam

---

## 1. PRODUCT AND COMPANY IDENTIFICATION

**PRODUCT NAME:** Expanding Foam

**MANUFACTURER**

Geocel Corporation
P.O. Box 398
Elkhart IN 46515-0398
**Product Stewardship:** 574-264-0645

**24 HR. EMERGENCY TELEPHONE NUMBERS**
ChemTel - 800-255-3924

---

## 2. HAZARDS IDENTIFICATION

**POTENTIAL HEALTH EFFECTS**

**EYES:** May be irritating to eyes. Foam contact can cause physical damage due to adhesive character.

**SKIN:** May cause localized irritation, reddening or swelling. Prolonged or repeated exposure may lead to sensitization and/or contact dermatitis.

**INGESTION:** May cause irritation of mucous membranes in the mouth and digestive tract.

**INHALATION:** May irritate mucous membranes with tightness in chest, coughing, or allergic asthma-like sensitivity. Extensive overexposure can lead to respiratory symptoms like bronchitis and pulmonary edema. These effects are usually reversible. Overexposure to Fluorocarbon may cause lightheadedness, headaches, or lethargy. Persons with cardiac arrhythmia may be at increased risk in severe exposure.

**COMMENTS HEALTH:** The primary adverse health effects of this product are related to the Polymeric Isocyanate (MDI) component, and, to a lesser degree, the Fluorocarbon (non-flammable gas) component. Therefore, adequate ventilation should be provided to avoid exceeding the exposure limits of these components (see Section 8). The likelihood of exceeding these limits are low due to the low concentration of vapor produced during normal use. However, if used indoors, mechanical ventilation or exhaust should be provided during use and until product is cured.

**PHYSICAL HAZARDS:** Since the containers are pressurized, storage temperature should not exceed 120°F (49°C) in order to avoid excessive pressure build-up and possible container rupture. Also, the product has strong adhesive-like characteristics and will adhere aggressively to skin and other surfaces. If accidental contact occurs, follow the appropriate first-aid procedure described in Section 4 of this MSDS.

---

## 3. COMPOSITION / INFORMATION ON INGREDIENTS

| Chemical Name | Wt.% | CAS | EINECS |
|---|---|---|---|
| Fluorocarbon (Non-Flammable Compressed Gas, HCFC) | 10 - 30 | 000075-45-6 | |
| Methylene Disphenyl Isocyanate | 5 - 10 | 000101-68-8 | 202-966-0 |
| Polymeric Isocyanates | 5 - 10 | 009016-87-9 | - - |
| Urethane Pre-polymer Blend (proprietary non-hazardous) | 60 - 100 | N/A | |

---

## 4. FIRST AID MEASURES

**EYES:** Immediately flush with plenty of water for at least 15 minutes, holding eyelids open at all times. Get medical attention immediately.

**SKIN:** Use a rag to remove excess foam from skin and remove contaminated clothing. Use of a solvent, such as acetone (nail polish remover) or mineral spirits, may help in removing uncured foam residue from clothing and other surfaces (avoid eye contact). Cured foam may be physically removed by persistent washing with soap and water. If irritation develops, use mild skin cream. If irritation persists, obtain medical attention.

**INGESTION:** Drink 1 to 3 glasses of water and seek medical attention. Never give anything orally to an unconscious person.

**INHALATION:** Move individual to fresh air. If breathing is difficult, administer oxygen. Seek medical attention.

## 5. FIRE FIGHTING MEASURES

**FLASHPOINT AND METHOD:** (800°F)

**FLAME PROPAGATION OR BURNING RATE OF SOLIDS:** Cured foam is organic and will burn in the presence of sufficient heat, oxygen and an ignition source. Main hazards associated with burning foam are similar to burning of other organic materials (wood, paper, cotton, etc.) and precautions against exposure should be taken accordingly.

**EXTINGUISHING MEDIA:** Dry chemical, carbon dioxide, Halon 1211, chemical foam, or water spray if used in large quantities (water contamination will produce carbon dioxide).

**OTHER CONSIDERATIONS:** Avoid welding or other hot work in vicinity of exposed cured foam.

**FIRE FIGHTING EQUIPMENT:** Standard protective fire fighting clothing and breathing apparatus.

**SENSITIVE TO STATIC DISCHARGE:** Not expected to be sensitive to static discharge.

**SENSITIVITY TO IMPACT:** Not expected to be sensitive to impact.

## 6. ACCIDENTAL RELEASE MEASURES

**SMALL SPILL:** Wearing personal protective equipment designated in Section 8, scrape up uncured foam and remove residue with a rag and solvent such as polyurethane cleaner, mineral spirits, acetone, paint thinner, etc. Once the product has cured, it can only be removed physically by scraping, buffing, etc.

**LARGE SPILL:** Wearing personal protective equipment designated in Section 8, scrape up uncured foam and remove residue with a rag and solvent such as polyurethane cleaner, mineral spirits, acetone, paint thinner, etc. Ventilate well while clean up is in process and until fumes dissipate. Once the product has cured, it can only be removed physically by scraping, buffing, etc.

**RELEASE NOTES:** Before disposing of container, relieve container of any remaining foam and pressure. Allow product to fully cure before disposing. Never discard in a liquid state.

## 7. HANDLING AND STORAGE

**STORAGE:** Store in a cool, dry place. Ideal storage temperature is 60°F to 80°F (15.5°C to 26.6°C). Storage above 90°F (32.2°C) will shorten the shelf life. Storage below 55°F (12.7°C) may affect foam quality if chemicals are not warmed before using. Protect containers from physical abuse. Protect unused product from freezing.

## 8. EXPOSURE CONTROLS / PERSONAL PROTECTION

**EXPOSURE GUIDELINES**

| OSHA HAZARDOUS COMPONENTS (29 CFR1910.1200) | | | |
|---|---|---|---|
| | | EXPOSURE LIMITS | |
| | | ACGIH TLV | |
| Chemical Name | | ppm | mg/m$^3$ |
| Methylene Disphenyl Isocyanate | TWA | 0.005 | 0.051 |

**PERSONAL PROTECTIVE EQUIPMENT**

**EYES AND FACE:** Wear safety glasses with side shields or goggles when handling this material.

**SKIN:** Chemical resistant protective gloves are recommended.

**RESPIRATORY:** If vapor levels are expected to exceed recommended guidelines, use NIOSH approved, positive pressure, supplied air respirator or a negative pressure half mask with organic vapor cartridges and dust/mist pre-filters.

**WORK HYGIENIC PRACTICES:** Wash hands thoroughly after each use, especially before eating or smoking. Good personal hygiene practices should always be followed.

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**ODOR:** Slight fluorocarbon odor during curing stage.

**APPEARANCE:** Viscous liquid which foams upon release from container.

**VAPOR PRESSURE:** > 50 psig

**BOILING POINT:** Fluorocarbon boils at 0°F (-17.7°C). Other components boil at temperatures greater than 200°F (93.3°C).

**FLASHPOINT AND METHOD:** (800°F)

**SOLUBILITY IN WATER:** Insoluble, reacts slowly with water during cure; liberating traces of $CO_2$.

**SPECIFIC GRAVITY:** ~ 1.200 (water=1)

**(VOC):** Based on the current EPA definition of volatile organic compound, this product does not have any V.O.C. content.

---

**10. STABILITY AND REACTIVITY**

**STABLE:** Yes

**HAZARDOUS POLYMERIZATION:** No

**CONDITIONS TO AVOID:** Avoid alcohols, strong bases or amines and metal compounds (such as small particle metal catalysts).

---

**11. TOXICOLOGICAL INFORMATION**

**EYE EFFECTS:** Irritating to the eyes.

**SKIN EFFECTS:** Irritating to the skin.

---

**12. ECOLOGICAL INFORMATION**

**ENVIRONMENTAL DATA:** No environmental studies have been carried out on this product.

---

**13. DISPOSAL CONSIDERATIONS**

**DISPOSAL METHOD:** Chemical waste generators must determine whether a discarded chemical is classified as a hazardous waste. US EPA guidelines for the classification determination are listed in 40 CFR Part 261.3. Additionally, waste generators must consult state and local hazardous waste regulations to ensure complete and accurate classification.

---

**14. TRANSPORT INFORMATION**

**DOT (DEPARTMENT OF TRANSPORTATION)**

**OTHER SHIPPING INFORMATION:** Generators must consult DOT laws and regulations to ensure the product is being transported appropriately.

---

**15. REGULATORY INFORMATION**

**UNITED STATES**

**SARA TITLE III (SUPERFUND AMENDMENTS AND REAUTHORIZATION ACT)**

**311/312 HAZARD CATEGORIES:** This product poses the following physical and health hazard(s) as defined in 40 CFR Part 370 and is subject to the requirements of sections 311 and 312 of Title III of the Superfund Amendments and Reauthorization Act of 1986:

**FIRE:** Yes  **PRESSURE GENERATING:** Yes  **REACTIVITY:** No  **ACUTE:** Yes  **CHRONIC:** No

**313 REPORTABLE INGREDIENTS:** This product contains the following chemical(s) subject to reporting under SARA Title III Section 313: CAS #101-68-8 Methylene Bisphenyl Isocyanate and CAS #75-45-6 Fluorocarbon (HCFC).

**EPCRA SECTION 313 SUPPLIER NOTIFICATION**

| Chemical Name | Wt.% | CAS |
|---|---|---|
| Fluorocarbon (Non-Flammable Compressed Gas, HCFC) | 10 - 30 | 000075-45-6 |
| Methylene Disphenyl Isocyanate | 5 - 10 | 000101-68-8 |
| Polymeric Isocyanates | 5 - 10 | 009016-87-9 |

**CERCLA (COMPREHENSIVE RESPONSE, COMPENSATION, AND LIABILITY ACT)**

| Chemical Name | Wt.% | CERCLA RQ |
|---|---|---|
| Methylene Disphenyl Isocyanate | 5 - 10 | 5,000 |

**TSCA (TOXIC SUBSTANCE CONTROL ACT)**

| Chemical Name | CAS |
|---|---|
| Fluorocarbon (Non-Flammable Compressed Gas, HCFC) | 000075-45-6 |
| Methylene Disphenyl Isocyanate | 000101-68-8 |
| Polymeric Isocyanates | 009016-87-9 |

**CALIFORNIA PROPOSITION 65**: This product does not contain any chemicals on California's Proposition 65 List.

## 16. OTHER INFORMATION

**PREPARED BY:** Technical Staff

**REVISION SUMMARY:** Revision #: 1. This MSDS replaces the MSDS. Any changes in information are as follows: In Section 9: VOC Method

**NFPA STORAGE CLASSIFICATION:** Health 2, Flammability 1, Physical Hazard 1

**HMIS RATINGS NOTES:** Health 2, Flammability 1, Physical Hazard 1, PPE B or E