

**EDWARD HALIE SHWERY, PH.D.**
A PROFESSIONAL PSYCHOLOGY CORPORATION
SUITE 200
315 METAIRIE ROAD
METAIRIE, LOUISIANA 70005-4337
PHONE: (504) 833-6999
FAX: (504) 833-2040
EMAIL: shwery@gmail.com

CLINICAL PSYCHOLOGY
FORENSIC PSYCHOLOGY
CHRONIC PAIN MANAGEMENT

DIPLOMATE
AMERICAN ACADEMY OF
PAIN MANAGEMENT

## PSYCHOLOGICAL EXAMINATION

Name:  Lyndon Wright
Date of Birth: ████ 1970
Date of Examination:  September 23, 2009
Date of Report:  September 24, 2009

### Background Information

Lyndon Wright, who prefers to be called "Lyn," was seen in my office on July 17 and July 20, 2009.  Please see my earlier report dated July 21, 2009 for additional information.  The background information will not be repeated in this report.

I saw Mr. Wright for a re-examination when he reported developing additional psychological problems since he saw his ENT surgeon, Dr. Spector.  When I saw Lyn in July 2009, he was coping with the psychological distress that developed following his moving out of the FEMA trailer in July 2008.  Following my examination in July, 2009, Lyn was seen by Dr. Spector to examine a mass at the base of his tongue.  Dr. Spector ordered laboratory testing through the Touro Hospital and eventually collected a biopsy of the mass during surgery on July 29, 2009.  After the mass was examined by the pathologist, Dr. Spector informed Mr. Wright that he did not have cancer.  Lyn reports that he continues to have bleeding and Dr. Spector recently advised him that it is prudent to wait for an additional period of time while Dr. Spector follows Lyn before they can determine what is causing both the bleeding and the development of a mass at the base of his tongue.  At this point, Lyn's understanding is that the specific cause of the mass is "undetermined."

### Examination Results

The need for surgical intervention and examination of a biopsy of the mass has crystalized many of the psychological issues with which Lyn had been coping more successfully prior to the surgery in late July, 2009.  When I saw Lyn in my office on September 23, 2009, he presented early for the visit and was appropriately dressed and well groomed; Lyn was cooperative and compliant throughout the entire examination. He continues to work two jobs at the Hyatt Hotel and for the City of New Orleans; he works in maintenance for air conditioning and heating.

2 Page
Name:  Lyndon Wright
Date of Birth: ███████ 1970
Date of Examination:  September 23, 2009
Date of Report:  September 24, 2009

Lyn reports that he recently has become more depressed and is experiencing increased mental anguish compared to his mental status when I saw him two months ago.  When I inquired of his recent increase in depression he stated, "The lump, it worries me.  Dr. Spector wondered if it might have been cancer, so far it's not clear what it is.  When the doctor found it I started to worry that what if it is cancer.  Since the biopsy, I still have bleeding.  He (Dr. Spector) isn't sure what's causing the bleeding and he wants me to come back in six weeks until he figures out what it is.

I explored with Lyn the impact upon him of learning that he has developed a medical condition which requires further investigation.  He is somewhat relieved that Dr. Spector assured him that the mass is not cancerous, but Lyn is ruminating about his current and future health.  As he stated, "Well, I keep thinking 'What is it?  Is it cancer?'  I talked to my girlfriend about it and she says not to worry about it, but that doesn't really help.  I still get aggravated worrying about it and talking about it.  My doctor says it's not cancer and that made me feel better, but I find myself wondering 'Is it from living in the trailer?' I just don't understand what the formaldehyde is doing to me.  What does it really make go wrong with a person?"

The development of a mass in his mouth and the requirement of surgical intervention to obtain a biopsy and further investigate the mass has crystalized many of the underlying concerns and worries that were at a more modest level for Lyn.  He ruminates more actively now about the two years in the trailer.  For example, he stated "I used to really heat that trailer up.  What was that doing to me?  Like I kept it at 75 to 78 degrees, but after I got out I read in the manual where it stated not to go over 72 degrees and not to live there more than two weeks!  I can't believe it!  It's like I was cooking the formaldehyde!  The more I think about all this the more I worry about what is coming down the line for me!  How long does it take for formaldehyde to have an effect on you? Will it be when I'm 45 or 50?"

I spent considerable time helping Lyn to regain his composure as he became agitated and distressed while recounting his private worries and ruminations about his current and long-range future health.

I inquired of Lyn whether or not he has ever experienced these types of worries.  He stated, "No, back when I was going to the doctor and living in the trailer I just thought it was happening to me (symptoms) that I was just getting help from the doctor to take care of things.  I asked the doctor one time if he thought all my problems in my sinus and my throat could be from living in the trailer and he just said 'It's possible.'  He was so nonchalant about it and about the bleeding that it seemed like it was no big deal.  I even asked him again another time 'Do you think it has anything to do with living in the trailer?' and he said it was possible, but he was so nonchalant about it I didn't worry about it.  I thought it was probably just the weather and it was just a normal health issue causing me to have to go to the doctor and get medicine to get well.  It was like he

3 Page
Name:  Lyndon Wright
Date of Birth: ▓▓▓▓ 1970
Date of Examination:  September 23, 2009
Date of Report:  September 24, 2009

found my sinus was inflamed and he gave me medicine for it...but now I just don't know and that worries me"

The more recent ruminations and distress in the past two months have re-activated Lyn's prior worries and distress that developed shortly after he moved out of the trailer and during the one year before I examined him in July 2009.  I explored with him how he was experiencing and expressing his worry and mental anguish.  He stated, "Well, I actually talk to myself about it.  Maybe I could have done something about it if I had known.  Now I am so conscientious about everything related to my health.  I wake up at night and my mouth is dry and I worry, 'Is it from the trailer?  Will I die in my sleep?'  Every time I cough I look around to see if is it something around me that's making me cough."  I explored with Lyn the impact upon him from his worry, distress, and ruminations.  He stated, "It aggravates me that I keep worrying about it."  Lyn notes that he very frequently ruminates about these health and illness issues.  As he stated, "Oh man, I think about this all the time.  Like at work, if I'm idle, the thoughts just come right back.  Like if I get around chemicals at work now, I worry.  I really didn't think it was that serious (living in the trailer), but then all kinds of things started going off in my head.  It all got worse after I saw Dr. Spector a couple of months ago."

I explored with Lyn the physical symptoms and experiences that tend to trigger the onslaught of intense ruminations.  He stated, "The coughing, the tightness in my chest, waking up at night, gagging...If I'm busy at work my mind is more at peace, but it doesn't last that long.  As soon as I finish doing something the thoughts come right back, they just come flooding back.  Like the other day I had grease on my hands, I looked at it, and I thought I better go wash it off because it might be bad for me.  I'm getting paranoid about all this.  I want to know what the long-term effect is.  I want to know!"

During the one year following his moving out of the trailer (July 2008) Lyn pondered any adverse effects on his health from living in the trailer for over two years.  In June 2009, he was apparently informed by a physician that he has clinical asthma.  This began the process of intense ruminations that have crystalized and increased since the biopsy in late July 2009.  As he stated, "I never had asthma before!  What is going on with me?  What will they (physicians) find out five years from now?!  It's like my body is breaking down little by little.  I don't know what is coming!"

I spent additional time during the examination to calm Lyn and assure him that the psychological problems with which he is struggling are treatable.  I was able to calm him to a moderate degree, but he continues to have active and intense mental anguish.

I also re-administered two of the psychological tests that were administered to Lyn on July 17, 2009.

LWFR-EXP 12-000014

4 Page
Name: Lyndon Wright
Date of Birth: ____, 1970
Date of Examination: September 23, 2009
Date of Report: September 24, 2009

The Beck Anxiety Inventory was re-administered on September 23, 2009. Lyn's score on the July 17, 2009 administration was a numeric score of 9, which is in the mild range of anxiety. This score is very low and did not reflect significant anxiety problems in July 2009. The re-administration, however, shows a significant increase in problems with anxiety. The re-administration of this test is a numeric score of 36, which is in the severe range of anxiety.

The Beck Depression Inventory-II was also re-administered on September 23, 2009. The first administration on July 17, 2009 did not indicate significant problems with depression. His numeric score of 8 was very low and was in the minimal range of depression. The re-administration of this test on September 23, however, shows a significant increase in problems of depression. The numeric score of the second administration is 25, which is in the moderate range of depression.

Following the re-administration of these tests, I discussed with Lyn his problems with sleeping and dreams. He notes that during the past two months he has had difficulty achieving the onset of sleep, maintaining sleep, and is frequently awakened due to intense and frightening dreams. These symptoms are highly consistent with what is noted in the examination on September 23, 2009.

When Lyn awakens in the middle of the night from chaotic, intense dreams, he typically begins to worry and to ruminate about his long-term future. As such, the agitation, mental anguish, worries, and distress present in this man is occurring both day and night. The re-examination of this man reveals a very significant increase in psychological distress. While he was coping with the health problems and worries before his physician discovered a mass in his oral cavity, the prospect that he may be developing long term and serious illnesses has overwhelmed his psychological defenses and coping skills. His pre-morbid psychological functioning was quite good. He typically consulted his physicians when he had health problems and was easily re-assured by his doctors. This psychological posture and his coping skills were clearly revealed in my July, 2009 examination report. The current examination, however, shows a very significant increase in problems; long-term health concerns are now becoming intense in his mind.

## Diagnoses

| | |
|---|---|
| Axis I | Anxiety disorder due to pulmonary problems |
| | Depressive disorder, NOS |
| Axis II | N/A |
| Axis III | Pulmonary problems, bone density problems, otolaryngological problems (by history) |
| Axis IV | Worries about long-term health |
| Axis V | Current GAF = 55 |

5 Page
Name:  Lyndon Wright
Date of Birth: ▓▓▓▓▓▓ 1970
Date of Examination:  September 23, 2009
Date of Report:  September 24, 2009

## Prognosis

The prognosis for complete resolution of the developing psychological problems is worse than was indicated in the July 2009 examination.  The crystalizing of underlying worries and distress has led to the onset of depression as well as anxiety.  There is also a paranoid flavor developing in his thinking.

## Recommendations

In addition to the recommendations listed in my July 21, 2009 report, it is clear from the current examination that the increased intensity of problems now requires a longer course of treatment.  In my July 21, 2009 report I estimated approximately one year of psychotherapy, consultation once monthly and one psychological re-examination. Based upon my re-examination, it is my opinion that these are an under-estimate of the cost of future treatment.  Lyn will need to be followed psychologically for more than one year.  He is likely to need additional psychotherapy accompanying any future medical interventions as the psychological and medical issues are so deeply intertwined in him. I, therefore, recommend two years of once weekly psychotherapy to be spread over the next 3 to 3-1/2 years.    In addition, Lyn would strongly benefit from followup psychotherapy once monthly for two years followed by four times yearly for the following five years.  I also recommend psychological re-examinations every two years on three occasions.  This is important to maintain continuity in the treatment plan and to modify the treatment plan as necessary.  I also recommend ongoing consultation between his medical providers and the treating therapist for psychological problems. This will require approximately once monthly for one year and once every three months for the following four years.  The cost of estimated future treatment is calculated at $300.00 per session. The total future costs are $65,400.00.

Very truly yours,

Edward Halie Shwery, Ph.D.
Clinical and Forensic Psychologist
EHS/dgs

LWFR-EXP 12-000016