1

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:  FEMA TRAILER        MDL NO. 1873
 4    FORMALDEHYDE PRODUCTS       SECTION "N"(4)
 5    LIABILITY LITIGATION        JUDGE ENGELHARDT
 6
 7    This document relates to:  Lyndon T. Wright
 8           v. Forest River, Inc., et al
 9              Docket No. 09-2977
10                  *   *   *
11                  (Volume I)
12       Videotaped Deposition of LAWRENCE
13    G. MILLER, M.D., 118 Upland Road, Waban,
14    Massachusetts 02468, taken at the Law
15    Offices of Frank J. D'Amico, Jr., 622
16    Baronne Street, New Orleans, Louisiana
17    70113, on Tuesday, the 10th day of November,
18    2009.
19
20    REPORTED BY:
21         JAMES T. BRADLE, CCR
              PROFESSIONAL SHORTHAND REPORTERS
22         (504)529-5255
23    VIDEOGRAPHER:
24         BRIAN SOILEAU
              PROFESSIONAL SHORTHAND REPORTERS
25         (504)529-5255
```

1    results of the nasal smear?
2         A    I don't believe I saw -- I have
3    Dr. Spector's records.  I don't believe I
4    saw anything specific there.
5         Q    Okay.  So as we sit here today,
6    you're unaware of whether the nasal smear
7    collected epithelial cells from the actual
8    nasal membrane of the interior nasal cavity
9    of Mr. Lyndon Wright?
10        A    I would have to look back at the
11   records.  I can't recall that as we sit
12   here.
13        Q    And as we sit here, you don't
14   recall that the nasal smear performed by
15   Dr. Spector indicated the presence of normal
16   ciliated columnar epithelial cells?
17        A    I don't recall one way or the
18   other.
19        Q    So you didn't factor that into
20   your opinions in this case in the
21   conclusions that you reached?
22        A    I would have to look back at that.
23   I don't recall one way or the other.  I
24   can't answer your question.
25        Q    Let me ask you this.  In your

1    final conclusion in your October 2nd report,

2    you state, "In summary, it is my

3    professional opinion that, within a

4    reasonable degree of medical probability,

5    the exposure to formaldehyde emissions

6    during his approximately 28 months of

7    residence in the FEMA trailer significantly

8    exacerbated Mr. Lyndon Wright's

9    rhinosinusitis," correct?

10        A    That's correct.

11        Q    Is that the only opinion that you

12   hold in this case?

13        A    That's the only one certainly

14   stated here, yes.

15        Q    And so if called upon to testify,

16   the only causal link that you can draw to

17   any of Mr. Wright's symptomatology is that

18   you believe exposure to some level of

19   formaldehyde caused an exacerbation of his

20   rhinosinusitis?

21        A    That's what's stated here, yes.

22        Q    All right, Doctor.  Mr. Ahlquist

23   has been kind enough to furnish us with some

24   of the invoices that you have provided to

25   the plaintiffs in this matter.  I would like