```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  FEMA TRAILER       MDL NO. 1873
 4   FORMALDEHYDE PRODUCTS      SECTION "N"(4)
 5   LIABILITY LITIGATION       JUDGE ENGELHARDT
 6
 7   This document relates to:  Lyndon T. Wright
 8         v. Forest River, Inc., et al
 9             Docket No. 09-2977
10                  *  *  *
11               (Volume I)
12      Videotaped Deposition of EDWARD HALIE
13   SHWERY, Ph.D., 315 Metairie Road, Suite 200,
14   Metairie, Louisiana 70005, taken at the Law
15   Offices of Frank J. D'Amico, Jr., 622
16   Baronne Street, New Orleans, Louisiana
17   70113, on Monday, the 9th day of November,
18   2009.
19
20   REPORTED BY:
21       JAMES T. BRADLE, CCR
         PROFESSIONAL SHORTHAND REPORTERS
22       (504)529-5255
23   VIDEOGRAPHER:
24       MICHAEL BERGERON
         PROFESSIONAL SHORTHAND REPORTERS
25       (504)529-5255
```

```
 1        Q    I have been provided a copy of
 2   your background materials.  Were you ever
 3   provided with Mr. Wright's deposition
 4   transcript?
 5        A    No.
 6        Q    Were you ever provided with any
 7   deposition transcripts relating to this
 8   particular case?
 9        A    No.
10        Q    Other than some limited medical
11   records, were you provided with, for
12   example, Dr. Field's medical records?
13        A    I don't think so.  Because it's
14   not -- it's not on this disk that I got.
15        Q    All right.  Other than some
16   medical records from Dr. Cruz and
17   Dr. Worley, were you provided any other
18   medical records?
19        A    Since then, I have.
20        Q    Okay.  Before evaluating
21   Mr. Wright on July 17th and the 20th of
22   2009, had you been provided those records?
23        A    I was not.
24        Q    You said subsequently you have
25   received additional records, correct?
```

1	on.  It hasn't had the intensity of impact
2	psychologically like it has more recently.
3	    Q   Okay.  And I think, again, we will
4	get to the more detailed background that you
5	took, but he indicated to you, for example,
6	that he had initially attributed all of
7	these problems to the weather?
8	    A   Or just general health.  Maybe it
9	was the winter.  That's correct.
10	    Q   Okay.  And he may have attributed
11	them to his prior health problems?
12	    A   Attributed what?
13	    Q   The symptoms that he purportedly
14	had while living in the trailer, he said to
15	you that he initially related them to his
16	prior health problems?
17	    A   Well, no, I think more what I saw
18	was that he didn't have too much concern
19	about them.  He would go to the doctor and
20	take care of them.  But he thought that was
21	all being taken care of, and then now to
22	have this come up is what really triggered
23	and crystallized some obsessions about it
24	and some intense concerns, and he's now
25	worried, "What's been going on with me?"

1   It's like "I thought it was one way.  Now
2   I'm not so sure."
3           Another way of saying that is in
4   the past, his defenses have handled those
5   things, and the more recent medical
6   developments have overrode his defenses and
7   they have been over -- They haven't been
8   sufficient to contain all of this.
9       Q   So the development of a neuroma
10  was the item that was the straw that broke
11  the camel's back?
12      A   Yeah, I guess it -- The bleeding
13  and the fact that he wasn't getting
14  completely well would be one factor, and
15  then this biopsy, this neuroma comes up, and
16  he couldn't understand, he couldn't explain
17  it away.  I don't know that it was one.  It
18  was probably two or three things that
19  culminated in his defenses aren't working as
20  well as they used to.
21      Q   Let's make sure we got them all
22  established.
23      A   Okay.
24      Q   Development of the neuroma?
25      A   Yes.

```
 1      Q    The biopsy of the neuroma?
 2      A    Right.
 3      Q    Bleeding?
 4      A    Correct.
 5      Q    That's the bleeding that he
 6  reports bringing up some blood-colored mucus
 7  at some point in time when he wakes up in
 8  the morning?
 9      A    Correct.
10      Q    Okay.  Anything else?
11      A    No.  I think it's that he started
12  to look back and say, "Boy, there was a
13  level, a heightened level of problems that
14  never went away."  I think it's more kind of
15  a clarity of perception that has developed
16  with him.
17      Q    And let's talk about that.  The
18  bleeding did not begin contemporaneously
19  with Mr. Wright's moving into the trailer,
20  correct?
21      MR. AHLQUIST:
22           Foundation.
23      THE WITNESS:
24           I can't remember when the bleeding
25  started.  I think there was some -- I don't
```

1    living in the trailer, but after
2    approximately two months, he began
3    experiencing a burning and redness in his
4    eyes."
5         Did I read that correctly?
6    A    Yes.
7    Q    "Increased and frequent coughing,
8    headaches, and, 'My throat would get clogged
9    up and I would wake up at night and have
10   trouble breathing,'" correct?
11   A    Correct.
12   Q    And that's what he related to you?
13   A    That's correct.
14   Q    Again, did you look at his medical
15   records to confirm whether these
16   representations were accurate?
17   A    No. And I didn't call the
18   doctors.
19   Q    Now, that's a good point. Have
20   you spoken with any of his treating
21   physicians during the period he lived in the
22   trailer?
23   A    No. I made some calls. I haven't
24   been able to get ahold of them.
25   Q    Mr. Wright reported to you that

1     even after seeking treatment from Uptown
2     Nephrology, "his chest congestion continued
3     and gradually worsened"?
4          A    That was his representation,
5     that's correct.  That's how he reported it.
6          Q    Okay.  And then, "After three to
7     four months in the trailer, dermatological
8     problems developed with primarily rashes on
9     his elbows, back of his neck, and upper
10    back," correct?
11         A    That's what he said, yes.
12         Q    Do you have any documentation of
13    any of those problems?  Did he have any
14    photographs?  Did he have any documentation
15    from a doctor that showed he had ever
16    reported any of those problems?
17         A    No.  I don't have any of that.
18         Q    Okay.  Here we are.  "After
19    approximately nine months, his skin problems
20    increased and blood in his mucus developed,"
21    correct?
22         A    That's what he said, yes.
23         Q    He "was able to continue working,
24    but he began consulting his physician more
25    often and his health slowly deteriorated"?