```
                                                          1

 1            UNITED STATES DISTRICT COURT --
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE:  FEMA TRAILER        MDL NO. 1873
 5    FORMALDEHYDE PRODUCTS       SECTION N(4)
 6    LIABILITY LITIGATION        JUDGE ENGELHARDT
 7    (This document relates
      to "Lyndon Wright v. Forest
 8        River, et al.)
 9                   *  *  *
10
11            VIDEOTAPED DEPOSITION OF DR.
12    CHARLES SHEPARD FIELD, JR., 5330 BANCROFT
13    DRIVE, NEW ORLEANS, LOUISIANA 70122, TAKEN
14    AT HIS HOME ON THE 20TH DAY OF OCTOBER,
15    2009.
16
17
18    REPORTED BY:
19        CATHY RENEE´ POWELL, CCR
          PROFESSIONAL SHORTHAND REPORTERS
20        (504)529-5255
21    VIDEOGRAPHER:
22        BRIAN SOILEAU
          PROFESSIONAL SHORTHAND REPORTERS
23        (504)529-5255
24
25
```

```
1          Q.    I see lower in your notes of that
2     day, you write the word "depression,"
3     correct?
4          A.    Right, depression.
5          Q.    So as of August 2, 2000, had you
6     diagnosed Mr. Wright with depression?
7          A.    Right, I did.
8          Q.    And did you prescribe him
9     medication to treat that depression?
10         A.    Yes, Effexor XR.
11         Q.    What was the dosage that you were
12    prescribing of Effexor XR at that time?
13         A.    The starting dose, the smallest
14    dose, 37.5 milligrams for seven days and
15    then he was to increase it -- double it to
16    75 milligrams for seven days and then go to
17    150 milligrams thereafter.
18               I think we gave him samples of the
19    initial doses and probably a prescription
20    for the 150.
21         Q.    Okay.  So you basically had him on
22    a graduated scale where he would start with
23    a lower dose and increase as tolerated up to
24    150-milligrams?
25         A.    Right.
```

1    dysfunction.

2         Q.   Did you prescribe him Viagra at

3    that point or did you simply give him some

4    samples of Viagra?

5         A.   I'm sure we gave him samples.

6         Q.   So as of October 31, 2000,

7    Mr. Wright was on the maximum dose of

8    Effexor that you could give him?

9         A.   Right.

10        Q.   What was the next occasion you had

11   to see Mr. Wright?

12        A.   January 22 of 2001.

13        Q.   What did he report to you as of

14   that date?

15        A.   Well, he was feeling pretty good.

16   He took the increased dose of the

17   medication, but he was talking in his sleep,

18   so he went back down to the 150-milligram

19   dose.

20        Q.   Is that a common issue with

21   patients that they will take a medication

22   until they feel better and then they will

23   cut back on the medication?

24        A.   Right.  And of course, if he

25   notices what he thinks was some side

1       A.   Right.

2            (Discussion off the record.)

3  EXAMINATION BY MR. BONE:

4       Q.   All right, Doctor, what was the

5  next occasion you had to visit with

6  Mr. Wright?

7       A.   July 9 of 2001.

8       Q.   Okay.  And what did Mr. Wright

9  report to you regarding his physical and

10 emotional conditions on those days?

11      A.   That he was feeling okay, his

12 appetite was okay.  But he was off the

13 Effexor for two months and he continued to

14 feel okay.

15      Q.   If you had recommended to

16 Mr. Wright that he take Effexor for a period

17 of years because it takes a period of years

18 to modify the depression that you diagnosed,

19 his taking himself off Effexor was

20 against --

21      MR. D'AMICO:

22           Object to the form of the

23 question.

24 EXAMINATION BY MR. BONE:

25      Q.   All right.  His taking himself off

1    Effexor was against medical advice; isn't
2    that true?
3         A.   Right.
4         Q.   Was there anything else about his
5    physical condition on July 9, 2001, that was
6    of concern to you?
7         A.   No, just that he was continuing to
8    feel well even without the medication and he
9    wasn't withdrawn.  And then we just talked
10   about his elevated homocystine level and I
11   gave him a medication for that.
12        Q.   So, here again, on July of 2001,
13   July 9, 2001, you noted that he had an
14   elevated homocystine level, which relates to
15   cardiovascular disease?
16        A.   Right.
17        Q.   And that was of concern to you?
18        A.   Right.
19        Q.   And because of that, you
20   prescribed folic acid, correct?
21        A.   Right.
22        Q.   Okay.  Were there any other tests
23   that you performed on Mr. Wright as of -- or
24   that you ordered for Mr. Wright after his
25   July 9 visit relating to the elevated

```
1    homocystine levels?
2         A.   Right.  The cardiac C-reactive
3    protein.
4         Q.   What is the C-reactive protein
5    test for in layman's terms?
6         A.   Presence of vascular disease.
7         Q.   Was a C-reactive protein test run?
8         A.   Yes.
9         Q.   What, if anything, did that test
10   reveal?
11        A.   I believe it was elevated.  I
12   didn't put right there what it was, but --
13   because I put it -- let's see.
14             I ordered it, but I don't see
15   where it was done on that visit.
16        Q.   All right.  Do you know if a
17   C-reactive protein test was done with
18   respect to Mr. Wright during this time
19   period in 2001?
20        A.   Probably a little later.  We had
21   trouble getting that done because the
22   insurance won't pay for it a lot of times.
23        Q.   Okay.
24        A.   And so, there was one, I'm sure,
25   done shortly.  I don't see it done until
```

1    2004.  It probably was a lab problem.

2         Q.   We will get to that shortly when

3    we get to those visits.

4              With respect to the C-reactive

5    protein in July of 2001, it concerned you

6    enough regarding his homocystine level that

7    you ordered a C-reactive protein test screen

8    be performed, correct?

9         A.   Right.

10        Q.   But that test, for whatever

11   reason, was not performed until 2004?

12        A.   Right.

13        Q.   Did you prescribe any additional

14   medication other than Viagra and/or Effexor

15   to Mr. Wright as of July 9, 2001?

16        A.   Well, the folic acid.

17        Q.   Anything else?

18        A.   No.

19        Q.   And the folic acid is intended to

20   reduce his homocystine level?

21        A.   Right.

22        Q.   There was an objection to one of

23   my questions earlier, so let me address

24   this.

25             When Mr. Wright appeared for his

1   July 9, 2001, visit, he related to you that

2   he had stopped using Effexor, correct?

3        A.   Right.

4        Q.   Was that decision made by the

5   patient to stop using the Effexor?

6        A.   Right, it was.

7        Q.   And how would you characterize

8   that in terms of whether it was or was not

9   against medical advice?

10       A.   Well, it didn't phase me.  I mean,

11  it's a normal -- very common thing for

12  patients to stop medicine when they feel

13  good, start feeling good.

14       Q.   But is it appropriate medically?

15       A.   No.

16       Q.   All right.  Let's talk about the

17  next time you had the chance to visit with

18  Mr. Wright.  It was October 29, 2001.

19            What did he relate to you about

20  his medical condition on October 29, 2001?

21       A.   That he was feeling okay, but he

22  had lost some weight and his mood was not

23  good.  And he wanted something for his

24  appetite, an appetite pill.

25            He stopped the Effexor due to

```
 1    finances, said it was too expensive for him.
 2    And he wanted to get blood work again, which
 3    when he mentioned blood work, it was usually
 4    related to sexually transmitted diseases and
 5    other general blood work too.
 6              So I think that is why we did
 7    another battery of other blood tests.
 8         Q.   Okay.  So Mr. Wright relates to
 9    you that he takes himself off of Effexor as
10    of July, and by October, his mood is no
11    longer good?
12         A.   Right.
13         Q.   Did you attribute his mood not
14    being good to the fact that he had taken
15    himself off Effexor?
16         A.   I figured perhaps.
17         Q.   Well, more likely than not, would
18    you say his mood was not good due to the
19    fact that he was not taking the medication
20    that you had prescribed for his depression?
21         A.   Well, perhaps, although, it could
22    have been, but he has these mood swings and
23    it was just a natural period he was having
24    with the ups and downs of his mood and maybe
25    the medicine didn't have anything to do with
```

1       A.   Yes.
2       Q.   And he has been having these ear
3  infections since he was young.  Is that
4  something that he had related to you
5  previously in an office visit?
6       A.   Right, uh-huh.
7       Q.   Okay.  And he takes care of them
8  on his own.  Were you aware of that?
9       A.   I think that's what he said, yeah.
10      Q.   Rather than seeing an ENT or
11 another physician to address those issues,
12 correct?
13      A.   Right.
14      Q.   Let me hand you the last note we
15 have from July 12, 2005.  I will mark this
16 as Exhibit 7.
17           Doctor, do you recognize that as a
18 note from your file relating to contact from
19 Mr. Wright?
20      A.   Yes, it looks like it probably
21 would have been.
22      Q.   Would you relate to us what
23 complaints Mr. Wright was making to your
24 office as of that date in July of 2005?
25      A.   Okay.  "Patient had a change in

```
 1    his bowel movements now for about three
 2    weeks.  Only gets gas.  Also has a
 3    sexually -- sexual motivation has decreased.
 4    Worried he may have prostate problem.  Also,
 5    he is experiencing erectile dysfunction in
 6    the a.m. and throughout the day.  What do
 7    you suggest he does?  Should he see a
 8    urologist?  And if yes, who do you
 9    recommend?"
10              And I said, "Could see Dr. Neil
11    Baum and preferably get his annual blood
12    work repeated before he goes, like one
13    month."
14              Then somebody says they called and
15    there was no answer.
16        Q.   Okay.  Do you know if Mr. Wright
17    ever followed up with Dr. Baum or any other
18    urologist to ascertain whether, in fact, he
19    was having a prostate problem?
20        A.   I don't know specifically, no.
21        Q.   Okay.  If Mr. Wright told some
22    experts in this case that he never suffered
23    from sexual dysfunction before moving into
24    this trailer, you would disagree with this?
25    Well, let me back up.
```

```
 1                  I want you to assume that
 2    Mr. Wright moved into a FEMA travel trailer
 3    on or about March of 2006.  And that he
 4    stated something to that effect.  If he told
 5    an expert in this case that he had not
 6    suffered from sexual dysfunction before that
 7    date, before March of 2006, you would
 8    disagree with that statement?
 9         MR. D'AMICO:
10                  Object to the form of the
11    question.  I think it misstates the
12    testimony.
13    EXAMINATION BY MR. BONE:
14         Q.   Correct, Doctor?
15         A.   Yes, correct.
16         Q.   All right, Doctor, your treatment
17    of Mr. Wright ended in December of 2005,
18    correct?
19         A.   Correct, yes.
20         Q.   At that time, had you diagnosed
21    him with high blood pressure?
22         A.   Not specifically, no.
23         Q.   Was he borderline hypertensive
24    during your treatment with him?
25         A.   Yes, he actually did show elevated
```