```
                                                                   1

 1
 2
                IN THE UNITED STATES DISTRICT COURT
 3
             FOR THE EASTERN DISTRICT OF LOUISIANA
 4
 5
 6
      IN RE:   FEMA TRAILER            *   MDL NO. 1873
 7    FORMALDEHYDE PRODUCTS            *   SECTION:N(5)
      LITIGATION                       *
 8                                     *
                                       *
 9    THIS DOCUMENT RELATES TO:        *
      LYNDON T. WRIGHT V.              *
10    FOREST RIVER, INC., ET AL.,      *
      DOCKET NO. 09-2977               *
11                                     *
      ****************************
12
13
14
15
16          DEPOSITION OF BOBBIE R. WRIGHT, 15406 Blue
17    Ridge Drive, Missouri City, Texas, taken in the
18    offices of Reich & Binstock, LLP, 4265 San Felipe
19    Street, Ste. 1000, Houston, Texas, on Tuesday, the
20    5th day of January 2010.
21
22
23
24
25
```

```
1    stayed in the trailer --
2        A.   Oh, no.
3        Q.   -- during the 24-hour period?
4        A.   Oh, no, no, no, no.
5             MR. BONE:
6                  Object to the form.
7        A.   Huh-uh.
8    (BY MR. PENIDO)
9        Q.   Let me ask you a little bit about your
10   daughter, Michelle, whom I understand is going to be
11   questioned by the defense lawyers in this case.
12            Does Michelle have special needs, or is she
13   mentally challenged in any way?
14       A.   Yes, she is.
15       Q.   Can you explain that, please?
16       A.   Well, Michelle is schizophrenic.
17       Q.   Has she been diagnosed to your knowledge as
18   a schizophrenic?
19       A.   And she's 36 years old.  She looks much,
20   much, much younger.
21       Q.   Does she take medication?
22       A.   And she almost acts much, much younger.
23       Q.   Does she take medication?
24       A.   Yeah.
25       Q.   Every day?
```