AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Barbara J. Carbo and Estate of Elizabeth M. Carbo )
Plaintiff )
v. ) Civil Action No. 09-7861 "N" (5)
Superior Homes, LLC, U.S. of Am through FEMA; )
and Shaw Environmental, Inc. )
Defendant )

## Summons in a Civil Action

To: *(Defendant's name and address)*
Superior Homes, LLC, through its Attorney/Agent,
James C. Roby, P. O. Box 1600, Watertown, SD 57201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

J. DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

Date: Dec 30 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   James C. Roby
   P. O. Box 1600
   Watertown, SD 57201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_
   ☐ Agent
   ☑ Addressee

B. Received by (Printed Name): JAMES C ROBY
C. Date of Delivery: 1-11-10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 2820 0001 1098 0933

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540