
```
00001
  1           UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
  2                NEW ORLEANS DIVISION
  3
     IN RE: FEMA TRAILER        * MDL NO. 1873
  4         FORMALDEHYDE        *
            PRODUCTS LIABILITY  *
  5         LITIGATION          * SECTION: N(5)
                                *
  6  This Document Relates to:  * JUDGE: ENGELHARDT
     Charles Age, et al, v.     *
  7  Gulf Stream Coach, Inc.,   *
     et al, Docket No. 09-2892  * MAG: CHASEZ
  8  * * * * * * * * * * * * * * * * * * * * *
  9         Video-Taped Deposition of STEPHEN
     SMULSKI, Ph.D., 435 Wendall Road, Shutesbury,
 10  Massachusetts, 01072, taken in the law offices
     of Lambert & Nelson, 701 Magazine Street, New
 11  Orleans, Louisiana, 70130, on Wednesday, the
     10th day of June, 2009.
 12
 13
     APPEARANCES:
 14
 15
            T. CHRISTOPHER PINEDO
 16         ATTORNEY AT LAW
            4550 Jericho Road
 17         Corpus Christi, Texas   78413
 18                - and -
 19         FRANK J. D'AMICO
            ATTORNEY AT LAW
 20         622 Baronne Street
            New Orleans, Louisiana   70113
 21
                  - and -
 22
            REICH & BINSTOCK, LLP
 23         (By:  Dennis C. Reich, P.C.)
            4265 San Felipe
 24         Suite 1000
            Houston, Texas   77027
 25              (Attorneys for the Plaintiffs)
```

```
00066
    1  Q.         We will get to those in your
    2  opinion -- in your affidavit in a moment.
    3  Are you an expert in the area of
    4  civil engineering?
    5  A.         No.
    6  Q.         You are not a licensed engineer,
    7  correct?
    8  A.         No, I am not.
    9  Q.         Are you an expert in chemistry?
   10  A.         No.  I am not, although my
   11  education includes many, many courses in
   12  chemistry.
   13  Q.         Are you a medical expert?
   14  A.         No, I am not.
   15  Q.         Do you have any expertise in the
   16  area of industrial hygiene?
   17  A.         No, I do not.
   18  Q.         Any expertise in the area of
   19  emergency relief response?
   20  A.         No.  My expertise is in wood
   21  science and technology.
   22  Q.         I understand.
   23  Do you have any expertise in
   24  disaster relief response?
   25  A.         No.
```

```
00067
    1  Q.        Any expertise in toxicology?
    2  A.        My expertise is in wood science
    3  and technology.
    4  Q.        I appreciate that.
    5  Do you have any expertise in
    6  epidemiology?
    7  A.        No.
    8  Q.        Are you qualified to offer expert
    9  opinions regarding architecture?
   10  A.        That one you would have to
   11  explain a little more.
   12  Q.        Okay.
   13  Have you ever been qualified in a
   14  court of law as an expert architect?
   15  A.        No.
   16  Q.        Have you ever offered a legal
   17  opinion -- offered an expert opinion in any
   18  legal proceeding regarding architecture?
   19  A.        You would have to explain.
   20  Q.        I understand that you've offered
   21  opinions to people regarding troubleshooting
   22  in composite wood products, but have you ever
   23  offered any opinions that the design of a
   24  house was defective, for lack of a better
   25  word?
```

```
00068
 1  A.      I have worked many times over the
 2  years directly with architects in reviewing
 3  specifications that they have written, and
 4  assisting them in selecting wood products for
 5  various applications, and reviewing and
 6  refining the design of wood frame buildings
 7  and millwork and other built-in wood products
 8  that go into wood buildings.  Excuse me.  Go
 9  into buildings in general.
10  Q.      Are you an expert in OSHA
11  regulations?
12  A.      No.
13  Q.      Any regulations offered by any
14  governmental agency, are you an expert in
15  those regulations?
16  A.      I am not an expert in any
17  regulations, but I have a general awareness of
18  those that apply to wood products.
19  Q.      Which regulations apply to wood
20  products?
21  A.      In this particular instance, the
22  HUD regulations that would apply to
23  formaldehyde emission from composite wood
24  products.
25  Q.      Are you talking about the
```

```
00071
    1  said?
    2  A.        Yes.
    3  Q.        Do you know what the level of
    4  emission allowed under HUD regulations is for
    5  formaldehyde?
    6         MR. D'AMICO:
    7  Object to the form.
    8         THE WITNESS:
    9  Those are also the same numbers
   10  HUD uses.
   11  EXAMINATION BY MR. GLASS:
   12  Q.        Do you have any expertise in
   13  sociology?
   14  A.        No.
   15  Q.        Any expertise in psychology?
   16  A.        I am a wood scientist.
   17  Q.        Do you have any expertise in
   18  biology?
   19  A.        I'm a wood scientist.
   20  Q.        To answer both of those questions
   21  for psychology and biology, I would be
   22  accurate in saying that you do not have an
   23  expertise in those areas?
   24  A.        That's correct.  I am a wood
   25  scientist.
```

```
00229
   1   We had a range of from 3 to 590 parts per
   2   billion, but they didn't look at what are the
   3   sources of formaldehyde, how many of those
   4   sources are there, ventilation, air exchange
   5   rate, et cetera.  They simply went into the
   6   units, measured them.
   7   I think what one can infer from
   8   this is when you make measurements on 123
   9   different Gulf Stream Cavalier trailers, and
  10   you come up with an average formaldehyde level
  11   of 104 parts per billion, which is far in
  12   excess of what ATSDR is citing as even a safe
  13   level for acute exposure that we have had.
  14   That there have been inside these travel
  15   trailers consistently high levels of
  16   formaldehyde, and that the users of those
  17   trailers have been exposed to that
  18   formaldehyde.
  19   EXAMINATION BY MR. GLASS:
  20   Q.      Are you an expert statistician?
  21   A.      No, I'm not, but I have taken
  22   enough statistics in my bachelor's and
  23   master's and Ph.D. degree pursuits to know
  24   that a small sample size is considered 30, and
  25   from that one can draw -- from that
```

```
00230
 1  statistical sample size, one can draw
 2  inferences about mean standard deviation, et
 3  cetera, for the larger population, and here we
 4  have 123 travel trailers that have been
 5  sampled.
 6  Q.      Is it within your area of
 7  expertise to testify about statistically
 8  anything in this litigation regarding
 9  formaldehyde exposure?
10  A.      No.  I am not an expert in
11  statistics.  I have been educated in basic
12  statistics.  I have used them in my own
13  research when I was at the university.
14  Q.      You've said that the range was
15  from .003 parts per million to some other
16  number.
17  If we were dealing with -- assume
18  for me the Alexander unit had .003 parts per
19  million.  Is it your testimony that unit then
20  was unsuitable for habitation?
21          MR. PINEDO:
22  Objection to form.
23          THE WITNESS:
24  I would never agree with your
25  assumption that it was that low.  First, we
```