```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4     IN RE:  FEMA TRAILER        MDL NO. 1873
 5     FORMALDEHYDE PRODUCTS       SECTION N(4)
 6     LIABILITY LITIGATION        JUDGE ENGELHARDT
 7     (This document relates
        to "Lyndon Wright v. Forest
 8         River, et al.")
 9                    *  *  *
10
11           VIDEOTAPED DEPOSITION OF WILLIAM
12     D. SCOTT, P.E., 1117 WRIGHT AVENUE, GRETNA,
13     LOUISIANA 70056, TAKEN AT THE OFFICES OF
14     FRANK D'AMICO, ATTORNEY AT LAW, 622 BARONNE
15     STREET, NEW ORLEANS, LOUISIANA 70112, ON THE
16     13TH DAY OF NOVEMBER, 2009.
17
18
19     REPORTED BY:
20        CATHY RENEE´ POWELL, CCR
           PROFESSIONAL SHORTHAND REPORTERS
21        (504)529-5255
22     VIDEOGRAPHER:
23        BRIAN SOILEAU
           PROFESSIONAL SHORTHAND REPORTERS
24        (504)529-5255
25
```

```
 1         A.   Yes.
 2         Q.   All right.  You described earlier
 3   the protocol that Ms. Diamond would go
 4   through, and that she was trained to
 5   identify areas of mold within the unit,
 6   correct?
 7         A.   Among other things, yes.
 8         Q.   And here, within the notes that
 9   she made, is a statement regarding "Any
10   visible moisture damage, condensation or
11   mold" with a question mark, correct?
12         A.   Yes.
13         Q.   And she's related that "There's
14   water damage left in the bed in the master
15   bedroom, 1 by 3 rotted carpet."
16              Correct?
17         A.   Yes.
18         Q.   Is there any other notation for
19   Ms. Diamond as of October of 2008 regarding
20   any mold anywhere else in the trailer?
21         A.   No.
22         Q.   In terms of the handwritten "W. D.
23   Scott Group Formaldehyde Passive Monitoring
24   Data FEMA Housing Units," was this a
25   standardized form that your group created to
```