1

```
 1              UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:  FEMA TRAILER        MDL NO. 1873
 4    FORMALDEHYDE PRODUCTS       SECTION "N"(4)
 5    LIABILITY LITIGATION        JUDGE ENGELHARDT
 6
 7    This document relates to:  Lyndon T. Wright
 8          v. Forest River, Inc., et al
 9              Docket No. 09-2977
10                  *   *   *
11                 (Volume I)
12        Videotaped Deposition of LAWRENCE
13    G. MILLER, M.D., 118 Upland Road, Waban,
14    Massachusetts 02468, taken at the Law
15    Offices of Frank J. D'Amico, Jr., 622
16    Baronne Street, New Orleans, Louisiana
17    70113, on Tuesday, the 10th day of November,
18    2009.
19
20    REPORTED BY:
21         JAMES T. BRADLE, CCR
           PROFESSIONAL SHORTHAND REPORTERS
22         (504)529-5255
23    VIDEOGRAPHER:
24         BRIAN SOILEAU
           PROFESSIONAL SHORTHAND REPORTERS
25         (504)529-5255
```

```
 1    results of the nasal smear?
 2         A    I don't believe I saw -- I have
 3    Dr. Spector's records.  I don't believe I
 4    saw anything specific there.
 5         Q    Okay.  So as we sit here today,
 6    you're unaware of whether the nasal smear
 7    collected epithelial cells from the actual
 8    nasal membrane of the interior nasal cavity
 9    of Mr. Lyndon Wright?
10         A    I would have to look back at the
11    records.  I can't recall that as we sit
12    here.
13         Q    And as we sit here, you don't
14    recall that the nasal smear performed by
15    Dr. Spector indicated the presence of normal
16    ciliated columnar epithelial cells?
17         A    I don't recall one way or the
18    other.
19         Q    So you didn't factor that into
20    your opinions in this case in the
21    conclusions that you reached?
22         A    I would have to look back at that.
23    I don't recall one way or the other.  I
24    can't answer your question.
25         Q    Let me ask you this.  In your
```

1    final conclusion in your October 2nd report,

2    you state, "In summary, it is my

3    professional opinion that, within a

4    reasonable degree of medical probability,

5    the exposure to formaldehyde emissions

6    during his approximately 28 months of

7    residence in the FEMA trailer significantly

8    exacerbated Mr. Lyndon Wright's

9    rhinosinusitis," correct?

10        A    That's correct.

11        Q    Is that the only opinion that you

12   hold in this case?

13        A    That's the only one certainly

14   stated here, yes.

15        Q    And so if called upon to testify,

16   the only causal link that you can draw to

17   any of Mr. Wright's symptomatology is that

18   you believe exposure to some level of

19   formaldehyde caused an exacerbation of his

20   rhinosinusitis?

21        A    That's what's stated here, yes.

22        Q    All right, Doctor.  Mr. Ahlquist

23   has been kind enough to furnish us with some

24   of the invoices that you have provided to

25   the plaintiffs in this matter.  I would like

```
 1    you actually spend testifying or is it, as
 2    Dr. Spector said, from portal to portal,
 3    from the time you leave your home until the
 4    time you get home?
 5         A    No, for me, it's for the time
 6    testifying.
 7         Q    I notice that there's no reference
 8    to pulmonary disorders in your report.  Is
 9    it a true statement that you didn't diagnose
10    Mr. Wright with any pulmonary disorder?
11         A    Let me be clear and see if I
12    understand what you mean.  Mr. Wright
13    certainly has some pulmonary symptoms.  Is
14    that what you mean?
15         Q    My question, again, may be
16    inartful, but I'm simply asking, did you
17    diagnose him with any pulmonary disorder?
18         A    With a specific pulmonary
19    diagnosis, I think is what you mean?
20         Q    Yes.
21         A    I did not.
22         Q    Other than rhinosinusitis, did you
23    diagnose any other condition, syndrome or
24    other medical issue with respect to
25    Mr. Wright?
```

119

```
 1        A    He has a number, obviously, of
 2   other illnesses that I believe are not
 3   relevant here, but the answer to your
 4   question is, putting those aside, no.
 5        MR. BONE:
 6             At this point, I'm going to look
 7   over my notes and hand him off to the other
 8   attorneys.
 9             With respect to the documents we
10   have requested, obviously, we will
11   reschedule at a mutually convenient time
12   after we have had the opportunity to look
13   through the medical records that the doctor
14   has reviewed and his notes and any other of
15   the documents that may be contained in his
16   file, whether that be a written, you know,
17   notes relating to phone calls or the intake
18   notes relating to Mr. Wright himself.
19        MR. D'AMICO:
20             That's fine.  Also, there are some
21   documents that we do not have, some
22   deposition testimony that has never been
23   provided to us, for instance, and obviously
24   we would like him to look at those as well.
25        MR. BONE:
```