UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Lyndon Wright v. Forest River, Inc., et al.,*<br>*L.L.C., et al.*, No. 09-2977 (E.D. La.) | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SHAW ENVIRONMENTAL, INC.'S
### MOTION *IN LIMINE* TO EXCLUDE
### <u>REFERENCES TO BUILDING CODES</u>

**NOW INTO COURT**, through undersigned counsel, comes defendant, Shaw Environmental, Inc. (hereinafter referred to as "Shaw"), who respectfully moves this Honorable Court *in limine* to exclude references to building codes, including the New Orleans Building Code, the International Building Code, and the International Residential Code.  Under Federal Rule of Evidence 402, any reference to these codes should not be permitted at the trial of this matter because:  (1) there is no evidence that they are applicable to travel trailers; and (2) even if they are applicable, there is no evidence, or even allegations, that any purported violation of a building code caused or contributed to Plaintiff's alleged injury.  Further, any reference to building codes would be confusing to the jury and unfairly prejudicial, and should be excluded under Federal Rule of Evidence 403.

Accordingly, for these reasons and the reasons more fully set forth in the accompanying memorandum, Shaw respectfully requests that this Court exclude any reference to building codes at the trial of this matter.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

  /s/ M. David Kurtz
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

  /s/ M. David Kurtz