# Transcript of the Testimony of
# Videotaped Deposition of Charles David Moore, PE, PLS

**Date taken: October 27, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

**EXHIBIT "B"**

Case 2:07-md-01873-KDE-MBN   Document 11414-3   Filed 02/09/10   Page 2 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped Deposition of Charles David Moore, PE, PLS

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:   FEMA TRAILER          MDL NO. 1873

FORMALDEHYDE PRODUCTS          SECTION "N"(4)

LIABILITY LITIGATION           JUDGE ENGELHARDT

This document relates to:  Lyndon T. Wright

v. Forest River, Inc., et al

Docket No. 09-2977

\* \* \*

Videotaped Deposition of CHARLES DAVID MOORE, PE, PLS, 1833 East Main Street, New Iberia, Louisiana 70560, taken at the Law Offices of Frank J. D'Amico, Jr., 622 Baronne Street, New Orleans, Louisiana 70113, on Tuesday, the 27th day of October, 2009.

REPORTED BY:

    JAMES T. BRADLE, CCR and
      GRETCHEN ALEXANDER, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

VIDEOGRAPHER:

    MICHAEL BERGERON
    PROFESSIONAL SHORTHAND REPORTERS

Case 2:07-md-01873-KDE-MBN   Document 11414-3   Filed 02/09/10   Page 3 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped Deposition of Charles David Moore, PE, PLS

Page 88

```
 1      A    Not as an official, no.
 2      Q    Have you ever had to determine
 3   whether an object is governed by a building
 4   code, other than the opinions you've
 5   rendered in this litigation, the whole
 6   litigation?
 7      A    I'm not sure I completely
 8   understand what you're asking.
 9      Q    Well, one of the things that
10   you're saying in your report is that travel
11   trailers, when they're put on blocks and
12   lived in by people, are covered by the
13   building code, right?
14      A    Yes, sir.
15      Q    Okay.  My question is, other than
16   in connection with the FEMA trailer
17   formaldehyde litigations, have you ever had
18   to determine whether an object falls under
19   the building code?
20      A    I've had to determine which
21   building code or which codes that it would
22   fall under but not whether it would not fall
23   under a building code.  Does that make
24   sense?
25      Q    Yes.  That's what I was asking.
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)                Videotaped Deposition of Charles David Moore, PE, PLS

Page 89

```
 1      A    Okay.
 2      Q    You'd agree with me that travel
 3  trailers are not the sorts of objects that
 4  are normally governed by the building code,
 5  right?
 6      A    As a travel trailer, that's
 7  correct.
 8      Q    Okay.  As installed, this trailer
 9  did not have a permanent foundation, did it?
10      A    That's correct.
11           Well, I say that's correct.  I'm
12  assuming because you can pick up the
13  foundation of this and move it, that would
14  be what you'd say is not permanent.
15      Q    Right.  There's no footing, right?
16      A    There was a footing, just not
17  permanent.
18      Q    There's no footing that's driven
19  into the ground, right?
20      A    Correct.
21      Q    The blocks upon which the trailer
22  at issue here sat were not joined to one
23  another, were they?
24      A    No.
25      Q    There's no mortar?
```

Case 2:07-md-01873-KDE-MBN   Document 11414-3   Filed 02/09/10   Page 5 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped Deposition of Charles David Moore, PE, PLS

Page 99

```
 1      A    I think that that probably would
 2   have been somewhere -- 15 to 18 inches of
 3   space between the bottom of the frame and
 4   the ground.
 5      Q    But that's not how high you have
 6   to jack it, because the bottom of the frame
 7   starts X number --
 8      A    That's the point.
 9      Q    -- of inches off the ground,
10   right?
11      A    Correct, right.
12      Q    Okay.  And then when the springs
13   are fully extended, it's a little higher
14   than -- it's Y inches off the ground.  Do
15   you have any idea of what the difference
16   between those figures is?
17      A    I would say that probably the
18   difference there may be somewhere -- I don't
19   know -- maybe 12 to 15 inches, but that's a
20   guess.
21      Q    The fact that a structure isn't
22   code compliant doesn't mean that it leaks,
23   does it?
24      A    No.
25      Q    The fact that a structure isn't
```

Case 2:07-md-01873-KDE-MBN   Document 11414-3   Filed 02/09/10   Page 6 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped Deposition of Charles David Moore, PE, PLS

Page 100

1   code compliant doesn't mean that the
2   occupant will be harmed, does it?
3       A   It doesn't explicitly mean that,
4   no.
5       Q   Does it implicitly mean that?
6       A   Yes.
7       Q   How?
8       A   As I stated, the building codes
9   are intended to be a minimum standard, and
10  they're set up in such a way as to protect
11  the public or to protect the occupants and
12  users of the structures; so that from an
13  implicit statement, I would say that if it
14  does not meet the codes, then it has not met
15  the minimum standards, which gives a risk to
16  the occupants and users.
17      Q   Okay.  I'm not asking about risk.
18  I'm asking whether harm actually happens.
19  Okay.  The fact that a building isn't up to
20  code doesn't mean that its occupants will be
21  harmed?
22      A   Not explicitly, no.
23      Q   Did you live in south Louisiana in
24  2005?
25      A   Yes, sir.

Page 107

1   the building code for the City of New
2   Orleans better than you do?
3       MR. AHLQUIST:
4           Objection.
5       THE WITNESS:
6           That's pretty much a loaded
7   question.  I would say many of them, no.
8   EXAMINATION BY MR. KURTZ::
9       Q   Okay.  Why do you say that?
10      A   Just in my experience with many
11  building officials around the state,
12  particularly a few years back, many of them
13  really did not know what was in the building
14  code.
15      Q   Okay.  Are you aware of any
16  exemptions to the City of New Orleans
17  building code that were put into place
18  following Hurricane Katrina?
19      A   No, I'm not aware of any.
20      Q   Haven't researched that?
21      A   No, I have not.
22      Q   When does a trailer stop being a
23  trailer and become something that's governed
24  by the building code?
25      A   By the use of that trailer.

Case 2:07-md-01873-KDE-MBN   Document 11414-3   Filed 02/09/10   Page 8 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped Deposition of Charles David Moore, PE, PLS

Page 108

```
 1      Q    Okay.  So if I intend to live in
 2  my trailer, even if I don't put it on
 3  blocks, then it's something covered by the
 4  building code?
 5      A    Yes, sir.
 6      Q    And that sort of situation would
 7  fail the building code, right?
 8      A    I believe so, yes.
 9      Q    So it's the use of the thing as a
10  residence that triggers the applicability of
11  the code where the thing is, right?
12      A    I believe that's correct, yes.
13      Q    Okay.  Do you think tents are
14  governed by the building code?
15      A    I don't think so.
16      Q    Okay.  What if somebody intended
17  to live in a tent?
18      A    They come under some different
19  things.  There are some codes specifically
20  for structures that are made out of fabric
21  and things like that, so they would have to
22  meet those types of codes.  I don't know if
23  there's anything specifically in the
24  building code for that.
25      Q    Could you take a look at
```

Page 253

```
 1      Q    Not in the wall cavity?
 2      A    Not a separate vapor barrier.
 3      Q    Yeah.  There is none in the wall
 4  cavity, right?
 5      A    That's correct.
 6      Q    I think you already told me you
 7  don't have any opinions that are specific
 8  about formaldehyde, right?
 9      A    That's correct.
10      Q    And you also don't have any about
11  mold, right?
12      A    That's correct.
13      Q    You don't have any opinions about
14  whether any of the defects you say you
15  identified in this trailer caused any actual
16  harm to Mr. Wright, do you?
17      A    Well, I guess from that
18  standpoint, just a general statement that we
19  know that water damage and water intrusion
20  into wall cavities can form the molds and
21  those kinds of things, so ...
22      Q    Let me try it again.
23      A    Okay.
24      Q    Talking about actual causation of
25  harm to Mr. Wright, okay, not whether it
```