UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   FEMA TRAILER                    MDL NO. 1873
         FORMALDEHYDE PRODUCTS
         LIABILITY LITIGATION            SECTION "N" (5)

THIS DOCUMENT IS RELATED TO              JUDGE ENGELHARDT

                                         MAGISTRATE CHASEZ

LYNDON T. WRIGHT, et al.
         Plaintiffs,
    vs.                                  CASE NO. 09-2977

FOREST RIVER, INC., et al.,
         Defendants.


VIDEOTAPED DEPOSITION OF

DONALD B. SNELL

DECEMBER 22ND & 23RD, 2009
1:06 P.M.


WOMBLE, CARLYLE, SANDRIDGE & RICE

150 FAYETTEVILLE STREET, SUITE 2100

RALEIGH, NORTH CAROLINA

EXHIBIT "C"

1  you came to that conclusion or that statement?
2          A    We contacted the City of New Orleans and to
3  verify if any building codes applied.
4          Q    Okay.  And what did they tell you?
5          A    That they did not.
6          Q    Who is "they"?
7          A    I believe his name was John Odom.
8          Q    What is his position?
9          A    I believe he was the Chief Building
10 Inspector for the City of New Orleans.
11         Q    Was he the Chief Building Inspector during
12 Hurricane Katrina, if you know?
13         A    I don't know.
14         Q    Did he say they did not apply or that they
15 were waived?  Can you tell me what he -- what that
16 conversation entailed?
17         A    The context of that conversation is in an
18 e-mail which is part of this report; I'd refer to that.
19         Q    You refer to an e-mail, and I'm going to
20 show you an e-mail, and tell me if that's the one that --
21 give me one second to find it.
22              MR. AHLQUIST:  I've got exhibits all over
23     the floor.  I'm going to label this Plaintiffs'
24     Exhibit 6.
25              (Plaintiffs' Exhibit No. 6 was marked

Page 167

1                    MR. BONE:  That's fine.
2                    MR. AHLQUIST:  Okay.  I think an hour left
3         maybe in the morning.
4                    THE WITNESS:  Okay.
5                    MR. AHLQUIST:  Okay.
6                    MR. BONE:  All right.
7                    THE VIDEOGRAPHER:  We're off the record at
8         5:31 p.m. to be continued in the morning.
9              (Deposition adjourned for the day at 5:31 p.m.)
10                   (Plaintiffs' Exhibit No. 20 was
11                   marked for identification.)
12                   THE VIDEOGRAPHER:  We're back on the
13        record on December 23rd, 2009.  The time is 9:17 a.m.
14              BY MR. AHLQUIST:
15         Q    Mr. Snell, again, my name is Aaron Ahlquist,
16   and I just want to remind you that you are under oath and
17   all answers are given under oath.  Do you understand?
18         A    Yes.
19         Q    Great.  Let's start this morning.  You
20   have -- I've just been provided with an e-mail exchange
21   between yourself and John Odom of the City of New Orleans.
22   I'd like to introduce that as Plaintiffs' Exhibit No. 20.
23              MR. AHLQUIST:  This exhibit, I've removed
24        the first page of this e-mail chain, specifically
25        because it contains a number of attempted e-mails

1  back and forth that were not successful and are not
2  relevant to the content of the e-mail.
3              MR. BONE:  Right.  For the record, the
4  e-mails to which you're referring are simply
5  transmittal e-mails that were attempted last night
6  and this morning, one to myself and one to a
7  paralegal here at the firm we're at today in order to
8  make sure that we could print it out for you, Aaron.
9              MR. AHLQUIST:  Okay.
10             MR. BONE:  And because of that, they are
11 obviously are simply transmittal e-mails and are not
12 relevant to the substance of the conversation.
13             MR. AHLQUIST:  Did I give you two copies,
14 or just one?
15             THE WITNESS:  Just one.
16             MR. AHLQUIST:  Okay.  There's another
17 copy.
18             BY MR. AHLQUIST:
19      Q    Can you briefly recap your interaction with
20 Mr. Odom of the City of New Orleans?
21      A    Yes.
22      Q    Please.  Will you please do that?
23      A    I called Mr. Odom to confirm my
24 understanding of the FEMA RFP and specification that the --
25 that the building codes did not apply to the -- to this

1    wasn't required.
2          Q    So your testimony today is that the fact
3    that the City of New Orleans made no -- I'm sorry.  Your
4    opinion today, as you stated it, is the fact that the City
5    of New Orleans made no inspections, therefore, the code was
6    inapplicable?
7                MR. BONE:  Object to the form.
8          A    They made no inspections.  Mr. Odom
9    confirmed my understanding based on the -- my response to
10   him that they did not apply, which supports our
11   understanding of the project, my previous experience on
12   working with government installations and government
13   property that they're not enforceable.  These codes are not
14   enforceable.
15         Q    And what you write is, "Any site referencing
16   the zoning of the FEMA trailers did not fall under the
17   enforcement of the City of New Orleans Building Department
18   including City of New Orleans Building Code and
19   International Building Codes."
20               And your understanding is that his response
21   is -- is to that statement, in addition to the United
22   States -- or the City conducting no inspections; --
23               MR. BONE:  Object --
24         Q    -- is that correct?
25               MR. BONE:  Object to the form.

Zellwood, Florida 32798

Cell: 321-231-5326

Office: 407-703-1300

Fax: 407-814-0452

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

---

**From:** John Odom [mailto:jodom@cityofno.com]
**Sent:** Thursday, October 22, 2009 11:10 AM
**To:** Don Snell
**Subject:** RE: Request for Assistance

That is correct. The FEMA Trailers were installed by FEMA Contractors and we made no inspections.

Johnny Odom
Chief Building Inspector
City of New Orleans

---

**From:** Don Snell [mailto:d.snell@libertybuilding.com]
**Sent:** Tuesday, October 20, 2009 4:38 PM
**To:** John Odom
**Cc:** 'George DuBose'
**Subject:** Request for Assistance

Re: FEMA temporary unit housing – Hurricane Katrina

Mr. Johnny Odom
Chief Building Inspector, City of New Orleans

Dear Mr. Odom,

Thank you for taking a few minutes this afternoon to speak to me on the telephone. This is to confirm my understanding of your responses to my question that:

- Any site referencing and zoning of the FEMA trailers did not fall under the enforcement of the City of New Orleans Building Department including the City of New Orleans Building Code and International Building Codes.

Your reply is appreciated.

Thank you.

2



Sincerely,

Donald B. Snell, (P.E. Pennsylvania, Georgia)

Florida Certified Mechanical Contractor

3700 Dohnavur Drive

P.O. Box 1120 (US mail only)

Zellwood, Florida 32798

Cell: 321-231-5326

Office: 407-703-1300

Fax: 407-814-0452

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.