Transcript of the Testimony of
# **Videotaped Deposition of Paul Hewett, Ph.D., CIH**

## **Date taken: December 2, 2009**

### **In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# **Professional Shorthand Reporters, Inc.**
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

EXHIBIT
"A"

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER          MDL NO. 1873

FORMALDEHYDE PRODUCTS         SECTION "N"(4)

LIABILITY LITIGATION          JUDGE ENGELHARDT


This document relates to:  Lyndon T. Wright

v. Forest River, Inc., et al

Docket No. 09-2977

* * *


Videotaped Deposition of PAUL HEWETT,

Ph.D., CIH, 1270 Kings Road, Morgantown,

West Virginia 26508, taken at the Law

Offices of Frank J. D'Amico, Jr., 622

Baronne Street, New Orleans, Louisiana

70113, on Wednesday, the 2nd day of

December, 2009.


REPORTED BY:

    JAMES T. BRADLE, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

VIDEOGRAPHER:

    BRIAN SOILEAU
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

Page 26

1    in July, and then an update to that report

2    in September.

3         Q    Okay.  Nothing since?

4         A    Nothing since.

5         Q    Okay.  There's nothing in the

6    report, Exhibit 3, that is specific to the

7    trailer that Mr. Wright occupied?  You have

8    not formed any conclusions or opinions about

9    the trailer that Mr. Wright occupied, have

10   you?

11        A    Well, the report is directed at

12   general conclusions regarding Forest River

13   as a whole and the Salem model in

14   particular.

15             There is information or is

16   information in the report regarding the

17   Wright trailer measurements that were

18   collected, and I think there are some typos

19   that have to be corrected as well in the

20   report.  But those are the only references

21   to the Wright trailer.

22        Q    Okay.  Again, you have not formed

23   any opinions about the Wright trailer, have

24   you?

25        A    Not really.

Page 27

1     Q    Okay.  Does the disk, Exhibit 2,

2   contain the intermediate Systat files that

3   you used in connection with the preparation

4   of your report?

5     A    I'm pleased that you recognize

6   Systat and said "intermediate Systat files."

7   It sounds like you know what you're talking

8   about.  Yes, it does.

9     Q    Okay.  All right.

10    A    Or was that just a -- You really

11   don't know what you're talking about?

12    Q    I will stipulate that I don't know

13   what I'm talking about.

14    A    Okay.

15    Q    Dr. Hewett, you didn't participate

16   in any of the data collection that underlies

17   the conclusions that you formed in your

18   report, Exhibit 3?

19    A    That's correct.  And in my

20   previous depositions, I have said the same

21   thing.  I have been retained solely as a

22   data analyst.

23    Q    Okay.  I would like to show you a

24   printout of what I believe to be -- And I

25   apologize to the environment for this, but

Page 42

```
 1    your report on Page 4.
 2         A    Okay.  Right.
 3         Q    Would you mind continuing in that
 4    vein?
 5         A    Well, I don't see any other notes.
 6         Q    Okay.
 7         A    So I don't think I have any other
 8    clarifications at this time.
 9         Q    And no other typographical
10    corrections, right?
11         A    I won't guarantee there aren't
12    any, but I haven't identified any.
13         Q    You haven't noted any, right?
14    Okay.  Also, you assumed the accuracy of the
15    data that were given to you in the form of
16    Exhibit 4 as opposed to checking against the
17    source records, right?
18         MR. AHLQUIST:
19              Object to the form.
20         THE WITNESS:
21              I did not check the source records
22    for every case, the same database.
23    EXAMINATION BY MR. KURTZ:
24         Q    Did you check source records for
25    any cases that are in the database?
```

Page 43

1        A     Well, it can be argued I checked

2    it for the CDC/FEMA and the Bureau Veritas.

3        Q     You don't have the CDC source

4    records either, do you?

5        A     No, I have their data submissions.

6    And, in fact, I think both organizations

7    refused to provide their source data.

8        Q     Okay.  You have not compared the

9    data that are in Exhibit 4 to any source

10   records, right?

11       A     Correct.

12       Q     Okay.  Let me ask you to get

13   Exhibit 4 in front of you, sir, and I want

14   to ask you about the columns that are

15   present.  I think we can breeze through

16   several of them, but I just want to make

17   sure that I understand what they all mean.

18             First of all, "index" you have

19   already described as something that you

20   created, right?

21       A     Yes.

22       Q     "FEMA bar code," "VIN number,"

23   "manufacturer," I think those are all

24   self-explanatory.  "Model," that is also

25   something that was -- Well, the "model"

Page 64

1  different.

2      Q    And if they are, it implies that

3  the two samples came from different

4  populations, right?

5      A    It implies that, yes.

6      Q    Let me ask you to refer to your

7  report, Figure 8, which is on Page 28 of

8  your report.  Do you have that?

9      A    Yes.

10     Q    What is the purpose -- Well, first

11  of all, Figure 8 essentially summarizes

12  Figures 9 through 17 of your report; does it

13  not?

14     A    It presents the same data in a

15  different way.

16     Q    Okay.  What's the purpose of

17  Figure 8?

18     A    To simply show the datasets or the

19  data by data source without reference to

20  time of collection.

21     Q    And why is that relevant to you as

22  a data analyst?

23     A    Well, I thought this graph would

24  be or chart would be useful to those viewing

25  the report and trying to get a sense of what

Page 65

1    the data mean.  It would allow them to

2    compare the various datasets side by side.

3    And as I said, time of collection is not

4    factored in, which is why I generated the

5    charts that follow this, but one can look at

6    these and get a sense that the datasets are

7    very similar and cover similar ranges.

8         Q    With one prominent exception,

9    right?

10        A    No, with two prominent exceptions.

11        Q    Okay.  What are the two prominent

12   exceptions?

13        A    Well, most of the Boston Chemical

14   data were from unoccupied trailers, as were

15   the DeVany Industrial Consultants datasets.

16   Now, those two datasets tend to be higher

17   than the other datasets and they are very

18   consistent between each other in terms of

19   range and central tendency.  Well, I don't

20   know about central tendency, but certainly

21   by the range.

22        Q    Figure 8 is derived from the

23   dataset consisting of Forest River data that

24   were taken from Exhibit 4, right?

25        A    Correct.

Page 76

1    we can see that DeVany is the source of the

2    46 highest concentrations in the Forest

3    River dataset, right?

4         A    Well, it does appear to show that.

5    I would argue that you didn't need to do

6    this to render that conclusion.  You can go

7    to my Figure 8, I think, or Figure 7 and see

8    the same thing.

9              But, yes, the DeVany measurements

10   appear to predominantly populate the upper

11   end of the concentrations.

12        Q    Okay.  She's the only person who

13   took a measurement of formaldehyde

14   concentration that was greater than 1.6

15   parts per million, isn't she?

16        A    Yes.

17        Q    Okay.  In fact, if you look at the

18   sorted data of the top 300 formaldehyde

19   concentration readings in the Forest River

20   dataset, she's responsible for 288 of them?

21        MR. AHLQUIST:

22              Object to the form and the

23   document speaks for itself.

24        MR. D'AMICO:

25              You said "she's responsible for,"

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)          Videotaped Deposition of Paul Hewett, Ph.D., CIH

Page 77

1    which would imply she created the

2    formaldehyde levels within the trailers she

3    tested.  I object to the form.

4    EXAMINATION BY MR. KURTZ:

5        Q    You can answer.

6        A    Well, I would agree that the

7    printout shows and the sort shows that a

8    large number, in the hundreds, of the

9    measurements or concentrations were

10   collected by DeVany Industrial Consultants.

11       Q    You can look at the data plots,

12   like Figure 8 in your report, and see that

13   DeVany's data are different than everyone

14   else's, right?

15       A    Right.

16       Q    And they're actually a lot

17   different, right?

18       A    Yes.

19       Q    And she didn't just have different

20   numbers, she had a lot of different numbers,

21   right?

22       MR. D'AMICO:

23           Object to the form.

24       THE WITNESS:

25           She or her associates collected

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255          (504) 529-5255
New Orleans * Baton Rouge * Shreveport

Page 78

1    measurements from many trailers, and most of

2    those were unoccupied trailers.

3    EXAMINATION BY MR. KURTZ:

4         Q    And she had a substantial majority

5    of the measurements that are reflected in

6    the Forest River dataset that you relied on,

7    right?

8         A    That's correct.

9         Q    In fact, if we look at Table 2 in

10   your report on Page 21, how many total

11   measurements are there in the Forest River

12   dataset?

13        A    883.

14        Q    And how many measurements did

15   DeVany Industrial Consultants provide?

16        A    520.

17        Q    Okay.  What about in the Salem

18   subset, you calculated descriptive

19   statistics on the subset of only Salem model

20   travel trailers, right?

21        A    Correct.

22        Q    And how many measurements did you

23   have in that dataset?

24        A    178 total.

25        Q    And DeVany Industrial Consultants

Page 79

1    provided how many of those?

2         A    113.

3         Q    Okay.  Roughly two-thirds, right?

4         A    Thereabouts.

5         Q    Okay.  And every single one of her

6    descriptive statistics reflected on Page 21

7    is higher than those of the other -- Well,

8    let me not do it that way.

9              The mean for both the Forest River

10   and the Salem subsets is significantly lower

11   than DeVany's mean, right?

12        MR. AHLQUIST:

13             Object to the form.

14        THE WITNESS:

15             Which mean are you referring to,

16   for the overall group or for the O group

17   minus DeVany?

18   EXAMINATION BY MR. KURTZ:

19        Q    Let's start with the overall

20   group.

21        A    The answer is yes, DeVany is

22   higher than the overall group.

23        Q    Okay.  And for the group minus

24   DeVany, it would be even more so, right?

25        A    That is correct.

Page 83

1    August of 2008.

2        Q    Now, you said that there was

3    overlap between DeVany Industrial's readings

4    of temperature and those from other sources,

5    right?

6        A    Yes.

7        Q    But her high end, DeVany

8    Industrial's high end temperature

9    measurements far exceeded those recorded by

10   anybody else, right?

11       A    I recall that she had some very

12   high temperatures.

13       Q    A couple over 110 degrees, right?

14       A    I recall that there were some that

15   were in that range.

16       Q    Okay.  If we sorted by

17   temperature, we would see that she managed

18   to come up -- that DeVany Industrial managed

19   to come up with the top 100 temperature

20   readings.  Would you be surprised to hear

21   that?

22       A    No, not at all.

23       Q    And DeVany Industrial's readings,

24   they form part of the data that you used to

25   calculate the descriptive statistics and the

Page 84

1    regression -- no, just the descriptive

2    statistics that are attached to your report,

3    right?

4         A    Yes, they did, as far as the total

5    lines go for each of the tables.

6         Q    And her, DeVany Industrial's

7    measurements also form part of the data that

8    you relied on to create the compliance

9    statistics in Tables 4 through 7, right?

10        A    Right.  Well, DeVany Industrial

11   Consultants was one of the data sources for

12   which I calculated compliance statistics.

13        Q    The data that they provided

14   underlie the calculations that are reflected

15   in Tables 2 through 7 of your report, right?

16        A    Well, not for every statistic in

17   those tables.

18        Q    For each of the aggregates, each

19   of the totals?

20        A    Yes, they did.

21        Q    Okay.  Did you ever run a

22   two-sample t-test comparing DeVany's

23   formaldehyde concentration measurements to

24   those of everyone else to see if they

25   reflected two different underlying

Page 85

1    populations?

2        A    No, I did not.

3        Q    And you probably don't need to

4    know in advance that if you did that, you

5    would conclude that they came from two

6    different populations at a very high level

7    of statistical significance?

8        A    I would not be surprised that that

9    would happen.

10        Q    Okay.  Greater than 99 percent

11    confidence in such a conclusion, right?

12        A    Well, I just said I would not be

13    surprised.

14        Q    If you calculated descriptive

15    statistics, such as the mean for Forest

16    River units or for just the Salem models

17    using data from all other data sources other

18    than DeVany Industrial, you would come up

19    with lower means, right?

20        A    Yes, you would, as an aggregate

21    statistic.

22        Q    And as aggregate compliance

23    statistics, you would come up with lower,

24    lower confidence interval levels, right?

25        A    The means would decrease.  The

Page 115

1    logs, when you exponentiate to the

2    concentration scale, you're basically

3    predicting the median exposure.

4         Q    Okay.  The median concentration,

5    right?

6         A    The median concentration.

7         Q    Okay.  And, in fact, it doesn't

8    say what any given actual trailer actually

9    would have recorded on a given day, does it?

10        A    No, it does not.  It tells you --

11   It's giving you an idea of what the group of

12   trailers, the population of trailers, what

13   the mean or the median would be for the

14   population.

15        Q    Okay.

16        A    For a specific combination of the

17   variables.

18        Q    And, in fact, the calculation

19   might vary from the actual -- Let me restate

20   this question.  The calculation of

21   formaldehyde concentration using your

22   formula might well vary from an actual

23   reading taken under exactly the same values

24   for age, temperature, relative humidity,

25   et cetera, right?

Page 118

1    as being incomplete data, right?

2         A    Right, for purposes of decay

3    analysis or regression modeling.

4         Q    All right.  Tell me what the

5    asterisk means on Table 8 of your report.

6         A    Well, the asterisk indicates a

7    regression coefficient that is significantly

8    different from zero at a p-value of .05.

9         Q    And what does that mean to you?

10        A    Well, basically, it means that you

11   have a significant regression coefficient,

12   that it's different from zero, with

13   95 percent certainty.

14        Q    Okay.  So if the values don't have

15   an asterisk, what does that mean?

16        A    It means that we did not have

17   enough data to reach statistical

18   significance.

19        Q    Okay.  So for age, there are no

20   asterisks.  Did you fail to reach

21   statistical significance for your

22   coefficient value of negative 1.6 -- I'm

23   sorry, 0.1611?

24        A    It is negative .6.  1.611.  That's

25   true.  Failed to reach significance given

Page 127

```
 1    concentrations of formaldehyde during the

 2    summer months is related specifically to the

 3    summer of 2008, right?

 4         A    Well, for the Mary -- the DeVany

 5    Industrial Consultants dataset, we had the

 6    higher temperatures or they observed higher

 7    temperatures in the summer months, and if

 8    you look at the other datasets as well, you

 9    have tendency for lower temperature

10    measurements in the winter months as opposed

11    to the summer months for all of the -- for

12    all or most of the datasets -- the data

13    sources, excuse me.

14         Q    Have you checked that, taking out

15    DeVany, to see whether there really is a

16    seasonal fluctuation in the concentration of

17    formaldehyde for data sources other than

18    DeVany Industrial Consultants?

19         A    Well, we could easily take out the

20    data and see if there's a visual trend.  You

21    can look at the graphs and mentally subtract

22    the DeVany Industrial consultant data.  But

23    in truth, you know, we don't have that many

24    seasonal cycles represented in the dataset,

25    which is one of the problems with doing
```

Page 128

1    decay analysis.  One would like measurements

2    across the entire span of time, and, in

3    fact, most of these measurements are

4    collected in a fairly narrow span of time.

5         Q    There were enough data in the

6    summers of 2006 and seven to run a

7    comparison of the formaldehyde

8    concentrations from those summers versus the

9    summer of 2008, aren't there?

10        A    One could do that.

11        Q    Okay.  But you have not done that?

12        A    I have not done that.  Well, in a

13   sense, the regression model, that is an

14   attempt to do that, to factor in temperature

15   and relative humidity and age of the

16   trailer, because all of those factors would

17   be operative here.

18        Q    It doesn't compare summer, 2006

19   and summer, 2007 to summer, 2008, does it?

20        A    No.

21        Q    Okay.  I took a couple of actual

22   data points and plugged them into your

23   formula, and I want to ask you to take a

24   look at these.  The first one I'm going to

25   mark as Exhibit 8.

Page 131

1      A     I think I have a copy of these.

2      Q     Okay.  You have that particular

3   one, Dr. Hewett?

4      A     I believe I do.

5      Q     Okay.  Exhibit 9 consists of Bates

6   labels LWFR-EXP11-000084 and 85.

7            Okay.  Well, on the first page, do

8   you see the second line, "Passive monitor

9   brand & ID number," and there's handwritten

10   "GL3169"?

11      A     Right.

12      Q     Do you see that on the first page?

13      A     Uh-huh (affirmative response).

14      Q     And on the second page, there's a

15   formaldehyde concentration reading that

16   corresponds to GL3169.  Do you see that one?

17      A     Uh-huh (affirmative response).

18      Q     And what's that reading?

19      A     .048.

20      Q     Okay.  So that's different from

21   what your regression formula predicts by a

22   factor of five, right?

23      A     The regression formula is -- It

24   probably is a factor of five.  If you did

25   the math and you have a math background, I

Page 132

1    will assume you got it reasonably correct.

2    But the equation is predicting a median

3    value.

4         Q    So it doesn't surprise you that an

5    actual reading is pretty different than what

6    the equation predicts as a median, right?

7         A    It doesn't surprise me that

8    they're different.

9         Q    In fact, the equation doesn't

10   predict actual values at all?  It predicts a

11   median of actual values, right?

12        A    It's predicting the median of the

13   population of exposures for a combination of

14   the variables.

15        Q    Okay.

16        A    May I ask a question?

17        Q    Of course.

18        A    How did we arrive at mold equals

19   one?

20        Q    Well, in the "any visible moisture

21   damage" on Exhibit 9, there is "water damage

22   left of bed in master bedroom, rotted

23   carpet," plus this gentleman has testified

24   at his deposition that there was mold in his

25   trailer.  So I put "mold equals one."  And

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)          Videotaped Deposition of Paul Hewett, Ph.D., CIH

Page 169

1       Q     And so as we sit here today, you

2   believe that to be true?

3       A     That there is no federal

4   regulation or standard for formaldehyde

5   levels in residential settings, as I

6   understand it -- Well, that's not quite

7   true, since FEMA announced some time ago

8   that they have a de facto standard of .015,

9   and then they have changed it to .016 to be

10  applied to future purchases.

11      Q     But in terms of the relevant time

12  period here, 2005 to 2006, was there any --

13  do you believe this statement is accurate as

14  of that time frame?

15      A     I believe it to be so.

16      Q     One of the questions that was

17  asked of you during the trial of the Gulf

18  Stream case was how you arrived at the

19  figures that you use of the eight parts per

20  billion in the ATSDR limit and the NIOSH

21  limit of 16 parts per billion, and your

22  response was that you received those figures

23  from Linda Nelson and Mikal Watts; is that

24  correct?

25      A     Yes, sir, I think you got it

Page 170

1    pretty much straight.

2        Q    Since that time, have you done any

3    independent investigation of the levels that

4    you are utilizing in this particular report

5    to determine whether or not they are valid

6    levels to be applied to these types of

7    units?

8        MR. AHLQUIST:

9            Object to the form.

10       THE WITNESS:

11            Well, in this particular report, I

12   included more background information on the

13   various limits, occupational, environmental

14   and the ATSDR limits.

15            I stated at Gulf Stream that I did

16   not necessarily disagree with the

17   benchmarks, the limits that Linda Nelson and

18   others had asked me to compare the data to,

19   that being the ATSDR limit of .008 and the

20   NIOSH occupational exposure limit of .016

21   parts per million.

22            These levels appear to be, in

23   retrospect, at the time of writing this

24   report, consistent with what others have

25   recommended, and from the outset, I felt

Page 240

```
 1       A     (Nods head affirmatively).

 2       Q     And the presence of

 3  multicollinearity can decrease the

 4  predictive power of regression analysis,

 5  right?

 6       A     That's my understanding.

 7       Q     Okay.  And in response to

 8  questioning by Mr. Dinnell, you agreed that

 9  temperature and relative humidity are

10  correlated, right?

11       A     Yes.

12       Q     So there is some multicollinearity

13  built into the variables that you used for

14  your regression analysis?

15       A     Yes, built in the variables that I

16  used and that others used.

17       Q     Okay.  There's also correlation

18  between -- one would presume there's a

19  correlation between relative humidity and

20  the windows variable, right?

21       A     One could assume that there's a

22  relationship between all of the variables

23  that you possibly mentioned.  Whether it's a

24  strong relationship or not is another

25  question.
```

Page 241

1      Q    Okay.  And you didn't test the

2   strength of the correlations among any of

3   the independent variables you used in your

4   regression analysis?

5      A    No.

6      Q    Okay.  You don't have any data

7   about the exposure profiles of individuals

8   who actually lived in any of the trailers

9   that make up your datasets, do you?

10     A    If we had exposure profiles for

11  individuals living in those trailers, I

12  think it would be in the report or available

13  to somebody.  It's because we do not have

14  those exposure profiles that one has to

15  engage in this exercise of retrospective

16  exposure assessment.

17     Q    Okay.  And individual exposure

18  profiles may differ wildly among various

19  trailer residents, right?

20     MR. AHLQUIST:

21          Object to the form.

22     MR. D'AMICO:

23          Object to the form.

24     THE WITNESS:

25          I think there's a possibility.  I