# Transcript of the Testimony of
# **Videotaped Deposition of Charles David Moore, PE, PLS**

## **Date taken: October 27, 2009**

### **In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

### ***Note***
### All **electronic deposition & exhibit files**
### are available at **www.psrdocs.com**.
### Please call or e-mail reporters@psrdocs.com if you need a
### **Username** and **Password**.

# **Professional Shorthand Reporters, Inc.**
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

**EXHIBIT
"B"**

Page 71

```
 1    capacity of the trailer itself, the beams,

 2    so that's why it would be relevant.

 3        Q    Okay.  Did you talk to anybody

 4    else who saw the trailer installed on

 5    Seminole Lane?

 6        A    Not that I remember, no.

 7        Q    Okay.  The first time you saw the

 8    trailer was in August out in Melville,

 9    right?

10        A    That sounds correct, yes.

11        Q    Okay.  And you never saw it on

12    Seminole Lane?

13        A    No.  Other than the photos that I

14    have seen.

15        Q    Okay.  Did you talk to anybody who

16    claimed to have seen the trailer being

17    installed?

18        A    Not that I remember, no.

19        Q    Okay.  Have you heard any reports

20    that there are people out there who saw the

21    trailer being installed?

22        A    I would suspect that the people

23    that installed it themselves, whatever

24    contractor that was, whatever people that

25    were there.  Other than that, no.
```

Page 135

1       A     Well, you have to, like I say,

2    compare that to the other evidence that you

3    have.  One of the things that we're relying

4    on here is that Mr. Wright reported that

5    during the time that he was there it began

6    leaking.  It was leaking during his

7    occupancy.

8            So at that point it had to happen

9    before his occupancy.  So then you got to go

10   back and look at, again, the rest of the

11   history to determine what might have caused

12   that.

13      Q    Okay.  Do you know at what point

14   during his occupancy he reported that the

15   trailer began to leak?

16      A    I don't know that right off, no.

17      Q    Do you know at what point during

18   his occupancy that he first observed a gap

19   over the door?

20      A    If I remember right, he said

21   fairly early, like pretty much when he moved

22   in, but I don't remember that just right

23   off.

24      Q    Yeah.  It was actually in 2007.

25   Do you recall that?

Page 136

1      A      No, I really don't.

2      Q      You wouldn't expect a jacking

3    problem that occurred during installation to

4    cause a gap to appear above a door over a

5    year later, would you?

6      A      It's possible, in that some of

7    those stresses could cause a failure in a

8    connection that would then -- or move later,

9    possible.  I wouldn't normally expect it,

10   but it would be possible.

11     Q      It's unlikely?

12     A      Somewhat, yes.

13     Q      Did you see any evidence of this

14   notion that a jacking problem might cause

15   some connections to fail that might take

16   over a year to manifest themselves with

17   respect to the door problem that you

18   yourself observed in August of 2009?

19     A      Ask that again.

20     Q      Okay.  You said it's possible for

21   a jacking problem to manifest itself in the

22   form of a gap over the door over a year

23   later.  You agreed that it was unlikely, but

24   you said it was possible, right?

25     A      Correct.

Page 142

1    that can open up other openings, causing

2    additional water leaks, such that you maybe

3    could see later, or opening up the gap in

4    the head frame that you could see later.

5         So it's very possible that this is

6    all a progressive damage.  What we saw out

7    there in 2009 was extensive and quite

8    progressed water damage to the wood.

9        Q    Now, that was in 2009, right?

10       A    Correct.

11       Q    Mr. Wright moved out in July of

12   2008 or so, right?

13       A    Yes.

14       Q    Okay.  Would you look at page 26

15   of your report, please?

16       A    26?

17       Q    Yes, sir.

18       A    Okay.

19       Q    This is the water damage we're

20   talking about in the bottom photo, right?

21       A    That's correct.

22       Q    Okay.  You don't know how old that

23   water damage is, do you?

24       A    No.

25       Q    Okay.  You mentioned, by the way,

Page 159

1   off there, could and probably did cause it

2   to go to a different shape.

3        Q    So the deactivation could have

4   damaged the trailer?

5        A    Yes, sir.

6        Q    Okay.

7        A    Additional damage to the trailer,

8   yeah.

9        Q    Well, and you can't tell

10  whether -- you can't tell installation

11  damage from deactivation damage, can you?

12       A    No.

13       Q    Who deactivated the trailer?

14       A    I don't know that.

15       Q    Do you know whether it was Shaw or

16  not?

17       A    I think that there are some

18  documents in here that has some deactivation

19  orders, but I don't know that.  I don't

20  remember just right off.

21       Q    Okay.  Do you know when the

22  trailer was deactivated?

23       A    Sometime after he moved out in

24  July of '08, so ...

25       Q    Okay.  And the deactivation

Page 161

1    for maintenance of the trailer after Shaw?

2        A    I don't know that, no.

3        Q    Do you know what maintenance was

4    performed on the trailer after Shaw's

5    maintenance responsibilities ended?

6        A    I don't have any documents to

7    indicate that there was any maintenance done

8    either before or after.

9        Q    Okay.  Did you see any indication

10   that any maintenance had been done to this

11   trailer while it was in Melville?

12       A    No.

13       Q    It had been in Melville for over a

14   year when you saw it, right?

15       MR. AHLQUIST:

16            Objection.

17       THE WITNESS:

18            I don't know that.

19   EXAMINATION BY MR. KURTZ::

20       Q    Do you know how long it had been

21   in Melville --

22       A    No.

23       Q    -- when you first --

24       A    No.

25       Q    Okay.  You can't exclude the

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)          Videotaped Deposition of Charles David Moore, PE, PLS

Page 162

```
 1    possibility that a leak or damage to the
 2    head jam manifested itself after Shaw was
 3    responsible for maintaining the trailer and
 4    that whoever had become responsible for
 5    maintenance failed to fix those issues, can
 6    you?
 7        A    No.  Again, I don't know who was
 8    responsible for fixing those issues, no.
 9    And I guess the question that comes to mind
10    is that then, what was the cause of those,
11    but ...
12        Q    Okay.  All right.  In your report
13    you identified some problems with caulk,
14    right?
15        A    Yes.
16        Q    I want to be careful about my
17    terms, so is there a relevant distinction
18    between caulk and sealant?
19        A    There could be, yes.
20        Q    Okay.  The tears and other
21    problems that we saw around -- around
22    windows and other seams were caulk issues,
23    not sealant, right?
24        A    Yes.  I think there was a picture
25    here on the same page that would be a caulk
```

Page 168

1    example, the picture on page 25 of your

2    report, who put the caulk that's shown

3    there, who put it there?

4         A    No.  It appears probably the

5    manufacturer, but I don't know that.

6         Q    Okay.  Do you have any idea of

7    what the elasticity of the caulk used on

8    this trailer was in numerical terms?

9         A    No.

10        Q    Does the elasticity of caulk

11   decrease over time?

12        A    Yes, it does.

13        Q    And that phenomenon occurs even

14   faster when the caulk is exposed to the

15   weather and the sun, right?

16        A    In general speaking, yes.

17        Q    The purpose of using caulk, of

18   course, is to provide a line of water

19   defense in a joint, right?

20        A    Correct, yes.

21        Q    Okay.  And having an elastic

22   substance like caulk is good because the two

23   elements of the -- I'm talking about a

24   trailer here -- two elements of the trailer

25   may move relative to one another slightly,

Page 191

1    If I use the term "the box," is that a term

2    we can live with, a term that means the part

3    of the trailer that's above the chassis?

4          A     I'm okay with that, yes.

5          Q     Would you agree with me that the

6    box of the trailer experiences

7    transportation loads while being driven

8    around?

9          A     I would probably expect that, yes.

10         Q     The suspension, even in an ideal

11   situation, isn't going to completely isolate

12   the box from transportation loads?

13         A     I would say in an ideal situation

14   it would, but in actual conditions, probably

15   not.

16         Q     Okay.  I appreciate the

17   clarification.  There is no such thing as an

18   ideal suspension, right?

19         A     Right.

20         Q     So some transportation loads will

21   be transmitted up from the road -- well,

22   from the tires, let's say -- through the

23   suspension and up into the box of the

24   trailer?

25         A     That's correct.

Page 192

1       Q    Okay.  And those forces will

2   induce some amount of differential movement

3   between the elements of the travel trailer

4   just during normal road use, right?

5       A    Most likely, yes.

6       Q    Okay.  Wouldn't you think that

7   that -- those forces and the differential

8   movement that occurs during normal road use

9   would be greater than anything that was

10  experienced during any logical jacking

11  sequence when these trailers were being

12  installed?

13      A    I don't know that I could say

14  that, no.

15      Q    You don't know one way or the

16  other whether it's greater or lesser?

17      A    Right.

18      Q    You haven't attempted to measure

19  that or test it?

20      A    No, I have not.

21      Q    Possible to do that?

22      A    It would be possible to put

23  instrumentation on the trailer and actually

24  measure the deformations during a road test;

25  pretty difficult to do, because you're

Page 193

1    looking at a lot of -- it's a very dynamic

2    situation, so it would be hard to do, but

3    you could probably set up some

4    instrumentation to do that.

5         Q    Now, you mentioned in your report

6    a few times the concept of a zero state.  I

7    think you've said that today as well, right?

8         A    Yes, sir.

9         Q    Okay.  I'd like you to explain

10   what you mean by that.

11        A    Okay.  Well, let's -- first off,

12   let's take, like when we first started, the

13   jacking process was under the Shaw protocol,

14   and so the Shaw personnel, whoever they had

15   out there, was doing some jacking.

16             They attached, basically, a string

17   line from one corner of the doorframe to the

18   other corner of the doorframe across the

19   diagonal of the door, and that string line,

20   they -- to that string line they attached

21   what's called a dial indicator.  That dial

22   indicator would measure the movement of that

23   string, whether it's pulling on the dial

24   indicator.  I think it actually even was

25   able to measure if that string line -- I

Page 243

```
 1        Q     During your jacking test, how many
 2   seals did you break; how many caulk seals
 3   did you break?
 4        A     I don't know that.
 5        Q     Did you check?
 6        A     No.  We were only watching the
 7   crack gauges and the monitors like that.
 8        Q     How many seals were broken during
 9   Exponent's testing?
10        A     Again, I don't know that.
11        Q     So you don't know if these
12   movements actually caused any caulk at all
13   on this trailer to actually break?
14        A     No.  But then again, it might have
15   broken them all, so ...
16        Q     You didn't check?
17        A     No.
18        Q     I mean, weren't you there to check
19   for that?
20        A     We were there to check the
21   movements and things like that.  This unit
22   already exhibited quite a bit of caulk
23   damage, and so anything that we would have
24   seen would have been very hard to tell
25   whether it was done during that particular
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)          Videotaped Deposition of Charles David Moore, PE, PLS

Page 247

1       A    Correct.

2       Q    And the only bit of evidence with

3   regard to the water coming over the door, or

4   the water, whether it's condensation or

5   leaking, that occurred by the bedroom

6   window, the only evidence that you have on

7   those two points to put it before

8   deactivation is Mr. Wright's testimony,

9   right?

10      A    That's basically correct, yes.

11      Q    Lack of maintenance while in the

12  FEMA yard for the year it sat there before

13  you saw it could have led to or exacerbated

14  water damage that you saw, right?

15      A    Yes.  By nobody resealing it, if

16  there needed to be resealing, yes, that

17  would definitely create additional water

18  damage, yes.

19      Q    Right.  Or prying the door open

20  and bending the door out so that water could

21  get in there, right?

22      A    That's correct, right.

23      Q    What about lack of maintenance

24  even while Mr. Wright was in the trailer but

25  after June 1, 2006?

Page 248

```
 1      A     Depends on what maintenance would
 2  have been actually required from the
 3  manufacturer, I guess.  Like we talked about
 4  the seals, caulk may have needed to be
 5  checked and that kind of thing; so in that
 6  regard any caulk that wasn't replaced that
 7  should have been would have contributed
 8  additional problems, yes.
 9      Q     Lack of maintenance after June 1,
10  2006, could have caused all the problems,
11  right?
12      A     I don't think so, because again,
13  we get back to the point that Mr. Wright
14  identified water leaks in his unit, and
15  it's -- like I say, physically stick his
16  hand in between the door unit, so ...
17      Q     Right.  And that was in 2007, so
18  I'm going to ask you again, couldn't lack of
19  maintenance after June 1, 2006, have been
20  the cause of all the problems with water
21  leaking?
22      A     I guess it's possible.  Again, we
23  would have to probably look at the timing
24  issues and things like that when any caulk
25  or seal would have been expected to have
```

Page 249

1    been replaced or needed some maintenance

2    done to it, compare that to when the leaks

3    actually occurred and things like that.

4         Q    What about driving the trailer

5    from 2315 Seminole Lane to Melville and

6    parking it in the yard, that could have --

7         A    It shouldn't have.

8         Q    -- cracked some seals, right?

9         A    It shouldn't have, because the

10   units were supposed to be designed for that,

11   and then particularly, the units were

12   supposed to be designed for multiple travel

13   and setup.  So it shouldn't have caused

14   those problems.

15        Q    We have already agreed that

16   driving around could induce differential

17   movements of the same magnitude that you

18   observed during the testing procedure,

19   right?

20        A    It's possible.  Like I say, it

21   shouldn't have for this particular unit.

22        Q    And if the caulk wasn't being

23   maintained the way Forest River said you

24   should maintain it, then the caulk has lost

25   its elasticity during that four years,

Page 250

1    right; some amount of its elasticity, right?

2        A    It's probably just now reaching

3    four years, yes.

4        Q    Well, it was built in September of

5    2005, and you saw it in August of 2009, so

6    that's pretty close to --

7        A    Pretty close.

8        Q    -- four years, right?

9        MR. AHLQUIST:

10            I'm going to object to your timing

11   of that construction.

12   EXAMINATION BY MR. KURTZ::

13       Q    In any event, whether it's three

14   years and ten months or whatever, the

15   elasticity --

16       A    Close to four years.

17       Q    -- of the caulk has declined

18   during that period if it wasn't kept up the

19   way Forest River said you should?

20       A    Declined, yes.  Whether it was

21   declined to a point where it needed

22   replacement, don't know that.

23       Q    You don't know that.  And you

24   don't know whether it had declined all the

25   way to the point where normal road use would

Page 251

```
 1    cause caulk seals to break?
 2         A    Don't know that, correct.
 3         Q    What about the differential
 4    settlement of land, that happens quite a bit
 5    here in south Louisiana, right?
 6         A    Yes, it does.
 7         Q    That can cause the elements of the
 8    trailer to move while it's installed on six
 9    piers, right?
10         A    Right.  If there was some
11    differential, yes.
12         Q    You don't know whether that
13    happened?
14         A    I would expect that it didn't
15    happen, but --
16         Q    Have you spent much time here in
17    New Orleans?
18         A    I've lived in Louisiana for
19    27 years --
20         Q    Okay.  So you --
21         A    -- and deal with differential
22    movements all the time.
23         Q    Yeah.  I mean, that's a very
24    common phenomenon, right?
25         A    Right.  But typically, you're
```

Page 262

```
 1   of more things -- that lead you to this

 2   conclusion that there was improper jacking.

 3   But every single one of them can be

 4   explained by things that aren't improper

 5   jacking, so I want you to tell me, teach me

 6   how to look at a trailer, either

 7   holistically or at specific points, that can

 8   lead me to a conclusion about whether or not

 9   these conditions were caused by improper

10   jacking.

11        A    Okay.  First of all, we talked

12   about the transportation, and the

13   transportation will induce loads on the

14   trailer.  However, the trailer should have

15   and was designed to have a spring support

16   structure.  That spring support structure is

17   designed to, if not reduce completely, at

18   least minimize the loads that are actually

19   applied to the trailer, to the box part of

20   the structure.

21             So that, I would then discount

22   those kinds of things right off the bat,

23   because the spring structure provides at

24   least some insulation from transportation

25   loads to the box structure.
```

Page 269

1    with this trailer.

2         Q    Is that a question that can go

3    either way in your mind, or do you think all

4    of the FEMA trailers were jacked improperly?

5         A    Based on what I've seen, I would

6    say at least 99 percent of them were jacked

7    improperly, and I would probably venture to

8    say 100 percent of them were.

9         Q    Okay.  So you don't really need to

10   go through all this testing stuff to get to

11   the opinion that this one was jacked

12   improperly because you think they were all

13   jacked improperly, right?

14        A    No.  I think the testing of this

15   was designed such that to test that

16   hypothesis, to see what kind of problems

17   that it would create, and so that testing

18   actually supported the hypothesis.

19        Q    Okay.  What test results would

20   have suggested to you that there wasn't any

21   improper jacking?

22        A    If we had tested and found very

23   little differential movements and problems

24   with any of these things, I would say that

25   we'd have said, Wait a minute, our

Page 270

1    hypothesis is wrong.

2         Q    How big is "very little"?

3         A    I would say -- well, I don't know

4    that I could really tell you that just right

5    off the top of my head like this, but much

6    smaller than the things that we found in our

7    testing.

8         Q    Okay.  Isn't that the kind of

9    thing that you need to figure out where your

10   criteria is, your cutoff line, before you do

11   the testing, not afterwards, so we're not

12   wondering if you've made the criteria lower

13   than what your actual test results were?

14        A    No, I don't think so.

15        Q    In any event, you didn't set a,

16   okay, if it's below a 32nd of an inch

17   movement, then you know what, it's not

18   improper jacking; you didn't set a --

19        A    We didn't set that --

20        Q    -- line like that?

21        A    No, we didn't set that prior to

22   the testing, no.

23        Q    Didn't perform a finite element

24   analysis with respect to this trailer, did

25   you?