UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER              CIVIL ACTION 2:07-MD-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION             SECTION N-5

                                 JUDGE ENGELHARDT
                                 MAGISTRATE CHASEZ

*************************************************************************

## DECLARATION OF DARRIAN GRIFFIN

I, Darrian Griffin, state and declare as follows:

1. I am employed by the Federal Emergency Management Agency (FEMA) and am currently the Site Manager at the FEMA Melville Staging Facility located in Melville, Louisiana. As the Site Manager, I am responsible for the management and operation of the facility.

2. The Melville Staging Facility is currently used as a storage yard for a large number of FEMA emergency housing units, including travel trailers.

3. On July 30, 2009, I went to the specific travel trailer assigned vehicle identification number (VIN) 4X4TSMH296C008992 for the purpose of taking photographs of the trailer and collecting any documents or materials found inside. When I went to the trailer, I was accompanied by fellow FEMA employees Derrien Green and Mona Thibodeaux.

4. For the purpose of preparing this declaration, I have reviewed the photographs that have been assigned identification numbers FEMA 165-000001 through FEMA 165-000012. These photographs depict the exterior of the trailer, the interior of the trailer, and various documents found inside the trailer.

5. The photographs that have been assigned identification numbers FEMA 165-000001 through FEMA 165-000012 are true and accurate depictions of the trailer assigned VIN

4X4TSMH296C008992 as I saw it on July 30, 2009. These photographs truly and accurately depict the exterior of the trailer, the interior of the trailer, and the various documents I saw hanging on the wall and elsewhere in the trailer as they existed on July 30, 2009. These photographs also truly and accurately depict where various documents were found inside the trailer prior to our collection of the documents for safekeeping.

6. For the purpose of preparing this declaration, I have also reviewed the documents that have been assigned identification numbers FEMA 165-000013 through FEMA 165-0000187.

7. The documents that have been assigned identification numbers FEMA 165-000013 through FEMA 165-0000022 constitute true and accurate copies of the documents that we found hanging on the wall and elsewhere inside the trailer during our visit to VIN 4X4TSMH296C008992 on July 30, 2009.

8. While I did not read all of the additional documents I found inside of the trailer at the time I visited the trailer, FEMA 165-000023 through FEMA 165-0000022 appear to be true and accurate copies of the additional documents that we found sitting in the sink at the time we visited VIN 4X4TSMH296C008992 on July 30, 2009.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of January 2010.

DARRIAN GRIFFIN
Site Manager
Melville Stating Facility
FEMA

2