

FEMA165-000001



FEMA165-000002



# CITY OF NEW ORLEANS
## DEPARTMENT OF SAFETY & PERMITS
### Trailer Removal Deadline Notice

As of July 1, 2008, the City of New Orleans, Department of Safety and Permits will resume enforcement of those sections of the Comprehensive Zoning Ordinance (Ordinance 4,264 MCS, as amended) which relate to the installation and occupancy of trailers, travel trailers and recreational vehicles as temporary housing.

Safety and Permits would like to clarify that the City is not changing the law, but only beginning to enforce the existing laws of the City of New Orleans. The waiver that allowed trailers and travel trailers to be installed and occupied in New Orleans has expired and will not be renewed. The City of New Orleans, Department of Safety and Permits, will enforce all applicable laws regulating the installation and occupancy of trailers, travel trailers, and recreational vehicles beginning on July 1, 2008.

In order to comply with the laws of the City of New Orleans, you must complete the attached affidavit which states that you, as the property owner, have contacted FEMA to have the trailer removed. The affidavit also authorizes the City of New Orleans to contact FEMA to expedite the process of removing the trailer from your property. You may contact FEMA at www.FEMA.gov and/or call 1-888-294-2822 to request removal of your trailer.

The City of New Orleans is sensitive to those property owners who, for reasons beyond their control, cannot yet vacate their trailers or travel trailers. In order to request an extension, you must complete and submit the attached Trailer Extension request form.

You may submit your affidavit or your extension request form to:

- Mail to:  Department of Safety & Permits
  Zoning Administration Division
  1300 Perdido Street, Room 7E05
  New Orleans, LA 70112

- Drop off:  Mayor's Office of Public Advocacy
  City Hall
  1300 Perdido Street, Room 1W09

If you need additional information or clarification, please call 311 or 504-658-4000.

FEMA165-000003



FEMA165-000004



FEMA165-000005

# A.M.E. SERVICES, INC.

PLEASE BE ADVISED THAT THE MAINTENANCE CALL CENTER NUMBER AND COMPANY HAVE CHANGED.

IF YOU HAVE ANY TRAILER MAINTENANCE ISSUES PLEASE CALL THE NUMBER LISTED BELOW.

## CALL CENTER

## 1-800-316-5305

FEMA165-000006



# FEMA — Important Formaldehyde Information for FEMA Housing Occupants

## Why are you receiving this information?

FEMA is providing this information to help you and your family better understand what formaldehyde is and how it could affect living and health conditions in your FEMA-provided housing unit. We are also providing you with a phone number where you can receive additional information about formaldehyde and discuss your disaster housing situation with a FEMA specialist.

## What is formaldehyde?

Formaldehyde is a common indoor air pollutant that can be found in nearly all homes and buildings. It is a colorless gas that is released into the home from a variety of indoor sources. Formaldehyde can also be found in a variety of materials used in home construction and products for everyday living.

## How might formaldehyde affect me and my family?

There are several formaldehyde-related symptoms, such as watery eyes, runny nose, burning sensation in the eyes, nose, and throat, headaches and fatigue. These symptoms are similar to those associated with the common cold, the flu or other pollutants.

Formaldehyde can affect people differently. Some people may not have any noticeable reaction to formaldehyde; others are very sensitive to it. People with eye, skin, respiratory, or allergic conditions, and those with asthma are more likely to feel the effects of formaldehyde. Children and the elderly may be more sensitive as well.

The most common route of exposure is by breathing it, which may cause nose and eye irritation even in low levels. More serious health problems may be caused by extended exposure, including a small but increased risk of some forms of cancer.

If these symptoms lessen when you are away from your home but reappear when you return, your symptoms could be from indoor pollutants that may include formaldehyde or other indoor pollutants, such as dust, mold or smoke.

If you are experiencing these symptoms, or suspect you are sensitive to formaldehyde, you should seek medical attention to see if formaldehyde may be causing your symptoms.

## Additional Information

If you have additional questions or concerns regarding formaldehyde in your FEMA provided housing unit, please call:

**1-866-562-2381**
**(TTY 1-800-462-7585)**

FEMA operators will immediately direct your call to specialists who will assist you with questions about

- Formaldehyde and health related issues
- Other available FEMA housing assistance options; and
- Recently purchased FEMA housing units

FEMA165-000007



FEMA165-000008



FEMA165-000009



FEMA165-000010



FEMA165-000011



FEMA165-000012