UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Lyndon T. Wright v. Forest River, Inc., et al* | | * | |
| Docket No. 09-2977 | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that Plaintiff's Motion *in Limine* to Prohibit References to the Bathroom Vent Cover as Missing in the above captioned matter is hereby set for hearing on the 24th of February at 9:30 o'clock a.m.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street

1

>New Orleans, Louisiana 70163
>Telephone:     504/522-2304
>Facsimile:     504/528-9973
>gmeunier@gainsben.com
>
>s/Justin I. Woods
>JUSTIN I. WOODS, #24713
>**PLAINTIFFS' CO-LIAISON COUNSEL**
>Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
>2800 Energy Centre, 1100 Poydras Street
>New Orleans, Louisiana 70163
>Telephone:     504/522-2304
>Facsimile:     504/528-9973
>jwoods@gainsben.com
>
>**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
>ANTHONY BUZBEE, Texas # 24001820
>RAUL BENCOMO, #2932
>FRANK D'AMICO, #17519
>MATT MORELAND, #24567
>LINDA NELSON, #9938
>MIKAL WATTS, Texas # 20981820
>Dennis Reich, Texas #16739600

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on February 9, 2010.

>  s/Gerald E. Meunier
>GERALD E. MEUNIER, #9471

2