```
                                                                              1

 1                      UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA
 2
         IN RE: FEMA TRAILER          :    MDL NO. 1873
 3              FORMALDEHYDE PRODUCTS :
                LIABILITY LITIGATION  :    SECTION "N" (5)
 4                                    :
                                      :
 5       THIS DOCUMENT IS RELATED TO  :    JUDGE ENGELHARDT
                                      :
 6                                    :    MAGISTRATE CHASEZ
         Lyndon T. Wright, et al. v.  :
 7       Forest River, Inc., et al.,  :
         No. 09-2977                  :
 8       ---------------------------------------------------------
 9                     VIDEOTAPED DEPOSITION OF:
                         THOMAS WAYNE FRIBLEY
10
             TAKEN BY:    Attorney for Plaintiff
11                        Lyndon T. Wright
12           DATE:        Thursday, January 15, 2010
13           TIME:        Commencing at 9:26 a.m.
14           PLACE:       Executive Reporting Service
                          550 N. Reo Street
15                        Suite 300
                          Tampa, Florida 33607
16
17
18          Examination of the witness taken before:
19        William S. Bish, RDR, CRR, RMR, RPR, FRP, CLR
                Credentialed NCRA Trial Presenter
20                 Executive Reporting Service
                    Ulmerton Business Center
21                 13555 Automobile Boulevard
                          Suite 100
22                 Clearwater, Florida 33762
23
24
25
```

```
 1          identification.)
 2          BY MR. PINEDO:
 3               Q.   These are your notes from the inspection on
 4          that day?
 5               A.   Yes, sir.
 6               Q.   And could I see that again, please, sir.
 7               A.   Sure.
 8               Q.   Thank you.
 9                    Could you please read for me what entries you
10          have in these notes that we have marked as Exhibit 8
11          which are your notes from the August 21st, 2009,
12          inspection?
13               A.   Certainly.  Right, be Forest River, the serial
14          number of the unit, and if it's okay just to read the
15          last four digits?
16               Q.   Yes --
17               A.   8 --
18               Q.   -- that's fine.
19               A.   8992.  FEMA number 1277021 bar code.  Then on
20          down it says, "Scrape in metal driver's side rear above
21          power door.  Frame damage at passenger side rear."
22               Q.   Say again, please?
23               A.   "Frame damage at passenger side rear."
24               Q.   Please continue.
25               A.   And I made a notation that the bath vent had
```

```
 1         been left open.  I later found out that in fact it was
 2         not just left open, it was missing and had been
 3         replaced prior to me getting there.
 4                 "Entry door damage.  Water damage at front
 5         passenger side window and below.  Complete reseal
 6         required."
 7         Q.   And who told you that the bath vent was
 8         missing and it had been replaced?
 9         A.   My recollection is it was the -- and if you
10         asked me his name I can't tell you, but the air quality
11         guy said that they had had to replace the bath vent to
12         do their testing.
13         Q.   What air quality guy, for the plaintiffs or
14         the defendants?
15         A.   For the defense.
16         Q.   If I read some names to you would you be able
17         to tell me who that was?
18         A.   I am absolutely terrible with names.  I'm much
19         better with numbers, that goes back to my air traffic
20         control days.  If he was number 33 I would -- I would
21         know it.  But as far as names go, I'm terrible.
22         Q.   You have quite a few pictures here, several
23         hundred pictures that you took; is that right?
24         A.   Yes, sir.
25         Q.   If you look through those pictures would you
```

```
 1        be able to identify that individual?
 2             A.   Possibly so, if I had a photo of him in there.
 3        Normally when you pull up a camera there are people
 4        scattering to get out of the way.  But there were some
 5        photos that were taken that do -- do have a number of
 6        people in them.
 7             Q.   So your testimony is when you got there on
 8        August 21st, 2009, that was the first time you viewed
 9        this travel trailer?
10             A.   That is correct, sir.
11             Q.   And when you viewed it the vent in the
12        bathroom was open?
13             A.   It was.  That was -- that's my recollection.
14        It might -- it looked like it had been left open
15        because there was significant amounts of water in the
16        bathroom area.
17             Q.   And in fact that's what you entered in your
18        notes here from August 21st, 2009?
19             A.   That is correct.
20             Q.   Bath vent open?
21             A.   Then at that point it must have been open when
22        I got in there.
23             Q.   And so you were told by one of the defense
24        experts that it was missing and it was replaced?
25             A.   Yes, sir.
```

```
 1         Q.  And do you know if that was an expert for
 2   Forest River, or do you know if that was an expert for
 3   the United States?
 4         A.  I do not, because we -- the United States and
 5   we were under the same tent sharing the shade.  And if
 6   I said I remembered whether he was for Forest River or
 7   FEMA, I don't recall.  FEMA had very few people there,
 8   so I would presume more for Forest River.
 9         Q.  And -- did he tell you when it was replaced?
10         A.  My recollection is he mentioned something
11   about it had to be replaced before the blower door
12   testing could be done.
13         Q.  So you didn't see it replaced?
14         A.  I saw a vent cap in place and open,
15   apparently, when I walked into the inspection scene.
16         Q.  So if indeed it was replaced, that occurred
17   prior to your appearing on site on August 21st, 2009?
18         A.  Yes, sir, because the blower door testing had
19   been done prior to my arrival.
20         Q.  What model travel trailer was this?
21         A.  Can I see that photo that you have on top
22   right there?
23         Q.  I'll hand you all the photos.
24         A.  Thank you.  Its model designator is an FD-306.
25         Q.  But does that comport with any type of name,
```

```
 1                    MR. BONE:  Objection, vague.
 2                    You can answer.
 3                    THE DEPONENT:  No, sir, I do not know that.
 4         BY MR. PINEDO:
 5              Q.   You talk about damage to the tie-down at the
 6         passenger side rear bent flat; is that right?
 7              A.   Yes, sir.
 8              Q.   You don't know if that existed at the time
 9         Lyndon Wright was living there, do you?
10              A.   No, sir, I do not.
11              Q.   You don't know when that damage occurred, do
12         you?
13              A.   No, sir.
14              Q.   You talk about a bath vent missing; is that
15         correct?
16              A.   Yes, sir.
17              Q.   And again, this is something you did not
18         observe?
19              A.   That is correct, sir.
20              Q.   Because the first time you saw it the bath
21         vent was there?
22              A.   The first time I saw it the bath vent was
23         there, yes, sir.
24              Q.   And as far as you know that condition, a
25         missing bath vent, was not the condition that existed
```

```
 1        while Lyndon Wright was living there?
 2             A.   That is correct.
 3             Q.   You don't know when that bath vent was taken
 4        off, why, or anything like that, do you?
 5                  MR. BONE:  Objection, form.
 6                  Answer.
 7                  THE DEPONENT:  No, sir.
 8        BY MR. PINEDO:
 9             Q.   You say entry door frame damaged; is that
10        right?
11             A.   Yes, sir.
12             Q.   Do you recollect some testimony that somebody
13        tried to break into Lyndon Wright's travel trailer at
14        about the time he was moving out?
15             A.   My recollection is there was some kind of a
16        break-in at some time, or attempted break-in.
17             Q.   Yes.  And do you understand that also as being
18        close to the time that he moved out?
19                  MR. BONE:  Objection, form.
20                  THE DEPONENT:  I did not recall the time.
21        BY MR. PINEDO:
22             Q.   The entry door frame damage, did that look
23        consistent with you with somebody trying to break into
24        the travel trailer?
25             A.   Well, actually there were several different
```