AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

## USDC Eastern District of Louisiana

**RETURN**

Tanisha Banks, et al.

|  |  |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Skyline Corporation | ) **09-7084** |
| Defendant | ) |

**SECT.N MAG5**

### Summons in a Civil Action

To: *(Defendant's name and address)*

Skyline Corporation
Linda Phillippsen
2520 By Pass Road
Elkhart, IN 46514


A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


Oct 29 2009

Date: _____

Loretta G. Whyte
Name of clerk of court

_____
Deputy clerk's signature


*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

November 16, 2009

***Via Certified Mail - Return Receipt Requested & Regular Mail***
Skyline Corporation
Linda Phillippsen
2520 By Pass Road
Elkhart, IN 46514

RE:     Service for Tanisha Banks, et al. v. Skyline Corporation, et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on October 29, 2009 in
Cause No. 09-7084, in the USDC Eastern District of Louisiana.  This case will become
part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability
Litigation.

Enclosed is the Court issued summons addressed to Skyline Corporation. Your
signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



**Proof of Service**


I declare under penalty of perjury that I served the summons and complaint in this case on <u>Skyline Corporation</u>
by:

    (1) personally delivering a copy of each to the individual at this place, _____

_____; or


    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____

    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #70081830000114996986, Sent 11/17/2009,</u>
    <u>Received 11/17/2009.  Registered Agent:  Linda Phillippsen 2520 By Pass Road  Elkhart, IN 46514</u>



My fees are $_____ for travel and $ _____ for services, for a total of $_____.



Date: <u>1/13/2010</u>                                                     _____
                                                  Server's signature

                                     Wynter Lee - Mass Tort Coordinator
                                              Printed name and title


                                     2506 N. Port Ave. Corpus Christi, TX 78401
                                                Server's address