UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION N-5
                                                        JUDGE ENGELHARDT
                                                          MAG. JUDGE CHASEZ

**This Document Relates to:**
*Lyndon T. Wright v. Forest River, Inc., et al*
**Docket No. 09-2977**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S RESPONSE TO
PLAINTIFFS' "MOTION *IN LIMINE* WITH REGARD TO THE
DARRIAN GRIFFIN AFFIDAVIT" (Doc. Rec. 11418)**

Defendant United States of America ("United States") hereby submits this memorandum in response to Plaintiffs' Steering Committee's ("PSC") "Motion *In Limine* With Regard to the Darrian Griffin Affidavit" (Rec. Doc. 11418). Although, Mr. Wright's claims against the United States have been dismissed, the Government is obligated to respond because PSC' memorandum in support of its motion misstates the facts relating to the Darrian Griffin Affidavit, and the United States' production of the pictures and documents assigned identification numbers FEMA165-000001 to FEMA165-000187. Contrary to PSC's assertion, the United States produced these photographs and documents to PSC on August 3, 2009, and through the Transmittal Letter producing those materials, explained to PSC the method, manner and why the photographs were generated and documents collected from the Forest River, Inc., travel trailer on July 30, 2009. *See* Exh. 1, Aug. 3, 2009, Transmittal Letter.

PSC erroneously asserts that the Court should exclude Mr. Griffin's Affidavit and the documents assigned identification numbers FEMA165-000001 to FEMA165-000187 because

Darrian Griffin's affidavit and the documents were not identified or disclosed to PSC until January 25, 2010, four days before the close of discovery.  PSC allegations are simply not true.  The United States produced the documents assigned identification numbers FEMA165-000001 to FEMA165-000187 to the parties on August 3, 2009.[1]  *See* Exh. 1, Aug. 3, 2009, Transmittal Letter/Federal Express Labels.  Specifically, on August 3, 2009, the United States wrote and explained to PSC that:

> Enclosed is a CD containing various materials related to the Forest River, Inc. travel trailer, VIN 4X4TSMH296C008992, at issue in the bellwether case of **Lyndon T. Wright v. Forest River, Inc., Shaw Environmental, Inc., and the United States of America**, Docket No. 09-2977.  In advance of all testing of this unit (including the planned destructive testing), the United States requested that a FEMA employee (1) locate the unit at the Melville, LA staging facility, (2) photograph the unit in its current condition, and (3) collect and preserve any documentary evidence contained within the travel trailer unit.
>
> Collecting, preserving, and producing these documents to all parties involved in this litigation was particularly important based upon the number of people that will be accessing this unit over the coming weeks pursuant to the combined testing protocol, as well as the United States' recent experience during Plaintiffs' testing of the Fleetwood bellwether unit, where there were reports of objects being taken from a unit and removed from the FEMA facility without the knowledge or permission of the United States.[2] Given these concerns, and the fact that well over one dozen individuals will enter and exit the unit during the upcoming testing period, eventually culminating in the destruction of the unit, the United States determined that this was the best method to preserve and produce this potential evidence.

---

[1]  The United States sent the Transmittal Letter and a copy of the photographs and documents to Plaintiffs' Liaison Counsel Justin Woods and Gerald Meunier, and also to PSC's Lead Counsel for the Lyndon Wright action, Mr. Frank J. D'Amico, Jr. and Mr. Aaron Ahlquist.  *See* Exh. 1, Aug. 3, 2009, Transmittal Letter.

[2]  The Department of Justice received reports from non-government counsel who attended the PSC's inspection and testing of the Fleetwood Enterprises, Inc., travel trailer occupied by Bellwether Plaintiff Elisha Dubuclet that PSC's expert Mr. W.D. Scott, removed papers and a sampling tube that was in the unit.

> During the afternoon of July 30, 2009, photographs were taken to reflect the location of any documents within the unit. The documents were then collected for preservation and production.  In addition, because the testing protocol requires this unit to be moved, a photograph was taken of the unit as it was found prior to movement. The photographs produced herewith have been stamped as FEMA165-000001-12, the documents have been stamped as FEMA165-00-187.

Exh. 1, Aug. 3, 2009, Transmittal Letter.

Furthermore, PSC's assertion that they were caught by surprise by Mr. Darrian Griffin's January 25, 2010 Affidavit, may be accurate, but that surprise results from PSC's failings, not through any fault of the Government or other parties.  Specifically, as previously noted, on August 3, 2009, the United States produced the pictures and documents to PSC and in the Transmittal Letter explained to PSC why the photographs were taken and documents collected, and the process employed by FEMA to preserve and collect the materials. *See* Exh. 1, Aug. 3, 2009, Transmittal Letter.  Moreover, the United States, consistent with the Court's Scheduling Order, notified the Court and parties that Mr. Griffin, Site Manager, Melville Staging Facility, FEMA DHS was a potential witness in this litigation. *See* Defendant United States of America's Witness List at 7 (Rec. Doc. 10233).  The United States listed Mr. Griffin as a may call witnesses with the expectation that he would testifying in the unlikely event that one of the parties challenged the authenticity of the pictures and documents assigned  FEMA165-000001 to FEMA 165-000187. *See id*.

With the United States' dismissal from this action, the Government had Mr. Griffin execute the Affidavit to resolve any potential disputes regarding authenticity of the photographs and documents, to save the parties time and expense associated with deposing Mr. Griffin, , and to avoid any potential dispute regarding whether, given the United States' dismissal, the

remaining parties could require Mr. Griffin to appear at trial.

## CONCLUSION

Accordingly, given that PSC had timely notice that Mr. Griffin was a potential witness, as well as timely notice of the photographs and documents, and how, where, and why they were produced on August 3, 2009, by the United States, the Court should deny PSC's motion.

Dated:  February 10, 2010.                    Respectfully Submitted,

TONY WEST                                     ADAM BAIN
Assistant Attorney General, Civil Division    Senior Trial Counsel

J. PATRICK GLYNN                              ADAM DINNELL
Director, Torts Branch, Civil Division        MICHELE GREIF
                                              JONATHAN WALDRON
DAVID S. FISHBACK                             Trial Attorneys
Assistant Director

                                              //S// *Henry T. Miller*
                                              HENRY T. MILLER (D.C. Bar No. 411885)
OF COUNSEL:                                   Senior Trial Counsel
JORDAN FRIED                                  United States Department of Justice
Associate Chief Counsel                       Civil Division – Torts Branch
                                              P.O. Box 340, Ben Franklin Station
JANICE WILLIAM-JONES                          Washington, D.C. 20004
Trial Attorney                                Telephone No:  (202) 616-4223
FEMA/DHS                                      E-mail:  Henry.Miller@USDOJ.Gov
Department of Homeland Security
Washington, D.C. 20472                        Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                              //S// *Henry T. Miller*
                                              HENRY T. MILLER (D.C. Bar No. 411885)