

**U.S. Department of Justice**

Civil Division, Torts Branch
~~Environmental Torts~~

---

*Adam M. Dinnell*
*Trial Attorney*

*Ben Franklin Station, P.O. Box 340*
*Washington, DC 20044*

August 3, 2009

Andrew D. Weinstock
Joe Glass
Duplass, Zwain, Bourgeois, Morton,
    Pfister & Wein
Three Lakeway Center, 3838 N.
Causeway Blvd, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700

Justin Woods
Gerald E. Meunier
Gainsburgh, Benjamin, David,
    Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
(504) 522-2304

David Kurtz
Baker, Donelson, Bearman,
    Caldwell & Berkowitz, PC
201 St. Charles Ave., Suite 3600
New Orleans, Louisiana 70170
(504) 566-5259

Ernie Geiger
Jason D. Bone
Geiger, Laborde & Laperouse, LLC
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, 70139
(504) 561-0400

Frank J. D'Amico, Jr.
Aaron Ahlquist
The Law Offices of Frank J. D'Amico, Jr.
622 Baronne Street
New Orleans, LA 70113
(504) 525-7272

> Re: <u>In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION</u>, MDL NO. 07-1873

Dear Counsel:

Enclosed is a CD containing various materials related to the Forest River, Inc. travel trailer, VIN 4X4TSMH296C008992, at issue in the bellwether case of <u>Lyndon T. Wright v. Forest River, Inc., Shaw Environmental, Inc., and the United States of America</u>, Docket No. 09-2977. In advance of all testing of this unit (including the planned destructive testing), the United States requested that a FEMA employee (1) locate the unit at the Melville, LA staging facility,



(2) photograph the unit in its current condition, and (3) collect and preserve any documentary evidence contained within the travel trailer unit.

Collecting, preserving, and producing these documents to all parties involved in this litigation was particularly important based upon the number of people that will be accessing this unit over the coming weeks pursuant to the combined testing protocol, as well as the United States' recent experience during Plaintiffs' testing of the Fleetwood bellwether unit, where there were reports of objects being taken from a unit and removed from the FEMA facility without the knowledge or permission of the United States. Given these concerns, and the fact that well over one dozen individuals will enter and exit the unit during the upcoming testing period, eventually culminating in the destruction of the unit, the United States determined that this was the best method to preserve and produce this potential evidence.

During the afternoon of July 30, 2009, photographs were taken to reflect the location of any documents within the unit. The documents were then collected for preservation and production. In addition, because the testing protocol requires this unit to be moved, a photograph was taken of the unit as it was found prior to movement. The photographs produced herewith have been stamped as FEMA165-000001-12, the documents have been stamped as FEMA165-000013-187.

Regards,

Adam M. Dinnell

Civil Division, Torts Branch
Environmental Torts Section
202-616-4211

From: Origin ID: RDVA (202) 616-4449
Chelsea Conanan
USDOJCIVILTORTSET
1331 Pennsylvania Avenue
Washington, DC 20004

Ship Date: 03AUG09
ActWgt: 1.0 LB
CAD: 100550010/INET9060
Account#: S ********

Delivery Address Bar Code

SHIP TO: (504) 522-2304   BILL SENDER
**Gerald E. Meunier, Esq.**
**GAINSBURGH**
**1100 POYDRAS ST**
**2800 ENERGY CENTRE**
**NEW ORLEANS, LA 70163**

Ref # FEMA
Invoice #
PO #
Dept #

TRK# 7978 1560 8151
0201

TUE - 04AUG   A1
PRIORITY OVERNIGHT

XH NEWA

70163
LA-US
MSY



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995-2009 FedEx

**From:** Origin ID: RDVA (202) 616-4449
Chelsea Conanan
USDOJCIVILTORTSET
1331 Pennsylvania Avenue
Washington, DC 20004

**Ship Date:** 03AUG09
**ActWgt:** 1.0 LB
**CAD:** 100550010/INET9060
**Account#:** S ********

Delivery Address Bar Code



**SHIP TO:** (504) 832-3700    **BILL SENDER**
Andrew D. Weinstock, Esq.
DUPLASS
3838 N CAUSEWAY BLVD STE 2900
THREE LAKEWAY CENTER
METAIRIE, LA 70002

Ref #   FEMA
Invoice #
PO #
Dept #



TRK# 7968 2836 2967    0201

**TUE - 04AUG   A1**
**PRIORITY OVERNIGHT**

**XH MSYA**

70002
LA-US
MSY



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995-2009 FedEx

```
From:   Origin ID: RDVA  (202) 616-4449        Ship Date: 03AUG09
        Chelsea Conanan                         ActWgt: 1.0 LB
        USDOJCIVILTORTSET                       CAD: 100550010/INET9060
        1331 Pennsylvania Avenue                Account#: S ********

        Washington, DC 20004                    Delivery Address Bar Code

SHIP TO:  (504) 566-5259        BILL SENDER    Ref #    FEMA
          David Kurtz, Esq.                     Invoice #
          BAKER DONELSON                        PO #
          201 SAINT CHARLES AVE STE 3600        Dept #

          NEW ORLEANS, LA 70170
                                                                    TUE - 04AUG      A1
                                                TRK#  7978 1563 9139  PRIORITY OVERNIGHT
                                                0201
                                                                                   70170
                                                       XH NEWA                     LA-US
                                                                                   MSY
```




**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995-2009 FedEx

From: Origin ID: RDVA (202) 616-4449
Chelsea Conanan
USDOJ/CIVIL/TORTS/ET
1331 Pennsylvania Avenue
Washington, DC 20004



Ship Date: 03AUG09
ActWgt: 1.0 LB
CAD: 100550010/INET9060
Account#: S *********

Delivery Address Bar Code

SHIP TO: (504) 525-7272 X 233    BILL SENDER
FRANK J. D'AMICO, JR., APLC
Aaron Ahlquist
622 BARONNE ST

NEW ORLEANS, LA 70113

Ref # FEMA
Invoice #
PO #
Dept #



TRK# 7978 1565 3224
0201

TUE - 04AUG        A1
PRIORITY OVERNIGHT

XH NEWA

70113
LA-US
MSY



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995-2009 FedEx

Case 2:07-md-01873-KDE-MBN   Document 11427-1   Filed 02/10/10   Page 7 of 7

FedEx Ship Manager - Print Your Label(s)     https://www.fedex.com/shipping/confirmAction.handle?method=doCon...

From: Origin ID: RDVA (202) 616-4449
Chelsea Conanan
USDOJ/CIVIL/TORTS/ET
1331 Pennsylvania Avenue
Washington, DC 20004



J09209906152023

Ship Date: 03AUG09
ActWgt: 1.0 LB
CAD: 100550010/INET9060
Account#: S *********

Delivery Address Bar Code

SHIP TO: (504) 561-0400     BILL SENDER
**Jason D. Bone**
**GEIGER, LABORDE & LAPEROUSE**
**701 POYDRAS ST STE 4800**
**ONE SHELL SQUARE**
**NEW ORLEANS, LA 70139**

Ref #    FEMA
Invoice #
PO #
Dept #

TRK# 0201   7968 2841 3402     TUE - 04AUG    A1
**PRIORITY OVERNIGHT**

**XH NEWA**     70139
LA-US
MSY



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995-2009 FedEx