# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * * * | **MDL NO. 1873** <br><br> **SECTION N (5)** |
| **THIS DOCUMENT RELATES TO** <br> *Rosetta Harness, et al. v. American International Group, Inc., et al.* <br> *Case No. 09-8357* | * * * | **JUDGE ENGELHARDT** |

*****************************************************************

## PLAINTIFFS' NOTICE OF VOLUNTARY
## DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come plaintiffs herein, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss American International Group, Inc., Starr Excess Liability Insurance Company, Ltd., American International Specialty Lines Insurance Company and Gibraltar Insurance Company, Ltd. as defendants in the above captioned matter as this instant suit is duplicative of *Harness, et al, v. American International Group, Inc., et al,* 09-8337 (E.D. La. 2009). Both cases involve the same substantive allegations.

Accordingly, Named Plaintiffs seek to voluntarily dismiss the above captioned matter, while reserving all rights and allegations in *Harness, et al, v. American International Group, Inc., et al*, 09-8337 (E.D. La. 2009).

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/ Lawrence J. Centola, Jr.

  LAWRENCE J. CENTOLA, JR.
Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
602 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com


**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.


 s/ Lawrence J. Centola, Jr.
LAWRENCE J. CENTOLA, JR.