Case 2:09-cv-07933-KDE-ALC Document 4-2 Filed 01/14/2010 Page 1 of 2
Case 2:07-md-01873-KDE-MBN Document 11455 Filed 02/10/10 Page 1 of 3

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| THIEN TRAN <br> *Plaintiff* <br> v. <br> CRUM & FORSTER, ET AL <br> *Defendant* | ) ) ) ) ) ) ) <br> Civil Action No. 09-7933 (Related to 07-md-1873) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Federal Emergency Management Agency
Through the Office of the Director
Craig Fugate, Director
500 C Street S.W.
Washington, D.C. 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Jan 14 2010

*Cherie Bourgeois*
Deputy clerk's signature

Case 2:07-md-01873-KDE-MBN Document 11455 Filed 02/10/10 Page 2 of 3
Case 2:09-cv-07933-KDE-ALC Document 4-2 Filed 01/14/2010 Page 2 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-7933 (Related to 07-md-1873)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: CERTIFIED MAIL
RETURN RECEIPT REQUESTED
ARTICLE NO.
7009 0820 0001 8058 5959

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 2/10/2010

*Server's signature*

Mary M. Cruthirds
Legal Secretary
P.O. Box 2125
Lake Charles, LA 70602-2125

*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ORDS RECEIVING<br>X ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) — C. Date of Delivery<br>JAN 25 2010 |
| 1. Article Addressed to:<br>FEMA<br>through the Ofc. of Director<br>Craig Fugate, Director<br>500 C Street, S.W.<br>Washington, D.C. 20472 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>Jonathan A. Ransom |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 0820 0001 8058 5959 |

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540