UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2977

## ORDER AND REASONS

Before the Court is Defendants' Joint Motion to Strike the Addendum to the Expert Reports of Dr. Lawrence Miller (Rec. Doc. 10321). This motion is opposed by Plaintiff Lyndon Wright. (Rec. Doc. 11012). After considering the memoranda of the parties, the exhibits attached thereto, and the applicable law,

**IT IS ORDERED** that, for all the reasons expressed by Defendants in their motion (Rec. Doc. 10321) and their Reply (Rec. Doc. 11282), **Defendants' Joint Motion to Strike the Addendum to the Expert Reports of Dr. Lawrence Miller (Rec. Doc. 10321)** is **GRANTED**. Any and all opinions expressed for the first time in the Addendum to Dr. Miller's report are hereby excluded.

New Orleans, Louisiana, this 10th day of February, 2010.

                                                **KURT D. ENGELHARDT**
                                                **United States District Judge**