UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>  FORMALDEHYDE PRODUCTS<br>  LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Member Case No. 09-2977

## ORDER AND REASONS

Before the Court is Defendants' Joint Motion to Strike Plaintiff's Supplemental Expert Reports (Rec. Doc. 10944). This motion is opposed by Plaintiff Lyndon Wright. (Rec. Doc. 11143). After considering the memoranda of the parties, the exhibits attached thereto, and the applicable law,

**IT IS ORDERED** that, for all the reasons expressed by Defendants in their motion (Rec. Doc. 10944) and their Reply (Rec. Doc. 11290), **Defendants' Joint Motion to Strike Plaintiff's Supplemental Expert Reports (Rec. Doc. 10944)** is **GRANTED**. Any and all opinions expressed for the first time in the supplemental reports of Williams, Hewett, and Lagrange are hereby excluded.

New Orleans, Louisiana, this 10th day of February, 2010.

_____
**KURT D. ENGELHARDT**
**United States District Judge**

1