AO 440 (Rev. 04/08) Civil Summons

RETURN

# UNITED STATES DISTRICT COURT

for the

USDC Eastern District of Louisiana

Lauren Becnel, et al.
Plaintiff
v.
Stewart Park Homes, Inc.
Defendant

Civil Action No. 09-7092
SECT. N MAG 5

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Bechtel National, Inc
C T Corporation System
6100 Neil Road Suite 500
Reno, NV 89511

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Loretta G. Whyte
Name of clerk of court

**Oct 29 2009**

Date: ____________

Sarah Busang
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free
info@fematrailerlitigation.com

2506 N. Port Avenue
Corpus Christi, TX 78401

Mikal C. Watts, P.C.
Robert Hilliard, L.L.P.

November 16, 2009

***Via Certified Mail - Return Receipt Requested & Regular Mail***
Bechtel National, Inc
C T Corporation System
6100 Neil Road Suite 500
Reno, NV 89511

RE: Service for Lauren Becnel, et al. v. Stewart Park Homes, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on October 29, 2009 in Cause No. 09-7092, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Bechtel National, Inc. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures


U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Po | |

Postmark Here
CORPUS CHRISTI TX 78469
NOV 17 2009
USPS

Sent To
Bechtel National, Inc
C T Corporation System
6100 Neil Road Suite 500
Reno, NV 89511
ID#1270

PS Form 3800, August 2006 See Reverse for Instructions

7009 2250 0003 2350 2073

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Bechtel National, Inc
C T Corporation System
6100 Neil Road Suite 500
Reno, NV 89511
ID#1270

COMPLETE THIS SECTION ON DELIVERY
A. Signature X ☐ Agent ☒ Addressee
B. Received by (Printed Name) Jordan Chism C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
FEMA Amended Service

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7009 2250 0003 2350 2073

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on Bechtel National, Inc by:

(1) personally delivering a copy of each to the individual at this place, ________________________________ ________________________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ________________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ________________________________; or

(4) returning the summons unexecuted to the court clerk on ________________; or

(5) other (specify) Certified mail return receipt requested #70092250000323502073, Sent 11/17/2009, Received 11/19/2009. Registered Agent: C T Corporation System 6100 Neil Road Suite 500 Reno, NV 89511

My fees are $______________ for travel and $ ______________ for services, for a total of $______________.

Date: 1/27/2010

Wynter Lee

Server's signature

Wynter Lee - Mass Tort Coordinator

Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401

Server's address