UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Mary E. Dykes vs. Gulf Stream Coach, Inc., et al*<br>*No. 09-08294* | |

## MOTION TO AMEND FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Mary E. Dykes, who moves this Honorable Court for an Order, allowing the second amendment of the complaint in this matter. This amendment is sought to correct the name of a party defendant (Gulf Stream, Inc., which should have been cited as Gulf Stream Coach, Inc.) that was incorrectly stated in the First Supplemental and Amending Petition. No answer has been filed in this case.

WHEREFORE, plaintiff prays for an Order from this Honorable Court allowing the filing of the attached Second Supplemental and Amending Complaint for Damages.

        J. MICHAEL VERON (#7570)
        J. ROCK PALERMO III (#21793)
        VERON, BICE, PALMERO & WILSON, L.L.C.
        P. O. BOX 2125
        LAKE CHARLES, LA  70602
        (337) 310-1600
        (337) 310-1601 (FAX)

        PAUL A. DOMINICK
        RICHARD L. TAPP, JR
        DENNIS J. LYNCH
        NEXSEN PRUET, L.L.C.
        P. O. BOX 486
        CHARLESTON, SC  29402
        (843) 577-9440
        (843) 720-1777

        SEAN K. TRUNDY
        SEAN KEVIN TRUNDY, L.L.C.
        P. O. BOX 41343
        NORTH CHARLESTON, SC  29423
        (843) 747-4424
        (843) 747-4489

BY:   /s/  J. Rock Palermo III

CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2010, I presented the Motion to Amend First Supplemental and Amending Complaint for filing and uploading to the CM/ECF system which will send notification of such filing to all known counsel of record.

        /s/  J. Rock Palermo III
        J. Rock Palermo III