UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Mary E. Dykes vs. Gulf Stream Coach, Inc., et al*<br>*No. 09-08294* | |

## SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through the undersigned counsel, comes Mary E. Dykes, a person of full age of majority, on behalf of herself (hereinafter, "Plaintiff"), through undersigned counsel, wishes to amend her First Supplemental and Amending Complaint for Damages as follows:

1.

The original Petition for Damages filed in the Civil District Court of Orleans Parish and removed to the Eastern District of Louisiana named Gulf Stream Coach, Inc. as the manufacturer defendant. The First Supplemental and Amending Complaint for Damages incorrectly cited Gulf Stream, Inc. as the manufacturer defendant. Plaintiff desires to amend all references to Gulf Stream, Inc. in the First Supplemental and Amending Complaint for Damages to be replaced with Gulf Stream Coach, Inc.

2.

Plaintiff desires that Gulf Stream, Inc. be terminated as a defendant herein and that Gulf Stream Coach, Inc., Fluor Enterprises, Inc. and the United States of America, through the Federal Emergency Management Agency, remain as defendants in the above-captioned matter.

3.

All other statements and allegations contained in the original Petition for Damages and First Supplemental and Amending Complaint for Damages are realleged and incorporated herein as if copied *in extenso.*

WHEREFORE, Plaintiff prays that:

I.   Defendant Gulf Stream Coach, Inc., Fluor Enterprises, Inc., and the United States of America, through the Federal Emergency Management Agency, be cited and served with a copy of the Second Supplemental and Amending Petition;

II.   Gulf Stream, Inc. be terminated as a defendant herein and that Gulf Stream Coach, Inc., Fluor Enterprises, Inc. and the United States of America, through the Federal Emergency Management Agency, remain as defendants in the above-captioned matter.

III.   After due proceedings are had, Plaintiff prays for judgment in his favor and against all Defendants in an amount reasonable under the premises, together with legal interest thereon from the date of judicial demand, and for all costs of these proceedings, and for all appropriate legal and equitable relief, and for trial by jury.

J. MICHAEL VERON (#7570)
J. ROCK PALERMO III (#21793)
VERON, BICE, PALMERO & WILSON, L.L.C.
P. O. BOX 2125
LAKE CHARLES, LA  70602
(337) 310-1600
(337) 310-1601 (FAX)

PAUL A. DOMINICK
RICHARD L. TAPP, JR
DENNIS J. LYNCH
NEXSEN PRUET, L.L.C.
P. O. BOX 486
CHARLESTON, SC  29402
(843) 577-9440
(843) 720-1777

SEAN K. TRUNDY
SEAN KEVIN TRUNDY, L.L.C.
P. O. BOX 41343
NORTH CHARLESTON, SC  29423
(843) 747-4424
(843) 747-4489

BY:   /s/ J. Rock Palermo III

2