```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


IN RE: FEMA TRAILER                         MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                        NUMBER: 07-1873

                                            SECTION: "N"(5)
```

ORDER ON MOTION
FEBRUARY 8, 2010


APPEARANCES:

MOTION:

(1)  Keystone's Motion to Compel Discovery (Rec. doc. 10,777).

　_____ :    Continued to

　__1___ :    No opposition filed within the time limit prescribed by
              Local Rule 7.5E.

　_____ :    Opposition

　_____ :    Local Rules 37.1E, 33.2, 36.1, 7.6E

<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

__1__ : Granted as unopposed. If he has not already done so, plaintiff is to respond to Keystone's outstanding discovery requests within two (2) weeks.

_____ : Denied.

_____ : Other.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE