UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | |
| | * | **SECTION  N (5)** |
| | * | |
| | * | |
| **THIS DOCUMENT RELATES TO** | * | **JUDGE ENGELHARDT** |
| *Louanna Barras, et al. v. Gulf Stream Coach,* | * | |
| *Inc, et al. Case No. 09-5728* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF VOLUNTRAY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFF

The following Plaintiff hereby gives notice of Plaintiff's voluntary dismissal of all claims against all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i):

1. Frank Butler III.

This dismissal applies to above named Plaintiff only, and does not affect the claims of the remaining Plaintiffs in this matter.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC
BY:   */s/ Lawrence J. Centola, Jr.*
          LAWRENCE J. CENTOLA, JR.
Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
602 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile:  (504) 525-1279
lcentola@hurricanelegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 10, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

          *s/ Lawrence J. Centola, Jr.*
          LAWRENCE J. CENTOLA, JR.