# Transcript of the Testimony of
# Videotaped Deposition of David Edward Garratt

Date taken: July 7, 2009

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT A

Page 37

```
09:42:34   1            Correct?
09:42:34   2       A.   I would say that's probably correct, that
09:42:36   3   they -- their taxes go to pay for those units, that's
09:42:42   4   correct, as does the rest of the United States
09:42:46   5   population.
09:42:46   6       Q.   Absolutely, but you're not excluding the
09:42:52   7   disaster victims from -- they didn't get anything per
09:42:54   8   se absolutely free or at no cost to them?
09:42:55   9            MR. WOODS:  Objection, calls for --
09:42:57  10   assumes facts not in evidence.
09:42:57  11       A.   Nothing came out of their pockets in terms
09:43:00  12   of the requirements for this.  They paid no
09:43:02  13   out-of-pocket costs for this.
09:43:03  14            BY MR. WOODS:
09:43:03  15       Q.   At the time that the units were provided,
09:43:05  16   but again, it being funded by taxpayer money,
09:43:09  17   assuming that an individual is a taxpayer that
09:43:14  18   received an EHU, that there is some portion --
09:43:17  19       A.   I'll concede the point.
09:43:19  20       Q.   Okay.  Let's get into talking specifically
09:43:43  21   about the reason we're here, and that's the
09:43:47  22   formaldehyde concerns in the EHUs.
```