UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Trevel Jackson vs. Frontier RV, Inc. and Fluor Enterprises, Inc.*<br>No. 09-07626 | |

**THIRD**
~~**SECOND**~~ **SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through the undersigned counsel, comes Trevel Jackson, a person of full age of majority, on behalf of himself (hereinafter, "Plaintiff"), through undersigned counsel, wishes to amend his First Supplemental and Amending Complaint for Damages as follows:

1.

The original Petition for Damages filed in the Civil District Court of Orleans Parish and removed to the Eastern District of Louisiana named Frontier RV, Inc. as the manufacturer defendant. The First Supplemental and Amending Complaint for Damages incorrectly cited Jayco, Inc. a/k/a Bottom Live RV as the manufacturer defendant. Plaintiffs desire to amend all references to Jayco, Inc. a/k/a Bottom Line RV made in paragraphs 2, XIA, XIB, XIE, XIF, the prayer and any and all other references to Jayco Inc. a/k/a Bottom Line RV in the First Supplemental and Amending Complaint for Damages to be replaced with Frontier RV, Inc.

2.

Plaintiff desires that Jayco, Inc. a/k/a Bottom Line RV be terminated as a defendant herein and that Frontier RV, Inc., Fluor Enterprises, Inc. and the United States of America, through the Federal Emergency Management Agency, remain as defendants in the above-captioned matter.

3.

All other statements and allegations contained in the original Petition for Damages and First Supplemental and Amending Complaint for Damages are realleged and incorporated herein as if copied *in extenso.*

WHEREFORE, Plaintiff prays that:

I.     Defendant Frontier RV, Inc., Fluor Enterprises, Inc., and the United States of America, through the Federal Emergency Management Agency, be cited and served with a copy of the Second Supplemental and Amending Petition;

II.    Jayco, Inc. a/k/a Bottom Line RV be terminated as a defendant herein and that Frontier RV, Inc., Fluor Enterprises, Inc. and the United States of America, through the Federal Emergency Management Agency, remain as defendants in the above-captioned matter.

III.   After due proceedings are had, Plaintiff prays for judgment in his favor and against all Defendants in an amount reasonable under the premises, together with legal interest thereon from the date of judicial demand, and for all costs of these proceedings, and for all appropriate legal and equitable relief, and for trial by jury.

J. MICHAEL VERON (#7570)
J. ROCK PALERMO III (#21793)
VERON, BICE, PALMERO & WILSON, L.L.C.
P. O. BOX 2125
LAKE CHARLES, LA  70602
(337) 310-1600
(337) 310-1601 (FAX)

PAUL A. DOMINICK
RICHARD L. TAPP, JR
DENNIS J. LYNCH
NEXSEN PRUET, L.L.C.
P. O. BOX 486
CHARLESTON, SC  29402
(843) 577-9440
(843) 720-1777

SEAN K. TRUNDY
SEAN KEVIN TRUNDY, L.L.C.
P. O. BOX 41343
NORTH CHARLESTON, SC  29423
(843) 747-4424
(843) 747-4489

BY:    /s/  J. Rock Palermo III

2