UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Joann Snyder; Anjell Snyder; Keyanta Clay, individually, and for her minor child, D. Clay; and The Estate of Marie Dixon, vs. Frontier RV, Inc. and Shaw Environmental, Inc.*<br>No. 09-06782 | |

THIRD
~~SECOND~~ **SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES**

NOW INTO COURT, through the undersigned counsel, comes Joann Snyder; Anjell Snyder; Keyanta Clay, individually, and for her minor child, D. Clay; and The Estate of Marie Dixon, persons of full age of majority, on behalf of themselves and on behalf of individuals who lack the capacity to sue individually (hereinafter, "Plaintiffs"), through undersigned counsel, wish to amend their First Supplemental and Amending Petition for Damages as follows:

1.

The original Petition for Damages filed in the Civil District Court of Orleans Parish and removed to the Eastern District of Louisiana named Frontier RV, Inc. as the manufacturer defendant. The First Supplemental and Amending Petition for Damages incorrectly cited Forest River, Inc. as the manufacturer defendant. Plaintiffs desire to

amend all references to Forest River, Inc. made in paragraphs 2, XIA, XIB, XIE, XIF, the prayer and any and all other references to Forest River, Inc. in the First Supplemental and Amending Petition for Damages to be replaced with Frontier RV, Inc.

2.

Plaintiffs desire that Forest River, Inc. be terminated as a defendant herein and that Frontier RV, Inc., Shaw Environmental, Inc. and the United States of America, through the Federal Emergency Management Agency, remain as defendants in the above-captioned matter.

3.

All other statements and allegations contained in the original Petition for Damages and First Supplemental and Amending Petition are realleged and incorporated herein as if copied *in extenso.*

WHEREFORE, Plaintiffs pray that:

I.   Defendant Frontier RV, Inc., Shaw Environmental, Inc., and the United States of America, through the Federal Emergency Management Agency, be cited and served with a copy of the Second Supplemental and Amending Petition;

II.   Forest River, Inc. be terminated as a defendant herein and that Frontier RV, Inc., Shaw Environmental, Inc. and the United States of America, through the Federal Emergency Management Agency, remain as defendants in the above-captioned matter.

III.	After due proceedings are had, Plaintiffs pray for judgment in their favor and against all Defendants in an amount reasonable under the premises, together with legal interest thereon from the date of judicial demand, and for all costs of these proceedings, and for all appropriate legal and equitable relief, and for trial by jury.

>	J. MICHAEL VERON (#7570)
>	J. ROCK PALERMO III (#21793)
>	VERON, BICE, PALERMO & WILSON, L.L.C.
>	P. O. BOX 2125
>	LAKE CHARLES, LA  70602
>	(337) 310-1600
>	(337) 310-1601 (FAX)
>
>	PAUL A. DOMINICK
>	RICHARD L. TAPP, JR
>	DENNIS J. LYNCH
>	NEXSEN PRUET, L.L.C.
>	P. O. BOX 486
>	CHARLESTON, SC  29402
>	(843) 577-9440
>	(843) 720-1777
>
>	SEAN K. TRUNDY
>	SEAN KEVIN TRUNDY, L.L.C.
>	P. O. BOX 41343
>	NORTH CHARLESTON, SC  29423
>	(843) 747-4424
>	(843) 747-4489
>
>
>	BY:	/s/  J. Rock Palermo III