UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Mary E. Dykes vs. Gulf Stream Coach, Inc., et al*<br>*No. 09-08294* | |

ORDER

Considering the foregoing motion,

IT IS ORDERED that plaintiff be granted leave to file the Second Supplemental and Amending Complaint for Damages.

THUS DONE the 10th day of February, 2010, at New Orleans, Louisiana.

_____
JUDGE