UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                         MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                                           SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2911

## ORDER

**IT IS ORDERED** that **the Unopposed Motion to File Second Supplemental and Amending Complaint (Rec. Doc. 11303)** is **DENIED** as it fails to comply with this Court's previous Pre-Trial Orders relating to matching.  Plaintiff's counsel shall familiarize himself with such orders and proceed accordingly.

New Orleans, Louisiana, this 10th day of February, 2010.

                                                                **KURT D. ENGELHARDT**
                                                                **UNITED STATES DISTRICT JUDGE**