**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

**Loretta G. Whyte**                                          500 Poydras St., Room C-151
**Clerk**                                                     New Orleans, LA 70130

February 4, 2010

Mr. Charles R. Fulbruge, III, Clerk                           APPEAL NO. 09-31038
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130


IN RE: FEMA TRAILER FORMALDEHYDE PRO LIABILITY LIT    CA 07-1873 N  c/w 09-2892


Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

    ___    1) Certified copy of the notice of appeal and docket entries.

    ___    2) Certified copy of notice of a cross-appeal and docket entries.

    ___    3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

    ___    4) This case is proceeding in forma pauperis

    ___    5) Order Appointing Counsel    ___ CJA-20    ___ FPD

    ___    6) District Judge entering the final judgment is _____

    ___    7) Court Reporter assigned to the case _____

    ___    8) If criminal case, number and names of other defendants on appeal ____

    ___    9) This case was decided without a hearing; there will be no transcript.

    ___    10) Spears hearing held.

In connection with this record, the following documents are transmitted.

     x    1) **Certified** Copies record on appeal consisting of:

             ___ Volume(s) of record    ___ Volume(s) transcript

             ___ Volume(s) of depositions

             ___ Container(s) of exhibits ___ Box ___ Envelope ___ Folder

    ___    2) Supplemental record including, _____

    ___    3) SEALED Doc._____

    ___    4) Other:_____

                                                  Very truly yours,

                                                By   Alicia Phelps
                                                          Deputy Clerk