UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEAM TRAILER | * | MDL NO.: 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | JUDGE: KURT D. ENGELHARDT |
| This Document Relates to: | * | |
| THIRD SUPPLEMENTAL AND | * | |
| AMENDED ADMINISTRATIVE | * | MAG. JUDGE: ALMA L. CHASEZ |
| MASTER COMPLAINT | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE
RESPONSIVE PLEADINGS TO THE ADMINISTRATIVE MASTER COMPLAINT,
FIRST SUPPLEMENTAL AND AMENDED MASTER COMPLAINT,
SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT, THIRD
SUPPLEMENTAL AND AMENDED MASTER COMPLAINT AND
FOURTH SUPPLEMENTAL AND AMENDED MASTER COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, come the Contractor Defendants, who respectfully requests this Honorable Court to extend the deadline to file responsive pleadings to the Administrative Master Complaint (Docket No. 109), First Supplemental and Amended Master Complaint (Docket No. 379), Second Supplemental and Amended Master Complaint (Docket No. 722), Third Supplemental and Amended Master Complaint (Docket No. 4486) and Fourth Supplemental and Amended Master Complaint (Docket No. 7688), until March 22, 2010.

Plaintiffs' Liaison Counsel has been contacted and concurs with the request for extension of the deadline.

WHEREFORE, the Contractor Defendants pray that their Unopposed Motion to Extend Deadline to File Responsive Pleadings to the Administrative Master Complaint, First Supplemental and Amended Master Complaint, Second Supplemental and Amended Master Complaint, Third Supplemental and Amended Master Complaint, and Fourth Supplemental and Amended Master Complaint be granted.

Respectfully submitted,

**FRILOT L.L.C.**

*/s/ Peter R. Tafaro*
**JOHN J. HAINKEL, III – 18246
ANGELA M. BOWLIN – 20714
SHERI S. FAUST – 26283
JAMES H. BROWN, JR. – 3564
JOHN CAZALE – 27991
PETER R. TAFARO - 28776
ANDREW M. MAESTRI – 30606**
3700 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3700
T: (504) 599-8000; F: (504) 599-8100

**Counsel for Defendant: Bechtel National, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

*/s/ Peter R. Tafaro*