AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| MABEL BRISTER, ET AL. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 09-4828 SECT. N MAG. 5 |
| AMERICAN INTERNATIONAL GROUP, INC., ET AL. ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gibraltar Insurance Co., LTD
Through its Registered Agent for Service of Process
Quest Management Solutions
FB Perry Building 40 Church Street
Hamilton, HM 11
BERMUDA

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT Loretta G. Whyte

*B. Gregory*
Signature of Clerk or Deputy Clerk

Date: _____

Aug 12 2009

| | Item Description (Nature de l'envoi) | Registered ☐ Article (Envoi recommandé) | ☐ Letter (Lettre) | Printed ☐ Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery ☐ (Envoi à livraison attestée) | Express ☐ Mail International |
|---|---|---|---|---|---|---|---|
| Completed by the office of origin. (À remplir par le bureau d'origine.) | Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number | | | |
| | Office of Mailing (Bureau de dépôt) Gibralter Insurance Co. | | | | Date of Posting (Date de dépôt) 10-00-09 | | |
| | Addressee Name or Firm (Nom ou raison sociale du destinataire) Quest Management Solution | | | | | | |
| | Street and No. (Rue et No.) FB Perry Bldg 40 Church S | | | | | | |
| | Place and Country (Localité et pays) Hamilton, HM 11, Bermuda | | | | | | |

Postmark: 23.NOV.09 HAMILTON BERMUDA

| | | |
|---|---|---|
| Completed at destination. (À compléter à destination.) | This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail. (Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.) | Postmark of the office of destination (Timbre du bureau de destination) |
| | ☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)  Date | |
| | Signature of Addressee (Signature du destinataire) | Office of Destination Employee Signature (Signature de l'agent du bureau du destination) | |

PS Form 2865, February 1997 (Reverse)

**UNITED STATES POSTAL SERVICE®**

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

Administration des Postes des Etats-Unis d'Amérique

*Par Avion*

Postmark of the office returning the receipt Timbre du bureau renvoyant l'avis

Return by the quickest route (air or surface mail), a découvert and postage free.

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

The sender completes and indicates the address for the return of this receipt. (A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale) Gainsburgh Benjamin

1100 Poydras St.

Street and Number (Rue et no.) 2800 Energy Centre

City, State, and ZIP + 4 (Localitié et code postal) New Orleans, LA 70163

UNITED STATES OF AMERICA        Etats-Unis d'Amérique

PS Form 2865, February 1997    *Avis de réception*    CN07 (Old C5)