OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date:    February 9, 2010

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

LYNETTE BANKS V. VANGUARD IND.
OF MICHIGAN, INC., ET AL

Case No. 09-6177

Dear Sir:

Please **issue** summons on the **complaint** to the following:

1.   FEMA, through Craig Fugate, Director, 500 C Street SW
     Washington DC 20472

2.   United States of America, Department of Justice, through Eric
     Holder, U.S. Attorney, 950 Pennsylvania Ave NW, Washington DC
     20530-0001

3.   United States of America through James Letten, U.S. Attorney for
     the Eastern District of LA, 500 Poydras St., Suite B1210, New
     Orleans, LA 70130

4.   Vanguard Industries of Michigan, Inc., Through its Agent for
     Service of Process, Scott A. Day, 31450 M-86, West Colon, MI
     49040.

                         Very truly yours,

                         _____

                         JUSTIN I. WOODS
                         GAINSBURGH, BENJAMIN, DAVID,
                         MEUNIER & WARSHAUER, L.L.C.
                         2800 Energy Centre, 1100 Poydras St.
                         New Orleans, LA 70163-2800
                         (504) 522-2304
                         Attorney for Plaintiff