OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: February 12, 2010

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Theresa Barthelemy,
vs.
Crum & Forster Specialty Insurance,
et al

Case No. 09-5829

Dear Sir:

Please **(issue)** summons on the **(complaint)** to the following:

1. Crum & Forster Specialty Insurance Company, through the Louisiana Secretary of State, Legal Services Section, P. O. Box 94125, Baton Rouge, LA 70804-9125.

2. Sentry Insurance A Mutual Company, through The Louisiana Secretary of State, Legal Services Section, P. O. Box 94125, Baton Rouge, LA 70804-9125.

Very truly yours,

JUSTIN I. WOODS
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304
Attorney for Plaintiff