UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | *<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | | *<br>* | |
| *Lyndon T. Wright v. Forest River, Inc., et al,*<br>Docket No. 09-2977; | | *<br>* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S STATEMENT OF THE MATERIAL FACTS AS TO WHICH
THERE EXISTS A GENUINE ISSUE TO BE TRIED**

Pursuant to Local Rule 56.2, Plaintiff Lyndon T. Wright sets forth the following statement of material facts as to which there exists a genuine issue to be tried, with respect to Defendant Forest River Inc.'s ("Forest River") Motion for Summary Judgment as to the Failure to Warn Claim (Docket Entry No. 10937-2).

I. MATERIAL FACTS AS TO WHICH THERE EXISTS A GENUINE ISSUE TO BE TRIED.

1. Whether FEMA is a sophisticated purchaser or user.
2. Whether North American Catastrophe Services ("NACS") is a sophisticated purchaser or user.
3. Whether the warning provided by Forest River was sufficient to warn Plaintiff of the dangers of the product.
4. Whether Forest River had knowledge of the dangers of formaldehyde.
5. Whether Forest River was aware of potential dangers related to formaldehyde prior to FEMA and failed to warn FEMA of the same.
6. Whether Forest River had a continuing duty to warn FEMA of the potential dangers related to formaldehyde.
7. Whether Forest River had a continuing duty to warn Plaintiff of the same.

II. ALLEGED FACTS IN SHAW'S MOTION WHICH ARE CONTROVERTED.

Plaintiff controverts number 4 in that FEMA provided "FEMA Spec" units for disaster relief in Florida in 2005, but not for disaster relief in Texas during the early 2000s.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
Dennis Reich, Texas #16739600

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing on February 11, 2010.

                                       s/Gerald E. Meunier
                                       GERALD E. MEUNIER, #9471