1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3    IN RE: FEMA TRAILER        *    MDL NO. 1873
             FORMALDEHYDE PRODUCTS *
 4           LIABILITY LITIGATION  *    SECTION "N"(5)
                                   *
 5                                 *    JUDGE ENGELHARDT
      THIS DOCUMENT IS RELATED TO  *    MAGISTRATE CHASEZ
 6                                 *
      Lyndon T. Wright, et al. v.  *
 7    Forest River, Inc., et al.,  *
      No. 09-2977                  *
 8                                 *
      * * * * * * * * * * * * * * * *
 9

10         INCLUDES PORTIONS SUBJECT TO PROTECTIVE ORDER

11

12         The 30(b)(6) videotaped deposition upon oral

13    examination of FOREST RIVER, INC., by Doug Gaeddert, a

14    witness produced and sworn before me, Patrice E.

15    Morrison, RMR, CRR, Notary Public in and for the

16    County of Marion, State of Indiana, taken on behalf of

17    the Plaintiffs at The Marriott, 123 St. Joseph Street,

18    South Bend, Indiana, on November 5, 2009, at

19    9:03 a.m., pursuant to the Federal Rules of Civil

20    Procedure.

21

22              STEWART RICHARDSON & ASSOCIATES
                Registered Professional Reporters
23                   One Indiana Square
                        Suite 2425
24               Indianapolis, IN  46204
                     (317)237-3773
25
```

EXHIBIT A

60

```
 1    Q   All right.  And obviously, we're not trying to

 2        enter into the attorney-client privilege here.  I

 3        know Ernie's looking at me like he's about to

 4        object.

 5            MR. GIEGER:  Right.

 6    Q   And I'm not trying to get into anything that was

 7        communicated regarding your defense or strategy

 8        between counsel, but we're talking about any

 9        documents that would be discoverable relating to

10        any testing of the trailers or anything that may

11        relate to the trial of this matter.  Have they been

12        produced, to the best of your knowledge?

13    A   To the best of my knowledge, anything that would

14        apply to that would have been.

15    Q   Are there any communications between Forest River

16        and the plaintiff, Lyndon Wright, that you are

17        aware of?

18    A   No, sir.

19    Q   And I think you already testified to this in your

20        prior deposition.  The total amount of compensation

21        Forest River received from the contract, and that

22        would have been with NACS, under which the trailer

23        was sold to FEMA through NACS.

24    A   I believe that --

25            MR. GIEGER:  I'm going to object to it.  Just
```

Gaeddert, Doug 11/05/09

61

1      as long as it's clear that -- and I think it is --

2      there's no contract between --

3           MR. D'AMICO:   FEMA and --

4           MR. GIEGER:   Between Forest River --

5           MR. D'AMICO:   Right.

6           MR. GIEGER:   -- and any governmental agency

7      relative to disaster relief.

8           MR. D'AMICO:   And I agree.

9           MR. GIEGER:   I think all the other information

10     relative to dollars has either been previously

11     produced or appears in Mr. Liegl's Congressional

12     testimony.

13  Q  And really, we're concentrating on this trailer,

14     and I think Jeff Burian was asked about it

15     yesterday, and I think it was 9000 -- where is that

16     exhibit?   It was an exhibit, hold on.

17          Because you've already talked about the

18     47 million that was billed, and so did Mr. Liegl.

19     We're not asking you that.

20          Here.   Talking about the document that was

21     produced yesterday and discussed in Mr. Burian's --

22     I have it as an exhibit already out.   I'll give you

23     this.

24          MR. GIEGER:   It's Exhibit No. 4.

25  Q  This was produced yesterday.   There was a base

62

1      price of 9455 which we discussed; a $40 option

2      which was the upgrade on the refrigerator, for a

3      total of 9495.  Do you have any other information

4      on the invoice for this trailer?

5   A  That's on the sales order and the confirmation.  I

6      don't have a copy of the invoice.  And the invoice

7      typically would have been --

8   Q  Is this the whole package?

9   A  This is also a confirmation, but yeah, I mean,

10     that's accurate.  You just stated what jibes with

11     all three of those pieces of paper.

12  Q  Okay.  Do you have any other information that you

13     would have to produce on the sale of this trailer?

14     The Lyndon Wright trailer.

15  A  No.  You had a freight -- you had a bill of lading

16     yesterday.

17  Q  There's a whole package of stuff in here.

18  A  Yeah.

19  Q  The bill of lading --

20  A  So the bill of lading would have had to -- would

21     have applied to that particular coach.  There would

22     have been --

23  Q  You want to take your time and look through it and

24     see?

25  A  Okay.  The reason I mention the confirmation, the

Gaeddert, Doug 11/05/09

63

```
 1        confirmation may or may not show a transportation

 2        cost.  In the case of these 5000 FEMA units --

 3    Q   It does.

 4    A   The confirmation didn't; the invoice will.

 5    Q   The invoice did.

 6    A   That's what I'm -- that's the point I want to make

 7        so I don't get you in trouble here either.  The

 8        transportation on the 5000 NACS units, because it

 9        was subject to -- we might put a transportation

10        destination on when we built the unit, but we had,

11        majority of the time -- way too often the

12        destination changed by the time the units came off;

13        they'd have a different need, a different place.

14            So to clarify what you've asked, confirmation;

15        we'll show no transportation, no destination; bill

16        of lading, which will have a destination.  And

17        that's the information that's in the file.  Oh,

18        here's a partial copy of an invoice.  Yeah, you'll

19        have freight on the invoice in addition to, which

20        in this case transportation was invoiced, was

21        $2703, so...

22    Q   And that shows transportation to Louisiana.

23    A   Exactly.

24    Q   Are those all the documents relating to this

25        trailer?
```

103

1      in a lot of cases there was going to be an

2      approximately 30-day delay on those type items, and

3      for them to contact the retail customers.

4          And obviously everybody in the United States

5      and Canada knew what was going on, and I can only

6      remember one or two instances where we had somebody

7      that got kind of belligerent about -- and if I

8      remember right, we put some extra hours in and did

9      some modifications to some units in the yard to

10     satisfy one or two of those people that weren't as

11     understanding.

12  Q  And it's generally my understanding from your

13     testimony previously and the president, Mr. Liegl's

14     testimony, that you had to make some adjustments in

15     order to satisfy this while keeping in mind your

16     customer base, but you were able to do it within

17     your, let's say your existing factory runs.  You

18     didn't have to hire more people.

19  A  Yeah.  I mean we were able to balance it out.  And

20     so we ended up building -- you know, same people

21     built the products in the same facilities with the

22     same raw materials that we did before and shortly

23     after.

24  Q  Okay.  Generally speaking, and if you know, do you

25     know if any of the wood products -- particleboard,

104

1       lauan -- that may be used in any of the travel

2       trailers that we're talking about may have been

3       imported from Asia, being China, Indonesia, the

4       Philippines?

5    A  I don't know country of origins for any of the

6       specific materials.  You do know that Malaysia,

7       Indonesia are fairly common sources on, you know,

8       the lauan, but -- in 2005, there were certainly no

9       documentation that I was aware of that had country

10      of origin.

11   Q  Okay.  So you don't know if Forest River suppliers

12      actually shipped Asian-manufactured wood products

13      for some of the wood products that were used in

14      these trailers.

15   A  Best way to verify would go back down the supply

16      chain to the supplier.

17   Q  There may have been Asian wood products in some of

18      those?

19   A  I'm not going to say.

20          MR. GIEGER:  Asked and answered.

21   A  No idea what country of origin, to be certain.

22   Q  And again, I think you just said, in 2005, you

23      don't know if there were any markings on any of the

24      Asian wood products that would have alerted anyone

25      at Forest River to be able to distinguish it from

Gaeddert, Doug 11/05/09

105

```
 1        domestic or manufactured wood.
 2     A  Yeah.  I'm not familiar with any markings that
 3        would have -- I think any markings would have been
 4        towards product type, maybe, but I don't know that.
 5     Q  Okay.  We talked a little bit about the frame and
 6        your interaction with Lippert, and so did
 7        Mr. Burian yesterday talk about that.  And it's my
 8        understanding that the actual frame for the travel
 9        trailer that was produced for NACS and shipped down
10        to the Gulf Coast that Lyndon Wright actually
11        resided in was a frame that had jacks.  Correct?
12     A  There were four stabilizer jacks as part of the
13        specification on this 5000-unit order.
14     Q  And was it the understanding at Forest River that
15        the trailers were spec'd for jacks?
16     A  Yeah, they were.  They were on the specifications.
17     Q  And consequently, was it your expectation that
18        these travel trailers would be spec'd with jacks
19        because there would be a need for them at some
20        point?
21            MR. KURTZ:  Object to form.
22     A  I don't remember thinking specifically about that
23        at the time we processed the bid, but you would
24        assume that, if they were going to spend the money
25        to put the jacks on, that they would utilize the
```

106

```
 1        jacks, but...
 2   Q    That's an assumption.
 3   A    That's -- yeah.  I don't --
 4   Q    Were there any discussions with anyone at FEMA or
 5        NACS, or was Forest River consulted by FEMA or NACS
 6        about putting the travel trailers on concrete piers
 7        or blocks and lifting them off their wheels?
 8   A    Not to my knowledge.
 9   Q    Was that listed anywhere in the specs, that these
10        units had to be capable of being lifted off their
11        wheels and placed on concrete piers?
12   A    No.  I looked back through there, and there's
13        nothing that refers to that.
14   Q    Did you have any understanding at the time that you
15        were filling this order for these 5000 units that
16        that is how they were ultimately going to be set up
17        at their destination?
18   A    We didn't have any discussions as to ultimate end
19        use.
20   Q    Do you have an understanding -- and this may be
21        beyond your expertise, and if it is so, just tell
22        me.  But do you have any understanding of what the
23        health risks are from exposure to formaldehyde?
24   A    I'm not a doctor.  And I think even amongst the
25        medical community, from what I've read in the last
```

Gaeddert, Doug 11/05/09

137

1          Even though we have auditors, even though we

2     have QC people in every facility, kind of like

3     those random audits that Jeff Burian talked about

4     with RVIA would run unannounced, we randomly pull,

5     on average, about two units a day from the majority

6     of the facilities and do a random recheck of the

7     checks that we would have just done.

8          It's kind of an internal way of evaluating

9     each place individually, keeping ourself honest,

10    focused.  So that's what this is, basically one of

11    these daily summaries.  Actually, this one would

12    probably be -- yeah, this looks like it was a

13    one-day --

14  Q  March 27th.

15  A  One-day summary.  They also will supply us with a

16    monthly summary or quarterly summary.

17  Q  So how would it work?

18  A  All right.  On here, they ran through, this

19    particular day, 28 units.

20          You guys are becoming familiar with our plant

21    numbers, but if you look at the Plant # column,

22    it's going to show which units came from what

23    plant, so this included some motor homes as well as

24    towables.

25          The date obviously.

147

1    Q   In the course of this litigation, you learned that.

2    A   Yes.

3    Q   So even though all of your FEMA run product was

4        being installed on piers, there was no systemic

5        complaint about leaks.

6    A   Not that I'm aware of.

7            MR. D'AMICO:   Object to the form.

8    Q   Was there any systemic complaint about condensation

9        in any of the units, the FEMA run units?

10   A   Not that I'm aware of.

11   Q   You mentioned that Forest River had supplied travel

12       trailers to the government, perhaps it was also

13       through NACS, for prior disasters; right?

14   A   Correct.

15   Q   Do you know whether in those prior disasters, the

16       trailers were being installed on concrete piers or

17       not?

18   A   I have no idea.

19   Q   You mentioned that, in 2004, Mr. Porter came to do

20       an inspection of a prototype of what would become

21       the FEMA run unit; right?

22   A   Correct.

23   Q   What did his inspection entail?

24   A   A walk-through part of the plant, part of the

25       facility, Plant No. 27, with plant manager that was

148

1        involved in this -- we brought his name up a time

2        or two -- Jamie Albrecht, myself, Elton Keifer,

3        Eric Sharp, who is also a plant manager for a

4        couple of other facilities.

5            Review of this particular prototype, specific

6        prototype that we built to the FEMA specifications,

7        including the aluminum roof and the oven like we

8        talked about, the four-burner cooktop.

9            Open book for any documentation, any materials

10       he wanted to see.

11           We did take him up on a scaffolding -- it

12       wasn't actually a scaffolding; a mezzanine would be

13       the correct word, to show him the difference from a

14       distance between the one-piece seamless aluminum

15       roof, which we had one of in the building, and the

16       EPDM rubber roof so he could see, you know, what we

17       were saying was going to be a supply issue if it

18       actually came to that.

19           And just prior to lunch is when we completed

20       that inspection of that unit and the walk-through

21       in the plant and the short Q and A's that we had.

22           At that time, we were getting ready to go to

23       lunch, and I think I might have -- I don't know if

24       I said it in that last deposition, but one of the

25       things that impressed me about Dave Porter is we

149

```
 1          were going to go to lunch, and we said, "Hey, do

 2          you want to pop along?  We're going to go grab,"

 3          you know, "a burger or something or some chicken

 4          wings or something."

 5               And he said, "No, I don't do that.  I'd love

 6          to, but I don't do anything that could ever," you

 7          know, "be suspect as far as impropriety."

 8               And the guy was a very straight shooter.  I

 9          know he struck me unique as just a great guy.  I

10          was glad he was at my government.

11     Q    And I'm sure Mr. Miller is making a careful note of

12          that.

13               So he spent about three hours at Forest

14          River's facility inspecting the prototype in your

15          plant?

16     A    Yeah.  I don't remember the exact, but it would

17          have been -- it would have been in the morning, and

18          it would have ended prior to lunch, so...  The

19          plant managers typically go about 11:30, so right

20          around 11:30 we would have been done.  So whether

21          he got there at 8:00 or 9:00, I don't recall

22          exactly, but it would have -- ballpark it pretty

23          close.

24     Q    Okay.  Did the prototype have a Lippert-supplied

25          frame?
```

157

1    necessarily made any awards on that contract at this

2    stage of the game, just that we had a protocol for

3    going forward to execute the new contracts using

4    these specs and this testing protocol.

5         Q.    Did the new contract protocol extend to

6    each and every manufacturer that was a source of

7    emergency housing units?

8         A.    Yes.

9         Q.    Prior to that change, did -- was it the

10   prevailing view, at least your view, that the con- --

11   that the manufacturers were in fact providing units

12   that complied with the required safety standards for

13   formaldehyde?

14        A.    It was our understanding that the

15   manufacturers were -- if they were producing mobile

16   homes or manufactured housing, producing units that

17   complied with HUD standards.

18        Q.    M-hm.

19        A.    For those who were not producing

20   manufactured housing, they were producing park models

21   or travel trailers, which were recreational vehicles

22   that met or exceeded industry standards since there

158

1    were no federal standards that applied -- there were

2    no HUD standards that applied to their construction

3    at the time that those units were purchased for

4    Hurricane Katrina.

5        Q.    Well, how did the new specifications for

6    travel trailer manufacturing change what you refer to

7    as the industry standards?

8        A.    Well, our new specifications for park

9    models and mobile homes require that the units test

10   at point- -- what they ended up requiring is that

11   below .016 PPM.

12             Now, how the manufacturers and what the

13   manufacturers did to achieve that level in terms of

14   reducing components, materials, glues, et cetera,

15   that emit formaldehyde was up to them.  We were

16   interested in the outcome, which was a unit that

17   emitted no more than this amount of formaldehyde.

18             For travel trailers, we faced a different

19   or additional concern, and that was, they don't have

20   the ventilation systems that a park model or a mobile

21   home has.

22             So even if they use reduced formaldehyde,

196

```
 1        make sure that we could build a unit that would

 2        comply with these specifications, proposed

 3        specifications, A; and if we could, B, to have them

 4        arrange for a FEMA representative to conduct a

 5        First Article Inspection after we completed the

 6        unit.

 7    Q   And did Forest River, in fact, build a unit that

 8        met these requirements?

 9    A   Yes, we did.

10    Q   And did, in fact, a FEMA inspector or first

11        inspector come out and look at that unit?

12    A   Yes.

13    Q   And who was that person?

14    A   Gentleman's name was Dave Porter.

15    Q   And when did this first inspection -- site

16        inspection take place?

17    A   This would have been -- I don't remember the exact

18        date.  It would have been the latter part of July,

19        first part of August in 2004.  Kind of the middle

20        part of the summer, late part of the summer.

21    Q   And approximately how much time -- at that point,

22        had you already built the unit for him to look at?

23    A   Yeah.  I think we had it come off line and we had

24        him scheduled to come in through NACS two or three

25        days after we had it projected to come off our
```

Gaeddert, Doug 11/05/09

197

1    production line.

2  Q  And how long was he at the facility looking at this

3     unit?

4  A  Mr. Porter was there in the morning, and I know he

5     left prior to 11:30, as 11:30 is when our plant

6     managers typically decide they're going to go to

7     lunch, and he was invited to go along.  So I know

8     we were done at that time, and he declined to go

9     along because he wanted to make sure that

10    everything was on the up and up with his visit to

11    our facility, the inspection approval of that

12    particular unit.

13        And I know I told you last time, to me, it was

14    very impressive because he was a very straight

15    arrow and kind of renewed my confidence in some of

16    the stories that were going on about the government

17    at the time, although those have gone up further

18    since being associated with watching you do your

19    job as well.

20  Q  As to Mr. Porter, sir, did Forest River make any

21    suggestions to Mr. Porter at that time, during

22    conversations or in writing or anything, suggesting

23    that perhaps FEMA may want to modify or alter the

24    specifications of the units that you had built for

25    him to examine or look at?