1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER          *   MDL NO. 1873
       FORMALDEHYDE PRODUCTS *
       LIABILITY LITIGATION  *   SECTION "N"(4)
                             *
                             *   JUDGE ENGELHARDT
                             *
* * * * * * * * * * * * * * *

EXHIBIT J

   The 30(b)(6) videotaped deposition upon oral examination of FOREST RIVER by DOUG GAEDDERT, a witness produced and sworn before me, Patrice E. Morrison, RMR, CRR, Notary Public in and for the County of Marion, State of Indiana, taken on behalf of the Plaintiffs at The Marriott, 123 North Saint Joseph Street, South Bend, Indiana, on August 6, 2008, at 9:02 a.m., pursuant to the Federal Rules of Civil Procedure.

          STEWART RICHARDSON & ASSOCIATES
          Registered Professional Reporters
                  One Indiana Square
                     Suite 2425
               Indianapolis, IN  46204
                   (317)237-3773

41

1  A  Yes, sir.
2  Q  Do you know who FEMA sent to Forest River to
3     inspect the first articles that were produced?
4  A  Yes.
5  Q  Who was it?
6  A  Dave Porter.
7  Q  Dave Porter.
8  A  And I wouldn't elaborate normally in this, but
9     awesome guy, who is the only contact we ever had
10    with FEMA, and he was -- he put faith in the
11    Government back in me.  For what it's worth.
12    Stand-up guy.
13 Q  Like Henry Miller.
14 A  Don't know Henry yet but I'm assuming it's the
15    same.
16 Q  Okay.  If you look at the next page on that
17    grouping under Tab 24, Bates No. 0003523, it says
18    in general, up at the top, travel trailers being
19    produced under this contract are for the purpose of
20    providing temporary housing.  You see that?
21 A  Yep.
22 Q  Was that your understanding of what those 5000
23    trailers that you produced in response to Hurricane
24    Katrina were for also, for temporary housing?
25 A  Yes.

Gaeddert, Douglas 08/06/08