```
                                                                    1

 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2

 3

 4    IN RE: FEMA TRAILER          *    MDL NO. 1873
             FORMALDEHYDE PRODUCTS *
 5           LIABILITY LITIGATION  *    SECTION "N"(5)
                                   *
 6                                 *    JUDGE ENGELHARDT
                                   *    MAGISTRATE CHASEZ
 7    THIS DOCUMENT IS RELATED TO  *
                                   *
 8    Lyndon T. Wright, et al. v.  *
      Forest River, Inc., et al.,  *
 9    Docket No. 09-2977           *
                                   *
10    * * * * * * * * * * * * * * **

11

12         The videotaped deposition upon oral

13    examination of JAMES ALBRECHT, a witness produced and

14    sworn before me, Maria W. Collier, RPR, CRR, Notary

15    Public in and for the County of Marion, State of

16    Indiana, taken on behalf of the Plaintiffs at

17    The Marriott, 123 North St. Joseph Street, South Bend,

18    Indiana, on January 20, 2010, at 9:04 a.m., pursuant

19    to the Federal Rules of Civil Procedure.

20

21

22

23            STEWART RICHARDSON & ASSOCIATES
              Registered Professional Reporters
24               One Indiana Square, Suite 2425
                    Indianapolis, IN  46204
25                     (317)237-3773
```

EXHIBIT k

Albrecht, James

21

1   A   My understanding of NACS was that they functioned
2       as a dealer for us and they ordered product from us
3       to sell to FEMA.
4   Q   When did you -- have you interacted with NACS,
5       spoken with anybody there or corresponded with
6       them?
7   A   I'm sure I have.
8   Q   Do you know when those communications first
9       occurred?
10  A   I don't specifically recall.  My best guess would
11      be sometime in '04.
12  Q   '04.  Have you had any contact with FEMA?
13  A   The only contact I have ever had with FEMA is when
14      Dave Porter visited our plant to do what is called
15      the first article of inspection on a prototype we
16      had built.
17  Q   When was that prototype built?
18  A   That prototype was built sometime in July of '04.
19  Q   Was it built to FEMA specifications given to you?
20  A   Yes, it was.
21  Q   Were you tasked with developing a model to comply
22      with those FEMA specs?
23  A   Not solely, but, yes, I did participate in that
24      process.
25  Q   Who was involved in that process?

Albrecht, James