1

1                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
2

3    IN RE: FEMA TRAILER           *    MDL NO. 1873
            FORMALDEHYDE PRODUCTS   *
4           LIABILITY LITIGATION    *    SECTION "N"(5)
                                    *
5                                   *    JUDGE ENGELHARDT
     THIS DOCUMENT IS RELATED TO    *    MAGISTRATE CHASEZ
6                                   *
     Lyndon T. Wright, et al. v.    *
7    Forest River, Inc., et al.,    *
     No. 09-2977                    *
8                                   *
     * * * * * * * * * * * * * *
9

10

11        The videotaped deposition upon oral

12   examination of ELTON KEIFER, a witness produced and

13   sworn before me, Patrice E. Morrison, RMR, CRR, Notary

14   Public in and for the County of Marion, State of

15   Indiana, taken on behalf of the Plaintiffs at

16   The Marriott, 123 St. Joseph Street, South Bend,

17   Indiana, on November 3, 2009, at 9:04 a.m., pursuant

18   to the Federal Rules of Civil Procedure.

19

20

21

22             STEWART RICHARDSON & ASSOCIATES
               Registered Professional Reporters
23                    One Indiana Square
                        Suite 2425
24               Indianapolis, IN  46204
                      (317)237-3773
25

EXHIBIT L

254

1  Q  And you just became aware of that today while going
2     through that with plaintiffs' counsel; right?
3  A  Exactly, yes.
4  Q  But other than that warranty information, it was
5     your understanding that some persons would buy
6     these with the intent to use them full time.
7  A  I assume so, yes.
8  Q  Just to back up, other than your contact with David
9     Porter, I think a one-time occasion in 2004, have
10    you had any contact with any other FEMA employee?
11 A  No, I don't.
12 Q  So David Porter, in 2004, is the only FEMA employee
13    that you have ever had any involvement or
14    discussions with.
15 A  Yes.
16 Q  And nothing during that discussion related in any
17    way to formaldehyde issues or anything at all.
18 A  No.
19 Q  I want to ask you to quickly pull out
20    Exhibit No. 28 again, which is the statement by
21    Mr. Liegl.  Do you have that in front of you?
22 A  Yes, I do.
23 Q  And I want to ask you to turn to the third page,
24    and I wanted to focus your attention initially on
25    the third paragraph from the bottom.

Keifer, Elton