U.S. Department of Homeland Security
500 C Street, SW
Washington, D.C. 20472

 **FEMA**



EXHIBIT

M

June 30, 2004

Prospective Bidders

This Request For Proposal, HSFEHQ-04-Q-0020 is for a new Travel Trailer specification that FEMA desires to procure. The units are to be utilized in future disasters at various locations in the United States. The delivery point however will be to the DHS/FEMA Logistics Center in Forest Park, Georgia.

In that the specifications are new, an RFP is being issued and these specifications are not the same as the specifications currently on GSA Schedule.

The units are needed immediately, however, in that it is a new spec, there will be First Article Inspection required at the manufacturers location. FEMA representative(s) will be sent to the Manufacturer for that First Article Inspection.

The Government requires that the Proposed units meet all specifications outlined in this RFP.

Factors other than low bid will be utilized in the evaluation of this proposal to include the lead time for the production of these units, Technical, Quality and Past Performance.

Please contact me with any questions at the number provided below.

Richard T. Spillane
Contracting Specialist
(202) 646-3857

---

www.fema.gov    CONFIDENTIAL

FOREST - 0003522