NORTH AMERICAN CATASTROPHE SERVICES, INC.
864-B Washburn Road, Melbourne, FL 32934
Office: 321-259-0888    www.nacs1.com
Fax:    321-259-1505



To: 574-533-2965

MR. DOUG GAEDDERT,
MR. JAMIE ALBRICK
MR ELTON KEEFER

From: Mike Ferrall

Date: 1 JULY 2004
Number of pages 6

**EXHIBIT N**

GENTLEMEN, PLEASE REVIEW THESE SPECIFICATIONS NOTING THE DIFFERENCES WE HAVE NOTED AND THOSE ITEMS YOU MAY NOTICE. THIS IS THE NEW DIRECTION FEMA IS GOING AND AS SUCH WE HOPE TO BUILD GREAT QUANTITIES OF THESE NEW UNITS. WE REQUEST YOU QUOTE PRICING ON THESE UNITS IN QUANTITIES OF 1-25, 26-50, 51-75 AND 100+ UNITS. IN ADDITION FOR THE PURPOSE OF THIS INITIAL REQUEST FOR BIDS WE WOULD ALSO ASK YOU TO PROVIDE DESTINATION CHARGES TO THE FOLLOWING ADDRESS: 4442 NORTH 2ND, BUILDING 212B
FORT GILLEM
FOREST PARK GA. 30297-5185

WE DO NOT CURRENTLY OFFER ANY NON SLIDE MODELS IN THE SIZE RANGE 32-35 FEET. TO THE BEST OF OUR KNOWLEDGE FOREST RIVER DOES NOT BUILD ONE, CAN WE OVERCOME THIS?

PLEASE CALL MIKE @ 321-259-0888 UPON REVIEW

CONFIDENTIAL        FOREST - 0003521