# Forest River Recreational Vehicle Owner's Manual

## Travel Trailers & Fifth Wheels



EXHIBIT



www.forestriverinc.com

FOREST - 0002399

# Table of Contents

**Forward** .................................................. 3

**Identification & Safety** ................. 6
Recreational Vehicle S/N, Decals & Data Plate ..... 6
Manufacturer's Warranties ............................. 7
Safety Regulations for L.P. Gas Systems ........... 8
Fire Safety ...................................................... 9
Fire Extinguisher ............................................ 9
Smoke Detector ............................................ 10
Seat Belts ..................................................... 11

**Tire Safety Manual** ..................... 12

**Operations and Procedures** ..... 22
Proper Loading and Weight Distribution ......... 22
Trailer Weight Information ............................ 23
Computing Your Load and Load Distribution
  (Towable Recreational Vehicles) ................. 24
Travel Trailer Hitch ........................................ 25
Fifth Wheel Hitching Procedures .................... 25
Hydraulic Power Levelers (Motorized Only) .... 31
Slide-Out Room ............................................. 33
Emergency Stopping and Towing .................... 35
Carbon Monoxide Safety Precautions ............. 35
Interior Controls and Operations .................... 36
Fire-Resistant Safe ........................................ 39
Security System ............................................ 39
Exterior Operations ....................................... 40

**LP Gas System** .............................. 42
General Information ....................................... 42
Filling the LP Gas Tank .................................. 42
LP Gas Regulator .......................................... 43
Automatic Changeover Regulator .................. 43
Regulator Freeze-Up ...................................... 44
Hoses, Pipes, Tubes and Fittings .................... 44
Checking the LP Gas System for Leaks .......... 45
LP Gas Leak Detection System ...................... 45
LP Gas Safety Precautions ............................. 47

**Electrical System** ......................... 48
General Information ....................................... 48
Batteries ....................................................... 48
Power Converter ........................................... 50
Ground Fault Circuit Interrupter .................... 51
Circuit Breakers ............................................ 52
12 Volt Fuses ................................................ 52
Generator ..................................................... 52

**Water and Drainage** ..................... 54
General Information ....................................... 54
Fresh Water System ...................................... 54
Sanitizing the Fresh Water System ................ 56
Monitor Panel ............................................... 56
Waste Water System ..................................... 56
Holding Tanks ............................................... 57
Toilets .......................................................... 59
Water System Winterization .......................... 60
Water System Maintenance ........................... 60

**Appliances** .................................... 62
General Information ....................................... 62
Refrigerator ................................................. 62
Water Heater ................................................ 62
Range ........................................................... 63
Range Hood .................................................. 63
Icemaker ...................................................... 63
Microwave Oven/Microwave Convection Oven ... 64
Roof Air conditioner ...................................... 64
Furnace ........................................................ 65
Audio and Video ............................................ 66
TV Antenna ................................................... 68
Central Vacuum System ................................ 68
Food Center Blender ..................................... 69

**Care and Maintenance** ................ 70
General Information ....................................... 70
Care and Maintenance ................................... 70
Winter Precautions ........................................ 74
Storage Preparation ...................................... 75
Maintenance Chart ........................................ 76
Statement of Formaldehyde ........................... 77
Safety Chain Installation ................................ 77

**WaterPur™** .................................... 78
General Information ....................................... 78
Model CC1-10CLW12 ..................................... 79
Model CC1-5CLW12 ....................................... 80

FOREST - 0002404

**FOREWORD**

Your recreational vehicle has had a thorough inspection before it was shipped to the dealer. However, to insure your complete satisfaction, the dealer must perform an inspection of various components and operations based on a pre-delivery inspection list provided. You should take the opportunity to cover the operation of all components of your recreational vehicle with your dealer. This will help make you familiar with the recreational vehicle and it's operation, while at the same time providing you with the assurance of everything being in proper working order. In the case of a motorized product, a road test by the dealer is included as part of the pre-delivery inspection. He can then check for and correct any steering problems before you take delivery of the recreational vehicle. After this road test has been completed, front end alignment and/or vibrations will not be covered as part of the new vehicle warranty.

This recreational vehicle has been designed for short term and recreational use. It was not designed to be used as a permanent dwelling. If you intend to use your recreational vehicle as a permanent dwelling, it could cause your carpet, drapes, upholstery, and interior surfaces to deteriorate prematurely. This premature wear caused by permanent residency may under the terms of the new vehicle warranty be considered abnormal and abusive, and COULD REDUCE YOUR WARRANTY COVERAGE.

Should a problem develop for which you need assistance, contact your dealer. If the problem is automotive, the motorhome should be taken to either a chassis manufacturer service center or dealer. If the problem is with an appliance, check the appliance manufacturer's information supplied with the recreational vehicle for information regarding warranty work and/or location of appliance service centers.

If when traveling, you experience a breakdown or problem while your recreational vehicle is under warranty, and an authorized service center or dealer is not available, contact the dealer you purchased your recreational vehicle from before having the work done at an independent service center. By notifying them, you will know what is covered under the terms of your warranty, as well as making them aware of your problem. Any parts that require replacement, that are covered under the terms of the warranty should be retained and returned to your local dealer along with your invoice. This way, they are able to check what has occurred, and also make sure you are properly reimbursed for your expenditures.

Repairs made without prior authorization may be subject to denial or partial reimbursement. Modifications made to the recreational vehicle without proper authorization can result in reduction or loss of warranty coverage. Please make sure to contact your dealer before making such changes.

**The following note is added as a requirement of the National Highway Traffic Safety Administration (NHTSA):**

If you believe that your vehicle has a defect which could cause a crash or could cause injury or death, you should immediately inform the National Highway Traffic Safety Administration (NHTSA) in addition to notifying the manufacturer.

If NHTSA receives similar complaints, it may open an investigation, and if it finds that a safety defect exists in a group of vehicles, it may order a recall and remedy campaign. However, NHTSA cannot become involved in individual problems between you, your dealer, or the manufacturer.

To contact NHTSA, you may either call the Auto Safety Hot-line toll-free at 1-800-424-9393 (or 366-0123) in Washington, D.C. 20590. You can also obtain other information about motor vehicle safety from the Hot-line.

4

FOREST - 0002403

### STATEMENT OF FORMALDEHYDE
### FROM BUILDING MATERIALS

Certain building products such as particleboard, fiberboard, and hardwood plywood are manufactured with an adhesive containing urea-formaldehyde. These products emit a small quantity of formaldehyde into the air.

Other products contain formaldehyde or urea-formaldehyde resins, such as some carpets, draperies, upholstery, fabrics, deodorizers, cosmetics, and permanent-press fabrics. Formaldehyde is also a by-product of combustion and is produced by cigarettes and gas appliances.

The concentration of formaldehyde in the indoor air depends on the quantity and emission rates of all emission rates of all emitting products in the structure compared to the volume of indoor air and the fresh air ventilation rate. As with other indoor pollutants, ventilation should reduce formaldehyde levels.

WARNING:   FORMALDEHYDE LEVELS IN THE INDOOR AIR CAN CAUSE TEMPORARY EYE AND RESPIRATORY IRRITATION AND MAY AGGRAVATE RESPIRATORY CONDITIONS OR ALLERGIES.

### SAFETY CHAIN INSTALLATION INSTRUCTIONS:

Your travel trailer has been equipped with safety chains of the proper classification as specified in Canadian Standards Association Standard Z240.1.2. You should always connect these chains properly subsequent to moving your trailer, even for short distances. In the unlikely event that your trailer should come loose from the hitch ball, properly installed chains can avoid disastrous results.

The length of the safety chain has been adjusted when the end connectors were installed. Chains should always be of equal length on both sides. The length should be adequate to allow the tightest turn radius available while being short enough to preclude dragging on the road.

Safety chains should always be connected by crossing them under the trailer tongue. The right chain attaches to the left side and the left chain attaches to the right side. This will form a cradle that catches the hitch coupler should it come loose. The end connectors should always be connected to the hitch base plate or other location specifically provided for this purpose. NEVER attach safety chains by looping them around the ball hitch.

77

FOREST - 0002476