```
                                                                    1

 1                  UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF LOUISIANA

 3

 4

 5

 6    IN RE:  FEMA TRAILER        MDL NO. 1873

 7    FORMALDEHYDE PRODUCTS       SECTION "N"(4)

 8    LIABILITY LITIGATION        JUDGE ENGELHARDT

 9

10                      *   *   *

11

12        VIDEOTAPED DEPOSITION OF LYNDON WRIGHT,

13    3417 SOUTH CLAIBORNE AVENUE, APARTMENT 5,

14    NEW ORLEANS, LOUISIANA 70113, TAKEN AT THE

15    OFFICES OF FRANK D'AMICO, 622 BARONNE

16    STREET, NEW ORLEANS, LOUISIANA 70130, ON THE

17    10TH DAY OF JULY, 2009.

18    REPORTED BY:

19        CATHY RENEE' POWELL, CCR
          PROFESSIONAL SHORTHAND REPORTERS
20        (504)529-5255

21    VIDEOGRAPHER:

22        BRIAN SOILEAU
          PROFESSIONAL SHORTHAND REPORTERS
23        (504)529-5255

24

25
```

EXHIBIT P

98

1  yourself?
2      A.   There was no pilot that I can
3  recall.
4      Q.   How long in total did you spend in
5  the meeting in the interior of the unit?
6      A.   That, I don't know.  I don't know.
7      Q.   Thirty minutes, an hour?
8      A.   An hour, I doubt if it was an
9  hour.
10     Q.   So probably less than an hour?
11     A.   Yes.
12     Q.   During that period of time, were
13 you given a lease agreement to sign, for
14 example?
15     A.   I think I did have a -- I thought
16 it was a check-off list, but it could have
17 been a lease agreement.
18     Q.   Were the rules of occupancy, for
19 example, explained to you by that person?
20     A.   Occupancy?
21     Q.   To say what you could use the unit
22 for, what you couldn't do with the unit,
23 those types of things?
24     A.   No, I don't recall that.  No.
25     Q.   Were you given the manuals for the

Wright, Lyndon 07/10/09