1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1873 SECTION "N"(5) |
| | * | |
| THIS DOCUMENT IS RELATED TO | * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| Lyndon T. Wright, et al. v. Forest River, Inc., et al., No. 09-2977 | * * * * | |

* * * * * * * * * * * * * * * *

EXHIBIT 4

The videotaped deposition upon oral examination of JEFFREY BURIAN, a witness produced and sworn before me, Patrice E. Morrison, RMR, CRR, Notary Public in and for the County of Marion, State of Indiana, taken on behalf of the Plaintiffs at The Marriott, 123 St. Joseph Street, South Bend, Indiana, on November 4, 2009, at 9:03 a.m., pursuant to the Federal Rules of Civil Procedure.

STEWART RICHARDSON & ASSOCIATES
Registered Professional Reporters
One Indiana Square
Suite 2425
Indianapolis, IN   46204
(317)237-3773

Burian, Jeffrey

180

```
 1        from anyone, from any source, about alternative
 2        building materials that could have been used in
 3        lieu of formaldehyde emitting wood products?
 4   A    No, I had not.
 5   Q    Never been discussed.
 6   A    No.
 7   Q    Have you ever seen any documents regarding
 8        California's Proposition 65 which provides for
 9        labeling and disclosure of the presence of
10        chemicals known to the State of California to cause
11        cancer or reproductive toxicity in the ordinary use
12        of the product?
13   A    I have not seen any documents, no.
14   Q    Are you aware, and were you aware in 2005, that
15        Proposition 65 mandated labeling and disclosure of
16        the presence of chemicals known to the State of
17        California to cause cancer or reproductive toxicity
18        in the ordinary use of the product?
19   A    Yes.
20   Q    And to your knowledge, did Forest River attempt to
21        comply with Proposition 65?
22   A    Yes.
23   Q    And --
24   A    My division, yes.
25   Q    In your division.
```

Burian, Jeffrey

228

1           All 638 units that you produced for the Gulf
2      Coast recovery, when you shipped them from your
3      facility, was an owner's manual present in those
4      units?
5   A  Not present in the unit, but present with the keys
6      to the trailer.
7   Q  And who was the owner's manual provided to?
8   A  The owner's manual went in what we would call a key
9      packet that would be given to the transporter along
10     with their certificate of origin, the invoice, the
11     owner's manual, and the keys to the unit, would be
12     handed to the driver.  The driver would then
13     transport the unit to its destination and turn over
14     those keys and that packet to the recipient of the
15     trailer.
16  Q  And in this case, the purchaser of the trailer was
17     North American Catastrophic Services.
18  A  That is correct.
19  Q  Or also known as NACS.
20  A  NACS.
21  Q  Now, page No. 77 of the manual, which is also Bates
22     stamped Forest - 0002476, contains a Statement of
23     Formaldehyde From Building Materials.  Is that
24     correct?
25  A  That is correct.

Burian, Jeffrey