```
                                                                    1

 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  FEMA TRAILER          MDL NO. 1873

 4   FORMALDEHYDE PRODUCTS         SECTION "N"(5)

 5   LIABILITY LITIGATION          JUDGE ENGELHARDT

 6
     This document relates to:  Lyndon T. Wright
 7         v. Forest River, Inc., et al
                 Docket No. 09-2977
 8                    * * *

 9

10       Videotaped Federal Rule 30(b)(6)

11   Deposition of SHAW ENVIRONMENTAL, INC.,

12   through its designated representative,

13   GEOFFREY C. COMPEAU, Ph.D., 4171 Essen Lane,

14   Baton Rouge, Louisiana 70810, taken at the

15   offices of Baker Donelson, Bearman, Caldwell

16   & Berkowitz, PC, 201 St. Charles Avenue,

17   Suite 3600, New Orleans, Louisiana 70170, on

18   Thursday, the 7th day of January, 2010.

19

20   REPORTED BY:

21      JAMES T. BRADLE, CCR
        PROFESSIONAL SHORTHAND REPORTERS
22      (504)529-5255

23   VIDEOGRAPHER:

24      BRIAN SOILEAU
        PROFESSIONAL SHORTHAND REPORTERS
25      (504)529-5255
```

EXHIBIT
R

1       Q    To your knowledge, Shaw has no
2  active testing?
3       A    We may have done --
4  MR. KURTZ:
5           Objection, form.
6  THE WITNESS:
7           We may have done some testing for
8  LEL, you know, a hand-held meter.
9  EXAMINATION BY MR. D'AMICO:
10      Q    What's LEL?
11      A    A lower explosive limit.
12      Q    A lower explosive limit for what?
13      A    Just a combustible gas.
14      Q    Propane?
15      A    Right.
16      Q    Okay.  To your knowledge, and I
17 have looked through the -- Where is the
18 checklist?
19 MR. MILLER:
20          Exhibit 5, I think.
21 EXAMINATION BY MR. D'AMICO:
22      Q    To your knowledge, do you know if
23 Shaw was provided the owner's manuals for
24 the travel trailers that were being
25 distributed?

Compeau, Geoffrey 01/07/10

191

1        A    To my knowledge, if the travel
2    trailers had owner's manuals in them, we
3    left those in the travel trailers.  I'm not
4    sure that all travel trailers we received
5    had owner's manuals.
6        Q    Okay.  If we look at Shaw
7    No. 10 -- I'm sorry.  Let's stick to one
8    thing.  We had already gone over an exhibit.
9    That's what I meant to do.  Sorry.  I just
10   have a little malfunction going on.  Shaw
11   Bates 13539, and it looks like they had a
12   Yard Quality Control Checklist at Bates
13   No. 13544.  Do you have that document?
14       MR. KURTZ:
15            It's in Exhibit 5.
16   EXAMINATION BY MR. D'AMICO:
17       Q    Yes, I think it's in Exhibit
18   No. 5, which Henry so astutely pointed out.
19   Okay.  If we look to Bates 13544, it's a few
20   pages back, "Shaw Environmental, Inc. Yard
21   QC Checklist."  Do you see this document?
22       A    Yes.
23       Q    Okay.  Is there a checklist to
24   locate the owner's manual in the travel
25   trailer or mobile home or park model,

Compeau, Geoffrey 01/07/10