```
                                                                    1

 1                  UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF LOUISIANA

 3

 4

 5

 6   IN RE:  FEMA TRAILER         MDL NO. 1873

 7   FORMALDEHYDE PRODUCTS        SECTION "N"(4)

 8   LIABILITY LITIGATION         JUDGE ENGELHARDT

 9

10                     *   *   *

11

12        VIDEOTAPED DEPOSITION OF LYNDON WRIGHT,

13   3417 SOUTH CLAIBORNE AVENUE, APARTMENT 5,

14   NEW ORLEANS, LOUISIANA 70113, TAKEN AT THE

15   OFFICES OF FRANK D'AMICO, 622 BARONNE

16   STREET, NEW ORLEANS, LOUISIANA 70130, ON THE

17   10TH DAY OF JULY, 2009.

18   REPORTED BY:

19        CATHY RENEE´ POWELL, CCR
          PROFESSIONAL SHORTHAND REPORTERS
20        (504)529-5255

21   VIDEOGRAPHER:

22        BRIAN SOILEAU
          PROFESSIONAL SHORTHAND REPORTERS
23        (504)529-5255

24

25
```

55

1            Let me go back.
2            From 1999 to 2002, before your job
3    duties changed, were you responsible for
4    addressing leaks or other repair issues that
5    may have required the removal of either
6    wallpaper or drywall at the Hyatt?
7         A.   Yes.
8         Q.   If an occupant of one of the rooms
9    had a leak problem and the drywall in that
10   room needed to be removed, were you one of
11   the people that would be responsible for
12   doing that?
13        A.   Yes.
14        Q.   Do you recall any complaints or
15   issues regarding mold in the Hyatt during
16   your tenure, or during the time you worked
17   there?
18        A.   Yes.
19        Q.   Okay.  What were those complaints?
20        A.   Well, mold smell in the bathroom,
21   they had ceiling tiles.  And the room above
22   might have been leaking, and by being closed
23   up all that time and a guest that's probably
24   sensitive to the smell, complained and
25   investigated and found that there was mold.

1        Q.   All right.  And as part of your
2   job responsibilities, were you required to
3   remove those ceiling tiles to investigate
4   that problem?
5        A.   That's correct.
6        Q.   Did you take part in any repair to
7   that particular area to remove the damage,
8   the water-damaged ceiling tiles or
9   Sheetrock?
10       A.   Yes.
11       Q.   Did you wear any respiratory
12  protection during that period of time?
13       A.   Yes.
14       Q.   Did you ever ask anyone why you
15  were being required to wear respiratory
16  protection?
17       A.   No.
18       Q.   Do you recall what type of
19  respiratory protection you wore?  Was it a
20  paper mask, was it another rubberized mask?
21  What was it?
22       A.   It was a paper mask.
23       Q.   A dust mask?
24       A.   Yeah, just a dust mask, yes.
25       Q.   Was that the only complaint you

```
 1    recall about mold related to the Hyatt?
 2         A.   The only one -- no, I -- no.
 3              I mean, you would have complaints
 4    of mold, like, in the restrooms.  No, that
 5    wasn't the only complaint.
 6         Q.   There were several complaints
 7    about mold growth throughout the Hyatt,
 8    correct?
 9         A.   Yes.
10         Q.   Do you recall any lawsuits
11    regarding the building, the tower itself,
12    the Hyatt tower in which you worked?
13         A.   No.
14         Q.   Were you ever asked to give a
15    statement or give other information
16    regarding mold-related issues as it related
17    to the Hyatt?
18         A.   No.
19         Q.   Do you recall any guests
20    complaining of health problems as a result
21    of being exposed to mold in the Hyatt?
22         A.   Problems?  No.
23         Q.   Do you know what air quality
24    testing was done in the Hyatt from the time
25    you worked there -- started working there in
```

```
 1    April of 1999 to the present?
 2         A.   Do I know of any air quality
 3    tests?
 4         Q.   Yes, sir.
 5         A.   No.
 6         Q.   So by virtue of that answer, I
 7    take it you never took part in any air
 8    quality testing that was done at the Hyatt?
 9         A.   No.
10         Q.   Can you give me an estimate,
11    during your time at the Hyatt, from -- let's
12    start with '99 to 2002, how often you
13    responded to complaints of leaks within the
14    building?
15         A.   Frequently.
16         Q.   Was it once a shift that you were
17    responding to a complaint of a leak within
18    the building?
19         A.   Probably about twice a shift.
20         Q.   Twice a shift?
21              And during the period from 1999 to
22    2002, what was your work schedule like?  Was
23    it 10 hours on, was it 12 hours on?  What
24    was the schedule like?
25         A.   Eight hours.
```

```
 1        Q.   The same across the top?
 2        A.   Yes.
 3        MR. D'AMICO:
 4             I object to the form of that
 5   question.  I don't know that that is what he
 6   just said.  But --
 7   EXAMINATION BY MR. BONE::
 8        Q.   Do you ever recall being asked by
 9   FEMA if you had any health problems that you
10   associated with this particular unit?
11        A.   Repeat the question.
12        Q.   Do you ever recall being asked by
13   FEMA if you had any health problems that you
14   associated with this particular unit?
15        A.   By FEMA?  No.
16        Q.   Do you recall being asked by
17   anyone if you had any health problems
18   associated with this particular unit?
19        A.   My mom.
20        Q.   When did that conversation take
21   place?
22        A.   Basically, when I was on the phone
23   talking to her at one time and I was doing a
24   lot of coughing.  I made the mention that I
25   woke up choking, you know, looking for
```

135

1   water.  I believe I made the comment that I
2   think this trailer has made me sick because
3   I wasn't like this when I was on the cruise
4   ship.
5          She said, "Well, I'm going to call
6   FEMA and have somebody come out.  You think
7   there's a leak going on up in there?"
8          I said, "Not that I know of, I
9   don't smell propane or nothing, I'm just not
10  feeling like I was feeling on the cruise
11  ship."
12       Q.   Explain to me the difference in
13  the way you were feeling from the time -- as
14  compared to the cruise ship, which is why
15  you thought there was some problem with the
16  unit.
17       A.   I mean, I slept comfortably.  I
18  was actually -- what word can I use?  I felt
19  a lot better on the cruise ship than I did
20  in the trailer.  When I got in the trailer,
21  my eyes started getting irritated and I just
22  associated it with my allergies, and I think
23  it was this trailer, but it was just
24  constant.  And the coughing, just a plain
25  old dry cough.  And I started seeing blood

```
 1    in my mucus when I expelled, you know.
 2         Q.   Uh-huh.
 3         A.   And I would wake up with this
 4    choking feeling out of my sleep.  And I
 5    started keeping water by the bed -- by the
 6    sofa, really, I slept on the sofa.
 7              It just didn't feel right, I mean,
 8    between telling the people about the
 9    rainwater and -- I don't know.  It was just
10    aggravating.
11         Q.   Okay.  During that period of time
12    that you were living in this unit, you had
13    health insurance with the City of New
14    Orleans, correct?
15         A.   Yes.
16         Q.   And you also had health insurance
17    with Hyatt still, correct?
18         A.   Yes, for a short period, yes.
19         Q.   So if you needed to go to the
20    doctor, you had insurance to cover your
21    access to care, correct?
22         A.   Yes.
23         Q.   And did you ever seek out medical
24    care for the problems that you're telling us
25    about today?
```

```
1         Q.   What kind of information or
2    articles have you gotten from the City of
3    New Orleans' Web site?
4         A.   Pretty much the recovery
5    information they had on the Web site.
6    That's all.
7         Q.   Did you ever read anything on the
8    City of New Orleans' Web site about issues
9    relating to formaldehyde or otherwise
10   pertaining to these travel trailers?
11        A.   No.
12        MR. AHLQUIST:
13             The point of confusion was
14   probably that he works at the CDC.
15        MR. BONE:
16             I understand.  That's why I was
17   clarifying.
18   EXAMINATION BY MR. BONE:
19        Q.   Did you at any point review any
20   information online about formaldehyde or
21   about any issues other folks were having
22   relating to these trailers?
23        A.   No.
24        Q.   When you first believed or came to
25   the belief that your occupancy of this
```

1    particular unit was impacting your health,

2    did you tell your mother immediately?

3        A.   Yes.  I made the comment, because

4    I was coughing so much, I made the comment,

5    "Ma, I think this trailer is making me

6    sick."

7        Q.   Did you ask her to take any action

8    on your behalf in that regard?

9        A.   Initially, she wanted me to call

10   the maintenance people, but they gave me the

11   runaround.  They wanted all kinds of

12   personal information from my mom, so I told

13   my mom she had to call.

14           So she said she called to tell

15   them that I was smelling a foul odor.  They

16   gave her the runaround.  She said they gave

17   her another number to call.  She called that

18   number and somebody said they would get back

19   in touch with her.

20           She never did get a phone call,

21   and it just pretty much fell from there on.

22   That's when I started telling the

23   maintenance people when I saw them.

24       Q.   Do you recall when the phone call

25   was with your mother that you expressed to

```
 1    her that you believed your occupancy of this
 2    unit was causing you a health problem?
 3         A.   I would say probably April.
 4         Q.   Of what year?
 5         A.   '06.  Right after I got in the
 6    trailer.
 7         Q.   So in April of '06, you were of
 8    the opinion that your occupancy of this unit
 9    was causing you a health problem?
10         A.   I would say I thought it was
11    making me sick, yes.
12         Q.   And you expressed that to your
13    mother by May of 2006, correct?
14         A.   By April.
15         Q.   By April of 2006, correct?
16         A.   Yes.
17         Q.   Do you have any information as to
18    why your mother would have represented to
19    FEMA by February of 2008, that there were no
20    health concerns that she had about you
21    regarding your occupancy of this unit?
22         A.   No, I don't know.
23         Q.   Were you ever offered the
24    opportunity to purchase this unit?
25         A.   You would have to ask my mom.  I
```

289

```
 1         Q.   To the point where it would drip
 2    down to the carpet?
 3         A.   Probably run down the wall and hit
 4    the floor.
 5         Q.   Okay.  You said "probably."  Did
 6    you ever see that happen?
 7         A.   No, I didn't see it happen.
 8         Q.   Was the mold in the bedroom
 9    located directly under the window?
10         A.   Yes.
11         Q.   Did you make a maintenance call
12    about that?
13         A.   Yes, let them know about the mold
14    as well as I was letting them know about the
15    water coming in through the door.
16         Q.   Did you make those calls at the
17    same time?
18         A.   I didn't call, I let the
19    maintenance people know.
20         Q.   I apologize.  That's what you told
21    me about earlier.
22              You let the maintenance people
23    know about both of those problems at the
24    same time?
25         A.   Yes.
```

```
 1         Q.   You told me that the door issue
 2    came up in 2007, right?
 3         A.   About 2007, yes.
 4         Q.   Okay.  So the mold issue, the
 5    conversation you had with the maintenance
 6    people about the mold issue would also have
 7    occurred in 2007?
 8         A.   Well, when I discovered the mold,
 9    that's when I started letting the
10    maintenance people know about both the
11    issues.  But the primary thing was, in the
12    beginning, the door itself, the rain.
13         Q.   Okay.  When did you first notice
14    the mold?
15         A.   It was a good while after the rain
16    issues because I had something along the
17    wall.  And when I moved the particular box,
18    it was just mold all up, like, right there
19    at the wall and on the carpet.
20         Q.   When did you first notice that
21    there was a significant amount of
22    condensation on the bedroom window?
23         A.   I had been noticing that.
24         Q.   Okay.  Did you ever make a call
25    about that prior to noticing the mold?
```