UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873 <br><br> SECTION "N-5" <br> JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Ngo Huynh, et al* <br> *v. Fleetwood Enterprises, Inc.* <br> Civil Action No. 09-6957 | § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFFS', JACKIE OVERSTREET-MALONE AND RUSSELL HOLLIMAN, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', JACKIE OVERSTREET-MALONE and RUSSELL HOLLIMAN, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
HONORABLE KURT ENGELHARDT