UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER               MDL NO. 1873
FORMALDEHYDE PRODUCTS             SECTION N MAG. 5
LIABILITY LITIGATION

                                  JUDGE ENGELHARDT
                                  MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED TO:
*Bauer, et al v. Liberty Homes, Inc., et al.*
No. 08-5031
                                  JURY DEMANDED

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO RECONSIDER PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, who respectfully request the Court to Reconsider Plaintiffs' Motion for Leave to amend their First Supplemental and Amended Original Complaint filed on June 16, 2009.

On January 14, 2010, the Court denied Plaintiff's Motion for Leave to File Second Supplemental and Amended Complaint (Rec. Doc. 10292) because the proposed amended complaint does not comply with either Pretrial Order No. 38 (Rec. Doc. 1596) or Pretrial Order No. 40 (Rec. Doc. 1781). However, Plaintiffs would show the Court that this original complaint was filed on December 1, 2008 and prior to the Court's entry of Pretrial Order No. 38 (Rec. Doc. 1596) or Pretrial Order No. 40 (Rec. Doc. 1781). Pretrial Order No. 38 (Rec. Doc. 1596) specifically states "This shall apply prospectively to any future cases filed directly here or transferred here by the MDL Panel". Plaintiffs have severed off all "matched" clients from this complaint, pursuant to Pretrial Order No. 40 (Rec. Doc. 1781). However, the remaining plaintiffs in the proposed Second

Amended Complaint are "unmatched".  Instead of re-filing these plaintiffs in new "unmatched" complaint (in violation of Pretrial Order No. 50 (Rec. Doc. 8994)), the Plaintiffs requested leave to amend the complaint to add all known manufacturers and contractors to preserve these plaintiffs' claims against all defendants.

Plaintiffs request the amendment pursuant to FRCP 15 which states "leave shall be freely given when justice so requires." In the Second Amended and Supplemental Complaint, Plaintiffs raise allegations against additional Defendants.  This complaint was originally filed on December 1, 2008 and prior to the Court's entry of Pretrial Order No. 38 and 40 which stated that no complaint shall contain more than 300 plaintiffs and that each complaint shall contain plaintiffs who have claims against the same manufacturer.  This original complaint was filed on behalf of numerous plaintiffs (approximately 2,500) against numerous manufacturers.  The undersigned has "severed" off all "matched" plaintiffs (approximately 2,304), in groups of 300 and grouped by manufacturer.  However, the 185 plaintiffs remaining in the Second Supplemental Complaint remain unmatched.  The Original Complaint was filed against one Defendant per Plaintiff (the manufacturer who was believed to be the corresponding plaintiff's manufacturer at the time of the filing).  Subsequently, Plaintiffs have obtained additional information from both plaintiffs and/or FEMA that indicates a different manufacturer may be involved.  Therefore, in order to preserve these plaintiffs' claims against the correct manufacturer and no-bid contractor, Plaintiffs wish to add all known manufacturers and no-bid contractors to the current pleading, essentially making this complaint an "unmatched" complaint.

Plaintiffs are diligently working on obtaining the matching information and will comply with all Pretrial Orders issued related to the matching information (Pretrial Order Nos. 38, 40 and 49).

Additionally, Plaintiffs wish to make the following changes to the Complaint in this matter:

(a)     Pursuant to the Preservation of Defenses filed on February 26, 2009, Rec. Doc. 1127, Plaintiffs add the name "Morgan Buildings & Spas, Inc." wherever the name "Morgan Building Systems, Inc." appears.

(b)     Pursuant to the Preservation of Defenses filed on February 23, 2009, Rec. Doc. 1117, Plaintiffs substitute the name "Vanguard, LLC" wherever the name "Vanguard Industries of Michigan, Inc., (aka Palomino RV)" appears.

(c)     Pursuant to the Preservation of Defenses filed on March 12, 2009, Rec. Doc. 1165, Plaintiffs substitute the name "Keystone RV Company" wherever the name "Keystone Industries, Inc." appears, which is a defunct entity pursuant to Doc. 1165.

(d)     By substituting the name "SunRay Investments, LLC" for the name SunRay RV, LLC, wherever the latter is named as Defendant in the Original Complaint as referenced in Plaintiff's First Supplemental and Amended Original Complaint filed on June 16, 2009 (Rec. Doc. 1773).

(e)     Allegations against Defendant Integrity Midwest Inc., d/b/a US Adventure RV were voluntarily dismissed on May 28, 2009 (Rec. Doc. 1621). Plaintiffs substitute the name "Timberland RV Company d/b/a Adventure Manufacturing" wherever the name "Integrity Midwest Inc., d/b/a US Adventure RV appears.

(f)     Pursuant to the Preservation of Defense filed on May 22, 2009, Rec. Doc. 1568, Plaintiffs substitute the name "Champion Home Builders Co." wherever the name "Champion Homes" appears.

(g)     Pursuant to the Preservation of Defense filed on February 26, 2009, Rec. Doc. 1129, Plaintiffs substitute the name "Redman Homes, Inc., f/k/a Dutch Homes, Inc., wherever the name "Redman Homes, Inc., f/k/a Dutch Homes" appears.

(h)     Plaintiff Theresa Long McKay was inadvertently listed twice on Exhibit "A" to Plaintiff's Original Complaint.  Therefore, the duplication of Theresa Long McKay has been omitted on the Exhibit "A" attached hereto.

As such, Plaintiffs respectfully pray that this Honorable Court reconsider Plaintiffs' Motion for Leave to File Second Supplemental and Amended Complaint and thereafter grant Plaintiffs' Motion for Leave to File Second Supplemental and Amended Complaint and allow the filing of the proposed Second Supplemental and Amended Complaint.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

        **DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 12th day of February, 2010.

        /s/ Robert C. Hilliard
        _____
        **ROBERT C. HILLIARD**