UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE: FEMA TRAILER**          **MDL NO. 1873**
**FORMALDEHYDE PRODUCTS**     **SECTION N MAG. 5**
**LIABILITY LITIGATION**

                                                     **JUDGE ENGELHARDT**
                                                     **MAGISTRATE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
***Bauer, et al v. Liberty Homes, Inc., et al.***
***No. 08-5031***

                                                     **JURY DEMANDED**

## ORDER ON PLAINTIFFS' MOTION TO RECONSIDER PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT

Considering the foregoing Motion to Reconsider Plaintiffs' Motion for Leave to File Plaintiffs' Second Supplemental and Amended Complaint:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file the Second Supplemental and Amended Complaint attached and submitted with the foregoing motion.

New Orleans, Louisiana, this ____ day of _____, 2010.

                                                              _____
                                                              HONORABLE KURT ENGELHARDT