

EXHIBIT E

SHAW 002020