```
                                                                    1

 1            DEPOSITION OF EDITH R. YOUNG    01/22/10
 2
 3
              UNITED STATES DISTRICT COURT
 4            EASTERN DISTRICT OF LOUISIANA

 5   _____

     IN RE:  FEMA TRAILER
 6   FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
 7        (WRIGHT)              MDL NO. 1873
 8                              SECTION "N" (5)
 9                              JUDGE ENGELHARDT
10                              MAGISTRATE CHASEZ
                                                  /
11
12
13
             VIDEOTAPED DEPOSITION OF EDITH R. YOUNG
14
15
16
         DATE TAKEN:   Friday, January 22nd, 2010
17       TIME:         12:30 p.m. - 4:45 p.m.
         PLACE:        Anchor Court Reporting
18                     229 South Baylen Street
                       Pensacola, Florida  32502
19
20
         Examination of the Witness reported by:
21
      Pamela Dee Elliott, Florida Professional Reporter
22           Notary Public, State of Florida
23
24
25              ANCHOR COURT REPORTING
                229 South Baylen Street
26              Pensacola, Florida  32502
27
28
                 www.anchorreporters.com
29                  (850) 432-2511
```

EXHIBIT F

Young, Edith 01/22/10

1    you, you have your checklist, you're going down each
2    one of these. And if there is an issue -- you don't
3    tell me anything, if there's no problem. The only
4    time I hear something from you is if you were to say,
5    "Guess what, the scissor jack isn't in the sofa,"
6    so...
7          Q.   Did -- did the Shaw inspector give any
8    direction or advice or instruction during the conduct
9    of the RFO checklist?
10              MR. KURTZ:  Objection to form.
11         A.   No.
12         Q.   (By Mr. Alquist)  They would --
13         A.   They just said, "Something -- you need to
14   work on 15. You need to work on 23," or -- yeah.
15         Q.   Would -- would -- when they said, "You
16   need to work on 15," would they tell you what you
17   would need to do?
18              MR. KURTZ:  Objection to form.
19         A.   They -- they would say, "Here, go. The
20   smoke -- check the smoke detector. That's not
21   working." So they'll put some batteries in the smoke
22   detector.
23         Q.   (By Mr. Alquist)  Would they be
24   independently doing these things at the same time?
25              MR. KURTZ:  Objection, foundation.

1  sentence, "RCG Enterprises, Inc. is a small
2  disadvantaged, disabled veteran HUB zone company with
3  8A certification pending."  What does that mean?
4          MR. KURTZ:  Objection to the foundation.
5      Q.   (By Mr. Alquist)  Do you know what that
6  sentence means?
7      A.   There are five different socioeconomic
8  categories that a small business can fall into in
9  reference to government contracting.  You have 8A,
10  which is a minority owned company with a special
11  classification of being able to get award set aside by
12  a contracting officer.  It's a very closely guarded
13  certification for minorities, not -- not necessarily
14  of color.  Women in the construction field are
15  considered a minority, you know, that kind of thing.
16      Q.   Yeah.
17      A.   HUB zone is a historically underutilized
18  business zone.  It's basically saying that your
19  business and 33 percent of your employees all reside
20  within the HUB zone.  You're helping, you know, people
21  who live in an oppressed or depressed area.  I'm a
22  disabled veteran and I'm a small disadvantaged
23  company, so -- and I'm a woman owned.  They didn't put
24  that in there, obviously.
25      Q.   All right.