UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873 SECTION "N" (5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | | * * | |
| Lyndon T. Wright v. Forest River, Inc., et al, Docket No. 09-2977; | | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S STATEMENT OF THE MATERIAL FACTS AS TO WHICH THERE EXIST A GENUINE ISSUE TO BE TRIED

Pursuant to Local Rule 56.2, Plaintiff Lyndon T. Wright, sets forth the following statement of material facts as to which there exists a genuine issue to be tried, with respect to Defendant Forest River Inc.'s ("Forest River") Motion for Summary Judgment as to the Government Contractor Defense (Docket Entry No. 10936).

I.  **MATERIAL FACTS AS TO WHICH THERE EXISTS A GENUINE ISSUE TO BE TRIED.**

1. Whether Forest River is a government contractor or, in the alternative, a subcontractor to a government contractor.
2. Whether the specifications provided by FEMA were "reasonably precise" as to all relevant aspects of the trailer construction.
3. Whether FEMA approved Forest River's design and construction choices with respect to the supplied trailers.
4. Whether Forest River had knowledge of the dangers of formaldehyde.
5. Whether Forest River was aware of potential dangers related to formaldehyde prior to FEMA and failed to warn FEMA of the same.

II.  **ALLEGED FACTS IN SHAW'S MOTION WHICH ARE CONTROVERTED.**

Plaintiff controverts numbers 1, 5, 6, and 7.

Respectfully Submitted,

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
Dennis Reich, Texas #16739600

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing on February 11, 2010.

                                        s/Gerald E. Meunier
                                     GERALD E. MEUNIER, #9471