1

```
1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2


3
     IN RE: FEMA TRAILER          *     MDL NO. 1873
4            FORMALDEHYDE PRODUCTS *
             LIABILITY LITIGATION  *     SECTION "N"(4)
5                                  *
                                   *     JUDGE ENGELHARDT
6                                  *
     * * * * * * * * * * * * * * * *
7
```

EXHIBIT
_A_

```
8

9            The 30(b)(6) videotaped deposition upon oral

10    examination of FOREST RIVER by DOUG GAEDDERT, a

11    witness produced and sworn before me, Patrice E.

12    Morrison, RMR, CRR, Notary Public in and for the

13    County of Marion, State of Indiana, taken on behalf of

14    the Plaintiffs at The Marriott, 123 North Saint Joseph

15    Street, South Bend, Indiana, on August 6, 2008, at

16    9:02 a.m., pursuant to the Federal Rules of Civil

17    Procedure.

18

19

20            STEWART RICHARDSON & ASSOCIATES
              Registered Professional Reporters
21                One Indiana Square
                      Suite 2425
22             Indianapolis, IN  46204
                   (317)237-3773
23

24

25
```

1      modify your model line --

2   A  To meet the specifications.

3   Q  -- to meet the specs set out by FEMA.

4   A  Not our manufacturing.

5   Q  Yes.  Your model.

6   A  Okay.

7   Q  You had to modify the model.  We're clear on that.

8   A  Clear.

9   Q  Okay.  If you'll look to the second page under Tab

10     24.  This is a letter dated June 30, 2004, from

11     Richard Spillane, Contracting Specialist from FEMA.

12     This was a document that you provided to us through

13     the production request with a Bates number of

14     0003522.  See that document?

15  A  Yes.

16  Q  All right.  It says here -- does it not? -- to

17     Prospective Bidders:  "This Request for Proposal...

18     is for a new Travel Trailer specification that FEMA

19     desires to procure.  These units are to be utilized

20     in future disasters at various locations in the

21     United States."

22         Is that correct?

23  A  Yes.

24  Q  All right.  So it was your understanding that FEMA

25     had requested a new travel trailer specification;

40

1       correct?

2    A  Through their GSA Schedule vendors.

3    Q  Yes.

4    A  Correct.

5    Q  And you got a copy of this letter, didn't you?

6    A  Yeah.  This would have been faxed from NACS to us.

7           MR. D'AMICO:  All right.  In response to the

8       questioning, I'd like to mark Forest River No. 2 --

9       the July 1, 2004 written communication from North

10      American Catastrophe Services to Mr. Doug Gaeddert

11      and mark it as Forest River No. 2; and I'd like to

12      mark the June 30, 2004 letter from Richard Spillane

13      as Forest River No. 3.

14           (Forest River Exhibit 2 and Forest River

15      Exhibit 3 were marked for identification.)

16   Q  The letter further states that, the June 30th

17      letter, that "The units are needed immediately,

18      however, in that it is a new spec, there will be

19      First Article Inspection required at the

20      manufacturers location.  FEMA representative(s)

21      will be sent to the Manufacturer for that First

22      Article Inspection."

23           Do you read that, sir?

24   A  Yes, sir.

25   Q  All right.  Did that ever occur?

```
1    A   Yes, sir.

2    Q   Do you know who FEMA sent to Forest River to

3        inspect the first articles that were produced?

4    A   Yes.

5    Q   Who was it?

6    A   Dave Porter.

7    Q   Dave Porter.

8    A   And I wouldn't elaborate normally in this, but

9        awesome guy, who is the only contact we ever had

10       with FEMA, and he was -- he put faith in the

11       Government back in me.  For what it's worth.

12       Stand-up guy.

13   Q   Like Henry Miller.

14   A   Don't know Henry yet but I'm assuming it's the

15       same.

16   Q   Okay.  If you look at the next page on that

17       grouping under Tab 24, Bates No. 0003523, it says

18       in general, up at the top, travel trailers being

19       produced under this contract are for the purpose of

20       providing temporary housing.  You see that?

21   A   Yep.

22   Q   Was that your understanding of what those 5000

23       trailers that you produced in response to Hurricane

24       Katrina were for also, for temporary housing?

25   A   Yes.
```

37

1      type of trailer.

2           MR. GIEGER:  Object to the form of the

3      question.  That's not been his testimony.

4    Q  Correct?

5    A  We didn't -- we didn't have to modify our

6      production for the type trailer the FEMA specs

7      required.

8    Q  All right.  Did you have to modify the trailer in

9      any way?

10          MR. GIEGER:  Object to the form of the

11     question.  What trailer are you talking about?

12   Q  Well, I'm going to read it to you.

13          MR. GIEGER:  I'm going to get a glass of water

14     while he reads that.

15   Q  There was some reference to the fact that Forest

16     River did not have a non-slide model.  Do you

17     remember that?

18   A  We build --

19   Q  In the request, they wanted non-slide models in the

20     32- to 35-foot range?  Does that comport with your

21     recollection?

22          If you look to Tab 25 -- let's start with Tab

23     25, please.  I'm sorry, you're right, let's start

24     with 24, we'll go to 25 later.

25          This is to you, Doug Gaeddert, on July 1st of

43

1      specific purpose?  I won't get into it in detail if

2      you don't recall.

3           MR. GIEGER:  Object to the form.  I don't

4      understand the question.

5           MR. D'AMICO:  All right.

6  Q  If you look at the written statement by Peter Liegl

7      on page 2, the --

8  A  Liegl.

9  Q  -- third paragraph where it says "Forest River

10     workers built those 5000 trailers on the same

11     production lines, using the same basic raw

12     materials and same basic components, with the same

13     quality standards and the same inspectors, as they

14     do for the products they build every day for our

15     dealers to sell to our retail customers.  The FEMA

16     specifications called for some upgrades."

17        That's what I'm talking to.  There were some

18     FEMA specs that called for some upgrades.  Do you

19     agree with that?

20  A  Yes, I agree with these here.

21  Q  All right.  And that was to comport with the

22     requirement that they be used for temporary housing

23     for disaster victims.  Isn't that also your

24     understanding?

25  A  Do you want my interpretation?

44

1    Q   Yes.   The modifications.

2    A   The modifications were geared to their overall

3        plan, as we understood it, according to these 5000

4        units.   And that was to have the same basic unit

5        for folks so there weren't discrepancies between

6        two people that were beside each other with

7        different type products.

8            To be able to have larger refrigerator

9        capacity, they were going to have 110-volt power

10       supply, so there was no reason to have 12-volt in

11       addition to for these units.

12           They were going to be hooked up to city water,

13       city sewer, so the holding tanks and the fresh

14       water demand system were eliminated.

15           The water heater capacities, because of

16       families, were -- this, again, is my conjecture --

17       were taken up to the 10-gallon capacity, which was

18       an upgrade.

19           The larger fire extinguisher, I assume, is a

20       Government requirement that would be a standard,

21       maybe, but it is in this case a Government

22       requirement.

23           The larger air conditioner, which 15,000 is an

24       upgrade, was because of the cubic feet and volume

25       to cool and the geographical location where these

45

1    obviously were going to go.

2         So it was a combination of upgrades and a

3    combination of minor modifications to suit their

4    plan on these 5000 units.

5  Q  To suit their plan, which included accommodating

6    families who would be living in these travel

7    trailers after the disaster.

8  A  Yes.

9  Q  All right.  It was your understanding that

10   families, including children and elderly, would be

11   residing in these travel trailers.  Correct?

12 A  Sure.  We had no idea what individual families, but

13   people displaced by the hurricanes were going to

14   use these to live in, absolutely.

15 Q  And what was your understanding of the length of

16   time that these people were going to be living in

17   these trailers?

18 A  We had no understanding of length of time.  I mean,

19   it was temporary housing units, these

20   specifications, and we did our best to get them as

21   quickly as we could so we could get folks in

22   shelter.

23 Q  Okay.  Was it your understanding that these travel

24   trailers were being supplied to these victims in

25   response to the Stafford Act?  Do you know what the