# U.S. DEPARTMENT OF HOMELAND SECURITY
## FEDERAL EMERGENCY MANAGEMENT AGENCY
### TEMPORARY HOUSING UNIT INSPECTION REPORT

**1. Temporary Housing Unit No.:** BC-127 7021
**2. Serial No./Veh.:** 4X4TS71H 296  C00 8992

### 3. TYPE OF INSPECTION
- Transport
- Dispatch
- Receipt
- Storage
- Staging
- Site ☑
- RPO ☑
- Move In ☑
- Move Out

### 4. TYPE OF FACILITY
- Other
- Mobile Home
- Travel Trailer ☑

### 5. APPLIANCES

| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | DOMETIC | N/A | N/A |
| Range | MAGIC CHEF | | |
| Microwave | DOMETIC | | |
| Refrigerator | GE | | |
| A/C | DOMETIC | | |
| Water Heater | DOMETIC | | |

### 6. UNIT INFO
- **a. Manufacturer:** FOREST RIVER
- **b. Year:** 2006
- **c. Sq. Ft. / Tow Length:** 33
- **d. Number of Bedrooms:** 2 BUNK BEDS
- **Handicap:** ☐ Yes ☑ No

### II. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR
N=New, G=Good, P=Poor, D=Damaged, M=Missing

### 7. INSPECTIONS
☑ Dealer  ☐ Storage

| FURNISHINGS — Kitchen & Dining | Sto | Dis | Re | FURNISHINGS — First Bedroom | Sto | Dis | Re | FURNISHINGS — Bathroom | Sto | Dis | Re |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dinette Table | | | — | Double Bed, Complete | | | N | Commode | | | N |
| Dinette Chairs (8 to 2 set) | | | — | Mirror | | | — | Tub/Shower | | | N |
| Range | | | N | Cabinet Storage | | | N | Lavatory | | | N |
| Range Hood & Vent Fan | | | N | Curtains & Rods | | | N | Cosmetic Cabinet | | | N |
| Refrigerator | | | N | Light Fixtures | | | N | Mirror | | | N |
| Curtains & Rods | | | N | Second Bedroom BUNK BEDS | | | | Curtains & Rods | | | N |
| Cabinets | | | N | Double Bed, Complete | | | — | Light Fixtures | | | N |
| Sink | | | N | Mirror | | | — | **Exterior Condition** | | | |
| Light Fixtures | | | N | Cabinet Storage | | | N | Water Heater | | | N |
| Fire Extinguisher | | | N | Curtains & Rods | | | N | Doors | | | N |
| A/C – Living Room | | | N | Light Fixtures | | | N | 2 Keys Per Door | | | N |
| Couch | | | | Third Bedroom | | | | Windows | | | N |
| Arm Chair | | | N | Double Bed, Complete | | | | Screens | | | N |
| End Table | | | N | Mirror | | | N/A | Front Panels | | | N |
| Coffee Table | | | — | Cabinet Storage | | | | Left Side Panels | | | N |
| Curtains & Rods | | | N | Curtains & Rods | | | | Rear Panels | | | N |
| Light Fixtures | | | N | Light Fixtures | | | | Right Side Panels SCRATCH/DENT | | | N |
| Hall | | | | **Interior Condition** | | | | Roof Vents | | | N |
| Furnace | | | N | Floor Covering | | | N | Trailer Hitch | | | P |
| Smoke Detectors | | | N | Wall Panels | | | N | Axles & Springs | | | P |
| Light Fixtures | | | N | Ceiling Panels | | | N | Wheels & Tires | | | N |

### 9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAM BELOW:

RIGHT SIDE: GOOD
LEFT SIDE: 12" SCRATCH +DENT
FRONT: GOOD
REAR: GOOD

**NOTE:** Tail light harness furnished by: ☐ Towing Contractor

### 10. COMMENTS: IPR

**DATE:** 2-13-06

**11. READY FOR OCCUPANCY:** Y
**CONTRACT W.O. No:** 1613-0002-DD 591
**INSPECTOR SIGNATURE:** MB Wellington
**ADDRESS:** 2515 SEMINOLE LN, New Orleans, LA 70115
**THA No:** 9211 474166

**12. OCCUPANT NAME:** BOBBIE R WRIGHT

**13. REPRESENTATIVES ACKNOWLEDGING CONDITIONS DESCRIBED ABOVE:**

| | NAME (Contractor) | SIGNATURE AND DATE (Contractor) | SIGNATURE AND DATE (FEMA Rep.) |
|---|---|---|---|
| Dispatch To/From Storage | | | |
| Receipt To/From Storage | | | |
| Dispatch To/From Site | | | |
| Occupant SIGNATURE (Move In/Move Out): X Bobbie R Wright | | DATE: 2-13-06 | FEMA REP SIGNATURE: MB Wellington  DATE: 2-13-06 |

FEMA Form 90-49, JULY 89

LWFR-EXP 5-000467

SHAW-WRI 00007

# FEDERAL EMERGENCY MANAGEMENT AGENCY
## UNIT INSPECTION REPORT
1120-0831

**BARCODE NO.** 1277021
**ARRIVAL TIME** 10:25 pm
**1. MH SERIAL NO. / TT VIN NO.** 4X4TSMH296C008992
**DATE** 10-19-05
**ORIGIN**

### 2. TYPE OF INSPECTION
|  | Dispatch | Receipt |
|---|---|---|
| Vendor | ☐ | ☐ |
| Staging | ☐ | ☒ |
| Site | ☐ | ☐ |
| RFO | ☐ | ☐ |
| Move In | ☐ | ☐ |
| Move Out | ☐ | ☐ |

### 3. TYPE OF UNIT
Check as many as apply
- ☐ Mobile Home
- ☑ Travel Trailer
- ☐ Park Model
- ☐ FEMA Owned
- ☐ FEMA Leased
- ☐ Slide Out
- ☐ ADA Compliant
- ☐ ADA Compatible

### 4. APPLIANCES
| Type | Manufacturer | Model |
|---|---|---|
| Furnace | | |
| Water Heater | | |
| Washer/Dryer | | |
| Range | | |
| Refrigerator | | |
| Microwave | | |
| TV/DVD | | |
| Stereo | | |

### 5. UNIT INFORMATION
a. Manufacturer: Forest River
b. Vendor:
c. Model:
d. Year: 2006
e. Size: 30'
f. Sleeping Capacity: 2-4

### 6. INSPECTING
☐ Staging Area ☐ Site

### 7. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR
N = New   G = Good   P = Poor   D = Damaged   M = Missing

| FURNISHINGS | DIS | REC | FURNISHINGS | DIS | REC | FURNISHINGS | DIS | REC |
|---|---|---|---|---|---|---|---|---|
| **Kitchen & Dining** | | Condition | **First Bedroom** | | Condition | **Bathroom** | | Condition |
| Dinette Table | | N | Double Bed, Complete | | N | Sink | | N |
| Dinette Chairs (5 for 3 BR) | | | Mirror | | | Tub/Shower | | |
| Range | | | Cabinet Storage | | | Toilet | | |
| Range Hood & Vent Fan | | | Curtains & Rods | | | Medicine Cabinet | | |
| Refrigerator | | | Light Fixture | | | Mirror | | |
| Curtains & Rods | | | **Second Bedroom** | | | Curtains & Rods | | |
| Cabinets | | | Double Bed, Complete | | | Light Fixture | | |
| Sink | | yes | Mirror | | | **Exterior Condition** | | |
| Light Fixture | | | Cabinet Storage | | | Water Heater | | |
| Fire Extinguisher | | yes | Curtains & Rods | | | Doors | | 1 set |
| **Living Room** | | | Light Fixture | | | 2 Keys per Door | | |
| Couch | | | **Third Bedroom** | | | Windows | | |
| Arm Chair | | | Double Bed, Complete | | | Screens | | |
| End Table | | | Mirror | | | Front/Rear Panels | | |
| Coffee Table | | | Cabinet Storage | | | Left/Right Side Panels | | yes |
| Curtains & Rods | | | Curtains & Rods | | | Battery (For Slide Out Unit Only) | | yes |
| Light Fixture | | | Light Fixture | | | Propane Tanks | | |
| Surround Sound Speaker | | | | | | Awning | | |
| **Hall** | | | **Interior Condition** | | | Roof & Vents | | |
| Furnace | | | Floor Covering | | | Towing Hitch | | |
| Smoke Detectors | | yes | Wall Panels | | | Axles & Springs | | |
| Light Fixture | | | Ceiling Panels | | | Wheels & Tires | | |

### 8. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAMS BELOW

RIGHT SIDE: OK
LEFT SIDE: OK
FRONT: OK
REAR: OK

### 9. COMMENTS
CMV

**10. DRIVER DAMAGE** ☐ Yes ☒ No
INSPECTOR INITIAL: LP
DRIVER INITIAL: ___
DATE: ___

| 1. READY FOR OCCUPANCY CERTIFICATION | Contract W.O. No. | Inspector Signature | THA No: |
|---|---|---|---|
| 2. OCCUPANT NAME | | ADDRESS | |

### 3. REPRESENTATIVE ACKNOWLEDGE CONDITION AS DESCRIBED ABOVE:
| NAME (Contractor) | SIGNATURE & DATE (Contractor) | SIGNATURE & DATE (FEMA Rep.) |
|---|---|---|
| Receipt To/From (Print): Baton Rouge | | Lonnie Parfait 10-19-05 |
| Dispatch To/From (Print): | | |
| Receipt To/From Staff (Print): | | |
| OCCUPANT SIGNATURE (Move In or Move Out) | DATE | FEMA REP. SIGNATURE | DATE |

R1539 FORM 90-13 (TEST) JANUARY 05

LWFR-EXP 5-000468

SHAW-WRI 00008