1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE: FEMA TRAILER         *    MDL NO. 1873
            FORMALDEHYDE PRODUCTS *
 4          LIABILITY LITIGATION  *    SECTION "N"(5)
                                  *
 5                                *    JUDGE ENGELHARDT
     THIS DOCUMENT IS RELATED TO  *    MAGISTRATE CHASEZ
 6                                *
     Lyndon T. Wright, et al. v.  *
 7   Forest River, Inc., et al.,  *
     No. 09-2977                  *
 8                                *
     * * * * * * * * * * * * * * **

 9

10        INCLUDES PORTIONS SUBJECT TO PROTECTIVE ORDER

11

12        The 30(b)(6) videotaped deposition upon oral

13   examination of FOREST RIVER, INC., by Doug Gaeddert, a

14   witness produced and sworn before me, Patrice E.

15   Morrison, RMR, CRR, Notary Public in and for the

16   County of Marion, State of Indiana, taken on behalf of

17   the Plaintiffs at The Marriott, 123 St. Joseph Street,

18   South Bend, Indiana, on November 5, 2009, at

19   9:03 a.m., pursuant to the Federal Rules of Civil

20   Procedure.

21

22           STEWART RICHARDSON & ASSOCIATES
             Registered Professional Reporters
23                  One Indiana Square
                       Suite 2425
24              Indianapolis, IN  46204
                    (317)237-3773
25
```

EXHIBIT D

149

```
 1        were going to go to lunch, and we said, "Hey, do
 2        you want to pop along?  We're going to go grab,"
 3        you know, "a burger or something or some chicken
 4        wings or something."
 5             And he said, "No, I don't do that.  I'd love
 6        to, but I don't do anything that could ever," you
 7        know, "be suspect as far as impropriety."
 8             And the guy was a very straight shooter.  I
 9        know he struck me unique as just a great guy.  I
10        was glad he was at my government.
11   Q    And I'm sure Mr. Miller is making a careful note of
12        that.
13             So he spent about three hours at Forest
14        River's facility inspecting the prototype in your
15        plant?
16   A    Yeah.  I don't remember the exact, but it would
17        have been -- it would have been in the morning, and
18        it would have ended prior to lunch, so...  The
19        plant managers typically go about 11:30, so right
20        around 11:30 we would have been done.  So whether
21        he got there at 8:00 or 9:00, I don't recall
22        exactly, but it would have -- ballpark it pretty
23        close.
24   Q    Okay.  Did the prototype have a Lippert-supplied
25        frame?
```

Gaeddert, Doug 11/05/09