# Forest River Recreational Vehicle Owner's Manual

## Travel Trailers & Fifth Wheels



EXHIBIT E



www.forestriverinc.com

FOREST - 0002399

## STATEMENT OF FORMALDEHYDE
## FROM BUILDING MATERIALS

Certain building products such as particleboard, fiberboard, and hardwood plywood are manufactured with an adhesive containing urea-formaldehyde. These products emit a small quantity of formaldehyde into the air.

Other products contain formaldehyde or urea-formaldehyde resins, such as some carpets, draperies, upholstery, fabrics, deodorizers, cosmetics, and permanent-press fabrics. Formaldehyde is also a by-product of combustion and is produced by cigarettes and gas appliances.

The concentration of formaldehyde in the indoor air depends on the quantity and emission rates of all emission rates of all emitting products in the structure compared to the volume of indoor air and the fresh air ventilation rate. As with other indoor pollutants, ventilation should reduce formaldehyde levels.

WARNING:   FORMALDEHYDE LEVELS IN THE INDOOR AIR CAN CAUSE TEMPORARY EYE
AND RESPIRATORY IRRITATION AND MAY AGGRAVATE RESPIRATORY
CONDITIONS OR ALLERGIES.

## SAFETY CHAIN INSTALLATION INSTRUCTIONS:

Your travel trailer has been equipped with safety chains of the proper classification as specified in Canadian Standards Association Standard Z240.1.2. You should always connect these chains properly subsequent to moving your trailer, even for short distances. In the unlikely event that your trailer should come loose from the hitch ball, properly installed chains can avoid disastrous results.

The length of the safety chain has been adjusted when the end connectors were installed. Chains should always be of equal length on both sides. The length should be adequate to allow the tightest turn radius available while being short enough to preclude dragging on the road.

Safety chains should always be connected by crossing them under the trailer tongue. The right chain attaches to the left side and the left chain attaches to the right side. This will form a cradle that catches the hitch coupler should it come loose. The end connectors should always be connected to the hitch base plate or other location specifically provided for this purpose. NEVER attach safety chains by looping them around the ball hitch.

77

FOREST - 0002476