```
                                                                    1

 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3    IN RE:  FEMA TRAILER          MDL NO. 1873

 4    FORMALDEHYDE PRODUCTS         SECTION "N"(5)

 5    LIABILITY LITIGATION          JUDGE ENGELHARDT

 6
      This document relates to:  Lyndon T. Wright
 7            v. Forest River, Inc., et al
                    Docket No. 09-2977
 8                       *  *  *

 9

10         Videotaped Federal Rule 30(b)(6)

11    Deposition of SHAW ENVIRONMENTAL, INC.,

12    through its designated representative,

13    GEOFFREY C. COMPEAU, Ph.D., 4171 Essen Lane,

14    Baton Rouge, Louisiana 70810, taken at the

15    offices of Baker Donelson, Bearman, Caldwell

16    & Berkowitz, PC, 201 St. Charles Avenue,

17    Suite 3600, New Orleans, Louisiana 70170, on

18    Thursday, the 7th day of January, 2010.

19

20    REPORTED BY:

21        JAMES T. BRADLE, CCR
          PROFESSIONAL SHORTHAND REPORTERS
22        (504)529-5255

23    VIDEOGRAPHER:

24        BRIAN SOILEAU
          PROFESSIONAL SHORTHAND REPORTERS
25        (504)529-5255
```

EXHIBIT E

1        THE WITNESS:
2              The issue of what was potentially
3    causing some of the odors.
4    EXAMINATION BY MR. D'AMICO:
5        Q    What was the time frame that FEMA
6    was studying this, to your knowledge?
7        MR. MILLER:
8              Objection, foundation.
9        MR. KURTZ:
10             And scope.
11       THE WITNESS:
12             Roughly, spring of -- spring of
13   2006.
14   EXAMINATION BY MR. D'AMICO:
15       Q    So it was your understanding from
16   conversations with whom that FEMA was
17   studying this issue in the spring of 2006?
18       MR. KURTZ:
19             Objection, foundation.
20       THE WITNESS:
21             Yeah, once again -- I'm sorry.  I
22   just want to make sure I'm clear about who
23   is asking whom?
24       MR. D'AMICO:
25             I understand.  There are a lot of

1  objections.
2      THE WITNESS:
3          There's a lot of objections.
4      MR. D'AMICO:
5          They don't want you answering
6  these questions.  Go ahead.
7      MR. BONE:
8          Object to the side bar.
9      MR. KURTZ:
10         Object to that.
11     MR. MILLER:
12         Let me make this very clear.  I
13 want the witness to answer the question.
14 The objections are solely for opposing
15 counsel, to notify him that I think there's
16 something wrong with the question.
17         You should answer the question
18 asked, and because of my objections, don't
19 modify your answer in any way.
20     MR. D'AMICO:
21         Thank you, Henry.
22         Now, please read it back.
23 (Whereupon, the court reporter read back the
24 requested testimony as follows:
25     THE COURT REPORTER:

Compeau, Geoffrey 01/07/10