1

UNITED STATES DISTRICT COURT

DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

In Re:   FEMA Trailer     )

Formaldehyde Products    ) MDL No. 1873

Liability Litigation     )

EXHIBIT G

Washington, D.C.

Tuesday, July 7, 2009

Videotape Deposition of DAVID EDWARD GARRATT, called for examination by counsel for Plaintiffs in the above-entitled matter, the witness being duly sworn by CHERYL A. LORD, a Notary Public in and for the District of Columbia, taken at the offices of NELSON MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution Avenue N.W., Suite 900, Washington, D.C., at 9:07 a.m., and the proceedings being taken down by Stenotype by CHERYL A. LORD, RPR, CRR.

38

1    In paragraph -- or -- I'm sorry -- section
2    4, which is, again, the next section of your
3    declaration, you say:  I became aware of a possible
4    systemic formaldehyde problem involving EHUs in May,
5    June 2006, following the release of a Sierra Club
6    report recording high formaldehyde readings in
7    occupied EHUs.
8         Who brought to your attention that Sierra
9    Club report?
10        A.   A member of my staff named Kevin Souza.
11        Q.   And what is Mr. Souza's title?
12        A.   At the time, he was the chief of our IA
13   policy branch.
14        Q.   And IA stands for?
15        A.   I'm sorry.
16             Individual assistance.
17        Q.   You go on to state that:  In June 2006,
18   the disaster assistance director assumed FEMA
19   responsibility for coordinating the agency response
20   to formaldehyde-related concerns in EHUs.
21             How did the directorate assume FEMA
22   responsibility for coordination?

Garratt, David - Fema 07/07/09

208

1  far more expensive to build.
2        So a number of reasons I think contributed
3  to the use of travel trailers and their popularity at
4  least within a certain segment of the disaster
5  population on those small properties and wanted to
6  stay on their property and rebuild their home.
7     Q.   Am I also correct that during the prior
8  natural disaster events that we talked about prior to
9  Hurricane Katrina, can we assume that there were
10 young children and elderly people and stay-at-home
11 moms living in those travel trailers as well?
12    A.   I think that's safe to assume.
13    Q.   And again you're not aware of any
14 formaldehyde claims by any of those people in those
15 prior disasters?
16    A.   I'm not personally aware of any.
17    Q.   When you were working with the CDC after
18 Hurricane Katrina, did you become aware of the
19 results of a study that they did in Hancock County,
20 Mississippi, of children's pre-Katrina and
21 post-Katrina doctor visits?
22    A.   Not by -- not by that reference.