# Transcript of the Testimony of
# Videotaped Deposition of Lyndon Wright

**Date taken: July 10, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER          MDL NO. 1873
FORMALDEHYDE PRODUCTS        SECTION "N"(4)
LIABILITY LITIGATION         JUDGE ENGELHARDT

* * *

VIDEOTAPED DEPOSITION OF LYNDON WRIGHT, 3417 SOUTH CLAIBORNE AVENUE, APARTMENT 5, NEW ORLEANS, LOUISIANA 70113, TAKEN AT THE OFFICES OF FRANK D'AMICO, 622 BARONNE STREET, NEW ORLEANS, LOUISIANA 70130, ON THE 10TH DAY OF JULY, 2009.

REPORTED BY:
    CATHY RENEE' POWELL, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504) 529-5255

VIDEOGRAPHER:
    BRIAN SOILEAU
    PROFESSIONAL SHORTHAND REPORTERS
    (504) 529-5255

## Page 2

APPEARANCES:

THE LAW OFFICES OF FRANK J. D'AMICO, JR.
(BY: FRANK J. D'AMICO, JR., ESQUIRE
    AARON AHLQUIST, ESQUIRE)
622 BARONNE STREET
NEW ORLEANS, LOUISIANA 70113
    ATTORNEYS FOR THE PLAINTIFF

DAVID McCLENDON, ESQUIRE
4731 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

    ATTORNEYS FOR THE PSC

U.S. DEPARTMENT OF JUSTICE
(BY: MICHELLE GREIF, ESQUIRE)
CIVIL DIVISION
1331 PENNSYLVANIA AVENUE, N.W.
ROOM 8210-N
WASHINGTON, D.C. 20004

    ATTORNEYS FOR DEFENDANT, UNITED
    STATES OF AMERICA

BAKER DONELSON
(BY: DAVID KURTZ, ESQUIRE
    KAREN WHITFIELD, ESQUIRE)
201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
    ATTORNEYS FOR DEFENDANTS,
    CH2M HILL CONSTRUCTORS, INC. AND
    SHAW ENVIRONMENTAL, INC.

## Page 3

APPEARANCES CONTINUED:

GIEGER, LABORDE & LAPEROUSE, LLC
(BY: JASON BONE, ESQUIRE
    CARSON STRICKLAND, ESQUIRE)
701 POYDRAS STREET
SUITE 4800
NEW ORLEANS, LOUISIANA 70139
    ATTORNEYS FOR DEFENDANT, FOREST
    RIVER, INC.

GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.
(BY: KELLY MORTON, ESQUIRE)
909 POYDRAS STREET
SUITE 1800
NEW ORLEANS, LOUISIANA 70112
    (VIA TELEPHONE)

    ATTORNEYS FOR DEFENDANTS,
    RECREATION BY DESIGN, LLC, TL
    INDUSTRIES, INC., FRONTIER
    RV, INC. AND PLAY'MOR TRAILERS,
    INC.

## Page 4

EXAMINATION INDEX
EXAMINATION BY MR. BONE: .................9
EXAMINATION BY MR. KURTZ: .............248
EXAMINATION BY MS. GREIF: .............298
EXAMINATION BY MR. BONE: ..............326
EXAMINATION BY MR. KURTZ: .............337
EXAMINATION BY MR. AHLQUIST: ..........342
      * * *

INDEX OF EXHIBITS
Exhibit No. 1 ........................99
  Ready for Occupancy Check List,
  SHAW-WRI 00011.
Exhibit No. 2 ........................204
  Bankruptcy petition filed on behalf
  of Lyndon Wright, May 24, 2001.
Exhibit No. 3 ........................212
  FEMA Document, Important
  Information for Travel Trailer
  Occupants, FEMA08-000013, 14.
Exhibit No. 4 ........................213
  Formaldehyde Levels in
  FEMA-Supplied Trailers.
Exhibit No. 5 ........................214
  FEMA Document, Important

## Page 65

1  work from 2002 until 2005 due to what you
2  believed were seasonal allergies?
3     A.  No, I don't recall it.
4     Q.  Are you saying that didn't happen
5  or you just don't recall?
6     A.  That I called off because of
7  seasonal allergies?
8     Q.  Because of allergies.
9     A.  I don't recall.
10    Q.  Were you ever hospitalized from
11 '99 to 2002?  I mean, excuse me, from '99 to
12 August 29, 2005?
13    A.  Hospitalized?  No.
14    Q.  Did you ever have to go to the
15 emergency room during that period?
16    A.  Not that I recall.
17 MR. D'AMICO:
18    We have been going about an hour
19 and 15 minutes.  Do you mind if we take a
20 bathroom break?
21 MR. BONE:
22    Sure, go ahead.
23 THE VIDEOGRAPHER:
24    We are off the record; it is 9:25.
25    (Recess.)

## Page 66

1  THE VIDEOGRAPHER:
2     We are back on the record; it is
3  9:40.
4  EXAMINATION BY MR. BONE:
5     Q.  Mr. Wright, when we left off, we
6  were talking a little bit about your time
7  with the Hyatt.  What I want to do now is
8  talk a little bit about what occurred after
9  the hurricane, August 29, 2005, at the
10 Hyatt.
11    Were you actually on duty or
12 called in during the hurricane at the Hyatt?
13    A.  No.
14    Q.  Okay.  Were you actually in New
15 Orleans at the time of the storm?
16    A.  Yes.
17    Q.  Let me just talk to you about the
18 Hyatt for a minute and we'll get to the
19 other areas.
20    But from August 29, 2005, when was
21 the first time you were actually back at the
22 Hyatt building for work?
23    A.  Right after Rita.  Which would be
24 probably September.
25    Q.  And how was it the Hyatt had

## Page 67

1  contacted you in terms of asking you to come
2  back to work?
3     A.  I made the call to my supervisor
4  at the Hyatt, and he said, "Yeah, come on
5  back," because I was out there in Houston.
6     Q.  So after the storm, you relocated
7  to Houston, and within a few weeks after the
8  storm, you called your supervisor, which was
9  who?
10    A.  Eddie.
11    Q.  Eddie who?
12    A.  Haggerty.
13    Q.  Eddie Haggerty?
14    A.  Yes.
15    Q.  And within a few weeks after the
16 storm, you called Mr. Haggerty and said, "I
17 would like to come back to work if work is
18 available"?
19    A.  That's correct.
20    Q.  What did he tell you when you made
21 that request?
22    A.  He said the hotel had got messed
23 up pretty bad, he could use the workforce
24 because he needed as many people as possible
25 to come back.

## Page 68

1     Q.  At this point, were you aware that
2  your home had been damaged?
3     A.  Aware of?  Yes, I was aware of it.
4     Q.  Did you discuss with Mr. Haggerty
5  where you would be living while you were
6  doing work for the Hyatt?
7     A.  Yes.
8     Q.  What did he tell you in that
9  regard?
10    A.  We would be staying in the hotel
11 because they already had employees that had
12 stayed during the storm and they had
13 employees and I could stay in a room.
14 MR. D'AMICO:
15    Off the record.
16    (Off the record discussion.)
17 EXAMINATION BY MR. BONE::
18    Q.  So Mr. Haggerty related to you
19 there was a place for you at the hotel if
20 you wanted to come back to New Orleans and
21 help assist Hyatt in the rebuilding process,
22 correct?
23    A.  That's correct.
24    Q.  Do you recall when you came back?
25 It was sometime in September?

1  A. Yes.
2  Q. The same smell from the time you
3  smelled it in the winter of '06 until the
4  summer of 2008, correct?
5  A. (Witness nods head affirmatively.)
6  Q. And the severity of the smell, the
7  amount of the smell that you could perceive,
8  didn't change except for when you deodorized
9  the unit, correct?
10  A. That's right.
11  Q. So if you were asked, it was your
12  perception that it wasn't -- the smell
13  wasn't worse at any given point in time from
14  the time you first perceived it until the
15  time you left the trailer, correct?
16  A. Other than when the stove was on
17  in that particular area. No, I couldn't say
18  it got worse. Like I said, I was on top of
19  it. I mean, it could have been worse, but
20  by me always deodorizing it, I just probably
21  didn't pay attention to it.
22  Q. But if called upon to testify,
23  your testimony would be that the smell was
24  the same --
25  A. The same.
Page 133

1  Q. The same across the top?
2  A. Yes.
3  MR. D'AMICO:
4      I object to the form of that
5  question. I don't know that that is what he
6  just said. But --
7  EXAMINATION BY MR. BONE::
8  Q. Do you ever recall being asked by
9  FEMA if you had any health problems that you
10  associated with this particular unit?
11  A. Repeat the question.
12  Q. Do you ever recall being asked by
13  FEMA if you had any health problems that you
14  associated with this particular unit?
15  A. By FEMA? No.
16  Q. Do you recall being asked by
17  anyone if you had any health problems
18  associated with this particular unit?
19  A. My mom.
20  Q. When did that conversation take
21  place?
22  A. Basically, when I was on the phone
23  talking to her at one time and I was doing a
24  lot of coughing. I made the mention that I
25  woke up choking, you know, looking for
Page 134

1  water. I believe I made the comment that I
2  think this trailer has made me sick because
3  I wasn't like this when I was on the cruise
4  ship.
5      She said, "Well, I'm going to call
6  FEMA and have somebody come out. You think
7  there's a leak going on up in there?"
8      I said, "Not that I know of, I
9  don't smell propane or nothing, I'm just not
10  feeling like I was feeling on the cruise
11  ship."
12  Q. Explain to me the difference in
13  the way you were feeling from the time -- as
14  compared to the cruise ship, which is why
15  you thought there was some problem with the
16  unit.
17  A. I mean, I slept comfortably. I
18  was actually -- what word can I use? I felt
19  a lot better on the cruise ship than I did
20  in the trailer. When I got in the trailer,
21  my eyes started getting irritated and I just
22  associated it with my allergies, and I think
23  it was this trailer, but it was just
24  constant. And the coughing, just a plain
25  old dry cough. And I started seeing blood
Page 135

1  in my mucus when I expelled, you know.
2  Q. Uh-huh.
3  A. And I would wake up with this
4  choking feeling out of my sleep. And I
5  started keeping water by the bed -- by the
6  sofa, really, I slept on the sofa.
7      It just didn't feel right, I mean,
8  between telling the people about the
9  rainwater and -- I don't know. It was just
10  aggravating.
11  Q. Okay. During that period of time
12  that you were living in this unit, you had
13  health insurance with the City of New
14  Orleans, correct?
15  A. Yes.
16  Q. And you also had health insurance
17  with Hyatt still, correct?
18  A. Yes, for a short period, yes.
19  Q. So if you needed to go to the
20  doctor, you had insurance to cover your
21  access to care, correct?
22  A. Yes.
23  Q. And did you ever seek out medical
24  care for the problems that you're telling us
25  about today?
Page 136

**Page 137**

```
 1      A.  Yes.  I went to the doctor about
 2   my eyes, because I thought I had the pink
 3   eye, because I woke up one morning and my
 4   eyes was closed.
 5          When I went to the doctor, he said
 6   it was -- it wasn't pink eye, it was just
 7   like a severe allergic reaction.
 8          I went to the doctor about my
 9   chest being so congested and my coughing so
10   much.  I think they gave me antibiotics.
11   Gave me an inhaler.
12          When I was congested sinus-wise,
13   they gave me Nasonex.  I complained about
14   all of this being swollen -- well, you know,
15   inside, not out, not physically out, but
16   just being swollen, they said it was
17   probably a viral infection or what have you.
18      Q.  Let's talk about that.
19          You said you had some eye issues,
20   some chest congestion, some sinus problems.
21   You said that you had some swelling, you
22   felt, around your throat area.  Was there
23   anything else, any other physical problems
24   that you had while living in this particular
25   unit?
```

**Page 138**

```
 1      A.  I mean, other than the headaches
 2   associated with all the coughing I was
 3   doing.
 4      Q.  Anything else?
 5      A.  Physical problems?  I broke out
 6   with a rash a few times.
 7      Q.  Anything else?
 8      A.  Did you get the blood in my mucus
 9   and everything?
10          And I noticed -- well, I noticed
11   my ear ran a lot more.  I mean, it was
12   already a problem, but I only go to the
13   doctor to see them about twice a year, but
14   at that particular time, I had to go, like,
15   three or four times just for cleaning.
16      Q.  Anything else?
17      A.  No.
18      Q.  The eye irritation, chest
19   congestion, the mucus issue, the sinuses and
20   the viral infections and the headaches, did
21   you go to see Dr. Crews and Dr. Fields for
22   that?
23      A.  Yes.
24      Q.  Did you see anyone else for those
25   issues?
```

**Page 139**

```
 1          MR. D'AMICO:
 2             Did you mean to skip some of the
 3   things he complained about?
 4          MR. BONE:
 5             We're going down.
 6          MR. D'AMICO:
 7             Okay.
 8          THE WITNESS:
 9             Dr. Fox.  I mean, it's all in one
10   facility.
11             Dr. Reginelli.
12   EXAMINATION BY MR. BONE::
13      Q.  And they are all with Uptown
14   Nephrology?
15      A.  That's correct.
16      Q.  Did you see them for the rashes or
17   did you see somebody else?
18      A.  No, I pretty much did my own thing
19   with the rash, the calamine lotion and
20   stuff.  I pretty much did self-help on them.
21      Q.  The rashes, where were they
22   located?
23      A.  Like on the back of my neck and my
24   elbows.
25      Q.  How often did you have a rash?
```

**Page 140**

```
 1      A.  It would be -- it lingered.  I
 2   mean, it would be real bad at one time, and
 3   it would be like it was going away, but it
 4   always had little fine bumps.  But it would
 5   stay with me.
 6      Q.  I think you said you had used
 7   calamine lotion on it?
 8      A.  Yeah.  The stuff in that pink
 9   bottle or something, yes.
10      Q.  Okay.  Did that resolve the issue
11   for you?
12      A.  The itching part, yeah.  The rash
13   itself pretty much stayed, but the itching
14   was resolved.
15      Q.  When you were in the clinic with
16   the folks from Uptown Nephrology, did you
17   ever mention that you had rashes on the back
18   of your neck and your elbows?
19      A.  No, I didn't mention it.
20      Q.  Is there any reason why you didn't
21   bring this to the attention of the doctors
22   if you were in their office anyway?
23      A.  No.  Like I say, I was putting
24   calamine lotion on it, so --
25      Q.  So, to your knowledge, no doctor
```