# Affidavit
## Of
### Edward Halie Shwery

STATE OF LOUISIANA
PARISH OF ORLEANS

RE:     **Trial of Lyndon Wright**
        **In RE FEMA Trailer Formaldehyde Product Litigation**

  Before me, the undersigned Notary, on this day personally appeared Edward Halie Shwery, a person whose identity is known to me. After I administered the oath to him, upon his oath he stated the following:

  All statements contained herein are true and correct and based upon my personal knowledge, education, and experience and I am a person of full age of majority, competent to execute this affidavit.

  Affiant further sayeth not.

Sworn to and subscribed to before me, Notary, this 28th day of July, 2009.

_Edward Halie Shwery_
Edward Halie Shwery


_Cynthia M. Wallace_
Cynthia M. Wallace, Notary ID# 32840
My commission expires at my death.

**EDWARD HALIE SHWERY, PH.D.**
A PROFESSIONAL PSYCHOLOGY CORPORATION
SUITE 200
315 METAIRIE ROAD
METAIRIE, LOUISIANA 70005-4337
PHONE: (504) 833-6999
FAX: (504) 833-2040
EMAIL: shwery@gmail.com

CLINICAL PSYCHOLOGY
FORENSIC PSYCHOLOGY
CHRONIC PAIN MANAGEMENT

DIPLOMATE
AMERICAN ACADEMY OF
PAIN MANAGEMENT

## PSYCHOLOGICAL EXAMINATION

Name: Lyndon Wright
Date of Birth: April 1, 1970
Date of Examination: July 17 and 20, 2009
Date of Report: July 21, 2009

## Background Information

Lyndon Wright presents as a 39-year-old man who was appropriately dressed and well groomed for the examination. Lyndon reports that he lived in a FEMA trailer for 28 months from March 2006 until July 2008. He has been living in an apartment for the past one year. As he stated, "Problems started happening to me when I lived in a trailer, but I wrote it off to just the weather at the time." Lyndon learned in the past year that there might have been problems with formaldehyde in the trailer in which he resided. At the time he lived in the trailer he experienced numerous symptoms including coughing, blood in his mucus, headaches, eye irritation, rashes on his elbows, the back of his neck and his upper back, congestion, and difficulty breathing. Lyndon, who prefers to be called "Lyn," reports that while living in the trailer, "I began getting sick more often and I started seeing a doctor more often. I was using more medication (OTC) and I was waking up at night and I couldn't breathe."

Since moving out of the trailer one year ago, many of Lyn's symptoms and problems have improved. Prior to my examination, I reviewed extensive medical records including:

1. His employee file;
2. The plaintiff fact sheet;
3. The Rite Aid Pharmacy records;
4. The medical records of Dr. Worley;
5. The Touro Hospital Emergency Room records from May 8, 2008;
6. The records from the Uptown Nephrology office;
7. Walgreen's Pharmacy records.

## Background Information

The above-referenced records were reviewed. Lyn's employment file indicates that he has had a positive record of employment indicating a solid, positive work ethic and a

2 Page
Name: Lyndon Wright
Date of Birth: April 1, 1970
Date of Examination: July 17 and 20, 2009
Date of Report: July 21, 2009

successful work history. The treatment records from his physicians document the development of numerous pulmonary, sinuses, and skin difficulties; his account of the problems with which he has struggled is highly congruent with the medical records. More recently, bone density loss problems have been noted by repeated examinations by his physician. A recent report indicates that he is at risk for a future fragility fracture due to loss of bone density. His physician has prescribed medication to address this issue.

## Examination Results

Lyndon T. Wright presents as a 30-year-old man who was appropriately dressed and well groomed for the examination. Lyn reported that numerous health problems began occurring, "when I lived in a trailer, but at the time I wrote it off to just the weather." Lyn reports that after moving into a trailer in March 2006, he developed problems with coughing, blood in his mucus, headaches, eye irritation, rashes, and sinus difficulties.

Lyn was born in New Orleans one of two children. As a youngster he was playful and active. Hearing difficulties were identified when he was a preschooler. By kindergarten – first grade, a hearing aid was prescribed that helped clear up some of his hearing difficulties. Lyn was born with a hole in his right eardrum and underwent several surgical interventions to close the hole. He remains deaf in his right ear and the hearing aid assists his hearing in his left ear. Lyn was raised in a single parent home with his mother and sister. He visited his father on weekends. Lyn was generally healthy as a child and was a good student and liked school. He completed high school, graduated in 1988, and attended Southern University of New Orleans for one semester. He then transferred to Delgado College where he attended classes for an additional semester. At that point, he quit school and began working initially as a general laborer for temporary agencies. Lyn also worked for security companies as a guard and eventually became involved in maintenance work. In 1999 he began working for the Hyatt Hotel Corporation where he currently is employed. In addition to his work at the Hyatt, he also works full-time for the City of New Orleans in maintenance and an engineering capacity.

Lyn's mother noted when he was 2-3 years old that he was having difficulty hearing. Eventually, his mother sought consultation with a physician and eventually hearing problems were diagnosed. As a youngster, speech therapy was also prescribed and after 2-3 years of speech therapy accompanied by the use of a hearing aid in his left ear, his speech and hearing problems improved.

Lyn was generally healthy throughout his childhood and adolescence. In his mid 20's, he suffered a brief exposure to chlorine gas and was quickly treated for pulmonary problems. The treatment was brief and all of his problems resolved after 2-3 days. He has had no further problems from the brief chlorine exposure.

3 Page
Name:  Lyndon Wright
Date of Birth:  April 1, 1970
Date of Examination:  July 17 and 20, 2009
Date of Report:  July 21, 2009


In the early 1990's he was in his automobile and was struck from behind.  He suffered low back and neck pain.  He was successfully treated with physical therapy and chiropractic care and all of his problems resolved within two months.  He missed 1-2 days of work.  There have been no further difficulties from the apparently soft-tissue injuries to his neck and lower back.

In 2002, Lyn consulted a physician at the Uptown Nephrology Clinic.  The physicians became his primary care doctors.  Lyn reported to his doctor that he was feeling a lowered mood and antidepressant medication was prescribed (Effexor).  Lyn took the medication for 2-3 months and stopped as, "The medication made me sleepy and it wasn't helping that much anyway."  In addition to the medication, Lyn purchased motivational books such as The Game of Life for help in refocusing his life and increasing his motivation to succeed.  The books he purchased generally focused on increasing his mental attitude toward a more positive focus.  They are generally regarded as self-help and self-improvement books.  Lyn generally found that his self-esteem and motivation increased as a result of the books he read.

In approximately 2004, his physician elected to obtain a bone density test that was repeated in approximately 2005 or 2006.  His physician reportedly advised Lyn that it was important to increase his intake of calcium as his bone density was declining.  As a result, Lyn increased his dietary intake of dairy products and ingested calcium pills prescribed by his physician.

Effects from Hurricane Katrina

Lyn lived with his mother in her home in New Orleans when Hurricane Katrina occurred.  Lyn and his mother stayed in New Orleans after the hurricane, but due to rising water levels, they evacuated his mother's home and lived on the West Bank in his cousin's home for a few days.  Lyn and his mother then evacuated to Houston, Texas where they lived with relatives for approximately six weeks.  Lyn's mother remained in Houston with friends and Lyn returned to New Orleans in mid-October 2005.  He began living on a cruise ship that was available for temporary housing where he remained for approximately five months until he moved into a FEMA trailer.  Lyn reports no symptoms or difficulties with pulmonary, sinus, or skin problems while living on the cruise ship.  During this time he continued to work for the City of New Orleans and resumed working for the Hyatt Corporation once they reopened the hotel.  In March 2006, a FEMA trailer was placed on his mother's property and he began living in the trailer.  Lyn reports initial difficulties with the electrical system, rain entering the trailer around the front door, mold, and a stale smell in the trailer.

4 Page
Name: Lyndon Wright
Date of Birth: April 1, 1970
Date of Examination: July 17 and 20, 2009
Date of Report: July 21, 2009

Continuing Problems

Initially, Lyn had no significant difficulties while living in the trailer, but after approximately two months, he began experiencing a burning and redness in his eyes, increased and frequent coughing, headaches, and, "My throat would get clogged up and I would wake up at night and have trouble breathing." Lyn consulted a physician at the Uptown Nephrology practice and his physician prescribed over-the-counter medications that began to help address the problems Lyn was experiencing. Unfortunately, his chest congestion continued and gradually worsened. His sinus problems also continued and his headaches and coughing gradually became worse. After 3-4 months in the trailer, dermatological problems developed with primarily rashes on his elbows, back of his neck, and his upper back. Initially, Lyn employed the use of over-the-counter medication for his skin difficulties. However, after approximately 9 months, his skin problems increased and blood in his mucus developed. Lyn was able to continue working, but he began consulting his physician more often and his health slowly deteriorated.

Lyn recalls developing depression after approximately 9-12 months of living in the trailer. As he recalls, "I started noticing symptoms that were aggravating me (general health) and I started to not care anymore. I started having thoughts about walking away from the trailer and quitting my job and I got to the point that I just didn't care about things anymore." Lyn also began to experience suicidal ideation as his depression unfolded and increased. As he recalls, "I had a whole bunch of medications for sinus problems and I began thinking 'I wonder what would happen if I took all of these?' Then I started thinking what that would do to my family and I tried not to think about dying." Lyn consulted his physician and advised the doctor that he was feeling depressed; the doctor prescribed Effexor. Lyn took the medication for approximately six weeks and he began re-reading his motivational books. Gradually, his depression declined. Issues of morbidity have continued to be present in Lyn's mind. Privately, he continues to ruminate about death and the long-term effects of formaldehyde. As he stated, "Every little pain I get I wonder if I should go to the doctor, I don't know what it is. I ask myself if the blood in my mucus is a warning sign of something wrong. Where is this blood coming from?"

The bone density problems are also beginning to occupy a larger focus in his private worries and distress. As he stated, "At times I pick up something and I worry, will my arm break? I don't want to go out on long-term disability. I don't want my bones to get weak and have to worry about this. Like, if I jump down a flight of stairs and stuff. I'm waiting for more testing and I'm worried about what living in the trailer might have to do with the bone problems." Lyn is planning to schedule another appointment with his physician in order to follow up on re-testing for bone density.

5 Page
Name: Lyndon Wright
Date of Birth: April 1, 1970
Date of Examination: July 17 and 20, 2009
Date of Report: July 21, 2009

Concurrent with the periods of recurrent depression, Lyn also noted increased fatigue that became a chronic condition. Lyn began entertaining thoughts such as, "Why would I want to kill myself like that?" He also reports wondering why he was having so many physical symptoms and began thinking, "I thought that my body was breaking down. I was worried I would have to miss work." Lyn began to experience increased worry and distress about what was happening to his body and the effect on his life. He continued reading and re-reading the books he had purchased and he was able to cope with the depression.

His fatigue continued unabated and he also continued gradually to experience a slow decline in physical and emotional health. As a result, he became isolated and withdrawn. As he states, "It was like a sea-saw, I kept battling to keep my perspective, but I kept feeling like I was losing control over my mind."

After 28 months in the trailer, Lyn decided to move to alternative living arrangements. He moved into an apartment on South Claiborne Avenue and, although he continued having difficulty breathing, his mental status began to improve. As he reflects upon those changes he notes that he became less withdrawn and isolated and began to talk to other people more. While in the trailer, he had become withdrawn and reclusive.

Another serious problem developed for Lyn during the time he was in the trailer. He notes that while in the trailer he became impotent. After he moved into the apartment in July 2008, his impotence rapidly declined and he resumed a more normal sexual life.

Prior to living in the trailer, his physician had prescribed Viagra to enhance his sexual life. Lyn reports that he did not have any symptoms of impotence prior to living in the trailer. He notes that the use of Viagra increased his sexual stamina, although he did not have impotence problems. In contrast, however, when he moved into the trailer he noted, "Something was wrong with me, I wasn't even having an erection in the early morning. I noticed something was going on with my body." His physician prescribed medication, which helped slightly, but the impotence problems continued. After he moved into the apartment in July 2008, his sexual difficulties improved.

I explored in more detail with Lyn the nature of his sexual functioning. He notes that prior to living in the trailer, he engaged in sexual relations several times per week. After moving into the trailer, initially he engaged in relations twice weekly and gradually the frequency of sexual relations declined. During his final year in the trailer, during the last 10 months, he did not engage in any sexual relations due to impotence, depression, isolation, withdrawal, and fatigue.

However, after moving out of the trailer and into an apartment, his sexual functioning resumed after approximately two months. During the past one year he has lived in an apartment, he has engaged in sexual relations 5-6 times weekly. During some weeks

6 Page
Name:  Lyndon Wright
Date of Birth:  April 1, 1970
Date of Examination:  July 17 and 20, 2009
Date of Report:  July 21, 2009

he engages in relations on a daily basis.  While living in the apartment for the last year, his energy level has increased, he has become more sociable, he is less withdrawn, and is much more active.  Lyn notes that he is not fatigued as he was while living in the trailer and his attitude toward his job has increased in a more positive fashion.

As Lyn related the account of his experiences in the trailer, he notes that after approximately a few months in the trailer he experienced a passing, fleeting thought of whether of not the trailer was contributing to his newly developed health problems.  He commented to his mother, "I think this trailer is making me sick Mom."  His mother reportedly stated that she would call the representatives for the trailer and ask them to evaluate his trailer for health problems.   He notes that his mother called to obtain information and to have someone come to the trailer.  She reportedly was told that a representative would return her call and, "get in touch with her."  Apparently she received no followup call.  As I explored this issue with Lyn, I note that he did not dwell on the thoughts of whether or not the trailer was causing his problems, as it was more of a "fleeting thought" he discussed with his mother.

After approximately one year, while consulting his physician for symptoms and problems, he asked the physician if living in the trailer could be causing all of his difficulties.   He recalls the physician stating, "It's possible."   Lyn recalls that his physician was rather casual in his comment about whether or not the trailer could be causing health difficulties and Lyn recalls thinking, "He didn't seem concerned, so I didn't worry about it and I didn't think about it anymore."

Lyn also notes that in the spring and early summer of 2008 someone approached him and advised that there were problems with the trailers and this stimulated Lyn's thoughts of, "It got me thinking how serious is this?"  Apparently the man returned later with papers regarding the problems with the trailers.

Eventually, Lyn sought an attorney and, as he notes, "I started talking to my lawyer about the trailer that there was formaldehyde.  This was after I was out of the trailer. When I think back on it, I was thinking, 'Man, I was getting sick all the time, here I was writing all this off, but I didn't know I was sucking all this in.  I learned that the owner's manual for the trailers said they recommended only living in the trailers for two weeks!  I was in there over two years!'  If I had found out about it back then (living in the trailer), I would think people would have been telling people about it (formaldehyde).  If I had known about what formaldehyde can do to you I would have moved out."  As we discussed his reflecting on the two years in the trailer, he noted, "Who would have wanted to stay somewhere if it was cancerous?"

Lyn denies any criminal history, alcohol or drug problems, and reportedly has never smoked tobacco.

7 Page
Name: Lyndon Wright
Date of Birth: April 1, 1970
Date of Examination: July 17 and 20, 2009
Date of Report: July 21, 2009

Lyn continues to have difficulty breathing at night and waking up with blood in his mucus. He reports that his eyes continue to get watery, but generally his health is better than it was immediately following his living in the trailer. He also reports that blood pressure problems developed while living in the trailer and his physician prescribed medication for blood pressure toward the end of 2007. Lyn reports that he has received no prior mental health treatment in his life.

In October 2008, Lyn went to the emergency room at Touro Hospital for numbness in his right arm. As he recalls, "It was numb, I thought I was having a stroke." The physician ordered several tests, conducted an examination, and concluded that his arm appeared to be normal. Lyn recalls the physician suspected a pinched nerve causing the sensation of numbness.

Lyn reports that he was referred to a physician approximately two moths ago who advised him that he has clinical asthma. This is the first time Lyn has had a physician diagnose asthma.

Psychological Testing

A battery of psychological tests was administered.

*Beck Anxiety Inventory*

The BAI was administered. This is a psychological test that consists of 21 descriptive statements of anxiety symptoms. Lyndon's score of 9 is in the mild range of anxiety.

*Beck Depression Inventory-II*

The BDI-II was administered. This is a scale designed to assess the severity of depression. The test is based on the clinical observations and descriptions of symptoms frequently given by depressed patients as contrasted with those frequently given by non-depressed patient. Lyndon's score of 8 is in the minimal range of depression.

*Incomplete Sentences Blank*

The ISB was administered. This is a projective instrument that presents the patient with stems and requires them to express their real feelings as they complete each sentence. Lyn's responses indicate that he privately is concerned about issues of morbidity and general health issues. The responses also indicate the strong work ethic and general health issues. His responses are consistent with the clinical interview data.

8 Page
Name:  Lyndon Wright
Date of Birth:  April 1, 1970
Date of Examination:  July 17 and 20, 2009
Date of Report:  July 21, 2009

*Shipley Institute of Living Scale*

The Shipley is a screening instrument designed to obtain a global assessment of overall intelligence and abstract reasoning abilities.   The results indicate that Lyn's innate intellectual abilities are at an above-average level.   His educational level is not commensurate with his abilities and he is functioning at a level that is lower than his ability.   This pattern is typical for individuals who have not fully developed their intelligence through education or training.   He is functioning at an average level of intelligence.

*Millon Behavioral Medicine Diagnostic*

The MBMD was administered.   This is a psychological test that focuses on the relationship between psychological issues and medical/surgical issues.  The test results are valid.   The results also indicate that there is no concern about exaggeration of symptoms, distortion of results, or outright malingering.  The testing also indicates that his basic personality characteristics render him to be less forthcoming about his private medical and psychological concerns.  He tends to be psychologically unsophisticated and not focused on self-examination, or introspection. As a result, he tends to respond to stress and worries by denial and negation.  Lyn's characteristic style for managing stress is to avoid focusing upon internal experiences and to become more rigid in his control over stressful issues.   When physical illness or medical concerns begin to emerge in his private thinking, he blocks the expression of these concerns by repression and suppression.  As a result, it requires more careful probing to obtain more detailed and complete information about his medical and psychological status.  Testing also indicates that with careful probing and avoiding challenging his defenses, he does have the capacity to reveal his internal worries and concerns.  In general, he tends to minimize his problems.

*MMPI-2*

The MMPI-2 was administered.  This is a psychological test that focuses on personality and psychopathology.  The results are valid.  There is no indication of attempts to exaggerate symptoms, or to outright fake the results.  Rather, he tends to minimize or underreport problems.   Underlying issues of depression are approaching clinical significance. Lyn is not experiencing intense problems with anxiety, or depression, but the clinical issues are lingering under the surface.   Lyn's basic personality style indicates withdrawal and isolation as primary defenses through which he copes with stress.  He is basically a shy and quiet individual who tends to withhold expression of concerns and worries.  The testing also indicates underlying issues of morbidity as noted in the clinical interview data.

9 Page
Name:  Lyndon Wright
Date of Birth:  April 1, 1970
Date of Examination:  July 17 and 20, 2009
Date of Report:  July 21, 2009

Interview With Collateral

Ms. Tyshone  Marsh was interviewed.  Tyshone is a 28-year-old woman who is the current girlfriend of Lyn.  Tyshone has known Lyn for six years and has dated him throughout these years.  During the past six months they have been living together in Lyn's apartment.

Tyshone recalls that while Lyn was living in the trailer placed on his mother's property, "His eyes got puffy all the time and watery.  He started coughing all the time and his nose was congested.  I saw him cough and get bloody (in the mucus).  He also complained a lot about headaches."

Tyshone notes that after Lyn moved out of the trailer and into his apartment that the physical symptoms slowly began to wane.  She notes, however, that he continues to "cough up blood in the morning."

**Diagnoses**

| | |
|---|---|
| Axis I | Anxiety Disorder due to pulmonary problems |
| Axis II | N/A |
| Axis III | Pulmonary problems, bone density problems (by history) |
| Axis IV | Worries about long-term health |
| Axis V | Current GAF = 62 |

**Prognosis**

The prognosis for complete resolution of the developing psychological problems is considered good provided that Lyn receives appropriate psychological treatment.  In the absence of treatment, however, his psychological issues are expected to increase in intensity and frequency.

**Summary and Recommendations**

Lyn has basically been psychologically healthy and well adjusted during his life.  His basic personality also indicates characteristics of a tendency to withdraw, isolate, and avoid outward expression of private concerns.  He is psychologically unsophisticated and has relied on psychological defenses to manage stress and problems in his life.  He has a very strong work ethic and is independently minded.  He has been well socialized and is an honest, forthright individual.

His experience of living in the trailer leading to numerous medical symptoms and health concerns has become an area of private worry and distress.  Lyn is concerned that his

LWFR-EXP 12-000010

10 Page
Name:  Lyndon Wright
Date of Birth:  April 1, 1970
Date of Examination:  July 17 and 20, 2009
Date of Report:  July 21, 2009

health is deteriorating and the thought of becoming disabled and dependent on others for his welfare is alarming to him.  The bone density issues are particularly of concern, as well as the continued blood in his mucus when he coughs.  It is not clear whether or not living in the trailer had any impact upon his bone density issues, but I am concerned that if the bone density problems increase, it is very likely that this man will develop a chronic pain disorder.  I recommend the following:

1.  Lyn would benefit from outpatient counseling aimed at helping him to focus on his internal concerns and ameliorate the anxiety, mental anguish, and distress that is increasing within him;

2.  Regular followup visits with his medical doctor are mandatory in order to address any developing health issues and to allay this man's private anxieties about his overall health and his future.  He tends to cope with anxiety and mental anguish via denial and avoidance.  Regular medical followup will tend to counteract these automatic styles of coping;

3.  In the event that bone density issues lead to more serious problems, Lyn will require outpatient pain management treatment for any developing chronic pain disorder;

4.  I strongly recommend consultation between his treating psychologist and the medical doctors caring for him;

5.  Followup psychological examinations should be conducted one year after beginning psychological treatment and again in the event of a development of a chronic pain problem.

Future treatment costs are estimated to be the following:

A.  Outpatient psychotherapy once weekly for one year $15,600.00
B.  Consultation once monthly for one year $3,600.00
C.  Psychological re-examinations are $5000 each.

All fees are calculated at $300 per hour for professional services.

Very truly yours,

Edward Halie Shwery, Ph.D.
Clinical and Forensic Psychologist
EHS/dgs