# Transcript of the Testimony of
# Videotaped Deposition of John W. Thompson, Jr., M.D.

## Date taken: January 8, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 11542-9   Filed 02/12/10   Page 2 of 5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped Deposition of John W. Thompson, Jr., M.D.

## Page 1

```
            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER          MDL NO. 1873
FORMALDEHYDE PRODUCTS         SECTION N(4)
LIABILITY LITIGATION          JUDGE ENGELHARDT

                    *   *   *

            VIDEOTAPED DEPOSITION OF JOHN W.
THOMPSON, JR., M.D., DEPARTMENT OF
PSYCHOLOGY AND NEUROLOGY, TB53, NEW ORLEANS,
LOUISIANA 70112, TAKEN AT THE OFFICES OF
GIEGER, LABORDE & LAPEROUSE, 701 POYDRAS
STREET, SUITE 4800, NEW ORLEANS, LOUISIANA
70139, ON THE 8TH DAY OF JANUARY, 2010.


REPORTED BY:
    CATHY RENEE' POWELL, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255
VIDEOGRAPHER:
    BRIAN SOILEAU
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255
```

## Page 2

```
 1  APPEARANCES:
 2
    LAW OFFICES OF FRANK D'AMICO
 3  (BY:  FRANK D'AMICO, JR., ESQUIRE
          AARON Z. AHLQUIST, ESQUIRE)
 4  622 BARONNE STREET
    NEW ORLEANS, LOUISIANA 70112
 5
    FEMA FORMALDEHYDE CLAIMS OFFICE
 6  (BY:  DENNIS REICH, ESQUIRE)
    4731 CANAL STREET
 7  NEW ORLEANS, LOUISIANA 70068
 8
      (ATTORNEYS FOR THE PLAINTIFFS'
 9    STEERING COMMITTEE AND THE
      PLAINTIFFS)
10
11  DUPLASS, ZWAIN, BOURGEOIS,
      PFISTER & WEINSTOCK
12  3838 NORTH CAUSEWAY BOULEVARD
    SUITE 2900
13  METAIRIE, LOUISIANA 70002
      (Not Present)
14
      (ATTORNEYS FOR DEFENDANTS
15    GULF STREAM COACH, INC.)
16
    U.S. DEPARTMENT OF JUSTICE
17  (BY:  HENRY MILLER, ESQUIRE)
    500 C STREET, SW
18  WASHINGTON, D.C. 20472
19    (ATTORNEYS FOR DEFENDANTS UNITED
      STATES AND FEMA)
20
21  GIEGER, LABORDE & LAPEROUSE
    (BY:  JASON BONE, ESQUIRE)
22  701 POYDRAS STREET
    SUITE 4800
23  NEW ORLEANS, LOUISIANA 70139
24    (ATTORNEYS FOR DEFENDANTS FOREST
      RIVER)
25
```

## Page 3

```
 1  APPEARANCES CONTINUED:
 2
    HAILEY McNAMARA
 3  10725 PERKINS ROAD, SUITE 200
    BATON ROUGE, LOUISIANA 70810
 4    (Not Present)
 5    (ATTORNEYS FOR DEFENDANTS AMERICAN
      HOMESTAR CORPORATION)
 6
 7  JONES, WALKER, WAECHTER, POITEVENT,
      CARRERE & DENEGRE
 8  201 ST. CHARLES AVENUE
    NEW ORLEANS, LOUISIANA 70170
 9    (Not Present)
10    (ATTORNEYS FOR DEFENDANTS PILGRIM,
      KEYSTONE, MONACO, R-VISION, THOR
11    CALIFORNIA, KZRV, DS/
      CROSSROADS AND DUTCHMEN)
12
13  NIELSEN LAW FIRM
    3838 NORTH CAUSEWAY BOULEVARD
14  SUITE 2850
    METAIRIE, LOUISIANA 70002
15    (Not Present)
16    (ATTORNEYS FOR DEFENDANTS
      SCOT BILT HOMES, INC.)
17
18  GARRISON, YOUNT, LORMAND, FORTE &
      MULCAHY
19  909 POYDRAS STREET
    SUITE 1800
20  NEW ORLEANS, LOUISIANA 70112
      (Not Present)
21
      (ATTORNEYS FOR DEFENDANTS
22    RECREATION BY DESIGN, LLC, TL
      INDUSTRIES, INC., AND FRONTIER
23    HOMES, INC.)
24
25
```

## Page 4

```
 1  APPEARANCES CONTINUED:
 2
    TAYLOR, PORTER, BROOKS & PHILLIPS
 3  8TH FLOOR - CHASE TOWER SOUTH
    451 FLORIDA STREET
 4  BATON ROUGE, LOUISIANA 70801
      (Not Present)
 5
      (ATTORNEYS FOR DEFENDANTS
 6    COACHMEN INDUSTRIES)
 7  VOORHIES & LABBE'
    700 ST. JOHN STREET
 8  LAFAYETTE, LOUISIANA 70502
      (Not Present)
 9
      (ATTORNEYS FOR DEFENDANTS CAVALIER
10    HOME, WAVERLEE HOMES, REDMAN HOMES,
      DUTCH HOUSING, PATRIOT HOMES AND
11    RIVER BIRCH)
12  WILLINGHAM, FULTZ & COUGILL
    (BY:  THOMAS L. COUGILL, ESQUIRE)
13  NIELS ESPERSON BUILDING
    808 TRAVIS, SUITE 1608
14  HOUSTON, TEXAS 77002
      (Attended via telephone)
15
      (ATTORNEYS FOR DEFENDANTS
16    JAYCO AND STARCRAFT)
17
18  McGLINCHEY STAFFORD
    643 MAGAZINE STREET
19  NEW ORLEANS, LOUISIANA 70130
      (Not present)
20    (ATTORNEYS FOR MORGAN BUILDINGS AND
      SPAS, INC., AND MORGAN BUILDING
21    SYSTEMS, INC.)
22
23
24
25
```

1 (Pages 1 to 4)

Case 2:07-md-01873-KDE-MBN   Document 11542-9   Filed 02/12/10   Page 3 of 5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped Deposition of John W. Thompson, Jr., M.D.

1 reliance materials, I believe, on page 4,
2 item 7, there's a reference to the affidavit
3 of Philip Cole. Are you familiar with
4 Philip Cole?
5     A.  I'm not familiar with him. Do you
6 mean do I know him personally?
7     Q.  Or do you know who he is by
8 reputation?
9     A.  He basically wrote a report in
10 reference to the issue of formaldehyde and
11 its effects on nasopharyngeal cancer. So I
12 did read his report.
13     Q.  And are you aware that he is an
14 epidemiologist?
15     A.  Yes.
16     Q.  Were you aware that he was an
17 epidemiologist prior to reading his report?
18     A.  No.
19     Q.  Had you ever heard of Philip Cole
20 before you got involved in this litigation?
21     A.  No.
22     Q.  Were you given the report of
23 Gerald McGwin, an epidemiologist retained by
24 the plaintiffs from the same university as
25 Philip Cole?

Page 69

1     MR. BONE:
2         Object to the form. Philip Cole
3 is not a designated expert in this case.
4 EXAMINATION BY MR. REICH:
5     Q.  You can answer the question.
6     A.  No, I was not.
7     Q.  Have you read any recent
8 pronouncements from the International Agency
9 for Research on Cancer concerning
10 formaldehyde?
11     A.  Some of that may have been in the
12 reliance material. It may have been
13 referred to, but I don't recall it
14 specifically.
15     Q.  Have you read the September 2009
16 report of the National Toxicology Program on
17 formaldehyde? It's about 500 pages thick
18 and reviews all of the literature on cancer
19 and formaldehyde.
20     A.  If it's in my reliance materials,
21 I probably reviewed it or looked at the
22 first few pages of it, but I doubt that I
23 looked at the entire report.
24     Q.  Did the Cole affidavit play any
25 role in your diagnoses of Mr. Wright in this

Page 70

1 case?
2     A.  No. I mean, I don't think that it
3 played any role in my diagnosis. It is a
4 piece of background information in reference
5 to all of the information I looked at. So
6 it's one of the pieces of information. But
7 I was more interested, really, in, you know,
8 his experience and what he had experienced
9 and what he was demonstrating as far as
10 psychiatric symptoms.
11     Q.  Are you aware that formaldehyde is
12 a known human carcinogen?
13     A.  I'm aware that that literature is
14 out there, yes. But --
15     Q.  Are you aware that formaldehyde
16 has been classified as a known human
17 carcinogen by the International Agency for
18 Research on Cancer?
19     A.  I don't know that I specifically
20 looked at that particular statement.
21     Q.  Do you know whether Mr. Wright was
22 aware that formaldehyde is carcinogenic?
23     A.  It's my understanding from
24 discussing it with Mr. Wright that he's not
25 sure what to believe in relation to

Page 71

1 formaldehyde; that he, you know, that he
2 thinks it may play a role, but he's not
3 sure.
4         His description, to me, which was
5 more important to me, is that he can't get a
6 straight answer one way or the other, and
7 so, that's what's causing him some angst or
8 some anxiety.
9     Q.  Did you explore why you are saying
10 Mr. Wright told you he couldn't get a
11 straight answer one way or the other as to
12 whether or not formaldehyde can cause
13 cancer?
14     A.  Or whether it would cause cancer
15 specifically in him, which is what he's more
16 concerned about.
17     Q.  Right.
18     A.  Well, I think that he says that
19 some people are saying, as near as he can
20 tell, on one side that it does and some
21 people on the other side are saying it
22 doesn't. And he doesn't know what to
23 believe. And so that's the situation that
24 he's in.
25     Q.  And would you agree that

Page 72

18 (Pages 69 to 72)

Case 2:07-md-01873-KDE-MBN   Document 11542-9   Filed 02/12/10   Page 4 of 5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped Deposition of John W. Thompson, Jr., M.D.

**Page 97**

1  trailers, such as the study done by Columbia
2  University, I think it's called the
3  Children's Health Project, for example?
4      A.  I reviewed some of the summary
5  data for that, but I don't know that I read
6  the entire report.
7      Q.  Have you read reports of other
8  classes of victims who have been subjected
9  to events where they have ultimately
10 manifested higher levels of anxiety and
11 physiological symptoms associated with
12 anxiety than, perhaps, in comparison to an
13 unaffected population?
14     MR. BONE:
15         Object to the form.
16     THE WITNESS:
17         Yes, and I've read some of those
18 reports in relation to Hurricane Katrina and
19 individuals that were displaced or
20 individuals that had to live in
21 accommodations similar to his
22 accommodations.
23 EXAMINATION BY MR. REICH:
24     Q.  You render an opinion on causation
25 in this case.  And by causation, are you

**Page 98**

1  referring to whether or not the particular
2  trauma that Mr. Wright experienced played a
3  role, a causative role, with respect to any
4  of the psychological and psychiatric
5  conditions that have been diagnosed either
6  by you or by others?
7      MR. BONE:
8          Objection, vague, compound.  You
9  can answer.
10     THE WITNESS:
11         You know, that's multiple
12 questions.
13         When you say "the trauma," what
14 are you talking about?
15 EXAMINATION BY MR. REICH:
16     Q.  By "trauma," let me ask you,
17 because in your causation opinion, you seem
18 to refer to what you call this larger
19 context trauma.  You put him in the class as
20 a Katrina evacuee, correct?
21     A.  Well, the whole concept, if you
22 are trying to parse out what stress is
23 caused by, his concerns about his physical
24 health, let's just say that is one part of
25 it.  His concerns about his physical health,

**Page 99**

1  his concerns about -- or just living
2  post-Katrina or living in a small place when
3  he's used to living in a normal-sized house
4  or he's used to living in better
5  accommodations.  Can you parcel that out and
6  say it's due to one thing versus due to
7  another thing?
8          My contention is that it would be
9  due to multiple things, but I look at what
10 are the most probable things, okay?  And
11 so -- and that is what I try to do when I do
12 a causation analysis.
13     Q.  Let's talk about --
14     MR. BONE:
15         Were you finished, Doctor?
16     THE WITNESS:
17         I'm finished enough.
18     (Brief discussion between reporter and
19 witness off the record.)
20 EXAMINATION BY MR. REICH:
21     Q.  Let me just ask you a few more
22 questions so we can take a break, if that's
23 okay.
24     A.  Okay.
25     Q.  Why don't you identify for me in

**Page 100**

1  this causation analysis that you have done
2  with respect to Mr. Wright all the factors
3  that you included in your differential that
4  may play a role in contributing to or
5  causing any diagnosable psychiatric
6  conditions.
7      A.  Okay, sure.  With reference to his
8  depressive symptoms, depressive symptoms
9  were present prior to the litigation.  They
10 started in 2000 and, you know, are likely a
11 result of a condition that started earlier
12 than him going into the FEMA trailer.  They
13 did remanifest while he was in the FEMA
14 trailer.
15         That could have been due to him
16 living in a confined space, him consuming a
17 lot of alcohol when he was in the FEMA
18 trailer, him dealing with post-Katrina New
19 Orleans and the realities of that and what
20 was going on.
21         All of those things could have
22 played a role in the re-exacerbation of his
23 depressive symptoms, okay?
24         He reported that when he moved out
25 of the trailer, he was in a more pleasant

Case 2:07-md-01873-KDE-MBN   Document 11542-9   Filed 02/12/10   Page 5 of 5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped Deposition of John W. Thompson, Jr., M.D.

Page 101

1  environment. He decreased his alcohol
2  intake and his symptoms improved. So that
3  made sense to me in light of that.
4         With reference to anxiety
5  symptoms, I think that these are driven by
6  several things. Number 1 is the process,
7  what I would call the process of the
8  litigation itself. Many people that I see
9  that are in the context of ongoing
10 litigation have anxiety related to that.
11 The day-to-day stuff that goes with it. His
12 lawyers calling frequently, he talks to his
13 family about it and they may or may not
14 agree with him about what he thinks is going
15 on and he has discussions about it. Things
16 that bring it up make him feel anxious.
17        He reported that he had anxiety in
18 relation to his bone density studies and his
19 osteoporosis. He reported that he felt
20 anxious about the lesion on his tongue and
21 whether or not that was something more than
22 what Dr. Spector was reporting it. He said
23 he didn't have a clear idea about whether
24 formaldehyde caused medical conditions, such
25 as cancer or if was causing any of his

Page 102

1  medical conditions. He didn't know, but he
2  is worried because he perceives that he
3  can't get a straight answer about it. So
4  that was part of his anxiety as well.
5         I have seen that this level of
6  anxiety can be involved with certain
7  individuals involved in litigation. Some
8  people handle it well, some people don't.
9  Some people handle those stresses okay and
10 say, well, this is kind of out of my hands,
11 I will do what I can do. And other people
12 tend to get more anxious about it.
13        I also thought that this whole
14 issue involving him, you know, witnessing
15 testimony on anxiety played a role in his
16 level of anxiety as evidenced by
17 Dr. Shwery's testing, both before and after
18 that.
19        It could have been a combination
20 of him witnessing the testimony and hearing
21 a bunch about psychiatric symptoms and also
22 him being worried about whether this lesion
23 on his tongue is something more than what it
24 is and the osteoporosis. They likely all
25 play a role. So all those things, I think,

Page 103

1  play a role in relation to his anxiety.
2         You know, there can be other
3  factors as well. Alcohol, if you're
4  drinking alcohol on a regular basis, you can
5  have both depressive and anxiety symptoms
6  and sometimes it's difficult to parse those
7  out.
8         So I think those are the two main
9  areas that -- that I saw were depression and
10 anxiety, and those are the factors that are
11 involved in them.
12        There can be other factors.
13 Obviously, he was -- he had a thyroid
14 condition, sometimes that can play a role in
15 his depression. You mentioned asthma. I
16 haven't seen that documentation yet. That
17 may play a role as well. So I think that
18 answers about as thoroughly all the factors,
19 but there could be others.
20    MR. REICH:
21        Why don't we take a break now.
22    THE VIDEOGRAPHER:
23        We are off the record; it is
24 10:47.
25    (Recess.)

Page 104

1   THE VIDEOGRAPHER:
2        Back on the record; it is 11:05.
3  EXAMINATION BY MR. REICH:
4    Q. Dr. Thompson, you have just given
5  me a comprehensive response that identified
6  various etiological factors that you
7  considered in your differential diagnosis,
8  both with respect to anxiety and depression,
9  correct?
10   A. Yes.
11   Q. I would like to go over some of
12 the factors, not all of them, but a few that
13 you considered.
14        For example, you referenced
15 alcohol use. Was all of the information
16 that you received concerning Mr. Wright's
17 drinking based upon your interview with him?
18   A. Yes.
19   Q. Was there anything that showed up
20 in any of the scales on any of the tests
21 that related to alcohol?
22   A. Yes.
23   Q. Okay. Can you identify the
24 particular scales that deal with that type
25 of issue?