Case 2:07-md-01873-KDE-MBN Document 11542-10 Filed 02/12/10 Page 1 of 2
Case 2:07-md-01873-KDE-ALC Document 10934-9 Filed 02/01/2010 Page 1 of 4

1

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  FEMA TRAILER        MDL NO. 1873
 5   FORMALDEHYDE PRODUCTS       SECTION "N"(5)
 6   LIABILITY LITIGATION        JUDGE ENGELHARDT
 7
 8   This document relates to:  Lyndon T. Wright
 9           v. Forest River, Inc., et al.
10           Docket No. 09-2977
11                    * * *
12         Videotaped Deposition of TYSHONE MARSH,
13   3417 S. Claiborne Avenue, Apartment 5, New
14   Orleans, Louisiana 70125, taken at the Law
15   Offices of Frank J. D'Amico, Jr., 622
16   Baronne Street, New Orleans, Louisiana
17   70113, on Thursday, the 14th day of January,
18   2010.
19
20   REPORTED BY:
21       JAMES T. BRADLE, CCR
         PROFESSIONAL SHORTHAND REPORTERS
22       (504)529-5255
23   VIDEOGRAPHER:
24       MICHAEL BERGERON
         PROFESSIONAL SHORTHAND REPORTERS
25       (504)529-5255
```

Case 2:07-md-01873-KDE-MBN   Document 11542-10   Filed 02/12/10   Page 2 of 2
Case 2:07-md-01873-KDE-ALC   Document 10934-9   Filed 02/01/2010   Page 3 of 4

90

1    scared that he's going to get cancer?

2    A   No, sir.

3    Q   Has Lyndon ever told you that he

4    has a fear of cancer?

5    A   Yes.

6    Q   When did he first tell you that?

7    A   About a couple of months ago.

8    Q   Is that after he sat through the

9    trial of Gulf Stream in September?

10    A   Excuse me?

11    Q   Was that the first time after he

12    sat through trial in September of 2009?

13    MR. AHLQUIST:

14        Objection.  You can answer.

15    THE WITNESS:

16        Huh?

17    MR. AHLQUIST:

18        You can answer.

19    THE WITNESS:

20        I can answer?

21    EXAMINATION BY MR. GIEGER:

22    Q   Yes.

23    A   That was before.

24    Q   How long before?

25    A   I don't recall.