**From:** Raysin, Shawn
**Sent:** Tuesday, March 21, 2006 7:57 AM
**To:** Neal, John
**Subject:** Re: Formaldehyde

We leave the doors open on the yard
---------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Neal, John
To: Raysin, Shawn; MacDonald, Melvin
CC: Janz, Don
Sent: Mon Mar 20 09:57:18 2006
Subject: RE: Formaldehyde

Need to put together or provide if we already have one how we handle the question in the e-mail below.

J. Kevin Neal
Project Manager
Shaw Environmental, Inc.
IA-TAC
TO 15 Project Manager

-----Original Message-----
From: Deane, William
Sent: Monday, March 20, 2006 9:16 AM
To: Neal, John
Subject: Fw: Formaldehyde

Fyi
Bill Deane
Shaw E&I
225-303-8036 (cell)
225-987-3796 (fax)

-----Original Message-----
From: Boyle, Brian
To: Jay.Moylan@Fluor.com; Todd.Novak@Fluor.com; Mike.Falino@CH2M.com; Paul.Caruso@CH2M.com; Aubert, Robert; Deane, William
CC: Woodruff, Larry
Sent: Mon Mar 20 09:13:47 2006
Subject: Formaldehyde

Gentlemen,


Our safety office needs to know from each contractor the process of airing out of all TT's and Mobil homes to handle the existence of formaldehyde inside the units and what YOU are doing to handle this problem. Please e-mail YOUR process for combating this problem so Larry can pass this on to Safety in D.C. Thank you for your attention to this and I'll wait to here from each of you and send it on to Larry.


Thank you,



SHAW 013515

BRIAN BOYLE

DR-1603-LA

FEMA DHOPS

QA/SPECIAL PROJECTS LEAD INSPECTOR

QA CONTRACTOR LIAISON

AFO/NOLA

225-615-6205 (Cell)

504-762-2450 (Office)

SHAW 013516