**EXHIBIT**

**G**

**From:** Baldwin, MK [mailto:mk.baldwin@shawgrp.com]
**Sent:** Wednesday, May 17, 2006 2:04 PM
**To:** Bruton, John
**Cc:** Jim.Brixius@shawgrp.com; Geoffrey Compeau
**Subject:** FW: Formaldehyde notes and video link on CNN
**Importance:** High

John,

Right now, it seems to be a few isolated cases, but I think FEMA needs to be aware of this (as the "owners" of the trailers). Here is some additional information.

From the EPA site: http://www.epa.gov/iaq/formalde.html

Since 1985, the Department of Housing and Urban Development (HUD) has permitted only the use of plywood and particleboard that conform to specified formaldehyde emission limits in the construction of prefabricated and mobile homes. In the past, some of these homes had elevated levels of formaldehyde because of the large amount of high-emitting pressed wood products used in their construction and because of their relatively small interior space.

The rate at which products like pressed wood or textiles release formaldehyde can change. Formaldehyde emissions will generally decrease as products age. When the products are new, high indoor temperatures or humidity can cause increased release of formaldehyde from these products.

During the 1970s, many homeowners had urea-formaldehyde foam insulation (UFFI) installed in the wall cavities of their homes as an energy conservation measure. However, many of these homes were found to have relatively high indoor concentrations of formaldehyde soon after the UFFI installation. Few homes are now being insulated with this product. Studies show that formaldehyde emissions from UFFI decline with time; therefore, homes in which UFFI was installed many years ago are unlikely to have high levels of formaldehyde now.

For further information on formaldehyde and consumer products, call the EPA Toxic Substance Control Act (TSCA) **Assistance Line** (202) 554-1404.

Formaldehyde, a colorless, pungent-smelling gas, can cause watery eyes, burning sensations in the eyes and throat, nausea, and difficulty in breathing in some humans exposed at elevated levels (above 0.1 parts per million). High concentrations may trigger attacks in people with asthma. There is evidence that some people can develop a sensitivity to formaldehyde. It has also been shown to cause cancer in animals and may cause



Shaw
**DEPOSITION EXHIBIT**
8

SHAW 013548

cancer in humans. Health effects include eye, nose, and throat irritation; wheezing and coughing; fatigue; skin rash; severe allergic reactions. May cause cancer. May also cause other effects listed under "organic gases." EPA's Integrated Risk Information System profile -   http://www.epa.gov/iris/subst/0419.htm

Some studies suggest that coating pressed wood products with polyurethane may reduce formaldehyde emissions for some period of time. To be effective, any such coating must cover all surfaces and edges and remain intact. Increase the ventilation and carefully follow the manufacturer instructions while applying these coatings. (If you are sensitive to formaldehyde, check the label contents before purchasing coating products to avoid buying products that contain formaldehyde, as they will emit the chemical for a short time after application.)

The rate at which formaldehyde is released is accelerated by heat and may also depend somewhat on the humidity level. Therefore, the use of dehumidifiers and air conditioning to control humidity and to maintain a moderate temperature can help reduce formaldehyde emissions. (Drain and clean dehumidifier collection trays frequently so that they do not become a breeding ground for microorganisms.) Increasing the rate of ventilation in your home will also help in reducing formaldehyde levels.

Trina

**M K "Trina" Baldwin, P.E.**
Project Manager II
Shaw Environmental & Infrastructure
PO Box 275
Central, SC  29630
864.207.1651 cell
www.shawgrp.com

REDACTED

SHAW 013549