

EXHIBIT H

**From:** Burgess, Andrew
**Sent:** Wednesday, July 26, 2006 12:05 PM
**To:** Desonier, Chip; Quay, Gary
**Cc:** Boudreaux, Mike; Noble, Mike
**Subject:** List of Travel Trailers at Vacant School Property

Chip/Gary,

FEMA is under considerable media pressure, maybe even Congressional, because of reports of children coming down with strange illnesses that are thought to be caused by formaldehyde used in plywood and other composite materials in travel trailers. As a result, FEMA is conducting a test of 12 trailers from each of the 7 travel trailer manufacturers – trailers that have not been lived in.

What FEMA needs from us is a list of the trailers by bar code and VIN number that are currently unoccupied at Vacant School Property. If you can provide an Excel list that would be great.

Thanks

Andy

**Andrew P. Burgess**
FEMA IA-TAC Contract Administrator
Shaw Environmental & Infrastructure
4171 Essen Lane
Baton Rouge, LA 70809
225.618.3447 cell
www.shawgrp.com



Shaw DEPOSITION EXHIBIT 9

SHAW 013554