1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

------------------------------X

                               :

IN RE: FEMA TRAILER       :

    FORMALDEHYDE PRODUCTS :  MDL NO. 1873

    LIABILITY LITIGATION  :  Section "N" (5)

                              :  Judge Engelhardt

                              :  Magistrate Chasez

------------------------------X

**EXHIBIT 1**

VIDEOTAPED DEPOSITION OF KEVIN SOUZA

Winchester, Virginia

Wednesday, July 15, 2009

10:34 a.m.

Job No.: 1-159429

Pages: 1 - 156

Reported by: Michelle L. Lonas, RPR, CCR

Souza, Kevin 071509

1  back, I'd like to join in that objection as well.
2          (Last question was read back by the
3  reporter.)
4  BY MR. WOODS:
5      Q    Is that true?
6      A    That's correct.
7      Q    Do you feel comfortable sitting here today
8  testifying and telling us exactly -- and affirming
9  what you, the statements you've made in this
10 declaration as to what FEMA relied upon when
11 negotiating with vendors and manufacturers for
12 emergency housing units?
13         MR. MILLER:  Objection, mischaracterizes
14 the declaration and the terms in the declaration.
15     A    Yes.
16 BY MR. WOODS:
17     Q    You go on to state, the last sentence in
18 your declaration says that, FEMA purchased these EHUs
19 believing that they would provide safe and habitable
20 temporary emergency housing.  And you feel comfortable
21 today testifying that you knew, or you are certain
22 that FEMA purchased these EHUs believing that they

1  would provide safe and habitable housing?
2      A    Yes.  And I'm going to elaborate and say
3  that we had used the EHUs previously.  EHUs being, in
4  this case, travel trailers.  We used them as early, or
5  as recently I should say as 2004.  And in our previous
6  use of the units, we had no real reasons to believe
7  that units purchased off the lot would not be safe and
8  habitable as long as they met the industry standards
9  that we had purchased off the lot previously.  And so
10  although I don't have any specific knowledge of the
11  standards as they existed back then, when I was told
12  that we were purchasing the units off the lot met --
13  to meet industry standards, I had no reason to believe
14  that they would not be safe and habitable units as the
15  units we had used previously in our disaster
16  operations.
17      Q    But you don't know what the industry
18  standards were?
19      A    No.
20      Q    Okay.  But you do know that FEMA relied
21  upon the vendors and manufacturers in their expertise
22  in -- to what industry standards would have been in