UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION           SECTION "N-5"

                                       JUDGE ENGELHARDT
                                       MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

STATEMENT OF CONTESTED MATERIAL FACTS
IN OPPOSITION TO SHAW ENVIRONMENTAL, INC.'S
MOTION FOR SUMMARY JUDGMENT ON CAUSATION

**MAY IT PLEASE THE COURT:**

Plaintiff, Lyndon Wright, ("Plaintiff"), submits the following statement of material facts which remain in dispute and which must be resolved at trial, in connection with Defendant Shaw Environmental, Inc.'s ("Shaw"), Motion for Summary Judgment on Causation.

1. Whether Shaw followed the travel trailer installation specifications as set by FEMA.

2. Whether Shaw failed to notify or warn either FEMA or Occupants of the emergency housing units of formaldehyde off-gassing.

3. Whether Shaw knew of formaldehyde and odor concerns in the emergency housing units in 2005?

4. Whether Shaw knew of formaldehyde and odor concerns in the emergency housing units in 2006?

1

5. Whether Shaw's failure to notify Plaintiff resulted in 24-27 additional months of exposure to formaldehyde?

6. Whether Shaw adequately maintained the units to the instructions and/or requirements of the manufacturers?

7. Whether Shaw's installation of the emergency housing unit caused seal failure and resulting moisture intrusion?

8. Whether that moisture intrusion in turn created additional formaldehyde off-gassing?

9. Whether the soil subsidence was "inevitable" for an installed travel trailer in New Orleans?

10. Whether shifting soil could result in a travel trailer's frame to warp or flex?

11. In addition, Plaintiff disputes as contested paragraphs 6, 8, 10 and 11 of Shaw's "Statement of Uncontested Facts".

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:     504/528-9973
        gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:      504/522-2304
Facsimile:       504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL
DENNIS REICH, Texas # 16739600

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Frank J. D'Amico Jr.
FRANK J. D'AMICO JR. #17519

3