**CONTRACT NUMBER:**

HSFEHQ-05-D-0573

**ISSUED BY:**

~~Department of Homeland Security~~
Federal Emergency Management Agency
Financial & Acquisition Management Division
Flood, Fire and Mitigation Branch
500 C Street, S.W., Room 350
Washington DC  20472

**NAME AND ADDRESS OF CONTRACTOR:**

Shaw Environmental, Inc
1725 Duke Street, Suite 400
Alexandria, VA 22314-3470

**LETTER CONTRACT FOR:**

Pursuant to Federal Acquisition Regulation (FAR) 16.603, the following agreement is hereby
entered into on behalf of the Government.

**TERM OF CONTRACT**

The contract term shall be for a period commencing upon effective date of this contract and
ending January 15, 2006.

The following and attached clauses (Sections B-J) to this letter contract apply:

**52.216-23, EXECUTION AND COMMENCEMENT OF WORK  (APR 1984)**

The Contractor shall indicate acceptance of this letter contract by signing three copies of the
contract and returning them to the Contracting Officer not later than September 30, 2005.  Upon
acceptance by both parties, the Contractor shall proceed with performance of the work, including
purchase of necessary materials.

CONFIDENTIAL



# PERFORMANCE WORK STATEMENT

## Individual Assistance-Technical Assistance Contract

## 1  BACKGROUND

**1.1  FEMA is authorized pursuant to the Disaster Relief and Emergency Assistance Act to provide assistance to disaster victims under a Presidential declaration of a disaster and emergency.  This contract will facilitate the implementation of the Individual Assistance (IA) program by providing project management resources, expertise and technical assistance.**

**1.2  When the President of the United States declares a disaster, a Joint Field Office (JFO) is established by FEMA near or within the disaster-impacted area.  This office has representatives from Federal, State, and voluntary Agencies that are responsible for the coordination and monitoring of applicable disaster assistance programs.   The JFO is established for management purposes only and has no direct interaction with disaster applicants.**

## 2  SCOPE OF WORK

### 2.1  General

2.1.1  The contractor shall provide support to the Federal Emergency Management Agency (FEMA) Recovery Division and its ten (10) Regional Counterparts.   This contract is designed to provide technical assistance in the management of Individual Assistance (IA) and related portions of the Disaster Relief Act of 1974, and Robert T. Stafford Relief and Emergency Assistance Act ("Stafford Act"), as amended by Public Law.

Attachment A

CONFIDENTIAL

SHAW 000432

**2.1.2  The contractor shall assist in administering the IA program related aspects of the statutory authority of the Stafford Act.**

**2.1.3  The contractor shall be capable of maintaining at least one adequately staffed office near each Joint Field Office (JFO). An adequate staffed office is defined as one that is capable of satisfactorily performing the necessary operational and administrative tasks to sustain the TAC's field representatives as required by the disaster.**

**2.1.4  The contractor has the overall responsibility of ensuring all Tasks are performed satisfactory as dictated by individual Task Orders.  For tasks not performed in a satisfactory manner, the contractor will be required to correct deficiencies at no additional costs to the Government.**

**2.1.5  The contractor shall be available for pre-planning operations briefings.**

**2.1.6  This is a high visibility program, which includes coordination with Federal, State and local governments as well as in the public media.  This effort requires knowledge of FEMA's mission and applicable Federal, State and local regulations.**

**2.1.7  The contractor shall have the ability to support and perform all tasks.  This includes but is not limited to: supporting staging area for units, installation of units, maintenance and upkeep, site inspections, site preparations, site restorations, group site design, group site construction, site assessments, property and facility management, and unit deactivation and removal.**

## 2.2  MANAGEMENT AND ADMINISTRATION

Attachment A

CONFIDENTIAL

SHAW 000433

**2.2.1  Program Management**

2.2.1.1 The program management responsibilities include, but are not limited to the following:

2.2.1.2 Monitor and coordinate all Task Order Assignments to ensure achievement of the technical and financial project objectives and adherence to the statutory authorities.

2.2.1.3 Monitor and coordinate all Task Order Assignment activities and information with federal, state, and local governments; certain private non-profit organizations; and individuals as directed by FEMA.

2.2.1.4 Coordinate with designated individual at FEMA Headquarters, FEMA Regions, FEMA Joint Field Offices or other offices designated to provide a full understanding of all tasks, in coordination with the Contracting Officer Technical Representative (COTR).

**2.2.2  Project Management.**

2.2.2.1 Contractor shall support FEMA on a project-by-project basis with sound project management and resources to achieve the best value for the work being performed.  Contractor must have an understanding of the FEMA recovery division's mission, principles, and procedures. The contractor shall act in the best interest of FEMA.

**2.2.3  SERVICES.**

2.2.3.1 The Contractor shall provide and coordinate comprehensive project management services to include: all phases of design, project planning, identification and adherence to project time

Page 3 of 20

Attachment A

CONFIDENTIAL

SHAW 000434

constraints, budget adherence and cost control, scheduling construction, implementation, operation, destruction, restoration, and removal from project beginning through project completion and closeout.

2.2.3.2 The Contractor shall monitor and coordinate all project work activities and information with FEMA, and other designated organizations that have a mutual or legal interest in the project.

2.2.4 Staffing. Contractor shall provide qualified professional, technical (subject matter experts), administrative, clerical, and/or linguistic personnel needed to perform requirements in an expeditious and efficient manner consistent with the best interest of the government.  The contractor-provided staff shall meet FEMA's established security background checks requirements.  Contractor and its staff shall adhere to federal privacy laws, including the privacy act.

2.2.5 Working Environment. Contractor's personnel shall be capable of performing requirements over long hours and in physically demanding environments and under critical constraints.

2.2.6 Requirements. The contractor personnel shall perform professional, technical, clerical, and field work as assigned by the task order.

2.2.7 Equipment. Contractor shall be responsible for providing appropriate equipment for the respective work environment and requirements.

2.2.8 Training.

2.2.8.1 Contractor shall be responsible for providing training to its staff.  All training shall meet FEMA specified requirements.

Attachment A

CONFIDENTIAL

SHAW 000435

Contractor's trainers shall be required to attend yearly training session conducted at location designated by FEMA. Additional training session(s) or updates may be required; the contractor's trainers shall attend these session(s).

2.2.8.2 Training shall entail guidance on policies and procedures related to FEMA's programs. The trained Contractor staff members shall provide subsequent training to Contractor personnel based on a Training Plan for its staff, including temporary and subcontract employees, that will ensure that all deployed contractor personnel are adequately trained in their field of expertise and relevant FEMA programs, policies, and procedures. The contractor shall use the most cost effective methods of delivering training (e.g. computer-based training methods).

2.2.9 Contractor "Draft" Plans. The draft plans will be incorporated into the contract upon its approval. The plans are considered to be a living document and shall be subject to annual updates and submitted for COTR approval. These plans include: operations plan; task order performance plan; and quality control plan.

**2.3 Phase-IN (Not Applicable To Hurricane Katrina) The government will evaluate the offeror's draft phase-in plan. The successful offeror will have 90 days from date of contract award to complete phase-in requirements and achieve readiness for task order activation. Upon completion of phase-in the contractor shall be capable of meeting all readiness requirements.**

Attachment A

CONFIDENTIAL

SHAW 000436

**2.4   READINESS (Exhibit 1).  The contractor shall maintain a constant state of readiness to meet the demands created by presidential declarations.  This is to include all tasks and subtasks listed in the performance work statement. Readiness includes the establishment of organizational, management and technical capability.**

**2.5   Pre-Deployment Meetings – Work plans (Exhibit 2)**

**2.5.1   The contractor shall meet with FEMA representatives to plan and coordinate disaster specific response, deployment, and implementation activities.  These meetings will allow the contractor to become familiar and adjusted to FEMA requirements, methods, policies and procedures.**

**2.5.2   The contractor shall develop a work plan specific to temporary disaster housing that will identify the various factors which could impact the temporary disaster housing mission and what it would take to perform each task in the most effective, efficient and expeditious manner available. This plan shall be completed within 7 days from identification of mission or as soon as mission priorities require.**

**2.6   Site Assessment & Feasibility ANALYSIS (Exhibit 3 – Preliminary Land or Property Identification and Usage Assessment).  The contractor shall be responsible for site identification and performing site feasibility analysis of commercial, public, and private properties in areas designated by FEMA.  The analysis shall be based upon criteria furnished by FEMA. Contractor shall also identify any local or state code requirements and applicable laws or ordinances pertaining to the property sites and expected uses.  The contractor shall incorporate identified code requirements and laws or ordinances into the site feasibility analysis.**

Attachment A

CONFIDENTIAL

SHAW 000437

**2.7  SITE INSPECTION (Exhibit 4). The contractor shall inspect individual lots, areas, or locations (private and commercial) identified by FEMA for properly and safely installing temporary housing units on that location.  Site inspections will be performed within the mission requirement and priorities.  The site inspection includes the identification of the flood zone, sources of and appropriate operational utilities (water, electric, sewer/sanitation), accessibility and directions to the site, site placement, special needs (as identified by FEMA), and if necessary site preparation required prior to installation.**

**2.8  STAGING (EXHIBIT 5) The contractor shall, when requested, operate and manage staging area.  The staging area shall be used to receive units from FEMA Logistics and coordinate the dispatching of the IA assets to their intended destination.**

**2.8.1  SUPPLY CHAIN OPERATION & MANAGEMENT. The Contractor shall design, build and operate a supply chain management system.  The system shall track government property upon receipt from logistics until their return to logistics.  The system shall provide information in or near "real time".  The system will integrate the following components into the system, which will allow decision makers to control the supply chain: order service management, demand management, fulfillment, redirect shipments reroute, shipping and supplier management.  The components shall be further specified in each Task Order.**

**2.9  INSTALLATION  TEMPORARY OE MOBILE STRUCTURES (exhibits 6, 7, 8, & 9)**

**2.9.1  The Contractor shall transport and install mobile/temporary structures to be ready to occupy in a safe and sanitary condition.  A Task order may require the contractor to transport and install mobile or temporary structure(s) at**

Attachment A

CONFIDENTIAL

SHAW 000438

designated locations.  The Contractor shall be responsible for returning mobile and temporary structures to FEMA-designated facilities as specified in the Task Orders.  NOTE: The Exhibits that are provided are an example of installation requirements, manufacture recommendations should be followed when ever possible.  Additional Exhibits may be provided in accordance with disaster specific requirements.

2.9.2  Code Adherence. The contractor is responsible for adherence to applicable local, state, and federal building regulations and laws.  Contractor shall be responsible for acquiring all permits and approvals for items identified in the scope of work for facilities and structures as specified in task orders.  The contractor shall be responsible for meeting manufacture recommended installation specifications.

2.9.3  Special Needs.  The contractor is responsible for accommodating individuals with special needs; this includes as a minimum the Americans with Disabilities act and any other federal, state and local codes.

2.9.4  Miscellaneous. Contractor shall, upon the request of FEMA, provide additional rigging and secure temporary/mobile structures to FEMA requirements.

2.10 *MAINTENANCE (exhibit 10).  The contractor shall resolve maintenance issues and needs relating to the structures. The contractor shall have the technical capability to make necessary repairs to the mobile/temporary structure as specified in each task order.  If multiple sites are clustered together, and with FEMA approval, the contractor may share specialized maintenance personnel among clustered facilities.*

2.10.1   Cleaning, Sanitation, & Reconditioning. The contractor shall provide adequate personnel to clean and sanitize structures as required by FEMA to re-occupy the unit. Contractor shall provide structural or other refurbishment as

Attachment A

required by FEMA. "refurbishment" means restoration of structure to "like new" condition (reasonable wear and tear excepted) and shall include but not be limited to replacement of broken or faulty equipment, systems contained within or on the structure (i.e., carpet, trim, etc.).

2.10.2    Maintenance Contact Number 24/7. The contractors shall set-up and operate a toll free maintenance telephone number for occupants of structures to call and report maintenance problems.  Contractor shall provide a remedy to these maintenance issues within a reasonable time (generally not to exceed 2 calendar days).  Contractor shall establish and maintain maintenance records for every structure identified in the task order.  The contractor shall provide to FEMA, monthly or earlier upon request with a copy of their maintenance log.  The log should address such topics as issues identified, time of call, how and if issue was remedied, cost, time to repair and final disposition.

2.10.3    Miscellaneous. Contractor shall, upon the request provide additional rigging and secure temporary mobile structures.

2.11 DEACTIVATION, Removal and transport (exhibit 11). The contractor shall deactivate and provide transportation services of mobile structures from facilities designated by FEMA to other locations as designated by FEMA.

2.12 GROUP SITE design (exhibit 12)

2.12.1    Design Services. The contractor shall when required by FEMA, present detail design drawings which are certified and approved by qualified professionals and local governing boards.  Unless otherwise specified by FEMA the design service shall include, but not limited to environment and traffic studies. Delivery of a design product may not result in follow-on construction service.

Attachment A

CONFIDENTIAL

SHAW 000440

**2.12.2    Code Adherence.** The contractor is responsible for adherence to applicable local, state, and federal building regulations and laws.  Contractor shall be responsible for acquiring all permits and approvals for items identified in the scope of work for facilities and structures as specified in the task order.

**2.12.3    Special Needs.** The contractor is responsible for accommodating individuals with special needs; this includes but is not limited to compliance with the Americans With Disabilities Act, other Federal, State and local codes or regulations.

**2.12.4    Construction Services.** Task orders may require minor or major renovation or construction work having varying degrees of complexity. Orders may consist of single or multiple disciplines (e.g.; Architectural, Structural, Mechanical, Electrical, and Civil/Sanitary).  Requirements may include the development of detailed shop drawings for various disciplines, and these may require Professional Engineer seals and signatures.

**2.12.4.1  Construction Materials.** Contractor shall be responsible for obtaining all required construction materials.

**2.12.4.2  Lighting & Facility Illumination.** Contractor, when directed by FEMA, shall construct/install necessary lighting and illumination devices.  These devices shall be connected to the existing electrical system, and provide adequate illumination when desired.  Contractor shall design, construct, and install these devices in accordance with specifications or standards established by FEMA.

**2.12.4.3  Fences and Barriers.** Contractor shall construct fences and barriers at the site specified in the task order.  Fences, barriers, and implemented separation mechanisms shall comply with all local, state, and applicable building codes and

Attachment A

CONFIDENTIAL

SHAW 000441

regulations, as well as any applicable FEMA security requirements will be provided by the Joint Field Office. All fences or barriers shall comply with any requirements imposed by the Americans With Disabilities Act or similar statutes.

**2.12.4.4  Signs and identification.** The contractor shall provide and install signs at sites specified in task orders. Signs and signposts shall comply with local, state, and/or Federal Sign standards, laws, and building codes. Signs shall utilize current reflection standards for use at night.

**2.12.5    SAFETY & SECURITY MANAGEMENT.** Contractor shall assess safety and security risks provide as part of Group Site Design. Implement recommended mitigation measures approved by FEMA. Contractor shall provide adequate security to ensure the safety and security of persons at facilities designated by FEMA. Security measures may include cameras, alarms, locks/gates, card access systems, and guards. Contractor shall coordinate with FEMA security, and meet and conform to all FEMA requirements for safety and security or any restrictions on site access.

**2.12.5.1  Civil/Sanitary services.** Contractor shall provide, clean, maintain, and remove the following as specified per task order.

**2.12.5.2  Restrooms.** Contractor shall provide temporary toilets and washroom facilities. The facilities shall be segmented for the two sexes and have HVAC to provide temperature control. Portable wash-stations shall also be provided when latrines are provided.

Attachment A

CONFIDENTIAL

SHAW 000442

2.12.5.3  Showers. Contractor shall provide individual private shower stalls to include a private changing area.  Contractor shall have HVAC to provide temperature and venting of the shower facilities.

2.12.5.4  Refuse/Waste Disposal & Debris. Contractor shall provide solid waste collection service by means of a dumpster(s), waste receptacles, and/or trash cans for the collection of refuse and waste.  Collections shall be once a week unless otherwise specified.  In those instances where the amount of refuse requires additional services, the Contractor shall provide an additional collection.  Contractor shall be responsible for collection, removal and the appropriate disposal of debris from sites specified under the Task Order.

**2.13 GENERAL CONSTRUCTION SERVICES. Task orders may require minor or major renovation or construction work having varying degrees of complexity. Orders may consist of single or multiple disciplines (e.g.; Architectural, Structural, Mechanical, Electrical, and Civil/Sanitary).  Requirements may include the development of detailed shop drawings for various disciplines, and these may require Professional Engineer seals and signatures.**

2.13.1    Design Services. The Contractor shall when required by FEMA, present detail design drawings which are certified and approved by qualified professionals and local governing boards.  Unless otherwise specified by FEMA the design service shall include, but not limited to environment and traffic studies.

2.13.2    Contruction Materials. Contractor shall be responsible for obtaining all required construction materials.

2.13.3    Lighting & Facility Illumination.  Contractor, shall design, construct and install necessary lighting and illumination

Attachment A

CONFIDENTIAL

SHAW 000443

devices in accordance with specifications or standards established by FEMA. These devices shall be connected to the existing electrical system, and provide adequate illumination.

2.13.4    **Fences and Barriers.** Contractor shall construct fences and barriers at the site specified in the task order. Fences, barriers, and implemented separation mechanisms shall comply with all local, state, and applicable building codes and regulations, as well as any applicable FEMA security requirements as defined by the Joint Field Office. All fences or barriers shall comply as a minimum with requirements imposed by the Americans With Disabilities Act or other Federal, State and local requirements.

2.13.5    **Signs and Identification.** Contractor shall provide and install signs at sites specified in the task order. Signs and signposts shall comply with local, state, and Federal Sign standards, laws, and building codes. Signs shall utilize current reflection standards for use at night.

2.13.6    **Safety & Security Management.** Contractor shall assess safety and security risks as part of the Design process. Implement recommended mitigation measures approved by FEMA. Contractor shall provide adequate security to ensure the safety and security of persons at facilities designated by FEMA. Security measures may include cameras, alarms, locks/gates, card access systems, and guards. Contractor shall coordinate with FEMA security, and meet and conform to all FEMA requirements for safety and security or any restrictions on site access.

2.13.7    **Code Adherence.** The contractor is responsible for adherence to applicable local, state, and federal building regulations and laws. Contractor shall be responsible for acquiring all permits and approvals for items identified in the scope of work for facilities and structures as specified in the task order.

Attachment A

CONFIDENTIAL

SHAW 000444

2.13.8    **Special Needs.  Contractor is responsible for accommodating individuals with special needs; this includes as a minimum compliance with the Americans With Disabilities Act and any other Federal, State and local codes.**

2.13.9    **CIVIL/SANITARY SERVICES.  Contractor shall provide, clean, maintain, and remove the following as specified per task order.**

2.13.9.1   **Restrooms.  The Contractor shall provide temporary toilets and washroom facilities.  The facilities shall be segmented for the two sexes and have HVAC to provide temperature control.**

2.13.9.2   **Showers. The contractor shall provide individual private showers stalls too include a private changing area.  Contractor shall have HVAC to provide temperature and venting of the shower facilities.**

2.14   *FACILITY MANAGEMENT (EXHIBIT 13).  Contractor shall manage facilities specified by the task order.  The contractor shall be responsible for coordinating all activities related to facility management with FEMA, GSA, and/or the property owner or management.*

2.14.1    **Cleaning.  The contractor shall provide personnel to ensure the operation of clean facility.  This includes regular cleaning of areas designated by the task order.**

2.14.2    **Maintenance.**

2.14.2.1   **The contractor shall set-up and operate a maintenance phone number (preferably toll free telephone number) for occupants of facility(s) to call and report maintenance problems.  Contractor shall provide a remedy to these**

Attachment A

CONFIDENTIAL

SHAW 000445

maintenance issues within a reasonable time (generally not to exceed 2 calendar days). Contractor shall establish and maintain maintenance records for every facility identified in the task order. The Contractor shall provide to FEMA monthly or earlier upon request, with a maintenance log. The log should address such topics as issues identified, time of call, how and if issue was remedied, cost, time to repair and final disposition.

2.14.2.2  The contractor shall resolve maintenance issues relating to the facility, as specified in the task order. The team shall have the technical capability to make all necessary repairs to the individual units. If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

2.14.3   Building Access. The contractor shall provide access to the facility as specified in the Task Order.

2.14.4   Safety & Security Management.  Contractor shall assess safety and security risks provided as part of the Design. Implement recommended mitigation measures approved by FEMA.  Contractor shall provide adequate security to ensure the safety and security of persons at facilities designated by FEMA.  Security measures may include cameras, alarms, locks/gates, card access systems, and guards.  The contractor shall coordinate and conform with all FEMA safety, security and site access restriction requirements.

2.14.5   Refuse/Waste Disposal & Debris. The contractor shall provide solid waste collection service by means of a dumpster(s), waste receptacles, and/or trash cans for the collection of refuse and waste.  Collections shall be not less frequently than once a week unless otherwise specified.  In those instances where the amount of refuse requires additional services, the contractor shall provide an additional collection.  The contractor shall be responsible for

Attachment A

CONFIDENTIAL

SHAW 000446

collection and removal of debris and appropriate disposal from sites specified by FEMA.

### 2.15  DISASTER RECOVERY (DR) CENTER (exhibit 14)

2.15.1    Telecommunication.  Task orders may include the need to provide telecommunication infrastructure and service to specified facilities.  This may require the contractor to install a point-to-point or point-to-multipoint terrestrial wireless networks, satellite network, or other technology that enables telecommunication at remote sites.  Telecommunication implies but is not limited to Internet, telephone, and fax service.  FEMA may require the contractor to link the facility connection to a specified location. In addition contractor shall have the capability to:

2.15.2    Install and administer local "TCP/IP" wired network; provide, install, and administer computers that meet task order specifications; provide, install and administer copier and other office equipment; provide install and administer computer and information systems; install and administer telephones and fax lines.  All installations (networks) shall be coordination with and conform to FEMA's Information Technology standards.

2.15.3    Cleaning  &  Maintaining.  The contractor shall provide personnel to ensure operation of a clean facility.  The contractor shall also perform all landscaping requirements. This service includes regular cleaning of areas designated by the Task Order.

Attachment A

CONFIDENTIAL

SHAW 000447

**2.15.4    Temporary Utilities.  The contractor shall provide as necessary, install, maintain, and remove temporary utilities as required for facilities.  Contractor shall maintain and service these temporary utilities.  Temporary utility services include but are not limited to potable and waste water bladders, pumps, and generators.  Contractor shall be responsible for ensuring these temporary services are in constant readiness as specified by FEMA.**

**2.15.5    Permanent Utilities. The contractor shall be responsible for all permanent utility hookups, as may be specified by FEMA**

**2.15.6    Facility/Structure Access. The contractor shall provide secure for access to the facility/structure as specified in the Task Order. The contractor shall erect a gate (with access control, see security) to limit access to authorized individuals/companies (as authorized by FEMA).**

**2.15.7    Safety & Security Management.  The contractor shall assess safety and security risks as part of the Design process and implement recommended mitigation measures approved by FEMA.  The contractor shall provide adequate security to ensure the safety and security of persons at DR centers.  Security measures may include cameras, alarms, locks/gates, card access systems, and guards.  Contractor shall coordinate with FEMA security, and meet and conform to all FEMA requirements for safety and security or any restrictions on site access.**

**2.15.8    Fixed Disaster Recovery (DR) Center**

Attachment A

CONFIDENTIAL

SHAW 000448

2.15.8.1   Facility Management. Contractor shall provide a facility management team during time periods specified by the task order.  Contactor shall appoint a site project manager (SPM). The SPM shall be the main point of contact for the facility.

2.15.8.2   Cleaning  & Maintaining. Contractor shall provide personnel to ensure operation of a clean facility.  The contractor shall also perform all landscaping requirements. This service includes regular cleaning of areas designated by the Task Order.   The SPM shall be the main point of contact for this function.

2.15.8.3   Maintenance.  Contractor shall resolve maintenance issues relating to the facility.  The team shall have the technical capability to make all necessary repairs to systems specified in the task order.  If multiple sites are clustered together, with FEMA approval, Contractor may share specialized maintenance personnel among clustered facilities. Maintenance shall include but not be limited to plumbing, electrical, and infrastructure items in or associated with the facility, as specified in the Task Order.

2.15.9   Mobile  Disaster Recovery (DR) Center

2.15.9.1   Maintenance.  Contractor shall establish and operate a maintenance contact number (preferably toll free telephone number) for occupants of structures to call and report maintenance problems.  Contractor shall provide a remedy to these maintenance issues within a reasonable time (generally not to exceed 2 calendar days).  Contractor shall establish and maintain maintenance records for every structure identified in the task order.  The Contractor shall provide to FEMA, upon request, with a maintenance log (specifying issues identified & time, issue remedy, cost, time and disposition).

Attachment A

CONFIDENTIAL

SHAW 000449

2.15.9.2  Mobile structures.  A Task order may require the contractor to transport and install mobile and/or temporary structure(s) at designated locations.  Contractor shall be responsible for returning mobile and temporary structures to FEMA-designated facilities.  Contractor will transport and install structures to meet FEMA requirements as specified in the Task Order.

*2.16  Miscellaneous Support Staff (Exhibit 15) The contractor shall provide staffing in support not previously addressed in other tasks listed herein.  Staffing to be provided will be in support of the recovery division mission.  Contractor shall provide personnel to assist in the fulfillment of the recovery mission and will be further defined upon issuance of task order.*

*2.17  Housing Strategy Support Services.  Contractor shall provide housing strategy support services.  This includes, but is not limited to, identify and assess commercial sites, research and assess housing alternatives, research and identify available resources. The area of consideration should include any surrounding major metropolitan areas.*

*2.18  Support Services.  The contractor shall provide technical assistance on an as needed basis.  Technical assistance shall be performed in support of disaster activities and the Recovery Division mission, and shall include, but is not limited to, Pre-Placement Interviews, Preliminary Damage Assessments, information analysis, and collection, analysis and reporting of data.*

# 3  Applicable Federal Laws & Regulations

*3.1  Contractor shall comply with the following laws, regulations, program policies, and/or subsequent*

Page 19 of 20

Attachment A

CONFIDENTIAL

SHAW 000450

*material developed unless otherwise specified in Task
Order Assignments:*

3.1.1 Title 36, Code of Federal Regulations (CFR)—Parks, Forests,
and Public Property

3.1.2 CFR, Parts 1500-1508 — Protection of Environment

3.1.3 CFR, Part 301 — Public Contracts and Property Management

3.1.4 CFR, Parts 8, 9, 10, 13, 14, 206--Emergency Management and
Assistance

3.1.5 Public Law 93-288,  Disaster Relief and Emergency
Assistance Act

3.1.6 48 CFR — Federal Acquisition Regulations System

3.1.7 50 CFR, Part 402, Wildlife and Fisheries

3.1.8 Public Law 101-336, Americans with Disabilities Act


**3.2 *The above documents are available through:
http://www.fema.gov/ or http://www.gpo.gov/***

Attachment A

CONFIDENTIAL

SHAW 000451