# Forest River Recreational Vehicle Owner's Manual

## Travel Trailers & Fifth Wheels



www.forestriverinc.com



FOREST
LWFR-EXP

EXHIBIT C

## FOREWORD

Your recreational vehicle has had a thorough inspection before it was shipped to the dealer. However, to insure your complete satisfaction, the dealer must perform an inspection of various components and operations based on a pre-delivery inspection list provided. You should take the opportunity to cover the operation of all components of your recreational vehicle with your dealer. This will help make you familiar with the recreational vehicle and it's operation, while at the same time providing you with the assurance of everything being in proper working order. In the case of a motorized product, a road test by the dealer is included as part of the pre-delivery inspection. He can then check for and correct any steering problems before you take delivery of the recreational vehicle. After this road test has been completed, front end alignment and/or vibrations will not be covered as part of the new vehicle warranty.

This recreational vehicle has been designed for short term and recreational use. It was not designed to be used as a permanent dwelling. If you intend to use your recreational vehicle as a permanent dwelling, it could cause your carpet, drapes, upholstery, and interior surfaces to deteriorate prematurely. This premature wear caused by permanent residency may under the terms of the new vehicle warranty be considered abnormal and abusive, and COULD REDUCE YOUR WARRANTY COVERAGE.

Should a problem develop for which you need assistance, contact your dealer. If the problem is automotive, the motorhome should be taken to either a chassis manufacturer service center or dealer. If the problem is with an appliance, check the appliance manufacturer's information supplied with the recreational vehicle for information regarding warranty work and/or location of appliance service centers.

If when traveling, you experience a breakdown or problem while your recreational vehicle is under warranty, and an authorized service center or dealer is not available, contact the dealer you purchased your recreational vehicle from before having the work done at an independent service center. By notifying them, you will know what is covered under the terms of your warranty, as well as making them aware of your problem. Any parts that require replacement, that are covered under the terms of the warranty should be retained and returned to your local dealer along with your invoice. This way, they are able to check what has occurred, and also make sure you are properly reimbursed for your expenditures.

Repairs made without prior authorization may be subject to denial or partial reimbursement. Modifications made to the recreational vehicle without proper authorization can result in reduction or loss of warranty coverage. Please make sure to contact your dealer before making such changes.

**The following note is added as a requirement of the National Highway Traffic Safety Administration (NHTSA):**

If you believe that your vehicle has a defect which could cause a crash or could cause injury or death, you should immediately inform the National Highway Traffic Safety Administration (NHTSA) in addition to notifying the manufacturer.

If NHTSA receives similar complaints, it may open an investigation, and if it finds that a safety defect exists in a group of vehicles, it may order a recall and remedy campaign. However, NHTSA cannot become involved in individual problems between you, your dealer, or the manufacturer.

To contact NHTSA, you may either call the Auto Safety Hot-line toll-free at 1-800-424-9393 (or 366-0123) in Washington, D.C. 20590. You can also obtain other information about motor vehicle safety from the Hot-line.

4

FOREST - 0002403

LWFR-EXP 11-001359

## CARE AND MAINTENANCE

⚠ **WARNING:**
Failure to maintain seals through regular maintenance can lead to damage of motorhome components, and may be considered abusive treatment under terms of your recreational vehicle warranty.

### Seals and Adhesives

It is important to maintain the seals and adhesives of your recreational vehicle to prevent moisture from entering and destroying recreational vehicle components. When washing your recreational vehicle, inspect the seals for signs of drying out and wear. Be aware that weather, sun, and road vibration will have an effect on seals, causing them to dry, crack, or separate. If you are unsure what to look for, have your dealer instruct you, and also show you the correct method for renewing the seals. If you prefer, he will be able to perform seal maintenance for you also.

### Frame

Check the condition of the frame regularly. Keep it clean, and repaint as necessary to help avoid rust. It is especially important to keep underbody components clean, when driving the recreational vehicle in the winter in areas where road salts are used.

### Tires

In areas where hot sun constantly beats down on the recreational vehicle, shading the tires by covering can reduce tire sidewall cracks from forming.

### Roof

Inspection of roof components at least twice a year is very important to make sure seams and seals are not cracked or worn. Proper maintenance of seals is necessary to keep moisture from entering and causing severe damage such as rot, mold, or mildew. If you encounter drying, cracked, or weathered seals, make sure to reseal as necessary. Check with your dealer for the type of caulking required for rubber roofs and correct methods of resealing. Silicones and synthetic sealers cannot be used on the rubber roofs. Special sealers are also required for the skylights.

It is especially important to check the seals before and after periods of extended storage or non-use. Fall and spring inspections are recommended. A mild household soap solution can be used to clean a rubber roof. Stubborn stains may require use of a scouring powder type cleanser.

**NOTE:** If your roof should somehow be punctured, cover the puncture to seal out moisture, and have it repaired as soon as possible (check with your dealer).

### Extrusions and Aluminum Surfaces

Clean and wax all extrusions when waxing recreational vehicle sidewalls, to help avoid surface pitting. Special aluminum cleaners are available to restore the original luster to aluminum surfaces. Make sure to follow the instructions for use as outlined on the product package.

Chrome surfaces can be restored with special chrome polish if regular cleaning methods are not successful. Again, make sure to follow product instructions for use.

### Windows and Doors

Check the seals around the windows at regular intervals. Follow previous instructions for checking the condition of seals and repairing as necessary.

Make sure that windows remain operative by adjusting and lubricating latches and moving parts annually. Also check the condition and operation of the door locks, adjusting and lubricating as necessary. Use powdered graphite or light oil to lubricate moving parts on doors and windows.

Vinyl seals around windows and doors should be cleaned regularly, and kept supple by use of a silicone spray (make sure to follow the directions on the product).

Keep screens and window slides clean and free of debris, to maintain proper operation, and avoid component damage. Test the operation of all windows occasionally to make sure they are working properly, including closing flush and locks holding tight.

Check with your dealer if you are unsure about the correct methods of lubrication and adjustment.

**NOTE:** Be aware that moisture can accumulate in locks and hinges of windows and doors, causing damage or faulty operation. Do not force the operation of these components in sub-freezing weather.

FOREST - 0002470

LWFR-EXP 11-001426

## Periodic Maintenance Chart

| Item | | | | | | | Procedure |
|---|---|---|---|---|---|---|---|
| Fiberglass Exterior | | X | | | | | Wash with warm water and mild detergent |
| | | | | X | | | Wax with liquid or paste wax |
| Roof and Roof Components | | | | X | | | Inspect and re-seal as needed |
| | | | | | X | | Lubricate roof vent mechanism w/light oil & clean completely |
| Windows and Doors | | X | | | | | Check vinyl seals when washing exterior |
| | | | X | | | | Check seals for damage and repair as needed |
| | | | X | | | | Lubricate door hinges & step components with WD40 |
| | | | | | X | | Adjust & lubricate window latches w/powdered graphite or light oil |
| | | | | | X | | Lube door locks & strike pocket, incl. ext. storage & access doors |
| Seals and Adhesives | | X | | | | | Inspect and reseal as necessary |
| LP Gas System | | | | | | X | Check for leaks and road damage |
| | | | | | X | | Have qualified serviceman check pressures & complete system |
| Water and Drainage | | X | | | | | Check hoses, fittings and connections for leaks and signs of wear |
| | X | | | | | | Check drainage system for leaks and road damage |
| | | | | | | X | Sanitize system |
| | | | | | X | | Winterize system depending on local seasonal conditions |
| Electrical System | X | | | | | | Check GFCI circuits |
| | | | | | | X | Perform maint. on generator as outlined in generator manual |
| | | | | | | X | Check and service batteries |
| Appliances | X | | | | | | Remove food and ice from refrigerator after each trip |
| | | X | | | | | Clean fan blades and wash filter on range exhaust hood |
| | | X | | | | | Check for obstructions and dirt on exterior appliance vents |
| Safety Equipment | | | | | X | | Clean smoke detector components |
| | X | | | | | | Test smoke detector operation |
| | | X | | | | | Check fire extinguisher pressure and condition |
| Carpeting | X | | | | | | Vacuum after each trip |
| | | | | | | X | Clean |
| Wood Surfaces | | X | | | | | Clean pre-finished panels and wood |
| Seats | | | | | | X | Lubricate all mechanisms and inspect for proper operation |
| | | | | | | X | Check all seat belt buckles, release mechanisms & belt webbing |
| Chassis and Components | | | | | | X | Follow chassis lubrication & maint. procedures & schedules |
| Weight and Distribution | X | | | | | | Be sure unit is within specified load limits & weight distribution |
| Axles (Towable) | | | | X | | | Mounting bolts should be torqued to 145-155 foot pounds |
| Wheel Bearings (Towable) | | | | | X | X | Repack wheel bearings yearly |
| Brakes (Towable) | | | | X | | X | Check operation and (or uneven wear) |

LWFR-EXP 11-001431
FOREST 0002475