FROM :Jesse          FAX NO. :281 437 9102          Jan. 19 2006 02:42PM P2

1-18-06

To whom it concern;

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

This letter is to authorize my son Lyndon T. Wright to sign the lease for the FEMA trailer on my property, located at 2315 Seminole St. New Orleans, La. 70125 in my absence. Thanks

Bobbie R. Wright

DEANNA ROCIO
MY COMMISSION EXPIRES
February 2, 2008

FEMA124-000041

FGC009-000052

EXHIBIT D