# Transcript of the Testimony of
# Videotaped Deposition of Lyndon Wright

**Date taken: July 10, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT E

1   electrical problem, did they resolve it to
2   your satisfaction?
3         A.   Yes, they did.
4         Q.   Did they tell you what the problem
5   was as to why the power would cut in and
6   out?
7         A.   He said the lip of one of the
8   electrical connections had burned and it
9   wasn't keeping a -- you know, couldn't make
10  a secure connection.  So every time I would
11  push it back, I was -- you know, it just
12  wasn't making a good connection.  So a
13  little bump would have made it do that.
14        Q.   And they resolved that problem for
15  you?
16        A.   They did.
17        Q.   Now, the rain coming in, you
18  hadn't mentioned that before.  When did that
19  issue first occur?
20        A.   That occurred before the
21  electrical problem started.  It had been
22  going on for a while and it only got worse
23  and worse, so I started telling my mom to
24  call and complain about it.
25             But the guy who came to look at

Page 110

1  the furnace -- well, there were two people
2  who came to look at the furnace, I told them
3  about it.  They kind of brushed me off and
4  said they would have somebody -- they didn't
5  take care of that, they were just furnace
6  people.
7           So the electrician came, and I
8  told him about it, and he said, "I'll make a
9  note of it and have somebody get in touch
10. with you about it."
11      Q    Let me ask you, you mentioned the
12  folks coming to fix the electrical problems,
13  were they the first people since the time
14  you had been given the keys to the unit that
15  had come out there to fix something?
16      A.   The furnace people were the first
17  ones to come out.
18      Q.   All right.  So within a couple of
19  months, you had called about a problem with
20  the furnace, or had your mother call FEMA
21  about a problem with the furnace, correct?
22      A.   That's correct.
23      Q.   All right.  What was the problem
24  with the furnace that you were having that
25  necessitated your mother calling FEMA?

1    A.   It wouldn't work.  It wouldn't
2    come on.
3    Q.   When the folks came out to fix the
4    furnace, did they relate to you what the
5    problem with the furnace was?
6    A.   They didn't know.
7    Q.   At that time, when they came out
8    to look at the furnace, did you make a
9    specific complaint to those individuals
10   about an odor in the trailer?
11       MR. D'AMICO:
12           You have been saying "they" and
13   "these people" and "those."
14           Can we establish who came out?
15       MR. BONE:
16           If he knows.
17       MR. D'AMICO:
18           We're going to do it for the
19   record:  This whole line of questioning, I
20   would just like to state that it hasn't been
21   established whether it was Gulf Stream
22   employees whether it was Forest River
23   personnel or --
24       MR. KURTZ:
25           You're suggesting to him who might

1   have come out.
2        MR. D'AMICO:
3            To him.
4        MR. KURTZ:
5            And I don't think that's
6   appropriate on the record.
7        MR. D'AMICO:
8            I just want him to clarify who it
9   is, that's all.  He keeps saying "he,"
10  "they."  Why doesn't he ask if he knows.
11       MR. BONE:
12           For my purposes, it's not
13  important.
14       MR. D'AMICO:
15           Okay.
16       Q.   The folks who came out to fix the
17  furnace, did you complain to them about an
18  odor?
19       A.   Yes, I did.
20       Q.   What was their response to you
21  when you complained to them about an odor?
22       A.   Their response was, like, it
23  wasn't their thing to take care of.  They
24  was basically there for the furnace.
25       Q.   Okay.

1    A.   They said they would have somebody
2    get in touch with me and I could make a
3    complaint to them.  But I ain't never heard
4    nothing after I saw them.  They came out
5    twice about the furnace and they never got
6    it to work.
7         So I never heard nothing about the
8    rain coming in the door and the mildew that
9    was along the carpet.
10   Q.   It's your testimony that the
11   furnace in this unit never worked?
12   A.   Well, it worked initially, but
13   after it went off, you know, cycling-wise,
14   it never worked no more after that.  Because
15   the second time the guy fixed the furnace,
16   it came on for him, and he was ready to
17   leave and I said, "No, turn it off and see
18   if it comes back on."
19        And it didn't come back on, and he
20   was like, "Well, I'll have somebody else to
21   come out and look at it."
22   Q.   The odor that you complained
23   about, was it a constant odor or did it come
24   and go?
25   A.   It was a constant odor.

1   A.   Close in time, I would have -- I
2   noticed the rainwater about two or three
3   months after I really, you know, paid
4   attention to the smell.
5       Q.   So in the winter of '06, you
6   noticed the smell, and two to three months
7   later, you notice that there's a water leak
8   at the door?
9       A.   Yes.
10      Q.   When you smelled the smell in the
11  wintertime, did you take any steps to limit
12  the smell, to get rid of the smell?
13      A.   Yeah, pretty much tried to clean
14  up, use deodorizers and stuff like that
15  because I just couldn't pinpoint where it
16  was coming from.  So I would just
17  thoroughly, like I say, use carpet
18  deodorizer to just get that smell -- I
19  didn't know where the smell was coming from.
20      Q.   What type of carpet deodorizer did
21  you use, like a Renuzit or something like
22  that?
23      A.   Carpet deodorizer, household type.
24      Q.   Sure.  The kind you spray on?
25      A.   No, not the spray-on, the powder.

1    Q.   Okay.  When you say "prior to
2  that," when --
3    A.   Yeah.  The first time I went about
4  the congestion, he gave me an inhaler then
5  too.
6    Q.   Was that the first time you had
7  ever used an inhaler?
8    A.   Yeah, that was the first time.
9    Q.   Is it your testimony that prior to
10 2005, you had never used an inhaler?
11   A.   I never did.
12   Q.   Prior to moving into this unit,
13 had you ever had chest congestion with a
14 productive cough?
15   A.   Yes.
16   Q.   I believe you went to Dr. Worley
17 for him to look at your sinuses, correct?
18   A.   That's correct.
19   Q.   What did Dr. Worley tell you about
20 the issues you were having with your
21 sinuses?
22   A.   He said it was something inflamed
23 up in my sinuses and he pretty much gave me
24 antibiotics for it.
25   Q.   And did you have follow-up care

Page 148

1   with Dr. Worley where he assessed whether
2   the antibiotics had been successful?
3       A.   No.
4       Q.   Okay.  Did the antibiotics resolve
5   the problems that you were having with
6   respect to your sinuses?
7       A.   Well, the congestion that was
8   there, it resolved that, but the blood in
9   the mucus, it didn't.
10      Q.   On how many occasions did you see
11  Dr. Worley for the sinus-related issue?
12      A.   That one time.
13      Q.   Prior to living in this unit, you
14  had had sinus problems of the same type
15  before, had you not?
16      A.   If I had a cold or something, yes.
17  I mean, cold-wise, yes, but not like that,
18  where I thought that was making the blood
19  come into, you know, my mouth.  Not nothing
20  like that.
21      Q.   All right.  You don't recall
22  having sinusitis with associated
23  blood-streaked sputum prior to 2005?
24      A.   No, I don't recall.
25      Q.   Okay.  Do you recall during the

1   who Mr. Weddington is?
2       A.   That was the guy that I met at the
3   trailer.
4       Q.   And do you know who he worked for?
5       A.   Who he worked for?
6       Q.   Yes, sir.
7       A.   I think he had a Shaw helmet on.
8       Q.   Okay.  Was the trailer up on
9   blocks at the time you saw it on
10  February 13, 2006, on cinder blocks?
11      A.   On blocks, yes.
12      Q.   How high was the frame of the
13  trailer off the ground, do you recall?
14      A.   About the size of the wheel that
15  it rolls on, it, like, leveled it off with
16  the wheels.
17      Q.   Was the wheel touching the ground?
18      A.   Yes.
19      Q.   Were there wooden steps in place
20  for you to walk up to get into the trailer?
21      A.   Yes.
22      Q.   Are you familiar with the screw
23  jack on the front of travel trailers?  Do
24  you know what I'm talking about?
25      A.   Screw jack.  Yes, where the chain

1   is and stuff?
2       Q.   Yes.  When you unhitch it from a
3   truck, that would be either what would fold
4   out or you could put it under the tongue so
5   that it doesn't tip over or whatever.
6            Was that folded out, or anything
7   up underneath the tongue that was supporting
8   any weight of the trailer at the time you
9   saw it on February 13, 2006?
10      A.   I don't recall that.
11      Q.   You don't remember seeing a jack
12  anywhere under the trailer --
13      A.   All I remember is seeing a big
14  blue knob like you sit it on a truck and the
15  truck would take it.  I didn't see, like, no
16  jack or nothing.
17      Q.   Okay.  The knob being where the
18  hitch goes, right?
19      A.   Yes.
20      Q.   Okay. Was the trailer level at
21  the time you inspected it or participated in
22  the inspection on February 13, 2006?
23      A.   What about?
24      Q.   Was it level?
25      A.   Yes.

1    Q.   Okay.  Did it stay level during
2  the time that you occupied it?
3    A.   No.  It had shifted and the rain
4  started coming in through the door.
5    Q.   Okay.
6    A.   The trailer had shifted.
7    Q.   Okay.  We'll talk about that in a
8  moment.
9         But at the time you first
10 participated in this inspection, it was
11 level at that time, right?
12   A.   Yes.
13   Q.   Okay.  Could you see the metal
14 frame underneath the trailer?
15   A.   Yes, you could see it, yes.
16   Q.   That's the piece of metal or the
17 pieces of metal that actually sit on the
18 concrete blocks, okay, you could see that?
19   A.   Yes.
20   Q.   Was it straight, as far as you
21 saw?
22   A.   As far as I could see.
23   Q.   Do you remember what the weather
24 was like the day that you inspected or
25 participated in an inspection, February 13,

Page 299

```
 1   started living in the unit in March of '06
 2   and you moved out in July of '08; is that
 3   correct?
 4        A.   Yes.
 5        Q.   You lived in the trailer the
 6   entire time?
 7        A.   Yes, I did.
 8        Q.   And you moved directly from the
 9   cruise ship to the travel trailer; is that
10   correct?
11        A.   Yes.
12        Q.   Did you evacuate before Hurricane
13   Katrina?
14        A.   Evacuate before?  No.
15        Q.   Evacuate New Orleans before the
16   hurricane?
17        A.   No.
18        Q.   You stayed in New Orleans during
19   Hurricane Katrina?
20        A.   Yes.
21        Q.   But your mother evacuated?  Did
22   your mother evacuate?
23        A.   Before?
24        Q.   Before.
25        A.   No.
```