SHAW 013540

**From:** Boyle, Brian [mailto:Brian.Boyle@associates.dhs.gov]
**Sent:** Monday, March 20, 2006 9:14 AM
**To:** Jay.Moylan@Fluor.com; Todd.Novak@Fluor.com; Falino, Mike/MIA; Caruso, Paul/NWO; Aubert, Robert; william.deane@shawgrp.com
**Cc:** Woodruff, Larry
**Subject:** Formaldehyde

Gentlemen,

Our safety office needs to know from each contractor the process of airing out of all TT's and Mobil homes to handle the existence of formaldehyde inside the units and what YOU are doing to handle this problem. Please e-mail YOUR process for combating this problem so Larry can pass this on to Safety in D.C. Thank you for your attention to this and I'll wait to here from each of you and send it on to Larry.

Thank you,

BRIAN BOYLE
DR-1603-LA
FEMA DHOPS
QA/SPECIAL PROJECTS LEAD INSPECTOR
QA CONTRACTOR LIAISON
AFO/NOLA
225-615-6205 (Cell)
504-762-2450 (Office)


BRIAN BOYLE
DR-1603-LA
FEMA DHOPS
QA/SPECIAL PROJECTS LEAD INSPECTOR
QA CONTRACTOR LIAISON
AFO/NOLA
225-615-6205 (CELL)
504-762-2450 (OFFICE)



EXHIBIT F