| | |
|---|---|
| **From:** | Baldwin, MK |
| **Sent:** | Wednesday, May 17, 2006 12:39 PM |
| **To:** | Seavey, Gary; Ancell, Carrie; Quay, Gary |
| **Cc:** | Davis, Mark; Compeau, Geoffrey; Short, Robert |
| **Subject:** | FW: Formaldehyde notes and video link on CNN |
| **Importance:** | High |

Gary and Carrie and Gary,

Head's up. GQ – are you experiencing similar issues in LA??

To the best of our knowledge, the smell may be related to the glue used in the final construction: for the carpet, the wood paneling, the veneer on the bed supports, etc.

Trina

**M K "Trina" Baldwin, P.E.**
Project Manager II
Shaw Environmental & Infrastructure
PO Box 275
Central, SC  29630
864.207.1651 cell
www.shawgrp.com

REDACTED



SHAW 013547