# *Expert Report*

# *Lyndon Wright vs. Forest River*
## Melville, Louisiana



Prepared for
Gieger, Laborde & Laperouse, LLC
One Shell Square
Suite 4800
New Orleans, LA 70139

Submitted by



3700 Dohnavur Drive
PO Box 1120 (USPS Only)
Zellwood, Florida 32798

October 29, 2009

Norman L. Nelson, P.E.[1]
Donald B. Snell, P.E.[2]

---

[1] Florida, Oregon, North Carolina and South Carolina

[2] Pennsylvania and Georgia



Case 2:07-md-01873-KDE-MBN Document 11544-18 Filed 02/12/10 Page 2 of 2

Lyndon Wright vs. Forest River Expert Report   Appendix D   11/2/09



Figure D-1.1 – Keyed plan of temporary housing unit model manufactured by Forest River and occupied by Lyndon Wright.