UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                    MDL NO. 1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION            SECTION "N" (5)

THIS DOCUMENT IS RELATED TO             JUDGE ENGELHARDT

                                        MAGISTRATE CHASEZ

---

LYNDON T. WRIGHT, et al.
            Plaintiffs,
    vs.                                 CASE NO. 09-2977

FOREST RIVER, INC., et al.,
            Defendants.

---

**COPY**

VIDEOTAPED DEPOSITION OF

NORMAN LEROY NELSON

WEDNESDAY, DECEMBER 23, 2009
10:39 A.M.

---

WOMBLE, CARLYLE, SANDRIDGE & RICE
150 FAYETTEVILLE STREET, SUITE 2100
RALEIGH, NORTH CAROLINA

---



Garrett
REPORTING SERVICES, INC.
Professional Stenomask for the Record

Post Office Box 98475, Raleigh, North Carolina 27624-8475
Telephone (919) 676-1502 — Fax (919) 676-2277



EXHIBIT V

```
 1  a house, correct?
 2          A    Yes.
 3          Q    Okay.  Do you know -- do you know the
 4  differences between a travel trailer and a stick-built
 5  house, how those differences affect -- the differences in
 6  construction affect natural ventilation?
 7          A    No.
 8          Q    No.  In your opinion, is there any
 9  difference?
10          A    I believe every residence, whether it's a
11  travel trailer or a stick-built home, would have natural
12  ventilation due to infiltration, door openings, closings,
13  those kinds of things, yes.
14          Q    Does the pressure of a residential dwelling
15  affect ventilation, --
16               MR. BONE:  Object.
17          Q    -- natural ventilation?
18               MR. BONE:  Object to the form.  You can
19      answer.
20          A    Yes.
21          Q    How is that?
22          A    Well, if it's a -- under a positive
23  pressure, you would have less infiltration than if it was
24  under a negative.  But under neural pressure you would
25  still have infiltration of air.  Most of those effects
```

1  would be due to wind effects, unless you are mechanically
2  inducing it somehow through exhausts or air conditioning
3  equipment.
4      Q    So if a unit has a positive pressure and the
5  windows are open, the tendency would be for the air to flow
6  outwards rather than inwards, because the pressure is
7  positively being -- there's a positive pressure on the
8  surface space pushing outward, correct?
9      A    Yes, and that's what we seem to have had at
10 the Lyndon Wright trailer.
11     Q    When the air conditioner was running,
12 correct?
13     A    Correct.
14     Q    So if there's a positive pressure, then it
15 would require a wind pressure in excess of that positive
16 pressure to push air into the -- into the unit; is that an
17 accurate statement?
18     A    Yes.
19     Q    Is there -- is there still ventilation
20 occurring into the unit even with a positive pressure?  And
21 say it's with -- okay, let me clarify.
22          If there's no or negligible wind or wind
23 below the positive pressure -- wind pressure below the
24 positive pressure pushing outward, is there still
25 ventilation moving into the unit?

1    A    Most likely.

2    Q    And how does that occur?

3    A    Again, you're -- I think the wind effects
4  that we're talking about here are, as you discussed
5  yesterday, are both negative and positive on any given
6  structure, especially a cube like a travel trailer that has
7  six sides exposed.  So I believe that you would still see
8  some infiltration.

9         And the positive pressure has to be created
10 by something, and that usually is outdoor air that's
11 creating that positive pressure.  So you are getting
12 ventilation even when it's positively pressurized because
13 of the way it's pressurized.

14   Q    Okay.  For a standard stick-built house,
15 let's say a standard stick-built house in North Carolina,
16 what -- what codes apply to the building of that standard
17 stick-built house, if you can answer?

18   A    In North Carolina?

19   Q    Yeah.

20   A    There is the North Carolina Building Code
21 that would -- that adopted, I believe it's the 2006 version
22 of the International Codes.

23   Q    Okay.  Are there other building codes that
24 apply, or does it incorporate plumbing and electrical and
25 all of the -- all the range of the various components?

1    the cavity pressure pushing out?
2         A    Well, at one point in time the positive and
3    the negatives have to meet.
4         Q    Okay.
5         A    Don't know where that occurred in the
6    cavity, --
7         Q    Okay.
8         A    -- but on the discharge side.  The supply
9    side duct leakage actually cools the cavity, dries the
10   cavity, and does not let the moist air come through the
11   envelope to condense on that cold duct.
12        Q    And there was some supply side leakage in
13   this trailer, correct?
14        A    Yes.
15        Q    But the -- the greater level of leakage
16   occurred on the return side?
17        A    Correct.
18        Q    Okay.  When you say the pressures have to
19   equalize, if the interior's living space has a positive
20   pressure, would that then mean the cavity space equalizes
21   with the living space and that has a negative pressure, or
22   does it mean that the travel trailer itself in its entirety
23   has a positive pressure which then equalizes with the
24   exterior?
25        A    I was really referring to the Dometic unit

1  itself.
2      Q    Okay.
3      A    Somewhere between the leakage on the supply
4  side and the leakage on the return side there's a neutral
5  pressure because it's not pulling any more into the -- from
6  that cavity, --
7      Q    Okay.
8      A    -- and it's not pushing more out. So
9  someplace there's a neutral pressure within the cavity.
10     Q    Okay.
11     A    As far as the space itself, it's always
12 positive. So there is maybe someplace that it might be
13 neutral, but most of them are not going to be apparent.
14     Q    Okay. I'm sorry if I've asked you this
15 question, remind me if I have, but the air leakage on the
16 return side, was it coming primarily from the cavity space,
17 or from outside?
18     A    It had to be from the outside in order to
19 keep the positive pressure within the overall unit.
20     Q    Okay. And if there was cavity space leakage
21 on the return side, it would have been right at the
22 juncture with the unit itself; is that accurate?
23     A    I believe so, yes.
24     Q    Okay. Are you aware or did you observe any
25 barrier or retarder separation between wall cavity space

```
 1  and ceiling cavity space?
 2         A    Again, I wasn't there during demolition, so
 3  whatever I observed would have been by looking at
 4  photographs.
 5         Q    In your photo -- in your review of
 6  photographs, did you see any?
 7         A    I -- for one place, it looked like there
 8  was -- there's supports that are -- have to support that
 9  Dometic unit between roof purlins, or whatever you want to
10  call them anyway.  I'm not sure what you'd call them
11  because they're not really very big beams.  But anyway,
12  there had to be a place at which, you know, there was
13  probably some separations between the supply duct, return
14  ducts, and the wall and ceiling cavity.
15              But again, I don't have a very good visual
16  knowledge because I didn't stand there and look at it,
17  but --
18         Q    Okay.
19         A    -- I have to believe there is some barriers
20  in there, yes.
21         Q    Okay.  How about in the cavity space itself,
22  the wall cavity space and the ceiling cavity space, was --
23  is that a contiguous space, or was there separation between
24  those spaces?
25         A    Again, only because of the structural
```

1  requirements of building the walls so that they -- or
2  openings that have to occur in the walls, I'm sure there
3  are places where there are barriers. There may be places
4  where there isn't on the whole wall, but there has to be
5  some places that there are.
6        Q    What is -- is there an -- or a recommended
7  air change rate specific to the Gulf South?
8        A    There -- there is if you look at any of the
9  model codes that, you know, that govern ventilation. There
10 is some recommended ventilation rates of so many cfm per
11 person or cfm per square foot, or air changes per hour is
12 another way of trying to calculate that.
13       Q    And are those -- are those regionally
14 recommended? Do different climates have different air
15 exchange necessities?
16       A    Not usually.
17       Q    Okay. So an air change rate and the air
18 changes per hour recommendation is applicable throughout
19 the country?
20       A    Yes, for the most part, based upon occupancy
21 usually.
22       Q    Okay. Do different states have different
23 air change requirements -- or recommendations; I'm sorry?
24       A    For the most part, only if they've adopted
25 different model codes, but the vast majority of them have

```
 1   adopted ASHRAE 62 --
 2           Q    Okay.  And ASHRAE --
 3           A    -- .1 or 2.
 4           Q    ASHRAE 62 calls for .35 air changes an hour?
 5           A    I think that's what's in our report.
 6           Q    Okay.
 7           A    And that's about right, I would guess.
 8           Q    Do you have an opinion as to this unit and
 9   its air change rate in relation to ASHRAE recommendations?
10           A    I believe with the leakage that was apparent
11   on the return side, that there is adequate ventilation in
12   it, yes.
13           Q    Okay.  What does "adequate ventilation"
14   mean?
15           A    Meeting the requirements of what ASHRAE
16   recommends.
17           Q    Okay.  Is a recommendation a set level, or
18   is it an -- is it a range of -- range of levels?
19           A    Again, it assumes a certain criterion that
20   is established in there, but it's the same everywhere.
21           Q    Okay.  And I'm sorry I wasn't clear.  What I
22   was asking is, the statement is it's, I believe, in the
23   report is .35 ACH.  Is that a targeted goal, but there --
24   it's acceptable between .3 and .5, or -- I mean, that's
25   what I'm asking.  Is there a -- is there a range of air
```

1  changes that are acceptable within the ASHRAE standards?
2       A    The ASHRAE standard is a minimum, so it
3  should be .35.
4       Q    Or higher?
5       A    Or higher.
6       Q    Okay. Based upon the corrected plaintiff
7  air change calculation, which I believe the correction was
8  made by Mr. Cummings' offices, I think we introduced that
9  exhibit as 25, the last one for Snell, it's a one-page
10 document of calculations --
11      A    Yes.
12      Q    -- sent by Solar Energy. They calculated
13 .23 air changes an hour. Is that -- well, .23 is below
14 .35, correct?
15      A    Yes. The .35 is if you had a mechanical
16 means of ventilating. For natural air means, it's assuming
17 that you're going to get something about that.
18      Q    It's assuming you're going to get something
19 about .35?
20      A    About .35, yes.
21      Q    So -- so the minimum standard in ASHRAE is
22 solely related to mechanical ventilation?
23      A    Because there -- the calculation for a
24 natural ventilation mode would have to take in a lot of
25 variables that vary moment to moment, so --

1     Q    Okay.
2     A    -- the time that that was actually
3  calculated at .23 was limited wind speed.  I'm sure that
4  under higher wind speeds you'll get a lot more than .233.
5     Q    Do you know what Liberty's calculation was?
6     A    As far as what?
7     Q    As far as the ACH?
8     A    I'd have to go back and look in the report,
9  but it's --
10    Q    Okay.
11    A    -- it is in there.
12    Q    If I said .3, would that be --
13    A    I think it's around .3, yes.
14    Q    Do you know why ASHRAE requires a minimum of
15 .35 -- or recommends a minimum of .35?
16    A    It's based upon the criterion that's
17 specified in there of where the air comes from, what
18 quality it is.  I mean, there's a lot of other parameters
19 about the air quality.
20    Q    Is one of the parameters that the exterior
21 air being introduced should be of equal or better quality
22 than the air being replaced?
23    A    I believe that's correct.
24    Q    What does -- is .23 in fact a low air change
25 rate?

1	A	It is for the tested conditions -- I mean,
2	the tested conditions are fairly low as far as the wind
3	speeds and those kinds of things.  The average wind speed
4	in Louisiana at that location might be -- it's most likely
5	higher than that, so it appears to be low, again, corrected
6	for zero based upon a leakage rate of ACH 50, so --
7	Q	Okay.  What does a -- what does it mean,
8	".23"?  What -- what -- when we say something's low, what
9	is the ramification of a low air exchange rate?
10	A	Low amount --
11		MR. BONE:  Object to the form.  You can
12	answer.
13	A	Low leakage area and/or tight construction.
14	Q	Okay.  Are there -- are there problems
15	associated with tight construction?
16	A	Just as there could be on loose
17	construction, yes.  I mean, it means you -- the problem --
18	not necessarily the problem, it's just a statement of fact.
19	Q	Okay.
20	A	This is what it tested out to be.
21	Q	So --
22	A	Most would consider that actually good.
23	Q	Tight construction is good?
24	A	They would consider it good because then
25	they don't have drafts and cold things happening --

Norman L. Nelson 12-23-2009 Page 71

1 Q Yeah.
2 A -- or leaks.
3 Q Whereas tight construction, particularly
4 with natural air infiltration, means a lower air change
5 rate, correct? I mean, if -- if tight construction can be
6 inferred from a level below .35, is -- is tight
7 construction good in a naturally ventilated unit?
8 MR. BONE: Object to the form. You can
9 answer.
10 A It is what it is. I think in general, tight
11 construction is good because it let's you control where the
12 air comes from or goes to.
13 Q Okay. And a .23 under the conditions
14 tested, with the air conditioner off in this unit, I
15 believe that Liberty's testing shows that a slightly
16 negative pressure, and there was a -- there were a couple
17 tests; one may have been a positive. But it becomes a
18 positive pressure unit when the air conditioner is turned
19 on, correct?
20 A Yes.
21 MR. BONE: Object to the form. You can
22 answer.
23 A Yes, was the answer.
24 Q Under a neutral or negative pressure with a
25 very low change rate, does that mean that the interior air

**GARRETT REPORTING SERVICES, INC.** (919) 676-1502
Post Office Box 98475
Raleigh, North Carolina 27624-8475

1   does not exfiltrate as much as it would under a positive
2   pressure?
3       A    Could you repeat it one more time to make
4   sure I heard the right question?
5       Q    How does -- how does a very low -- sorry.
6            How does -- how does a .23 air changes an
7   hour with a negative pressure differ from a .23 with a unit
8   with positive pressure?  Is there any difference?
9       A    It depends on the pressure at which it was
10  measured.
11      Q    Okay.  If a unit has a negative pressure,
12  that means there's more pressure coming in than going out,
13  correct?
14      A    Yes.
15      Q    Okay.
16      A    A tendency for airflow given a pathway to go
17  in instead of out, yes.
18      Q    Okay.  So if there's negative pressure and
19  there's a low air change rate, it means that it's more
20  difficult for the interior air to go outward than if it was
21  a high air change rate and a positive pressure?
22      A    The leakage area is the same regardless of
23  the pressure.  So as pressure varies, infiltration or
24  exfiltration goes up not linearly but parabolically,
25  actually.

| | |
|---|---|
| Norman L. Nelson | 12-23-2009    Page 94 |

```
 1  one air change per hour, what that means is that a volume
 2  of air that's equivalent to the volume of, in the case of a
 3  trailer, the trailer, is moving through there once per
 4  hour, right?
 5       A    That's correct.
 6       Q    And that's true regardless of whether you're
 7  also measuring positive or negative pressurization or
 8  whatever the temperature or whatever the relative humidity
 9  is, right?
10       A    Yes.
11       Q    Okay.
12            MR. KURTZ:  I think that's all I have.
13            MR. BONE:  Adam?
14            MR. BAIN:  I don't have any questions.
15            MR. BONE:  The witness will read and sign.
16  Thank you.
17            THE VIDEOGRAPHER:  This concludes the
18  videotaped deposition of Norm Nelson.  The time is
19  12:50 p.m.
20            (Deposition concluded at 12:50 p.m.)
21
22
23
24
25
```

**GARRETT REPORTING SERVICES, INC.**    (919) 676-1502
Post Office Box 98475
Raleigh, North Carolina 27624-8475