From: Boyle, Brian [Brian.Boyle@associates.dhs.gov]
Sent: Tuesday, March 21, 2006 8:56 AM
To: Aubert, Robert; Deane, William
Cc: Woodruff, Larry

**Good morning,**

**I received responses from the other two contractors on this and I'm still waiting to hear from you guys so Larry can pass this on to Washington D.C.**
**Your immediate attention to this matter is requested.**

**Thanks,**

**Good morning,**

**I received responses from the other two contractors on this request and we are only waiting on your response. Your immediate attention to this matter is requested. Larry needs to get this info to Washington D.C. ASAP.**

**Thanks,**

From: Boyle, Brian [mailto:Brian.Boyle@associates.dhs.gov]
Sent: Monday, March 20, 2006 9:14 AM
To: Jay.Moylan@Fluor.com; Todd.Novak@Fluor.com; Falino, Mike/MIA; Caruso, Paul/NWO; Aubert, Robert; william.deane@shawgrp.com
Cc: Woodruff, Larry
Subject: Formaldehyde

Gentlemen,

Our safety office needs to know from each contractor the process of airing out of all TT's and Mobil homes to handle the existence of formaldehyde inside the units and what YOU are doing to handle this problem. Please e-mail YOUR process for combating this problem so Larry can pass this on to Safety in D.C. Thank you for your attention to this and I'll wait to here from each of you and send it on to Larry.

Thank you,

BRIAN BOYLE
DR-1603-LA
FEMA DHOPS
QA/SPECIAL PROJECTS LEAD INSPECTOR
QA CONTRACTOR LIAISON
AFO/NOLA
225-615-6205 (Cell)
504-762-2450 (Office)

SHAW 013517

BRIAN BOYLE
DR-1603-LA
FEMA DHOPS
QA/SPECIAL PROJECTS LEAD INSPECTOR
QA CONTRACTOR LIAISON
AFO/NOLA
225-615-6205 (CELL)
504-762-2450 (OFFICE)

SHAW 013518