From: Noble, Mike
Sent: Tuesday, May 16, 2006 1:07 PM
To: Quay, Gary
Subject: FW: MLU

Gary
I have never heard of this before now, that CNN they are on top of it.

**Mike Noble**
Shaw Constructors
4171 Essen Lane
Baton Rouge, LA 70809
225-987-7395 Office
225-413-3130 Cell
225-987-3323 Fax
146*18531*1 Nextel
mike.noble@shawgrp.com

**From:** Keyser, Gary [mailto:Gary.Keyser@dhs.gov]
**Sent:** Tuesday, May 16, 2006 12:59 PM
**To:** James Kelley
**Cc:** Noble, Mike
**Subject:** RE: MLU

Please talk to Shaw about this issue.

Gary Keyser
COTR-IA-TAC-SHAW
FEMA - JFO BR
415 N 15th St.
Baton Rouge, LA 70802
832.851.3648 Cell

**From:** James Kelley [mailto:jkelley@mluservices.com]
**Sent:** Tuesday, May 16, 2006 12:34 PM
**To:** 'Keyser, Gary'
**Subject:** MLU

Per a CNN report this morning, it has come to our attention that there have been maintenance issues involved with air borne formaldehyde levels exceeding safety limits. We would like to know how to proceed. According to the report, I understand there is a FEMA notice giving the applicants instructions on how to properly ventilate the trailers. We would like to visit the units we currently have (11 leased in) and make sure they are aware of these procedures.

Please respond as soon as possible.

Thank you,

James Kelley

SHAW 013546