Transcript of the Testimony of
# Videotaped Deposition of Lyndon Wright

## Date taken: July 10, 2009

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

## **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT
A

Blumberg No. 5119

Page 171

```
 1   her that you believed your occupancy of this

 2   unit was causing you a health problem?

 3        A.   I would say probably April.

 4        Q.   Of what year?

 5        A.   '06.  Right after I got in the

 6   trailer.

 7        Q.   So in April of '06, you were of

 8   the opinion that your occupancy of this unit

 9   was causing you a health problem?

10        A.   I would say I thought it was

11   making me sick, yes.

12        Q.   And you expressed that to your

13   mother by May of 2006, correct?

14        A.   By April.

15        Q.   By April of 2006, correct?

16        A.   Yes.

17        Q.   Do you have any information as to

18   why your mother would have represented to

19   FEMA by February of 2008, that there were no

20   health concerns that she had about you

21   regarding your occupancy of this unit?

22        A.   No, I don't know.

23        Q.   Were you ever offered the

24   opportunity to purchase this unit?

25        A.   You would have to ask my mom.  I
```

Page 147

1        Q.    Okay.   When you say "prior to

2    that," when --

3        A.    Yeah.   The first time I went about

4    the congestion, he gave me an inhaler then

5    too.

6        Q.    Was that the first time you had

7    ever used an inhaler?

8        A.    Yeah, that was the first time.

9        Q.    Is it your testimony that prior to

10   2005, you had never used an inhaler?

11       A.    I never did.

12       Q.    Prior to moving into this unit,

13   had you ever had chest congestion with a

14   productive cough?

15       A.    Yes.

16       Q.    I believe you went to Dr. Worley

17   for him to look at your sinuses, correct?

18       A.    That's correct.

19       Q.    What did Dr. Worley tell you about

20   the issues you were having with your

21   sinuses?

22       A.    He said it was something inflamed

23   up in my sinuses and he pretty much gave me

24   antibiotics for it.

25       Q.    And did you have follow-up care

Page 148

```
 1   with Dr. Worley where he assessed whether

 2   the antibiotics had been successful?

 3        A.   No.

 4        Q.   Okay.  Did the antibiotics resolve

 5   the problems that you were having with

 6   respect to your sinuses?

 7        A.   Well, the congestion that was

 8   there, it resolved that, but the blood in

 9   the mucus, it didn't.

10        Q.   On how many occasions did you see

11   Dr. Worley for the sinus-related issue?

12        A.   That one time.

13        Q.   Prior to living in this unit, you

14   had had sinus problems of the same type

15   before, had you not?

16        A.    If I had a cold or something, yes.

17   I mean, cold-wise, yes, but not like that,

18   where I thought that was making the blood

19   come into, you know, my mouth.  Not nothing

20   like that.

21        Q.   All right.  You don't recall

22   having sinusitis with associated

23   blood-streaked sputum prior to 2005?

24        A.   No, I don't recall.

25        Q.   Okay.  Do you recall during the
```

Page 217

1  me.  And the guy talked about the trailer

2  and stuff and did I know about formaldehyde

3  exposure and all of that.  And I was like,

4  "No."

5          And he was like, "Well, you need

6  to give this particular lawyer a call and

7  talk to him and listen to what he has to

8  say."

9      Q.    So if I understood you correctly,

10  before this individual came to you and

11  presented you with the card of a lawyer, you

12  had no knowledge about anything relating to

13  formaldehyde in this unit?

14      A.    No.

15      Q.    And this individual directed you

16  to call a particular lawyer, correct?

17      A.    Gave me a card for a particular

18  lawyer, yes.

19      Q.    Who was the lawyer that he gave

20  you the card for?

21      A.    Donald Schmidt -- Schmidt.

22      Q.    Doug Schmidt?

23      A.    Yeah, Doug Schmidt.

24      Q.    This gentleman who gave you the

25  card, would you describe him for me, his

Page 299

```
 1    started living in the unit in March of '06

 2    and you moved out in July of '08; is that

 3    correct?

 4         A.   Yes.

 5         Q.   You lived in the trailer the

 6    entire time?

 7         A.   Yes, I did.

 8         Q.   And you moved directly from the

 9    cruise ship to the travel trailer; is that

10    correct?

11         A.   Yes.

12         Q.   Did you evacuate before Hurricane

13    Katrina?

14         A.   Evacuate before?  No.

15         Q.   Evacuate New Orleans before the

16    hurricane?

17         A.   No.

18         Q.   You stayed in New Orleans during

19    Hurricane Katrina?

20         A.   Yes.

21         Q.   But your mother evacuated?  Did

22    your mother evacuate?

23         A.   Before?

24         Q.   Before.

25         A.   No.
```

Page 145

1   only went to the doctor when it really got

2   bad.  I mean, when it felt like somebody was

3   just ripping my insides out or something,

4   that's when I would go to the doctor.  I was

5   frequently congested.

6        Q.   When you say you were congested,

7   were you having a productive cough or a dry

8   cough?

9        A.   At that particular time, it would

10  be productive.

11       Q.   And it's not a very pleasant

12  question, but what color of mucus or sputum

13  were you bringing up?

14       A.   Yellow.

15       Q.   When you did bring that to the

16  attention of your doctors, they treated you

17  with antibiotics?

18       A.   Yes.

19       Q.   Was that successful in resolving

20  the productive cough?

21       A.   Yes, yeah.

22       Q.   Once you had been treated with the

23  course of antibiotics, did that situation

24  ever recur while you were living in the

25  unit?

Page 146

1        A.    Excuse me?

2        Q.    Once you were treated with

3   antibiotics, did the productive cough ever

4   recur while you were living in the unit?

5        A.    I don't -- it's not a hard

6   question, but maybe I don't understand what

7   you're saying.

8        Q.    Yeah, sure.  From the time you got

9   the antibiotics from your doctor to treat --

10       A.    For the congestion, yes.

11       Q.    -- for the congestion, did that

12   problem ever happen again while you were

13   living in the unit?

14       A.    That's what I was missing,

15   "again."

16             Yes, yes, where I had to go to the

17   doctor again.

18       Q.    And were you treated again with

19   antibiotics?

20       A.    Antibiotics, inhaler -- and an

21   inhaler, yes.

22       Q.    Was that the first time you had

23   ever used an inhaler?

24       A.    No, I actually had an inhaler

25   prior to that, the first time I went.

Page 147

```
1          Q.   Okay.  When you say "prior to

2     that," when --

3          A.   Yeah.  The first time I went about

4     the congestion, he gave me an inhaler then

5     too.

6          Q.   Was that the first time you had

7     ever used an inhaler?

8          A.   Yeah, that was the first time.

9          Q.   Is it your testimony that prior to

10    2005, you had never used an inhaler?

11         A.   I never did.

12         Q.   Prior to moving into this unit,

13    had you ever had chest congestion with a

14    productive cough?

15         A.   Yes.

16         Q.   I believe you went to Dr. Worley

17    for him to look at your sinuses, correct?

18         A.   That's correct.

19         Q.   What did Dr. Worley tell you about

20    the issues you were having with your

21    sinuses?

22         A.   He said it was something inflamed

23    up in my sinuses and he pretty much gave me

24    antibiotics for it.

25         Q.   And did you have follow-up care
```

Page 148

1    with Dr. Worley where he assessed whether

2    the antibiotics had been successful?

3         A.   No.

4         Q.   Okay.  Did the antibiotics resolve

5    the problems that you were having with

6    respect to your sinuses?

7         A.   Well, the congestion that was

8    there, it resolved that, but the blood in

9    the mucus, it didn't.

10        Q.   On how many occasions did you see

11   Dr. Worley for the sinus-related issue?

12        A.   That one time.

13        Q.   Prior to living in this unit, you

14   had had sinus problems of the same type

15   before, had you not?

16        A.   If I had a cold or something, yes.

17   I mean, cold-wise, yes, but not like that,

18   where I thought that was making the blood

19   come into, you know, my mouth.  Not nothing

20   like that.

21        Q.   All right.  You don't recall

22   having sinusitis with associated

23   blood-streaked sputum prior to 2005?

24        A.   No, I don't recall.

25        Q.   Okay.  Do you recall during the