Name: Lyndon Wright   Weight: [illegible]   Height: [illegible]   Date: 5/4/06

CC:
HPI: Resp symptoms much better.
↓ cough ↓ partial wheezy & a little
in am. [illegible] can = [illegible]
goopy eyes.

ROS:
☐ see HPI all rest negative
☐ HA, dizzynes, photophobia, tinnitus
☐ sinus pain, rhinorrhea, sore throat
☐ N, V, F, C
☐ CP, SOB, DOE, palpitations
☐ Cough, sputum, pleuritic CP
☐ dysuria, frequency, urgency, ED
☐ diarrhea, abd pain, heartburn
☐ BRBPR, melena, weakness
☐ rash, ms/back pain
☐ vag bleeding, d/c
☐ insomnia, anorexia,
☐ wt loss, depression, anxiety
☐ FH/SH reviewed and updated; see face sheet

Pulse   BP 120/80
A/O NAD
CN II-XII intact, reflexes/strength equal/nl bilat w/l ext
(PERRLA) (EOMI) no conjunctivitis, fundus wnl
TM/turbinates nl, OP clear, no LAD
RRR no MRG, nl S1 S2, No carotid/ inguinal bruits
CTA B, no crackles/wheezes/rhonchi/effusions
(Soft NT ND,) No HSM/mass/hernia
GU grossly nl, no mass/discharges; nl prostate
(No c/c/e/rash/ulcer/cellulitis,) nl DP/PT pulses

++ injected sclera
④ conjunctivitis ē purulence
④ wheeze LLL ē/w cr[illegible]

A/P
① Seasonal Allergies — Cont Asmanex, Nasonex

② Acute Bacterial Conjunctivitis
Gent Opth gtt

RTC in [illegible] Jan '07 for complete
+ BMP.

☐ Chem 7 Mg, Po4
☐ CBC with diff
☐ LFT, Lipids, VAP
☐ HBA1C
☐ 3hr GTT
☐ UA; spot urine pr /Cr
☐ urine micro-alb/cr
☐ proteinuria labs
☐ iron/TIBC/ferritin
☐ TSH, T4
☐ PSA
☐ uric acid
☐ PTHi
☐ BNP
☐ Homocysteine
☐ ESR, CRP
☐ 24 hr urine stone w/u
☐ B renal U/S
☐ CO2 angiogram
☐ MRA renal arteries

Because of the complex medical history, there are a number of differential diagnosis. Appropriate labs and tests have been reviewed/ordered, and the risk of significant complications morbidity and mortality is high if not treated.

EXHIBIT B

Name: Lyndon Wright   Weight: 119   Height: ___   Date: 4/10/06

36 y/o BM

CC:
HPI: Last wk had SOB, awoken by fast heart beating, wheezing, lasted 30 min, Dry cough, nasal congestion (L)
No PH asthma
No fever/chills

ROS:
☐ see HPI all rest negative
☐ HA, dizzyness, photophobia, tinnitus
☐ sinus pain, rhinorrhea, sore throat
☐ N, V, F, C
☒ CP, SOB, DOE, palpitations
☐ Cough, sputum, pleuritic CP
☐ dysuria, frequency, urgency, ED
☒ diarrhea, abd pain, heartburn
☐ BRBPR, melena, weakness
☐ rash, ms/back pain
☐ vag bleeding, d/c
☐ insomnia, anorexia
☐ wt loss, depression, anxiety

☐ FH/SH reviewed and updated; see face sheet

Pulse ___   BP 140/80
A/O NAD
CN II-XII intact, reflexes/strength equal/nl bilat w/ ext
PERRLA, EOMI, no conjunctivitis, fundus wnl
TM/turbinates nl, OP clear, no LAD
RRR no MRG, nl S1 S2, No carotid/ inguinal bruits — exp-wheeze
CTA B, no crackles/wheezes/rhonchi/effusions
Soft NT ND, No HSM/mass/hernia
GU grossly nl, no mass/discharges, nl prostate
No c/c/e/rash/ulcer/cellulitis, nl DP/PT pulses

A/P
Advair
Nasonex
RTC 1 wk
Had blood work in Jan/06 ___

☐ Chem 7 Mg, Po4
☐ CBC with diff
☐ LFT, Lipids, VAP
☐ HBA1C
☐ 3hr GTT
☐ UA, spot urine pr /Cr
☐ urine micro-alb/cr
☐ proteinuria labs
☐ iron/TIBC/ferritin
☐ TSH, T4
☐ PSA
☐ uric acid
☐ PTHi
☐ BNP
☐ Homocysteine
☐ ESR, CRP
☐ 24 hr urine stone w/u
☐ B renal U/S
☐ CO2 angiogram
☐ MRA renal arteries

Appropriate labs and tests have been reviewed/ordered
☐ Because of the complex medical history, there are a number of differential diagnosis and the risk of significant complications morbidity and mortality is high if not treated.