### AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

Field data collection records, laboratory reports, and chain of custody documents for the Second Sampling Event are contained in Attachment 5.

12. **Formaldehyde Laboratory Analysis**

    A. All samples were analyzed in accordance with *NIOSH Method 2016 (Formaldehyde)*, Issue 2, 15 March 2003 (Method). The Method employs High Performance Liquid Chromatography with Ultraviolet Detection (HPLC UV) as the analysis method.

    B. The First Sampling Event sample was analyzed by Assay Technology, 1252 Quarry Lane, Pleasanton, California, 94566. Assay Technology is an American Industrial Hygiene Association (AIHA) Industrial Hygiene accredited laboratory, number 101728.

    C. All Second Sampling Event formaldehyde samples were analyzed by AT Labs, a Unit of Assay Technology, 250 DeBartolo Place, Suite 2525, Youngstown, OH 44512. AT Labs is an American Industrial Hygiene Association (AIHA) Industrial Hygiene accredited laboratory, number 100903.

13. **Formaldehyde Results** - The following, summarized formaldehyde results for both Sampling Events will be presented.

    A. **Initial Sampling Event** (October 01/02, 2008) –

    | Sample # | Sample Location | Monitor Result HCOH (ppmv) |
    |---|---|---|
    | GD 3169 | MBR @ Night Stand | 0.048 |

    Laboratory reports and chain of custody documents for the Initial Sampling Event are contained in Attachment 4.

    B. **Second Sampling Event** (August 08/09, 2009) –

    | Sample # | Sample Location | Monitor Result HCOH (ppmv) | Tube Result HCOH (ppmv) |
    |---|---|---|---|
    | 2917200158 | MBR @ Night Stand | N/A | 0.095 |
    | GL 1713 | MBR @ Night Stand | 0.13 | N/A |

    Laboratory reports and chain of custody documents for the Second Sampling Event are contained in Attachment 5.

*Page 12 of 19*

LWFR-EX

EXHIBIT C