# MEDICAL MERIT

Litigation Analysis
and Strategies

November 1, 2009

Ernest P. Gieger, Jr. Esquire
Gieger, Laborde & Laperouse, L.L.C.
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, Louisiana 70139-4800

Re:   In Re: FEMA Formaldehyde Litigation
      Lyndon T. Wright v. Forest River, Inc., et al.,
      UDDC, E.D. La., Docket No. 09-2977
      Your Ref. No: 0200-24-7

Dear Mr. Gieger:

I evaluated Mr. Wright on June 1, 2009 at my office in East Jefferson General Hospital. I have enclosed a copy of that evaluation.

My opinions are based upon my education, training, and experience as a specialist in Pulmonary Diseases. In addition, I have reviewed or consulted the following medical/scientific publications or papers to assist me to form what I believe to be valid conclusions in this matter:

1) "Medical Management Guidelines for Formaldehyde." A publication of The Department of Health and Human Services, Agency for Toxic Substances and Diseases Registry. Updated 02/07/2008.
2) "Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-making," A paper on Environmental Health, published by DHHS, the CDC, the U.S. Dept. of Homeland Security, FEMA, and the U.S. EPA. March, 2008.
3) The Material Safety Data Sheet (MSDS) for Formaldehyde
4) Malo, et al. Reactive airway dysfunction syndrome and irritant-induced asthma. Up To Date (Online v. 17.1); 1/2009.
5) Irvin, C.G. Bronchoprovocation testing. Up To Date (Online v. 17.1); 1/2009.
6) Crapo, R.O., Casaburi, R., Coates, A.L., et al. Guidelines for methacholine and exercise challenge testing-1999. This official statement of the American Thoracic Society was adopted by the ATS Board of Directors, July 1999. Am J Respir Crit Care Med 2000; 161: 309.
7) Bardana, E.J. and Montanara, A.: The formaldehyde fiasco: A review of the scientific data. Immunology and Allergy Practice. Vol. IX, No. 1, 11-24, 1/1987.


EXHIBIT D

8) Franklin, P.J.: Indoor air quality and respiratory health in children. <u>Paediatric Respiratory Reviews.</u> Vol. 8, 281-286. 2007.
9) Chan-Yeung, M. and Malo, J-L. Overview of occupational asthma. <u>Up To Date</u> (Online v. 17.1); 1/2009.
10) Fishman, A.P., et al. <u>Fishman's Pulmonary Diseases and Disorders</u>. Chapter 60; Indoor and Outdoor Air Pollution: Pp. 1020-1026. McGraw-Hill Companies, Inc. May, 2008.
11) Wantke, F., et al: Exposure to gaseous formaldehyde induces IgE-mediated sensitization in school children. <u>Clinical & Experimental Allergy</u>, 1996, Vol. 26, pp. 276-280.
12) Jaakkola, J.J.K., et al. Asthma, wheezing, and allergies in Russian schoolchildren in relation to new surface materials in the home. <u>American Journal of Public Health</u>, 2004, Vol. 94, No. 4, pp.560-562.
13) Rumchev, K.B., et al. Domestic exposure to formaldehyde increases the risk of asthma in young children. <u>European Respiratory Journal</u>, 2002, Vol. 20, pp. 403-408.
14) Arts, J.H.E., et al. Inhaled formaldehyde: Evaluation of sensory irritation in relation to carcinogenicity. <u>Regulatory Toxicology and Pharmacology</u>, 2006, Vol. 44, pp. 144-160.
15) Garrett, M.H., et al. Increased risk of allergy in children due to formaldehyde exposure in homes. <u>Allergy</u>, 1999, Vol. 54, pp. 330-337.
16) <u>Damp Indoor Spaces and Health</u>. Institute of Medicine of the National Academies. 2004.

Additionally, I have reviewed the following documents and medical records provided by you:

1) Plaintiff Fact Sheet 2/19/2009
2) Medical records-Touro Infirmary
3) Medical records-Uptown Nephrology
4) Medical records-Drs. Ilgenfritz, French, and Worley
5) Walgreen's prescription profile
6) Rite-Aid prescription profile
7) CD copy of a chest x-ray 5/8/2008 Touro Infirmary
8) Affidavit of Lawrence G. Miller, M.D., MPH
9) Affidavit of Richard Spector, M.D.
10) Affidavit of George A. Farber, M.D.
11) Amended affidavit of Dr. Miller
12) Deposition of Charles Fields, M.D.
13) Forest River Air Sampling, 8/07/2009 by Tony Watson, Workplace Hygiene
14) Various inspections by Materials Management Group-Dr. C. Paul Lo
15) Material Safety Data Sheets for BioTreat 183, BioTreat 189, Cornite L, CWT 8333, CWT 3737, MBC 449, MBC 215
16) Affidavit William D. Scott, Environmental Engineer
17) Deposition of Lyndon Wright

I believe the evidence in this case supports the following conclusions:

1) That Mr. Wright had rhinitis, conjunctivitis, and headaches possibly on the basis of an exposure to an irritating substance while living in the FEMA-provided travel trailer from March, 2006 until July, 2008. These symptoms have resolved since moving out of the trailer in July, 2008, and have not recurred. Review of the medical records demonstrates that he was treated for and improved on treatment for *bacterial* conjunctivitis in May of 2006. He was evaluated by Dr. Knight Worley (an Ear, Nose, and Throat specialist) in October, 2007, for complaints of "blood in the saliva" in the early mornings and an "approximately 2 year history of recurrent nasal congestion" that had been recently worse. He was treated for "chronic sinusitis, nasopharyngitis, and epistaxis" (nosebleed) and improved with an antibiotic, a nasal corticosteroid, and nasal saline washes.

2) That he has *historical* evidence for asthma that preceded his time in the travel trailer and has *physiological* evidence for asthma (about which he was quite surprised) by bronchial provocation testing. The cough that he experienced while living in the trailer was mild, historically, but may have been worse than it might otherwise have been because of underlying asthma.

3) That there is no objective evidence that exposure to formaldehyde or mold in the FEMA-provided travel trailer has caused or will cause any permanent injury to Mr. Wright. Bronchial hyperresponsiveness has *not* been demonstrated in asthmatics exposed to much higher concentrations of formaldehyde than those measured in Mr. Wright's trailer. Exposure to indoor mold in damp spaces has *not* been demonstrated to *cause* asthma.

4) That he has no evidence for permanent respiratory impairment secondary to any exposure that may have occurred while living in the travel trailer.

Respectfully,

Kenneth B Smith, M.D.
Diplomat, American Board of Internal Medicine-Pulmonary Diseases