CURRICULUM VITAE

LAWRENCE G. MILLER, M.D.

Mediphase
3 Newton Executive Park
Newton, MA 02462
Phone   617 332 3408
FAX  617 332 8463
lmiller@mediphasefunds.com

EDUCATION AND TRAINING:

| | |
|---|---|
| 1973 | A.B., Harvard College, magna cum laude, Phi Beta Kappa |
| 1974 | Dipl. Hist. Phil. Sci., Cambridge University |
| 1978 | M.D., Harvard Medical School |
| 1978-1979 | Intern in Medicine, Massachusetts General Hospital<br>Clinical Fellow, Harvard Medical School |
| 1979-1981 | Junior Resident and Senior Resident, Internal Medicine,<br>Massachusetts General Hospital<br>Clinical Fellow, Harvard Medical School |
| 1981-1982 | Clinical Fellow, Pulmonary Unit, Massachusetts General Hospital<br>Clinical and Research Fellow, Harvard Medical School |
| 1982-1983 | Research Fellow, Harvard Medical School |
| 1985-1987 | Research Fellow, Division of Clinical Pharmacology,<br>Tufts-New England Medical Center<br>and Tufts University School of Medicine, Boston, MA |


EXHIBIT

Lawrence G. Miller, M.D., p. 2

1987        M.P.H., Environmental Health, Boston University School of Public Health

POSITIONS:

1983-1985    Staff Physician, Matthew Thornton Health Plan, Nashua, NH
             Chairman, Utilization Review/Quality Assurance Committee

1985-1988    Senior Consultant, Health Data Institute, Inc., Lexington, MA

1987-1988    Assistant Professor of Medicine and Pharmacology
             LSU Medical Center, New Orleans, LA
             Director, Environmental and Occupational Health Service,
             LSU Medical Center

1988-1992    Assistant to Associate Professor, Department of Pharmacology
             and Experimental Therapeutics and Neuroscience Program,
             Tufts University School of Medicine
             Associate Director, Division of Clinical Pharmacology,
             Tufts-New England Medical Center

1990-1991    Senior Consultant and Director, Clinical Information
             HPR, Inc., Boston, MA

1991-1996    Vice President, Clinical Affairs and Medical Director
             HPR Inc., Boston, MA.

1993-present  Associate Professor  (Adjunct), Department of Pharmacology and
             Experimental Therapeutics, Tufts University School of Medicine

1996-1997    Executive Vice President and Director, Internal Operations
             Avicenna Systems Corp., Cambridge, MA

1996-present  Instructor in Medicine, Harvard Medical School

1997-1999    Senior Vice President, Hambrecht and Quist Capital Management
             Boston, MA

1999-present  Partner, Mediphase Venture Partners LP
             President, Mediphase Management LLC
             Newton, MA

PSC025361

Lawrence G. Miller, M.D., p. 3

## BOARD POSITIONS:

| | |
|---|---|
| 1996-1998 | Board of Directors, Consensus Health, Inc. |
| 1997-1998 | Board of Directors, Ellora Software, Inc. |
| 1997-1999 | Board of Directors, W3Health, Inc. |
| 1998-2000 | Board of Directors, Sontra Medical, Inc. |
| 1998-2005 | Chairman, Board of Directors, PharMetrics, Inc. |
| 2000-present | Board of Directors, PatientKeeper, Inc. |
| 2000-present | Board of Directors, ImpactRx, Inc. |
| 2001-2004 | Board of Directors, Serenex, Inc. |
| 2003-2005 | Board of Directors, Optio Research, Inc. |
| 2006-present | Chairman, Board of Directors, Tetraphase Pharmaceuticals, Inc. |

## AWARDS:

| | |
|---|---|
| 1970 | John Harvard Scholarship |
| 1973 | Rotary Foundation International Fellowship |
| 1977 | Cabot Prize, Harvard Medical School |
| 1986 | Boehringer Ingelheim Fellowship in Clinical Pharmacology |
| 1989 | Pharmaceutical Manufacturers Association Faculty Development Award in Clinical Pharmacology |
| 1990 | Biennial Young Investigator Award, American College of Clinical Pharmacology |
| 1993 | Leon I. Goldberg Young Investigator Award in Clinical Pharmacology, American Society for Clinical Pharmacology and Therapeutics |
| 1992-1993 | Innovation Award, Travelers Competition in Health Care Cost-Effectiveness |

PSC025362

Lawrence G. Miller, M.D., p. 4

CERTIFICATION:

     National Board of Medical Examiners
     American Board of Internal Medicine
     American Board of Pulmonary Disease
     American Board of Clinical Pharmacology

HOSPITAL AFFILIATION:

     Department of Medicine, Massachusetts General Hospital

MEMBERSHIP IN PROFESSIONAL SOCIETIES:

     American College of Physicians
     American Society for Clinical Pharmacology and Therapeutics
     American College of Clinical Pharmacology (Fellow)
     National Venture Capital Association

EDITORIAL BOARDS:

     Prior:
          Clinical Pharmacology and Therapeutics
          Journal of Infectious Diseases
          Molecular Neuropharmacology
          Journal of Clinical Psychopharmacology

     Reviewer for numerous journals in pharmacology, medicine

PSC025363

Lawrence G. Miller, M.D., p. 5

## ORIGINAL RESEARCH ARTICLES AND REFEREED REVIEWS

1.      Ginns LC, Goldenheim PD, Miller LG, Burton RB, Gillick L, Colvin RB, Goldstein G, Kung PC, Hurwitz C, Kazemi H.  T-lymphocyte subsets in smoking and lung cancer:  analysis by monoclonal antibodies and flow cytometry.  American Review of Respiratory Disease  126:265-269, 1982.

2.      Ginns LC, Goldenheim PD, Burton RG, Colvin RB, Miller LG, Goldstein G, Hurwitz C, Kazemi H.  T-lymphocyte subsets in peripheral blood and lung lavage in idiopathic pulmonary fibrosis and sarcoidosis:  analysis by monoclonal antibodies and flow cytometry.  Clinical Immunology and Immunopathology  25:11-20, 1982.

3.      Ginns LC, Miller LG, Goldenheim PD, Goldstein G.  Immunoregulatory T-lymphocytes in lung cancer.  Journal of Clinical Immunology  2:90S-94S, 1982.

4.      Miller LG, Goldstein G, Murphy M, Ginns LC.  Reversible alterations in immunoregulatory T-cells in smoking:  analysis by monoclonal antibodies and flow cytometry.  Chest  40:232-235, 1982.

5.      Miller LG, Sparrow D, Ginns LC.  Asbestos exposure correlates with alterations in T-cell subsets.  Clinical and Experimental Immunology  51:110-116, 1983.

6.      Miller LG, LeDuc BW, Greenblatt DJ.  Determination of zopiclone in plasma by liquid chromatography with application to steady-state monitoring.  Journal of Chromatography  380:211-215, 1986.

7.      Miller LG, Greenblatt DJ.  Determination of atenolol in plasma by high-performance liquid chromatography with application to single dose pharmacokinetics.  Journal of Chromatography  381:201-204, 1986.

8.      Miller LG, Greenblatt DJ.  Determination of albuterol in human plasma by high-performance liquid chromatography with fluorescence detection.  Journal of Chromatography  381:205-208, 1986.

9.      Miller LG, Friedman H, Greenblatt DJ.  Measurement of clonazepam by electron-capture gas-liquid chromatography with application to single-dose pharmacokinetics.  Journal of Analytical Toxicology  11:55-57, 1987.

Lawrence G. Miller, M.D., p. 6

10.     Miller LG, Greenblatt DJ, Paul SM, Shader RI.  Benzodiazepine receptor occupancy in vivo: correlation with brain concentrations and pharmacodynamic actions.  Journal of Pharmacology and Experimental Therapeutics  240:516-522, 1987.

11.     Miller LG, Greenblatt DJ, Shader RI.  Benzodiazepine receptorbinding:  influence of physiologic and pharmacologic factors.  Biopharmaceutics and Drug Disposition  8:103-114, 1987.

12.     Miller LG, Greenblatt DJ, Deutsch SI, Shader RI, Paul SM.  Rapid increase in brain benzodiazepine receptor binding following defeat stress in mice.  Brain Research  414:395-400, 1987.

13.     Ochs HR, Miller LG, Greenblatt DJ, Shader RI.  Actual versus reported benzodiazepine use by medical outpatients.  European Journal of Clinical Pharmacology 32:383-388, 1987.

14.     Greenblatt DJ, Friedman H, Burstein ES, Scavone JM, Blyden GT, Ochs HR, Miller LG, Harmatz JS, Shader RI.  Trazodone kinetics:  effect of age, gender, and obesity.  Clinical Pharmacology and Therapeutics 42:193-200,1987.

15.     Deutsch SI, Miller LG, Weizman R, Weizman A, Vocci FJ, Greenblatt DJ, Paul SM.  Characterization of specific [3H]Ro15-     1788 binding in vivo.  Psychopharmacology Bulletin 23:469-472,    1987.

16.     Miller LG, Greenblatt DJ, Barnhill JG, Shader RI, Paul SM. Benzodiazepine receptor binding of triazolobenzodiazepines in vivo:  increased receptor number with low-dose alprazolam.  Journal of Neurochemistry 49:1595-1601, 1987.

17.     Miller LG, Kastin AJ.  MIF-1 and Tyr-MIF-1 augment GABA-stimulated benzodiazepine receptor binding.  Peptides 8:751755, 1987.

18.     Miller LG, Kastin AJ, Greenblatt DJ.  Tyr-MIF-1 augments benzodiazepine receptor binding in vivo.  Pharmacology Biochemistry and Behavior 298:521-524, 1987.

19.     Miller LG, Kastin AJ, Roy RB.  Effects of Tyr-MIF-1 and MIF-1 at the GABAA receptor chloride channel site.  Brain Research Bulletin 19:743-745, 1987.

20.     Greenblatt DJ, Miller LG, Shader RI.  Clonazepam  pharmacokinetics, brain uptake, and receptor interactions.  Journal of Clinical Psychiatry 48(No.10, Supp):4-9, 1987.

PSC025365

Lawrence G. Miller, M.D., p. 7

21.     Miller LG, Lee-Parritz A, Greenblatt DJ, Theoharides TC. High affinity benzodiazepine binding sites on rat peritoneal mast cells and RBL-1 cells: binding characteristics and effects on granule secretion. Pharmacology 36:52-60, 1988.

22.     Miller LG, Greenblatt DJ, Abernethy DR, Friedman H, Luu MD, PaulSM, Shader RI. Kinetics, brain uptake, and receptor binding characteristics of flurazepam and its metabolites. Psychopharmacology 94:386-391, 1988.

23.     Miller LG, Greenblatt DJ, Barnhill JG, Paul SM, Shader RI. Differential modulation of benzodiazepine receptor binding by ethanol in LS and SS mice. Pharmacology Biochemistry and Behavior 29:471-477, 1988.

24.     Miller LG, Greenblatt DJ, Barnhill JG, Summer WR, Shader RI. "GABAa shift" in vivo: enhancement of benzodiazepine binding in  vivo by modulation of endogenous GABA. European Journal of Pharmacology 148:1123-1130, 1988.

25.     Miller LG, Greenblatt DJ, Barnhill JG, Thompson ML, Paul SM, Shader RI. Modulation of benzodiazepine receptor binding in mouse brain by adrenalectomy and steroid replacement. Brain Research 446:314-320, 1988.

26.     Raeburn D, Miller LG, Summer WR. Peripheral type benzodiazepine receptor and airway smooth muscle relaxation. Journal of Pharmacology and Experimental Therapeutics 245:555-562, 1988.

27.     Miller LG, Tischler AS, Jumblatt JE, Greenblatt DJ. Benzodiazepine binding sites on PC12 cells: modulation by nerve growth factor and forskolin. Neuroscience Letters 39:342-348, 1988.

28.     Miller LG, Greenblatt DJ, Barnhill JG, Shader RI. Chronic benzodiazepine administration. I. Tolerance is associated with benzodiazepine receptor downregulation and decreased gamma-aminobutyric acidA receptor function. Journal of Pharmacology and Experimental Therapeutics 246:170-176,1988.

29.     Miller LG, Greenblatt DJ, Summer WR, Shader RI. Chronic benzodiazepine administration: II. Discontinuation syndrome is associated with upregulation of gamma-aminobutyric acidA receptor binding and function. Journal of Pharmacology and Experimental Therapeutics 246:177-182, 1988.

30.     Lopez F, Miller LG, Greenblatt DJ, Shader RI. Low-dose alprazolam augments motor activity in mice. Pharmacology Biochemistry and Behavior 30:511-513, 1988.

Lawrence G. Miller, M.D., p. 8

31.     Miller LG, Deutsch SI, Greenblatt DJ, Paul SM, Shader RI.  Acute barbiturate administration increases benzodiazepine receptor binding in vivo.  Psychopharmacology 96:385-390, 1988.

32.     Miller LG, Weill CL, Roy RB, Gaver A.  Lorazepam administration during embryonic development alters GABAa receptor binding and function.  Developmental Brain Research 44:241-246, 1988.

33.     Miller LG, Greenblatt DJ, Roy RB, Lopez F, Wecker L.  Dietary choline  intake modulates benzodiazepine binding and gamma-aminobutyric acidA receptor function in mouse brain.  Journal of Pharmacology and Experimental Therapeutics 248:1-6, 1989.

34.     Miller LG, Weill CL, Roy RB.  Prenatal lorazepam administration is associated with GABAA receptor alterations in late embryonic and mature chicks.  Neurotoxicology 10:1624-1645, 1989.

35.     Miller LG, Kastin AJ, Roy RB, Gaver A.  Structural specificity of  Tyr-MIF-1 and MIF-1 in augmenting GABA-stimulated benzodiazepine binding.  Research Communications in Pharmacology and Chemical Pathology 62:365-368, 1988.

36.     Miller LG, Greenblatt DJ, Roy RB, Gaver A, Lopez F, Shader RI.  Chronic benzodiazepine administration.  III.  Upregulation of  gamma-aminobutyric acidA receptor binding and function associated with chronic benzodiazepine antagonist administration.  Journal of Pharmacology and Experimental Therapeutics 248:1096-1101, 1989.

37.     Miller LG, Woolverton S, Greenblatt DJ, Lopez F, Shader RI.  Chronic benzodiazepine administration.  IV.  Rapid development of  tolerance and receptor downregulation associated with alprazolam administration.  Biochemical Pharmacology 38:3773-3777, 1989.

38.     Kastin AJ, Schwartzenburg DS, Miller LG.  MIF-1 and Tyr-MIF-1 fail to alter benzodiazepine-induced hypothermia.  Pharmacology, Biochemistry and Behavior 33:261-263, 1989.

39.     Miller LG, Roy RB, Weill CL.  Chronic clonazepam administration decreases gamma-aminobutyric acidA receptor function in cultured cortical neurons.  Molecular Pharmacology 36:796-802, 1989.

PSC025367

Lawrence G. Miller, M.D., p. 9

40.    Miller LG, Roy RB, Weill CL, Lopez F.  Persistent alterations in GABAa receptor binding and function after prenatal lorazepam administration in the chick.  Brain Research Bulletin 23:171-174, 1989.

41.    Miller LG, Kastin AJ, Roy RB.  MIF-1 and Tyr-MIF-1 augment muscimol-stimulated chloride uptake in cerebral cortex.  Brain Research Bulletin 23:413-415, 1989.

42.    Schatzki A, Lopez F, Greenblatt DJ, Shader RI, Miller LG.  Lorazepam discontinuation promotes "inverse agonist" effects of benzodiazepines.  British Journal of Pharmacology 98:451-454, 1989.

43.    Kastin AJ, Schwartzenburg D, Tsui L, Miller LG, Olson GA, Olson RD.  Differential effects of Tyr-MIF-1 and naloxone in two animal models involving benzodiazepine.  Brain Research Bulletin 28:443-446, 1989.

44.    Lopez F, Miller LG, Greenblatt DJ, Kaplan GB, Shader RI.  Interaction of caffeine with the GABAA receptor complex:  alterations in receptor function but not ligand binding.  European Journal of Pharmacology (Molecular Pharmacology Section) 172:453-459, 1989.

45.    Lopez F, Miller LG, Greenblatt DJ, Chesley S, Schatzki A, Shader RI.  Chronic administration of benzodiazepines:  V.  Rapid onset of behavioral and neurochemical alterations after discontinuation of alprazolam.  Neuropharmacology 29:237-241, 1990.

46.    Greenblatt DJ, Miller LG, Shader RI.  Neurochemical and pharmacokinetic correlates of the clinical action of benzodiazepine hypnotic drugs.  American Journal of Medicine  88 (supp. 3A):18s-24s, 1990.

47.    Miller LG.  Dietary choline alteration:  implications for gamma-aminobutyric acid and other neurotransmitter receptors.  Biochemical Pharmacology 40:1179-1182, 1990.

48.    Chesley S, Schatzki A, DeUrrutia J, Greenblatt DJ, Shader RI, Miller LG.  Cocaine augments peripheral benzodiazepine binding in humans.  Journal of Clinical Psychiatry 51:404-406,1990.

49.    Barnhill JG, Greenblatt DJ, Miller LG, Gaver A, Harmatz JS, Shader RI.  Kinetic and dynamic components of increased benzodiazepine sensitivity in aging animals.  Journal of Pharmacology and Experimental Therapeutics 253:1153-1161, 1990.

PSC025368

Lawrence G. Miller, M.D., p. 10

50.    Lopez F, Miller LG, Thompson ML, Schatzki A, Chesley S, Greenblatt DJ, Shader RI.  Chronic morphine administration augments benzodiazepine binding and GABAa receptor function. Psychopharmacology  101:545-549, 1990.

51.    Miller LG, Galpern WR, Greenblatt DJ, Lumpkin M, Shader RI.  Chronic benzodiazepine administration.  VI.  A partial agonist enhances GABAa receptor binding and function.  Journal of Pharmacology and Experimental Therapeutics  254:33-38, 1990.

52.    Miller LG, Heller J, Lumpkin M, Weill CL, Greenblatt DJ, Shader RI. Augmentation of GABA receptor function by chronic exposure to GABA-neutral and GABA-negative benzodiazepine ligands in cultured cortical neurons.  Biochemical Pharmacology  40:1337-1344,1990.

53.    Miller LG, Schatzki A, McMillian M.  Glutamate, kainate, and quisqualate enhance GABA-dependent chloride uptake in cortex.  Brain Research Bulletin  25:239-243, 1990.

54.    McMillian M, Pritchard GA, Miller LG.  Characterization of calcium ion-mobilizing excitatory amino acid receptors in cultured chick cortical cells.  European Journal of Pharmacology (Molecular Pharmacology Section)  189:253-266, 1990.

55.    Galpern WR, Miller LG, Greenblatt DJ, Shader RI.  Differential effects of chronic lorazepam and alprazolam on benzodiazepine binding and GABAa receptor funtion.  British Journal of Pharmacology  101:839-842, 1990.

56.    Miller LG, Kastin AJ.  MIF-1 and Tyr-MIF-1 do not alter GABA binding on the GABAa receptor.  Brain Research Bulletin  25:917-918, 1990.

57.    Chesley S, Lumpkin M, Schatzki A, Greenblatt DJ, Shader RI, Miller LG.  Prenatal exposure to benzodiazepines.  I.  Prenatal exposure to lorazepam in mice alters open-field activity and GABAa receptor function.  Neuropharmacology 30:53-58, 1991.

58.    Miller LG, Lumpkin M, Galpern WR, Greenblatt DJ, Shader RI. Modification of  gamma-aminobutyric acidA receptor binding and function by n-ethoxycarbonyl-2-ethoxy-1,2-dihydroquinoline in vitro and in vivo: effects of aging.  Journal of Neurochemistry  56:1241-1247, 1991.

59.    Miller LG, Lumpkin M, Greenblatt DJ, Shader RI.  Accelerated benzodiazepine receptor recovery following lorazepam discontinuation.  FASEB Journal  5:93-97, 1991.

PSC025369

Lawrence G. Miller, M.D., p. 11

60.    Miller LG, Galpern WR, Dunlap K, Dinarello CA, Turner T.  Interleukin-1 augments GABAa receptor function in brain.  Molecular Pharmacology 39:105-108, 1991.

61.    Barnhill JG, Miller LG, Thompson ML, Greenblatt DJ, Shader RI.  Benzodiazepine receptor binding response to acute and chronic stress is increased in aging animals.  Pharmacology 42:181-187, 1991.

62.    Galpern WR, Lumpkin M, Greenblatt DJ, Shader RI, Miller LG.  Chronic benzodiazepine administration.  VII.  Behavioral tolerance and withdrawal and receptor alterations associated with clonazepam administration.  Psychopharmacology 104:225-230, 1991.

63.    Miller LG.  Chronic benzodiazepine administration:  from the patient to the gene.  Journal of Clinical Pharmacology 31:492-495, 1991.

64.    Kang I, Miller LG.  Decreased GABAa receptor subunit mRNA concentrations following chronic lorazepam administration.  British Journal of Pharmacology 103:1285-1287, 1991.

65.    Kang I, Miller LG, Moises J, Bazan NG.  Electroconvulsive shock leads to a rapid increase in GABAa receptor subunit mRNAs.  Psychopharmacology Bulletin 27:359-363, 1991.

66.    Kang I, Thompson ML, Heller J, Miller LG.  Persistent elevation in GABAa receptor subunit mRNAs following social stress.  Brain Research Bulletin 26:809-812, 1991.

67.    Pritchard GA, Miller LG, Greenblatt DJ, Shader RI.  Chronic benzodiazepine administration.  VIII.  GABAa receptor upregulation associated with chronic FG7142 administration.  Journal of Pharmacology and Experimental Therapeutics     258:280-285, 1991.

68.    Miller LG, Heller J.  Chronic exposure to a benzodiazepine partial agonist does not alter GABAa receptor function in cultured neurons.  European Journal of Pharmacology 199:111-113, 1991.

69.    Miller LG, Chesley S, Galpern WR, Greenblatt DJ, Shader RI. Prenatal benzodiazepine exposure.  II.  Lorazepam exposure is associated with decreases in [35S]TBPS binding but not benzodiazepine binding.  Pharmacology Biochemistry and Behavior 40:429-432, 1991.

Lawrence G. Miller, M.D., p. 12

70.   Galpern WR, Miller LG, Greenblatt DJ, Szabo GK, Browne TR, Shader RI.  Chronic benzodiazepine administration.  IX.  Attenuation of alprazolam discontinuation effects by carbamazepine.  Biochemical Pharmacology 42:S99-S104, 1991.

71.   Miller LG, Bazan NG, Roy, RB, Clostre F, Gaver A, Braquet P.  Platelet activating factor antagonists interact with GABAa receptors.  Research Communications in Chemical Pathology and Pharmacology 74:253-256, 1991.

72.   Kang I, Miller LG.  A quantitative assay for GABAa receptor subunit mRNAs using the polymerase chain reaction.  Molecular Neuropharmacology, 2:249-254, 1992.

73.   Miller LG, Galpern WR, Byrnes, JJ, Greenblatt DJ, Shader RI.  Chronic benzodiazepine administration.  X.  Concurrent administration of the peripheral ligand PK11195 attenuates chronic effects of lorazepam.  Journal of Pharmacology and Experimental Therapeutics 261:285-289, 1992.

74.   Weerts EM, Miller LG, Hood KE, Miczek.  Increased GABAa-dependent chloride uptake in mice selectively bred for low aggressive behavior.  Psychopharmacology 108:196-204, 1992.

75.   Lopez F, Miller LG, Greenblatt DJ, Schatzki A, Lumpkin M, Shader RI.  Chronic low-dose alprazolam augments GABAa receptor function.  Journal of Clinical Psychopharmacology 12:119-123, 1992.

76.   Miller LG, Galpern WR, Greenblatt DJ.  Benzodiazepine receptor binding of benzodiazepine hypnotics.  Receptor and ligand specificity.  Pharmacology, Biochemistry and Behavior 46:119-123, 1992.

77.   Byrnes JJ, Greenblatt DJ and Miller LG.  Benzodiazepine receptor binding of non-benzodiazepines in vivo: alpidem, zolpidem, and zopiclone.  Brain Research Bulletin 29:905-908, 1992.

78.   Byrnes JJ, Pritchard GA, Koff JM, Miller LG.  Prenatal cocaine exposure:  decreased sensitization to cocaine and decreased striatal dopamine transporter binding in offspring. Neuropharmacology 32:721-721, 1993.

79.   Byrnes JJ, Miller LG, Perkins K, Greenblatt DJ, Shader RI.  Chronic benzodiazepine administration.  XI.  PK11195 attenuates effects of lorazepam discontinuation. Neuropsychopharmacology 8:267-273, 1993.

PSC025371

Lawrence G. Miller, M.D., p. 13

80.     Pratt JS, Kang I, Bazan NG, Miller LG.  Electroconvulsive shock alters GABAa receptor subunit mRNAs: use of quantitative PCR methodology.  Brain Research Bulletin  30:691-693, 1993.

81.     Byrnes JJ, Miller LG, Greenblatt DJ, Shader RI.  Chronic benzodiazepine administration.  XII. Anticonvulsant cross-tolerance but distinct neurochemical effects of alprazolam and lorazepam. Psychopharmacology  111:91-95, 1993.

82.     Byrnes JJ, Miller LG.  Prenatal benzodiazepine exposure.  III.  Lorazepam exposure is associated with a shift toward inverse agonist efficacy.  Journal of Psychopharmacology  7:39-42, 1993.

83.     Ahmed I, Dagincourt PG, Miller LG, Shader RI.  Possible interaction between fluoxetine and pimozide causing sinus bradycardia.  Canadian Journal of Psychiatry 38:62-63, 1993.

84.     Fahey JM, Pritchard GA, Miller LG.  Polyamine neurotoxicity is antagonized by dizolcipine in cultured chick cortical neurons.  Neurosciences Letters  161:109-112, 1993.

85.     Burke TF, Miller LG, Moerschbaecher JM.  Acute effects of benzodiazepines on operant behavior and in vivo receptor binding in mice.  Pharmacology, Biochemistry and Behavior  48:69-76, 1994.

86.     Miller LG, Koff JM.  Interaction of central and peripheral benzodiazepine sites in benzodiazepine tolerance and discontinuation.  Progress in Neuro-Psychopharmacology and Biological Psychiatry  18:847-857, 1994.

87.     Kang I., Lindquist DG, Kinane TB, Ercolani L, Pritchard GA, Miller LG.  Ioslation and characterization of the promoter of the human GABAa receptor alpha1 subunit gene.  Journal of Neurochemistry  62:1643-1646, 1994.

88.     Pritchard GA, Fahey JM, Minocha SC, Conaty C, Miller LG.  Polyamine potentiation and inhibition of NMDA-mediated increases of intracellular free calcium in cultured chick cortical neurons. European Journal of Pharmacology  (Molecular Pharmacology Section) 266:107-115, 1994.

89.     Koff JM, Shuster L, Miller LG.  Chronic cocaine administration is associated with behavioral sensitization and time-dependent changes in striatal dopamine binding.  Journal of Pharmacology and Experimental Therapeutics  268:271-282, 1994.

PSC025372

Lawrence G. Miller, M.D., p. 14

90.     Koff  JM, Miller LG.  Prenatal cocaine exposure:  increased striatal dopamine transporter binding in offspring at 3 and 6 months of age.  Brain Research Bulletin  33:223-224, 1994.

91.     Miller LG, Fahey JM.  Interleukin-1 modulates GABAergic and glutamatergic function in brain.  Annals of the New York Academy of Sciences  739:292-298, 1994.

92.     Koff JM, Miller LG.  Prenatal lorazepam exposure.  IV.  Persistent         alterations in pentylenetetrazole-induced seizure theshhold and GABA-dependent chloride uptake after prenatal lorazepam exposure.  Pharmacology, Biochemistry and Behavior  51:721-724, 1995.

93.     Fahey JM, Lindquist DG, Pritchard GA, Miller LG.  Pregnenolone sulfate potentiation of NMDA-mediated increases in intracellular calcium in cultured chick cortical neurons.  Brain Research  669:183-188, 1995.

94.     Koff, JM, Pritchard GA, Greenblatt, DJ, Miller, LG.  The NMDA receptor competitive antagonist CPP modulates benzodiazepine tolerance and discontinuation.  Pharmacology  55:217-227, 1997.

PSC025373

Lawrence G. Miller, M.D., p. 15

<u>BOOKS, CHAPTERS AND BRIEF REVIEWS</u>

1.      Miller LG, Kazemi H.  Manual of Clinical Pulmonary Medicine.  McGraw-Hill, New York, 1983.

2.      Miller LG.  Exercise-induced asthma.  In RC Cantu, ed., The exercising adult.  MacMillan, New York, 1986.

3.      Miller LG.  Effects of chronic drug use:  defining our terms.  Journal of Clinical Psychopharmacology 8:309-310, 1988.

4.      Miller LG, Greenblatt DJ, Lopez F, Schatzki A, Heller J, Lumpkin M,Shader RI.  Chronic benzodiazepine administration: effects in vivo and in vitro.  In G. Biggio and E. Costa, eds.  Advances in Biochemical Psychopharmacology, 46, GABA and benzodiazepine receptor subtypes. Raven Press, New York, 1990, 167-176.

5.      Miller LG.  The molecular biology of anxiety: a status report.  Journal of Clinical Psychopharmacology 10:235-236, 1990.

6.      Miller LG, Greenblatt DJ.  Neurochemistry of the benzodiazepines.  in R.R. Watson, ed.  Drugs of abuse and neurobiology.  CRC Press,   1992, 175-183.

7.      Miller LG, Kang I.  Modulation of GABAa receptor mRNAs:  Assessment by northern hybridization and PCR.  In G Biggio, A Concas, and E Costa, eds.  Advances in Biochemical Psychopharmacology, 47, GABAergic synaptic transmission.  Raven Press, New York, 67-73.

8.      Miller, LG.  Preclinical pharmacodynamics of anxiolytics:  effects of chronic benzodiazepine administration.  In A Yacobi et al., eds.  Integration of pharmacokinetics, pharmacodynamics and toxicokinetics in rational drug development.  Plenum Press, New York, 1993, 91-97.

9.      Miller LG.  Antidepressants and cancer:  cause for concern? Journal of Clinical Psychopharmacology, 13:1-2, 1993.

10.     Miller LG.  Fluoxetine and lung disease.  Journal of Clinical Psychopharmacology  14:285, 1993.

11.     Miller LG.  Reducing health care costs using claims adjudication software.  Physician Executive 19:52-53, 1993.

PSC025374

Lawrence G. Miller, M.D., p. 16

12.     Miller LG.  Managing provider networks through expert systems:  Use of Patterns of Treatment to address overutilization.  Physician Executive  20:44-45, 1994.

13.     Miller LG.  Health care reform and the physician executive:  Taking the fork in the road.  in FM Gale, ed., Health care policy and reform.  ACPE, Tampa, 1994, 1-3.

14.     Miller LG.  Psychopharmacologic agents and cancer:  a progress report.  Journal of Clinical Psychopharmacology  15:160-161, 1995.

15.     Miller LG.  Venture capital for the pharmacologist.  Molecular Interventions 1:242-244, 2001.

PSC025375