Transcript of the Testimony of
# Videotaped Deposition of Lawrence G. Miller, M.D.

### Date taken: November 10, 2009
### Vol. I

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

Page 119

1      A    He has a number, obviously, of

2   other illnesses that I believe are not

3   relevant here, but the answer to your

4   question is, putting those aside, no.

5      MR. BONE:

6           At this point, I'm going to look

7   over my notes and hand him off to the other

8   attorneys.

9           With respect to the documents we

10  have requested, obviously, we will

11  reschedule at a mutually convenient time

12  after we have had the opportunity to look

13  through the medical records that the doctor

14  has reviewed and his notes and any other of

15  the documents that may be contained in his

16  file, whether that be a written, you know,

17  notes relating to phone calls or the intake

18  notes relating to Mr. Wright himself.

19     MR. D'AMICO:

20          That's fine.  Also, there are some

21  documents that we do not have, some

22  deposition testimony that has never been

23  provided to us, for instance, and obviously

24  we would like him to look at those as well.

25     MR. BONE:

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)          Videotaped Deposition of Lawrence G. Miller, M.D.

Page 120

1          Okay.  Do you have any?

2     MS. WHITFIELD:

3          I think I'm just going to wait

4     until after we get the file.

5     EXAMINATION BY MS. GREIF:

6     Q    I just have a question regarding

7     your reports.

8          Do you have the two reports in

9     front of you, your two reports?

10     A    I do.

11     Q    Okay.  In your first report, on

12     Page 5, down in the last paragraph, in the

13     middle of the paragraph, you state, "There

14     is an extensive literature correlating

15     exposure to formaldehyde and the development

16     of exacerbation of asthma," and then you

17     say, "I reserve the right to supplement my

18     report based on review of these materials."

19          Do you see that?

20     A    I do.

21     Q    Did you review any of these

22     materials?

23     A    I did.  There are quite a number

24     of articles.  Many of them were reviewed by

25     Dr. Williams in her report.