# Transcript of the Testimony of
# Videotaped Deposition of Kenneth B. Smith, M.D.

**Date taken: December 4, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

K

Case 2:07-md-01873-KDE-MBN   Document 11546-12   Filed 02/12/10   Page 2 of 2

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped Deposition of Kenneth B. Smith, M.D.

Page 124

1   Q   And congested?
2   A   Right. Well, that's really
3   inflamed, yes.
4   Q   Yes. I think he described it as
5   boggy nasal turbinates?
6   A   Perhaps so.
7   Q   Okay. That's a very different
8   clinical presentation from the May 2nd, 2002
9   head scan to the July 22nd, 2009 head scan?
10   A   Well, it's not a clinical
11   presentation. I don't know what the
12   clinical aspect was in 2002.
13   Q   You're right. You're right.
14   A   The results are clearly different
15   from 2002 to 2009.
16   Q   Okay. From your review of the
17   medical records and from your interview with
18   Mr. Wright and your review of his
19   deposition, do you have any explanation as
20   to why these changes occurred?
21   A   No, I'm not sure why he had them.
22   Q   Okay.
23       THE VIDEOGRAPHER:
24           We have to change the tape.
25       MR. D'AMICO: