Mail To: Charles S., Jr. Field, M.D.: Unsent
MEMORIAL MEDICAL CENTER
BAPTIST CAMPUS
2700 NAPOLEAN AVE
NEW ORLEANS LA 70115
Phone (504) 897-5957    Fax (504) 897-4459

Apf 5/29/02
5234973
561/1236

RADIOLOGY CONSULTATION REPORT
FINAL OUT

Name: WRIGHT, LYNDON                           Acct No.: 0796778
Room:           DOB: 04/01/1970    MR#: 06701590    E#: E-01436339
Exam: HEAD CT W/O & WITH CONTRAS                DX:
Adm MD: CHARLES S., JR. FIELD, M.D.    Att MD: CHARLES S., JR. FIELD, M.D.
Ord MD: CHARLES S., JR. FIELD, M.D.    Ref MD: CHARLES S., JR. FIELD, M.D.

Dictated By: WILLIAM ARMINGTON, M.D.    Completed By: May 02, 2002 16:32
Approved By: WILLIAM G. ARMINGTON, M.D. Print Date/Time: May 03, 2002 08:47
Ordered By: CHARLES S., JR. FIELD, M.D Order Date/Time:

DX: DIZZINESS AND LEFT-SIDED WEAKNESS.

HEAD CT, 5/2/02: 70470

PROCEDURE: Axial unenhanced and contrast enhanced head CT images were obtained.

FINDINGS: There is no evidence of intracranial hemorrhage. There is no evidence of abnormal intracranial mass effect. The ventricles and sulci are of normal size and configuration for age. There are no focal low density areas present to suggest infarction. Following contrast delivery there are no foci of abnormal enhancement within the brain parenchyma at any location. There are no abnormal extra-axial fluid collections to suggest subdural or epidural hematoma formation. The visualized portions of the paranasal sinuses and the orbital contents are grossly unremarkable in appearance.

IMPRESSION: NORMAL UNENHANCED AND CONTRAST ENHANCED HEAD CT.
WA/cms/2479

dd: 5/2/02 @ 16:26

*[handwritten: Both tests were normal / no evidence of stroke / 5/7/02: Message]*

WRIGHT, LYNDON             HEAD CT W/O & WITH CONTRAS        Page: 1

05/03/2002                    Page 1 of 1
                              08:54:27

Smith
DEPOSITION
EXHIBIT
3

# TOURO INFIRMARY

# TOURO IMAGING CENTER

NAME: WRIGHT, LYNDON

Adm# 013331835507

MR#: 000000540395

DATE OF BIRTH: 04/01/1970

LOCATION:    - O

DATE OF EXAM: 07/22/2009

PHYSICIAN:   RICHARD A. SPECTOR M.D.

SEX: M   AGE: 39Y

***ADDENDUM***

Confidentiality Notice: This report is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please inform us of the error via reply mail and destroy all copies (both electronic and printed) of the original message.

***Final Report***

ICT 2138 - CT-SINUSES LIMITED SCREENING, CT NECK - July 22 2009

START OF REPORT:

CLINICAL HISTORY:   Mass at the base of the tongue.

FINDINGS:   Multiple axial, sagittal and coronal scans through the sinuses demonstrate there to be maxillary sinusitis as described bilaterally. Bones appear intact. The sphenoidal sinuses also appear partially filled with fluid. Mastoid air cells appear well maintained. The left mastoid air cells appear well pneumatized. The right-sided mastoid air cells appear to have evidence of prior resection. The ossicles are not identified on the right. Multiple axial scans from the nasopharynx to the oropharynx including hypopharynx and portions of the lungs are provided for interpretation in this patient with clinical history of abnormal mass involving the base of the tongue.

There appears to be asymmetric soft tissue prominence identified in the left near the palatine tonsils on the left. This extends inferiorly. Airways are intact otherwise. Bones are unremarkable. Parotid glands and submandibular glands appear intact. There are some submental lymph nodes identified which appears to be reactive. No other appreciable abnormality identified. The mandible appears intact.

IMPRESSION:   1. Bilateral maxillary sinusitis along with sphenoidal sinusitis identified in this patient with apparent prior history of mastoidectomy on the right. The ossicles are not identified consistent with probable right-sided mastoidectomy. No definite evidence for bony erosion identified on the right.  2. Abnormal appearing prominence involving the palatine region on the left and portions of the base of the tongue on the left. Direct visualization is advised. If necessary, biopsy may be performed. Close follow-up is advised.

65189/911617

Dictated by Dr. Hamide on 07/22/09 at 1:54 p.m.

ADDENDUM REPORT 07/23/09: Scans were reviewed with Dr. Spector and myself in the further evaluation of this asymmetric mass at the base of the tongue. It is determined that there is no significant enhancement, although the contrast study does make the prominence more apparent. The suspected lesion measures approximately 1.7 x 1.6 cm, deviating the airway partially from left to right. There are incidentally noted, smaller, submandibular glands left greater than right. The posterior auricular lymph nodes appear unremarkable. The parotid glands are intact.

65587/422

Interpreting Physician   JOHN P. HAMIDE M.D.
Transcribed by / Date:    422 on Jul 22 2009  2:39P
Approved Electronically by / Date: HAMIDE M.D. JOHN P, Jul 23 2009 11:10A
   Distribution:    RICHARD A. SPECTOR M.D.



Smith DEPOSITION EXHIBIT 4