# Transcript of the Testimony of
# Videotaped Deposition of Richard A. Spector, M.D., J.D.

**Date taken: October 29, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com


EXHIBIT M
Blumberg No. 5119

Case 2:07-md-01873-KDE-MBN   Document 11546-14   Filed 02/12/10   Page 2 of 2

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped Deposition of Richard A. Spector, M.D., J.D.

Page 164

```
 1       Q.   Doctor, you stated in your report
 2   that you cannot find or cannot attribute
 3   this neuroma to the alleged formaldehyde
 4   exposure, correct?
 5       A.   That's correct.
 6       Q.   All right.  And based on your
 7   explanation, I think I understand but just
 8   to be clear, by that positive statement that
 9   you can't attribute it to it, is it also
10   true that you can't rule it out as a
11   possible cause?
12       A.   Yes, I think the converse is a
13   fair statement.  I have no evidence to blame
14   the formaldehyde for the tumor, but neither
15   do I have any evidence that it wouldn't have
16   any role in it.  The problem that I have in
17   answering your question in that way is that
18   what literature I have read has not
19   incriminated formaldehyde in that specific
20   tissue type.  It talks about squamous
21   carcinomas.  It talks about lymphomas.  It
22   talks about Hodgkin's disease, but never
23   mentioned neuromas, so it's difficult for me
24   to give you any strong association.
25       Q.   You don't have enough information
```