BURR D. ILGENFRITZ, M.D.
RONALD FRENCH, M.D.
N. KNIGHT WORLEY, M.D.

Name: Lyndon Wright          Social Security No. 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          Date_____

Would you assist the Doctors by answering the following:

1. **C.C.:** What health problem brings you in? Blood in Siliva

2. **PAST MEDICAL HISTORY:** Illness, Surgery, Hospitalizations: Rt. Ear Surgery
   Drug Allergy: None          Current Medicine: Ergo, Pariactin

3. **FAMILY HISTORY:** Hereditary Diseases, Deafness, Other: Heart disease

4. **SPECIAL HISTORY:** (Alcohol), Tobacco, Coffee (how much) Occassion  Substance Abuse: None
   Occupation: Stationary Engineer

5. **REVIEW OF SYSTEMS:** Circle and explain where necessary.
   SYSTEMIC: Weight Loss, Fever, Fatigue  None
   EYES: Poor Vision, Eye Pain, Infection  None
   ENT: Sinusitis, Nose Bleed, Nasal Blockage, Drainage or Pain, Infections, Dizziness, Hoarseness, (Hearing Loss),
   Previous Hearing Test (Ringing) _____
   LUNGS: Pneumonia, TB, Asthma, Bleeding, Cough, Chest Pain, Difficulty Breathing  none
   HEART: Attack, Failure, Surgery, Blood Pressure, Murmur  None
   INTESTINAL: Ulcer, Bleeding, Change in Habits, Hernia, Liver Disease  None
   URINARY: Stones, Bleeding, Infection, Tumors, Pain  None
   BONE/JOINT: Arthritis, Fractures, Pains, Surgery  None
   SKIN: Rash, Allergies, Cancer  None
   NEUROLOGIC: Seizures, Headaches, Fainting, Incoordination  None
   PSYCHIATRIC: Drugs or other treatment  None
   ENDOCRINE: Thyroid Problems, Diabetes, Other  none
   BLOOD: Anemia, Bleeding, Swollen Glands, Other  None
   ALLERGY/IMMUNOLOGY: Drugs, Asthma, Hay Fever, Immune System Disorder  None

Date OCT 2 3 2007    Drs. Signature _____

Subsequent Visits: Historical Data Reviewed.

| Date | Dr. | Date | Dr. | Date | Dr. | Date | Dr. |
|---|---|---|---|---|---|---|---|
| NOV 1 6 2007 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EXHIBIT N

Wright, Lyndon
4-1-70

OCT 2 3 2007

**Chief Complaint** Blood in saliva on early AM.
**History Present Illness** (x 2 years). Recurrent nasal congestion; "sneeze & spits mucous in AM"

☑ Review of Systems Completed

Gen/Face ☑ WDWN, NAD, NC/AT

Neck ☑ No masses, Parotid NL, Supple

Ears/Otoscopy ☐ Ext. Canal NL; TM/ME - NL
s/p mastoidectomy (R)

Lymphatics ☑ No adenopathy

Nose ☐ NL mucosa, No polyps, Septum Midline
4(+) turbinate hyp c inflammation

Thyroid ☑ No masses, goiter, tenderness

Nasopharynx ☐ No masses or mucosa lesions
chronic inflammation = pus ND
2 spheroid

Eyes ☑ EOMI, PEARL

Oral cavity/Oropharynx ☐ Nl mucosa, No masses
mucosal rhinitis c pus

Neurologic ☑ CN II-XII NL

Indirect Laryngoscopy ☐ TVCs NL, No masses

Cardiorespiratory ☐ CTA

**Assessment** Chronic Sinusitis
Nasopharyngitis
Epistaxis

**Plan** Augmentin 500mg T BID
Nasonex BID
Ocean Spray BID
Office 2 weeks
(If wat then PT/PTT, CBC etc)

NOV 1 6 2007
**Chief Complaint** No further epistaxis
**History Present Illness** Nasonex helping. Breathing better.

☑ Review of Systems Completed

Gen/Face ☑ WDWN, NAD, NC/AT

Neck ☑ No masses, Parotid NL, Supple

Ears/Otoscopy ☑ Ext. Canal NL; TM/ME - NL

Lymphatics ☑ No adenopathy

Nose ☐ Nl mucosa, No polyps, Septum Midline
(+) rhinitis; but no polyps or pus

Thyroid ☑ No masses, goiter, tenderness

Nasopharynx ☑ No masses or mucosa lesions

Eyes ☑ EOMI, PEARL

Oral cavity/Oropharynx ☑ Nl mucosa, No masses

Neurologic ☑ CN II-XII NL

Indirect Laryngoscopy ☑ TVCs NL, No masses

Cardiorespiratory ☐ CTA

**Assessment** Sinusitis - Resolved
Epistaxis - resolved

**Plan** Nasonex Nasal Spray
Ocean Spray