UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | | |
| *Boudoin, et al v. Gulf Stream Coach, Inc.* | * | JUDGE ENGELHARDT |
| *et al, No. 09-6038* | * | MAGISTRATE CHASEZ |

*********************************************************************

### AFFIDAVIT OF SERVICE THROUGH LONG ARM STATUTE

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

Justin I. Woods

who, after being first duly sworn, did depose and say that on the 20th day of August, 2009, he served a certified copy of the Citation and Petition for Damages in this action pursuant to Louisiana Revised Statute Ann. §13:3204, the Louisiana Long Arm Statute, by mailing the same to Gulf Stream Coach, Inc., through its agent for service of process, Kenneth C. Brinker, 503 South Oakland, Nappanee, IN 46550, *via* certified mail, return receipt requested, the same having been received on August 20, 2009, as appears from Certified Receipt No. 70080500000195000515, attached hereto. This statement is made upon appearer's best information, knowledge and belief.

_____
Justin I. Woods

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 12th DAY OF
FEBRUARY, 2010.

_____
NOTARY PUBLIC

CHERYL DANOS
NOTARY PUBLIC ID No. 12964
Parish of Plaquemines, State of Louisiana
My Commission is issued for Life

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Chester Mynick_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                               8-20-9 |
| 1. Article Addressed to:<br>Gulf Stream Coach, Inc<br>Through Its Agent for<br>Service of Process<br>Kenneth C. Brinker<br>503 South Oakland<br>Nappanee, IN 46550 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 0500 0001 9500 0515 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

Case No. 676-199
Boudin et al