AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Karl Reed )
)
*Plaintiff* )
v. ) Civil Action No. 09-4949
American Internation Group, et al )
)
*Defendant* )

SECT. N MAG. 5

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gibraltar Insurance Company, Ltd.
·Through its Registered Agent for Service
Quest Management Solutions
FB Perry Building
40 Church Street
Hamilton, HM 11
Bermuda

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
CLERK OF COURT

Date: Aug 12 2009

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-4949 Sec. N Mag. 5

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Quest Management Solutions through S. Roberts ** , who is
designated by law to accept service of process on behalf of *(name of organization)* Gibraltar Insurance Co., Ltd.
_____ on *(date)* 12/16/2009 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/12/10

*Server's signature*

Justin I. Woods, Attorney
*Printed name and title*

Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
1100 Poydras St., Suite 2800
New Orleans, LA 701632800
*Server's address*

Additional information regarding attempted service, etc:

**See attached Exhibit "A" printout from the Hamilton, Bermuda Postal Service since undersigned counsel has not received the registered receipt frm the Hamilton, Bermuda Postal Service.



EXHIBIT
A

## IPS Web Tracking/Item Events

ITEM n° RE473731470US

| Local Date and Time | Country | Location | Event Type | Extra Information |
|---|---|---|---|---|
| 12/13/2009 3:00:00 AM | UNITED STATES | ISC NEW YORK NY (USPS) | Send item abroad (EDI-received) | |
| 12/15/2009 10:32:00 AM | BERMUDA | BDA Mail Processing Center | Receive item at office of exchange (Inb) | |
| 12/15/2009 10:49:00 AM | BERMUDA | BDA Mail Processing Center | Send item to domestic location (Inb) | |
| 12/15/2009 3:09:00 PM | BERMUDA | Gen. Post Office (GPO) | Receive item at delivery office (Inb) | |
| 12/15/2009 3:50:00 PM | BERMUDA | Gen. Post Office (GPO) | Record recipient information (Inb) | |
| 12/15/2009 4:01:00 PM | BERMUDA | Gen. Post Office (GPO) | Unsuccessful item delivery attempt (Inb) | Reason : Addressee not available at time of delivery Measure : Attempted delivery today |
| 12/16/2009 9:23:00 AM | BERMUDA | Gen. Post Office (GPO) | Deliver item (Inb) | SIGNED BY : S. ROBERTS |

2004 © Postal Technology Centre
www.ptc.upu.int



Registered No. RE473731470US

Reg. Fee $ 11.50   Special Delivery $
Handling Charge $ 0.00   Return Receipt $ 2.30
Postage $    Restricted Delivery $ 0.00
Received by [signature]
Customer Must Declare Full Value $ 0.00
☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

Date Stamp: NEW ORLEANS 70113 DEC 3 2009 0046 18

FROM:
Justin I. Woods
Gainsburgh, Benjamin, David, Meunier
1100 Poydras St., Suite 2800
New Orleans, LA 70163 USA

TO:
Gilbraltar Insurance Co., Ltd.
c/o Quest Management Solutions
FB Perry Building, 40 Church St.
Hamilton, HM 11, Bermuda

PS Form 3806, June 2000
Receipt for Registered Mail (Customer Copy)
(See Information on Reverse)

Karl Reed, 07-5980

LAW OFFICES
# GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

2800 ENERGY CENTRE
1100 POYDRAS
NEW ORLEANS 70163-2800

ROBERT J. DAVID
GERALD E. MEUNIER
IRVING J. WARSHAUER
STEVAN C. DITTMAN
TRACEY RANNALS BRYAN
MICHAEL J. ECUYER
KARA HADICAN SAMUELS
TODD J. BIALOUS
JUSTIN I. WOODS
NAKISHA ERVIN-KNOTT
TARA J. GILBREATH

OF COUNSEL
JACK C. BENJAMIN
SAMUEL C. GAINSBURGH
(1926-2003)

TELEPHONE
(504) 522-2304
TELECOPIER
(504) 528-9973

December 1, 2009

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Gilbraltar Insurance Company, Ltd.
Through Its Registered Agent
Quest Management Solutions
FB Perry Building, 40·Church St.
Hamilton, HM 11, Bermuda

Re:   In Re: FEMA Trailer Formaldehyde
    Product Liability Litigation
    MDL No. 1873, Section "N-5"
    USDC, Eastern District of Louisiana

Dear Sir:

In accordance with the pertinent Federal Rule, I enclose herewith a certified copy of the Complaint filed in the United States District Court for the Eastern District of Louisiana as well as a summons from the Clerk of Court. Pursuant to the summons issued by the Court, you must comply with plaintiffs' demand or file an answer to this lawsuit within the delays set forth by this court.

Sincerely,

Justin I. Woods

JIW/dcs
Enclosures:   09-4949 Karl Reed