UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | *<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | | *<br>* | |
| *Lyndon T. Wright v. Forest River, Inc., et al,*<br>Docket No. 09-2977; | | *<br>* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S STATEMENT OF THE MATERIAL FACTS AS TO WHICH
THERE EXIST A GENUINE ISSUE TO BE TRIED**

Pursuant to Local Rule 56.2, Plaintiff Lyndon T. Wright, sets forth the following statement of material facts as to which there exists a genuine issue to be tried, with respect to Defendant Shaw Environmental Inc.'s ("Shaw") Motion for Summary Judgment Based on Shaw's Status as a Government Contractor (Docket Entry No. 10941).

**I.   MATERIAL FACTS AS TO WHICH THERE EXISTS A GENUINE ISSUE TO BE TRIED.**

1. Whether the specifications provided by FEMA were "reasonably precise."
2. Whether Shaw's work complied with the given FEMA specifications.
3. Whether FEMA accepted Shaw's work such that it should be deemed to have conformed to the specifications.
4. Whether Shaw was aware of potential dangers related to formaldehyde prior to FEMA and failed to warn FEMA of the same.

**II.   ALLEGED FACTS IN SHAW'S MOTION WHICH ARE CONTROVERTED.**

Plaintiff controverts numbers 5, 7, 11, 12, and 13.

Respectfully Submitted,

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
Dennis Reich, Texas #16739600

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic

filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing on February 11, 2010.

                                    <u>s/Gerald E. Meunier</u>
                                  GERALD E. MEUNIER, #9471