# Transcript of the Testimony of
# Videotaped Deposition of Lyndon Wright

### Date taken: July 10, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com


EXHIBIT E

1  electrical problem, did they resolve it to
2  your satisfaction?
3      A.   Yes, they did.
4      Q.   Did they tell you what the problem
5  was as to why the power would cut in and
6  out?
7      A.   He said the lip of one of the
8  electrical connections had burned and it
9  wasn't keeping a -- you know, couldn't make
10 a secure connection.  So every time I would
11 push it back, I was -- you know, it just
12 wasn't making a good connection.  So a
13 little bump would have made it do that.
14     Q.   And they resolved that problem for
15 you?
16     A.   They did.
17     Q.   Now, the rain coming in, you
18 hadn't mentioned that before.  When did that
19 issue first occur?
20     A.   That occurred before the
21 electrical problem started.  It had been
22 going on for a while and it only got worse
23 and worse, so I started telling my mom to
24 call and complain about it.
25          But the guy who came to look at

1   A.   They said they would have somebody
2   get in touch with me and I could make a
3   complaint to them.  But I ain't never heard
4   nothing after I saw them.  They came out
5   twice about the furnace and they never got
6   it to work.
7        So I never heard nothing about the
8   rain coming in the door and the mildew that
9   was along the carpet.
10  Q.   It's your testimony that the
11  furnace in this unit never worked?
12  A.   Well, it worked initially, but
13  after it went off, you know, cycling-wise,
14  it never worked no more after that.  Because
15  the second time the guy fixed the furnace,
16  it came on for him, and he was ready to
17  leave and I said, "No, turn it off and see
18  if it comes back on."
19       And it didn't come back on, and he
20  was like, "Well, I'll have somebody else to
21  come out and look at it."
22  Q.   The odor that you complained
23  about, was it a constant odor or did it come
24  and go?
25  A.   It was a constant odor.

1   2006? Was it cold or raining, anything like
2   that?
3       A.  I don't recall it.
4       Q.  Okay. Do you recall seeing any
5   leaks at the time of the inspection,
6   February 13, 2006, or any evidence that
7   water had leaked into the trailer?
8       A.  No.
9       Q.  Okay. At that point in time, you
10  did not have the problem with water coming
11  in through the door, right?
12      A.  No, not at that time.
13      Q.  That happened later, correct?
14      A.  Yes.
15      Q.  Did you observe any holes in the
16  trailer, like from the inside you might see
17  daylight coming in from the outside or
18  something like that?
19      A.  No.
20      Q.  Did you smell anything unusual at
21  that time, February 13, 2006?
22      A.  It had like this new smell.
23      Q.  Like a new car smell?
24      A.  Yeah.
25      Q.  Now, is the new smell the same as

1  or different from the wet carpet odor that
2  you were talking about with Mr. Bone
3  earlier?
4       A.   Different?  Yes.  It was
5  definitely different.
6       Q.   Let's talk about the new smell.
7  Did the new smell make you cough when you
8  went into the trailer for the first time?
9       A.   I think I sneezed.
10      Q.   Sneezed?
11      A.   Yes.
12      Q.   Okay.  Did it make your eyes
13 water?
14      A.   I really can't say because he was
15 talking, telling me how I have one of the
16 newer trailers and stuff.  So there was a
17 lot of things I probably wasn't paying
18 attention to offhand, you know.
19      Q.   Okay.  Did you think that the new
20 smell was irritating enough to be a problem?
21      A.   Being excited with getting in the
22 trailer, no, I didn't really see it would be
23 a problem, the new smell and everything.
24      Q.   How long did the new smell last?
25      A.   I can't recall.  I can't recall.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Lyndon Wright

Page 264

1  who Mr. Weddington is?
2      A.   That was the guy that I met at the
3  trailer.
4      Q.   And do you know who he worked for?
5      A.   Who he worked for?
6      Q.   Yes, sir.
7      A.   I think he had a Shaw helmet on.
8      Q.   Okay.  Was the trailer up on
9  blocks at the time you saw it on
10 February 13, 2006, on cinder blocks?
11     A.   On blocks, yes.
12     Q.   How high was the frame of the
13 trailer off the ground, do you recall?
14     A.   About the size of the wheel that
15 it rolls on, it, like, leveled it off with
16 the wheels.
17     Q.   Was the wheel touching the ground?
18     A.   Yes.
19     Q.   Were there wooden steps in place
20 for you to walk up to get into the trailer?
21     A.   Yes.
22     Q.   Are you familiar with the screw
23 jack on the front of travel trailers?  Do
24 you know what I'm talking about?
25     A.   Screw jack.  Yes, where the chain

1   is and stuff?
2       Q.   Yes.  When you unhitch it from a
3   truck, that would be either what would fold
4   out or you could put it under the tongue so
5   that it doesn't tip over or whatever.
6            Was that folded out, or anything
7   up underneath the tongue that was supporting
8   any weight of the trailer at the time you
9   saw it on February 13, 2006?
10      A.   I don't recall that.
11      Q.   You don't remember seeing a jack
12  anywhere under the trailer --
13      A.   All I remember is seeing a big
14  blue knob like you sit it on a truck and the
15  truck would take it.  I didn't see, like, no
16  jack or nothing.
17      Q.   Okay.  The knob being where the
18  hitch goes, right?
19      A.   Yes.
20      Q.   Okay.  Was the trailer level at
21  the time you inspected it or participated in
22  the inspection on February 13, 2006?
23      A.   What about?
24      Q.   Was it level?
25      A.   Yes.

1    Q.   Okay.  Did it stay level during
2    the time that you occupied it?
3    A.   No.  It had shifted and the rain
4    started coming in through the door.
5    Q.   Okay.
6    A.   The trailer had shifted.
7    Q.   Okay.  We'll talk about that in a
8    moment.
9         But at the time you first
10   participated in this inspection, it was
11   level at that time, right?
12   A.   Yes.
13   Q.   Okay.  Could you see the metal
14   frame underneath the trailer?
15   A.   Yes, you could see it, yes.
16   Q.   That's the piece of metal or the
17   pieces of metal that actually sit on the
18   concrete blocks, okay, you could see that?
19   A.   Yes.
20   Q.   Was it straight, as far as you
21   saw?
22   A.   As far as I could see.
23   Q.   Do you remember what the weather
24   was like the day that you inspected or
25   participated in an inspection, February 13,