| | |
|---|---|
| From: | Janz, Don [Don.Janz@shawgrp.com] |
| Sent: | Tuesday, March 21, 2006 10:33 AM |
| To: | Deane, William; Neal, John |
| Subject: | RE: |
| Attachments: | SOP_Trailer Processing and yard QC Inspection.doc |

here we go, this is our process of processing the trailers in the write up and on the checklist we leave the trailer doors open!

**From:** Deane, William
**Sent:** Tue 3/21/2006 07:06
**To:** Neal, John
**Cc:** Janz, Don
**Subject:** FW:

FYI

William L Deane, Jr
Customer Service Lead
FEMA IA-TAC Task Order 15
Shaw Environmental & Infrastructure
New Orleans, LA
225-303-8036 (v)
225-987-3796 (f)

**From:** Boyle, Brian [mailto:Brian.Boyle@associates.dhs.gov]
**Sent:** Tuesday, March 21, 2006 7:56 AM
**To:** Aubert, Robert; Deane, William
**Cc:** Woodruff, Larry
**Subject:**

**Good morning,**

**I received responses from the other two contractors on this and I'm still waiting to hear from you guys so Larry can pass this on to Washington D.C.
Your immediate attention to this matter is requested.**

**Thanks,**

**Good morning,**

**I received responses from the other two contractors on this request and we are only waiting on your response. Your immediate attention to this matter is requested. Larry needs to get this info to Washington D.C. ASAP.**

**Thanks,**



SHAW 013539