**From:** Baldwin, MK
**Sent:** Wednesday, May 17, 2006 12:39 PM
**To:** Seavey, Gary; Ancell, Carrie; Quay, Gary
**Cc:** Davis, Mark; Compeau, Geoffrey; Short, Robert
**Subject:** FW: Formaldehyde notes and video link on CNN
**Importance:** High

Gary and Carrie and Gary,

Head's up.  GQ – are you experiencing similar issues in LA??

To the best of our knowledge, the smell may be related to the glue used in the final construction: for the carpet, the wood paneling, the veneer on the bed supports, etc.

Trina

**M K "Trina" Baldwin, P.E.**
Project Manager II
Shaw Environmental & Infrastructure
PO Box 275
Central, SC  29630
864.207.1651 cell
www.shawgrp.com


REDACTED



EXHIBIT I

SHAW 013547