# Transcript of the Testimony of
# Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

### Date taken: January 7, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT K

Blumberg No. 5119

Case 2:07-md-01873-KDE-MBN   Document 11554-11   Filed 02/15/10   Page 2 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 118

1   have had a certain format.

2   EXAMINATION BY MR. D'AMICO:

3       Q    Yes, created a database.  And I
4   think it spells out what the format of that
5   database is to be in the contract, correct?

6       A    I would have to refresh, but, you
7   know, we had lots of discussions back and
8   forth between FEMA, Information Technologies
9   and our folks to make sure that we had data
10  that could be moved easily between the two.

11      Q    In preparation of your deposition
12  today, did you ever review any of those
13  complaint logs to determine if any
14  complaints were made relative to odors
15  emanating from the travel trailers?

16      MR. BONE:
17           Object to the form.
18      MR. KURTZ:
19           Object to the form.
20      THE WITNESS:
21           I reviewed a number of O & M
22  records, some of which may have had odors,
23  but I can't recall specifically if they did.
24  Again, there's not a stack of odor
25  complaints.

Case 2:07-md-01873-KDE-MBN   Document 11554-11   Filed 02/15/10   Page 3 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)          Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 119

```
 1   EXAMINATION BY MR. D'AMICO:
 2       Q    Okay.  When did you review those
 3   logs?
 4       A    Well, I probably saw logs during
 5   my time that I was here and I saw logs --
 6       Q    Let's be specific.  During the
 7   time that you were here back in '05 and '06?
 8       A    Oh, yeah, during '05 and '06, how
 9   that came together, how we were keeping
10   track of our subcontractors.
11       Q    Okay.  So you believe you became
12   aware of complaints of odors from residents
13   in '05 and '06?
14       MR. KURTZ:
15            Objection, form.
16       MR. MILLER:
17            Objection.  It mischaracterizes
18   the witness' testimony.
19   EXAMINATION BY MR. D'AMICO:
20       Q    You can answer.
21       A    Well, let's have it again then.
22   (Whereupon, the court reporter read back the
23   requested testimony as follows:
24       THE COURT REPORTER:
25            Question: "So you believe you
```

Case 2:07-md-01873-KDE-MBN Document 11554-11 Filed 02/15/10 Page 4 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)　　　Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 120

1    became aware of complaints of odors from
2    residents in '05 and '06?"
3         THE WITNESS:
4              Among other things, that, you
5    know, there may have been some issues with
6    odors, there may have been some issues with
7    propane, there may have been some issues
8    with "my furnace is out," "my air
9    conditioning is out," you know, these kind
10   of things.
11   EXAMINATION BY MR. D'AMICO:
12        Q    So the answer is "yes"?
13        MR. KURTZ:
14             Objection.  It mischaracterizes
15   his testimony.
16        THE WITNESS:
17             Yeah, there were a number of
18   complaints, a relatively low number, and
19   odor may have been one of them.
20   EXAMINATION BY MR. D'AMICO:
21        Q    Okay.  I would like you to read a
22   section of Shaw 4, 13515, at the bottom of
23   the page.
24             "Our safety office needs to know
25   from each contractor the process of airing

Case 2:07-md-01873-KDE-MBN   Document 11554-11   Filed 02/15/10   Page 5 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 143

```
 1      MR. KURTZ:
 2           Objection, form.
 3      MR. BONE:
 4           The same objection.
 5      THE WITNESS:
 6           Yeah, at the time, it was odors in
 7   the trailers.
 8   EXAMINATION BY MR. D'AMICO:
 9      Q    All right.  And at some point FEMA
10   identified this odor as formaldehyde to
11   Shaw, correct?
12      MR. BONE:
13           Objection, form.
14      MR. KURTZ:
15           Objection, form.
16      THE WITNESS:
17           You know, again, I would have to
18   really look and understand when FEMA told us
19   definitively it was formaldehyde in the
20   trailers.
21   EXAMINATION BY MR. D'AMICO:
22      Q    All right.  But Shaw did not test
23   any of the trailers to determine what the
24   odors were?
25      A    That's true.  That's correct.
```

Case 2:07-md-01873-KDE-MBN Document 11554-11 Filed 02/15/10 Page 6 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 144

1  Yes, we did not test the trailers.
2      Q   And Shaw did not independently
3  study the issue of the odors to determine if
4  it was formaldehyde or not?
5      A   That's correct. We understood
6  that FEMA -- Well, we were following FEMA's
7  lead.
8      Q   All right. Did Shaw advise any of
9  the entities taking over the housing
10 contract that there could be an issue
11 relating to formaldehyde?
12     A   I don't -- I would have to look
13 into our -- I don't know that.
14     Q   Did Shaw advise or notify any
15 occupants of the travel trailers that there
16 could be an issue with formaldehyde inside
17 the trailers?
18 MR. KURTZ:
19         Objection, scope.
20 THE WITNESS:
21         I don't know that either.
22 EXAMINATION BY MR. D'AMICO:
23     Q   Did Shaw advise or notify the
24 occupants in writing that there could be an
25 issue with formaldehyde in the trailers and

Case 2:07-md-01873-KDE-MBN   Document 11554-11   Filed 02/15/10   Page 7 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 145

1   that they should be aired out?
2       MR. KURTZ:
3           Objection, scope.
4       THE WITNESS:
5           I don't know that either.
6   EXAMINATION BY MR. D'AMICO:
7       Q   Did Shaw advise FEMA as to the
8   corrective or mediating actions that should
9   be taken related to formaldehyde inside of
10  the travel trailers?
11      MR. BONE:
12          Objection to the form.
13      MR. KURTZ:
14          Objection, form.
15      THE WITNESS:
16          Can I have again, please?
17  EXAMINATION BY MR. D'AMICO:
18      Q   Did Shaw advise FEMA as to the
19  corrective or mediating actions which should
20  be taken relative to formaldehyde inside the
21  travel trailers?
22      MR. WATSON:
23          Object to the form.
24      THE WITNESS:
25          You know, basically, we ventilated

Case 2:07-md-01873-KDE-MBN   Document 11554-11   Filed 02/15/10   Page 8 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 146

1  the trailers for odors, and that's when
2  requested by Brian about formaldehyde, as
3  well, we explained that we were ventilating
4  the trailers.
5  EXAMINATION BY MR. D'AMICO:
6      Q    All right.  I'm going to ask it
7  one more time, and I know it's difficult
8  being a witness.
9           Did Shaw advise FEMA as to the
10 corrective/mediating actions to be taken
11 relative to formaldehyde inside the travel
12 trailers?
13    MR. BONE:
14          Objection, form.
15    MR. KURTZ:
16          Objection, form.
17    THE WITNESS:
18          No, we did not.
19 EXAMINATION BY MR. D'AMICO:
20      Q    Were the documents produced to
21 counsel last evening after close of business
22 the only communications or other internal
23 documents related to formaldehyde in the
24 temporary housing units in Shaw's
25 possession?

Case 2:07-md-01873-KDE-MBN   Document 11554-11   Filed 02/15/10   Page 9 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 207

1   were perfectly ready, at any time they
2   called to give them one, we would make every
3   effort to do so.
4   EXAMINATION BY MR. D'AMICO:
5        Q    All right.  Did Shaw keep copies
6   of the relevant owner's manuals for the
7   various travel trailer manufacturers that
8   Shaw was tasked with hauling and installing?
9        A    We may have.
10       Q    Do you know where those would be
11  kept?
12       A    You know, they probably would have
13  been kept at the yards or -- No, actually,
14  let me correct that.  I don't believe we did
15  keep copies of the operating manuals.  We
16  had access to them through all the thousands
17  of trailers that were going through our
18  yards, but I don't believe we kept a file of
19  such documents.
20       Q    All right.  To your knowledge,
21  based on this e-mail chain that was
22  occurring between March and May, 2006, that
23  we were discussing earlier, did anyone at
24  Shaw have any communications with any of the
25  trailer manufacturers to find out if they

Case 2:07-md-01873-KDE-MBN   Document 11554-11   Filed 02/15/10   Page 10 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 208

```
 1   had any problems associated with
 2   formaldehyde emissions in their travel
 3   trailers?
 4        MR. KURTZ:
 5             Object to the form.
 6        THE WITNESS:
 7             Not to my knowledge.  We relied on
 8   and looked for the guidance from FEMA in
 9   that area.
10   EXAMINATION BY MR. D'AMICO:
11        Q    Did anyone at Shaw, to your
12   knowledge, have any communications with any
13   of the trailer manufacturers relative to the
14   proper methods to jack and block the travel
15   trailers?
16        MR. KURTZ:
17             Objection, scope.
18        THE WITNESS:
19             Not to my knowledge.
20   EXAMINATION BY MR. D'AMICO:
21        Q    Okay.  As we go through this
22   deposition, it appears to me, and I'm
23   getting the impression, that Shaw was
24   relying on the documents provided by FEMA
25   for instructions on how to install these
```

Case 2:07-md-01873-KDE-MBN Document 11554-11 Filed 02/15/10 Page 11 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 209

1   trailers; is that correct?
2       A    And also, the licenses and
3   experience of our subcontractors
4   specifically for trailer installation.
5       Q    And is it true that Shaw was
6   taking direction from FEMA on how to haul
7   and install these travel trailers?
8       A    FEMA provided the exhibits you
9   have that essentially gave us our scope of
10  work, and we then provided aspects of it
11  ourselves or hired subcontractors to carry
12  out aspects.
13      Q    All right.  And as far as the
14  jacking procedure, you have already
15  testified that there was no written
16  procedure for how to jack the trailers,
17  correct?
18      A    Yes.
19      Q    All right.
20      MS. PETROVICH:
21           Excuse me a minute.
22  (Discussion off the record.)
23  EXAMINATION BY MR. D'AMICO:
24      Q    Did Shaw ever consult with any of
25  the travel trailer manufacturers regarding

Case 2:07-md-01873-KDE-MBN   Document 11554-11   Filed 02/15/10   Page 12 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 210

1   the use of travel trailers as temporary
2   housing units?
3       A    Not to my knowledge.
4       Q    In particular, in this case,
5   Lyndon Wright occupied a Forest River travel
6   trailer.  To your knowledge, did Shaw ever
7   consult with Forest River as to whether or
8   not it was appropriate for anyone to occupy
9   this travel trailer manufactured by Forest
10  River for long-term use?
11      A    Not to my knowledge.
12  MR. KURTZ:
13          Objection, form.
14  THE WITNESS:
15          Excuse me.  Not to my knowledge.
16  EXAMINATION BY MR. D'AMICO:
17      Q    To your knowledge, did Shaw ever
18  consult with any of the travel trailer
19  manufacturers regarding proper installation
20  or maintenance of the travel trailers?
21      A    Again, not to my knowledge.
22      Q    Was Shaw aware that many of the
23  manufacturers specifically state in their
24  owner's manuals that travel trailers were
25  not designed for long-term or permanent

Case 2:07-md-01873-KDE-MBN   Document 11554-11   Filed 02/15/10   Page 13 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)       Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 211

1   occupancy?
2        A    We may have been.
3        Q    Was this ever discussed with FEMA,
4   between Shaw and FEMA?
5        A    As to the length of residency in a
6   travel trailer?
7        Q    Yes.
8        A    You know, really, every attempt
9   was to deliver this temporary housing in a
10  very difficult time.  The duration was not
11  discussed.  Our scope was to deliver this
12  housing in a fast, reasonably fast, safe and
13  quality manner, so that it could, in fact,
14  get people out of shelters and out of their
15  automobiles and so on, get them back to
16  their houses.
17       Q    To your knowledge, did anyone at
18  Shaw have an understanding of how long
19  people may occupy these temporary housing
20  units, travel trailers?
21       A    How long it might have taken?
22       Q    Yes.
23       MR. KURTZ:
24            Objection, scope.
25       THE WITNESS:

Case 2:07-md-01873-KDE-MBN   Document 11554-11   Filed 02/15/10   Page 14 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 264

1   Q   And Exhibit 8, park models?
2   A   Yes.
3   Q   Now, my question is, did Shaw
4   perform soil capacity tests as requested,
5   and you said you believed that they did?
6   A   For this instance.
7   Q   For this instance. Now, a new
8   question. Exhibit 7, travel trailers, did
9   Shaw ever perform any soil capacity tests to
10  determine whether or not the "Blocking and
11  Leveling" sections as it related to travel
12  trailers was suitable?
13      MR. KURTZ:
14          Objection, scope.
15      THE WITNESS:
16          Not to my knowledge.
17  EXAMINATION BY MR. D'AMICO:
18   Q   Okay. And if that had been done,
19  would that have been something that you
20  would have been made aware of?
21      MR. KURTZ:
22          Objection, form.
23      THE WITNESS:
24          In the consequence of, you know,
25  looking at data, hearing about daily reports

Case 2:07-md-01873-KDE-MBN   Document 11554-11   Filed 02/15/10   Page 15 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 380

1   systematically checked to ensure everything
2   is working properly," the second point there
3   on Page 3 says, "Leave the door open on the
4   trailer to vent the air"; do you see that?
5        A    Yes.
6        Q    Is this something that would be
7   done with every trailer in the front staging
8   yard?
9        A    To my understanding, it was a
10  standard procedure for trailers in the yard.
11       Q    And why would Shaw vent the
12  trailers?
13       A    There were sporadic reports of
14  odors in the trailers, and probably, again,
15  anecdotally, what we understood related to
16  post-production type of off-gassing, and so
17  we would leave the doors open, if there were
18  odors, to vent them out, and it just became
19  a standard practice just to leave the doors
20  open to vent the trailers.
21       Q    In addition, the next thing says,
22  "Fill out the Yard QC Checklist."  "QC,"
23  what does that refer to?
24       A    Quality control.
25       Q    "Initial all components and tasks

Case 2:07-md-01873-KDE-MBN   Document 11554-11   Filed 02/15/10   Page 16 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 381

1   completed. Print, Sign and Date the form."
2       Would that be done on all units
3   after February 1st, 2006, when this Standard
4   Operating Procedure came out?
5       A   Yes, I believe they would.
6       Q   The next page on this document,
7   Exhibit No. 25, is a "Yard QC Checklist"; is
8   that correct?
9       A   Yes, it is.
10      Q   Is that the checklist that we were
11  just referring to?
12      A   It is.
13      Q   And I want to ask you, does this
14  checklist indicate whether or not someone
15  had to check whether the exhaust fan in the
16  bathroom and over the stove were working?
17      A   Yes, it does, No. 29.
18      Q   And did this Yard QC Checklist
19  also require the person to "set the air
20  conditioning to 78 degrees, auto high"?
21      A   Yes, it does.
22      Q   And where is that identified?
23      A   Line 32.
24      Q   And did the quality control yard
25  checklist inspector also have to identify