**U.S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**READY FOR OCCUPANCY STATUS**

| FEDERAL EMERGENCY MANAGEMENT AGENCY (Disaster Temporary Housing Program) ☐ MH ☒ TT ☐ OTHER | TEMPORARY HOUSING NUMBER BC 127702 | CONTRACT WO NUMBER 1603-000-059 | SITE CONTROL NUMBER 03011544 |
|---|---|---|---|
| APPLICANT NAME BOBBIE R. WRIGHT | T.H. No. 92119-7466 | ADDRESS 2315 SEMINOLE LN NEW ORLEANS, LA., 70125 | |

**1. INSPECTION** (To be completed by Direct UNIT (DHOPS))

INSTALLATION ON THE IDENTIFIED ABOVE IS COMPLETED AS FOLLOWS:

☒ Blocked  ☒ Sewer Connected  ☐ Permits (ele)  ☐ Permit Block & Tie
☒ Steps/Ramp  ☒ Electric Connected  ☐ Permit (meh)
☒ Water Connected  ☒ Gas Connected  ☐ Permits (gas)

COMMENTS - INSTALLATION OR SITE CONDITIONS:
VIN # 4X4 TSMH 296 C00 8992

| INSPECTOR M.B. WETHINGTON | DATE 2-12-06 |
|---|---|

**II. TEMPORARY WAIVER OF UTILITY INSTALLATION**

Because of my emergency housing needs, I agree to occupy a unit provided by the U.S. Department of Homeland Security/ Federal Emergency Management Agency without:

☐ Water Connection  ☐ Electricity Connection  ☐ Sewer Connection  ☐ Gas Connection

As a temporary measure until such time as it is possible for DHS/FEMA to make these connections.

| APPLICANT SIGNATURE | DATE | DHS/FEMA REPRESENTATIVE | DATE |
|---|---|---|---|
| | | | |

TO:  DIRECT HOUSING OPERATIONS (DHOPS)

Applicant will not occupy until the following utilities are connected:

☐ Sewer  ☐ Electricity  ☐ Permits (ele)  ☐ Water  ☐ Gas  ☐ Permits (meh)  ☐ Permits (gas)

Please notify Applicant Assistant Staff when these utilities are connected.

| SIGNATURE APPLICANT ASSISTANT SPECIALIST | DATE |
|---|---|

FEMA Form 90-24, JUL 05

**EXHIBIT** "L"

U. S. DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
EMERGENCY SHELTER - AGREEMENT TO RULES OF OCCUPANCY

FEMA DR # 92114-7466

Location # 2315 SEMINOLE LANE
NEW ORLEANS, LA. 70124

I acknowledge and understand that FEMA is providing this unit as a temporary shelter because the President declared a major disaster or emergency in the area and I am not able to live in my residence due to this event. I understand that this is a temporary shelter and that I may be required to move if any of the following occur: when housing options become available; if FEMA determines I am ineligible for this shelter unit; or when FEMA discontinues shelter operations. See 42 U.S.C. 5170B.

I have been informed and understand that violations of any of the rules listed below may result in my being required to leave the unit immediately. I agree that I:

(1) Must keep the unit and the surrounding area clean.
(2) Must not commit or allow crimes to occur in the unit or in the vicinity.
(3) Must not allow anyone, other than the individuals listed below, to live in the unit.
(4) Must accept other housing options, when they become available.
(5) Must occupy the unit continuously, and must seek approval from FEMA if leaving the unit for any extended period of time.
(6) Must respect the rights and privacy of other individuals in the park as outlined in the attached park rules.

Name of Person Assigned to Shelter Unit (Please Print): BOBBIE R. WRIGHT
Signature of Person Assigned to Shelter Unit: /s/ Bobbie R. Wright
Date: 2-13-06

(To be Completed by Person Assigning the Shelter Unit)

Family Composition - Occupant Information

| Name | Age | Sex |
|---|---|---|
| BOBBIE R. WRIGHT | 65 | F |
| LYNDON T. WRIGHT | 35 | M |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Site Control # SC03-011544
Unit Bar Code # 127702 1
Unit VIN # 4X4TSM# 296 0008992

Name of Person Assigning Shelter Unit (Please Print): M.B. WETHINGTON
Signature of Person Assigning Shelter Unit: MB Wethington
Date: 2-13-06

SHAW-WRI 00002

## Applicant Pending Inspection

Area E

Batch: 2

**Date:** 10/27/2005

**Assigned Contractor:**

**Site Control No:** SC-03-011544

**Registrant ID:** 921147466A

### Site Information:

**Last Name:** WRIGHT
**First Name, MI:** BOBBIE R
**Address:** 2315 SEMINOLE LN
**City:** NEW ORLEANS
**State:** LA
**Parish:** Orleans
**Zip:** 70125
**Land Owner:** Applicant
**Phone:** (504)5134973 Lines Busy
**Alt. Phone:** () 504-908-4907
**Site Phone:** (281)4379102 Best #
**Site Alt. Phone:** ()
**Number of Trailers:** 1.0000...
**Number of Mobile Homes:** 0

☑ Electric   ☐ Gas   ☑ Water   ☑ Sewer

**Call Attempts (Date):** 1: 10/29   2:   3:

**Special Needs:** N/A

**Site Feasible (from Call Center)?** ☑ Yes  ☐ No  ☐ Hold
If No, Reason:

**Site Assessor:**
**Date of Assessment:**

**Site Description/Sketch:**

Called @ 9:27 Ms. Wright is in Houston, TX, will call back so Her son can meet us.

Lindon White will meet us @ 11:30 am (son)
504-701-6079

**No. of People Housed:** 2 adults
**No. of Bedrooms Needed:**

**Site Feasible (from Assessment)?** ☑ Yes  ☐ No  ☐ Hold
If No, Reason

Friday, October 28, 2005 8:58:13 AM

HC
Lady 10/30
DOE

SHAW-WRI 00003

| FEDERAL EMERGENCY MANAGEMENT AGENCY **LANDOWNER'S AUTHORIZATION INGRESS-EGRESS AGREEMENT** | 1. T.H. APPLICATION NO. | See Reverse side for Instructions and Paperwork Burden Notice | O.M.B. No. 3067-0222 Expires September 30, 2005 |
|---|---|---|---|
| **2. LANDOWNER'S INFORMATION** | | **3. APPLICANT SITE INFORMATION** | |
| NAME Bobby Wright | | NAME SAMO | |
| ADDRESS (House No. and Street name) 7315 SEMINOLE LN | | SITE ADDRESS (House No. and Street name) | |
| CITY AND STATE (Include Zip Code) N.O. LA 7012 | | CITY AND STATE (Include Zip Code) | |
| PHONE NO. (Include area Code) 281-437-9102 | | NOTE: PROVIDE DIRECTIONS AND ATTACH MAP IF NECESSARY | |

4. In consideration of the President's Disaster Proclamation of __8/29/05__ __1603__ and the furnishings of a temporary
(date of declaration) (DR#)
housing unit by the United States of America to the above applicant, a disaster victim, and other good and valuable consideration not herein expressly stated, and intending to be bound hereby, the Landowner (which term shall, for the purposes of this agreement, include the owner of record and any parties in possession) does hereby agree with the applicant as follows:

  a. The Landowner hereby certifies that he/she is the owner of the above described property an authorizes placement of a temporary unit on his/her land for use of the subject applicant for the temporary housing period established by the Untied States Government.

  b. The Landowner agrees that no indebtness of his/hers will become a lien on the said housing unit, and that he/she will not attempt to restrain the owner of the unit from removing it from the subject property.

  c. The Landowner agrees to allow and maintain a route of ingress and egress for placing and removing the temporary housing unit along and across the subject property to the nearest reasonable access to a public street. This agreement includes the prohibition of structures and barriers upon the property which would hinder or preclude the normal and unusual connecting, parking, placing, hitching, or removing of the temporary housing unit.

  d. The Landowner further agrees to maintain a reasonable route of ingress and egress along and across the property to and from the temporary housing unit for the applicant.

  e. The Landowner has agreed the following alterations to the property may be made to assure adequate ingress and egress or to allow for utility connections to existing utility service on the property. No claim will be filed by Landowner for these actions. (List removal of trees, shrubs, fences, grading holes in driveway or foundation, etc.). Attach drawing of agreed-upon ingress and egress route.

5. This Agreement shall remain in force for 30 days following termination of occupant of the temporary housing unit in accordance with procedures and regulations promulgated by the Government.

6. Site preparation costs will be the responsibility of: (Check one) ☐ the applicant; ☐ landowner; ☐ other (specify)
Provide details if responsibility is divided:

7. Landowner intends to charge and applicant agrees to pay _____/month rental for use of the property. (Mark "None" if no rental is to be charged).

| 8. SIGNATURES | DATES |
|---|---|
| a. OWNER/AGENT  *Bobby Wright* | 11-1-05 |
| b. APPLICANT  Lyndon Wright  *Lyndon Wright* | 11-1-05 |
| c. WITNESS  *Roy Traines*  BEM | 11/1/05 |

FEMA Form 90-31, OCT 02    REPLACES ALL PREVIOUS EDITIONS. (This form was consolidated with FF90-41, May 91)

SHAW-WRI 00004

## SITE DESCRIPTION



SC#: SC-03-011544  REG#: 9211472466A

APP NAME: Bobbie Wright

ADDRESS: 2315 Seminole LN

New Orleans LA 70125

INSPECTOR:

SHAW-WRI 00005



## SITE DESCRIPTION



ELECTRIC: 25   SEWER: 30   WATER: 30

SC#: 03-011544   REG#: 92114-7466

APPLICANT'S NAME: BOBBIE R. WRIGHT

ADDRESS: 2315 SEMINOLE LN
NEW ORLEANS, LA. 70125

INPECTOR: M.B. WETHINGTON 251-404-8857

Revised on 11/18/05

SHAW-WRI 00006

# U.S. DEPARTMENT OF HOMELAND SECURITY
# FEDERAL EMERGENCY MANAGEMENT AGENCY
## TEMPORARY HOUSING UNIT INSPECTION REPORT

**1. Temporary Housing Unit No.:** BC-127.7.021
**2. Serial No./Vin:** 4X4TSNH296 / C008992

### 3. TYPE OF INSPECTION
- Transport
- Dispatch
- Receipt
- Storage
- Staging
- Site ☑
- RFO ☑
- Move In ☑
- Move Out

### 4. TYPE OF FACILITY
- Other
- Mobile Home
- Travel Trailer ☑

### 5. APPLIANCES

| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | Dometic | N/A | N/A |
| Range | Magic Chef | | |
| Microwave | Dometic | | |
| Refrigerator | GE | | |
| A/C | Dometic | | |
| Water Heater | Dometic | | |

### 6. UNIT INFO
- a. Manufacturer: FOREST RIVER
- b. Year: 2006
- c. Size (FT. including hitch): 33
- d. Number of Bedrooms: 2 BUNK BEDS
- Handicap: ☐ Yes ☑ No

### 7. INSPECTIONS
☑ Disaster   ☐ Storage

### 8. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR
N = New   G = Good   P = Poor   D = Damaged   M = Missing

| FURNISHINGS (Kitchen & Dining) | Sto | DIS | RE | FURNISHINGS (First Bedroom) | Sto | DIS | RE | FURNISHINGS (Bathroom) | Sto | DIS | RE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dinette Table | | | — | Double Bed, Complete | | | N | Commode | | | N |
| Dinette Chairs (6 for 3 BR) | | | — | Mirror | | | — | Tub/Shower | | | N |
| Range | | | N | Cabinets Storage | | | N | Lavatory | | | N |
| Range Hood & Vent Fan | | | N | Curtains & Rods | | | N | Cosmetic Cabinet | | | N |
| Refrigerator | | | N | Light Fixtures | | | N | Mirror | | | N |
| Curtains & Rods | | | N | Second Bedroom BUNK BEDS | | | | Curtains & Rods | | | N |
| Cabinets | | | N | Double Bed, Complete | | | — | Light Fixtures | | | N |
| Sink | | | N | Mirror | | | — | Exterior Condition | | | |
| Light Fixtures | | | N | Cabinet Storage | | | N | Water Heater | | | N |
| Fire Extinguisher | | | N | Curtains & Rods | | | N | Doors | | | N |
| A/C   Living Room | | | N | Light Fixtures | | | — | 2 Keys Per Door | | | N |
| Couch | | | | Third Bedroom | | | | Windows | | | N |
| Arm Chair | | | NA | Double Bed, Complete | | | | Screens | | | N |
| End Table | | | NA | Mirror | | | NA | Front Panels | | | N |
| Coffee Table | | | | Cabinet Storage | | | | Left Side Panels | | | N |
| Curtains & Rods | | | | Curtains & Rods | | | | Rear Panels | | | N |
| Light Fixtures | | | | Light Fixtures | | | | Right Side Panels SCRATCH / DENT | | | N |
| Hall | | | | Interior Condition | | | | Roof Vents | | | N |
| Furnace | | | N | Floor Covering | | | N | Towing Hitch | | | N |
| Smoke Detectors | | | N | Wall Panels | | | N | Axles & Springs | | | N |
| Light Fixtures | | | N | Ceiling Panels | | | N | Wheels & Tires | | | N |

### 9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAM BELOW:

RIGHT SIDE: GOOD
LEFT SIDE: 12" SCRATCH + DENT
FRONT: GOOD
REAR: GOOD

NOTE: Tail light harness furnished by: ☐ Towing Contractor

### 10. COMMENTS
IPR

**11. READY FOR OCCUPANCY:** Y
**CONTRACT W.O. No.:** 7613-8002-02-591
**INSPECTOR SIGNATURE:** MB Wellington
**DATE:** 2-12-06
**ADDRESS:** 2515 SEMINOLE LN, New Orleans, LA 70185
**THA No.:** 92114744166
**12. OCCUPANT NAME:** BOBBIE R WRIGHT

### 13. REPRESENTATIVES ACKNOWLEDGING CONDITIONS DESCRIBED ABOVE:

| NAME (Contractor) | SIGNATURE AND DATE (Contractor) | SIGNATURE AND DATE (FEMA Rep.) |
|---|---|---|
| Dispatch To/From Storage | | |
| Receipt To/From Storage | | |
| Dispatch To/From Site | | |
| Occupant SIGNATURE (Move In or Move Out): Bobbie R Wright | DATE: 2-13-06 | FEMA REP. SIGNATURE: MB Wellington   DATE: 2-13-06 |

FEMA Form 90-13, JULY 05

SHAW-WRI 00007

**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**UNIT INSPECTION REPORT**
1120-083

BARCODE NO. 1277021
ARRIVAL TIME 10:25 PM
1. MH SERIAL NO. / TT VIN NO. 4X4TSMH296C008992
DATE 1-19-05
ORIGIN

### 2. TYPE OF INSPECTION

|  | Dispatch | Receipt |
|---|---|---|
| Vendor | ☐ | ☐ |
| Staging | ☐ | ☑ |
| Site | ☐ | ☐ |
| RFO | ☐ | ☐ |
| Move In | ☐ | ☐ |
| Move Out | ☐ | ☐ |

### 3. TYPE OF UNIT
Check as many as apply
- ☐ Mobile Home
- ☑ Travel Trailer
- ☐ Park Model
- ☐ FEMA Owned
- ☐ FEMA Leased
- ☐ Slide Out
- ☐ ADA Compliant
- ☐ ADA Compatible

### 4. APPLIANCES

| Type | Manufacturer | Model |
|---|---|---|
| Furnace | | |
| Water Heater | | |
| Washer/Dryer | | |
| Range | | |
| Refrigerator | | |
| Microwave | | |
| TV/DVD | | |
| Stereo | | |

### 5. UNIT INFORMATION
a. Manufacturer Forest River
b. Vendor
c. Model
d. Year 2006
e. Size 30'
f. Sleeping Capacity 2-10

### 6. INSPECTING
☐ Staging Area  ☐ Site

### 7. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR
N = New    G = Good    P = Poor    D = Damaged    M = Missing

| FURNISHINGS | DIS | REC | FURNISHINGS | DIS | REC | FURNISHINGS | DIS | REC |
|---|---|---|---|---|---|---|---|---|
| **Kitchen & Dining** | | Condition | **First Bedroom** | | Condition | **Bathroom** | | Condition |
| Dinette Table | | N | Double Bed, Complete | | N | Sink | | N |
| Dinette Chairs (5 for 3 BR) | | | Mirror | | | Tub/Shower | | |
| Range | | | Cabinet Storage | | | Toilet | | |
| Range Hood & Vent Fan | | | Curtains & Rods | | | Medicine Cabinet | | |
| Refrigerator | | | Light Fixture | | | Mirror | | |
| Curtains & Rods | | | **Second Bedroom** | | | Curtains & Rods | | |
| Cabinets | | | Double Bed, Complete | | | Light Fixture | | |
| Sink | | yes | Mirror | | | **Exterior Condition** | | |
| Light Fixture | | | Cabinet Storage | | | Water Heater | | |
| Fire Extinguisher | | yes | Curtains & Rods | | | Doors | | |
| **Living Room** | | | Light Fixture | | | 2 Keys per Door | | 1-Set |
| Couch | | | **Third Bedroom** | | | Windows | | |
| Arm Chair | | | Double Bed, Complete | | | Screens | | |
| End Table | | | Mirror | | | Front/Rear Panels | | |
| Coffee Table | | | Cabinet Storage | | | Left/Right Side Panels | | |
| Curtains & Rods | | | Curtains & Rods | | | Battery (For Slide Out Unit Only) | | yes |
| Light Fixture | | | Light Fixture | | | Propane Tanks | | yes |
| Surround Sound Speaker | | | | | | Awning | | |
| **Hall** | | | **Interior Condition** | | | Roof & Vents | | |
| Furnace | | | Floor Covering | | | Towing Hitch | ▲ | |
| Smoke Detectors | | yes | Wall Panels | | | Axles & Springs | | |
| Light Fixture | | | Ceiling Panels | | | Wheels & Tires | | |

### 8. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAMS BELOW

OK RIGHT SIDE    OK LEFT SIDE    OK FRONT    OK REAR

### 9. COMMENTS (If more space is needed, see attached sheet)
Cmv

10. DRIVER DAMAGE ☐ Yes  ☑ No
INSPECTOR INITIAL LP    DRIVER INITIAL ___

1. READY FOR OCCUPANCY CERTIFICATION
Contract W.O. No.
Inspector Signature
DATE

2. OCCUPANT NAME
ADDRESS
THA No:

3. REPRESENTATIVE ACKNOWLEDGE CONDITION AS DESCRIBED ABOVE:
NAME (Contractor)
SIGNATURE & DATE (Contractor)
SIGNATURE & DATE (FEMA Rep.)

Receipt To/From (Print) Baton Rouge
Lonnie Parfait 1-19-05

Dispatch To/From (Print)

Receipt To/From Site (Print)

OCCUPANT SIGNATURE (Move in or Move Out)
DATE
FEMA REP. SIGNATURE
DATE

R1539 FORM 90-13 (TEST) JANUARY 05

SHAW-WRI 00008



## Trailer Lease Check In List

_MBW_ 1) Walk through entire Trailer room to room. Show where closets are, where to pull blinds, light switches, let them look at whatever they want to check out in each room.

_MBW_ 2) While you are doing the walk-through with the applicant, you will also do a move-in inspection.

_MBW_ 3) Show where the breaker-box is located. Open the cover and make sure they understand how the breakers work.

_MBW_ 4) Show where the water heater is located and how to open the cover. Also explain that, should they have problems with the unit, or need to adjust the temperature, they are to call maintenance.

_MBW_ 5) Show where each smoke detector is located. Reinforce the fact that the smoke detectors should not be disconnected.

_MBW_ 6) Show were the fire extinguisher is and make sure they know how to operate it.

_MBW_ 7) Ask if they are familiar with an electric/gas range, if not explain how to operate it.

_MBW_ 8) Point out the thermostat on the refrigerator.

_MBW_ 9) Show where the central heat/air thermostat is located and make sure they know how to operate it.

_MBW_ 10) Show the paperwork on the appliances and stress that they keep it in a place where it can be easily located, if needed.

_MBW_ 11) Walk them around the outside, show them how to switch the propane tanks. Explain to them both tanks are full, and it is there responsibility to refill the tanks as needed, but do not exchange the tanks. (For mobile homes, 100 gallons was put in the tank, and applicant needs to refill as needed).

_MBW_ 12) Explain how to operate the valves on the holding tanks on travel trailers.

_NA_ 13) Sit down and let the applicant(s) read the lease and the park rules (if applicable). Make sure they understand all the "dos" and "don'ts". Explain that simple maintenance procedures such as changing light bulbs, tightening screws, etc. should be done by applicant. Remind the applicant to change out the air conditioning filter at least once a month (some units have washable filters).

_NA_ 14) Have the applicant sign two copies of the park rules form (if applicable). One copy goes to the applicant and one is retained for the file.

_MBW_ 15) Have the applicant sign the lease and give them the keys.

_MBW_ 16) Tell the applicant to call the Helpline and update information such as new mailing address and Phone number, if applicable.

_MBW_ 17) Copies given to applicant (move-in inspection, lease, park rules (if applicable).

Revised on 11/18/05

SHAW-WRI 00009



# RFO CHECKLIST

## Construction

1. ✓ Make sure left propane tank is on and the right tank is off and check for leaks. Turn left tank off and turn the right tank on and check for leaks.
2. ✓ Check that both ends of the water supply hose are secure and tight (not leaks), ensure that pressure reducing valve, and backflow preventer are installed.
3. ✓ Make sure water is on before starting the hot water heater.
4. ✓ Check and make sure unit (TT, MH) floor is level in both directions.
5. ✓ Check support piers (16 x 16 CMU blocking) and anchor straps.
6. ✓ Check sewer for correct fall, 4 ft. on center supports, strapping, cleanouts and for leaks.
7. ✓ Check valves – make sure grey water is open (pulled out) and black water is closed (pushed in) if so equipped
8. ✓ Check breaker box and receptacle (30, 50 or 100 amp per plans). Make sure power supply cord is plugged in and equipped with weatherproof "in-use" cover.
9. ✓ Check that steps comply with approved design – 7" maximum riser, 11" minimum tread, 36" width and painted handrail. For ramps check ADA compliance with plans – slope (1/12), width, handrails, non-slip surface, painted handrails, hard surface approach, etc. For platform steps check compliance with plans – 36 x 36" platforms, non-skid surface, painted handrails, etc.
10. ✓ Check entrance and interior doors for proper opening and closing and make sure all the keys are working.

MB WETHINGTON   _MB Wethington_   2-12-06
PRINTED AND SIGNED NAME OF INSPECTOR                    DATE

## Maintenance

11. ✓ Check that the gauges on both gas tanks functions (if equipped).
12. ✓ Check that RV battery is connected.
13. ✓ Check that LP gas detector is glowing GREEN. If RED = gas leak; get out and turn off the gas
14. ✓ Start the water heater
15. ✓ Check smoke detectors, CO detectors, and gas detector as applicable
16. ✓ Check fire extinguisher
17. ✓ Check the front bedroom. Set top light, if applicable, to work by wall switch.
18. ✓ Check all electric outlets with circuit tester.
19. ✓ Check all lights
20. ✓ Turn on hot water at each faucet; make sure hot water is coming out.
21. ✓ Check for water leaks under each sink, shower, and around the hot water heater.
22. ✓ Take all tags off the stove, remove all packing material from oven. Light the oven pilot and each top burner.
23. ✓ Check the refrigerator; take all tape and cardboard out of it. Make sure it is secured to wall.
24. ✓ Make sure fresh water pump is off.
25. ✓ Check bathroom – run water into toilet.
26. ✓ Check exhaust fans in bathroom and over stove.
27. ✓ Check sofa bed for support bar, if applicable
28. ✓ Place scissor jack handle under sofa.
29. ✓ Check heat and A/C for proper operation. Set A/C at 78F, auto high or heat at 65F in winter.
30. ✓ Open all emergency exits to ensure they all open properly.
31. ✓ Clean counter
32. ✓ Sweep floors
33. ✓ Check for living kit.

MB WETHINGTON   _MB Wethington_   2-12-06
PRINTED AND SIGNED NAME OF INSPECTOR                    DATE

Revised on 11/18/05

*Bobbie Wright* 

## Ready For Occupancy (RFO) Check List

1) Check the gauges on both gas tanks.
2) Make sure left tank is on and the right tank is off. Turn left one off and right one is on to check for leaks.
3) Check RV battery is connected.
4) Check LP gas detector is glowing GREEN. If RED =gas leak, get out and turn off the gas.
5) Check that both ends of the water supply hose are secure and tight (not leaking).
6) Make sure water is on before starting the hot water heater.
7) Start the water heater.
8) Check and make sure unit (TT, MH) is level.
9) Check support piers (jacks or blocking) and anchor straps.
10) Check sewer for correct fall and for leaks.
11) Check valves – make sure grey water is open (pulled out) and black water is closed (pushed in).
12) Check breaker box and receptacle (30 amps). Make sure power supply cord is plugged in.
13) Note what type of steps are used (fold out, platform or wood). WOOD
14) Check door opening and closing, and the keys are working.
15) Check smoke detectors.
16) Check fire extinguisher.
17) Check front bedroom. Set top light if applicable to work by wall switch.
18) Check all electric outlets with circuit tester.
19) Check all lights.
20) Turn on hot water at each faucet; make sure it is hot water coming out.
21) Check for water leaks, under each sink, shower and around the hot water heater.
22) Take all tags off the stove; remove all packing material from oven. Light the oven pilot and each top burner.
23) Check the refrigerator; take all tape and cardboard out of it. Make sure is secured.
N/A 24) Make sure fresh water pump is off.
25) Check bathroom – run water into toilet.
26) Check exhaust fan in bathroom and over stove.
27) Check sofa bed for support bar if applicable.
28) Place scissor jack handle under sofa.
29) Set A/C at 78 C, auto high (seasonal).
30) Open all emergency exits to ensure they all open properly.

Revised on 11/18/05

SHAW-WRI 00011

**Shaw**
Shaw Environmental & Infrastructure, Inc.

# WARNING AND ADVISORY NOTICE REGARDING PROPANE USE

* All trailers are equipped with two tanks with either 5½ or 7½ gallon capacity each.
* Constant use of furnace alone uses 2 gallons per day.
* *** WARNING *** Check bottles in the morning to be sure one is full.
* *** WARNING *** Check bottle in use before retiring for the evening and if low, switch to full tank at once. Refill low bottle at first opportunity.

## MAINTENANCE

For maintenance, please call FEMA at 866-903-7429.

## TRAILER RETURN PROCEDURES

1. When you no longer require the use of your FEMA trailer, please call 1-800-621-FEMA or 1-800-621-3362, and request removal of your unit. Please give operator your FEMA Registration number and the type of unit you have.
2. Before making the call for a pickup request, please:
   - Turn both propane tanks to OFF position
   - Clean out refrigerator completely
   - Remove all personal items from trailer
   - Leave interior of trailer as clean as possible
   - If possible, please brush and hose down the exterior of the trailer
3. Your trailer is your responsibility until it is removed from your site. Do not leave keys in trailer or in door. Return keys to truck driver at scheduled pick up appointment.

Your cooperation is appreciated,

Shaw Environmental & Infrastructure, Inc.

Date: 2-12-06

Print Name: BOBBIE R. WRIGHT

Signature: Bobbie R. Wright
(BLUE INK ONLY)

Address: 2315 SEMINOLE LANE
NEW ORLEANS, LA. 70125

Shaw Shaw Environmental, Inc. P-T

# SHAW UNIT INSTALLATION WORK ORDER
## Travel Trailers

**NAME (Last, First, Middle Initial):** 2315 Seminole Ln
**CITY, STATE AND ZIP:** New Orleans La
**COUNTY/PARISH:** Orleans
**SITE CONTROL NO.:** 03-011544
**THA NO.:**
**UNIT TYPE:** ☐ MH  ☒ TT  ☐ OTHER
**WORK ORDER NO.:**
**CONTRACTOR:** RCG
**AU:** ☐ YES  ☐ NO

| ITEM | UNIT PRICING - FURNISH AND INSTALL | UNIT | ESTIMATE | AS-BUILT | SHAW VERIFICATION |
|---|---|---|---|---|---|
| ☐ | Transportation of travel trailer (TT) from the designated area to the installation site(s) within a 30-mile distance. | EA | | | |
| ☐ | Site preparation includes state and local permitting requirements, and readying the site for foundation piers and anchoring. | EA | | | |
| ☐ | Blocking and Leveling | EA | | | |
| ☐ | Anchor and Strap (Tie Downs) | EA | | | |
| ☐ | Sewer Line 3" Extension up to of 50 LF. | EA | | | |
| ☐ | Sewer Line 4" Extension up to of 50 LF. | EA | | | |
| ☐ | Water Line Installation to TT above ground extension up to 50 ft | EA | | | |
| ☐ | Direct Wiring of TT extension up to of 50 ft with 30 AMP service. | EA | | | |
| ☐ | Direct Wiring of TT extension up to of 50 ft with 50 AMP service. | EA | | | |
| ☐ | Wooden Steps. | EA | | | |
| ☐ | Test functioning of TT. | EA | | | |
| ☐ | Sewer Line 3" extension in excess of 50 LF. | LF | | | |
| ☐ | Sewer Line 4" extension in excess of 50' LF. | LF | | | |
| ☐ | Sewer line buried. | LF | | | |
| ☐ | Water line buried. | LF | | | |
| ☐ | Install sewer cleanout. | EA | | | |
| ☐ | Additional 25' section of waterline. | EA | | | |
| ☐ | Direct Wiring of TT extension in excess of 50' with 30 AMP service. | LF | | | |
| ☐ | Direct Wiring of TT extension in excess of 50' with 50 AMP service. | LF | | | |
| ☐ | Municipal water tap-install water tap. | EA | | | |
| ☒ | TT power pole with meter. Furnish and install 30 AMP TT electric power pole and meter loop. | EA | 30' | 1 | |
| ☐ | TT power pole with meter. Furnish and install 50 AMP TT electric power pole and meter loop. | EA | | | |
| ☐ | Additional towing TT outside 30-mile radius. | mile | | | |
| ☐ | Winterize water line installation (heat tracing cable). | EA | | | |
| ☐ | Winterize water line installation (Ridged Installation). | EA | | | |
| ☐ | Direct wiring to well pump switch (Not Applicable) | EA | | | |
| ☐ | Handicap Ramp | EA | | | |
| ☐ | Fill Propane Tanks - First time only. There are 2 tanks per TT. | EA | | | |
| ☐ | Direct Burial of Electric Service 30 AMP. | EA | | | |
| ☐ | Direct Burial of Electric Service 50 AMP. | EA | | | |
| ☐ | Handicap Platform Steps | EA | | | |
| ☐ | Provide and Install Plumbing "P-Trap". | EA | | | |
| ☐ | TT demobilization, break down completely installed TT and haul back to the yard (within 30 miles) | EA | | | |
| ☐ | Site restoration. Remove blocking, temporary utilities from the property. Coordinate with local utility as required for the removal of temporary power drop. Remove all materials from the site. | EA | | | |
| ☐ | Fixed labor rate for Shaw's pre approved field charges. | per hr | | | |

**ADD-ONS**

| | | | | | |
|---|---|---|---|---|---|
| ☒ | PIAT FORM | Each | | | |
| ☒ | P-TRAP INSULATION | | | | |
| ☐ | | | | | |
| ☐ | | | | | |

PLOT PLAN/DIRECTION/COMMENTS: (If more space is needed, use blank sheet and attach)

TRAILER VIN #: _____

BAR CODE #: _____

CUSTOMER SERVICE REPRESENTATIVE: _____  CSR PHONE: _____  DATE: _____

CERTIFICATION AND SIGNATURES - The above described work has been completed, inspected and complies with contract specifications

**SIGNATURE OF INSPECTOR:** Mike St Ann  **DATE:** 3/11/06
**SIGNATURE OF CONTRACTOR:** Willie Gue  **DATE:** 3-15-06

SHAW - WHITE COPY     FILE - PINK     CONTRACTOR - YELLOW COPY

# Preventive Maintenance Inspection Form

Site Location: 2315 Seminole Rd                   Date: 6-1-06
SCN: SC 03 01154    BarCode: 127621    VIN: 4X4TSMH296C008992
Inspector 1: Company: CMC    Print Name / Signature: Kirkland A. Collier
Inspector 2: Company: _____    Print Name / Signature: Kirkland A. Collier

| Trailer Exterior — Overall Condition | Pass | Fail | Comments |
|---|---|---|---|
| Foundation Support | ☑ | ☐ | accepted 6-1-06 |
| Unit is level | ☑ | ☐ | |
| Tie-downs present and secure | ☑ | ☐ | |
| Siding in tact and secure | ☑ | ☐ | |
| Steps, Ramps, Handrails, & Deck | ☑ | ☐ | |
| Exterior Door(s) | ☑ | ☐ | |
| Door Locks / Hardware | ☑ | ☐ | |
| Window(s) exterior | ☑ | ☐ | |
| Exterior Light Fixtures | ☑ | ☐ | |

| Trailer Interior — Overall Condition | Pass | Fail | |
|---|---|---|---|
| Flooring / Walls / Ceilings | ☑ | ☐ | |
| Plumbing Fixtures and Piping | ☑ | ☐ | |
| Windows / Window Covering | ☑ | ☐ | |
| Glass - Mirrors / Windows / Doors | ☑ | ☐ | |
| Trim (Wall, Floor, Ceiling, Door) | ☑ | ☐ | |
| Doors (Jambs, hinges, hardware) | ☑ | ☐ | |
| Light Fixtures / Recepticles / Switches | ☑ | ☐ | |
| Sinks -- Vanity & Kitchen | ☑ | ☐ | |
| Cabinets -- Doors / Drawers | ☑ | ☐ | |
| Other: | ☐ | ☐ | |

| Utilities / Appliances / Fixtures | Pass | Fail | |
|---|---|---|---|
| Water Supply Connection | ☑ | ☐ | |
| Electrical Service Panel & Breaker Box | ☑ | ☐ | |
| Propane Tanks / Cover / Detector  ☐ N/A | ☑ | ☐ | |
| Sewer Connection & Hoses | ☑ | ☐ | |
| Grey & Black Water Tanks | ☑ | ☐ | |
| H / AC Unit / Thermostat / Filter | ☑ | ☐ | |
| Refrigerator Water Heater | ☑ | ☐ | |
| Beds / Furniture / Cushions / Matresses | ☑ | ☐ | |
| Shower / Tub Fixtures / Enclosure / Hand Rail | ☑ | ☐ | |
| Bathroom Vent Fan & Light / GFCI | ☑ | ☐ | |
| Toilet - Connection / Floor Mounting | ☑ | ☐ | |
| Cooktop / Range / Vent / Microwave | ☑ | ☐ | |
| Kitchen Sink | ☑ | ☐ | |
| Smoke, LP, & CO Detectors | ☑ | ☐ | |
| Fire Extinguisher -- Present / Charged | ☑ | ☐ | |

Transition PMI Form Rev 2         Original - Shaw; Canary - DMC; Pink - Former Contractor; Goldenrod - Trailer

SHAW-WRI 00014

From: The Resource Foundation, Inc.   To: Global Solutions   Page: 1/1   Date: 3/18/2006 11:15:04 PM

## CALL CENTER MAINTENANCE REQUEST FORM

| | |
|---|---|
| **Work Order #** CC59348 | **Operator Name:** Apryl Steverson |
| **Date:** 03/18/2006 06:19 PM | **Issue Type:** Call Center - Routine Maintenance |

### CLIENT INFORMATION

| | | |
|---|---|---|
| **Name:** BOBBIE R WRIGHT | **Site Control #** 03-011544 | **Community:** 70125 |
| **FEMA #** | **Address:** 2315 SEMINOLE LN | |
| **Phone:** (504)701-6079 | **City:** NEW ORLEANS | **State:** LA  **Zip Code:** 70125 |
| **Phone 2:** | **Parish/County:** | **Leased In Date:** 02/13/2006 |

### ISSUE DESCRIPTION

**Work Description:**

**1:** HVAC - FEMA Tenant reported: The furnace comes on then shuts off before warming up.

| DED | CCC | ASD | HD | HEXP | WOC | TDD | CAD | CCD | RFO | OD |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

### FOLLOW UP / RESOLUTION

**Vendor:** 70125 Global Industrial Solutions   **Phone:** (985)507-1713   **Fax:** (225)567-6586

**Resolved:** YES / NO   **Start Date/Time:** 3/14/06 2:15 AM/PM   **End Date/Time:** 3/14/06 2:45 AM/PM

**Resolution / Contractor Notes:** (If no, please specify:) First we went inside of the trailer and checked why the trailer didn't want to stay on so we went to the thermostat and checked to locate the furnace and then we went on the thermostate and checked the thermostand and had it on the furnace and we would cut it on and shut if off in two minutes and immediately I went and checked the gas values on the furnace to check it it had a leak on the valve then we didn't find a small any gas leak so I went and checked and forged to find an easy way to get the tcc furnace the trailer didn't have a compartment on the outside so in the same house and to small take of it I located a space on the bottom of the stair so took it on it burns off and continued and from here it cooled down and on the furnace then already on the furnace with the result of still keep turn...

_____   3-14-06   Time- I checked...
Maintenance Technician Signature   Date

_____   3-19-06
Occupant Signature   Date   Time

_____   _____   _____   _____
Follow up Technician Signature   Date   Follow up Time In   Follow up Time Out

SHAW-WRI 00015

Then I went inside on the trailer and cracked a stove under the th the fire sink and turned on the reset so the gas could circulate and it was on so know the system of the trailer that had to work then we turned over and everado the stove and now it works good.

SHAW-WRI 00016

## CALL CENTER MAINTENANCE REQUEST FORM

Work Order #: 37973
Date: 2-10-06
Call Start: 3:39 pm
Operator Name: Tiffany W
Call End: 3:41 pm

### CLIENT INFORMATION

FEMA #: 92114746
Site Control #:
Leased In Date:
Name: Head of Household: Bobbie Wright
Address of Site/Unit: 2315 Seminole St
City: New Orleans
State: LA
Zip Code: 70125
Parish/County: Orleans
Phone: 281-437-9102
Phone 2: (504) 908-4907

### PROBLEM

Maint. Type: OTHER ✓

Problem Description: Already have electricity pole but no meter. Please fax permit to entergy

| DED | CCC | ASD | HD | HEXP | WOC | TDD | CAD | CCD | RFO | OD |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     |     |     |     |     |     |     |     |

### FOLLOW UP / RESOLUTION

BASE LOGISTICS | LEC CONST. | GARDEN CITY CONST. | GLOBAL INDUSTRIAL

Resolved: Yes / No
Start Date: Time:
Complete Date: Time:
If not why?
Comments:

DELIVERED FEB 13 2006

Maintenance Technician Signature        Date        Time
Occupant Signature        Date        Time
Follow Up Technician Signature        Date        Time

SHAW-WRI 00017