# Transcript of the Testimony of

# **DOUG GAEDDERT**

## Date: November 5, 2009

### FEMA Trailer Formaldehyde Products Liability Litigation
v.



EXHIBIT

"M"

1    city building code.

2  Q  Right.  And that's because your understanding is

3     that recreational vehicles are towable and have

4     self-contained water tanks and propane and --

5  A  Not necessarily all of that.  I mean, because some

6     residential -- some recreational vehicles are not

7     towed that frequently.  It's just they are a

8     totally different animal and they're just --

9     they're regulated by NHTSA and those who are

10    members of RVIA, which is the majority of the

11    industry, by RVIA.

12 Q  NHTSA.  What is NHTSA?

13 A  National Highway Traffic Safety Association, I

14    believe.

15 Q  And that's because RVs are considered vehicles.

16 A  Yes.  All ours carry an FMVSSA sticker on the side;

17    it's a requirement, federal requirement, etc.

18 Q  And vehicle identification number.

19 A  VIN numbers.

20 Q  Right.  They don't come under the housing codes or

21    HUD regulations because they are vehicles.

22 A  Exactly.

23 Q  Okay.  To your knowledge, are there any regulations

24    or policies that Forest River is aware of that

25    would require Forest River to comply with any