DEPOSITION OF EDITH R. YOUNG    01/22/10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION
        (WRIGHT)                MDL NO. 1873
                                SECTION "N" (5)
                                JUDGE ENGELHARDT
                                MAGISTRATE CHASEZ
                                                    /


VIDEOTAPED DEPOSITION OF EDITH R. YOUNG


DATE TAKEN:  Friday, January 22nd, 2010
TIME:        12:30 p.m. - 4:45 p.m.
PLACE:       Anchor Court Reporting
             229 South Baylen Street
             Pensacola, Florida  32502


Examination of the Witness reported by:

Pamela Dee Elliott, Florida Professional Reporter
       Notary Public, State of Florida


ANCHOR COURT REPORTING
229 South Baylen Street
Pensacola, Florida  32502


www.anchorreporters.com
(850)432-2511

EXHIBIT

Page 22

```
 1        A.    -- of a travel trailer.
 2        Q.    Let's -- let's take a look at drawing
 3   five.
 4        A.    Okay.
 5        Q.    Did you -- where did -- where did this
 6   drawing come from, if you can tell me?
 7        A.    I have no idea.
 8        Q.    Do you know --
 9        A.    It was part of a packet that was given to
10   us.  I don't believe it was part of the original
11   packet that was given to us.  It was probably
12   something that was amended throughout the course of
13   the contract and added for -- but I believe it was
14   Shaw through collaboration with FEMA.
15        Q.    Okay.  So this was given to you in a
16   packet from Shaw?
17        A.    Correct.
18        Q.    Or the packet came from Shaw?
19        A.    Yes, sir.
20        Q.    Okay.  Did you follow this drawing in how
21   you constructed your piers?
22        A.    This isn't saying that all of these have
23   to be that tall.  They're saying in the event -- and
24   you never will see -- I think they took this from the
25   mobile home pier construction and, basically, said,
```

Page 23

1  "Follow the same guidelines for the piers. We don't
2  want to see just a block." So you had to have the ABS
3  pads to provide more stability so that -- like, if you
4  just used a hollow block, the hollow blocks would be
5  more likely to not provide the stability in the soil.
6  So they're just saying use the ABS pad, if you're
7  going to use hollow blocks then and then your solid
8  blocks and then your wood shims, if that's what you
9  have to do, so...
10       Q.   Okay. So there's no -- so you did not --
11  RCG did not interpret this drawing to mean it needs
12  two 8-by-16 -- or two 4-by-8-by-16's with two
13  8-by-8-by-16's on top of those followed by two
14  additional 8-by-8-by-16's?
15       A.   That's correct.
16       Q.   You just put in what -- well, if RCG
17  never raised the travel trailers up off their wheels,
18  would every pier be, basically, the same height?
19       A.   You're talking about different --
20            MR. KURTZ: Object to the form. Go
21       ahead. You can answer.
22            THE WITNESS: Okay.
23       A.   You're talking about different sites.
24  You're talking about sites that are either soil or
25  concrete or -- so there's a different basis. Some

Page 59

1        you mean still stay in here?
2              MR. ALQUIST:  Yeah, only because we have
3        about 20 minutes left on the tape.
4              THE WITNESS:  Okay, yes.
5        Q.   (By Mr. Alquist)  Let me go through a
6   couple of other things.  I believe you said that RCG
7   would, with Shaw or FEMA, do a ready for occupancy
8   inspection?
9        A.   Yes, sir.
10       Q.   Who would -- who -- who would RCG do that
11  with?  Was it -- was it --
12       A.   Do you mean our employees or do you
13  mean...
14       Q.   Well, let me -- let me phrase that again.
15  Did a ready for occupancy inspection all happen at one
16  time or did you do a part and somebody else did a
17  part?
18       A.   It was --
19             MR. DINNELL:  Objection to form.  Go
20       ahead.
21             MR. KURTZ:  Join.
22       A.   It was all at one time.
23       Q.   (By Mr. Alquist)  All at one time.  And
24  who all was involved in a ready for occupancy
25  inspection?

Draft Copy

1       A.      Always an RCG rep, whoever we had in that
2  area assigned to do the inspections, whoever Shaw
3  assigned as their inspector. And there are quite a
4  few -- I think the majority of the times there was
5  either a FEMA rep or, like, a Shaw rep acting on
6  behalf of FEMA. I'm not sure how -- how that worked
7  out, but --
8       Q.      Okay.
9       A.      -- there were always at least those three
10 people on the ground doing the inspections.
11      Q.      And would it be the same -- same three,
12 but you would replace Fluor -- or replace CH2M Hill
13 for Fluor or CH2M Hill?
14      A.      That's correct.
15      Q.      What does a ready for occupancy
16 inspection entail?
17      A.      Basically, it is a measure of how the
18 equipment functions in the travel trailer, mobile home
19 making sure that, you know, you fill up the tub and
20 you release the water after it's filled up to make
21 sure that there's free-flowing water. You flush the
22 toilet ten times, you check all the light switches,
23 you turn on your stove, you do a quick test of the
24 kind of AC or heating component, check all of your
25 doors, your sills, check the level, make sure that the

Page 71

1       THE WITNESS:  The piers were -- the
2   entire pier was the -- the pad, whatever blocks
3   you had to use, to include the wedge.  That
4   whole component is the pier.
5       MR. D'AMICO:  All right.  Your testimony,
6   from my understanding, is RCG only used ABS
7   plastic pads, they never used plywood pads?
8       THE WITNESS:  That's correct.
9       MR. D'AMICO:  Okay.
10      Q.   (By Mr. Alquist)  You don't recall any
11  instruction relating to the pads versus plywood?
12      A.   I think it's just preference.  We -- we
13  liked the pads and we had a ton of them.  You know,
14  the other ones deal with the splinters and things when
15  you're putting them down there.  And it's just a pain.
16  So they're a lot more expensive, you know, the ABS
17  pads, but we liked them better, just personal
18  preference.
19      Q.   I'm going to give you a document that was
20  from Shaw 001418 through 1437 and ask if you've ever
21  seen this document before.
22      MS. WHITFIELD:  Aaron, do you have
23  others?
24      MR. ALQUIST:  I'm going to -- there's a
25  page that got attached to the back.