ORIGINAL

(800) 528-3335
NaegeliReporting.com
Serving all of Washington, Oregon, Idaho and the Nation
Selected "Best Court Reporting Firm"

NAEGELI REPORTING
"The Deposition Experts"

Videoconferencing   Trial Presentation   Document Management   Videography   Court Reporting

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDI. NO. 1873
SECTION "N" (5)
_____



DEPOSITION OF JOHN D. OSTERAAS, Ph.D.
Taken on behalf of the Plaintiffs
Wednesday, December 16, 2009



EXHIBIT
P
Blumberg No. 5119

1  in front of him the errata report, I don't think he has a

2  copy of the original report.

3  BY MR. D'AMICO:

4      Q.   Okay.  I think this is the section of the report

5  where you were analyzing the entry door.  Okay, let's turn

6  to Page 15 and start with, "Mr. Wright's testimony, as well

7  as a photo of the trailer, indicate that in 2007 he was

8  unable to fully close the door.  And that the problem of the

9  door not closing fully became progressively worse over a

10  period of time."

11          Do you see where I'm reading in your report?

12     A.   Yes.

13     Q.   Okay.  Did I read that correctly?

14     A.   I believe so.

15     Q.   All right.  Is that your understanding of what Mr.

16  Wright's testimony was?

17     A.   That's is my summary of my understanding of his

18  testimony.

19     Q.   Okay.  And if we turn to page 16, I'm going to ask

20  you to read this sentence, "Given the fact that the support

21  piers were simply supported on the ground surface any

22  differential movement of the soil beneath the trailer over a

23  period of several years is inevitable and would result in

24  differential movement of the trailer."

25          What did you mean by that statement, Doctor?

NAEGELI REPORTING
"The Deposition Experts"

(800) 528-3335
NaegeliReporting.com
Serving all of Washington, Oregon, Idaho and the Nation
Selected "Best Court Reporting Firm"

1      A.   Well, several things.  First and foremost, the

2  fact that the piers were placed on plywood supported on the

3  topsoil at the surface at the ground, we would expect, over

4  a period of years some minor differential movement of that

5  soil, either as a result of sort of normal precipitation,

6  periods of drought or heavy rains, and anything that would

7  really affect the, essentially, the soil volume.  So you

8  could have either swelling or minor differential settlement

9  of the soil.

10      And part of the reason that we build structures --

11  well, one other thing, you know, just given the types of --

12  or the problems we have in New Orleans, in general, with

13  long-term subsidence, I would expect to see some movement

14  over time without installation of deep foundations.

15      Q.   Okay.  In fact you say that, "movement of the soil

16  beneath the travel trailer over a period of several years is

17  inevitable."

18      That's a true statement, isn't it?

19      A.   I believe that entire sentence is a true

20  statement.

21      Q.   Particularly given the soil conditions that exist

22  in New Orleans, and particularly the areas where Lyndon

23  Wright's trailer was located?

24      MR. KURTZ:  Objection; form.

25      THE WITNESS:  I think this is a true statement in

(800) 528-3335
NaegeliReporting.com

NAEGELI REPORTING
"The Deposition Experts"

Serving all of Washington, Oregon, Idaho and the Nation
Selected "Best Court Reporting Firm"