AFFIDAVIT OF THOMAS W. FRIBLEY

State of Indiana
County of Elkhart

BEFORE ME, an officer duly authorized to administer oaths, came Thomas W. Fribley, who, having been duly sworn deposes and makes this affidavit in connection with

1.

My name is Thomas W. Fribley. I have been in the recreational vehicle industry for thirty nine years. I have been employed by vendors and manufacturers for over thirty years and have, for the last six years, been President of Fribley Technical Services, Inc., a consulting company to the RV industry. I am a Certified Master Service Technician in the repairing of recreational vehicles and their components. A copy of my curriculum vitae and rate sheet is attached as Exhibit A.

2.

I have been actively involved in the Recreational Vehicle Industry Association (RVIA) and Recreational Vehicle Dealers Association (RVDA) training programs and textbook writing committees for recreational vehicle service technicians since 1988 and at Coachmen Industries since 1976. These training programs have taught thousands of technicians how to repair recreational vehicles and the different construction methods used by various manufacturers in the construction of their products. I have also trained service personnel on how to properly maintain and service appliances as well as the exterior coach seals and required maintenance.

3.

On August 21, 2009 I traveled to the FEMA storage facility at 586 Schexnayder Lane, Melville, LA 71353 and inspected the trailer involved in the Wright v Forest River case. I also attended jacking testing on August 26, 27, 28, 2009. In addition I attended the disassembly of the vehicle on August 31, and September 1, 2009. Below is the description of the trailer, along with notes regarding its condition:

VIN #:   4X4TSMH296C008992

Date of Manufacture:   November 2005

FEMA Barcode #:   1277021

FR-LTW-EXP05-0

EXHIBIT
R
Blumberg No. 5119

2

4.

Damage to the trailer is noted below:

Scrape in metal driver side rear above power door.

Tie down at passenger side rear bent flat.

Bath vent missing.

Entry door frame damaged.

Metal strapping added above sewer termination at rear of slide room with screws through roof edge molding.

Entry door frame bent at latch assembly.

Air conditioner return air filter clogged with dirt/dust.

Plumbing seals under trailer require resealing.

5.

The travel trailer has been in storage at the Melville facility since September 2008. No maintenance has been performed on any exterior seals. Seals at the driver side front corner, driver side front window, entry door, and corner edge moldings showed evidence of shrinkage from age. Maintenance is required on all exterior seals, moldings, and appurtences to prevent water leakage.

Utilizing an Extech MO 100 moisture meter, the interior of the vehicle was tested at 50 plus locations with all readings in a normal area of 0 to 1 % with exception of the area under the front window on the driver side, front driver side lower corner, the floor at the rear corner of the entry door, and bathroom area where missing roof vent was replaced. Readings in the bathroom and bedroom areas showed pockets of moisture content above 90 %. All areas where moisture content was abnormal were caused by leakage due to lack of maintenance.

6.

The trailer was disassembled the final two days of the inspection. Disassembly showed that the trailer met all applicable industry standards in effect at the time of its manufacture.

7.

Based on my experience, my investigation, Mr. Wright's deposition, and inspection of the trailer, I conclude there were no water leaks attributable to the manufacturer. Water leakage was caused after the trailer was transferred into FEMA's care and responsibility.

3

8.

Based on my training and experience in the RV industry and observations made during the testing and inspection of the Wright unit, I concluded that the unit at issue was constructed properly and in accordance with industry standards in effect at the time the unit was manufactured.

FURTHER AFFIANT SAYETH NOT.

_____
Thomas W. Fribley

Sworn to and subscribed before me
this 30 day of October, 2009.

_____
Notary Public

My commission expires_____

JANET F. FRIBLEY
Elkhart County
My Commission Expires
July 12, 2017