# Transcript of the Testimony of **James Albrecht**

**Date:** January 20, 2010
**Volume:**

**Case:**

Printed On: February 12, 2010

Stewart Richardson and Associates
Phone:317-237-3773
Fax:317-237-3767
Email:depo@stewartrichardson.com
Internet: www.stewartrichardson.com

Indianapolis   Evansville   Fort Wayne



1      to guide us, to advise us in the suitability of
2      their frames for the products that we build.
3  Q   Did you have discussions with Lippert as to what
4      was necessary for the FEMA spec chassis?
5  A   I'm certain that we let them know how long of a
6      frame we were going to need, where we felt the axle
7      centers should be placed, how we wanted cross
8      members arranged, what kind of unit we were
9      building.  And then from that point we rely on them
10     to provide us a frame that's suitable for that
11     purpose.
12 Q   Do you know if they designed a frame specific to
13     FEMA spec or if they used a preexisting frame?
14 A   The frame would be specific to floor plan.
15 Q   Did they --
16 A   Now, that said, many frames -- I mean, frames are
17     very similar in nature.
18 Q   How was the recreational, the components of the
19     travel trailer that sit on the chassis, how were
20     those affixed to the chassis?
21 A   They're bolted to the chassis.
22 Q   Did you ever have any conversations with Lippert
23     about whether or not their frames were designed to
24     be installed on concrete block piers?
25 A   No.

87

1  Q  Do you have any knowledge as to whether or not the
2     Lippert frames were designed to be installed on
3     concrete block piers?
4        MR. DINNELL:  Objection, foundation.
5  A  I don't think we were aware they were going to be
6     installed on piers or foundations.  I know I
7     wasn't.
8  Q  So then you couldn't tell Lippert anything to that
9     effect?
10 A  No.  That's correct.
11 Q  Do you know whether Forest River had any employees
12    that went down to the Gulf Coast to help with any
13    of the Forest River spec units, issues that may or
14    may not arise in those units?  Do you know what I'm
15    asking?
16 A  I do.  I don't know -- I don't know if we had any
17    support for the Gulf Coast.  I have a vague
18    recollection that we did have some support, but it
19    may have been for one of the Florida -- I just
20    don't know.
21 Q  Okay.  Do you know if you were -- if Forest River
22    was ever contacted, or you personally contacted, by
23    either FEMA or NACS or any other entity involved in
24    the emergency housing efforts in the Gulf Coast?
25       MR. BONE:  Say that again.  I'm sorry.