UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO: 1873

SECTION N(5)

JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:
*North American Catastrophe Service, Inc. v.*
*Northfield Ins. Co.No. 09-3818*

MAGISTRATE CHASEZ

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NORTHFIELD INSURANCE COMPANY'S
## RESPONSE TO STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT** comes Northfield Insurance Company ("Northfield"), which hereby responds to the Statement of Uncontested Material Facts filed by North American Insurance Company ("NACS") as follows:

1. Disputed. Northfield Insurance Company issued that certain policy of insurance to NACS bearing policy number CP494600 for the effective period from August 25, 2004 through August 25, 2005 (the "2004 Policy"). Northfield Insurance Company issued that certain policy of insurance to NACS bearing policy number CP494600-1 for the effective period from August 25, 2005 through August 25, 2006 (the "2005 Policy"). According to the relevant Declarations Pages, NACS purchased the policies through All Risks, Ltd., an agent located in Jupiter, Florida.

2. Disputed. The 2004 Policy and 2005 Policy only provide coverage consistent with all terms, limitations, conditions and exclusions contained therein, including but not limited to the Total Pollution Exclusion, which provides in relevant part:

> This insurance does not apply to:
> 1. "Bodily injury" or "property damage," which would not have occurred in whole or in part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.
>
> \* \* \*
>
> 2. Any loss, cost or expense arising out of any:
>    (a) Request, demand, order or statutory or regulatory

1

        requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

    (b) Claim or suit by or on behalf of a government authority or others because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants."

3. Undisputed.

4. Undisputed.

5. Undisputed.

6. While Northfield does not dispute that plaintiffs seek damages because of exposure to formaldehyde fumes, Northfield objects to any characterization of underlying plaintiffs' allegations to the extent that the allegations in the *Aldridge* and *Sinegar* Complaints speak for themselves.

7. While Northfield does not dispute that plaintiffs seek damages because of exposure to formaldehyde fumes, Northfield objects to any characterization of underlying plaintiffs' allegations to the extent that the allegations in the *Aldridge* and *Sinegar* Complaints speak for themselves.

8. While Northfield does not dispute that plaintiffs seek damages because of exposure to formaldehyde fumes, Northfield objects to any characterization of underlying plaintiffs' allegations to the extent that the allegations in the *Aldridge* and *Sinegar* Complaints speak for themselves.

9. Disputed as written. NACS provided notice of the *Aldridge* and *Sinegar* Complaints to Northfield.

10. Undisputed.

11. Disputed as written. Based on the underlying plaintiffs' alleged damages resulting from exposure to formaldehyde in both the *Aldridge* and *Sinegar* Complaints and the Total Pollution Exclusion in the Policies, Northfield declined to defend NACS against the underlying lawsuits.

12. Disputed as written. Based on underlying plaintiff's allegations of damages resulting from exposure to formaldehyde in both the *Aldridge* and *Sinegar* Complaints and the Total Pollution Exclusion in the Policies, Northfield has no obligation to defend NACS against the underlying lawsuits.

Respectfully submitted,

*[signature]*

RALPH S. HUBBARD III, T.A., La. Bar # 7040
TINA L. KAPPEN, La. Bar #29579
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Northfield Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2010, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system and notice of this filing was sent to all know counsel of record by operation of the court's electronic filing system.

*[signature]*