**Active** records are shown in **Bold**.

Total Results: 250

**Maximum number of results returned. Please specify additional search criteria.**

| Name | Type | City | Detail |
|---|---|---|---|
| **NORTH AMERICAN BENEFITS COMPANY** | Business Corporation (Non-Louisiana) | WAYNE | Details |
| NORTH AMERICAN BENEFITS NETWORK, INC. | Business Corporation (Non-Louisiana) | CLEVELAND | Details |
| NORTH AMERICAN BETTER LIVING ALLIANCE, INC. | Non-Profit Corporation or Co-op (Non-Louisiana) | DALLAS | Details |
| **NORTH AMERICAN BIOLOGICALS, INC.** | Previous Name | DOVER | Details |
| **NORTH AMERICAN BLONDE D'AQUITAINE ASSOCIATION, INC.** | Non-Profit Corporation | FRANKLINTON | Details |
| NORTH AMERICAN BOAT RENTALS, INC. | Business Corporation | GALLIANO | Details |
| NORTH AMERICAN BOAT RENTALS, INC. | Business Corporation | GALLIANO | Details |
| NORTH AMERICAN BOAT RENTALS, L.L.C. | Limited Liability Company | GALLIANO | Details |
| NORTH AMERICAN BOTTLERS | Trade Name | OVERLAND PARK | Details |
| NORTH AMERICAN BOTTLERS, L.L.C. | Limited Liability Company | BATON ROUGE | Details |
| NORTH AMERICAN BUILDERS, L.L.C. | Limited Liability Company | COVINGTON | Details |
| NORTH AMERICAN CABINET CORP. | Business Corporation (Non-Louisiana) | MARSHALL | Details |
| NORTH AMERICAN CAPITAL CORPORATION | Business Corporation (Non-Louisiana) | BUFFALO | Details |
| NORTH AMERICAN CAPITAL CORP. | Business Corporation (Non-Louisiana) | WILMINGTON | Details |
| **NORTH AMERICAN CAPITAL VENTURES, LLC** | Limited Liability Company | NEW ORLEANS | Details |
| NORTH AMERICAN CAR CORPORATION | Business Corporation (Non-Louisiana) | CHICAGO, IL | Details |
| NORTH AMERICAN CARBON CORPORATION, INC. | Business Corporation | SHREVEPORT | Details |
| NORTH AMERICAN CARD ASSOCIATION, INC. | Business Corporation (Non-Louisiana) | GREENWOOD | Details |
| **NORTH AMERICAN CARD AND COUPON SERVICES, LLC** | Limited Liability Company (Non-Louisiana) | ALEXANDRIA | Details |
| **NORTH AMERICAN CASE MANAGERS, INC.** | Previous Name | CLEVELAND | Details |
| NORTH AMERICAN CASH SERVICES, INC. | Business Corporation | LAFAYETTE | Details |
| NORTH AMERICAN CASH SYSTEMS, INC. | Business Corporation | LAFAYETTE | Details |
| NORTH AMERICAN CASH SYSTEMS, INC. | Business Corporation (Non-Louisiana) | PORTLAND | Details |
| **NORTH AMERICAN CASUALTY CO.** | Business Corporation (Non-Louisiana) | OMAHA | Details |
| NORTH AMERICAN CHARTERS & TOURS, INC. | Business Corporation | TROUT | Details |

**1 2 3 4 5 6 7 8 9 10**

New Search      View Shopping Cart



EXHIBIT
B