UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO: 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br>*North American Catastrophe Service, Inc. v. Northfield Ins. Co.No. 09-3818* | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NORTHFIELD INSURANCE COMPANY'S
## CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant, Northfield Insurance Company ("Northfield"), files this Cross-Motion for Summary Judgment in its favor as to the claims of North American Catastrophe Services, Inc. ("NACS").

For the reasons set forth in Northfield's accompanying memorandum in support of this Cross-Motion, summary judgment is appropriate because there are no genuine issues of material fact, and the relevant insurance policies issued by Northfield to NACS contain Total Pollution Exclusions that unambiguously exclude any coverage for the underlying plaintiffs' alleged exposure to formaldehyde as asserted against NACS in the underlying lawsuits.

WHEREFORE, Northfield Insurance Company prays that this Court grant its Cross-Motion for Judgment, enter an Order dismissing, with prejudice, all of NACS' claims against Northfield, and grant any further relief that the Court deems just and proper.

Respectfully submitted,

*[signature]*

**RALPH S. HUBBARD III, T.A., La. Bar # 7040**
**TINA L. KAPPEN, La. Bar #29579**
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Northfield Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2010, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system and notice of this filing was sent to all know counsel of record by operation of the court's electronic filing system.

*[signature]*