### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO: 1873

SECTION N(5)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:
*North American Catastrophe Service, Inc. v.*
*Northfield Ins. Co.No. 09-3818*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF Connecticut
COUNTY OF HARTFORD

### AFFIDAVIT OF HOWARD E. FITTS

I, Howard E. Fitts, being first duly sworn according to law, depose and state as follows:

1. I am the Second Vice President for Operations & Systems, Document Management Unit at Northfield Insurance Company.

2. I hereby certify that (1) Policy number CP494600 and covering the period from August 25, 2004 through August 25, 2005, and (2) Policy number CP494600-1 and covering the period from August 25, 2005 through August 25, 2006 (collectively, "Policies") are true and accurate copies of the Policies issued to North American Catastrophe Service, Inc. by Northfield Insurance Company.

*Howard E. Fitts*

State of Connecticut )
County of HARTFORD )

Subscribed and sworn to before me this 16th day of February, 2010.

*Debra S Miller*
Notary Public

My Commission Expires
May 31, 2012



EXHIBIT
F