UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO: 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br>*North American Catastrophe Service, Inc. v. Northfield Ins. Co.*<br>*No. 09-3818* | MAGISTRATE CHASEZ |

*****************************************************************

## NOTICE OF HEARING

TO:   Plaintiff, North American Catastrophe Service, Inc.
      Through their attorney of record:
      Kevin F. Bruce
      Galloway, Johnson, Tompkins, Burr & Smith, P.C.
      701 Poydras Street, Suite 4040
      New Orleans, Louisiana 70139

**PLEASE TAKE NOTICE** that Defendant, Northfield Insurance Company ("Northfield"), will bring on for hearing its Cross-Motion for Summary Judgment before the Honorable Judge Kurt D. Engelhardt on the **10th day of March, 2010 at 9:30 a.m.** or as soon thereafter as counsel can be heard, at the United States Courthouse, 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted,

*[signature]*

**RALPH S. HUBBARD III, T.A., La. Bar # 7040**
**TINA L. KAPPEN, La. Bar #29579**
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Northfield Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2010, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system and notice of this filing was sent to all know counsel of record by operation of the court's electronic filing system.

*[signature]*