**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

**MDL NO: 1873**

**SECTION N(5)**

**JUDGE ENGELHARDT**

THIS DOCUMENT IS RELATED TO:
*North American Catastrophe Service, Inc. v. Northfield Ins. Co.*
*No. 09-3818*

**MAGISTRATE CHASEZ**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Cross-Motion for Summary Judgment filed by Northfield Insurance Company ("Northfield");

**IT IS HEREBY ORDERED,** that Northfield's Cross-Motion for Summary Judgment is granted and that all claims asserted by North American Catastrophe Services, Inc. against Northfield be and hereby are dismissed with prejudice.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____

UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA