# UNITED STATES DISTRICT COURT
for the

USDC Eastern District of Louisiana

Ricky Calhoun, et al.
)
Plaintiff )
v. ) Civil Action No. **09-7108**
Champion Home Builders Co. )
Defendant )

**RETURN**

**SECT.N MAG5**

Summons in a Civil Action

To: *(Defendant's name and address)*

CH2M Hill Construction, Inc
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Oct 29 2009**

Date: _____

Loretta G. Whyte
Loretta G. Whyte
Name of Clerk of court

*[signature]*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

November 16, 2009

*Via Certified Mail - Return Receipt Requested & Regular Mail*
CH2M Hill Construction, Inc
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

RE: Service for Ricky Calhoun, et al. v. Champion Home Builders Co., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on October 29, 2009 in Cause No. 09-7108, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to CH2M Hill Construction, Inc. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures





Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2250 0003 2350 2509**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 11:16 AM on November 19, 2009 in BATON ROUGE, LA 70808.

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>CH2M Hill Construction, Inc</u> by:

(1) personally delivering a copy of each to the individual at this place, _____ _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) <u>Certified mail return receipt requested #70092250000323502509, Sent 11/17/2009, Received 11/19/2009. Registered Agent: C T Corporation System 5615 Corporate Blvd. Ste. 400B Baton Rouge, LA 70808</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

Date: <u>1/13/2010</u>

_____
Server's signature

Wynter Lee - Mass Tort Coordinator
Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401
Server's address