UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCTS LIABILITY<br>LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: N(5) |
| This Document Relates to: *Lyndon T. Wright v. Forest River, Inc., et al*, Docket No. 09-2977 | * * * | JUDGE: ENGELHARDT<br><br>MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT STIPULATION OF FACT

Plaintiff, Lyndon T. Wright, and defendants, Forest River, Inc. and Shaw Environmental, Inc., though their respective undersigned counsel, hereby jointly stipulate the following facts as established:

1. At all times the travel trailer bearing VIN 4X4TSMH296C008992 was located at plaintiff's residence at 2315 Seminole Lane, New Orleans, Louisiana, a vent cap was present on the roof of the travel trailer.

2. At all times the travel trailer bearing VIN 4X4TSMH296C008992 was located at FEMA storage site in Melville, Louisiana, the roof vent cap over the bathroom area was missing.

3. Any and all moisture damage observed in the bathroom area of the Wright unit during the August and September 2009 testing was the result of bulk water intrusion caused by the missing vent cap.

4. Plaintiff hereby dismisses as moot his Motion *in limne* regarding the vent cap, Rec.

Doc. 11419.

Respectfully submitted,

/s/ Frank J. D'Amico
FRANK J. D'AMICO, JR. (La. State Bar Roll No. 17519)
AARON Z. AHLQUIST (La. State Bar Roll No. 29063)
FRANK J. D'AMICO, JR., APLC
622 Baronne Street
New Orleans, LA 70113
Phone: (504) 525-7272 ext.233
Fax:   (504) 525-1073
*ATTORNEYS FOR LYNDON T. WRIGHT*


/s/ Jason D. Bone
ERNEST P. GIEGER, JR. (La. State Bar Roll No. 6154)
JASON D. BONE (La. State Bar Roll No. 28315)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*ATTORNEYS FOR FOREST RIVER, INC.*


/s/ M. David Kurtz
David Kurtz (La. State Bar Roll No. 23821)
Karen K. Whitfield (La. State Bar Roll No. 19350)
Catherine N. Thigpen (La. State Bar Roll No. 30001)
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
*ATTORNEYS FOR SHAW ENVIRONMENTAL, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Jason D. Bone