# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

Shabree Page, et al.

Plaintiff
v.
CMH Manufacturing, Inc.
Defendant

Civil Action No.

**RETURN**

**09-7122**

**SECT.N MAG 5**

### Summons in a Civil Action

To: *(Defendant's name and address)*

CMH Manufacturing, Inc.
C T Corporation System
800 Gay Street Ste. 2021
Knoxville, TX 37929

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Oct 29 2009

Date: _____

Loretta G. Whyte
Name of clerk of court

*(signature)*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

November 16, 2009

<u>*Via Certified Mail - Return Receipt Requested & Regular Mail*</u>
CMH Manufacturing, Inc.
C T Corporation System
800 Gay Street Ste. 2021
Knoxville, TX 37929

RE:  Service for Shabree Page, et al. v. CMH Manufacturing, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on October 29, 2009 in Cause No. 09-7122, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to CMH Manufacturing, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>CMH Manufacturing, Inc.</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #70092250000323502776, Sent 11/17/2009, Received 11/19/2009. Registered Agent: C T Corporation System 800 Gay Street Ste. 2021 Knoxville, TX 37929</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>1/13/2010</u>

                                                                        *[signature: Wynter Lee]*
                                                                        Server's signature

                                                             Wynter Lee - Mass Tort Coordinator
                                                                         Printed name and title

                                                            2506 N. Port Ave. Corpus Christi, TX 78401
                                                                           Server's address