# UNITED STATES DISTRICT COURT
for the

USDC Eastern District of Louisiana

Seth Barletter, et al.

Plaintiff
v.
Viking Recreational Vehicle Company, LLC
Defendant

Civil Action No.

**RETURN**

Summons in a Civil Action

**09-7123**

**SECT.N MAG 5**

To: *(Defendant's name and address)*

Viking Recreational Vehicle Company, LLC
CSC- Lawyers Incorporating Services
601 Abbott Rd
East Lansing, MI 48823

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Oct 29 2009

Date: _____

Loretta G. Whyte
Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

November 16, 2009

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Viking Recreational Vehicle Company, LLC
CSC- Lawyers Incorporating Services
601 Abbott Rd
East Lansing, MI 48823

RE: Service for Seth Barletter, et al. v. Viking Recreational Vehicle Company, LLC, et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on October 29, 2009 in Cause No. 09-7123, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Viking Recreational Vehicle Company, LLC. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures






Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2250 0003 2350 2820**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 8:31 AM on November 19, 2009 in EAST LANSING, MI 48826.

**Track & Confirm**
Enter Label/Receipt Number.



Detailed Results:
- **Delivered, November 19, 2009, 8:31 am, EAST LANSING, MI 48826**
- **Arrival at Unit, November 19, 2009, 7:30 am, EAST LANSING, MI 48823**

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >



**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Viking Recreational Vehicle Company, LLC</u> by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>Certified mail return receipt requested #70092250000323502820, Sent 11/17/2009, Received 11/19/2009.  Registered Agent:  CSC- Lawyers Incorporating Services  601 Abbott Rd  East Lansing , MI 48823</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>1/13/2010</u>

*Wynter Lee* (signature)
Server's signature

Wynter Lee - Mass Tort Coordinator
Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401
Server's address