AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Louisiana

| | | |
|---|---|---|
| Zachary Winfield, Jr. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 09-6188 |
| Coachmen Industries, Inc., U.S. of Am through | ) | Sect.N Mag 5 |
| FEMA and Shaw Environmental, Inc. | ) | |
| Defendant | | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
United States of America through office of US Attorney General for the Eastern District of Louisiana, Jim Letten, US Attorney, Hale Boggs Federal Bldg, 500 Poydras St., Suite B-210, New Orleans, LA 70130

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

J. DOUGLAS SUNSERI (#19173)
NICAUD & SUNSERI, LLC
3000 18th Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Jan 13 2010

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Caleb White   C. Date of Delivery: 1/9/10<br>D. Is delivery address different from item 1? ☑ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Hon. Jim Letten<br>US Attorney General<br>Eastern District of La<br>500 Poydras St., #B210<br>New Orleans, LA 70130 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service) | 7008 1140 0004 7337 7932 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540