AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Thu Thi Nguyen )
)
*Plaintiff* )
)
v. ) Civil Action No. 09-6430 "N" 5
Thor California, Inc., d/b/a Thor Manufacutring, US of )
America through FEMA, and CH2M Hill Constructors )
)
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of america
Through the Ofice of the U.S. Attorney
for the Eastern Distrcit of Louisiana
Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J Douglas Sunseri (#19173)
3000 18th St,
Metairie, LA 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Jan 08 2010

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Tammy Dearey_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>                                                 1-13-10 |
| 1. Article Addressed to:<br><br>Hon. Jim Letten<br>U.S. Attorney General<br>Eastern District of La<br>500 Poydras St., # B-210<br>New Orleans, LA 70130 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>  ☐ Certified Mail    ☐ Express Mail<br>  ☐ Registered       ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 3230 0000 9043 2383 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540