Case 2:07-md-01873-KDE-MBN Document 11649 Filed 02/17/10 Page 1 of 2
Case 2:07-md-01873-KDE-ALC Document 8118-2 Filed 11/25/2009 Page 1 of 1
AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

Thu Thi Nguyen

v.

Thor California, Inc d/b/a Thor Manufacturing; United States of America Through the Federal Emergency Management Agency; and CH2M Hill Constructors, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 09-6430
Sect. N   Mag 5

TO: CH2M Hill Constructors, Inc.
Through its Agency for Service of Process
CT Corporation System
5615 Corporate Boulevard
Suite 400B
Baton Rouge, Louisiana 70808

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J. DOUGLAS SUNSERI, (#19173)
NICAUD & SUNSERI, LLC
3000 18TH Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: __Nov 25 2009__

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X CT Corporation Sy   ☐ Agent   ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Suite 400B<br>Baton Rouge, LA<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>CT Corporation System<br>5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA<br>70808 | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 3230 0000 9842 7957 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540