AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Anita Lee, individually, and on behalf of her minor child, Edwina Meyer
*Plaintiff*

v.

Reaction By Design LLC; United States of America through the Federal Emergency Managements Agen
*Defendant*

Civil Action No. 09-6428

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Recreation By Design, LLC
Through its Agent for Service of Process
Randall K. Rush
21746 Buckingham Rd.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. DOUGLAS SUNSERI (#19173)
3000 18th Street
Metairie, Louisiana 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 17 2009

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Randal K. Rush
   21746 Buckingham Rd.
   Elkhart, IN 46516

2. Article Number
   (Transfer from service label)      7008 3230 0000 9843 1954

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Rebecca Pinston_     ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Rebecca Pinston
C. Date of Delivery: 1/7/10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540