AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Devin Romero, individually and for his minor child, Logan Romero, and Jamee Romero<br>V.<br>KZRV, LP, United States of America Through the Federal Emergency Management Agency; and Fluor Enterprises, Inc. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: 09-6423<br>Sect. N   Mag 5 |

TO: United States of America through FEMA
    Through the Office of the Director
    Craig Fugate, Director
    500 C Street SW
    Washington, DC  20477

A lawsuit has been filed against you.

   Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civ Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J. DOUGLAS SUNSERI, (#19173)
NICAUD & SUNSERI, LLC
3000 18TH Street, Metairie, LA  70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. Yo also must file your answer or motion with the Court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date:  Nov 25 2009

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  CRDS RECEIVING<br>X ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name)    C. Date of Delivery<br>DEC 3 0 2009 |
| 1. Article Addressed to:<br>Craig Fugate Director<br>FEMA<br>500 C Street SW<br>Washington DC<br>20477 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>*Jonathan A. Ransom* |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 3230 0000 9842 7865 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |