# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Devin Romero, individually and for his minor child, Logan Romero, and Jamee Romero<br><br>V.<br><br>KZRV, LP, United States of America Through the Federal Emergency Management Agency; and Fluor Enterprises, Inc. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: 09-6423<br>Sect. N  Mag 5 |

TO: KZRV, LP
    Through its Agent for Service of Process
    Daryl Zook
    9270 W. US 20
    Shipshewana, IN 46565

A lawsuit has been filed against you.

  Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
J. DOUGLAS SUNSERI, (#19173)
NICAUD & SUNSERI, LLC
3000 18TH Street, Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Nov 25 2009

Case 2:07-md-01873-KDE-MBN   Document 11673   Filed 02/17/10   Page 2 of 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

M. Daryl Zook
9270 W U520
Shipshewanna IN
46565

2. Article Number
(Transfer from service label)       7008 3230 0000 9842 7735

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Linda Whetstone       ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Linda Whetstone
C. Date of Delivery: 6/12/09

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes