UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * | MDL NO. 07-1873 |
| | * | |
| | * | |
| | * | SECTION N-4 |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | JUDGE ENGELHARDT |
| *All cases, & specifically those identified in Exhibit "A".* | * | |
| | * | MAGISTRATE ROBY |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ANSWER AND AFFIRMATIVE AND OTHER DEFENSES OF DEFENDANTS SKYLINE CORPORATION AND LAYTON HOMES CORP. TO THIRD SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT AND FOURTH SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT AND JURY TRIAL REQUEST

Defendants Skyline Corporation and Layton Homes Corp. respectfully submit their Master Answer and Affirmative and Other Defenses to the Administrative Master Complaint, Third Supplemental and Amended Master Complaint (Rec. Doc. 4486) ("Third AMC"), and Fourth Supplemental and Amending Master Complaint (Rec. Doc. 7688) ("Fourth AMC"), which shall constitute the answer of Skyline Corporation & Layton Homes Corp. (collectively, "Skyline") in each action now pending or subsequently transferred to this multi-district litigation, including any actions in which Skyline has been named as a defendant, and including all actions named in Exhibit "A" hereto.

859156.2

## FIRST DEFENSE

The Third and Fourth AMC's fails to state any claim against Skyline upon which relief can be granted.

## SECOND DEFENSE

**AND NOW**, in answer to the numbered allegations of the Third AMC and Fourth AMC, as supplemented and amended, Skyline responds as follows:

## ANSWER TO THIRD SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT

1.

The allegations contained in Paragraph 1 of the Third AMC require no response from Skyline.  To the extent that a response is required, Skyline states that the court record is the best evidence of its contents and denies any allegations inconsistent therewith.

2.

The allegations contained in Paragraph 2 of the Third AMC require no response from Skyline.  To the extent that a response is required, Skyline states that the court record is the best evidence of its contents and denies any allegations inconsistent therewith.  Skyline admits that Plaintiffs' motion for class certification was denied. (*See* Rec. Doc. 1014).

3.

The allegations contained in Paragraph 3 of the Third AMC require no response from Skyline.  To the extent that a response is required, Skyline states that the court record is the best evidence of its contents and denies any allegations inconsistent therewith.

859156.2

4.

The allegations contained in Paragraph 4 of the Third AMC require no response from Skyline. To the extent that a response is required, Skyline states that the court record is the best evidence of its contents and denies any allegations inconsistent with the orders of this Court.

5.

The allegations contained in Paragraph 5 of the Third AMC require no response from Skyline. To the extent that a response is required, Skyline denies any allegations inconsistent with the orders of this Court.

6.

Paragraph 6 of the Third AMC is a statement of law that requires no response from Skyline. To the extent that a response is required, Skyline denies any allegations inconsistent with the orders of this Court.

7.

Paragraph 7 of the Third AMC is a statement of law that requires no response from Skyline. To the extent that a response is required, Skyline denies any allegations inconsistent with the orders of this Court.

8.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 8 of the Third AMC and therefore denies them.

9.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 9 of the Third AMC and therefore denies them.

859156.2

10-60.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraphs 10-60 of the Third AMC and therefore denies them.

61.

With respect to the allegations contained in Paragraph 61, Skyline admits that Layton Homes Corp. is an Indiana corporation, but denies that it manufactured and supplied FEMA trailers or housing units as defined in the Third AMC pursuant to contracts with FEMA for use in those states.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in  Paragraph 61 of the Third AMC and therefore denies them.

62-84.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraphs 62-84 of the Third AMC and therefore denies them.

85.

With respect to the allegations contained in Paragraph 85, Skyline admits that Skyline Corporation is an Indiana corporation and that it conducts business in Louisiana, Mississippi, Alabama, and Texas, but denies that it manufactured and supplied FEMA trailers or housing units as defined in the Third AMC pursuant to contracts with FEMA for use in those states. Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in  Paragraph 61 of the Third AMC and therefore denies them.

86-115.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraphs 86-115 of the Third AMC and therefore denies them.

859156.2

116.

Paragraph 116 of the Third AMC is a statement of law that requires no response from Skyline.  To the extent that a response is required, Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

117.

Skyline admits the subject matter jurisdictional requirements of this Court are satisfied. Skyline denies the remaining allegations contained in Paragraph 117 of the Third AMC.

118.

Skyline admits the subject matter jurisdictional requirements of this Court are satisfied. Skyline denies the remaining allegations contained in Paragraph 118 of the Third AMC.

119.

Skyline admits the subject matter jurisdictional requirements of this Court are satisfied. Skyline denies the remaining allegations contained in Paragraph 119 of the Third AMC.

.

120.

Paragraph 120 of the Third AMC is a statement of law that requires no response from Skyline.  To the extent that a response is required, Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

121.

Paragraph 121 of the Third AMC is a statement of law that requires no response from Skyline.  To the extent that a response is required, Skyline lacks knowledge or information

sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them. Skyline reserves the right to object to venue with respect to all individual lawsuits according to Pretrial Orders 26 and 44.

122.

Paragraph 122 of the Third AMC is a statement of law that requires no response from Skyline. To the extent that a response is required, Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them. Skyline reserves the right to object to venue with respect to all individual lawsuits according to Pretrial Orders 36 and 44.

123.

Paragraph 123 of the Third AMC is a statement of law that requires no response from Skyline. To the extent that a response is required, Skyline denies any allegations inconsistent with the orders of the U.S. Panel on Multi Judicial District Litigation.

124.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 124 of the Third AMC and therefore denies them.

125.

With respect to the allegations contained in Paragraph 125 of the Third AMC, Skyline states that the document referenced therein is the best evidence of its contents and denies any allegation inconsistent therewith. Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in that paragraph and therefore denies them.

126.

With respect to the allegations contained in Paragraph 126 of the Third AMC, Skyline states that the document referenced therein is the best evidence of its contents and denies any allegation inconsistent therewith.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in that paragraph and therefore denies them.

127.

With respect to the allegations contained in Paragraph 127 of the Third AMC, Skyline states that the document referenced therein is the best evidence of its contents and denies any allegation inconsistent therewith.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in that paragraph and therefore denies them.

128.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraphs 128 of the Third AMC and therefore denies them.

129.

With respect to the allegations contained in Paragraph 129 of the Third AMC, Skyline denies contracting with FEMA regarding the purchase of housing units.   Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

130.

Skyline denies the allegations contained in Paragraph 130 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

131.

Skyline denies the allegations contained in Paragraph 131 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

132.

Skyline denies the allegations contained in Paragraph 132 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

133.

Skyline denies the allegations contained in Paragraph 133 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

134.

Skyline denies the allegations contained in Paragraph 134 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

135.

Skyline denies the allegations contained in Paragraph 135 to the extent they pertain to Skyline. Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

136.

Paragraph 136 of the Third AMC is a statement of law that requires no response from Skyline. To the extent that a response is required, Skyline states that 24 C.F.R. § 3280.309 is the best evidence of its contents and denies any allegation inconsistent therewith. Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

137.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 137 of the Third AMC and therefore denies them.

138.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 138 of the Third AMC and therefore denies them.

139.

Paragraph 139 of the Third AMC is a statement of law that requires no response from Skyline. To the extent that a response is required, Skyline states that 24 C.F.R. § 3280.308 is the best evidence of its contents and denies any allegation inconsistent therewith. Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

140.

Paragraph 140 of the Third AMC is a statement of law that requires no response from Skyline.  To the extent that a response is required, Skyline states that 44 C.F.R. § 206.110(e) is the best evidence of its contents and denies any allegation inconsistent therewith.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

141.

Skyline denies the allegations contained in Paragraph 141 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

142.

Paragraph 142 of the Third AMC is a statement of law that requires no response from Skyline.  To the extent that a response is required, Skyline states that that 42 U.S.C. § 4121, *et seq.*, Public Law 93-288, Title IV, § 408 (1988); and 42 U.S.C.A. § 5174(c)(1)(A) are the best evidence of the contents therein and denies any allegation inconsistent therewith.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

143.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 143 of the Third AMC and therefore denies them.

144.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 144 of the Third AMC and therefore denies them.

859156.2

145.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 145 of the Third AMC and therefore denies them.

146.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 146 of the Third AMC and therefore denies them.

147.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 147 of the Third AMC and therefore denies them.

148.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 148 of the Third AMC and therefore denies them.

149.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 149 of the Third AMC and therefore denies them.

150.

 Paragraph 150 of the Third AMC is a statement of law that requires no response from Skyline.  To the extent that a response is required, Skyline denies that any of its products were in anyway unsafe or presented a clear and present danger to health and well-being.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

151.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 151 of the Third AMC and therefore denies them.

152.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 152 of the Third AMC and therefore denies them.

153.

Paragraph 153 of the Third AMC is a statement of law that requires no response from Skyline.  To the extent that a response is required, Skyline submits that the contracts referred to are the best evidence of the contents therein and denies any allegations contrary therewith. Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

154.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 154 of the Third AMC and therefore denies them.  Skyline submits that the contracts referred to are the best evidence of the contents therein and denies any allegations contrary therewith.

155.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 155 of the Third AMC and therefore denies them.  Skyline submits that the contracts referred to are the best evidence of the contents therein and denies any allegations contrary therewith.

156.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 156 of the Third AMC and therefore denies them.  Skyline submits that the contracts referred to are the best evidence of the contents therein and denies any allegations contrary therewith.

157.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 157 of the Third AMC and therefore denies them.

158.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 158 of the Third AMC and therefore denies them.  Skyline submits that the various owner's manuals, if any, are the best evidence of the contents therein and Skyline denies any allegations contrary therewith.

159.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 159 of the Third AMC and therefore denies them.

160.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 160 of the Third AMC and therefore denies them.

161.

Skyline denies the allegations contained in Paragraph 161 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.  Skyline submits

that the warranties, if any, are the best evidence of the contents therein, and Skyline denies any allegations inconsistent therewith.

162.

Skyline denies the allegations contained in Paragraph 162 of the Third AMC that any of its products were unsafe or unsuitable for their intended use and denies that any of its products created hazardous conditions directly contributing to any adverse health effects.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

163.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 163 of the Third AMC and therefore denies them.

164.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 164 of the Third AMC and therefore denies them.

165.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 165 of the Third AMC and therefore denies them.

166.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 166 of the Third AMC and therefore denies them.

167.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 167 of the Third AMC and therefore denies them.

168.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 168 of the Third AMC and therefore denies them.

169.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 169 of the Third AMC and therefore denies them.

170.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 170 of the Third AMC and therefore denies them.

171.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 171 of the Third AMC and therefore denies them.

172.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 172 of the Third AMC and therefore denies them.

173.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 173 of the Third AMC and therefore denies them.  Skyline submits that the Statement of R. David Paulison is the best evidence of the contents therein, and Skyline denies any allegations inconsistent therewith.

174.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 174 of the Third AMC and therefore denies them.

175.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 175 of the Third AMC and therefore denies them.  Skyline submits that the documents referred to are the best evidence of the contents therein and Skyline denies any allegations inconsistent therewith.

176.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 176 of the Third AMC and therefore denies them.  Skyline submits that the Statement of Richard L. Skinner referred to are the best evidence of the contents therein and Skyline denies any allegations inconsistent therewith.

177.

Skyline denies the allegations contained in Paragraph 177 of the Third AMC that any of its products were defective or dangerous.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

178.

Skyline denies the allegations contained in Paragraph 178 of the Third AMC that any of its products were defective or dangerous.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.  Skyline submits that the report referred to is the best evidence of the contents therein and Skyline denies any allegations inconsistent therewith.

179.

Skyline denies the allegations contained in Paragraph 179 of the Third AMC that any of its products were defective or dangerous.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.  Skyline submits that the reports referred to are the best evidence of the contents therein and Skyline denies any allegations inconsistent therewith.

180.

Skyline denies the allegations contained in Paragraph 180 of the Third AMC that any of its products were defective or dangerous.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.  Skyline submits that the reports referred to are the best evidence of the contents therein and Skyline denies any allegations inconsistent therewith.

181.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 181 of the Third AMC and therefore denies them.  Skyline submits that the report and emails referred to are the best evidence of the contents therein and Skyline denies any allegations inconsistent therewith.

182.

Skyline denies the allegations contained in Paragraph 182 of the Third AMC that any of its products were unsafe.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

859156.2

183.

Skyline denies the allegations contained in Paragraph 183 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.  Skyline submits that the documents referred to in that paragraph are the best evidence of the contents therein and Skyline denies any allegations inconsistent therewith.

184.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 184 of the Third AMC and therefore denies them.  Skyline submits that the documents referred to in that paragraph are the best evidence of the contents therein and Skyline denies any allegations inconsistent therewith.

185.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 185 of the Third AMC and therefore denies them.  Skyline submits that the documents referred to in that paragraph are the best evidence of the contents therein and Skyline denies any allegations inconsistent therewith.

186.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 186 of the Third AMC and therefore denies them.  Skyline submits that the documents referred to in that paragraph are the best evidence of the contents therein and Skyline denies any allegations inconsistent therewith.

187.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 187 of the Third AMC and therefore denies them.  Skyline submits that the documents referred to in that paragraph are the best evidence of the contents therein and Skyline denies any allegations inconsistent therewith.

188.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 188 of the Third AMC and therefore denies them.  Skyline submits that the documents referred to in that paragraph are the best evidence of the contents therein and Skyline denies any allegations inconsistent therewith.

189.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 189 of the Third AMC and therefore denies them.  Skyline submits that the documents referred to in that paragraph are the best evidence of the contents therein and Skyline denies any allegations inconsistent therewith.

190.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 190 of the Third AMC and therefore denies them.  Skyline submits that the transcript referred to in that paragraph is the best evidence of the contents therein and Skyline denies any allegations inconsistent therewith.

191.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 191 of the Third AMC and therefore denies them.  Skyline

submits that the letter referred to in that paragraph is the best evidence of the contents therein and Skyline denies any allegations inconsistent therewith.

192.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 192 of the Third AMC and therefore denies them. Skyline submits that the documents referred to in that paragraph are the best evidence of the contents therein and Skyline denies any allegations inconsistent therewith.

193.

Skyline denies the allegations contained in Paragraph 193 of the Third AMC that any of its products were dangerous or caused any of Plaintiffs' injuries. Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

194.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 194 of the Third AMC and therefore denies them. Skyline submits that the documents referred to in that paragraph are the best evidence of the contents therein and Skyline denies any allegations inconsistent therewith.

195.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 195 of the Third AMC and therefore denies them. Skyline submits that the documents referred to in that paragraph are the best evidence of the contents therein and Skyline denies any allegations inconsistent therewith.

859156.2

196.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 196 of the Third AMC and therefore denies them.  Skyline submits that the documents referred to in that paragraph are the best evidence of the contents therein and Skyline denies any allegations inconsistent therewith.

197.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 197 of the Third AMC and therefore denies them.

198.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 198 of the Third AMC and therefore denies them.

199.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 199 of the Third AMC and therefore denies them.

200.

With respect to the allegations contained in Paragraph 200 of the Third AMC, Skyline incorporates its responses to Paragraphs 1-199 of the Third AMC as if fully set forth herein.

201-209.

Paragraphs 201-209 of the Third AMC are directed to claims against the federal government and its agencies and require no response from Skyline.  To the extent that any response is required, Skyline denies that any of its products were in any way defective or dangerous, caused any injury, or posed any risk of injury, denies any allegations inconsistent with the statutes, regulations, documents referenced therein, which are the best evidence of their

859156.2

contents, and denies that Skyline provided any product to FEMA.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in those paragraphs and therefore denies them.

210.

With respect to the allegations contained in Paragraph 210 of the Third AMC, Skyline incorporates its responses to Paragraphs 1-209 of the Third AMC as if fully set forth herein.

211.

Paragraph 211 of the Third AMC is a statement of law that requires no response from Skyline.  To the extent that a response is required, Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

212.

Skyline denies the allegations contained in Paragraph 212 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

213.

Skyline denies the allegations contained in Paragraph 213 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

214.

Skyline denies the allegations contained in Paragraph 214 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

859156.2

215.

Skyline denies the allegations contained in Paragraph 215 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

216.

As to the allegations in Paragraph 216 and its subparts, and to the extent that the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, Plaintiffs' claims are denied.  To the extent that any further response is required, Skyline specifically denies that its products breached any express warranty, that its products failed to conform to any express factual representations, that any claimant's reliance was justified, and otherwise denies the allegations as they pertain to Skyline, but Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

217-228.

The allegations contained in Paragraphs 217-228 are not directed at Skyline and therefore do not require a response from Skyline.  To the extent a response is required, Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.  Skyline further submits that any document is its own best evidence of its contents.

229.

With respect to the allegations contained in Paragraph 229 of the Third AMC, Skyline incorporates its responses to Paragraphs 1-228 of the Third AMC as if fully set forth herein.

230.

Skyline denies the allegations contained in Paragraph 230 of the Third AMC that any of its products were defective or deviated in a material way from the manufacturers' specifications and otherwise denies the allegations as they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

231.

Skyline denies the allegations contained in Paragraph 231 of the Third AMC that any of its products were defective or unreasonably dangerous and otherwise denies the allegations as they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

232.

Skyline denies the allegations contained in Paragraph 232 of the Third AMC that any of its products were defective or unreasonably dangerous and otherwise denies the allegations as they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

233.

Skyline denies the allegations contained in Paragraph 233 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

859156.2

234.

Skyline denies the allegations contained in Paragraph 234 of the Third AMC that any of its products were defective and otherwise denies the allegations as they pertain to Skyline. Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

235.

Skyline denies the allegations contained in Paragraph 235 of the Third AMC that any of its products were defective or posed any danger and otherwise denies the allegations as they pertain to Skyline. Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

236.

Skyline denies the allegations contained in Paragraph 236 of the Third AMC that any of its products were defective or unreasonably dangerous and otherwise denies the allegations as they pertain to Skyline. Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

237.

Skyline denies the allegations contained in Paragraph 237 to the extent they pertain to Skyline. Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

238.

Skyline denies the allegations contained in Paragraph 238 to the extent they pertain to Skyline. Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

239.

Skyline denies the allegations contained in Paragraph 239 of the Third AMC that any of its products caused any toxic exposure and otherwise denies the allegations as they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

240.

With respect to the allegations contained in Paragraph 240 of the Third AMC, Skyline incorporates its responses to Paragraphs 1-239 of the Third AMC as if fully set forth herein.

241.

Skyline denies the allegations contained in Paragraph 241 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

242.

With respect to the allegations contained in Paragraph 242 of the Third AMC, Skyline incorporates its responses to Paragraphs 1-241 of the Third AMC as if fully set forth herein.

243.

Skyline denies the allegations contained in Paragraph 243 of the Third AMC to the extent the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (Rec. Doc. No. 984).  To the extent that any further response is required, Skyline specifically denies that its products breach any express warranty, that its products failed to conform to any express factual representations, that any claimant's reliance was justified, and otherwise denies the allegations as they pertain to Skyline, but Skyline lacks knowledge or information sufficient to

form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

244.

With respect to the allegations contained in Paragraph 244 of the Third AMC, Skyline incorporates its responses to Paragraphs 1-243 of the Third AMC as if fully set forth herein.

245.

With respect to the allegations contained in Paragraph 245 of the Third AMC, Skyline specifically denies that its products or their parts emitted excessive and dangerous levels of formaldehyde and denies that its products are dangerous to human health and otherwise denies the allegations as they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

246.

With respect to the allegations contained in Paragraph 246 of the Third AMC, Skyline specifically denies that its products or their parts emitted excessive and dangerous levels of formaldehyde and denies that its products are dangerous to human health and otherwise denies the allegations as they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

247.

Skyline denies the allegations contained in Paragraph 247 of the Third AMC to the extent the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (Rec. Doc. No. 984).  To the extent that any further response is required, Skyline denies the allegations

contained in that paragraph as they pertain to Skyline, but Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

248.

With respect to the allegations contained in Paragraph 248 of the Third AMC, Skyline incorporates its responses to Paragraphs 1-247 of the Third AMC as if fully set forth herein.

249.

Skyline denies the allegations contained in Paragraph 249 of the Third AMC to the extent the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (Rec. Doc. No. 984).  To the extent that any further response is required, Skyline denies the allegations contained in that paragraph as they pertain to Skyline, but Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

250.

Skyline denies the allegations contained in Paragraph 250 of the Third AMC that any of its products were defective and otherwise denies the allegations as they pertain to Skyline. Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

251.

Skyline denies the allegations contained in Paragraph 251 of the Third AMC that any of its products were defective or unreasonably dangerous and otherwise denies the allegations as they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

252.

Skyline denies the allegations contained in Paragraph 252 of the Third AMC that any of its products were defective or unreasonably dangerous and otherwise denies the allegations as they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

253.

Skyline denies the allegations contained in Paragraph 253 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of remaining allegations contained in that paragraph and therefore denies them.

254.

Skyline denies the allegations contained in Paragraph 254 of the Third AMC that any of its products were defective and otherwise denies the allegations as they pertain to Skyline. Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

255.

Skyline denies the allegations contained in Paragraph 255 of the Third AMC that any of its products were defective or dangerous and otherwise denies the allegations as they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

256.

Skyline denies the allegations contained in Paragraph 256 of the Third AMC that any of its products were defective or dangerous and otherwise denies the allegations as they pertain to

Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

257.

Skyline denies the allegations contained in Paragraph 257 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

258.

Skyline denies the allegations contained in Paragraph 258 of the Third AMC that any of its products were defective and otherwise denies the allegations as they pertain to Skyline. Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

259.

Skyline denies the allegations contained in Paragraph 259 of the Third AMC that any of its products caused any "toxic exposure" and otherwise denies the allegations as they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

260.

With respect to the allegations contained in Paragraph 260 of the Third AMC, Skyline incorporates its responses to Paragraphs 1-259 of the Third AMC as if fully set forth herein.

261.

Skyline denies the allegations contained in Paragraph 261 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

859156.2

262.

With respect to the allegations contained in Paragraph 262 of the Third AMC, Skyline incorporates its responses to the Paragraph 1-261 as if fully set forth herein.

263.

Skyline denies the allegations contained in Paragraph 263 of the Third AMC to the extent the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (Rec. Doc. No. 984).  To the extent that any further response is required, Skyline specifically denies that its products breach any express warranty, that its products failed to conform to any express factual representations, that any claimant's reliance was justified, and otherwise denies the allegations as they pertain to Skyline, but Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

264.

With respect to the allegations contained in Paragraph 264 of the Third AMC, Skyline incorporates its responses to the Paragraph 1-263 as if fully set forth herein.

265.

Skyline lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraphs 265 of the Third AMC and therefore denies them.

266.

Skyline denies the allegations contained in Paragraph 266 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

267.

Skyline denies the allegations contained in Paragraph 267 of the Third AMC that any of its products were defective, unreasonably dangerous or damaged any Plaintiff, and otherwise denies the allegations as they pertain to Skyline. Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

268.

Skyline denies the allegations contained in Paragraph 268 to the extent they pertain to Skyline. Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

269.

Skyline denies the allegations contained in Paragraph 269 of the Third AMC.

270.

Skyline denies the allegations contained in Paragraph 270 to the extent they pertain to Skyline. Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

271.

Skyline denies the allegations contained in Paragraph 271 and its subparts to the extent they pertain to Skyline. Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

272.

Skyline denies the allegations contained in Paragraph 272 of the Third AMC that any of its products were defective, unreasonably dangerous or were a cause any of Plaintiffs' alleged

damages, and otherwise denies the allegations as they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

273.

Skyline denies the allegations contained in Paragraph 273 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

274.

Skyline denies the allegations contained in Paragraph 274 and its subparts to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

275.

With respect to the allegations contained in Paragraph 275 of the Third AMC, Skyline incorporates its responses to Paragraphs 1-274 of the Third AMC as if fully set forth herein.

276.

With respect to the allegations contained in Paragraph 276 of the Third AMC, Skyline specifically denies that its products caused injury to any Plaintiff, and Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

277.

Skyline denies the allegations contained in Paragraph 277 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

859156.2

278.

Skyline denies the allegations contained in Paragraph 278 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

279.

Skyline denies the allegations contained in Paragraph 279 of the Third AMC to the extent the Court has determined that plaintiffs' claims are dismissed in its Order and Reasons (Rec. Doc. No. 989).  Skyline further denies the allegations contained in that paragraph and its subparts to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

280.

Skyline denies the allegations contained in Paragraph 280 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

281.

With respect to the allegations contained in Paragraph 281 of the Third AMC, Skyline incorporates its responses to Paragraphs 1-280 of the Third AMC as if fully set forth herein.

282.

Skyline denies the allegations contained in Paragraph 282 of the Third AMC to the extent the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (Rec. Doc. No. 984).  To the extent that any further response is required, Skyline denies the allegations contained in that paragraph as they pertain to Skyline, and Skyline lacks knowledge or

859156.2

information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

283.

Skyline denies the allegations contained in Paragraph 283 of the Third AMC to the extent the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (Rec. Doc. No. 984).  To the extent that any further response is required, Skyline denies the allegations contained in that paragraph as they pertain to Skyline, and Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

284.

Skyline denies the allegations contained in Paragraph 284 of the Third AMC to the extent the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (Rec. Doc. No. 984).  To the extent that any further response is required, Skyline denies the allegations contained in that paragraph as they pertain to Skyline, and Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

285.

Skyline denies the allegations contained in Paragraph 285 of the Third AMC to the extent the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (Rec. Doc. No. 984).  To the extent that any further response is required, Skyline denies the allegations contained in that paragraph as they pertain to Skyline, and Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

859156.2

286.

Skyline denies the allegations contained in Paragraph 286 of the Third AMC to the extent the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (Rec. Doc. No. 984).  To the extent that any further response is required, Skyline denies the allegations contained in that paragraph as they pertain to Skyline, and Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

287.

With respect to the allegations contained in Paragraph 287 of the Third AMC, Skyline incorporates its responses to Paragraphs 1-286 of the Third AMC as if fully set forth herein.

288.

With respect to the allegations contained in Paragraph 288 of the Third AMC, Skyline specifically denies that its products caused injury to any Plaintiff, and Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

289.

Skyline denies the allegations contained in Paragraph 289 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

290.

Skyline denies the allegations contained in Paragraph 290 of the Third AMC to the extent the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (Rec. Doc. No. 984).  To the extent that any further response is required, Skyline denies the allegations

contained in that paragraph as they pertain to Skyline, and Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

291.

Skyline denies the allegations contained in Paragraph 291 of the Third AMC to the extent the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (Rec. Doc. No. 984).  To the extent that any further response is required, Skyline denies the allegations contained in that paragraph as they pertain to Skyline, and Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

292.

Skyline denies the allegations contained in Paragraph 292 to the extent they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

293.

With respect to the allegations contained in Paragraph 293 of the Third AMC, Skyline incorporates its responses to Paragraphs 1-292 of the Third AMC as if fully set forth herein.

294-299.

Paragraphs 294-299 of the Third AMC are directed to claims against other defendants and require no response from Skyline.  To the extent that any further response is required, Skyline specifically denies that its products or their parts emitted excessive or dangerous levels of formaldehyde and denies that its products are defective or dangerous to human health and otherwise denies the allegations as they pertain to Skyline.  Skyline lacks knowledge or

information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

298.[1]

With respect to the allegations contained in Paragraph 298 of the Third AMC, Skyline incorporates its responses to Paragraphs 1-297 of the Third AMC as if fully set forth herein.

299-304.

Paragraphs 299-304 of the Third AMC [see 294-299] Skyline specifically denies that its products or their parts emitted excessive or dangerous levels of formaldehyde and denies that its products are defective or dangerous to human health and otherwise denies the allegations as they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

305.

With respect to the allegations contained in Paragraph 305 of the Third AMC, Skyline incorporates its responses to Paragraphs 1-304 of the Third AMC as if fully set forth herein.

306-311.

Paragraphs 306-311 of the Third AMC [see 294-299] Skyline specifically denies that its products or their parts emitted excessive or dangerous levels of formaldehyde and denies that its products are defective or dangerous to human health and otherwise denies the allegations as they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

312.

With respect to the allegations contained in Paragraph 312 of the Third AMC, Skyline incorporates its responses to Paragraphs 1-311 of the Third AMC as if fully set forth herein.

---

[1] Paragraphs are intentionally misnumbered here to align with the misnumbered paragraphs in the Third AMC.

859156.2

313-322.

Paragraphs 313-322 of the Third AMC [see 294-299] Skyline specifically denies that its products or their parts emitted excessive or dangerous levels of formaldehyde and denies that its products are defective or dangerous to human health and otherwise denies the allegations as they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

323.

With respect to the allegations contained in Paragraph 323 of the Third AMC, Skyline incorporates its responses to Paragraphs 1-322 of the Third AMC as if fully set forth herein.

324-326.

Paragraphs 324-326 of the Third AMC [see 294-299] Skyline specifically denies that its products or their parts emitted excessive or dangerous levels of formaldehyde and denies that its products are defective or dangerous to human health and otherwise denies the allegations as they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

327.

With respect to the allegations contained in Paragraph 327 of the Third AMC, Skyline incorporates its responses to Paragraphs 1-326 of the Third AMC as if fully set forth herein.

328.

Paragraph 328 of the Third AMC [see 294-299] Skyline specifically denies that its products or their parts emitted excessive or dangerous levels of formaldehyde and denies that its products are defective or dangerous to human health and otherwise denies the allegations as they

pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

329.

With respect to the allegations contained in Paragraph 329 of the Third AMC, Skyline incorporates its responses to Paragraphs 1-328 of the Third AMC as if fully set forth herein.

330-335.

Paragraphs 330-335 of the Third AMC [see 294-299] Skyline specifically denies that its products or their parts emitted excessive or dangerous levels of formaldehyde and denies that its products are defective or dangerous to human health and otherwise denies the allegations as they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

336.

With respect to the allegations contained in Paragraph 336 of the Third AMC, Skyline incorporates its responses to Paragraphs 1-335 of the Third AMC as if fully set forth herein.

337-342.

Paragraphs 337-342 of the Third AMC[see 294-299] Skyline specifically denies that its products or their parts emitted excessive or dangerous levels of formaldehyde and denies that its products are defective or dangerous to human health and otherwise denies the allegations as they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

343.

With respect to the allegations contained in Paragraph 343 of the Third AMC, Skyline incorporates its responses to Paragraphs 1-342 of the Third AMC as if fully set forth herein.

344-352.

Paragraphs 344-352 of the Third AMC [see 294-299] Skyline specifically denies that its products or their parts emitted excessive or dangerous levels of formaldehyde and denies that its products are defective or dangerous to human health and otherwise denies the allegations as they pertain to Skyline.  Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

353.

With respect to the allegations contained in Paragraph 353 of the Third AMC, Skyline denies that Skyline is responsible for any damages alleged by Plaintiffs, that Plaintiffs or their survivors have suffered any injury due to Skyline's conduct or products, and that Plaintiffs are entitled to the relief requested, and Skyline otherwise denies the allegations contained in that paragraph as they pertain to Skyline, and Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

354.

With respect to the allegations contained in Paragraph 354 of the Third AMC, Skyline denies that Skyline is responsible for any damages alleged by Plaintiffs, that Plaintiffs or their survivors have suffered any injury due to Skyline's conduct or products, and that Plaintiffs are entitled to the relief requested, and Skyline otherwise denies the allegations contained in that paragraph as they pertain to Skyline, and Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

355.

With respect to the allegations contained in Paragraph 355 of the Third AMC, Skyline denies that Skyline is responsible for any damages alleged by Plaintiffs, that Plaintiffs or their survivors have suffered any injury due to Skyline's conduct or products, and that Plaintiffs are entitled to the relief requested, and Skyline otherwise denies the allegations contained in that paragraph as they pertain to Skyline, and Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

356.

With respect to the allegations contained in Paragraph 356 of the Third AMC, Skyline denies that Skyline is responsible for any damages alleged by Plaintiffs, that Plaintiffs or their survivors have suffered any injury due to Skyline's conduct or products, and that Plaintiffs are entitled to the relief requested, and Skyline otherwise denies the allegations contained in that paragraph as they pertain to Skyline, and Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

357.

With respect to the allegations contained in Paragraph 357 of the Third AMC, Skyline denies that Skyline or its servants or employees engaged in any willful, wanton, egregious, or reckless disregard for the rights and safety of the Plaintiffs, denies that a punitive damages award against Skyline is appropriate or necessary, and otherwise denies the remaining allegations contained in that paragraph as they pertain to Skyline, but otherwise Skyline lacks knowledge or

information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

358.

With respect to the allegations contained in Paragraph 358 of the Third AMC, Skyline denies that Skyline is responsible for any damages alleged by Plaintiffs, that Plaintiffs or their survivors have suffered any injury due to Skyline's conduct or products, and that Plaintiffs are entitled to the relief requested, and Skyline otherwise denies the allegations contained in that paragraph as they pertain to Skyline, and Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

359.

With respect to the allegations contained in Paragraph 359 of the Third AMC, Skyline denies that Skyline is responsible for any damages alleged by Plaintiffs, that Plaintiffs or their survivors have suffered any injury due to Skyline's conduct or products, and that Plaintiffs are entitled to the relief requested, and Skyline otherwise denies the allegations contained in that paragraph as they pertain to Skyline, and Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

360.

With respect to the allegations contained in Paragraph 360 of the Third AMC, Skyline denies that Skyline or its servants or employees engaged in any willful, wanton, egregious, or reckless disregard for the rights and safety of the Plaintiffs, denies that a punitive damages award against Skyline is appropriate or necessary, and otherwise denies the remaining allegations

contained in that paragraph as they pertain to Skyline, and otherwise Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

361.

With respect to the allegations contained in Paragraph 361 of the Third AMC, Skyline denies that Skyline is responsible for any damages alleged by Plaintiffs, that Plaintiffs or their survivors have suffered any injury due to Skyline's conduct or products, and that Plaintiffs are entitled to the relief requested, and Skyline otherwise denies the allegations contained in that paragraph as they pertain to Skyline, and Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

362.

With respect to the allegations contained in Paragraph 362 of the Third AMC, Skyline denies that Skyline is responsible for any damages alleged by Plaintiffs, that Plaintiffs or their survivors have suffered any injury due to Skyline's conduct or products, and that Plaintiffs are entitled to the relief requested, and Skyline otherwise denies the allegations contained in that paragraph as they pertain to Skyline, and Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

363.

With respect to the allegations contained in Paragraph 363 of the Third AMC, Skyline denies that Plaintiffs are entitled to an award of punitive damages against Skyline, and Skyline otherwise denies the remaining allegations contained in that paragraph as they pertain to Skyline,

and Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

364.

The allegations contained in the unnumbered "REQUEST FOR JURY TRIAL" paragraph following Paragraph 363 of the Third AMC require no response from Skyline.

365.

With respect to the allegations contained in the unnumbered "PRAYER FOR RELIEF" paragraph in the Third AMC, Skyline denies that any of its products were defective, dangerous, or injurious to the health of the occupants, that any of its products violated federal or state regulations, and that Plaintiffs are entitled to the relief requested with respect to Skyline, and Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

### ANSWER TO FOURTH SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT

366.

The allegations contained in Paragraphs 1-5 of the Fourth AMC do not require a response from Skyline.  To the extent a response is required, Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

367.

The allegations contained in Paragraph 6 do not require a response from Skyline.  To the extent a response is required, Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them.

859156.2

338.

The allegations contained in the unnumbered "WHEREFORE" paragraph that follows Paragraph 6 of the Fourth AMC, do not require a response from Skyline.  To the extent a response is required, Skyline lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in that paragraph and therefore denies them. Further, Skyline incorporates its responses to the allegations, claims and prayers for relief of the First AMC, Second AMC and the Third AMC as if fully set forth herein.

**AND NOW**, in further response to the Third AMC and the Fourth AMC, Skyline asserts the following additional defenses:

## THIRD DEFENSE

Skyline denies all allegations contained in the Third and Fourth AMC's, including unnumbered or misnumbered paragraphs, that Skyline has not specifically admitted above.

## FOURTH DEFENSE

Some or all of the claims against Skyline asserted in the Third and Fourth AMC's are barred by the applicable statute of limitations, prescriptive and peremptive periods, contractual limitations period, and/or laches.

## FIFTH DEFENSE

Some or all of the claims asserted against Skyline asserted in the Third and Fourth AMC's are barred by the doctrines of waiver, ratification, unclean hands and/or estoppel.

## SIXTH DEFENSE

Some or all of the claims asserted against Skyline asserted in the Third and Fourth AMC's are barred by the principles of *res judicata* and/or collateral estoppel.

859156.2

### SEVENTH DEFENSE

No Plaintiff has standing to pursue any claims against Skyline.

### EIGHTH DEFENSE

Skyline asserts its defenses raised in the Manufacturing Defendants' Joint Rule 12(b)(6) Motion to Dismiss (Rec. Doc. No. 210), and incorporates the Court's Order and Reasons (Rec. Doc. No. 984).

### NINTH DEFENSE

Skyline at all times complied with all applicable laws, regulations, and standards.

### TENTH DEFENSE

Skyline did not owe any duty to any Plaintiff.   In the alternative, any duty owed by Skyline was not breached.

### ELEVENTH DEFENSE

Skyline has not breached any duty (the existence of which is denied) to any Plaintiff.

### TWELFTH DEFENSE

Skyline at all times acted with due care.

### THIRTEENTH DEFENSE

Skyline's products were designed, constructed, and manufactured in conformity with industry standards and in compliance with any applicable statute or regulation.

### FOURTEENTH DEFENSE

Some of or all of the claims asserted against Skyline are preempted or otherwise precluded by statute, regulation, or any applicable agreements.

859156.2

## FIFTEENTH DEFENSE

Skyline asserts any and all defenses applicable and available to it under any controlling federal or state statute, including but not limited to the Louisiana Products Liability Act, La. R.S. 9:2800.51 *et seq*., the Mississippi Products Liability Act, MCA § 11-1-63, and the provisions of MCA § 85-57.

## SIXTEENTH DEFENSE

Skyline asserts as a defense the terms of any applicable limited warranty, including its limitations and exclusions.

## SEVENTEENTH DEFENSE

Plaintiffs fail to state a claim upon which relief under the products liability laws of Alabama, Louisiana, Mississippi, and/or Texas.

## EIGHTEENTH DEFENSE

Skyline denies the existence of any defect(s) that would render any of its products unreasonably dangerous under the Louisiana Products Liability Act, any applicable limited warranty, and any applicable statute, regulation, contractual obligation, or other standard.

## NINETEENTH DEFENSE

Any defect in any Skyline product (the existence of which defect is denied), such defect was apparent and obvious and could be avoided or remedied easily.

## TWENTIETH DEFENSE

Skyline's products were reasonably fit for ordinary use.

## TWENTY-FIRST DEFENSE

Any injury, damage or loss sustained by any Plaintiff (the existence of which is denied) occurred solely because of the substantial alteration and/or modification of the product claimed

859156.2

to cause the injury, damage, or loss, which alteration and/or modification was not foreseeable, after it left the hands of the manufacturer.

## TWENTY-SECOND DEFENSE

No Plaintiff has sustained damages proximately caused by Skyline.

## TWENTY-THIRD DEFENSE

Some or all of the claims asserted against Skyline asserted in the Third and Fourth AMC's should be dismissed, or alternatively, any damages (the existence of which is denied) should be reduced, due to the negligent conduct, lack of care, comparative fault, breaches of contract, fraud or legal fault of the Plaintiff.

## TWENTY-FOURTH DEFENSE

Any injury, damage, or loss sustained by any Plaintiff (the existence of which is denied) related to any products allegedly provided by Skyline, was proximately caused by an unintended, unexpected and/or abnormal use or misuse by Plaintiffs.

## TWENTY-FIFTH DEFENSE

Any damages sustained by any Plaintiff (the existence of which damages is denied) were the result of acts or omissions of parties other than Skyline, for which Skyline is not legally responsible.

## TWENTY-SIXTH DEFENSE

The injuries and damages allegedly sustained (the existence of which is denied) occurred as the result of pre-existing medical conditions, causes, or injuries, and the existence of these pre-existing or other medical conditions, causes, or injuries, bar and/or mitigate the recovery of any Plaintiff.

859156.2

## TWENTY-SEVENTH DEFENSE

Plaintiffs have failed to mitigate their damages (the existence of which is denied).

## TWENTY-EIGHTH DEFENSE

To the extent that any Plaintiff suffered purely economic damages (the existence of which is denied), that Plaintiff has failed to state a claim for breach of the implied warranty of merchantability.  Skyline refers to the Court's Order and Reasons (Rec. Doc. No. 984).

## TWENTY-NINTH DEFENSE

Any injury, damage or loss sustained by any Plaintiff (the existence of which is denied) related to any products allegedly provided by Skyline, was proximately caused by an unintended, unexpected and/or abnormal use or misuse by Plaintiffs.

## THIRTIETH DEFENSE

Plaintiffs' injuries, illnesses or diseases, if any, were a result of an unavoidable accident, and are not due to any negligence or breach of legal duty on the part of Skyline.

## THIRTY-FIRST DEFENSE

Plaintiffs came into contact with the allegedly harmful materials in question through the acts of one or more "learned intermediaries" who were fully aware of all risks associated therewith, and that as a result, Skyline's duty to warn of such risks (the existence of which is denied) either did not attach, was discharged by the actions of such intermediaries or of others, was not breached, or any putative breach of that duty was not the cause of any damages alleged by any Plaintiff.

## THIRTY-SECOND DEFENSE

Plaintiffs were "knowledgeable users" or "sophisticated users" to whom Skyline had no duty to warn of any dangers in the use of the materials in question (the existence of which is

denied), because, Plaintiffs, by reason of experience and knowledge, possessed knowledge of the dangers of the use of the subject materials that may have resulted in the Plaintiffs' alleged injuries, the existence of which are denied.

### THIRTY-THIRD  DEFENSE

Plaintiffs fail to state a claim for medical monitoring damages to the extent that any Plaintiff has not suffered a specific or manifest injury.

### THIRTY-FOURTH DEFENSE

Plaintiffs fail to state a claim for attorney's fees and costs.

### THIRTY-FIFTH  DEFENSE

Plaintiffs' theory of joint and several liability, or market share liability, is precluded by applicable law.

### THIRTY-SIXTH DEFENSE

Skyline cannot be held strictly liable for the claims asserted against Skyline.

### THIRTY-SEVENTH  DEFENSE

Skyline also avers that it is entitled to indemnity and/or contribution from all responsible defendants and from any other responsible persons for any sums it must pay any Plaintiff based on the negligence or fault of these other persons; or, alternatively, for a reduction in any amount it must pay to any Plaintiff to the extent of the fault of any other party

### THIRTY-EIGHTH  DEFENSE

To the extent any Plaintiff sustained damages (the existence of which is denied), such damages were caused by the negligence or fault of persons with whom Plaintiff has settled his or her claims.  Skyline is entitled to an off-set or reduction of any judgment rendered against it by

the percentage of fault or virile share of all entities with whom any Plaintiff may have reached settlement.

## THIRTY-NINTH  DEFENSE

Plaintiffs have failed to join as necessary and indispensable parties, all of the manufacturers, distributors, suppliers, contractors, subcontractors, and other persons, firms, corporations, associations, and groups which provided materials containing formaldehyde, thereby causing or substantially contributing to Plaintiffs' injuries (the existence of which is denied).  Plaintiffs' failure to join such third-parties demonstrates that complete relief cannot be accorded among those who are now parties to this suit.  Plaintiffs' failure to join other necessary and indispensable parties subjects Skyline to the substantial risk of incurring double, multiple, or otherwise inconsistent obligations for the damages claimed by Plaintiffs.

## FORTIETH DEFENSE

To the extent that any Plaintiff has settled with other parties, such settlement constitutes an extinguishment of any debt owed by Skyline.

## FORTY-FIRST DEFENSE

Plaintiffs' fail to state a claim for punitive or exemplary damages.

## FORTY-SECOND DEFENSE

Any punitive or exemplary damages must be precluded, limited, or reduced pursuant to any applicable statute.

## FORTY-THIRD DEFENSE

Any award of punitive or exemplary damages would be unconstitutional because the standards utilized to allow the imposition of such damages fail to give adequate or sufficient notice of the prohibitive conduct.

859156.2

### FORTY-FOURTH DEFENSE

Any award of punitive or exemplary damages would be unconstitutional because the standards utilized to allow the imposition of such damages fail to provide means for awarding separate judgments against alleged tortfeasors.

### FORTY-FIFTH DEFENSE

Any award of punitive or exemplary damages would be unconstitutional because the standards utilized to allow the imposition of such damages fail to provide a limit on the amount of the award against separate defendants.

### FORTY-SIXTH DEFENSE

Any award of punitive or exemplary damages would be unconstitutional because the standards utilized to allow the imposition of such damages fail to provide specific standards for the award of such damages.

### FORTY-SEVENTH DEFENSE

Any award of punitive or exemplary damages would be unconstitutional because the standards utilized to allow the imposition of such damages permit the award of punitive damages upon satisfaction of a standard of proof less than that applicable to the imposition of criminal sanctions.

### FORTY-EIGHTH DEFENSE

Any award of punitive or exemplary damages would be unconstitutional because the standards utilized to allow the imposition of such damages fail to provide a clear and consistent appellate standard of review of an award of such damages.

## FORTY-NINTH DEFENSE

Any award of punitive or exemplary damages would be unconstitutional because the standards utilized to allow the imposition of such damages may permit the admission of evidence relative to punitive damages in the same proceedings during which liability and compensatory damages are determined.

## FIFTIETH DEFENSE

Skyline demands a bifurcation of Plaintiffs' claims for actual and punitive damages.

## FIFTY-FIRST DEFENSE

Skyline reserves the right to assert any additional affirmative defenses that may be discovered during the course of additional investigation and discovery, as additional defenses become available under law, or as additional claims or theories of recovery are asserted.

**WHEREFORE**, Defendants Skyline Corporation and Layton Homes Corp. respectfully request that Plaintiffs' claims be dismissed with prejudice, that judgment be entered in favor of Skyline Corporation and Layton Homes Corp., and that Skyline Corporation and Layton Homes Corp. be awarded their attorney's fees and costs.

Respectfully submitted,

/s/ *Robert D. Sheesley*
Larry Feldman, Jr., T.A. (# 5503)
Robert D. Sheesley (# 31579)
McGLINCHEY STAFFORD, PLLC
601 Poydras St., 12th Floor
New Orleans, LA 70130
Telephone:  (504) 586-1200
Facsimile:  (504) 596-2800

ATTORNEYS FOR SKYLINE CORPORATION
AND LAYTON HOMES CORP.

859156.2

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system. I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

/s/ *Robert D. Sheesley*

ROBERT D. SHEESLEY

859156.2