# EXHIBIT "A"

| 1 | Aguilar, Jacklyn, et al. v. Layton Homes Corp., et al. | 09-3730 |
|---|---|---|
| 2 | Alexander, Dalfrey v. Layton Homes Corp., et al. | 09-6348 |
| 3 | Alexander, Dalfrey v. Skyline Corporation, et al. | 09-6347 |
| 4 | Allen, Angelle v. Layton Homes Corp. | 09-5260 |
| 5 | Allen, Brenda v. Skyline Corporation | 09-6432 |
| 6 | Anderson, Deborah, et al. v. Skyline Corporation, et al. | 09-4548 |
| 7 | Anderson, Dennis, et al v. Skyline Corporation, et al. | 09-4541 |
| 8 | Antoine, John, et al. v. Skyline Corporation, et al. | 09-524 |
| 9 | Antoine, Patricia, et al v. Skyline Corporation, et al. | 09-514 |
| 10 | Banks, Tanisha, as Next Friend of John Picquet, a minor, et al. v. Skyline Corporation, et al. | 09-7918 |
| 11 | Banks, Tanisha, et al. v. Skyline Corporation, et al. | 09-7084 |
| 12 | Bauer, Belinda H., et al. v. Liberty Homes, et al. | 08-5031 |
| 13 | Bemiss, Brooke, et al v. Skyline Corporation, et al. | 09-4565 |
| 14 | Blappert, Carol W., et al v. Layton Homes Corp., et al. | 09-139 |
| 15 | Bodden, Lori v. Layton Homes Corp. | 09-4900 |
| 16 | Borne, Shera obo Joshae Smith, et al. v. Layton Homes Corp., et al. | 09-7089 |
| 17 | Breaux, Arlene v. Skyline Corporation, et al. | MDLA 09-580; EDLA 09-6015 |
| 18 | Brown, Lawanda v. Layton Homes Corp., et al. | 09-6326 |
| 19 | Burnett, Dontrell, et al. v. Layton Homes Corp., et al. | 09-5674 |
| 20 | Cager, Carlisse Marie, et al. v. Layton Homes Corp. | 09-8346 |
| 21 | Cagle, Jessica, et al. v. Skyline Corporation, et al. | 09-7826 |
| 22 | Chandler, Tina Charlene, et al. v. Layton Homes Corp., et al. | 09-433 |
| 23 | Cobbins, Adena obo Marcus Toussiant and Jeanette Cobbins v. Skyline Corporation | 09-6570 |
| 24 | Cook, Priscilla, et al. v. Skyline Corporation, et al. | 09-3739 |
| 25 | Daunoy, Peter III v. Layton Homes Corp. et al. | 09-7988 |
| 26 | Dewey, Ann Marie v. Layton Homes Corp., et al. | 09-6258 |
| 27 | Fisher, Denetra obo Kandyce Fisher, et al. v. Skyline Corporation, Layton Homes Corp., et al. | 09-5727 |
| 28 | Fisher, Kevin obo Paulette Williams v. Skyline Corporation et al. | 09-5654 |
| 29 | Goodman, Dominick, et al. v. Layton Homes Corp. | 09-4901 |
| 30 | Griffin, Percy, et al. v. Layton Homes Corp., et al. | 09-5691 |
| 31 | Griffin, Percy, et al. v. Layton Homes Corp., et al. | 09-5962 |
| 32 | Hall, Gloria v. Skyline Corporation, et al. | 09-447 |
| 33 | Hardy, Kirby, LaToya Marks o/b/o minor child, B.D., Jeanette Davis, Jr., Sheeniquo Davis o/b/o minor child S.D. v. Skyline Corporation, et al. | 09-2207 |
| 34 | Harris, Mary v. Layton Homes Corp., et al. | 09-6334 |
| 35 | Harris, Mary v. Skyline Corporation, et al. | 09-6314 |
| 36 | Hingle, Barbara, et al. v. Layton Homes Corp., et al. | 09-6327 |
| 37 | Hughes, Casey v. Skyline Corporation, et al. | 09-5264 |
| 38 | Johnson, Annette v. Skyline Corporation, et al. | 09-4766 |
| 39 | Johnson, Chatman III, et al. v. Layton Homes Corp. | 09-3558 |
| 40 | Johnson, Ma'Chai v. Skyline Corporation, et al. | 09-5410 |
| 41 | Johnson, Nakia, et al. v. Layton Homes Corp. | 09-5673 |
| 42 | Lewis, Gregory, et al. v. Skyline Corporation, et al. | 09-5649 |
| 43 | Lewis, James, et al v. Bechtel National, et al. | 09-562 |
| 44 | Lyons, Miquel, et al v. Skyline Corporation | 09-6431 |

859284.1

| | | |
|---|---|---|
| 45 | Martin, Tynieka v. Skyline Corporation, et al. | 09-514 |
| 46 | Martinez, Arecia, et al v. Skyline Corporation, et al. | 09-4331 |
| 47 | Mateen, Que v. Skyline Corporation, et al. | 09-7270 |
| 48 | Mayfield, Scott, et al. v. Layton Homes Corp., et al. | 09-5684 |
| 49 | Meche, David, et al v. Skyline Corporation, et al. | WDLA 09-770; EDLA 09-7540 |
| 50 | Meshell, Robert v. Skyline Corporation, et al. | 09-839 |
| 51 | Morrison, Ronald v. Skyline Corporation, et al. | WDLA 09-541 EDLA 09-6168 |
| 52 | Nunez, Lester Jr., et al v. Layton Homes Corp., et al. | 09-4929 |
| 53 | Pujol, Stephanie G., et al. v. FEMA, et al. | 08-3217 |
| 54 | Rojas, Ignatius, et al. v. Skyline Corporation, et al. | 09-5339 |
| 55 | Ross, Harold and Olester Ross v. Skyline Corporation, et al. | 09-7947 |
| 56 | Ross, Harold, et al. v. Skyline Corporation, et al. | 09-5294 |
| 57 | Scott, Nathan, et al. v. Layton Homes Corp., et al. | 09-6426 |
| 58 | St. Cyr, Linda, et al. v. Skyline Corporation, et al. | 09-5641 |
| 59 | Stipe, Fallon, et al. v. Skyline Corporation, et al. | 09-4737 |
| 60 | Stipe, Genice, as Next Friend of Aaliyah Bailey, a minor, et al. v. Layton Homes Corp., et al. | 09-7906 |
| 61 | Sylva, Joyce, et al. v. Skyline Corporation | 09-5648 |
| 62 | Terrel, Summer v. Skyline Corporation, et al. | SDMS 09-679; EDLA 10-356 |
| 63 | Thompson, Niki M., as wrongful death beneficiary and representative of Vester G. Davis, Deceased v. Skyline Corporation, et al. | SDMS 09-248; EDLA 10-275 |
| 64 | Williams, Brittany v. Skyline Corporation, et al. | 09-6315 |
| 65 | Williams, Cassandra, et al. v. Skyline Corporation, et al. | 09-5655 |
| 66 | Williams, Joseph v. Layton Homes Corp., et al. | 09-6427 |
| 67 | Williams, Valerie Sam v. Skyline Corporation, et al. | 09-6324 |
| 68 | Young, Michelle v. Skyline Corporation | 09-5293 |
| 69 | Young, Michelle v. Skyline Corporation | 09-7945 |

859284.1