AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Kenneth Gable and Marlene Gable )
)
*Plaintiff* )
v. ) Civil Action No. 09-6429    "N"
Forest River, Inc.; US of America through FEMA; and )
Fluor Enterprises, Inc. )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America
Through the United States Attorney General
Honorable Eric Holder
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Douglas Sunseri (#19173)
3000 18th St.
Metairie, LA 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Jan 13 2010

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. Eric Holder
   US Attorney General
   U.S. Dept. Of Justice
   950 Pennsylvania Ave., NW
   Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                                    ☐ Agent
                                        ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   JAN 26 2010

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7009 2820 0001 1098 0988

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540