UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO: 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | MAGISTRATE CHASEZ |
| *North American Catastrophe Service, Inc. v. Northfield Ins. Co.* *No. 09-3818* | |

*****************************************************************************

MOTION TO CONTINUE HEARING ON
NORTH AMERICAN CATASTROPHE SERVICES INC.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT [Rec. Doc. 10038]

Defendant, Northfield Insurance Company ("Northfield"), hereby moves this Honorable Court to continue the hearing on the Motion for Partial Summary Judgment on the Duty to Defend [Rec. Doc. 10038] filed by North American Catastrophe Services, Inc. ("NACS") from February 24, 2010 to March 10, 2010.

In support of this request, Northfield submits that it timely filed an opposition to NACS' Motion for Partial Summary Judgment on February 16, 2010. Simultaneously with the filing of its opposition [Rec. Doc. 11578], however, Northfield also filed a Cross-Motion for Summary Judgment regarding its duty to defend and indemnify NACS [Rec. Doc. 11579]. Northfield's Cross-Motion is set for hearing on March 10, 2010. Northfield respectfully submits that simultaneous resolution of NACS' Motion for Partial Summary Judgment and Northfield's Cross-Motion is potentially dispositive of all issues raised in NACS' Complaint filed in

consolidated Matter No. 09-3818. Moreover, continuing the February 24, 2010 hearing date to March 10, 2010 does not impose an undue burden upon the parties insofar as this Honorable Court has previously indicated that oral argument will not be heard regarding NACS' motion [Rec. Doc. 10627]. Undersigned counsel has attempted to confer with counsel for NACS regarding a continuance of the February 24, 2010 hearing date, but has not yet received a response. Therefore, this Motion to Continue should be deemed opposed.

WHEREFORE, Northfield prays that the February 24, 2010 hearing on the Motion for Partial Summary Judgment on the Duty to Defend [Rec. Doc. 10038] filed by NACS be continued until March 10, 2010, the hearing date selected for Northfield's Cross-Motion for Summary Judgment [Rec. Doc. 11579].

Respectfully submitted,

/s/ Tina L. Kappen
**RALPH S. HUBBARD III, T.A., La. Bar # 7040**
**TINA L. KAPPEN, La. Bar #29579**
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Northfield Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January, 2010, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system and notice of this filing was sent to all know counsel of record by operation of the court's electronic filing system.

/s/ Tina L. Kappen