UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO: 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | MAGISTRATE CHASEZ |
| *North American Catastrophe Service, Inc. v. Northfield Ins. Co.* *No. 09-3818* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Foregoing Motion to Continue Hearing,

IT IS ORDERED that the hearing of North American Catastrophe Services, Inc.'s Motion for Partial Summary Judgment on the Duty to Defend [Rec. Doc. 10038] be and is hereby continued from February 24, 2010 to **March 10, 2010.**

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
JUDGE – United States District Court
for the Eastern District of Louisiana

3