UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE     MDL No. 1873
PRODUCTS LIABILITY LITIGATION

                                                  SECTION N(4)

                                                  JUDGE ENGELHARDT
                                                  MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Lyndon Wright v. Forest River Inc., et al.*
*Case No. 09-2977 (E.D. La.)*

******************************************************************************

## NOTICE OF HEARING

       TO:     ALL COUNSEL FO RECORD

       **IT IS HEREBY ORDERED** that the Motion for Reconsideration of the Defendant's Motion to Strike the addendum to Dr. Larry Miller's expert report filed on behalf of Plaintiff herein is hereby set for hearing on the 10th Day of March 2010 at 9:30 a.m.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'
        STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        ROBERT BECNEL, #14072
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        DENNIS REICH, Texas #16739600
        MIKAL WATTS, Texas # 20981820

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on February 17, 2010.

              s/Gerald E. Meunier
              GERALD E. MEUNIER, #9471