UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

                                             JUDGE ENGELHARDT

                                             MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Expedited Hearing

**IT IS ORDERED** that the Motion for Expedited Hearing on the Motion for Reconsideration of the Defendant's Motion to Strike the addendum to Dr. Larry Miller's expert report is hereby GRANTED.

**IT IS FURTHER ORDERED** that the Motion for Reconsideration will be heard on the _____ day of February, 2010 at _____ a.m.

THIS DONE the _____ day of _____, 2010, New Orleans, Louisiana.

                                           _____
                                           HONORABLE KURT D. ENGLEHARDT