UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
|  | CIVIL ACTION NO. 09-6217 |
|  | Section: N |
| Joseph and Mary Klein | * |
| V. | * |
| Teiseler Press, et al | * |

**************************************************

## MOTION FOR EXTENSION OF TIME

Comes now, through undersigned counsel, Mad Dawg Inc. of North Carolina, who shows that they have received a copy of the Third Party Complaint filed by Jacquet Construction Services, LLC and are making a claim with their insurance company for counsel to be appointed to represent them, and that they therefore need a 30 day extension of time to file responsive pleadings.

Wherefore, Mad Dawg Inc. of North Carolina respectfully requests that its motion for extension of time be granted.

Respectfully Submitted:
__s/Jake Airey_____
JAKE A. AIREY (#27933)
S. MICHELE BLANCHARD (#27966)
**AIREY & BLANCHARD, L.C.**
303 South Military Road, Suite 3
Slidell, LA 70461
(985) 641-4010
(985) 605-5010 fax
jake@aireyblanchard.com
*Attorneys for Mad Dawg Inc. of North Carolina*