UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
|  | CIVIL ACTION NO. 09-6217 |
|  | Section: N |
| Joseph and Mary Klein | * |
| V. | * |
| Teiseler Press, et al | * |

**ORDER**

Considering Mad Dawg Inc of North Carolina's Motion for Extension of Time to file responsive pleadings;

It is Hereby Ordered Adjudged and Decreed that Mad Dawg, Inc.'s motion is Granted and Mad Dawg, Inc. is granted an extension of time of 30 days from the date this order is signed to file responsive pleadings.

New Orleans, Louisiana, this _____ day of _____, 20___.

_____
JUDGE