UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | 07-md-1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| | * | |
| | * | MAG: CHASEZ |

This document is related to:
   *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
   Alana Alexander, individually and on behalf of Christopher Cooper,
   As Severed

---

**EXHIBIT "A"**

**TO**

**FLOUR ENTERPRISES, INC.'S RESPONSE TO
<u>PLAINTIFF'S MOTION TO RETAX COSTS</u>**

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Costs for Video and Syncing | Video | Synching | Exhibit Reference | Invoice No. |
| 2 | Abbott, Eddie |  | 125 | 6427-4 page 4 | 90813-V |
| 3 | Alexander, Alana | 560 |  | 6427-4 page 7 | 136773 |
| 4 | Alexander, Alana | 100 |  | 6427-4 page 6 | 136772 |
| 5 | Alexander, Erica | 150 |  | 6427-4 page 8 | 136777 |
| 6 | allen, Heath | 397.5 |  | 6427-4 page 14 | 136007 |
| 7 | Allen, Travis | 370 |  | 6427-4 page 14 | 136007 |
| 8 | Baksh, Angela (7-29) | 100 |  | 6427-4 page 19 | 135848 |
| 9 | Baksh, Angela (8-8-09) | 647.5 |  | 6427-4 page 17 | 60966 |
| 10 | Barnes, Janet | 1297.5 |  | 6427-4 page 22 | 46337 |
| 11 | Blanchard, Paul | 761.25 |  | 6427-4 page 23 | 135973 |
| 12 | Bonomo, Guy | 25 | 100 | 6427-4 page 26 | 55327 |
| 13 | Ciota, Megan | 133.75 |  | 6427-d page 29 | 136784 |
| 14 | Cole, Philip |  | 688.33 | 6427-4 page 32 | 09--2698 |
| 15 | Cooper, Christopher | 150 |  | 6427-4 page 4 | 136673 |
| 16 | DeRosa, christopher | 416.25 |  | 6427-4 page 34 | 52135 |
| 17 | Devany, Mary | 201.25 |  | 6427-4 page 36 | 136783 |
| 18 | Duckworth, Robert |  | 125 | 6427-6 page 18 | 90-08-8961 |
| 19 | Durham, Dwight | 340 |  | 6427-4 page 39 | 286751 |
| 20 | Dyson, William | 225 |  | 6427-4 page 40 | 52269 |
| 21 | Esparaza, Cleland, Slone, Lentych, Timmins, Brown, Zumbrun, Willaims, Dudek | 935 |  | 6427-4 page 45 | 90840-2V |
| 22 | Garratt, David | 213.75 |  | 6427-4 page 46 | 23499 |
| 23 | Genevan, Michael | 157.5 |  | 6427-4 page 48 | 24321 |
| 24 | Hewett, Paul | 1095 |  | 6427-5 page 1 | 46346 |
| 25 | Hewett, Paul | 167.5 |  | 6427-5 page 2 | 136787 |
| 26 | James, Robert |  | 105 | 6427-5 page 4 | 20090805 |
| 27 | Kaltofen, Marco | 150 |  | 6427-5 page 5 | 136781 |
| 28 | Kaltofen, Marco | 280 |  | 6427-5 page 6 | 136782 |
| 29 | Kronberg, James | 1095 |  | 6427-5 page 9 | 46342 |
| 30 | Larson and Harder | 210 | 150 | 6427-5 page14 | 18082 |
| 31 | Linares and Sober | 375 |  | 6427-5 page 15 | 14511 |
| 32 | Little, Joseph | 270 |  | 6427-5 page 18 | 52136 |
| 33 | McGwin, Gerald | 201.25 |  | 6427-5 page 21 | 136779 |
| 34 | McNeese, Martin |  | 123.75 | 6427-5 page 23 | 23587 |
| 35 | Methot, David | 300 |  | 6427-5 page 24 | 14508 |
| 36 | Miller, Larry | 270 |  | 6427-5 page 45 | 137045 |
| 37 | Miller, Stephen |  | 202.5 | 6427-5 page 26 | 23547 |
| 38 | Monson, Richard |  | 198.5 | 6427-5 page 27 | 37391 |
| 39 | Moore, David | 746.25 |  | 6427-5 page 29 | 135216 |
| 40 | Moore, David | 280 |  | 6427-5 page 30 | 136774 |
| 41 | Pacheco, Karin Vol. II | 447.5 |  | 6427-5 page 36 | 46344 |
| 42 | Pacheco, Karin Vol. I | 400 |  | 6427-5 page 34 | 46343 |
| 43 | Porter, David |  | 146.25 | 6427-5 page 38 | 23534 |
| 44 | Quick, Leonard | 325 |  | 6427-5 page 39 | 136780 |
| 45 | Ritter, Ervin | 268.75 |  | 6427-5 page 41 | 136778 |
| 46 | Scott, Jeremiah | 168.27 |  | 6427-6 page 2 | 136613 |
| 47 | Scott, William | 1105 |  | 6427-6 page 4 | 46350 |
| 48 | Serauskas, Damien | 380 |  | 6427-6 page 6 | 13675 |


EXHIBIT A

|    | A | B | C | D | E |
|----|---|---|---|---|---|
| 1  | Costs for Video and Syncing | Video | Synching | Exhibit Reference | Invoice No. |
| 49 | Shea, James and Philip | 198 | | 6427-5 page 46 | 110491 |
| 50 | shwery, Edward | 402.5 | | 6427-6 page 10 | 136776 |
| 51 | Smulski, Stephen | 1495 | | 6427-6 page 12 | 46338 |
| 52 | Video for Sheas, Keel, | 1065 | | 6427-5 page 47 | 109974 |
| 53 | Wedner, James | 195 | 113.75 | 6427-6 page 15 | 15285 |
| 54 | Whitaker, Charles | | 375 | 6427-6 page 18 | 90-08-8961 |
| 55 | Williams, Patricia | 407.5 | | 6427-6 page 19 | 136786 |
| 56 | Williams, Patricia | 392.5 | | 6427-6 page 20 | 136785 |
| 57 | | | | | |
| 58 | Totals | 19871.27 | 2453.08 | | |
| 59 | | | | | |
| 60 | GRAND TOTAL | 19,871.27+2,453.08 =22,324.35 | | | |