UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | 07-md-1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| | * | |
| | * | MAG: CHASEZ |

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
Alana Alexander, individually and on behalf of Christopher Cooper,
As Severed

**EXHIBIT "B"**

**TO**

**FLOUR   ENTERPRISES, INC.'S RESPONSE TO
PLAINTIFF'S MOTION TO RETAX COSTS**

| Deponent -Revised Version of 12-3-09 Submission to Ms. Whyte | Total Invoice | Video Deduction | Transcript/ Reporter Fess | Exhibit Reference | Invoice # | |
|---|---|---|---|---|---|---|
| Abbott, Eddie | 390.65 | | 390.65 | 6427-4 page 3 | 90813-1 | |
| Alexander, Alana | 766.7 | | 766.7 | 6427-4 page 12 | 135535 | |
| Alexander, Alana | 218.6 | | 218.6 | 6427-4 page 9 | 136022 | |
| Alexander, Erika | 225.35 | | 225.35 | 6427-4 page 13 | 135531 | |
| Alexander, Shirely | 446.5 | | 446.5 | 6427-4 page 10 | 135442 | |
| Allen, Heath | 539.89 | | 539.89 | 6427-4 page 15 | 136034 | |
| Allen, Travis | 572.12 | | 572.12 | 6427-4 page 15 | 136034 | |
| Alllan, Graham | 1264.4 | | 1264.4 | 6427-4 page 16 | 37346 | |
| Baksh, Angela (7-29) | | | | 6427-4 page 19 | 135848 | $100 invoice for video removed from total |
| Baksh, Angela (7-29) | 241.49 | | 241.49 | 6427-4 page 18 | 135798 | |
| Baksh, Angela (8-7) | 589.15 | | 589.15 | 6427-4 page 20 | 135966 | |
| Barnes, Janet | 765.14 | | 765.14 | 6427-4 page 21 | 45328 | (Certified Copy and only charge for this witness for non-video) |
| Blanchard, Paul | 793.26 | | 793.26 | 26427-4 page 24 | 136025 | |
| Bonomo, Guy | 233.2 | | 233.2 | 6427-4 page 25 | 54819 | |
| Bunzer, Gary | 4767.32 | | 4767.32 | 6427-4 page 27 | 63678 | Accidentally included finance costs and was previously listed as 5244.05 |
| Ciota, Megan | 312.75 | | 312.75 | 6427-4 page 28 | 135629 | |
| Cole, Philip | 548.05 | | 548.05 | 6427-4 page 30-09-2669F and email | | |
| Cooper, Christopher | 270.15 | | 270.15 | 6427-4 page 11 | 135362 | |
| Cristina, Andrew Thomas | 186.15 | | 186.15 | 6427-4 page 9 | 136022 | |
| DeRosa, Christopher | 966 | | 966 | 6427-4 page 33 | 51271 | Certified copy, only charge for non-video for this witness |
| Devany, Mary | 1037.35 | | 1037.35 | 6427-4 page 35 | 45384 | Certified copy, only charge for non-video for this witness |
| Dorris, Nathan | 1006.75 | | 1006.75 | 6427-4 page 37 | 51599 | Certified copy, only charge for non-video for this witness |
| Durham, Dwight | 257.2 | | 257.2 | 6427-4 page 38 | 286109 | |
| Dyson, Williams | 624.8 | | 624.8 | 6427-4 page 41 | 51463 | Certified copy, only charge for non-video for this witness |
| Esparaza, Cleland, Slone, Lentych, Timmins, Brown, Zumbrun, Willaims, Dudek | 1490.7 | | 1490.7 | 6427-4 page 44 | 90840-1 | |
| Farber, George | 0 | | | 6427-4 page 42 | 136014 | 343.5 removed as because depo. was taken in Dubuclet Bellwether |
| Ganiere, Elizabeth | 85.91 | | 85.91 | 6427-5 page 49 | 108750 | Certified copy, only charge for non-video for this witness |
| Garrett, David | 1278.85 | 213.75 | 1065.1 | 6427-4 page 46 | 23499 | |



| Deponent -Revised Version of 12-3-09 Submission to Ms. Whyte | Total Invoice | Video Deduction | Transcipt/ Reporter Fess | Exhibit Reference | Invoice # | |
|---|---|---|---|---|---|---|
| Genevan, Michael | 993 | | 993 | 6427-4 page 47 | 23845 | |
| Herzstein, jessica | 1050 | | 1050 | 6427-4 page 49 | 287922 | |
| Hewett, Paul | 733.87 | | 733.87 | 6427-4 page 50 | 44722 | |
| James, Robert | 307.14 | | 307.14 | 6427-5 page 3 | C 7422 | |
| Kaltofen, Marco | 544.15 | | 544.15 | 6427-5 page 7 | 135369 | |
| Keel, Burl | 1018.37 | | 1018.37 | 6427-5 page 48 | 108763 | 1081.37 is correct. Pl. asserts 401.04 which is only cert. copy |
| Kornberg, James | 908.05 | | 908.05 | 6427-5 page 10 | 44848 | Certified copy, only charge for non-video for this witness |
| LaGrange, Paul | 433.55 | | 433.55 | 6427-5 page 11 | 135277 | |
| Lapinski, Michael | 896.2 | | 896.2 | 6427-5 page 12 | 23715 | |
| Larson and Harder | 236.7 | | 236.7 | 6427-5 page 13 | 136550 | |
| Linares and Sober | 1613.8 | -400 | 1213.8 | 6427-5 page 15 | 14511 | 12,113.80 was obvious typographic mistake |
| Lindell, Michael | 2174.7 | | 2174.7 | 6427-5 page 16 | 37334 | |
| Little, Joseph | 704.55 | | 704.55 | 6427-5 page 17 | 51032 | |
| Mallett, alexis | 967.3 | | 967.3 | 6427-5 page 19 | 135601 | |
| Marsh, Gary | 501 | | 501 | 6427-5 page 20 | 225882 | |
| McGwin, Gerald | 1268.8 | | 1268.8 | 6427-5 page 22 | 45182 | Certified copy, only charge for non-video for this witness |
| McNeese, Martin | 726.5 | -123.75 | 602.25 | 6427-5 page 23 | 23587 | Certified copy, only charge for non-video for this witness |
| Methot, David | 1412.22 | -300 | 1112.22 | 6427-5 page 24 | 14508 | |
| Miller, Lawrence | 571 | | 571 | 6427-5 page 25 | 137029 | |
| Miller, Stephen | 1148.35 | -202.5 | 945.85 | 6427-5 page 26 | 23547 | |
| Monson, Richard | 587.5 | | 587.5 | 6427-5 page 28 | 37008 | |
| Moore, David (8-11) | 415.95 | | 415.95 | 6427-5 page 32 | 136098 | |
| Pacheco, Karin Vol.II | 484.85 | | 484.85 | 6427-5 page 35 | 44952 | Certified copy, only charge for non-video for this witness 7/16/09 deposition |
| Pacheco, Karin Vol.I | 389.65 | | 389.65 | 6427-5 page 33 | 44961 | Certified copy, only charge for non-video for this witness 7/15/09 deposition |
| Polk, Mark | 618.25 | | 618.25 | 6427-5 page 37 | 320 | |
| Porter, David | 929.45 | -146.25 | 783.2 | 6427-5 page 38 | 23534 | |
| Pullin, Scott | 568.84 | | 568.84 | 6427-5 page 8 | 108763 | Certified copy, only charge for non-video for this witness |
| Qucik, Leonard | 659.05 | | 659.05 | 6427-5 page 40 | 60852 | |
| Ritter, Ervin | 371.35 | | 371.35 | 6427-5 page 42 | 135344 | |
| Robbins, Coreen | 1880 | | 1880 | 6427-5 page 43 | 37360 | |
| Sarvari, Philip | 193.03 | | 193.03 | 6427-5 page 44 | 108641 | Certified copy, only charge for non-video for this witness |
| Scott, Jeremiah | 450.7 | | 450.7 | 6427-6 page 3 | 136586 | |
| Scott, William | 542.29 | | 542.29 | 6427-6 page 5 | 43718 | |
| Serauskas, Damien | 432.55 | | 432.55 | 6427-6 page 7 | 135732 | |
| Shea, Brian | 1396.48 | | 1396.48 | 6427-5 page 49 | 108750 | Previously has 245.76, which was only certified copy, but actual depo. Cost was 1396.48 |

| Deponent -Revised Version of 12-3-09 Submission to Ms. Whyte | Total Invoice | Video Deduction | Transcipt/ Reporter Fess | Exhibit Reference | Invoice # | |
|---|---|---|---|---|---|---|
| Shea, Daniel | 998.31 | | 998.31 | 6427-5 page 48 | c17556 | Previously has 1396.48, which was really his brother Brian Shea, should be 998.31 |
| Shea, James | 1262.86 | | 1262.86 | 6427-5 page 48 | c17556 | |
| Shwery, Edward | 531.9 | | 531.9 | 6427-6 page 8 | 135321 | |
| Shwery, Edward | | | | 6427-6 page 9 | 136103 | 402.3 removed because depositions was taken in Dubuclet matter |
| Smith, Kenneth | 497.5 | | 497.5 | 6427-6 page 11 | 135566 | |
| Smulski, Stephen | 1174.31 | | 1174.31 | 6427-6 page 13 | 43670 | Certified copy, on ly charge for the non-video |
| Souza, Kevin | 633.75 | | 633.75 | 6427-6 page 14 | 287877 | |
| Trial Transcripts-Cathy Pepper | 6221.2 | | 6221.2 | 6427-6 page 22 | 2E+07 | |
| Trial Transcripts-Jodi Semicox | 6825.2 | | 6825.2 | 6427-6 page 23 | 2E+07 | |
| Wedner, James | 323.35 | | 323.35 | 6427-6 page 16 | 13184 | |
| Whitaker/Duckworth | 1536.2 | | 1536.2 | 6427-6 page 17 | 17765 | |
| Willaims, Patricia | 526.3 | | 526.3 | 6427-6 page 21 | 135450 | |
| | | | | | | |
| **Total (with video services deducted)** | | | 67151.75 | | | |
| | | | | | | |
| Video Services Not included in Total sent to Ms. Whyte on 12-3-09 | | | | | | |
| | | | | | | |
| **Certified Copies (not previously included)** | | | | | | |
| Shea, James | 1009.69 | | | 6427-5 page 44 | 108641 | Ceritifed Copy |
| Shea, Brian | 245.76 | | | 6427-5 page 49 | 108750 | Certified Copy |
| | | | | | | |
| Total | 1255.45 | | | | | |
| | | | | | | |
| Grand Total for Deposition Transcirpts and Copies of Transcripts from Reporter | 67,151.75 + 1,255.45= **$68,407.20** | | | | | |