UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | 07-md-1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| | * | |
| | * | MAG: CHASEZ |

This document is related to:
    *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
    Alana Alexander, individually and on behalf of Christopher Cooper,
    As Severed

---

**EXHIBIT "C"**

**TO**

**FLOUR ENTERPRISES, INC.'S RESPONSE TO
<u>PLAINTIFF'S MOTION TO RETAX COSTS</u>**

| | | |
|---|---|---|
| **Tanya Fields /Midrid** | To | loretta_whyte@laed.uscourts.gov |
| 12/03/2009 05:42 PM | cc | jwoods@gainsben.com, Charles Penot/Midrid@Midrid |
| | bcc | |
| | Subject | Alexanders - Fluor Motion for Costs |

Dear Ms. Whyte:

Attached please find the additional information that you requested from Fluor Enterprises, Inc. yesterday, December 2, 2009, during the hearing on Fluor's Motion to Assess Taxable Costs. I am attaching both a PDF version and the Excel version of the chart accounting for the transcripts and court reporter fees exclusive of any video service charges. If I can be of any further assistance, please let me know.

Also, as instructed by you, Mr. Woods, Plaintiff's counsel who attending the hearing, is copied.

Thank you,

Tanya Henkels Fields
Middleberg, Riddle & Gianna
KPMG Centre, Suite 2400
717 N. Harwood Street
Dallas, Texas 75201
(direct) 214.220.6884
(fax) 214.220.6807


Alexander- ltr to Clerk Loretta Whyte with cost chard.pdf

 
Alexander cost Chart for Transcripts only.xls   Alexander cost Chart for Transcripts only.pdf

# Middleberg Riddle & Gianna

**Attorneys and Counselors**

Suite 2400
717 North Harwood
Dallas, Texas 75201
(214) 220-6500
(214) 220-2785 (Telecopier)

TANYA M. HENKELS FIELDS
214/220-6884

December 3, 2009

**Via E-mail: Loretta_Whyte@laed.uscourts.gov**
Loretta Whyte
Clerk of the Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re: FEMA MDL: #07-mdl-1873; as regarding Alan Alexander

Dear Ms. Whyte:

This letter is to provide you with the total and accounting for transcripts and court reporter services that you requested during the hearing on December 2, 2009 on *Fluor Enterprises, Inc.'s Motion to Assess Taxable Costs*. Attached please find the accounting for transcripts and court reporter services totaling $78,621.73. No video services for these deposition are included in this total. This total is only for the line item on the *Bill of Costs*, "[f]ees of the court reporter for all or any part of the transcript necessarily obtained for use in this case".

Thank you for your attention to this matter. Please feel free to contact me if any additional information is required.

Very truly yours,

*Tanya Henkels Fields*
Tanya Henkels Fields*
Counsel for Defendant Fluor Enterprises, Inc.

*Not Licensed to Practice Law in the State of Louisiana
Enclosure

C:

    **Via E-mail: jwoods@gainsben.com**
    Justin Wood

    **Via E-mail:** cpenot@midrid.com
    Charles R. Penot, Jr.

ND: 4820-6816-3077, v. 1

| Deponent | Total Invoice For Witness(es) Listed | Video Services Deduction | Transcipt/ Reporter Fess | Exhibit Reference | Invoice # |
|---|---|---|---|---|---|
| Abbott, Eddie | 390.65 | | 390.65 | 6427-4 page 3 | 90813-1 |
| Alexander, Alana | 766.7 | | 766.7 | 6427-4 page 12 | 135535 |
| Alexander, Alana | 218.6 | | 218.6 | 6427-4 page 9 | 136022 |
| Alexander, Erika | 225.35 | | 225.35 | 6427-4 page 13 | 135531 |
| Alexander, Shirely | 446.5 | | 446.5 | 6427-4 page 10 | 135442 |
| Allen, Heath | 539.89 | | 539.89 | 6427-4 page 15 | 136034 |
| Allen, Travis | 572.12 | | 572.12 | 6427-4 page 15 | 136034 |
| Alllan, Graham | 1264.4 | | 1264.4 | 6427-4 page 16 | 37346 |
| Baksh, Angela (7-29) | 100 | | 100 | 6427-4 page 19 | 135848 |
| Baksh, Angela (7-29) | 241.49 | | 241.49 | 6427-4 page 18 | 135798 |
| Baksh, Angela (8-7) | 589.15 | | 589.15 | 6427-4 page 20 | 135966 |
| Barnes, Janet | 765.14 | | 765.14 | 6427-4 page 21 | 45328 |
| Blanchard, Paul | 793.26 | | 793.26 | 26427-4 page 24 | 136025 |
| Bonomo, Guy | 233.2 | | 233.2 | 6427-4 page 25 | 54819 |
| Bunzer, Gary | 5244.05 | | 5244.05 | 6427-4 page 27 | 63678 |
| Ciota, Megan | 312.75 | | 312.75 | 6427-4 page 28 | 135629 |
| Cole, Philip | 548.05 | | 548.05 | 6427-4 page 30-09-2669F and email | |
| Cooper, Christopher | 270.15 | | 270.15 | 6427-4 page 11 | 135362 |
| Cristina, Andrew Thomas | 186.15 | | 186.15 | 6427-4 page 9 | 136022 |
| DeRosa, Christopher | 966 | | 966 | 6427-4 page 33 | 51271 |
| Devany, Mary | 1037.35 | | 1037.35 | 6427-4 page 35 | 45384 |
| Dorris, Nathan | 1006.75 | | 1006.75 | 6427-4 page 37 | 51599 |
| Durham, Dwight | 257.2 | | 257.2 | 6427-4 page 38 | 286109 |
| Dyson, Williams | 624.8 | | 624.8 | 6427-4 page 41 | 51463 |
| Esparaza, Cleland, Slone, Lentych, Timmins, Brown, Zumbrun, Willaims, Dudek | 1490.7 | | 1490.7 | 6427-4 page 44 | 90840-1 |
| Farber, George | 343.5 | | 343.5 | 6427-4 page 42 | 136014 |
| Ganiere, Elizabeth | 85.91 | | 85.91 | 6427-5 page 49 | 108750 |
| Garrett, David | 1278.85 | 213.75 | 1065.1 | 6427-4 page 46 | 23499 |
| Genevan, Michael | 993 | | 993 | 6427-4 page 47 | 23845 |
| Herzstein, jessica | 1050 | | 1050 | 6427-4 page 49 | 287922 |
| Hewett, Paul | 733.87 | | 733.87 | 6427-4 page 50 | 44722 |
| James, Robert | 307.14 | | 307.14 | 6427-5 page 3 | C 7422 |
| Kaltofen, Marco | 544.15 | | 544.15 | 6427-5 page 7 | 135369 |
| Keel, Burl | 1018.37 | | 1018.37 | 6427-5 page 48 | 108763 |
| Kornberg, James | 908.05 | | 908.05 | 6427-5 page 10 | 44848 |
| LaGrange, Paul | 433.55 | | 433.55 | 6427-5 page 11 | 135277 |
| Lapinski, Michael | 896.2 | | 896.2 | 6427-5 page 12 | 23715 |

| Deponent | Total Invoice For Witness(es) Listed | Video Services Deduction | Transcipt/ Reporter Fess | Exhibit Reference | Invoice # |
|---|---|---|---|---|---|
| Larson and Harder | 236.7 | | 236.7 | 6427-5 page 13 | 136550 |
| Linares and Sober | 1613.8 | -400 | 12113.8 | 6427-5 page 15 | 14511 |
| Lindell, Michael | 2174.7 | | 2174.7 | 6427-5 page 16 | 37334 |
| Little, Joseph | 704.55 | | 704.55 | 6427-5 page 17 | 51032 |
| Mallett, alexis | 967.3 | | 967.3 | 6427-5 page 19 | 135601 |
| Marsh, Gary | 501 | | 501 | 6427-5 page 20 | 225882 |
| McGwin, Gerald | 1268.8 | | 1268.8 | 6427-5 page 22 | 45182 |
| McNeese, Martin | 726.5 | -123.75 | 602.25 | 6427-5 page 23 | 23587 |
| Methot, David | 1412.22 | -300 | 1112.22 | 6427-5 page 24 | 14508 |
| Miller, Lawrence | 571 | | 571 | 6427-5 page 25 | 137029 |
| Miller, Stephen | 1148.35 | -202.5 | 945.85 | 6427-5 page 26 | 23547 |
| Monson, Richard | 587.5 | | 587.5 | 6427-5 page 28 | 37008 |
| Moore, David (8-11) | 415.95 | | 415.95 | 6427-5 page 32 | 136098 |
| Pacheco, Karin | 484.85 | | 484.85 | 6427-5 page 35 | 44952 |
| Pacheco, Karin | 389.65 | | 389.65 | 6427-5 page 33 | 44961 |
| Polk, Mark | 618.25 | | 618.25 | 6427-5 page 37 | 320 |
| Porter, David | 929.45 | -146.25 | 783.2 | 6427-5 page 38 | 23534 |
| Pullin, Scott | 568.84 | | 568.84 | 6427-5 page 8 | 108763 |
| Qucik, Leonard | 659.05 | | 659.05 | 6427-5 page 40 | 60852 |
| Ritter, Ervin | 371.35 | | 371.35 | 6427-5 page 42 | 135344 |
| Robbins, Coreen | 1880 | | 1880 | 6427-5 page 43 | 37360 |
| Sarvari, Philip | 193.03 | | 193.03 | 6427-5 page 44 | 108641 |
| Scott, Jeremiah | 450.7 | | 450.7 | 6427-6 page 3 | 136586 |
| Scott, William | 542.29 | | 542.29 | 6427-6 page 5 | 43718 |
| Serauskas, Damien | 432.55 | | 432.55 | 6427-6 page 7 | 135732 |
| Shea, Brian | 245.76 | | 245.76 | 6427-5 page 49 | 108750 |
| Shea, Daniel | 1396.48 | | 1396.48 | 6427-5 page 48 | c17556 |
| Shea, James | 1262.86 | | 1262.86 | 6427-5 page 48 | c17556 |
| Shwery, Edward | 531.9 | | 531.9 | 6427-6 page 8 | 135321 |
| Shwery, Edward | 402.3 | | 402.3 | 6427-6 page 9 | 136103 |
| Smith, Kenneth | 497.5 | | 497.5 | 6427-6 page 11 | 135566 |
| Smulski, Stephen | 1174.31 | | 1174.31 | 6427-6 page 13 | 43670 |
| Souza, Kevin | 633.75 | | 633.75 | 6427-6 page 14 | 287877 |
| Trial Transcripts-Cathy Pepper | 6221.2 | | 6221.2 | 6427-6 page 22 | 20090090 |
| Trial Transcripts-Jodi Semicox | 6825.2 | | 6825.2 | 6427-6 page 23 | 20090038 |
| Wedner, James | 323.35 | | 323.35 | 6427-6 page 16 | 13184 |
| Whitaker/Duckworth | 1536.2 | | 1536.2 | 6427-6 page 17 | 17765 |
| Willaims, Patricia | 526.3 | | 526.3 | 6427-6 page 21 | 135450 |
| | | | | | |
| **Total (with video services deducted)** | | | 78621.73 | | |