UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to: *Lyndon T. Wright v.* | * | JUDGE: ENGELHARDT |
| *Forest River, Inc., et al*, Docket No. 09-2977 | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANTS' MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN EXCESS OF PAGE LIMIT

Defendants Forest River, Inc. and Shaw Environmental, Inc. (collectively, "defendants") respectfully request that the Court allow them to file a Reply memorandum related to defendants' Motion for Summary Judgment on Causation in excess of the page limit established by the Court,

Local Rule 7.8 requires that "a reply brief or memorandum . . . not exceed 10 pages, excluding exhibits."  As the Court is aware, defendants filed a number of dispositive motions on February 1, 2010.  Defendants filed four joint motions for summary judgment.  In order to address party-specific issues, Forest River filed an additional two, and Shaw an additional seven.

Arguably the most important joint motion for summary judgment filed by defendants is the one dealing with causation, Rec. Doc. 10933.  In that motion, defendants analyzed a number

of the findings and deposition testimony of plaintiff's medical experts and addressed causation issues related not only to formaldehyde but to mold as well.

Plaintiff filed an eighteen page response which raised a wide variety of defenses and discussed four of plaintiff's medical conditions in detail. *See* Rec. Doc. 11546. In order to address each of their points adequately, defendants suggest that a 20 page response is warranted and will allow for a full, though concise, response to these issues.

Throughout the course of this litigation, the parties have worked diligently to enter into stipulations on certain fact and expert issues, many of which have eliminated the need for motion practice on those topics. For instance, three of the motions for summary judgment have been withdrawn following discussions between the parties. Defendants have and will continue to work to streamline the case. However, the motion for summary judgment on causation – one which will undoubtedly have an impact on many if not all of plaintiff's claims – is one that calls for additional briefing. This motion, which addresses, *inter alia*, plaintiff's asthma, fear of cancer, and mold claims, is critical not only to this litigation but to the MDL as a whole. An additional ten pages beyond the limit is all that is requested to provide this more complete analysis.

Finally, defendants do not anticipate requesting page limit extensions on any other reply memorandums in this case. Thus, this is the only one of over ten motions for summary judgment for which defendants request additional pages.

Plaintiff has been contacted and does not object to this motion.

Accordingly, defendants request that the Court grant their motion for leave to file a 20 page reply memorandum relating to the motion for summary judgment on causation.

Respectfully submitted,

/s/ Jason D. Bone_____
Ernest P. Gieger, Jr. (No. 6154)
Jason D. Bone (No.28315)
Carson W. Strickland (No. 31336)
Gieger, Laborde & Laperouse, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
*ATTORNEYS FOR FOREST RIVER, INC.*

/s/ M. David Kurtz_____
M. David Kurtz (No. 23821)
Karen K. Whitfield (No. 19350)
Catherine N. Thigpen (No. 30001)
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
*ATTORNEYS FOR SHAW ENVIRONMENTAL, INC*

## **C E R T I F I C A T E**

I hereby certify that on the 18th day of February, 2010, a copy of the foregoing Memorandum in Support was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

/s/ Jason D. Bone_____
JASON D. BONE