UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5)<br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | MAGISTRATE CHASEZ |
|    All Cases | |

**MOTION (and incorporated MEMORANDUM) FOR LEAVE
TO FILE APPLICATION
FOR APPOINTMENT OF LIAISON COUNSEL**

American International Group, Inc.; Chartis Specialty Insurance Company (formerly American International Specialty Lines Insurance Company); The Insurance Company of the State of Pennsylvania; National Union Fire Insurance Company of Pittsburgh, Pa; Lexington Insurance Company; and Chartis Select Insurance Company (formerly Starr Excess Liability Insurance Company, Ltd.) move this Honorable Court for leave to file the attached application for appointment of their undersigned counsel, Charles E. Leche, as liaison counsel for the insurer defendants in this matter.

Movers acknowledge that this motion is untimely in light of the provisions of the Court's Pre-Trial Order No. 58, which set a deadline of February 8 for nominations / applications for appointment as liaison counsel. However, although movers filed a "Preservation of Motions and Defenses" herein on September 16, 2009 (record document no. 3377), undersigned counsel for movers did not become aware of the Court's Pre-Trial Order No. 58 (issued January 29, 2010) until February 17, 2010.

Movers have issued over 60 primary and/or excess/umbrella insurance policies to approximately 56 entities defendant (or related to defendants) in this litigation:

| name of manufacturer / alleged insured | alleged additional insured with, subsidiary of or related to |
|---|---|
| **Adrian Homes** | **Alliance Homes, Inc.** |
| **Alliance Homes, Inc.** | |
| **Cameron Homes** | **Skyline Corporation** |
| **Carrollton Corporation** | **Skyline Corporation** |
| **Cavalier Home Builders, LLC** | |
| **Cavalier Homes, Inc.** | |
| **Champion Enterprises, Inc.** | |
| **Clayton Homes, Inc.** | |
| **Clayton Homes of Lafayette, Inc.** | **(f/k/a Clayton Homes, Inc.)** |
| **Coachmen Industries, Inc.** | |
| **Coachmen Recreational Vehicle Company, LLC** | **Coachmen Industries** |
| **Coachmen Recreational Vehicle Company of Georgia, LLC** | **Coachmen Industries** |
| **Dutchmen Manufacturing, Inc.** | **Thor Industries, Inc.** |
| **Fairmont Homes, Inc.** | |
| **Fleetwood Enterprises, Inc.** | |
| **Forest River** | |
| **Giles Family Holdings, Inc.** | **Clayton Homes, Inc.; f/k/a Giles Industries of Tazewell, Incorporated** |
| **Giles Industries of Tazewell, Inc.** | **Clayton Homes, Inc.** |

**Motion (and Incorporated Memorandum) for Leave to file Application for Appointment of Liaison Counsel by American International Group, Inc.; Chartis Specialty Insurance Company (formerly American International Specialty Lines Insurance Company); the Insurance Company of the State of Pennsylvania; National Union Fire Insurance Company of Pittsburgh, Pa; Lexington Insurance Company; and Chartis Select Insurance Company (formerly Starr Excess Liability Insurance Company, Ltd.)**   Page 2

| name of manufacturer / alleged insured | alleged additional insured with, subsidiary of or related to |
|---|---|
| **Giles Industries, Inc.** | **Clayton Homes, Inc.** |
| **Gulf Stream Coach, Inc.** | **Fairmont Homes, Inc.** |
| **Homette Corporation** | **Skyline Corporation** |
| **Horton Homes, Inc.** | |
| **Jayco Corporation** | **Jayco Inc.** |
| **Jayco Inc.** | |
| **K-Z, Inc.** | |
| **Keystone Industries, Inc.** | **Thor Industries, Inc.** |
| **Keystone RV Manufacturing** | **Thor Industries, Inc.** |
| **Keystone RV Company** | **Thor Industries, Inc.** |
| **Keystone RV Manufacturing** | **Thor Industries, Inc.** |
| **KZ RV, LP,   dba KZ and/or KZ RV** | **K-Z, Inc.** |
| **Layton Companies** | **Skyline Corporation** |
| **Layton Corporation** | **Skyline Corporation** |
| **Layton Homes Corp.** | **Skyline Corporation** |
| **Liberty Homes, Inc.** | |
| **Monaco Coach Corp.** | |
| **North American Catastrophe Service** | |
| **Oakwood Homes, LLC** | **Clayton Homes, Inc.** |
| **Palm Harbor Homes, Inc.** | |
| **Palm Harbor Manufacturing, LP** | **Palm Harbor Homes, Inc.** |
| **Palm Harbor Albemarle, LP** | **Palm Harbor Homes, Inc.** |

**Motion (and Incorporated Memorandum) for Leave to file Application for Appointment of Liaison Counsel by American International Group, Inc.; Chartis Specialty Insurance Company (formerly American International Specialty Lines Insurance Company); the Insurance Company of the State of Pennsylvania; National Union Fire Insurance Company of Pittsburgh, Pa; Lexington Insurance Company; and Chartis Select Insurance Company (formerly Starr Excess Liability Insurance Company, Ltd.)**                                                              **Page 3**

| name of manufacturer / alleged insured | alleged additional insured with, subsidiary of or related to |
|---|---|
| **R-Vision, Inc.** | **Monaco Coach** |
| **River Birch Homes, Inc.** | |
| **Skyline Corporation** | |
| **Skyline Homes, Inc.** | **Skyline Corporation** |
| **Southern Energy Homes, Inc.** | **Clayton Homes, Inc.** |
| **Starcraft RV** | **Jayco Inc.** |
| **Starcraft RV, Inc.** | **Jayco Inc.** |
| **Sunnybrook RV, Inc.** | |
| **Sunray Investments, LLC** | **Clayton Homes, Inc.; f/k/a Sunray RV, LLC** |
| **Sunray RV, LLC** | **Clayton Homes, Inc.** |
| **Thor California, Inc.** | **Thor Industries, Inc.** |
| **Thor Industries, Inc.** | |
| **Thor Manufacturing** | **Thor Industries, Inc.** |
| **Tomkins Industries, Inc.** | |
| **Universal Project Management** | |
| **Viking Recreational Vehicles, LLC** | **Coachmen Industries** |

[Movers reserve all rights and defenses and do not intend any admission or indication of policy issuance or coverage by virtue of the above listing of entities for which coverage is potentially at issue.]

Additionally, one or more movers and/or their alleged insureds have been sued in over 600 of the cases consolidated within this MDL proceeding of which movers are

presently aware.

Under these circumstances, movers submit that it is appropriate that their counsel, Charles E. Leche, should be appointed insurer liaison counsel.  Movers therefore request that the Court grant this motion for leave and thereby permit movers to file their attached application for appointment of Charles E. Leche as insurer liaison counsel.

WHEREFORE, American International Group, Inc.; Chartis Specialty Insurance Company (formerly American International Specialty Lines Insurance Company); The Insurance Company of the State of Pennsylvania; National Union Fire Insurance Company of Pittsburgh, Pa; Lexington Insurance Company; and Chartis Select Insurance Company (formerly Starr Excess Liability Insurance Company, Ltd.)  pray that this Honorable Court permit the filing of the attached application for appointment of insurer liaison counsel.

Respectfully submitted this 18th day of February, 2010.

*Charles E. Leche*

---

CHARLES E. LECHE (#8218), T. A.
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana  70130
Telephone:   (504) 581-5141
Direct line:    (504) 593 0790
Fax:              (504) 566 1201
E-mail:          cleche@dkslaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was filed electronically using the ECF system on this 18th day of February, 2010 and thereby served on all liaison counsel of record.

*Charles E. Leche*

_____
CHARLES E. LECHE

100218.01.motn for leave.wpd

**Motion (and Incorporated Memorandum) for Leave to file
Application for Appointment of Liaison Counsel by American
International Group, Inc.; Chartis Specialty Insurance Company
(formerly American International Specialty Lines Insurance
Company); the Insurance Company of the State of Pennsylvania;
National Union Fire Insurance Company of Pittsburgh, Pa;
Lexington Insurance Company; and Chartis Select Insurance
Company (formerly Starr Excess Liability Insurance Company, Ltd.)**   **Page 6**