**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 07-1873** |
| | **SECTION N(5)** <br> **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** | **MAGISTRATE CHASEZ** |
| All Cases | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the **Motion for Leave to File Application for Appointment of Liaison Counsel** filed herein by American International Group, Inc.; Chartis Specialty Insurance Company (formerly American International Specialty Lines Insurance Company); The Insurance Company of the State of Pennsylvania; National Union Fire Insurance Company of Pittsburgh, Pa; Lexington Insurance Company; and Chartis Select Insurance Company (formerly Starr Excess Liability Insurance Company, Ltd.) will be brought on for hearing on the **10th day of March, 2010, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, before the Honorable Kurt D. Engelhardt, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C351, New Orleans, Louisiana 70130.

Respectfully submitted this 18th day of February, 2010.

*Charles E. Leche*

_____
CHARLES E. LECHE (#8218), T. A.
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana  70130
Telephone:   (504) 581-5141
Direct line:   (504) 593 0790
Fax:             (504) 566 1201
E-mail:         cleche@dkslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was filed electronically using the ECF system on this 18th day of February, 2010 and thereby served on all liaison counsel of record.

*Charles E. Leche*

_____
CHARLES E. LECHE

100218.02.notc of motn.wpd

**Notice of Motion for Leave to file Application for Appointment of
Liaison Counsel by American International Group, Inc.; Chartis
Specialty Insurance Company (formerly American International
Specialty Lines Insurance Company); the Insurance Company of
the State of Pennsylvania; National Union Fire Insurance Company
of Pittsburgh, Pa; Lexington Insurance Company; and Chartis Select
Insurance Company (formerly Starr Excess Liability Insurance Company, Ltd.)**          Page 2