UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br><br>All Cases | MAGISTRATE CHASEZ |

### ORDER

Considering the foregoing Motion for Leave to File Application for Appointment of Liaison Counsel filed herein by American International Group, Inc., et al.:

IT IS HEREBY ORDERED that the said motion is GRANTED and that American International Group, Inc.; Chartis Specialty Insurance Company (formerly American International Specialty Lines Insurance Company); The Insurance Company of the State of Pennsylvania; National Union Fire Insurance Company of Pittsburgh, Pa; Lexington Insurance Company; and Chartis Select Insurance Company (formerly Starr Excess Liability Insurance Company, Ltd.) , are permitted to file their Application for Appointment of Liaison Counsel.

New Orleans, Louisiana, this _____ day of _____ , 2010.

_____
UNITED STATES DISTRICT JUDGE