## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5)<br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | MAGISTRATE CHASEZ |
| All Cases | |

## APPLICATION FOR APPOINTMENT OF LIAISON COUNSEL

American International Group, Inc.; Chartis Specialty Insurance Company (formerly American International Specialty Lines Insurance Company); The Insurance Company of the State of Pennsylvania; National Union Fire Insurance Company of Pittsburgh, Pa; Lexington Insurance Company; and Chartis Select Insurance Company (formerly Starr Excess Liability Insurance Company, Ltd.), pursuant to Pre-trial Order No. 58 and the Order of the Court permitting this filing, move this Honorable Court to appoint their undersigned counsel, Charles E. Leche, as insurer liaison counsel.

As noted in their Motion for Leave to file this Application, movers are the issuers of over 60 policies of primary and/or excess/umbrella insurance to approximately 56 entities that are defendants or are potentially affiliated with defendants (i.e., entities that are named insureds or may claim to be named or additional insureds) in this litigation. Movers and/or their alleged insureds have been sued in at least 600 of the cases consolidated in this MDL proceeding, based on presently-known figures. Accordingly, movers have a significant interest in this litigation and in having their counsel serve as liaison counsel.

The undersigned Charles E. Leche is a 1971 graduate of the Tulane University School of Law.  He is a partner of Deutsch, Kerrigan and Stiles, LLP, of New Orleans, having practiced with this firm for approximately ten years.  Previously he was a partner of the Jones Walker firm for approximately twenty years.  He is admitted to the bar in Louisiana, Texas and the District of Columbia.  He is a member of the New Orleans and Louisiana State bar associations and of the State Bar of Texas and District of Columbia Bar, as well as the Louisiana Association of Defense Counsel and the Southeast Admiralty Law Institute.  He is a former president of the New Orleans Chapter of the Federal Bar Association.   He is admitted to practice in all Federal District Courts in Louisiana, as well as the Northern, Eastern and Southern Districts of Texas.  He is admitted to practice before the U.S. Courts of Appeal for the 5th, 11th and Federal Circuits, as well as the U.S. Supreme Court.  He was for several years a member of the adjunct faculty of the Loyola University School of Law, teaching a course in maritime personal injury law.  He has practiced in insurance coverage, tort and maritime defense, and general litigation in New Orleans for thirty-eight years, and has been involved in several "mass tort" and class action cases.

Because of the preponderance of entities in this matter allegedly insured by movers and the large number of cases herein in which movers have been sued and/or in which they allegedly provide coverage, movers submit that it is appropriate that their counsel, Charles E. Leche,  be appointed insurer liaison counsel.

**Application for Appointment of Liaison Counsel by American
International Group, Inc.; Chartis Specialty Insurance Company
(formerly American International Specialty Lines Insurance Company);
the Insurance Company of the State of Pennsylvania; National
Union Fire Insurance Company of Pittsburgh, Pa; Lexington Insurance
Company; and Chartis Select Insurance Company (formerly
Starr Excess Liability Insurance Company, Ltd.)                                                                    Page 2**

Respectfully submitted this 18th day of February, 2010.

*Charles E. Leche*

_____
CHARLES E. LECHE (#8218), T. A.
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana  70130
Telephone:   (504) 581-5141
Direct line:   (504) 593 0790
Fax:             (504) 566 1201
E-mail:         cleche@dkslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was filed electronically using the ECF system on this 18th day of February, 2010 and thereby served on all liaison counsel of record.

*Charles E. Leche*

_____
CHARLES E. LECHE

100218.04.proposed applic.wpd

**Application for Appointment of Liaison Counsel by American**
**International Group, Inc.; Chartis Specialty Insurance Company**
**(formerly American International Specialty Lines Insurance Company);**
**the Insurance Company of the State of Pennsylvania; National**
**Union Fire Insurance Company of Pittsburgh, Pa; Lexington Insurance**
**Company; and Chartis Select Insurance Company (formerly**
**Starr Excess Liability Insurance Company, Ltd.)**                    Page 3