## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:      FEMA TRAILER                        MDL NO. 1873
            FORMALDEHYDE
            PRODUCTS LIABILITY
            LITIGATION

                                                JUDGE: ENGELHARDT
**This Document Relates to:**

                                                MAG: CHASEZ
      **All Cases**

_____

## SENTRY INSURANCE COMPANY'S AMENDED ANSWER TO
## THIRD AND FOURTH AMENDED MASTER COMPLAINT

Sentry Insurance Company ("Sentry"), as insurer for Pilgrim International,

Inc., pursuant to Pre-Trial Order No. 36  answers and asserts the following defenses

to[1] the Plaintiffs' Third Supplemental and Amended Administrative Master

Complaint (Rec. Doc. No. 4486) and Fourth Supplemental and Amended

Administrative Master Complaint (Rec. Doc. No. 7688)(Collectively the "Master

Complaint")[2]:

---

[1] Pursuant to the Court's Pre-Trial Order No. 36, this answer "…shall constitute an answer in each action now pending or subsequently added to this proceeding." *See* Rec. Doc. No. 1386, p. 4.

[2] Through this pleading, Sentry answers, responds and asserts defenses to plaintiffs' Original Master Complaint (Rec. Doc. No. 109), First Supplemental and Amended Master Complaint (Rec. Doc. No. 379) and Second Supplemental and Amended Master Complaint (Rec. Doc. No. 722).  Although plaintiffs have not styled their Third Supplemental and Amended Administrative Master Complaint as a restated complaint, in paragraph 2 of that pleading, they make clear their intent to restate and supersede the allegations in the first three versions of their complaint.

**FIRST DEFENSE**

Sentry references and incorporates its previously filed Preservation of Defenses and Motions Lists.

**SECOND DEFENSE**

The Master Complaint fails to state a claim or cause of action against Sentry upon which relief can be granted.

**THIRD DEFENSE**

The plaintiffs' claims are, or may be, barred in whole or in part by the applicable statutes of limitation and/or prescriptive and/or peremptive periods.

**FOURTH DEFENSE**

The plaintiffs' claims are barred, in whole or in part, or, alternatively, their recovery is reduced, by plaintiffs' own fault and/or the fault of other persons.

**FIFTH DEFENSE**

The plaintiffs are not entitled to the recovery they seek because they have not suffered any damages, or, alternatively, because they have failed to mitigate their own damages.

**SIXTH DEFENSE**

Any products manufactured by Sentry that are the subject of the claims in this action were manufactured in conformity with the state of the art technology and consistently with all applicable standards, regulations, laws and/or industry

standards.

## SEVENTH DEFENSE

Sentry specifically denies the existence of any defect or defects that would render its product unreasonably dangerous under the Louisiana Products Liability Act, the limited warranty, and/or any other applicable law, contract, or standard.

## EIGHTH DEFENSE

Sentry reasserts as affirmative defenses the defenses raised in the Manufacturing Defendants' Joint Rule 12(b)(6) Motions to Dismiss (Rec. Doc. No. 210), including Sentry's joinder therein, and incorporates herein the Court's Order and Reasons (Rec. Doc. No. 984) on the Manufacturing Defendants' Joint Rule 12(b)(6) Motions to Dismiss.

## NINTH DEFENSE

Solely in the alternative, in the event that it is determined there was any defect in any travel trailer, which is specifically denied, said defect was apparent and obvious and could be easily avoided or remedied, precluding any recovery by plaintiffs.

## TENTH DEFENSE

Sentry further pleads that plaintiffs' claims are or may be barred, in whole or in part, to the extent that the Economic Loss Doctrine applies, and incorporates Court's Order and Reasons (Rec. Doc. No. 984) on the Manufacturing Defendants' Joint Rule 12(b)(6) Motions to Dismiss, as if plead herein, *in extenso*.

## ELEVENTH DEFENSE

Claims against Sentry are or may be barred, in whole or in part, by the doctrines of Estoppel, release or waiver.

## TWELFTH DEFENSE

Any express warranty obligations that may be owed by Sentry are strictly limited by the terms of the limited warranty, including all of its limitations and exclusions, which are pleaded herein, as if copied *in extenso*.

## THIRTEENTH DEFENSE

Sentry hereby gives notice that it intends to rely upon any and all other such affirmative defenses as become available or apparent during the course of discovery, and reserves the right to amend its Answer to assert any and all such defenses.

## FOURTEENTH DEFENSE

In the event that discovery reveals the following, Sentry specifically pleads that the accident and/or injuries sued upon herein occurred only and solely due to the substantial alteration and/or modification of the product sued upon herein, which alteration and/or modification was not foreseeable, after it left the hands of the manufacturer, which is specifically pleaded as a complete bar to any recovery against Sentry.

## FIFTEENTH DEFENSE

Sentry specifically pleads, to the extent applicable, all defenses allowed under the Louisiana Products Liability Act, La. R.S. 9:2800.51, *et. seq*., and/or other Louisiana law (including the exclusivity of remedy defense).

## SIXTEENTH DEFENSE

Sentry specifically pleads that its products were reasonable fit for ordinary use.

## SEVENTEENTH DEFENSE

Plaintiffs' claims are or may be barred, in whole or in part, to the extent that the Master Complaint does not state a cause of action for punitive or exemplary damages against Sentry, sufficient in law whereby recovery may be had.

## EIGHTEENTH DEFENSE

Plaintiffs' claims are or may be barred, in whole or in part, to the extent that any award of punitive damages, to the extent they are even pled in the Master Complaint would be unconstitutional because the standards utilized to allow the imposition of such damages are so vague, both on their face and as applied, so as to fail to give adequate or sufficient notice of the prohibitive conduct.

## NINETEENTH DEFENSE

The exact damages/losses claimed by plaintiffs are unknown to Sentry, and, thus, Sentry cannot adequately determine all defenses that may be applicable to Plaintiffs' claims.  Therefore, Sentry expressly reserves by this reference the right to raise additional defenses to the extent that:

a.    Additional defenses become applicable under state and federal law;

b.    Additional defenses are established as discovery proceeds; and

c.    Additional defenses are available under subsequently asserted theories of recovery.

## TWENTIETH DEFENSE

The Master Complaint has improperly joined parties (both plaintiffs and defendants) in this action in violation of Rule 19 of the Federal Rules of Civil Procedure, requiring severance of parties as provided by Rule 21 of the Federal Rules of Civil Procedure.

## TWENTY-FIRST DEFENSE

The Master Complaint has improperly joined claims under Rule 18 of the Federal Rules of Civil Procedure, requiring severance of claims as provided by Rule 21 of the Federal Rules of Civil Procedure.

## TWENTY-SECOND DEFENSE

Sentry asserts that it did not have a direct contract with FEMA or any other governmental agency and that its construction of the travel trailer at issue in this litigation was not subject to or governed by any so called "FEMA specifications."

## TWENTY-THIRD DEFENSE

Sentry asserts that the Master Complaint does not comply with the requirements of Federal Rule 8 in that it does not contain short and plain statements of the plaintiffs' claims.

## TWENTY-FOURTH DEFENSE

Sentry asserts that (a) it did not sell housing units directly to the federal government in the wake of Hurricanes Katrina and Rita; and (b) the dealers who sold Sentry housing units to the federal government and the federal government are sophisticated users of products, such that Sentry cannot be held liable to plaintiffs

for their claims, including, but not limited to, any claims for failure to warn and strict product liability.

And, answering the plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry states the following:

## 1.

The statement contained in Paragraph 1 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint does not require a response on the part of Sentry**.**  To the extent that a response is required, Sentry respectfully submits that the Court's record is its own best evidence of the contents contained therein.

## 2.

The statement contained in Paragraph 2 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint does not require a response on the part of Sentry. To the extent that a response is required, Sentry concurs with Plaintiffs' statement that class certification was denied. (*See* Rec. Doc. No. 1014).

## 3.

The statement contained in Paragraph 3 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint does not require a response on the part of Sentry.   To the extent that a response is required, Sentry states that the Court's record is its own best evidence of the contents contained therein.

**4.**

The statement contained in Paragraph 4 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint does not require a response on the part of Sentry.  To the extent that a response is required, Sentry states that Pre-Trial Order No. 36 (Rec. Doc. No. 1386), as amended (Rec. Doc. No. 2760), is its own best evidence of the contents contained therein.

**5**.

The statements contained in Paragraph 5 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint do not require a response on the part of Sentry.  To the extent that a response is required, the statements in Paragraph 5 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**6.**

The allegations contained in Paragraph 6 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required.  To the extent that a response is required, the allegations in Paragraph 6 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

{B0644937.1}

**7**.

The allegations contained in Paragraph 7 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required. To the extent that a response is required, the allegations of Paragraph 7 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**8.**

The allegations contained in Paragraph 8 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**9.**

The allegations contained in Paragraph 9 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**10.**

The allegations contained in Paragraph 10 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**11.**

The allegations contained in Paragraph 11 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**12.**

The allegations contained in Paragraph 12 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**13.**

The allegations contained in Paragraph 13 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**14.**

The allegations contained in Paragraph 14 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**15.**

The allegations contained in Paragraph 15 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for

lack of sufficient information to justify a belief therein.

## 16.

The allegations contained in Paragraph 16 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 17.

The allegations contained in Paragraph 17 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 18.

The allegations contained in Paragraph 18 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 19.

The allegations contained in Paragraph 19 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 20.

The allegations contained in Paragraph 20 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for

lack of sufficient information to justify a belief therein.

**21.**

The allegations contained in Paragraph 21 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**22.**

The allegations contained in Paragraph 22 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**23.**

The allegations contained in Paragraph 23 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**24.**

The allegations contained in Paragraph 24 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**25.**

The allegations contained in Paragraph 25 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for

lack of sufficient information to justify a belief therein.

### 26.

The allegations contained in Paragraph 26 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 27.

The allegations contained in Paragraph 27 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 28.

The allegations contained in Paragraph 28 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 29.

The allegations contained in Paragraph 29 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 30.

The allegations contained in Paragraph 30 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for

lack of sufficient information to justify a belief therein.

**31.**

The allegations contained in Paragraph 31 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**32.**

The allegations contained in Paragraph 32 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**33.**

The allegations contained in Paragraph 33 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**34**.

The allegations contained in Paragraph 34 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**35.**

The allegations contained in Paragraph 35 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for

lack of sufficient information to justify a belief therein.

## 36.

The allegations contained in Paragraph 36 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 37.

The allegations contained in Paragraph 37 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 38.

The allegations contained in Paragraph 38 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 39.

The allegations contained in Paragraph 39 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 40.

The allegations contained in Paragraph 40 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for

lack of sufficient information to justify a belief therein.

## **41**.

The allegations contained in Paragraph 41 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## **42**.

The allegations contained in Paragraph 42 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## **43.**

The allegations contained in Paragraph 43 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## **44.**

The allegations contained in Paragraph 44 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## **45.**

The allegations contained in Paragraph 45 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for

lack of sufficient information to justify a belief therein.

## 46.

.The allegations contained in Paragraph 46 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein

## 47.

The allegations contained in Paragraph 47 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 48.

The allegations contained in Paragraph 48 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 49.

The allegations contained in Paragraph 49 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 50.

The allegations contained in Paragraph 50 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for

lack of sufficient information to justify a belief therein.

**51.**

The allegations contained in Paragraph 51 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**52.**

The allegations contained in Paragraph 52 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**53.**

The allegations contained in Paragraph 53 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**54.**

The allegations contained in Paragraph 54 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**55.**

The allegations contained in Paragraph 55 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for

lack of sufficient information to justify a belief therein.

### 56.

As to the allegations contained in Paragraph 56 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry admits that it is a Wisconsin corporation.  Sentry denies the remaining allegations and legal conclusions in this paragraph.

### 57.

The allegations contained in Paragraph 57 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 58.

The allegations contained in Paragraph 58 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 59.

The allegations contained in Paragraph 59 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 60.

The allegations contained in Paragraph 60 of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 61.

The allegations contained in Paragraph 61 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 62.

The allegations contained in Paragraph 62 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 63.

The allegations contained in Paragraph 63 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 64.

The allegations contained in Paragraph 64 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 65.

The allegations contained in Paragraph 65 of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 66.

The allegations contained in Paragraph 66 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 67.

The allegations contained in Paragraph 67 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 68.

The allegations contained in Paragraph 68 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 69.

The allegations contained in Paragraph 69 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 70.

The allegations contained in Paragraph 70 of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 71.

The allegations contained in Paragraph 71 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 72.

The allegations contained in Paragraph 72 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 73.

The allegations contained in Paragraph 73 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 74.

The allegations contained in Paragraph 74 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 75.

The allegations contained in Paragraph 75 of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 76.

The allegations contained in Paragraph 76 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 77.

The allegations contained in Paragraph 77 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 78.

The allegations contained in Paragraph 78 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 79.

The allegations contained in Paragraph 79 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 80.

The allegations contained in Paragraph 80 of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 81.

The allegations contained in Paragraph 81 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 82.

The allegations contained in Paragraph 82 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 83.

The allegations contained in Paragraph 83 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 84.

The allegations contained in Paragraph 84 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 85.

The allegations contained in Paragraph 85 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**86.**

The allegations contained in Paragraph 86 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**87.**

The allegations contained in Paragraph 87 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**88.**

The allegations contained in Paragraph 88 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**89.**

The allegations contained in Paragraph 89 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**90.**

The allegations contained in Paragraph 90 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**91.**

The allegations contained in Paragraph 91 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**92.**

The allegations contained in Paragraph 92 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**93.**

The allegations contained in Paragraph 93 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**94.**

The allegations contained in Paragraph 94 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**95.**

The allegations contained in Paragraph 95 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**96.**

The allegations contained in Paragraph 96 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**97.**

The allegations contained in Paragraph 97 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**98.**

The allegations contained in Paragraph 98 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**99.**

The allegations contained in Paragraph 99 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**100.**

The allegations contained in Paragraph 100 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 101.

The allegations contained in Paragraph 101 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 102.

The allegations contained in Paragraph 102 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 103.

The allegations contained in Paragraph 103 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 104.

The allegations contained in Paragraph 104 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 105.

The allegations contained in Paragraph 105 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 106.

The allegations contained in Paragraph 106 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 107.

The allegations contained in Paragraph 107 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 108.

The allegations contained in Paragraph 108 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 109.

The allegations contained in Paragraph 109 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**110.**

The allegations contained in Paragraph 110 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**111.**

The allegations contained in Paragraph III of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**112.**

The allegations contained in Paragraph 112 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**113.**

The allegations contained in Paragraph 113 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**114.**

The allegations contained in Paragraph 114 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**115.**

The allegations contained in Paragraph 115 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**116.**

The allegations contained in Paragraph 116 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, Sentry admits that the jurisdictional requirements of this Court are satisfied.

**117.**

The allegations contained in Paragraph 117 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, Sentry admits that the jurisdictional requirements of this Court are satisfied.

**118.**

The allegations contained in Paragraph 118 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.   To the extent that a response is required, Sentry admits that the jurisdictional requirements of

this Court are satisfied.

## 119.

The allegations contained in Paragraph 119 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, Sentry admits that the jurisdictional requirements of this Court are satisfied.

## 120.

The allegations contained in Paragraph 120 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## 121.

The allegations contained in Paragraph 121 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## 122.

The allegations contained in Paragraph 122 of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## 123.

The allegations contained in Paragraph 123 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## 124.

The allegations contained in Paragraph 124 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 125.

The allegations contained in Paragraph 125 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 126.

The allegations contained in Paragraph 126 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for

lack of sufficient information to justify a belief therein.

## 127.

The allegations contained in Paragraph 127 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 128.

The allegations contained in Paragraph 128 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 129.

To the extent that the allegations contained in Paragraph 129 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Sentry, the allegations are denied for lack of sufficient information to justify a belief therein.  The remaining allegations contained in Paragraph 129 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 130.

To the extent that the allegations contained in Paragraph 130 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Sentry, the allegations are denied.  The remaining allegations contained in Paragraph 130 of Plaintiffs' Third Supplemental and Amended Administrative

Master Complaint are denied for lack of sufficient information to justify a belief therein.

**131.**

To the extent that the allegations contained in Paragraph 131 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Sentry, the allegations are denied.  The remaining allegations contained in Paragraph 131 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**132.**

To the extent that the allegations contained in Paragraph 132 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Sentry, the allegations are denied. The remaining allegations contained in Paragraph 132 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**133.**

To the extent that the allegations contained in Paragraph 133 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Sentry, the allegations are denied as written.  The remaining allegations

contained in Paragraph 133 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 134.

To the extent that the allegations contained in Paragraph 134 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Sentry, the allegations are denied.  The remaining allegations contained in Paragraph 134 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 135.

To the extent that the allegations contained in Paragraph 135 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Sentry, the allegations are denied.  The remaining allegations contained in Paragraph 135 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 136.

The allegations contained in Paragraph 136 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent

that a response is required, Sentry submits that 24 C.F.R. §3280.309 is its own best evidence.

## 137.

The allegations contained in Paragraph 137 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 138.

The allegations contained in Paragraph 138 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 139.

The allegations contained in Paragraph 139 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, Sentry submits that 24 C.F.R. §3280.308 is its own best evidence.

## 140.

The allegations contained in Paragraph 140 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, Sentry submits that 44 C.F.R. §206.110(e) is its own

best evidence.

## 141.

To the extent that the allegations contained in Paragraph 141 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Sentry, the allegations are denied as written. The remaining allegations contained in Paragraph 141 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 142.

The allegations contained in Paragraph 142 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, Sentry submits that 42 C.F.R. §4121; Public Law 93-288, Title IV, §408 (1988); and 42 C.F.R. §5174(c)(1)(A) are their own best evidence.

## 143.

The allegations contained in Paragraph 143 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**144.**

The allegations contained in Paragraph 144 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**145.**

The allegations contained in Paragraph 145 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**146.**

The allegations contained in Paragraph 146 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**147.**

The allegations contained in Paragraph 147 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**148.**

The allegations contained in Paragraph 148 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**149.**

The allegations contained in Paragraph 149 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**150.**

The allegations contained in Paragraph 150 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, the allegations are denied.

**151.**

The allegations contained in Paragraph 151 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**152.**

The allegations contained in Paragraph 152 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**153.**

The allegations contained in Paragraph 153 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent

that a response is required, the allegations in this paragraph are denied.

## 154.

The allegations contained in Paragraph 154 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, the allegations of this paragraph are denied for lack of sufficient information to justify a belief therein.

## 155.

The allegations contained in Paragraph 155 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.   To the extent that a response is required, the allegations of this paragraph are denied for lack of sufficient information to justify a belief therein.

## 156.

The allegations contained in Paragraph 156 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, Sentry denies the allegations of this paragraph for lack of sufficient information to justify a belief therein.

**157.**

The allegations contained in Paragraph 157 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**158.**

The allegations contained in Paragraph 158 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**159.**

The allegations contained in Paragraph 159 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**160.**

The allegations contained in Paragraph 160 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**161.**

The allegations contained in Paragraph 161 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**162.**

The allegations contained in Paragraph 162 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**163.**

The allegations contained in Paragraph 163 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**164.**

The allegations contained in Paragraph 164 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**165.**

The allegations contained in Paragraph 165 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**166.**

The allegations contained in Paragraph 166 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**167.**

The allegations contained in Paragraph 167 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**168.**

The allegations contained in Paragraph 168 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**169.**

The allegations contained in Paragraph 169 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**170.**

The allegations contained in Paragraph 170 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**171.**

The allegations contained in Paragraph 171 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**172.**

The allegations contained in Paragraph 172 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**173**.

The allegations contained in Paragraph 173 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint do not require a response on the part of Sentry.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**174.**

The allegations contained in Paragraph 174 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**175**.

The allegations contained in Paragraph 175 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**176.**

The allegations contained in Paragraph 176 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**177.**

The allegations contained in Paragraph 177 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

**178.**

The allegations contained in Paragraph 178 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**179.**

The allegations contained in Paragraph 179 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**180.**

The allegations contained in Paragraph 180 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**181.**

The allegations contained in Paragraph 181 of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied as written.

### 182.

The allegations contained in Paragraph 182 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 183.

The allegations contained in Paragraph 183 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint do not require a response on the part of Sentry.  To the extent that a response is required, Sentry denies the allegations of this paragraph for lack of sufficient information to justify a belief therein.

### 184.

The allegations contained in Paragraph 184 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 185.

The allegations contained in Paragraph 185 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**186.**

The allegations contained in Paragraph 186 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**187.**

The allegations contained in Paragraph 187 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**188.**

The allegations contained in Paragraph 188 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**189.**

The allegations contained in Paragraph 189 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

**190.**

The allegations contained in Paragraph 190 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**191.**

The allegations contained in Paragraph 191 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**192.**

The allegations contained in Paragraph 192 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**193.**

The allegations contained in Paragraph 193 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**194.**

The allegations contained in Paragraph 194 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**195.**

The allegations contained in Paragraph 195 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**196.**

The allegations contained in Paragraph 196 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**197.**

The allegations contained in Paragraph 197 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**198.**

The allegations contained in Paragraph 198 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**199.**

The allegations contained in Paragraph 199 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**200.**

The allegations contained in Paragraph 200 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are not directed at Sentry and do not require an answer.  To the extent an answer is required, Sentry denies the allegations in this paragraph.

**201.**

The allegations contained in Paragraph 201 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**202.**

The allegations contained in Paragraph 202 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**203.**

The allegations contained in Paragraph 203 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**204.**

The allegations contained in Paragraph 204 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**205.**

The allegations contained in Paragraph 205 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**206.**

The allegations contained in Paragraph 206 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**207.**

The allegations contained in Paragraph 207 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for

lack of sufficient information to justify a belief therein.

## 208.

The allegations contained in Paragraph 208 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## 209.

The allegations contained in Paragraph 209, and each of its subparts, of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## 210.

In response to the allegations contained in Paragraph 210 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry re-avers and reasserts its answers and defenses contained in Paragraphs 1 through 209 above, as if copied herein, *in extenso*.

## 211.

The allegations contained in Paragraph 211 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, the allegations are denied.

## 212.

The allegations contained in Paragraph 212 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, the allegations are denied.

## 213.

The allegations contained in Paragraph 213 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## 214.

The allegations contained in Paragraph 214 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## 215.

The allegations contained in Paragraph 215 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## 216.

The allegations contained in Paragraph 216 and each of its subparts of

Plaintiffs' Third Supplemental and Amended Administrative Master Complaint
are denied.  In further response, to the extent that the Court has determined that
Plaintiffs' claims are dismissed through rulings on the defendants' motions to
dismiss, Plaintiffs' claims are denied. The Court's prior rulings are incorporated
by reference herein.

### 217.

The allegations contained in Paragraph 217 of Plaintiffs' Third
Supplemental and Amended Administrative Master Complaint are denied for
lack of sufficient information to justify a belief therein.

### 218.

The allegations contained in Paragraph 218 of Plaintiffs' Third
Supplemental and Amended Administrative Master Complaint are denied for
lack of sufficient information to justify a belief therein.

### 219.

The allegations contained in Paragraph 219 of Plaintiffs' Third
Supplemental and Amended Administrative Master Complaint are denied for
lack of sufficient information to justify a belief therein.

### 220.

The allegations contained in Paragraph 220 of Plaintiffs' Third
Supplemental and Amended Administrative Master Complaint are denied for
lack of sufficient information to justify a belief therein.

**221.**

The allegations contained in Paragraph 221 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**222.**

The allegations contained in Paragraph 222 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**223.**

The allegations contained in Paragraph 223 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**224.**

The allegations contained in Paragraph 224 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**225.**

The allegations contained in Paragraph 225 of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 226.

The allegations contained in Paragraph 226 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 227.

The allegations contained in Paragraph 227 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 228.

The allegations contained in Paragraph 228 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 229.

In response to the allegations contained in Paragraph 229 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry re-avers and reasserts its answers and defenses contained in Paragraphs 1 through 228 above, as if copied herein, *in extenso*.

## 230.

The allegations contained in Paragraph 230 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**231.**

The allegations contained in Paragraph 231 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**232.**

The allegations contained in Paragraph 232 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**233**.

The allegations contained in Paragraph 233 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**234.**

The allegations contained in Paragraph 234 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**235.**

The allegations contained in Paragraph 235 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**236.**

The allegations contained in Paragraph 236 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**237.**

The allegations contained in Paragraph 237 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**238.**

The allegations contained in Paragraph 238 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**239.**

The allegations contained in Paragraph 239 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**240.**

In response to the allegations contained in Paragraph 240 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry re-avers and reasserts its answers and defenses contained in Paragraphs 1 through 239 above, as if copied herein, *in extenso*.

**241.**

The allegations contained in Paragraph 241 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**242.**

In response to the allegations contained in Paragraph 242 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry re-avers and reasserts its answers and defenses contained in Paragraphs 1 through 241 above, as if copied herein, *in extenso.*

**243**

The allegations contained in Paragraph 243 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**244.**

In response to the allegations contained in Paragraph 244 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry re-avers and reasserts its answers and defenses contained in Paragraphs 1 through 243 above, as if copied herein, *in extenso.*

**245.**

The allegations contained in Paragraph 245 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**246.**

The allegations contained in Paragraph 246 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**247**.

The allegations contained in Paragraph 247 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its prior rulings, those rulings are incorporated herein and Plaintiffs' claims are denied.

**248.**

In response to the allegations contained in Paragraph 248 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry re-avers and reasserts its answers and defenses contained in Paragraphs 1 through 247 above, as if copied herein, *in extenso*.

**249.**

The allegations contained in Paragraph 249 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**250.**

The allegations contained in Paragraph 250 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**251.**

The allegations contained in Paragraph 251 of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied.

## 252.

The allegations contained in Paragraph 252 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## 253.

The allegations contained in Paragraph 253 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## 254.

The allegations contained in Paragraph 254 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## 255.

The allegations contained in Paragraph 255 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## 256.

The allegations contained in Paragraph 256 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## 257.

The allegations contained in Paragraph 257 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**258.**

The allegations contained in Paragraph 258 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**259.**

The allegations contained in Paragraph 259 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**260.**

In response to the allegations contained in Paragraph 260 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry re-avers and reasserts its answers and defenses contained in Paragraphs 1 to 259 above, as if copied herein, *in extenso.*

**261.**

The allegations contained in Paragraph 261 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**262.**

In response to the allegations contained in Paragraph 262 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry re-avers and reasserts its answers and defenses contained in Paragraphs 1 through 261 above, as if copied herein, *in extenso.*

**263.**

The allegations contained in Paragraph 263 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its prior rulings, those rulings are incorporated herein and Plaintiffs' claims are denied.

**264.**

In response to the allegations contained in Paragraph 264 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry re-avers and reasserts its answers and defenses contained in Paragraphs 1 through 263 above, as if copied herein, *in extenso*.

**265.**

To the extent that the allegations contained in Paragraph 265 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Sentry, the allegations are denied, as worded.  The remaining allegations in the paragraph are denied for lack of sufficient information to justify a belief therein.

**266.**

The allegations contained in Paragraph 266 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**267.**

The allegations contained in Paragraph 267 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**268.**

The allegations contained in Paragraph 268 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**269.**

The allegations contained in Paragraph 269 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**270.**

The allegations contained in Paragraph 270 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**271.**

The allegations contained in Paragraph 271 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its prior rulings, those rulings are incorporated herein and Plaintiffs' claims are denied.

## 272.

The allegations contained in Paragraph 272 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## 273.

The allegations contained in Paragraph 273 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## 274.

The allegations contained in Paragraph 274 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## 275.

In response to the allegations contained in Paragraph 275 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry re-avers and reasserts its answers and defenses contained in Paragraphs 1 through 274  above, as if copied herein, *in extenso*.

## 276.

To the extent the allegations contained in Paragraph 276 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Sentry, the allegations are denied.  The remaining allegations in the paragraph

are denied for lack of sufficient information to justify a belief therein.

### 277.

The allegations contained in Paragraph 277 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, the allegations are denied.

### 278.

The allegations contained in Paragraph 278 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

### 279.

The allegations contained in Paragraph 279 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its prior rulings, those rulings are incorporated herein and Plaintiffs' claims are denied.

### 280.

The allegations contained in Paragraph 280 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**281.**

In response to the allegations contained in Paragraph 281 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry re-avers and reasserts its answers and defenses contained in Paragraphs 1 through 280 above, as if copied herein, *in extenso.*

**282.**

The allegations contained in Paragraph 282 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its prior rulings, those rulings are incorporated herein and Plaintiffs' claims are denied.

**283.**

The allegations contained in Paragraph 283 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**284.**

The allegations contained in Paragraph 284 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**285.**

The allegations contained in Paragraph 285 of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied.

**286.**

The allegations contained in Paragraph 286 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**287.**

In response to the allegations contained in Paragraph 287 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry re-avers and reasserts its answers and defenses contained in Paragraphs 1 through 286 above, as if copied herein, *in extenso.*

**288.**

To the extent that the allegations contained in Paragraph 288 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Sentry, the allegations are denied.  The remaining allegations in the paragraph are denied for lack of sufficient information to justify a belief therein.

**289.**

The allegations contained in Paragraph 289 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**290.**

To the extent that the allegations contained in Paragraph 290 of Plaintiffs'

Third Supplemental and Amended Administrative Master Complaint apply to Sentry, the allegations are denied.  The remaining allegations contained in Paragraph 290 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its prior rulings, those rulings are incorporated herein and Plaintiffs' claims are denied.

## 291.

To the extent that the allegations contained in Paragraph 291 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Sentry, the allegations are denied.  The remaining allegations contained in Paragraph 291 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its prior rulings, those rulings are incorporated herein and Plaintiffs' claims are denied.

## 292.

The allegations contained in Paragraph 292 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## 293.

In response to the allegations contained in Paragraph 293 of Plaintiffs'

Third Supplemental and Amended Administrative Master Complaint, Sentry re-avers and reasserts its answers and defenses contained in Paragraphs 1 to 292 above, as if copied herein, *in extenso.*

### 294.

The allegations contained in Paragraph 294 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 295.

The allegations contained in Paragraph 295 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 296.

The allegations contained in Paragraph 296 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 297.

The allegations contained in Paragraph 297 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 298.

The allegations contained in both Paragraphs numbered 298 (on pages 79 and 81) of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**299.**

The allegations contained in both Paragraphs numbered 299 (on pages 79-80 and 81) and each of their subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**300.**

The allegations contained in Paragraph 300 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**301.**

The allegations contained in the Paragraph 301 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**302.**

The allegations contained in Paragraph 302 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint and each of its subparts, are denied for lack of sufficient information to justify a belief therein.

**303.**

The allegations contained in Paragraph 303 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**304.**

The allegations contained in Paragraph 304 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**305.**

In response to the allegations contained in Paragraph 305 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry re-avers and reasserts its answers and defenses contained in Paragraphs 1 to 304 above, as if copied herein, *in extenso.*

**306.**

The allegations contained in Paragraph 306 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**307.**

The allegations contained in Paragraph 307 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Sentry. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**308.**

The allegations contained in Paragraph 308 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**309.**

The allegations contained in Paragraph 309 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**310.**

The allegations contained in Paragraph 310 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**311.**

The allegations contained in Paragraph 311 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**312.**

In response to the allegations contained in Paragraph 312 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry re-avers and reasserts its answers and defenses contained in Paragraphs 1 to 311 above, as if copied herein, *in extenso.*

**313.**

The allegations contained in Paragraph 313 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**314.**

The allegations contained in Paragraph 314 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**315.**

The allegations contained in Paragraph 315 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**316.**

The allegations contained in Paragraph 316 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 317.

The allegations contained in Paragraph 317 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 318.

The allegations contained in Paragraph 318 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 319.

The allegations contained in Paragraph 319 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 320.

The allegations contained in Paragraph 320 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## 321.

The allegations contained in Paragraph 321 of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied.

## 322.

The allegations contained in Paragraph 322 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## 323.

In response to the allegations contained in Paragraph 323 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry re-avers and reasserts its answers and defenses contained in Paragraphs 1 to 322 above, as if copied herein, *in extenso*.

## 324.

The allegations contained in Paragraph 324 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## 325.

The allegations contained in Paragraph 325 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## 326.

The allegations contained in Paragraph 326 of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied.

### 327.

In response to the allegations contained in Paragraph 327 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry re-avers and reasserts its answers and defenses contained in Paragraphs 1 through 326 above, as if copied herein, *in extenso*.

### 328.

The allegations contained in Paragraph 328 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 329.

In response to the allegations contained in Paragraph 329 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry re-avers and reasserts its answers and defenses contained in Paragraphs 1 through 328 above, as if copied herein, *in extenso*.

### 330.

The allegations contained in Paragraph 330 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**331.**

The allegations contained in Paragraph 331 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**332.**

The allegations contained in Paragraph 332 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**333.**

The allegations contained in Paragraph 333 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**334.**

The allegations contained in Paragraph 334 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**335.**

The allegations contained in Paragraph 335 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**336.**

In response to the allegations contained in Paragraph 336 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry re-avers and reasserts its answers and defenses contained in Paragraphs 1 through 335 above, as if copied herein, *in extenso.*

**337.**

The allegations contained in Paragraph 337 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**338.**

The allegations contained in Paragraph 338 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**339.**

The allegations contained in Paragraph 339 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**340.**

The allegations contained in Paragraph 340 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**341.**

The allegations contained in Paragraph 341 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**342.**

The allegations contained in Paragraph 342 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**343.**

In response to the allegations contained in Paragraph 343 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry re-avers and reasserts its answers and defenses contained in Paragraphs 1 through 342 above, as if copied herein, *in extenso*.

**344.**

The allegations contained in Paragraph 344 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**345.**

The allegations contained in Paragraph 345 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**346.**

The allegations contained in Paragraph 346 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**347.**

The allegations contained in Paragraph 347 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**348.**

The allegations contained in Paragraph 348 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**349.**

The allegations contained in Paragraph 349 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**350.**

The allegations contained in Paragraph 350 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**351.**

The allegations contained in Paragraph 351 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**352.**

The allegations contained in Paragraph 352 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**353.**

The allegations contained in Paragraph 353 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. Sentry specifically denies that Plaintiffs are entitled to any damages.

**354.**

The allegations contained in Paragraph 354 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. Sentry specifically denies that Plaintiffs are entitled to any damages.

**355.**

The allegations contained in Paragraph 355 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. Sentry denies that Plaintiffs are entitled to any damages.

**356.**

The allegations contained in Paragraph 356 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. Sentry specifically denies that Plaintiffs are entitled to any damages.

**357.**

The allegations contained in Paragraph 357 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. Sentry specifically denies that Plaintiffs are entitled to the damages asserted.

**358.**

The allegations contained in Paragraph 358 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. Sentry specifically denies that Plaintiffs are entitled to any damages.

**359**

The allegations contained in Paragraph 359 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. Sentry specifically denies that Plaintiffs are entitled to any damages.

**360.**

The allegations contained in Paragraph 360 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. Sentry specifically denies that Plaintiffs are entitled to the damages asserted.

**361.**

The allegations contained in Paragraph 361 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. Sentry specifically denies that Plaintiffs are entitled to any damages.

**362.**

The allegations contained in Paragraph 362 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. Sentry specifically denies that Plaintiffs are entitled to any damages.

**363.**

The allegations contained in Paragraph 363 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. Sentry specifically denies that Plaintiffs are entitled to the damages asserted.

**364.**

In response to the allegations contained in the paragraph captioned "Request For Jury Trial" of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry specifically asserts that it is entitled to a trial by jury on all issues herein.

**365.**

In response to the allegations contained in the paragraph captioned "Prayer for Relief" of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Sentry specifically asserts that the Plaintiffs are not entitled to the

relief requested.

### 366.

The allegations contained in Paragraph 1 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, modifying Paragraph 31 of the Third Amended Administrative Complaint, do not require a response on the part of Sentry.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

### 367.

The allegations contained in Paragraph 2 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, modifying Paragraph 44 of the Third Amended Administrative Complaint, do not require a response on the part of Sentry.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

### 368.

The allegations contained in Paragraph 3 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, deleting Paragraph 45 of the Third Amended Administrative Complaint and Amending Paragraph 43 of the Third Amended Administrative Complaint, do not require a response on the part of Sentry.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

### 369.

The allegations contained in Paragraph 4 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, supplementing and amending Paragraph 93 of the Third Amended Administrative Complaint, do not require a response on the part of Sentry.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**370.**

The allegations contained in Paragraph 5 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, supplementing and amending Paragraph 113 of the Third Amended Administrative Complaint, do not require a response on the part of Sentry.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**371.**

The allegations contained in Paragraph 6 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, amending Paragraph 114 of the Third Amended Administrative Complaint, do not require a response on the part of Sentry.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**372**.

The allegations contained in the "WHEREFORE" Paragraph of Plaintiffs'

Fourth Supplemental and Amending Master Complaint do not require a response on the part of Sentry.  However, to the extent that an answer is required, Sentry states that Plaintiffs are not entitled to the relief requested.  Moreover, in response to the allegations contained in the "WHEREFORE" Paragraph of Plaintiffs' Fourth Supplemental and Amending Master Complaint, Sentry re-avers and reasserts its answers contained in Paragraphs 1 through 371 above, as if copied herein, *in extenso.*

Wherefore**,** the above premises considered, Defendant, Sentry respectfully prays that this Answer be deemed good and sufficient; that after due proceedings had there be judgment rendered herein in favor of Sentry, dismissing Plaintiffs' Administrative Master Complaint, as supplemented and amended, with prejudice; and Sentry respectfully prays for all such other general, special and equitable relief that law, equity or the nature of the case may permit and all costs of these proceedings. Finally, Sentry requests a jury trial on all issues herein.

Respectfully submitted,

*s/Ryan E. Johnson*

_____

James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809

{B0644937.1}

Telephone: (225) 248-2080
Facsimile:  (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
**JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, LLP**
201 St. Charles Avenue, 49th floor
New Orleans, LA  70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

***Counsel for Sentry Insurance Company***

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed a copy of the foregoing pleading through the Court's EM/ECF system and the court-appointed liaison counsel will receive service through that system.

Baton Rouge, Louisiana this 18th day of February, 2010.

*s/Ryan E. Johnson*

_____
Ryan E. Johnson