UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 1873 |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: 09-2977 | * | |
| | * | JUDGE ENGELHARDT |
| *Lyndon T. Wright v. Forest River, Inc., et al.* | * | |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANT FOREST RIVER, INC.'S MOTION TO EXCLUDE PLAINTIFF'S ANIMATION EXHIBIT**

# EXHIBIT A

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Lyndon Wright

Page 75

1  time?
2      A.  7:00 to 3:00.
3      Q.  So you had two shifts that were
4  from 7 a.m. to 3 p.m., two shifts that were
5  from 11 p.m. to 7 a.m.?
6      A.  That's correct.
7      Q.  And did you have another 3:00 to
8  11:00 shift?
9      A.  Yes.
10     Q.  How did that coincide with the
11 schedule you were working with the Hyatt at
12 that point in time?
13     A.  At that time, I think I worked
14 primarily evenings.  I think it was, like,
15 4:00 to 12:00 shift.
16     Q.  4 p.m. to 12 a.m.?
17     A.  Yes.
18     Q.  And how many days a week did you
19 work at the Hyatt 4:00 to 12:00?
20     A.  Five.
21     Q.  So if you were working a 40-hour
22 week for Hyatt, and you were working a
23 40-hour week for the City --
24     A.  Yeah.  That schedule -- me and the
25 guys would, like, if I had to work the

1   evening at the City, me and another guy
2   would switch up shifts. So I basically
3   would go -- well, if I had to be at the City
4   from 3:00 to 11:00, I would go to the -- we
5   would switch up shifts. If he was going to
6   do the midnight and I was scheduled to do
7   the evening, he would do the evening for me
8   and I would take his midnight, so I could
9   work my shift at the City.
10       Q.   Okay. But there were certain days
11  that you would be working 16 hours a day?
12       A.   Correct.
13       Q.   But when you hired on, after
14  Katrina, with the City, your shift went from
15  an 8-hour shift to a 12-hour shift; is that
16  correct?
17       A.   That's correct.
18       Q.   And was that because of limited
19  manpower or --
20       A.   Uh-huh.
21       Q.   -- for another reason? Limited
22  manpower?
23       A.   Yeah.
24       Q.   When you initially hired on with
25  the City, what was the position you hired on

Page 125

1   bucket, and that's what I wiped the walls
2   down with, the cabinets, the countertop and
3   all that.
4        Q.   And how often would you say that
5   you would go through that cleaning procedure
6   of putting the carpet deodorizer down,
7   wiping down the walls and cleaning the
8   bathroom with Tilex?
9        A.   I would say twice a week.
10       Q.   So the issue would go down for a
11  few days and then come back up --
12       A.   Yeah.  Come right back up.
13       Q.   From the time you smelled this
14  odor in the winter of 2006, was there ever a
15  time that it went away for a period of time?
16       A.   Other than me deodorizing, no.
17       Q.   Did you ever or was it your course
18  of practice to open the windows when you
19  would clean the unit?
20       A.   Yes.
21       Q.   As I recall, there are five
22  windows on this particular unit; is that
23  correct?
24       A.   Yes.
25       Q.   Would you open all of them?

Page 126

1    A.   No, just the ones mainly in the
2    dining area.  The two in the dining area.
3    Q.   When you were deodorizing the
4    carpet in the bedroom, did you open those
5    windows to give you some ventilation?
6    A.   No.
7    Q.   There were some vents in the
8    bathroom and the kitchen.  Do you recall
9    those?
10   A.   In the bathroom, yes.
11   Q.   Did you use that vent when you
12   were cleaning the unit?
13   A.   Yes, yes.
14   Q.   Did you use that vent in the
15   bathroom for other purposes?
16   A.   Yes.
17   Q.   Is that something that you would
18   leave on if you would leave the house?
19   A.   No.
20   Q.   Was there a vent above the bed in
21   the bedroom?
22   A.   AC vent?  I mean, just for the AC.
23   Q.   When I say "vent," I should say an
24   opening in the ceiling to the air above.
25   A.   No.

1   it off quickly?
2       A.   Uh-huh.
3       Q.   Is that a "yes"?
4       A.   Yes, yes.
5       Q.   Would you typically leave any of
6   the windows of your unit open when you left
7   just to allow some air to get into the unit
8   while you weren't there?
9       A.   No.
10      Q.   Was there ever a time when you
11  opened the windows to attempt to get rid of
12  the smell that you described, the odor?
13      A.   To have circulation of air, yes.
14      Q.   Was it effective in reducing the
15  odor to open the windows?
16      A.   Reducing it, yes.
17      Q.   Because you found that it was
18  effective to reduce the odors, was that
19  something that you would do, typically,
20  twice a week when the odor got to a level
21  that it bothered you?
22      A.   Between cleaning and opening the
23  windows, it was like an alternate type
24  thing.  But it was mainly the deodorizers
25  that I would use because it freshened the

```
 1      A.   F-R-E-Z-E-L.
 2      Q.   Has he filed an SF 95 form against
 3  FEMA?
 4      A.   I don't know.
 5      Q.   You said earlier this morning that
 6  you sometimes cooked in your trailer?
 7      A.   That I what?
 8      Q.   Cooked in your trailer.
 9      A.   Yes.
10      Q.   When you cooked, did you open your
11  windows?
12      A.   Yes.  I would open the windows,
13  yes.
14      Q.   And you also mentioned that you
15  would turn on the stove when it was really
16  cold out to help warm up the trailer for a
17  period.
18      A.   Yes.
19      Q.   When you did that, would you open
20  the windows?
21      A.   No.
22      Q.   When you were living in the travel
23  trailer, who paid your utility bills?
24      A.   When I was living in the travel
25  trailer, what?
```