## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:  09-2977 | * | |
| | * | JUDGE ENGELHARDT |
| *Lyndon T. Wright v. Forest River, Inc., et al.* | * | |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANT FOREST RIVER, INC.'S MOTION TO EXCLUDE PLAINTIFF'S ANIMATION EXHIBIT**

# EXHIBIT B

## LAMBERT & NELSON
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE STREET
NEW ORLEANS, LA. 70130-3629

HUGH P. LAMBERT
LINDA J. NELSON

(504) 581-1750
FAX: (504) 529-2931

January 22, 2010

**VIA HAND DELIVERY**
Ernest P. Gieger, Jr., Esq.
Gieger, Laborde & Laperouse, LLC
Attn: Donna
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, LA 70139-4800

> RE:   FEMA Trailer Formaldehyde Products Liability Litigation
>         United States District Court, Eastern District of Louisiana
>         MDL No. 1873
>         *Relates to: Lyndon Wright vs. Forest River, Inc., et al.*
>         *Civil Action No. 09-2977*
> ------------------------------------------------------------------------

Dear Ernie:

Enclosed herewith please find a CD with the final animation created by C4 Animation in connection with the above referenced matter.

If you have any questions regarding the foregoing, please do not hesitate to contact me or my paralegal, Magan.

With best regards, I remain

Very truly yours,

LINDA J. NELSON

LJN/mae
Enclosure
cc:   Frank J. D'Amico, Jr., Esq.  (Via Email Only)
       Aaron Z. Ahlquist, Esq. (Via Email Only)
       Dennis C. Reich, Esq. (Via Email Only)
       Gerald E. Meunier, Esq. (Via Email Only)