1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER           MDL NO. 1873

FORMALDEHYDE PRODUCTS          SECTION "N"(4)

LIABILITY LITIGATION           JUDGE ENGELHARDT

EXHIBIT
B

This document relates to:  Lyndon T. Wright

    v. Forest River, Inc., et al

       Docket No. 09-2977

           *  *  *

    Videotaped Deposition of CHARLES DAVID MOORE, PE, PLS, 1833 East Main Street, New Iberia, Louisiana 70560, taken at the Law Offices of Frank J. D'Amico, Jr., 622 Baronne Street, New Orleans, Louisiana 70113, on Tuesday, the 27th day of October, 2009.


REPORTED BY:

    JAMES T. BRADLE, CCR and
      GRETCHEN ALEXANDER, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

VIDEOGRAPHER:

    MICHAEL BERGERON
    PROFESSIONAL SHORTHAND REPORTERS

80

1  there also regarding emergency assistance,
2  but basically that's the contract for Shaw.
3       Q    Okay.  Well, without quibbling
4  with you about that, I really want to focus
5  on what your understanding of Shaw's scope
6  with respect to this particular trailer at
7  issue in this case.
8       A    Okay.  From my understanding, they
9  were to take the trailer that is provided to
10 them and install it.  That would be jacking
11 it up, setting it up on blocks, strapping it
12 down, anchoring it, installing the
13 utilities, installing any other system or
14 thing necessary to make this a functional
15 unit.
16      Q    Okay.  And what testimony do you
17 intend to offer at trial regarding Shaw's
18 activities with respect to this trailer?
19      A    In particular, my testimony
20 regards the installation process.  I
21 mentioned the jacking and blocking,
22 anchoring procedures that would have been
23 used, techniques that were -- that may or
24 may not have been used to install that, and
25 that particularly my opinion of that is that

Moore, Charles 102709

81

1  they were probably done improperly.
2      Q   Okay.  Just to be clear, you're
3  not saying that you can say definitively
4  that any of Shaw's activities were done
5  improperly; you're saying probably they were
6  not done properly?
7      A   Based on my observations, the
8  calculations that I've provided there, and
9  my engineering background, I can say that
10 most likely they were causing problems with
11 the trailer, structural problems with the
12 trailer.
13     Q   What's your definition of a
14 structural problem?
15     A   Well, that's probably a huge
16 question in a lot of different things.
17 Structural problems are anything related to
18 the structure, the structure being the
19 components that are put together that create
20 an entire envelope for use, for -- and you
21 have to then look at the use of the
22 structure to determine exactly what
23 constitutes that structure.
24         For instance, there are structures
25 that are built for NASA that have no walls,

Moore, Charles 102709

137

1    Q    And you said that perhaps there
2    might be failures in connections that would
3    be, my words, slow to manifest themselves,
4    right?
5    A    Okay.
6    Q    Okay.  Now, you saw a gap over the
7    door in August of 2009 when you went out
8    there, right?
9    A    Correct.
10   Q    Okay.  Did you find any evidence
11   of this slow manifestation idea where hidden
12   connections take a while to show up in the
13   form of a bowing over the door?
14   A    Yes, actually, there was.  There
15   was some significant water damage to the
16   left side of the doorframe at the floor, and
17   actually, the first indication of that that
18   I saw was the steps going up to the door
19   were loose.  And I remember thinking as we
20   first were going in and out there that boy,
21   somebody should have looked at that and
22   fixed that step, it's loose.
23        As we got into the testing and
24   particularly later where we did the
25   destructive testing, pulling the thing

Moore, Charles 102709

1    apart, we found that at that location there
2    was actually a significant amount of water
3    damage to the wood there, such that the bolt
4    was actually not loose, but physically, it
5    was pulling through the wood, and therefore,
6    not holding the steps tight; and that was,
7    again, part of the doorframe.
8            So that could have been caused at
9    the jacking, caused some water to leak in
10   there, caused damage to the wood, which
11   would then later show up as the door having
12   problems with its physical location, whether
13   there would be a bow in the doorway or not.
14       Q    We're talking about some bowing on
15   the head jam, right?
16       A    Yes, sir.
17       Q    Okay.  There wasn't any bowing on
18   the floor, right?
19       A    I don't know that anybody really
20   looked at that specifically.
21       Q    Okay.  And your approach or your
22   idea of connecting this water beneath the
23   left side of the -- by the way, the left
24   side of the door is where the door handle
25   is, right?

Moore, Charles 102709

141

1   think so.
2       Q    So if the evidence shows that that
3   leak that you saw the rotten wood from
4   didn't show up until later, then there would
5   be no evidence that jacking in 2005 could
6   have manifested itself in the form of a bent
7   head jam in 2007?
8       A    If you had evidence that there was
9   no leak between there, I would say yes.
10  Now, I guess what I would have to be careful
11  about saying there is that it could have
12  been leaking and nobody could see that.  It
13  could have been leaking into the cavity of
14  the wall without anybody actually seeing
15  that happening.
16      Q    Right.
17      A    Which is one of the things that I
18  really think is happening and would
19  definitely be caused by improper jacking
20  techniques which would warp and create loose
21  connections, create seams that would allow
22  small amounts of water to leak.  Then what
23  happens is it becomes a progressive failure
24  so that as the water damage begins and
25  starts causing damage to other members, then

Moore, Charles 102709

159

1    off there, could and probably did cause it
2    to go to a different shape.
3         Q    So the deactivation could have
4    damaged the trailer?
5         A    Yes, sir.
6         Q    Okay.
7         A    Additional damage to the trailer,
8    yeah.
9         Q    Well, and you can't tell
10   whether -- you can't tell installation
11   damage from deactivation damage, can you?
12        A    No.
13        Q    Who deactivated the trailer?
14        A    I don't know that.
15        Q    Do you know whether it was Shaw or
16   not?
17        A    I think that there are some
18   documents in here that has some deactivation
19   orders, but I don't know that.  I don't
20   remember just right off.
21        Q    Okay.  Do you know when the
22   trailer was deactivated?
23        A    Sometime after he moved out in
24   July of '08, so ...
25        Q    Okay.  And the deactivation

Moore, Charles 102709

243

1       Q    During your jacking test, how many
2  seals did you break; how many caulk seals
3  did you break?
4       A    I don't know that.
5       Q    Did you check?
6       A    No.  We were only watching the
7  crack gauges and the monitors like that.
8       Q    How many seals were broken during
9  Exponent's testing?
10      A    Again, I don't know that.
11      Q    So you don't know if these
12 movements actually caused any caulk at all
13 on this trailer to actually break?
14      A    No.  But then again, it might have
15 broken them all, so ...
16      Q    You didn't check?
17      A    No.
18      Q    I mean, weren't you there to check
19 for that?
20      A    We were there to check the
21 movements and things like that.  This unit
22 already exhibited quite a bit of caulk
23 damage, and so anything that we would have
24 seen would have been very hard to tell
25 whether it was done during that particular

255

1  your report, right, that that was how they
2  were going to use it?
3      A    I guess that's -- yes, yes.
4      Q    Okay.  I want to make sure I was
5  exhaustive about the observations that you
6  had that you think support the conclusion
7  that there was improper jacking.  Okay?
8      A    Okay.
9      Q    We talked about the bowed gutter
10 strip next to the head jam.
11     A    Okay.
12     Q    That's one thing that you
13 identified as evidence of improper jacking,
14 right?
15     A    Yes, sir.
16     Q    Okay.  Leak near the bedroom
17 window, you identified that as evidence of
18 improper jacking, right?
19     A    Yes, sir.
20     Q    Okay.  Any other observations that
21 you made that lead you to conclude that
22 there was improper jacking?
23     A    Well, again, the leak in the door
24 happening while Mr. Wright lived there also
25 agrees with the supposition that it happened

256

1  before he lived there, which the biggest
2  thing, the biggest problem with that would
3  have been during the jacking issues.
4      Q    Okay.
5      A    So I think that that is further
6  evidence that supports that conclusion.
7      Q    Okay.  To me that's still part of
8  the -- I want to identify the conditions
9  that you observed; one being the doorjamb,
10 two being the bedroom window leak or
11 condensation.  Okay.  What other conditions,
12 if any -- or are those the only two -- that
13 support the conclusion that there was
14 improper jacking?
15     A    Well, we did see the rot at the
16 door, which supports Mr. Wright's
17 observation that the door leaked also,
18 because there was extensive water damage
19 there, so we know that that's been happening
20 for a long while at that particular point.
21 That all goes in together.
22          I don't think you can take any of
23 these observations as just a single point
24 and extrapolate a lot of things from one
25 single point, but the total sum of all these

Moore, Charles 102709

1   observations points to certain things, and I
2   believe that the total sum of these
3   observations leads to the fact that the
4   jacking was a major contributor to the
5   problems with this trailer.
6        Q   Okay.  So the bowed head jam and
7   the water damage beneath the door --
8        A   Yes.
9        Q   -- if those were two separate
10  things, and then the leak by the bedroom
11  window, those are the three things that you
12  relied on to form the conclusion that there
13  was improper jacking during installation,
14  right?
15       A   Well, the jacking tests themselves
16  also.  We saw fairly extreme movements in
17  the door frames.  We saw fairly extreme
18  movements in the window frames.  We saw
19  popping of the hatch.  Just when Shaw first
20  started their jacking process, the very
21  first one which was just leveling, just by
22  the first application of the jack, you could
23  hear the entire trailer creaking and
24  popping, all of the joints of the siding and
25  everything creaking and popping, which

258

1   indicate movement of all those joints.
2           So the jacking tests themselves
3   also corroborate that there was significant
4   movement of all of these joints and openings
5   and seams in the trailer that would lead to
6   introduction of water and air and moisture
7   into this trailer.
8       Q   Okay.  So the jacking test, bowed
9   strip by the head jam, the water damage
10  beneath the door, and the leaky bedroom
11  window are the four things that you relied
12  on to form your conclusion that there was
13  improper jacking, right?
14      A   Yes, sir.
15      Q   And those are the only four
16  things?
17      A   Yes.
18      Q   All right.
19      A   Well, let me reserve that saying
20  that that was the only four things at this
21  point.  By you telling me that, that sounds
22  like all we talked about, so ...
23      Q   Well, that's the whole point of
24  doing this.
25      A   I understand.  I understand.  But

Moore, Charles 102709

1   to anybody to jack it up properly?  I don't
2   think so.  And from the evidence that we've
3   seen, it was only jacked up with a single,
4   or at the most, two jacks, which I really
5   think is a very improper way of doing it
6   because it puts point loads at very specific
7   points.  We've seen from our testing that
8   those point loads do induce significant
9   movements and deflections with all these
10  different seams.
11          So those are the reasons why I
12  feel like that the jacking is probably the
13  worst culprit.  Was it the only culprit?  I
14  don't think so.  I think that the structure
15  itself was not designed properly.  I think
16  that there could have been some wind loads.
17  There could have been some of these other
18  things, but I think the jacking was probably
19  the worst culprit of those things.
20      MR. KURTZ:
21          I move to strike that as
22  nonresponsive.
23      MR. AHLQUIST:
24          I'm going to object to that,
25  because you gave him the opportunity to

Moore, Charles 102709

267

1  explain. You had told him to teach you --
2     MR. GIEGER:
3        Object. There's no speaking
4  objections. Make your objections. Let's
5  move on.
6     MR. AHLQUIST:
7        I'm going to object to your
8  objection.
9  EXAMINATION BY MR. KURTZ::
10    Q    All right. Mr. Moore, you told me
11 just now, I think, why you discounted some
12 alternative explanations. You would agree
13 with me, as an engineer, that knocking out a
14 few alternate explanations doesn't equal
15 proof that it was improper jacking, right?
16    A    I would not agree to that,
17 particularly because if you dis -- if you
18 find enough evidence that it was not these,
19 then more likely than not, it's this.
20    Q    If you discount the evidence that
21 it wasn't the jacking either, like the fact
22 that none of these problems manifested
23 themselves until a year after installation,
24 right?
25    A    I don't know that I could say

268

1   that. I don't know that there's enough
2   evidence to say that.
3       Q   Okay. Mr. Moore, did you use the
4   scientific method in approaching the
5   preparation of your report and the
6   formulation of your opinions?
7       A   The scientific method, I'm not
8   sure I'm following what you're asking, so --
9       Q   Do you know what the scientific
10  method is?
11      A   I don't think I know what you're
12  referring to, no.
13      Q   Generally, it refers to the
14  formulation of a hypothesis, and well,
15  there's some -- there's steps in it.
16  There's an observation, and a hypothesis is
17  formed, and then there's a test and an
18  experiment and a result.
19      A   Okay.
20      Q   Did you do that?
21      A   I guess somewhat, yes.
22      Q   Okay. What was the hypothesis
23  that you were testing?
24      A   Well, one of the hypotheses was
25  that jacking could have caused some problems

Moore, Charles 102709

269

1   with this trailer.
2        Q    Is that a question that can go
3   either way in your mind, or do you think all
4   of the FEMA trailers were jacked improperly?
5        A    Based on what I've seen, I would
6   say at least 99 percent of them were jacked
7   improperly, and I would probably venture to
8   say 100 percent of them were.
9        Q    Okay.  So you don't really need to
10  go through all this testing stuff to get to
11  the opinion that this one was jacked
12  improperly because you think they were all
13  jacked improperly, right?
14       A    No.  I think the testing of this
15  was designed such that to test that
16  hypothesis, to see what kind of problems
17  that it would create, and so that testing
18  actually supported the hypothesis.
19       Q    Okay.  What test results would
20  have suggested to you that there wasn't any
21  improper jacking?
22       A    If we had tested and found very
23  little differential movements and problems
24  with any of these things, I would say that
25  we'd have said, Wait a minute, our

Moore, Charles 102709