# EXHIBIT A

Suits in which Forest River, Inc. and/or Vanguard Industries of Michigan, Inc. have been properly identified and/or served.

| | |
|---|---|
| *Aaron, Taneshia v. Forest River, Inc., et al* | 09-7275 |
| *Abercrombie, Floyd, et al v. Forest River, Inc., et al* | 09-5600 |
| *Adams, Dianne, et al v. Alliance Homes, et al* | |
| *Adams, Michael, et al v. Alliance Homes, et al* | |
| *Aguilar, Silvio, et al v. Forest River, Inc., et al* | 09-5637 |
| *Alexander, Alexis, et al v. Forest River, Inc., et al* | 09-5395 |
| *Alexander, Dyren, et al v. Forest River, Inc., et al* | 09-4536 |
| *Ali, Nazmi v. Forest River, Inc., et al* | 09-4985 |
| *Allen, Howard v. Vanguard Industries of Michigan, Inc., et al* | 09-6006 |
| *Anderson, Barbara v. Forest River, Inc., et al* | 09-6173 |
| *Anderson, Brea v. Forest River, Inc., et al* | 09-3255 |
| *Anderson, Carlisa, et al v. Forest River, Inc., et al* | |
| *Annis, Brittany Nicole, et al v. Alliance Homes, Inc., et al* | |
| *Arbour, Charles, et al v. Vanguard Industries of Michigan, Inc., et al* | 09-3728 |
| *Arnold, Justin, Sr., et al v. Forest River, Inc., et al* | 09-4979 |
| *Ayers, Della, et al v. Forest River, Inc., et al* | 09-4973 |
| *Babin, Barry v. Cavalier Home Builders, LLC, et al* | 08-4629 |
| *Babineaux, Ana, et al v. Forest River, Inc., et al* | 09-4820 |
| *Bailey, Ashley, et al v. Forest River, Inc., et al* | 09-3588 |
| *Bajoie, Che'la, et al v. Forest River, Inc., et al* | 09-4611 |
| *Baker, Susan, et al v. Forest River, Inc., et al* | 09-6496 |
| *Banks, Lynette v. Vanguard Industries of Michigan, Inc., et al* | 09-6177 |

| | |
|---|---|
| *Baquet, Andrea, et al v. Forest River, Inc., et al* | 09-2961 |
| *Barbour, Karen, et al v. Forest River, Inc., et al* | 09-6633 |
| *Barker, Belinda H. v. Liberty Homes, Inc., et al* | |
| *Barker, William v. Forest River, Inc., et al* | 09-3618 |
| *Basquine, Arnold, et al v. Vanguard Industries of Michigan, Inc., et al* | 09-5972 |
| *Bauer, Belinda, et al v. Liberty Homes, et al* | 08-5031 |
| *Baylis, Janet Decarla, et al v. Forest River, Inc., et al* | 09-5272 |
| *Belcher, Phillip, et al v. Vanguard Industries of Michigan, Inc., et al* | 09-4003 |
| *Beverly, Janae, et al v. Forest River, Inc., et al* | 09-4978 |
| *Borrouso, Jacob, et al v. Forest River, Inc., et al* | 09-5971 |
| *Bostic, Ryan, et al v. Alliance Homes, Inc., et al* | |
| *Bosworth, Elizabeth, et al v. Forest River, Inc., et al* | 09-7300 |
| *Boteler, Lillie, et al v. Alliance Homes, Inc., et al* | 09-6643 |
| *Boyd, Keisha, et al v. Forest River, Inc., et al* | 09-4265 |
| *Bradley, Gregory, et al v. Forest River, Inc., et al* | 09-4234 |
| *Bradley, Latoya, et al v. Forest River, Inc., et al* | 09-6504 |
| *Breland, Sam, et al v. Forest River, Inc., et al* | |
| *Brock, Tommie, et al v. CH2M Constructors, Inc., et al* | 09-4941 |
| *Brooks, Freddie v. Forest River, Inc., et al* | 09-7585 |
| *Broussard, Joey, et al v. Vanguard Industries of Michigan, Inc., et al* | 09-7581 |
| *Brown, Ruth, et al v. Forest River, Inc., et al* | 09-5383 |
| *Brown, Sylvia v. Forest River, Inc., et al* | 09-7756 |
| *Browning, Rhonda, et al v. Forest River, Inc., et al* | 09-7274 |
| *Buras, Angelina, et al v. Alliance Homes, Inc., et al* | |
| *Burke, Delloyd, III, et al v. Forest River, Inc., et al* | 09-6409 |
| *Burks, Aarien, et al v. Forest River, Inc., et al* | 09-7072 |

| | |
|---|---|
| *Cain, Keisha v. Forest River, Inc., et al* | 09-2952 |
| *Caronia, Charlene v. Forest River, Inc., et al* | 09-6165 |
| *Carpenter, Glenn, et al v. Forest River, Inc., et al* | 09-7357 |
| *Carter, Milton, et al v. Forest River, Inc., et al* | 09-6634 |
| *Carter, Seebell v. Forest River, Inc., et al* | 09-5890 |
| *Casey, Kendrick, et al v. Vanguard, LLC, et al* | 09-6638 |
| *Chalaire, Diane, et al v. Forest River, Inc., et al* | 09-6717 |
| *Champagne, Bruce, et al v. Forest River, Inc., et al* | 09-4797 |
| *Chapman, John, et al v. Forest River, Inc., et al* | 09-4426 |
| *Chatman, Isaiah, et al v. Forest River, Inc., et al* | 09-6704 |
| *Clark, Margie v. Forest River, Inc., et al* | 09-2890 |
| *Clark-Davis, Margie, et al v. Forest River, Inc., et al* | 09-6709 |
| *Coleman, Curtis Jr. v. Forest River, Inc., et al* | 09-6307 |
| *Coleman, Keith, et al v. Forest River, Inc., et al* | 09-3480 |
| *Collins, Desiree v. Forest River, Inc., et al* | 07-9141 |
| *Cooper, Valerie v. Forest River, Inc., et al* | 09-2921 |
| *Culler, Jerome Anthony v. Gulf Stream, Inc., et al* | 07-4018 |
| *Curol, Janine, et al v. Forest River, Inc., et al* | 09-7555 |
| *Danastasio, Dale, et al v. Alliance Homes, Inc., et al* | 09-7163 |
| *Danastasio, Deborah, et al v. Forest River, Industries, et al* | 09-4914 |
| *Davis, Dontate' et al v. Forest River, Inc., et al* | 09-4652 |
| *Davis, Georgiana, et al v. Vanguard Industries of Michigan, Inc., et al* | 09-4553 |
| *Davis, Rashawn v. Vanguard Industries of Michigan, Inc., et al* | 09-4874 |
| *Dillion, Damien, et al v. Forest River, Inc., et al* | 09-3557 |
| *Domino, Cornelia v. Forest River, Inc., et al* | 09-2960 |
| *Doss, Adria, et al v. Forest River, Inc., et al* | |

| | |
|---|---|
| *Dukes, Gladys, et al v. Forest River, Inc., et al* | 09-3621 |
| *Dukes, Gladys, et al v. Forest River, Inc., et al* | 09-5999 |
| *Dunbar, Linda, et al v. Forest River, Inc., et al* | 09-6835 |
| *Duplessis, Irma, et al v. Forest River, Inc., et al* | 09-4009 |
| *Durham, Gloria, et al v. Forest River, Inc., et al* | 09-6639 |
| *Ellis, Larry, et al v. Forest River, Inc., et al* | 09-4863 |
| *Ellis, Lynelle, et al v. Forest River, Inc., et al* | 09-6883 |
| *Ellis, Thomas v. Forest River, Inc., et al* | 09-5230 |
| *Farria, Jesse, et al v. Forest River, Inc., et al* | 09-2939 |
| *Farria, Tiffany, et al v. Forest River, Inc., et al* | 09-4861 |
| *Favorite, Melkile, et al v. Vanguard Industries of Michigan, Inc., et al* | 09-7681 |
| *Fincher, Steven, et al v. Alliance Homes, Inc., et al* | 09-6632 |
| *Fincher, Steven, et al v. Alliance Homes, Inc., et al* | |
| *Ford, Pearlette, et al v. Forest River, Inc., et al* | 09-2969 |
| *Ford, Pearlette, et al v. Forest River, Inc., et al* | 09-6333 |
| *Fountain, Paul, et al v. USA, et al* | 09-3622 |
| *Frierson, Shelly, et al v. Vanguard Industries of Michigan, Inc., et al* | 09-7117 |
| *Gable, Kenneth, et al v. Forest River, Inc., et al* | 09-6429 |
| *Gabourel, Christopher v. Alliance Homes, Inc., et al* | 09-4842 |
| *Gaines, Joseph, et al v. Forest River, Inc., et al* | 09-4001 |
| *Gasper, Reginald, Jr., et al v. Forest River, Inc., et al* | 09-5382 |
| *Gilmore, Joseph, Sr., et al v. Forest River, Inc., et al* | 09-6588 |
| *Gras, Francis, et al v. Alliance Homes, Inc., et al* | |
| *Griffin, Leanna, et al v. Forest River, Inc., et al* | 09-5656 |
| *Gross, Draker, et al v. Forest River, Inc., et al* | 09-6013 |
| *Hamilton, Kenneth Joseph v. Forest River, Inc., et al* | 09-6987 |

| | |
|---|---|
| *Hawkins, Edward, et al v. Forest River, Inc., et al* | 09-7354 |
| *Hawkins, Gregory v. Vanguard Industries of Michigan, Inc., et al* | 09-5338 |
| *Hayes, Charlene, et al v. Forest River, Inc., et al* | 09-4577 |
| *Haynes, Cynthia v. Vanguard Industries of Michigan, Inc., et al* | 09-5253 |
| *Heintz, Justin, Sr., et al v. Forest River, Inc., et al* | 09-4000 |
| *Hill, Peggy Moliere, et al v. Vanguard Industries of Michigan, Inc., et al* | 09-5269 |
| *Hillard, Keith v. United States of America, et al* | 06-2576 |
| *Hughes, Bessie, et al v. Vanguard Industries of Michigan, Inc., et al* | 09-4017 |
| *Ijoko, Jonathan v. Forest River, Inc., et al* | 09-2971 |
| *Isadore, Alesia, et al v. Forest River, Inc., et al* | 09-4852 |
| *Johnson v. Forest River, Inc., et al* | |
| *Johnson, Jay v. Forest River, Inc., et al* | 09-5224 |
| *Johnson, Keith, et al v. U.S.A. and Cavalier Homes, et al* | 08-3602 |
| *Johnson, Patricia, et al v. Forest River, Inc., et al* | 09-6406 |
| *Jones, Claudia, et al v. Forest River, Inc., et al* | 09-4044 |
| *Jones, Janice, et al v. Forest River, Inc., et al* | 09-4921 |
| *Jones, Lynette, et al v. Forest River, Inc., et al* | 09-7355 |
| *Jones-Dillon, Latasha, et al v. Forest River, Inc., et al* | 09-5494 |
| *Joseph, Dolores v. Forest River, Inc., et al* | 09-4449 |
| *Kendrick, Deborah, et al v. Forest River, Inc, et al* | |
| *Kendricks, Roosevelt v. Vanguard Industries of Michigan, Inc., et al* | 09-7285 |
| *Kieff, Lorey, et al v. Forest River, Inc., et al* | 09-8313 |
| *Knight, Dorothy, et al v. Forest River, Inc., et al* | 09-4071 |
| *Ladner, Kemberly, et al v. Forest River, Inc., et al* | 09-5552 |
| *LaHoste, Ronald, Jr., et al v. Forest River, Inc., et al* | 09-7153 |
| *Long, Tyrone, et al v. Forest River, Inc., et al* | 09-5692 |

| | |
|---|---|
| *Long, Tyrone, et al v. Forest River, Inc., et al* | 09-5968 |
| *Lott, Andre, et al v. Forest River, Inc., et al* | 09-2936 |
| *Mackles, Troy v. Alliance Homes, Inc., et al* | 09-4843 |
| *Magee, Alvin, Sr., et al v. Vanguard Industries, Inc., et al* | 09-4980 |
| *Magee, Vanessa v. Forest River, Inc., et al* | 09-4535 |
| *Malone, Nathaniel Sr., et al v. American International Group, Inc., et al* | 09-6251 |
| *Mansion, Don, et al v. Forest River, Inc., et al* | 09-6071 |
| *Markham, Jerry v. Forest River, Inc., et al* | |
| *Martin, Austin, Sr., et al v. Forest River, Inc., et al* | 09-4330 |
| *Martin, Robert, et al v. Forest River, Inc., et al* | 09-3977 |
| *Martinez, Debra, et al v. Forest River, Inc.* | 09-8334 |
| *Massey, Glenda, et al v. American Homes, Inc., et al* | 09-6884 |
| *McCorvey, Larry v. Forest River, Inc., et al* | 09-5381 |
| *McGee, Charlette, et al v. Forest River, Inc., et al* | |
| *McGuire, DeCarlo v. Gulf Stream Coach, Inc., et al* | 06-5659 |
| *McLaughlin, Katherleen, et al v. Forest River, Inc., et al* | |
| *Menard, Kevin, et al v. Alliance Homes, Inc., et al* | |
| *Meshack, Charles v. Circle B Enterprises, Inc., et al* | |
| *Mitchell, Linda, et al v. Forest River, Inc.* | 09-7705 |
| *Moran, Bernadine, et al v. Forest River, Inc., et al* | 09-5377 |
| *Moran, Josephine, et al v. Vanguard Industries of Michigan, Inc., et al* | 09-4645 |
| *Morgan, Carolyn, et al v. Forest River, Inc., et al* | 09-6567 |
| *Murphy, Melvin v. Forest River, Inc., et al* | 09-8298 |
| *Murthil, Alice, et al v. Forest River, Inc., et al* | 09-4328 |
| *Napoleon, Mary v. Forest River, Inc., et al* | 09-6001 |
| *Nelson, Kimberly G. v. Gulf Stream Coach, Inc., et al* | |

| | |
|---|---|
| *Northern, Betty, et al v. Forest River, Inc., et al* | 09-5698 |
| *Norwood, Patrick, et al v. Forest River, Inc., et al* | 09-6565 |
| *Page, Lucille, et al v. Forest River, Inc., et al* | 09-5690 |
| *Payton, Sylvia, et al v. Vanguard Industries of Michigan, Inc, et al* | 09-5599 |
| *Pecot, Richard, et al v. Forest River, Inc., et al* | 09-4072 |
| *Pelas, Sandy, et al v. Alliance Homes, Inc., et al* | |
| *Peterson, Doris, et al v. Vanguard Industries of Michigan, Inc., et al* | |
| *Petite, Trineil, et al v. Forest River, Inc., et al* | 09-4892 |
| *Phillpott, Jayne, et al v. Forest River, Inc., et al* | 07-7263 |
| *Ponthieux, George & Mary v. Forest River, Inc., et al* | 09-5298 |
| *Ponthieux, George and Mary v. Forest River, Inc., et al* | 09-7950 |
| *Raymond, Eunice, Jr., et al v. Forest River, Inc., et al* | 09-6023 |
| *Rebalais, Louis, et al v. Alliance Homes, Inc., et al* | 09-4845 |
| *Robinson, Leona, et al v. Forest River, Inc., et al* | 09-4636 |
| *Roche, Gloria, et al v. Forest River, Inc., et al* | 09-2953 |
| *Rodriguez, Luis, et al v. Alliance Homes, Inc., et al* | |
| *Ruffin, Deborah, et al v. Forest River, Inc., et al* | 09-5846 |
| *Schmitz, Helen, et al v. Forest River, Inc., et al* | 09-3899 |
| *Shorty, Earl v. Gulf Stream Coach, Inc., et al* | |
| *Sinegar, Montrelle, et al v. Forest River, Inc., et al* | 09-2926 |
| *Singleton, Arthur, et al v. Forest River, Inc., et al* | |
| *Singleton, Brainard, v. Forest River, Inc., et al* | 09-6215 |
| *Singleton, Brainard, v. Forest River, Inc, et al* | 09-6216 |
| *Slaughter, Willie, et al v. Forest River, Inc., et al* | 09-4951 |
| *Snyder, Joann, et al v. Forest River, Inc., et al* | 09-6782 |
| *Stamps, Glen v. Forest River, Inc., et al* | |

| | |
|---|---|
| *Stewart, Melissa, et al v. Alliance Homes, Inc., et al* | 09-6712 |
| *Strickland, Ruth, et al v. Forest River, Inc., et al* | 09-4713 |
| *Strohmeyer, Charles v. Forest River, Inc., et al* | 09-7754 |
| *Tate v. Forest River, Inc., et al* | |
| *Tate, Leona v. Forest River, Inc., et al* | 09-5527 |
| *Taylor, Mark, et al v. Forest River, Inc., et al* | 09-5007 |
| *Thomas, Florence, et al v. Forest River, Inc., et al* | 09-6500 |
| *Thornton, Isaac, et al v. Forest River, Inc., et al* | 09-3305 |
| *Tircuit, Catherine, et al v. Vanguard Industries of Michigan, Inc., et al* | 09-6871 |
| *Triplett, Lillian, et al v. Forest River, Inc., et al* | 09-6914 |
| *Umbehagen, Jonathan, et al v. Alliance Homes, Inc., et al* | 09-4844 |
| *Walton, Barbara, et al v. Forest River, Inc., et al* | 09-6503 |
| *Wells-Thompson, Najee v. Forest River, Inc., et al* | 09-6505 |
| *White, Betty, et al v. Forest River, Inc., et al* | 08-1969 |
| *Williams, Albert, et al v. Forest River, Inc, et al* | 09-7070 |
| *Williams, Johnny v. Forest River, Inc., et al* | 09-6162 |
| *Williams, Kendrick, et al v. Vanguard Industries of Michigan, Inc, et al* | 09-5672 |
| *Williams, Marsha, et al v. Forest River, Inc., et al* | 09-4011 |
| *Williams, Warneshia v. Vanguard Industries of Michigan, Inc., et al* | 09-6407 |
| *Wilson v. Vanguard Industries of Michigan, Inc., et al* | |
| *Wilson, April v. Forest River, Inc., et al* | 09-5978 |
| *Wilson, Michelle v. Vanguard Industries of Michigan, Inc., et al* | 09-6204 |
| *Wright, Lyndon v. Forest River, Inc., et al* | 09-2977 |
| *Young, Rufus , et al v. Forest River, Inc., et al* | 09-6502 |