```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:  FEMA TRAILER        MDL NO. 1873
 4    FORMALDEHYDE PRODUCTS       SECTION "N"(4)
 5    LIABILITY LITIGATION        JUDGE ENGELHARDT
 6
 7    This document relates to:  Lyndon T. Wright
 8           v. Forest River, Inc., et al
 9              Docket No. 09-2977
10                    *  *  *
11                  (Volume I)
12        Videotaped Deposition of EDWARD HALIE
13    SHWERY, Ph.D., 315 Metairie Road, Suite 200,
14    Metairie, Louisiana 70005, taken at the Law
15    Offices of Frank J. D'Amico, Jr., 622
16    Baronne Street, New Orleans, Louisiana
17    70113, on Monday, the 9th day of November,
18    2009.
19
20    REPORTED BY:
21        JAMES T. BRADLE, CCR
          PROFESSIONAL SHORTHAND REPORTERS
22        (504)529-5255
23    VIDEOGRAPHER:
24        MICHAEL BERGERON
          PROFESSIONAL SHORTHAND REPORTERS
25        (504)529-5255
```

1    didn't have the back side.
2         A    Okay.
3         Q    Would you review Exhibit 6, which
4    I have marked, just to confirm that that is
5    a true and accurate copy of the Adult
6    Response Sheet that was completed by
7    Mr. Wright?
8         A    It is correct.
9         Q    And this is a document that's
10   completed in Mr. Wright's own handwriting,
11   correct?
12        A    Yes.
13        Q    So in other words, he's left with
14   these blanks and he's allowed to put in
15   anything that comes to mind in response to
16   these questions?
17        A    Yes.  In fact, the instructions
18   are to complete the sentence and express
19   your real feelings.
20        Q    Okay.  Let's look at some of the
21   responses.  No. 7, he states that "men tend
22   to not take care of themselves health-wise."
23        A    Okay.
24        Q    Was that something you later
25   discussed with him?

```
 1          A    Yeah.  Well, that came up
 2   throughout the examination.  In fact, a lot
 3   of these are consistent with the information
 4   obtained in clinical interviewing.
 5          Q    Okay.  26, "Marriage is a dead
 6   idea to me"?
 7          A    Yes.
 8          Q    Why did he indicate that, if you
 9   know?
10          A    Well, he hadn't found anybody that
11   he really wanted to marry and he had had
12   some girlfriends over the years and partners
13   and he never felt like he found anybody that
14   he really wanted to commit to a lifelong
15   relationship with.
16          Q    28, "Sometimes I drink (beer) too
17   much."  Did you discuss Mr. Wright's
18   drinking with him and whether he thought he
19   had a problem?
20          A    Yes.  He drinks socially and he
21   will drink, you know, like on the weekend or
22   when he's not working.  He tends to regard
23   things like drinking and smoking as probably
24   things you ought not to do, and so his
25   perception of drinking is he does it, he
```

1    enjoys drinking socially.
2             He doesn't have any alcohol
3    problems as an alcoholic or something like
4    that, but it's consistent with his view of
5    smoking or using tobacco products.  He's
6    never done that, he doesn't like that, and
7    he thinks it's bad for you, and that's
8    really what that drinking is about.
9             It's not like -- I specifically
10   ruled out things like, "Oh, I drink so much
11   that I go out and do things to get me in
12   trouble," for example.  It's not that.  It's
13   more "this is probably not good for me."
14        Q   Okay.  And so he has some concern
15   that drinking beer may not be good for him,
16   given his physical conditions?
17        A   Well, it's really more from a
18   general health/life issue, not that he has
19   some problem that drinking causes him to
20   have medical problems or that he does -- his
21   behavior gets him in trouble or anything
22   like that.  It's really more along the lines
23   of why he doesn't smoke.
24        Q   Under section 32, when asked, "I
25   am very" -- to complete the sentence which