```
                                                                    1

 1              UNITED STATES DISTRICT COURT --
 2               EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:   FEMA TRAILER        MDL NO. 1873
 5   FORMALDEHYDE PRODUCTS        SECTION N(4)
 6   LIABILITY LITIGATION         JUDGE ENGELHARDT
 7   (This document relates
     to "Lyndon Wright v. Forest
 8       River, et al.)
 9                   *  *  *
10
11            VIDEOTAPED DEPOSITION OF DR.
12   CHARLES SHEPARD FIELD, JR., 5330 BANCROFT
13   DRIVE, NEW ORLEANS, LOUISIANA 70122, TAKEN
14   AT HIS HOME ON THE 20TH DAY OF OCTOBER,
15   2009.
16
17
18   REPORTED BY:
19       CATHY RENEE´ POWELL, CCR
         PROFESSIONAL SHORTHAND REPORTERS
20       (504)529-5255
21   VIDEOGRAPHER:
22       BRIAN SOILEAU
         PROFESSIONAL SHORTHAND REPORTERS
23       (504)529-5255
24
25
```

 1        A.   Yes.
 2        Q.   And he has been having these ear
 3   infections since he was young.  Is that
 4   something that he had related to you
 5   previously in an office visit?
 6        A.   Right, uh-huh.
 7        Q.   Okay.  And he takes care of them
 8   on his own.  Were you aware of that?
 9        A.   I think that's what he said, yeah.
10        Q.   Rather than seeing an ENT or
11   another physician to address those issues,
12   correct?
13        A.   Right.
14        Q.   Let me hand you the last note we
15   have from July 12, 2005.  I will mark this
16   as Exhibit 7.
17             Doctor, do you recognize that as a
18   note from your file relating to contact from
19   Mr. Wright?
20        A.   Yes, it looks like it probably
21   would have been.
22        Q.   Would you relate to us what
23   complaints Mr. Wright was making to your
24   office as of that date in July of 2005?
25        A.   Okay.  "Patient had a change in

```
 1   his bowel movements now for about three
 2   weeks.  Only gets gas.  Also has a
 3   sexually -- sexual motivation has decreased.
 4   Worried he may have prostate problem.  Also,
 5   he is experiencing erectile dysfunction in
 6   the a.m. and throughout the day.  What do
 7   you suggest he does?  Should he see a
 8   urologist?  And if yes, who do you
 9   recommend?"
10           And I said, "Could see Dr. Neil
11   Baum and preferably get his annual blood
12   work repeated before he goes, like one
13   month."
14           Then somebody says they called and
15   there was no answer.
16      Q.   Okay.  Do you know if Mr. Wright
17   ever followed up with Dr. Baum or any other
18   urologist to ascertain whether, in fact, he
19   was having a prostate problem?
20      A.   I don't know specifically, no.
21      Q.   Okay.  If Mr. Wright told some
22   experts in this case that he never suffered
23   from sexual dysfunction before moving into
24   this trailer, you would disagree with this?
25   Well, let me back up.
```

```
1                 I want you to assume that
2    Mr. Wright moved into a FEMA travel trailer
3    on or about March of 2006.  And that he
4    stated something to that effect.  If he told
5    an expert in this case that he had not
6    suffered from sexual dysfunction before that
7    date, before March of 2006, you would
8    disagree with that statement?
9         MR. D'AMICO:
10                Object to the form of the
11   question.  I think it misstates the
12   testimony.
13   EXAMINATION BY MR. BONE:
14        Q.   Correct, Doctor?
15        A.   Yes, correct.
16        Q.   All right, Doctor, your treatment
17   of Mr. Wright ended in December of 2005,
18   correct?
19        A.   Correct, yes.
20        Q.   At that time, had you diagnosed
21   him with high blood pressure?
22        A.   Not specifically, no.
23        Q.   Was he borderline hypertensive
24   during your treatment with him?
25        A.   Yes, he actually did show elevated
```