1                UNITED STATES DISTRICT COURT

2               EASTERN DISTRICT OF LOUISIANA

3

4

5

6    IN RE:  FEMA TRAILER        MDL NO. 1873

7    FORMALDEHYDE PRODUCTS        SECTION "N"(4)

8    LIABILITY LITIGATION        JUDGE ENGELHARDT

9

10                    *   *   *

11

12        VIDEOTAPED DEPOSITION OF LYNDON WRIGHT,

13    3417 SOUTH CLAIBORNE AVENUE, APARTMENT 5,

14    NEW ORLEANS, LOUISIANA 70113, TAKEN AT THE

15    OFFICES OF FRANK D'AMICO, 622 BARONNE

16    STREET, NEW ORLEANS, LOUISIANA 70130, ON THE

17    10TH DAY OF JULY, 2009.

18    REPORTED BY:

19        CATHY RENEE´ POWELL, CCR

          PROFESSIONAL SHORTHAND REPORTERS

20        (504)529-5255

21    VIDEOGRAPHER:

22        BRIAN SOILEAU

          PROFESSIONAL SHORTHAND REPORTERS

23        (504)529-5255

24

25

1          Q.   The same across the top?

2          A.   Yes.

3     MR. D'AMICO:

4               I object to the form of that

5     question.  I don't know that that is what he

6     just said.  But --

7     EXAMINATION BY MR. BONE::

8          Q.   Do you ever recall being asked by

9     FEMA if you had any health problems that you

10    associated with this particular unit?

11         A.   Repeat the question.

12         Q.   Do you ever recall being asked by

13    FEMA if you had any health problems that you

14    associated with this particular unit?

15         A.   By FEMA?  No.

16         Q.   Do you recall being asked by

17    anyone if you had any health problems

18    associated with this particular unit?

19         A.   My mom.

20         Q.   When did that conversation take

21    place?

22         A.   Basically, when I was on the phone

23    talking to her at one time and I was doing a

24    lot of coughing.  I made the mention that I

25    woke up choking, you know, looking for

1    water.  I believe I made the comment that I

2    think this trailer has made me sick because

3    I wasn't like this when I was on the cruise

4    ship.

5            She said, "Well, I'm going to call

6    FEMA and have somebody come out.  You think

7    there's a leak going on up in there?"

8            I said, "Not that I know of, I

9    don't smell propane or nothing, I'm just not

10   feeling like I was feeling on the cruise

11   ship."

12       Q.   Explain to me the difference in

13   the way you were feeling from the time -- as

14   compared to the cruise ship, which is why

15   you thought there was some problem with the

16   unit.

17       A.   I mean, I slept comfortably.  I

18   was actually -- what word can I use?  I felt

19   a lot better on the cruise ship than I did

20   in the trailer.  When I got in the trailer,

21   my eyes started getting irritated and I just

22   associated it with my allergies, and I think

23   it was this trailer, but it was just

24   constant.  And the coughing, just a plain

25   old dry cough.  And I started seeing blood

1     her that you believed your occupancy of this

2     unit was causing you a health problem?

3          A.   I would say probably April.

4          Q.   Of what year?

5          A.   '06.  Right after I got in the

6     trailer.

7          Q.   So in April of '06, you were of

8     the opinion that your occupancy of this unit

9     was causing you a health problem?

10          A.   I would say I thought it was

11     making me sick, yes.

12          Q.   And you expressed that to your

13     mother by May of 2006, correct?

14          A.   By April.

15          Q.   By April of 2006, correct?

16          A.   Yes.

17          Q.   Do you have any information as to

18     why your mother would have represented to

19     FEMA by February of 2008, that there were no

20     health concerns that she had about you

21     regarding your occupancy of this unit?

22          A.   No, I don't know.

23          Q.   Were you ever offered the

24     opportunity to purchase this unit?

25          A.   You would have to ask my mom.  I

1    was there.

2         Q.    Okay.  Did you know that Mr. Scott

3    or someone from his group was going to come

4    by and take pictures of your trailer?

5         A.    Who?

6         Q.    Mr. Scott, Bill Scott.  Have you

7    ever met Mr. Scott?

8         A.    I don't recall.

9         Q.    Okay.  It looks to me like the

10   door is slightly ajar.  Do you see that?  It

11   looks like it's slightly open?

12        A.    That's the way it's leaning.

13        Q.    That's the way it's leaning?

14   That's what led the -- caused the leak that

15   we've been talking about, right?

16        A.    Yes.

17        Q.    Did you ever notice whether air

18   was moving in or out of the trailer through

19   that gap in the door?

20        A.    No, I didn't notice.

21        Q.    You moved out of the trailer in

22   July 2008, right?

23        A.    Yes.

24        Q.    Why did you move out?

25        A.    It was the deadline for trailers

```
 1    to be picked up, and my mom had already had
 2    an extension, so it was just time for me to
 3    try and get my own place instead of retrying
 4    for another extension.
 5        Q.   Okay.  And where did you go?
 6        A.   To my present residence, 3417
 7    South Claiborne Avenue.
 8        Q.   Okay.  Other than the door-leaning
 9    issue, was the trailer in good shape when
10    you left it?
11        A.   When I left it?  Yeah, for the
12    most part, yeah.
13             The mold around the window and
14    down on the carpet should have still been
15    there, in the bedroom, in the front part of
16    the unit.
17        Q.   Okay.
18        A.   In the bedroom, the mold and
19    stuff.  But, I mean, as far as, I guess,
20    maintenance-wise, yes, it was in good
21    condition.
22        Q.   Okay.  Let's talk about the mold.
23    Was the window leaking?
24        A.   It kept a lot of condensate around
25    it, around the frame.
```

```
 1          Q.   You said you had a conversation
 2    with your mother in which you told her that
 3    you thought the trailer was making you sick,
 4    right?
 5          A.   Yes.
 6          Q.   And you said that conversation
 7    occurred in April of 2006, right?
 8          A.   Yes.
 9          Q.   Had you already seen a doctor
10    about the trailer making you sick prior to
11    talking to your mom or did you go see one
12    after talking to your mom?
13          A.   After.  After talking to my mom.
14          Q.   About how long after?
15          A.   I can't say.  It was basically a
16    regular doctor's appointment.
17               No, it wasn't a regular doctor's
18    appointment.  That's when I had stuff in my
19    eyes, and I saw Dr. Fox about that and he
20    gave me eyedrops.
21          Q.   Is he -- you mean -- sorry.  Go
22    ahead.
23          A.   That was the first time I started
24    going about my problems with my eyes and
25    stuff.
```

1      Q.   Was he the physician that you had

2   said earlier said it was possible that the

3   trailer was making you sick?

4      A.   Yes.  That was an appointment call

5   there.  I had told him I was -- at that

6   particular time, I was congested, and I just

7   asked him, I said, "Is it possible, you

8   know, that the trailer is making me sick?"

9           And he said, "It's possible."

10     Q.   And when did that appointment

11   occur?

12     A.   '07?  I just can't pinpoint.

13     Q.   Okay.  Other than that doctor and

14   your mother, did you ever talk to anybody

15   specifically about the idea that the trailer

16   might be making you sick?

17     A.   When Cretia and them was staying

18   with me, I didn't particularly say that the

19   trailer was making me sick, but by me always

20   deodorizing, I told them it had a smell that

21   was getting on my nerves and that's why they

22   called me a clean freak.

23           So I, like, let them know about

24   the smell, but as far as me thinking I was

25   really, really sick, I didn't mention that