```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE:  FEMA TRAILER        MDL NO. 1873

 5    FORMALDEHYDE PRODUCTS       SECTION N(4)

 6    LIABILITY LITIGATION        JUDGE ENGELHARDT

 7

 8                    *   *   *

 9

10           VIDEOTAPED DEPOSITION OF JOHN W.

11    THOMPSON, JR., M.D., DEPARTMENT OF

12    PSYCHOLOGY AND NEUROLOGY, TB53, NEW ORLEANS,

13    LOUISIANA 70112, TAKEN AT THE OFFICES OF

14    GIEGER, LABORDE & LAPEROUSE, 701 POYDRAS

15    STREET, SUITE 4800, NEW ORLEANS, LOUISIANA

16    70139, ON THE 8TH DAY OF JANUARY, 2010.

17

18

19    REPORTED BY:

20        CATHY RENEE´ POWELL, CCR
          PROFESSIONAL SHORTHAND REPORTERS
21        (504)529-5255

22    VIDEOGRAPHER:

23        BRIAN SOILEAU
          PROFESSIONAL SHORTHAND REPORTERS
24        (504)529-5255

25
```

1   you can do, certain psychological tests and
2   neuropsychological tests that will give you
3   indications of the probability of someone
4   malingering.  So if an attorney is
5   interested in that particular issue, I
6   usually refer them to someone else.  But I
7   will address the issue of malingering if it
8   comes up during the evaluation.
9        Q.   Would a fair definition of a
10  malingerer be a person who intentionally
11  exaggerates a claim or, in fact, makes up a
12  claim in order to obtain some type of
13  monetary benefit through litigation?
14       MR. BONE:
15            Object to the form.  You can
16  answer.
17       THE WITNESS:
18            The term "malingering," rather
19  than the term you used before, "pathological
20  liar," really is a continuum of how people
21  present in the context of litigation or in
22  the context of any other situation.
23            So if we take it out of the
24  context of litigation, and let's just say
25  we're looking at malingering to avoid

1    military duty, you may find that certain
2    individuals will go to certain lengths to
3    avoid certain kinds of military duty that
4    they find unfavorable, but they won't
5    necessarily outright lie in order to avoid
6    it.  So they may try and manipulate to avoid
7    it, but they won't necessarily outright lie.
8    EXAMINATION BY MR. REICH:
9         Q.   But malingering does involve some
10   component of intentional or deceptive
11   conduct, correct?
12        A.   It can involve that and it should
13   involve that.  An intention by the person --
14   there is an intention by the person to
15   either make the facts look a particular way
16   that's favorable to them in one context or
17   another.
18             It may be for monetary gain, it
19   may be to avoid some unpleasant activity, it
20   may be to engage in a pleasant activity.  So
21   there are different kinds of categories and
22   there are different types of malingering.
23             So you can have what's referred to
24   in the literature by Dr. Resnick, who writes
25   the most about this, as partial malingering

1    or false amputation where a person can say,

2    "Well, all of my psychiatric symptoms

3    started after the accident," when in fact,

4    some of them started before the accident and

5    some of them started after the accident.

6            So some people might call that

7    partial malingering.  I wouldn't.

8            I didn't call him malingering, but

9    I think there's parts of that that he's

10   doing probably on a conscious level and

11   parts of that he's doing on an unconscious

12   level, meaning he may remember that he was,

13   in fact, taking antidepressants and all that

14   when you mention it to him and bring it up,

15   right, but in this context, what's present

16   in his mind is what happened in the FEMA

17   trailer.

18           So he thinks that, you know, the

19   depressive symptoms started in the FEMA

20   trailer when they may have started a little

21   before.  In fact, if you look in the record,

22   they started several years before, and he

23   has been going on and off with it.

24           So malingering is more like a

25   spectrum rather than a particular diagnosis.