```
00001
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2
 3 ****************************************************************
 4 IN RE:  FEMA TRAILER
   FORMALDEHYDE PRODUCTS
 5 LIABILITY LITIGATION
 6              DOCKET MDL NO. 1873 "N"
                NEW ORLEANS, LOUISIANA
 7              THURSDAY, SEPTEMBER 17, 2009, 8:30 A.M.
 8 THIS DOCUMENT IS RELATED TO
 9 CHARLIE AGE, ET AL V
   GULF STREAM COACH, INC.,
10 ET AL, DOCKET NO. 09-2892;
   ALANA ALEXANDER,
11 INDIVIDUALLY AND ON BEHALF
   OF CHRISTOPHER COOPER
12
   ****************************************************************
13
                    DAY 4
14              MORNING SESSION
       TRANSCRIPT OF JURY TRIAL PROCEEDINGS
15   HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
             UNITED STATES DISTRICT JUDGE
16
17 APPEARANCES:
18
   FOR THE PLAINTIFFS:
19
           GAINSBURGH BENJAMIN DAVID MEUNIER AND
20              WARSHAUER
           BY:  GERALD E. MEUNIER, ESQUIRE
21           2800 ENERGY CENTRE
             1100 POYDRAS STREET, SUITE 2800
```

```
00002
 1 APPEARANCES CONTINUED:
 2
              WATTS GUERRA CRAFT
 3              BY:  MIKAL C. WATTS, ESQUIRE
              FOUR DOMINION DRIVE
 4              BUILDING THREE, SUITE 100
              SAN ANTONIO TX 78257
 5
 6              HILLIARD MUNOZ GUERRA
              BY:  ROBERT C. HILLIARD, ESQUIRE
 7              719 S. SHORELINE BOULEVARD #500
              CORPUS CHRISTI TX 78401
 8
 9              CHRIS PINEDO
              ATTORNEY AT LAW
10              802 N. CARANCAHUA, SUITE 2250
              CORPUS CHRISTI TX  78470
11
12 FOR GULF STREAM COACH, INC.:
13              DUPLASS ZWAIN BOURGEOIS MORTON
              PFISTER & WEINSTOCK
14              BY:  ANDREW D. WEINSTOCK, ESQUIRE
                JOSEPH G. GLASS, ESQUIRE
15              THREE LAKEWAY CENTER
              3838 N. CAUSEWAY BOULEVARD
16              SUITE 2900
              METAIRIE LA  70002
17
18              SCANDURRO & LAYRISSON
              BY:  TIMOTHY D. SCANDURRO, ESQUIRE
19              607 ST. CHARLES AVENUE
              NEW ORLEANS LA  70130
20
21
   FOR FLUOR ENTERPRISES, INC.:
```

```
00003
 1 OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RMR, CRR
              500 POYDRAS STREET, ROOM B406
 2              NEW ORLEANS LA  70130
              (504) 589-7779
 3
   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
 4 PRODUCED BY COMPUTER.
 5
 6
 7            I N D E X
 8
 9 EXAMINATIONS                      PAGE
10
11 VIDEOTAPED DEPOSITION OF RICHARD SOBER................  5
12 DR. EDWARD SHWERY....................... 23
13 VOIR DIRE EXAMINATION BY MR. MEUNIER................... 23
14 DIRECT EXAMINATION BY MR. MEUNIER..................... 25
15 CROSS-EXAMINATION BY MR. GLASS........................ 49
16 CROSS-EXAMINATION BY MR. SHERBURNE.................... 63
17 REDIRECT EXAMINATION BY MR. MEUNIER................... 67
18 CHARLES DAVID MOORE.................................. 69
19 DIRECT EXAMINATION BY MR. HILLIARD.................... 70
20 CROSS-EXAMINATION BY MR. PENOT........................ 100
21 REDIRECT EXAMINATION BY MR. HILLIARD.................. 122
22
23
24
25
```

00044
1 FEELINGS.
2     AND HIS SECOND WISH WAS THAT EVERYBODY IN THE WORLD
3 WOULD BE HEALTHY.  AND I THOUGHT THAT WAS A LITTLE UNUSUAL.
4 USUALLY CHILDREN ARE WISHING FOR GAMES AND MONEY OR CANDY OR
5 WHATEVER.  AND I SAID, "WELL, WHAT'S THAT?"  AND HE SAID, "WELL,
6 ASTHMA, FLU AND HIV ARE PROBLEMS PEOPLE HAVE IN THE WORLD."  AND
7 HE WOULD LIKE TO SEE THOSE GONE.
8     I SAID, "WELL, WHAT DOES ASTHMA DO?"  AND HE SAID, "IT
9 MAKES THEM UNABLE TO PLAY SPORTS.  WHEN THEY RUN, THEY WHEEZE,
10 THEY HURT, THEY CAN'T BREATHE VERY WELL."  I SAID, "TELL ME
11 MORE."  AND HE SAID, "SOMETIMES I GET TO WHEEZING REAL FAST AND I
12 WORRY THAT I MIGHT PASS AWAY."  AND THEN I ASKED HIM MORE
13 INFORMATION ABOUT WHEN HE HAD HIS LAST ASTHMA ATTACK AND WHAT
14 DOES IT DO TO YOU ON THE INSIDE.
15     AND BASICALLY, AS WE WENT THROUGH THAT, HE TALKED ABOUT
16 WHEN HE HAS AN ATTACK, HE FEELS DISTRESSED, WORRIED, ANXIOUS, AND
17 HE THINKS HE MIGHT DIE.  AND IT'S NOT SOMETHING THAT COMES UP ALL
18 THE TIME, BUT HE STILL WORRIES ABOUT IT.
19     THE LAST ONE WAS IN '07 OR '08, BUT HE STILL THINKS
20 ABOUT IT.  SO IT'S NOT LIKE HE HAS AN ATTACK EVERY WEEK, BUT IT'S
21 STILL IN HIS MIND.
22 Q.  DID HE BRING UP HIS EXPERIENCE IN THE FEMA TRAILER WHILE
23 LIVING IN THE TRAILER?
24 A.  YEAH, HE WENT INTO THAT.  HE STARTED TO TALK ABOUT WHERE HE
25 HAD MORE PROBLEMS WITH HIS ASTHMA AND ALLERGIES.

00045

1  Q.  AND WHAT DID HE SAY ABOUT THAT?

2  A.  WELL, LET'S SEE.  I ASKED HIM WHEN HE HAD HIS LAST ATTACK.
3  HE SAID IT WAS IN 2007.  I SAID, "WHERE WERE YOU?"  HE SAID, "I
4  WAS IN A TRAILER."  HE SAID, "SOMETIMES I WOULD GO OUTSIDE, AND
5  IF THE POLLEN WAS HIGH, I WOULD GO BACK IN THE TRAILER, BUT I
6  STARTED GETTING MORE ATTACKS IN THE TRAILER."

7       I SAID, "WELL, WHAT DID THAT DO TO YOU?"  HE SAID, "I
8  GOT FRUSTRATED BECAUSE I COULDN'T GO OUTSIDE."  AND I SAID, "WHEN
9  DID YOU HAVE THE MOST PROBLEMS BREATHING?"  AND HE SAID, "IN THE
10 TRAILER."  I SAID, "DID YOU HAVE PROBLEMS WHEN YOU LIVED IN
11 FLORIDA?"  HE SAID, "NOT REALLY.  I HAD A COUPLE OF MINUTES.  I
12 WOULD TAKE THE PUFFERS AND GO RIGHT BACK OUTSIDE AND PLAY WITH MY
13 COUSINS."  I SAID, "WELL, WHY DO YOU THINK YOU HAD PROBLEMS IN
14 THE TRAILER?"  HE SAYS, "I DON'T KNOW.  IT GOT WORSE THAN IN
15 FLORIDA OR NOW, WHAT IT'S LIKE NOW."

16      AND WE TALKED SOME MORE, AND HE EVENTUALLY TALKED ABOUT
17 THAT HE REMEMBERED HIS BREATHING AND HIS ALLERGIES GETTING BAD,
18 REAL BAD.  HE USED WORDS LIKE THAT.  TALKING ABOUT HIS EXPERIENCE
19 OVER THE PAST SEVERAL YEARS OF WHEN IT WENT UP IN INTENSITY AND
20 FREQUENCY AND WHEN IT WAS DISTRESSING, AND HE ATTRIBUTED THAT TO
21 THE MONTHS HE WAS IN THE TRAILER.

22 Q.  LET ME ASK YOU THIS, MR. SHWERY:  WE SPOKE BEFORE ABOUT YOUR
23 ABILITY TO TELL WHEN A PATIENT IS EITHER EXAGGERATING OR MAKING
24 SOMETHING UP.

25 A.  UH-HUH (AFFIRMATIVE RESPONSE).