```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:   FEMA TRAILER              MDL NO. 1873
               FORMALDEHYDE PRODUCTS
 4             LIABILITY LITIGATION      SECTION "N" (5)
 5    THIS DOCUMENT IS RELATED TO        JUDGE ENGELHARDT
 6                                       MAGISTRATE CHASEZ
      _____
 7
      LYNDON T. WRIGHT, et al.
 8             Plaintiffs,
          vs.                            CASE NO. 09-2977
 9
      FOREST RIVER, INC., et al.,
10             Defendants.
11    _____
12
13
14             VIDEOTAPED DEPOSITION OF
15             WILLIAM L. DYSON, PHD, CIH
16
               MONDAY, DECEMBER 21, 2009
17                  12:59 P.M.
18          _____
19
20
21        WOMBLE, CARLYLE, SANDRIDGE & RICE
22       150 FAYETTEVILLE STREET, SUITE 2100
23              RALEIGH, NORTH CAROLINA
24
25       _____
```

1            Q     Let me show you what's been marked as
2      Plaintiffs' Exhibit 2, and ask you if you can identify this
3      as your report in this matter?
4            A     (Witness examines document.)  Yes, I can.
5            Q     And in going through this, I'm not going
6      to -- I'm going to try not to go really back through
7      everything we went through in the Dubuclet matter; don't
8      really see any need for that.  I want to focus primarily on
9      your work in this case.  But just as a general matter, I do
10     recall in the Dubuclet case we were discussing how you
11     viewed or how you worked on matters as an industrial
12     hygienist and your approach.
13                 Could you tell me about, when you say that
14     you've done this report from the standpoint of an
15     industrial hygienist, what that means?
16           A     In more modern terminology, we're talking
17     about a risk assessment.  And the predecessors to a risk
18     assessment are a hazard determination and then an exposure
19     assessment.
20                 From an industrial hygiene standpoint, you
21     have to determine whether formaldehyde and/or mold has the
22     intrinsic ability to cause the health effects that are
23     being claimed; and then beyond that, to see whether there
24     is sufficient exposure based on what is known in the
25     scientific literature for there to be some assignment of

1    risk based on that exposure.
2              The exposure portion of it is the exposure
3    assessment, and then a risk assessment or risk
4    determination follows that.  So that's my role as an
5    industrial hygienist.
6         Q    And just following up on the hazard
7    determination, does formaldehyde have the intrinsic ability
8    to cause the physical complaints of Mr. Wright in this
9    case?
10             MR. BONE:  Object to the form.  You can
11      answer.
12        A    If I knew precisely what physical complaints
13   he's describing and claiming, I might be able to answer,
14   but I'm not sure that I have a complete list of those.
15        Q    Okay.  Well, then let me -- and this is out
16   of your report.  Two of them that are mentioned
17   specifically were asthma and dermatitis.  What about
18   asthma?
19        A    The association between asthma and
20   formaldehyde has only been shown in individuals such as
21   nurses who had extraordinarily high exposure levels or
22   concentrations to formaldehyde.  We don't see exacerbation
23   of preexisting asthma in people at very low concentrations,
24   such as below 1 part per million, nor do we see the onset
25   of asthma as a result of exposures below 1 part per million

1    in individuals.  So it has the intrinsic ability, but only
2    under certain conditions.
3         Q    Okay.  And when you say that, "we don't see
4    it," you're talking about you and the other experts in the
5    field?
6         A    I -- it's the public health or occupational
7    health community.
8         Q    All right.  What about dermatitis?
9         A    Certainly, in certain situations
10   formaldehyde has the ability to present a risk of
11   dermatitis.  We see it in -- from clothing, cosmetics,
12   situations where there is dermal contact, dermal contact
13   with liquid formalin solutions has that ability.  But
14   gaseous formaldehyde, exposure to gaseous formaldehyde does
15   not seem to present a risk of dermatitis unless it's in an
16   occupational setting with extraordinarily high exposures.
17        Q    And what -- in an occupational setting, what
18   kind of extraordinarily high exposures would you be talking
19   about?  What levels?
20        A    Perhaps an example of that would be people
21   doing embalming, using liquid formaldehyde and getting, you
22   know, very high concentrations.  I know of one report in
23   the scientific literature on that.
24        Q    In preparing your report in this case, or in
25   analyzing the facts of this case, did you review any of the

1    medical records of Mr. Wright?
2         A    No, I do not review medical records, and I
3    did not in this case.
4         Q    Did you review his deposition?
5         A    I did see his deposition, yes.
6         Q    And was that taken before or after your
7    report?
8         A    I'm not certain.
9         Q    Okay.
10        A    I'd have to look at that and see.
11        Q    Well, do you recall whether you looked at it
12   after you prepared your report, or before?
13        A    Frankly, I don't know what the time sequence
14   is right now.  I do recall where I got the description of
15   health effects that are in the report, if that's what
16   you're asking.
17        Q    No, that's not what I was asking, but I will
18   ask that.  That sounds like a pretty good question to me.
19        A    You're welcome.  I --
20        Q    If you have any more, just throw them out
21   there.
22        A    I actually asked Mr. Strickland what health
23   effects were being claimed in the case, and that's what I
24   put in the report.
25        Q    I think what I was driving at here is that

1   into the record, please.

2        A    "By operating the air conditioner in his
3   travel trailer Mr. Wright made an improvement in his living
4   conditions with respect to formaldehyde exposure."

5        Q    And if you would, explain that.  Is that on
6   page 16 where we were discussing that?

7        A    The -- yes, it is.

8        Q    And what is it that you're -- that you're
9   saying there?  I think it's pretty succinct, but
10  essentially, if he'd run his air conditioner -- because he
11  ran his air conditioner, the levels of formaldehyde, you
12  would expect those to be lower than if he had not run the
13  air conditioner?

14       A    Indeed.  I mean, the data suggests about a
15  60 percent improvement by doing that, or a 60 percent
16  reduction, I should say.  It also is to comment on the
17  testing in closed, unventilated conditions at elevated
18  temperatures too.

19       Q    Okay.  If Mr. Wright was -- let's take these
20  two situations.  If he's operating his air conditioner to
21  maintain a certain temperature level within his unit versus
22  having -- being in the unit with it closed but still having
23  that same temperature level, is there a difference between
24  those two as the formaldehyde levels are concerned?

25       A    The only -- if in fact the air conditioner

1   were not a recirculating unit, it would make a difference.
2   But in this case it's a recirculating unit, and so the only
3   impact that you have is not from the air or fresh outside
4   air coming in, but from the temperature. And so those two
5   conditions would be expected to be the same.
6         Q    So in Conclusion Number 6, basically the
7   improvement in the living conditions when you're talking
8   about that, you're talking about when he lowers the
9   temperature of the unit, the inside temperature; is that
10  correct?
11              MR. BONE:  Object to the form.  You can
12      answer.
13        A    That certainly is a way of reducing the
14  formaldehyde levels to which he was exposed, yes.
15        Q    But operating that air conditioner would not
16  provide more ventilation because it's a recirculating air
17  conditioner; is that correct?
18              MR. BONE:  Object to the form.
19        A    It -- it would not; that's correct.
20        Q    Okay, if you would, please let's look at
21  Conclusion Number 7; if you would read that into the
22  record.
23        A    "More likely than not, Mr. Wright was
24  exposed to airborne formaldehyde and fungi from sources
25  other than the Forest River travel trailer during the time