```
                                                                    1

 1                 UNITED STATES DISTRICT COURT
 2                 EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
 6   IN RE:  FEMA TRAILER          MDL NO. 1873
 7   FORMALDEHYDE PRODUCTS         SECTION "N"(4)
 8   LIABILITY LITIGATION          JUDGE ENGELHARDT
 9
10                      *   *   *
11
12        VIDEOTAPED DEPOSITION OF LYNDON WRIGHT,
13   3417 SOUTH CLAIBORNE AVENUE, APARTMENT 5,
14   NEW ORLEANS, LOUISIANA 70113, TAKEN AT THE
15   OFFICES OF FRANK D'AMICO, 622 BARONNE
16   STREET, NEW ORLEANS, LOUISIANA 70130, ON THE
17   10TH DAY OF JULY, 2009.
18   REPORTED BY:
19        CATHY RENEE´ POWELL, CCR
          PROFESSIONAL SHORTHAND REPORTERS
20        (504)529-5255
21   VIDEOGRAPHER:
22        BRIAN SOILEAU
          PROFESSIONAL SHORTHAND REPORTERS
23        (504)529-5255
24
25
```

```
 1          A.   Close in time, I would have -- I
 2    noticed the rainwater about two or three
 3    months after I really, you know, paid
 4    attention to the smell.
 5          Q.   So in the winter of '06, you
 6    noticed the smell, and two to three months
 7    later, you notice that there's a water leak
 8    at the door?
 9          A.   Yes.
10          Q.   When you smelled the smell in the
11    wintertime, did you take any steps to limit
12    the smell, to get rid of the smell?
13          A.   Yeah, pretty much tried to clean
14    up, use deodorizers and stuff like that
15    because I just couldn't pinpoint where it
16    was coming from.  So I would just
17    thoroughly, like I say, use carpet
18    deodorizer to just get that smell -- I
19    didn't know where the smell was coming from.
20          Q.   What type of carpet deodorizer did
21    you use, like a Renuzit or something like
22    that?
23          A.   Carpet deodorizer, household type.
24          Q.   Sure.  The kind you spray on?
25          A.   No, not the spray-on, the powder.
```

123

1     Q.   Okay.  You put the powder down and
2  then would you vacuum it up?
3     A.   Yes, yes.  I would let it sit a
4  while so it would get in the fibers and
5  stuff.  Yeah.
6     Q.   Did that reduce the smell?
7     A.   Yeah, it reduced the smell a lot,
8  yes.
9     Q    So that reduced the smell a lot?
10    A.   Yeah.  I had a deodorized odor.
11 But I knew when the deodorized smell went
12 away, because I smelled that smell again.
13    Q.   So your course of practice would
14 be to put down the carpet cleaner, let it
15 sit, vacuum it up.  That would resolve the
16 smell for a period of time.  And then you
17 would go back and do it again once the smell
18 rose to a level that it bothered you?
19    MR. D'AMICO:
20         Object to the form.  He never said
21 it was gone.  But go ahead.
22    THE WITNESS:
23         I would use, like, deodorizing
24 liquid to, like, wipe the walls down or
25 something like that just to try to freshen

1     the smell up.

2     EXAMINATION BY MR. BONE::

3          Q.   And those worked?

4          A.   It would work for a period of

5     time, yes.

6          Q.   And then when the smell got to a

7     level again where it was bothering you, you

8     would take those steps again, correct?

9          A.   Yes.

10         Q.   And then it would go back to a

11    level where it didn't bother you, correct?

12         A.   Yes.

13         Q.   What other types of cleaners did

14    you use to clean this particular unit?  You

15    mentioned that you may use other types.

16         A.   Yes.  Like -- it's on the tip of

17    my tongue.

18              Lysol.  Lysol.  I would use Lysol

19    and stuff.  And in the bathroom, I would use

20    Tilex, you know, to just make it smell a

21    little fresher.

22         Q.   The Lysol you used, was that the

23    spray Lysol or would you use the kind you

24    pour in a bucket --

25         A.   Yeah, the kind you pour in a

```
 1    bucket, and that's what I wiped the walls
 2    down with, the cabinets, the countertop and
 3    all that.
 4         Q.   And how often would you say that
 5    you would go through that cleaning procedure
 6    of putting the carpet deodorizer down,
 7    wiping down the walls and cleaning the
 8    bathroom with Tilex?
 9         A.   I would say twice a week.
10         Q.   So the issue would go down for a
11    few days and then come back up --
12         A.   Yeah.  Come right back up.
13         Q.   From the time you smelled this
14    odor in the winter of 2006, was there ever a
15    time that it went away for a period of time?
16         A.   Other than me deodorizing, no.
17         Q.   Did you ever or was it your course
18    of practice to open the windows when you
19    would clean the unit?
20         A.   Yes.
21         Q.   As I recall, there are five
22    windows on this particular unit; is that
23    correct?
24         A.   Yes.
25         Q.   Would you open all of them?
```

```
1          A.   No, just the ones mainly in the
2    dining area.   The two in the dining area.
3          Q.   When you were deodorizing the
4    carpet in the bedroom, did you open those
5    windows to give you some ventilation?
6          A.   No.
7          Q.   There were some vents in the
8    bathroom and the kitchen.   Do you recall
9    those?
10         A.   In the bathroom, yes.
11         Q.   Did you use that vent when you
12   were cleaning the unit?
13         A.   Yes, yes.
14         Q.   Did you use that vent in the
15   bathroom for other purposes?
16         A.   Yes.
17         Q.   Is that something that you would
18   leave on if you would leave the house?
19         A.   No.
20         Q.   Was there a vent above the bed in
21   the bedroom?
22         A.   AC vent?   I mean, just for the AC.
23         Q.   When I say "vent," I should say an
24   opening in the ceiling to the air above.
25         A.   No.
```