UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | | MDL NO. 1873 |
|     FORMALDEHYDE * | | |
|     PRODUCTS LIABILITY * | | |
|     LITIGATION * | | SECTION: N(5) |
| * | | |
| This Document Relates to: *Lyndon T. Wright v.* * | | JUDGE: ENGELHARDT |
| *Forest River, Inc., et al*, Docket No. 09-2977 * | | |
| * | | MAG: CHASEZ |

*****************************************************************************

## JOINT STIPULATION OF FACTS

Plaintiff, Lyndon T. Wright, and defendants, Forest River, Inc. and Shaw Environmental, Inc., though their respective undersigned counsel, hereby jointly stipulate to both the authenticity, accuracy and admissibility at trial of the following documents:

1.  Testing results of IgE testing performed on Lyndon Wright in July, 2009 by Kenner Dermatology and George Farber, and any non-opinion, record documents related specifically to the IgE testing.

Further, the parties stipulate that any other documents or data produced by Kenner Dermatology or George Farber, including but not limited to any of Farber's expert reports and any opinions contained therein, are inadmissible. No other expert may rely upon these documents or reference them at trial.

Defendants hereby withdraw their Motion *in Limine* against George Farber (Rec. Doc. 11374) as moot. Finally, Plaintiff agrees not to call George Farber as a witness at trial.

Respectfully submitted,

/s/ Frank J. D'Amico
FRANK J. D'AMICO, JR. (La. State Bar Roll No. 17519)
AARON Z. AHLQUIST (La. State Bar Roll No. 29063)
FRANK J. D'AMICO, JR., APLC
622 Baronne Street
New Orleans, LA  70113
Phone: (504) 525-7272 ext.233
Fax:   (504) 525-1073
*ATTORNEYS FOR LYNDON T. WRIGHT*


/s/  Jason D. Bone
ERNEST P. GIEGER, JR. (La. State Bar Roll No. 6154)
JASON D. BONE (La. State Bar Roll No. 28315)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*ATTORNEYS FOR FOREST RIVER, INC.*


/s/ M. David Kurtz
David Kurtz (La. State Bar Roll No. 23821)
Karen K. Whitfield (La. State Bar Roll No. 19350)
Catherine N. Thigpen (La. State Bar Roll No. 30001)
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
*ATTORNEYS FOR SHAW ENVIRONMENTAL, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/  Jason D. Bone