1

1         UNITED STATES DISTRICT COURT

2         EASTERN DISTRICT OF LOUISIANA

3

4

5

6   IN RE:  FEMA TRAILER        MDL NO. 1873

7   FORMALDEHYDE PRODUCTS       SECTION "N"(5)

8   LIABILITY LITIGATION        JUDGE ENGELHARDT

9

10                    *   *   *

11

12        Videotaped Deposition of ALEXIS MALLET,

13   JR., P.O. Box 80857, Lafayette, Louisiana

14   70598, taken at the offices of Lambert &

15   Nelson, 701 Magazine Street, New Orleans,

16   Louisiana 70130, on Friday, the 17th day of

17   July, 2009.

18

19   REPORTED BY:

20        JAMES T. BRADLE, CCR
         PROFESSIONAL SHORTHAND REPORTERS
21        (504)529-5255

22   VIDEOGRAPHER:

23        KYM HAWKINS
         PROFESSIONAL SHORTHAND REPORTERS
24        (504)529-5255

25

EXHIBIT
A

1    and answer, if that's possible.

2        THE WITNESS:

3            Other than a general contractor, a

4    construction consultant.

5    EXAMINATION BY MR. DERHAM:

6        Q    Okay.  You are not -- You don't

7    have any training or expertise as a medical

8    doctor?

9        A    No, sir.

10       Q    Or as a chemist?

11       A    No, sir.

12       Q    Or a toxicologist?

13       A    No, sir.

14       Q    Or an architect?

15       A    No, sir.

16       Q    An engineer?

17       A    No, sir.

18       Q    Industrial hygiene, industrial

19   hygienist?

20       A    No, sir.

21       Q    Indoor air quality?

22       A    I have training in that.

23       Q    Okay.  Are you certified as an

24   indoor air quality specialist?

25       A    Indoor air quality remediator,

1    supervisor.

2        Q    Is there a certification that you

3    can have as an indoor air quality

4    specialist?

5        A    Yes, sir.

6        Q    Do you have that?

7        A    No, sir.

8        Q    And you are -- When I said

9    engineering earlier, that covers everything.

10   You're not an industrial engineer, correct?

11       A    Correct.

12       Q    Any kind of engineer, mechanical

13   engineer, civil engineer?

14       A    Correct.

15       Q    Okay.  You don't have any

16   expertise in psychology, correct?

17       A    No, sir.

18       Q    Okay.  You don't have any

19   expertise in -- Okay.  I asked you that.  Do

20   you know what field or fields of expertise

21   you are being offered for in this case?

22       A    I have not been asked --

23       Q    Okay.

24       A    -- or told.

25       Q    Okay.  What field or fields do you

42

1   experience in the repair of travel trailers?

2       A     No.   Through our construction

3   claims, insurance claims, we have done that

4   over the years.

5       Q     Approximately -- Do you understand

6   the difference between a travel trailer and

7   a mobile home or a manufactured home?

8       A     Yes, sir.

9       Q     Okay.   And what is your

10  appreciation of what a travel trailer is?

11      A     It's typically used for

12  recreational use.   It could be towable on a

13  regular basis versus a mobile home or a

14  manufactured home that's usually only moved

15  once, set up in a permanent state for

16  permanent occupancy.

17      Q     And how many travel trailers have

18  you been involved in any way with repair

19  work?

20      A     I couldn't tell you.   I have been

21  doing this since '85, so 20 plus years.   I

22  couldn't tell you the number.

23      Q     Would it be more than 100?

24      A     No, I would think less than 100.

25      MR. PINEDO:

43

```
1              Are you making a distinction

2    between travel trailers and mobile homes?

3        MR. DERHAM:

4              I'm specifically referring to

5    travel trailers.

6        THE WITNESS:

7              Travel trailers?

8    EXAMINATION BY MR. DERHAM:

9        Q     Did you understand that?

10       A     Yes, I did.

11       Q     Okay.

12       A     Mobile homes would be far more

13   than that.

14       Q     Right.  And I know from your

15   background and other materials that you got

16   more extensive experience with mobile homes

17   and manufactured housing; is that correct?

18       A     Yes, sir.

19       Q     Okay.  As well as other types of

20   structures, buildings, houses, whatever?

21       A     Yes, sir.

22       Q     The types of repairs that you have

23   been involved in travel trailers over these

24   past 20 years, can you give me a description

25   of the general nature of the types of
```

85

1           And to the extent that I direct, I

2    look at and formulate what I assess is the

3    issue with a particular project and bring

4    those people in that I think I need to have

5    to back up the assessments that I make.

6       Q    You don't hold yourself out or

7    consider yourself an expert in the jacking,

8    set-up, installation of travel trailers, do

9    you?

10      A    Not in travel trailers

11   specifically, but my background is that we

12   have performed both jacking and moving and

13   set-up of numerous type of buildings and

14   structures over the years.

15          My background in that begins or

16   goes back to moving antebellum homes or

17   homes that have some sort of historical

18   significance.  I jacked up and put on barges

19   buildings in the past.  We have jacked up

20   drilling rigs.

21          I specifically designed the

22   hydraulic system for the unified

23   hydraulic -- unified lifting of a drilling

24   rig.

25          I designed a system of lifting and

1    support shoring of two different antebellum

2    homes where the beams from the columns had

3    to be removed and replaced.   The tolerances

4    were less than one-quarter inch in movement,

5    that we had to lift the upper sections of

6    those homes, those two-story homes.

7            I have designed and received an

8    award, an international award for the

9    jacking stabilization and stabilization of

10   the roof system on a shopping center theater

11   that required the removal of the wall

12   systems, but we had to support the roof

13   system not only from collapse, but from wind

14   uplift.

15           We have moved, jacked and shored

16   mobile homes, moved, jacked and shored

17   houses.

18           So my expertise goes far beyond

19   just a travel trailer set-up, putting some

20   cement blocks underneath a travel trailer.

21       Q     Have you ever jacked up, set up

22   and installed a travel trailer?

23       A     Not a travel trailer, but mobile

24   homes, we have.  Now, we haven't blocked

25   mobile homes -- travel trailers as this, but

170

1    I don't design structures, but I

2    can tell you when the structure itself is

3    not going to be sufficient.  I can't do the

4    calculations, but my experience is going to

5    allow me to identify, far better in my

6    experience than most engineers, what the

7    issues are going on.

8    I usually don't need engineers to

9    formulate an opinion.  I need engineers to

10   do calculations that I'm not qualified by

11   law to make.

12   When engineering calculations are

13   made, the State requires that I have a

14   license to make those.  I can't do that, so

15   I bring engineers in.  I choose not to buy

16   every instrument that there is to do testing

17   on buildings, so I bring people in like

18   Mr. LaGrange to do those.

19   My experience, my background, my

20   training, all of the education that I have

21   obtained over the years dealing with how

22   buildings react to moisture, to air, to

23   temperature, how they interact with one

24   another, that's where it takes over, from

25   that point, how does that gas, if what

1    they're saying is accurate, that there's

2    off-gassing, then how does that gas get into

3    that trailer.

4            It's the same building science,

5    the same forensics analysis no matter what

6    type of structure it is.  The science is the

7    same.  The physics is the same.

8    EXAMINATION BY MR. DERHAM:

9        Q    Have you ever done any kind of

10   testing to determine how formaldehyde is

11   activated and off-gassed from building

12   products?

13       A    Have I done that?

14       Q    Yes.

15       A    No, sir.

16       Q    Have you done any testing to

17   determine or evaluate how formaldehyde that

18   may be off-gassed moves through the air or

19   through building materials?

20       A    Have I done what?

21       Q    Any kind of testing to determine

22   how formaldehyde that may be off-gassed

23   moves through the air or through building

24   materials?

25       A    I have not done -- And that would

379

```
1        THE VIDEOGRAPHER:

2             We are currently off the record.

3   The time as of right now is 7:07.

4   (Discussion off the record.)

5        THE VIDEOGRAPHER:

6             We're on the record.  The time is

7   7:18.

8   EXAMINATION BY MR. PINEDO:

9        Q    Sir, could you please state your

10  full name?

11       A    Alexis Mallet, Jr.

12       Q    Mr. Mallet, are you a licensed

13  general contractor in the State of

14  Louisiana?

15       A    Yes, sir.

16       Q    Are you also a licensed

17  residential building contractor?

18       A    Yes, sir.

19       Q    Are you also licensed as a

20  Louisiana Manufactured Housing

21  Commission/Manufactured Housing Installer?

22       A    Yes, sir.

23       Q    And what are the procedures in

24  installing manufactured housing?

25       A    Well, the very first thing is to
```

1    survey the site, check the soils for proper

2    compaction and make sure that the site

3    drains properly, that the pads -- the pad

4    that the site -- the manufactured house is

5    going to sit on is proper to receive the

6    home, and that there's access to the site

7    without damage to the unit.

8         Q    Have you installed manufactured

9    housing before?

10        A    Yes, sir.

11        Q    Have you also installed mobile

12   homes before?

13        A    Yes, sir.

14        Q    And have you also worked with

15   travel trailers in the past?

16        A    Yes, sir.

17        Q    In repairing them?

18        A    Repairing.

19        Q    In the process of repairing travel

20   trailers, did you become familiar with some

21   of the building materials and the building

22   methods and styles of travel trailers?

23        A    Yes, sir.

24        Q    Did you examine the

25   Alexander/Cooper travel trailer?

381

```
 1        A    Yes, sir.

 2        Q    Have you been involved in the

 3   building industry for over 30 years?

 4        A    Approximately 35 years in my own

 5   business, and before that, I worked for my

 6   father, who was in the construction

 7   business, on projects when I was young.

 8        Q    Are you a member of the National

 9   Association of Homebuilders?

10        A    Yes, sir.

11        Q    Are you a member of the Louisiana

12   Homebuilders Association?

13        A    Yes, sir.

14        Q    Are you a member of the Acadiana

15   Builders Association?

16        A    Yes, sir.

17        Q    Are you also a member of the

18   Indoor Air Quality Association?

19        A    Yes, sir.

20        Q    Did you make an examination of the

21   Gulf Stream travel trailer that Christopher

22   Cooper and Alana Alexander lived in?

23        A    Yes, sir.

24        Q    And did you render a report in

25   this case reflecting your opinions, your
```

Mallet, Alexis 071709

382

1    observations and reflections regarding the

2    Alexander/Cooper travel trailer?

3         A    Yes, sir.

4         Q    And have we previously marked your

5    report in this case as Exhibit No. 5?

6         A    Yes, sir.

7         Q    And we were talking about some of

8    your experience, training and background.

9    Have we marked your curriculum vitae as

10   Exhibit No. 2 in this case?

11        A    Yes, sir.

12        Q    Now, in addition to your work with

13   construction and building and travel

14   trailers, have you also done some work

15   related to hurricanes in the past?

16        A    Extensive work on hurricanes.

17   Probably nine, 10 or 12 different hurricanes

18   or major catastrophes.

19        Q    And could you name some of those

20   hurricanes and tell us briefly what you did?

21        A    Well, Katrina, Rita, Ike, Gustav,

22   Danny, Juan. Let's see.  Lili, Allison,

23   Andrew, of course, Hugo, and to a lesser

24   extent, back years younger, when I was

25   younger with my father.

383

```
 1        Q      And what kinds of things have you
 2   done related to the building industry or the
 3   construction industry regarding those
 4   hurricanes, generally speaking?
 5        A      Well, we would accept looking at
 6   claims, estimating claims, producing scopes
 7   of damages, repairing damages from the
 8   storms, acted as consultants to analyze the
 9   damages to the storms, whether it were
10   commercial, residential, mobile home, travel
11   trailer, or any other kind of structure.  We
12   would analyze, estimate and repair those
13   facilities or those buildings.
14        Q      And when you made an examination
15   of the Alexander/Cooper travel trailer, did
16   you use some of those same methods and
17   procedures that you had used when you were
18   involved in other hurricane issues where you
19   examined damage to a structure or examined a
20   structure after it had been exposed?
21        MR. DINNELL:
22             Objection, form.
23        MR. DERHAM:
24             Object to form.
25        MR. PENOT:
```

384

1          Join.

2      THE WITNESS:

3          Yes, sir.

4  EXAMINATION BY MR. PINEDO:

5      Q    In addition to being a licensed

6  homebuilder, do you also own a construction

7  company?

8      A    Yes, sir.  I'm a licensed general

9  contractor.

10     Q    And have you worked on travel

11 trailers and mobile homes in the past?

12     A    Yes, sir.

13     Q    Could you briefly tell the ladies

14 and gentlemen of the jury what type of work

15 you have done on mobile homes and travel

16 trailers?

17     A    Well, everything from analysis of

18 defects and failures, analyzing the moisture

19 issues, negative air pressure issues,

20 comparison of the construction to the codes

21 and standards under which they're built to

22 determine if they're in compliance with

23 those codes and standards, infrared

24 thermography, indoor air quality testing,

25 repairs to those facilities from either fire

385

1    damage, water damage, mold damage, windstorm

2    damage or some other event, such as a

3    casualty, an accident, where a car may have

4    run into a mobile home or into a camper,

5    things of that nature.  We would take them

6    apart and put them back together.

7         Q    In addition to your work as a

8    homebuilder, do you have an organization

9    that you're president by the name of First

10   General Services of the South?

11        A    Yes, sir.

12        Q    And what type of work does First

13   General Services of the south do?

14        A    We do actually the insurance end

15   of construction, which would deal mainly

16   with the catastrophic losses, the casualty

17   losses, and we perform consulting services

18   to insurance companies, individuals,

19   architects, engineers, organizations, the

20   Federal Government, State, City.

21        Q    As part of that work, do you

22   routinely analyze, for example, water leaks

23   and what might be causing water leaks in a

24   structure?

25        A    Yes, that is one of the major

1    foundation failures on the structure,

2    inadequate construction means and methods on

3    materials that were used putting together

4    facilities, determine whether their size,

5    type of material, connecting methods meet

6    the codes and standards, the reason for

7    foundation movement, foundation failures.

8           We have soil analysis done on both

9    projects that we're involved in and on

10   consulting projects to determine the

11   load-bearing capacities of the soils, if

12   it's going to support the buildings that

13   we're going to construct, or if it's a

14   building that we're analyzing for defects or

15   failures, whether the soils can support the

16   structure that's placed upon them and

17   whether the foundation was designed to

18   either meet the minimum codes or that type

19   of soil condition on that site.

20       Q    Are you a licensed engineer in the

21   State of Louisiana?

22       A    I am not.

23       Q    Are you a member of the

24   Investigative Engineers Association?

25       A    Yes, I am.  The last I knew, I was

Mallet, Alexis  071709

1    the only non-engineer member of the

2    Investigative Engineers organization.

3        Q    Have you ever given any speeches

4    or talks or presentations at the

5    Investigative Engineers Association?

6        A    Yes, I have given several lectures

7    over the years to that organization.

8        Q    And what kinds of things have you

9    lectured to engineers or instructed

10   engineers on?

11       A    Types of defects and failures,

12   building sciences, which is the working of

13   or the interworkings of moisture, air and

14   temperature and how they relate to the

15   building as a whole and how not to focus on

16   individual components, but look at the

17   systems as a whole, what types of testing to

18   perform, what to look for, what various

19   types of damages look like, what may look

20   like water damage may, in fact, be a result

21   of moisture vapor and not a water leak, how

22   the negative air pressures come about in the

23   buildings, what's the effect of that, what

24   to look for around windows and doors, around

25   enclosures, how to test and investigate to

1    see if those were done based on the building

2    codes and standards, things of that nature.

3         Q    When you have done those

4    examinations in the past, is there certain

5    routines you follow with regard to looking

6    for leaks or looking for stress points in

7    structures?

8         A    Yes.  First it's visual, make

9    visual examinations.  We document what's

10   there, and then perform some research on is

11   that -- are the methods used and the

12   materials used consistent with the codes or

13   standards.

14             Sometimes I bring in engineers to

15   assist me with calculations, mathematical

16   calculations to determine the stresses, to

17   determine proper functioning of a mechanical

18   unit itself, to determine if the size of the

19   steel members are proper for the particular

20   loads that are carried or asked to be

21   carried by any particular member of a

22   building or the unit as a whole.

23        Q    Is it that you are familiar with

24   various engineering principles, but at times

25   you consult with engineers on construction

391

1    defects or construction projects?

2        A    Yes, that's correct.

3        Q    And you examined the

4    Alexander/Cooper trailer?

5        A    And vice versa.

6        Q    And vice versa?

7        A    Engineers and architects call me

8    in on projects to consult with me on

9    problems either with buildings that they are

10   involved in or that they have been brought

11   in to analyze, or in some cases I have been

12   asked to review their plans and

13   specifications to see if they're consistent

14   with and work in conjunction with other

15   parts of the building.

16       Q    And you have rendered advice to

17   engineers in the past?

18       A    Yes.

19       Q    Have you rendered advice to

20   architects in the past?

21       A    Yes.

22       Q    When you examined the

23   Alexander/Cooper trailer, when was that?

24       A    May of 2009.

25       Q    Did you ask any engineers to