## Why Building Science?

- Provides greater understanding of aspects of house and their interaction
- Enables consideration of comfort, cost, durability and efficiency
- Helps make wise trade-offs among options available

EXHIBIT C

## Building Science Definition
A.K.A. *building physics* or *building dynamics*

- The study of the interaction between
  - Occupants
  - Building components/systems, and
  - Environment
- Focusing on flows of
  - Heat
  - Air
  - Moisture

2