# DECLARATION UNDER PENALTY OF PERJURY

STATE OF NEVADA                  §
CLARK COUNTY                     §

I, ALEXIS MALLET, JR., make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I have served as an expert in over 45 cases in the following areas: general construction, estimating, construction and design defects and failures, remediation, infrared thermography and building science. I have never been excluded from serving as an expert witness.

3. On November 13, 2009, I gave a lecture and presentation on building science as a paid presenter to the Investigative Engineers Association, a national organization of investigative and forensic engineers. The topics I presented on involved the relationship between air, temperature and moisture; the management of temperature differentials, air, moisture vapor and water intrusion in various type buildings; negative and positive air pressures resulting from air leakage issues in HVAC duct systems and how all of these issues interrelate with building design, construction and materials including construction and design defects.

4. Construction is not unique to travel trailers. It involves all of the same units and materials as any other structure (e.g. roof, flooring, sinks, air-conditioning systems).

5. The only major difference between travel trailers and mobile homes is that the components of the former are smaller in size and somewhat different, it has its own storage tanks and would typically move more often. However, a structure or building system is a structure or building system and travel trailers are not exempt from the laws of physics regarding its interaction with air, moisture and temperature differentials.

6. I have never built a travel trailer from scratch. However, I have rebuilt numerous travel trailers, including the HVAC systems, in the course of my career. In most instances, this involves taking apart the trailers and or their components and putting them back together; therefore, I am familiar with the components, design and construction of travel trailers.

7. All vinyl covering that I am aware of has a low or medium PERM rating and is classified as a vapor barrier or a vapor retarder. I do not know of any plastic or vinyl

**EXHIBIT D**

wall covering that had a high PERM rating at the time of the construction of the Dubuclet trailer that allowed moisture vapor to move freely through the material without some restriction. I have researched this area extensively.

8. There are numerous studies regarding problems related to moisture build-up in housing units, manufactured homes and commercial buildings with vinyl wall coverings.

9. I have supervised the installation of hundreds of heating and air conditioning systems in housing and commercial units. The vast majority of houses that we constructed were typically designed by the building-contractor. This would include the HVAC system.

10. It takes very little technical knowledge to know whether or not a duct system is leaking air. It does not involve the design or construction of the entire HVAC system.

11. I have been involved in the analysis or repair construction of many projects where a building has suffered structural damage due to a shifting foundation. I have also been involved in the jacking and or moving of land oil rigs, antebellum homes/buildings and the jacking and leveling of buildings, mobile homes and other buildings.

12. I have performed consulting and construction services on numerous projects for HUD, Farmers Home Administration, Resolution Trust Corporation, the Army Corps of Engineers, LSU and other state and local governmental concerns.

13. I took multiple infrared thermographic images of the Dubuclet trailer during the inspection. These images allowed me to identify areas of the trailer that were at or below the dew point or that had the conditions present for this condition to occur. This indicates that condensation was present or forming.

14. I did not take in to account any measurements, including thermographic images, of the marriage wall (the area where the slide-out meets the main box of the trailer) when reaching my conclusions. However, the fact that the slide-out was pulled out at the time I was taking the thermographic images would not affect the measurements of any other part of the trailer.

15. The alternative materials that I proposed were readily available in 2005 and relatively inexpensive. In particular, hard boards would be an inexpensive material to use in lieu of luan of the same thickness.

16. The deactivation and transportation of the Dubuclet trailer would not affect thermographic imaging measurements if the trailer was truly built to FEMA specifications.

17. The excess amount of sealant on the roof is an indication that there existed some type of problem. The roofing sealant observed on the Dubuclet trailer appears to be a more expensive type of sealant and the unusual amount likely indicates that there was a leak, a perceived leak or, possibly, poor quality control and/or workmanship.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on November 13, 2009.

_____
ALEXIS MALLET, JR.