ALEXIS MALLET, JR.
LIST OF
TRIAL TESTIMONY AND/OR DEPOSITIONS

\*\*\*\*\*\*\*\*\*\*\*

Elizabeth Young vs. Lynn Baursfeld

The Roman Catholic Church of the Assumption of the Blessed Virgin Mary of Franklin, LA vs. Charles Ragusa & Son, Inc. Roof Technologies, Inc., and Scottsdale Insurance Co.

Kelly G. Aucoin & Cindy Sue Aucoin vs. Southern Quality Homes, LLC & Dynasty Homes

John & Donna Bodin vs. Duane Desormeaux

State Farm Fire & Casualty Co., vs. Carson Construction Co.

Kyle Brister and Kristie Brister vs. Cecil Perry Improvements, LTD. & XYZ Insurance Co.

Kenneth E. Brooks & Elizabeth Brooks vs. Darral J. Guilbeaux

Barry Champagne, Sr., vs. Chandeleur Homes, Inc.

Nelams & Smith Builders, Inc., vs. David Colvin

Anthony Cramer, Jr. and Sonja M. Cramer vs. Buddy=s Pest Control, Inc., & Audubon Insurance Co.

Devin Enterprises, Inc., vs. American Central Insurance Co.

A.J. Dohmann Chevrolet Olsmobile Cadillac, Inc., vs. Firmin/Dugas Architects, Ltd. & The BellTech Group, Inc.

Brett & Bonnie Eddlemon vs. Pelican Home Improvement Co., Inc., & GS Roofing Products Company, Inc.

William Flores vs. Rodney Richard Construction

Edward Francis Ford & Anita Day Ford vs. Englund Construction, Inc., & Rodney G. Englund a/k/a Rod Englund

ALX-EXP-43-000001

EXHIBIT
E

Sarwat Morshed Gad vs. Robert Ray Granberry

LA Municipal Association vs. Herman Gesser

Benjamin W. Gotte & Anya Gotte vs. Bellcrest Homes, Inc.

Brenis John Kershaw, Sr., vs. Calvin Lee Dupont, Sr.

Bryan E. Glatter vs. Kenneth J. Leblanc

Andrew Onebane vs. AM Design

Dwayne Patin vs. Montree Ltd.

Priscilla Royer vs. V.P. Pierret Construction

LA Municipal Association vs. Toomer Electrical

Lora Lee Guidry & Votier Street, L.P., vs. Frank Privat & Classic Builders, Inc.

Michael David Winski vs. Terry J. Rogers, LTD.

Earl and Nettie Weber vs. John Munnerlyn, Bayou Builders / Bayou Mobile Homes Repairs, Inc. and ABC Insurance Company

Kevin & Kim Campbell vs. Gerald M. Gossen, Jr. & Gerald Gossen Company, Inc.

Charles and Charlene Ebinger vs. Venus Construction Company

Corey Adams and Tunica Adams, individually and on behalf of their minor child, Danie Adams vs. Cavalier Homes of Alabama, Inc. and Stevens Mobile Home and RV Center, Inc.

John E. Gradney, Jr., and Tami Lyn Gradney, individually and on behalf of thier minor son, Austin J. Gradney vs. Chandeleur Homes, Inc. and Jim Tatman Mobile Homes

James Guillet and Chelsa Carr Guillet vs. Belmont Homes, Inc., et al

Karen Beasley and Charlene Borne vs. Village Builders, Inc.

G. Gregory Gidman and Sandra L. Gidman vs. Venus Construction Corp.

Neal Edmond Breakfield and Danielle Lanthier Breakfield vs. James Louis Mouton Jr., L.K. Mouton and Eagle Pest Control & Chemical, Inc.

Gerald Moore and GM enterprises vs. Uhaul Company of Louisiana

Kirby and Semonia Hardy vs. Louisiana Citizens Property Insurance Corporation

Mike Jude Vincent vs. Cappaert Manufactured Homes, Inc.

Ronald and Patricia Irving, individually and on behalf of their minor children vs. Fakouri Enterprises, Inc. a/k/a Fakouri Realty

Jerry Eugene Powers and the Estate of Ethel Elaine Powers vs. Royal Manufactured Homes, LLC and Indies Homes

B & T Leasing, Inc. and Chauvin Real Estate, Inc. vs. #31256 Underwriters at Lloyd's, London

Todd Broussard Construction, L.L.C. vs. DMDA Investments, L.L.C.

Bernice P. Fontenot, Jr. and Myra K. Fontenot vs. Southern Energy Homes

Prent and Molly Kallenberger vs. Wembley Investments, L.L.C. (d/b/a Wembley Contractors, and Wembley Contractors, L.L.C.)

Linda C. Benham vs. John D. Van Fossen et al

Daigle Lafayette Investments, L.L.C. vs. Houma Builders, Inc.

Cynthia Carr vs. United Homes, Inc. and Delta Homes, Inc.