UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

MDL NO. 1873

SECTION N(4)

JUDGE ENGELHARDT

(This document is related to "Lyndon Wright, et al. v. Forest River, Inc., et al.")

EXHIBIT 6

* * *

VIDEOTAPED DEPOSITION OF ALEXIS MALLET, JR., 103 BRANDBERRY CROSSING, LAFAYETTE, LOUISIANA 70598, TAKEN AT THE OFFICES OF FRANK D'AMICO, ATTORNEY AT LAW, 622 BARONNE STREET, NEW ORLEANS, LOUISIANA 70112, ON THE 12TH DAY OF JANUARY, 2010.

REPORTED BY:

CATHY RENEE´ POWELL, CCR
PROFESSIONAL SHORTHAND REPORTERS
(504)529-5255

VIDEOGRAPHER:

MICHAEL BERGERON
PROFESSIONAL SHORTHAND REPORTERS
(504)529-5255

the safe levels of formaldehyde. Is that also correct?

A. That's correct.

Q. Nor are you intending to offer any testimony regarding levels approved by various entities, correct?

A. That's correct.

Q. Okay. With respect to your understanding, is it your understanding that moisture affects the level of formaldehyde within a trailer?

A. Yes, sir.

Q. Is it also your understanding that the presence of mold affects the levels of formaldehyde within a specific trailer?

A. Yes, sir, that would be directly linked to the moisture.

Q. But both of those play -- play a role, in your opinion, in the level of formaldehyde within a trailer?

A. Yes, sir.

Q. And how do they affect the levels of formaldehyde within a trailer, moisture and mold, in your opinion?

A. When the relative humidity reaches

mold in a unit one day, and a year later, we do have mold, would you expect the level of formaldehyde measured in that trailer to be higher?

A. No, not necessarily.

Q. Okay. So it would be your testimony that you would anticipate that the level would not be higher even with the presence of mold?

MR. PINEDO:

Objection, form.

MR. D'AMICO:

Objection, mischaracterizes prior testimony.

THE WITNESS:

It certainly can, but it doesn't necessarily mean that there's a difference of relative humidity or moisture.

EXAMINATION BY MR. BONE:

Q. So would the presence of mold tell us anything about the level of formaldehyde in a particular trailer?

A. From the extent that if you had mold present, that the formaldehyde off-gassing would have been occurring

because, depending on the material, you would have had somewheres in the neighborhood of 80 to 95 percent relative humidity for the mold growth to occur.

Q. And so if a unit was tested for the presence of formaldehyde and it had been sealed and no steps had been taken to limit the level of humidity or the temperature within the trailer, the presence of mold would tell you that that trailer had been exposed to much higher levels of humidity during the time the mold was growing than had been present previously?

A. Yes. Yes, sir.

Q. And so if we have a higher level of formaldehyde tested with the presence of mold, that you would relate to the fact that there had been ongoing moisture intrusion into that particular unit at the time the unit was tested?

A. Well, that would depend on where the -- where the moisture was accumulated in the -- or where the mold, where the materials with the mold were -- was growing. Because we could have mold growing on a

you couldn't offer an opinion as to whether the vinyl overlay for the wall and ceiling board in the Lyndon Wright unit was, in fact, a vapor barrier?

A. No.

Q. Is that -- my statement is correct?

A. That's correct.

Q. And can you offer testimony that it was a retarder?

A. To the extent of the research that I've done on vinyls, I have not found any vinyl wallpaper coverings that were not barriers.

Q. My question to you was -- was a different question. You have not found any that are not retarders?

A. Correct.

Q. Okay. So you used the term "barriers." So I just want to make sure we're all clear on the record.

A. Yes.

Q. What you were saying was that you never found a vinyl overlay that was not a retarder, correct?

A. That's correct.

Q. And there are some that are barriers and there are some that are not barriers, correct?

A. Well, in the vinyl and plastics, I haven't found anything that was in the -- in the barrier range. I've only found retarders. I've researched this in mobile home cases before.

Q. Okay. What range does a retarder fall into with regard to transmission of vapor or moisture across a panel?

A. Less than 1 perm, part 1 perm.

Q. Is that a retarder or a barrier?

A. Retarder.

Q. And a barrier is totally impermeable, correct? I don't want to get you confused, so I want to make sure we're right.

A. Yeah. The retarder is less than 1 perm. The barriers are above 1 perm, between 1 and 5 perms.

Q. When you say, "less than 1 perm," what are you referring to?

A. It's the amount of passage of

absorption.

Q. Okay. And with respect to this particular unit, you didn't find any evidence of vapor damage at the interface between the wallboard and the vinyl covering, except for those locations where there was bulk moisture intrusion?

A. That's correct. The vapor -- the vapor can absorb into the wood and not absorb to the degree of damaging the wood, and I think it's -- I think it's either 90 or 95 percent relative humidity; 95 plus percent for damage or decay to begin on paneling.

So the humidity can be anything below that in the wall cavity and still not cause damage to the wall paneling.

Q. All right. And you've testified that mold growth occurs at levels above what percent humidity?

A. Most molds, and depending on the material, will be above 80, 85 and 90 percent.

Q. Okay. And so you would expect to see levels of roughly 80 percent relative

A. The introduction of the off-gassing was introduced into the unit by the leaky ductwork.

Q. What I'm asking you is can you tell me more probably than not that if I started with a unit that had a level of formaldehyde X, whatever X is, that X would have been increased by a certain percentage simply by operation of the air-conditioning system as you found it in this travel trailer?

A. Yes, to the extent that hot, humid air was drawn into the ceiling cavity by the negative air pressures from the duct leakage of the return air system, that would have increased the temperature and relative humidity in the attic cavity and wall cavities.

Q. But what I'm asking you is, what did that do to the concentration of formaldehyde inside the living space of the unit?

A. Well, to the extent that it had off-gassing inside the unit, it's bringing in off-gassing from the attic and the wall

system, because your vapor barrier, your pressure barrier, is on the inside of that unit.

So if it had X of formaldehyde off-gassing inside the unit and then it's bringing in Y from the -- from the cavities, then it would be increasing that.

Q. So by virtue of the operation of the air-conditioning system, it would be your expectation that the level of formaldehyde in the living space of the trailer would increase?

A. That's how the gas -- yes, that's how the gas would get into -- if there wasn't already off-gassing occurring on the inside of the living area, then the negative air pressure would be drawing in -- even if you had no formaldehyde on the inside, the negative air pressure would be drawing in that which was in the ceiling and wall cavities.

Q. Did you ever perform any testing to quantify the amount of increased formaldehyde concentration within the living space of this particular trailer by

Q. In your personal experience in using these products, have you ever experienced any health problems from any of the persons who may have occupied the structures you constructed relative to the use of those Masonite products and the SPF foam?

A. No.

Q. In pricing the alternative designs -- I may have missed this, I don't know -- did you talk about the difference in cost between lauan paneling versus Masonite board?

MR. BONE:

We didn't talk about it because it's not in his report.

EXAMINATION BY MR. D'AMICO:

Q. Is -- is there a difference in cost?

A. There's a slight difference in cost, and I priced out the whole system and it was about $700, seven or so hundred dollars difference. Masonite, insulation, the Tyvek. Building it like you would build a home or a mobile home.

Q. Okay. And that's for the construction of the whole trailer, $700?

A. Yes.

Q. All right. What is the difference in cost, if you know, between a Masonite panel board and the lauan panel board that was used in this travel trailer?

MR. BONE:

Please note my continuing objection.

You can answer these questions, but because it's not in your report, I'm just going to note my continuing objection to these questions.

MR. D'AMICO:

Well, he certainly talks about the alternative design.

MR. BONE:

He talks about alternate materials, but he doesn't talk about costs.

MR. D'AMICO:

Okay.

MR. BONE:

And there's no cost contained within his report.

THE WITNESS:

I can answer that.

MR. KURTZ:

And I object to the vagueness.

EXAMINATION BY MR. D'AMICO:

Q. Have you priced out a difference in cost?

A. Yes, between the lauan and Masonite, retail, because we wouldn't buy it as the manufacturer would, there's only about $3 a sheet difference, and the lauan was cheaper.

Q. The lauan was cheaper or the Masonite was cheaper?

A. Sorry, the Masonite was cheaper.

Q. So that if Forest River chose to use Masonite with vinyl covering as opposed to a lauan board with vinyl covering, are you saying that there would be a savings in cost associated with that?

MR. BONE:

Objection.

THE WITNESS:

Yes. And it's more likely to meet all of the climate requirements or most of