Page 126

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  FEMA TRAILER              *   Docket MDL 1873 "N"
FORMALDEHYDE PRODUCTS             *
LIABILITY LITIGATION              *   New Orleans, Louisiana
                                  *
THIS DOCUMENT IS RELATED TO:      *   September 17, 2009
                                  *
CHARLIE AGE, ET AL V              *   1:00 P.M.
GULF STREAM COACH, INC.,          *
ET AL, DOCKET NO. 09-2892;        *
ALANA ALEXANDER, INDIVIDUALLY     *
AND ON BEHALF OF                  *
CHRISTOPHER COOPER                *
* * * * * * * * * * * * * * * *
```

DAY 4
AFTERNOON SESSION
JURY TRIAL PROCEEDINGS BEFORE THE
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:              Gainsburgh, Benjamin, David,
                                    Meunier & Warshauer
                                 BY:  GERALD E. MEUNIER, ESQ.
                                 1100 Poydras Street
                                 Suite 2800
                                 New Orleans, Louisiana 70163


                                 The Buzbee Law Firm
                                 BY:  ANTHONY G. BUZBEE, ESQ.
                                 JP Morgan Chase Tower
                                 600 Travis, Suite 7300
                                 Houston, Texas   77002



JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT

```
16:20  1   walls in either liquid form or in vapor form.
16:20  2   Q.  Okay.  And you worked with Mr. Ritter with regard to
16:20  3   his -- him doing the analysis with the HVAC ask him?
16:20  4   A.  Yes.
16:21  5   Q.  And you recall that he told us that because of the
16:21  6   negative pressure, whatever is in these chambers is being
16:21  7   sucked into the trailer?
16:21  8   A.  That's correct.  The trailer's under negative pressure.
16:21  9   Q.  And is there also a chamber topside?
16:21 10   A.  Yes, there is.
16:21 11   Q.  And is there also a chamber on the -- what we used to call
16:21 12   the deck -- on the floor?
16:21 13   A.  Yes, there is.  There's vinyl -- vinyl flooring -- vinyl
16:21 14   sheet flooring on the top of the floor and then underneath the
16:21 15   floor is the vapor barrier and the belly board.
16:21 16   Q.  Is there plywood there too?
16:21 17   A.  No.  There's only the particleboard underneath the vinyl
16:21 18   floor.
16:21 19   Q.  I see.  Okay.  So the potential is all of the woods on all
16:21 20   four sides could be wet?
16:21 21   A.  Or to be exposed to moisture vapor, water vapor, yes.
16:21 22   Q.  And then whatever gas is formed and sucked into the
16:21 23   trailer?
16:21 24   A.  Through the negative air condition of the air conditioning
16:22 25   duct system leakage.
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Page 279

```
16:47  1   just to let the ladies and gentlemen know how long the report
16:47  2   was.
16:47  3   A.   Without photographs, without attachments, it was 101
16:47  4   pages.
16:47  5   Q.   Single-spaced?
16:47  6   A.   Single-spaced.
16:47  7   Q.   You've looked at this thing topside and bottom, didn't
16:48  8   you?
16:48  9   A.   Yes, sir, including reviewing, as I said, somewhere
16:48  10  between 20 and 30,000 documents, numerous meetings with my
16:48  11  engineers, reviewing photographs, meeting with attorneys.
16:48  12  Q.   Okay.  This vapor barrier that he asked you about just
16:48  13  then.  This negative pressure is sucking this -- this vapor
16:48  14  that's building up is sucking it through the lauan into the
16:48  15  space; is that right?
16:48  16  A.   No, sir.
16:48  17  Q.   All right.  How does it work?
16:48  18  A.   The vapor barrier works sort of -- if I could use the
16:48  19  analogy of driving a car coming to a stoplight, the light turn
16:48  20  red and the policeman pulls up right behind you, and it doesn't
16:48  21  turn green, and it doesn't turn green, you're getting under a
16:48  22  lot of pressure because there's a policeman behind you.
16:48  23  Q.   I'm really sweating at this point I can assure you.
16:49  24  A.   And you can't go far.  When the moisture comes through
16:49  25  that wall and hits that vapor barrier, the moisture comes
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
16:49  1   through the wall and hits that vapor barrier, that's like the
16:49  2   wallpaper on the inside of the wall panel.  It can't go through
16:49  3   that red light.  And there's pressure behind it -- there's
16:49  4   vapor pressure behind it pushing against it, that's the
16:49  5   policeman behind your car.
16:49  6            It has to move.  And the only way it can move is like
16:49  7   in Louisiana where you can turn right on red, you just go
16:49  8   around the vapor barrier and you find -- it finds the path of
16:49  9   least resistance, the receptacles, and light outlets in the
16:49 10   walls, the seams between the panels, the joints between the
16:49 11   ceiling and the wall panels, the joints between the floor and
16:49 12   wall panels, any penetration in the wall, then it comes through
16:50 13   to the interior air of the -- of the housing unit.
16:50 14   Q.   So this stuff is, as it heats up, as this gas is building
16:50 15   up, and then it finds a crack to escape inside because of the
16:50 16   negative pressure?
16:50 17   A.   Because of the negative pressure, yes.  If it wouldn't be
16:50 18   for the negative possession, you would probably evacuate to the
16:50 19   outside because that would be the path of least resistance.
16:50 20   But because of the sucking effect of that duct leaking, causing
16:50 21   the air conditioning system to have to make up that air that
16:50 22   it's losing, it's sucking that air from the outside in or from
16:50 23   the outer cavity in.
16:50 24   Q.   Okay.  He asked you about your -- both of them asked you
16:50 25   about your travel trailer.  Is it 12 years old?
```

            JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                      UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA