UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Michael Adams et. al | Civil Action: 09-6402 |
| Plaintiff | SECTION "N" |
| VERSUS | MAGISTRATE (5) |
| Alliance Home Loans et al | |
| Defendant | |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel come all plaintiff(s) in the above referenced litigation who upon suggesting to the Court that plaintiffs wish to voluntarily dismiss their claims against the defendant Clayton Homes of Lafayette, Inc., with prejudice.

**WHEREFORE,** plaintiff(s) prays the Court allow plaintiff to voluntarily dismiss their claim against defendant Clayton Homes of Lafayette, Inc. in the above captioned matters only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

LAW OFFICES OF JOSEPH M. BRUNO

/s/ Joseph M. Bruno
Joseph M. Bruno (3604)
L. Scott Joanen (21431)
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 19th day of February 2010.