## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Michael Adams et. al** | **Civil Action: 09-6402** |
| **Plaintiff** | **SECTION "K"** |
| **VERSUS** | **MAGISTRATE (2)** |
| **Alliance Home Loans et al** | |

### ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion to Dismiss with Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of All Plaintiffs against the Defendant Clayton Homes of Lafayette, Inc., in the above captioned matters only, be dismissed with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____

United States District Judge