# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:  N |
| | * | |
| This document relates to: | * | |
| ALL CASES | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT, LIBERTY MUTUAL INSURANCE CORPORATION TO ADMINISTRATIVE MASTER COMPLAINT, FIRST SUPPLEMENTAL AND AMENDED MASTER COMPLAINT, SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT, THIRD SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT AND FOURTH SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT

Defendant, Liberty Mutual Insurance Corporation ("Liberty Mutual") answers and incorporates its affirmative defenses to the Plaintiffs' Administrative Master Complaint (R. Doc. 109), First Supplemental and Amended Master Complaint (R. Doc. 379), Second Supplemental and Amended Master Complaint (R. Doc. 722), Third Supplemental and Amended Master Complaint (R. Doc. 4486) and Fourth Supplemental and Amended Master Complaint (R. Doc. 7688) (herein, as supplemented and amended, the "Administrative Master Complaint") as follows:

**Defenses**

Liberty Mutual incorporates herein by reference, as if set forth herein in extenso, all defenses to the claims which have been asserted in Liberty Mutual's List of Defenses and Motions to Be Preserved (Rec. Doc. 3488), as amended by Liberty Mutual's Unopposed Motion to Amend Pleadings (Rec. Doc. 4692), filed in the underlying action captioned *Antoine Prince, Sr. et al. v. Liberty Insurance Corp. a/k/a Liberty Mutual Group, Inc. et al.*, No. 09-3922, United States District Court for the Eastern District of Louisiana.

**Answer**

**Administrative Master Complaint**

In response to the specific allegations of the Plaintiffs' Administrative Master Complaint, Liberty Mutual answers as follows:

## I.  Introduction[1]

1.     The allegations contained in Paragraph 1 of the Administrative Master Complaint do not require a response from Liberty Mutual.  To the extent that a response is deemed to be required, the allegations are denied for lack of sufficient information to justify a belief therein.

2.     The allegations contained in Paragraph 2 of the Administrative Master Complaint do not require a response from Liberty Mutual.  To the extent that a response is deemed to be required, Liberty Mutual respectfully submits that the Court's Pretrial Order No. 2 is the best evidence of its contents and speaks for itself.

3.     The allegations contained in Paragraphs 3 - 5 of the Administrative Master Complaint do not require a response from Liberty Mutual.  To the extent that a response is

---

[1]     The headings in Plaintiffs' Administrative Master Complaint (as amended) are reproduced herein for purposes of convenience only. Liberty Mutual neither admits nor denies any allegations contained in these headings.  To the extent a response is deemed to be required, any allegations contained in Plaintiffs' headings are denied for lack of information sufficient to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

deemed to be required, the allegations are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

## II. Parties

4. The allegations contained in Paragraph 6 of the Administrative Master Complaint are denied. Liberty Mutual affirmatively asserts that the claims of the named individuals are not appropriate for class certification for the reasons set out in the Court's Order and reasons denying class certification (R. Doc. 1014).

5. The allegations of Paragraph 7 of the Administrative Master Complaint and all subparts therein are denied for lack of sufficient information to justify a belief therein. Liberty Mutual affirmatively asserts, to the extent necessary, that the specifically named individuals are not appropriate class representatives as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014). In addition, to the extent that it is established through discovery, Liberty Mutual affirmatively asserts that some or all of the named individuals did not use a product manufactured by Liberty Mutual or by its alleged insured, R-Vision, Inc., and, thus, have no basis for a claim against Liberty Mutual.

6. The allegations of Paragraph 8 of the Administrative Master Complaint and all subparts therein are denied for lack of sufficient information to justify a belief therein.

## III. Jurisdiction and Venue

7. The allegations of Paragraphs 9 - 11 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

8. The allegations of Paragraph 12 of the Administrative Master Complaint are

denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required. Further, Liberty Mutual affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as set out in the Court's Order and reasons denying class certification (R. Doc. 1014).

9. The allegations of Paragraphs 13 - 15 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

10. The allegations of Paragraph 16 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required. Further, Liberty Mutual respectfully submits that the order of the United States Judicial Panel on Multidistrict Litigation entered on October 24, 2007 is the best evidence of its contents and speaks for itself.

## IV. Facts and General Allegations

### A. General Allegations

11. The allegations of Paragraph 17 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein. Liberty Mutual affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as set out in the Court's Order and reasons denying class certification (R. Doc. 1014).

12. The allegations of Paragraphs 18 - 20 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

13. The allegations of Paragraphs 21 - 23 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

14.     The allegations of Paragraphs 24 - 25 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

15.     The allegations of Paragraphs 26 - 32 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

16.     The allegations of Paragraph 33 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.  Further, Liberty Mutual submits that 24 C.F.R. § 3280.309 is the best evidence of its contents and speaks for itself.

17.     The allegations of Paragraphs 34 - 35 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

18.     The allegations of Paragraph 36 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.  Further, Liberty Mutual submits that 24 C.F.R. § 3280.308 is the best evidence of its contents and speaks for itself.

19.     The allegations of Paragraph 37 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.  Further, Liberty Mutual submits that 44 C.F.R. § 206.110(e) is the best evidence of its contents and speaks for itself.

20.     The allegations of Paragraphs 38 - 39 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

**B.     Allegations Addressing the Inapplicability of the "Discretionary Function" Exception to Plaintiffs' Claims Under the Federal Tort Claims Act**

21.     Paragraph 40 incorporates by reference the allegations of Paragraphs 1 – 39 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 40. Further, Liberty Mutual affirmatively asserts that Plaintiffs' and "Putative Class Members'" claims are not appropriate for class certification as set out in the Court's Order and reasons denying class certification (R. Doc. 1014).

22.     The allegations of Paragraph 41 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

23.     The allegations of Paragraph 42 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Further, Liberty Mutual submits that 42 U.S.C.A. §5121(a)(2)(2006) is the best evidence of its contents and speaks for itself.

24.     The allegations of Paragraph 43 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Further, Liberty Mutual submits that 42 U.S.C.A. §5174(b)(1)(Supp. 2007) is the best evidence of its contents and speaks for itself.

25.     The allegations of Paragraph 44 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Further, Liberty Mutual submits that 44 C.F.R. §206.11 is the best evidence of its contents and speaks for itself.

26.    The allegations of Paragraph 45 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Further, Liberty Mutual submits that Public Law 93-288, Title IV, §408 (1988) is the best evidence of its contents and speaks for itself.

27.    The allegations of Paragraph 46 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Further, Liberty Mutual submits that 42 U.S.C.A. §5174(c)(1)(A) and 44 C.F.R. §206.117(b)(ii) are the best evidence of their contents and speak for themselves.

28.    The allegations of Paragraph 47 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

29.    The allegations of Paragraph 48 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Further, Liberty Mutual submits that 44 C.F.R. §206.117(b)(ii)(F) is the best evidence of its contents and speaks for itself.

30.    The allegations of Paragraph 49 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Further, Liberty Mutual submits that the provisions of the Stafford Act are the best evidence of their contents and speak for themselves.

31.    The allegations of Paragraph 50 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

32.    The allegations of Paragraph 51 - 56 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

33.     The allegations of Paragraphs 57 - 61 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

34.     The allegations of Paragraphs 62 - 66 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

35.     The allegations of Paragraph 67 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

36.     The allegations of Paragraphs 68 - 73 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

37.     The allegations of Paragraph 74 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

38.     The allegations of Paragraphs 75 - 78 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

39.     The allegations of Paragraphs 79 - 82 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

## V.    Class Action Allegations

40.     The allegations contained in Paragraph 83 of the Administrative Master Complaint were withdrawn by Paragraph 2 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint (R. Doc. 4486) and do not require a response from Liberty Mutual.  To the extent a response is deemed to be required, the allegations of Paragraph 83 are

denied for lack of sufficient information to justify a belief therein.  Further, Liberty Mutual affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

41.    The allegations contained in Paragraphs 84 - 94 of the Administrative Master Complaint were withdrawn in Paragraph 2 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint (R. Doc. 4486) and do not require a response from Liberty Mutual.  To the extent a response is deemed to be required, the allegations of Paragraphs 84 – 94 are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.  Further, Liberty Mutual affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

42.    The allegations contained in Paragraphs 95 - 96 of the Administrative Master Complaint were withdrawn in Paragraph 2 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint (R. Doc. 4486) and do not require a response from Liberty Mutual.  To the extent a response is deemed to be required, the allegations of Paragraphs 95 – 96 are denied for lack of sufficient information to justify a belief therein.  Further, Liberty Mutual affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

43.    The allegations contained in Paragraph 97 of the Administrative Master Complaint and each of its subparts were withdrawn in Paragraph 2 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint (R. Doc. 4486) and do not require a response from Liberty Mutual.   To the extent a response is deemed to be required, the allegations of Paragraph 97 are denied for lack of sufficient information to justify a belief therein

and/or because those allegations constitute legal conclusions to which no response is required. Further, Liberty Mutual affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

## VI.    Claims Asserted Against the Federal Government

### A.    Louisiana State-Based Claims

#### Count 1:    Cause of Action Against the Federal Government for Liability Pursuant to La. Civil Code Articles 2317, 2317.1 and 2696

44.    Paragraph 98 incorporates by reference the allegations of Paragraphs 1 - 97 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 98.

45.    Paragraph 99 of the Administrative Master Complaint does not contain any allegations against Liberty Mutual, and therefore does not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations contained in Paragraph 99 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

46.    Paragraph 100 of the Administrative Master Complaint does not contain any allegations against Liberty Mutual, and therefore does not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations contained in Paragraph 100 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Further, Liberty Mutual submits that the lease agreement and/or contract between the federal government and Plaintiffs is the best evidence of its contents and speaks for itself.

47.    Paragraphs 101 - 102 of the Administrative Master Complaint do not contain any

allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations contained in Paragraphs 101 - 102 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.  Further, Liberty Mutual avers that the provisions of the Stafford Act and the Louisiana Civil Code constitute the best evidence of their contents and speak for themselves.

48.     Paragraphs 103 - 108 of the Administrative Master Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations contained in Paragraphs 103 - 108 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

**Count 2:      Cause of Action Against the Federal Government for Liability Pursuant to Louisiana Civil Code Article 2316**

49.     Paragraph 109 incorporates by reference the allegations of Paragraphs 1 - 108 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 109.

50.     Paragraphs 110 - 118 of the Administrative Master Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations contained in Paragraphs 110 - 118 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

> **Count 3:** Cause of Action Against the Federal Government for Redhibitory Defects and the Rescission of Sales of Housing Units Pursuant to La. Civil Code Article 2520 *et seq.* and the Articles Relating to Conventional Obligations

51.     Paragraph 119 incorporates by reference the allegations of Paragraphs 1 - 118 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 119.

52.     Paragraphs 120 - 121 of the Administrative Master Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations contained in Paragraphs 120 - 121 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

53.     Paragraphs 122 - 131 of the Administrative Master Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations contained in Paragraphs 122 - 131 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

**VII.   Claims Asserted Against the Manufacturing Defendants**

  **A.    Louisiana State-Based Claims**

> **Count 4:** Cause of Action Against the Manufacturers Under Louisiana Products Liability Act

54.     Paragraph 132 incorporates by reference the allegations of Paragraphs 1 - 131 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 132.

55.   Paragraphs 133 - 138 of the Administrative Master Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 133 - 138 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

      **B.**     **Mississippi State-Based Claims**

      **Count 5:**     **Strict Products Liability: Mississippi Code Ann. § 11-1-63**

56.   Paragraph 139 incorporates by reference the allegations of Paragraphs 1 - 138 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 139.

57.   Paragraphs 140 - 151 of the Administrative Master Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 140 - 151 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

58.   Paragraph 152 incorporates by reference the allegations of Paragraphs 1 - 151 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 152.

59.   Paragraphs 153 - 157 of the Administrative Master Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 153 -

157 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

60.     Paragraph 158 incorporates by reference the allegations of Paragraphs 1 - 151 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 158.

61.     Paragraph 159 of the Administrative Master Complaint does not contain any allegations against Liberty Mutual, and therefore does not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraph 159 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.  Further, Liberty Mutual submits that Miss. Code Ann. § 11-1-65 is the best evidence of its contents and speaks for itself.

   C.     **Alabama State-Based Claims**

        **Count 6:        Alabama Extended Manufacturer's Liability Doctrine**

62.     Paragraph 160 incorporates by reference the allegations of Paragraphs 1 - 159 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 160.

63.     Paragraphs 161 - 173 of the Administrative Master Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 161 - 173 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no

response is required.

64.     Paragraph 174 incorporates by reference the allegations of Paragraphs 1 - 173 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 174.

65.     Paragraphs 175 - 179 of the Administrative Master Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 175 - 179 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

66.     Paragraph 180 incorporates by reference the allegations of Paragraphs 1 - 159 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 160.

67.     Paragraph 181 of the Administrative Master Complaint does not contain any allegations against Liberty Mutual, and therefore does not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraph 181 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

**D.     Texas State-Based Claims**

        **Count 7:     Cause of Action Against Manufacturers Under Texas Products Liability Law**

68.     Paragraph 182 incorporates by reference the allegations of Paragraphs 1 - 181 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be

required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 182.

69.     Paragraphs 183 - 192 of the Administrative Master Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 183 - 192 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

**Count 8:     Cause of Action Against Manufacturers for Negligence Under Texas Law**

70.     Paragraph 193 incorporates by reference the allegations of Paragraphs 1 - 192 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 193.

71.     Paragraphs 194 - 198 of the Administrative Master Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 194 - 198 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

**Count 9:     Cause of Action against Manufacturers for Breach of Implied Warranty Under Texas Law**

72.     Paragraph 199 incorporates by reference the allegations of Paragraphs 1 - 198 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 199.

73.     Paragraphs 200 - 204 of the Administrative Master Complaint do not contain any

allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 200 - 204 of the Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

74.     The allegations contained in the final paragraphs of the Administrative Master Complaint contain a prayer for damages and do not require a response on the part of Liberty Mutual.  Further, Liberty Mutual affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).  However, to the extent that a response is deemed to be required:

(a)     In response to the allegations contained in the paragraph captioned "Compensatory Damages: All States" of the Administrative Master Complaint, Liberty Mutual asserts that the Plaintiffs are not entitled to the damages asserted.

(b)     In response to the allegations contained in the paragraph captioned "Medical Monitoring" of the Administrative Master Complaint, Liberty Mutual asserts that the Plaintiffs are not entitled to the damages asserted. Moreover, Liberty Mutual asserts that the requested relief is not a remedy afforded under any applicable law.

(c)     In response to the allegations contained in the paragraph captioned "Punitive  Damages" of the Administrative Master Complaint, Liberty Mutual asserts that the Plaintiffs are not entitled to the damages asserted. Moreover, Liberty Mutual asserts that the requested relief is not a remedy

afforded under any applicable law and is not covered by the Policies issued by Liberty Mutual.

(d)     The allegations contained in the Paragraph in the Administrative Master Complaint entitled "Request for Jury Trial" do not require a response on the part of Liberty Mutual.

(e)     The allegations contained in the Paragraph in the Administrative Master Complaint entitled "Prayer for Relief" do not require a response on the part of Liberty Mutual.  However, to the extent that a response is deemed to be required, Liberty Mutual denies that Plaintiffs are entitled to the relief sought.

(f)     To the extent necessary and in an abundance of caution, Liberty Mutual denies all the allegations contained in any and all unnumbered and/or misnumbered paragraphs of the Administrative Master Complaint.

75.     Moreover, in response to the allegations contained in the final paragraphs of the Administrative Master Complaint, Liberty Mutual re-avers and reasserts its List of Defenses and Motions to Be Preserved (Rec. Doc. 3488), as amended by Liberty Mutual's Unopposed Motion to Amend Pleadings (Rec. Doc. 4692), and its answers contained in Paragraphs 1 through 74 above, as if copied herein, *in extenso*.

**First Supplemental and Amended Administrative Master Complaint**

**AND NOW,** responding to the particular paragraphs of the First Supplemental and Administrative Master Complaint ("First Amended Complaint"), Liberty Mutual avers as follows:

76.     The allegations contained in Paragraphs 1 - 4 of the First Amended Complaint do

not require a response from Liberty Mutual.  To the extent that a response is deemed to be required, the allegations are denied for lack of sufficient information to justify a belief therein.

77.     The allegations contained in Paragraphs 5 - 9 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

78.     The allegations contained in the "WHEREFORE" Paragraph of Plaintiffs' First Amended Complaint do not require a response on the part of Liberty Mutual. However, to the extent that a response is deemed to be required, Liberty Mutual submits that Plaintiffs are not entitled to the relief requested.  Moreover, in response to the allegations contained in the "WHEREFORE" Paragraph of Plaintiffs' First Amended Complaint, Liberty Mutual re-avers and reasserts its List of Defenses and Motions to Be Preserved (Rec. Doc. 3488), as amended by Liberty Mutual's Unopposed Motion to Amend Pleadings (Rec. Doc. 4692), and its answers contained in Paragraphs 1 through 77 above, as if copied herein, *in extenso*.

**Second Supplemental and Amended Administrative Master Complaint**

**AND NOW,** responding to the particular paragraphs of the Second Supplemental and Administrative Master Complaint ("Second Amended Complaint"), Liberty Mutual avers as follows:

79.     The allegations contained in Paragraphs 1 - 4 of the Second Amended Complaint do not require a response from Liberty Mutual.  To the extent that a response is deemed to be required, the allegations are denied for lack of sufficient information to justify a belief therein.

80.     The allegations contained in Paragraphs 5 - 7 of the Second Amended Complaint are denied for lack of sufficient information to justify a belief therein.

81.     The allegations contained in Paragraphs 8 - 9 of the Second Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those

allegations constitute legal conclusions to which no response is required.  Further, Liberty Mutual affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

82.     The allegations contained in the "WHEREFORE" Paragraph of Plaintiffs' Second Amended Complaint do not require a response on the part of Liberty Mutual. However, to the extent that a response is deemed to be required, Liberty Mutual submits that Plaintiffs are not entitled to the relief requested.  Moreover, in response to the allegations contained in the "WHEREFORE" Paragraph of Plaintiffs' Second Amended Complaint, Liberty Mutual re-avers and reasserts its List of Defenses and Motions to Be Preserved (Rec. Doc. 3488), as amended by Liberty Mutual's Unopposed Motion to Amend Pleadings (Rec. Doc. 4692), and its answers contained in Paragraphs 1 through 81 above, as if copied herein, *in extenso*.

### Third Supplemental and Amended Administrative Master Complaint

**AND NOW,** responding to the particular paragraphs of the Third Supplemental and Administrative Master Complaint ("Third Amended Complaint"), Liberty Mutual avers as follows:

## I.     Introduction

83.     The allegations contained in Paragraph 1 of Plaintiffs' Third Amended Complaint do not require a response on the part of Liberty Mutual.  To the extent that a response is deemed to be required, the allegations contained in Paragraph 1 of Plaintiffs' Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.  Further, Liberty Mutual respectfully submits that the pleadings filed with the Court are the best evidence of their contents.

84.     The allegations contained in Paragraph 2 of Plaintiffs' Third Amended Complaint do not require a response on the part of Liberty Mutual.  To the extent that a response is deemed to be required, Liberty Mutual respectfully submits that Plaintiffs' Motion for Class Certification and the Court's Order and Reasons entered December 29, 2008 (Rec. Doc. 1014) are the best evidence of their contents.

85.     The allegations contained in Paragraph 3 of Plaintiffs' Third Amended Complaint do not require a response on the part of Liberty Mutual.  To the extent that a response is required, Liberty Mutual respectfully submits that the Court's Orders are the best evidence of their contents.

86.     The allegations contained in Paragraph 4 of Plaintiffs' Third Amended Complaint do not require a response on the part of Liberty Mutual.  To the extent that a response is deemed to be required, Liberty Mutual respectfully submits that Pretrial Order No. 36 (Rec. Doc. 1386) and the Court's order entered on August 19, 2009 (Rec. Doc. 2760) are the best evidence of their contents.

87.     The allegations contained in Paragraphs 5 - 7 of the Plaintiffs' Third Amended Complaint do not require a response from Liberty Mutual.  To the extent that a response is deemed to be required, Liberty Mutual denies the legal conclusions contained in Paragraphs 5 - 7 of the Third Amended Complaint.  Further, Liberty Mutual respectfully submits that the Court's Orders and the pleadings filed with the Court are the best evidence of their contents.

## II.     Parties

88.     The allegations of Paragraphs 8 - 64 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein.

89.     The allegations of Paragraph 65 of the Third Amended Complaint are denied

except to admit that Liberty Mutual is a foreign insurer authorized to and doing business in Louisiana, Mississippi, Alabama and Texas, and that Liberty Mutual entered into certain negotiated insurance contracts with R-Vision, Inc. (the "Policies") subject to and in accordance with the terms, conditions, limitations and exclusions contained therein.  Liberty Mutual denies that it is liable under the Policies or that the Policies provide coverage for the Plaintiffs' claims.

90.     The allegations of Paragraphs 66 - 102 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein.

91.     The allegations contained in Paragraph 103 of the Third Amended Complaint do not require a response from Liberty Mutual.  However, to the extent that a response is deemed to be required, Liberty Mutual denies said allegations.

92.     The allegations of Paragraphs 104 - 115 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein.

**III.    Jurisdiction and Venue**

93.     The allegations of Paragraphs 116 - 122 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

94.     The allegations of Paragraph 123 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.  Further, Liberty Mutual submits that the order of the United States Judicial Panel on Multidistrict Litigation entered on October 24, 2007 is the best evidence of its contents.

**IV.    Facts and General Allegations**

95.     The allegations of Paragraphs 124 - 127 of the Third Amended Complaint are

denied for lack of sufficient information to justify a belief therein.

96.     The allegations of Paragraph 128 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

97.     The allegations of Paragraph 129 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein.

98.     The allegations of Paragraphs 130 - 135 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

99.     The allegations of Paragraph 136 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.  Further, Liberty Mutual submits that 24 C.F.R. § 3280.309 is the best evidence of its contents and speaks for itself.

100.    The allegations of Paragraphs 137 - 138 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

101.    The allegations of Paragraph 139 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.  Further, Liberty Mutual submits that 24 C.F.R. § 3280.308 is the best evidence of its contents and speaks for itself.

102.    The allegations of Paragraph 140 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.  Further, Liberty Mutual submits

that 44 C.F.R. § 206.110 is the best evidence of its contents and speaks for itself.

103.    The allegations of Paragraph 141 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

104.    The allegations of Paragraph 142 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.  Further, Liberty Mutual submits that 42 U.S.C.A. § 4121 and 42 U.S.C.A. § 5174 are the best evidence of their contents and speaks for themselves.

105.    The allegations of Paragraph 143 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein.

106.    The allegations of Paragraphs 144 - 147 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

107.    The allegations of Paragraph 148 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein.

108.    The allegations of Paragraphs 149 - 150 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

109.    The allegations of Paragraphs 151 - 152 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein.

110.    The allegations of Paragraphs 153 - 156 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those

allegations constitute legal conclusions to which no response is required.

111.    The allegations of Paragraphs 157 - 158 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein.

112.    The allegations of Paragraphs 159 - 174 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

113.    The allegations of Paragraphs 175 - 176 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein.

114.    The allegations of Paragraphs 177 - 181 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

115.    The allegations of Paragraphs 182 - 186 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein.

116.    The allegations of Paragraph 187 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

117.    The allegations of Paragraphs 188 - 192 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein.

118.    The allegations of Paragraph 193 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

119.    The allegations of Paragraphs 194 - 196 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein.

120.    The allegations of Paragraphs 197 - 199 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

## V.    Claims Asserted Against the Federal Government: All States

### Count 1:    Cause of Action Against the Federal Government

121.    Paragraph 200 incorporates by reference the allegations of Paragraphs 1 - 199 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 200.

122.    Paragraphs 201 - 209 of the Third Amended Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 201 - 209 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

## VI.    Claims Asserted Against the Manufacturing Defendants

### A.    Louisiana State-Based Claims

### Count 2:    Cause of Action Against the Manufacturing Defendants Under Louisiana Products Liability Act

123.    Paragraph 210 incorporates by reference the allegations of Paragraphs 1 - 209 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 210.

124.    Paragraphs 211 - 224 of the Third Amended Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 211 -

224 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

125.    Liberty Mutual denies the allegations in Paragraph 225 of the Third Amended Complaint except to admit that Liberty Mutual entered into certain negotiated insurance Policies with R-Vision, Inc. subject to, and in accordance with, the terms, conditions, limitations and exclusions of the Policies.  Liberty Mutual specifically denies that Plaintiffs have a right or cause of action under the Louisiana Direct Action Statute, La. R.S. 22: 1269, that it is liable under the Policies, or that the Policies provide coverage for Plaintiffs' claims.

126.    Paragraphs 226 - 228 of the Third Amended Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 226 - 228 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

    B.    **Mississippi State-Based Claims**

        **Count 3:        Strict Products Liability MS Code Annotated § 11-1-63**

127.    Paragraph 229 incorporates by reference the allegations of Paragraphs 1 - 228 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 229.

128.    Paragraphs 230 - 239 of the Third Amended Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 230 -

239 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

### Products Liability:   Failure to Warn

129.    Paragraph 240 incorporates by reference the allegations of Paragraphs 1 - 239 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 240.

130.    Paragraph 241 of the Third Amended Complaint does not contain any allegations against Liberty Mutual, and therefore does not require a response by Liberty Mutual.  However, to the extent a response is deemed to be required, the allegations of Paragraph 241 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

### Products Liability:   Breach of Express Warranty

131.    Paragraph 242 incorporates by reference the allegations of Paragraphs 1 - 241 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 242.

132.    Paragraph 243 of the Third Amended Complaint does not contain any allegations against Liberty Mutual, and therefore does not require a response by Liberty Mutual.  However, to the extent a response is deemed to be required, the allegations of Paragraph 243 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

### Count 4:        Strict Liability and Negligence

133.    Paragraph 244 incorporates by reference the allegations of Paragraphs 1 - 243 and

requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 244.

134.    Paragraphs 245 - 247 of the Third Amended Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 245 - 247 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

    **C.**    **Alabama State-Based Claims**

        **Count 5:**    **Extended Manufacturer's Liability Doctrine, Code of Ala. § 6-5-521 Products Liability: Defective Manufacturing and Design**

135.    Paragraph 248 incorporates by reference the allegations of Paragraphs 1 - 247 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 248.

136.    Paragraphs 249 - 259 of the Third Amended Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 249 - 259 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

**Products Liability:   Failure to Warn**

137.    Paragraph 260 incorporates by reference the allegations of Paragraphs 1 - 259 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 260.

138.     Paragraph 261 of the Third Amended Complaint does not contain any allegations against Liberty Mutual, and therefore does not require a response by Liberty Mutual.  However, to the extent a response is deemed to be required, the allegations of Paragraph 261 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

**Products Liability:   Breach of Express and Implied Warranty of Merchantability**

139.     Paragraph 262 incorporates by reference the allegations of Paragraphs 1 - 261 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 262.

140.     Paragraph 263 of the Third Amended Complaint does not contain any allegations against Liberty Mutual, and therefore does not require a response by Liberty Mutual.  However, to the extent a response is deemed to be required, the allegations of Paragraph 263 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

**D.      Texas State-Based Claims**

**Count 6:      Cause of Action Against Manufacturing Defendants Under Texas Products Liability Law**

141.     Paragraph 264 incorporates by reference the allegations of Paragraphs 1 - 263 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 264.

142.     Paragraphs 265 - 274 of the Third Amended Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual.  However, to the extent a response is deemed to be required, the allegations of Paragraphs 265 -

274 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

**Count 7:      Cause of Action Against Manufacturing Defendants for Negligence**

143.    Paragraph 275 incorporates by reference the allegations of Paragraphs 1 - 274 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 275.

144.    Paragraphs 276 - 280 of the Third Amended Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 276 - 280 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

**Count 8:      Cause of Action Against Manufacturing Defendants for Breach of Implied Warranty**

145.    Paragraph 281 incorporates by reference the allegations of Paragraphs 1 - 280 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 281.

146.    Paragraphs 282 - 286 of the Third Amended Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 282 - 286 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response

is required.

> **Count 9:** **Cause of Action Against Manufacturing Defendants for Breach of Implied Warranties Under the UCC and Common Law and Express Warranties:  All States**

147.    Paragraph 287 incorporates by reference the allegations of Paragraphs 1 - 286 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 287.

148.    Paragraphs 288 - 292 of the Third Amended Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 288 - 292 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

**VII.    Claims Asserted Against the No-Bid Contractor Defendants**

**A.    Louisiana State-Based Claims**

> **Count 10:** **Cause of Action Against the No-Bid Defendants Under the Louisiana Products Liability Act**

149.    Paragraph 293 incorporates by reference the allegations of Paragraphs 1 - 292 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 293.

150.    Paragraphs 294 - 297 and the first paragraphs 298 and 299[2] of the Third Amended Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual.  However, to the extent a response is deemed to be required, the allegations of Paragraphs 294 - 297 and the first paragraphs 298 and 299 of the Third Amended

---

[2]    The Third Amended Complaint contains two Paragraphs numbered 298 and 299.

Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

<b>Count 11:      Negligence of No-Bid Defendants Under Louisiana Law</b>

151.   The second Paragraph 298 incorporates by reference the allegations of Paragraphs 1 – 297 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to the second Paragraph 298.

152.   The second Paragraph 299 and Paragraphs 300 - 304 of the Third Amended Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual.  However, to the extent a response is deemed to be required, the allegations of the second Paragraph 299 and Paragraphs 300 - 304 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

**B.      Mississippi State-Based Claims**

<b>Count 12:      Negligence of No-Bid Contractor Defendants Under Mississippi Law</b>

153.   Paragraph 305 incorporates by reference the allegations of Paragraphs 1 - 304 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 305.

154.   Paragraphs 306 - 311 of the Third Amended Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 306 - 311 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response

is required.

### Count 13:   Strict Products Liability MS Code Annotated § 11-1-63

155.   Paragraph 312 incorporates by reference the allegations of Paragraphs 1 - 311 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 312.

156.   Paragraphs 313 - 322 of the Third Amended Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 313 - 322 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

### Count 14:   Failure to Warn

157.   Paragraph 323 incorporates by reference the allegations of Paragraphs 1 - 322 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 323.

158.   Paragraphs 324 - 326 of the Third Amended Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 324 - 326 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

### Count 15:   Breach of Implied Warranty

159.   Paragraph 327 incorporates by reference the allegations of Paragraphs 1 - 326 and

requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 327.

160.   Paragraph 328 of the Third Amended Complaint does not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual.  However, to the extent a response is deemed to be required, the allegations of Paragraph 328 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

### C.   Alabama State-Based Claims

### Count 16:   Negligence of No-Bid Contractor Defendants Under Alabama Law

161.   Paragraph 329 incorporates by reference the allegations of Paragraphs 1 - 328 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 329.

162.   Paragraphs 330 - 335 of the Third Amended Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 330 - 335 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

### D.   Texas State-Based Claims

### Count 17:   Negligence of No-Bid Contractor Defendants Under Texas Law

163.   Paragraph 336 incorporates by reference the allegations of Paragraphs 1 - 335 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 336.

164.    Paragraphs 337 - 342 of the Third Amended Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 337 - 342 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

## VII.    Claims Asserted Against the Procurement Defendants:  All States

### Count 18:    Negligence of Procurement Defendants

165.    Paragraph 343 incorporates by reference the allegations of Paragraphs 1 - 342 and requires no response from Liberty Mutual.  However, to the extent a response is deemed to be required, Liberty Mutual reasserts all its defenses and responses in response to Paragraph 343.

166.    Paragraphs 344 - 352 of the Third Amended Complaint do not contain any allegations against Liberty Mutual, and therefore do not require a response by Liberty Mutual. However, to the extent a response is deemed to be required, the allegations of Paragraphs 344 - 352 of the Third Amended Complaint are denied for lack of sufficient information to justify a belief therein and/or because those allegations constitute legal conclusions to which no response is required.

## IX.    Damages Asserted

### A.    Damages for Louisiana State-Based Claims Compensatory Damages

167.    The allegations contained in Paragraph 353 - 363 of the Third Amended Complaint contain a prayer for damages and do not require a response on the part of Liberty Mutual. However, to the extent that a response is deemed to be required, Liberty Mutual asserts that the Plaintiffs are not entitled to the damages asserted.

168.    The allegations contained in the Paragraph in the Third Amended Complaint entitled "Request for Jury Trial" do not require a response on the part of Liberty Mutual.

169.    The allegations contained in the Paragraph in the Third Amended Complaint entitled "Prayer for Relief" do not require a response on the part of Liberty Mutual.  However, to the extent that a response is deemed to be required, Liberty Mutual denies that Plaintiffs are entitled to the relief sought.   To the extent necessary and in an abundance of caution, Liberty Mutual denies all the allegations contained in any and all unnumbered and/or misnumbered paragraphs of the Third Amended Complaint.  Moreover, in response to the allegations contained in the final paragraphs of the Third Amended Complaint, Liberty Mutual re-avers and reasserts its List of Defenses and Motions to Be Preserved (Rec. Doc. 3488), as amended by Liberty Mutual's Unopposed Motion to Amend Pleadings (Rec. Doc. 4692), and its answers contained in Paragraphs 1 through 168 above, as if copied herein, *in extenso*.

**Fourth Supplemental and Amended Administrative Master Complaint**

**AND NOW,** responding to the particular paragraphs of the Fourth Supplemental and Administrative Master Complaint ("Fourth Amended Complaint"), Liberty Mutual avers as follows:

170.    The allegations contained in Paragraphs 1 - 4 of the Fourth Amended Complaint do not require a response from Liberty Mutual.  To the extent that a response is deemed to be required, the allegations are denied for lack of sufficient information to justify a belief therein.

171.    The allegations contained in Paragraphs 5 - 6 of the Fourth Amended Complaint are denied for lack of sufficient information to justify a belief therein.

172.    The allegations contained in the "WHEREFORE" Paragraph of Plaintiffs' Fourth Amended Complaint do not require a response on the part of Liberty Mutual. However, to the

extent that a response is deemed to be required, Liberty Mutual submits that Plaintiffs are not entitled to the relief requested.  Moreover, in response to the allegations contained in the "WHEREFORE" Paragraph of Plaintiffs' Fourth Amended Complaint, Liberty Mutual re-avers and reasserts its List of Defenses and Motions to Be Preserved (Rec. Doc. 3488), as amended by Liberty Mutual's Unopposed Motion to Amend Pleadings (Rec. Doc. 4692), and its answers contained in Paragraphs 1 through 171 above, as if copied herein, *in extenso*.

**WHEREFORE**, Liberty Mutual denies that Plaintiffs are entitled to any of the relief that has been demanded and prays for judgment as follows:

1. That the Master Administrative Complaint, First Amended Complaint, Second Amended Complaint, Third Amended Complaint and Fourth Amended Complaint be dismissed at Plaintiffs' cost and with prejudice; and

2. For such other equitable and legal relief as the Court may deem just and proper.

3. Further, Liberty Mutual respectfully requests a jury trial on all issues herein.

Respectfully Submitted,

_s/*Anne E. Briard*_____
**Kristopher T. Wilson, La. Bar No. 23978**
**Ralph S. Hubbard III, La. Bar No. 7040**
**Kristopher M. Redmann, La. Bar No. 18397**
**Anne E. Briard, La. Bar No. 29102**
601 Poydras Street, Suite 2775
New Orleans, LA  70130
Telephone:     (504) 568-1990
Facsimile:      (504) 310-9195
e-mail:           kwilson@lawla.com
                     rhubbard@lawla.com
                     kredmann@lawla.com
                     abriard@lawla.com
**Attorneys for Liberty Mutual Insurance Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that on <u>18 February 2010</u> a copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT, LIBERTY MUTUAL INSURANCE CORPORATION TO ADMINISTRATIVE MASTER COMPLAINT, FIRST SUPPLEMENTAL AND AMENDED MASTER COMPLAINT, SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT, THIRD SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT AND FOURTH SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.  I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants:   No manual participants.

_s/*Anne E. Briard*_____
**Anne E. Briard, La. Bar No. 29102**