40844

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| VS. | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | MAGISTRATE CHASEZ |

All Cases – specifically those involving Athens Park Homes, L.L.C.,

*************************************************************************

### EX PARTE MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSIVE PLEADINGS TO PLAINTIFFS' THIRD AND FOURTH
### SUPPLEMENTAL AND AMENDED MASTER COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes defendant Athens Park Homes, L.L.C. ("Athens"), which files herein its Motion for Extension of Time to File Responsive Pleadings to the Master Complaint, for the following reasons:

1.

This Honorable Court has issued an Order that the Manufacturer Defendants' deadline to file responsive pleadings to the Plaintiffs' Third Supplemental and Amended Administrative Master Complaint and Fourth Supplemental and Amended Administrative Master Complaint is extended through and including February 18, 2010. (Document No. 10266)

40844

2.

Undersigned counsel represents Athens Park Homes, LLC, a in this MDL.

3.

Undersigned counsel has experienced a family medical emergency and requests a brief extension.

4.

For this reason, undersigned counsel requests a brief extension of time to file its response to the Third and Fourth Supplemental and Amended Administrative Master Complaints.

5.

No prior extensions to file responsive pleadings to the Master Complaint have been requested or granted by this Court for Athens Park Homes, LLC.

8.

Pursuant to Local Rule 7.9W, counsel for Athens further asserts that she was unable to reach counsel for Plaintiffs to obtain consent to the filing of this Motion.

**WHEREFORE**, Athens Park Homes, LLC, prays that this Honorable Court grant its Motion for Extension of Time to File Responsive Pleadings pursuant to Pre-Trial Order No. 36 to the Master Complaint and permit an extension of time of 10 days within which to comply.

Respectfully submitted,

*/s/ Lisa A. McLachlan*
Lisa A. McLachlan, Bar No. 19050
R. Todd Musgrave, Bar No. 22840
Musgrave, McLachlan & Penn
1515 Poydras Street, Suite 2380
New Orleans, Louisiana 70112
Telephone: (504) 799-4300

40844

Facsimile: (504) 799-4301
Attorneys for Athens Park Homes, L.L.C.

40844

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 18th day of February, 2010, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by email through the court's electronic filing (ECF) system.

      */s/ Lisa A. McLachlan*      
Lisa A. McLachlan
