UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| VS. | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | MAGISTRATE CHASEZ |

All Cases – specifically those involving Athens Park Homes, L.L.C.,

*****************************************************************************

**ORDER**

    Considering the foregoing Motion for Extension of Time to File Responsive Pleadings to Plaintiffs' Third and Fourth Supplemental and Amended Administrative Master Complaints filed by Athens Park Homes, LLC:

    IT IS HEREBY ORDERED that Athens Park Homes, LLC, is granted an extension of time of 10 days to file responsive pleadings to the Master Complaint.

    New Orleans, Louisiana, this _____ day of _____, 2010.

                                                                                  _____<br>
                                                                                  United States District Court<br>
                                                                                  Eastern District of Louisiana