UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Johnson, et al v. Forest River, Inc.,*<br>*et al*, No. 09-6406 | * MDL NO. 1873<br>*<br>* SECTION "N" (5)<br>*<br>* JUDGE ENGELHARDT<br>* MAGISTRATE CHASEZ |

### AFFIDAVIT OF SERVICE THROUGH LONG ARM STATUTE

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

Justin I. Woods

who, after being first duly sworn, did depose and say that on the 20th day of August, 2009, he served a certified copy of the Citation and Petition for Damages in this action pursuant to Louisiana Revised Statute Ann. §13:3204, the Louisiana Long Arm Statute, by mailing the same to Forest River, Inc., tough its agent for service of process, J. Richard Ransel, 228 W. High Street, Elkhart, IN 46516l, return receipt requested, the same having been received on August 28, 2009, as appears from Certified Receipt No. 70080500000195033780 attached hereto. This statement is made upon appearer's best information, knowledge and belief.

*[signature]*
Justin I. Woods

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS __18__ DAY OF
FEBRUARY, 2010.

*[signature]*
NOTARY PUBLIC

CHERYL DANOS
NOTARY PUBLIC ID No. 12964
Parish of Plaquemines, State of Louisiana
My Commission is issued for Life

# CITATION
(Long Arm LSA R.S. 13:3201 et seq.)

| | |
|---|---|
| PATRICIA JOHNSON, ET AL<br>(Plaintiff) | NUMBER C580880 SECTION 22 |
| | 19th JUDICIAL DISTRICT COURT |
| vs. | |
| | PARISH OF EAST BATON ROUGE |
| FOREST RIVER, INC., ET AL<br>(Defendant) | STATE OF LOUISIANA |

**\*\* VIA LOUISIANA LONG ARM STATUTE LSA R.S. 13:3201 ET SEQ \*\***

TO:   FOREST RIVER, INC.

GREETINGS:

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition\*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks in accordance with LSA R.S. 13:3201 et seq. OR, you must file an answer or other legal pleading in the office of the Clerk of Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on 30-JUL-2009.

_____
Joshlyn Partin/*Deputy Clerk of Court for*
Doug Welborn, *Clerk of Court*

**Requesting Attorney:** JUSTIN I WOODS

\*Also attached are the following documents:
**PETITION FOR DAMAGES**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Forest River, Inc.
   Through Its Agent for
   Service of Process
   J. Richard Ransel
   228 W. High Street
   Elkhart, IN 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Elle Hart_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Elle Hart                        8/28/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[AUG 28 stamp, ELKHART IN USPS]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7008 0500 0001 9503 3780

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La 70163-2800

Case No: 580880
Johnson et Al