UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 |
| | * |
| | * SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | * |
| *Bartholomew, et al v. Keystone RV Company et al*, No. 09-6405 | * JUDGE ENGELHARDT |
| | * MAGISTRATE CHASEZ |

*********************************************************************

### AFFIDAVIT OF SERVICE THROUGH LONG ARM STATUTE

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

BEFORE ME, the undersigned authority, personally came and appeared:

Justin I. Woods

who, after being first duly sworn, did depose and say that on the 20th day of August, 2009, he served a certified copy of the Citation and Petition for Damages in this action pursuant to Louisiana Revised Statute Ann. §13:3204, the Louisiana Long Arm Statute, by mailing the same to Keystone RV Company, through its agent for service of process, David G. Thomas, 2642 Hackberry Drive, Goshen, IN 46526, *via* certified mail, return receipt requested, the same having been received on August 28, 2009, as appears from Certified Receipt No. 70080500000195033797, attached hereto.

This statement is made upon appearer's best information, knowledge and belief.

_____
Justin I. Woods

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 18 DAY OF
FEBRUARY, 2010.

_____
NOTARY PUBLIC

CHERYL DANOS
NOTARY PUBLIC ID No. 12964
Parish of Plaquemines, State of Louisiana
My Commission is issued for Life

# CITATION
## (Long Arm LSA R.S. 13:3201 et seq.)

| | |
|---|---|
| RAHNEISHA BARTHOLOMEW, ET AL (Plaintiff) | NUMBER C580881 SECTION 28 |
| | 19th JUDICIAL DISTRICT COURT |
| vs. | |
| | PARISH OF EAST BATON ROUGE |
| KEYSTONE RV COMPANY, ET AL (Defendant) | STATE OF LOUISIANA |

**\*\* VIA LOUISIANA LONG ARM STATUTE LSA R.S. 13:3201 ET SEQ \*\***

TO:    KEYSTONE RV COMPANY

GREETINGS:

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks in accordance with LSA R.S. 13:3201 et seq. OR, you must file an answer or other legal pleading in the office of the Clerk of Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on 30-JUL-2009.

_____
Joshlyn Partin/Deputy Clerk of Court for
Doug Welborn, Clerk of Court

**Requesting Attorney:** JUSTIN I WOODS

\*Also attached are the following documents:
**PETITION FOR DAMAGES**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signed)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) / C. Date of Delivery 8/29/09 |
| 1. Article Addressed to:<br>Keystone RV Company<br>Through it Agent for<br>Service of Process<br>David G. Thomas<br>2642 Hackberry Drive<br>Goshen, IN 46526 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>P O Box 8200<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 0500 0001 9503 3797 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

Civil No. 580881
Bartholomew