UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE　　　*　　MDL NO. 1873
　　　　PRODUCTS LIABILITY LITIGATION　　*
　　　　　　　　　　　　　　　　　　　　*　　SECTION "N" (5)
THIS DOCUMENT RELATES TO:　　　　　　　*
Shepherd, et al v. Gulf Stream Coach, Inc.　*　　JUDGE ENGELHARDT
et al, No. 09-6879　　　　　　　　　　　　*　　MAGISTRATE CHASEZ
*************************************************************************

### AFFIDAVIT OF SERVICE THROUGH LONG ARM STATUTE

STATE OF LOUISIANA

PARISH OF ORLEANS

　　　BEFORE ME, the undersigned authority, personally came and appeared:

Justin I. Woods

who, after being first duly sworn, did depose and say that on the 20th day of August, 2009, he served a certified copy of the Citation and Petition for Damages in this action pursuant to Louisiana Revised Statute Ann. §13:3204, the Louisiana Long Arm Statute, by mailing the same to Gulf Stream Coach, Inc., through its agent for service of process, Kenneth C. Brinker, 503 South Oakland, Nappanee, IN 46550, *via* certified mail, return receipt requested, the same having been received on August 28, 2009, as appears from Certified Receipt No. 70080500000195033803, attached hereto. This statement is made upon appearer's best information, knowledge and belief.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Justin I. Woods

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS ___ DAY OF
FEBRUARY, 2010.　　　　　　　　　CHERYL DANOS
　　　　　　　　　　　　　　　　　NOTARY PUBLIC ID No. 12964
_____　Parish of Plaquemines, State of Louisiana
NOTARY PUBLIC　　　　　　　　　　My Commission is issued for Life

|  |  |
|---|---|
| SHEPERD, JEANETTE | No: 2009-003760   Div: G |
| VERSUS | 14th Judicial District Court |
|  | State of Louisiana |
| GULF STREAM COACH INC | Parish of Calcasieu |

THE STATE OF LOUISIANA TO:
GULF STREAM COACH, INC. (VIA THE LOUISIANA LONGARM STATUTE)

defendant - in said suit:

You are hereby cited to appear before said Court, for said Parish, and to comply with the demand in the petition of JEANETTE SHEPHERD AND ANTHONY WOODS
"PETITION FOR DAMAGES"
against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Court House, in the City of Lake Charles, in said Parish, within thirty (30) days after the service hereof, under penalty of default.

Witness the honorable Judges of said Court at Lake Charles, Louisiana, this  3RD  day of  AUGUST  A.D., 2009.

Issued and delivered _____ AUGUST 13TH _____, 2009

_____
Tena Williams
Deputy Clerk of Court

------------------------------------------------------------------
SERVICE INFORMATION

Received on the _____ day of _____, 20___ and on the _____ day of _____, 20___ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____, 20___.

SERVICE   $_____          By: _____
                                   Deputy Sheriff     AUG 1 3 2009
MILEAGE   $_____                                 A TRUE COPY
TOTAL     $_____                                 Lake Charles, Louisiana

Party No. P-1 _____  [ Service Copy ]      _____
                                                Deputy Clerk of Court
                                                Calcasieu Parish, Louisiana

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Chester Myrick_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) C. Date of Delivery<br>8-28-09 |
| 1. Article Addressed to:<br>Gulf Stream Coach, Inc.<br>Through: It Agent for<br>Service of Process<br>Kenneth C. Brinker<br>503 South Oakland Ave.<br>Nappanee, IN 46550 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 0500 0001 9503 3803 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE    First-Class Mail Postage & Fees Paid USPS Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Justin I. Woods**
**Gainsburgh, Benjamin, David**
**Meunier & Warshauer, L.L.C.**
**2800 Energy Centre-1100 Poydras**
**New Orleans, La. 70163-2800**

Case No. 2009-3760
SHE Attached et al.