UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | | |
| LIABILITY LITIGATION | | SEC. "N" (4) |

This Document Relates to:                    JUDGE ENGELHARDT
ADMINISTRATIVE MASTER
COMPLAINT, AS SUPPLEMENTED          MAG. JUDGE CHASEZ
AND AMENDED

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, TO THE THIRD SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT AND FOURTH SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT

NOW INTO COURT, through undersigned counsel, comes WESTCHESTER SURPLUS LINES INSURANCE COMPANY ("Westchester"), as insurer of R-Vision, Inc., a Defendant in the above entitled and numbered cause, who, for Answer to Plaintiffs' Third Supplemental and Amended Administrative Master Complaint (R. Doc. 4486) and Fourth Supplemental and Amended Administrative Master Complaint (R. Doc. 7688), ("Complaints"), respectfully avers that:

### FIRST DEFENSE

The Complaints filed herein fail to state facts which would support the jurisdiction of this Court or that the Court is the proper venue for the action filed.

### SECOND DEFENSE

Alternatively, the Complaints filed herein fail to state a claim upon which relief can be granted.

### THIRD DEFENSE

In the further alternative and subject to the exceptive allegations herein above set forth, Defendant denies each and every allegation of the Complaints, except as the same may be hereafter admitted or modified.  In further responding to the said allegations, Defendant avers as follows:

I.

The allegations of Paragraph 1 of the Third Supplemental and Amended Administrative Master Complaint requires neither an affirmative or negative response; however, to the extent a response may be deemed necessary, Defendant respectfully submits the Court record is its own best evidence of the contents contained therein.

II.

The allegations of Paragraph 2 of the Third Supplemental and Amended Administrative Master Complaint requires neither an affirmative or negative response; however, to the extent a response may be deemed necessary, Defendant respectfully submits the Court record is its own best evidence of the contents contained therein.

III.

The allegations of Paragraph 3 of the Third Supplemental and Amended Administrative Master Complaint requires neither an affirmative or negative response; however, to the extent a response may be deemed necessary, Defendant denies the

allegations of Paragraph 3 of the Third Supplemental and Amended Administrative Master Complaint for lack of sufficient information to form a belief therein.

IV.

The allegations of Paragraph 4 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 4 of the Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

V.

The allegations of Paragraph 5 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 5 of the Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

VI.

The allegations of Paragraph 6 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 6 of the Third

Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

VII.

The allegations of Paragraph 7 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 7 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

VIII.

The allegations of Paragraph 8 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 8 of the Administrative
Master Complaint are denied for lack of sufficient information
to form a belief therein.

IX.

The allegations of Paragraph 9 of the Third Supplemental
and Amended Administrative Master Complaint are denied for lack
of sufficient information to form a belief therein.

X.

The allegations of Paragraph 10 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 10 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

XI.

The allegations of Paragraph 11 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 11 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

XII.

The allegations of Paragraph 12 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 12 of the Third

Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

XIII.

The allegations of Paragraph 13 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 13 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

XIV.

The allegations of Paragraph 14 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 14 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

XV.

The allegations of Paragraph 15 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of

Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 15 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

                              XVI.

     The allegations of Paragraph 16 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 16 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

                              XVII.

     The allegations of Paragraph 17 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 17 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

XVIII.

The allegations of Paragraph 18 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 18 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

XIX.

The allegations of Paragraph 19 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 19 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

XX.

The allegations of Paragraph 20 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 20 of the Third

Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

### XXI.

The allegations of Paragraph 21 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 21 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

### XXII.

The allegations of Paragraph 22 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 22 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

### XXIII.

The allegations of Paragraph 23 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of

Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 23 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

XXIV.

The allegations of Paragraph 24 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 24 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

XXV.

The allegations of Paragraph 25 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 25 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

XXVI.

The allegations of Paragraph 26 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 26 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

XXVII.

The allegations of Paragraph 27 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 27 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

XXVIII.

The allegations of Paragraph 28 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 28 of the Third

Supplemental and Amended Administrative Master Complaint are

denied for lack of sufficient information to form a belief
therein.

## XXIX.

The allegations of Paragraph 29 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 29 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

## XXX.

The allegations of Paragraph 30 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 30 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

## XXXI.

The allegations of Paragraph 31 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of

Defendant; however, to the extent that same may be deemed

necessary, the allegations of Paragraph 31 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

XXXII.

The allegations of Paragraph 32 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 32 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

XXXIII.

The allegations of Paragraph 33 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 33 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

XXXIV.

The allegations of Paragraph 34 of the Third Supplemental
and Amended Administrative Master Complaint constitute

conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 34 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

XXXV.

The allegations of Paragraph 35 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 35 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

XXXVI.

The allegations of Paragraph 36 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 36 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

XXXVII.

The allegations of Paragraph 37 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 37 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

XXXVIII.

The allegations of Paragraph 38 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 38 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

XXXIX.

The allegations of Paragraph 39 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 39 of the Third

Supplemental and Amended Administrative Master Complaint are

denied for lack of sufficient information to form a belief
therein.

XL.

The allegations of Paragraph 40 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 40 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

XLI.

The allegations of Paragraph 41 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 41 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

XLII.

The allegations of Paragraph 42 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 42 of the Third

Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

## XLIII.

The allegations of Paragraph 43 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 43 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

## XLIV.

The allegations of Paragraph 44 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 44 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

## XLV.

The allegations of Paragraph 45 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of

Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 45 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

XLVI.

The allegations of Paragraph 46 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 46 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

XLVII.

The allegations of Paragraph 47 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 47 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

XLVIII.

The allegations of Paragraph 48 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 48 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

XLIX.

The allegations of Paragraph 49 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 49 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

L.

The allegations of Paragraph 50 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 50 of the Third Supplemental and Amended Administrative Master Complaint are

denied for lack of sufficient information to form a belief
therein.

                              LI.

     The allegations of Paragraph 51 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 51 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

                              LII.

     The allegations of Paragraph 52 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 52 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

                              LIII.

     The allegations of Paragraph 53 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 53 of the Third

Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LIV.

The allegations of Paragraph 54 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 54 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LV.

The allegations of Paragraph 55 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 55 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LVI.

The allegations of Paragraph 56 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed

necessary, the allegations of Paragraph 56 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LVII.

The allegations of Paragraph 57 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 57 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LVIII.

The allegations of Paragraph 58 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 58 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LIX.

The allegations of Paragraph 59 of the Third Supplemental
and Amended Administrative Master Complaint constitute

conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 59 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LX.

The allegations of Paragraph 60 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 60 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LXI.

The allegations of Paragraph 61 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 61 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LXII.

The allegations of Paragraph 62 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 62 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LXIII.

The allegations of Paragraph 63 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 63 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LXIV.

The allegations of Paragraph 64 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 64 of the Third

Supplemental and Amended Administrative Master Complaint are

denied for lack of sufficient information to form a belief therein.

LXV.

The allegations of Paragraph 65 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 65 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

LXVI.

The allegations of Paragraph 66 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 66 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

LXVII.

The allegations of Paragraph 67 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 67 of the Third

Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LXVIII.

The allegations of Paragraph 68 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 68 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LXIX.

The allegations of Paragraph 69 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 69 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LXX.

The allegations of Paragraph 70 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed

necessary, the allegations of Paragraph 70 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

LXXI.

The allegations of Paragraph 71 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 71 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

LXXII.

The allegations of Paragraph 72 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 72 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

LXXIII.

The allegations of Paragraph 73 of the Third Supplemental and Amended Administrative Master Complaint constitute

conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 73 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

LXXIV.

The allegations of Paragraph 74 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 74 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

LXXV.

The allegations of Paragraph 75 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 75 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

LXXVI.

The allegations of Paragraph 76 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 76 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

LXXVII.

The allegations of Paragraph 77 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 77 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

LXXVIII.

The allegations of Paragraph 78 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 78 of the Third

Supplemental and Amended Administrative Master Complaint are

denied for lack of sufficient information to form a belief
therein.

LXXIX.

The allegations of Paragraph 79 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 79 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LXXX.

The allegations of Paragraph 80 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 80 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LXXXI.

The allegations of Paragraph 81 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 81 of the Third

Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LXXXII.

The allegations of Paragraph 82 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 82 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LXXXIII.

The allegations of Paragraph 83 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 83 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LXXXIV.

The allegations of Paragraph 84 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed

necessary, the allegations of Paragraph 84 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LXXXV.

The allegations of Paragraph 85 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 85 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LXXXVI.

The allegations of Paragraph 86 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 86 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LXXXVII.

The allegations of Paragraph 87 of the Third Supplemental
and Amended Administrative Master Complaint constitute

conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 87 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LXXXVIII.

The allegations of Paragraph 88 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 88 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

LXXXIX.

The allegations of Paragraph 89 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 89 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

XC.

The allegations of Paragraph 90 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 90 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

XCI.

The allegations of Paragraph 91 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 91 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

XCII.

The allegations of Paragraph 92 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 92 of the Third

Supplemental and Amended Administrative Master Complaint are

denied for lack of sufficient information to form a belief
therein.

                              XCIII.

     The allegations of Paragraph 93 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 93 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

                              XCIV.

     The allegations of Paragraph 94 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 94 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

                              XCV.

     The allegations of Paragraph 95 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of

Defendant; however, to the extent that same may be deemed

necessary, the allegations of Paragraph 95 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

XCVI.

The allegations of Paragraph 96 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 96 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

XCVII.

The allegations of Paragraph 97 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 97 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

XCVIII.

The allegations of Paragraph 98 of the Third Supplemental
and Amended Administrative Master Complaint constitute

conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 98 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

### XCIX.

The allegations of Paragraph 99 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 99 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

### C.

The allegations of Paragraph 100 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 100 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CI.

The allegations of Paragraph 101 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 101 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CII.

The allegations of Paragraph 102 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 10290 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CIII.

The allegations of Paragraph 103 of the Third Supplemental and Amended Administrative Master Complaint requires neither an affirmative or negative response; however, to the extent a response may be deemed necessary, the allegations of Paragraph 103 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CIV.

Except to admit Westchester Surplus Lines Insurance Company is a foreign insurer, the allegations of Paragraph 104 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 104 of the Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

Defendant avers the best evidence of the terms, conditions, provisions, limitations, exclusions and coverage of the said policy are contained in the policy itself.  Defendant denies any allegations which may tend to enlarge, contradict, or contravene the terms, conditions, exclusions and limitations of liability as to the amount or otherwise, as therein provided.  Defendant specifically pleads the terms of the policy as if copied herein in full and places Plaintiffs on their full proof of any allegations seeking to infer liability on behalf of any party by virtue of the existence of said policy of insurance.

CV.

The allegations of Paragraph 105 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 105 of the Third

Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CVI.

The allegations of Paragraph 106 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 106 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CVII.

The allegations of Paragraph 107 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 107 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CVIII.

The allegations of Paragraph 108 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed

necessary, the allegations of Paragraph 108 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CIX.

The allegations of Paragraph 109 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 109 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CX.

The allegations of Paragraph 110 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 110 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXI.

The allegations of Paragraph 111 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of

Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 111 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXII.

The allegations of Paragraph 112 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 112 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXIII.

The allegations of Paragraph 113 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 113 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXIV.

The allegations of Paragraph 114 of the Third Supplemental and Amended Administrative Master Complaint constitute

conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 114 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXV.

The allegations of Paragraph 115 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 115 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXVI.

The allegations of Paragraph 116 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 116 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CVII.

The allegations of Paragraph 117 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 117 of the Third Supplemental and Amended Administrative Master Complaint are denied.

CVIII.

The allegations of Paragraph 118 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 118 of the Third Supplemental and Amended Administrative Master Complaint are denied.

CXIX.

The allegations of Paragraph 119 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 119 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXX.

The allegations of Paragraph 120 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 120 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXXI.

The allegations of Paragraph 121 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 121 of the Third Supplemental and Amended Administrative Master Complaint are denied.

CXXII.

The allegations of Paragraph 122 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 122 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXXIII.

The allegations of Paragraph 123 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 123 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXXIV.

The allegations of Paragraph 124 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXXV.

The allegations of Paragraph 125 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXXVI.

The allegations of Paragraph 126 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXVII.

The allegations of Paragraph 127 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXXVIII.

The allegations of Paragraph 128 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXXIX.

The allegations of Paragraph 129 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 129 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXXX.

The allegations of Paragraph 130 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 130 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXXXI.

The allegations of Paragraph 131 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of

Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 131 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CXXXII.

The allegations of Paragraph 132 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 132 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CXXXIII.

The allegations of Paragraph 133 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 133 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CXXXIV.

The allegations of Paragraph 134 of the Third Supplemental
and Amended Administrative Master Complaint constitute

conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 134 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXXXV.

The allegations of Paragraph 134 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXXXVI.

The allegations of Paragraph 136 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 136 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXXXVII.

The allegations of Paragraph 137 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXXXVIII.

The allegations of Paragraph 138 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXXXIX.

The allegations of Paragraph 139 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 139 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXL.

The allegations of Paragraph 140 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 140 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXLI.

The allegations of Paragraph 141 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed

necessary, the allegations of Paragraph 141 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CXLII.

The allegations of Paragraph 142 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 142 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CXLIII.

The allegations of Paragraph 143 of the Third Supplemental
and Amended Administrative Master Complaint are denied for lack
of sufficient information to form a belief therein.

CXLIV.

The allegations of Paragraph 144 of the Third Supplemental
and Amended Administrative Master Complaint are denied for lack
of sufficient information to form a belief therein.

CXLV.

The allegations of Paragraph 145 of the Third Supplemental
and Amended Administrative Master Complaint are denied for lack
of sufficient information to form a belief therein.

CXLVI.

The allegations of Paragraph 146 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 146 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXLVII.

The allegations of Paragraph 147 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 147 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXLVIII.

The allegations of Paragraph 148 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXLIX.

The allegations of Paragraph 149 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of

Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 149 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CL.

The allegations of Paragraph 150 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 150 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CLI.

The allegations of Paragraph 151 of the Third Supplemental
and Amended Administrative Master Complaint are denied for lack
of sufficient information to form a belief therein.

CLII.

The allegations of Paragraph 152 of the Third Supplemental
and Amended Administrative Master Complaint are denied for lack
of sufficient information to form a belief therein.

CLIII.

The allegations of Paragraph 153 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of

Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 153 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CLIV.

The allegations of Paragraph 154 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 154 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CLV.

The allegations of Paragraph 155 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 155 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CLVI.

The allegations of Paragraph 156 of the Third Supplemental and Amended Administrative Master Complaint constitute

conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 156 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CLVII.

The allegations of Paragraph 157 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 157 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CLVIII.

The allegations of Paragraph 158 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CLIX.

The allegations of Paragraph 159 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CLX.

The allegations of Paragraph 160 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions

of law and as such require no response on behalf of Defendant;
however, to the extent that same may be deemed necessary, the
allegations of Paragraph 160 of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of sufficient
information to form a belief therein.

CLXI.

The allegations of Paragraph 161 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 161 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CLXII.

The allegations of Paragraph 162 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 162 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CLXIII.

The allegations of Paragraph 163 of the Third Supplemental
and Amended Administrative Master Complaint constitute

conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 163 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CLXIV.

The allegations of Paragraph 164 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 164 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CLXV.

The allegations of Paragraph 165 of the Third Supplemental
and Amended Administrative Master Complaint are denied for lack
of sufficient information to form a belief therein.

CLXVI.

The allegations of Paragraph 166 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 166 of the Third

Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CLXVII.

The allegations of Paragraph 167 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 167 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CLXVIII.

The allegations of Paragraph 168 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 168 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CLXIX.

The allegations of Paragraph 169 of the Third Supplemental
and Amended Administrative Master Complaint constitute conclusions
of law and as such require no response on behalf of Defendant;
however, to the extent that same may be deemed necessary, the

allegations of Paragraph 169 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CLXX.

The allegations of Paragraph 170 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 170 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CLXXI.

The allegations of Paragraph 171 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CLXXII.

The allegations of Paragraph 172 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 172 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CLXXIII.

The allegations of Paragraph 173 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CLXXIV.

The allegations of Paragraph 174 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CLXXV.

The allegations of Paragraph 175 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CLXXVI.

The allegations of Paragraph 176 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CLXXVII.

The allegations of Paragraph 177 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 177 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CLXXVIII.

The allegations of Paragraph 178 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 178 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CLXXIX.

The allegations of Paragraph 179 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 179 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CLXXX.

The allegations of Paragraph 180 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 180 of the Third

Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CLXXXI.

The allegations of Paragraph 181 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 181 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CLXXXII.

The allegations of Paragraph 182 of the Third Supplemental
and Amended Administrative Master Complaint are denied for lack
of sufficient information to form a belief therein.

CLXXXIII.

The allegations of Paragraph 183 of the Third Supplemental
and Amended Administrative Master Complaint are denied for lack
of sufficient information to form a belief therein.

CLXXXIV.

The allegations of Paragraph 184 of the Third Supplemental
and Amended Administrative Master Complaint are denied for lack
of sufficient information to form a belief therein.

CLXXXV.

The allegations of Paragraph 185 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CLXXXVI.

The allegations of Paragraph 186 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CLXXXVII.

The allegations of Paragraph 187 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 187 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CLXXXVIII.

The allegations of Paragraph 188 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 188 of the Third

Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CLXXXIX.

The allegations of Paragraph 189 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 189 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CXC.

The allegations of Paragraph 190 of the Third Supplemental
and Amended Administrative Master Complaint are denied for lack
of sufficient information to form a belief therein.

CXCI.

The allegations of Paragraph 191 of the Third Supplemental
and Amended Administrative Master Complaint are denied for lack
of sufficient information to form a belief therein.

CXCII.

The allegations of Paragraph 192 of the Third Supplemental
and Amended Administrative Master Complaint are denied for lack
of sufficient information to form a belief therein.

CXCIII.

The allegations of Paragraph 193 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 193 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXCIV.

The allegations of Paragraph 194 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXCV.

The allegations of Paragraph 195 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXCVI.

The allegations of Paragraph 196 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXCVII.

The allegations of Paragraph 197 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXCVIII.

The allegations of Paragraph 198 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 198 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CXCIX.

The allegations of Paragraph 199 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 199 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CC.

In response to the allegations contained in Paragraph 200 of the Third Supplemental and Amended Administrative Master Complaint, Defendant re-avers and reasserts its answers contained in Paragraphs 1-199 above, as if copied herein, *in extenso*.

CCI.

The allegations of Paragraph 201 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 201 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCII.

The allegations of Paragraph 202 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 202 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCIII.

The allegations of Paragraph 203 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 203 of the Third

Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCIV.

The allegations of Paragraph 204 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 204 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCV.

The allegations of Paragraph 205 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 205 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCVI.

The allegations of Paragraph 206 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of

Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 206 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCVII.

_____The allegations of Paragraph 207 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 207 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCVIII.

_____The allegations of Paragraph 208 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 208 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCIX.

The allegations of Paragraph 209 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 209 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCX.

In response to the allegations contained in Paragraph 210 of the Third Supplemental and Amended Administrative Master Complaint, Defendant re-avers and reasserts its answers contained in Paragraphs 1-209 above, as if copied herein, *in extenso*.

CCXI.

The allegations of Paragraph 211 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 211 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXII.

The allegations of Paragraph 212 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 212 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXIII.

The allegations of Paragraph 213 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 213 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXIV.

The allegations of Paragraph 214 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 214 of the Third

Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCXV.

The allegations of Paragraph 215 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 215 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCXVI.

The allegations of Paragraph 216 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 216 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCXVII.

The allegations of Paragraph 217 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of

Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 217 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCXVIII.

The allegations of Paragraph 218 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 218 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCXIX.

The allegations of Paragraph 219 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 219 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCXX.

The allegations of Paragraph 220 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 220 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXXI.

The allegations of Paragraph 221 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 221 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXXII.

The allegations of Paragraph 222 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 222 of the Third

Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXXIII.

The allegations of Paragraph 223 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 223 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXXIV.

The allegations of Paragraph 224 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 224 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXXV.

The allegations of Paragraph 225 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of

Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 225 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCXXVI.

The allegations of Paragraph 226 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 226 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCXXVII.

The allegations of Paragraph 227 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 227 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCXXVIII.

The allegations of Paragraph 228 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 228 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

Defendant further avers the best evidence of the terms, conditions, provisions, limitations, exclusions and coverage of the said policy are contained in the policy itself.  Defendant denies any allegations which may tend to enlarge, contradict, or contravene the terms, conditions, exclusions and limitations of liability as to the amount or otherwise, as therein provided. Defendant specifically pleads the terms of the policy as if copied herein in full and places Plaintiffs on their full proof of any allegations seeking to infer liability on behalf of any party by virtue of the existence of said policy of insurance.

CCXXIX.

In response to the allegations contained in Paragraph 229 of the Third Supplemental and Amended Administrative Master Complaint, Defendant re-avers and reasserts its answers contained in Paragraphs 1-228 above, as if copied herein, *in extenso*.

CCXXX.

The allegations of Paragraph 230 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 230 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXXXI.

The allegations of Paragraph 231 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 231 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXXXII.

The allegations of Paragraph 232 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 232 of the Third

Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXXXIII.

The allegations of Paragraph 233 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 233 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXXXIV.

The allegations of Paragraph 234 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 234 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXXXV.

The allegations of Paragraph 235 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of

Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 235 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCXXXVI.

The allegations of Paragraph 236 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 236 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCXXVII.

The allegations of Paragraph 237 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 237 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCXXXIII.

The allegations of Paragraph 238 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 238 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXXXIX.

The allegations of Paragraph 239 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 239 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXL.

In response to the allegations contained in Paragraph 240 of the Third Supplemental and Amended Administrative Master Complaint, Defendant re-avers and reasserts its answers contained in Paragraphs 1-239 above, as if copied herein, *in extenso*.

CCXLI.

The allegations of Paragraph 241 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 241 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXLII.

In response to the allegations contained in Paragraph 242 of the Third Supplemental and Amended Administrative Master Complaint, Defendant re-avers and reasserts its answers contained in Paragraphs 1-241 above, as if copied herein, *in extenso*.

CCXLIII.

The allegations of Paragraph 243 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 243 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXLIV.

In response to the allegations contained in Paragraph 244 of the Third Supplemental and Amended Administrative Master Complaint, Defendant re-avers and reasserts its answers contained in Paragraphs 1-243 above, as if copied herein, *in extenso*.

CCXLV.

The allegations of Paragraph 245 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 245 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXLVI.

The allegations of Paragraph 246 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 246 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXLVII.

The allegations of Paragraph 247 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 247 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXLVIII.

In response to the allegations contained in Paragraph 248 of the Third Supplemental and Amended Administrative Master Complaint, Defendant re-avers and reasserts its answers contained in Paragraphs 1-247 above, as if copied herein, *in extenso*.

CCXLIX.

The allegations of Paragraph 249 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 249 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCL.

The allegations of Paragraph 250 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 250 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCLI.

The allegations of Paragraph 251 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 251 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCLII.

The allegations of Paragraph 252 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 252 of the Third

Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCLIII.

The allegations of Paragraph 253 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 253 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCLIV.

The allegations of Paragraph 254 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 254 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCLV.

The allegations of Paragraph 255 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of

Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 255 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCLVI.

The allegations of Paragraph 256 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 256 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCLVII.

The allegations of Paragraph 257 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 257 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCLVIII.

The allegations of Paragraph 258 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 258 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCLIX.

The allegations of Paragraph 259 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 259 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCLX.

In response to the allegations contained in Paragraph 260 of the Third Supplemental and Amended Administrative Master Complaint, Defendant re-avers and reasserts its answers contained in Paragraphs 1-259 above, as if copied herein, *in extenso*.

CCLXI.

The allegations of Paragraph 261 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 261 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCLXII.

In response to the allegations contained in Paragraph 262 of the Third Supplemental and Amended Administrative Master Complaint, Defendant re-avers and reasserts its answers contained in Paragraphs 1-261 above, as if copied herein, *in extenso*.

CCLXIII.

The allegations of Paragraph 263 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 263 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCLXIV.

In response to the allegations contained in Paragraph 264 of the Third Supplemental and Amended Administrative Master Complaint, Defendant re-avers and reasserts its answers contained in Paragraphs 1-263 above, as if copied herein, *in extenso*.

CCLXV.

The allegations of Paragraph 265 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 265 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCLXVI.

The allegations of Paragraph 266 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 266 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCLXVII.

The allegations of Paragraph 267 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 267 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCLXVIII.

The allegations of Paragraph 268 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 268 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCLXIX.

The allegations of Paragraph 269 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 269 of the Third

Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCLXX.

The allegations of Paragraph 270 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 270 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCLXXI.

The allegations of Paragraph 271 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 271 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCLXXII.

The allegations of Paragraph 272 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of

Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 272 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCLXXIII.

The allegations of Paragraph 273 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 273 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCLXXIV.

The allegations of Paragraph 274 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 274 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCLXXV.

In response to the allegations contained in Paragraph 275 of the Third Supplemental and Amended Administrative Master Complaint, Defendant re-avers and reasserts its answers contained in Paragraphs 1-274 above, as if copied herein, *in extenso*.

CCLXXVI.

The allegations of Paragraph 276 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 276 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCLXXVII.

The allegations of Paragraph 277 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 277 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCLXXVIII.

The allegations of Paragraph 278 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 278 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCLXXIX.

The allegations of Paragraph 279 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 279 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCLXXX.

The allegations of Paragraph 280 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 280 of the Third

Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCLXXXI.

In response to the allegations contained in Paragraph 281 of the Third Supplemental and Amended Administrative Master Complaint, Defendant re-avers and reasserts its answers contained in Paragraphs 1-280 above, as if copied herein, *in extenso*.

CCLXXXII.

The allegations of Paragraph 282 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 282 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCLXXXIII.

The allegations of Paragraph 283 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 283 of the Third

Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCLXXXIV.

The allegations of Paragraph 284 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 284 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCLXXXV.

The allegations of Paragraph 285 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 285 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCLXXXVI.

The allegations of Paragraph 286 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of

Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 286 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCLXXXVII.

In response to the allegations contained in Paragraph 287 of the Third Supplemental and Amended Administrative Master Complaint, Defendant re-avers and reasserts its answers contained in Paragraphs 1-286 above, as if copied herein, *in extenso*.

CCLXXXVIII.

The allegations of Paragraph 288 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 288 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCLXXXIX.

The allegations of Paragraph 289 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed

necessary, the allegations of Paragraph 289 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXC.

The allegations of Paragraph 290 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 290 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXCI.

The allegations of Paragraph 291 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 291 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXCII.

The allegations of Paragraph 292 of the Third Supplemental and Amended Administrative Master Complaint constitute

conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 292 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXCIII.

In response to the allegations contained in Paragraph 293 of the Third Supplemental and Amended Administrative Master Complaint, Defendant re-avers and reasserts its answers contained in Paragraphs 1-292 above, as if copied herein, *in extenso*.

CCXCIV.

The allegations of Paragraph 294 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 294 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXCV.

The allegations of Paragraph 295 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of

Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 295 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCXCVI.

The allegations of Paragraph 296 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 296 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCXCVII.

The allegations of Paragraph 297 of the Third Supplemental
and Amended Administrative Master Complaint constitute
conclusions of law and as such require no response on behalf of
Defendant; however, to the extent that same may be deemed
necessary, the allegations of Paragraph 297 of the Third
Supplemental and Amended Administrative Master Complaint are
denied for lack of sufficient information to form a belief
therein.

CCXCVIII.

The allegations of Paragraph 298 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 298 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCXCIX.

The allegations of Paragraph 299 of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 299 of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCC.

In response to the allegations contained in Paragraph 300 (incorrectly numbered 298) of the Third Supplemental and Amended Administrative Master Complaint, Defendant re-avers and reasserts its answers contained in Paragraphs 1-299 above, as if copied herein, *in extenso.*

CCCI.

The allegations of Paragraph 301 (incorrectly numbered 299) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 301 (incorrectly numbered 299) of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCII.

The allegations of Paragraph 302 (incorrectly numbered 300) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 302 (incorrectly numbered 300) of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCIII.

The allegations of Paragraph 303 (incorrectly numbered 301) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 303

(incorrectly numbered 301) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCIV.

The allegations of Paragraph 304 (incorrectly numbered 302)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 304
(incorrectly numbered 302) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCV.

The allegations of Paragraph 305 (incorrectly numbered 303)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 305
(incorrectly numbered 303) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCVI.

The allegations of Paragraph 306 (incorrectly numbered 304)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no

response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 306
(incorrectly numbered 304) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

### CCCVII.

In response to the allegations contained in Paragraph 307
(incorrectly numbered 305) of the Third Supplemental and Amended
Administrative Master Complaint, Defendant re-avers and
reasserts its answers contained in Paragraphs 1-306 (incorrectly
numbered 304) above, as if copied herein, *in extenso*.

### CCCVIII.

The allegations of Paragraph 308 (incorrectly numbered 306)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 308
(incorrectly numbered 306) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

### CCCIX.

The allegations of Paragraph 309 (incorrectly numbered 307)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that

same may be deemed necessary, the allegations of Paragraph 309
(incorrectly numbered 307) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCX.

The allegations of Paragraph 310 (incorrectly numbered 308)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 310
(incorrectly numbered 308) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCXI.

The allegations of Paragraph 311 (incorrectly numbered 309)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 311
(incorrectly numbered 309) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCXII.

The allegations of Paragraph 312 (incorrectly numbered 310)
of the Third Supplemental and Amended Administrative Master

Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 312 (incorrectly numbered 310) of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCXIII.

The allegations of Paragraph 313 (incorrectly numbered 311) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 313 (incorrectly numbered 311) of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCXIV.

In response to the allegations contained in Paragraph 314 (incorrectly numbered 312) of the Third Supplemental and Amended Administrative Master Complaint, Defendant re-avers and reasserts its answers contained in Paragraphs 1-313 (incorrectly numbered 311) above, as if copied herein, *in extenso*.

CCCXV.

The allegations of Paragraph 315 (incorrectly numbered 313) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no

response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 315
(incorrectly numbered 313) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCXVI.

The allegations of Paragraph 316 (incorrectly numbered 314)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 316
(incorrectly numbered 314) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCXVII.

The allegations of Paragraph 317 (incorrectly numbered 315)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 317
(incorrectly numbered 315) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCXVIII.

The allegations of Paragraph 318 (incorrectly numbered 316) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 318 (incorrectly numbered 316) of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCXIX.

The allegations of Paragraph 319 (incorrectly numbered 317) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 319 (incorrectly numbered 317) of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCXX.

The allegations of Paragraph 320 (incorrectly numbered 318) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 320

(incorrectly numbered 318) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCXXI.

The allegations of Paragraph 321 (incorrectly numbered 319)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 321
(incorrectly numbered 319) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCXXII.

The allegations of Paragraph 322 (incorrectly numbered 320)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 322
(incorrectly numbered 320) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCXXIII.

The allegations of Paragraph 323 (incorrectly numbered 321)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no

response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 323
(incorrectly numbered 321) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCXXIV.

The allegations of Paragraph 324 (incorrectly numbered 322)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 324
(incorrectly numbered 322) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCXXV.

In response to the allegations contained in Paragraph 325
(incorrectly numbered 323) of the Third Supplemental and Amended
Administrative Master Complaint, Defendant re-avers and
reasserts its answers contained in Paragraphs 1-324 (incorrectly
numbered 322) above, as if copied herein, *in extenso*.

CCCXXVI.

The allegations of Paragraph 326 (incorrectly numbered 324)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that

same may be deemed necessary, the allegations of Paragraph 326 (incorrectly numbered 324) of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCXXVII.

The allegations of Paragraph 327 (incorrectly numbered 325) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 327 (incorrectly numbered 325) of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCXXVIII.

The allegations of Paragraph 328 (incorrectly numbered 326) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 328 (incorrectly numbered 326) of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCXXIX.

In response to the allegations contained in Paragraph 329 (incorrectly numbered 327) of the Third Supplemental and Amended

Administrative Master Complaint, Defendant re-avers and reasserts its answers contained in Paragraphs 1-328 (incorrectly numbered 326) above, as if copied herein, *in extenso*.

CCCXXX.

The allegations of Paragraph 330 (incorrectly numbered 328) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 330 (incorrectly numbered 328) of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCXXXI.

In response to the allegations contained in Paragraph 331 (incorrectly numbered 329) of the Third Supplemental and Amended Administrative Master Complaint, Defendant re-avers and reasserts its answers contained in Paragraphs 1-330 (incorrectly numbered 328) above, as if copied herein, *in extenso*.

CCCXXXII.

The allegations of Paragraph 332 (incorrectly numbered 330) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 332

(incorrectly numbered 330) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCXXXIII.

The allegations of Paragraph 333 (incorrectly numbered 331)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 333
(incorrectly numbered 331) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCXXXIV.

The allegations of Paragraph 334 (incorrectly numbered 332)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 334
(incorrectly numbered 332) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCXXXV.

The allegations of Paragraph 335 (incorrectly numbered 333)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no

response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 335
(incorrectly numbered 333) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCXXXVI.

The allegations of Paragraph 336 (incorrectly numbered 334)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 336
(incorrectly numbered 334) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCXXXVII.

The allegations of Paragraph 337 (incorrectly numbered 335)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 337
(incorrectly numbered 335) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCXXXVIII.

In response to the allegations contained in Paragraph 338 (incorrectly numbered 336) of the Third Supplemental and Amended Administrative Master Complaint, Defendant re-avers and reasserts its answers contained in Paragraphs 1-337 (incorrectly numbered 335) above, as if copied herein, *in extenso*.

CCCXXXIX.

The allegations of Paragraph 339 (incorrectly numbered 337) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 339 (incorrectly numbered 337) of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCXL.

The allegations of Paragraph 340 (incorrectly numbered 338) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 340 (incorrectly numbered 338) of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCXLI.

The allegations of Paragraph 341 (incorrectly numbered 339) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 341 (incorrectly numbered 339) of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCXLII.

The allegations of Paragraph 342 (incorrectly numbered 340) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 342 (incorrectly numbered 340) of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCXLIII.

The allegations of Paragraph 343 (incorrectly numbered 341) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 343

(incorrectly numbered 341) of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCXLIV.

The allegations of Paragraph 344 (incorrectly numbered 342) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 344 (incorrectly numbered 342) of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCXLV.

In response to the allegations contained in Paragraph 345 (incorrectly numbered 343) of the Third Supplemental and Amended Administrative Master Complaint, Defendant re-avers and reasserts its answers contained in Paragraphs 1-344 (incorrectly numbered 342) above, as if copied herein, *in extenso*.

CCCXLVI.

The allegations of Paragraph 346 (incorrectly numbered 344) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 346

(incorrectly numbered 344) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCXLVII.

The allegations of Paragraph 347 (incorrectly numbered 345)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 347
(incorrectly numbered 345) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCXLVIII.

The allegations of Paragraph 348 (incorrectly numbered 346)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 348
(incorrectly numbered 346) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCXLIX.

The allegations of Paragraph 349 (incorrectly numbered 347)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no

response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 349
(incorrectly numbered 347) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCL.

The allegations of Paragraph 350 (incorrectly numbered 348)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 350
(incorrectly numbered 348) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCLI.

The allegations of Paragraph 351 (incorrectly numbered 349)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 351
(incorrectly numbered 349) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCLII.

The allegations of Paragraph 352 (incorrectly numbered 350) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 352 (incorrectly numbered 350) of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCLIII.

The allegations of Paragraph 353 (incorrectly numbered 351) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 353 (incorrectly numbered 351) of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCLIV.

The allegations of Paragraph 354 (incorrectly numbered 352) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 354

(incorrectly numbered 352) of the Third Supplemental and Amended
Administrative Master Complaint are denied for lack of
sufficient information to form a belief therein.

CCCLV.

The allegations of Paragraph 355 (incorrectly numbered 353)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 355
(incorrectly numbered 353) of the Third Supplemental and Amended
Administrative Master Complaint are denied.

CCCLVI.

The allegations of Paragraph 356 (incorrectly numbered 354)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that
same may be deemed necessary, the allegations of Paragraph 356
(incorrectly numbered 354) of the Third Supplemental and Amended
Administrative Master Complaint are denied.

CCCLVII.

The allegations of Paragraph 357 (incorrectly numbered 355)
of the Third Supplemental and Amended Administrative Master
Complaint constitute conclusions of law and as such require no
response on behalf of Defendant; however, to the extent that

same may be deemed necessary, the allegations of Paragraph 357 (incorrectly numbered 355) of the Third Supplemental and Amended Administrative Master Complaint are denied.

CCCLVIII.

The allegations of Paragraph 358 (incorrectly numbered 356) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 358 (incorrectly numbered 356) of the Third Supplemental and Amended Administrative Master Complaint are denied.

CCCLIX.

The allegations of Paragraph 359 (incorrectly numbered 357) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 359 (incorrectly numbered 357) of the Third Supplemental and Amended Administrative Master Complaint are denied.

CCCLX.

The allegations of Paragraph 360 (incorrectly numbered 358) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that

same may be deemed necessary, the allegations of Paragraph 360 (incorrectly numbered 358) of the Third Supplemental and Amended Administrative Master Complaint are denied.

CCCLXI.

The allegations of Paragraph 361 (incorrectly numbered 359) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 361 (incorrectly numbered 359) of the Third Supplemental and Amended Administrative Master Complaint are denied.

CCCLXII.

The allegations of Paragraph 362 (incorrectly numbered 360) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 362 (incorrectly numbered 360) of the Third Supplemental and Amended Administrative Master Complaint are denied.

CCCLXIII.

The allegations of Paragraph 363 (incorrectly numbered 361) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that

same may be deemed necessary, the allegations of Paragraph 363 (incorrectly numbered 361) of the Third Supplemental and Amended Administrative Master Complaint are denied.

CCCLXIV.

The allegations of Paragraph 364 (incorrectly numbered 362) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 364 (incorrectly numbered 362) of the Third Supplemental and Amended Administrative Master Complaint are denied.

CCCLXV.

The allegations of Paragraph 365 (incorrectly numbered 363) of the Third Supplemental and Amended Administrative Master Complaint constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 365 (incorrectly numbered 363) of the Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCLXVI.

The allegations contained in the section of the Third Supplemental and Amended Administrative Master Complaint entitled "Prayer for Relief" and any other allegations not expressly admitted or denied are hereby denied.

CCCLXVII.

The allegations of Paragraph 1 of the Fourth Supplemental and Amended Administrative Master Complaint require neither an affirmative or negative response; however, to the extent that same may be deemed necessary, the allegations of Paragraph 1 of the Fourth Supplemental and Amended Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCLXVIII.

The allegations of Paragraph 2 of the Fourth Supplemental and Amended Administrative Master Complaint require neither an affirmative or negative response; however, to the extent that same may be deemed necessary, the allegations of Paragraph 2 of the Fourth Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCLXIX.

The allegations of Paragraph 3 of the Fourth Supplemental and Amended Administrative Master Complaint require neither an affirmative or negative response; however, to the extent that same may be deemed necessary, the allegations of Paragraph 3 of the Fourth Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCLXX.

The allegations of Paragraph 4 of the Fourth Supplemental and Amended Administrative Master Complaint require neither an affirmative or negative response; however, to the extent that same may be deemed necessary, the allegations of Paragraph 4 of the Fourth Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCLXXI.

The allegations of Paragraph 5 of the Fourth Supplemental and Amended Administrative Master Complaint require neither an affirmative or negative response; however, to the extent that same may be deemed necessary, the allegations of Paragraph 5 of the Fourth Supplemental and Amended Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCLXXII.

The allegations of Paragraph 6 of the Fourth Supplemental and Amended Administrative Master Complaint require neither an affirmative or negative response; however, to the extent that same may be deemed necessary, the allegations of Paragraph 6 of the Fourth Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to form a belief therein.

CCCLXXIII.

The allegations contained in the section of the Fourth Supplemental and Amended Administrative Master Complaint entitled "Prayer for Relief" and any other allegations not expressly admitted or denied are hereby denied.

CCCLXXIV.

Defendant requests a trial by jury.

**FOURTH DEFENSE**

Defendant specifically denies the existence of any defect or defects that would render any product of R-Vision, Inc. unreasonably dangerous under the Louisiana Products Liability Act, the limited warranty and/or any other applicable law, contract or standard.

**FIFTH DEFENSE**

Any products manufactured by R-Vision, Inc. that are the subject of the claims in this action were manufactured in conformity with state of the art technology and consistent with all applicable standards, regulations, laws and/or industry standards.

**SIXTH DEFENSE**

The product at issue is not unreasonably dangerous in manufacture, construction or composition and/or not unreasonably dangerous in design and/or not unreasonably dangerous by virtue of failure to warn and/or not dangerous due to non-conformity to express warranty.

### SEVENTH DEFENSE

The product at issue was at all times reasonably fit and suitable for the purposes for which it was manufactured and sold and was not in any way defective or unreasonably dangerous for the use for which the product was intended.

### EIGHTH DEFENSE

The product at issue did not deviate in any material respect from the specifications or performance standards for the product or from otherwise identical products and was not substandard in any respect.

### NINTH DEFENSE

The product at issue was manufactured with the highest degree of skill and care and in conformity with the knowledge and skills available to the industry at all times in question.

### TENTH DEFENSE

There is no alternative design for the product at issue that was capable of preventing Plaintiffs' alleged damages.

### ELEVENTH DEFENSE

The warnings or instructions on or accompanying the product at issue were adequate and the adequacy of those warnings are a complete bar to recovery.

### TWELFTH DEFENSE

No express warranties existed or were breached, and the product at issue was at all times reasonably fit and suitable

for the purposes for which it was manufactured and sold, and Plaintiffs' injuries and damages do not result from any defects in said product.

## THIRTEENTH DEFENSE

The damage alleged herein occurred as a result of the misuse and/or abuse of the product at issue, including but not limited to failure to follow instructions for use and/or warnings, which is a complete bar to recovery.

## FOURTEENTH DEFENSE

Upon information and belief, all injuries and damages of which Plaintiffs complain were caused by a misuse, abuse, modification and/or alteration of the product in question and serve as a bar to Plaintiffs' recovery.

## FIFTEENTH DEFENSE

Upon information and belief, all risks and damages connected with the incident made the subject of Plaintiffs' Complaint were obvious, apparent, and known to Plaintiffs who assumed the risks of their injuries.

## SIXTEENTH DEFENSE

The danger in using the product at issue was open and obvious, and there was no duty to warn of it.

## SEVENTEENTH DEFENSE

Defendant avers the product in question was out of R-Vision, Inc.'s control over a material period of time, and during that time, R-Vision, Inc. had no control over the

maintenance, use or control of the product.  Defendant avers if there was any defect or deficiency in the product at the time of the accident at issue, such defect or deficiency did not relate to the original design, manufacture or sale of the product or any procedures undertaken by R-Vision, Inc. but, on the contrary, is the result of misuse, abuse, improper storage or other actions or omissions on the part of Plaintiffs or others for whom Defendant is not and cannot be responsible.

### EIGHTEENTH DEFENSE

Defendant denies that it or anyone for whom it may be responsible was guilty of any negligence, gross negligence, strict liability, want of due care or other legal fault constituting a proximate cause of the alleged accident and injuries in question and/or entitling Plaintiffs to recover any damages herein.

### NINETEENTH DEFENSE

Defendant denies that it or any person, firm or corporation for whom it may be responsible was guilty of any negligence, gross negligence, strict liability, want of due care or other legal fault constituting a proximate cause of the alleged accident and injuries in question, but on the contrary avers that the accident and resulting injuries, if any, were caused by the fault, negligence, want of due care or other legal fault of parties for whose actions Defendant is not responsible, which must be quantified and legally allocated accordingly.

## **TWENTIETH DEFENSE**

Any injuries or damages alleged by Plaintiffs herein were caused solely as a result of the fault and/or negligence of those entities installing the products at issue.

## **TWENTY-FIRST DEFENSE**

Any injuries or damages alleged by Plaintiffs herein were caused solely as a result of the fault and/or negligence of the Federal Government, United States of America and/or Federal Emergency Management Agency.

## **TWENTY-SECOND DEFENSE**

While at all times denying liability, Defendant alleges that Plaintiffs were guilty of contributory negligence and/or assumption of the risk, all of which are a bar to Plaintiffs' recovery herein, and in the further alternative, that Plaintiffs were guilty of comparative and/or contributory fault which said fault contributed to their injuries and that this Court should fix the amount or degree of fault of Plaintiffs in any recovery to which Plaintiffs might otherwise be entitled should be reduced by such percentage of negligence or fault.

## **TWENTY-THIRD DEFENSE**

Plaintiffs' alleged injuries and/or damages were the result of intervening and superceding events, factors, occurrences and/or conditions over which Defendant had no control.

**TWENTY-FOURTH DEFENSE**

Defendant avers the best evidence of the terms, conditions, provisions, limitations, exclusions and coverage of the said policy are contained in the policy itself.  Defendant denies any allegations which may tend to enlarge, contradict, or contravene the terms, conditions, exclusions and limitations of liability as to the amount or otherwise, as therein provided.  Defendant specifically pleads the terms of the policy as if copied herein in full and place Plaintiffs on their full proof of any allegations seeking to infer liability on behalf of any party by virtue of the existence of said policy of insurance.

**TWENTY-FIFTH DEFENSE**

Plaintiffs' claims are or may be barred, in whole or in part, by the applicable statutes of limitation and/or prescriptive and/or preemptive periods.

**TWENTY-SIXTH DEFENSE**

In the event, and solely in the event, that any liability is found to exist on the part of Defendant, or someone for whom Defendant may be responsible, all of which is at all times specifically denied, Defendant avers that Plaintiffs have failed to mitigate their damages.

**TWENTY-SEVENTH DEFENSE**

Defendant specifically denies the existence of any defect or defects that would render any product of R-Vision, Inc. unreasonably dangerous under the Louisiana Products Liability

Act, Mississippi Products Liability law, Alabama Manufacturer's Liability Doctrine, Texas Products Liability law, the limited warranty and/or any other applicable law, contract or standard.

### TWENTY-EIGHTH DEFENSE

Defendant further pleads any and all defenses applicable and available to it under any controlling Texas statutes.

### TWENTY-NINTH DEFENSE

Defendant further pleads any and all defenses applicable and available to it under any controlling Mississippi statutes, including but not limited to, the Mississippi Products Liability Act, MCA §11-1-63.

### THIRTIETH DEFENSE

Plaintiffs' claims are, or may be, barred, in whole or in part, to the extent that under the provisions of Mississippi Code Ann. §85-5-7. Defendant is liable only for the amount of damages allotted to them, if any, in direct proportion to their percentage of fault, if any, with due respect to the total negligence of all parties whose actions caused or contributed to the incident and the damages of which are complained.

### THIRTY-FIRST DEFENSE

Plaintiffs' claims are, or may be, barred, in whole or in part, to the extent that the Administrative Master Complaint, as supplemented and amended, does not state a cause of action for punitive or exemplary damages against Defendant sufficient in law whereby recovering may be had.

### THIRTY-SECOND DEFENSE

Plaintiffs' claims are, or may be, barred, in whole or in part, to the extent that any award of punitive damages to the extent they are even pled in the Administrative Master Complaint, as supplemented and amended, would be unconstitutional because the standards utilized to allow the imposition of such damages are so vague, both on their face and as applied, so as to fail to give adequate or sufficient notice of the prohibitive conduct.

### THIRTY-THIRD DEFENSE

The exact damages/losses claimed by Plaintiffs are unknown to Defendant, and thus Defendant cannot adequately determine all defenses that may be applicable to Plaintiffs' claims. Therefore, Defendant expressly reserves by this reference the right to raise additional defenses to the extent that additional defenses become applicable under State and Federal law, additional defenses are established as discovery proceeds and additional defenses are available and are subsequently asserted theories of recovery.

### THIRTY-FOURTH DEFENSE

The Administrative Master Complaint, as amended and supplemented, and the complaints filed in each one of the underlying actions that are part of this multi-district litigation, have improperly joined parties (both Plaintiffs and

Defendants) in this action in violation of Rule 19 of the Federal Rules of Civil Procedure, requiring severance of parties as required by Rule 21 of the Federal Rules of Civil Procedure.

### THIRTY-FIFTH DEFENSE

The Administrative Master Complaint, as amended and supplemented, and the complaints filed in each one of the underlying actions that are part of this multi-district litigation, have improperly joined claims under Rule 18 of the Federal Rules of Civil Procedure requiring severance of claims as provided by Rule 21 of the Federal Rules of Civil Procedure.

WHEREFORE, all premises considered, Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, as insurer of R-Vision, Inc., prays that its Answer to Plaintiffs' Third Supplemental and Amended Administrative Master Complaint (R. Doc. 4486), and Fourth Supplemental and Amended Administrative Master Complaint (R. Doc. 7688) be deemed good and sufficient, and that after all legal delays and due proceedings are had, this Honorable Court enter judgment in its favor and against Plaintiffs and grant Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, as insurer of R-Vision, Inc., such other, further and different relief as may be necessary and proper, including attorney's fees and costs, as the justice of this cause may require and permit, as well as for all other general and equitable relief as is reasonable under the premises. Defendant further prays for a trial by jury.

Respectfully submitted,

PREIS & ROY
(A Professional Law Corporation)


BY: /s/Catherine M. Landry
        EDWIN G. PREIS, JR. #10703
        CATHERINE M. LANDRY #25750
        102 Versailles Boulevard, Ste. 400
        Post Office Drawer 94-C
        Lafayette, Louisiana 70509
        Telephone: 337-237-6062
        Facsimile: 337-237-9129
        E-mail: epreis@preisroy.com
        E-mail: clandry@preisroy.com

*COUNSEL FOR WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, AS INSURER OF
R-VISION, INC.*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of February, 2010, a copy of the foregoing Answer to Complaint for Damages was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.


/s/Catherine M. Landry

CATHERINE M. LANDRY

1583316