1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: FEMA TRAILER          MDL NO. 1873

FORMALDEHYDE PRODUCTS        SECTION "N"(4)

LIABILITY LITIGATION         JUDGE ENGELHARDT

EXHIBIT
F


This document relates to: Lyndon T. Wright

v. Forest River, Inc., et al

Docket No. 09-2977

* * *

Videotaped Deposition of CHARLES DAVID MOORE, PE, PLS, 1833 East Main Street, New Iberia, Louisiana 70560, taken at the Law Offices of Frank J. D'Amico, Jr., 622 Baronne Street, New Orleans, Louisiana 70113, on Tuesday, the 27th day of October, 2009.


REPORTED BY:

   JAMES T. BRADLE, CCR and
     GRETCHEN ALEXANDER, CCR
   PROFESSIONAL SHORTHAND REPORTERS
   (504)529-5255

VIDEOGRAPHER:

   MICHAEL BERGERON
   PROFESSIONAL SHORTHAND REPORTERS

Q    Okay. And maybe I ought to go through a definitional exercise. When I talk about "this case," I'm going to be talking about Lyndon Wright versus Forest River, Shaw and the United States. Okay?

A    Okay.

Q    And I will try to talk about the MDL if I'm talking about more generally all of the formaldehyde cases.

A    Okay.

Q    And I will ask you to do the same, if that's all right with you.

A    I will try to remember that, yes.

Q    Okay. Thank you. I'm going to mark as Exhibit 4 one of the documents from your reliance files. It has Bates labels LWFR-EXP5-000457 through 459, and ask you if you recognize that?

A    Yes.

Q    These are the cover sheets of three reference guides, the Manual for Steel Construction, ASCE 7-05 and the Timber Construction Manual, right?

A    That's correct.

Q    Okay. Did you reference any other

1  reference guides or standards in connection
2  with the compilation of your report besides
3  these three guides?
4      A    I believe I referenced some
5  building codes.
6      Q    Okay. We will get to the codes in
7  a minute. Any other reference guides?
8      A    I don't think so. I think this
9  covered everything there, yes.
10     Q    Okay. In your report, you used
11 these materials to calculate some -- to
12 perform some loading calculations, right?
13     A    That's correct.
14     Q    Okay. Did you use these guides
15 for any other purpose, Exhibit 4?
16     A    An analysis of the structure in
17 general, yes.
18     Q    Okay. Describe what you mean by
19 that.
20     A    Well, these guides give you
21 certain characteristics, physical
22 characteristics of steel and timber in
23 general for -- obviously, the Steel
24 Construction Manual, and then the Timber
25 Construction Manual, the same kind of thing.

1  But they give you certain physical
2  characteristics that will allow you to
3  determine how those members and how those
4  pieces of materials will perform under
5  different types of loads.
6     Q   Okay.  Did you take data out of
7  these guides, and what I mean by that is
8  those that are referenced in Exhibit 4, and
9  use those data to perform calculations that
10 are relevant to the trailer at issue in this
11 case?
12    A   Yes.
13    Q   Okay.  I tell you what, I'm going
14 to continue going through your reliance
15 files and we will get back to those
16 questions in a little bit.
17    A   Okay.
18    Q   All right.  I'm going to mark as
19 Exhibit 5 a document that appears to be an
20 excerpt from the Federal Register.  It bears
21 Bates labels LWFR-EXP5-000043 through 101,
22 and ask you if you have seen that before?
23    A   Yes.
24    Q   This was also part of your
25 reliance materials; was it not?

Moore, Charles 102709

16

1   A   Yes, sir.

2   Q   Okay. What did you use these HUD

3   standards -- First of all, Exhibit 5 is an

4   excerpt from the Federal Register that's

5   related to certain HUD standards, right?

6   A   That's correct.

7   Q   Okay. What did you use this for

8   in connection with your report?

9   A   I used this as a comparison

10  between what the HUD standards were for

11  mobile home installations or manufactured

12  housing and a comparison to how this

13  particular trailer in this case was

14  constructed.

15  Q   Okay. You would acknowledge,

16  would you not, that Exhibit 5 doesn't say

17  anything about travel trailers?

18  A   I would acknowledge that, yes.

19  Q   Okay. The next document from your

20  reliance files, which I will mark as

21  Exhibit 6, has multiple Bates labels on it,

22  but I'm going to stick with the plaintiffs'

23  designation. This is LWFR-EXP5-000102

24  through 111, and ask you if you have seen

25  that before?

Moore, Charles 102709

1  report or the Dubuclet report?
2      A   No.  In fact, because it
3  specifically mentioned Forest River, one
4  other thing that happened in this particular
5  case is we were asked to present a
6  preliminary report that documented what we
7  were expecting to do in this case, and so it
8  may have been even left over from that
9  particular report.
10     Q   Okay.  Well, just to be clear, you
11 did copy and paste sections of either the
12 Alexander or the Dubuclet report into this
13 report that is Exhibit 2, right?
14     A   That's correct.  And then edited
15 and modified as needed for this particular
16 report.
17     Q   Okay.  Did you do any search and
18 replace like "Fleetwood," changed that to
19 "Forest River," or "Fluor," changed that to
20 "Shaw"?
21     A   No.
22     Q   I'm going to mark as Exhibit 10 a
23 document that appears to be an excerpt from
24 the International Building Code.  It bears
25 Bates labels LWFR-EXP5-000579 through 583.

1   Have you seen that document
2   before, Mr. Moore?
3       A    Yes, sir.
4       Q    This is only part of the
5   International Building Code, right?
6       A    That's correct.
7       Q    Okay. If we looked at the entire
8   International Building Code, it wouldn't say
9   anything about travel trailers, would it?
10      A    That's correct. I don't think it
11  says anything about travel trailers, right.
12  It's a fairly large document, which is why I
13  didn't duplicate the entire document.
14      Q    Sure. But you agree with me,
15  though, that even the large document doesn't
16  say anything about travel trailers?
17      A    I don't know of anything that
18  specifically talks about travel trailers.
19      Q    Okay. Is Exhibit 10 the only part
20  of the International Building Code that you
21  used in connection with creating your
22  report, Exhibit 2?
23      A    That's the only relevant portions
24  that I used in this report, yes.
25      Q    Okay. The next document I'm going

```
 1   to show you, Mr. Moore, is Exhibit 11.  It
 2   bears Bates labels LWFR-EXP5-000584 through
 3   589.  This appears to be an excerpt from the
 4   International Residential Code, right?
 5        A    That's correct.
 6        Q    Okay.  And this also was in your
 7   reliance files, right?
 8        A    Yes, sir.
 9        Q    And again, this isn't the entire
10   IRC, is it?
11        A    That's correct.
12        Q    But if we were to look at the
13   entire IRC, we would not see the words
14   "travel trailer" in it?
15        A    I don't think so.
16        Q    Okay.  Why did you refer to both
17   the International Building Code and the
18   International Residential Code in connection
19   with preparing your report for this case?
20        A    I referred to those because I
21   believed that these units should have been
22   designed and constructed in accordance with
23   the building codes that were in force and in
24   place at the time that they were used, and
25   these were two documents that were
```

1   referenced in the New Orleans Building Code.
2       Q    I guess -- And we will get to your
3   opinions on that in a moment, Mr. Moore, but
4   why do you need both the building code and
5   the residential code to perform or to create
6   an expert report on an object that you, if I
7   may paraphrase you, you seem to believe is a
8   residential structure?
9       A    Okay.  The reason being is that
10  basically the building code that's in place
11  now for New Orleans or that was in place for
12  New Orleans at the time, and actually
13  currently still is, generally references the
14  International Building Code, which would be
15  the Exhibit 10.
16          However, there are some things in
17  the International Building Code that
18  references the use of the International
19  Residential Code, which would be Exhibit 11,
20  for certain items and certain things.
21          And so what I did in using both of
22  these was to show that even though there may
23  be portions that are valid or relevant from
24  the International Building Code side or some
25  that are more relevant from the residential

1  code side, that they're basically in
2  agreement with the types of loads and things
3  that I reviewed from a structural standpoint
4  for residential units.
5      Q   If an object falls under the
6  residential code, the provisions of the
7  residential code would apply or they would
8  supersede the provisions of the building
9  code to the extent that they're in conflict,
10 right?
11     A   I don't think that that's
12 necessarily the case.  There may be some
13 items that are -- that the building code
14 would supersede the residential code.  I
15 can't think of any specific examples right
16 now, but there may be some examples -- there
17 may be some areas where they specifically
18 refer to something in the IBC as opposed to
19 the IRC.
20     Q   Okay.  It's your understanding
21 that the City of New Orleans was largely
22 using the International Building Code at the
23 time that the trailer at issue in this case
24 was installed?
25     A   Yes, sir.

```
 1       A    No.
 2       Q    If you were to put a house on
 3  concrete piers, you'd have to have a
 4  permanent footing and mortar between the
 5  blocks --
 6       A    No.
 7       Q    -- right?
 8       A    No.
 9       Q    No?
10       A    No.
11       Q    Do you think that it meets code to
12  build a house that sits on concrete blocks
13  that are just stacked together as these
14  were?
15       A    Yes.  Yes, they do that all the
16  time for manufactured homes, and that is
17  actually part of that standard that we
18  looked at, that 30, Chapter 30, I believe,
19  that we looked at as part of my reliance
20  materials.  It speaks about putting the
21  manufactured homes on blocks that are dry
22  stacked, is what they refer that to.
23       Q    Okay.  Chapter 30 of what?
24       A    The Federal Register, the portion
25  out of the Federal Register that we had back
```

107

1  the building code for the City of New
2  Orleans better than you do?
3      MR. AHLQUIST:
4          Objection.
5      THE WITNESS:
6          That's pretty much a loaded
7  question. I would say many of them, no.
8  EXAMINATION BY MR. KURTZ::
9      Q   Okay. Why do you say that?
10     A   Just in my experience with many
11 building officials around the state,
12 particularly a few years back, many of them
13 really did not know what was in the building
14 code.
15     Q   Okay. Are you aware of any
16 exemptions to the City of New Orleans
17 building code that were put into place
18 following Hurricane Katrina?
19     A   No, I'm not aware of any.
20     Q   Haven't researched that?
21     A   No, I have not.
22     Q   When does a trailer stop being a
23 trailer and become something that's governed
24 by the building code?
25     A   By the use of that trailer.

Moore, Charles 102709

1  Q   Okay. So if I intend to live in
2  my trailer, even if I don't put it on
3  blocks, then it's something covered by the
4  building code?
5  A   Yes, sir.
6  Q   And that sort of situation would
7  fail the building code, right?
8  A   I believe so, yes.
9  Q   So it's the use of the thing as a
10 residence that triggers the applicability of
11 the code where the thing is, right?
12 A   I believe that's correct, yes.
13 Q   Okay. Do you think tents are
14 governed by the building code?
15 A   I don't think so.
16 Q   Okay. What if somebody intended
17 to live in a tent?
18 A   They come under some different
19 things. There are some codes specifically
20 for structures that are made out of fabric
21 and things like that, so they would have to
22 meet those types of codes. I don't know if
23 there's anything specifically in the
24 building code for that.
25 Q   Could you take a look at

109

1  Exhibit 11 to your deposition, please.
2      A   Okay.
3      Q   Are trailers installed in the
4  manner as the one occupied by Mr. Wright
5  covered by Section 107?
6      A   I believe that's one of the
7  applicable sections, yes.
8      Q   Okay. It's Section 107.2 that
9  talks about what temporary structures have
10 to conform to, right?
11     A   That's correct.
12     Q   It says that "Temporary structures
13 and uses shall conform to the structural
14 strength, fire safety, means of egress,
15 light, ventilation and sanitary requirements
16 of this code as necessary to ensure the
17 public health, safety and general welfare,"
18 right?
19     A   That's correct.
20     Q   That phrase "as necessary," do you
21 know whether any code officials, given the
22 emergency situation, decided not to enforce
23 aspects of the IRC to travel trailer
24 installations?
25     A   I don't know that, no.

Moore, Charles 102709

289

1  the building, go, Hey, look, take these
2  people out of the trailer; they're too
3  dangerous. Give me the names.
4      A   The person I would have talked to,
5  like I mentioned earlier, was Gerald Gesser.
6  He was the building official for Iberia
7  Parish.
8      Q   And what code was in effect in
9  November of 2005 in Iberia Parish?
10     A   The same type of code that they
11 had in New Orleans.
12     Q   That's not my question to you,
13 sir.
14     A   International --
15     Q   Tell me specifically. I want to
16 know specifically, sir. Tell me the
17 building code that was in effect in Iberia
18 Parish in November -- I'm sorry -- in August
19 of 2005 and September of 2005?
20     A   I think it was the International
21 Building Code of 2000, was in effect at that
22 time.
23     Q   You think?
24     A   Yes, sir.
25     Q   You really believe that in Iberia

Moore, Charles 102709

290

1  Parish in September of 2005 the 2000
2  building code was in effect?
3     A  Yes, sir.
4     Q  The residential building code --
5  the International Residential Code was in
6  effect?
7     A  The International Residential Code
8  is referenced by the International Building
9  Code, so yes, it would be part of that code.
10    Q  And what entity adopted that code
11 at that period of time?  In September of
12 2005, tell me what governmental entity
13 adopted that code to make it applicable for
14 Iberia Parish.
15    A  It would be the Iberia Parish
16 government, Iberia Parish Council.
17    Q  So I'm going to go look at their
18 records.  You believe that the Iberia Parish
19 Council had adopted in September of 2005 the
20 International Building Code?
21    A  I think that's what was in effect,
22 yes.
23    Q  Okay.  Now --
24    A  I wouldn't swear that absolutely
25 it was, but I believe it was, yes.

Moore, Charles 102709