# Part I — Administrative



EXHIBIT G

## CHAPTER 1

## ADMINISTRATION

### SECTION R101
### TITLE, SCOPE AND PURPOSE

**R101.1 Title.** These provisions shall be known as the *Residential Code for One- and Two-Family Dwellings* of [NAME OF JURISDICTION], and shall be cited as such and will be referred to herein as "this code."

**R101.2 Scope.** The provisions of the *International Residential Code for One- and Two-Family Dwellings* shall apply to the construction, alteration, movement, enlargement, replacement, repair, equipment, use and occupancy, location, removal and demolition of detached one- and two-family dwellings and multiple single-family dwellings (townhouses) not more than three stories in height with a separate means of egress and their accessory structures.

**R101.3 Purpose.** The purpose of this code is to provide minimum requirements to safeguard life or limb, health and public welfare.

### SECTION R102
### APPLICABILITY

**R102.1 General.** Where, in any specific case, different sections of this code specify different materials, methods of construction or other requirements, the most restrictive shall govern. Where there is a conflict between a general requirement and a specific requirement, the specific requirement shall be applicable.

**R102.2 Other laws.** The provisions of this code shall not be deemed to nullify any provisions of local, state or federal law.

**R102.3 Application of references.** References to chapter or section numbers, or to provisions not specifically identified by number, shall be construed to refer to such chapter, section or provision of this code.

**R102.4 Referenced codes and standards.** The codes and standards referenced in this code shall be considered part of the requirements of this code to the prescribed extent of each such reference. Where differences occur between provisions of this code and referenced codes and standards, the provisions of this code shall apply.

> **Exception:** Where enforcement of a code provision would violate the conditions of the listing of the equipment or appliance, the conditions of the listing and manufacturer's instructions shall apply.

**R102.5 Appendices.** Provisions in the appendices shall not apply unless specifically referenced in the adopting ordinance.

**R102.6 Partial invalidity.** In the event any part or provision of this code is held to be illegal or void, this shall not have the effect of making void or illegal any of the other parts or provisions.

**R102.7 Existing structures.** The legal occupancy of any structure existing on the date of adoption of this code shall be permitted to continue without change, except as is specifically covered in this code, the *International Property Maintenance Code* or the *International Fire Code*, or as is deemed necessary by the building official for the general safety and welfare of the occupants and the public.

**R102.7.1 Additions, alterations or repairs.** Additions, alterations or repairs to any structure shall conform to that required for a new structure without requiring the existing structure to comply with all of the requirements of this code, unless otherwise stated. Additions, alterations or repairs shall not cause an existing structure to become unsafe or adversely affect the performance of the building.

### SECTION R103
### DEPARTMENT OF BUILDING SAFETY

**R103.1 Creation of enforcement agency.** The department of building safety is hereby created and the official in charge thereof shall be known as the building official.

**R103.2 Appointment.** The building official shall be appointed by the chief appointing authority of the jurisdiction.

**R103.3 Deputies.** In accordance with the prescribed procedures of this jurisdiction and with the concurrence of the appointing authority, the building official shall have the authority to appoint a deputy building official, the related technical officers, inspectors, plan examiners and other employees. Such employees shall have powers as delegated by the building official.

### SECTION R104
### DUTIES AND POWERS OF THE BUILDING OFFICIAL

**R104.1 General.** The building official is hereby authorized and directed to enforce the provisions of this code. The building official shall have the authority to render interpretations of this code and to adopt policies and procedures in order to clarify the application of its provisions. Such interpretations, policies and procedures shall be in conformance with the intent and purpose of this code. Such policies and procedures shall not have the effect of waiving requirements specifically provided for in this code.

proposed work conforms to the requirements of this code and laws and ordinances applicable thereto, the building official shall issue a permit therefor as soon as practicable.

**R105.3.1.1 Substantially improved or substantially damaged existing buildings and structures.** For applications for reconstruction, rehabilitation, addition, or other improvement of existing buildings or structures located in an area prone to flooding as established by Table R301.2(1), the building official shall examine or cause to be examined the construction documents and shall prepare a finding with regard to the value of the proposed work. For buildings that have sustained damage of any origin, the value of the proposed work shall include the cost to repair the building or structure to its predamage condition. If the building official finds that the value of proposed work equals or exceeds 50 percent of the market value of the building or structure, the finding shall be provided to the board of appeals for a determination of substantial improvement or substantial damage. Applications determined by the board of appeals to constitute substantial improvement or substantial damage shall meet the requirements of Section R327.

**R105.3.2 Time limitation of application.** An application for a permit for any proposed work shall be deemed to have been abandoned 180 days after the date of filing, unless such application has been pursued in good faith or a permit has been issued; except that the building official is authorized to grant one or more extensions of time for additional periods not exceeding 180 days each. The extension shall be requested in writing and justifiable cause demonstrated.

**R105.4 Validity of permit.** The issuance or granting of a permit shall not be construed to be a permit for, or an approval of, any violation of any of the provisions of this code or of any other ordinance of the jurisdiction. Permits presuming to give authority to violate or cancel the provisions of this code or other ordinances of the jurisdiction shall not be valid. The issuance of a permit based on construction documents and other data shall not prevent the building official from requiring the correction of errors in the construction documents and other data. The building official is also authorized to prevent occupancy or use of a structure where in violation of this code or of any other ordinances of this jurisdiction.

**R105.5 Expiration.** Every permit issued shall become invalid unless the work authorized by such permit is commenced within 180 days after its issuance, or if the work authorized by such permit is suspended or abandoned for a period of 180 days after the time the work is commenced. The building official is authorized to grant, in writing, one or more extensions of time, for periods not more than 180 days each. The extension shall be requested in writing and justifiable cause demonstrated.

**R105.6 Suspension or revocation.** The building official is authorized to suspend or revoke a permit issued under the provisions of this code wherever the permit is issued in error or on the basis of incorrect, inaccurate or incomplete information, or in violation of any ordinance or regulation or any of the provisions of this code.

**R105.7 Placement of permit.** The building permit or copy thereof shall be kept on the site of the work until the completion of the project.

✱ **R105.8 Responsibility.** It shall be the duty of every person who performs work for the installation or repair of building, structure, electrical, gas, mechanical or plumbing systems, for which this code is applicable, to comply with this code.

## SECTION R106
## CONSTRUCTION DOCUMENTS

**R106.1 Submittal documents.** Construction documents, special inspection and structural observation programs, and other data shall be submitted in one or more sets with each application for a permit. The construction documents shall be prepared by a registered design professional where required by the statutes of the jurisdiction in which the project is to be constructed. Where special conditions exist, the building official is authorized to require additional construction documents to be prepared by a registered design professional.

**Exception:** The building official is authorized to waive the submission of construction documents and other data not required to be prepared by a registered design professional if it is found that the nature of the work applied for is such that reviewing of construction documents is not necessary to obtain compliance with this code.

**R106.1.1 Information on construction documents.** Construction documents shall be drawn upon suitable material. Electronic media documents are permitted to be submitted when approved by the building official. Construction documents shall be of sufficient clarity to indicate the location, nature and extent of the work proposed and show in detail that it will conform to the provisions of this code and relevant laws, ordinances, rules and regulations, as determined by the building official.

**R106.1.2 Manufacturer's installation instructions.** Manufacturer's installation instructions, as required by this code, shall be available on the job site at the time of inspection.

**R106.1.3 Information for construction in areas prone to flooding.** For buildings and structures in flood hazard areas as established by Table R301.2(1), construction documents shall include:

1. Delineation of flood hazard areas, floodway boundaries, and flood zones, and the design flood elevation, as appropriate;
2. The elevation of the proposed lowest floor, including basement; in areas of shallow flooding (AO zones), the height of the proposed lowest floor, including basement, above the highest adjacent grade; and
3. If design flood elevations are not included on the community's Flood Insurance Rate Map (FIRM), the building official and the applicant shall obtain and reasonably utilize any design flood elevation and floodway data available from other sources.

**R106.2 Site plan.** The construction documents submitted with the application for permit shall be accompanied by a site plan

showing the size and location of new construction and existing structures on the site and distances from lot lines. In the case of demolition, the site plan shall show construction to be demolished and the location and size of existing structures and construction that are to remain on the site or plot.

**R106.3 Examination of documents.** The building official shall examine or cause to be examined the accompanying construction documents and shall ascertain by such examinations whether the construction indicated and described is in accordance with the requirements of this code and other pertinent laws or ordinances.

**R106.3.1 Approval of construction documents.** When the building official issues a permit, the construction documents shall be approved in writing or by stamp. One set of construction documents so reviewed shall be retained by the building official. The other set shall be returned to the applicant, shall be kept at the site of work and shall be open to inspection by the building official or his or her authorized representative.

**R106.3.2 Previous approvals.** This code shall not require changes in the construction documents, construction or designated occupancy of a structure for which a lawful permit has been heretofore issued or otherwise lawfully authorized, and the construction of which has been pursued in good faith within 180 days after the effective date of this code and has not been abandoned.

**R106.3.3 Phased approval.** The building official is authorized to issue a permit for the construction of foundations or any other part of a building or structure before the construction documents for the whole building or structure have been submitted, provided that adequate information and detailed statements have been filed complying with pertinent requirements of this code. The holder of such permit for the foundation or other parts of a building or structure shall proceed at the holder's own risk with the building operation and without assurance that a permit for the entire structure will be granted.

**R106.4 Amended construction documents.** Work shall be installed in accordance with the reviewed construction documents, and any changes made during construction that are not in compliance with the approved construction documents shall be resubmitted for approval as an amended set of construction documents.

**R106.5 Retention of construction documents.** One set of approved construction documents shall be retained by the building official for a period of not less than 180 days from date of completion of the permitted work, or as required by state or local laws.

### SECTION R107
### TEMPORARY STRUCTURES AND USES

**R107.1 General.** The building official is authorized to issue a permit for temporary structures and temporary uses. Such permits shall be limited as to time of service, but shall not be permitted for more than 180 days. The building official is authorized to grant extensions for demonstrated cause.

**R107.2 Conformance.** Temporary structures and uses shall conform to the structural strength, fire safety, means of egress, light, ventilation and sanitary requirements of this code as necessary to ensure the public health, safety and general welfare.

**R107.3 Temporary power.** The building official is authorized to give permission to temporarily supply and use power in part of an electric installation before such installation has been fully completed and the final certificate of completion has been issued. The part covered by the temporary certificate shall comply with the requirements specified for temporary lighting, heat or power in the ICC *Electrical Code*.

**R107.4 Termination of approval.** The building official is authorized to terminate such permit for a temporary structure or use and to order the temporary structure or use to be discontinued.

### SECTION R108
### FEES

**R108.1 Payment of fees.** A permit shall not be valid until the fees prescribed by law have been paid. Nor shall an amendment to a permit be released until the additional fee, if any, has been paid.

**R108.2 Schedule of permit fees.** On buildings, structures, electrical, gas, mechanical, and plumbing systems or alterations requiring a permit, a fee for each permit shall be paid as required, in accordance with the schedule as established by the applicable governing authority.

**R108.3 Building permit valuations.** Building permit valuation shall include total value of the work for which a permit is being issued, such as electrical, gas, mechanical, plumbing equipment and other permanent systems, including materials and labor.

**R108.4 Related fees.** The payment of the fee for the construction, alteration, removal or demolition for work done in connection with or concurrently with the work authorized by a building permit shall not relieve the applicant or holder of the permit from the payment of other fees that are prescribed by law.

**R108.5 Refunds.** The building official is authorized to establish a refund policy.

### SECTION R109
### INSPECTIONS

**R109.1 Types of inspections.** For on-site construction, from time to time the building official, upon notification from the permit holder or his agent, shall make or cause to be made any necessary inspections and shall either approve that portion of the construction as completed or shall notify the permit holder or his or her agent wherein the same fails to comply with this code.

**R109.1.1 Foundation inspection.** Inspection of the foundation shall be made after poles or piers are set or trenches or basement areas are excavated and any required forms erected and any required reinforcing steel is in place and

means for testing for tightness of the checks and opening of relief means.

**BACKFLOW, WATER DISTRIBUTION.** The flow of water or other liquids into the potable water-supply piping from any sources other than its intended source. Backsiphonage is one type of backflow.

**BACKSIPHONAGE.** The flowing back of used or contaminated water from piping into a potable water-supply pipe due to a negative pressure in such pipe.

**BACKWATER VALVE.** A device installed in a drain or pipe to prevent backflow of sewage.

**BALCONY, EXTERIOR.** An exterior floor projecting from and supported by a structure without additional independent supports.

**BALL COCK.** A valve that is used inside a gravity-type water closet flush tank to control the supply of water into the tank. It may also be called a flush-tank fill valve or water control.

**BASEMENT.** That portion of a building that is partly or completely below grade (see "Story above grade").

**BASEMENT WALL.** The opaque portion of a wall that encloses one side of a basement and has an average below grade wall area that is 50 percent or more of the total opaque and nonopaque area of that enclosing side.

**BASIC WIND SPEED.** Three-second gust speed at 33 feet (10 058 mm) above the ground in Exposure C (see Section R301.2.1) as given in Figure R301.2(4).

**BATHROOM GROUP.** A group of fixtures, including or excluding a bidet, consisting of a water closet, lavatory, and bathtub or shower. Such fixtures are located together on the same floor level.

**BEND.** A drainage fitting, designed to provide a change in direction of a drain pipe of less than the angle specified by the amount necessary to establish the desired slope of the line (see "Elbow" and "Sweep").

**BOILER.** A self-contained appliance from which hot water is circulated for heating purposes and then returned to the boiler, and which operates at water pressures not exceeding 160 pounds per square inch gage (psig) (1102 kPa gage) and at water temperatures not exceeding 250°F (121°C).

**BOND BEAM.** A horizontal grouted element within masonry in which reinforcement is embedded.

**BRACED WALL LINE.** A series of braced wall panels constructed in accordance with Section R602.10 for wood framing or Section R603.7 or R603.8.1.2 for cold-formed steel framing to resist racking from seismic and wind forces.

**BRACED WALL PANEL.** A section of a braced wall line constructed in accordance with Section R602.10 for wood framing or Section R603.7 or R603.8.1.2 for cold-formed steel framing, which extend the full height of the wall.

**BRANCH.** Any part of the piping system other than a riser, main or stack.

**BRANCH, FIXTURE.** See "Fixture branch, drainage."

**BRANCH, HORIZONTAL.** See "Horizontal branch, drainage."

**BRANCH, INTERVAL.** A distance along a soil or waste stack corresponding to a story height, but not less than 8 feet (2438 mm), within which the horizontal branches from one floor or story of a building are connected to the stack.

**BRANCH, MAIN.** A water-distribution pipe that extends horizontally off a main or riser to convey water to branches or fixture groups.

**BRANCH, VENT.** A vent connecting two or more individual vents with a vent stack or stack vent.

**BTU/H.** The listed maximum capacity of an appliance, absorption unit or burner expressed in British thermal units input per hour.

**BUILDING.** Building shall mean any one- and two-family dwelling or portion thereof, including townhouses, that is used, or designed or intended to be used for human habitation, for living, sleeping, cooking or eating purposes, or any combination thereof, and shall include accessory structures thereto.

**BUILDING DRAIN.** The lowest piping that collects the discharge from all other drainage piping inside the house and conveys it to the building sewer 30 inches (762 mm) outside the building wall.

**BUILDING, EXISTING.** Existing building is a building erected prior to the adoption of this code, or one for which a legal building permit has been issued.

**BUILDING LINE.** The line established by law, beyond which a building shall not extend, except as specifically provided by law.

**BUILDING OFFICIAL.** The officer or other designated authority charged with the administration and enforcement of this code.

**BUILDING SEWER.** That part of the drainage system that extends from the end of the building drain and conveys its discharge to a public sewer, private sewer, individual sewage-disposal system or other point of disposal.

**BUILDING THERMAL ENVELOPE.** The basement walls, exterior walls, floor, roof and any other building element that enclose conditioned spaces.

**BUILT-UP ROOF COVERING.** Two or more layers of felt cemented together and surfaced with a cap sheet, mineral aggregate, smooth coating or similar surfacing material.

**CEILING HEIGHT.** The clear vertical distance from the finished floor to the finished ceiling.

**CHIMNEY.** A primary vertical structure containing one or more flues, for the purpose of carrying gaseous products of combustion and air from a fuel-burning appliance to the outside atmosphere.

**CHIMNEY CONNECTOR.** A pipe that connects a fuel-burning appliance to a chimney.

**CHIMNEY TYPES**

> **Residential-type appliance.** An approved chimney for removing the products of combustion from fuel-burning, residential-type appliances producing combustion gases not in excess of 1,000°F (538°C) under normal operating conditions, but capable of producing combustion gases of

**DEVELOPED LENGTH.** The length of a pipeline measured along the center line of the pipe and fittings.

**DIAMETER.** Unless specifically stated, the term "diameter" is the nominal diameter as designated by the approved material standard.

**DIAPHRAGM.** A horizontal or nearly horizontal system acting to transmit lateral forces to the vertical resisting elements. When the term "diaphragm" is used, it includes horizontal bracing systems.

**DILUTION AIR.** Air that enters a draft hood or draft regulator and mixes with flue gases.

**DIRECT-VENT APPLIANCE.** A fuel-burning appliance with a sealed combustion system that draws all air for combustion from the outside atmosphere and discharges all flue gases to the outside atmosphere.

**DRAFT.** The pressure difference existing between the appliance or any component part and the atmosphere, that causes a continuous flow of air and products of combustion through the gas passages of the appliance to the atmosphere.

   **Induced draft.** The pressure difference created by the action of a fan, blower or ejector, that is located between the appliance and the chimney or vent termination.

   **Natural draft.** The pressure difference created by a vent or chimney because of its height, and the temperature difference between the flue gases and the atmosphere.

**DRAFT HOOD.** A device built into an appliance, or a part of the vent connector from an appliance, which is designed to provide for the ready escape of the flue gases from the appliance in the event of no draft, backdraft or stoppage beyond the draft hood; prevent a backdraft from entering the appliance; and neutralize the effect of stack action of the chimney or gas vent on the operation of the appliance.

**DRAFT REGULATOR.** A device that functions to maintain a desired draft in the appliance by automatically reducing the draft to the desired value.

**DRAFT STOP.** A material, device or construction installed to restrict the movement of air within open spaces of concealed areas of building components such as crawl spaces, floor-ceiling assemblies, roof-ceiling assemblies and attics.

**DRAIN.** Any pipe that carries soil and water-borne wastes in a building drainage system.

**DRAINAGE FITTING.** A pipe fitting designed to provide connections in the drainage system that have provisions for establishing the desired slope in the system. These fittings are made from a variety of both metals and plastics. The methods of coupling provide for required slope in the system (see "Durham fitting").

**DUCT SYSTEM.** A continuous passageway for the transmission of air which, in addition to ducts, includes duct fittings, dampers, plenums, fans and accessory air-handling equipment and appliances.

**DURHAM FITTING.** A special type of drainage fitting for use in the durham systems installations in which the joints are made with recessed and tapered threaded fittings, as opposed to bell and spigot lead/oakum or solvent/cemented or soldered joints. The tapping is at an angle (not 90 degrees) to provide for proper slope in otherwise rigid connections.

**DURHAM SYSTEM.** A term used to describe soil or waste systems where all piping is of threaded pipe, tube or other such rigid construction using recessed drainage fittings to correspond to the types of piping.

✴ **DWELLING.** Any building that contains one or two dwelling units used, intended, or designed to be built, used, rented, leased, let or hired out to be occupied, or that are occupied for living purposes.

✴ **DWELLING UNIT.** A single unit providing complete independent living facilities for one or more persons, including permanent provisions for living, sleeping, eating, cooking and sanitation.

**DWV.** Abbreviated term for drain, waste and vent piping as used in common plumbing practice.

**EFFECTIVE OPENING.** The minimum cross-sectional area at the point of water-supply discharge, measured or expressed in terms of diameter of a circle and if the opening is not circular, the diameter of a circle of equivalent cross-sectional area. (This is applicable to air gap.)

**ELBOW.** A pressure pipe fitting designed to provide an exact change in direction of a pipe run. An elbow provides a sharp turn in the flow path (see "Bend" and "Sweep").

**EMERGENCY ESCAPE AND RESCUE OPENING.** An operable window, door or similar device that provides for a means of escape and access for rescue in the event of an emergency.

**EQUIPMENT.** All piping, ducts, vents, control devices and other components of systems other than appliances that are permanently installed and integrated to provide control of environmental conditions for buildings. This definition shall also include other systems specifically regulated in this code.

**EQUIVALENT LENGTH.** For determining friction losses in a piping system, the effect of a particular fitting equal to the friction loss through a straight piping length of the same nominal diameter.

**ESSENTIALLY NONTOXIC TRANSFER FLUIDS.** Fluids having a Gosselin rating of 1, including propylene glycol; mineral oil; polydimenthyoil oxane; hydrochlorofluorocarbon, chlorofluorocarbon and hydrofluorocarbon refrigerants; and FDA-approved boiler water additives for steam rollers.

**ESSENTIALLY TOXIC TRANSFER FLUIDS.** Soil, water or gray water and fluids having a Gosselin rating of 2 or more including ethylene glycol, hydrocarbon oils, ammonia refrigerants and hydrazine.

**EVAPORATIVE COOLER.** A device used for reducing air temperature by the process of evaporating water into an airstream.

**EXCESS AIR.** Air that passes through the combustion chamber and the appliance flue in excess of that which is theoretically required for complete combustion.

**FLUE COLLAR.** The portion of a fuel-burning appliance designed for the attachment of a draft hood, vent connector or venting system.

**FLUE GASES.** Products of combustion plus excess air in appliance flues or heat exchangers.

**FLUSH VALVE.** A device located at the bottom of a flush tank that is operated to flush water closets.

**FLUSHOMETER TANK.** A device integrated within an air accumulator vessel that is designed to discharge a predetermined quantity of water to fixtures for flushing purposes.

**FLUSHOMETER VALVE.** A flushometer valve is a device that discharges a predetermined quantity of water to fixtures for flushing purposes and is actuated by direct water pressure.

**FOAM PLASTIC INSULATION.** A plastic that is intentionally expanded by the use of a foaming agent to produce a reduced-density plastic consisting open or closed cells distributed throughout the plastic and that has a density less than 20 pounds per cubic foot (320 kg/m$^3$).

**FUEL-PIPING SYSTEM.** All piping, tubing, valves and fittings used to connect fuel utilization equipment to the point of fuel delivery.

**FULLWAY VALVE.** A valve that in the full open position has an opening cross-sectional area equal to a minimum of 85 percent of the cross-sectional area of the connecting pipe.

**FURNACE.** A vented heating appliance designed or arranged to discharge heated air into a conditioned space or through a duct or ducts.

**GLAZING AREA.** The interior surface area of all glazed fenestration, including the area of sash, curbing or other framing elements, that enclose conditioned space. Includes the area of glazed fenestration assemblies in walls bounding conditioned basements.

**GRADE.** The finished ground level adjoining the building at all exterior walls.

**GRADE FLOOR OPENING.** A window or other opening located such that the sill height of the opening is not more than 44 inches (1118 mm) above or below the finished ground level adjacent to the opening.

**GRADE, PIPING.** See "Slope."

**GRADE PLANE.** A reference plane representing the average of the finished ground level adjoining the building at all exterior walls.

**GROSS AREA OF EXTERIOR WALLS.** The normal projection of all exterior walls, including the area of all windows and doors installed therein.

**GROUND-SOURCE HEAT PUMP LOOP SYSTEM.** Piping buried in horizontal or vertical excavations or placed in a body of water for the purpose of transporting heat transfer liquid to and from a heat pump. Included in this definition are closed loop systems in which the liquid is recirculated and open loop systems in which the liquid is drawn from a well or other source.

**GUARD.** A building component or a system of building components located near the open sides of elevated walking surfaces that minimizes the possibility of a fall from the walking surface to the lower level.

**HABITABLE SPACE.** A space in a building for living, sleeping, eating or cooking. Bathrooms, toilet rooms, closets, halls, storage or utility spaces and similar areas are not considered habitable spaces.

**HANDRAIL.** A horizontal or sloping rail intended for grasping by the hand for guidance or support.

**HANGERS.** See "Supports."

**HAZARDOUS LOCATION.** Any location considered to be a fire hazard for flammable vapors, dust, combustible fibers or other highly combustible substances.

**HEATING DEGREE DAYS (HDD).** The sum, on an annual basis, of the difference between 65°F (18°C) and the mean temperature for each day as determined from "NOAA Annual Degree Days to Selected Bases Derived from the 1960-1990 Normals" or other weather data sources acceptable to the code official.

**HEAT PUMP.** An appliance having heating or heating/cooling capability and that uses refrigerants to extract heat from air, liquid or other sources.

**HEIGHT, BUILDING.** The vertical distance from grade plane to the average height of the highest roof surface.

**HEIGHT, STORY.** The vertical distance from top to top of two successive tiers of beams or finished floor surfaces; and, for the topmost story, from the top of the floor finish to the top of the ceiling joists or, where there is not a ceiling, to the top of the roof rafters.

**HIGH-TEMPERATURE (H.T.) CHIMNEY.** A high temperature chimney complying with the requirements of UL 103. A Type H.T. chimney is identifiable by the markings "Type H.T." on each chimney pipe section.

**HORIZONTAL BRANCH, DRAINAGE.** A drain pipe extending laterally from a soil or waste stack or building drain, that receives the discharge from one or more fixture drains.

**HORIZONTAL PIPE.** Any pipe or fitting that makes an angle of less than 45 degrees (0.79 rad) with the horizontal.

**HOT WATER.** Water at a temperature greater than or equal to 110°F (43°C).

**HURRICANE-PRONE REGIONS.** Areas vulnerable to hurricanes, defined as the U.S. Atlantic Ocean and Gulf of Mexico coasts where the basic wind speed is greater than 90 miles per hour (145 km/h), and Hawaii, Puerto Rico, Guam, Virgin Islands, and America Samoa.

**IGNITION SOURCE.** A flame, spark or hot surface capable of igniting flammable vapors or fumes. Such sources include appliance burners, burner ignitions and electrical switching devices.

**INDIRECT WASTE PIPE.** A waste pipe that discharges into the drainage system through an air gap into a trap, fixture or receptor.

**INDIVIDUAL SEWAGE DISPOSAL SYSTEM.** A system for disposal of sewage by means of a septic tank or mechanical

showing the size and location of new construction and existing structures on the site and distances from lot lines. In the case of demolition, the site plan shall show construction to be demolished and the location and size of existing structures and construction that are to remain on the site or plot.

**R106.3 Examination of documents.** The building official shall examine or cause to be examined the accompanying construction documents and shall ascertain by such examinations whether the construction indicated and described is in accordance with the requirements of this code and other pertinent laws or ordinances.

**R106.3.1 Approval of construction documents.** When the building official issues a permit, the construction documents shall be approved in writing or by stamp. One set of construction documents so reviewed shall be retained by the building official. The other set shall be returned to the applicant, shall be kept at the site of work and shall be open to inspection by the building official or his or her authorized representative.

**R106.3.2 Previous approvals.** This code shall not require changes in the construction documents, construction or designated occupancy of a structure for which a lawful permit has been heretofore issued or otherwise lawfully authorized, and the construction of which has been pursued in good faith within 180 days after the effective date of this code and has not been abandoned.

**R106.3.3 Phased approval.** The building official is authorized to issue a permit for the construction of foundations or any other part of a building or structure before the construction documents for the whole building or structure have been submitted, provided that adequate information and detailed statements have been filed complying with pertinent requirements of this code. The holder of such permit for the foundation or other parts of a building or structure shall proceed at the holder's own risk with the building operation and without assurance that a permit for the entire structure will be granted.

**R106.4 Amended construction documents.** Work shall be installed in accordance with the reviewed construction documents, and any changes made during construction that are not in compliance with the approved construction documents shall be resubmitted for approval as an amended set of construction documents.

**R106.5 Retention of construction documents.** One set of approved construction documents shall be retained by the building official for a period of not less than 180 days from date of completion of the permitted work, or as required by state or local laws.

## SECTION R107
## TEMPORARY STRUCTURES AND USES

**R107.1 General.** The building official is authorized to issue a permit for temporary structures and temporary uses. Such permits shall be limited as to time of service, but shall not be permitted for more than 180 days. The building official is authorized to grant extensions for demonstrated cause.

**R107.2 Conformance.** Temporary structures and uses shall conform to the structural strength, fire safety, means of egress, light, ventilation and sanitary requirements of this code as necessary to ensure the public health, safety and general welfare.

**R107.3 Temporary power.** The building official is authorized to give permission to temporarily supply and use power in part of an electric installation before such installation has been fully completed and the final certificate of completion has been issued. The part covered by the temporary certificate shall comply with the requirements specified for temporary lighting, heat or power in the ICC *Electrical Code*.

**R107.4 Termination of approval.** The building official is authorized to terminate such permit for a temporary structure or use and to order the temporary structure or use to be discontinued.

## SECTION R108
## FEES

**R108.1 Payment of fees.** A permit shall not be valid until the fees prescribed by law have been paid. Nor shall an amendment to a permit be released until the additional fee, if any, has been paid.

**R108.2 Schedule of permit fees.** On buildings, structures, electrical, gas, mechanical, and plumbing systems or alterations requiring a permit, a fee for each permit shall be paid as required, in accordance with the schedule as established by the applicable governing authority.

**R108.3 Building permit valuations.** Building permit valuation shall include total value of the work for which a permit is being issued, such as electrical, gas, mechanical, plumbing equipment and other permanent systems, including materials and labor.

**R108.4 Related fees.** The payment of the fee for the construction, alteration, removal or demolition for work done in connection with or concurrently with the work authorized by a building permit shall not relieve the applicant or holder of the permit from the payment of other fees that are prescribed by law.

**R108.5 Refunds.** The building official is authorized to establish a refund policy.

## SECTION R109
## INSPECTIONS

**R109.1 Types of inspections.** For on-site construction, from time to time the building official, upon notification from the permit holder or his agent, shall make or cause to be made any necessary inspections and shall either approve that portion of the construction as completed or shall notify the permit holder or his or her agent wherein the same fails to comply with this code.

**R109.1.1 Foundation inspection.** Inspection of the foundation shall be made after poles or piers are set or trenches or basement areas are excavated and any required forms erected and any required reinforcing steel is in place and

prior to the placing of concrete. The foundation inspection shall include excavations for thickened slabs intended for the support of bearing walls, partitions, structural supports, or equipment and special requirements for wood foundations.

**R109.1.2 Plumbing, mechanical, gas and electrical systems inspection.** Rough inspection of plumbing, mechanical, gas and electrical systems shall be made prior to covering or concealment, before fixtures or appliances are set or installed, and prior to framing inspection.

> **Exception:** Ground-source heat pump loop systems tested in accordance with Section M2105.1 shall be permitted to be backfilled prior to inspection.

**R109.1.3 Floodplain inspections.** For construction permitted in areas prone to flooding as established by Table R301.2(1), upon placement of the lowest floor, including basement, and prior to further vertical construction, the building official shall require submission of a certification, prepared by a registered professional engineer or land surveyor, of the elevation of the lowest floor, including basement, required in Section R327.

**R109.1.4 Frame and masonry inspection.** Inspection of framing and masonry construction shall be made after the roof, masonry, all framing, firestopping, draftstopping and bracing are in place and after the plumbing, mechanical and electrical rough inspections are approved.

**R109.1.5 Other inspections.** In addition to the called inspections above, the building department may make or require any other inspections to ascertain compliance with this code and other laws enforced by the building department.

> **R109.1.5.1 Fire-resistance-rated construction inspection.** Where fire-resistance-rated construction is required between dwelling units or due to location on property, the building official shall require an inspection of such construction after all lathing and/or wallboard is in place, but before any plaster is applied, or before wallboard joints and fasteners are taped and finished.

**R109.1.6 Final inspection.** Final inspection shall be made after the permitted work is complete and prior to occupancy.

**R109.2 Inspection agencies.** The building official is authorized to accept reports of approved agencies, provided such agencies satisfy the requirements as to qualifications and reliability.

**R109.3 Inspection requests.** It shall be the duty of the person doing the work authorized by a permit to notify the building official that such work is ready for inspection. It shall be the duty of the person requesting any inspections required by this code to provide access to and means for inspection of such work

**R109.4 Approval required.** Work shall not be done beyond the point indicated in each successive inspection without first obtaining the approval of the building official. The building official, upon notification, shall make the requested inspections and shall either indicate the portion of the construction that is satisfactory as completed, or shall notify the permit holder or an agent of the permit holder wherein the same fails to comply with this code. Any portions that do not comply shall be corrected and such portion shall not be covered or concealed until authorized by the building official.

## SECTION R110
## CERTIFICATE OF OCCUPANCY

**R110.1 Use and occupancy.** No building or structure shall be used or occupied, and no change in the existing occupancy classification of a building or structure or portion thereof shall be made until the building official has issued a certificate of occupancy therefor as provided herein. Issuance of a certificate of occupancy shall not be construed as an approval of a violation of the provisions of this code or of other ordinances of the jurisdiction. Certificates presuming to give authority to violate or cancel the provisions of this code or other ordinances of the jurisdiction shall not be valid.

**R110.2 Change in use.** Changes in the character or use of an existing structure shall not be made except as specified in Sections 3405 and 3406 of the *International Building Code*.

**R110.3 Certificate issued.** After the building official inspects the building or structure and finds no violations of the provisions of this code or other laws that are enforced by the department of building safety, the building official shall issue a certificate of occupancy which shall contain the following:

1. The building permit number.
2. The address of the structure.
3. The name and address of the owner.
4. A description of that portion of the structure for which the certificate is issued.
5. A statement that the described portion of the structure has been inspected for compliance with the requirements of this code.
6. The name of the building official.
7. The edition of the code under which the permit was issued.
8. If an automatic sprinkler system is provided.
9. Any special stipulations and conditions of the building permit.

**R110.4 Temporary occupancy.** The building official is authorized to issue a temporary certificate of occupancy before the completion of the entire work covered by the permit, provided that such portion or portions shall be occupied safely. The building official shall set a time period during which the temporary certificate of occupancy is valid.

**R110.5 Revocation.** The building official shall, in writing, suspend or revoke a certificate of occupancy issued under the provisions of this code wherever the certificate is issued in error, or on the basis of incorrect information supplied, or where it is determined that the building or structure or portion thereof is in violation of any ordinance or regulation or any of the provisions of this code.