# CHAPTER 1
## ADMINISTRATION

**101-General**

**101.1-Title**

These regulations shall be known as the *Building Code of The City of New Orleans, Louisiana*, hereinafter referred to as "this code".

**101.2 Scope.** The provisions of the *International Building Code* shall apply to the construction, alteration, movement, enlargement, replacement, repair, equipment, use and occupancy, location, maintenance, removal and demolition of every building or structure or any appurtenances connected or attached to such buildings or structures.

> **Exception:** Detached one-and two- family dwellings and multiple single -family dwellings (townhouses) not more than three stories high with separate means of egress and their accessory structures shall comply with the *International Residential Code.* (*See Chapters 35 and 36)*

**101.2.1 Appendices.** Provisions in the appendices shall not apply unless specifically adopted.

**101.3 Intent.** The purpose of this code is to establish the minimum requirements to safeguard the public health, safety and general welfare through structural strength, means of egress facilities, stability, sanitation, adequate light and ventilation, energy conservation, and safety to life and property from fire and other hazards attributed to the built environment.

**101.3.1 Quality Control.** Quality control of materials and workmanship is not within the purview of this Code except as it relates to the purposes stated herein.

**101.3.2 Permitting and Inspection.** The inspection or permitting of any building or plan by the City of New Orleans, under the requirement of this Code shall not be construed in any court as a warranty of the physical condition of such building or the adequacy of such plan.

Neither the City of New Orleans nor any employee thereof shall be liable in tort for damages for any defect or hazardous or illegal condition or inadequacy in such building or plan, or for any failure of any component of such building, which may occur subsequent to such inspection or permitting.

**101.4 Referenced Codes.** The other codes listed in Sections 101.4.1 through 101.4.7 and referenced elsewhere in this code shall be considered part of the requirements of this code to the prescribed extent of each such reference.

**101.4.1 Electrical.** The provisions of the Chapter 27 of this Code shall apply to the installation of electrical systems, including alterations, repairs, replacement, equipment, appliances, fixtures, fittings and appurtenances thereto.

**101.4.2 Gas.** The provisions of the *International Fuel Gas Code* shall apply to the installation of gas piping from the point of delivery, gas appliances and related accessories as covered in this code. These requirements apply to gas piping systems extending from the point of delivery to the inlet connections of appliances and the installation and operation of residential and commercial gas appliances and related accessories.

**101.4.3 Mechanical.** The provisions of the International Mechanical Code shall apply to the installation, alterations, repairs, and replacement of mechanical systems, including equipment, appliances, fixtures, fittings and/or appurtenances, including ventilating, heating, cooling, air conditioning and refrigeration systems, incinerators, and other energy-related systems.

**101.4.4 Plumbing.** Refer to Sewerage and Water Board for all plumbing requirements.

**101.4.5 Property Maintenance.** The provisions of the *International Property Maintenance Code* shall apply to



EXHIBIT
H

Director.

## SECTION 107
## TEMPORARY STRUCTURES AND USES

**107.1    General.** The Director is authorized to issue a permit for temporary    structures and temporary uses.  The permit shall be limited as to time of service, but shall not be permitted for more than 180 days.  The Director is authorized to grant extensions for demonstrated cause.

**107.2 Conformance.**  Temporary structures and uses shall conform to the structural strength, fire safety, means of egress, accessibility, light, ventilation and sanitary requirements of this code as necessary to ensure the public health, safety and general welfare.

**107.3 Temporary power.** The Director is authorized to give permission to temporarily supply and use power in part of an electric installation before such installation has been fully completed and the final certificate of completion has been issued.  The part covered by the temporary certificate shall    comply with the requirements specified for temporary lighting, heat or power .

**107.4.  Termination of approval.** The Director is authorized to terminate a permit for a temporary structure or use and to order the temporary structure or use to be discontinued.

## SECTION 108
## FEES

**108.1 Payment of fees.**  A permit is not valid until the fees prescribed by law are paid.    An amendment to a permit will not be released until the additional fee, if any, has been paid.

**108.2 Work Commencing Before Permit Issuance.** Any person who commences any work on a building or a structure before obtaining the necessary building permit or who commences any demolition work prior to obtaining the necessary  permit shall be subject to a penalty  in addition to the required permit fee.  The penalty for commencing construction shall not be more than the valuation of the improvements.  The penalty for commencing demolition shall not be more than the replacement value of the structure or the demolished portion thereof as determined by the provisions of Section 108.4.  The determination of the extent of the penalty, and the amount of the penalty shall be in the sole discretion of the Director.

**108.3 Accounting.**  The Director is to collect fees for certificates and permits and shall give receipts for same; he shall deposit daily all sums collected under this Code to the Bureau of the Treasury, to the account of the General Fund, except guarantee deposit fees shall be kept in a separate account by the Director of Finance. The Director shall keep a permanent, accurate account of all fees and other monies collected and received under this Code, the names of the person upon whose account the same were paid, the date and amount thereof, together with the location of the building or premises to which they relate.

**108.4   Building  Permit  Valuations.**    The determination of value or valuation under any of the provisions of this Code shall be made by the Director, and in so determining the value he shall be guided by recognized appraisal methods.  The Director shall keep posted in public view the system or method including basic cost data in use in  determining the cost or value. The data shall be made public at least two (2) weeks in advance of its enactment and shall be revised at least every twelve (12) months.  In the event a certified copy of the construction contract is presented, the contract price shall be the basis for determining fees.  For construction, structural repairs, additions and structural alterations, a permit must be secured and fee paid, except in cases where the work is actually performed

accordance with the Federal Flood Insurance Rate Map and the Code of the City of New Orleans. In addition, the top of the floor shall not be less than 18 inches above the highest point of the curb in front of the lot or site. Furthermore, the underside of a raised structure shall have a minimum of 18 inches from the underside of the sill to the ground beneath the entire structure. The builder shall obtain from a Land Surveyor or Civil Engineer, licensed in the State of Louisiana, a Certificate of Construction Bench Mark describing a mark of known elevation in immediate proximity to the property. This will be used in establishing the elevation of the piers or chain wall. This Certificate shall be furnished to the Department of Safety and Permits at the time of building permit application. Before framing begins, a Certificate of Floor Elevation shall be submitted by the applicant to the Department of Safety and Permits. This certificate shall contain as built minimum floor elevation and shall be signed by a Civil Engineer or Land Surveyor, licensed in the State of Louisiana. If the as built minimum floor elevation is built below the stipulated elevation, the Department of Safety and Permits is empowered to order the removal or correction of said floor and the Department of Safety and Permits is empowered to cancel the building permit.

**119.3 Modifications**

In the Central Business District (including the area known as the Vieux Carre'), in built-up commercial areas and in areas where a satisfactory system of lot grades and building elevations already have been established, the Department of Safety and Permits may modify or vary the requirements of 110.2.1 and 110.2.2 provided the new construction in the above-mentioned areas shall always be equal to or above the average lower floor elevation in the particular block or area, so long as such grade elevations are in compliance with the requirements of the Federal Insurance Administration."

SECTION 9. That Chapter 2 of the IBC, 2000 Edition, be amended to include the following:

**"CHAPTER 2**
**DEFINITIONS**

**Building Official:** The Director of the Department of Safety and Permits, or his duly authorized representative or employee."

SECTION 10. That Chapter 4 of the IBC, 2000 Edition, be amended to include the following:

**"CHAPTER 4**
**SPECIAL DETAILED REQUIREMENTS BASED ON USE AND OCCUPANCY**

**SECTION 419**
**TENTS**

**419.1 PERMIT REQUIRED.** Tents, with an area up to 1,200 sq. ft. and not located in the inner city fire limits, require only a Certificate of Compliance from Fire Prevention. Tents, with an area exceeding 1,200 sq. ft. and all tents located in the inner city fire limits, require a certificate of compliance from the Fire Department and a Building Permit from the Department of Safety and Permits.

**SECTION 420**
**PREFABRICATED AND MODULAR BUILDINGS**
**420.1 SCOPE:** This section covers the installation of prefabricated and modular buildings within the City of New Orleans.

**420.2 Definition:** Structures transportable in one or more sections and which are built on a permanent chassis shall be considered as prefabricated and/or modular buildings.

**420.3 General:** Prefabricated and Modular Buildings shall be designed with a permanent foundation and must comply with the provisions of this code. It shall be the duty of the permit applicant to provide a label or seal of compliance with the provisions of this code, issued

by an agency approved by the City of New Orleans. In the alternative, the permit applicant shall cause the work to be accessible and exposed for inspection purposes. The permit applicant is responsible for expense entailed in the removal or replacement of any material required to allow inspection.

**420.4 Construction Documents:** Two sets of construction documents prepared by a Louisiana Registered Architect or Civil Engineer shall be submitted to the department along with an application for a permit. Construction documents shall include, among other things, plans, elevations, sections, foundation details, construction benchmark etc. The construction documents shall be drawn to scale and shall be of sufficient clarity to indicate the location, nature and extent of the proposed work and show in detail that the prefabricated and/or modular building will conform to the provisions of this code."

SECTION 11.   That Chapter 9 of the IBC, 2000 Edition, be amended to include the following:

**"CHAPTER 9
FIRE PROTECTION SYSTEMS**

**SECTION 912
HYDRANTS, WATER MAINS & FIRE LANES**

**912.1 Fire Protection on Private Property.** Requirement for fire hydrants, water mains, fire lanes and driveways for the use of fire apparatus to combat fires on private property, shall be installed in the following developments and land uses as specified below:

1. Residential land use developments involving 2 acres or more.

2. Medium and High Density Residential Land Uses.

3. Large Scale Commercial Land Use Development involving 2 acres or more.

4. Large Scale Industrial Land Use Development involving 2 acres or more.

5. Light Industrial and Heavy Industrial Land Uses.

6. New Subdivisions in excess of five building sites.

7. New Subdivisions or Resubdivisions requiring additional streets.

8. Conditional land uses when approved by the Fire Department and Sewerage and Water Board.

9. Any Private Development, land and buildings and containing 2 acres or more that does not already have public streets, water mains and fire hydrants.

10. Campus development involving two acres or more.

**912.2 Detail Requirements:** All fire fighting systems required by this Code shall comply in all respects with:

1. Standard Fire Prevention Code as amended by the City of New Orleans.

2. Requirements of the Sewerage and Water Board which include but are not limited to:

(a) Connection to the public water supply, all connections to be made with a detector check valve, furnished and installed by the Sewerage and Water Board, the cost of installation charged to the applicant.

(b) If domestic water is also taken off the fire main, full-flow meters will be installed in lieu of the detector check valve.

(c) Granted Servitudes as required by the Sewerage and Water Board for servicing of water mains and fire hydrants which are to be installed according to the Sewerage and Water Board's specifications and the above code requirements.

**912.3** Furnish layout plans for approval.

**912.3.1** Plans shall be drawn to scale and shall include, but are not limited to, the following essential details:

1. The scale shall conform to the following:

1.1 Projects containing more than 200 acres, not more than 200 ft to one inch.

1.2 Projects containing 50 acres to 200 acres, not more than 100 ft to one inch.

1.3 Projects containing less than 50 acres, not more than 60 ft to one inch.