1

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4   IN RE:  FEMA TRAILER        MDL NO. 1873

5   FORMALDEHYDE PRODUCTS       SECTION N(4)

6   LIABILITY LITIGATION        JUDGE ENGELHARDT

7   (This document is in reference to
     "Lyndon Wright v. Forest
8        River, et al.")

9                   *   *   *

10

11          VIDEOTAPED DEPOSITION OF ERVIN

12   RITTER, P.E., 201 BOCAGE CIRCLE, LAFAYETTE,

13   LOUISIANA 70503, TAKEN AT THE OFFICES OF

14   FRANK D'AMICO, ATTORNEY AT LAW, 622 BARONNE

15   STREET, NEW ORLEANS, LOUISIANA 70112, ON THE

16   9TH DAY OF DECEMBER, 2009.

17

18

19   REPORTED BY:

20       CATHY RENEE' POWELL, CCR
          PROFESSIONAL SHORTHAND REPORTERS
21       (504)529-5255

22   VIDEOGRAPHER:

23       BRIAN SOILEAU
          PROFESSIONAL SHORTHAND REPORTERS
24       (504)529-5255

25

EXHIBIT
A

25

1    state court action, since it involved the

2    State of Louisiana?

3           A.    Yes, it was a state court.  We

4    were released from the lawsuit prior to it

5    going any further.  We were out of it early

6    on.

7           Q.    All right.  And the reason that

8    you were out of it was because someone

9    mistakenly saw your professional engineering

10   stamp and assumed that you had been involved

11   with the project?

12          A.    Exactly.

13          Q.    Were there any other lawsuits that

14   were brought against Ervin Ritter &

15   Associates from February 1, 1981, to May 21,

16   1992?

17          A.    No.

18          Q.    How about Ritter Consulting

19   Engineers, Limited?  What is the business of

20   Ritter Consulting Engineers, Limited?

21          A.    Ritter Consulting is a

22   full-service mechanical engineering firm,

23   providing services to architects, building

24   owners, governmental bodies, so on, for the

25   design of air-conditioning or mechanical

26

1    systems in buildings; observation of

2    construction of those systems; doing surveys

3    of those systems; studying proposed projects

4    for planning purposes.

5              It's whatever another architect --

6    engineering firm or governmental body or

7    whatever our clients ask us to do in

8    relationship to buildings.  That is our

9    expertise area.

10      Q.   And in terms of air quality

11   analysis, have you performed air quality

12   analyses relating to formaldehyde levels and

13   made representations to your clients

14   regarding the potential safety issues

15   related to formaldehyde levels while with

16   Ritter Consulting Engineers, Limited?

17      MR. AHLQUIST:

18              I object as to relevancy.  It

19   doesn't apply to this report, formaldehyde

20   levels.

21      THE WITNESS:

22              Okay.  We have for a client a

23   school board client who had a portable

24   classroom building.  They had complaints,

25   and as part of my qualifications as an

37

1      specified the UV light, which the hospital

2      had requested for the room.

3              They actually gave us the

4      manufacturer's literature on the light they

5      wanted.  It was installed as per the

6      manufacturer, Guth Lighting was the

7      manufacturer.

8              I want to say that all parties,

9      through mediation, settled for very minimal,

10     primarily because the plaintiffs had no

11     proof of how they received the injury and so

12     on.

13         (Discussion between court reporter and

14     witness.)

15     EXAMINATION BY MR. BONE:

16         Q.   Other than these two instances,

17     are there any other lawsuits to which Ritter

18     Consulting Engineers was a party?

19         A.   No.  In our almost 30-year

20     history, 29-year history, we have only had

21     three frivolous lawsuits.

22         Q.   And in both instances in which

23     Ritter Consulting Engineers has been sued,

24     you were sued over the installation of an

25     item which was specified by someone else?

40

1    investigation.

2         A.   Okay.

3         Q.   How were you contacted relative to

4    the Lyndon Wright case?

5         A.   It was a continuation of my

6    consulting work that I was doing with First

7    General Services, having started with the

8    Alexander case and going on to the Dubuclet

9    case and then the Lyndon Wright case.

10        Q.   And have you segregated the work

11   that you did in this case for billing

12   purposes from the work that you've done in

13   Alexander and Dubuclet?

14        A.   Yes, we have.

15   MR. BONE:

16             Are those --

17   MR. AHLQUIST:

18             I just got the e-mail; they've

19   just been e-mailed to me, so on the next

20   break, I'll print them up.

21   MR. BONE:

22             Okay.

23   EXAMINATION BY MR. BONE:

24        Q.   In terms of the overall billing,

25   then, the work that you did in Alexander is

1    Melville evaluating the Wright trailer.

2          What was your understanding as to

3    the scope of the work that you were going to

4    be performing with respect to the

5    investigation of this particular unit?

6          A.    My scope was to evaluate --

7    inspect and evaluate the existing mechanical

8    systems in the trailer and document what I

9    found and prepare a report.

10         Q.    What did your evaluation of the

11   existing mechanical systems of this

12   particular unit consist of?

13         A.    I'm sorry, say again.

14         Q.    You said that your understood

15   scope of work was to evaluate the mechanical

16   systems of this particular unit, true?

17         A.    Correct.

18         Q.    Okay.  Mechanical systems, for

19   those of us who are not engineers, are what

20   as it relates to this particular unit?

21         A.    The mechanical systems in there

22   being the air-conditioning system and the

23   plumbing system.

24         Q.    With respect to the

25   air-conditioning system, what did your

46

1    evaluation consist of?

2        A.    Well --

3        Q.    I don't mean to cut you off, but

4    in other words, what steps did you take,

5    what tests, those types of things did you do

6    to evaluate the A/C system, you personally?

7        A.    Okay.   I did photo

8    documentation -- you said "you personally,"

9    so you're excluding my staff that I had that

10   I was directing to do things or is that

11   inclusive?

12       Q.    That's a fair qualification.

13            The folks from Ritter Consulting,

14   in terms of your evaluation -- Ritter

15   Consulting's evaluation of this particular

16   A/C system, what steps did you take, Ritter

17   Consulting, to evaluate that system?

18       A.    We did photo documentation,

19   inspection of the interior of the ductwork,

20   both heating and cooling, we removed -- at

21   the time when the covers were removed from

22   the air-conditioning unit, we inspected

23   that, photo documented it, and continued

24   documenting the site as we saw it as things

25   were going on.

47

1              Then at the point where we were

2     starting to do the destructive testing and

3     taking the trailer apart, we continued

4     documenting our findings until we got down

5     to the raw frame.

6          Q.   In terms of the documentation that

7     was generated by Ritter Consulting, I've

8     seen the schematics of the trailer.  There

9     were photographs of the trailer taken by

10    Ritter Consulting, correct?

11         A.   That is correct.

12         Q.   Okay.  Was there any other

13    documentation that was generated by Ritter

14    Consulting regarding the testing that was

15    performed?

16         A.   No.

17         Q.   Did Ritter Consulting perform any

18    pressure testing?

19         A.   No.

20         Q.   Did Ritter Consulting perform any

21    moisture testing of the Wright unit?

22         A.   No.

23         Q.   Did Ritter Consulting perform the

24    duct blaster analysis?

25         A.   No.

48

1      Q.    Did Ritter Consulting perform the

2   blower door analysis?

3      A.    No.

4      Q.    Did Ritter Consulting utilize data

5   loggers to track temperature and humidity

6   inside the trailer?

7      A.    We provided data loggers for doing

8   that.  And that may be something, if you

9   want, I will correct my statement on that.

10  Doing -- taking those tests, that data

11  should be in our files that you have.  But

12  most of this information was provided to

13  First General.

14     Q.    I'll represent to you that there

15  are no data logger readings in your reliance

16  materials.  Would that surprise you?

17     A.    No.

18     Q.    The data logger readings, you did

19  not rely on in generating your report,

20  correct?

21     A.    No.

22     Q.    Is my statement correct?

23     A.    Correct.

24     Q.    Is there any particular reason why

25  you didn't rely on the data logger readings

58

1    utilize a recirculating air conditioner?

2         A.   Yes.

3         MR. AHLQUIST:

4              Go ahead.

5    EXAMINATION BY MR. BONE:

6         Q.   I know you answered it, but just

7    for the sake of the clarity of the record,

8    let me ask it again.

9              Do most single-family residences

10   utilize a recirculating air-conditioning

11   unit?

12        MR. AHLQUIST:

13             Object to the form.  But go ahead

14   and answer.

15        THE WITNESS:

16             Yes.

17   EXAMINATION BY MR. BONE:

18        Q.   And so for those of us who aren't

19   engineers, most single-family residences do

20   not use mechanical ventilation to ventilate

21   the home, correct?

22        MR. AHLQUIST:

23             Same objection.  Go ahead.

24        THE WITNESS:

25             In today's -- I have got to be

1   careful, I'm covering up his mic.  In

2   today's --

3   EXAMINATION BY MR. BONE:

4       Q.   I don't mean to stop you, but if

5   you can answer yes or no, and then I will

6   allow you to explain your answer.

7       A.   Okay.  Then I'm going to ask you

8   to ask your question one more time.

9       Q.   That's -- that's quite all right.

10           Most single-family residential

11  dwellings do not use mechanical ventilation

12  to bring in fresh air, correct?

13      A.   That is correct.

14           Now, with the problems that we are

15  facing with indoor air quality issues, mold,

16  et cetera, in homes over the last five

17  years, five to ten years, mechanical

18  ventilation systems are being developed and

19  are being encouraged to be used in the

20  residential applications because we're going

21  through a transition of technology of

22  increasing efficiencies in air-conditioning

23  equipment, super insulation of homes, super

24  tight homes so that we don't have an

25  opportunity for infiltration into the homes.

1          So that we are now coming into a

2    time when, over the next five to ten years,

3    it's going to become very common to see a

4    mechanical ventilation unit added to the

5    home.

6        MR. BONE:

7              Let me object to the

8    responsiveness as to everything after

9    "correct."  I appreciate your answer,

10   though.

11   EXAMINATION BY MR. BONE:

12       Q.   What I believe I can take from

13   that answer is that, although the industry

14   may be -- the home building industry may be

15   transitioning to that, it is still

16   acceptable practice, as we sit here today,

17   to use a recirculating air conditioner even

18   in new construction of single-family

19   residences, true?

20       A.   It is acceptable practice -- I'm

21   not going to give you your answer yes or no.

22             If it is a home that is being

23   designed by a professional engineer, it will

24   have a mechanical system normally.  If it is

25   a mechanical system on a new home that is

1    the roof compartment?

2       A.   No.

3       Q.   Is there any other evidence that

4    you have of condensation forming in those

5    areas while Mr. Wright lived in this unit?

6       A.   No.

7       Q.   The next item in your report is

8    that "The walls did not have a vapor

9    barrier," and you state that "A vapor

10   barrier would tend to reduce the risk of

11   condensation in the walls and the walls only

12   have an R-8 unfaced fiberglass batt

13   insulation," correct?

14      A.   That is correct.

15      Q.   You indicated that one of the

16   problems that you would expect to find with

17   only using R-8 would be that you could not

18   control for temperature or for humidity

19   using the 15,000 BTU air conditioner.  True?

20      A.   Say again?  I'm sorry.

21      Q.   You mention in here that one of

22   the problems that you would expect to

23   encounter using R-8 insulation for the

24   walls, ceiling and floor is that during

25   particularly hot days, the air conditioner

71

1    And you indicated that you believe that the

2    supply and return ductwork is of a low grade

3    or lower grade insulation, or lower R-value

4    insulation than is required by the

5    manufacturer of the unit.   True?

6         A.   That is correct.

7         Q.   In terms of the size of the

8    ceiling compartment, did you measure that?

9         A.   Explain, I'm sorry?

10        Q.   I may not be clear, and I'm glad

11   you are correcting me.   In terms of the

12   height of the ceiling compartment, which

13   would be from the ceiling board to the

14   roofing material, how much distance was

15   there?

16        A.   That was measured by my people,

17   and I want to say it was roughly 5 and a

18   half inches.

19        Q.   Do you know if it was more than 5

20   and a half inches?

21        A.   I don't recall.

22        Q.   Does that make a difference?

23        A.   In what respect?

24        Q.   In terms of the instruction and

25   guidance given by Dometic regarding the

72

1  ductwork to be utilized with its unit.

2      A.   It would if they're using common

3  ducting -- ducting materials of today,

4  whether it be a metal duct with a liner or

5  fiberglass, foil-faced fiberglass duct board

6  that would meet an R-7 insulation on it.

7      Q.   In terms of Dometic's instruction

8  that a certain grade or certain R-value of

9  insulation be used on the ductwork, have you

10 spoken with anyone at Dometic regarding what

11 that requirement actually consists of?

12     A.   I have spoken to people at Dometic

13 on the Alexander case to obtain a copy of

14 their manual, but I have not questioned them

15 on why the R-7.

16     Q.   Do you know from your involvement

17 in this litigation whether Dometic does

18 audits of installation procedures of travel

19 trailer manufacturers?

20     A.   No, I do not.

21     Q.   Do you have any evidence that

22 Dometic considers it acceptable to use an

23 R-value that's lower than 7 if you use an

24 overlay of batt insulation which exceeds 7?

25     MR. AHLQUIST:

73

1              Object to the form and foundation.

2       MR. BONE:

3              I asked him if he knew.

4       THE WITNESS:

5              That is not indicated anywhere in

6    their installation manual.

7    EXAMINATION BY MR. BONE:

8       Q.   Have you discussed that with

9    anyone at Dometic to identify whether

10   Dometic finds it to be an acceptable

11   practice to use an R-8 overlay with the

12   ductwork that you found in the Wright unit?

13      MR. AHLQUIST:

14             Object to the form.

15      THE WITNESS:

16             No, I have not talked to anyone at

17   Dometic.

18   EXAMINATION BY MR. BONE:

19      Q.   In terms of the problem that you

20   would expect to have as a result of using

21   lower R-value ductwork, what were the

22   problems that you would have from using a

23   lower value ductwork -- R-value ductwork?

24      MR. AHLQUIST:

25             Might want to restate that

74

1    question again.

2         MR. BONE:

3              Yeah, I think I rambled.  I'll do

4    better this time.

5    EXAMINATION BY MR. BONE:

6         Q.   In terms of using a ductwork with

7    an R-value lower than 7, what problems would

8    that lead to, in your opinion?

9         A.   Okay.  You're installing the

10   ductwork in the ceiling cavity with a roof

11   deck material being basically plywood

12   paneling and a rubber membrane on top of it,

13   using 2-and-a-half-inch unfaced batt

14   insulation up in there.

15             Using the quarter-inch foam board,

16   which would have an R-value of in the

17   neighborhood of 1, 1 and a half at the most,

18   you're going to be losing -- you're going to

19   have a heat gain from the cavity space to

20   the ductwork, warming that air up, which is

21   going to affect the efficiency and the

22   capacity of the unit, especially at the

23   maxed cooling time of the year.

24             Two, to be able to take and put

25   insulation around the ductwork, you're going

75

1    to take the 2-and-a-half-inch unfaced

2    insulation, which has an R-value of about an

3    8 when fully expanded to its thickness, and

4    you're going to compress it to be between

5    the duct and the roof deck, which is going

6    to compress it into a space of about 1 inch,

7    and then you go back and you look at a batt

8    insulation manufacturer's -- I give up.

9         Q.   Do you want to use that chair?

10        A.   -- a batt insulation

11   manufacturers' literature, they're going to

12   warn against compressing the ductwork, the

13   insulation, because it loses its insulating

14   value.

15            So in effect, you're taking an R-8

16   at its fully expanded thickness, compressing

17   it to 1 inch and greatly reducing its

18   insulation capacity well below R-8.  So at

19   that point, you still don't have the R-7

20   around it.

21        Q.   Okay.  I think what I'm trying to

22   get to is --

23        A.   I'm getting there.

24        Q.   Well, let's -- I want to break it

25   down so that we're clear.

76

1            One of the problems that you have

2    identified is that it would be more

3    difficult to cool the unit during the

4    hottest months of the summer, correct?  You

5    said during peak times?

6        A.    During peak times.

7        Q.    And that would be the hottest

8    months of the summer, correct?

9        A.    That's correct.

10       Q.    Are there any other problems that

11   you see with that situation, with that

12   setup?

13       A.    Well, since you're going to be --

14   you have such a low R-value on that

15   foil-faced quarter-inch foam board, you run

16   into the likelihood of having condensation

17   forming.  And since that space had been

18   measured by another expert as being

19   negative, that means that you're going to

20   have water vapor going in that direction,

21   and since it is a cold surface, you're going

22   to be attracting that water vapor to that

23   area to form a higher humidity envelope

24   around it with or without visible

25   condensation.

78

1    not see any staining.

2         Q.    So the condensate, to the extent

3    that it existed, would only form on the

4    foil-faced surface?

5         MR. AHLQUIST:

6              Object to the form.

7         THE WITNESS:

8              Not necessarily just on the

9    foil-faced, but the exterior of that duct is

10   foil-faced, and that's where it would start.

11   And if you had a large enough accumulation

12   of it, then you might see it on the ceiling.

13             You might even see -- where you've

14   got enough cooling transfer conduction

15   between the duct and the ceiling that you

16   might even see some surface condensation on

17   the interior side of the unit.

18             These are all possibilities with

19   the conditions of it as it is built.

20   EXAMINATION BY MR. BONE:

21        Q.    In the operation of this

22   particular unit -- and you were operating it

23   right up until the point where we removed

24   the ceiling boards, correct?

25        A.    That is correct.

79

1    Q.   You didn't observe any

2    condensation in the ceiling cavity, did you?

3    MR. AHLQUIST:

4         Object to the form.

5    THE WITNESS:

6         We were -- we had already shut the

7    system down before we were -- we did not

8    have the cavity open during operation.

9    EXAMINATION BY MR. BONE:

10   Q.   My question to you, that unit ran

11   for a few weeks before disassembly of the

12   unit, correct?

13   A.   That is correct.

14   Q.   And when you took that ceiling

15   compartment apart, you didn't find any

16   condensation, did you?

17   A.   I don't recall seeing any evidence

18   on the -- on the parts that were taken out,

19   but we photographed them, and if it was

20   there, we do have photo documentation of it.

21   Q.   All right.  Can you point me to

22   the photograph that would show condensation

23   in the ceiling compartment of this

24   particular unit when you disassembled it?

25   A.   Not without going through all my

Ritter, Ervin 120909

94

1    provide data loggers for this particular

2    project?

3         A.   That is correct.  And we provided

4    those for First General's use.

5         Q.   On page 11 of 14, about three

6    entries down, the entry is ELR, which is

7    you, correct?

8         A.   Correct.

9         Q.   And it says, "Lunch meeting with

10   Al to discuss the case and prepare for a

11   conference call," and you've billed an hour

12   and a half for that?

13        A.   Correct.

14        Q.   When you say "Al," I assume that's

15   Mr. Mallet?

16        A.   That is correct.

17        Q.   And is it a fair statement that

18   you have expressed all of the opinions in

19   your report to Mr. Mallet regarding your

20   findings and evaluation?

21        A.   Yes, I have.

22        Q.   Do you recall if this specific

23   conference was to -- with Mr. Mallet was

24   about, to prepare for a conference call?

25        A.   We had lunch that day, and instead

Ritter, Ervin 120909

167

1    said, hey, I want to buy one unit.  I -- I

2    don't know if we can --

3         Q.   That's fine.  You haven't

4    investigated that issue?

5         A.   No.

6         Q.   Okay.  The mechanical

7    air-conditioning unit that you think should

8    have been installed in these units, is that

9    correct, that's generally your opinion?

10        A.   It would be a ventilation.

11        Q.   A ventilation unit.  Do you know

12   whether they are more expensive, less

13   expensive or the same cost as the unit, the

14   air-conditioning unit that Forest River used

15   for these travel trailers?

16        A.   They would probably be comparable

17   in cost, but it would be an addition because

18   I would still use the Dometic

19   air-conditioning unit, but add a mechanical

20   ventilation unit that would bring in outside

21   air, dehumidify it and put it inside the

22   unit to positively pressurize it.

23        Q.   So there would have been an

24   additional cost associated with that

25   modification of the travel trailer that

168

1    you're proposing?

2         A.    Yes, there would be.

3         Q.    Do you know how much that cost

4    would have been?

5         A.    Considering that the retail cost

6    of that unit was probably about $1,200, plus

7    you have to factor in the fact that they

8    would be buying in vast quantities and

9    probably getting some type of discount,

10   maybe on the order of 25, 30, maybe even

11   50 percent of that, they would probably

12   increase their overall cost maybe $1,000,

13   just off the top of my head with -- as I sit

14   here in front of the camera putting the

15   numbers together.

16        Q.    Understood.  I was just looking

17   for your best estimate.

18        A.    Okay.

19        MR. MILLER:

20             Thank you very much, sir.

21        MR. AHLQUIST:

22             I do have some questions, but I

23   have to use the restroom.

24        THE VIDEOGRAPHER:

25             We're off the record; it is 12:52.