```
                                                              1

 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE:  FEMA TRAILER        MDL NO. 1873

 5    FORMALDEHYDE PRODUCTS       SECTION "N"(4)

 6    LIABILITY LITIGATION        JUDGE ENGELHARDT

 7

 8    This document relates to:   Lyndon T. Wright

 9          v. Forest River, Inc., et al

10             Docket No. 09-2977

11                   *  *  *

12

13       Videotaped Deposition of PAUL J.

14   LaGRANGE, 256 Calumet Drive, Madisonville,

15   Louisiana 70447, taken at the Law Offices of

16   Frank J. D'Amico, Jr., 622 Baronne Street,

17   New Orleans, Louisiana 70113, on Monday, the

18   26th day of October, 2009.

19

20   REPORTED BY:

21       JAMES T. BRADLE, CCR
         PROFESSIONAL SHORTHAND REPORTERS
22       (504)529-5255

23   VIDEOGRAPHER:

24       MICHAEL BERGERON
         PROFESSIONAL SHORTHAND REPORTERS
25       (504)529-5255
```

EXHIBIT A

9

1    Q    The same?
2    A    The same.
3    Q    So your home and your professional
4    address are the same?
5    A    Yes.
6    Q    What is the name of your present
7    business?
8    A    LaGrange Consulting, L.L.C.
9    Q    And how long have you operated
10   that business as a limited liability
11   corporation?
12   A    I believe since 1999.
13   Q    What is the business of LaGrange
14   Consulting?
15   A    LaGrange Consulting is a
16   consulting firm that deals specifically with
17   building science related to a hot, humid
18   climate like we have in the Gulf south, and
19   we help individuals that are building their
20   own homes, contractors, architects,
21   engineers, design their building assemblies,
22   walls, floors, ceilings, roof lines, air
23   conditioners, ventilation equipment to
24   perform properly in our climate and our
25   region.

LaGrange, Paul 102609

10

1     Q    Okay.  Are you a licensed
2  architect?
3     A    No, sir.
4     Q    Are you a licensed professional
5  engineer?
6     A    No, sir.
7     Q    Are you a certified industrial
8  hygienist?
9     A    No, sir.
10    Q    Are you a toxicologist?
11    A    No, sir.
12    Q    When you said that you assist
13 folks who may be building their home, how do
14 you give assistance if you're neither an
15 architect nor a professional engineer?
16    A    Well, in most cases architects and
17 professional engineers don't know much about
18 building science unless they have actually
19 taken the time to get schooled with it.
20 This is not something that's in the
21 curriculum at our local universities.
22         Building science is -- it's the
23 science of what works and what doesn't work
24 in different climates.  I used to be a
25 builder.  In fact, I built homes for 20 plus

1   years, design build construction, mostly
2   residential, some light construction,
3   commercial construction, and also some
4   renovation work.
5           So I got interested in building
6   science in the mid nineties, because I was
7   building energy efficient and it was very
8   difficult for me to prove to my customers
9   who were buying homes that their homes were
10  more energy efficient than my competition.
11          So once I got so involved with the
12  energy efficiency, the indoor air quality,
13  moisture control, I decided to stop building
14  and concentrate on this exclusively, because
15  there wasn't many folks in this area that
16  were doing that.
17       Q   Okay.  In terms of building
18  science, would you define what "building
19  science" means to you?
20       A   "Building science" means to me, as
21  we're putting assemblies together, meaning
22  as we're constructing a wall or a floor or a
23  roof, that we're not only designing and
24  specifying the proper product, but how those
25  products are interacting with each other.

                                                                17

1    work that you do with respect to these 650
2    to 680 homes a year, the diagnostic work,
3    how much of that is related to litigation?
4         A    Very little.  Less than
5    one percent.
6         Q    If I was a person who lived in one
7    of these 650 to 680 homes that you evaluate
8    in a year and I called you out and said I
9    have some concerns with regard to whether my
10   AC system properly maintains relative
11   temperature and humidity, what would you do
12   to evaluate my problem?
13        A    Well, when we go to perform an
14   energy audit at a house, we look at the
15   whole house approach.  Much like I stated
16   earlier, for every action, there's a
17   reaction.
18             So it's very important for us to
19   be able to predict what's happening when
20   certain changes are made or when certain
21   changes are being considered to be made.
22   And so in order to evaluate not just the air
23   conditioning system, we would also inspect
24   the rest of the home.
25             We would look at air barriers.  We

                    LaGrange, Paul 102609

18

1    would look at insulation, where the
2    insulation is installed, how is it
3    installed.  We will look for air leaks.  We
4    will perform a blower door test to determine
5    what the air leakage rate would be.  We
6    would look at duct leakage, air conditioning
7    and heating ductwork leakage.  We would look
8    at the windows and how well the windows are
9    sealed, how well they're performing.  We
10   would also look at lighting and water
11   heaters.
12            And that's what we start with, and
13   as we are moving forward with the diagnostic
14   testing, if the evidence brings us into
15   other areas, we will consider those as well.
16       Q   Okay.  What is of significance
17   with respect to the water heaters typically
18   in a home?
19       A   High bills.  Lot of times folks
20   will be calling us, and while we're there
21   and they're having comfort, performance
22   problems, they also experience higher bills
23   than what they think they may be or maybe
24   what they're comparing to their neighbors or
25   a previous home.

1    A    It is.

2    Q    So you have no degree above the
3  B.S. Degree that you have from the
4  University of New Orleans, correct?

5    A    That is correct.

6    Q    Now, you mentioned you owned a
7  construction company for some period of
8  time.  Why was it that you no longer
9  construct houses and transitioned mainly to
10 consulting work?

11   A    It's very difficult to do both and
12 be excellent at both, so I decided to stick
13 with the building science.

14   Q    Okay.  In your capacity as a
15 contractor -- You were a contractor; is that
16 right?

17   A    Yes.

18   Q    Were you a licensed contractor?

19   A    Yes.

20   Q    In your capacity as a contractor,
21 were you ever cited for violation of
22 building codes?

23   A    Yes.

24   Q    On how many occasions?

25   A    Dozens.

1  applied to 2000 building codes, so I had to
2  go back and research the differences between
3  the '03 and the 2000 code.
4    Q    Now, you were referencing the 2003
5  building code.  Which 2003 building code
6  were you referencing?
7    A    The International Residential Code
8  as well as the references of that code that
9  refer to the Energy Efficiency Standards.
10   Q    And you had been referencing 2003
11 and someone told you you needed to reference
12 2000?
13   A    Al Mallet told me that, yes.
14   Q    Any other substantive changes to
15 the body of Exhibit 4 before it was
16 finalized?
17   A    Exhibit 4, meaning the report?
18   Q    Yes, sir.  Any substantive changes
19 to your draft report before it was finalized
20 into Exhibit 4?
21   A    No, sir.
22   Q    You mentioned that you looked
23 through and tried to make determinations as
24 to where there were differences between the
25 2000 and 2003, I will call it the IRC, the

46

1    there to go perform these tests and offer
2    results and how they interact with each
3    other.
4         Q    So your understanding of what you
5    were tasked to do in this case was simply to
6    perform the testing, the blower door
7    testing, the duct leakage testing, the
8    infrared testing and offer opinions as to
9    what the results of those tests revealed,
10   correct?
11        A    That is correct.
12        Q    To the extent that you offered any
13   opinions regarding the applicability of
14   certain codes to this particular trailer,
15   would you defer to others on whether certain
16   codes applied to the construction of this
17   trailer?
18        A    In reference to the IBC, the IRC
19   and the New Orleans code?
20        Q    Yes, sir.
21        A    No, I researched it myself.
22        Q    Okay.  What training do you have
23   to determine whether a certain code applies
24   to a certain construction?
25        A    I'm not sure that there's

LaGrange, Paul 102609

```
 1   necessarily any training that would have to
 2   be done as much as reading it and making
 3   sure if it's in compliance or not.
 4            However, in all the years of
 5   building houses, I think I have firsthand
 6   knowledge of what complies with building
 7   code and what doesn't, not to mention I have
 8   attended many of the code conferences over
 9   the years, even when it was the Southern
10   Building Code Conference, before it
11   transferred to the "I" codes in 2000.
12            I represented the St. Tammany
13   Homebuilders Association, performing that
14   task, as well as the Louisiana Homebuilders
15   Association, performing that task.
16       Q   So you were involved in the
17   adoption of the International Building Code?
18       A   Non-voting rights.  Non-voting
19   rights, since I was a builder.
20       Q   Okay.  So you didn't have a voting
21   right, but you were participating is what
22   you're saying?
23       A   That is correct.
24       Q   With respect to the application of
25   the International Building Code, who was it
```

48

1  that first made the assertion that it would

2  apply to the construction of a travel

3  trailer?

4      A    Someone on our expert team, one of

5  our reviews at the end of the testing days

6  mentioned that the building codes referenced

7  temporary housing, and I went back

8  researched it, and the person was correct.

9      Q    Does the word -- Where the

10 reference is made to temporary housing, is

11 the word "travel trailer" ever used?

12     A    I will have to look.  (Reviewing

13 documents).

14          The word "travel trailer" is not

15 used, but the word "dwelling" is used, and

16 it defines "dwelling" as "a means of living,

17 whether it's temporary or permanent."

18     Q    In the definition of "dwelling,"

19 is the word "travel trailer" used?

20     A    No, sir, it's not.  However, as it

21 defines what a dwelling is and how a

22 dwelling is being used, as these trailers

23 were being utilized under the FEMA

24 procurement, it certainly meets that

25 definition in my opinion.

LaGrange, Paul 102609

49

1    Q    In your opinion. And your opinion
2    comes from reading the code, correct?
3    A    That is correct.
4    Q    And determining in your own mind
5    that it applied to the construction of this
6    travel trailer?
7    A    That is correct, yes, sir.
8    Q    Did you ever attempt to confirm
9    whether the New Orleans Building Code was
10   ever applied to a travel trailer?
11   A    You mean did I research law and
12   see if there was an application for it? No,
13   I did not.
14   Q    Did you do anything to determine
15   whether the New Orleans Building Code was
16   ever applied to a travel trailer?
17   A    The New Orleans Building Code is
18   to apply to a dwelling, and this travel
19   trailer, in its intended use as far as the
20   FEMA procurement is concerned, meets that
21   definition.
22        So besides doing my own research
23   of reading it and making that determination,
24   that's the only thing I have done.
25   Q    Okay. In your opinion, it meets

LaGrange, Paul 102609

61

1   Q   Okay. So as someone supplying
2   units, how would I know where a particular
3   unit was going to be deployed?
4   A   I wouldn't know that.
5   Q   Right. And from this
6   specification, no one would know where one
7   particular unit was going to be deployed,
8   would they?
9   A   That's true. That's why you
10  follow the IBC and the IRC, which if you
11  refer to the New Orleans Building Code, it
12  is the same as the IRC and IBC, with the
13  exception of some deletions.
14  Q   The IRC, has that been adopted
15  everywhere in Mississippi?
16  A   Not Mississippi, no, sir.
17  Q   No, it hasn't, has it? So if I
18  built a unit that was going to Mississippi,
19  the building regulations are different than
20  they are in Louisiana, aren't they?
21  A   And that's the whole reason for
22  the "I" codes, so you will have uniformity
23  no matter where you go in the country.
24        Just because the State of
25  Mississippi has not adopted the IRC doesn't