1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER          MDL NO. 1873

FORMALDEHYDE PRODUCTS         SECTION "N"(4)

LIABILITY LITIGATION          JUDGE ENGELHARDT

\* \* \*

EXHIBIT B

Videotaped Deposition of PAUL J. LaGRANGE, 256 Calumet Drive, Madisonville, Louisiana 70447, taken at the offices of Lambert & Nelson, 701 Magazine Street, New Orleans, Louisiana 70130, on Wednesday, the 1st day of July, 2009.

REPORTED BY:

    JAMES T. BRADLE, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

VIDEOGRAPHER:

    MICHAEL BERGERON
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

1   about travel trailers?
2   A   No, sir.
3   Q   Did you offer any advice to that
4   caller about how to put the trailer up in
5   the air?
6   A   I did not.
7   Q   When was that?
8   A   I couldn't tell you. I don't
9   know.
10  Q   Did that caller mention anything
11  about formaldehyde in the trailer?
12  A   Did not.
13  Q   Are you a licensed contractor?
14  A   I am. In the State of Louisiana.
15  Q   Are there any limits on your
16  license or are you licensed to do work no
17  matter what size, scope, dollar amount?
18  A   There are no limits for size or
19  scope.
20  Q   Okay. How long have you been a
21  licensed contractor in Louisiana?
22  A   I would have to look back at my
23  CV, but it's going to be somewhere in the
24  early nineties, late eighties. I don't have
25  the exact date, but it would have to be very

LaGrange, Paul 070109

60

1  close to 1988, '89.
2      Q   And you kept that license current
3  since 1988 or 1989?
4      A   Yes, sir, I have.
5      Q   Are you licensed as a contractor
6  in any other state?
7      A   No, sir.
8      Q   What did you have to do to become
9  a licensed contractor in the State of
10 Louisiana?
11     A   There's a three-step process:
12 No. 1, take a handwritten test and pass,
13 provide financial data, and have a CPA audit
14 your books and provide that audit to the
15 State.
16     Q   And after all that, you meet your
17 license?
18     A   Yes, sir.
19     Q   Are you an industrial hygienist?
20     A   No, sir, I'm not.
21     Q   Are you an indoor air quality
22 specialist?
23     A   I am.
24     Q   Is that something you can be
25 certified or licensed in?

LaGrange, Paul 070109

1       A    Yes, sir, it is.  Certified in.
2       Q    Are you a certified indoor air
3   quality specialist?
4       A    No, sir, I'm not.
5       Q    Do you have any experience in the
6   design or construction of travel trailers?
7       A    No, sir, I do not.  I have lots of
8   experience in design of single family homes,
9   multi-family homes, light commercial.
10      Q    Have you ever been retained or
11  offered as an expert in the field of code
12  compliance?
13      A    Yes, sir, I have.
14      Q    Okay.  How many times?
15      A    For building code compliance.
16      Q    You have actually been asked to
17  review something for code compliance?
18      A    Yes, sir, I have.
19      Q    What kind of building or what kind
20  of buildings?
21      A    It was single family residential.
22      Q    Okay.  How many times?
23      A    Less than 10.
24      Q    Tell me how that would come about.
25  Would someone who was getting ready to build

```
                                                          89
 1    and you said "no," so --
 2         A    To formulate my opinion of the
 3    report, and that answer was "no."
 4         Q    Okay.  So what else have you
 5    looked at in this case?
 6         A    I read the depositions of the Shea
 7    brothers as well as their expert -- I mean,
 8    their -- I believe his name was Scott Pullin
 9    or "Pullin," which was their technical
10    expert.
11         Q    Anything else?
12         A    No.
13         Q    No other depositions?
14         A    Just those.
15         Q    No pleadings?
16         A    No.
17         Q    Any motions?
18         A    No.
19         Q    Okay.  Did you read Mr. Mallet's
20    report?
21         A    I have not.
22         Q    How many times have you performed
23    a blower door test?
24         A    Thousands.  Somewhere between
25    4,000 and 5,000.
```

```
 1        Q    And what about a duct blaster
 2   test?
 3        A    I don't do the duct blaster test
 4   as often, but somewhere near 1,000, maybe
 5   1,200.
 6        Q    Were you trained on how to do
 7   that?
 8        A    I was.
 9        Q    How did you receive your training
10   on how to perform those tests?
11        A    That was part of the training and
12   certification through the Department of
13   Natural Resources as well as the Florida
14   Solar Energy Center.  That was part of the
15   tests that you had to perform, a blower door
16   test and a duct leakage test.
17        Q    And for the DNR, you did that
18   when, late 1990's?
19        A    That's correct.
20        Q    And for the one in Florida, that
21   was in June of 2008?
22        A    That's correct.
23        Q    Are you aware of any authority
24   that provides that conducting a blower door
25   test is an acceptable means of measuring
```

91

1  building leakage in a travel trailer?
2       A    Yes.  There's worldwide
3  recognition that this is the general
4  practice for measuring air leakage.
5       Q    In a travel trailer?
6       A    For thermal envelopes.
7       Q    For any type of structure?
8       A    Any type of structure.
9       Q    Okay.  What source says that?
10      A    Well, the Department of Energy,
11 specifically the Build America program, it
12 deals not only with single family homes,
13 light commercial, but also deals with
14 manufactured housing.
15           The Florida Solar Energy Center,
16 which are experts in the humid climate and
17 diagnostic testing.  They also provide one
18 of the training tests we did.  One of our
19 three required tests we had to pass was
20 testing a mobile home or they call it a
21 manufactured house.
22      Q    Does anything have to be taken
23 into consideration when you're performing
24 this kind of test, a blower door test on a
25 unit that's off the ground, meaning the