UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| ADMINISTRATIVE MASTER | * | |
| COMPLAINT, AS SUPPLEMENTED | * | |
| AND AMENDED | * | MAG: CHASEZ |

*************************************************************************

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT, FAIRMONT HOMES, INC., TO ADMINISTRATIVE MASTER COMPLAINT, FIRST SUPPLEMENTAL AND AMENDED MASTER COMPLAINT, SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT, THIRD SUPPLEMENTAL AND AMENDED MASTER COMPLAINT, FOURTH SUPPLEMENTAL AND AMENDED MASTER COMPLAINT, AND JURY TRIAL REQUEST**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Fairmont Homes, Inc., which, pursuant to Pre-Trial Order Number 36 (R. Doc. 1386),[1] for answer to Plaintiffs' Administrative Master Complaint (R. Doc. 109), First Supplemental and Amended Master Complaint (R. Doc. 379), Second Supplemental and Amended Master Complaint (R. Doc. 722), Third Supplemental and Amended Administrative Master Complaint (R. Doc. 4486) and Fourth Supplemental and Amended Administrative Master Complaint (R. Doc. 7688), respectfully avers as follows:

**FIRST DEFENSE**

Plaintiffs' Administrative Master Complaint, as supplemented and amended, fails to state a claim or cause of action against Fairmont Homes, Inc., upon which relief can be granted.

---

[1] This answer "…shall constitute an answer in each action now pending or subsequently added to this proceeding." (R. Doc. 1386, p. 4). Fairmont Homes, Inc., submits that at the time of filing of this Answer, the actions to which this answer applies, without limiting its application as defined in Pre-Trial Order No. 36, include the actions listed in Exhibit "A" to this Answer.

## SECOND DEFENSE

Fairmont Homes, Inc., re-alleges and re-urges as if copied herein *in extenso* its Motion to Dismiss for Lack of Personal Jurisdiction, or Alternatively for Lack of Subject Matter Jurisdiction and/or Failure to State a Claim, and For Other Relief (Rec. Doc. 222), asserting that the plaintiffs lack personal and subject matter jurisdiction to sue Fairmont Homes, Inc. Furthermore, to the extent the plaintiffs have failed to match any plaintiff(s) to Fairmont, the Court's order (Rec. Doc. 604) granting Fairmont's Motion is still viable and applicable to this litigation.

**AND NOW**, in answer to the specific allegations of the Administrative Master Complaint, as supplemented and amended, Fairmont avers the following:

## ANSWER TO ADMINISTRATIVE MASTER COMPLAINT

### I.

The statement contained in Paragraph 1 of Plaintiffs' Administrative Master Complaint does not require a response on the part of Fairmont Homes, Inc. To the extent that a response is required, Fairmont Homes, Inc. respectfully submits that the Court record is its own best evidence of the contents contained therein.

### II.

The statement contained in Paragraph 2 of Plaintiffs' Administrative Master Complaint does not require a response on the part of Fairmont Homes, Inc. To the extent that a response is required, Fairmont Homes, Inc. respectfully submits that Pre-Trial Order No. 2 (R. Doc. 87) is its own best evidence of the contents contained therein.

III.

The statements contained in Paragraph 3 of Plaintiffs' Administrative Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the statements of Paragraph 3 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

IV.

The statements contained in Paragraph 4 of Plaintiffs' Administrative Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the statements of Paragraph 4 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

V.

The statements contained in Paragraph 5 of Plaintiffs' Administrative Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the statements of Paragraph 5 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

VI.

The allegations contained in Paragraph 6 of Plaintiffs' Administrative Master Complaint are denied.  Fairmont Homes, Inc. affirmatively asserts that the claims of the specifically named individuals are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

VII.

The allegations of Paragraph 7 and all subparts therein of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

Moreover, to the extent that it is established through discovery, Fairmont Homes, Inc.
affirmatively asserts that the named individuals are not appropriate representatives of any
proposed class or subclass.  Finally, to the extent that it is established through discovery,
Fairmont Homes, Inc. affirmatively asserts that the named individuals did not use a product
manufactured by Fairmont Homes, Inc., and thus, have no basis for a claim against Fairmont
Homes, Inc.

## VIII.

In response to the allegations of Paragraph 8 and all subparts therein of Plaintiffs'
Administrative Master Complaint, Fairmont Homes, Inc. admits that it is an Indiana corporation
with its principal office in Nappanee, Indiana, and that it manufactured and supplied
manufactured housing.  All other allegations contained in Paragraph 8 and all subparts therein
are denied for lack of sufficient information to justify a belief therein.

## IX.

The allegations contained in Paragraph 9 of Plaintiffs' Administrative Master Complaint
constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.
To the extent that a response is required, the allegations are denied for lack of sufficient
information to justify a belief therein.

## X.

The allegations contained in Paragraph 10 of Plaintiffs' Administrative Master Complaint
constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.
To the extent that a response is required, the allegations are denied for lack of sufficient
information to justify a belief therein.

XI.

The allegations contained in Paragraph 11 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc. To the extent that a response is required, Fairmont Homes, Inc. denies that any individual defendant suffered damages as alleged, to the extent it is established through discovery.  In further response, Fairmont Homes, Inc. states that the allegations regarding jurisdictional requirements are denied for lack of sufficient information to justify a belief therein.

XII.

The allegations contained in Paragraph 12 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc. To the extent that a response is required, Fairmont Homes, Inc. states that the allegations regarding jurisdictional requirements are denied for lack of sufficient information to justify a belief therein.

XIII.

The allegations contained in Paragraph 13 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc. To the extent that a response is required, Fairmont Homes, Inc. states that the allegations regarding jurisdictional requirements are denied for lack of sufficient information to justify a belief therein.

XIV.

The allegations contained in Paragraph 14 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.

To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

### XV.

The allegations contained in Paragraph 15 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

### XVI.

The allegations contained in Paragraph 16 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

### XVII.

The allegations contained in Paragraph 17 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Fairmont Homes, Inc. affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

### XVIII.

The allegations contained in Paragraph 18 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### XIX.

The allegations contained in Paragraph 19 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XX.

The allegations contained in Paragraph 20 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXI.

The allegations contained in Paragraph 21 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXII.

The allegations contained in Paragraph 22 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXIII.

The allegations contained in Paragraph 23 of Plaintiffs' Administrative Master Complaint are denied as written.

XXIV.

The allegations contained in Paragraph 24 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXV.

The allegations contained in Paragraph 25 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXVI.

To the extent that the allegations contained in Paragraph 26 of Plaintiffs' Administrative Master Complaint apply to Fairmont Homes, Inc., the allegations are denied.   The remaining allegations contained in Paragraph 26 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXVII.

To the extent that the allegations contained in Paragraph 27 of Plaintiffs' Administrative Master Complaint apply to Fairmont Homes, Inc., the allegations are denied.   The remaining allegations contained in Paragraph 27 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXVIII.

The allegations contained in Paragraph 28 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXIX.

The allegations contained in Paragraph 29 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXX.

To the extent that the allegations contained in Paragraph 30 of Plaintiffs' Administrative Master Complaint apply to Fairmont Homes, Inc., the allegations are denied as written.   The remaining allegations contained in Paragraph 30 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXXI.

To the extent that the allegations contained in Paragraph 31 of Plaintiffs' Administrative Master Complaint apply to Fairmont Homes, Inc., the allegations are denied.   The remaining allegations contained in Paragraph 31 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXXII.

To the extent that the allegations contained in Paragraph 32 of Plaintiffs' Administrative Master Complaint apply to Fairmont Homes, Inc., the allegations are denied.   The remaining allegations contained in Paragraph 32 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXXIII.

The allegations contained in Paragraph 33 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc. To the extent that a response is required, Fairmont Homes, Inc. submits that 24 C.F.R. §3280.309 is its own best evidence.

XXXIV.

The allegations contained in Paragraph 34 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXXV.

The allegations contained in Paragraph 35 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXXVI.

The allegations contained in Paragraph 36 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc. To the extent that a response is required, Fairmont Homes, Inc. submits that 24 C.F.R. §3280.308 is its own best evidence.

XXXVII.

The allegations contained in Paragraph 37 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc. To the extent that a response is required, Fairmont Homes, Inc. submits that 44 C.F.R. §206.110(e) is its own best evidence.

XXXVIII.

To the extent that the allegations contained in Paragraph 38 of Plaintiffs' Administrative Master Complaint apply to Fairmont Homes, Inc., the allegations are denied as written.   The remaining allegations contained in Paragraph 38 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXXIX.

The allegations contained in Paragraph 39 of Plaintiffs' Administrative Master Complaint are denied.

XL.

In response to the allegations contained in Paragraph 40 of Plaintiffs' Administrative Master Complaint, Fairmont Homes, Inc. re-avers and re-asserts its answers contained in Paragraphs I to XXXIV above, as if copied herein, *in extenso*.

XLI.

The allegations contained in Paragraph 41 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XLII.

The allegations contained in Paragraph 42 of Plaintiffs' Administrative Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is

required, Fairmont Homes, Inc. submits that 42 U.S.C.A. §5121(a)(2)(2006) is its own best evidence.

### XLIII.

The allegations contained in Paragraph 43 of Plaintiffs' Administrative Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, Fairmont Homes, Inc. submits that 42 U.S.C.A. §5174(b)(1)(Supp. 2007) is its own best evidence.

### XLIV.

The allegations contained in Paragraph 44 of Plaintiffs' Administrative Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, Fairmont Homes, Inc. submits that 44 C.F.R. §206.11 is its own best evidence.

### XLV.

The allegations contained in Paragraph 45 of Plaintiffs' Administrative Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, Fairmont Homes, Inc. submits that Public Law 93-288, Title IV, §408 (1988) is its own best evidence.

### XLVI.

The allegations contained in Paragraph 46 of Plaintiffs' Administrative Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, Fairmont Homes, Inc. submits that 42 U.S.C.A. §5174(c)(1)(A) and 44 C.F.R. §206.117(b)(ii) are their own best evidence.

XLVII.

The allegations contained in Paragraph 47 of Plaintiffs' Administrative Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

XLVIII.

The allegations contained in Paragraph 48 of Plaintiffs' Administrative Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, Fairmont Homes, Inc. submits that 44 C.F.R. §206.117(b)(ii)(F) is its own best evidence.

XLIX.

The allegations contained in Paragraph 49 of Plaintiffs' Administrative Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

L.

The allegations contained in Paragraph 50 of Plaintiffs' Administrative Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied as written.

LI.

The allegations contained in Paragraph 51 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LII.

The allegations contained in Paragraph 52 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LIII.

The allegations contained in Paragraph 53 of Plaintiffs' Administrative Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

LIV.

The allegations contained in Paragraph 54 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LV.

The allegations contained in Paragraph 55 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LVI.

The allegations contained in Paragraph 56 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LVII.

The allegations contained in Paragraph 57 of Plaintiffs' Administrative Master Complaint are denied as written.

LVIII.

The allegations contained in Paragraph 58 of Plaintiffs' Administrative Master Complaint are denied as written.

LIX.

The allegations contained in Paragraph 59 of Plaintiffs' Administrative Master Complaint are denied as written.

LX.

The allegations contained in Paragraph 60 of Plaintiffs' Administrative Master Complaint are denied as written.

LXI.

The allegations contained in Paragraph 61 of Plaintiffs' Administrative Master Complaint are denied as written.

LXII.

The allegations contained in Paragraph 62 of Plaintiffs' Administrative Master Complaint are denied as written.

LXIII.

The allegations contained in Paragraph 63 of Plaintiffs' Administrative Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, Fairmont Homes, Inc. submits that any document is its own best evidence of the contents contained therein.

LXIV.

The allegations contained in Paragraph 64 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXV.

The allegations contained in Paragraph 65 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXVI.

The allegations contained in Paragraph 66 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXVII.

The allegations contained in Paragraph 67 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXVIII.

The allegations contained in Paragraph 68 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXIX.

The allegations contained in Paragraph 69 of Plaintiffs' Administrative Master Complaint are denied as written.

LXX.

The allegations contained in Paragraph 70 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXI.

The allegations contained in Paragraph 71 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXII.

The allegations contained in Paragraph 72 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXIII.

The allegations contained in Paragraph 73 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXIV.

The allegations contained in Paragraph 74 of Plaintiffs' Administrative Master Complaint are denied as written.

LXXV.

The allegations contained in Paragraph 75 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXVI.

The allegations contained in Paragraph 76 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXVII.

The allegations contained in Paragraph 77 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXVIII.

The allegations contained in Paragraph 78 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXIX.

The allegations contained in Paragraph 79 of Plaintiffs' Administrative Master Complaint are denied as written.

LXXX.

The allegations contained in Paragraph 80 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXXI.

The allegations contained in Paragraph 81 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc. To the extent that a response is required, the allegations contained in Paragraph 81 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXXII.

The allegations contained in Paragraph 82 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc. To the extent that a response is required, the allegations contained in Paragraph 82 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXXIII.

The allegations contained in Paragraph 83 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Fairmont Homes, Inc. affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

LXXXIV.

The allegations contained in Paragraph 84 of Plaintiffs' Administrative Master Complaint are denied.  Fairmont Homes, Inc. affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

LXXXV.

The allegations contained in Paragraph 85 of Plaintiffs' Administrative Master Complaint are denied. Fairmont Homes, Inc. affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

LXXXVI.

The allegations contained in Paragraph 86 of Plaintiffs' Administrative Master Complaint are denied. Fairmont Homes, Inc. affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

LXXXVII.

The allegations contained in Paragraph 87 of Plaintiffs' Administrative Master Complaint are denied. Fairmont Homes, Inc. affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

LXXXIII.

The allegations contained in Paragraph 88 of Plaintiffs' Administrative Master Complaint are denied. Fairmont Homes, Inc. affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

LXXXIX.

The allegations contained in Paragraph 89 of Plaintiffs' Administrative Master Complaint are denied. Fairmont Homes, Inc. affirmatively asserts that Plaintiffs' claims are not appropriate

for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

XC.

The allegations contained in Paragraph 90 of Plaintiffs' Administrative Master Complaint are denied.  Fairmont Homes, Inc. affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

XCI.

The allegations contained in Paragraph 91 of Plaintiffs' Administrative Master Complaint are denied.  Fairmont Homes, Inc. affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

XCII.

The allegations contained in Paragraph 92 of Plaintiffs' Administrative Master Complaint are denied.  Fairmont Homes, Inc. affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

XCIII.

The allegations contained in Paragraph 93 of Plaintiffs' Administrative Master Complaint are denied.  Fairmont Homes, Inc. affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

XCIV.

The allegations contained in Paragraph 94 of Plaintiffs' Administrative Master Complaint are denied.  Fairmont Homes, Inc. affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

XCV.

The allegations contained in Paragraph 95 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Fairmont Homes, Inc. affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

XCVI.

The allegations contained in Paragraph 96 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Fairmont Homes, Inc. affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

XCVII.

The allegations contained in Paragraph 97 and each of its subparts of Plaintiffs' Administrative Master Complaint are denied.  Fairmont Homes, Inc. affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

XCVIII.

In response to the allegations contained in Paragraph 98 of Plaintiffs' Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers contained in Paragraphs I to XCVII above, as if copied herein, *in extenso*.

XCIX.

The allegations contained in Paragraph 99 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

C.

The allegations contained in Paragraph 100 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CI.

The allegations contained in Paragraph 101 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CII.

The allegations contained in Paragraph 102 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CIII.

The allegations contained in Paragraph 103 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CIV.

The allegations contained in Paragraph 104 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CV.

The allegations contained in Paragraph 105 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CVI.

The allegations contained in Paragraph 106 of Plaintiffs' Administrative Master Complaint are denied as written.

CVII.

To the extent that the allegations contained in Paragraph 107 of Plaintiffs' Administrative Master Complaint pertain to Fairmont Homes, Inc. and its products, the allegations are denied as written.

CVIII.

To the extent that the allegations contained in Paragraph 108 of Plaintiffs' Administrative Master Complaint pertain to Fairmont Homes, Inc. and its products, the allegations are denied as written.

CIX.

In response to the allegations contained in Paragraph 109 of Plaintiffs' Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers contained in Paragraphs I to CVIII above, as if copied herein, *in extenso*.

CX.

The allegations contained in Paragraph 110 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CXI.

The allegations contained in Paragraph 111 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CXII.

The allegations contained in Paragraph 112 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CXIII.

The allegations contained in Paragraph 113 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CXIV.

The allegations contained in Paragraph 114 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CXV.

The allegations contained in Paragraph 115 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CXVI.

The allegations contained in Paragraph 116 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied as written.

CXVII.

The allegations contained in Paragraph 117 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont

Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CXVIII.

The allegations contained in Paragraph 118 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CXIX.

In response to the allegations contained in Paragraph 119 of Plaintiffs' Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers contained in Paragraphs I to CXVIII above, as if copied herein, *in extenso*.

CXX.

The allegations contained in Paragraph 120 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CXXI.

The allegations contained in Paragraph 121 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXXII.

The allegations contained in Paragraph 122 of Plaintiffs' Administrative Master Complaint are denied as written.

CXXIII.

The allegations contained in Paragraph 123 of Plaintiffs' Administrative Master Complaint are denied as written.

CXXIV.

The allegations contained in Paragraph 124 of Plaintiffs' Administrative Master Complaint are denied as written.

CXXV.

The allegations contained in Paragraph 125 of Plaintiffs' Administrative Master Complaint are denied as written.

CXXVI.

The allegations contained in Paragraph 126 of Plaintiffs' Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXXVII.

The allegations contained in Paragraph 127 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations contained in Paragraph 127 of Plaintiffs' Administrative Master Complaint are denied as written.

CXXVIII.

The allegations contained in Paragraph 128 of Plaintiffs' Administrative Master Complaint are denied as written.

CXXIX.

The allegations contained in Paragraph 129 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont

Homes, Inc.  To the extent that a response is required, the allegations contained in Paragraph 129 of Plaintiffs' Administrative Master Complaint are denied.

CXXX.

The allegations contained in Paragraph 130 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CXXXI.

The allegations contained in Paragraph 131 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CXXXII.

In response to the allegations contained in Paragraph 132 of Plaintiffs' Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers contained in Paragraphs I to CXXXI above, as if copied herein, *in extenso*.

CXXXIII.

The allegations contained in Paragraph 133 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CXXXIV.

The allegations contained in Paragraph 134 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CXXXV.

The allegations contained in Paragraph 135 of Plaintiffs' Administrative Master Complaint are denied.

CXXXVI.

The allegations contained in Paragraph 136 of Plaintiffs' Administrative Master Complaint are denied.

CXXXVII.

The allegations contained in Paragraph 137 of Plaintiffs' Administrative Master Complaint are denied.

CXXXVIII.

The allegations contained in Paragraph 138 and each of its subparts of Plaintiffs' Administrative Master Complaint are denied.

CXXXIX.

In response to the allegations contained in Paragraph 139 of Plaintiffs' Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers contained in Paragraphs I to CXXXVIII above, as if copied herein, *in extenso*.

CXL.

The allegations contained in Paragraph 140 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CXLI.

The allegations contained in Paragraph 141 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CXLII.

The allegations contained in Paragraph 142 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CXLIII.

The allegations contained in Paragraph 143 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CXLIV.

The allegations contained in Paragraph 144 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CXLV.

The allegations contained in Paragraph 145 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CXLVI.

The allegations contained in Paragraph 146 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CXLVII.

The allegations contained in Paragraph 147 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CXLVIII.

The allegations contained in Paragraph 148 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CXLIX.

The allegations contained in Paragraph 149 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CL.

The allegations contained in Paragraph 150 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLI.

The allegations contained in Paragraph 151 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, Plaintiffs' claims are denied.

CLII.

In response to the allegations contained in Paragraph 152 of Plaintiffs' Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers contained in Paragraphs I to CLI above, as if copied herein, *in extenso*.

CLIII.

The allegations contained in Paragraph 153 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLIV.

The allegations contained in Paragraph 154 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLV.

The allegations contained in Paragraph 155 of Plaintiffs' Administrative Master Complaint are denied.

CLVI.

The allegations contained in Paragraph 156 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLVII.

The allegations contained in Paragraph 157 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLVIII.

In response to the allegations contained in Paragraph 158 of Plaintiffs' Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers contained in Paragraphs I to CLVII above, as if copied herein, *in extenso*.

CLIX.

The allegations contained in Paragraph 159 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLX.

In response to the allegations contained in Paragraph 160 of Plaintiffs' Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers contained in Paragraphs I to CLIX above, as if copied herein, *in extenso*.

CLXI.

The allegations contained in Paragraph 161 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, Plaintiffs' claims are denied.

CLXII.

The allegations contained in Paragraph 162 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXIII.

The allegations contained in Paragraph 163of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXIV.

The allegations contained in Paragraph 164 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXV.

The allegations contained in Paragraph 165 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXVI.

The allegations contained in Paragraph 166 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXVII.

The allegations contained in Paragraph 167 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXVIII.

The allegations contained in Paragraph 168 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXIX.

The allegations contained in Paragraph 169 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXX.

The allegations contained in Paragraph 170 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXXI.

The allegations contained in Paragraph 171 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXXII.

The allegations contained in Paragraph 172 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXXIII.

The allegations contained in Paragraph 173 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, Plaintiffs' claims are denied.

CLXXIV.

In response to the allegations contained in Paragraph 174 of Plaintiffs' Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers contained in Paragraphs I to CLXXIII above, as if copied herein, *in extenso*.

CLXXV.

The allegations contained in Paragraph 175 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXXVI.

The allegations contained in Paragraph 176 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXXVII.

The allegations contained in Paragraph 177 of Plaintiffs' Administrative Master Complaint are denied.

CLXXVIII.

The allegations contained in Paragraph 178 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXXIX.

The allegations contained in Paragraph 179 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXXX.

In response to the allegations contained in Paragraph 180 of Plaintiffs' Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers contained in Paragraphs I to CLXXIX above, as if copied herein, *in extenso*.

CLXXXI.

The allegations contained in Paragraph 181 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXXXII.

In response to the allegations contained in Paragraph 182 of Plaintiffs' Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers contained in Paragraphs I to CLXXXI above, as if copied herein, *in extenso*.

CLXXXIII.

The allegations contained in Paragraph 183 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXXXIV.

The allegations contained in Paragraph 184 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXXXV.

The allegations contained in Paragraph 185 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXXXVI.

The allegations contained in Paragraph 186 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXXXVII.

The allegations contained in Paragraph 187 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXXXVIII.

The allegations contained in Paragraph 188 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLXXXIX.

The allegations contained in Paragraph 189 and each of its subparts therein of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CXC.

The allegations contained in Paragraph 190 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CXCI.

The allegations contained in Paragraph 191 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

## CXCII.

The allegations contained in Paragraph 192 and each of its subparts therein of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

## CXCIII.

In response to the allegations contained in Paragraph 193 of Plaintiffs' Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers contained in Paragraphs I to CXCII above, as if copied herein, *in extenso*.

## CXCIV.

The allegations contained in Paragraph 194 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

## CXCV.

The allegations contained in Paragraph 195 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

## CXCVI.

The allegations contained in Paragraph 196 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CXCVII.

The allegations contained in Paragraph 197 and each of its subparts therein of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CXCVIII.

The allegations contained in Paragraph 198 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CXCIX.

In response to the allegations contained in Paragraph 199 of Plaintiffs' Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers contained in Paragraphs I to CXCVIII above, as if copied herein, *in extenso*.

CC.

The allegations contained in Paragraph 200 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, Fairmont Homes, Inc. asserts that its products did not contain any defects. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, Plaintiffs' claims are denied.

CCI.

The allegations contained in Paragraph 201 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, Plaintiffs' claims are denied.

CCII.

The allegations contained in Paragraph 202 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, Plaintiffs' claims are denied.

CCIII.

The allegations contained in Paragraph 203 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, Plaintiffs' claims are denied.

CCIV.

The allegations contained in Paragraph 204 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc. To the extent that a response is required, the allegations are denied. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Rule Joint 12(b) Motions to Dismiss, Plaintiffs' claims are denied.

CCV.

In responses to the allegations contained in the paragraph captioned "Compensatory Damages: All States" of Plaintiffs' Administrative Master Complaint, Fairmont Homes, Inc. asserts that the Plaintiffs are not entitled the damages asserted.

CCVI.

In responses to the allegations contained in the paragraph captioned "Medical Monitoring" of Plaintiffs' Administrative Master Complaint, Fairmont Homes, Inc. asserts that the Plaintiffs are not entitled the damages asserted. Moreover, Fairmont Homes, Inc. asserts that the requested relief is not a remedy afforded under any applicable law. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, Plaintiffs' claims are denied.

CCVII.

In responses to the allegations contained in the paragraph captioned "Punitive Damages" of Plaintiffs' Administrative Master Complaint, Fairmont Homes, Inc. asserts that the Plaintiffs are not entitled the damages asserted.

CCVIII.

In responses to the allegations contained in the paragraph captioned "Request For Jury Trial" of Plaintiffs' Administrative Master Complaint, Fairmont Homes, Inc. asserts that it is entitled to a trial by jury on all issues herein.

CCIX.

In responses to the allegations contained in the paragraph captioned "Prayer for Relief" of Plaintiffs' Administrative Master Complaint, Fairmont Homes, Inc. asserts that the Plaintiffs are not entitled the relief requested.

CCX.

The allegations contained in any and all unnumbered and/or misnumbered paragraphs of Plaintiffs' Administrative Master Complaint are denied.

**ANSWER TO FIRST SUPPLEMENTAL AND AMENDED MASTER COMPLAINT**

CCXI.

The allegations contained in Paragraph 1 of Plaintiffs' First Supplemental and Amended Master Complaint do not require a response on the part of Fairmont Homes, Inc. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCXII.

The allegations contained in Paragraph 2 of Plaintiffs' First Supplemental and Amended Master Complaint, adding subparagraph 8(lxiv), do not require a response on the part of Fairmont Homes, Inc. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCXIII.

The allegations contained in Paragraph 3 of Plaintiffs' First Supplemental and Amended Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCXIV.

The allegations contained in Paragraph 4 of Plaintiffs' First Supplemental and Amended Master Complaint, adding subparagraph 8(lxv), do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCXV.

The allegations contained in Paragraph 5 of Plaintiffs' First Supplemental and Amended Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCXVI.

The allegations contained in Paragraph 6 of Plaintiffs' First Supplemental and Amended Master Complaint, adding subparagraph 8(lxvi), do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCXVII.

The allegations contained in Paragraph 7 of Plaintiffs' First Supplemental and Amended Master Complaint, adding subparagraphs 8(lxvii) and 8(lxviii), do not require a response on the

part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied

for lack of sufficient information to justify a belief therein.

CCXVIII.

The allegations contained in Paragraph 8 of Plaintiffs' First Supplemental and Amended

Master Complaint, adding subparagraphs 8(lxix) and 8(lxx), do not require a response on the part

of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for

lack of sufficient information to justify a belief therein.

CCXIX.

The allegations contained in Paragraph 9 of Plaintiffs' First Supplemental and Amended

Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent

that a response is required, the allegations are denied for lack of sufficient information to justify

a belief therein.

CCXX.

The allegations contained in any and all unnumbered and/or misnumbered paragraphs of

First Supplemental and Amended Master Complaint are denied.

CCXXI.

The allegations contained in the "WHEREFORE" Paragraph of Plaintiffs' First

Supplemental and Amending Master Complaint do not require a response on the part of Fairmont

Homes, Inc.  However, to the extent that an answer is required, Fairmont Homes, Inc. submits

that Plaintiffs are not entitled to the relief requested.  Moreover, in response to the allegations

contained in the "WHEREFORE" Paragraph of Plaintiffs' First Supplemental and Amending

Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers contained in

Paragraphs I to CCXX above, as if copied herein, *in extenso*.

45

## <u>ANSWER TO SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT</u>

### CCXXII.

The allegations contained in Paragraph 1 of Plaintiffs' Second Supplemental and Amended Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

### CCXXIII.

The allegations contained in Paragraph 2 of Plaintiffs' Second Supplemental and Amended Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

### CCXXIV.

The allegations contained in Paragraph 3 of Plaintiffs' Second Supplemental and Amended Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

### CCXXV.

The allegations contained in Paragraph 4 of Plaintiffs' Second Supplemental and Amended Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCXXVI.

The allegations contained in Paragraph 5 of Plaintiffs' Second Supplemental and Amended Master Complaint, adding subparagraphs 8(lxxi) to 8(lxxxiii), do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCXXVII.

The allegations contained in Paragraph 6 of Plaintiffs' Second Supplemental and Amended Master Complaint, adding subparagraph 7(c), are denied as written.

CCXXVIII.

The allegations contained in Paragraph 7 of Plaintiffs' Second Supplemental and Amended Master Complaint, adding subparagraph 7(d), are denied as written.

CCXXIX.

The allegations contained in Paragraph 8 of Plaintiffs' Second Supplemental and Amended Master Complaint, adding subparagraph 7(e), are denied as written.

CCXXX.

The allegations contained in Paragraph 9 of Plaintiffs' Second Supplemental and Amended Master Complaint, amending Paragraph 83, are denied.

CCXXXI.

The allegations contained in any and all unnumbered and/or misnumbered paragraphs of Second Supplemental and Amended Master Complaint are denied.

CCXXXII.

The allegations contained in the "WHEREFORE" Paragraph of Plaintiffs' Second Supplemental and Amending Master Complaint do not require a response on the part of Fairmont

Homes, Inc.  However, to the extent that an answer is required, Fairmont Homes, Inc. submits

that Plaintiffs are not entitled to the relief requested.  Moreover, in response to the allegations

contained in the "WHEREFORE" Paragraph of Plaintiffs' Second Supplemental and Amending

Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers contained in

Paragraphs I to CCXXXI above, as if copied herein, *in extenso*.

## ANSWER TO THIRD SUPPLEMENTAL AND AMENDED MASTER COMPLAINT

### I.

The statement contained in Paragraph 1 of Plaintiffs' Third Supplemental and Amended

Administrative Master Complaint does not require a response on the part of Fairmont Homes,

Inc.  To the extent that a response is required, Fairmont Homes, Inc. respectfully submits that the

Court record is its own best evidence of the contents contained therein.

### II.

The statement contained in Paragraph 2 of Plaintiffs' Third Supplemental and Amended

Administrative Master Complaint does not require a response on the part of Fairmont Homes,

Inc.  To the extent that a response is required, Fairmont Homes, Inc. concurs with Plaintiffs'

statement that class certification was denied.  (See R. Doc. 1014).

### III.

The statement contained in Paragraph 3 of Plaintiffs' Third Supplemental and Amended

Administrative Master Complaint does not require a response on the part of Fairmont Homes,

Inc.  To the extent that a response is required, Fairmont Homes, Inc. respectfully submits that the

Court record is its own best evidence of the contents contained therein.

IV.

The statement contained in Paragraph 4 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint does not require a response on the part of Fairmont Homes, Inc. To the extent that a response is required, Fairmont Homes, Inc. respectfully submits that Pre-Trial Order No. 36 (R. Doc. 1386), as amended (R. Doc. 2760), is its own best evidence of the contents contained therein.

V.

The statements contained in Paragraph 5 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint do not require a response on the part of Fairmont Homes, Inc. To the extent that a response is required, the statements of Paragraph 5 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

VI.

The allegations contained in Paragraph 6 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required. To the extent that a response is required, the allegations of Paragraph 6 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

VII.

The allegations contained in Paragraph 7 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required. To the extent that a response is required, the allegations of Paragraph 7 of Plaintiffs' Third

49

Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## VIII.

The allegations contained in Paragraph 8 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## IX.

The allegations contained in Paragraph 9 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## X.

The allegations contained in Paragraph 10 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## XI.

The allegations contained in Paragraph 11 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## XII.

The allegations contained in Paragraph 12 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XIII.

The allegations contained in Paragraph 13 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XIV.

The allegations contained in Paragraph 14 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XV.

The allegations contained in Paragraph 15 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XVI.

The allegations contained in Paragraph 16 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XVII.

The allegations contained in Paragraph 17 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XVIII.

The allegations contained in Paragraph 18 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XIX.

The allegations contained in Paragraph 19 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XX.

The allegations contained in Paragraph 20 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXI.

The allegations contained in Paragraph 21 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXII.

The allegations contained in Paragraph 22 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXIII.

The allegations contained in Paragraph 23 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXIV.

The allegations contained in Paragraph 24 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXV.

The allegations contained in Paragraph 25 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXVI.

The allegations contained in Paragraph 26 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXVII.

The allegations contained in Paragraph 27 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXVIII.

The allegations contained in Paragraph 28 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXIX.

The allegations contained in Paragraph 29 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXX.

The allegations contained in Paragraph 30 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXXI.

The allegations contained in Paragraph 31 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXXII.

The allegations contained in Paragraph 32 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## XXXIII.

The allegations contained in Paragraph 33 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## XXXIV.

The allegations contained in Paragraph 34 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## XXXV.

The allegations contained in Paragraph 35 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## XXXVI.

The allegations contained in Paragraph 36 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## XXXVII.

The allegations contained in Paragraph 37 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XXXVIII.

In response to the allegations of Paragraph 38 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. admits that it is an Indiana corporation with its principal office in Nappanee, Indiana, and that it manufactured and supplied manufactured housing.  All other allegations contained in Paragraph 38 are denied for lack of sufficient information to justify a belief therein.

XXXIX.

The allegations contained in Paragraph 39 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XL.

The allegations contained in Paragraph 40 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XLI.

The allegations contained in Paragraph 41 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XLII.

The allegations contained in Paragraph 42 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## XLIII.

The allegations contained in Paragraph 43 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## XLIV.

The allegations contained in Paragraph 44 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## XLV.

The allegations contained in Paragraph 45 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## XLVI.

The allegations contained in Paragraph 46 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## XLVII.

The allegations contained in Paragraph 47 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XLVIII.

The allegations contained in Paragraph 48 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XLIX.

The allegations contained in Paragraph 49 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

L.

The allegations contained in Paragraph 50 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LI.

The allegations contained in Paragraph 51 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LII.

The allegations contained in Paragraph 52 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LIII.

The allegations contained in Paragraph 53 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LIV.

The allegations contained in Paragraph 54 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LV.

The allegations contained in Paragraph 55 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LVI.

The allegations contained in Paragraph 56 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LVII.

The allegations contained in Paragraph 57 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LVIII.

The allegations contained in Paragraph 58 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LIX.

The allegations contained in Paragraph 59 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LX.

The allegations contained in Paragraph 60 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXI.

The allegations contained in Paragraph 61 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXII.

The allegations contained in Paragraph 62 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXIII.

The allegations contained in Paragraph 63 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXIV.

The allegations contained in Paragraph 64 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXV.

The allegations contained in Paragraph 65 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXVI.

The allegations contained in Paragraph 66 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXVII.

The allegations contained in Paragraph 67 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## LXVIII.

The allegations contained in Paragraph 68 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## LXIX.

The allegations contained in Paragraph 69 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## LXX.

The allegations contained in Paragraph 70 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## LXXI.

The allegations contained in Paragraph 71 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## LXXII.

The allegations contained in Paragraph 72 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXIII.

The allegations contained in Paragraph 73 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXIV.

The allegations contained in Paragraph 74 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXV.

The allegations contained in Paragraph 75 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXVI.

The allegations contained in Paragraph 76 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXVII.

The allegations contained in Paragraph 77 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXVIII.

The allegations contained in Paragraph 78 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXIX.

The allegations contained in Paragraph 79 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXX.

The allegations contained in Paragraph 80 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXXI.

The allegations contained in Paragraph 81 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXXII.

The allegations contained in Paragraph 82 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXXIII.

The allegations contained in Paragraph 83 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXXIV.

The allegations contained in Paragraph 84 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXXV.

The allegations contained in Paragraph 85 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXXVI.

The allegations contained in Paragraph 86 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXXVII.

The allegations contained in Paragraph 87 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXXIII.

The allegations contained in Paragraph 88 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

LXXXIX.

The allegations contained in Paragraph 89 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XC.

The allegations contained in Paragraph 90 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XCI.

The allegations contained in Paragraph 91 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XCII.

The allegations contained in Paragraph 92 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## XCIII.

The allegations contained in Paragraph 93 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## XCIV.

The allegations contained in Paragraph 94 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## XCV.

The allegations contained in Paragraph 95 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## XCVI.

The allegations contained in Paragraph 96 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## XCVII.

The allegations contained in Paragraph 97 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XCVIII.

The allegations contained in Paragraph 98 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

XCIX.

The allegations contained in Paragraph 99 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

C.

The allegations contained in Paragraph 100 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CI.

The allegations contained in Paragraph 101 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CII.

The allegations contained in Paragraph 102 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CIII.

The allegations contained in Paragraph 103 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CIV.

The allegations contained in Paragraph 104 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CV.

The allegations contained in Paragraph 105 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CVI.

The allegations contained in Paragraph 106 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CVII.

The allegations contained in Paragraph 107 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CVIII.

The allegations contained in Paragraph 108 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CIX.

The allegations contained in Paragraph 109 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CX.

The allegations contained in Paragraph 110 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXI.

The allegations contained in Paragraph 111 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXII.

The allegations contained in Paragraph 112 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXIII.

The allegations contained in Paragraph 113 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXIV.

The allegations contained in Paragraph 114 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXV.

The allegations contained in Paragraph 115 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXVI.

The allegations contained in Paragraph 116 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, Fairmont Homes, Inc. states that the allegations regarding jurisdictional requirements are denied for lack of sufficient information to justify a belief therein.

CXVII.

The allegations contained in Paragraph 117 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, Fairmont

Homes, Inc. states that the allegations regarding jurisdictional requirements are denied for lack of sufficient information to justify a belief therein.

CXVIII.

The allegations contained in Paragraph 118 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, Fairmont Homes, Inc. states that the allegations regarding jurisdictional requirements are denied for lack of sufficient information to justify a belief therein.

CXIX.

The allegations contained in Paragraph 119 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, Fairmont Homes, Inc. states that the allegations regarding jurisdictional requirements are denied for lack of sufficient information to justify a belief therein.

CXX.

The allegations contained in Paragraph 120 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CXXI.

The allegations contained in Paragraph 121 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is

required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## CXXII.

The allegations contained in Paragraph 122 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## CXXIII.

The allegations contained in Paragraph 123 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## CXXIV.

The allegations contained in Paragraph 124 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## CXXV.

The allegations contained in Paragraph 125 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXXVI.

The allegations contained in Paragraph 126 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXXVII.

The allegations contained in Paragraph 127 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXXVIII.

The allegations contained in Paragraph 128 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXXIX.

To the extent that the allegations contained in Paragraph 129 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Fairmont Homes, Inc., the allegations are denied for lack of sufficient information to justify a belief therein.   The remaining allegations contained in Paragraph 129 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Further, to the extent that it is established through discovery, Fairmont Homes, Inc. affirmatively asserts that the named individuals did not use a product manufactured by Fairmont Homes, Inc., and thus, have no basis for a claim against Fairmont Homes, Inc.

CXXX.

To the extent that the allegations contained in Paragraph 130 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Fairmont Homes, Inc., the allegations are denied.   The remaining allegations contained in Paragraph 130 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXXXI.

To the extent that the allegations contained in Paragraph 131 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Fairmont Homes, Inc., the allegations are denied.   The remaining allegations contained in Paragraph 131 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXXXII.

To the extent that the allegations contained in Paragraph 132 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Fairmont Homes, Inc., the allegations are denied.   The remaining allegations contained in Paragraph 132 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXXXIII.

To the extent that the allegations contained in Paragraph 133 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Fairmont Homes, Inc., the allegations are denied as written.   The remaining allegations contained in Paragraph 133 of

Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXXXIV.

To the extent that the allegations contained in Paragraph 134 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Fairmont Homes, Inc., the allegations are denied. The remaining allegations contained in Paragraph 134 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXXXV.

To the extent that the allegations contained in Paragraph 135 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Fairmont Homes, Inc., the allegations are denied.  The remaining allegations contained in Paragraph 135 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXXXVI.

The allegations contained in Paragraph 136 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, Fairmont Homes, Inc. submits that 24 C.F.R. §3280.309 is its own best evidence.

CXXXVII.

The allegations contained in Paragraph 137 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXXXVIII.

The allegations contained in Paragraph 138 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXXXIX.

The allegations contained in Paragraph 139 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, Fairmont Homes, Inc. submits that 24 C.F.R. §3280.308 is its own best evidence.

CXL.

The allegations contained in Paragraph 140 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, Fairmont Homes, Inc. submits that 44 C.F.R. §206.110(e) is its own best evidence.

CXLI.

To the extent that the allegations contained in Paragraph 141 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Fairmont Homes, Inc., the allegations are denied as written.   The remaining allegations contained in Paragraph 141 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXLII.

The allegations contained in Paragraph 142 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is

required on the part of Fairmont Homes, Inc.  To the extent that a response is required, Fairmont Homes, Inc. submits that 42 C.F.R. §4121; Public Law 93-288, Title IV, §408 (1988); and 42 C.F.R. §5174(c)(1)(A) are their own best evidence.

## CXLIII.

The allegations contained in Paragraph 143 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## CXLIV.

The allegations contained in Paragraph 144 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## CXLV.

The allegations contained in Paragraph 145 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## CXLVI.

The allegations contained in Paragraph 146 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## CXLVII.

The allegations contained in Paragraph 147 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXLVIII.

The allegations contained in Paragraph 148 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXLIX.

The allegations contained in Paragraph 149 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CL.

The allegations contained in Paragraph 150 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied.

CLI.

The allegations contained in Paragraph 151 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CLII.

The allegations contained in Paragraph 152 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CLIII.

The allegations contained in Paragraph 153 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, Fairmont Homes, Inc. submits that any applicable contract is its own best evidence.

CLIV.

The allegations contained in Paragraph 154 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, Fairmont Homes, Inc. submits that any applicable contract is its own best evidence.

CLV.

The allegations contained in Paragraph 155 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, Fairmont Homes, Inc. submits that any applicable contract or sub-contract is its own best evidence.

CLVI.

The allegations contained in Paragraph 156 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, Fairmont Homes, Inc. submits that any applicable contract is its own best evidence.

CLVII.

The allegations contained in Paragraph 157 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CLVIII.

The allegations contained in Paragraph 158 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Furthermore, Fairmont Homes, Inc. submits that any applicable owners' manual is its own best evidence.

CLIX.

The allegations contained in Paragraph 159 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CLX.

The allegations contained in Paragraph 160 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CLXI.

The allegations contained in Paragraph 161 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CLXII.

The allegations contained in Paragraph 162 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CLXIII.

The allegations contained in Paragraph 163 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CLXIV.

The allegations contained in Paragraph 164 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CLXV.

The allegations contained in Paragraph 165 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CLXVI.

The allegations contained in Paragraph 166 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CLXVII.

The allegations contained in Paragraph 167 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CLXVIII.

The allegations contained in Paragraph 168 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CLXIX.

The allegations contained in Paragraph 169 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CLXX.

The allegations contained in Paragraph 170 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CLXXI.

The allegations contained in Paragraph 171 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CLXXII.

The allegations contained in Paragraph 172 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CLXXIII.

The allegations contained in Paragraph 173 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CLXXIV.

The allegations contained in Paragraph 174 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CLXXV.

The allegations contained in Paragraph 175 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CLXXVI.

The allegations contained in Paragraph 176 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CLXXVII.

The allegations contained in Paragraph 177 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CLXXVIII.

The allegations contained in Paragraph 178 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CLXXIX.

The allegations contained in Paragraph 179 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CLXXX.

The allegations contained in Paragraph 180 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CLXXXI.

The allegations contained in Paragraph 181 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CLXXXII.

The allegations contained in Paragraph 182 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CLXXXIII.

The allegations contained in Paragraph 183 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, Fairmont Homes, Inc. submits that any document is its own best evidence of the contents contained therein.

CLXXXIV.

The allegations contained in Paragraph 184 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CLXXXV.

The allegations contained in Paragraph 185 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CLXXXVI.

The allegations contained in Paragraph 186 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CLXXXVII.

The allegations contained in Paragraph 187 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CLXXXVIII.

The allegations contained in Paragraph 188 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CLXXXIX.

The allegations contained in Paragraph 189 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CXC.

The allegations contained in Paragraph 190 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXCI.

The allegations contained in Paragraph 191 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXCII.

The allegations contained in Paragraph 192 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXCIII.

The allegations contained in Paragraph 193 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CXCIV.

The allegations contained in Paragraph 194 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXCV.

The allegations contained in Paragraph 195 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXCVI.

The allegations contained in Paragraph 196 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXCVII.

The allegations contained in Paragraph 197 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXCVIII.

The allegations contained in Paragraph 198 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CXCIX.

The allegations contained in Paragraph 199 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CC.

In response to the allegations contained in Paragraph 200 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CXCIX above, as if copied herein, *in extenso*.

CCI.

The allegations contained in Paragraph 201 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCII.

The allegations contained in Paragraph 202 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCIII.

The allegations contained in Paragraph 203 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is

required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCIV.

The allegations contained in Paragraph 204 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCV.

The allegations contained in Paragraph 205 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCVI.

The allegations contained in Paragraph 206 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCVII.

The allegations contained in Paragraph 207 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCVIII.

The allegations contained in Paragraph 208 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCIX.

The allegations contained in Paragraph 209, and each of its subparts, of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCX.

In response to the allegations contained in Paragraph 210 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CCIX above, as if copied herein, *in extenso*.

CCXI.

The allegations contained in Paragraph 211 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCXII.

The allegations contained in Paragraph 212 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is

required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCXIII.

The allegations contained in Paragraph 213 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCXIV.

The allegations contained in Paragraph 214 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCXV.

The allegations contained in Paragraph 215 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCXVI.

The allegations contained in Paragraph 216 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, Plaintiffs' claims are denied.

CCXVII.

The allegations contained in Paragraph 217 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to

justify a belief therein.  Further, Fairmont Homes, Inc. submits that any document is its own best evidence of the contents contained therein.

## CCXVIII.

The allegations contained in Paragraph 218 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Further, Fairmont Homes, Inc. submits that any document is its own best evidence of the contents contained therein.

## CCXIX.

The allegations contained in Paragraph 219 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Further, Fairmont Homes, Inc. submits that any document is its own best evidence of the contents contained therein.

## CCXX.

The allegations contained in Paragraph 220 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Further, Fairmont Homes, Inc. submits that any document is its own best evidence of the contents contained therein.

## CCXXI.

The allegations contained in Paragraph 221 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Further, Fairmont Homes, Inc. submits that any document is its own best evidence of the contents contained therein.

CCXXII.

The allegations contained in Paragraph 222 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Further, Fairmont Homes, Inc. submits that any document is its own best evidence of the contents contained therein.

CCXXIII.

The allegations contained in Paragraph 223 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Further, Fairmont Homes, Inc. submits that any document is its own best evidence of the contents contained therein.

CCXXIV.

The allegations contained in Paragraph 224 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Further, Fairmont Homes, Inc. submits that any document is its own best evidence of the contents contained therein.

CCXXV.

The allegations contained in Paragraph 225 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Further, Fairmont Homes, Inc. submits that any document is its own best evidence of the contents contained therein.

CCXXVI.

The allegations contained in Paragraph 226 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to

justify a belief therein.  Further, Fairmont Homes, Inc. submits that any document is its own best evidence of the contents contained therein.

## CCXXVII.

The allegations contained in Paragraph 227 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Further, Fairmont Homes, Inc. submits that any document is its own best evidence of the contents contained therein.

## CCXXVIII.

The allegations contained in Paragraph 228 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Further, Fairmont Homes, Inc. submits that any document is its own best evidence of the contents contained therein.

## CCXXIX.

In response to the allegations contained in Paragraph 229 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CCXXVIII above, as if copied herein, *in extenso*.

## CCXXX.

The allegations contained in Paragraph 230 of Plaintiffs' Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## CCXXXI.

The allegations contained in Paragraph 231 of Plaintiffs' Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCXXXII.

The allegations contained in Paragraph 232 of Plaintiffs' Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCXXXIII.

The allegations contained in Paragraph 233 of Plaintiffs' Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCXXXIV.

The allegations contained in Paragraph 234 of Plaintiffs' Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CCXXXV.

The allegations contained in Paragraph 235 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CCXXXVI.

The allegations contained in Paragraph 236 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CCXXXVII.

The allegations contained in Paragraph 237 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCXXXVIII.

The allegations contained in Paragraph 238 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCXXXIX.

The allegations contained in Paragraph 239 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CCXL.

In response to the allegations contained in Paragraph 240 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CCXXXIX above, as if copied herein, *in extenso*.

CCXLI.

The allegations contained in Paragraph 241 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCXLII.

In response to the allegations contained in Paragraph 242 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CCXLI above, as if copied herein, *in extenso*.

CCXLIII.

The allegations contained in Paragraph 243 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCXLIII.

In response to the allegations contained in Paragraph 244 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers

and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CCXLI above, as if copied herein, *in extenso*.

CCXLV.

The allegations contained in Paragraph 245 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCXLVI.

The allegations contained in Paragraph 246 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCXLVII.

The allegations contained in Paragraph 247 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, Plaintiffs' claims are denied.

CCXLVIII.

In response to the allegations contained in Paragraph 248 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CCXLVII above, as if copied herein, *in extenso*.

CCXLIX.

The allegations contained in Paragraph 249 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCL.

The allegations contained in Paragraph 250 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCLI.

The allegations contained in Paragraph 251 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCLII.

The allegations contained in Paragraph 252 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCLIII.

The allegations contained in Paragraph 253 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCLIV.

The allegations contained in Paragraph 254 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CCLV.

The allegations contained in Paragraph 255 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CCLVI.

The allegations contained in Paragraph 256 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CCLVII.

The allegations contained in Paragraph 257 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCLVIII.

The allegations contained in Paragraph 258 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCLIX.

The allegations contained in Paragraph 259 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CCLX.

In response to the allegations contained in Paragraph 260 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CCLIX above, as if copied herein, *in extenso*.

CCLXI.

The allegations contained in Paragraph 261 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCLXII.

In response to the allegations contained in Paragraph 262 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CCLXI above, as if copied herein, *in extenso*.

CCLXIII.

The allegations contained in Paragraph 263 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, Plaintiffs' claims are denied.

CCLXIV.

In response to the allegations contained in Paragraph 264 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CCLXIII above, as if copied herein, *in extenso*.

CCLXV.

To the extent that the allegations contained in Paragraph 265 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Fairmont Homes, Inc., the allegations are denied as written.   The remaining allegations contained in Paragraph 265 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCLXVI.

The allegations contained in Paragraph 266 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCLXVII.

The allegations contained in Paragraph 267 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCLXVIII.

The allegations contained in Paragraph 268 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCLXIX.

The allegations contained in Paragraph 269 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCLXX.

The allegations contained in Paragraph 270 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCLXXI.

The allegations contained in Paragraph 271 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, Plaintiffs' claims are denied.

CCLXXII.

The allegations contained in Paragraph 272 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCLXXIII.

The allegations contained in Paragraph 273 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCLXXIV.

The allegations contained in Paragraph 274 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCLXXV.

In response to the allegations contained in Paragraph 275 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CCLXXIV above, as if copied herein, *in extenso*.

CCLXXVI.

To the extent that the allegations contained in Paragraph 276 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Fairmont Homes, Inc., the allegations are denied as written.   The remaining allegations contained in Paragraph 276 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCLXXVII.

The allegations contained in Paragraph 277 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied as written.

CCLXXVIII.

The allegations contained in Paragraph 278 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is

required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## CCLXXIX.

The allegations contained in Paragraph 279 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, Plaintiffs' claims are denied.

## CCLXXX.

The allegations contained in Paragraph 280 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## CCLXXXI.

In response to the allegations contained in Paragraph 281 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CCLXXX above, as if copied herein, *in extenso*.

## CCLXXXII.

The allegations contained in Paragraph 282 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, Plaintiffs' claims are denied.

CCLXXXIII.

The allegations contained in Paragraph 283 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCLXXXIV.

The allegations contained in Paragraph 284 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCLXXXV.

The allegations contained in Paragraph 285 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCLXXXVI.

The allegations contained in Paragraph 286 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCLXXXVII.

In response to the allegations contained in Paragraph 287 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CCLXXXVI above, as if copied herein, *in extenso*.

CCLXXXIII.

To the extent that the allegations contained in Paragraph 288 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Fairmont Homes, Inc., the allegations are denied as written.   The remaining allegations contained in Paragraph 288 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## CCLXXXIX.

The allegations contained in Paragraph 289 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## CCXC.

To the extent that the allegations contained in Paragraph 290 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Fairmont Homes, Inc., the allegations are denied as written.   The remaining allegations contained in Paragraph 290 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, Plaintiffs' claims are denied.

## CCXCI.

To the extent that the allegations contained in Paragraph 291 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to Fairmont Homes, Inc., the allegations are denied.   The remaining allegations contained in Paragraph 291 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, Plaintiffs' claims are denied.

CCXCII.

The allegations contained in Paragraph 292 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCXCIII.

In response to the allegations contained in Paragraph 293 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CCXCII above, as if copied herein, *in extenso*.

CCXCIV.

The allegations contained in Paragraph 294 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCXCV.

The allegations contained in Paragraph 295 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCXCVI.

The allegations contained in Paragraph 296 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCXCVII.

The allegations contained in Paragraph 297 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCXCVIII.

The allegations contained in Paragraph 298 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCXCIX.

The allegations contained in Paragraph 299 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCC.

In response to the allegations contained in the second Paragraph 298 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CCXCIX above, as if copied herein, *in extenso*.

CCCI.

The allegations contained in the second Paragraph 299 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCII.

The allegations contained in Paragraph 300 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCCIII.

The allegations contained in Paragraph 301 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCIV.

The allegations contained in Paragraph 302 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCV.

The allegations contained in Paragraph 303 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCVI.

The allegations contained in Paragraph 304 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCVII.

In response to the allegations contained in Paragraph 305 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CCCVI above, as if copied herein, *in extenso*.

CCCVIII.

The allegations contained in Paragraph 306 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCIX.

The allegations contained in Paragraph 307 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCCX.

The allegations contained in Paragraph 308 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCXI.

The allegations contained in Paragraph 309 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCXII.

The allegations contained in Paragraph 310 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCXIII.

The allegations contained in Paragraph 311 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCXIV.

In response to the allegations contained in Paragraph 312 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CCCXIII above, as if copied herein, *in extenso*.

CCCXV.

The allegations contained in Paragraph 313 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCXVI.

The allegations contained in Paragraph 314 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCXVII.

The allegations contained in Paragraph 315 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCXVIII.

The allegations contained in Paragraph 316 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CCCXIX.

The allegations contained in Paragraph 317 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CCCXX.

The allegations contained in Paragraph 318 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CCCXXI.

The allegations contained in Paragraph 319 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CCCXXII.

The allegations contained in Paragraph 320 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCCXXIII.

The allegations contained in Paragraph 321 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCCXXIV.

The allegations contained in Paragraph 322 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CCCXXV.

In response to the allegations contained in Paragraph 323 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CCCXXIV above, as if copied herein, *in extenso*.

CCCXXVI.

The allegations contained in Paragraph 324 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

CCCXXVII.

The allegations contained in Paragraph 325 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CCCXXVIII.

The allegations contained in Paragraph 326 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CCCXXIX.

In response to the allegations contained in Paragraph 327 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CCCXXVIII above, as if copied herein, *in extenso*.

CCCXXX.

The allegations contained in Paragraph 328 of Plaintiffs' Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCXXXI.

In response to the allegations contained in Paragraph 329 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CCCXXX above, as if copied herein, *in extenso*.

CCCXXXII.

The allegations contained in Paragraph 330 of Plaintiffs' Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCXXXIII.

The allegations contained in Paragraph 331 of Plaintiffs' Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCXXXIV.

The allegations contained in Paragraph 332 of Plaintiffs' Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCXXXV.

The allegations contained in Paragraph 333 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCXXXVI.

The allegations contained in Paragraph 334 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCXXXVII.

The allegations contained in Paragraph 335 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCXXXVIII.

In response to the allegations contained in Paragraph 336 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CCCXXXVII above, as if copied herein, *in extenso*.

CCCXXXIX.

The allegations contained in Paragraph 337 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## CCCXL.

The allegations contained in Paragraph 338 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## CCCXLI.

The allegations contained in Paragraph 339 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## CCCXLII.

The allegations contained in Paragraph 340 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## CCCXLIII.

The allegations contained in Paragraph 341 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## CCCXLIII.

The allegations contained in Paragraph 342 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## CCCXLV.

In response to the allegations contained in Paragraph 343 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. re-avers

and reasserts its answers and defenses contained in its previously filed Answer (R. Doc. 1029), as well as Paragraphs I to CCCXLIII above, as if copied herein, *in extenso*.

CCCXLVI.

The allegations contained in Paragraph 344 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCXLVII.

The allegations contained in Paragraph 345 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCXLVIII.

The allegations contained in Paragraph 346 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCXLIX.

The allegations contained in Paragraph 347 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCL.

The allegations contained in Paragraph 348 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

CCCLI.

The allegations contained in Paragraph 349 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCLII.

The allegations contained in Paragraph 350 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCLIII.

The allegations contained in Paragraph 351 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCLIV.

The allegations contained in Paragraph 352 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

CCCLV.

The allegations contained in Paragraph 353 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  Fairmont Homes, Inc. denies that Plaintiffs are entitled to any damages and calls for strict proof of the damages claims.

117

CCCLVI.

The allegations contained in Paragraph 354 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  Fairmont Homes, Inc. denies that Plaintiffs are entitled to any damages and calls for strict proof of the damages claims.

CCCLVII.

The allegations contained in Paragraph 355 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  Fairmont Homes, Inc. denies that Plaintiffs are entitled to any damages and calls for strict proof of the damages claims.

CCCLVIII.

The allegations contained in Paragraph 356 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  Fairmont Homes, Inc. denies that Plaintiffs are entitled to any damages and calls for strict proof of the damages claims.

CCCLIX.

The allegations contained in Paragraph 357 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  Fairmont Homes, Inc. denies that Plaintiffs are entitled to the damages asserted.

CCCLX.

The allegations contained in Paragraph 358 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  Fairmont Homes, Inc. denies that Plaintiffs are entitled to any damages and calls for strict proof of the damages claims.

CCCLXI.

The allegations contained in Paragraph 359 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  Fairmont Homes, Inc. denies that Plaintiffs are entitled to any damages and calls for strict proof of the damages claims.

CCCLXII.

The allegations contained in Paragraph 360 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  Fairmont Homes, Inc. denies that Plaintiffs are entitled to the damages asserted.

CCCLXIII.

The allegations contained in Paragraph 361 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  Fairmont Homes, Inc. denies that Plaintiffs are entitled to any damages and calls for strict proof of the damages claims.

CCCLXIV.

The allegations contained in Paragraph 362 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  Fairmont Homes, Inc. denies that Plaintiffs are entitled to any damages and calls for strict proof of the damages claims.

CCCLXV.

The allegations contained in Paragraph 363 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  Fairmont Homes, Inc. denies that Plaintiffs are entitled to the damages asserted.

CCCLXVI.

In responses to the allegations contained in the paragraph captioned "Request For Jury Trial" of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. asserts that it is entitled to a trial by jury on all issues herein.

CCCLXVII.

In responses to the allegations contained in the paragraph captioned "Prayer for Relief" of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Fairmont Homes, Inc. asserts that the Plaintiffs are not entitled the relief requested.

CCCLXVIII.

The allegations contained in any and all unnumbered and/or misnumbered paragraphs of Plaintiffs' Administrative Master Complaint are denied.

**ANSWER TO FOURTH SUPPLEMENTAL AND AMENDED
ADMINISTRATIVE MASTER COMPLAINT**

CCCLXIX.

The allegations contained in Paragraph 1 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, modifying Paragraph 31 of the Third Amended Administrative Complaint, do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCCLXX.

The allegations contained in Paragraph 2 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, modifying Paragraph 44 of the Third Amended Administrative Complaint, do not require a response on the part of Fairmont Homes, Inc.  To the

extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCCLXXI.

The allegations contained in Paragraph 3 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, deleting Paragraph 45 of the Third Amended Administrative Complaint and Amending Paragraph 43 of the Third Amended Administrative Complaint, do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCCLXXII.

The allegations contained in Paragraph 4 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, supplementing and amending Paragraph 93 of the Third Amended Administrative Complaint, do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCCLXXIII.

The allegations contained in Paragraph 5 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, supplementing and amending Paragraph 113 of the Third Amended Administrative Complaint, do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCCLXXIV.

The allegations contained in Paragraph 6 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, amending Paragraph 114 of the Third Amended Administrative Complaint, do not require a response on the part of Fairmont Homes, Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

CCCLXXV.

The allegations contained in any and all unnumbered and/or misnumbered paragraphs of Fourth Supplemental and Amended Administrative Master Complaint are denied.

CCCLXXVI.

The allegations contained in the "WHEREFORE" Paragraph of Plaintiffs' Fourth Supplemental and Amending Master Complaint do not require a response on the part of Fairmont Homes, Inc.  However, to the extent that an answer is required, Fairmont Homes, Inc. submits that Plaintiffs are not entitled to the relief requested.  Moreover, in response to the allegations contained in the "WHEREFORE" Paragraph of Plaintiffs' Fourth Supplemental and Amending Master Complaint, Fairmont Homes, Inc. re-avers and reasserts its answers contained in Paragraphs I to CCCLXXV above, as if copied herein, *in extenso*.

**AND NOW, FURTHER ANSWERING**, Fairmont Homes, Inc. asserts the following affirmative defenses:

**<u>THIRD DEFENSE</u>**

The claims against Fairmont Homes, Inc. are, or may be, barred in whole or in part by Plaintiffs' failure to institute suit within the period of time required by the applicable statutes of limitation and/or any applicable limitation of actions, or by pereemption or prescription, or

122

failure to initiate suit within the period of time required by the applicable prescriptive periods and/or any limitation of actions contained in any applicable contracts.

## FOURTH DEFENSE

Fairmont Homes, Inc. reasserts as affirmative defenses the defenses raised in the Manufacturing Defendants' Joint Rule 12(b)(6) Motion to Dismiss (Rec. Doc. 210), including Fairmont Homes, Inc.'s joinder therein, and incorporates Court's Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss as if plead herein, *in extenso*.

## FIFTH DEFENSE

Fairmont Homes, Inc. states that it has supplied manufactured housing, and that its manufactured houses were designed, constructed, and manufactured in conformity with industry standards and in compliance with FEMA specifications.

## SIXTH DEFENSE

Fairmont Homes, Inc.'s manufactured housing was manufactured according to the specifications of the United States government, which had specific requirements regarding the design and construction of the manufactured housing.  Any alleged defect claimed herein, which is specifically denied, is the result of the standards mandated by the United States government over which Fairmont Homes, Inc. had no control.  Accordingly, Fairmont Homes, Inc. is immunized from liability by the government contractor defense.

## SEVENTH DEFENSE

All of the claims asserted against Fairmont Homes, Inc. are preempted or otherwise precluded by the statutes, standards, regulations, and rules propagated by the Federal Government and/or HUD, and/or FEMA, and/or the plaintiffs' lease agreements with FEMA.

## EIGHT DEFENSE

The allegations of the Administrative Master Complaint, as supplemented and amended, fail to allege sufficient factual support for class certification.  Out of an abundance of caution, Fairmont Homes, Inc. affirmatively asserts that Plaintiffs' claims are not appropriate for class certification as is detailed in the Court's Order and Reasons denying class certification (R. Doc. 1014).

## NINTH DEFENSE

Fairmont Homes, Inc. further pleads that Plaintiff's claims are, or may be, barred, in whole or in part, to the extent that the Economic Loss Doctrine applies and incorporates Court's Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss as if plead herein, *in extenso*.

## TENTH DEFENSE

Solely in the alternative, in the event the Court finds plaintiffs have suffered any damages whatsoever, the damages complained of resulted solely or substantially from the negligence, fault or comparative fault of the plaintiffs and the proposed class through misuse and/or abuse and/or lack of maintenance of the manufactured housing, failure to follow instructions for use, failure to heed applicable warnings, and/or through other acts or omissions which will be shown more fully at the trial of this matter and which preclude recovery by plaintiffs or reduce any recovery by their respective percentages of fault.

## ELEVENTH DEFENSE

Further in the alternative, all damages complained of resulted solely or substantially from the negligence, fault or comparative fault of third parties for whom Fairmont Homes, Inc. is not responsible.

## TWELTH DEFENSE

Solely in the alternative, in the event this Court determines there was any defect in any manufactured housing, which is specifically denied, said defect was apparent and obvious and could be easily avoided or remedied, precluding any recovery by plaintiffs or the proposed class.

## THIRTEENTH DEFENSE

Upon information and belief, plaintiffs and the proposed class have failed to mitigate their damages.

## FOURTEENTH DEFENSE

Plaintiffs' claims are improperly joined with the claims of numerous other individuals and the joinder does not comply with Federal Rule of Civil Procedure 20.  Thus, their claims must be severed from the claims of the other named plaintiffs.

## FIFTEENTH DEFENSE

Fairmont Homes, Inc. specifically pleads to the extent applicable, all defenses allowed under the Louisiana Products Liability Act, LSA--R.S. 9:2800.51 et. seq., and/or other Louisiana law.

## SIXTEENTH DEFENSE

Fairmont Homes, Inc. specifically denies the existence of any defect or defects that would render its product unreasonably dangerous under the Louisiana Products Liability Act, the limited warranty, and/or any other applicable law, contract, or standard.

## SEVENTEENTH DEFENSE

Fairmont Homes, Inc. pleads to the extent applicable all defenses allowed under the La. Health Emergency Powers Act, LSA--R.S. 29:771, and/or other Louisiana law.

## EIGHTEENTH DEFENSE

Fairmont Homes, Inc. specifically denies liability under Alabama law, including but not limited to the Alabama Extended Manufacturer's Liability Doctrine, the express warranty law of Alabama, the implied warranty law of Alabama, any and all Alabama laws regarding medical monitoring, and any and all Alabama laws regarding punitive and/or exemplary damages.

## NINETEENTH DEFENSE

Fairmont Homes, Inc. specifically denies liability under Mississippi law, including but not limited to the Mississippi Product Liability Act (MCA §11-1-63), the negligence and/or strict liability laws of Mississippi, the express warranty law of Mississippi, the implied warranty law of Mississippi, any and all Mississippi laws regarding medical monitoring, and any and all Mississippi laws regarding punitive and/or exemplary damages.

## TWENTIETH DEFENSE

Fairmont Homes, Inc. specifically denies liability under Texas law, including but not limited to the Texas Products Liability Act, the express warranty law of Texas, the implied warranty law of Texas, any and all Texas laws regarding medical monitoring, and any and all Texas laws regarding punitive and/or exemplary damages.

## TWENTY-FIRST DEFENSE

Any express warranty obligations that may be owed by Fairmont Homes, Inc. are strictly limited by the terms of the limited warranty, including all of its limitations and exclusions, which are pleaded herein, as if copied *in extenso*.

## TWENTY-SECOND DEFENSE

In the event that discovery reveals the following, Fairmont Homes, Inc. specifically pleads that the accident and/or injuries sued upon herein occurred only and solely due to the substantial

alteration and/or modification of the product sued upon herein, which alteration and/or modification was not foreseeable, after it left the hands of the manufacturer, which is specifically pleaded as a complete bar to any recovery against Fairmont Homes, Inc.

## TWENTY-THIRD DEFENSE

Claims against Fairmont Homes, Inc. are, or may be, barred in whole or in part by the doctrines of estoppel, release or waiver.

## TWENTY-FOURTH DEFENSE

Because the United States of America was a sophisticated user, intermediary, and/or purchaser of any manufactured housing produced by Fairmont Homes, Inc., thereby absolving Fairmont of any duty to warn about defective or unreasonably dangerous conditions in the subject Temporary Housing Units.

## TWENTY-FIFTH DEFENSE

Fairmont Homes, Inc. avers that at the time the product left the manufacturer's control, the product met all the manufacturer's specifications and performance standards for the product and/or for otherwise identical products manufactured by the manufacturer.

## TWENTY-SIXTH DEFENSE

Alternatively, Fairmont Homes, Inc. affirmatively avers that in the event it is found liable in any way to plaintiff, which is denied, any liability on their part is merely joint liability and not joint and several, nor *in solido*, with the liability of other parties for whom it is not responsible.

## TWENTY-SEVENTH DEFENSE

In the event that discovery reveals the following, Fairmont Homes, Inc. specifically pleads that the injuries sued upon herein occurred only and solely by virtue of the failure of the user/handler of the product to properly and adequately maintain, service and/or inspect said

product in accordance with the Owner's Manual and/or instructions for use, which is specifically pleaded as a complete bar to any recovery against the Fairmont Homes, Inc.

### TWENTY-EIGHTH DEFENSE

In the event that discovery reveals the following, Fairmont Homes, Inc. specifically pleads that the product sued upon herein was not in a reasonably anticipated use at any relevant time.

### TWENTY-NINTH DEFENSE

In the event that discovery reveals the following, Fairmont Homes, Inc. specifically pleads that any alleged fault, negligence and/or strict liability attributed to Fairmont Homes, Inc., which is specifically denied, was not the proximate or legal cause of the injuries sued upon herein.

### THIRTIETH DEFENSE

Fairmont Homes, Inc. specifically pleads that the subject trailer, including all component parts thereof, was properly designed, manufactured and distributed in accordance with the state of the art at the time the product left the hands of the manufacturer; and, therefore, there is no legal basis for any assessment of fault against Fairmont Homes, Inc.

### THIRTY-FIRST DEFENSE

Fairmont Homes, Inc. specifically pleads that its product was reasonably fit for ordinary use.

### THIRTY-SECOND DEFENSE

Plaintiffs' claims are, or may be, barred in whole or in part to the extent that the Administrative Master Complaint, as supplemented and amended, does not state a cause of action for punitive or exemplary damages against Fairmont Homes, Inc., sufficient in law whereby

recovery may be had.

## THIRTY-THIRD DEFENSE

Plaintiffs' claims are, or may be, barred in whole or in part to the extent that under the provisions of Mississippi Code Ann. §85-5-7, defendants are liable only for the amount of damages allotted to them, if any, in direct proportion to their percentage of fault, if any, with due respect to the total negligence of all parties whose actions caused or contributed to the incident and the damages of which are complained.

## THIRTY-FOURTH DEFENSE

Plaintiffs' claims are, or may be, barred in whole or in part to the extent that any award of punitive damages, to the extent they are even pled in Administrative Master Complaint, as supplemented and amended, would be unconstitutional because the standards utilized to allow the imposition of such damages that are so vague, both on their face and as applied, so as to fail to give adequate or sufficient notice of the prohibitive conduct.

## THIRTY-FIFTH DEFENSE

Plaintiffs' claims are, or may be, barred in whole or in part to the extent that the award of punitive damages, to the extent they are even pled by the Plaintiffs, would violate the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments, separately, of the Constitution of the United States on each of the following separate and several grounds:

1. The procedures failed to provide means for awarding separate judgments against alleged tortfeasors;
2. The procedures failed to provide a limit on the amount of the award against separate defendants;
3. The procedures failed to provide specific standards for the award of punitive damages;
4. The procedures permit the award of punitive damages upon satisfaction of a standard of proof less than that applicable to the imposition of criminal sanctions;
5. The procedures failed to provide a clear consistent and appellate standard of review of an award of punitive damages;

6.      The procedures may permit the admission of evidence relative to punitive damages in the same proceedings during which liability and compensatory damages are determined; and

7.      The standards of conduct upon which punitive damages are sought are vague.

## THIRTY-SIXTH DEFENSE

Fairmont Homes, Inc. demands a bifurcation of Plaintiffs' claims for actual and punitive damages.

## THIRTY-SEVENTH DEFENSE

Fairmont Homes, Inc. hereby gives notice that it intends to rely upon any and all other such affirmative defenses as become available or apparent during the course of discovery, and reserves the right to amend its Answer to assert any and all such defenses.

## THIRTY-EIGHTH DEFENSE

The exact damages/losses claimed by Plaintiffs are unknown to Fairmont Homes, Inc., and thus Fairmont Homes, Inc. cannot adequately determine all defenses that may be applicable to Plaintiffs' claims.  Therefore, Fairmont Homes, Inc. expressly reserves by this reference the right to raise additional defenses to the extent that:

a.      Additional defenses become applicable under state and federal law;

b.      Additional defenses are established as discovery proceeds; and

c.      Additional defenses are available under subsequently asserted theories of recovery.

## THIRTY-NINTH DEFENSE

Fairmont Homes, Inc. requests a trial by jury.

**WHEREFORE**, the above premises considered, Defendant, Fairmont Homes, Inc., respectfully prays that this Answer be deemed good and sufficient; that after due proceedings had there be judgment rendered herein in favor of this Defendant, dismissing Plaintiffs'

Administrative Master Complaint, as supplemented and amended, with prejudice; and Defendant respectfully prays for all such other general, special and equitable relief that law, equity or the nature of the case may permit and all costs of these proceedings.  Finally, Defendant requests a jury trial on all issues herein.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**

s/Timothy D. Scandurro
_____
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
**607 St. Charles Avenue**
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Fairmont Homes, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February, 2010, a copy of the foregoing Answer and Affirmative Defenses on behalf of Defendant, Fairmont Homes, Inc. and Jury Trial Request was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/ Andrew Weinstock
_____
ANDREW D. WEINSTOCK
andreww@duplass.com