UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| ADMINISTRATIVE MASTER | * | |
| COMPLAINT, AS SUPPLEMENTED | * | |
| AND AMENDED | * | MAG: CHASEZ |

*************************************************************************

## EXHIBIT A

| CASE | DOCKET NUMBER |
|---|---|
| *Meshack v. Circle B Enterprises, Inc., et al* | 08-1970 |
| *Penny, et al v. Fairmont Homes, Inc., et al* | 09-3591 |
| *Alexander, et al v. Allen Camper Manufacturing Company, Inc., et al* | 09-4868 |
| *Berry, et al v. American Camper Manufacturing LLC, et al* | 09-5283 |
| *Celestine, et al v. American Camper Manufacturing, LLC, et al* | 09-5284 |
| *Williams, et al v. American Camper Manufacturing, LLC, et al* | 09-5285 |
| *Riley, et al v. Alliance Homes, Inc., et al* | 09-5443 |
| *Barnes, et al v. American Camper Manufacturing, LLC, et al* | 09-6048 |
| *Robinson v. Alliance Homes, Inc., et al* | 09-7888 |
| *Burl, et al v. Alliance Homes, Inc., et al* | 09-7940 |
| *Edwards v. Fairmont Homes, Inc., et al* | 09-7951 |
| *Bowens v. Gulf Stream Coach, Inc., et al* | 09-8011 |
| *Fountain, et al v. USA, et al* | 09-3622 |
| *Hillard, et al v. USA, et al* | 06-2576 |
| *McGuire, et al v. Gulf Stream Coach, Inc., et al* | 06-5659 |
| *White v. Circle B, et al* | 08-1969 |
| *Johnson v. USA, et al* | 08-3602 |
| *Adams, et al v. Alliance Homes, Inc., et al* | 09-4841 |
| *Adams, et al v. Alliance Homes, Inc., et al* | 09-6402 |
| *Annis, et al v. Alliance Homes, Inc., et al* | 09-5994 |
| *Bostic, et al v. Alliance Homes, Inc., et al* | 09-6412 |
| *Boteler, et al v. Alliance Homes, Inc., et al* | 09-6643 |
| *Buras, et al v. Alliance Homes, Inc., et al* | 09-6501 |
| *Cacioppe, et al v. Alliance Homes, Inc., et al* | 09-4840 |
| *Danastatasio, et al v. Alliance Homes, Inc., et al* | 09-7163 |
| *Durham, et al v. Alliance Homes, Inc., et al* | 09-6636 |

| CASE | DOCKET NUMBER |
|---|---|
| *Fincher, et al v. Alliance Homes, Inc., et al* | 09-6632 |
| *Fincher, et al v. Alliance Homes, Inc., et al* | 09-6497 |
| *Gabourel, et al v. Alliance Homes, Inc., et al* | 09-4842 |
| *Gras, et al v. Alliance Homes, Inc., et al* | 09-6498 |
| *Griffin, et al v. Alliance Homes, Inc., et al* | 09-6882 |
| *Joseph, et al v. Alliance Homes, Inc., et al* | 09-6881 |
| *Mackles, et al v. Alliance Homes, Inc., et al* | 09-4843 |
| *Massey, et al v. Alliance Homes, Inc., et al* | 09-6884 |
| *Menard, et al v. Alliance Homes, Inc., et al* | 09-6494 |
| *Rabalais, et al v. Alliance Homes, Inc., et al* | 09-4845 |
| *Rodriguez, et al v. Alliance Homes, Inc., et al* | 09-6495 |
| *Stewart, et al v. Alliance Homes, Inc., et al* | 09-6712 |
| *Umbehagen, et al v. Alliance Homes, Inc., et al* | 09-4844 |