UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | |
| | * | **SECTION  N (5)** |
| | * | |
| | * | |
| **THIS DOCUMENT RELATES TO** | * | **JUDGE ENGELHARDT** |
| *Stacey Tobias on behalf of Ruby Tobias v.* | * | |
| *Alliance Homes, Inc. d/b/a Adrian Homes, et* | * | |
| *al, Case No. 09-6291* | | |

**************************************************************************

**PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, come plaintiffs herein, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of plaintiffs' voluntary dismissal, without prejudice, of the complaint in its entirety.

                                                  Respectfully submitted,

                                                  HURRICANE LEGAL CENTER, LLC

                                                  BY:    */s/ Lawrence J. Centola, Jr.*

                                                            LAWRENCE J. CENTOLA, JR.
Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
602 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile:  (504) 525-1279
lcentola@hurricanelegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

                                          *s/ Lawrence J. Centola, Jr.*
                                    LAWRENCE J. CENTOLA, JR.