# Transcript of the Testimony of
# Bobbie R. Wright

**Date taken: January 5, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

***Note***

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "B"

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)                                        Bobbie R. Wright

Page 85

```
 1   wasn't, so...
 2       Q.   When you saw it wasn't, what do you mean by
 3   that?
 4       A.   Because people went in it, in the house.
 5       Q.   People broke into the home on -- at 2315
 6   Seminole Lane?
 7       A.   Yes.
 8       Q.   And they stole -- what did they steal?
 9       A.   Well, they had stuff that was packed.  You
10   know, stuff that was in the house that was gathered
11   up that wasn't destroyed, and it was still in there.
12       Q.   And was that stolen?
13       A.   Yeah.
14       Q.   Was there ever a point in time when someone
15   attempted to break into the travel trailer?
16       A.   Yeah, somebody did try to break in the
17   travel trailer.
18       Q.   And tell -- and tell me about that.
19       A.   I wasn't there then, but you could -- I
20   think they -- I think they got into the trailer.
21   Kind of like pried it, not breaking the lock, but
22   could pry it --
23       Q.   Uh-huh.
24       A.   -- some kind of way.
25       Q.   They attempted to pry the door open to gain
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)                    Bobbie R. Wright

Page 86

```
 1   entry into the travel trailer?
 2        A.    Uh-huh.
 3        Q.    Is that a "yes"?
 4        A.    Yes.
 5        Q.    And do you recall when that happened?
 6        A.    That must have been -- that was just -- I
 7   think that was last '08.  That might have been
 8   around the beginning of '08.
 9        Q.    Did they manage to steal anything from the
10   travel trailer?
11        A.    That's what I'm trying to think.  I really
12   -- I think they did take some -- something like
13   utensils and stuff.  Yeah, they did.
14        Q.    There was a television and maybe a laptop
15   computer in there.  Were they stolen, or were they
16   left alone?
17        A.    No.  I think the laptop was up under the
18   seat, like in the kitchen.  You can raise that up.
19        Q.    Uh-huh.
20        A.    I think the laptop was under there.  I
21   don't know.  I don't think they stole the laptop.
22        Q.    Okay.  So that was still while Mr. Wright
23   was living --
24        A.    Yeah, he was -- he was still there.  It was
25   just about getting close to the time where he was
```