Transcript of the Testimony of
# Videotaped Deposition of Charles David Moore, PE, PLS

Date taken: October 27, 2009

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "A"

Case 2:07-md-01873-KDE-MBN   Document 11751-1   Filed 02/18/10   Page 2 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped Deposition of Charles David Moore, PE, PLS

Page 107

1   the building code for the City of New

2   Orleans better than you do?

3       MR. AHLQUIST:

4           Objection.

5       THE WITNESS:

6           That's pretty much a loaded

7   question.  I would say many of them, no.

8   EXAMINATION BY MR. KURTZ::

9       Q   Okay.  Why do you say that?

10      A   Just in my experience with many

11  building officials around the state,

12  particularly a few years back, many of them

13  really did not know what was in the building

14  code.

15      Q   Okay.  Are you aware of any

16  exemptions to the City of New Orleans

17  building code that were put into place

18  following Hurricane Katrina?

19      A   No, I'm not aware of any.

20      Q   Haven't researched that?

21      A   No, I have not.

22      Q   When does a trailer stop being a

23  trailer and become something that's governed

24  by the building code?

25      A   By the use of that trailer.

Case 2:07-md-01873-KDE-MBN   Document 11751-1   Filed 02/18/10   Page 3 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped Deposition of Charles David Moore, PE, PLS

Page 108

1    Q    Okay.  So if I intend to live in
2    my trailer, even if I don't put it on
3    blocks, then it's something covered by the
4    building code?
5    A    Yes, sir.
6    Q    And that sort of situation would
7    fail the building code, right?
8    A    I believe so, yes.
9    Q    So it's the use of the thing as a
10   residence that triggers the applicability of
11   the code where the thing is, right?
12   A    I believe that's correct, yes.
13   Q    Okay.  Do you think tents are
14   governed by the building code?
15   A    I don't think so.
16   Q    Okay.  What if somebody intended
17   to live in a tent?
18   A    They come under some different
19   things.  There are some codes specifically
20   for structures that are made out of fabric
21   and things like that, so they would have to
22   meet those types of codes.  I don't know if
23   there's anything specifically in the
24   building code for that.
25   Q    Could you take a look at