UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   FEMA TRAILER                    MDL NO. 1873
         FORMALDEHYDE PRODUCTS
         LIABILITY LITIGATION            SECTION "N" (5)

THIS DOCUMENT IS RELATED TO              JUDGE ENGELHARDT

                                         MAGISTRATE CHASEZ

---

LYNDON T. WRIGHT, et al.
         Plaintiffs,
    vs.                                  CASE NO. 09-2977

FOREST RIVER, INC., et al.,
         Defendants.

---

VIDEOTAPED DEPOSITION OF

DONALD B. SNELL

DECEMBER 22ND & 23RD, 2009
1:06 P.M.

WOMBLE, CARLYLE, SANDRIDGE & RICE

150 FAYETTEVILLE STREET, SUITE 2100

RALEIGH, NORTH CAROLINA

**EXHIBIT "C"**

1    A    Yes.

2    Q    Okay. Does he -- does he state anywhere in
3    his response specifically that the City of New Orleans
4    Building Code and the International Building Code did not
5    apply?

6         MR. BONE: You can answer.

7    A    He does not.

8    Q    He does not. Does he state -- do you know
9    if the City of New Orleans can waive the International
10   Building Code?

11        MR. BAIN: Objection. Lack of foundation.

12        MR. BONE: Same objection.

13   A    I don't know.

14   Q    Well, your -- you've asked him to tell you
15   if the City of New Orleans Building Code and the
16   International Building Code applied or did not apply in
17   this situation?

18   A    That's correct. He verbally told me they
19   don't apply. He said they made no inspections.

20   Q    Okay.

21   A    I don't understand what the -- the issue is.
22   It's --

23   Q    Okay.

24   A    It's clear. It's a government piece of
25   property; it doesn't apply.