*Failure Analysis Associates*

# E$^x$ponent®

**Engineering Investigation
Lyndon Wright Trailer**

Errata 11/17/09

EXHIBIT "D"

SWE-000083

transport were comparable. However, the frequency of occurrence was much different. While the stress imposed by installation occurred only once prior to Mr. Wright's occupancy, comparable stresses imposed by over-the-road transport occurred multiple times. The Forest River trailer was built to accommodate thousands of miles of over-the-road travel without damaging the integrity of is exterior envelope. The absence of structural deformation related damage to the seals in the exterior envelope of both the Wright trailer and the exemplar trailer demonstrate this fact. It is unreasonable to conclude that one more cycle of loading during jacking and installation is going to cause any damage to a vehicle designed to sustain thousands of loading cycles without damage.

As discussed in Appendix F, the reports submitted by Charles Moore and Alexis Mallet lack rational methodology and technical substance with respect to the issue of possible damage to the trailer envelope associated with jacking and installation. Moore's application of conventional building codes to recreational trailers is creative, likely unique, but contrary to long-established practice of treating travel trailers as vehicles rather than buildings. Much of the report consists of irrelevant analysis of the trailer using building code provisions for conventional woodframe construction. Moore concludes that the trailer was improperly jacked but fails to define or describe a proper jacking procedure. He also uses terms such as "large differential movements" and "warping [of] significant magnitude" without quantification and concludes that damage will result without ever defining a damage mechanism or a damage threshold. It appears that he ignores basic aspects of engineering such as the difference between elastic displacement and permanent deformation of structures and their components. Mallet appears to adopt Moore's conclusions and incorporate them into his report without critical evaluation or any independent analysis.