# Transcript of the Testimony of
# Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

**Date taken: January 7, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "E"

Case 2:07-md-01873-KDE-MBN   Document 11751-5   Filed 02/18/10   Page 2 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 237

1    A    Well, it was basically the key
2    guidance for us providing and following
3    FEMA's direction on the installation of
4    travel trailers.
5    Q    Okay.  If we go to the first page,
6    1 of 10, 480, "General," it says, "All work
7    performed shall be in accordance with all
8    applicable federal, state and local codes
9    and regulations," correct?
10   A    Yes.
11   Q    All right.  What was your
12   understanding of what applicable local codes
13   and regulations applied to the installation
14   of travel trailers in Orleans?
15        MR. MILLER:
16             Objection, asked and answered.
17        MR. KURTZ:
18             Objection, asked and answered.
19        THE WITNESS:
20             I have answered that previously.
21   You asked me that.
22   EXAMINATION BY MR. D'AMICO:
23   Q    For electrical and for sewerage,
24   right?
25   A    Electrical, sewer and water.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 238

```
 1      Q    Okay.  What about building codes?
 2   Did any building codes apply?
 3      MR. BONE:
 4           Object to the form.
 5      THE WITNESS:
 6           Not to our knowledge.
 7   EXAMINATION BY MR. D'AMICO:
 8      Q    Are the sewer, electrical and
 9   plumbing local codes you're referring to
10   part of the local building code?
11      A    You know, I would have to check
12   that explicitly to be sure they were part of
13   the local building code, how that's actually
14   organized in Orleans and Jefferson.
15      Q    All right.  Under the terms of
16   this contract, who is responsible for
17   performing the site inspection at a private
18   residence to determine suitability for
19   placing a travel trailer?
20      MR. KURTZ:
21           Objection, vague.
22      THE WITNESS:
23           May I just have it quickly one
24   more time, just to make sure I understand
25   it?
```