Transcript of the Testimony of
# Videotaped Deposition of Tyshone Marsh

## Date taken: January 14, 2010

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

EXHIBIT
"A"

Page 10

```
1        Q     And who else lives at that
2   apartment with you?
3        A     Me and Mr. Lyndon Wright.
4        Q     And so you are presently living
5   with the plaintiff in this lawsuit?
6        A     Yes, sir.
7        Q     How long have you been living with
8   Mr. Wright?
9        A     Nine months.
10       Q     So that meant you moved in
11  sometime last summer?
12       A     Yes.
13       Q     Okay.  Does anybody else live in
14  that apartment other than you and
15  Mr. Wright?
16       A     My son.
17       Q     Okay.  And your son's name is?
18       A     Jeremy Marsh.
19       Q     Jeremy?
20       A     Uh-huh (affirmative response).
21       Q     Okay.  And how old is Jeremy?
22       A     13.
23       Q     Okay.  And Jeremy's last name?
24       A     Marsh.
25       Q     I'm sorry.  You see, I'm old.  I
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)          Videotaped Deposition of Tyshone Marsh

Page 17

1       A     No, sir.

2       Q     And what about Seventh and

3    Danneel?

4       A     It was me, my son and Mr. Derrick.

5       Q     Okay.  And how long did you live

6    at that address?

7       A     On Seventh and Danneel?

8       Q     Yes.

9       A     For probably about five months, I

10   think.

11      Q     Okay.  Before the -- Since Danneel

12   comes after Algiers, but before -- What am I

13   missing -- Amelia, tell me where you were

14   before the Algiers address.  Where did you

15   live?

16      A     I was incarcerated.

17      Q     In what facility?

18      A     Jefferson Parish.

19      Q     And what was the length of your

20   incarceration at Jefferson Parish?  How long

21   were you in jail in Jefferson Parish?

22      A     I was in there for, I think, 30

23   days.

24      Q     Okay.  And it was as a result of

25   an arrest or conviction?

Page 18

```
1        A      A conviction.

2        Q      Okay.   And what was the conviction

3   for?

4        A      Purse snatching.

5        Q      And can you tell me when those 30

6   days were, from what month to what month and

7   in what year?

8        A      It was in 2006 -- 2005, when

9   Katrina hit, I was incarcerated.

10        Q      Wait.   I have you -- Okay.   Tell

11   me when you were arrested for purse

12   snatching.

13        A      I don't recall the date, what day

14   I was -- I mean, I had got arrested.

15        Q      Give me a month and a year.

16        A      I think it was in 2005 or four,

17   one of them.   Three.   I don't recall the

18   year.   I don't remember the year.

19        Q      Was it before Katrina or after

20   Katrina?

21        A      It was before Katrina.

22        Q      Okay.   So you were arrested in

23   Jefferson Parish?

24        A      Yes, sir.

25        Q      Where did the event occur?   Where
```

Page 19

1   did the incident occur?

2       A       In Jefferson Parish.

3       Q       Where in Jefferson Parish?

4       A       Around Wal-Mart.

5       Q       Which Wal-Mart?

6       A       By the Huey P. Long Bridge.

7       Q       Okay.  And you were arrested for

8   purse snatching.  Did you go to trial or did

9   you plead guilty?

10      A       I pleaded guilty.

11      Q       Okay.  Were you charged with

12  something greater than purse snatching and

13  pled down to purse snatching?

14      A       I don't understand.

15      Q       Were you charged with a crime

16  greater than purse snatching and you pled

17  guilty to a lesser offense of purse

18  snatching?

19      A       No, I pleaded guilty to it.

20      Q       Did you have a lawyer?

21      A       No, sir.

22      Q       So at the time of the purse

23  snatching incident, were you dating Derrick?

24      A       Yes, sir.

25      Q       Okay.  And during that 30 days, he

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)        Videotaped Deposition of Tyshone Marsh

Page 23

1        Q     So your mother and father live

2     with your sister?

3        A     Yes, sir.

4        Q     Okay.  What does your father do

5     for a living?

6        A     He works.

7        Q     Doing what for whom?

8        A     A temp service.  Black Tie or

9     something like that.

10       Q     Other than the one incident in

11    which you pled to the crime of purse

12    snatching, have you ever been arrested?

13       A     Yes.

14       Q     For what other crimes?

15       A     Prostitution.

16       Q     What else?

17       A     And possession of crack.

18       Q     Were you arrested only once for

19    prostitution?

20       A     Yes, sir.

21       Q     Were you arrested only once for

22    possession of crack?

23       A     Yes, sir.

24       Q     On the prostitution, what parish

25    was it in?

Page 24

```
 1      A    Orleans.

 2      Q    Orleans?

 3      A    Yes, sir.

 4      Q    And when was that?

 5      A    In 2005.

 6      Q    Okay.  And did you go to trial on

 7  that case?

 8      A    No, sir.

 9      Q    Okay.  The possession of crack,

10  what parish?

11      A    Orleans.

12      Q    When was that?

13      A    In 2008.

14      Q    Are those charges still pending?

15      A    No, sir.

16      Q    Okay.  They were dismissed?

17      A    No, sir.

18      Q    It went to trial?

19      A    Yes, sir.

20      Q    Okay.  And you were acquitted?

21      A    Yes.  I have -- I'm on probation.

22      Q    Oh, so you weren't acquitted?

23      A    Huh-uh (negative response).

24      Q    So you pled guilty to possession

25  of crack?
```

Page 25

```
 1        A     Yes, sir.

 2        Q     Oh, okay.  When was it that you

 3   pled guilty to possession of crack?

 4        A     December the 10th, 2008.

 5        Q     Okay.  And as a result of that

 6   plea, you worked out an arrangement to be on

 7   probation for a period of time?

 8        A     Yes, sir.

 9        Q     Did you have a lawyer?

10        A     Yes, sir.

11        Q     Who worked out the deal?  The deal

12   wasn't worked out by you, it was worked out

13   by your lawyer, right?

14        A     Uh-huh (affirmative response).

15        Q     Who was that?

16        A     Latecia Gordon.

17        Q     Gordon?

18        A     Yes, sir.

19        Q     And what's the terms of that

20   probation as far as you know?

21        A     They gave me 30 months.

22        Q     30 months' probation, but with

23   what restrictions?

24        A     I don't understand, sir.

25        Q     When you got a 30-month probation,
```

Page 29

```
 1        Q      And both of them gave him off

 2   today?

 3        A      Yes, sir.

 4        Q      Is this a regular day off for him?

 5        A      Uh-huh (affirmative response).

 6        Q      In other words, is Thursday a

 7   regular day off for him?

 8        A      Yes, sir.

 9        Q      Ms. Marsh, are you on any

10   medications?

11        A      No, sir.

12        Q      Have you ever been a part of a

13   methadone program?

14        A      No, sir.

15        Q      Have you ever been part of any

16   kind of recovery program, whether it be

17   drug, direct related, which I mean like

18   methadone, or any other type of program for

19   substance abuse?

20        A      Yes, I went to rehab a couple of

21   years ago.

22        Q      Where did you go to rehab?

23        A      At Charity.

24        Q      And so, because some people may be

25   seeing this, when you say Charity, you're
```

Page 30

```
 1    talking about Charity Hospital in Orleans

 2    Parish, correct?

 3         A    Yes.

 4         Q    Was that inpatient rehab or was it

 5    outpatient rehab?

 6         A    Inpatient.

 7         Q    And that inpatient rehab lasted

 8    from when to when?

 9         A    I don't recall.

10         Q    What year did you do rehab?

11         A    I think in 2002.

12         Q    And do you know how many months of

13    rehab you were inpatient for?

14         A    No, sir.  It wasn't months.

15         Q    It wasn't months?

16         A    Huh-uh (negative response).

17         Q    It was weeks?

18         A    Weeks.

19         Q    And for what substance were you in

20    rehab for?

21         A    Heroin.

22         Q    Heroin?

23         A    Uh-huh (affirmative response).

24         Q    Other than that one occasion when

25    you were in Charity in rehab in 2002 for
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)          Videotaped Deposition of Tyshone Marsh

Page 31

```
 1   heroin addiction, were you ever in any other

 2   rehab program?

 3        A    No, sir.

 4        Q    When's the first time you ever met

 5   Lyndon Wright?  I'm not talking about the

 6   fact when you started.  It may be the day

 7   that you moved in with him.  But what I'm

 8   trying to find out is how long ago did you

 9   first meet Lyndon Wright?

10        A    In 2001.

11        Q    Tell me how it is that you came to

12   meet Lyndon.

13        A    I was walking and we just started

14   talking.

15        Q    Walking where?

16        A    Down the street.

17        Q    Okay.  What street?

18        A    Jackson and Seminole Lane.

19        Q    So was that when he was living on

20   Seminole Lane?

21        A    Yes, sir.

22        Q    So before 2001 -- I'm sorry.  Can

23   you be a little more specific?  Can you tell

24   me when in 2001?  Can you tell me what month

25   it was?
```

Page 35

 1        A     Because we started -- That's when

 2    I really got involved with him, because I

 3    was involved with somebody else.  That's why

 4    I really wasn't messing with him.

 5        Q     When you say you were involved

 6    with somebody else, is that Derrick?

 7        A     Yes.

 8        Q     And how long were you involved

 9    with Derrick?

10        A     15 years.

11        Q     Until when?

12        A     Until 2009, when he went to jail.

13        Q     Okay.  That was going to actually

14    be my next question.  So Derrick is

15    incarcerated?

16        A     Yes.

17        Q     Where?

18        A     D.C.I.

19        Q     D.C.I is State -- Is that Angola?

20        A     Uh-huh (affirmative response).

21        Q     I'm sorry.  I'm correct, he is in

22    Angola?

23        A     No, he's not in Angola, but he's

24    D.C.I.

25        Q     Where physically -- What D.C.I.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)          Videotaped Deposition of Tyshone Marsh

Page 36

1   facility is he in; do you know?

2       A    I don't know where he's at.

3       Q    You don't know where he physically

4   is imprisoned?

5       A    Yes, it's prison.

6       Q    I know he's in prison, but you

7   can't tell me whether or not he's in Orleans

8   Parish Prison?

9       A    He's not in Orleans.  He's in

10  D.C.I.  That's out of town, I think.

11      Q    Okay.  But you just don't know

12  where out of town?

13      A    Right.

14      Q    Okay.  Derrick was convicted of

15  what crime?

16      A    Heroin charges.

17      Q    Heroin?

18      A    Uh-huh (affirmative response).

19      Q    Was he convicted or did he plea or

20  do you know?

21      A    He pleaded.

22      Q    Okay.  So he pled guilty to heroin

23  possession?

24      A    Uh-huh (affirmative response).

25      Q    Not -- Well, was it possession or

Page 37

```
 1   distribution?

 2        A     Distribution.

 3        Q     So he pled to a distribution

 4   charge?

 5        A     Yes, sir.

 6        Q     Is he a three-time offender?

 7        A     Uh-huh (affirmative response).

 8        Q     He is.  So he's a three-timer.  So

 9   he's up for good, right?

10        A     Uh-huh (affirmative response).

11        Q     What were the other two?

12        A     Heroin charges.

13        Q     So all three of his convictions or

14   pleas were on heroin charges?

15        A     Uh-huh (affirmative response).

16        Q     And you know what I mean by three

17   times he's up the river, right?  He's gone,

18   right?

19        A     (Nods head affirmatively).

20        Q     So you were with Derrick for about

21   15 years, and when that relationship ended,

22   that's when you began to have a relationship

23   with Mr. Wright, correct?

24        A     Yes.

25        Q     During the 15 years that you were
```

Page 38

1    with Derrick, was he ever imprisoned for the

2    other two times that he copped -- I mean, he

3    pled to heroin charges?

4         A    Uh-huh (affirmative response).

5         Q    Was he imprisoned both times or

6    did he get probation either one of those

7    times?

8         A    He had got probation.

9         Q    Both times?

10        A    Uh-huh (affirmative response).

11        Q    He got probation both times on his

12   heroin charges?

13        A    One time.

14        Q    Okay.  And the other time he went

15   to jail for awhile?

16        A    Uh-huh (affirmative response).

17        Q    How long?

18        A    Two years.

19        Q    Where?

20        A    I don't know where.

21        Q    I'm going to try to separate

22   Lyndon as a boyfriend versus Lyndon as --

23   I'm trying to think of what we called it

24   before.  Hanging together, right?

25        A    Uh-huh (affirmative response).

Page 42

1    four times; that's your testimony?

2         A    Yes, sir.

3         Q    Okay.  Have you been to Razzoo --

4    Let's talk about before you lived together,

5    when you were just friends, when you all

6    were just hanging together.  You went to

7    Razzoo's together?

8         A    Uh-huh (affirmative response).

9         Q    Okay.  Between Katrina and the

10   time that you started living with him on

11   Claiborne Avenue?

12        A    We wasn't -- I ain't -- We wasn't

13   together during Katrina.

14        Q    You weren't even friends?

15        A    I was incarcerated.

16        Q    But only for a month?

17        A    No.

18        Q    Did I miss something?  You were

19   incarcerated more than once?

20        A    I was incarcerated one time, but I

21   didn't get out.  They shifted me, because

22   everything was messed up.

23        Q    Okay.  Well, tell me about that.

24   I thought you were incarcerated for purse

25   snatching for only 30 days?

Page 43

1      A    No.

2      Q    Okay.  Well, tell me where I made

3   a mistake.  You pled guilty to purse

4   snatching.  You said you spent 30 days in

5   Jefferson Parish?

6      A    Uh-huh (affirmative response).

7      Q    Were you incarcerated someplace

8   else?

9      A    Yes.

10     Q    Where?

11     A    In Lake Providence.

12     Q    Louisiana?

13     A    Uh-huh (affirmative response).

14     Q    Okay.  How is it that you got to

15  Lake Providence, Louisiana, in that jail?

16     A    They moved everybody because when

17  the hurricane hit.

18     Q    Were you incarcerated when the

19  hurricane hit?

20     A    Yes.

21     Q    So you were in Jefferson Parish at

22  the time of Katrina?

23     A    Yes, sir.

24     Q    And so they moved you to Lake

25  Providence?

Page 44

```
 1        A     Uh-huh (affirmative response).

 2        Q     Okay.  And how long were you in

 3   Lake Providence?

 4        A     Until June the 16th, 2006.

 5        Q     So your testimony is that you were

 6   in for a 30-day purse snatching conviction

 7   and you stayed in jail for nine months?

 8        A     I was on probation violation.

 9        Q     Oh, okay.  You were in -- Am I

10   correct you were incarcerated at the time of

11   Katrina for purse snatching?

12        A     Uh-huh (affirmative response).

13        Q     How is it that you made -- How did

14   you get an extension of probation -- How did

15   you get back incarcerated?  Did you get out

16   of Jefferson Parish and live out of the

17   correction institute for a period of time

18   before you went into Lake Providence or did

19   you go from one place to the other?

20        A     I went from Orleans to Jefferson

21   Parish.

22        Q     Orleans to -- Why Orleans to

23   Jefferson Parish, because they arrested you

24   in Orleans?

25        A     Uh-huh (affirmative response).
```

Page 45

1        Q     Moved you to Jefferson, right?

2        A     Uh-huh (affirmative response).

3        Q     And you were arrested in Orleans

4    for what reason?

5        A     Prostitution.

6        Q     Okay.

7        MR. AHLQUIST:

8              For the record, I'm just going to

9    lodge an objection to the relevance and

10    scope of these questions to preserve on

11    record.

12        MR. GIEGER:

13              It's a little late, but so be it.

14    EXAMINATION BY MR. GIEGER:

15        Q     Okay.  I'm confused.  I need to

16    understand.  When you were arrested in

17    Orleans Parish, it was for prostitution?

18        A     Uh-huh (affirmative response).

19        Q     Was this pre-Katrina or

20    post-Katrina?

21        A     Before Katrina.

22        Q     Okay.  Before Katrina.  And were

23    you in Orleans Parish on a charge of

24    prostitution when Katrina hit?

25        A     I was in Orleans when Katrina

Page 46

1    came -- I mean, in Jefferson Parish.

2         Q     Because they had moved you -- The

3    prostitution charge was pending in Jefferson

4    Parish?

5         A     No, it was pending in Orleans, but

6    Orleans released me and I had a probation

7    hold.

8         Q     What were you on probation for?

9         A     Purse snatching.

10        Q     Oh, because you had served your 30

11   days, and after your 30 days, there was a

12   probation?  There was a continuation of

13   probation order?

14        A     Yes, sir.

15        Q     Okay.  Now I understand.  So your

16   30-day conviction and service for the purse

17   snatching also had an accompanied probation

18   order on it, right?

19        A     Yes, sir.

20        Q     How long was that probation order?

21        A     How long I was on it for?

22        Q     Yes.

23        A     Two years.

24        Q     Okay.  So they gave you 30 days

25   plus a two-year probation?

Page 47

```
 1        A     Yes, sir.

 2        Q     And while you were on probation,

 3   they picked you up for prostitution?

 4        A     Uh-huh (affirmative response).

 5        Q     And that probation was in

 6   Jefferson Parish, so they picked you up in

 7   Orleans and moved you from Orleans to

 8   Jefferson?

 9        A     Yes, sir.

10        Q     Okay.  So was there a

11   determination that you had violated your

12   probation and, therefore, you had to serve

13   an additional sentence?

14        A     Yes.

15        Q     Okay.  How long?

16        A     Two years.

17        Q     Did you agree -- Since you were

18   only on probation for the purse snatching,

19   you have to have a conviction for another

20   crime.  Did you agree to the two-year

21   probation or were you sent to trial?

22        A     I was already on probation.

23        Q     I understand that.  But as a

24   result of the arrest, did you plea and agree

25   to the two-year probation or was there a
```

Page 48

```
 1   trial?

 2        A     I agreed to the two years'

 3   probation.

 4        Q     So you agreed that you committed

 5   the crime of prostitution?

 6        MR. AHLQUIST:

 7             Object to form.

 8        THE WITNESS:

 9             No.

10   EXAMINATION BY MR. GIEGER:

11        Q     But you agreed to the probation,

12   right?

13        A     The probation for the purse

14   snatching, yes.

15        Q     And you agreed to the two-year

16   sentence for the violation of the probation,

17   right?

18        A     Uh-huh (affirmative response).

19        Q     Okay.  And that's how you got to

20   Lake Charles?

21        A     Uh-huh (affirmative response).

22        Q     Who took care of your son while

23   you were incarcerated in Lake Charles?

24        A     My aunt.

25        Q     I'm sorry.  It wasn't in Lake
```

Page 49

1    Charles.  It was in lake Providence.  I'm

2    sorry.

3         A    My aunt.

4         Q    And who is your aunt?

5         A    Wanda Brown.

6         Q    And where is Wanda today?  Where

7    does she live?  What's her address?

8         A    I don't know her address.  She

9    lives out of town.

10        Q    When she last lived in town, where

11   did she live?

12        A    In New Orleans east.

13        Q    Do you know the address?

14        A    No, sir.

15        Q    Other than the incarceration

16   associated with the purse snatching and the

17   incarceration associated with your plea or

18   violation of probation associated with your

19   arrest for prostitution and your

20   incarceration in Lake Providence, have you

21   ever been incarcerated?

22        A    Huh-uh (negative response).

23        Q    Are you presently employed?

24        A    No, sir.

25        Q    In the nine months that you have

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)          Videotaped Deposition of Tyshone Marsh

Page 73

```
 1    lived on Claiborne Avenue?

 2         A    Yes.

 3         Q    Together?

 4         A    Yes.

 5         Q    And he's made no other complaints

 6    other than headache, eyes burning and

 7    nauseated during the nine months that you

 8    have lived on Claiborne Avenue?

 9         A    No, sir.

10         Q    I'm sorry.  It's a lawyer thing.

11    We're both saying "no."  I have to get it

12    clear.  Am I correct in the nine months that

13    you all have lived together on Claiborne

14    Avenue, the only complaints that he has made

15    from a health standpoint was he had

16    headaches, eyes burning and nauseated?

17         A    Yes, sir.

18         Q    Nothing else?

19         A    Nothing else.

20         Q    Ms. Marsh, do you smoke?

21         A    Yes.

22         Q    How much?  About a pack a day?

23         A    Two packs.

24         Q    Camel?

25         A    Huh-uh (negative response).
```

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255          (504) 529-5255
New Orleans * Baton Rouge * Shreveport

Page 74

1       Q     What?

2       A     Kools.

3       Q     Kools.  I was close.  I guess not

4    real close.  I haven't smoked in awhile.

5             How long have you had a

6    two-pack-a-day habit?

7       A     Since -- How long I had it?

8       Q     How long have you been smoking two

9    packs a day?  I call that a two-pack-a-day

10   habit.

11      A     Since I was 25.

12      Q     Well, you're only 26, right?

13      A     I'm 28.

14      Q     I'm trying to be nice.  Okay.  All

15   right.  And before that, you were smoking,

16   right?

17      A     Huh?

18      Q     You didn't start smoking at 25?

19      A     No, I didn't.

20      Q     Right.  You have been smoking for

21   a long time?

22      A     Yes.

23      Q     Since a teenager?

24      A     Yes.

25      Q     All right.  Do you smoke around

Page 75

```
 1    Lyndon?

 2        A    No, sir.

 3        Q    Never?

 4        A    Never.

 5        Q    Never ever ever?

 6        A    No, sir.

 7        Q    So you don't smoke inside of the

 8  apartment?

 9        A    No, sir.

10        Q    Would it be true that you, I

11  assume, as -- People who don't live in New

12  Orleans will never understand this word.  Do

13  you know what a stoop is, what I call a

14  stoop?  You sit outside of your apartment?

15        A    No, sir.

16        Q    Okay.  Let's do this.  Would you

17  and Lyndon ever sit outside the apartment on

18  Claiborne Avenue together?

19        A    No.

20        Q    Never?

21        A    No.

22        Q    Okay.  So you never smoked with

23  Lyndon sitting outside the apartment on

24  Claiborne Avenue smoking a cigarette with

25  Lyndon right there?
```

Page 76

```
 1        A     No.

 2        Q     "No."  You wouldn't be there with

 3   Lyndon -- How about you ride with Lyndon in

 4   his car, right?

 5        A     Yes.

 6        Q     His Gallant, right?

 7        A     Yes.

 8        Q     Okay.  Do you smoke in his car?

 9        A     No.

10        Q     Never?

11        A     Never.

12        Q     Never ever ever?

13        A     Never.

14        Q     So you have never smoked in that

15   Gallant?

16        A     No.

17        Q     Even when you're driving it alone?

18        A     No, sir.

19        Q     So let me see if I can get this

20   straight.  You never smoked inside of the

21   Claiborne Avenue apartment where you and

22   Lyndon and your son live, right?

23        A     No, sir.

24        Q     You have never smoked standing

25   outside of the apartment with Lyndon present
```

Page 77

1    on the Claiborne Avenue address, correct?

2         A    Yes, sir.

3         Q    And you never smoked inside of his

4    Gallant, correct?

5         A    Yes, sir.

6         Q    All right.  Well, on that

7    two-pack-a-day habit, where do you go smoke?

8         A    I leaves.

9         Q    I'm sorry?

10        A    I leaves.

11        Q    You leave what?

12        A    And I walk.

13        Q    So you only smoke these two packs

14   a day when you're walking outside the

15   apartment where Lyndon is not around?

16        A    Yes.

17        Q    Did you ever smoke inside the

18   trailer?

19        A    No, sir.

20        Q    Did Lyndon ever tell you that

21   anybody who was ever in the trailer smoked

22   in the trailer?

23        A    No, sir.

24        Q    Do you know if anybody ever smoked

25   in the trailer?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)        Videotaped Deposition of Tyshone Marsh

Page 78

```
 1      A    No, sir.

 2      Q    Did you ever smell smoke in the

 3  trailer?

 4      A    No, sir.

 5      Q    Why is it that you don't smoke

 6  around Lyndon?

 7      A    Because he don't like smoke.

 8      Q    And you know that?

 9      A    Yes.

10      Q    And you abide by his wishes,

11  right?

12      A    Yes.

13      Q    Why do you laugh?

14      A    I ain't laughing.

15      Q    Does Regina smoke?

16      A    Yes.

17      Q    Did you ever live with Regina?

18  "Yes," right?

19      A    Uh-huh (affirmative response).

20      Q    Did you smoke in that apartment?

21      A    Yes.

22      Q    Okay.  How much did Regina smoke?

23      A    Oh, I don't know.

24      Q    A pack a day, two packs a day like

25  you?
```

Page 79

```
 1       A     Oh, I don't know.

 2       Q     Okay.  And did Lyndon ever visit

 3   you in that apartment?

 4       A     No, sir.

 5       Q     Never?

 6       A     Huh-uh (negative response).

 7       Q     Never went over there?

 8       A     No, sir.

 9       Q     Never even came to the door and

10   knocked?

11       A     No, sir.

12       Q     Who's supporting you today?

13       A     Mr. Lyndon Wright.

14       Q     And that's been true since March

15   of '09, when you moved in?

16       A     Yes.

17       Q     So you did not know Lyndon as a

18   child, pre-teen, correct?

19       A     No, sir.

20       Q     Did you know Lyndon's mother ever?

21       A     I met her.

22       Q     Okay.  When?

23       A     I think last year.

24       Q     When you were in the trailer with

25   Lyndon, was anybody else ever there?
```

Page 94

1    first occurred?

2         A     No, he didn't.

3         Q     Okay.  So you don't know that that

4    occurred -- was something that he had a

5    problem with before he moved into the

6    trailer?

7         A     I don't know.

8         Q     You don't know one way or the

9    other?

10        A     I don't know.

11        Q     Does he still have that problem?

12        A     I don't --

13        Q     You and Mr. Wright are intimate?

14        A     Uh-huh (affirmative response).

15        Q     And so --

16        A     Sometimes.  Sometimes.

17        Q     In the nine months that you have

18   been living with him, you have been intimate

19   with him, correct?

20        A     Not as much.

21        Q     Not as much as what?

22        A     We have been intimate.

23        Q     As much as what?  As much as

24   compared to what?

25        A     Making love.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)          Videotaped Deposition of Tyshone Marsh

Page 95

1       Q    I understand that, but you said

2   "not as much."  You have to be comparing

3   that to something else.

4       A    Okay.  We don't have sex.

5       Q    At all?

6       A    No.

7       Q    How long has that been true?

8       A    Since we got together.

9       Q    So in the nine months that you

10  have lived together, you have never had sex?

11      A    Huh-uh (negative response).

12      Q    Am I correct that in the nine

13  months --

14      A    I mean, we have --

15      Q    -- you have lived together, you

16  have never had sex?

17      A    We have sex, but not like how

18  we're supposed to.

19      Q    And how is that?

20      A    He don't get hard.

21      Q    Okay.  So the nine months that you

22  have lived together, Mr. Wright has been

23  unable to have an erection?

24      A    Yes.

25      Q    Is he seeing a doctor for that?

Page 122

1        MR. AHLQUIST:

2            Okay.  She will read and sign.

3        MR. GIEGER:

4            I will let the court reporter make

5    that happen.

6        MR. AHLQUIST:

7            Okay.

8        MR. GIEGER:

9            Okay.  Thank you very much.

10   EXAMINATION BY MR. AHLQUIST:

11       Q    I have a couple questions.

12   Ms. Marsh, what is the current status of

13   your relationship with Mr. Wright?

14       A    What did you say?

15       Q    What's the current status of your

16   relationship?

17            Are you guys boyfriend/girlfriend?

18       A    We are boyfriend and girlfriend.

19       Q    Okay.  You're not married?

20       A    We're getting married on

21   Valentine's.

22       Q    So you're engaged?

23       A    Yes.

24       Q    Okay.  You said earlier when you

25   would go over to Lyndon's trailer while he

Page 125

1    blood?

2         A    Yes, sir, I did.

3         Q    Can you describe that?

4         A    Yes.

5         Q    Please do so.

6         A    It looked like blood clots.

7         Q    How much?  How much blood?

8         A    I don't know how much it is, but

9    it be enough.

10        Q    Have you seen this since you have

11   been living with him?

12        A    Yes.

13        Q    Did you ever see this in the

14   trailer?

15        A    No, sir.

16   MR. AHLQUIST:

17             All right.  That's all that I

18   have.

19   EXAMINATION BY MR. GIEGER:

20        Q    You're engaged to be married

21   Valentine's Day in 2010, not 2011?  This

22   coming Valentine's Day?

23        A    Yes.

24   MR. GIEGER:

25             Thank you.  That's all the