# Transcript of the Testimony of
# Videotaped Deposition of Lyndon Wright

**Date taken: July 10, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "B"

1   demolition or gutting of any properties in
2   and around the New Orleans area?
3       A.   No.
4       Q.   Okay.  The friends that you have
5   in the neighborhood or the friends that you
6   have in the area, you never did any work
7   with them gutting any of their houses?
8       A.   No.
9       Q.   Is Ms. Marsh the first lady friend
10  that you've had since Katrina?
11      A.   First lady friend?  Yes.
12      Q.   And Ms. Marsh is a smoker, isn't
13  she?
14      A.   Yes.
15      Q.   And how many packs a day does she
16  smoke?
17      A.   Probably about a pack.
18      Q.   What type of cigarettes does she
19  prefer?
20      A.   Kools.
21      Q.   Does she smoke in your presence?
22      A.   My presence?  Yes.
23      Q.   And she'll come and stay with you
24  for about four nights a week, correct?
25      A.   About that, yes.

```
 1      Q.   And she smokes in the house from
 2  time to time, doesn't she?
 3      A.   No, she goes outside.
 4      Q.   Every time she has a cigarette,
 5  she goes outside?
 6      A.   As far as when I'm around, yes.
 7      Q.   Is she in the house when you're
 8  not there, your present address?
 9      A.   Excuse me?
10      Q.   Does she stay at your present
11  address sometimes when you go to work or you
12  go elsewhere?
13      A.   Yeah, sometimes she will stay
14  there until I go to work or I come back.
15      Q.   Do you know if she smokes in the
16  house then?
17      A.   I've noticed the smell of smoke in
18  the house, and I addressed it to her that I
19  didn't like the cigarette smoke in the
20  house.
21      Q.   Do you let Ms. Marsh use your car?
22      A.   Yes.
23      Q.   Does she smoke in your car?
24      A.   Yes, she does.
25      Q.   Does she have a place that she
```

1   stays at when she's not with you?
2       A.   Yes, with her cousin.
3       Q.   Where is that?
4       A.   Up -- I want to say Uptown, but
5   it's around Amelia Street.
6       Q.   Do you go over there and visit
7   from time to time?
8       A.   Time to time, yes.
9       Q.   So every once in a while, you go
10  over that way?
11      A.   Yeah.  Once in a while.  It's not
12  a good area.
13      Q.   Who is her cousin that she stays
14  with?
15      A.   All I know, her name is Regina.
16  That's all.
17      Q.   Is Regina a smoker?
18      A.   I think she is.
19      Q.   When you've been over there at her
20  house, have they been smoking in the house?
21      A.   Oh, I always stayed outside.
22      Q.   You try to get away from it?
23      A.   Huh?
24      Q.   You try to get away from the
25  cigarette smoke?