# Transcript of the Testimony of
# Videotaped Deposition of Dr. Charles Shepard Field, Jr.

**Date taken: October 20, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

**EXHIBIT "C"**

Case 2:07-md-01873-KDE-MBN   Document 11752-3   Filed 02/18/10   Page 2 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Dr. Charles Shepard Field, Jr.

Page 42

1   it at all. You like to think it did, but it
2   may not have --
3        Q.   Okay. But, Doctor, when we weigh
4   things on a scale, if you were to say more
5   probably than not the reason that
6   Mr. Wright's mood was not good in October of
7   2001, would you say it was more likely than
8   not due to the fact that he was not taking
9   the medication that you had prescribed for
10  him for depression?
11       A.   Yes, quite possibly. Yes, right.
12       Q.   He also requested blood work due
13  to a concern over sexually transmitted
14  diseases?
15       A.   Right.
16       Q.   And what specific diseases was
17  Mr. Wright concerned about?
18       A.   Well, he didn't mention, so we
19  just have a standard set of tests that we
20  do.
21       Q.   And what do you test for?
22       A.   We test for syphilis and HIV, and
23  I guess at some point there were hepatitis
24  tests.
25       Q.   So that's a test you have to order

Case 2:07-md-01873-KDE-MBN   Document 11752-3   Filed 02/18/10   Page 3 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Dr. Charles Shepard Field, Jr.

Page 43

1   separately from a typical blood workup,
2   correct?
3       A.   Right.
4       Q.   Okay. And in this case, it was at
5   the request of the patient that he be
6   screened for these diseases?
7       A.   Right. I might have done some
8   initially, but he wanted them done
9   periodically.
10      Q.   Okay. Did he indicate to you that
11  he believed that he had been exposed to HIV?
12      A.   Well, by wanting the test, I
13  assumed that.
14      Q.   And is HIV a potentially
15  life-threatening disease?
16      A.   Yes, absolutely.
17      Q.   Is hepatitis potentially
18  life-threatening?
19      A.   Yes, uh-huh.
20      Q.   Anything else about the October 29
21  visit of 2001?
22      A.   His physical exam was normal, and
23  I rewrote -- the impression was that he had
24  depression and asked him to restart the
25  Effexor. And then I prescribed the

Case 2:07-md-01873-KDE-MBN   Document 11752-3   Filed 02/18/10   Page 4 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Dr. Charles Shepard Field, Jr.

Page 73

1  during your physical examination of
2  Mr. Wright as of December 1, 2003?
3      A.  No.
4      Q.  Okay.  You have some additional
5  notes toward the bottom of the page.  Could
6  you take me through what those notes are
7  relating to?
8      A.  We had essentially been concerned
9  about sexually transmitted deceases, we
10 figured he should get the hepatitis vaccine,
11 it's a hepatitis A and B, so that's TWINRIX,
12 the name of the vaccine, which is given in
13 three doses.  We gave him the first dose
14 that day.  He was to come back in one month
15 for the next dose and six months for the
16 last dose.
17     Q.  Again, did he relate to you that
18 he had a specific concern that he had been
19 exposed to the hepatitis virus?
20     A.  No.  It's a general precaution for
21 people who are sexually active.
22     Q.  And not in a monogamous
23 relationship?
24     A.  Well, I don't know -- I didn't
25 know what his relationships were.

Case 2:07-md-01873-KDE-MBN   Document 11752-3   Filed 02/18/10   Page 5 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Dr. Charles Shepard Field, Jr.

Page 74

1    Q.   Well, in terms of social history,
2    if Mr. Wright were involved in a purely
3    monogamous relationship, the likelihood of
4    him contracting a sexually transmitted
5    disease would be relatively low, correct?
6         MR. D'AMICO:
7              Object to the form.
8         THE WITNESS:
9              Well, right, but I mean, I didn't
10   know what the relationship was and he was
11   interested in not contracting STDs.  So when
12   you know he's interested, you know he's been
13   exposed.
14   EXAMINATION BY MR. BONE:
15   Q.   You know he is engaging in
16   behavior which may expose him to those types
17   of diseases?
18        MR. D'AMICO:
19             Object to the form.
20   EXAMINATION BY MR. BONE:
21   Q.   Correct?
22   A.   Yeah.
23   Q.   So you administered the first dose
24   of the -- is it TWINRIX?
25   A.   TWINRIX, T-W-I-N-R-I-X.

Case 2:07-md-01873-KDE-MBN   Document 11752-3   Filed 02/18/10   Page 6 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Dr. Charles Shepard Field, Jr.

Page 75

```
 1      Q.   Which is to -- it's a vaccine for
 2   hepatitis, correct?
 3      A.   Hepatitis A and B.
 4      Q.   Hepatitis A and B?
 5      A.   Uh-huh.
 6      Q.   Does it have side effects?
 7      A.   Not really.
 8      Q.   Do you know what the listed side
 9   effects of the hepatitis vaccine are?
10      A.   I couldn't tell you right now.
11      Q.   Is death a potential side effect
12   of taking the vaccine?
13      A.   Not that I know of.
14      Q.   If there were side effects, did
15   you go through those potential side effects
16   with Mr. Wright before administering this
17   vaccine?
18      A.   No.
19      Q.   When was the next occasion he had
20   to come and visit with you?
21      A.   He came in for his hepatitis
22   vaccine, the second dose, and then I saw him
23   when his third dose was due, June 2 of '04.
24      Q.   Okay.
25      A.   He was always on time for his
```

Case 2:07-md-01873-KDE-MBN   Document 11752-3   Filed 02/18/10   Page 7 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Dr. Charles Shepard Field, Jr.

Page 120

1    Q.   January 22 of '01, when he came in
2  and told you he had stopped taking the
3  Effexor?
4    A.   Right.  Well, he had decreased the
5  dose.
6    Q.   He had decreased the dose?
7    A.   He was still on the Effexor.
8    Q.   Okay.  When did he stop taking the
9  Effexor?
10   A.   I think that was the next visit,
11 July 9 of '01.  That was about six months
12 later.
13   Q.   All right.  Now, you were asked
14 some questions about Mr. Wright wanted to be
15 tested for sexually transmitted diseases.
16        Did he ever tell you, Mr. Wright
17 being "he," ever tell you he was exposed to
18 HIV?
19   MR. BONE:
20        Asked and answered.  I will object
21 to the form.
22   THE WITNESS:
23        He never said specifically, but he
24 wanted an HIV test, so I assumed he was
25 exposed.

Case 2:07-md-01873-KDE-MBN Document 11752-3 Filed 02/18/10 Page 8 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation  Videotaped Deposition of Dr. Charles Shepard Field, Jr.

Page 121

1  EXAMINATION BY MR. D'AMICO:
2      Q.  Did he, Mr. Wright, ever tell you
3  specifically he had been exposed to
4  hepatitis?
5      MR. BONE:
6          Same objection.
7      THE WITNESS:
8          No.  I mean, not that I wrote
9  down.
10 EXAMINATION BY MR. D'AMICO:
11     Q.  Okay.  Well, what was your
12 understanding, that he was sexually active
13 and that he wanted to find out if he had
14 been exposed and caught any diseases?
15     A.  Right, right.  He was up on his
16 sexually transmitted diseases and wanted to
17 make sure he didn't get them.
18     Q.  Do you believe that Lyndon was
19 acting responsibly in asking to be tested if
20 he was sexually active?
21     MR. BONE:
22         Object to the form.
23     THE WITNESS:
24         Yes, he was.
25 EXAMINATION BY MR. D'AMICO: