Transcript of the Testimony of

# DOUG GAEDDERT

Date: November 5, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.

1  A  To my knowledge, those are all the documents
2     relating to this trailer.
3  Q  That's all I needed to find out. Thank you. I
4     think that takes us through the notice.
5        In reviewing your deposition last night, I
6     noticed you talked about the RPTIA and their
7     building code. What is the RPTIA?
8  A  That's kind of the counterpart to the Recreational
9     Vehicle Industry Association. RPTIA would be the
10    Recreational Park Trailer Industry Association, so
11    it is a separate association and separate codes.
12    Different -- different entity.
13 Q  Does that relate to park models?
14 A  Relates to park models, park trailers, yes.
15 Q  All right. And it's a different association
16    because it has different models and it has
17    different codes that apply.
18 A  Correct.
19 Q  All right. And Forest River does, in fact, produce
20    park models. We talked about all that.
21 A  We do. And in fact, you know, you asked the
22    question earlier; let me correct that. You asked
23    about other associations. Forest River, as a
24    company, would be a member as well of RPTIA.
25 Q  All right. And it's my understanding that Forest

```
 1      River does produce products that are designed to be
 2      lived in, such as mobile homes.
 3   A  We have a manufactured housing company that we own.
 4   Q  And there are divisions of Forest River that would
 5      come under the HUD guidelines.
 6   A  Park models, if they were over 400 square feet,
 7      would be my understanding; and manufactured housing
 8      or modular housing, which I believe that...
 9   Q  I think that's all the questions I had on the
10      deposition.
11         Okay.  Now I'd like to turn your attention to
12      some general questions about Forest River and the
13      corporate structure.  My understanding is that
14      Forest River, from your prior testimony, is a
15      wholly-owned subsidiary of Berkshire Hathaway.  Is
16      that correct?
17   A  Correct.
18   Q  And when did that sale occur?
19   A  Either August thirty- -- the closing was either
20      August 31st or September 1, if my memory serves me
21      correct, 2005.
22   Q  And that's just prior to Katrina.
23   A  Or just a couple days after.
24   Q  After.
25   A  I don't remember the day the hurricane hit, but I
```

```
 1        MR. GIEGER:  I'll object to the form of the
 2     question.  I'm not sure that's quite Elton's
 3     testimony, but he can answer.
 4   A  I'm not a hundred percent sure what the invoice
 5     itself actually would read.  In fact, I mean,
 6     looking back -- because we didn't use LFE wood in
 7     Indiana during this time frame.
 8   Q  Right.
 9   A  Looking back, as we've had to prepare, there have
10     been all kinds of differences between companies and
11     actually who -- how paperwork was done at that
12     point.
13   Q  So some invoices may --
14   A  May or may not have LFE on it.
15   Q  -- or may not, just depends on the particular
16     vendor.
17   A  The particular vendor or the particular description
18     that they had entered in that printed off on an
19     invoice.  I mean, too many variables.  I don't
20     know.
21   Q  So you couldn't always tell from the invoice
22     whether or not it was LFE or reg wood.
23   A  Well, again, on the Indiana plants, I don't think
24     we had to deal with it.  We would have had a part
25     number and a price, and if the price would have
```

1  Q  Okay. I'm going to be able to skip through a lot
2     of sections.
3        Let me ask you about -- you've already told me
4     that as far as the travel trailer industry is
5     concerned, the only code that would have applied to
6     the construction of travel trailers by Forest River
7     was the RVIA code.
8  A  Which is ANSI 1192, yeah.
9  Q  Which I believe, if I understand you, the RVIA
10    adopts ANSI 1192.
11 A  Right. That's their actual building code. They
12    have other requirements of membership and so on,
13    but that is the actual --
14       And then I think Jeff brought it up yesterday,
15    Elton the day before; there are certain provinces
16    in Canada that have a different code, and it's
17    technically Z240, referred to a lot of times as
18    CSA.
19 Q  Did anyone at NACS or FEMA ever discuss with anyone
20    over at Forest River if any local building codes
21    would apply to using the travel trailers as
22    temporary housing units for disaster victims?
23 A  No.
24 Q  Those discussions never occurred.
25 A  No.

1  Q  And likewise, have you ever seen the contract that
2     any of the haul and install contractors signed with
3     FEMA relating to any local building codes?
4  A  No.
5  Q  For instance, have you had any discussions with
6     Shaw about what the requirements were that were
7     placed on them by FEMA relative to any building
8     codes?
9  A  No.
10 Q  You're just unaware of it.
11 A  We've never had any discussions with Shaw.
12 Q  Okay.  So you would not know if pursuant to that
13    contract, whether or not local building codes would
14    apply if the units would be used for residential
15    purposes with residential water and electrical
16    hookups.
17       MR. GIEGER:  Object to the form of the
18    question.  It's asking this witness to give an
19    opinion testimony which is beyond the scope of the
20    corporate deposition.  But if he knows, he can
21    answer.
22 Q  I'm just asking, you wouldn't know because you had
23    no discussions about it.
24 A  No.  My only knowledge would be that never in my
25    experience have RVs been held to a residential or

1    city building code.
2  Q  Right. And that's because your understanding is
3    that recreational vehicles are towable and have
4    self-contained water tanks and propane and --
5  A  Not necessarily all of that. I mean, because some
6    residential -- some recreational vehicles are not
7    towed that frequently. It's just they are a
8    totally different animal and they're just --
9    they're regulated by NHTSA and those who are
10    members of RVIA, which is the majority of the
11    industry, by RVIA.
12  Q  NHTSA. What is NHTSA?
13  A  National Highway Traffic Safety Association, I
14    believe.
15  Q  And that's because RVs are considered vehicles.
16  A  Yes. All ours carry an FMVSSA sticker on the side;
17    it's a requirement, federal requirement, etc.
18  Q  And vehicle identification number.
19  A  VIN numbers.
20  Q  Right. They don't come under the housing codes or
21    HUD regulations because they are vehicles.
22  A  Exactly.
23  Q  Okay. To your knowledge, are there any regulations
24    or policies that Forest River is aware of that
25    would require Forest River to comply with any

1       It gives us the latitude to make good
2   decisions on a per-customer basis.  It gives us
3   some backbone that's clear-cut, if we need to take
4   it; and at the same time, it allows our people to
5   make good judgment decisions and it's worked very
6   well.
7  Q Forest River today builds all of its units at all
8   of its facilities using low formaldehyde emitting
9   materials; is that correct?
10 A Actually, I think we're into a CARB 2 phase on all
11   RV products.  RV products.
12 Q Essentially the materials that you're using are
13   lower formaldehyde emitting materials; is that
14   right?
15 A Yes.
16 Q And back in 2005, there was no companywide policy
17   to use lower formaldehyde emitting materials in the
18   units.
19 A That's correct.
20 Q If a person -- if a layperson is walking through a
21   unit today, can they tell that you're using lower
22   formaldehyde emitting materials just by walking
23   through the unit?
24 A I don't believe so, no.
25 Q Was there any superficial difference, cosmetic