Transcript of the Testimony of

# JEFFREY BURIAN

Date: November 4, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.

Page 99

1 going off the video record at 11:15:29 to go to
2 Tape 3.
3       (A brief recess was taken.)
4       THE VIDEOGRAPHER:  We are back on the video
5 record at 11:29:03 commencing with Tape 3.
6 Q Okay.  We were talking about some of the
7   differences between Forest River units manufactured
8   in the Rialto plant versus other plants, and other
9   than some supplier differences and some design
10  differences, as I understand your testimony, the
11  general manufacturing process is similar.
12 A Yes.
13 Q If you would, Jeff, please identify and describe
14  any policies or discussions or other communications
15  regarding the use of low formaldehyde emitting,
16  LFE, wood products and regular wood products used
17  in the manufacture and construction of Forest River
18  units during the relevant time period.
19 A There are no policies or regulations or anything of
20  that nature regarding the use of LFE products.
21 Q To your knowledge, at the Rialto plant, were
22  non-LFE wood products ever used in the manufacture
23  of these travel trailers?
24 A To my knowledge, no.
25 Q To your knowledge, were all wood products, whether

Page 100

1  they were manufactured, processed panel products or
2  oriented strand board or particleboard or lauan,
3  were they all LFE products?
4  A  To my knowledge, yes.
5  Q  And if there was no standard requirement or no
6     policy or regulation, requirement, why did the
7     plant use LFE wood?
8  A  We had a conversation regarding that a short period
9     of time ago, and nobody really knows exactly why we
10    always used LFE.  We just all know that, for the
11    ten years that I have been there, we used LFE.
12    Purchasing manager knows that's what he -- when he
13    came there, that's what they were buying and he
14    continued to buy that product.
15         So it was just something that was always
16    spec'd into our materials that came in for no
17    specific reason other than the fact that that's
18    what we were buying and continued to buy.  May be
19    something that was carried over from the Cobra days
20    prior to the purchase of -- Forest River purchasing
21    Cobra.
22 Q  When you were at Fleetwood, was there also a
23    similar policy to use LFE wood?
24 A  Not to my knowledge.
25 Q  Was this something new to you when you came over to