# Transcript of the Testimony of **James Albrecht**

**Date:** January 20, 2010
**Volume:**

**Case:**

Printed On: February 18, 2010

Stewart Richardson and Associates
Phone: 317-237-3773
Fax: 317-237-3767
Email: depo@stewartrichardson.com
Internet: www.stewartrichardson.com

Indianapolis   Evansville   Fort Wayne

1  A  Okay. Fair enough. We don't manufacture any
2     differently. All our product is manufactured using
3     the same methods, the same product -- the same
4     products.
5  Q  Are the products that you manufacture in your two
6     facilities intended -- designed to be lived in for
7     extended periods of time?
8        MR. DINNELL: Objection, form.
9  A  The products that I manufacture, again, are a
10    base-level product intended to be used by families
11    for recreation on a weekend or maybe a week here or
12    there. I'm not -- I don't build products that are
13    intended to be permanent residences, no.
14 Q  And the products you manufacture in your facilities
15    do not fall under or comply with residential codes
16    or HUD codes; correct?
17 A  No, they do not.
18 Q  You stated the baseline models that you make. Was
19    the FEMA model different than a baseline model?
20 A  In what respect?
21 Q  What do you mean by the term "baseline model"?
22 A  Well, I guess for us it's more of a -- we build a
23    whole series of products. The products that are
24    built in my plants would be considered entry-level
25    products; first-time buyer, buy the product, see if

```
                                                              52
 1        codes and standards?
 2   A    Yes, they are.
 3   Q    Are there any other codes and standards that you're
 4        aware that he enforces aside from those?
 5   A    Well, as you're probably aware, the RVIA
 6        enforces -- or the rulemaking body that they use is
 7        the ANSI A119/NFPA, so those are the codes and
 8        standards we're referring to here.
 9   Q    And neither Mr. Christner nor RVIA look at
10        residential codes?
11   A    No.
12   Q    Do you know why?
13   A    Well, a travel trailer is a different animal.  A
14        recreational vehicle is a different animal.
15   Q    If you turn to the second page -- the first page is
16        a cover e-mail.
17   A    Yes.
18   Q    Second page says, "Recent RVIA Inspections Update."
19   A    Yes.
20   Q    If you look at the second line of the To's, that's
21        your name there, correct, Jamie Albrecht?
22   A    That is correct.
23   Q    This is dated 8/12/05.
24   A    Yes.
25   Q    So this is before Hurricane Katrina; correct?  If
```