Zellwood, Florida 32798

Cell: 321-231-5326

Office: 407-703-1300

Fax: 407-814-0452

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

---

**From:** John Odom [mailto:jodom@cityofno.com]
**Sent:** Thursday, October 22, 2009 11:10 AM
**To:** Don Snell
**Subject:** RE: Request for Assistance

That is correct. The FEMA Trailers were installed by FEMA Contractors and we made no inspections.

Johnny Odom
Chief Building Inspector
City of New Orleans

---

**From:** Don Snell [mailto:d.snell@libertybuilding.com]
**Sent:** Tuesday, October 20, 2009 4:38 PM
**To:** John Odom
**Cc:** 'George DuBose'
**Subject:** Request for Assistance

Re: FEMA temporary unit housing – Hurricane Katrina

Mr. Johnny Odom
Chief Building Inspector, City of New Orleans

Dear Mr. Odom,

Thank you for taking a few minutes this afternoon to speak to me on the telephone. This is to confirm my understanding of your responses to my question that:

- Any site referencing and zoning of the FEMA trailers did not fall under the enforcement of the City of New Orleans Building Department including the City of New Orleans Building Code and International Building Codes.

Your reply is appreciated.

Thank you.

2



Sincerely,

Donald B. Snell, (P.E. Pennsylvania, Georgia)

Florida Certified Mechanical Contractor

3700 Dohnavur Drive

P.O. Box 1120 (US mail only)

Zellwood, Florida 32798

Cell: 321-231-5326

Office: 407-703-1300

Fax: 407-814-0452

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.