## CURRICULUM VITAE

## EDWARD HALIE SHWERY, Ph.D.

| **PERSONAL DATA** | | **ADDRESSES** |

Birthplace:   Rockford, Illinois

Office:   315 Metairie Road, Suite 200
Metairie, Louisiana 70005
Phone:  (504) 833-6999
Fax:     (504) 833-2040

Personal:     Married; two children

email: shwery@gmail.com

Louisiana State Board of Examiners of Psychologists License No:  289
Texas State Board of Examiners of Psychologists License No:  31820
Board Certified in Pain Management.  American Academy of Pain Management
(September 1991)

## EDUCATIONAL HISTORY

9/61 - 6/62      University of Wisconsin

9/63 - 1/68      Wisconsin State University
B.S. Psychology

8/70 - 8/74      Texas Tech University
Ph.D. Clinical Psychology
August, 1974
Minor:  Special Education

8/73 - 9/74      Internship Ohio State University Hospitals
Department of Psychiatry

## PROFESSIONAL EXPERIENCE

1/68 - 6/69      Community Mental Health Technician
H.D. Singer Zone Center, Illinois Department of Mental Health,
Rockford, Illinois

Curriculum Vitae
Edward Halie Shwery, Ph.D.
Page 2

6/69 - 8/70    Unit Administrator and Program Coordinator
               H.D. Singer Zone Center

8/71 - 6/73    Consultant to Special Education Department of Lubbock
               Public Schools, Lubbock, Texas

8/72 - 6/73    Staff Counselor at Texas Tech University Counseling Center

8/72 - 6/73    Part-time instructor in Psychology Department

9/73 - 8/74    Clinical Psychology Intern at the Ohio State University Hospitals,
               Department of Psychiatry, Division of Clinical Psychology

8/74 - 8/77    Staff Clinical Psychologist at the Ridgecrest Children's Center,
               The University of Alabama

6/75 - 8/77    Coordinator for Psychology Services at the Ridgecrest Children's
               Center.

5/75 - 8/77    Adjunct Assistant Professor of Psychology at the University of
               Alabama

10/75 - 8/77   Consultant to clinical staff of the West Alabama Mental Health
               Center, Demopolis, Alabama

8/76 - 8/77    Consultant to the superintendent and staff at the North Alabama
               Regional Hospital in Decatur, Alabama

8/77 -         Staff Clinical Psychologist at the Children's Medical Center, Dayton
Summer/78      Ohio

Summer/78-     Private Practice in Metairie, Louisiana
   Present

2/79 -         Consulting Clinical Psychologist, Orleans Parish
  Fall 1985    Division of Evaluations and Services

6/80 - 8/83    Consulting Clinical Psychologist, New Orleans Police Department,
               Division of Child Abuse

PSC025370

Curriculum Vitae
Edward Halle Shwery, Ph.D.
Page 3

10/80 –      Consulting Clinical Psychologist, Office of Human Development,
Fall 1985    Division of Evaluations and Services, State of Louisiana

Spring 1995  Lecture at the Louisiana State University School of Dentistry
– Present    regarding chronic pain and psychological effects from dental
             problems.  This involves particular emphasis with TMD (temporal
             mandibular dysfunction) disorders with residents in prosthodontics,
             periodontics and oral surgery.

## WORKSHOPS AND SPEAKING ENGAGEMENTS

6/80   Appeared on WWL Radio station talk show regarding child abuse
       and neglect

8/80   WGSO Radio Station.  Appeared on talk show regarding New
       Orleans Police Department and child abuse.

10/80  WWL Channel 4 Television.  Served on panel discussing child abuse.

1/81   WGSO Radio Station.  Appeared as guest on talk show regarding sexual
       abuse of children.

8/81   WGNO Channel 26 Television.  Guest on special three-hour telephone
       call-in program regarding psychological problems in child abuse.

9/81   WVUE Channel 8 Television.  Guest panelist on program regarding incest.

10/81  Guest panelist and program presentation regarding child abuse and
       neglect.  Community workshop presented by Region IV of the National
       Center on Child Abuse and Neglect, U.S. Department of Health, Education
       and Welfare.

10/81  Co-presenter for workshop on effective lobbying and legislation.
       Louisiana Psychological Association Annual Convention.

11/81  Co-presenter for workshop on child abuse.  American Academy of
       Pediatrics Annual Convention.

PSC025371

Curriculum Vitae
Edward Halie Shwery, Ph.D.
Page 4

11/81   WDSU Channel 6 Television.  Guest presentation for local television program regarding child molestation.

1/82   WVUE Channel 8 Television.  Guest on special news program regarding child prostitution.

2/82   WVUE Channel 8 Television.  Guest on special news program regarding sexual abuse of children.

3/82   Law Enforcement Institute, LSU, Baton Rouge.  Presented workshop on sexual abuse of children for continuing education for police officers.

4/82   First Annual Louisiana Workshop on Sexual Abuse of Children.  Presentation of workshop regarding pedophilia and incest.  Also served on panel with other experts throughout the United States.

5/82   Conducted workshop for V.A. staff psychologists regarding forensic psychology.

6/82   New Orleans YWCA Rape Crisis Center.  Conducted workshop for training of counselors with rape trauma victims.

6/82   Conducted training workshop for new Crisis Intervention workers for State of Louisiana regarding investigation of child abuse cases.

7/82   Guest lecturer at Loyola Law School regarding child abuse and juvenile matters.

7/82   Conducted workshop for area assistant district attorneys regarding psychological aspects of rape.

8/82   Conducted workshop regarding psychological aspects of sexual abuse of children for clinical psychologists and pediatricians consulting with the State of Louisiana Child Protection Centers.

9/82   Conducted workshop for area assistant district attorneys regarding sexual victimization of children.

9/82   Loyola Law School, New Orleans, Louisiana.  Served on panel with area judges and attorneys regarding child abuse and neglect.

10/82   Conducted workshop on physical abuse and neglect of children for area pediatricians.

PSC025372

Curriculum Vitae
Edward Halie Shwery, Ph.D.
Page 5

10/82  Tulane University Departments of Psychiatry and Pediatrics.  Conducted a several part workshop for pediatric and psychiatry residents regarding child abuse and neglect, psychological aspects.

11/82  Loyola Law School, New Orleans, Louisiana.  Guest lecturer for law students regarding juvenile issues (custody, child abuse, family relationships).

12/82  State of Louisiana, Department of Health and Human Resources.  Conducted workshop regarding psychological aspects of child abuse and neglect for pediatricians, pediatric residents, clinical psychologists, social workers.

3/83  State of Louisiana, Department of Health and Human Resources.  Conducted workshop for administrators, program specialists, regional supervisors overseeing investigations of child abuse and neglect throughout the State of Louisiana.

5/83  Louisiana Crime Resistance Association.  Conducted workshop for district attorneys, police officers, judges throughout Louisiana regarding psychological aspects of rape and sexual molestation.

5/83  Children's Hospital, New Orleans, Louisiana.  Conducted workshop for hospital staff regarding sexual abuse of children.

5/83  Regional Center for Child Abuse and Neglect, Austin, Texas.  Conducted workshop for psychologists, pediatricians, case workers, agency personnel regarding sexual abuse of children for representatives from Louisiana, Arkansas, Texas, Mississippi, Oklahoma.

5/83  Child Welfare League of America Annual Workshop, New Orleans, Louisiana.  Conducted workshop for psychological aspects of sexual abuse of children for attendees from throughout the United States.

6/83  LSU Medical Center, Department of Pediatrics.  Conducted several workshops for pediatricians and pediatric residents regarding psychological aspects of child abuse and neglect.

6/83  Ochsner Hospital, New Orleans, Louisiana.  Conducted workshop on sexual abuse of children for staff pediatricians, psychiatrists, psychologists and social workers.

Curriculum Vitae
Edward Halie Shwery, Ph.D.
Page 6

7/83   Southeastern Louisiana University, Hammond, Louisiana. Conducted
       workshop for the Psychology Department regarding sexual abuse of
       children.

9/83   Ochsner Hospital, New Orleans, Louisiana. Conducted workshop for
       hospital staff and area pediatricians, clinical psychologists, and
       psychiatrists regarding psychological aspects of sexual abuse of children.

9/83   State of Louisiana, Department of Health and Human Resources.
       Conducted a several-day workshop regarding sexual abuse of children for
       representatives of DHHR throughout Louisiana.

10/83  New Orleans Academy of Trial Lawyers. Conducted workshop for area
       plaintiff attorneys regarding psychological aspects of disability and
       personal injury.

11/83  New Orleans office of the F.B.I., New Orleans office of Naval Intelligence,
       Louisiana State Police and area police departments. Conducted
       workshop for south Louisiana law enforcement officers regarding
       psychological aspects of child prostitution, child pornography, and sexual
       exploitation of children.

12/83  State of Louisiana, Department of Health and Human Resources,
       Alexandria, Louisiana. Conducted workshop for central Louisiana law
       enforcement, child protection centers, and area psychologists,
       pediatricians and psychiatrists regarding sexual abuse of children.

2/84   Volunteers of America. Workshop for foster care of children. Conducted
       two-day workshop regarding normal development of children,
       psychological aspects of foster care, and psychological characteristics of
       child abuse and neglect.

3/84   Orleans Parish Criminal Courts. Conducted workshop for several criminal
       court judges regarding psychological aspects of sexual abuse of children.

5/84   Consultant to the Nuncio (Ambassador for the Vatican to the United
       States), Washington, D.C.

6/84   State of Louisiana, Department of Health and Human Resources, Monroe,
       Louisiana. Conducted workshop for north Louisiana, State of Louisiana
       employees regarding sexual abuse of children.

PSC025374

Curriculum Vitae
Edward Halie Shwery, Ph.D.
Page 7

6/84 – 6/90  Consultant to USF&G Insurance Company.  Reviewed files and consulted with claims department.

6/84  Monroe, Louisiana.  Appeared on local television program regarding problems with sexual abuse of children.

7/84  Parish of Jefferson, State of Louisiana, Juvenile Court Judges.  Presented workshop for juvenile court judges of Jefferson Parish regarding psychological aspects of sexual abuse of children.

9/84  National Center for Child Abuse and Neglect.  Conducted a two-day workshop for mental health and social services personnel throughout the United States regarding sexual abuse of children.

10/84  Seventh Annual Governors' Conference Regarding Juvenile Justice, Shreveport, Louisiana.  Presented workshop regarding sexual abuse of children for annual workshop on juvenile matters.  Also served on panel with Judge Thomas McGee of Jefferson Parish regarding witness testimony with child abuse and neglect.

11/84  State of Louisiana, Juvenile Judges' Association, New Orleans, Louisiana. Presented workshop on psychological aspects of sexual abuse of children.

12/84  State of Mississippi, Department of Child Welfare.  Conducted workshop for state Child Welfare employees, county prosecutors, law enforcement officials regarding psychological aspects of sexual abuse of children.

2/85  LSU Medical Center, Department of Psychiatry.  Conducted workshop for psychologists and psychiatrists regarding forensic psychology, psychological aspects of child abuse and neglect.

5/85  Law Enforcement Training Center, LSU, Baton Rouge, Louisiana. Conducted workshop for law enforcement officers continuing education program regarding psychological aspects of child abuse and neglect.  Also conducted advanced workshop for law enforcement personnel regarding sexual abuse of children.

7/85  Diocese of Lafayette, Louisiana.  Conducted a four-day workshop regarding sexual abuse of children and pedophilia and the priesthood.

9/85  Emotional Abuse Conference, Southern Baptist Hospital. Conducted workshop regarding emotional abuse and psychological  affects with infants, preschoolers, children and adolescents.

Curriculum Vitae
Edward Halie Shwery, Ph.D.
Page 8

10/85   Fourth National Conference on Sexual Victimization of Children,
Children's Hospital, National Medical Center, Washington D.C.
Conducted workshop regarding "Louisiana's Model for Statewide
Interagency Coordination Regarding Sexual Abuse of Children".

3/86   Louisiana Catholic Conference:  Dioceses of Shreveport; Alexandria;
Houma-Thibodaux; Lake Charles; Baton Rouge; Archdiocese of New
Orleans; Lafayette.  Conducted a three-day workshop for Bishops,
Archbishop, Canon Lawyers, Vicar Generals and staff regarding sexual
abuse of children as it relates to the clergy.

3/86-Fall 1989 - Consultant to C.N.A. Insurance Company.  Reviewed files and
consulted with claims department.

4/86   Diocese of Memphis, Tennessee.  Conducted a two-day workshop
regarding pedophilia and the priesthood.

7/86   American Public Welfare Association Workshop for Southwest/Southeast
Region.  Conducted workshop on "Children at Risk".  Focused on
physical, emotional and sexual abuse of children.

6/86-Present - Consultant to various religious orders in the Catholic Church.

8/86   Forensic Pathologists, Inc., Shreveport, Louisiana.  Conducted workshop
regarding sexual abuse and physical abuse in cases of death involving
children.

8/86-10/90 - Consultant to the Attorney General for Mexico regarding sexual
abuse of children, Mexico City.

9/86   Archdiocese of New Orleans.  Conducted a two-day workshop for clergy
and faculty in parochial schools regarding sexual abuse of children.

10/86   National Association of Social Workers' Workshop in Shreveport,
Louisiana.  Conducted a one-day workshop regarding sexual abuse of
children.

10/86   Diocese of Jackson, Mississippi.  Conducted a one-day workshop
regarding pedophilia and sexual abuse of children, particularly as it relates
to the clergy.

PSC025376

Curriculum Vitae
Edward Halie Shwery, Ph.D.
Page 9

2/87  Tulane University School of Medicine, Department of Pediatrics.
Conducted workshop at the annual workshop regarding "Proving the Case
for Sexual Abuse".

10/87  Conducted workshop for the Jefferson Parish School System regarding
sexual abuse of children.

10/87  Ninth Governors' Conference on Juvenile Justice, Alexandria, Louisiana.
Conducted workshop regarding sexual abuse of children.

11/87  Louisiana Council on Child Abuse.  Conducted a one-day workshop on
sexual abuse of children.

3/88  Diocese of Pensacola - Tallahassee, Florida.  Conducted a one-day
workshop for clergy regarding pedophilia and the priesthood.

7/88  Louisiana Law Enforcement Training.  Conducted a one-day workshop for
juvenile officers regarding emotional and sexual abuse of children.

11/88  Television program Call to Action.  Appeared as a guest fielding questions
regarding sexual abuse of children.

8/89  Jefferson Parish School System Psychologists.  Conducted workshop on
projective techniques for practicing psychologists.

8/89  Louisiana Law Enforcement Training Program.  Conducted a one-day
workshop for police officers regarding sexual abuse of children.

6/90  Alabama Bar Association Annual Meeting, Gulf Shores, Alabama.
Featured speaker for the annual meeting.  Presented lectures over two
days on child custody and visitation issues, sexual abuse of children and
forensic psychology.

6/90  Consultant to psychologists in Corpus Christi, Texas regarding chronic
pain management and psychological effects of disability.

8/90  Louisiana Law Enforcement Training Program.  Conducted a one-day
workshop for police officers regarding sexual abuse of children.

9/90  National Conference of Diocesan Vocation Directors.  Conducted a one-
day workshop regarding sexual abuse and spirituality.

Curriculum Vitae
Edward Halie Shwery, Ph.D.
Page 10

12/90  Workshop for psychologists in Corpus Christi, Texas regarding chronic
       pain management.

6/91   Workshop for psychologists in gulf coast of Texas regarding chronic pain
       management and sexual abuse of children.

1/92   Austin, Texas.  Conducted workshop for psychologists regarding chronic
       pain management.

8/94   LSU School of Dentistry, New Orleans, Louisiana.  Conducted a workshop
       for faculty regarding psychological aspects of head and neck pain.

9/94   LSU School of Dentistry, New Orleans, Louisiana.  Conducted a workshop
       for faculty regarding research on psychological effects of chronic pain.

12/95  Louisiana Trial Lawyers' Association 1995 Holiday Seminar.  Conducted
       workshop regarding psychological effects of injury and chronic pain
       management.

5/98   LSU School of Dentistry, New Orleans, Louisiana.  Taught Dental
       Residents Seminar - aspects of chronic pain.

12/98  U.S. Federal Probation & Parole Office, New Orleans, Louisiana.
       Conducted seminar regarding pedophilia and sexual abuse of children for
       Federal Probation & Parole Officers.

5/99   LSU School of Dentistry, New Orleans, Louisiana.  Taught Dental
       Residents Seminar - TMD, dental pain and management of chronic pain.

8/99   New Orleans Bar Association.  Panel: "The Insider's View of Domestic
       Court."  Panel discussed domestic violence and sexual abuse allegations.

1/00   CASA, Covington, Louisiana.  Sexual abuse of children: diagnosis,
       treatment and long-range effects.

4/02   LTLA Family Law Seminar.  A Psychologist's Thoughts on Family Law.

9/04   Louisiana State Bar Association, 8th Annual Family Law Seminar.  Use of
       Psychologists in Child Custody Cases.  Joint Presentation with Mr. Steven
       J. Lane, Esquire  Paul Hebert Law Center, Baton Rouge, LA.

2/09   Texas Association of Rehabilitation Professionals and Providers of
       Services (TARPPS).  Winter Seminar: Clinical and Fiscal Impact of
       Coastal Weather Disasters: Hurricanes Katrina and Ike Revisited from the

Curriculum Vitae
Edward Halie Shwery, Ph.D.
Page 11

Rehabilitation Hospital and Individual Practitioner's Perspectives. Presentation to professionals in Texas and Louisiana.

## HONORS AND PROFESSIONAL ASSOCIATIONS

Elected Vice President of the Graduate Council of Clinical Psychology Students, August, 1971

Elected President of Graduate Council, August, 1972

Received Honors Convocation Award from Texas Tech University, June, 1972

American Psychological Association
APA Division 29 (Psychotherapy), 10 (Psychology and the Arts), 32 (Humanistic)

Society for Personality Assessment

Alabama Psychological Association

Ohio Psychological Association

Orleans Society of Applied Psychologists

Louisiana Psychological Association

Appointed to the Insurance Committee of the Alabama Psychological Association, July, 1976

Appointed parliamentarian for Louisiana Psychological Association, October 1979 - October, 1981

Alabama Board of Examiners in Psychology:  Approved for Licensure as a psychologist, December, 1975

Admitted to the National Register of Health Service Providers in Psychology, August, 1976

PSC025379

Curriculum Vitae
Edward Halie Shwery, Ph.D.
Page 12

Ohio State Board of Psychology:  Approved for Licensure as a Psychologist, September, 1977

Admitted to the American Academy of Psychotherapists, July 1979

Admitted to the American Society of Clinical Hypnosis, May, 1980

Louisiana State Board of Examiners in Psychology:  Approved for Licensure as a psychologist, September, 1978

Recognized by the United States Senate permanent sub-committee on investigations as one of fifteen national experts regarding child victims of sexual abuse, June, 1985

Appointed by the Secretary of the Department of Health and Human Resources for the State of Louisiana as the psychologist representative for the newly formed Governor's Review Committee for the Louisiana Child Sexual Abuse Project, September, 1985

Appointed consultant to Judge Thomas McGee, Chief Judge, Juvenile Court, Parish of Jefferson, to develop a program for treatment services for sexually abused children, January, 1985

Board Member:  Texas Association of Rehabilitation Professionals (TARPPS) Spring 2009

## PUBLICATIONS

Sexual Abuse of Children:  Investigation, Diagnosis and Treatment
    A Training Manual - September, 1983

Shwery, E. (1989).  Sexual Curiosity or Abuse?  In D. Fontenelle,
    How to Live With Your Children (pp. 176-186).  Tuscon, Arizona:  Fisher
    Books


Shwery, E. (2001).  Sexual Curiosity or Abuse?  In D. Fontenelle,
    How To Be A Good Parent (pp. 157-167).  Gretna, LA:  Wellness
    Institute, Inc.

## APPOINTMENTS BY THE COURT

Dr. Shwery has been appointed by various courts as the Court's Expert for both Civil and Criminal matters before the court.

Civil matters include qualifying Dr. Shwery as an expert Clinical Psychologist with additional expertise in issues of psychological disorders, chronic pain, sexual abuse of children, diagnosis and treatment of nervous and mental disorders, testamentary capacity, interdiction, child custody and general mental health issues.

Dr. Shwery has also been appointed by various judges to render an opinion to the court regarding criminal matters. These include: criminal responsibility, competency to proceed to trial, pre-sentence examination, competency to confess to a crime. Court appointments also include the impact on a victim of a crime committed by the defendant before the court.

The following courts have appointed Dr. Shwery as the Court's Expert.

## United States Court of Appeal, 5th District

The Honorable Robert Parker, U.S. Court of Appeals

Dr. Shwery was appointed as the U.S. Federal Court's Expert to assist the court in determining whether or not a jurist was competent to continue serving.

## United States Federal Court

1. The Honorable Barefoot Sanders, U.S. District Court Judge

2. The Honorable Richard Haik, U. S. District Court Judge

3. The Honorable Alma Chasez, U.S. Magistrate

4. The Honorable Karen Brown, U.S. Magistrate

5. The Honorable Lane Africk, U.S. District Court Judge

PSC025381

Curriculum Vitae
Edward Halie Shwery, Ph.D.
Page 14

## Louisiana Courts

Dr. Shwery has been appointed by the following Louisiana State Court Judges as the Court's Expert.

1. The Honorable Joan Armstrong, Louisiana 4th Circuit Court of Appeals

2. The Honorable Miriam Waltzer, Louisiana 4th Circuit Court of Appeals

3. The Honorable Robert Katz, Louisiana 4th Circuit Court of Appeals

4. The Honorable Max Tobias, Jr., Louisiana 4th Circuit Court of Appeals

5. The Honorable Saul Gothard, Louisiana 5th Circuit Court of Appeals

6. The Honorable Marion Edwards, Louisiana 5th Circuit Court of Appeals

7. The Honorable Fredericka Wicker, Louisiana 5th Circuit Court of Appeals

8. The Honorable Israel Augustine,

9. The Honorable Gerald Federoff

10. The Honorable Sidney Ordoine

11. The Honorable Donald Fendleson

12. The Honorable Yadda Magee

13. The Honorable Matthew Braniff

14. The Honorable Rosemary Ledet

15. The Honorable Lloyd Medley, Jr.

16. The Honorable John Shea

17. The Honorable Robin Giarrusso

18. The Honorable Ronald Bodenheimer

19. The Honorable Ronald Shoales

PSC025382

Curriculum Vitae
Edward Halie Shwery, Ph.D.
Page 15

20. The Honorable Nancy Amato Konrad

21. The Honorable Andrea Price Janzen

22. The Honorable Edward Gillin

23. The Honorable Salvatore Mule'

24. The Honorable Robert Waddell

25. The Honorable Clarence Giarrusso

26. The Honorable James Hightower

27. The Honorable Rudy Eason

28. The Honorable A. B. Simpson


Various governmental agencies have also appointed Dr. Shwery as an Expert
Clinical Psychologist.

United States Federal Probation and Parole Officers

Various United States Attorneys and Assistant U.S. Attorneys

Various Police and Sheriffs Departments

State of Mississippi Youth Court

The United States Marine Corp Court Martial


Dr. Shwery has also been appointed by various professional organizations
in order to examine a professional person.  The following organizations have
appointed Dr. Shwery to examine one of their members.

Louisiana Bar Association

Louisiana Psychological Association

Louisiana Medical Association

Curriculum Vitae
Edward Haile Shwery, Ph.D.
Page 16

Supreme Court of Louisiana.  Office of Disciplinary Counsel

Various Dioceses, Archdioceses and religious orders of the Roman Catholic
Church in North America.

PSC025384

# Edward H. Shwery, Ph.D.

### FEE SCHEDULE

| | |
|---|---:|
| Clinical Examination | $3,500.00 |
| MMPI-2 | $250.00 |
| MCMI | $250.00 |
| MBMD | $250.00 |
| Beck Anxiety Inventory | $160.00 |
| Beck Depression Inventory-II | $160.00 |
| Pain Packet | $600.00 |
| P-3 | $250.00 |
| MPI | $200.00 |
| ISB | $200.00 |
| Chronic Pain Assessment | $900.00 |

Deposition $950.00 for 90 minutes and
$600.00 ea. additional hour
(Or any part thereof)

Consultation, Report Writing, Review of Records $500.00 per hour

Expert Witness (In the immediate New Orleans area) $3,000.00 full day
$1,500.00 half-day

Expert Witness fees. Out of Town $5000.00 per day
Plus expenses

Out of Town Examination and Consultation Appointments are Additional for Travel Expenses
and Travel Time- $5000.00 per day plus expenses

PSC025385

# Edward H. Shwery, Ph.D.
## Court Testimony
## 2009

| Date | Patient | Court Jurisdiction | Expert Witness |
|---|---|---|---|
| Jan. 8 | Drew Shows | Federal | Depo. |
| Jan. 26 | Judy Young | State | Depo |
| March 9 | Casey Conrad | State | Depo |
| March 24 | Arthur Clark | State | Depo |
| March 26 | Casey Conrad | State | Court |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

PSC025386

Edward H. Shwery, Ph.D.

## Court Testimony 2008

Jan. 10  Michael Palmer  Federal Court Corpus Christy, Texas Depo  Mr. Best
April 17  Rory Bailey  State Court              Depo
April 21  Lisa Pembo  State Court        Expert Witness
April 23  Michelle Iles  State Court        Expert Witness  Mr. Kehoe
June 11  Frank Hill  State Court Mississippi  Depo  M. Lestelle
July 22  Jan Dimitry  State Court  Depo.  Mr. Seth Schaumberg
August 20  Julie Ferrara State Court Gretna, LA Expert Witness
July 30, 2008 Ford- Murray  Depo  Orleans St. Ct.
        Mr. Ford Hardy, Me.  Iimes. O'Boyle

Aug. 26 Ruby Johnson State Ct. Orleans Depo

Oct. 23 State Ct. Orleans Shevonne Ursin Depo

Nov. 12 State Ct. Jeff. Parish Stacey Held Depo

# Edward H. Shwery, Ph.D.
## 2007

| Date | Patient | Court Jurisdiction | Expert Witness / Deposition |
|---|---|---|---|
| 01/15/07 | Fleming, T. | Orleans | Deposition |
| 01/16/07 | Bock, C. | Miami, Florida | Deposition |
| 01/18/07 | Kelly, J. | Federal Ct. | Deposition |
| 02/07/07 | Schultz, B. | Off. Disciplinary Counsel. State of LA. Supreme Ct. | Expert Witness |
| 04/02/07 04/03/07 | John Doe #1 | Orleans | Deposition |
| " | John Doe #2 | Orleans | Deposition |
| " | John Doe #3 | Orleans | Deposition |
| " | John Doe #4 | Orleans | Deposition |
| " | John Doe #5 | Orleans | Deposition |
| " | John Doe #6 | Orleans | Deposition |
| " | John Doe #7 | Orleans | Deposition |
| " | John Doe #8 | Orleans | Deposition |
| " | John Doe #9 | Orleans | Deposition |
| " | John Doe 10 | Orleans | Deposition |
| " | John Doe 11 | Orleans | Deposition |

court testimony 2007

PSC025388

| Date | Patient | Court Jurisdiction | Expert Witness / Deposition |
|---|---|---|---|
| 04/02/07 04/03/07 | John Doe 12 | Orleans | Deposition |
|  | John Doe 13 | Orleans | Deposition |
|  | John Doe 14 | Orleans | Deposition |
|  | John Doe 15 | Orleans | Deposition |
|  | John Doe 16 | Orleans | Deposition |
| 05/03/07 | Tana Pittman | Baton Rouge | Deposition |
| 04/30/07 | Leo Green | Orleans | Deposition |
| 05/10/07 | Mary Carter | Orleans | Deposition |
| 06/26/07 | Flemings, T. | Orleans | Court Testimony |
| 07/10/07 | Hasselbeck, T. | Orleans | Deposition |
| 07/26/07 | Prejeant, R. | St. Tammany | Deposition |
| 09/13/07 | Prestenbach | Orleans | Depo |
| 11/28/07 | Smith | St. Tammany | Depo |

court testimony 2007

PSC025389

Edward H. Shwery, Ph.D.
2006

| Date | Patient | Court Jurisdiction | Expert Witness / Deposition |
|------|---------|--------------------|------------------------------|
| 20/02/06 | Catalinotto | Jefferson | Deposition |
| 28/03/06 | Catalinotto | Jefferson | Expert Witness |
| 09/03/06 | Sidney Hill | Orleans State Ct. | Deposition |
| 09/07/06 | Clifton Justin | Orleans Ct. | Deposition |
| 09/26/06 | Jennifer Reed | Jefferson Juv. Ct. | Expert Witness |
| 11/06/06 | Robert Matthews | Orleans Court | Expert Witness |
| 11/21/06 | Harmeyer | Jefferson | Deposition |
| 12/14/06 | Chauvin | Jefferson | Deposition |

court testimony 2005

PSC025390

## Edward H. Shwery, Ph.D.
## 2005

| Date | Patient | Court Jurisdiction | Expert Witness / Deposition |
| --- | --- | --- | --- |
| 1/25/05 | W. Overton | Orleans | Expert Witness |
| 2/02/05 | H. Flynn | Orleans | Deposition |
| 2/14/05 | S. Woerth | Orleans | Expert Witness |
| 2/28/05 | Descoursey | Lafouche Parish | Deposition |
| 3/02/05 | L. Malone | Lafouche Parish | Deposition |
| 3/21/05 | L. Hunter | U.S. Federal Court | Deposition |
| 3/23/05 | D. Ladner | U.S. Federal Court | Expert Witness |
| 4/06/05 | A. Reinhardt | Orleans | Expert Witness |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

court testimony 2005-Personal.db

PSC025391