# Transcript of the Testimony of
# Videotaped Deposition of Edward Halie Shwery, Ph.D.

### Date taken: November 9, 2009
### Vol. I

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 11754-2   Filed 02/18/10   Page 2 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped Deposition of Edward Halie Shwery, Ph.D.

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

    IN RE:  FEMA TRAILER         MDL NO. 1873
            FORMALDEHYDE PRODUCTS SECTION "N"(4)
            LIABILITY LITIGATION  JUDGE ENGELHARDT

    This document relates to:  Lyndon T. Wright
             v. Forest River, Inc., et al
                  Docket No. 09-2977
                       * * *
                    (Volume I)
            Videotaped Deposition of EDWARD HALIE
    SHWERY, Ph.D., 315 Metairie Road, Suite 200,
    Metairie, Louisiana 70005, taken at the Law
    Offices of Frank J. D'Amico, Jr., 622
    Baronne Street, New Orleans, Louisiana
    70113, on Monday, the 9th day of November,
    2009.

    REPORTED BY:
        JAMES T. BRADLE, CCR
        PROFESSIONAL SHORTHAND REPORTERS
        (504)529-5255
    VIDEOGRAPHER:
        MICHAEL BERGERON
        PROFESSIONAL SHORTHAND REPORTERS
        (504)529-5255
                                                Page 1
```

```
 1   APPEARANCES:
 2       THE LAW OFFICES OF FRANK
           J. D'AMICO, JR.
 3       (BY: AARON Z. AHLQUIST, ESQUIRE)
         622 BARONNE STREET
 4       NEW ORLEANS, LOUISIANA 70113
 5       DAVID McLENDON
         4731 CANAL STREET
 6       NEW ORLEANS, LOUISIANA 70119
 7           ATTORNEY FOR THE PLAINTIFFS
 8       U.S. DEPARTMENT OF JUSTICE
         (BY: MICHELE S. GREIF, ESQUIRE)
 9       CIVIL DIVISION
         1331 PENNSYLVANIA AVENUE, N.W.
10       ROOM 8022S, NAT'L PLACE
         WASHINGTON, D.C. 20004
11
         ATTORNEYS FOR DEFENDANT, UNITED
12       STATES OF AMERICA
13       BAKER DONELSON
         (BY: KAREN KALER WHITFIELD, ESQUIRE)
14       201 ST. CHARLES AVENUE, SUITE 3600
         NEW ORLEANS, LOUISIANA 70170
15
         ATTORNEYS FOR DEFENDANTS,
16       CH2M HILL CONSTRUCTORS, INC. AND
         SHAW ENVIRONMENTAL, INC.
17
         GIEGER, LABORDE & LAPEROUSE, LLC
18       (BY: JASON D. BONE, ESQUIRE)
         701 POYDRAS STREET
19       SUITE 4800
         NEW ORLEANS, LOUISIANA 70139
20
         ATTORNEYS FOR DEFENDANT, FOREST
21       RIVER, INC.
22
23
24
25
                                                Page 2
```

```
 1   APPEARANCES CONTINUED:
 2       WILLINGHAM, FULTZ & COUGILL
         (BY: THOMAS L. COUGILL, ESQUIRE -
 3       VIA TELEPHONE)
         NIELS ESPERSON BUILDING
 4       808 TRAVIS, SUITE 1608
         HOUSTON, TEXAS 77002
 5
         ATTORNEYS FOR DEFENDANTS,
 6       JAYCO, INC. AND STARCRAFT
         RV, INC.
 7
         JONES, WALKER, WAECHTER, POITEVENT,
 8       CARRERE & DENEGRE, LLP
         (BY: MADELEINE FISCHER, ESQUIRE -
 9       VIA TELEPHONE)
         201 ST. CHARLES AVENUE
10       NEW ORLEANS, LOUISIANA 70170
11           ATTORNEYS FOR DEFENDANTS,
             KEYSTONE RV COMPANY, THOR
12           CALIFORNIA, THOR INDUSTRIES,
             DUTCHMEN MANUFACTURING, DS CORP
13           (d/b/a CROSSROADS RV) AND KZ RV,
             LP
14
         LUGENBUHL, WHEATON, PECK,
15       RANKIN & HUBBARD
         (BY: KRISTOPHER M. REDMANN, ESQUIRE -
16       VIA TELEPHONE)
         601 POYDRAS STREET, SUITE 2775
17       NEW ORLEANS, LOUISIANA 70130
18           ATTORNEYS FOR DEFENDANT,
             LIBERTY MUTUAL INSURANCE
19           CORPORATION
20
21
22
23
24
25
                                                Page 3
```

```
 1                  * * *
 2             EXAMINATION INDEX
 3                                          Page
 4   EXAMINATION BY MR. BONE .............. 8
 5                  * * *
 6             INDEX OF EXHIBITS
 7                                          Page
 8   Exhibit No. 1 ...................... 9
 9   Notice of Video Deposition of Edward H.
10   Shwery, Ph.D.
11   Exhibit No. 2 ...................... 10
12   Curriculum Vitae of Edward Halie Shwery,
13   Ph.D. (PSC025369 through PSC025384)
14   Exhibit No. 3 ...................... 11
15   Bill from Edward Halie Shwery, Ph.D. to Ms.
16   Cynthia Wallace dated October 30, 2009
17   Exhibit No. 4 ...................... 12
18   Edward H. Shwery, Ph.D. Court Testimony for
19   2009
20   Exhibit No. 5 ...................... 37
21   BDI-II questionnaire dated 7-17-09
22   (0154018392)
23   Exhibit No. 6 ...................... 43
24   RISB Adult Response Sheet dated 7-17-09
25   (0154685844)
                                                Page 4
```

Case 2:07-md-01873-KDE-MBN   Document 11754-2   Filed 02/18/10   Page 3 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)  Videotaped Deposition of Edward Halie Shwery, Ph.D.

1  A  Yes.
2  Q  What additional records did you
3  receive and can you tell me when you
4  received them?
5  A  Yes. I received them since my
6  report dated July 21 and before I saw him in
7  September, on September 23rd, and it was
8  basically records from Dr. Spector, an ear,
9  nose and -- a head and neck surgeon.
10  Q  Any other records that you have
11  received?
12  A  I don't think so. Let me look
13  here. They came from Dr. Spector, and
14  included some laboratory testing from Touro
15  Hospital and some pharmacy records, but as I
16  understand, it was essentially the records
17  from Dr. Spector.
18  Q  All right. When you initially
19  evaluated Lyndon Wright on July 17th of
20  2009, what did that evaluation consist of
21  generically, and then we will get into
22  specifics?
23  A  Okay. This examination consisted
24  of a review of background information that I
25  was provided, clinical interviewing of

Page 21

1  Mr. Wright, the administration of a battery
2  of psychological tests, interview with
3  collateral, the girlfriend, his girlfriend
4  with whom he's living, and I believe that
5  comprised the basis, the database for that
6  examination.
7  Q  Were all of those activities
8  performed on July 17th or were there some
9  that were performed subsequently?
10  A  They were either the 17th or --
11  Let me back up. The review of records was
12  done prior to the 17th. I reviewed those
13  before I met and examined Mr. Wright. The
14  dates I saw him, the 17th and 20th of July
15  of this year, I did the -- I conducted the
16  examination and testing was administered on
17  both days.
18  Q  Okay. I need a little help
19  breaking it down between the two days. So
20  on the 17th, was that when you took a
21  background directly from Mr. Wright?
22  A  Yes. I did take additional
23  background on the 20th.
24  Q  Okay.
25  A  But I conducted clinical

Page 22

1  interviewing on both days.
2  Q  The tests that were administered,
3  can you tell me which test was administered
4  on which date?
5  A  Yes. On July 17, I administered
6  the Beck Anxiety Inventory or the BAI. I
7  also administered the Beck Depression
8  Inventory or the BDI. The Shipley Institute
9  of Living Scale was administered on July 17.
10  The Incomplete Sentences Blank was
11  administered on July 17. The Millon --
12  that's M-I-L-L-O-N -- Behavioral Medicine
13  Diagnostic was administered on July 17. The
14  MMPI-2 was administered on July 20. And I
15  believe that comprised all of the testing.
16  Q  Okay. The interview with
17  Mr. Wright's girlfriend, was that on July
18  17th or was that July 20th?
19  A  That was conducted on July 20.
20  Q  Was there anything else that was a
21  part of the July 17th or July 20th
22  evaluation of Lyndon Wright that we haven't
23  talked about in generic terms, the interview
24  with collateral, the administration of the
25  battery of psychologic tests and clinical

Page 23

1  interviewing on both July 17th and
2  July 20th?
3  A  That's correct, that comprised the
4  examination.
5  Q  Other than speaking with
6  Mr. Wright's girlfriend, did you speak with
7  anyone else who would have been collateral
8  to him on July 17th or July 20th?
9  A  No.
10  Q  Are the psychiatric or
11  psychological, I guess I should say, are the
12  psychological tests that are administered,
13  are they objective or subjective?
14  A  They're objective tests. The
15  interpretation can have some elements of
16  subjectivity to them, but the tests
17  themselves are objective.
18  Q  Okay. And do you believe those
19  tests to be useful tools in the evaluation
20  of underlying psychological issues?
21  A  Yes.
22  Q  Now, you selected a number of
23  tests to administer to Mr. Wright on the
24  17th and the 20th. Is that your typical
25  battery of tests or did you add additional

Page 24

Case 2:07-md-01873-KDE-MBN   Document 11754-2   Filed 02/18/10   Page 4 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped Deposition of Edward Halie Shwery, Ph.D.

1  A   Let's see.  "Back home" -- What
2  number is that?
3  Q   No. 4.
4  A   Oh, okay.  Yes.
5  Q   Okay.  On July 17th, when asked to
6  complete the sentence that started "I feel,"
7  Mr. Wright put "I feel good about my life as
8  a whole," correct?
9  A   Yes.
10 Q   Now, on the second page, which I
11 haven't had an opportunity to really go
12 through, let's take a look at some of the
13 responses here.
14 A   Okay.
15 Q   He says that "other people look at
16 me like they crazy"?
17 A   Uh-huh (affirmative response).
18 Q   Did you talk to him about what he
19 meant in that response?
20 A   Yes.  What he meant was that he
21 sometimes doesn't know how people are
22 responding to him.
23 Q   Does he feel that people are
24 judging him based upon his outward
25 appearance?

Page 45

1  A   Well, there was some of that that
2  came up in that July exam.  It really got
3  more developed in the September examination
4  of that kind of issue in terms of his
5  perception of how he's relating to others
6  and what they're thinking of him.
7  Q   He said, "My mind is always
8  rambling about something trying to
9  rationalize"?
10 A   Yes.
11 Q   Did you discuss that issue with
12 him?
13 A   Yes.  That issue is really central
14 to a lot of the responses here and on the
15 other tests.  He -- What I saw with him on
16 that examination in July was a lot of energy
17 spent on defending against having problems
18 and a lot of stoicism and denial of
19 problems, and that's consistent with that
20 theme in terms of his psychological
21 defenses.  He tends to kind of not want to
22 look at problems, wants to just "I can
23 handle it, I will just go forward, work
24 harder" and that sort of thing.
25 Q   And the purpose of these tests is

Page 46

1  to probe that type of defense system to see
2  if there is an underlying pathology,
3  correct?
4  A   Or see if there are defenses in
5  their own right that are more developed or
6  more enhanced or overused, blocking
7  expression or revealing of feelings.  It's
8  not always that there's a lot of severe
9  pathology underneath, but it's more that
10 people employ defenses when they don't need
11 to.
12       Like a hypochondriac is an
13 example, always worried about something,
14 taking their psychic temperature all the
15 time and taking pills and so on.
16 Q   Section 24, when asked to complete
17 the sentence beginning "the future,"
18 Mr. Wright stated, "The future seems about
19 average as now.  No big changes
20 expectation"?
21 A   "Expected."
22 Q   "No big changes expected"?
23 A   That's correct.
24 Q   And did you talk to him about that
25 response?

Page 47

1  A   Yeah.  Well, that came up
2  throughout the examination.  In fact, a lot
3  of these are consistent with the information
4  obtained in clinical interviewing.
5  Q   Okay.  26, "Marriage is a dead
6  idea to me"?
7  A   Yes.
8  Q   Why did he indicate that, if you
9  know?
10 A   Well, he hadn't found anybody that
11 he really wanted to marry and he had had
12 some girlfriends over the years and partners
13 and he never felt like he found anybody that
14 he really wanted to commit to a lifelong
15 relationship with.
16 Q   28, "Sometimes I drink (beer) too
17 much."  Did you discuss Mr. Wright's
18 drinking with him and whether he thought he
19 had a problem?
20 A   Yes.  He drinks socially and he
21 will drink, you know, like on the weekend or
22 when he's not working.  He tends to regard
23 things like drinking and smoking as probably
24 things you ought not to do, and so his
25 perception of drinking is he does it, he

Page 48

12 (Pages 45 to 48)

Case 2:07-md-01873-KDE-MBN   Document 11754-2   Filed 02/18/10   Page 5 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped Deposition of Edward Halie Shwery, Ph.D.

1  developing a treatment regimen"?
2      A    Yes.
3      Q    And they make three
4  recommendations or three -- make you aware
5  of three issues that need to be considered
6  with respect to Mr. Wright, correct?
7      A    Yes.
8      Q    And the first is "because of his
9  psychiatric profile, this individual may be
10 at increased risk for having an exaggerated
11 negative reaction to serious medical
12 information that follows diagnostic
13 testing," correct?
14     A    Yes.
15     Q    And that "this patient may be at
16 risk for overusing healthcare services,"
17 correct?
18     A    Yes.
19     Q    Did you discuss either of these
20 two particular issues that were raised by
21 the folks who administered -- the folks who
22 created the MBMD?
23     A    Well, yeah.  In fact, that first
24 one about he may be at increased risk for
25 negative reaction or heightened negative

Page 65

1  reaction was really right on point.
2           When he went for that biopsy in --
3  I think it was later in July after I saw
4  him, I think it was late July, that really
5  triggered the reason I saw him again in
6  September when the clinical presentation was
7  much different, and a lot of those
8  underlying things were really flourishing as
9  you saw in my second report.
10          So, yeah, and that, again, is why
11 I recommended some counseling.  I thought,
12 you know, this guy, he doesn't have any
13 significant anxiety or depression that would
14 render somebody to go for counseling or
15 psychotherapy, but there's enough -- there
16 are enough issues under the surface that it
17 would be prudent to get him into treatment
18 or recommend it.  But I didn't think he was
19 going to need as much as I think he does
20 now.
21     Q    All right.
22     A    So that's really consistent with
23 that whole change after the head and neck
24 surgeon began to biopsy that growth on his
25 tongue and so on.

Page 66

1      Q    And if he requires future medical
2  care or future psychiatric or psychological
3  care, it would be likely due to issues that
4  were triggered based upon his neuroma?
5      A    Well, it started -- It's two
6  things, really.  It's the current medical
7  problems that are specifically focused on a
8  risk of cancer or something pretty severe,
9  the idea that you might get cancer.  Even
10 though the doctor said he doesn't have
11 cancer, but the doctor doesn't know why he's
12 continuing to bleed, that kind of ambiguity
13 or lack of clarity medically.
14          The other thing is it really
15 crystallized the recurrent theme of when he
16 was in that trailer and looking back and
17 wondering "what was I doing to myself by
18 living there."  Those things are kind of
19 getting all intertwined and crystallized,
20 and that's what's cooking with this man.
21     Q    Okay.  And so it's going to be
22 your testimony that the reason that this
23 gentleman needs counseling has nothing to do
24 with the biopsy that diagnosed a benign
25 neuroma?

Page 67

1  MR. AHLQUIST:
2           Object to the form.
3  EXAMINATION BY MR. BONE:
4      Q    But rather has to do simply with
5  his time living in the trailer and being
6  made aware of problems that may have
7  occurred as a result of his living in the
8  trailer?
9      A    No, no, no.  As he reflected back
10 on living in the trailer, he recognized that
11 he had a number of symptoms, coughing up
12 blood in his mucus, going to the doctor a
13 lot more and so on, and he attributed those
14 at the time and during that year he was out
15 of the trailer in an apartment when the
16 symptoms declined, he attributed that to,
17 well, it must be just general health issues,
18 and I think he said things like -- No, I
19 remember he said things like "I just go to
20 the doctor and I get medicine and he treats
21 me, and then I get well."  So he was kind of
22 like regarding all of that.
23          Now, with the development of a
24 neuroma, he was encouraged that the doctor
25 said it's not cancer, but he's alarmed that

Page 68

17 (Pages 65 to 68)

Case 2:07-md-01873-KDE-MBN   Document 11754-2   Filed 02/18/10   Page 6 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped Deposition of Edward Halie Shwery, Ph.D.

**Page 69**

1  they don't know why he continues to bleed,
2  and the doctor said, "I got to do more
3  tests. I want you back." Both of those
4  issues.
5      But the crystallizing of it was
6  the more recent medical/surgical
7  intervention that said, "Boy, there's
8  something going on and I really don't know
9  why you're having all of this. I do know
10 that that biopsy ruled out cancer and I'm
11 relieved about that." But it's really not
12 one or the other. It's both. But more
13 recently, it all kind of starts getting
14 energized and crystallized.
15     So now the content of his
16 obsessions are looking back and reworking
17 the experiences in the trailer and saying,
18 you know, "What was I doing? I shouldn't
19 have stayed there. I wish I would have
20 known," that kind of thing.
21    Q  All right. Have you spoken with
22 Dr. Spector in preparation for your
23 deposition here today?
24    A  No. I called and wasn't able to
25 get ahold of him and I'm waiting for him to

**Page 70**

1  call me back.
2     Q  Have you had the opportunity to
3  read Dr. Spector's deposition that he gave
4  in this case?
5     A  No.
6     Q  You would be surprised then to
7  learn that Mr. Wright has reported as of
8  less than 10 days ago that he hadn't had any
9  problems with bleeding in at least the past
10 three weeks?
11    A  Well, that's good. I didn't know
12 that.
13    Q  Okay. I want you to assume that
14 to be the case. If there's no further
15 problem with bleeding, then that type of
16 issue, if that had resolved it, the biopsy
17 of the neuroma and the treatment for the
18 ongoing influenza infection that Mr. Wright
19 had, if that resolves those issues, that
20 resolves the bleeding, then you would expect
21 his psychological condition to improve,
22 wouldn't you?
23    MR. AHLQUIST:
24        Object to the form. You can
25 answer.

**Page 71**

1    THE WITNESS:
2        No. First of all, I will defer to
3  Dr. Spector on any of the medical issues.
4        What is going on in this man's
5  mind is he's worried about his intermediate
6  and long-term future. He's now worried
7  because of the development of the biopsy,
8  he's worried, "Is my body starting to have
9  problems? Is there something that's going
10 to come up five years from now, or am I
11 going to have serious health problems when
12 I'm 45 or 50?"
13       So the conclusion of bleeding and
14 a biopsy that is benign doesn't resolve it
15 in his mind, but that's what you would hope
16 to help him with in treatment. But he's
17 still very preoccupied with things have been
18 moving along in terms of development of
19 medical problems and what does the future
20 hold? That's what's cooking in his head.
21 EXAMINATION BY MR. BONE:
22    Q  All right. It's not your
23 testimony that Mr. Wright didn't have any
24 medical problems that predate 2005, is it?
25    A  No, he had medical problems in the

**Page 72**

1  past and he handled them by his overuse of
2  psychological defenses.
3     Q  Okay. So he had these defenses
4  prior to 2005 that he was utilizing to
5  address his ongoing medical concerns prior
6  to 2005?
7     A  That's correct.
8     Q  And so in terms of the medical
9  issues that he had prior to 2005, which did
10 he make you aware of?
11    A  Well, he had the -- He was treated
12 by his family doctor for, oh, different
13 problems with coughing and -- I don't want
14 to say asthma, because I think that was
15 diagnosed more recently, and also there had
16 been some bone density issues that came up
17 in the past. He's had a variety of medical
18 ailments, like -- Oh, he had some brief
19 periods of depression and he got some
20 medication for that.
21       He's had other general health
22 issues in the past. Usually they have been
23 addressed and his physician has either
24 treated it or prescribed medication or he's
25 used over-the-counter medication and gone

Case 2:07-md-01873-KDE-MBN   Document 11754-2   Filed 02/18/10   Page 7 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped Deposition of Edward Halie Shwery, Ph.D.

1   irritation and rashes, and I don't remember
2   where in the medical records he reported
3   that to me. I thought there was some
4   treatment for -- I thought the physician
5   prescribed something. I don't recall is
6   probably the best answer.
7     Q   I will represent to you that from
8   his treating physicians that we have seen,
9   there is no report of any skin difficulty
10  from the time he moves into the trailer
11  until the time he sees Dr. Farber, who is a
12  plaintiffs' expert in the case.
13    A   Okay.
14    Q   Do you have any information
15  otherwise to the contrary?
16    A   No. I didn't explore the medical
17  issues in detail.
18    Q   Okay. At the bottom of that
19  paragraph, "A recent report indicates that
20  he," meaning Mr. Wright, "is at risk for a
21  future fragility fracture due to loss of
22  bone density."
23    A   Yes.
24    Q   Did I read that correctly?
25    A   Yes.

Page 97

1     Q   Where did you get that
2   information?
3     A   It was one of the medical reports
4   in here (indicating) that his doctor over
5   the years was sending him for more testing.
6     Q   Okay. Did you discuss with
7   Mr. Wright how his bone density and the
8   potential future fragility fracture or the
9   potential for that has affected him?
10    A   Yes. He talked about the doctor
11  had given him some tablets, I think it was
12  calcium, to improve his bone density, and he
13  was also improving his diet with dairy
14  products to address what his doctor said,
15  "We don't want you to get down the road and
16  have this kind of problem."
17    Q   Okay. Was he concerned about his
18  bone density issues and how they may affect
19  his future?
20    A   Mildly. He said he was taking
21  care of it by medication and diet.
22    Q   Okay.
23    A   And the doctor was going to follow
24  him with future testing.
25    Q   Okay. On Page 3 --

Page 98

1     A   Okay.
2     Q   -- we're going through his medical
3   history, and I assume this is all
4   information that came directly from
5   Mr. Wright, correct?
6     A   Yes.
7     Q   It states, the first full
8   paragraph on the page, the second paragraph,
9   the third line down, the end of the
10  sentence, "Lyn," meaning Mr. Wright, "took
11  the medication for two to three months and
12  stopped as, 'The medication made me sleepy
13  and it wasn't helping that much anyway.'"
14        And the medication you're
15  referring to is the Effexor, correct?
16    A   Yes, yes.
17    Q   Do you know or did you look at his
18  medication, his prescription records to
19  determine whether that statement is
20  accurate?
21    A   Well, he was prescribed that over
22  a period of time, I think from like 2000 to
23  2002 at different times, and I asked him,
24  "Well, did that help you," and he said,
25  "Well, I took it for awhile, but then it

Page 99

1   didn't seem that helpful. It made me
2   sleepy."
3         So in general, he found that he
4   was able to deal with the depression. It
5   sounded like mild depression. I think he
6   was treated by his family doctor, not a
7   psychiatrist, and given or prescribed
8   Effexor.
9     Q   Do you know what the dosage of
10  Effexor that he was prescribed was?
11    A   I read it in the prescription, but
12  I don't remember.
13    Q   Okay. Do you know at one point he
14  was prescribed the maximum dose of Effexor
15  that a person can take?
16    A   Yes, he described the current and
17  typical manner of starting out with a low
18  dose, then a week or two later you go a
19  little higher, a little higher to avoid some
20  side effects from anti-depressant
21  medications.
22    Q   And what are the side effects, the
23  potential side effects of anti-depressant
24  medications?
25    A   Well, when people take the highest

Page 100

25 (Pages 97 to 100)