Transcript of the Testimony of
# Videotaped Deposition of Stephen Smulski, Ph.D.

## Date taken: January 29, 2010

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)

## **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Page 27

1    with the statement that I read to you?

2          A.    Could you repeat it, please?

3          Q.    Certainly.

4                "Testing of this wood four years

5    out would not prove anything other than the

6    wood product contained urea-formaldehyde

7    resin."

8          A.    In general, yes.

9          Q.    And do you agree with this

10   statement:  "There would be absolutely no

11   way to determine, based upon such testing,

12   if the wood product was, in fact, low

13   formaldehyde-emitting or not."

14         A.    In general, but it may be possible

15   if there is a difference in formulation

16   between what I will call regular

17   urea-formaldehyde adhesives and low-emitting

18   formaldehyde adhesives.

19         Q.    And what would the difference in

20   formulation that you would be looking for

21   be?

22         A.    I don't know.  Again, I'm not a

23   chemist.  It's outside my area of expertise.

24         Q.    Are you aware of any difference in

25   formulation of LFE UF bonding resins versus