# Transcript of the Testimony of

# JEFFREY BURIAN

Date: November 4, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.

Page 126

```
 1     page 31 in the manual.  And ask you to look at that
 2     note at the top of the page on the left.  "NOTE:
 3     If after leveling, the entrance door to the trailer
 4     'sticks'..."  See that?
 5   A Uh-huh.
 6   Q Can you read that into the record, please.
 7   A "NOTE:  If after leveling, the entrance door to the
 8     trailer 'sticks', you have most likely lifted one
 9     side of the trailer excessively, causing a binding
10     condition on the frame.  If this condition exists,
11     lower the trailer and relevel to obtain proper
12     balance."
13   Q Okay.  Do you know why that note is written in the
14     manual?
15   A I do not.
16   Q Do you know if it is, in fact, true, that if, after
17     leveling the entrance door till the trailer sticks,
18     you have most likely lifted one side of the trailer
19     excessively, causing a binding condition of the
20     frame?
21   A That would be my understanding, yes.
22   Q All right.  So is it also your understanding that
23     if jacked improperly, it can cause the frame to
24     twist and cause a binding condition causing doors
25     to stick?
```

1  A  Yes.

2  Q  Do you know if it is also true that if jacked

3     improperly, in addition to causing a door to stick,

4     that it can, if jacked excessively enough, can stop

5     the door from closing altogether?

6  A  Yes, if you put the trailer in enough of a bind, I

7     imagine it would.

8  Q  Okay. I'm going to ask you to go to page 32 under

9     Systems Warnings. And there are six warnings under

10    Systems Warnings, and I'd like you to read the

11    first one into the record, please.

12 A  "DO NOT use the leveling system for changing tires

13    or working under this vehicle. If any wheel is

14    lifted from the ground, the motorhome may move.

15    Always securely block the wheels and frame before

16    attempting any type of work under the motorhome."

17 Q  Okay. What is your understanding of the reason for

18    that warning?

19 A  I would think that that warning is there to ensure

20    that people don't attempt to lift trailers without

21    the trailer being properly blocked up so it doesn't

22    fall on them.

23 Q  All right. Let's look at No. 2. Read that,

24    please.

25 A  "NEVER extend all the leveling units to their