```
0001
 1           UNITED STATES DISTRICT COURT
 2           EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  FEMA TRAILER       MDL NO. 1873
 5   FORMALDEHYDE PRODUCTS      SECTION "N"(5)
 6   LIABILITY LITIGATION       JUDGE ENGELHARDT
                                MAGISTRATE CHASEZ
 7
 8                  *  *  *
 9              (RE:  DUBUCLET)
10
11
12        Videotaped Deposition of LAWRENCE
13   G. MILLER, M.D., 118 Upland Road, Waban,
14   Massachusetts 02468, taken at the Law
15   Offices of Frank J. D'Amico, Jr., 622
16   Baronne Street, 3rd Floor, New Orleans,
17   Louisiana 70113, on Tuesday, the 22nd day of
18   September, 2009.
19
20   REPORTED BY:
21        JAMES T. BRADLE, CCR
          PROFESSIONAL SHORTHAND REPORTERS
22        (504)529-5255
23   VIDEOGRAPHER:
24        MICHAEL BERGERON
          PROFESSIONAL SHORTHAND REPORTERS
25        (504)529-5255

0063
 1   recall how long.
 2        Q    But as you sit here today, you got
 3   no specific memory of diagnosing a patient
 4   with dermatitis of some form?  Not that you
 5   haven't, but you just don't remember it?
 6        A    Not an individual patient.
 7        Q    And I'm not here to beat you over
 8   the head with this, but we know you're not a
 9   dermatologist.  That has not been your
10   practice over the years.  You're a
11   pharmacologist and have been working on
12   research on drugs, and then ultimately on
13   venture capital with respect to drugs and
14   the marketing of related products?
15        A    No, to be clear, clinically I'm
```

```
16   trained as an internist, pulmonary physician
17   and a clinical pharmacologist.  I work in
18   all of those areas, and certainly
19   dermatologic illness is a part of internal
20   medicine.  I see them all the time.
21        Q    But you don't recall ever
22   diagnosing a patient with dermatitis or with
23   eczema as we sit here today?
24        A    Well, I'm sure I have, but I don't
25   recall specific patients over the last 30

0247
 1             This concludes today's deposition.
 2   It's 3:06.
 3                *    *    *    *
 4
 5         WITNESS' CERTIFICATE
 6
 7
 8             I have read or have had the
 9   foregoing testimony read to me and hereby
10   certify that it is a true and correct
11   transcription of my testimony with the
12   exception of any attached corrections or
13   changes.
14
15
16
17
18               _____
19                (Witness' signature)
20
21
22   PLEASE INDICATE
23   ( )  NO CORRECTIONS
24   ( )  CORRECTIONS; ERRATA SHEET(S) ENCLOSED
25
0248
 1            REPORTER'S CERTIFICATE
 2
 3             I, James T. Bradle, Certified
 4   Court Reporter, do hereby certify that the
 5   above-named witness, after having been first
 6   duly sworn by me to testify to the truth,
 7   did testify as hereinabove set forth;
 8             That the testimony was reported by
```

```
 9   me in shorthand and transcribed under my
10   personal direction and supervision, and is a
11   true and correct transcript, to the best of
12   my ability and understanding;
13           That I am not of counsel, not
14   related to counsel or the parties hereto,
15   and not in any way interested in the outcome
16   of this matter.
17
18
19
20
21                  _____
22                  JAMES T. BRADLE
23                  Certified Shorthand Reporter
24
25
```