```
0001
 1      UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF LOUISIANA
 2
 3  IN RE:  FEMA TRAILER      MDL NO. 1873
 4  FORMALDEHYDE PRODUCTS     SECTION "N"(4)
 5  LIABILITY LITIGATION      JUDGE ENGELHARDT
 6
 7  This document relates to:  Lyndon T. Wright
 8       v. Forest River, Inc., et al
 9           Docket No. 09-2977
10              * * *
11            (Volume I)
12      Videotaped Deposition of LAWRENCE
13  G. MILLER, M.D., 118 Upland Road, Waban,
14  Massachusetts 02468, taken at the Law
15  Offices of Frank J. D'Amico, Jr., 622
16  Baronne Street, New Orleans, Louisiana
17  70113, on Tuesday, the 10th day of November,
18  2009.
19
20  REPORTED BY:
21      JAMES T. BRADLE, CCR
        PROFESSIONAL SHORTHAND REPORTERS
22      (504)529-5255
23  VIDEOGRAPHER:
24      BRIAN SOILEAU
        PROFESSIONAL SHORTHAND REPORTERS
25      (504)529-5255

0116
 1  invoice dated November 6th, 2009.  Would you
 2  confirm that that is a true and accurate
 3  copy of your November 6th invoice to the
 4  plaintiffs in this matter?
 5     A   That's correct.
 6     Q   Okay.  I notice that the total
 7  number of hours is at $600 per hour; is that
 8  correct?
 9     A   That's correct.
10     Q   Is that your typical consulting
11  rate?
12     A   I believe you have a copy of my
13  fee schedule.
14     Q   It is your typical consulting
15  rate, correct?
```

16     A   Yes, it is.
17     Q   In terms of other work that you
18  may be involved in, do you do any other
19  consulting work separate and apart from
20  litigation?
21     A   Occasionally, yes.
22     Q   And what type of work would that
23  be?
24     A   Generally regarding effects of
25  drugs or toxins.

0119
 1     A   He has a number, obviously, of
 2  other illnesses that I believe are not
 3  relevant here, but the answer to your
 4  question is, putting those aside, no.
 5     MR. BONE:
 6          At this point, I'm going to look
 7  over my notes and hand him off to the other
 8  attorneys.
 9          With respect to the documents we
10  have requested, obviously, we will
11  reschedule at a mutually convenient time
12  after we have had the opportunity to look
13  through the medical records that the doctor
14  has reviewed and his notes and any other of
15  the documents that may be contained in his
16  file, whether that be a written, you know,
17  notes relating to phone calls or the intake
18  notes relating to Mr. Wright himself.
19     MR. D'AMICO:
20           That's fine.  Also, there are some
21  documents that we do not have, some
22  deposition testimony that has never been
23  provided to us, for instance, and obviously
24  we would like him to look at those as well.
25     MR. BONE:

0120
 1          Okay.  Do you have any?
 2     MS. WHITFIELD:
 3          I think I'm just going to wait
 4  until after we get the file.
 5  EXAMINATION BY MS. GREIF:
 6     Q   I just have a question regarding
 7  your reports.

```
 8        Do you have the two reports in
 9   front of you, your two reports?
10      A   I do.
11      Q   Okay.  In your first report, on
12   Page 5, down in the last paragraph, in the
13   middle of the paragraph, you state, "There
14   is an extensive literature correlating
15   exposure to formaldehyde and the development
16   of exacerbation of asthma," and then you
17   say, "I reserve the right to supplement my
18   report based on review of these materials."
19        Do you see that?
20      A   I do.
21      Q   Did you review any of these
22   materials?
23      A   I did.  There are quite a number
24   of articles.  Many of them were reviewed by
25   Dr. Williams in her report.

0122
 1   is 10:35.
 2   (Whereupon, the deposition was adjourned.)
 3        *   *   *   *
 4
 5        WITNESS' CERTIFICATE
 6
 7
 8         I have read or have had the
 9   foregoing testimony read to me and hereby
10   certify that it is a true and correct
11   transcription of my testimony with the
12   exception of any attached corrections or
13   changes.
14
15
16        _____
17          (Witness' signature)
18
19
20   PLEASE INDICATE
21   ( ) NO CORRECTIONS
22   ( ) CORRECTIONS; ERRATA SHEET(S) ENCLOSED
23
24
25
0123
```

```
 1        REPORTER'S CERTIFICATE
 2
 3        I, James T. Bradle, Certified
 4  Court Reporter, do hereby certify that the
 5  above-named witness, after having been first
 6  duly sworn by me to testify to the truth,
 7  did testify as hereinabove set forth;
 8        That the testimony was reported by
 9  me in shorthand and transcribed under my
10  personal direction and supervision, and is a
11  true and correct transcript, to the best of
12  my ability and understanding;
13         That I am not of counsel, not
14  related to counsel or the parties hereto,
15  and not in any way interested in the outcome
16  of this matter.
17
18
19
20
21        _____
22        JAMES T. BRADLE
23        Certified Shorthand Reporter
24
25
```