

**MEDICAL MERIT**

Litigation Analysis
and Strategies

November 1, 2009

Ernest P. Gieger, Jr. Esquire
Gieger, Laborde & Laperouse, L.L.C.
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, Louisiana 70139-4800

Re:    In Re: FEMA Formaldehyde Litigation
       Lyndon T. Wright v. Forest River, Inc., et al.,
       UDDC, E.D. La., Docket No. 09-2977
       Your Ref. No: 0200-24-7

Dear Mr. Gieger:
       I evaluated Mr. Wright on June 1, 2009 at my office in East Jefferson General
Hospital. I have enclosed a copy of that evaluation.
       My opinions are based upon my education, training, and experience as a specialist
in Pulmonary Diseases. In addition, I have reviewed or consulted the following medical/
scientific publications or papers to assist me to form what I believe to be valid
conclusions in this matter:
   1) "Medical Management Guidelines for Formaldehyde." A publication of The
      Department of Health and Human Services, Agency for Toxic Substances and
      Diseases Registry. Updated 02/07/2008.
   2) "Formaldehyde Exposure in Homes: A Reference for State Officials to Use in
      Decision-making," A paper on Environmental Health, published by
      DHHS, the CDC, the U.S. Dept. of Homeland Security, FEMA, and the
      U.S. EPA. March, 2008.
   3) The Material Safety Data Sheet (MSDS) for Formaldehyde
   4) Malo, et al. Reactive airway dysfunction syndrome and irritant-induced
      asthma. Up To Date (Online v. 17.1); 1/2009.
   5) Irvin, C.G. Bronchoprovocation testing. Up To Date (Online v. 17.1); 1/2009.
   6) Crapo, R.O., Casaburi, R., Coates, A.L., et al. Guidelines for methacholine
      and exercise challenge testing-1999. This official statement of the
      American Thoracic Society was adopted by the ATS Board of Directors,
      July 1999. Am J Respir Crit Care Med 2000; 161: 309.
   7) Bardana, E.J. and Montanara, A.: The formaldehyde fiasco: A review of the
      scientific data. Immunology and Allergy Practice. Vol. IX, No. 1, 11-24,
      1/1987.

LTW-EXP07-000292

8) Franklin, P.J.: Indoor air quality and respiratory health in children. <u>Paediatric Respiratory Reviews.</u> Vol. 8, 281-286. 2007.

9) Chan-Yeung, M. and Malo, J-L. Overview of occupational asthma. <u>Up To Date</u> (Online v. 17.1); 1/2009.

10) Fishman, A.P., et al. <u>Fishman's Pulmonary Diseases and Disorders.</u> Chapter 60; Indoor and Outdoor Air Pollution: Pp. 1020-1026. McGraw-Hill Companies, Inc. May, 2008.

11) Wantke, F., et al: Exposure to gaseous formaldehyde induces IgE-mediated sensitization in school children. <u>Clinical & Experimental Allergy</u>, 1996, Vol. 26, pp. 276-280.

12) Jaakkola, J.J.K., et al. Asthma, wheezing, and allergies in Russian schoolchildren in relation to new surface materials in the home. <u>American Journal of Public Health</u>, 2004, Vol. 94, No. 4, pp.560-562.

13) Rumchev, K.B., et al. Domestic exposure to formaldehyde increases the risk of asthma in young children. <u>European Respiratory Journal</u>, 2002, Vol. 20, pp. 403-408.

14) Arts, J.H.E., et al. Inhaled formaldehyde: Evaluation of sensory irritation in relation to carcinogenicity. <u>Regulatory Toxicology and Pharmacology</u>, 2006, Vol. 44, pp. 144-160.

15) Garrett, M.H., et al. Increased risk of allergy in children due to formaldehyde exposure in homes. <u>Allergy</u>, 1999, Vol. 54, pp. 330-337.

16) <u>Damp Indoor Spaces and Health</u>. Institute of Medicine of the National Academies. 2004.

Additionally, I have reviewed the following documents and medical records provided by you:

1) Plaintiff Fact Sheet 2/19/2009
2) Medical records-Touro Infirmary
3) Medical records-Uptown Nephrology
4) Medical records-Drs. Ilgenfritz, French, and Worley
5) Walgreen's prescription profile
6) Rite-Aid prescription profile
7) CD copy of a chest x-ray 5/8/2008 Touro Infirmary
8) Affidavit of Lawrence G. Miller, M.D., MPH
9) Affidavit of Richard Spector, M.D.
10) Affidavit of George A. Farber, M.D.
11) Amended affidavit of Dr. Miller
12) Deposition of Charles Fields, M.D.
13) Forest River Air Sampling, 8/07/2009 by Tony Watson, Workplace Hygiene
14) Various inspections by Materials Management Group-Dr. C. Paul Lo
15) Material Safety Data Sheets for BioTreat 183, BioTreat 189, Cornite L, CWT 8333, CWT 3737, MBC 449, MBC 215
16) Affidavit William D. Scott, Environmental Engineer
17) Deposition of Lyndon Wright

I believe the evidence in this case supports the following conclusions:

1)   That Mr. Wright had rhinitis, conjunctivitis, and headaches possibly on the basis of an exposure to an irritating substance while living in the FEMA-provided travel trailer from March, 2006 until July, 2008. These symptoms have resolved since moving out of the trailer in July, 2008, and have not recurred. Review of the medical records demonstrates that he was treated for and improved on treatment for *bacterial* conjunctivitis in May of 2006. He was evaluated by Dr. Knight Worley (an Ear, Nose, and Throat specialist) in October, 2007, for complaints of "blood in the saliva" in the early mornings and an "approximately 2 year history of recurrent nasal congestion" that had been recently worse. He was treated for "chronic sinusitis, nasopharyngitis, and epistaxis" (nosebleed) and improved with an antibiotic, a nasal corticosteroid, and nasal saline washes.

2)   That he has *historical* evidence for asthma that preceded his time in the travel trailer and has *physiological* evidence for asthma (about which he was quite surprised) by bronchial provocation testing. The cough that he experienced while living in the trailer was mild, historically, but may have been worse than it might otherwise have been because of underlying asthma.

3)   That there is no objective evidence that exposure to formaldehyde or mold in the FEMA-provided travel trailer has caused or will cause any permanent injury to Mr. Wright. Bronchial hyperresponsiveness has *not* been demonstrated in asthmatics exposed to much higher concentrations of formaldehyde than those measured in Mr. Wright's trailer. Exposure to indoor mold in damp spaces has *not* been demonstrated to *cause* asthma.

4)   That he has no evidence for permanent respiratory impairment secondary to any exposure that may have occurred while living in the travel trailer.

Respectfully,

Kenneth B Smith, M.D.
Diplomat, American Board of Internal Medicine-Pulmonary Diseases

# EJGH

**East Jefferson General Hospital**
4200 Houma Blvd., Metairie, LA 70006
504-454-4961 • www.ejgh.org

Patient Name:  WRIGHT, LYNDON
MRN: 4730746
FIN: 4730746-0800
Admit Date:  06/01/2009
Discharge Date:  06/01/2009
Admitting MD:  Smith MD, Kenneth B

Age:  39 years
Date of Birth:  04/01/1970
Sex:  Male
Encounter Type:  Outpatient

Personnel ID:  Degrasse , Brandy

LTW-EXP07-000295

Statement #6000863468

| Account #: | Amount Due: | Amount Paid: | | | | |
|---|---|---|---|---|---|---|
| 4730746 | 2078.00 | | ☐ Check ☐ Discover ☐ Visa ☐ Master Card | | | |
| Statement Date: | Date Due: | Credit Card Number: | | | | Exp. Date: |
| 06-06-2009 | 06-21-2009 | | | | | |

Signature:

X _____

Make Checks Payable and Mail to:

LEAKER & ANDERSON LLP
1100 POYDRAS STREET

NEW ORLEANS, LA  70163-1701

EJGH Delivery System
PO BOX 60087

New Orleans, LA  70160-0087

**Please detach and return this portion with your payment.**
**Please indicate any name and/or address changes on this form.**

| | Account #: | Statement #: |
|---|---|---|
| | 4730746 | 6000863468 |

| Provider of Service | Date of Service | Service Provided/ Account Activity | Charges, Payments, Adjustments | Insurance Pending | Patient Balance | *R |
|---|---|---|---|---|---|---|
| Patient Name: LYNDON WRIGHT | | | | | | |
| Date of Service: 06-01-2009 Financial#: 47307460800 | | | | | | |
| East Jefferson Hospital | | | | | | |
| | 06-01-2009 | DX X-RAY/CHEST | 210.00 | | 210.00 | |
| | 06-01-2009 | PULMONARY FUNC | 1315.00 | | 1315.00 | |
| | 06-01-2009 | ALLERGY TEST | 553.00 | | 553.00 | |
| | | **Visit Total:** | **2078.00** | **0.00** | **2078.00** | 1 |
| | | **Unpaid Balance:** | | 0.00 | 2078.00 | |

**Total patient payments and or co-payments applied since last statement: $0.00**

*R - Description of Remarks

1 - Letter 91

Page 1 of 1

LTW-EXP07-000296

MRN: 4730746

Facility: EAST JEFFERSON

PRINTED: 06/01/2009 10:35

# EJGH FACESHEET

>>>>>>>> **PATIENT INFORMATION** <<<<<<<

Name: WRIGHT, LYNDON            Sex: M    Race: Black         DOB: 04/01/1970         Age: 39 Years    MS: Single
                                                Social Security Number: 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    Religion: Baptist
Home Address: 3417 S. CLAIBORNE                  City/State/Zip: New Orleans, LA         Home Phone: (504) 701-6079
              5                                               70125
Employer Name:    CITY OF NEW ORLEANS          Occupation/Job Title:                   Employer Phone:
Employer Address: 625 ST JOSEPH ST             City/State/Zip: NEW ORLEANS, LA
                                                               70113

>>>>>>>> **GUARANTOR INFORMATION** <<<<<<<

Name:                           Sex:       DOB:                        Age:  0 Days    MS:
Patient's Relationship:                    Social Security Number: 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
Billing Address:                           City/State/Zip:                            Home Phone:

Employer Name:                             Occupation/Job Title:                      Employer Phone:
Employer Address:                          City/State/Zip:                            Employment Status:

>>>>>>>> **EMERGENCY CONTACT INFORMATION** <<<<<<<

Name:                           Sex:       DOB:                        Age:  0 Days
Patient's Relationship:                    Employer Phone:
Home Address:                              City/State/Zip:                            Home Phone:

>>>>>>>> **PRIMARY INSURED/INSURANCE INFORMATION** <<<<<<<

Name: WRIGHT, LYNDON            Sex: M     DOB: 04/01/1970         Age: 39 Years    MS: Single
Patient's Relationship: SELF
Employer Name: CITY OF NEW ORLEANS         Occupation/Job Title:                   Employer Phone: (504) 658-0200
Employer Address: 625 ST JOSEPH ST         City/State/Zip: NEW ORLEANS, LA         Employment Status: Employed Full Time
                                                           70113
Insurance Name: Private Pay                Policy Number:                          Phone Number: (  )   -  0
Claim's Address:                           Authorization No:                       Authorization Phone No:
                                           Group Number:
City/State/Zip:

>>>>>>>> **SECONDARY INSURED/INSURANCE INFORMATION** <<<<<<<

Name:                           Sex:       DOB:                        Age:  0 Days    MS:
Relationship to Patient:
Employer Name:                             Occupation/Job Title:                   Employer Phone:
Employer Address:                          City/State/Zip:                          Employment Status:

Insurance Name:                            Policy Number:                          Phone Number:
Claim's Address:                           Authorization No:                       Authorization Phone No:
                                           Group Number:
City/State/Zip:

>>>>>>>> **PREVIOUS ENCOUNTER INFORMATION** <<<<<<<        >>>>>>>> **VISIT INFORMATION** <<<<<<<
                                                          Estimated Admit Date: 06/01/2009
  Visit Date(s)        Visit Type        Physician        Admit Date/Time: 06/01/2009 10:35      Visit Type: Outpatient
                                                          Admit Type: Routine Ad                 Source: Routine Ad
                                                          Admit Diagnosis: SHORTNESS OF BREATH
                                                          Clerk: SSNICHOLS
                                                          Primary Care Physician:
                                                          Admitting Physician: Smith MD, Kenneth
>>>>>>>> **ACCIDENT INFORMATION** <<<<<<<                 Admitting Physician Phone Number: (504) 454-5205
                                                          EJGH Program:
Accident: N              Accident/Onset Date:             Release of Info: NC
Accident Type:
                                                          Location: Hospital                     Room:
                                                          Medical Service: Pulmonary

## WRIGHT, LYNDON
## 4730746

## MALE  / 39 YEARS
## 4730746-0800

MRN: 4730746

Facility: EAST JEFFERSON

PRINTED: 06/01/2009 10:35

# EJGH FACESHEET

66⁰

12ʔ

>>>>>>> **PATIENT INFORMATION** <<<<<<<

Name: WRIGHT, LYNDON                         Sex: M          Race: Black              DOB: 04/01/1970          Age: 39 Years      MS: Single
Home Address: 3417 S. CLAIBORNE                                    Social Security Number: 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          Religion: Baptist
                         5                                                      City/State/Zip: New Orleans, LA                          Home Phone: (504) 701-6079
Employer Name:   CITY OF NEW ORLEANS                               70125
Employer Address: 625 ST JOSEPH ST                        Occupation/Job Title:                                     Employer Phone:
                                                          City/State/Zip: NEW ORLEANS, LA
                                                          70113

>>>>>>> **GUARANTOR INFORMATION** <<<<<<<

Name:                                          Sex:            DOB:                      Age:  0 Days            MS:
Patient's Relationship:                                        Social Security Number: 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
Billing Address:                                               City/State/Zip:                                    Home Phone:

Employer Name:                                                 Occupation/Job Title:                              Employer Phone:
Employer Address:                                              City/State/Zip:                                    Employment Status:

>>>>>>> **EMERGENCY CONTACT INFORMATION** <<<<<<<

Name:                                          Sex:            DOB:                      Age:  0 Days
Patient's Relationship:                                        Employer Phone:
Home Address:                                                  City/State/Zip:                                    Home Phone:

>>>>>>> **PRIMARY INSURED/INSURANCE INFORMATION** <<<<<<<

Name: WRIGHT, LYNDON                           Sex: M          DOB: 04/01/1970           Age: 39 Years           MS: Single
Patient's Relationship: SELF
Employer Name: CITY OF NEW ORLEANS                             Occupation/Job Title:                             Employer Phone: (504) 658-0200
Employer Address: 625 ST JOSEPH ST                             City/State/Zip: NEW ORLEANS, LA                  Employment Status: Employed Full Time
                                                               70113
Insurance Name: Private Pay                                    Policy Number:                                    Phone Number: (  )  - 0
Claim's Address:                                               Authorization No:                                 Authorization Phone No:
                                                               Group Number:
City/State/Zip:

>>>>>>> **SECONDARY INSURED/INSURANCE INFORMATION** <<<<<<<

Name:                                          Sex:            DOB:                      Age:  0 Days            MS:
Relationship to Patient:
Employer Name:                                                 Occupation/Job Title:                             Employer Phone:
Employer Address:                                              City/State/Zip:                                   Employment Status:

Insurance Name:                                                Policy Number:                                    Phone Number:
Claim's Address:                                               Authorization No:                                 Authorization Phone No:
                                                               Group Number:
City/State/Zip:

>>>>>>> **PREVIOUS ENCOUNTER INFORMATION** <<<<<<<

| Visit Date(s) | Visit Type | Physician |
|---|---|---|

>>>>>>> **VISIT INFORMATION** <<<<<<<
Estimated Admit Date: 06/01/2009
Admit Date/Time: 06/01/2009 10:35          Visit Type: Outpatient
Admit Type: Routine Ad                     Source: Routine Ad
Admit Diagnosis: SHORTNESS OF BREATH
Clerk: SSNICHOLS
Primary Care Physician:
Admitting Physician: Smith MD, Kenneth
Admitting Physician Phone Number: (504) 454-5205
EJGH Program:
Release of Info: NC

>>>>>>> **ACCIDENT INFORMATION** <<<<<<<

Accident: N                  Accident/Onset Date:
Accident Type:

Location: Hospital                         Room:
Medical Service: Pulmonary

## WRIGHT, LYNDON
## 4730746

## MALE / 39 YEARS
## 4730746-0800

FIN: 4730746-0800

LTW-EXP07-000298

MRN: 4730746

Facility: EAST JEFFERSON

PRINTED: 05/29/2009 13:06

# EJGH FACESHEET

>>>>>>> PATIENT INFORMATION <<<<<<<

Name: WRIGHT, LYNDON                   Sex: M    Race:                         DOB: 04/01/1970        Age: 39 Years    MS:
                                                 Social Security Number: 437–23–1748                  Religion:
Home Address: 3417 N. CLAIBORNE                  City/State/Zip: New Orleans, LA                       Home Phone: (504) 701–6079
                            S                                   70125
Employer Name:     Unknown                       Occupation/Job Title:                                 Employer Phone:
Employer Address:                                City/State/Zip:

>>>>>>> GUARANTOR INFORMATION <<<<<<<

Name:                                  Sex:      DOB:                          Age: 0 Days      MS:
Patient's Relationship:                          Social Security Number: 000–00–0000
Billing Address:                                 City/State/Zip:                                      Home Phone:

Employer Name:                                   Occupation/Job Title:                                Employer Phone:
Employer Address:                                City/State/Zip:                                      Employment Status:

>>>>>>> EMERGENCY CONTACT INFORMATION <<<<<<<

Name:                                  Sex:      DOB:                          Age: 0 Days      MS:
Patient's Relationship:                          Employer Phone:
Home Address:                                    City/State/Zip:                                      Home Phone:

>>>>>>> PRIMARY INSURED/INSURANCE INFORMATION <<<<<<<

Name: WRIGHT, LYNDON                   Sex: M    DOB: 04/01/1970               Age: 39 Years    MS:
Patient's Relationship: SELF
Employer Name: Unknown                           Occupation/Job Title:                                Employer Phone:
Employer Address:                                City/State/Zip:                                      Employment Status: Unknown

Insurance Name: Private Pay                      Policy Number:                                       Phone Number: ( ) – 0
Claim's Address:                                 Authorization No:                                    Authorization Phone No:
                                                 Group Number:
City/State/Zip:

>>>>>>> SECONDARY INSURED/INSURANCE INFORMATION <<<<<<<

Name:                                  Sex:      DOB:                          Age: 0 Days      MS:
Relationship to Patient:
Employer Name:                                   Occupation/Job Title:                                Employer Phone:
Employer Address:                                City/State/Zip:                                      Employment Status:

Insurance Name:                                  Policy Number:                                       Phone Number:
Claim's Address:                                 Authorization No:                                    Authorization Phone No:
                                                 Group Number:
City/State/Zip:

>>>>>>> PREVIOUS ENCOUNTER INFORMATION <<<<<<<     >>>>>>> VISIT INFORMATION <<<<<<<

Visit Date(s)        Visit Type        Physician     Estimated Admit Date: 06/01/2009
                                                     Admit Date/Time:
                                                     Admit Type: Routine Ad                 Visit Type: Preregistered Outpatient
                                                     Admit Diagnosis: SHORTNESS OF BREATH   Source: Routine Ad
                                                     Clerk:
                                                     Primary Care Physician:
                                                     Admitting Physician: Smith MD, Kenneth
>>>>>>> ACCIDENT INFORMATION <<<<<<<                 Admitting Physician Phone Number: (504) 454–5205
                                                     EJGH Program:
Accident: N              Accident/Onset Date:        Release of Info: NC
Accident Type:
                                                     Location: Hospital                     Room:
                                                     Medical Service: Pulmonary

**WRIGHT, LYNDON**
**4730746**

**MALE  / 39 YEARS**
**4730746–0800**

FIN: 4730746-0800

MRN: 4730746

Facility: EAST JEFFERSON

PRINTED: 05/29/2009 13:06

# EJGH FACESHEET

>>>>>>>> **PATIENT INFORMATION** <<<<<<<<

Name: WRIGHT, LYNDON

Home Address: 3417 N. CLAIBORNE 5

Employer Name:   Unknown
Employer Address:

Sex: M    Race:
Social Security Number: 437–23–1748
City/State/Zip: New Orleans, LA 70125
Occupation/Job Title:
City/State/Zip:

DOB: 04/01/1970    Age: 39 Years    MS:
Religion:
Home Phone: (504) 701–6079

Employer Phone:

>>>>>>>> **GUARANTOR INFORMATION** <<<<<<<<

Name:
Patient's Relationship:
Billing Address:

Employer Name:
Employer Address:

Sex:    DOB:
Social Security Number: 000–00–0000
City/State/Zip:

Occupation/Job Title:
City/State/Zip:

Age: 0 Days    MS:

Home Phone:

Employer Phone:
Employment Status:

>>>>>>>> **EMERGENCY CONTACT INFORMATION** <<<<<<<<

Name:
Patient's Relationship:
Home Address:

Sex:    DOB:
Employer Phone:
City/State/Zip:

Age: 0 Days

Home Phone:

>>>>>>>> **PRIMARY INSURED/INSURANCE INFORMATION** <<<<<<<<

Name: WRIGHT, LYNDON
Patient's Relationship: SELF
Employer Name: Unknown
Employer Address:

Insurance Name: Private Pay
Claim's Address:

City/State/Zip:

Sex: M    DOB: 04/01/1970

Occupation/Job Title:
City/State/Zip:

Policy Number:
Authorization No:
Group Number:

Age: 39 Years    MS:

Employer Phone:
Employment Status: Unknown

Phone Number: ( ) – 0
Authorization Phone No:

>>>>>>>> **SECONDARY INSURED/INSURANCE INFORMATION** <<<<<<<<

Name:
Relationship to Patient:
Employer Name:
Employer Address:

Insurance Name:
Claim's Address:

City/State/Zip:

Sex:    DOB:

Occupation/Job Title:
City/State/Zip:

Policy Number:
Authorization No:
Group Number:

Age: 0 Days    MS:

Employer Phone:
Employment Status:

Phone Number:
Authorization Phone No:

>>>>>>>> **PREVIOUS ENCOUNTER INFORMATION** <<<<<<<<

| Visit Date(s) | Visit Type | Physician |
|---|---|---|

>>>>>>>> **ACCIDENT INFORMATION** <<<<<<<<

Accident: N
Accident Type:

Accident/Onset Date:

>>>>>>>> **VISIT INFORMATION** <<<<<<<<

Estimated Admit Date: 06/01/2009
Admit Date/Time:
Admit Type: Routine Ad
Admit Diagnosis: SHORTNESS OF BREATH
Clerk:
Primary Care Physician:
Admitting Physician: Smith MD, Kenneth
Admitting Physician Phone Number: (504) 454–5205
EJGH Program:
Release of Info: NC

Location: Hospital
Medical Service: Pulmonary

Visit Type: Preregistered Outpatient
Source: Routine Ad

Room:

## WRIGHT, LYNDON
## 4730746

## MALE  / 39 YEARS
## 4730746–0800

FIN: 4730746-0800

Patient Name:  WRIGHT, LYNDON                    MRN: 4730746
                                                 FIN: 4730746-0800



**Order Date/Time 6/1/2009  12:34:51 PM CDT**

| Mnemonic<br>**Bronchial Inhalation Challenge** | Action<br>Activate | Order Status<br>Completed | Type of Order<br>Respiratory Therapy |
|---|---|---|---|
| Ordering Physician<br>Smith MD, Kenneth B | | Order Placed By<br>Green RRT-2, Debra A | |
| Review Information N/A | | | |
| Order Details<br>06/01/09 10:00:00 CDT | | | |

**Order Date/Time 6/1/2009  12:34:40 PM CDT**

| Mnemonic<br>**Complete Pulmonary Function Test** | Action<br>Activate | Order Status<br>Completed | Type of Order<br>Respiratory Therapy |
|---|---|---|---|
| Ordering Physician<br>Smith MD, Kenneth B | | Order Placed By<br>Green RRT-2, Debra A | |
| Review Information N/A | | | |
| Order Details<br>06/01/09 9:00:00 CDT | | | |

**Order Date/Time 5/21/2009  3:09:26 PM CDT**

| Mnemonic<br>**XR Chest 2 Views** | Action<br>Order | Order Status<br>Completed | Type of Order<br>Radiology |
|---|---|---|---|
| Ordering Physician<br>Smith MD, Kenneth B | | Order Placed By<br>Nunez , Gewanda | |
| Review Information<br>Nurse Review, Not Reviewed - | | | |
| Order Details<br>Timed, 06/01/09 8:00:00 CDT, SHORTNESS OF BREATH, Smith MD, Kenneth B, 786.05, SPOKE WITH MELISSA, FAXING ORDERS, SELF PAY | | | |

**Order Date/Time 5/21/2009  3:08:53 PM CDT**

| Mnemonic<br>**Complete Pulmonary Function Test** | Action<br>Order | Order Status<br>Completed | Type of Order<br>Respiratory Therapy |
|---|---|---|---|
| Ordering Physician<br>Smith MD, Kenneth B | | Order Placed By<br>Nunez , Gewanda | |
| Review Information<br>Nurse Review, Not Reviewed - | | | |
| Order Details<br>06/01/09 9:00:00 CDT | | | |

LTW-EXP07-000301

Patient Name:  WRIGHT, LYNDON

MRN: 4730746
FIN: 4730746-0800



Order Date/Time 5/21/2009  3:08:48 PM CDT

| Mnemonic<br>**Bronchial Inhalation**<br>**Challenge** | Action<br>Order | | Order Status<br>Completed | Type of Order<br>Respiratory Therapy |
|---|---|---|---|---|
| Ordering Physician<br>Smith MD, Kenneth B | | | Order Placed By<br>Nunez , Gewanda | |
| Review Information<br>Nurse Review, Not Reviewed – | | | | |
| Order Details<br>06/01/09 10:00:00 CDT | | | | |

LTW-EXP07-000302

Patient Name:  WRIGHT, LYNDON

MRN: 4730746
FIN: 4730746-0800

LTW-EXP07-000303

MRN: 4730746

Facility: EAST JEFFERSON

FROM Jefferson Pulmonary Associates          (MON)JUN  1 2009  8:01/ST. 8:01/No. 7535102667 P  1

# EJGH
East Jefferson General Hospital

## RADIOLOGY
## OUTPATIENT ORDERS

Order Date
If recurring
Order Duration
Test Date __1/19__ Time

**Physician Office Staff Instructions: Please Fax These Orders to (504) 883-5913**
To Schedule Radiology Tests Please Call 454-4164, Monday - Friday, 7:30 a.m. to 5:00 p.m. OR
You can use our Schedule by Fax Service by checking this box: ☐

| PATIENT INFORMATION (PLEASE PRINT) | INSURANCE INFORMATION |
|---|---|
| Last Name: Wright   First Name: Lyndon   Middle Initial   Maiden Name | Insurance Co (PLEASE INCLUDE COPY OF INSURANCE CARD): Private Pay |
| Street Address | Authorization No. |
| City   State   Zip Code | Physician's Name (Please Print) |
| Date of Birth 4/1/70   Gender   Social Security No. | Physician's Address |
| Home Phone   Work Phone, Ext. | Physician Signature (REQUIRED) R. Smith |
| Medical Record Number   Account Number | ICD-9 DIAGNOSIS (REQUIRED) 786.05 |

**Diagnostic testing will not be performed without a physician's order.**

**CT Scan**
☐ Check here if IV contrast for CT Scan
☐ Cardiac Scoring
☐ Head
☐ S.T-Neck
☐ Chest
☐ High Res. Chest
☐ Upper Abd
☐ Abd / Pelvis
☐ Pelvis
☐ L Extremity
☐ R Extremity
☐ C Spine
☐ T Spine   T1-T6   T6-T12
☐ L Spine   T12-L3   L3-S1
☐ 3-D Reconstruction
☐ Virtual Colonography
☐ Other

**Ultrasound**
☐ Abdominal
☐ Aorta
☐ Appendix
☐ Kidney
☐ Breast
☐ Pelvic
☐ OB
☐ Transvaginal
☐ Carotid
☐ Thyroid
☐ Rectal Wall
☐ Penile   w / injection
☐ Prostate   w / biopsy
☐ Testicular
Extremity
☐ Groin (post angio)   L   R
☐ Hips (neonatal)
☐ Knee
Non-Inv. Venous
☐ Arms   L   R
☐ Legs   L   R
Non-Inv Arterial with Cuffs (ABI)
☐ Arms   L   R
☐ Legs   L   R
Non-Inv. Arterial (Doppler Only)
☐ Other

**MRI**
☐ Check here if IV contrast for MRI
☐ Check here if patient has had any metal injuries to the eye
Head
☐ Brain
☐ IAC
☐ Nasopharynx
☐ Orbit
☐ Parotid Gland
☐ Pituitary Gland
☐ Sinus
Body
☐ Abdomen
☐ Chest
☐ Heart
☐ Neck
☐ OB / GYN Pelvis
☐ Pelvis
Spine
☐ Brachial Plexus
☐ Cervical Spine
☐ Lumbar Spine
☐ Metastatic Survey
☐ Thoracic Spine
Joint
☐ Ankle   L   R
☐ Elbow   L   R
☐ Fingers   L   R
☐ Hips   L   R
☐ Knee   L   R
☐ Shoulder   L   R
☐ Wrist   L   R
Extremity
☐ Foot / Toe   L   R
☐ Forearm   L   R
☐ Hand   L   R
☐ Humerus   L   R
☐ Lower Leg   L   R
☐ Thigh   L   R
☐ Other

**MRA**
☐ Aorta
☐ Circle of Willis
☐ Carotid Artery
☐ Pelvis
☐ Abdomen
☐ Upper Extremity   L   R
☐ Lower Extremity   L   R
☐ MRV

**Mammography**
☐ Screening Mammogram
☐ Diagnostic Mammogram   L   R
☐ Stereotactic Core Biopsy   L   R
☐ Ultrasound Guided Core Biopsy   L   R
☐ Ultrasound Guided Aspiration   L   R
☐ Galactogram   L   R

**Nuclear Medicine**
☐ Bone, Whole Body
☐ Bone, 3 Phase
☐ Lung, V/Q
☐ Lung, Diff
☐ Chest, Gallium
☐ Well motion
☐ Brain, SPECT
☐ Parathyroid
☐ Hyperthyroid Treatment
☐ Gastric Emptying
☐ Gallium / Whole Body
☐ Indium / Whole Body
☐ HIDA
☐ Liver - Spleen
☐ RBC Liver
☐ Mag 3 Renal
☐ Mag 3 Renal w/Lasix
☐ Testicular
☐ Renal Scan Ace Inhibitor
☐ Myocardial Spect R/E   w / EF
☐ Other

**Bone Density**
☐ AP Spine & Prox Femur

**X-Ray**
Asterisk (*) indicates that scheduling is not required for this procedure.
☐ BE
☐ BE with Air
☐ *Chest – 2 View
☐ *Chest – 1 View
☐ *Ribs   L   R
☐ *Cervical Spine
☐ *Thoracic Spine
☐ *Lumbar Spine
☐ *With Flex & Ext
☐ *Flex & Ext. Only
☐ *Skull
☐ *KUB
☐ *Flat & Erect (Abd 2 View)
☐ *Abd / KUB   L   R
☐ *Fingers   L   R
☐ *Shoulder   L   R
☐ *Elbow   L   R
☐ *Wrist   L   R
☐ *Hips   L   R
☐ *Knee   L   R
☐ *Ankle   L   R
☐ *Humerus   L   R
☐ *Forearm   L   R
☐ *Hand   L   R
☐ *Thigh   L   R
☐ *Lower Leg   L   R
☐ *Foot / Toe   L   R
☐ Esophagram
☐ UGI
☐ Small Bowel
☐ Hysterosalpingogram
☐ Enteroclysis
☐ Sacrum / Coccyx
☐ SI (Join)
☐ IVP, Nephrotomogram
☐ Metastatic Series
☐ Other

**Special Procedures**
For Scheduling Call 504-456-5408

SCANNED IN
PATIENT ACCESS

FCO-7028-1753 Rev 12/03

MRN: 4730746

Facility: EAST JEFFERSON

FROM Jefferson Pulmonary Associates          (MON)JUN  1 2009  #:02/ST.  9:01/No.7535102667 P  2

## East Jefferson General Hospital
### Pulmonary Diagnostics
### Lab Outpatient Orders

**EJGH**

Place
Patient Label
In Box

| Physician Office Staff Instructions: Please Fax These Orders to (504)456-6048 CALL TO SCHEDULE (504) 454-4164 Monday- Friday, 7:30a.m. – 5:00p.m. | Order date _____ If recurring, order duration _____ Test date 6/1/19 Time _____ |
|---|---|

**PATIENT INFORMATION (PLEASE PRINT)**

**INSURANCE INFORMATION**

Last Name   First Name   Middle Initial   Maiden Name
Wright, Lyndon

Street Address

City          State          Zip Code

Date of Birth 4/1/70   Gender   Social Security Number

Home Phone          Work Phone, Ext.

Medical Record Number          Account Number

Insurance Company *PLEASE INCLUDE COPY OF INSURANCE CARD*   Private Pay

Authorization Number

Physician's Name (Please Print)

Physician's Address

Physician Signature (REQUIRED) _L Smith_

ICD-9 DIAGNOSIS (REQUIRED)
786.05

## Pulmonary Diagnostics

- ☐ Arterial Blood Gas Analysis ____ Room Air ____ with Oxygen ____ liter flow
- ☒ Complete Pulmonary Function Test *(no smoking after midnight before test)*
- ☐ Spirometry (flow volume loop)
- ☐ Diffusion Capacity *(no smoking after midnight before test)*
- ☐ *Spirometry pre & post Bronchodilator
- ☒ Bronchial Challenge *(call for details of prep)*
- ☐ Exercise Provocation (call for details of prep)
- ☐ Exercise Saturation Study
- ☐ Pulmonary Stress Test
- ☐ Pulse Oximetry
- ☐ Metabolic Study (Indirect Calorimetry – 4 hr. fast required)
- ☐ Thoracentesis (Schedule with Pulmonologist)
- ☐ High Altitude Simulation Test (HAST)
- ☐ Bio-Z (Non-Invasive Cardiac Output)
- ☐ Other: _____

## Pulmonary Rehab (504) 849-8790

- ☐ Pulmonary Rehab Consultation
- ☐ Asthma Education
- ☐ MDI / Discus Instruction
- ☐ Peak Flow Instruction
- ☐ Recurring Pulmonary Rehab
- ☐ Pulmonary Rehab Assessment
- ☐ 6-Minute Walk

**Test Preps**
Hold Metered Dose Inhaler (MDI) or aerosol breathing treatments after midnight before study



| Place STAT barcode sticker HERE |
|---|

**SCANNED IN** Page 1
RCO-7360-1891
**PATIENT ACCESS**

MRN: 4730746

Facility: EAST JEFFERSON

FROM Jefferson Pulmonary Associates                    (MON)JUN  1 2009  9:02/ST.  9:01/No. 7535102997 P  2

**EJGH** East Jefferson General Hospital
**Pulmonary Diagnostics**
**Lab Outpatient Orders**

Place
Patient Label
In Box

| Physician Office Staff Instructions: Please Fax These Orders to (504)456-8046 CALL TO SCHEDULE (504) 454-4164  Monday- Friday, 7:30a.m. - 6:00p.m. | Order date _____ If recurring, order duration _____ Test date  6/1/9  Time _____ |

**PATIENT INFORMATION  (PLEASE PRINT)** | **INSURANCE INFORMATION**

| Last Name  Wright, | First Name  Lyndon | Middle Initial | Maiden Name | Insurance Company *PLEASE INCLUDE COPY OF INSURANCE CARD)  Private Pay |
| Street Address | | | | Authorization Number |
| City | State | Zip Code | | Physician's Name (Please Print) |
| Date of Birth  4/1/70 | Gender | Social Security Number | | Physician's Address |
| Home Phone | | Work Phone, Ext. | | Physician Signature (REQUIRED)  R Smith |
| Medical Record Number | | Account Number | | ICD-9 DIAGNOSIS (REQUIRED)  786.05 |

## Pulmonary Diagnostics

☐ Arterial Blood Gas Analysis ____ Room Air ____ with Oxygen ____ liter flow
☒ **Complete Pulmonary Function Test** *(no smoking after midnight before test)*
☐ Spirometry (flow volume loop)
☐ Diffusion Capacity *(no smoking after midnight before test)*
☐ *Spirometry pre & post Bronchodilator
☒ **Bronchial Challenge** *(call for details of prep)*
☐ **Exercise Provocation** *(call for details of prep)*
☐ Exercise Saturation Study
☐ Pulmonary Stress Test
☐ Pulse Oximetry
☐ Metabolic Study (Indirect Calorimetry – 4 hr. fast required)
☐ Thoracentesis (Schedule with Pulmonologist)
☐ High Altitude Simulation Test (HAST)
☐ Bio-Z (Non-Invasive Cardiac Output)
☐ Other: _____

## Pulmonary Rehab (504) 849-8790

☐ Pulmonary Rehab Consultation
☐ Asthma Education
☐ MDI / Discus Instruction
☐ Peak Flow Instruction

☐ Recurring Pulmonary Rehab
☐ Pulmonary Rehab Assessment
☐ 6-Minute Walk

**Test Preps**
* Hold Metered Dose Inhaler (MDI) or aerosol breathing treatments after midnight before study

Place STAT barcode sticker
HERE

SCANNED IN Page 1
PATIENT ACCESS
ECO-7360-1891

MRN: 4730746

Facility: EAST JEFFERSON

FROM Jefferson Pulmonary Associates          (MON) JUN  1 2009  8:01/ST. 8:01/No. 7535102987 P  1

# EJGH
East Jefferson General Hospital

## RADIOLOGY
## OUTPATIENT ORDERS

Order Date _____
If recurring, _____
Order Duration _____
Test Date 1/19 Time _____

**Physician Office Staff Instructions: Please Fax These Orders to (504) 883-8918**
To Schedule Radiology Tests Please Call 454-4164, Monday – Friday, 7:30 a.m. to 5:00 p.m. OR
You can use our Schedule by Fax Service by checking this box: ☐

### PATIENT INFORMATION (PLEASE PRINT)

Last Name: Wright  First Name: Lyndon

Street Address

City                    State                    Zip Code

Date of Birth: 4/1/70

Home Phone                    Work Phone, Ext.

Medical Record Number                    Account Number

### INSURANCE INFORMATION (PLEASE INCLUDE COPY OF INSURANCE CARD)

Insurance Co.: Private Pay

Authorization

Physician's Name (Please Print)

Physician's Address

Physician Signature (REQUIRED)

ICD-9 DIAGNOSIS (REQUIRED): 186.05

**Diagnostic testing will not be performed without a physician's order.**

### CT Scan
☐ Check here if IV contrast for CT Scan
☐ Cardiac Scoring
☐ Head
☐ S.T. Neck
☐ Chest
☐ High Res. Chest
☐ Upper Abd
☐ Abd / Pelvis
☐ Pelvis
☐ L Extremity
☐ R Extremity
☐ C Spine
☐ T Spine     T-T8 ___ T8-T12
☐ L Spine     ___ T12-L2 ___ L3-S1
☐ 3-D Reconstruction
☐ Virtual Colonography
☐ Other _____

### Ultrasound
☐ Abdominal
☐ Aorta
☐ Appendix
☐ Kidney
☐ Breast
☐ Pelvic
☐ OB
☐ Transvaginal
☐ Carotid
☐ Thyroid
☐ Rectal Wall
☐ Penile        w / injection
☐ Prostate      w / biopsy
☐ Testicular
Extremity
☐ Groin (post angio)  L ___ R
☐ Hips (neonatal)
☐ Knee          L ___ R
Non-Inv. Venous
☐ Arms          L ___ R
☐ Legs          L ___ R
Non-Inv. Arterial with Cuffs (ABI)
☐ Arms          L ___ R
☐ Legs          L ___ R
Non-Inv. Arterial (Doppler Only)
☐ Other _____

### MRI
☐ Check here if IV contrast for MRI
☐ Check here if patient has had any metal injuries to the eye
Head
☐ Brain
☐ IAC
☐ Nasopharynx
☐ Orbit
☐ Parotid Gland
☐ Pituitary Gland
☐ Sinus
Body
☐ Abdomen
☐ Chest
☐ Heart
☐ Neck
☐ OB / GYN Pelvis
☐ Pelvis
Spine
☐ Brachial Plexus    L ___ R
☐ Cervical Spine     L ___ R
☐ Lumbar Spine       L ___ R
☐ Metastatic Survey
☐ Thoracic Spine
Joint
☐ Ankle              L ___ R
☐ Elbow              L ___ R
☐ Fingers            L ___ R
☐ Hips               L ___ R
☐ Knee               L ___ R
☐ Shoulder           L ___ R
☐ Wrist              L ___ R
Extremity
☐ Foot / Toe         L ___ R
☐ Forearm            L ___ R
☐ Hand               L ___ R
☐ Humerus            L ___ R
☐ Lower Leg          L ___ R
☐ Thigh              L ___ R
☐ Other _____

### MRA
☐ Aorta
☐ Circle of Willis
☐ Carotid Artery
☐ Pelvis
☐ Abdomen
☐ Upper Extremity     L ___ R
☐ Lower Extremity     L ___ R
☐ MRV

### Mammography
☐ Screening Mammogram
☐ Diagnostic Mammogram    L ___ R
☐ Stereotactic Core Biopsy    L ___ R
☐ Ultrasound Guided Core Biopsy    L ___ R
☐ Ultrasound Guided Aspiration    L ___ R
☐ Galactogram

### Nuclear Medicine
☐ Bone, Whole Body
☐ Bone, 3 Phase
☐ Lung, V / Q
☐ Lung, Diff
☐ Chest, Gallium
☐ Well motion
☐ Brain, SPECT
☐ Parathyroid
☐ Hyperthyroid Treatment
☐ Gastric Emptying
☐ Gallium / Whole Body
☐ Indium / Whole Body
☐ HIDA
☐ Liver - Spleen
☐ RBC Liver
☐ Mag 3 Renal
☐ Mag 3 Renal w/Lasix
☐ Testicular
☐ Renal Scan Ace inhibitor
☐ Myocardial Spect R/E     w / EF
☐ Other _____

### Bone Density
☐ AP Spine & Prox Femur

### X-Ray
Asterisk (*) indicates that scheduling is not required for this procedure.
☐ BE
☐ BE with Air
☒ Chest – 2 View
☐ Chest – 1 View
☐ *Ribs
☐ *Cervical Spine
☐ *Thoracic Spine
☐ *Lumbar Spine
☐ *With Flex & Ext
☐ *Flex & Ext Only
☐ *Skull
☐ KUB
☐ *Flat & Erect (Abd 2 View)
☐ *Abd / KUB     L ___ R
☐ *Fingers
☐ *Shoulder      L ___ R
☐ *Elbow         L ___ R
☐ *Wrist         L ___ R
☐ *Hips          L ___ R
☐ *Knee          L ___ R
☐ *Ankle         L ___ R
☐ *Humerus       L ___ R
☐ *Forearm       L ___ R
☐ *Hand          L ___ R
☐ *Thigh         L ___ R
☐ *Lower Leg     L ___ R
☐ *Foot / Toe    L ___ R
☐ *Esophagram
☐ UGI
☐ Small Bowel
☐ Hysterosalpingogram
☐ Enterolysis
☐ Sacrum / Coccyx
☐ SI Joint
☐ IVP, Nephrotomogram
☐ Metastatic Series
☐ Other _____

### Special Procedures
For Scheduling Call 504-455-5408

SCANNED IN
PATIENT ACCESS

PCO-7028-1783 Rev 12/03

MRN: 4730746

Facility: EAST JEFFERSON

FROM Jefferson Pulmonary Associates          (MON) JUN  1 2009  9:01/ST.  9:01/No. 7535102887 P  1

# EJGH
East Jefferson General Hospital

## RADIOLOGY
## OUTPATIENT ORDERS

Order Date ___
If recurring, ___
Order Duration ___
Test Date 6/1/9 Time ___

**Physician Office Staff Instructions: Please Fax These Orders to (504) 883-8913**
To Schedule Radiology Tests Please Call 454-4164, Monday – Friday, 7:30 a.m. to 5:00 p.m. OR
You can use our Schedule by Fax Service by checking this box: ☐

| PATIENT INFORMATION (PLEASE PRINT) | INSURANCE INFORMATION |
|---|---|
| Last Name  First Name  Middle Initial  Maiden Name  Wright, Lyndon | Insurance Co. (PLEASE INCLUDE COPY OF INSURANCE CARD)  Private Pay |
| Street Address | Authorization No. |
| City  State  Zip Code | Physician's Name (Please Print) |
| Date of Birth 4/1/70  Gender  Social Security No. | Physician's Address |
| Home Phone  Work Phone, Ext. | Physician Signature (REQUIRED) |
| Medical Record Number  Account Number | ICD-9 DIAGNOSIS (REQUIRED) 786.05 |

**Diagnostic testing will not be performed without a physician's order.**

### CT Scan
☐ Check here if IV contrast for CT Scan
☐ Cardiac Scoring
☐ Head
☐ S.T-Neck
☐ Chest
☐ High Res. Chest
☐ Upper Abd
☐ Abd / Pelvis
☐ Pelvis
☐ L Extremity
☐ R Extremity
☐ C Spine
☐ T Spine        T1-T6 ___  T6-T12 ___
☐ L Spine        T12-L3 ___  L3-S1 ___
☐ 3-D Reconstruction
☐ Virtual Colonography
☐ Other ___

### Ultrasound
☐ Abdominal
☐ Aorta
☐ Appendix
☐ Kidney
☐ Breast
☐ Pelvic
☐ OB
☐ Transvaginal
☐ Carotid
☐ Thyroid
☐ Rectal Wall
☐ Penile         __ w / Injection
☐ Prostate       __ w / biopsy
☐ Testicular
Extremity
☐ Groin (peat angle)
☐ Hips (neonatal)   __ L  __ R
☐ Knee
Non-Inv Venous
☐ Arms           __ L  __ R
☐ Legs           __ L  __ R
Non-Inv. Arterial with Cuffs (ABI)
☐ Arms           __ L  __ R
☐ Legs           __ L  __ R
Non-Inv. Arterial (Doppler Only)
☐ Other ___

### MRI
☐ Check here if IV contrast for MRI
☐ Check here if patient has had any metal injuries to the eye
Head
☐ Brain
☐ IAC
☐ Nasopharynx
☐ Orbit
☐ Parotid Gland
☐ Pituitary Gland
☐ Sinus
Body
☐ Abdomen
☐ Chest
☐ Heart
☐ Neck
☐ OB / GYN Pelvis
☐ Pelvis
Spine
☐ Brachial Plexus    __ L  __ R
☐ Cervical Spine
☐ Lumbar Spine
☐ Metastatic Survey
☐ Thoracic Spine
Joint
☐ Ankle              __ L  __ R
☐ Elbow              __ L  __ R
☐ Fingers            __ L  __ R
☐ Hips               __ L  __ R
☐ Knee               __ L  __ R
☐ Shoulder           __ L  __ R
☐ Wrist              __ L  __ R
Extremity
☐ Foot / Toe         __ L  __ R
☐ Forearm            __ L  __ R
☐ Hand               __ L  __ R
☐ Humerus            __ L  __ R
☐ Lower Leg          __ L  __ R
☐ Thigh              __ L  __ R
☐ Other ___

### MRA
☐ Aorta
☐ Circle of Willis
☐ Carotid Artery
☐ Pelvis
☐ Abdomen
☐ Upper Extremity    __ L  __ R
☐ Lower Extremity    __ L  __ R
☐ MRV

### Mammography
☐ Screening Mammogram
☐ Diagnostic Mammogram
☐ Stereotactic Core Biopsy       __ L  __ R
☐ Ultrasound Guided Core Biopsy  __ L  __ R
☐ Ultrasound Guided Aspiration   __ L  __ R
☐ Galactogram

### Nuclear Medicine
☐ Bone, Whole Body
☐ Bone, 3 Phase
☐ Liver: V / Q
☐ Lung, Diff
☐ Chest, Gallium
☐ Wall motion
☐ Brain, SPECT
☐ Parathyroid
☐ Hyperthyroid Treatment
☐ Gastric Emptying
☐ Gallium / Whole Body
☐ Indium / Whole Body
☐ HIDA
☐ Liver - Spleen
☐ RBC Liver
☐ Mag 3 Renal
☐ Mag 3 Renal w/Lasix
☐ Testicular
☐ Renal Scan Ace Inhibitor
☐ Myocardial Spect R/E      __ w / EF
☐ Other ___

### Bone Density
☐ AP Spine & Prox Femur

### X-Ray
Asterisk (*) indicates that scheduling is not required for this procedure.
☐ BE
☐ BE with Air
☒ *Chest – 2 View
☐ *Chest – 1 View
☐ *Ribs                  __ L  __ R
☐ *Cervical Spine
☐ *Thoracic Spine
☐ *Lumbar Spine
☐ *With Flex & Ext
☐ *Flex & Ext. Only
☐ *Skull
☐ *KUB
☐ *Flat & Erect (Abd 2 View)
☐ *Abd / KUB       L obl ___  R obl ___
☐ *Fingers               __ L  __ R
☐ *Shoulder              __ L  __ R
☐ *Elbow                 __ L  __ R
☐ *Wrist                 __ L  __ R
☐ *Hips                  __ L  __ R
☐ *Knee                  __ L  __ R
☐ *Ankle                 __ L  __ R
☐ *Humerus               __ L  __ R
☐ *Forearm               __ L  __ R
☐ *Hand                  __ L  __ R
☐ *Thigh                 __ L  __ R
☐ *Lower Leg             __ L  __ R
☐ *Foot / Toe            __ L  __ R
☐ Esophagram
☐ UGI
☐ Small Bowel
☐ Hysterosalpingogram
☐ Enteroclysis
☐ Sacrum / Coccyx
☐ SI Joint
☐ IVP, Nephrotomogram
☐ Metastatic Series
☐ Other ___

### Special Procedures
For Scheduling Call 504-455-5408

SCANNED IN
PATIENT ACCESS

FCO-7020-1783 Rev 12/03

FIN: 4730746-0800

MRN: 4730746

Facility: EAST JEFFERSON

FROM Jefferson Pulmonary Associates        (MON)JUN  1 2009  #1:02/ST.  #:01/No.7636102867 P  2

## East Jefferson General Hospital
## Pulmonary Diagnostics
## Lab Outpatient Orders

| Place Patient Label In Box |
| --- |

Physician Office Staff Instructions: Please Fax These Orders to (504)456-8046
CALL TO SCHEDULE (504) 454-4164 Monday- Friday, 7:30a.m. – 6:00p.m.

Order date _____
If recurring, order duration _____
Test date **6/1/9** Time _____

**PATIENT INFORMATION (PLEASE PRINT)**

**INSURANCE INFORMATION**

Last Name **Wright,**  First Name **Lyndon**  Middle Initial  Maiden Name

Insurance Company (PLEASE INCLUDE COPY OF INSURANCE CARD) **Private Pay**

Street Address

Authorization Number

City   State   Zip Code

Physician's Name (Please Print)

Date of Birth **4/1/70**  Gender  Social Security Number

Physician's Address

Home Phone   Work Phone, Ext.

Physician Signature (REQUIRED) **K Smith**

Medical Record Number   Account Number

ICD-9 DIAGNOSIS (REQUIRED) **786.05**

## Pulmonary Diagnostics

- ☐ Arterial Blood Gas Analysis ____ Room Air ____ with Oxygen ____ liter flow
- ☒ Complete Pulmonary Function Test *(no smoking after midnight before test)*
- ☐ Spirometry (flow volume loop)
- ☐ Diffusion Capacity *(no smoking after midnight before test)*
- ☐ *Spirometry pre & post Bronchodilator
- ☒ Bronchial Challenge *(call for details of prep)*
- ☐ Exercise Provocation *(call for details of prep)*
- ☐ Exercise Saturation Study
- ☐ Pulmonary Stress Test
- ☐ Pulse Oximetry
- ☐ Metabolic Study (Indirect Calorimetry – 4 hr. fast required)
- ☐ Thoracentesis (Schedule with Pulmonologist)
- ☐ High Altitude Simulation Test (HAST)
- ☐ Bio-Z (Non-Invasive Cardiac Output)
- ☐ Other: _____

## Pulmonary Rehab (504) 849-8790

- ☐ Pulmonary Rehab Consultation
- ☐ Asthma Education
- ☐ MDI / Discus Instruction
- ☐ Peak Flow Instruction
- ☐ Recurring Pulmonary Rehab
- ☐ Pulmonary Rehab Assessment
- ☐ 6-Minute Walk

**Test Preps**
* Hold Metered Dose Inhaler (MDI) or aerosol breathing treatments after midnight before study

| Place STAT barcode sticker HERE |
| --- |

SCANNED IN Page 1
ICO-7360-1891
PATIENT ACCESS

MRN: 4730746

Facility: EAST JEFFERSON

*Wright, Lynan*



**East Jefferson General Hospital & Affiliates**

**Patient Agreement**

Patient Account #: *4730746 0800*

Medical Record #: _____

**A.  Consent For Uses & Disclosures Of Health Information**
I consent to EJGH and its affiliates using and disclosing my health information for Treatment, Payment and Health Operations. I also acknowledge I have received/ been offered a copy of the hospital's Notice of Privacy Practices that describes in detail such uses and disclosures as well as my rights with respect to my personal health information.

**B.  Assignment Of Benefits And Reimbursement Rights**
I agree to assign all benefits and reimbursement rights to which I am entitled and which are otherwise payable to me, to EJGH its affiliates and my treating physician (s) to admit, retain and treat me as a patient.  My signature below affirms my understanding and acceptance of my financial responsibility to the hospital, its affiliates and my treating physician (s) for all charges related to services not paid within thirty (30) days of the date billed, or for any amount unpaid by insurance. I also unconditionally guarantee payment of all costs for my hospital stay such as hospital and physician services, facility use medications, foods, and other services and supplies provided to me as a patient. I further agree to pay attorney's fees or twenty five (25) percent of the amount due if the hospital has to refer my financial obligations for collection. This assignment shall include the authority and right to institute legal action to recover ALL amounts due as a result of said services rendered including any and all statutory penalties which may also be claimed and collected.

**C.  Government Health Care Program**
I understand that if I falsely represent and/ or provide false documentation to claim eligibility for Medicare, Medicaid or other government health program benefits, I risk being charged by the government for fraud and if convicted, will be subject to fines and imprisonment.

**D.  Patient's Right To Receive An Itemized Statement Of Charges**
I have been advised that Louisiana Law entitles me to receive an itemized statement of billed services within ten (10) business days after discharge. I further understand the hospital's business office will provide my itemized statement only on my request.

**E.  Release of Responsibility For Valuables**
I understand and accept full responsibility for all articles (money, jewelry, dentures, eyeglasses, clothing and all other forms of my personal property) which I bring, or others bring on my behalf, to the hospital. The hospital and its employees are not responsible for loss of or damage to property which is not specifically deposited for safekeeping.

**F.  Consent For Medical And/ Or Surgical Treatment**
I am aware that medical and surgical treatments have inherent risks and outcomes are not always predictable despite appropriate care. I acknowledge that no guarantees have been made to me by the hospital or its affiliates or my treating physician (s) as to the anticipated outcome of my pending medical and/ or surgical treatment. I do hereby voluntarily consent to such diagnostic procedures and hospital care and to such medical, surgical, or other treatment as is deemed necessary by my attending physician.

**I Have Read All of the Above And Certify I Understand and Agree To All Provisions**

X *Lyndon Wright*
_____
Signature of Patient

Date: *6-1-09*   Time: *11:25*

_____
Signature of Witness:

Signature of Authorized Patient Representative

Relationship to Patient: _____

Reason Patient cannot sign on his/her on behalf: _____

REV 1/06

FCO-935-289-5

MRN: 4730746

Facility: EAST JEFFERSON



**East Jefferson General Hospital**
Metairie, Louisiana
**Patient Rights**

Patient's Name: _Wright, Lyndon_
Patient Account #: _4730746 0800_
Medical Record # _____

**Patients have the right to:**
- be informed of their rights and responsibilities.
- have a family member, chosen representative and/or their physician notified promptly of admission to the hospital.
- receive treatment and medical services without any type of discrimination.
- be treated with privacy, consideration, respect and recognition of their individuality.
- be informed of the names and functions of all physicians and other healthcare professionals providing their direct care.
- receive the services of a translator or interpreter to facilitate the communication between the patient and the hospital's healthcare professionals.
- participate in the development and implementation of their plan of care.
- make informed decisions regarding their care.
- be informed of their health status, involved in care planning and treatment, and allowed to request or refuse treatment.
- be included or to refuse to be included in experimental research.
- be informed if the hospital has authorized other institutions to participate in their treatment. Patients have the right to know the identity and function of these institutions, and to refuse to allow the institutions to participate in their treatment.
- formulate advance directives and have physicians and other healthcare professionals comply with these directives.
- be informed by their physician and other healthcare professionals about any continuing healthcare requirements after their discharge.
- receive assistance from their physician and appropriate healthcare professionals in arranging for required follow-up care.
- have their medical records kept confidential.
- have access to their medical records within a reasonable time frame.
- be free from restraints of any form that are not medically necessary.
- be free from all forms of abuse and harassment.
- receive care in a safe setting.
- examine and receive an explanation of their bill and may receive information relating to financial assistance available.
- have a full explanation if they are being transferred to another facility.
- initiate a concern about patient care and safety and receive a response. **We encourage you to bring any concerns you may have to any hospital team member, member of hospital management or to East Jefferson Guest Services at 454-4837.** Unresolved concerns may also be forwarded to: The State Department of Health and Hospitals, 1201 Capitol Access Road, Post Office Box 3767, Baton Rouge, LA 70821 (866) 280-7737 or The Joint Commission on Accreditation of Hospitals (JCAHO): email: complaint@jcaho.org, fax: 630-792-5656, phone: (630) 792-5800 or at: Office of Quality Monitoring, 1 Renaissance Blvd., Oakbrook Terrace, IL. 60181

**By my signature below, I acknowledge receipt of the Patient's Rights.**

Patient signature: _Lyndon Wright_                     Date: _6·1·09_

or patient representative signature if patient unable to sign, (relation to patient) _____

A list of Patient's Rights & Responsibilities is available in the EJGH Patient Handbook available in Guest Services. (Printed 5/07)

FCO-935-3019

FIN: 4730746-0800

Patient Name:  WRIGHT, LYNDON

MRN: 4730746
FIN: 4730746-0800

## Chest Xray 2 View

Clinical history: Shortness of breath

P.A. and lateral views of the chest were obtained.  The lungs are clear.  The heart is not enlarged.  There is mild to moderate scoliosis of the lower cervical and upper thoracic spine with convexity to the left side.

IMPRESSION: No acute cardiopulmonary disease is seen.
FERTEL DAN 06/01/2009 12:50:00

Pulmonary Function Study

patient #:  47307460800   admit date:  06/01/2009

REFERRING PHYSICIAN:  KENNETH SMITH, M.D.

DATE OF STUDY:  June 01, 2009.

BRONCHIAL PROVOCATION STUDY

NOTE:  The patient gave excellent, reproducible effort.

INTERPRETATION:
Positive study for broncho-reactivity.  The provocative dose causing a 20% reduction in FEV1 was less than 0.3 mg of methacholine.

IMPRESSION:  Positive study for broncho-reactivity, moderate-to-severe by American Thoracic Society criteria .

KBS/dps
DD:  06/02/2009 20:15:18
DT:  06/02/2009 31:31:58

Printed Date / Time: 9/11/2009  1:13:32 PM                Page 21 of 38

LTW-EXP07-000316

Patient Name: WRIGHT, LYNDON

MRN: 4730746
FIN: 4730746-0800



OJ#: 1231771
IJ#: 374416869 - 0285

[Electronically Signed on 06/03/2009 11:10 am]
------------------------------------------------
Smith MD, Kenneth B

[Modified on 06/03/2009 11:10 am]
------------------------------------------------
Smith MD, Kenneth B

LTW-EXP07-000317

Patient Name: WRIGHT, LYNDON

MRN: 4730746
FIN: 4730746-0800

Pulmonary Function Study

patient #:  47307460800   admit date:  06/01/2009

REFERRING PHYSICIAN:  KENNETH B. SMITH, M.D.

DATE OF STUDY:  06/01/09

NOTE:  The patient gave excellent, reproducible effort for these studies.
Please see post-test technician comments.

INTERPRETATION:
Mild reduction in forced vital capacity.  Spirometry is not clearly improved
after bronchodilator.  Normal maximum voluntary ventilation.  Flow volume loop
is normal.  Total lung capacity and lung volumes are normal.  Normal
diffusion capacity. Airways resistance is increased, and conductance is reduced.
IMPRESSION:  Mild reduction in forced vital capacity and mild increase in
airways resistance with reduction in airway conduction.  Otherwise normal
study.

KBS/dps
DD:  06/02/2009 20:15:18
DT:  06/02/2009 21:28:44
OJ#: 1231771
IJ#: 374412158 - 0285

[Electronically Signed on 06/03/2009 07:12 am]
----------------------------------------------
Smith MD, Kenneth B

[Modified on 06/03/2009 07:12 am]
----------------------------------------------
Smith MD, Kenneth B

LTW-EXP07-000318

MRN: 4730746

Facility: EAST JEFFERSON

EJGH
4200 Houma Blvd.
Metairie, LA, 70006

| Name: | WRIGHT, LYNDON | ID: | 4730746 | 47307460800 | Date: | 06/01/2009 |
|---|---|---|---|---|---|---|
| Tech: | GREEN RRT, DEBBIE | Height: | 66.00 | Age: 39 | Room: | OPT |
| Doctor: | SMITH MD, KENNETH | Weight: | 123.00 | Sex: Male | Race: | Black |



MRN: 4730746

Facility: EAST JEFFERSON

**EJGH**

4200 Houma Blvd.

Metairie, LA, 70006

| Name: WRIGHT, LYNDON | ID: 4730746 | 47307460800 | Date: 06/01/2009 |
|---|---|---|---|
| Tech: GREEN RRT, DEBBIE | Height: 66.00 | Age: 39 | Room: OPT |
| Doctor: SMITH MD, KENNETH | Weight: 123.00 | Sex: Male | Race: Black |

|  | Pre-Bronch | | | Post-Bronch | |
|---|---|---|---|---|---|
|  | **Pred** | **Actual** | **%Pred** | **Actual** | **%Pred** |
| DLCOunc (ml/min/mmHg) | 27.42 | 23.14 | 84 | | |
| DLCOcor (ml/min/mmHg) | 34.23 | | | | |
| DL/VA (ml/min/mmHg/L) | 5.33 | 5.55 | 104 | | |
| VA (L) | 6.12 | 4.17 | 68 | | |
| ---- AIRWAYS RESISTANCE -- | | | | | |
| Raw (cmH2O/L/s) | 1.45 | 2.06 | 142 | | |
| Gaw (L/s/cmH2O) | 1.03 | 0.49 | 47 | | |
| sRaw (cmH2O*s) | < 4.76 | 7.54 | | | |
| sGaw (1/cmH2O*s) | 0.20 | 0.13 | 66 | | |

LTW-EXP07-000320

MRN: 4730746

Facility: EAST JEFFERSON

**EJGH**
4200 Houma Blvd.
Metairie, LA, 70006

| Name: | WRIGHT, LYNDON | ID: | 4730746 | 47307460800 | Date: | 06/01/2009 |
|---|---|---|---|---|---|---|
| Tech: | GREEN RRT, DEBBIE | Height: | 66.00 | | Age: 39 | Room: OPT |
| Doctor: | SMITH MD, KENNETH | Weight: | 123.00 | | Sex: Male | Race: Black |

Diagnosis: 786.05

| Dyspnea: | Cough: | | Wheeze: | |
|---|---|---|---|---|
| Tbco Prod: | Yrs Smk: | Pks/Day: | | Yrs Quit: |

Medications:

Pre Test Comments:

Post Test Comments:  Good patient effort & cooperation.  The results of this test meet the ATS standards for acceptability and repeatability.  PATIENT GIVEN 2 SERIAL DOSES OF METHACHOLINE VIA DOSIMETER. FEV1 DROPPED TO -21% ON LEVEL 2. PATIENT THEN GIVEN AN AEROSOL TX WITH 3CC NS AND 0.5CC VENTOLIN. PULSE= 82 AND REGULAR.  PATIENT MONITORED IN RECOVERY 15 MINUTES POST TESTING.   NO ADVERSE EFFECTS WERE NOTED.   DAG

| | | Pre-Bronch | | Post-Bronch | |
|---|---|---|---|---|---|
| | Pred | Actual | %Pred | Actual | %Pred |
| **---- SPIROMETRY ----** | | | | | |
| FVC (L) | 3.82 | 2.71 | 71 | 2.80 | 73 |
| FEV1 (L) | 3.15 | 1.94 | 62 | 2.11 | 67 |
| FEV1/FVC (%) | 82 | 72 | 87 | 75 | 92 |
| FEV3 (L) | | 2.55 | | 2.68 | |
| FEF 25-75% (L/sec) | 3.43 | 1.42 | 41 | 1.73 | 51 |
| FEF Max (L/sec) | 8.32 | 4.63 | 56 | 6.12 | 74 |
| Expiratory Time (sec) | | 6.79 | | 6.57 | |
| MVV (L/min) | 153 | 92 | 60 | | |
| **---- LUNG VOLUMES ----** | | | | | |
| SVC (L) | 3.82 | 3.22 | 84 | | |
| IC (L) | 3.15 | 2.01 | 64 | | |
| ERV (L) | 0.67 | 1.21 | 181 | | |
| TGV (L) | 2.97 | 2.98 | 100 | | |
| RV (Pleth) (L) | 1.59 | 1.77 | 111 | | |
| TLC (Pleth) (L) | 6.12 | 4.99 | 82 | | |
| RV/TLC (Pleth) (%) | 26 | 35 | 137 | | |
| Trapped Gas (L) | | | | | |

**---- DIFFUSION ----**

LTW-EXP07-000321

MRN: 4730746

EJGH
4200 Houma Blvd.
Metairie, LA, 70006

| Name: | WRIGHT, LYNDON | ID: | 4730746 | 47307460800 | Date: | 06/01/2009 |
|---|---|---|---|---|---|---|
| Tech: | GREEN RRT, DEBBIE | Height: | 66.00 | Age: 39 | Room: | OPT |
| Doctor: | SMITH MD, KENNETH | Weight: | 123.00 | Sex: Male | Race: | Black |



MRN: 4730746

**EJGH**

4200 Houma Blvd.

Metairie, LA, 70006

| Name: | WRIGHT, LYNDON | ID: | 4730746 | 47307460800 | Date: | 06/01/2009 |
|-------|----------------|-----|---------|-------------|-------|------------|
| Tech: | GREEN RRT, DEBBIE | Height: | 66.00 | | Age: 39 | Room: OPT |
| Doctor: | SMITH MD, KENNETH | Weight: | 123.00 | | Sex: Male | Race: Black |

| | Pre-Bronch | | | Post-Bronch | |
|---|---|---|---|---|---|
| | **Pred** | **Actual** | **%Pred** | **Actual** | **%Pred** |
| DLCOunc (ml/min/mmHg) | 80.50 | 23.14 | 29 | | |
| DLCOcor (ml/min/mmHg) | 34.23 | | | | |
| DL/VA (ml/min/mmHg/L) | 5.75 | 5.55 | 96 | | |
| VA (L) | 6.12 | 4.17 | 68 | | |
| ---- AIRWAYS RESISTANCE -- | | | | | |
| Raw (cmH2O/L/s) | 1.45 | 2.06 | 142 | | |
| Gaw (L/s/cmH2O) | 1.03 | 0.49 | 47 | | |
| sRaw (cmH2O*s) | < 4.76 | 7.54 | | | |
| sGaw (1/cmH2O*s) | 0.20 | 0.13 | 66 | | |

MRN: 4730746

## EJGH

4200 Houma Blvd.

Metairie, LA, 70006

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: | WRIGHT, LYNDON | ID: | 4730746 | 47307460800 | Date: | 06/01/2009 |
| Tech: | GREEN RRT, DEBBIE | Height: | 66.00 | Age: 39 | Room: | OPT |
| Doctor: | SMITH MD, KENNETH | Weight: | 123.00 | Sex: Male | Race: | Black |

Diagnosis: 786.05

| Dyspnea: | Cough: | | Wheeze: | |
|---|---|---|---|---|
| Tbco Prod: | Yrs Smk: | Pks/Day: | | Yrs Quit: |
| Medications: | | | | |

Pre Test Comments:

Post Test Comments: Good patient effort & cooperation. The results of this test meet the ATS standards for acceptability and repeatability. PATIENT GIVEN 2 SERIAL DOSES OF METHACHOLINE VIA DOSIMETER. FEV1 DROPPED TO -21% ON LEVEL 2. PATIENT THEN GIVEN AN AEROSOL TX WITH 3CC NS AND 0.5CC VENTOLIN. PULSE= 82 AND REGULAR. PATIENT MONITORED IN RECOVERY 15 MINUTES POST TESTING. NO ADVERSE EFFECTS WERE NOTED. DAG

| | | Pre-Bronch | | Post-Bronch | |
|---|---|---|---|---|---|
| | Pred | Actual | %Pred | Actual | %Pred |
| ---- SPIROMETRY ---- | | | | | |
| FVC (L) | 3.82 | 2.71 | 71 | 2.80 | 73 |
| FEV1 (L) | 3.15 | 1.94 | 62 | 2.11 | 67 |
| FEV1/FVC (%) | 82 | 72 | 87 | 75 | 92 |
| FEV3 (L) | | 2.55 | | 2.68 | |
| FEF 25-75% (L/sec) | 3.43 | 1.42 | 41 | 1.73 | 51 |
| FEF Max (L/sec) | 8.32 | 4.63 | 56 | 6.12 | 74 |
| Expiratory Time (sec) | | 6.79 | | 6.57 | |
| | | | | | |
| MVV (L/min) | 153 | 92 | 60 | | |
| | | | | | |
| ---- LUNG VOLUMES ---- | | | | | |
| SVC (L) | 3.82 | 3.22 | 84 | | |
| IC (L) | 3.15 | 2.01 | 64 | | |
| ERV (L) | 0.67 | 1.21 | 181 | | |
| TGV (L) | 2.97 | 2.98 | 100 | | |
| RV (Pleth) (L) | 1.59 | 1.77 | 111 | | |
| TLC (Pleth) (L) | 6.12 | 4.99 | 82 | | |
| RV/TLC (Pleth) (%) | 26 | 35 | 137 | | |
| Trapped Gas (L) | | | | | |

---- DIFFUSION ----

LTW-EXP07-000324

MRN: 4730746

Facility: EAST JEFFERSON



EJGH
4200 Houma Blvd.
Metairie, LA, 70006

| Name: | WRIGHT, LYNDON | ID: | 4730746 | 47307460800 | Date: | 06/01/2009 |
|---|---|---|---|---|---|---|
| Tech: | GREEN RRT, DEBBIE | Height: | 66.00 | Age: 39 | Room: | OPT |
| Doctor: | SMITH MD, KENNETH | Weight: | 123.00 | Sex: Male | Race: | Black |

MRN: 4730746

EJGH
4200 Houma Blvd.
Metairie, LA, 70006

| Name: | WRIGHT, LYNDON | ID: | 4730746 | 47307460800 | Date: | 06/01/2009 |
|---|---|---|---|---|---|---|
| Tech: | GREEN RRT, DEBBIE | Height: | 66.00 | Age: 39 | Room: | OPT |
| Doctor: | SMITH MD, KENNETH | Weight: | 123.00 | Sex: Male | Race: | Black |

|  | | Pre-Bronch | | | Post-Bronch | |
|---|---|---|---|---|---|---|
|  | **Pred** | **Actual** | **%Pred** | **Actual** | **%Pred** |
| DLCOunc (ml/min/mmHg) | 80.50 | | | | |
| DLCOcor (ml/min/mmHg) | 34.23 | | | | |
| DL/VA (ml/min/mmHg/L) | 5.75 | | | | |
| VA (L) | 6.12 | | | | |
| | | | | | |
| ---- AIRWAYS RESISTANCE -- | | | | | |
| Raw (cmH2O/L/s) | 1.45 | | | | |
| Gaw (L/s/cmH2O) | 1.03 | | | | |
| sRaw (cmH2O*s) | < 4.76 | | | | |
| sGaw (1/cmH2O*s) | 0.20 | | | | |

LTW-EXP07-000326

MRN: 4730746

Facility: EAST JEFFERSON

**EJGH**

4200 Houma Blvd.

Metairie, LA, 70006

| Name: | WRIGHT, LYNDON | ID: | 4730746 | 47307460800 | Date: | 06/01/2009 |
|---|---|---|---|---|---|---|
| Tech: | GREEN RRT, DEBBIE | Height: | 66.00 | Age: 39 | Room: | OPT |
| Doctor: | SMITH MD, KENNETH | Weight: | 123.00 | Sex: Male | Race: | Black |

Diagnosis: 786.05

| Dyspnea: | | Cough: | | Wheeze: | |
|---|---|---|---|---|---|
| Tbco Prod: | | Yrs Smk: | Pks/Day: | | Yrs Quit: |

Medications:

Pre Test Comments:

Post Test Comments: Good patient effort & cooperation. The results of this test meet the ATS standards for acceptability and repeatability. PATIENT GIVEN 2 SERIAL DOSES OF METHACHOLINE VIA DOSIMETER. FEV1 DROPPED TO -21% ON LEVEL 2. PATIENT THEN GIVEN AN AEROSOL TX WITH 3CC NS AND 0.5CC VENTOLIN. PULSE= 82 AND REGULAR.  PATIENT MONITORED IN RECOVERY 15 MINUTES POST TESTING.   NO ADVERSE EFFECTS WERE NOTED.   DAG

| | Pre-Bronch | | | Post-Bronch | |
|---|---|---|---|---|---|
| | **Pred** | **Actual** | **%Pred** | **Actual** | **%Pred** |
| ---- SPIROMETRY ---- | | | | | |
| FVC (L) | 3.82 | 2.71 | 71 | 2.80 | 73 |
| FEV1 (L) | 3.15 | 1.94 | 62 | 2.11 | 67 |
| FEV1/FVC (%) | 82 | 72 | 87 | 75 | 92 |
| FEV3 (L) | | 2.55 | | 2.68 | |
| FEF 25-75% (L/sec) | 3.43 | 1.42 | 41 | 1.73 | 51 |
| FEF Max (L/sec) | 8.32 | 4.63 | 56 | 6.12 | 74 |
| Expiratory Time (sec) | | 6.79 | | 6.57 | |
| | | | | | |
| MVV (L/min) | 153 | 92 | 60 | | |

| ---- LUNG VOLUMES ---- | |
|---|---|
| SVC (L) | 3.82 |
| IC (L) | 3.15 |
| ERV (L) | 0.67 |
| TGV (L) | 2.97 |
| RV (Pleth) (L) | 1.59 |
| TLC (Pleth) (L) | 6.12 |
| RV/TLC (Pleth) (%) | 26 |
| Trapped Gas (L) | |

---- DIFFUSION ----

MRN: 4730746

Facility: EAST JEFFERSON

**EJGH**

4200 Houma Blvd.

Metairie, LA, 70006

| Name: | WRIGHT, LYNDON | ID: | 4730746 | 47307460800 | | Date: | 06/01/2009 |
|-------|----------------|-----|---------|-------------|---|-------|------------|
| Tech: | GREEN RRT, DEBBIE | Height: | 66.00 | | Age: | 39 | Room: | OPT |
| Doctor: | SMITH MD, KENNETH | Weight: | 123.00 | | Sex: | Male | Race: | Black |

| Stage | Pre | 25mg / ml | .25mg / ml | Post |
|-------|-----|-----------|------------|------|
| Dose | 0.000 | 0.025 | 0.250 | 0.000 |
| Dose Units | 0.000 | 0.125 | 1.250 | 0.000 |
| C.D.U.s | 0.000 | 0.125 | 1.375 | 1.375 |

---- SPIROMETRY ----

| | | | | |
|-------|------|------|------|------|
| FVC (L) | 2.71 | 2.81 | 2.45 | 2.80 |
| FEV1 (L) | 1.94 | 1.83 | 1.53 | 2.11 |
| FEV1/FVC (%) | 72 | 65 | 62 | 75 |
| FEF 25-75% (L/sec) | 1.42 | 1.25 | 0.71 | 1.73 |
| FEF Max (L/sec) | 4.63 | 4.67 | 3.67 | 6.12 |

FIN: 4730746-0800

LTW-EXP07-000328

MRN: 4730746

Facility: EAST JEFFERSON

EJGH

4200 Houma Blvd.

Metairie, LA, 70006

| Name: | WRIGHT, LYNDON | ID: | 4730746 | 4730746 0800 | Date: | 06/01/2009 |
|---|---|---|---|---|---|---|
| Tech: | GREEN RRT, DEBBIE | Height: | 66.00 | Age: 39 | Room: | OFT |
| Doctor: | SMITH MD, KENNETH | Weight: | 123.00 | Sex: Male | Race: | Black |

Diagnosis: 786.05

Dyspnea:                          Cough:                          Wheeze:

Tbco Prod:                        Yrs Smk:          Pks/Day:              Yrs Quit:

Medications:

Pre Test Comments:

Post Test Comments:   Good patient effort & cooperation. The results of this test meet the ATS standards for
acceptability and repeatability. PATIENT GIVEN 2 SERIAL DOSES OF
METHACHOLINE VIA DOSIMETER. FEV1 DROPPED TO -21% ON LEVEL 2.
PATIENT THEN GIVEN AN AEROSOL TX WITH 3CC NS AND 0.5CC
VENTOLIN. PULSE= 82 AND REGULAR. PATIENT MONITORED IN
RECOVERY 15 MINUTES POST TESTING. NO ADVERSE EFFECTS WERE
NOTED.   DAG

| | Pre-Bronch | | | Challenge | | |
|---|---|---|---|---|---|---|
| ---- SPIROMETRY -- | Actual | Pred | %Pred | Actual | %Chng | Actual |
| FVC (L) | 2.71 | 3.82 | 71 | 2.45 | -10 | 2.80 |
| FEV1 (L) | 1.94 | 3.15 | 62 | 1.53 | -21 | 2.11 |
| FEV1/FVC (%) | 72 | 82 | 87 | 62 | -13 | 75 |
| FEF 25% (L/sec) | 3.02 | 6.87 | 44 | 1.62 | -46 | 3.78 |
| FEF 75% (L/sec) | 0.76 | 1.67 | 45 | 0.24 | -68 | 0.90 |
| FEF 25-75% (L/sec) | 1.42 | 3.43 | 41 | 0.71 | -50 | 1.73 |
| FEF Max (L/sec) | 4.63 | 8.32 | 56 | 3.67 | -21 | 6.12 |
| FIVC (L) | 2.68 | | | 2.41 | -10 | 2.82 |
| FIF Max (L/sec) | 5.73 | | | 5.45 | -5 | 6.45 |



MRN: 4730746

**EJGH**
4200 Houma Blvd.
Metairie, LA, 70006

| Name: | WRIGHT, LYNDON | ID: | 4730746 | 47307460800 | Date: | 06/01/2009 |
|---|---|---|---|---|---|---|
| Tech: | GREEN RRT, DEBBIE | Height: | 66.00 | Age: 39 | Room: | OPT |
| Doctor: | SMITH MD, KENNETH | Weight: | 123.00 | Sex: Male | Race: | Black |



MRN: 4730746

Facility: EAST JEFFERSON

**EJGH**

4200 Houma Blvd.

Metairie, LA, 70006

| Name: | WRIGHT, LYNDON | ID: | 4730746 | 47307460800 | Date: | 06/01/2009 |
|---|---|---|---|---|---|---|
| Tech: | GREEN RRT, DEBBIE | Height: | 66.00 | Age: 39 | Room: | OPT |
| Doctor: | SMITH MD, KENNETH | Weight: | 123.00 | Sex: Male | Race: | Black |

|  | Pre-Bronch | | | Post-Bronch | |
|---|---|---|---|---|---|
|  | **Pred** | **Actual** | **%Pred** | **Actual** | **%Pred** |
| VA (L) | 6.12 | 4.17 | 68 | | |
| | | | | | |
| ---- AIRWAYS RESISTANCE -- | | | | | |
| Raw (cmH2O/L/s) | 1.45 | 2.06 | 142 | | |
| Gaw (L/s/cmH2O) | 1.03 | 0.49 | 47 | | |
| sRaw (cmH2O*s) | < 4.76 | 7.54 | | | |
| sGaw (1/cmH2O*s) | 0.20 | 0.13 | 66 | | |

LTW-EXP07-000331

MRN: 4730746

Facility: EAST JEFFERSON

**EJGH**
4200 Houma Blvd.
Metairie, LA, 70006

| Name: | WRIGHT, LYNDON | ID: | 4730746 | 47307460800 | Date: | 06/01/2009 |
|---|---|---|---|---|---|---|
| Tech: | GREEN RRT, DEBBIE | Height: | 66.00 | Age: | 39 | Room: | OPT |
| Doctor: | SMITH MD, KENNETH | Weight: | 123.00 | Sex: | Male | Race: | Black |

Diagnosis: 786.05

| Dyspnea: | | Cough: | | Wheeze: | |
|---|---|---|---|---|---|
| Tbco Prod: | | Yrs Smk: | | Pks/Day: | | Yrs Quit: |
| Medications: | | | | | |

Pre Test Comments:

Post Test Comments:  Good patient effort & cooperation. The results of this test meet the ATS standards for acceptability and repeatability. DEFAULT HBG = 14.6 GM/DL USED FOR DLCO. NHanes III predicts used for spirometry. Crapo predicts used for DLCO. ITS predicts used for plethysmography volumes. DAG

| | Pre-Bronch | | | Post-Bronch | |
|---|---|---|---|---|---|
| | **Pred** | **Actual** | **%Pred** | **Actual** | **%Pred** |
| ---- SPIROMETRY ---- | | | | | |
| FVC (L) | 3.82 | 2.71 | 71 | | |
| FEV1 (L) | 3.15 | 1.94 | 62 | | |
| FEV1/FVC (%) | 82 | 72 | 87 | | |
| FEV3 (L) | | 2.55 | | | |
| FEF 25-75% (L/sec) | 3.43 | 1.42 | 41 | | |
| FEF Max (L/sec) | 8.32 | 4.63 | 56 | | |
| Expiratory Time (sec) | | 6.79 | | | |
| MVV (L/min) | 153 | 92 | 60 | | |
| ---- LUNG VOLUMES ---- | | | | | |
| SVC (L) | 3.82 | 3.22 | 84 | | |
| IC (L) | 3.15 | 2.01 | 64 | | |
| ERV (L) | 0.67 | 1.21 | 181 | | |
| TGV (L) | 2.97 | 2.96 | 100 | | |
| RV (Pleth) (L) | 1.59 | 1.75 | 110 | | |
| TLC (Pleth) (L) | 6.12 | 4.98 | 81 | | |
| RV/TLC (Pleth) (%) | 26 | 35 | 136 | | |
| Trapped Gas (L) | | | | | |
| ---- DIFFUSION ---- | | | | | |
| DLCOunc (ml/min/mmHg) | 34.86 | 23.14 | 66 | | |
| DLCOcor (ml/min/mmHg) | 34.86 | | | | |
| DL/VA (ml/min/mmHg/L) | 5.75 | 5.55 | 96 | | |

FIN: 4730746-0800

LTW-EXP07-000332

Patient Name:  WRIGHT, LYNDON

MRN:  4730746
FIN:  4730746-0800

**ALL CLINICALLY PERTINENT INFORMATION HAS BEEN PRINTED ON THE PREVIOUS PAGE(S).**

LTW-EXP07-000333

NAME: Lyndon Wright

DATE: 6/1/10   DME

DRUG ALLERGIES:
None

AGE: 4/1/70
Age = 39

Never smoked.
Stationary engineer.
Maintains large AC units
HS Education + some
college credits.

CURRENT MEDS:
Ramipril (Altace) 5mg/day
Synthroid 88 mcg/day
Folic Acid
Calcium 2 D (prek)
Boniva 1 tablet/month

Flomonex (paddy)
Remotely
Had taken Flexor
pre K.

CC ~ Formaldehyde exposure

HPI:
Living in Audubon area preK, Home flooded
in K. Gone X 2 months. Lived on Carnival
Cruise ship from 9/05 to 3/06 → moved into
travel trailer that was on property but had no
electricity ~ Lived in trailer until 7/2008. Estimates
8-10 hrs/day in trailer. Moved out of trailer and
into apt 7/2008. til now. When moved into the trailer
smelled like a new trailer. Sometime p moving into
trailer began noticing burning eyes and nose - irritated.
Told his mom that he thought trailer was making him
Awoke one am c stuff in eyes. Eyes swollen. Went
to md and given Rx. He thought it might "pink eye"
but MD said was a "severe allergy + → eye gets
→ sharp. Once/week/day. Said nothing to md about
trailer. Went 2-3 times to md. Got pink
eye relief Rx OTC. Began having SOB - only in
trailer, never @ work. Began coughing - dry NPC.
Began hacking up blood streaked spit in am. Seen
by ENT who looked in nose ' said was inflamed.

O: EXAM: BP: 136/84   P: P~80   TEMP:

Neck OK   Deformity Dear. L hearing aid
Chest - mild scoliosis. Chest clear.
Hrt Sy → Sz
Abd- NT tender
Ext No edema; clubbing
Appears healthy.

SPIRO: DATE:   WT.   FVC   FEV1
CPFT - mildly ↓ FVC.   CXR - Dextroscoliosis.
Methacholine ⊕   PD₂₀ FEV₁ < 0.3 mg Reverse normal

SATS: DATE:   REST   WALK

Never noted large had chest tightness in nasal
occasion. Felt SOB. Went to wds a price too never
may have helped in 5 times - may have helped.
Cough abated out of trailer.
Feels they have had some mild reverse. Had itch
on back of neck.

Sx worse in winter. In summer had AC on
but didn't keep it really cold.

XRAY:

Forced stayed c him X 2 months, he says there
children were sneezing - Doesn't recall any sx they had
Sx have resolved since leaving trailer.
PMH - Loss of hearing - Dx since age 2. Now hears with L
ear → relief. Possible seasonal upper resp allerg
SH- Single. Social bac. 2-3/day   Scoliosis
FH - DM. HBP, Asthma

A:   Probable rhinitis/conjunctivitis 2° formaldehyde
exposure in travel trailer
Asthma - c ⊕ methacholine study - preceded
travel trailer, by hx
Scoliosis,   HBP - mild

P:   #1776

K Smith