UNITED STATES DISTRICT COURT
EASTER DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          MDL NO. 1873
 FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT

                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*


**************************************************************************

**MOTION TO RECONSIDER THE COURT'S RULING GRANTING DEFENDANT'S
MOTION TO STRIKE THE PLAINTIFF'S EXPERT SUPPLEMENTAL REPORTS**


   **NOW INTO COURT,** through undersigned counsel, comes Plaintiff Lyndon Wright

("Plaintiff"), who respectfully offers this Motion to Reconsider the Court's ruling granting

Defendant's Motion to Strike Plaintiff's Supplemental Expert Reports. Plaintiff's experts should

be permitted to supplement their reports for purposes of clarification and consideration of

previously undiscoverable relevant information. Plaintiff respectfully requests this Honorable

Court reconsider its ruling and grant Plaintiffs Motion to Reconsider for the reasons articulated

in the attached Memorandum in Support.

1

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIASON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone: 504/522-2304
        Facsimile:  504/528-9973
        gmeunier@gainsben.com


        s/ Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIASON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone: 504/522-2304
        Facsimile:  504/528-9973
        jwoods@gainsben.com


        **COURT-APPOINTED PLAINTIFFS'
        STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas #24001820
        ROBERT BECNEL, #14072
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        DENNIS REICH, Texas #16739600
        MIKAL WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document had been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on February 18, 2010.

        /s/Gerald E. Meunier___