UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE: FEMA TRAILER FORMALDEHYDE**     **MDL No. 1873**
**PRODUCTS LIABILITY LITIGATION**

                                           **SECTION N(4)**

                                           **JUDGE ENGELHARDT**
                                           **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Lyndon Wright v. Forest River Inc., et al.*
*Case No. 09-2977 (E.D. La.)*

*******************************************************************************

### NOTICE OF HEARING

TO:     ALL COUNSEL FO RECORD

**IT IS HEREBY ORDERED** that the Motion for Reconsideration of the Defendant's Motion to Strike the addendum to Dr. Larry Miller's expert report filed on behalf of Plaintiff herein is hereby set for hearing on the 10th Day of March 2010 at 9:30 a.m.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIASON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile:  504/528-9973
gmeunier@gainsben.com

s/ Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIASON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile:  504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas #24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas #20981820

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document had been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on February 18, 2010.

/s/Gerald E. Meunier___