**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br><br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion

**IT IS ORDERED** that the Motion for Expedited Hearing on the Motion for Reconsideration of the Defendant's Motion to Strike the Plaintiff's supplemental expert reports is hereby GRANTED.

**IT IS FURTHER ORDERED** that the abovementioned motion will be considered on the _____ day of _____, 2010.

THIS DONE the_____ day of _____, 2010, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGLEHARDT

1