**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL NO. 07-1873** |
| **FORMALDEHYDE PRODUCTS** | |
| **LIABILITY LITIGATION** | **SECTION "N" (5)** |
| | **JUDGE ENGELHARDT** |
| | **MAG. JUDGE CHASEZ** |
| **THIS DOCUMENT RELATES TO:** | |
| **ALL CASES ("Alabama Plaintiffs")** | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES' MEMORANDUM IN SUPPORT OF ITS CONSENT MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS "MOTION TO DISMISS THE FTCA CLAIMS OF ALL 'ALABAMA PLAINTIFFS' FOR LACK OF SUBJECT-MATTER JURISDICTION BASED UPON NO ANALOGOUS PRIVATE LIABILITY" (Rec. Doc. 10656)**

Defendant, the United States of America, hereby submits this Memorandum in support of its Consent Motion for leave to file a Reply Memorandum in support of its "Motion to Dismiss the FTCA Claims of All 'Alabama Plaintiffs' for Lack of Subject-Matter Jurisdiction Based Upon No Analogous Private Liability" (Rec. Doc. 10656). The Court should grant the requested leave in order to afford the United States an opportunity to reply to the arguments advanced in the "Memorandum in Opposition" filed by Plaintiffs' Liaison Counsel (Rec. Doc. 11470). Undersigned counsel has contacted opposing counsel and there is no objection to the filing of a Reply Memorandum. Accordingly, for good cause shown, the United States requests that the Court grant this Consent Motion and enter the attached Proposed Order.

Dated: February 18, 2010                                 Respectfully Submitted,

TONY WEST                                                              HENRY T. MILLER
Assistant Attorney General, Civil Division            ADAM BAIN
                                                                                  Senior Trial Counsel

J. PATRICK GLYNN
Director, Civil Division, Torts Branch

| | |
|---|---|
| | MICHELLE BOYLE |
| | MICHELE GREIF |
| DAVID S. FISHBACK | JONATHAN WALDRON |
| Assistant Director | Trial Attorneys |
| | |
| OF COUNSEL: | *s/ Adam M. Dinnell* |
| | ADAM M. DINNELL (TX No. 24055405) |
| JORDAN FRIED | Trial Attorney |
| Associate Chief Counsel | United States Department of Justice |
| | Civil Division, Torts Branch |
| JANICE WILLIAMS-JONES | P.O. Box 340, Ben Franklin Station |
| Senior Trial Attorney | Washington, DC 20004 |
| Federal Emergency Management Agency | Telephone:  (202) 616-4211 |
| Department of Homeland Security | Adam.Dinnell@usdoj.gov |

Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*s/ Adam M. Dinnell*
ADAM M. DINNELL (TX No. 24055405)