# Appendix C

## Structural Testing of Wright Trailer

SWE-000128

## Structural Testing of Wright Trailer

Exponent performed non-destructive structural testing of the Wright trailer on August 26, 2009. Exponent's test program consisted of three[36] different sequences of lifting and leveling of the instrumented trailer to observe the structural behavior of the trailer during trailer installation.

## Installation Sequences

At all times during the testing the entry door was held in the closed position with a wooden wedge inserted into the handle adjacent to the door.  Lifting and leveling sequences were:

1. Lifting the front of the trailer using the tongue jack; installing blocks at the front of the trailer approximately 12-14 inches high; raising the rear of the trailer using bottle jacks and installing appropriate blocking to level the trailer front to rear; installing blocking at mid-span of the rail beams; and finally the trailer was leveled from side-to-side by lifting the left side of the trailer.  During this test, a portion of the trailer weight was intended to be transferred through the tires. As such, the wheels remained in contact with the ground.

2. Installing blocking under the front of the trailer and disengaging the tongue jack; lifting the rear of the trailer to approximately 20 inches above grade; lifting the front of the trailer and installing blocking when level front to rear; installing blocking at the mid-span; and finally leveling the trailer side to side.

3. Installation similar to 2 above; during this sequence the front of the trailer was lifted first, followed by the rear of the trailer, and finally the middle of the trailer.

Following the completion of each lifting and leveling sequence, the trailer was lowered back onto the wheels and tongue jack prior to the subsequent test.

## Instrumentation

Instrumentation of the trailer consisted of:

1. A total of four strain gages at two locations on the top and bottom flanges of the left frame rail to measure changes of strain in the frame rail associated with jacking.

2. A tensioned reference cable extending from the front most cross beam to the rear bumper along the left frame rail to measure deflections of the frame rail associated with at-rest and lifted position.

3. A self leveling laser centered beneath the trailer and six scales attached to the rail beam to assist with precision leveling of the trailer.

---

[36] A fourth test was conducted utilizing truck scales solely to determine trailer weight; no data other than trailer weight was collected. The trailer weight was estimated to be 5200 lbs.

4.  A digital string potentiometer installed diagonally across the door opening to measure racking of the door opening.

5.  Crack gages installed at five locations to measure relative movement across caulked joints between the trailer siding and the frames of the windows and door.

## Strain gages

The four strain gages consisted of 120 Ohm electrical resistance strain gages: two placed near the wheels 10ft-2in from the rear end of the rail beam; and two at located at 14ft-0in from the end of the rail beam (Figure 2).  Each pair of strain gages was placed on the outer flange of the rail beam as shown in Figure 3.  The strain gages were connected to a Vishay, P3 strain indicator where each of the gages were installed as a quarter-Wheatstone bridge to output uniaxial strain data.  Strain gages were balanced ("zeroed") in the baseline condition where the trailer was supported by the tongue jack and wheels.[37]

The strain gages measure in units of microstrain ($\mu$s).  For reference, 1200 $\mu$s (1200x10-6 in/in) corresponds to a change in stress equal to the published yield stress of steel of 36,000 psi.

---

[37]  Due to the temperature range and shifting sunlight at the inspection location, the strain gage data may shift during the testing. For this reason, the baseline values will not return to "zero" throughout the day.



Figure 2.    Typical strain gage installation (SG1) shown (Exponent photo 2011).



Figure 3.    Location of strain gages at each of the two locations.



Figure 4.      Vishay, Four channel, P3 Strain indicator (Exponent photo 2019).


## Tensioned reference cable

A 1/8 inch diameter steel cable was installed on the rail beam and tensioned at the back bumper and at the front channel running perpendicular to the trailer (Figure 3 above).  The distance between the cable and the flange of the rail beam was measured at 5 locations (see Table 5). Measurements were taken utilizing digital calipers (Figure 5). Deformations were computed by computing relative difference between baseline measurements and the lifted sequences described above.

Table 5.      Tensioned reference cable reading locations

| Displacement ID | Distance from end of rail beam |
|---|---|
| D1 | 24'-4" |
| D2 | 18'-10" |
| D3 | 14'-6" |
| D4 | 10'-6" |
| D5 | 2'-8" |



Figure 5.    Example of measurement taken with digital caliper at
reference location D5 (Exponent photo 1023).

## Self-leveling laser

A self leveling laser was installed beneath the center of the trailer to provide a level reference
plane. Scales were installed at six locations to determine the relative height of the trailer: Two
near the front of the rail beam, two at the mid-span of the rail beam, and two at the rear of the
rail beam. The use of the level aided both pitch and roll leveling of the trailer.



Figure 6.        Self leveling laser under trailer (Exponent photo 2008).



Figure 7.        One of six scales used to level trailer (Exponent photo 2022).

## Digital Indicator

A spring-loaded digital indicator was utilized to measure the racking during the sequences mentioned above.  The indicator was anchored to the wood framing just below the door opening; the end opposite to the digital indicator consisted of a lag screw anchored to the wood framing to the top and to the right of the door (Figure 8). The indicator measured the change in length of the diagonal, reading positive for extension and negative for shortening.



Figure 8.     Digital indicator installed diagonally across Wright trailer door (Exponent photos 2025 and 2026).

## Crack Gages

A total of 5 crack gages (Figure 9 and Figure 10) were mounted to measure the displacement between the siding and the frames (the distortion of the caulking).  The crack gages were installed using a quick setting epoxy putty.  Once the epoxy putty had set, the clear tape holding the two halves of the gage in setting alignment was cut to allow for unhindered movement of the gage.



Figure 9.    Typical crack gage installation (crack gage 1 shown)
(Exponent photo 2032).



Figure 10.    Approximate crack gage locations.

# Test Results

Results from the lifting sequences are presented in Table 6 through Table 9. Table 10 and Table 11 contain information regarding sensitivity to jacking near the door and weight estimation of the trailer, respectively.

Table 6.       Baseline readings

| | | Readings | | |
|---|---|---|---|---|
| | | Baseline | Baseline‡ | Average |
| Strain Gage (μs) | SG1 | 0 | - | - |
| | SG2 | 0 | - | - |
| | SG3 | 0 | - | - |
| | SG4 | 0 | - | - |
| Disp. Readings (in) | D1 | 2.151 | 2.165 | **2.158** |
| | D2 | 2.050 | 2.024 | **2.037** |
| | D3 | 1.812 | 1.853 | **1.833** |
| | D4 | 1.724 | 1.7455 | **1.735** |
| | D5 | 1.960 | 1.9595 | **1.960** |
| Dial Indicator (in) | DI | 0 | - | - |
| Level Disp. Readings | LD1 | **-4 5/16** | - | - |
| | LD2 | **-2 9/16** | - | - |
| | LD3 | **-1 11/16** | - | - |
| | LD4 | **-1/8** | - | - |
| | LD5 | **-1 1/4** | - | - |
| | LD6 | **-2 3/4** | - | - |
| Crack Gages | C1 | - | - | - |
| | C2 | - | - | - |
| | C3 | - | - | - |
| | C4 | - | - | - |
| | C5 | - | - | - |

‡ The second baseline was recorded to verify that the tension reference cable measurements were taken accurately

Table 7.    Test 1

| | | Readings | | | |
|---|---|---|---|---|---|
| | | Baseline‡ | 1 | 2 | 3 |
| Strain Gage (µs) | SG1 | 0 | +34 | +28 | +17 |
| | SG2 | 0 | -14 | -10 | -3 |
| | SG3 | 0 | +42 | +38 | +244 |
| | SG4 | 0 | -71 | -80 | -285 |
| Disp. Readings (in) | D1 | **2.158** | 2.054 | Not recorded | 2.054 |
| | D2 | **2.037** | 1.993 | Not recorded | 2.034 |
| | D3 | **1.833** | 1.821 | Not recorded | 1.917 |
| | D4 | **1.735** | 1.741 | Not recorded | 1.995 |
| | D5 | **1.960** | 1.960 | Not recorded | 2.027 |
| Dial Indicator (in) | DI | 0 | 0.025 | 0.026 | 0.0365 |
| Level Disp. Readings (in) | LD1 | **-4 5/16** | -3 3/16 | Not recorded | -3 1/16 |
| | LD2 | **-2 9/16** | -2 3/4 | Not recorded | -3 |
| | LD3 | **-1 11/16** | -2 3/4 | Not recorded | -3 |
| | LD4 | **-1/8** | -1 3/16 | Not recorded | -2 9/16 |
| | LD5 | **-1 1/4** | -1 1/2 | Not recorded | -2 5/8 |
| | LD6 | **-2 3/4** | -1 1/2 | Not recorded | -2 5/8 |
| Crack Gages | C1 | - | No Change | Not recorded | No Change |
| | C2 | - | No Change | Not recorded | No Change |
| | C3 | - | No Change | Not recorded | No Change |
| | C4 | - | No Change | Not recorded | No Change |
| | C5 | - | No Change | Not recorded | No Change |

‡ Repeated from 'Baseline' for convenience.

1. Recordings prior to installing middle blocking, rear and front blocking installed

2. Recordings after middle blocking installed

3. Recordings after all blocking was installed and trailer leveled.

Table 8.       Test 2

| | | Readings | | | |
|---|---|---|---|---|---|
| | | **Baseline‡** | **1** | **2** | **3** |
| Strain Gage (μs) | SG1 | +18 | +143 | +228 | +10 |
| | SG2 | -11 | -33 | -137 | +51 |
| | SG3 | -9 | +384 | +456 | +403 |
| | SG4 | -30 | -463 | -508 | +(?) 420 |
| Disp. Readings (in) | D1 | **2.158** | Not recorded | 2.150 | 2.058 |
| | D2 | **2.037** | Not recorded | 2.350 | 2.058 |
| | D3 | **1.833** | Not recorded | 2.394 | 2.060* |
| | D4 | **1.735** | Not recorded | 2.489 | 2.130 |
| | D5 | **1.960** | Not recorded | 2.162 | 2.102 |
| Dial Indicator (in) | DI | 0.0075 | 0.061 | 0.167 | 0.1415 |
| Level Disp. Readings (in) | LD1 | **-4 5/16** | Not recorded | -6 5/8 | -6 5/8 |
| | LD2 | **-2 9/16** | Not recorded | -5 3/4 | -6 |
| | LD3 | **-1 11/16** | Not recorded | -6 1/4 | -6 1/4 |
| | LD4 | **-1/8** | Not recorded | -6 3/16 | -6 1/4 |
| | LD5 | **-1 1/4** | Not recorded | -6 | -6 1/8 |
| | LD6 | **-2 3/4** | Not recorded | -6 1/4 | -6 5/16 |
| Crack Gages | C1 | - | No Change | No Change | No Change |
| | C2 | - | No Change | No Change | No Change |
| | C3 | - | No Change | No Change | No Change |
| | C4 | - | No Change | No Change | No Change |
| | C5 | - | No Change | No Change | No Change |

‡ Strains and displacement indicator were recorded; displacement readings and level displacement readings are repeated from 'Baseline' for convenience.

1. Recordings after rear was lifted, front end on lowered blocking

2. Recordings after rear and front are lifted

3. Recordings after all blocking was installed and trailer leveled.

* Taken 4 inches towards front of trailer from D3 mark

Table 9.        Test 3

| | | Readings | |
|---|---|---|---|
| | | Baseline‡ | 1 |
| Strain Gage (µs) | SG1 | +60 | +67 |
| | SG2 | -12 | +25 |
| | SG3 | +6 | +419 |
| | SG4 | -20 | -450 |
| Disp. Readings (in) | D1 | 2.152 | Not Recorded |
| | D2 | 2.086 | Not Recorded |
| | D3 | 1.978 | Not Recorded |
| | D4 | 1.839 | Not Recorded |
| | D5 | 2.053 | Not Recorded |
| Dial Indicator (in) | DI | -0.025 | 0.112 |
| Level Disp. Readings (in) | LD1 | -4 5/16 | -6 5/8 |
| | LD2 | -2 9/16 | -6 1/4 |
| | LD3 | -1 11/16 | -6 5/16 |
| | LD4 | -1/8 | -6 1/4 |
| | LD5 | -1 1/4 | -6 1/8 |
| | LD6 | -2 3/4 | -6 3/8 |
| Crack Gages | C1 | - | No Change |
| | C2 | - | No Change |
| | C3 | - | No Change |
| | C4 | - | No Change |
| | C5 | - | No Change |

‡ Strains , displacement readings and displacement indicator were recorded; level displacement readings are repeated from 'Baseline' for convenience.

1. Recordings after trailer was fully blocked and leveled

Table 10.        Sensitivity to mid-point jacking

| LD5 displacement (in) | Dial indicator reading (in) |
|---|---|
| -6 | 0.1375 |
| -6 1/8 | 0.131 |
| -6 1/4 | 0.099 |
| -6 3/8 | 0.077 |
| -6 1/2 | 0.0585 |

Table 11.        Truck scale measurements

| Scale | Location | Weight (lbs) |
|---|---|---|
| 1 | Left front | 1185 |
| 2 | Left rear | 1610 |
| 3 | Right rear | 1530 |
| 4 | Right left | 890 |
| | **Total** | **5215 lbs.** |

## Trailer performance

### General

The jacking sequences utilized by Exponent during field testing did not cause any damage or permanent deformation of the trailer box, rail beams, windows, or door opening.  This was verified by the return of the trailer to its original baseline condition after each test, and the visible condition of the trailer prior to and after testing the frame.

### Sensitivity to mid-point jacking

After the completion of Test 2, the trailer was jacked near the left side blocks (near the trailer door).  The trailer was lifted only 1/2 inch at this location to observe the sensitivity of the door racking at this point (Table 10).  It was observed that with the minor deflection at this location, the racking of the door diminished from 0.1375 inch down to a near-baseline condition.[38]  As such, the amount of door racking is sensitive to relative pier heights, but as will be shown later, this has little consequence in the performance of the door's ability to act as a moisture barrier (see Appendix E).

---

[38]  The flexibility of travel trailers and the sensitivity of their door openings to elastic racking during installation of the trailer is consistent with the Forest River Owner's Manual which states with respect to leveling "NOTE: If after leveling, the entrance door to the trailer "sticks", you have most likely lifted one side of the trailer excessively, causing a binding condition on the frame.  If this condition exists, lower the trailer and relevel to obtain proper balance." [Forest 0002430]  Travel trailers are not unique in this regard – the relationship between levelness and operability of doors is common to all buildings, including manufactured housing and conventional site-built houses.  While not part of the Shaw contract, the flexibility of manufactured homes and the sensitivity of their window and door openings to racking during installation is also consistent with Federal requirements for mobile home installation, which state in part "The manufactured home must be adequately leveled prior to completion of the installation, so that the homes' performance will not be adversely affected.  The home will be considered adequately leveled if there is no more than ¼ inch difference between adjacent pier supports (frame or perimeter) and the exterior doors and windows of the home do not bind and can be properly operated. [Federal Register Vol. 72 No. 202].

# Appendix D

## Structural Testing of Exemplar Trailer

SWE-000143

## Structural Testing of Exemplar Trailer

In the course of structural testing of the Wright trailer, a hypothesis was developed that over-the-road travel may cause stresses in the trailer similar to those developed during the jacking process. To test this hypothesis, Exponent instrumented an exemplar Forest River trailer[39] and towed it over public roads and freeways from Phoenix, AZ to Menlo Park, CA.

This Appendix discusses that testing.

Instrumentation consisted of a portion of the field set of instrumentation augmented for redundancy and automated data collection while the trailer was in transit. Instrumentation was installed at Exponent's Vehicle Testing and Engineering Center in Phoenix (see Table 12 and Figure 12 for more information). Instrumentation consisted of:

1. Eight strain gages (SG1 through SG8). Four strain gages were installed on each rail beam (see Table 12, Figure 12, and Figure 13): two near the axle, and two near the mid-span of the rail beam.

2. Two digital string potentiometers installed diagonally across the door opening to measure racking of the door opening associated with over-the-road travel.

3. Accelerometers installed at 4 locations (at the front and rear of each rail beam) to measure vertical accelerations as well as pitch and roll of the trailer while in transit

4. GPS receiver to log global position and speed of the trailer.

5. Digital data acquisition system recording data continuously at 250 Hz from 26 channels.

Approximately 12 hours of data over 750 miles of freeway were collected on 26 channels, resulting in a total of about 10,800,000 readings.

---

[39] Forrest River SMT32BHLE; vehicle Identification number 4X4TSMH246T104318; date of manufacture 9/19/2005; gross vehicle weight rating: 7,790 lbs.; gross axle weight rating: 3,500 lbs.; number of axles: 2; Exponent vehicle file number: 6804.



Figure 11.    Vehicle route from Phoenix, AZ to Menlo Park, CA (source:
www.google.com)

Table 12.    Primary Channel List

| | | | Readings | | |
|---|---|---|---|---|---|
| | Channel No. | Label | Description | Units | Positive Direction |
| Strain Gages | 1 | SG1 | Left, midspan, top (sim. to SG2 of field test) | μs | Tension |
| | 2 | SG2 | Left, midspan, bottom (sim. to SG1 of field test) | μs | Tension |
| | 3 | SG3 | Left, axle, top (sim to SG4 of field test) | μs | Tension |
| | 4 | SG4 | Left, axle, bottom (sim to SG3 of field test) | μs | Tension |
| | 5 | SG5 | Right, midspan, top | μs | Tension |
| | 6 | SG6 | Right, midspan, bottom | μs | Tension |
| | 7 | SG7 | Right, axle, top | μs | Tension |
| | 8 | SG8 | Right, axle, bottom | μs | Tension |
| Accel-erometer | 9 | A1 | Left, front rail beam | g | Up |
| | 10 | A2 | Right, front rail beam | g | Up |
| | 11 | A3 | Left, rear rail beam | g | Up |
| | 12 | A4 | Right, rear rail beam | g | Up |
| Wire Potentiometer | 13 | DI | Lower right to upper left door | in | out |
| | 14 | D2 | Lower left to upper right door | in | out |
| CAN Channels | 17 | C1 | Day | day | - |
| | 18 | C2 | Hours | hour | - |
| | 19 | C3 | Minutes | min | - |
| | 20 | C4 | Seconds | sec | - |
| | 21 | C5 | Longitude | deg | - |
| | 22 | C6 | Latitude | deg | - |
| | 23 | C7 | Altitude | ft | - |
| | 24 | C8 | Speed | mph | - |



Figure 12.   Exemplar trailer instrumentation locations (see Table 1 for descriptions). Not to scale, for illustration purposes only.

SWE-000147

0904415.000 A0T0 1109 RPT1

41



Figure 13.      Location of strain gages at each cross section.

## Data

Once the trailer reached to Menlo Park, the data from the data acquisition system was downloaded onto a PC based computer for further analysis. In the event of data failure, the data was recorded in 12 x 1hour segments. Each of the segments thus recorded for 1 hour each, each channel was assembled together prior to processing. Once the data was read a Butterworth band-pass filter form 0.01 to 100 Hz was applied to the data. For the sake of brevity, only key observations will be discussed herein.

### Left Rail Beam Strain Gage Data

The left rail beam was instrumented nearly identically to the Wright trailer, tested in Melville, Louisiana. As such, the strains recorded provide a direct correlation between stresses from jacking and over-the-road travel; the data collected from over-the-road travel also provides a validation of the range of stresses recorded. Figure 15 contains the total time-history data for 12 hours of over-the-road testing. Each channel is plotted along with the peak strain recorded on the Wright trailer. From this figure, we note that the magnitude of strains recorded over-the-road at peak locations equal or exceed those recorded during testing of the Wright trailer. Furthermore, the strains recorded on the Wright trailer were monotonic, whereas the strains recorded over-the-road were cyclic. As such, the *range* of motion the exemplar trailer sustains in each cycle is significantly larger than those recorded (i.e. the amount of movement from peak-to-peak when hitting a pothole is nearly twice as large as the range of motion observed during simple jacking). Thus the amount of distortion (and number of cycles) is significantly greater during over-the-road testing.

Once the data was parsed and filtered a rainflow cycle counting script was used to count the number of cycles and half-cycles[40] of certain channels.  Figure 14 shows the results from this rainflow analysis.  Clearly from the data, the exemplar trailer sustained numerous cycles at strains near those observed during testing of the Wright trailer.



Figure 14.    Stress range and number of cycles per stress range observed during over-the-road experiment.

---

[40] Nieslony, Adam, "Rain Flow Counting Method," 17 Feb 2003 (Updated 12 Jan 2005); Code covered by BSD License; site www.mathworks.com.



Figure 15.    Displacement time-histories for the four strain gage channels
similar to those installed on the Wright trailer.  The red lines
represents the range of peak strains recorded during the Wright
trailer tests.

## Door Racking

Channel 14 of the exemplar trailer was set up to measure racking response in the same manner as the digital indicator placed on the Wright trailer during field testing. The time-history for the entire channel is shown in Figure 16, with a selected large excursion shown in Figure 17 (exact GPS location of this point is shown in Figure 19). The range of motion observed throughout the experiment is from approximately -3/16 inch to +1/8 inch. Observation of the data indicate that at around -1/8inch the door comes into contact with the surrounding frame and limits distortion of the frame to about -1/8inch. A similar limit is observed for the positive excursions as well.

Similar to the strain gage data, the number of cycles of data and their equivalent strain range are plotted Figure 18.



Figure 16.     Time-history of door displacement of exemplar trailer as it traveled from Phoenix to Menlo Park.



Figure 17.     Segment of time history recorded on westbound Hwy 58.



Figure 18.    Number of cycles and amplitude of door racking recorded in travel trailer on public roads from Phoenix, AZ to Menlo Park, CA.



Figure 19.    Location where one of the many of the large amplitude recordings were recorded during the exemplar travel (Westbound Hwy 58 traveling 52.8 mph).

## Vertical Acceleration

Acceleration time-history data was averaged from the four rail beam accelerometers. The results from this averaging is presented in Figure 20. In this figure, a negative acceleration corresponds to accelerations in the downward direction. Many peaks were recorded which were larger than or close to -1.0g. Such accelerations are normal when dealing with over-the-road travel, and are to be expected in the life of a trailer.



Figure 20.    Average accelerations from all 4 accelerometers during test. Note multiple excursions beyond -1.0g.

0904415.000 A0T0 1109 RPT1

SWE-000153

## Discussion

Careful review of the strain range data indicates that there is an apparent ceiling to the maximum strains. As observed during testing on the Wright trailer, the observed beam deflections were on the order of 0.75 inch, whereas an analysis assuming the rail beams taking full trailer loads would result in deflections of over 2 inches. The reasons for the observed behavior are:

- The trailer box is taking a large percentage of the load, and is functioning as a stiff structural element.

- The trailer box is acting as a composite section with the rail beam during loading.

- A combination of the above two: The trailer is acting a separate member until the connections between the rail beams and box are engaged, creating a response which is initially two individual elements and then later acting as one composite unit at larger displacements.

As such, the strains are likely limited to near 500 $\mu$s (~15ksi) due to the engaging of the box, at which point the increase in load is distributed between the box and the rail beam much more efficiently, and increases in strains on the rail beam correspond to significant loading.

Similar to the strain limit, there is a physical limit to the door racking that can be observed; this occurs when the door makes contact with the door frame. In the case of the door, this appears to be in the vicinity of 3/32 to 1/8 inch.

## Appendix E

## Spray Testing of Exemplar Trailer

SWE-000155

## Spray Testing of Exemplar Trailer

Following over-the-road transport from Maryland to California via Arizona, an exemplar Forest River trailer was spray tested to determine the nature and extent, if any, of damage to the seals around doors and windows. The left and right front windows (in the bedroom) as well as the trailer entry door were water tested in accordance with ASTM E1105 under ambient pressure. ASTM E1105 is applicable to windows, doors, and curtain-wall areas and determines the resistance of the installed materials to moisture penetration. The spray rack used was calibrated the day before testing to be in accordance with ASTM E1105. During each test, the rack emitted a uniform water spray at a rate of 5 to 6 gal/ft²-hr, above the minimum required spray rate of 5 gal/ft²-hr. Each water test lasted for 15 minutes and at least one hour of time passed between tests in each area. A failure at windows and doors is defined in ASTM E1105 as water entering inside the vertical plane of the frame or the perimeter of the frame to the interior finishes. Water contained in the sills or frame itself is not considered to be a failure. Water detection was performed utilizing strips of water finding test paper.[41] The strips turn lavender in the presence of moisture.

The water tests were conducted when the trailer was in two separate positions: (1) stationary - supported on the front jack at the hitch and on all four wheels (Figure 21) and (2) lifted - supported on four jacks, one at each corner of the trailer (Figure 22). These two support conditions reflect static maximum negative and positive stresses on the trailer.



Figure 21.     Trailer on wheels and tongue jack
               (Exponent photo 2501).

---

[41] Micro Essential ™ Hydrion Paper, Broklyn, N.Y. 11210, U.S.A



Figure 22.      Trailer on jacks at four corners (Exponent photo 2790).

## Left and Right Front Windows

Both windows and the surrounding exterior finishes were tested when the trailer was in the stationary position as well as when the trailer was lifted (Figure 23 and Figure 24).  No leaks were observed on the interior finishes during any of these tests.



Figure 23.      Overview of water testing at front left window (Exponent photo 2649).



Figure 24.     Overview of water testing at front right
               window (Exponent photo 2614).

## Door

The trailer door and the surrounding exterior finishes were also tested. During the first test, the trailer was in the stationary position (Figure 25 and Figure 26). No leaks were observed on the interior finishes during this test. During the second test, the trailer was lifted. Minor leakage was observed just below the interior face of the door below the window. No water penetrated the vertical plane of the frame (Figure 27).



Figure 25.    Overview of water testing at door (Exponent photo 2672).



Figure 26.    Water test at door with trailer wheels and tongue jack – note white, moisture sensitive paper indicating no leakage (Exponent photo 2675).



Figure 27.    Water test of door with trailer supported on
jacks at four corners – note white, moisture
sensitive paper indicating no leakage
(Exponent photo 2774).

## Appendix F

## Review of Reports by Others

SWE-000161

## Review of Reports by Others

Exponent's evaluation included review of relevant reports prepared by other consultants. Two reports address structural issues:

- The *Structural Condition Assessment* report prepared by Charles David Moore of Freyou, Moore and Associates, Inc, dated October 2, 2009 (Moore report). The report summarizes Moore's visual inspections and jacking tests of the trailer during the August 2009 field testing in Melville, Louisiana. The report also includes a summary of structural analyses performed by Moore to assess forces and deformations in selected structural members subject to various loading conditions.

- The *Inspection Report* prepared by Alexis Mallet of First General Services of the South, Inc, dated October 2, 2009 (Mallet report). Mallet's report presents much data on many topics regarding the trailer, but mentions structural aspects only in the context of referring the reader to Moore's report. Mallet appears to adopt Moore's conclusions and incorporate them into his report without critical evaluation or any independent analysis.

As the Moore report is the only document that presents original information and opinions, the balance of this appendix will address only Moore's report.

Moore's description of the general exterior and interior conditions include the statements: *"The exterior of the unit appeared to be intact with no major structural damage visible during the initial visual inspection."* and *"The interior of the unit was basically intact with no major structural damage visible during the initial visual observations."* It is important to note that Moore's initial visual observations were performed after the Wright trailer had been transported from California to Baton Rouge, transported from Baton Rouge to New Orleans, installed at the Wright property, occupied for over 2 years, removed from the Wright property, transported from New Orleans to Melville, then left exposed to the elements through August of 2009.

Damage to the trailer noted by Moore was limited to sealant holes/separations, doorframe bowing, and localized water damage. After several jacking tests and the removal of exterior and interior finishes, Moore identified no structural distress to the trailer framing with the exception of a broken roof truss caused by roof access during the Melville field testing (after plywood sheathing had been removed from the underside of the trusses). Moore alleges deficient construction of several structural members/connections but identifies no damage associated with those deficiencies.

The Moore report contains conclusions drawn from jacking tests performed during the Melville testing (described in a previous section of the present report). Moore surmises that water leaks in the Wright trailer were caused or made worse by "improper jacking." Yet he provides no details regarding the nature of that improper jacking nor the damage he believes occurred in that process. He does not specify the mechanism of damage nor the stresses on or capacities of components he concludes were damaged. Furthermore, the general lack of visible damage to the exterior and interior of the trailer observed by Moore as cited above does not support his

conclusion regarding improper jacking. Again, Moore's initial visual observations were performed after the trailer had been installed and taken out of service at the Wright property.

Moore makes incorrect assumptions in his calculation of the magnitude of compression strain developed in the trailer during testing. He assumes that the entire trailer assembly (upper box and rail beam) essentially rotate as a flexural beam. In reality, the distortion will be largely a shear deformation, given the depth to length aspect ratio of the trailer. As such, the data collected from the inclinometers is insufficient to calculate the true shortening of the top portion of the trailer, as there would be no shortening associated with the shear component of deformation. Even if one accepts his analysis of the distortion, he fails to analyze the effect of that distortion on the joints he believes were damaged by that distortion. An exemplar trailer that had been installed on four jack stands passed ASTM E1105 spray testing performed by Exponent

Moore draws a strange conclusion from Exponent's door frame racking data. Moore comments that the door frame racks from an initial value of 0.035 inches to 0.197 inches at the peak and back to <u>minus</u> 0.036 inches after returning the trailer to its original position. Moore incorrectly concludes that this indicates a permanent deformation of the trailer. The final reading is approximately -1/32 of an inch, which is a negligible elastic deformation by any rational assessment of the data. The final reading is also in a direction opposite the initial value, implying that the initial racking <u>improved</u> after the trailer was set down.

Moore aptly describes the Wright trailer as a "recreational vehicle" (RV) in Section 2 of his report. However, he proceeds to describe structural analyses of selected trailer components when subject to loads prescribed by design codes for <u>buildings</u>. We are unaware of any interpretations or applications of the building code that are consistent with Moore's interpretation.

In addition, Moore grossly underestimates structural capacities of trailer components. For example, he calculates the structural capacity of the main steel support beams but ignores the structural contribution of the wood frame portion of the trailer. By his logic the beams should have deflected several inches under the trailer self-weight when supported only by jacks near the beam ends. Measured deflections under such conditions during the jacking tests were less than one inch. Moore makes similar assumptions when calculating wall stud capacities by neglecting the structural contribution of plywood sheathing elements. Finally, Moore's analyses of forces in structural members subject to hypothetical building code-level wind and floor live loads are meaningless in the assessment of the trailer's performance subject to loads actually experienced over the life of the trailer.

The field testing jacking sequences utilized by Moore and others are similar to those used by Exponent. Crack gages during Exponent's field tests were installed between the siding and window and door frames (where distortions that could damage caulked joints would occur), whereas Moore located crack gages between the window sash and the siding (where distortions will occur across the window gasket). In comparison of the two tests, More recorded very small amounts of movement (typically on the order of 1/64 inch if observed at all), which returned to

nearly baseline conditions after the trailer was returned to its original baseline condition. This would indicate that any distortions noted were at the window gaskets, which can accommodate substantial movement. It is unclear to Exponent why this is highlighted in his report as being a significant distortion.

Exponent concludes that opinions expressed in the Moore report are fundamentally flawed in that they are inconsistent with observed conditions, based on an incorrect interpretation of building codes, and rely on analyses that neglect significant contributions of components not contemplated by those analyses as well as in conflict with actual field measurements.