UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Wright v. Forest River, et al, No. 09-2977*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF MANUAL ATTACHMENT

**Exhibit 1 to Plaintiff's Response to Defendant Shaw Environmental Inc.'s Motion in Limine to Exclude the Expert Testimony of Paul Hewett, Ph.D. (Doc. 11415) is located in the Clerk's Office:**

   Exhibit 1: Report of Paul Hewett dated January 21, 2010.

                        Respectfully submitted:

                        **FEMA TRAILER FORMALDEHYDE
                        PRODUCT LIABILITY LITIGATION**

            BY:    s/Gerald E. Meunier
                   GERALD E. MEUNIER, #9471
                   **PLAINTIFFS' CO-LIAISON COUNSEL**
                   Gainsburgh, Benjamin, David, Meunier &
                   Warshauer, L.L.C.
                   2800 Energy Centre, 1100 Poydras Street
                   New Orleans, Louisiana 70163
                   Telephone:   504/522-2304
                   Facsimile:    504/528-9973
                   gmeunier@gainsben.com

                   s/Justin I. Woods
                   JUSTIN I. WOODS, #24713
                   **PLAINTIFFS' CO-LIAISON COUNSEL**
                   Gainsburgh, Benjamin, David, Meunier &

Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471