```
 1              UNITED STATES DISTRICT COURT

                EASTERN DISTRICT OF LOUISIANA

 2

 3     IN RE:  FEMA TRAILER        MDL NO. 1873

 4     FORMALDEHYDE PRODUCTS       SECTION "N"(4)

 5     LIABILITY LITIGATION        JUDGE ENGELHARDT

 6

 7     This document relates to:  Lyndon T. Wright

 8            v. Forest River, Inc., et al

 9               Docket No. 09-2977

10                    *   *   *

11

12       Videotaped Deposition of PAUL HEWETT,

13     Ph.D., CIH, 1270 Kings Road, Morgantown,

14     West Virginia 26508, taken at the Law

15     Offices of Frank J. D'Amico, Jr., 622

16     Baronne Street, New Orleans, Louisiana

17     70113, on Wednesday, the 2nd day of

18     December, 2009.

19

20     REPORTED BY:

21         JAMES T. BRADLE, CCR

           PROFESSIONAL SHORTHAND REPORTERS

22         (504)529-5255

23     VIDEOGRAPHER:

24         BRIAN SOILEAU

           PROFESSIONAL SHORTHAND REPORTERS

25         (504)529-5255
```

1   report, Exhibit 2, was to use a linear
2   regression analysis, right?
3        A    Correct.
4        Q    On the logarithms of the
5   concentrations, right?
6        A    That is correct.
7        Q    Okay.  Did you consider whether to
8   use regression models other than linear?
9        A    No, I did not.
10       Q    There are other models, right?
11       A    Well, you know, linear regression
12  is kind of a general term, but there are
13  different models that could have been
14  hypothesized.  There could be interactions
15  between variables.
16       Q    Right.  There could also be power
17  curves, right?
18       A    Well, that's right.  I mean, there
19  are other mathematical models that could be
20  fit to the data.
21       Q    Okay.  And it's important on the
22  front end to make intelligent estimates
23  about each independent variable and how it
24  relates, whether through logarithm, linearly
25  or through a power to the dependent

1    variable, right?
2         A    It is generally wise to consider
3    that before you do modeling.
4         Q    Okay.  Is there any difference
5    between what you did in your report,
6    Exhibit 2, as far as the regression analysis
7    is concerned and exponential decay curve
8    analysis?
9         A    Actually, they're the same.
10        Q    That is what you did in your
11   report?
12        A    That's what I did.
13        Q    Okay.
14        A    I added more variables.  I mean,
15   strict exponential decay analysis is a
16   situation where you're taking concentration
17   and making it a function of time.
18             Now, we have that here.  In
19   effect, that exponential decay curve is the
20   cornerstone model used in so many of the
21   papers one sees in the literature on
22   formaldehyde decay from wood products and in
23   trailers and so on and so forth.  In fact, I
24   have a few citations in a paper regarding
25   that.

1    be included in a retrospective exposure

2    assessment of exposures experienced in

3    occupied travel trailers?

4         A    Yes, absolutely.

5         Q    All right.

6         A    But I would divide the data up

7    into occupied versus unoccupied, which is

8    what we did for the recent Fleetwood report,

9    which apparently now is not needed, and I

10   think should be done in this case as well.

11             I have always felt since day one

12   that it's relatively easy to distinguish

13   between occupied and unoccupied, simply

14   because you know this dataset is from

15   occupied trailers, that dataset is from

16   largely unoccupied trailers.

17             But to make it easier on everybody

18   that reads the report, plaintiffs,

19   defendants, anybody else, I think that the

20   tables, as I stated earlier, should be

21   divided up or doubled, and we have all the

22   tables for occupied units and unoccupied

23   units.

24             The DeVany Industrial Consultants

25   data, while they are less predictive of

1   exposures and concentrations in occupied

2   trailers, they are nonetheless -- they

3   nonetheless represent extremely valuable

4   data, in my mind, regarding the potential

5   for these units to release formaldehyde.

6          The fact is years after

7   manufacture, these units are still releasing

8   a tremendous amount of formaldehyde that

9   cannot in any way, shape or form be

10  attributed to individuals, individual

11  behavior, smoking, cooking, dogs, anything

12  else.  The units generate formaldehyde.

13     Q    But you would agree that

14  measurements of formaldehyde in occupied

15  trailers tell you more about the levels of

16  formaldehyde that occupants experience in

17  trailers versus unoccupied measurements?

18     A    I would agree with that, and I

19  don't think I have ever implied otherwise.

20     Q    Okay.

21     A    And, in fact, that's why the decay

22  analysis was done with the FEMA/CDC and

23  Bureau Veritas datasets.  In the original

24  report, the only dataset I had that had

25  temperature and humidity data was the DeVany