```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
 6   IN RE:  FEMA TRAILER        MDL NO. 1873
 7   FORMALDEHYDE PRODUCTS       SECTION "N"(4)
 8   LIABILITY LITIGATION        JUDGE ENGELHARDT
 9
10                    *   *   *
11
12       VIDEOTAPED DEPOSITION OF LYNDON WRIGHT,
13   3417 SOUTH CLAIBORNE AVENUE, APARTMENT 5,
14   NEW ORLEANS, LOUISIANA 70113, TAKEN AT THE
15   OFFICES OF FRANK D'AMICO, 622 BARONNE
16   STREET, NEW ORLEANS, LOUISIANA 70130, ON THE
17   10TH DAY OF JULY, 2009.
18   REPORTED BY:
19        CATHY RENEE´ POWELL, CCR
          PROFESSIONAL SHORTHAND REPORTERS
20        (504)529-5255
21   VIDEOGRAPHER:
22        BRIAN SOILEAU
          PROFESSIONAL SHORTHAND REPORTERS
23        (504)529-5255
24
25
```

```
 1   time?
 2        A.   7:00 to 3:00.
 3        Q.   So you had two shifts that were
 4   from 7 a.m. to 3 p.m., two shifts that were
 5   from 11 p.m. to 7 a.m.?
 6        A.   That's correct.
 7        Q.   And did you have another 3:00 to
 8   11:00 shift?
 9        A.   Yes.
10        Q.   How did that coincide with the
11   schedule you were working with the Hyatt at
12   that point in time?
13        A.   At that time, I think I worked
14   primarily evenings.  I think it was, like,
15   4:00 to 12:00 shift.
16        Q.   4 p.m. to 12 a.m.?
17        A.   Yes.
18        Q.   And how many days a week did you
19   work at the Hyatt 4:00 to 12:00?
20        A.   Five.
21        Q.   So if you were working a 40-hour
22   week for Hyatt, and you were working a
23   40-hour week for the City --
24        A.   Yeah.  That schedule -- me and the
25   guys would, like, if I had to work the
```

```
 1    evening at the City, me and another guy
 2    would switch up shifts.  So I basically
 3    would go -- well, if I had to be at the City
 4    from 3:00 to 11:00, I would go to the -- we
 5    would switch up shifts.  If he was going to
 6    do the midnight and I was scheduled to do
 7    the evening, he would do the evening for me
 8    and I would take his midnight, so I could
 9    work my shift at the City.
10         Q.   Okay.  But there were certain days
11    that you would be working 16 hours a day?
12         A.   Correct.
13         Q.   But when you hired on, after
14    Katrina, with the City, your shift went from
15    an 8-hour shift to a 12-hour shift; is that
16    correct?
17         A.   That's correct.
18         Q.   And was that because of limited
19    manpower or --
20         A.   Uh-huh.
21         Q.   -- for another reason?  Limited
22    manpower?
23         A.   Yeah.
24         Q.   When you initially hired on with
25    the City, what was the position you hired on
```

1  for?
2       A.   Maintenance engineer.
3       Q.   And what were your job
4  responsibilities, as you understood them, as
5  a maintenance engineer with the City of New
6  Orleans?
7       A.   Maintaining the HVAC system.
8       Q.   At what building?
9       A.   The Civil District Court building.
10      Q.   After that two-week period after
11 Katrina, did your job responsibilities with
12 the City change?
13      A.   No.
14      Q.   So it was still the anticipation,
15 as you understood it with the City, that you
16 would be the maintenance engineer for the
17 HVAC system at Civil District Court?
18      A.   That's correct.
19      Q.   The only change was that you were
20 now going to be working a 12-hour shift
21 instead of an 8-hour shift?
22      A.   That's correct.
23      Q.   How many days a week did you work
24 a 12-hour shift?
25      A.   Seven.

```
 1          Q.   How long was it that you were
 2   working seven days a week, 12 hours a day
 3   with the City of New Orleans?
 4          A.   I think it ended probably December
 5   or January of '07.  December of '06 or
 6   January of '07.
 7          Q.   So from October of '05 until as
 8   late as January of '07, you were working
 9   seven days a week, 12-hour shifts?
10          A.   That's correct.
11          Q.   During the period from October of
12   '05 until January of '07, did you ever work
13   at the Hyatt?
14          A.   No.
15          Q.   There was never a time that you
16   were called in to do any work at the Hyatt
17   complex, is that true --
18          A.   Correct.
19          Q.   -- during that period of time,
20   from October of '05 until January of '07?
21          A.   No.
22          Q.   Is that a true statement?
23          A.   Is what a true statement?
24          Q.   That you didn't go in to do work
25   from October of '05 until January of '07.
```

```
 1        A.   Yes, that's a true statement, I
 2   didn't.
 3        Q.   After January of '07, did you go
 4   back to work at Hyatt?
 5        A.   Yes.
 6        Q.   When did you first go back to work
 7   at Hyatt after January of 2007?
 8        A.   July of '07.
 9        Q.   From January to July of '07, was
10   your sole employment with the City of New
11   Orleans?
12        A.   That's correct.
13        Q.   How did your shift change or your
14   work schedule change, I should say, from
15   January to July of 2007?
16        A.   I think I went to primarily
17   mornings, 7:00 to 3:00 shift.
18        Q.   How many days a week?
19        A.   Five.
20        Q.   And what was your work schedule,
21   was it Monday to Friday?
22        A.   I can't recall.  It swapped up a
23   lot.
24        Q.   So it varied, the days of the
25   week?
```

1        Q.   The AC, what typically do you keep
2   your AC on?
3        A.   Between 75 and 80.
4        Q.   Is that consistent throughout the
5   year that you want to keep the temperature
6   between 75 and 80?
7        A.   Yeah.  If I'm comfortable.  If I
8   walk in the trailer and it's hot, yeah, I
9   would put it down to 60 so it can cool it
10  off, but I would set it to 75 or 80 once it
11  cooled off a little bit.
12       Q.   When you would leave the trailer
13  to go to work or to run errands, would you
14  leave the AC on at a specific level?
15       A.   Frequently?  No.
16       Q.   Would you leave it on at all?
17       A.   When I forgot to turn it off,
18  yeah.  Sometimes I did leave it on.
19       Q.   So it was your course of practice
20  to turn off the air-conditioning when you
21  would leave your unit?
22       A.   That's correct.
23       Q.   And when you would return to the
24  unit, you would turn it on -- if it was warm
25  outside, you would turn it on to 60 to cool

```
 1    it off quickly?
 2         A.   Uh-huh.
 3         Q.   Is that a "yes"?
 4         A.   Yes, yes.
 5         Q.   Would you typically leave any of
 6    the windows of your unit open when you left
 7    just to allow some air to get into the unit
 8    while you weren't there?
 9         A.   No.
10         Q.   Was there ever a time when you
11    opened the windows to attempt to get rid of
12    the smell that you described, the odor?
13         A.   To have circulation of air, yes.
14         Q.   Was it effective in reducing the
15    odor to open the windows?
16         A.   Reducing it, yes.
17         Q.   Because you found that it was
18    effective to reduce the odors, was that
19    something that you would do, typically,
20    twice a week when the odor got to a level
21    that it bothered you?
22         A.   Between cleaning and opening the
23    windows, it was like an alternate type
24    thing.  But it was mainly the deodorizers
25    that I would use because it freshened the
```