UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Lyndon T. Wright v.* | * | JUDGE: ENGELHARDT |
| *Forest River, Inc., et al*, Docket No. 09-2977 | * | |
| | * | MAG: CHASEZ |

*************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File Reply in Excess of Page Limit regarding Defendants' Motion for Summary Judgment on Causation:

**IT IS ORDERED** that Defendants' Motion is GRANTED and that the Reply be entered into the record.

THIS DONE the __19th__ day of __February__, 2010, New Orleans, Louisiana.

                                            _____
                                            HONORABLE KURT D. ENGELHARDT