Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

February 19, 2010

David Behtley and Cleara Burkett,
individually, and on behalf of their minor
child, Ryan Bruce v. Gulf Stream Coach;
United States of America through FEMA;
and CH2M Hill Constructors, Inc.
Case No. # 09-07953, Sect, N, Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

Gulf Stream Coach Inc.
Through its Agent for Service of Process
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

Yours truly yours,

/s/ J. Douglas Sunseri

J. DOUGLAS SUNSERI
Attorney for Plaintiff, Anita Lee and Edwina Meyer
3000 18th Street
Metairie, Louisiana 70002