Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

February 19, 2010

Cherilyn Arena together with all individuals
and entities whose names appears on the
attached "Exhibit A." v. Gulf Stream Inc;
United States of America through FEMA;
and Shaw Environmental, Inc.,
Case No. # 09-07954, Sect, N, Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

Shaw Environmental, Inc.
Through its Agent for Service of Process
C.T. Corporation
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA 70808

Yours truly yours,

/s/ J. Douglas Sunseri

J. DOUGLAS SUNSERI
Attorney for Plaintiff, Anita Lee and Edwina Meyer
3000 18th Street
Metairie, Louisiana 70002