Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

February 19, 2010

Edwin Trufant, Sr.; Tyric Trufant; Benjamin
Irvin; Kenneth Strumpf; and Bonnie
Strumpf v. Coachman Industries, Inc.;
United States of America through FEMA;
and CH2M Hill Constructors, Inc.
Case No. # 09-07939, Sect, N, Mag (5)

Dear Sir:

Please issue summons on the Complaint for Damages to the following:

Coachman Industries, Inc.
Through its Agent for Service of Process
Corporation Service Company
251 East Ohio St., Suite 500
Indianapolis, IN 46204

Yours truly yours,

/s/ J. Douglas Sunseri

J. DOUGLAS SUNSERI
Attorney for Plaintiff, Anita Lee and Edwina Meyer
3000 18th Street
Metairie, Louisiana 70002