AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Edwin Trufant, Sr.; Tyric Trufant; Benjamin Irvin; Kenneth Strumph; and Bonnie Strumpf <br> *Plaintiff* <br> v. <br> Coachman Industries, Inc.; United States through FEMA; and CH2M Hill Construtors, Inc. <br> *Defendant* | Civil Action No. 09-07939 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Coachman Industries, Inc.
Through its Agent for Service of Process
Corporation Service Company
251 East Ohio St., Suite 500
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Douglas Sunseri (#19173)
3000 18th Street
Metairie, Louisiana 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/19/2010

*Signature of Clerk or Deputy Clerk*