```
                                                                    1


   1                  UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
   2

   3

   4    IN RE: FEMA TRAILER           *    MDL NO. 1873
             FORMALDEHYDE PRODUCTS    *
   5         LIABILITY LITIGATION     *    SECTION "N"(5)
                                      *
   6                                  *    JUDGE ENGELHARDT
                                      *    MAGISTRATE CHASEZ
   7    THIS DOCUMENT IS RELATED TO   *
                                      *
   8    Lyndon T. Wright, et al. v.   *
        Forest River, Inc., et al.,   *
   9    Docket No. 09-2977            *
                                      *
  10    * * * * * * * * * * * * * * *
  11
  12              The videotaped deposition upon oral
  13    examination of JAMES ALBRECHT, a witness produced and
  14    sworn before me, Maria W. Collier, RPR, CRR, Notary
  15    Public in and for the County of Marion, State of
  16    Indiana, taken on behalf of the Plaintiffs at
  17    The Marriott, 123 North St. Joseph Street, South Bend,
  18    Indiana, on January 20, 2010, at 9:04 a.m., pursuant
  19    to the Federal Rules of Civil Procedure.
  20
  21
  22
  23              STEWART RICHARDSON & ASSOCIATES
                    Registered Professional Reporters
  24                 One Indiana Square, Suite 2425
                        Indianapolis, IN  46204
  25                         (317)237-3773
```

21

```
 1   A   My understanding of NACS was that they functioned
 2       as a dealer for us and they ordered product from us
 3       to sell to FEMA.
 4   Q   When did you -- have you interacted with NACS,
 5       spoken with anybody there or corresponded with
 6       them?
 7   A   I'm sure I have.
 8   Q   Do you know when those communications first
 9       occurred?
10   A   I don't specifically recall.  My best guess would
11       be sometime in '04.
12   Q   '04.  Have you had any contact with FEMA?
13   A   The only contact I have ever had with FEMA is when
14       Dave Porter visited our plant to do what is called
15       the first article of inspection on a prototype we
16       had built.
17   Q   When was that prototype built?
18   A   That prototype was built sometime in July of '04.
19   Q   Was it built to FEMA specifications given to you?
20   A   Yes, it was.
21   Q   Were you tasked with developing a model to comply
22       with those FEMA specs?
23   A   Not solely, but, yes, I did participate in that
24       process.
25   Q   Who was involved in that process?
```

1   A   Myself, Elton Keifer, and certainly, to a lesser
2       degree, Doug Gaeddert.
3   Q   Can you tell me what that process entailed.
4   A   I'll do the best I can.  We were -- and I believe
5       it was from NACS that we were informed that FEMA
6       wished to develop a new travel trailer
7       specification for temporary emergency housing.
8       They supplied that specification to us.
9           As we reviewed it, it became obvious to us
10      that we weren't building anything at that point
11      that would meet those specifications, so we started
12      basically trying different floor plans, trying to
13      come up with a combination or arrangement that
14      would satisfy those specifications.
15  Q   Who -- did you start looking at existing floor
16      plans and seeing what could work with the existing
17      floor plans that Forest River --
18  A   Nothing would work that we had at that point in
19      time simply because the market demanded slide-out
20      models and the specification wouldn't allow for it.
21      And we did not have anything that was that large
22      that did not have a slide-out.
23  Q   Did you work with anybody at NACS in the
24      development process?
25  A   I don't think so.  I don't believe so, other than

```
 1            MR. BONE:  Let me read it, and then you can
 2       ask him the question.
 3            MR. AHLQUIST:  Okay.
 4            MR. BONE:  It says, "The units are needed
 5       immediately, however, in that it is a new spec,
 6       there will be First Article Inspection required at
 7       the manufacturer's location.  FEMA
 8       representative(s) will be sent to the Manufacturer
 9       for that First Article Inspection."
10    Q  That first article inspection, that's where you met
11       Dave Porter?
12    A  Yes.
13    Q  Was that the first contact you had had with FEMA?
14    A  Yes.
15    Q  Can you tell me what that -- what did that
16       inspection entail?
17    A  We showed the unit to Mr. Porter.  We physically
18       walked around the unit, highlighted the key parts
19       to the specification.  And I know that Elton raised
20       with him some material -- potential material
21       issues, such as roofing, type of stove, and just
22       let him know that, you know, some of these items
23       might be really difficult to obtain in large
24       quantities.
25    Q  Is it -- was that a concern because the suppliers
```

```
 1        were small manufacturers or that --
 2   A    Well, to some degree, you know, for the roofing it
 3        wasn't industry standard.  One-piece aluminum
 4        roofing is not industry standard.  There aren't
 5        good options for four-burner ovens.  They're just
 6        not made.  It's not what the market asks for.
 7   Q    Do you know how those discussion points were
 8        received by Mr. Porter or FEMA?
 9   A    I think he was open-minded.
10   Q    Do you know if the specs changed after those
11        discussions?
12   A    I think they did.
13   Q    So the roofing went from a single piece of aluminum
14        to what?
15   A    Seamless EPDM rubber roofing.
16   Q    What is EPDM?
17   A    You know, I knew that at one time.
18   Q    A lot of acronyms in your business.
19   A    A lot of acronyms.
20   Q    Is it rubberized?
21   A    It's a rubber material.
22   Q    Was the stove comment also taken into the specs?
23   A    Yes, it was.
24   Q    So the specs were changed to call for a
25        three-burner stove?
```