```
                                                                  1

 1                 UNITED STATES DISTRICT COURT
 2                 EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
 6   IN RE:  FEMA TRAILER         MDL NO. 1873
 7   FORMALDEHYDE PRODUCTS        SECTION "N"(4)
 8   LIABILITY LITIGATION         JUDGE ENGELHARDT
 9
10                    *   *   *
11
12        VIDEOTAPED DEPOSITION OF LYNDON WRIGHT,
13   3417 SOUTH CLAIBORNE AVENUE, APARTMENT 5,
14   NEW ORLEANS, LOUISIANA 70113, TAKEN AT THE
15   OFFICES OF FRANK D'AMICO, 622 BARONNE
16   STREET, NEW ORLEANS, LOUISIANA 70130, ON THE
17   10TH DAY OF JULY, 2009.
18   REPORTED BY:
19        CATHY RENEE' POWELL, CCR
          PROFESSIONAL SHORTHAND REPORTERS
20        (504)529-5255
21   VIDEOGRAPHER:
22        BRIAN SOILEAU
          PROFESSIONAL SHORTHAND REPORTERS
23        (504)529-5255
24
25
```

```
 1    trailer, yeah.
 2         Q.   And if you weren't there, they
 3    would post things on the door, correct?
 4         A.   No, not on the door.  They had
 5    these little round stickers on the front of
 6    the trailer and, like, every month, somebody
 7    checked it.  You know, they put the date and
 8    the month -- I mean, the month and the year
 9    on it.
10         Q.   So there's a sticker on the front
11    of your unit, of the unit that you occupied,
12    that has the date where it has been checked
13    off when the monthly maintenance inspections
14    were performed?
15         A.   Yes, some stickers on the front,
16    yes.
17         Q.   Did you ever receive any
18    documentation from FEMA while you were
19    living in this particular unit after you had
20    received the keys and gone through the
21    initial orientation?
22         A.   Any documentation?
23         Q.   Yes, any documents, any
24    correspondence, anything from FEMA?
25         A.   No.  I just received a packet,
```

1    that's all.

2         Q.   What packet did you receive?

3         A.   Just a big white, thick envelope
4    with the maintenance number.

5         Q.   Did you ever look inside the
6    packet to see what the packet consisted of?

7         A.   No.

8         Q.   Where did you put the packet?

9         A.   In the cabinet.

10        Q.   Which cabinet?

11        A.   Above the dining area.

12        Q.   Did the individual who handed you
13   the packet tell you what was inside the
14   packet?

15        A.   No.

16        Q.   Did you ever get curious and look
17   inside the packet to determine what was in
18   there?

19        A.   No, I didn't look in there.

20        Q.   Did the packet itself have the
21   maintenance number on it?

22        A.   No, it was just a white package.
23   There was a separate sheet of paper with the
24   maintenance number on it.

25        Q.   When you finally left the unit,

1    owner's manual or something, I might have
2    skimmed through it if I came across it.
3             I mean, you asked if I had ever
4    heard of formaldehyde in trailers.  If I had
5    had the owner's manual and came across the
6    word, I probably would have had some kind of
7    knowledge about a chemical in the trailer,
8    but I never had that.
9         Q.   Right.  So in answer to my
10   question, if you had had access to the
11   owner's manual for this particular trailer,
12   you would have read it?
13        A.   Yes, I would have read it.
14        Q.   And if you had read in this
15   owner's manual that "formaldehyde levels in
16   indoor air can cause temporary eye and
17   respiratory irritation and may aggravate
18   respiratory conditions of allergies," what
19   action would you have taken?
20        A.   I would have called my mom and
21   told her to see about getting me to stay in
22   a hotel or something.
23        Q.   So if you had had that knowledge,
24   if you had read that statement, you would
25   have taken immediate action to move out of

1    the trailer?
2         A.   Yes, I would have.
3         Q.   Do you have any other lawsuits
4    other than the car accident we talked about
5    earlier and the one you're here for today?
6         A.   No.
7         Q.   Have you ever had any other
8    lawsuits for any reason, whether it be
9    contract issues or other issues that you're
10   aware of?
11        A.   No.
12        Q.   You said that formaldehyde is used
13   on dead people.  How did you come to that
14   knowledge?
15        A.   I mean, like in funerals and
16   stuff.  That's what they use, I thought.
17        Q.   Did you ever work in a funeral
18   parlor or as an embalmer?
19        A.   No, just went to services.
20        Q.   Do you know what other products
21   contain formaldehyde?
22        A.   Other products?
23        Q.   Yes.
24        A.   What products?  I mean, other than
25   wood and -- okay.  Cigarettes have some

```
1          Q.   Right.  You didn't know about that
2     at that point in time?
3          A.   It was just a statement I said to
4     my mom, but she wanted to call and have
5     somebody come check it.
6          Q.   Okay.  You said initially your mom
7     was going to come back and live in the
8     trailer as well; is that correct?
9          A.   That's correct.
10         Q.   Did either you or her ever tell
11    FEMA that she wasn't going to come back and
12    live in the trailer?
13         A.   Not that I recall.
14         Q.   You talked about having a packet
15    of materials in a white envelope.  Do you
16    recall that?
17         A.   Yes.
18         Q.   And you said you had no idea what
19    was in it, right?
20         A.   No.
21         Q.   It could have been owner's
22    manuals, right?
23         A.   Could have been.
24         Q.   The condensation on the window,
25    you described condensation on the inside of
```