1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  FEMA TRAILER       MDL NO. 1873
 5   FORMALDEHYDE PRODUCTS      SECTION N(4)
 6   LIABILITY LITIGATION       JUDGE ENGELHARDT
 7
 8                     *   *   *
 9                  (RE:  WRIGHT)
10
11          VIDEOTAPED DEPOSITION OF RICHARD
12   A. SPECTOR, M.D., J.D., 3434 PRYTANIA
13   STREET, SUITE 240, NEW ORLEANS, LOUISIANA,
14   TAKEN AT THE OFFICES OF DR. SPECTOR, ON THE
15   29TH DAY OF OCTOBER, 2009.
16
     REPORTED BY:
17
         PAT KENNEDY QUINTINI, CCR
18       PROFESSIONAL SHORTHAND REPORTERS
         (504)529-5255
19
20   VIDEOGRAPHER:
21       MICHAEL BERGERON
         PROFESSIONAL SHORTHAND REPORTERS
22       (504)529-5255
23
24
25
```

1    evaluate the cause, whatever cause he has
2    had based on trauma.
3         Q.   As we sit here today, you can't
4    say more probably than not what caused that
5    particular neuroma, correct?
6         A.   That's correct.
7         Q.   Turning back to your operative
8    report, Doctor, the next procedure that was
9    performed is the debridement of the right
10   mastoid cavity.  Was that actually the next
11   procedure that you did or was the nasal
12   smear performed before the debridement of
13   the right mastoid cavity?
14        A.   The next was the debridement of
15   the mastoid cavity.
16        Q.   And take me through that process.
17   That's simply cleaning out the mastoid
18   cavity, again under anesthetic?
19        A.   Yes.
20        Q.   Was there a sign of active
21   infection at that point in time?
22        A.   There was still some wet debris
23   that may or may not have been infection.  It
24   may just simply have been debris made wet by
25   the drops.  But the process of resolving

```
 1    relays the history that was given to you by
 2    Mr. Wright, correct?
 3         A.   Yes, sir.
 4         Q.   And then we talk about that you
 5    had performed a throat culture and that you
 6    had determined that the influenza, a strain
 7    of influenza was present, correct?
 8         A.   That's correct.
 9         Q.   And that you treated that with --
10    you had treated the infection at the time of
11    Mr. Wright's surgery and thereafter,
12    correct?
13         A.   That's correct.
14         Q.   At this point, based upon your
15    observations, do you feel that that
16    infection is now well controlled?
17         A.   I can't come to any conclusion.
18    When I originally saw him, I didn't identify
19    infection.  I had to depend on an objective
20    lab test.  So to answer that, I would
21    actually have to have another culture.
22         Q.   You state in the next paragraph of
23    your report:  I cannot relate the strain of
24    influenza to formaldehyde exposure.  Is that
25    true today?
```

```
 1          A.   That's still true today.
 2          Q.   And then about four paragraphs
 3   down from that you state that:  Based upon
 4   my medical knowledge, Mr. Wright's history,
 5   prior medical records and medical surgical
 6   examinations, I cannot find a source for his
 7   complaint of bloody mucous.  Is that true
 8   today?
 9          A.   It is.
10          Q.   In addition, I cannot identify any
11   relationship between his exposure to
12   formaldehyde and his complaint of bloody
13   mucous or ear drainage.  Is that true today?
14          A.   It is true today.
15          Q.   And based upon your visit with
16   Mr. Wright of earlier today, he has told you
17   that, as we sit here today, that he hasn't
18   had a problem with bloody mucous in about
19   three weeks?
20          A.   That's correct.
21          Q.   Based upon the representation that
22   you cannot draw a correlation between the
23   neuroma or the other physical complaints of
24   Mr. Wright and formaldehyde, I would take
25   it, then, that you cannot say that any of
```

 1    else, I don't have an explanation.  So what
 2    I'm saying is that without an explanation, I
 3    can't come to any kind of conclusion at all.
 4    It's open as far as I'm concerned.
 5         Q.   Understood.  As we sit here today,
 6    you cannot say more probably than not that
 7    any of the physical complaints or issues for
 8    which you have treated Mr. Wright are
 9    related to formaldehyde, correct?
10         A.   That's a fair statement.
11         Q.   And because of that, you cannot
12    say more probably than not that any of the
13    medical care that you have afforded
14    Mr. Wright was due to exposure to
15    formaldehyde?
16         A.   That's a fair statement.
17         Q.   Now, Doc, I notice you brought
18    your file with you.  I want to make sure
19    there are no documents that we haven't
20    talked about that you have in your file that
21    I should be aware of that have not been
22    produced as a part of your reliance
23    materials.
24         A.   I don't know whether they have
25    been produced or not.  I received and have

1          Q.    Doctor, you stated in your report
2     that you cannot find or cannot attribute
3     this neuroma to the alleged formaldehyde
4     exposure, correct?
5          A.    That's correct.
6          Q.    All right.  And based on your
7     explanation, I think I understand but just
8     to be clear, by that positive statement that
9     you can't attribute it to it, is it also
10    true that you can't rule it out as a
11    possible cause?
12         A.    Yes, I think the converse is a
13    fair statement.  I have no evidence to blame
14    the formaldehyde for the tumor, but neither
15    do I have any evidence that it wouldn't have
16    any role in it.  The problem that I have in
17    answering your question in that way is that
18    what literature I have read has not
19    incriminated formaldehyde in that specific
20    tissue type.  It talks about squamous
21    carcinomas.  It talks about lymphomas.  It
22    talks about Hodgkin's disease, but never
23    mentioned neuromas, so it's difficult for me
24    to give you any strong association.
25         Q.    You don't have enough information