UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO. 07-1873<br><br>SECTION: N<br><br>JUDGE: ENGELHARDT<br>MAG: ROBY |

### AFFIDAVIT OF LAWRENCE G. MILLER, M.D.,M.P.H. IN THE TRIAL OF LYNDON T. WRIGHT

STATE OF MASSACHUSETTS
COUNTY OF MIDDLESEX

Before me, the undersigned notary on this day personally appeared Lawrence G. Miller,

M.D.,M.P.H., a person whose identity is known to me. After I administered the oath to

him, upon his oath he stated as follows:

All statements contained herein are true and correct and based upon my personal
knowledge, education, and experience and I am a person of full age of majority,
competent to execute this affidavit.

I am writing concerning Mr. Lyndon Wright. I have been asked to provide an opinion
concerning his state of health as it relates to exposure to formaldehyde while residing in a
FEMA-provided trailer. My opinion is based on my personal knowledge, education and
experience. I am a licensed physician and am Board-certified in Internal Medicine,
Pulmonary Disease and Clinical Pharmacology. I received the M.P.H. degree in
Environmental Health.

I have reviewed medical records provided concerning Mr. Wright and also the medical
and toxicological literature. In addition, I have interviewed Mr. Wright and examined
Mr. Wright.

Briefly, Mr. Wright is a 39 year old African-American male who feels generally well but reports several persistent problems. For the last several years, he reports frequent episodes of nasal congestion, occurring several times per month, associated with facial fullness. He takes over the counter medications and these episodes resolve in 1-2 days. Occasionally, the episodes become more severe and he is treated with an antibiotic. He recalls that these episodes began when he moved into the trailer, and have persisted since that time. He also reports frequent dry mouth, especially at night, and often awakens and drinks a glass of water; these symptoms have occurred for the last several years. In addition, for the last several years, when he arises from sleep or a nap he reports that he virtually always needs to clear his throat and produces a small amount of material that usually contains red or dark red blood. This does not occur in other circumstances. He indicates that this occurs when clearing his throat, not with cough. He reports that he occasionally has a dry cough; this occurred more frequently when he was living in the trailer. He reports a history of seasonal allergies, especially in the spring, for which he takes over the counter medications and occasionally nasal steroids.

He also reports that he has decreased exercise tolerance in the last year or two, and he becomes short of breath when he climbs 4 flights of stairs rather than 6 flights of stairs as he did previously. He does not believe that dyspnea interferes with his work. He recalls no history of asthma, but reports that when living in the trailer he frequently awoke during the night with episodes of dyspnea; these resolved after he got up and drank water. These episodes have largely but not completely resolved.

Mr. Wright indicates that he has occasional episodes of eye irritation, which resolve spontaneously; he recalls frequent watery and red eyes while living in the trailer. He reports that he had multiple episodes of skin rashes on his elbows and neck while living in the trailer; these have recurred only once since leaving the trailer. He also reports that he had frequent episodes of swollen glands near the angle of his jaw while living in the trailer, but these have not recurred since leaving the trailer. He has had episodes of heartburn in the last several years but feels that these are now improved.

He reports a history of thyroid disease, for which he takes medication, a history of hypertension, for which he takes medication, and a history of osteoporosis, for which he takes medication. He also has a history of depression, but reports that this has improved since leaving the FEMA trailer. He has a history of congenital hearing loss for which he has lost hearing on the right and wears a hearing aid on the left. He reports ear multiple surgeries. He reports that he was exposed to chlorine gas approximately 10 years ago and received treatment at that time. He does not smoke, and drinks several beers per day. No relevant family history is noted.

Review of medical records is notable for the hearing loss, as noted above, hypertension controlled with ramipril, osteoporosis and Vitamin D deficiency of uncertain origin treated with bisphosphonates, hypothyroidism treated with thyroid replacement, high thoracic scoliosis and lactase deficiency, as well as a history of erectile dysfunction. A cranial CT scan was obtained in 2002, and indicated that the visualized portions of the paranasal sinuses were unremarkable. He was evaluated by Dr. Worley for blood in phlegm as noted above in 2007. Examination indicated hypertrophy of the turbinates and

inflammation of the turbinates, nasopharynx and sphenoid. He was diagnosed with chronic sinusitis and nasopharyngitis and treated with antibiotics and nasal steroids, with reported improvement, although persistent rhinitis was noted. He was evaluated by Dr. Spector in July 2009 for hemoptysis. Dr. Spector noted potential ear infection on the right. Endoscopy revealed septal deviation and mild turbinate congestion. There was a 1.5 cm rounded mass at the left tongue base. Mr. Wright was treated with antibiotics at this time. CT scan obtained subsequent to this visit indicated Dr. Spector indicated that results showed "evidence of sinus disease, with diffusely thickened lining in the maxillary and sphenoid sinuses, as well as a 1.7 x 1.6 cm mass at the based of the tongue. Dr. Spector also performed a throat culture that revealed *Hemophilus influenza*, which was treated with antibiotics. A biopsy of the mass was performed on July 29, 2009 with the pathology report indicating benign neuroma. Dr. Spector indicated that "I suspect this tongue base neuroma is a consequence of trauma." On a return visit on September 16, 2009, Mr. Wright reported that he had had two episodes of blood in his phlegm in the mornings, similar to his prior episodes. Dr. Spector reports that he is "unable to find a source for his complaint of bloody mucous."

Mr. Wright was evaluated by Dr. Farber in July, 2009. IgE testing (Unicap) indicated responses to common allergens such as grass and ragweed as well as D. farinae. Skin testing (TrueTest) indicated responses to fragrance mix, colophony and diazolidinyl urea. No response to formaldehyde was noted.

Review of laboratory studies includes normal chest films approximately annually, most recently in February 2009. ECG indicated possible left atrial enlargement. CBC indicated frequent macrocytosis with normal folate and B12 levels. Borderline eosinophilia was noted in January 2009.

There is no history of allergies to medications. Current medications include ramipril, Boniva, Synthroid, and vitamins. He reports no family history of illness, including allergies. There is a history of a multiple ear surgeries.

Mr. Wright works in maintenance both at hotels and for the City of New Orleans. He is not aware of exposure to formaldehyde or other chemicals in his current work or in the past. He currently lives near Claiborne Ave.; he lived in the trailer from approximately March 2006 to July 2008.

Physical examination was generally unremarkable. There were patch testing areas on the upper back to be evaluated by Dr. Farber. No rashes were noted. HEENT was notable for a hearing aid on the left. Pharynx was unremarkable. Chest was clear, heart was unremarkable. Abdomen was unremarkable, and extremities indicated no joint swelling or edema. Peripheral pulses were intact.

Formaldehyde in housing has been an issue of longstanding concern. Formaldehyde is a common component of hardwood plywood, particle board, composition board, medium density fibreboard, carpeting, glues, resins and other construction materials. Studies summarized in the CDC Report (2008; see below) indicate that formaldehyde emission rates in housing are greater in newer housing compared to older housing, and are

relatively constant during the first 8 months post-construction, declining subsequently, although emissions can continue for prolonged periods. Formaldehyde emissions in housing vary with temperature, humidity and ventilation.

As is widely known, in the aftermath of Hurricane Katrina, severe damage to the homes of many families led to the provision of temporary housing by the Federal Emergency Management Agency (FEMA). This temporary housing, collectively referred to as "FEMA trailers", led to the exposure of residents to potentially toxic substances, including formaldehyde. In July 2008, the Federal Centers for Disease Control issued a report describing exposures to formaldehyde in occupied FEMA trailers. This report was based on air sampling of formaldehyde in a random sampling of 519 occupied trailers, involving a 1-hour continuous indoor air sample, and spot measurements of indoor temperature and humidity. These measurements were undertaken during the winter months.

The CDC sampling data indicated a mean (geometric) formaldehyde level of 77 ppb, with a range from 590 ppb, for all trailers; mean for travel trailers as occupied by Mr. Wright was 81 ppb. Some trailers of all types had formaldehyde levels greater than 100 ppb. The CDC also surveyed other activities with the potential to alter formaldehyde emissions, including smoking, cooking, use of fragrances, use of construction materials and ventilation.

As the CDC Report discusses, formaldehyde levels measured during this study are likely to underestimate past levels, in part due to higher expected emissions with increased temperature and humidity, in part due to higher expected emissions when the trailers were first placed into use.

In early October 2008, the W.D. Scott Group measured formaldehyde levels inside Mr. Wright's trailer by passive sampling and reported levels of 48 ppb. In August of 2009, in what are likely to be warmer, more humid conditions, a level of 95 ppb was reported. As noted above, and described in the report of Dr. Stephen Smulski, these levels were measured substantially after the manufacture of the trailer, and levels closer to the date of manufacture, and closer to the beginning of Mr. Wright's period of residence in the trailer, were likely to be substantially higher. As discussed below, these levels substantially exceed the MRL levels for intermediate and chronic exposure to formaldehyde described by the ATSDR.

In addition, fungal cultures were performed as well as spore counts. These tests revealed the presence of multiple fungal species, including alternaria and Cladosporium.

In the case of Mr. Wright, the formaldehyde data indicate the presence of a "completed exposure pathway", that is, a source of contamination, a means by which contamination becomes present in the environment, a source of exposure, routes of exposure and an exposed population.

The health effects of formaldehyde have been widely studied for decades (ATSDR Profile, 1999; Feinman, 1988). Acute exposure to formaldehyde produces irritation in

the eyes and upper respiratory tract. Chronic exposure to low concentrations of vapor produces eye and upper respiratory tract irritation, as well as skin rashes and neurobehavioral effects.

The Agency for Toxic Substances and Disease Registry (ATSDR) has established Minimal Risk Levels (MRL) for inhalation of formaldehyde (1999). An MRL is an estimate of the daily human exposure to a toxic substance that is likely to produce no adverse health effects over a specified period of exposure. It should be noted that MRLs are generally based on studies of healthy adults. The MRL derived for intermediate inhalation (15-364 days) is 30 ppb, and for chronic inhalation (greater than 365 days) is 8 ppb.

There is an extensive literature concerning the effects of acute and chronic exposure to formaldehyde on the upper respiratory tract. Acute and subacute exposure to formaldehyde has been shown to have irritant effects on nasal and respiratory mucosa in animals (Bolt, 1987; EPA/OTS, 1980, 1985; Feron et al., 1988; Wilmer et al., 1987; Zissu, 1995) and humans. A substantial literature exists concerning subchronic and chronic exposure. To summarize, in animals, subchronic and chronic exposure to formaldehyde leads to rhinitis as determined by observation and histopathology (Appelman et al., 1988; Holmstrom et al., 1989; Kerns et al., 1983; Wilmer et al., 1989). In particular, formaldehyde exposure causes cytotoxic effects on nasal and respiratory epithelium, and frequently dysplasia and metaplasia. Recent genetic studies in the nasal mucosa indicate that low concentrations of formaldehyde primarily affect the extracellular matrix or external plasma membrane portions of the epithelium (Andersen et al., 2008).

There is substantial literature addressing effects of chronic exposure to formaldehyde on the upper respiratory tract in humans (Airaksinen et al., 2008; Boysen et al., 1990; Edling et al, 1988; Holmstrom and Wilhelmsson, 1988; Krzyzanowski et al., 1990; Srivastava, 1992; Takahashi et al., 2007). While most series are small, there is broad agreement that formaldehyde exposure is correlated with rhinosinusitis. Detailed studies of workers exposed to formaldehyde indicate nasal mucosal swelling, decreased mucociliary clearance, and histopathologic changes, including altered nasal epithelium, dyplasia and metaplasia (Edling et al., 1985, 1987; Pazdrak et al., 1993). Larger studies suggest that formaldehyde is the leading cause of occupational rhinitis (Hytonen et al., 1997). There is evidence that formaldehyde inhalation is associated with immune system activation, and that individuals with a history of allergic rhinitis are more susceptible to the effects of formaldehyde exposure (Takahashi et al., 2007; Thrasher et al., 1988; Wantke et al., 1996; Wilhelmsson and Holmstrom, 1987).

Although rhinosinusitis is clearly associated with formaldehyde exposure in humans, whether this condition is irritative or allergic, or a combination of the two, cannot be stated with certainty. A conservative assessment of the evidence suggests that both processes contribute to the development and persistence of rhinosinusitis in individuals with chronic exposure to formaldehyde.

These data strongly support the correlation between formaldehyde exposure in the development of rhinosinusitis in humans. In addition, the biological mechanism for the causative role of formaldehyde in rhinosinusitis, i.e., cytotoxic effects on the nasal and respiratory epithelium as well as the development of immune-mediated responses is well-described and widely accepted.

With regard to Mr. Wright, the primary elements for the correlation of his rhinosinusitis with formaldehyde exposure are present. As previously noted a "completed exposure pathway" is present, indicating the strong likelihood that Mr. Wright was exposed chronically to formaldehyde emissions in his "FEMA trailer" housing. As the prior discussion indicates, exposure to formaldehyde is strongly associated with the development of rhinosinusitis and changes in the respiratory mucosa.

It should be noted that Mr. Wright reported a history of "seasonal allergies" prior to his exposure in the FEMA trailer, although there is limited data in the medical records addressing this condition. As noted previously, there is evidence that individuals with an allergic history are more sensitive to the effects of formaldehyde on the upper and lower respiratory tract.

It should also be noted that Mr. Wright may have had effects of formaldehyde exposure on the lower respiratory tract as well. Mr. Wright underwent a methacholine challenge procedure during his independent medical examination in early June 2009 and the result indicated a decrement in FEV1 of at lest 20%. There is an extensive literature correlating exposure to formaldehyde and the development of, or exacerbation of asthma.

Finally, as previously indicated, Mr. Wright was likely exposed to various fungal species while living in the trailer. Exposure to fungi is associated with exacerbations of upper and lower airways disease, but limitations in the literature do not warrant a causal association.

Thus, Mr. Wright presents with multiple illnesses, some of which are well-documented in the medical records. These include:
1. Chronic rhinosinusitis, by history and by examination in 2007 as well as imaging in 2009.
2. Skin rashes by history
3. Nocturnal dyspnea by history
4. Decreased exercise tolerance by history
5. Blood in sputum, especially in the morning
6. Benign neuroma at the base of the tongue
7. Positive methacholine challenge test

In addition to formaldehyde exposure as noted above, there was exposure to multiple species of fungi while Mr. Wright lived in the FEMA trailer.

With regard to the onset of rhinosinusitis, Mr. Wright indicates that he has had symptoms of congestion as described above for several years, and believes that a mild form of these symptoms may have predated his occupancy of the trailer. He stated clearly that the symptoms were substantially worse while he was living in the trailer, and that the

symptoms have improved somewhat but have continued since he left the trailer. This progression indicates that Mr. Wright's rhinosinusitis may have been present prior to lining in the trailer, but was clearly exacerbated by living in the trailer and has persisted since that time. It is notable that a CT scan report in 2002 revealed no sinus abnormalities, indicating that Mr. Wright had no evidence for chronic rhinosinusitis at that time. While Mr. Wright was living in the trailer in 2007, Dr. Worley's evaluation indicated the presence of chronic sinusitis, and subsequently a CT scan performed in 2009 indicated the presence of sinus thickening consistent with chronic sinusitis. This evidence of disease progression strongly supports the role of conditions in the trailer, in particular formaldehyde inhalation, in the development and maintenance of Mr. Wright's chronic rhinosinusitis. As discussed above, there is strong evidence supporting chronic inhalation of formaldehyde with the development of rhinosinusitis. Mr. Wright describes some seasonality with his rhinosinusitis symptoms, and it is possible that allergies contribute to this condition. As previously discussed, there also is evidence that exposure to mold (fungi and related species) is associated with rhinosinusitis, so it is possible that exposure to mold in the trailer may have contributed to Mr. Wright's illness. Thus, while it cannot be stated with certainty that exposure to formaldehyde was cause of Mr. Wright's rhinosinusitis, it is highly likely that this exposure exacerbated Mr. Wright's condition.

Mr. Wright reports continued rhinosinusitis symptoms since moving out of the trailer, although he indicates that these symptoms have improved somewhat. The duration of formaldehyde effects on rhinosinusitis remains uncertain; studies have not described the long-term effects of formaldehyde inhalation, except to indicate that chronic rhinosinusitis can result. However, both animal and human studies cited above indicate that chronic formaldehyde inhalation produces significant changes in nasal and upper airway epithelium. Whether these changes are permanent is not clear, but it is certainly likely that abnormalities will persist until there is recovery of the epithelium, which may require a prolonged period.

Mr. Wright reports other conditions, including rashes, nocturnal dyspnea, blood in sputum, and a positive methacholine challenge test indicative of reactive airways disease. It is possible that formaldehyde exposure contributed to these illnesses to varying degrees, but limitations in the medical record and toxicological evidence prevent establishment of a causal association at this time. With regard to the neuroma recently diagnosed, there is no evidence that this is associated with formaldehyde exposure.

In summary, it is my professional opinion that, within a reasonable degree of medical probability, the exposure to formaldehyde emissions during his approximately 28 months of residence in the FEMA trailer significantly exacerbated Mr. Lyndon Wright's rhinosinusitis.

References

Airaksinen LK et al. Inhalation challenge test in the diagnosis of occupational rhinitis. Am J Rhinol 2008 22:38.

Andersen ME et al. Genomic signatures and dose-dependent transitions in nasal epithelial responses to inhaled formaldehyde in the rat. Toxicol Sci 2008 105:368.

Appelman LM et al. One-year inhalation toxicity study of formaldehyde in male rats with a damaged or undamaged nasal mucosa. J Appl Toxicol 1988 8:85.

Bolt HM. Experimental toxicology of formaldehyde. J Cancer Res Clin Oncol 1987;113(4):305-9.

Boysen M et al. Nasal mucosa in workers exposed to formaldehyde: a pilot study. Br J Ind Med 1990 47:116.

Centers for Disease Control and Prevention. Final Report on formaldehyde levels in FEMA-supplied travel trailers, park models and mobile homes, July 2008.
Feinman SE. Formaldehyde sensitivity and toxicity. CRC Press, Boca Raton, FL, 1988, 135.

Edling C et al. Formaldehyde and the nasal mucoa. Br J Ind Med 1985 42:570.

Edling C et al. Occupational formaldehyde exposure and the nasal mucosa. Rhinology 1987 25:181.

Edling C et al. Occupational exposure to formaldehyde and histopathological changes in the nasal mucosa Brit J Ind Med 1988 45:761.

EPA/OTS. Letter from Monsanto Company to US EPA Regarding the Enclosed Long-Term Toxicity Study on Formaldehyde with Attachments. Doc. #88-8000314, 1980.

EPA/OTS. Studies of the inhalation toxicity of formaldehyde. Doc. #60-00022057, 1985.

Feinman S. Formaldehyde toxicity. Formaldehyde Sensitivity and Toxicity, S. E. Feinman, Editor, CRC Press, Inc., Boca Raton, pp. 155-166, 1988

Feinman S. Respiratory effects from formaldehydeFormaldehyde Sensitivity and Toxicity, S. E. Feinman, Editor, CRC Press, Inc., Boca Raton, pp. 135-148, 1988.

Feron VJ et al. Nasal tumours in rats after short-term exposure to a cytotoxic concentration of formaldehyde. Cancer Lett 1988 39:101.

Holmstrom M, Wilhelmsson B. Respiratory symptoms and pathophysiological effects of occupational exposure to formaldehyde alone and wood dust. Scand J Work Environ Health 1988 14:306.

Holmstrom M et al. Histological changes in the nasal mucosa in rats after long-term exposure to formaldehyde alone and wood dust. Acta Otolaryngol 1989 108:274.

Hytonen M et al. The risk of occupational rhinitis Int Arch Occup Environ Health, 1997 69:487.

Kerns WD et al. Carcinogenicity of formaldehyde in rats and mice after long-term inhalation exposure. Cancer Res 1983 43:4382.

Krzyzanowski M, Quackenboss JJ, Lebowitz M. Chronic respiratory effects of indoor formaldehyde exposure. Environ Res 1990 52:117.

Pazdrak K et al. Changes in nasal lavage fluid due to formaldehyde inhalation. Int Arch Occup Environ Health 1993 64:515.

Srivastava AK. Clinical Studies of Employees in a Sheet-Forming Process at a Paper Mill Vet Human Toxicol 1992 34:525.

Takahashi S et al. Prospective study of clinical symptoms and skin test reactions in medical students exposed to formaldehyde gas. J Dermatol 2007 34:283

Thrasher JD et al. Antibodies and immune profiles of individuals occupationally exposed to formaldehyde: six case reports. Amer J Indust Med 1988 14:479.

US Dept. of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry. Toxicological profile for formaldehyde. July 1999.

Wantke F, Demmer CM, Tappler P et al. Exposure to gaseous formaldehyde induces IgE-mediated sensitization to formaldehyde in school-children. Clin Exp Allergy 1996 26:276.

Wilhelmsson B Holmstrom M. Positive formaldehyde-RAST after prolonged formaldehyde exposure by inhalation. Lancet 1987 2:164.

Wilmer JW et al. Subacute (4-week) inhalation toxicity study of formaldehyde in male rats: 8-hour intermittent versus 8-hour continuous exposures. J Appl Toxicol 1987 7:5.

Wilmer JW et al. Subchronic (13-week) inhalation toxicity study of formaldehyde in male rats: 8-hour intermittent versus 8-hour continuous exposures. Toxicol Lett 1989 47:287.

Zissu D. Histopathological Changes in the Respiratory Tract of Mice Exposed to Ten Families of Airborne Chemicals J Appl Toxicol 1995 15:207.

I reserve the right to submit additional affidavits if deemed necessary.

Affiant further sayeth not.

10/2/09
Date

_____
Lawrence G. Miller, M.D., M.P.H.

Sworn and subscribed before me this 2nd day of October 2009.

Commonwealth of Massachusetts
Middlesex, S.S. date October 2, 2009
Lawrence G Miller
and acknowledged the foregoing instrument
to be his/her free act and deed, before me
ARMENUHI GYULUMYAN, Notary Public
My commission Expires August 29, 2014

ARMENUHI GYULUMYAN
Notary Public
Commonwealth of Massachusetts
My Commission Expires August 29, 2014