1

1            UNITED STATES DISTRICT COURT
2            EASTERN DISTRICT OF LOUISIANA
3
4    IN RE:  FEMA TRAILER        MDL NO. 1873
5    FORMALDEHYDE PRODUCTS       SECTION "N"(5)
6    LIABILITY LITIGATION        JUDGE ENGELHARDT
7
8    This document relates to:  Lyndon T. Wright
9            v. Forest River, Inc., et al
10               Docket No. 09-2977
11                   *   *   *
12       Videotaped Deposition of TYSHONE MARSH,
13   3417 S. Claiborne Avenue, Apartment 5, New
14   Orleans, Louisiana 70125, taken at the Law
15   Offices of Frank J. D'Amico, Jr., 622
16   Baronne Street, New Orleans, Louisiana
17   70113, on Thursday, the 14th day of January,
18   2010.
19
20   REPORTED BY:
21        JAMES T. BRADLE, CCR
          PROFESSIONAL SHORTHAND REPORTERS
22        (504)529-5255
23   VIDEOGRAPHER:
24        MICHAEL BERGERON
          PROFESSIONAL SHORTHAND REPORTERS
25        (504)529-5255

1    scared that he's going to get cancer?

2         A    No, sir.

3         Q    Has Lyndon ever told you that he

4    has a fear of cancer?

5         A    Yes.

6         Q    When did he first tell you that?

7         A    About a couple of months ago.

8         Q    Is that after he sat through the

9    trial of Gulf Stream in September?

10        A    Excuse me?

11        Q    Was that the first time after he

12   sat through trial in September of 2009?

13        MR. AHLQUIST:

14             Objection.  You can answer.

15        THE WITNESS:

16             Huh?

17        MR. AHLQUIST:

18             You can answer.

19        THE WITNESS:

20             I can answer?

21   EXAMINATION BY MR. GIEGER:

22        Q    Yes.

23        A    That was before.

24        Q    How long before?

25        A    I don't recall.

```
1         Q    What did he tell you?
2         A    We was just talking about it and
3    he was just saying.
4         Q    Saying what?
5         A    He was just talking.  We was just
6    talking about cancer and he was just talking
7    how he feels, I guess.
8         Q    What did he say?
9         A    He was just saying he hope he
10   don't ever get cancer.  That's all he was
11   just saying.
12        Q    Is that all he said?
13        A    Yes.
14        Q    Did he say anything about that and
15   the trailer?
16        A    Huh-uh (negative response).
17        Q    So he didn't say he had a fear of
18   cancer because of the trailer?
19        A    No, sir.
20        Q    Okay.  Do you know if Lyndon is
21   taking any medication for depression?
22        A    No, sir.
23        Q    Oops.  That's one of those double
24   negatives.  As far as you know, is Lyndon
25   taking medication for depression?
```