```
00001
  1            UNITED STATES DISTRICT COURT
  2            EASTERN DISTRICT OF LOUISIANA
  3
  4  IN RE:  FEMA TRAILER        MDL NO. 1873
  5  FORMALDEHYDE PRODUCTS       SECTION "N"(5)
  6  LIABILITY LITIGATION        JUDGE ENGELHARDT
                                 MAGISTRATE CHASEZ
  7
  8                  *   *   *
  9              (RE:  DUBUCLET)
 10
 11
 12       Videotaped Deposition of LAWRENCE
 13  G. MILLER, M.D., 118 Upland Road, Waban,
 14  Massachusetts 02468, taken at the Law
 15  Offices of Frank J. D'Amico, Jr., 622
 16  Baronne Street, 3rd Floor, New Orleans,
 17  Louisiana 70113, on Tuesday, the 22nd day of
 18  September, 2009.
 19
 20  REPORTED BY:
 21       JAMES T. BRADLE, CCR
          PROFESSIONAL SHORTHAND REPORTERS
 22        (504)529-5255
 23  VIDEOGRAPHER:
 24        MICHAEL BERGERON
          PROFESSIONAL SHORTHAND REPORTERS
 25        (504)529-5255
```

```
00012
 1 notice, a copy of which is going to be
 2 annexed to the deposition as Miller
 3 Exhibit 1.
 4           And, Dr. Miller, as you know, you
 5 have the right to read and sign this
 6 deposition prior to the time the reporter
 7 seals the original.  Would you like to read
 8 and sign or will you waive that right?
 9      MR. D'AMICO:
10           Why don't we reserve that until
11 after the deposition.
12      MR. HINES:
13           All right, sir.
14 EXAMINATION BY MR. HINES:
15      Q    Would you tell us, please, sir,
16 your full name, where you live, and by whom
17 you are employed?
18      A    My name is Lawrence G. Miller.  I
19 live at 118 Upland Road in Waban,
20 Massachusetts.  I'm employed by Mediphase.
21      Q    Tell us what Mediphase is, please,
22 sir.
23      A    Mediphase is a company that
24 invests in healthcare companies, primarily
25 biotechnology companies.
```

```
00014
 1 small companies, also in this general area.
 2           In 1997, I moved to Hambrecht and
 3 Quist Capital Management.  And then in 1999,
 4 with a partner, I founded Mediphase, and I
 5 have been working for Mediphase since that
 6 time.
 7      Q    With respect to the point in time
 8 that you started consulting with business
 9 and got out strictly of what I would call
10 practicing medicine, when did that actually
11 occur?
12      A    Well, you know, I continued --
13 Again, during my time at Tufts, I did
14 clinical work and I continued clinical work,
15 in fact, and continued to see patients until
16 about a little over four years ago.  I still
17 continue teaching at the Massachusetts
18 General Hospital.
19      Q    What percentage of your time while
20 you were at Tufts -- And I'm trying to pick
21 a date here, because I see that in 1990 and
22 '91, you write that you were a senior
23 consultant and director of clinical
24 information at HPR, Inc., in Boston?
25      A    That's correct.
```

```
00015
  1      Q    And what was HPR?
  2      A    That's a company that produced
  3 products for healthcare companies.
  4      Q    Right.  So I call that not
  5 directly practicing medicine, if you will,
  6 if you can use that as a term.  You were not
  7 clinically seeing patients when you were
  8 employed at HPR, as a result of your
  9 employment at HPR?  Let me put it that way.
 10      A    No, I continued to work at Mass
 11 General Hospital part-time, that's correct.
 12      Q    And that's what I was trying to
 13 get to, the percentage of time you were
 14 dividing between your time at Mass General
 15 on the one hand and your time at HPR on the
 16 other.
 17      A    It would vary between 10 and
 18 20 percent at Mass General.
 19      Q    All right.  So anywhere from 90 to
 20 80 percent at HPR?
 21      A    That's correct.
 22      Q    Incidentally, do you know -- I
 23 don't know whether he's still there -- Chief
 24 of Surgical Pathology Robin Young by chance?
 25      A    Oh, gosh.  It's been years.  I'm
```

```
00016
  1 not sure he's still there.
  2      Q    Okay.  How about Gene Mark?  Do
  3 you know Gene Mark?
  4      A    Oh, I remember Gene very well.
  5 Now, Gene is retired, but he still comes in,
  6 I think.  I have seen him in the halls, so
  7 he must be coming in.
  8      Q    If we look at the point in time
  9 where you began to do work outside of your
 10 employment at Mass General, that would be
 11 around 1990 or '91 with HPR?
 12      A    Well, again, just to be precise,
 13 in the late eighties I was primarily at
 14 Tufts --
 15      Q    At Tufts.
 16      A    -- rather than Mass General, and
 17 then moved back to Mass General.
 18      Q    All right.  And so is it 1990 or
 19 '91 that you got into the business side, if
 20 you will, of medicine?
 21      A    That's correct.
 22      Q    All right.  And then you were with
 23 HPR until when?
 24      A    1996.
 25      Q    All right.  And tell us again what
```

```
00017
   1 HPR does.
   2      A    Or did.  The company no longer
   3 exists.  It has been sold for many years.
   4 It produced products that were used by
   5 healthcare companies.
   6      Q    And what kind of products were
   7 those?
   8      A    Those were primarily information
   9 products.
  10      Q    Such as?
  11      A    Such as products that helped
  12 physicians make decisions.
  13      Q    And again, tell me what that would
  14 be.  Is that a software type program or what
  15 is it?
  16      A    Both written and software.
  17      Q    All right.  And what kind of
  18 decisions?
  19      A    Primarily clinical decisions.
  20      Q    With respect to what?
  21      A    Well, it's a fairly broad range.
  22 It's managing patients in terms of
  23 appropriateness of test use, for example,
  24 appropriateness of medication use.  It's
  25 fairly broad.
```

```
00018
 1       Q    With respect to any type of
 2  discipline or a particular type of
 3  discipline within medicine?
 4       A    No, it was very broad.
 5       Q    All right.  Did it have any sort
 6  of specialty within medicine itself other
 7  than assist in the decision/treat process,
 8  if you will, of making clinical and
 9  pharmacological decisions?
10       A    No, it did not.
11       Q    What happened to HPR in 1996?
12       A    It was sold.
13       Q    And sold to whom?
14       A    A company called McKesson.
15       Q    All right.  And did you become
16  employed by McKesson?
17       A    I did not.
18       Q    All right.  And who did you become
19  employed by at that time?
20       A    A company called Avicenna.
21       Q    And what did Avicenna do?
22       A    Pretty much the same thing.
23       Q    Where was Avicenna located?
24       A    In Cambridge, Massachusetts.
25       Q    And with respect to your work at
```

```
00019
  1 Avicenna and your clinical work that you may
  2 have been participating in at that period of
  3 time, what percentage of your time was
  4 devoted to Avicenna on the one hand and any
  5 clinical work on the other?
  6     A    It stayed pretty constant.  It
  7 varied from week to week and month to month
  8 between 10 to 20 percent on the clinical
  9 side.
 10     Q    On the clinical side or on the
 11 Avicenna side?
 12     A    On the clinical side, 10 to
 13 20 percent.
 14     Q    All right.  So 10 to 20 percent on
 15 the clinical side, 80 to 90 percent on the
 16 Avicenna side?
 17     A    That's correct.
 18     Q    And the Avicenna side, once again,
 19 was in the business of helping physicians
 20 determine what type of medication to use for
 21 patients, what kind of clinical decisions to
 22 make for patients?
 23     A    Right.  Decision support it's
 24 often called.
 25     Q    Decision support.  When you were
```

```
00022
  1       A    The latter.
  2       Q    Do you recall approximately what
  3  your -- not that it matters that much, but
  4  approximately what your annual income would
  5  have been at Mass General in the nineties?
  6       A    I do not.
  7       Q    Compared to what you were
  8  receiving on what I would call the private
  9  sector, on the business sector of your
 10  practice, what would the percentage of your
 11  income from your clinical/consulting work at
 12  Harvard in the nineties be as contrasted
 13  with what you were making at HPR or Avicenna
 14  on the other hand?
 15       A    The clinical side was
 16  substantially less.  I don't know the
 17  specific numbers or percentage.
 18       Q    Would it be less than 10 percent?
 19       A    I don't know the answer to that.
 20       Q    I was looking at your publications
 21  and it appeared that the last time -- Well,
 22  in the last 15 years, you have only authored
 23  one publication, and that was in 1997; would
 24  that be correct?
 25       A    It's probably correct.  I can't
```

```
00023
 1 remember the exact numbers, but I have not
 2 published regularly since the early
 3 nineties.
 4      Q    All right.  With respect to the
 5 publications that you did author, whether
 6 they were books, chapters, brief reviews or
 7 medical articles, what was the general
 8 subject matter of those publications, if
 9 that's possible to quantify like that?
10      A    Broadly speaking, pharmacology.
11      Q    Have you ever published on
12 formaldehyde?
13      A    I have not.
14      Q    Other than your engagement in this
15 case, have you ever been associated with
16 research, review or analysis of a
17 formaldehyde-related disease?
18      A    I have not.
19      Q    You left Avicenna in 1997, and
20 then you became senior vice president of
21 Quist Capital Management -- Hambrecht and
22 Quist Capital Management; is that right?
23      A    That's correct.
24      Q    And did you continue to stay on at
25 Harvard during that period of time or did
```

```
00024
    1  you devote more and more time now to the
    2  work at Hambrecht and Quist Capital
    3  Management?
    4       A    No, I continued my clinical
    5  responsibilities pretty much unchanged.
    6       Q    That same 10 to 20 percent?
    7       A    That's correct.
    8       Q    And you don't know --
    9       ATTORNEY ON TELEPHONE:
   10            Excuse me.  I'm on the phone.  Can
   11 y'all speak into the speakerphone?  I'm
   12 having a really hard time hearing,
   13 especially actually hearing the question.
   14       MR. HINES:
   15            Sorry.  We're about as close as it
   16 can be without somebody talking about us.
   17       ATTORNEY ON TELEPHONE:
   18            Okay.  Thank you.
   19       MR. HINES:
   20            Let me try to talk up a little
   21 bit, but my voice is a little bit softer
   22 today than usual.
   23       MR. D'AMICO:
   24            Both you and Larry speak softly.
   25 That's just their nature.
```

```
00034
 1 interchangeably?
 2      A    Well, certainly the literature
 3 does, and the literature is not all precise
 4 here.
 5      Q    How about idiopathic intrinsic
 6 dermatitis?
 7      A    That's also what I have seen in
 8 the literature.  I think it's less used
 9 because that's a less clear term.
10 "Idiopathic" just means without known cause,
11 and "intrinsic" can mean almost anything.
12 It somehow means intrinsic to the
13 individual.  So I find that term a little
14 bit confusing, to tell you the truth.
15      Q    It's confusing why?
16      A    Because you're not sure exactly
17 what "intrinsic" means here.
18      Q    Do we know what the cause of
19 allergic dermatitis is or atopic dermatitis?
20      A    In some instances, yes.  In some
21 instances, no.
22      Q    Of the cases that you are familiar
23 with, what is the percentage between the
24 known etiology of a given atopic dermatitis
25 as opposed to the non-known cause of that
```

```
00035
  1 atopic dermatitis?
  2     A    I don't think I can give you a
  3 single number.  That's a large series.  I
  4 have seen a few of them, and the numbers are
  5 variable, but a significant portion, the
  6 cause is unknown, and what exactly that
  7 number is, I think it would be difficult to
  8 generalize.
  9     Q    Would it be greater than
 10 50 percent?
 11     A    In some series, it is.  In some
 12 series, it's not.
 13     Q    How about overall in the United
 14 States, if you were to poll all the
 15 dermatologists in the United States and ask
 16 them the percentage overall of known causes
 17 of dermatitis in patients that present,
 18 would it be greater or lesser than
 19 50 percent for those that were known?
 20     A    I don't think I can speak for the
 21 dermatologists in the U.S., so I don't think
 22 I can answer that one for you.
 23     Q    Well, you're not a dermatologist?
 24     A    I am not a dermatologist.
 25     Q    You're not an epidemiologist?
```

```
00036
    1       A    I am not.
    2       Q    And as I understand it, you have
    3  never engaged in formaldehyde-related
    4  investigation prior to your engagement in
    5  this case; is that correct?
    6       A    That's correct.
    7       Q    And who engaged you in this case?
    8       A    Mr. Reich, Mr. D'Amico or both.  I
    9  can't remember who called me first.
   10       Q    Have you ever been engaged by
   11  Mr. D'Amico before?
   12       A    I have.
   13       Q    And in what kind of cases have you
   14  been engaged by Mr. D'Amico?
   15       A    It's been quite some time.  Again,
   16  it was a toxic exposure.  This goes back
   17  to -- oh, I would say it goes back a good 10
   18  years or so.
   19       Q    Do you know what kind of toxic
   20  exposure?
   21       A    Well, I believe certainly one
   22  instance was a case involving a tank car
   23  spill with a number of toxins.
   24       Q    The large tank car spill here in
   25  New Orleans?
```

```
00045
  1      Q    Any particular drug?
  2      A    We worked with a range of drugs.
  3 Many involving the central nervous system,
  4 but not all.
  5      Q    And as I understand it,
  6 irrespective of the work that you have done,
  7 you have never looked at a
  8 formaldehyde-related disease inquiry until
  9 you were engaged in this case by Mr. D'Amico
 10 and Mr. Reich?
 11      A    I don't recall dealing with
 12 formaldehyde in the past.
 13      Q    All right.  And do you recall when
 14 you were first engaged by Mr. D'Amico or
 15 Mr. Reich?
 16      A    Late spring, early summer of this
 17 year.
 18      Q    And what matter or matters were
 19 you engaged in, and by that, I mean, was it
 20 with respect to a particular plaintiff or
 21 was it just, "We need somebody with your
 22 background.  Can you help us," without any
 23 specific reference to a particular
 24 plaintiff?
 25      A    No, it was specifically related to
```