1

1              UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA
2
3    IN RE:  FEMA TRAILER        MDL NO. 1873
4    FORMALDEHYDE PRODUCTS       SECTION "N"(4)
5    LIABILITY LITIGATION        JUDGE ENGELHARDT
6
7    This document relates to:  Lyndon T. Wright
8          v. Forest River, Inc., et al
9              Docket No. 09-2977
10                 *   *   *
11      Videotaped Deposition of KENNETH
12   B. SMITH, M.D., 4200 Houma Boulevard,
13   Respiratory Care Department, Metairie,
14   Louisiana 70006, taken at the offices of
15   Gieger, Laborde & Laperouse, L.L.C., One
16   Shell Square, 701 Poydras Street, Suite
17   4800, New Orleans, Louisiana 70139, on
18   Friday, the 4th day of December, 2009.
19
20   REPORTED BY:
21       JAMES T. BRADLE, CCR
         PROFESSIONAL SHORTHAND REPORTERS
22       (504)529-5255
23   VIDEOGRAPHER:
24       BRIAN SOILEAU
         PROFESSIONAL SHORTHAND REPORTERS
25       (504)529-5255

114

1      A    I don't know.  Those are in
2  quotations from Dr. Worley's evaluation and
3  his history, so two years from October, 2007
4  would be roughly October, 2005.
5      Q    Okay.
6      A    I mean, that's how I would
7  interpret that.
8      Q    Right.  It would be something
9  previous to October 7th, so it would include
10 October, 2007, and going into October, 2006,
11 correct?
12     A    Correct.
13     Q    Okay.  Keep going, please.
14     A    He was treated for chronic
15 sinusitis, nasopharyngitis and epistaxis,
16 nose bleed, and improved with an antibiotic,
17 a nasal corticosteroid and nasal saline
18 washes.
19     Q    Okay.  What's your other opinion?
20     A    No. 2, that he has historical
21 evidence for asthma that preceded his time
22 in the travel trailer and has physiologic
23 evidence for asthma about which he was quite
24 surprised by bronchial provocation testing.
25     Q    Okay.  I want to ask you about

1    that.
2         A    Sure.
3         Q    What is the historical evidence
4    for asthma that preceded his time in the
5    travel trailer?
6         A    The fact that he -- The fact that
7    he told me that when he had colds in the
8    past, that his colds -- I may be
9    paraphrasing him -- lasted longer than usual
10   and seemed to be more complicated than usual
11   and often involved cough, and that's a very,
12   very typical history for someone with occult
13   asthma.  We see that virtually every week.
14   If we see new asthmatics, they typically --
15        Q    What do you mean "occult asthma"?
16        A    Hidden asthma.  Asthma about which
17   they're not aware.
18        Q    Okay.
19        A    So that they may not have been
20   told by a physician that they have asthma.
21   They may have -- If they even sought medical
22   attention.  They may have been told that
23   they have bronchitis and not asthma.  But,
24   in fact, if it's recurrent, they may, in
25   fact -- and particularly, if they have a