**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

BEFORE ME, undersigned notary, did personally come and appear this day, RICHARD A. SPECTOR, M.D., J.D., a person whose identity is known to me. After I administered the oath to him, upon his oath he did state:

All statements contained herein are true and correct and based upon my personal knowledge, education and experience and I am a person of the full age of majority, and I am competent to execute this Affidavit.

Mr. Aaron Z. Ahlquist, Esq.
Class Action Attorney
FRANK J. D'AMICO, JR., APLC
622 Baronne Street
New Orleans, Louisiana 70113

Re:   Lyndon T. Wright

Dear Mr. Ahlquist:

I saw Mr. Wright for the first time on July 20 2009. He presented as a private patient, upon your referral, with complaints of hemoptysis (spitting up blood). This letter to you represents my supplemental report of my assessment, following surgery and including my post-operative care. I have addressed U.S. District Judge Kurt D. Englehardt's order of July 17 2009, specifically addressing issues of expertise and qualifications in my prior report to you.

During my first contact with Mr. Wright, he described his primary reason for our visit, to wit, bloody mucous present with throat clearing upon arising each morning, or after lying down for daytime rests. He expectorates this bloody mucous daily for the last three years, noting the onset of this complaint early in his occupancy of a FEMA-provided trailer post-Katrina. He resided in this trailer from March 2006 though July 2008. He saw no change in this symptom after moving from the trailer. He is very specific that the bloody mucous arises from low in his throat with throat clearing, but not with cough, nose blowing, tooth brushing, or pulling back from nose. He denied nasal symptoms, swallowing problems, pain, and voice changes.

He also described a dry cough while residing in the trailer, but he did not produce any sputum with this cough. The cough receded upon moving from the trailer. He experienced varying degrees

of enlarged glands in his neck, two to three times weekly, during his stay in the trailer. This symptom disappeared upon leaving the trailer. He observed increased symptoms of gastro-esophageal reflux (GERD), characterized as heartburn relieved with Pepcid. He feels the GERD symptoms were post-Katrina, with onset not related temporally to his sojourn in the trailer. He relates history of many prior ear surgeries, with recurrent drainage from his left ear. He believes the frequency of left ear drainage was higher than usual during his stay in the trailer, but does not relate frequency or history of treatments.

I operated on Mr. Wright at Touro Infirmary on July 29, 2009. I enclose a copy of my operative report and the pathologist's report. I also include copies of his pre-operative lab work and throat culture, results that I shall discuss below. My recommendation for surgery was to investigate Mr. Wright's complaints of daily bloody mucous and its association with the mass at the left base of his tongue, found upon my exam of July 20, 2009.

Prior to scheduling surgery, I cultured Mr. Wright's throat to assess sub-clinical infection that might cause bloody throat drainage. The culture grew *Haemophilus influenza*, an infectious organism that may infect adults and children with limited symptoms of its presence. I treated this infection at the time of Mr. Wright's surgery, and thereafter.

I found pre-operative lab work to be normal, including white cell count (WBC). Significant infection usually raises WBC. I cannot relate *Haemophilus influenza* to formaldehyde exposure.

At surgery, I biopsied the tongue mass. Microscopic examination established this mass to be a benign neuroma. Such neuromas are unusual in this location. Neuromas are caused most commonly by trauma, but also may be hereditary. Absent any other neuromas in the skin or subcutaneous tissues, I suspect this tongue base neuroma is a consequence of trauma. The only history of trauma in Mr. Wright's history is tonsillectomy, but this is a most unusual complication of tonsil surgery. Regardless of any supposition of traumatic cause, I cannot attribute this neuroma to the alleged formaldehyde exposure.

I delayed this supplemental report to you to treat his infection, and to allow Mr. Wright to heal from surgery. Upon return to my office on August 6, he reported no further bleeding, but he was not healed from surgery. On return to my office on September 16, he reported the following. He has no nasal/sinus complaints. He felt some wetness in the right ear on one occasion since his last visit. He had two episodes of morning time bloody mucous since his last visit.

On this September 16 visit, I found no sign of infection or discharge in an otherwise clean right ear/mastoid cavity. I found no intranasal pathology. I found no oral, oropharyngeal, nasopharyngeal, hypopharyngeal, or laryngeal pathology, other than the remaining neuroma, and, now healed, surgical biopsy site.

Based upon my medical knowledge, Mr. Wright's history, prior medical records, and medical/surgical examinations, I cannot find a source for his complaint of bloody mucous. In addition, I cannot identify any relationship between his exposure to formaldehyde and his complaint of bloody mucous or ear drainage.

I explained this to Mr. Wright and encouraged him to return early in the morning if the bloody mucous increased in frequency or quantity. I stressed that my primary concern is his health and well-

being and would continue to search for cause if he allowed. I also reminded him that he needs continuing care of the right ear/mastoid cavity, and suggested a routine visit in six months.

Yours truly,

Richard A. Spector, M.D., J.D.

Further Affiant sayeth not.

Sworn and subscribed before me this 21st day of September 2009.

HARRY R. HOLLADAY, Notary Public

(Bar # 06950) Commission is for life

LWFR-EXP 14-000007