1

```
 1              UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE:  FEMA TRAILER       MDL NO. 1873

 5    FORMALDEHYDE PRODUCTS      SECTION N(4)

 6    LIABILITY LITIGATION       JUDGE ENGELHARDT

 7

 8                  *   *   *

 9                (RE:  WRIGHT)

10

11             VIDEOTAPED DEPOSITION OF RICHARD

12    A. SPECTOR, M.D., J.D., 3434 PRYTANIA

13    STREET, SUITE 240, NEW ORLEANS, LOUISIANA,

14    TAKEN AT THE OFFICES OF DR. SPECTOR, ON THE

15    29TH DAY OF OCTOBER, 2009.

16

      REPORTED BY:

17

           PAT KENNEDY QUINTINI, CCR

18         PROFESSIONAL SHORTHAND REPORTERS

           (504)529-5255

19

20    VIDEOGRAPHER:

21         MICHAEL BERGERON

           PROFESSIONAL SHORTHAND REPORTERS

22         (504)529-5255

23

24

25
```

1      evaluate the cause, whatever cause he has

2      had based on trauma.

3          Q.    As we sit here today, you can't

4      say more probably than not what caused that

5      particular neuroma, correct?

6          A.    That's correct.

7          Q.    Turning back to your operative

8      report, Doctor, the next procedure that was

9      performed is the debridement of the right

10     mastoid cavity.  Was that actually the next

11     procedure that you did or was the nasal

12     smear performed before the debridement of

13     the right mastoid cavity?

14         A.    The next was the debridement of

15     the mastoid cavity.

16         Q.    And take me through that process.

17     That's simply cleaning out the mastoid

18     cavity, again under anesthetic?

19         A.    Yes.

20         Q.    Was there a sign of active

21     infection at that point in time?

22         A.    There was still some wet debris

23     that may or may not have been infection.  It

24     may just simply have been debris made wet by

25     the drops.  But the process of resolving

1    infection means you must remove all of the

2    debris, otherwise you have an itis for bugs

3    to grow, and that's what this note

4    discusses.

5         Q.   Because inside the mastoid cavity

6    it's a dark, wet place where bacteria can

7    grow if not treated properly?

8         A.   Correct.

9         Q.   The next procedure was the nasal

10   smear, correct?

11        A.   That's correct.

12        Q.   And I take it there were no

13   complications from either of the previous

14   procedures, the lingual tonsillectomy or the

15   debridement of the mastoid cavity?

16        A.   That's correct.

17        Q.   The nasal smear, why was that

18   performed?

19        A.   We had discussed that.  I wanted

20   to have some concept of why the tissues were

21   so swollen both in his nose and the sinus

22   cavities and this is a means of evaluating

23   that.

24        Q.   And samples were taken from the

25   nasal cavity and they were also provided

1     to -- were they provided to a pathologist?

2         A.    Yes, they were.

3         Q.    And did a pathologist provide a

4     report to you of what the findings were with

5     respect to that particular sample?

6         A.    Yes, he did.

7         Q.    And with respect to the nasal

8     smear sample, I'm going to hand you what we

9     have marked as Exhibit 10, and I will ask

10    that you take a look at Exhibit 10.

11             Is that a true and accurate copy

12    of the pathologist's report with respect to

13    Mr. Wright's nasal smear taken 7/29/09?

14    (Exhibit No. 10 marked for identification.)

15        A.    Yes, it is.

16        Q.    And in that report does the

17    pathologist report that, again, it's

18    negative for any signs of malignancy,

19    correct?

20        A.    That's correct.

21        Q.    And that the smear showed numerous

22    ciliated columnar epithelial cells

23    consistent with respiratory epithelial

24    cells?

25        A.    That's correct.

1          Q.    And it says:  And these show no

2    significant atypia.  Again, for those of us

3    who are not in the medical field, what does

4    that mean?

5          A.    It means he did not see any signs

6    of changes to suggest malignancy or

7    premalignant changes.

8          Q.    And those would be metaplasia or

9    dysplasia?

10         A.    Say that again.

11         Q.    Those would be metaplasia or

12   dysplasia?

13         A.    Yes, sir.

14         Q.    So none of those -- no metaplasia

15   was found; is that correct?

16         A.    Say that again.

17         Q.    No metaplasia was found?

18         A.    That's correct.

19         Q.    No dysplasia was found?

20         A.    That's correct.

21         Q.    And again, this is a cellular

22   level examination of the columnar epithelial

23   cells of Mr. Wright's nasal cavity, correct?

24         A.    That's correct.

25         Q.    What, if any, significance was

128

```
 1    relays the history that was given to you by

 2    Mr. Wright, correct?

 3        A.    Yes, sir.

 4        Q.    And then we talk about that you

 5    had performed a throat culture and that you

 6    had determined that the influenza, a strain

 7    of influenza was present, correct?

 8        A.    That's correct.

 9        Q.    And that you treated that with --

10    you had treated the infection at the time of

11    Mr. Wright's surgery and thereafter,

12    correct?

13        A.    That's correct.

14        Q.    At this point, based upon your

15    observations, do you feel that that

16    infection is now well controlled?

17        A.    I can't come to any conclusion.

18    When I originally saw him, I didn't identify

19    infection.  I had to depend on an objective

20    lab test.  So to answer that, I would

21    actually have to have another culture.

22        Q.    You state in the next paragraph of

23    your report:  I cannot relate the strain of

24    influenza to formaldehyde exposure.  Is that

25    true today?
```

129

1          A.    That's still true today.

2          Q.    And then about four paragraphs

3    down from that you state that:  Based upon

4    my medical knowledge, Mr. Wright's history,

5    prior medical records and medical surgical

6    examinations, I cannot find a source for his

7    complaint of bloody mucous.  Is that true

8    today?

9          A.    It is.

10         Q.    In addition, I cannot identify any

11   relationship between his exposure to

12   formaldehyde and his complaint of bloody

13   mucous or ear drainage.  Is that true today?

14         A.    It is true today.

15         Q.    And based upon your visit with

16   Mr. Wright of earlier today, he has told you

17   that, as we sit here today, that he hasn't

18   had a problem with bloody mucous in about

19   three weeks?

20         A.    That's correct.

21         Q.    Based upon the representation that

22   you cannot draw a correlation between the

23   neuroma or the other physical complaints of

24   Mr. Wright and formaldehyde, I would take

25   it, then, that you cannot say that any of

```
 1    else, I don't have an explanation.  So what

 2    I'm saying is that without an explanation, I

 3    can't come to any kind of conclusion at all.

 4    It's open as far as I'm concerned.

 5         Q.   Understood.  As we sit here today,

 6    you cannot say more probably than not that

 7    any of the physical complaints or issues for

 8    which you have treated Mr. Wright are

 9    related to formaldehyde, correct?

10         A.   That's a fair statement.

11         Q.   And because of that, you cannot

12    say more probably than not that any of the

13    medical care that you have afforded

14    Mr. Wright was due to exposure to

15    formaldehyde?

16         A.   That's a fair statement.

17         Q.   Now, Doc, I notice you brought

18    your file with you.  I want to make sure

19    there are no documents that we haven't

20    talked about that you have in your file that

21    I should be aware of that have not been

22    produced as a part of your reliance

23    materials.

24         A.   I don't know whether they have

25    been produced or not.  I received and have
```

164

1          Q.    Doctor, you stated in your report

2     that you cannot find or cannot attribute

3     this neuroma to the alleged formaldehyde

4     exposure, correct?

5          A.    That's correct.

6          Q.    All right.  And based on your

7     explanation, I think I understand but just

8     to be clear, by that positive statement that

9     you can't attribute it to it, is it also

10    true that you can't rule it out as a

11    possible cause?

12         A.    Yes, I think the converse is a

13    fair statement.  I have no evidence to blame

14    the formaldehyde for the tumor, but neither

15    do I have any evidence that it wouldn't have

16    any role in it.  The problem that I have in

17    answering your question in that way is that

18    what literature I have read has not

19    incriminated formaldehyde in that specific

20    tissue type.  It talks about squamous

21    carcinomas.  It talks about lymphomas.  It

22    talks about Hodgkin's disease, but never

23    mentioned neuromas, so it's difficult for me

24    to give you any strong association.

25         Q.    You don't have enough information

165

1      to do that?

2          A.   Yes, sir.

3          Q.   You also said in your report that

4      you cannot find a source for his complaint

5      of the bloody mucous?

6          A.   That's correct.

7          Q.   Does that mean also that you

8      cannot rule out formaldehyde exposure as a

9      possible cause?

10          A.   If I'm keeping an open mind,

11      that's correct.

12          Q.   By history, isn't it true that

13      Mr. Wright attributed the onset of his

14      bloody mucosa to the time that he was living

15      in the travel trailer?

16          MR. BONE:

17              Let me object as leading.

18          THE WITNESS:

19              Mr. Wright related to me that

20      there was a temporal relationship, i.e. he

21      developed the bleeding the summer of the

22      first year he was in the trailer, so yes, he

23      has related a temporal relationship.

24          MR. D'AMICO:

25              That's all the questions I have.