## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER § | MDL NO. 1873 | |
| FORMALDEHYDE § | | |
| PRODUCT LIABILITY LITIGATION § | SECTION "N-5" | |
| § | JUDGE ENGELHARDT | |
| THIS DOCUMENT IS RELATED TO: § | | |
| § | | |
| *Timothy Mitchell, et al* § | | |
| *v. Keystone RV Company, et al* § | MAG. JUDGE CHASEZ | |
| Civil Action No. 09-6958 § | | |

**ORDER ON PLAINTIFFS', DEBORAH DRUMM, AS REPRESENTATIVE OF THE ESTATE OF RAYMOND RINEAY, DECEASED, PEGGY RILEY, AS NEXT FRIEND OF FELICIA RILEY, A MINOR, PEGGY RILEY, AS NEXT FRIEND OF STARR RILEY, A MINOR, VU PHAM, AS NEXT FRIEND OF CUONG PHAM, A MINOR, VU PHAM, AS NEXT FRIEND OF DANIEL PHAM, A MINOR AND VU PHAM, AS NEXT FRIEND OF KELLY PHAM, A MINOR, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', DEBORAH DRUMM, AS REPRESENTATIVE OF THE ESTATE OF RAYMOND RINEAY, DECEASED, PEGGY RILEY, AS NEXT FRIEND OF FELICIA RILEY, A MINOR, PEGGY RILEY, AS NEXT FRIEND OF STARR RILEY, A MINOR, VU PHAM, AS NEXT FRIEND OF CUONG PHAM, A MINOR, VU PHAM, AS NEXT FRIEND OF DANIEL PHAM, A MINOR and VU PHAM, AS NEXT FRIEND OF KELLY PHAM, A MINOR,  Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
HONORABLE KURT ENGELHARDT