Transcript of the Testimony of
# Videotaped Deposition of Lyndon Wright

## Date taken: July 10, 2009

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Lyndon Wright

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

     IN RE:  FEMA TRAILER      MDL NO. 1873
     FORMALDEHYDE PRODUCTS     SECTION "N"(4)
     LIABILITY LITIGATION      JUDGE ENGELHARDT

                      *   *   *

          VIDEOTAPED DEPOSITION OF LYNDON WRIGHT,
     3417 SOUTH CLAIBORNE AVENUE, APARTMENT 5,
     NEW ORLEANS, LOUISIANA 70113, TAKEN AT THE
     OFFICES OF FRANK D'AMICO, 622 BARONNE
     STREET, NEW ORLEANS, LOUISIANA 70130, ON THE
     10TH DAY OF JULY, 2009.
     REPORTED BY:
          CATHY RENEE' POWELL, CCR
          PROFESSIONAL SHORTHAND REPORTERS
          (504)529-5255
     VIDEOGRAPHER:
          BRIAN SOILEAU
          PROFESSIONAL SHORTHAND REPORTERS
          (504)529-5255
```

Page 1

1  APPEARANCES CONTINUED:
2
3     GIEGER, LABORDE & LAPEROUSE, LLC
       (BY: JASON BONE, ESQUIRE
          CARSON STRICKLAND, ESQUIRE)
4      701 POYDRAS STREET
       SUITE 4800
5      NEW ORLEANS, LOUISIANA 70139
6        ATTORNEYS FOR DEFENDANT, FOREST
         RIVER, INC.
7
8     GARRISON, YOUNT, FORTE &
        MULCAHY, L.L.C.
       (BY: KELLY MORTON, ESQUIRE)
9      909 POYDRAS STREET
       SUITE 1800
10     NEW ORLEANS, LOUISIANA 70112
       (VIA TELEPHONE)
11
12       ATTORNEYS FOR DEFENDANTS,
         RECREATION BY DESIGN, LLC, TL
         INDUSTRIES, INC., FRONTIER
13       RV, INC. AND PLAY'MOR TRAILERS,
         INC.
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1  APPEARANCES:
2
3     THE LAW OFFICES OF FRANK
        J. D'AMICO, JR.
       (BY: FRANK J. D'AMICO, JR., ESQUIRE
          AARON AHLQUIST, ESQUIRE)
       622 BARONNE STREET
5      NEW ORLEANS, LOUISIANA 70113
6        ATTORNEYS FOR THE PLAINTIFF
7
8      DAVID McCLENDON, ESQUIRE
       4731 CANAL STREET
       NEW ORLEANS, LOUISIANA 70119
9
       ATTORNEYS FOR THE PSC
10
11     U.S. DEPARTMENT OF JUSTICE
        (BY: MICHELLE GREIF, ESQUIRE)
12     CIVIL DIVISION
       1331 PENNSYLVANIA AVENUE, N.W.
13     ROOM 8210-N
       WASHINGTON, D.C. 20004
14
         ATTORNEYS FOR DEFENDANT, UNITED
15       STATES OF AMERICA
16
       BAKER DONELSON
17      (BY: DAVID KURTZ, ESQUIRE
          KAREN WHITFIELD, ESQUIRE)
18     201 ST. CHARLES AVENUE
       SUITE 3600
19     NEW ORLEANS, LOUISIANA 70170
20       ATTORNEYS FOR DEFENDANTS,
         CH2M HILL CONSTRUCTORS, INC. AND
21       SHAW ENVIRONMENTAL, INC.
22
23
24
25

Page 2

                EXAMINATION INDEX
EXAMINATION BY MR. BONE: ...............9
EXAMINATION BY MR. KURTZ: ............248
EXAMINATION BY MS. GREIF: ............298
EXAMINATION BY MR. BONE: .............326
EXAMINATION BY MR. KURTZ: ............337
EXAMINATION BY MR. AHLQUIST: .........342
                 *  *  *
               INDEX OF EXHIBITS
Exhibit No. 1 .........................99
  Ready for Occupancy Check List,
  SHAW-WRI 00011.
Exhibit No. 2 .......................204
  Bankruptcy petition filed on behalf
  of Lyndon Wright, May 24, 2001.
Exhibit No. 3 .......................212
  FEMA Document, Important
  Information for Travel Trailer
  Occupants, FEMA08-000013, 14.
Exhibit No. 4 .......................213
  Formaldehyde Levels in
  FEMA-Supplied Trailers.
Exhibit No. 5 .......................214
  FEMA Document, Important

Page 4

PROFESSIONAL SHORTHAND REPORTERS, INC    (800) 536-5255
New Orleans * Baton Rouge * Covington * Shreveport                    (504) 529-5255

1  work from 2002 until 2005 due to what you
2  believed were seasonal allergies?
3      A.  No, I don't recall it.
4      Q.  Are you saying that didn't happen
5  or you just don't recall?
6      A.  That I called off because of
7  seasonal allergies?
8      Q.  Because of allergies.
9      A.  I don't recall.
10      Q.  Were you ever hospitalized from
11  '99 to 2002?  I mean, excuse me, from '99 to
12  August 29, 2005?
13      A.  Hospitalized?  No.
14      Q.  Did you ever have to go to the
15  emergency room during that period?
16      A.  Not that I recall.
17      MR. D'AMICO:
18          We have been going about an hour
19  and 15 minutes.  Do you mind if we take a
20  bathroom break?
21      MR. BONE:
22          Sure, go ahead.
23      THE VIDEOGRAPHER:
24          We are off the record; it is 9:25.
25      (Recess.)

Page 65

1  contacted you in terms of asking you to come
2  back to work?
3      A.  I made the call to my supervisor
4  at the Hyatt, and he said, "Yeah, come on
5  back," because I was out there in Houston.
6      Q.  So after the storm, you relocated
7  to Houston, and within a few weeks after the
8  storm, you called your supervisor, which was
9  who?
10      A.  Eddie.
11      Q.  Eddie who?
12      A.  Haggerty.
13      Q.  Eddie Haggerty?
14      A.  Yes.
15      Q.  And within a few weeks after the
16  storm, you called Mr. Haggerty and said, "I
17  would like to come back to work if work is
18  available"?
19      A.  That's correct.
20      Q.  What did he tell you when you made
21  that request?
22      A.  He said the hotel had got messed
23  up pretty bad, he could use the workforce
24  because he needed as many people as possible
25  to come back.

Page 67

1      THE VIDEOGRAPHER:
2          We are back on the record; it is
3  9:40.
4  EXAMINATION BY MR. BONE:
5      Q.  Mr. Wright, when we left off, we
6  were talking a little bit about your time
7  with the Hyatt.  What I want to do now is
8  talk a little bit about what occurred after
9  the hurricane, August 29, 2005, at the
10  Hyatt.
11          Were you actually on duty or
12  called in during the hurricane at the Hyatt?
13      A.  No.
14      Q.  Okay.  Were you actually in New
15  Orleans at the time of the storm?
16      A.  Yes.
17      Q.  Let me just talk to you about the
18  Hyatt for a minute and we'll get to the
19  other areas.
20          But from August 29, 2005, when was
21  the first time you were actually back at the
22  Hyatt building for work?
23      A.  Right after Rita.  Which would be
24  probably September.
25      Q.  And how was it the Hyatt had

Page 66

1      Q.  At this point, were you aware that
2  your home had been damaged?
3      A.  Aware of?  Yes, I was aware of it.
4      Q.  Did you discuss with Mr. Haggerty
5  where you would be living while you were
6  doing work for the Hyatt?
7      A.  Yes.
8      Q.  What did he tell you in that
9  regard?
10      A.  We would be staying in the hotel
11  because they already had employees that had
12  stayed during the storm and they had
13  employees and I could stay in a room.
14      MR. D'AMICO:
15          Off the record.
16          (Off the record discussion.)
17  EXAMINATION BY MR. BONE::
18      Q.  So Mr. Haggerty related to you
19  there was a place for you at the hotel if
20  you wanted to come back to New Orleans and
21  help assist Hyatt in the rebuilding process,
22  correct?
23      A.  That's correct.
24      Q.  Do you recall when you came back?
25  It was sometime in September?

Page 68

17 (Pages 65 to 68)

1     A.  Right after Rita.  So it might
2  have been the first of October or the very
3  end of September.
4     Q.  When you got back into New Orleans
5  at the Hyatt, did you actually live in the
6  hotel?
7     A.  No.
8     Q.  Was there ever a time that you
9  resided in that hotel for any period of
10  time?
11     A.  Any period of time?
12     Q.  Yes.
13     A.  Yes.
14     Q.  Take me through that.  When you
15  first get back to New Orleans, how long do
16  you live in the hotel?
17     A.  One night.
18     Q.  After the night in the hotel,
19  where did you live after that?
20     A.  My car.
21     Q.  Why was it that you slept in your
22  car rather than in a hotel room?
23     A.  Well, the situation was,
24  Mr. Haggerty wanted his workforce back.
25  When I came back, his boss said the hotel

Page 69

1     Q.  Had you actually been to your
2  first day of work before Katrina?
3     A.  Yes.
4     Q.  Do you recall when that was?
5     A.  I would have to say probably the
6  second week in August, before the storm.
7     Q.  What was your intent with respect
8  to whether you were going to continue your
9  work with Hyatt or not?  Had you planned to
10  transition solely to working for the City of
11  New Orleans or were you planning to work for
12  both Hyatt and the City of New Orleans?
13     A.  I had planned to work for both
14  Hyatt and the City of New Orleans.
15     Q.  Had you spoken with your
16  supervisor at the Hyatt regarding the fact
17  that you intended to start working two jobs?
18     A.  Had I spoken with my supervisor
19  about that?
20     Q.  Had you spoken with him about
21  that?
22     A.  No.
23     Q.  We'll come back to that.
24     But with respect to your job with
25  the City, how was it that you came back to

Page 71

1  couldn't afford nobody to come back as far
2  as employees.  So Hyatt ruled, or what have
3  you, that I couldn't stay there.
4     I mean, I was still employed with
5  them, but as far as being on the payroll for
6  that moment, I couldn't be.  So that's how I
7  wound up staying in my car.
8     Q.  How long did you have to stay in
9  your car before you found other
10  accommodations?
11     A.  About a week or two.
12     Q.  And how was it that you came to
13  find other accommodations?
14     A.  How was it --
15     Q.  How was it that you came to find
16  another place to stay?
17     A.  Through my job with the City.
18     Q.  As I recall from the records that
19  we have, you were hired on with the City
20  just before Katrina, correct?
21     A.  That's correct.
22     Q.  But they hadn't placed you in a
23  position; is that true?
24     A.  No, I was working in the Civil
25  District Court building.

Page 70

1  work for them after the hurricane?  Did you
2  call your supervisor once you found out you
3  were going to be living in your car to find
4  out if they needed you to work?
5     A.  That's correct.
6     Q.  And who was the person you
7  contacted at the City of New Orleans?
8     A.  Keith Lanier.
9     Q.  Keith --
10     A.  Lanier.
11     Q.  Lanier?
12     A.  Yes.
13     Q.  And what did Keith tell you?
14     A.  I told him I was back in the city
15  and I was staying in my car.  And he was
16  like, "Are you available for work?"
17     And I'm like, "Yeah."
18     He told me to come back to work
19  and I was back to work.
20     Q.  What did the City do for you in
21  terms of finding you a place to stay?
22     A.  They gave me residency on the
23  Carnival cruise ship.
24     Q.  So because you were available to
25  work for the City, they placed you on the

Page 72

18  (Pages 69 to 72)

1   A.  Yes.
2   Q.  The same smell from the time you
3   smelled it in the winter of '06 until the
4   summer of 2008, correct?
5   A.  (Witness nods head affirmatively.)
6   Q.  And the severity of the smell, the
7   amount of the smell that you could perceive,
8   didn't change except for when you deodorized
9   the unit, correct?
10  A.  That's right.
11  Q.  So if you were asked, it was your
12  perception that it wasn't -- the smell
13  wasn't worse at any given point in time from
14  the time you first perceived it until the
15  time you left the trailer, correct?
16  A.  Other than when the stove was on
17  in that particular area.  No, I couldn't say
18  it got worse.  Like I said, I was on top of
19  it.  I mean, it could have been worse, but
20  by me always deodorizing it, I just probably
21  didn't pay attention to it.
22  Q.  But if called upon to testify,
23  your testimony would be that the smell was
24  the same --
25  A.  The same.

Page 133

1   Q.  The same across the top?
2   A.  Yes.
3   MR. D'AMICO:
4       I object to the form of that
5   question.  I don't know that that is what he
6   just said.  But --
7   EXAMINATION BY MR. BONE::
8   Q.  Do you ever recall being asked by
9   FEMA if you had any health problems that you
10  associated with this particular unit?
11  A.  Repeat the question.
12  Q.  Do you ever recall being asked by
13  FEMA if you had any health problems that you
14  associated with this particular unit?
15  A.  By FEMA?  No.
16  Q.  Do you recall being asked by
17  anyone if you had any health problems
18  associated with this particular unit?
19  A.  My mom.
20  Q.  When did that conversation take
21  place?
22  A.  Basically, when I was on the phone
23  talking to her at one time and I was doing a
24  lot of coughing.  I made the mention that I
25  woke up choking, you know, looking for

Page 134

1   water.  I believe I made the comment that I
2   think this trailer has made me sick because
3   I wasn't like this when I was on the cruise
4   ship.
5       She said, "Well, I'm going to call
6   FEMA and have somebody come out.  You think
7   there's a leak going on up in there?"
8       I said, "Not that I know of, I
9   don't smell propane or nothing, I'm just not
10  feeling like I was feeling on the cruise
11  ship."
12  Q.  Explain to me the difference in
13  the way you were feeling from the time -- as
14  compared to the cruise ship, which is why
15  you thought there was some problem with the
16  unit.
17  A.  I mean, I slept comfortably.  I
18  was actually -- what word can I use?  I felt
19  a lot better on the cruise ship than I did
20  in the trailer.  When I got in the trailer,
21  my eyes started getting irritated and I just
22  associated it with my allergies, and I think
23  it was this trailer, but it was just
24  constant.  And the coughing, just a plain
25  old dry cough.  And I started seeing blood

Page 135

1   in my mucus when I expelled, you know.
2   Q.  Uh-huh.
3   A.  And I would wake up with this
4   choking feeling out of my sleep.  And I
5   started keeping water by the bed -- by the
6   sofa, really, I slept on the sofa.
7       It just didn't feel right, I mean,
8   between telling the people about the
9   rainwater and -- I don't know.  It was just
10  aggravating.
11  Q.  Okay.  During that period of time
12  that you were living in this unit, you had
13  health insurance with the City of New
14  Orleans, correct?
15  A.  Yes.
16  Q.  And you also had health insurance
17  with Hyatt still, correct?
18  A.  Yes, for a short period, yes.
19  Q.  So if you needed to go to the
20  doctor, you had insurance to cover your
21  access to care, correct?
22  A.  Yes.
23  Q.  And did you ever seek out medical
24  care for the problems that you're telling us
25  about today?

Page 136

34  (Pages 133 to 136)

1      A.   Yes.  I went to the doctor about
2  my eyes, because I thought I had the pink
3  eye, because I woke up one morning and my
4  eyes was closed.
5          When I went to the doctor, he said
6  it was -- it wasn't pink eye, it was just
7  like a severe allergic reaction.
8          I went to the doctor about my
9  chest being so congested and my coughing so
10 much.  I think they gave me antibiotics.
11 Gave me an inhaler.
12         When I was congested sinus-wise,
13 they gave me Nasonex.  I complained about
14 all of this being swollen -- well, you know,
15 inside, not out, not physically out, but
16 just being swollen, they said it was
17 probably a viral infection or what have you.
18     Q.   Let's talk about that.
19         You said you had some eye issues,
20 some chest congestion, some sinus problems.
21 You said that you had some swelling, you
22 felt, around your throat area.  Was there
23 anything else, any other physical problems
24 that you had while living in this particular
25 unit?

*Page 137*

1      A.   I mean, other than the headaches
2  associated with all the coughing I was
3  doing.
4      Q.   Anything else?
5      A.   Physical problems?  I broke out
6  with a rash a few times.
7      Q.   Anything else?
8      A.   Did you get the blood in my mucus
9  and everything?
10         And I noticed -- well, I noticed
11 my ear ran a lot more.  I mean, it was
12 already a problem, but I only go to the
13 doctor to see them about twice a year, but
14 at that particular time, I had to go, like,
15 three or four times just for cleaning.
16     Q.   Anything else?
17     A.   No.
18     Q.   The eye irritation, chest
19 congestion, the mucus issue, the sinuses and
20 the viral infections and the headaches, did
21 you go to see Dr. Crews and Dr. Fields for
22 that?
23     A.   Yes.
24     Q.   Did you see anyone else for those
25 issues?

*Page 138*

1      MR. D'AMICO:
2          Did you mean to skip some of the
3  things he complained about?
4      MR. BONE:
5          We're going down.
6      MR. D'AMICO:
7          Okay.
8      THE WITNESS:
9          Dr. Fox.  I mean, it's all in one
10 facility.
11         Dr. Reginelli.
12 EXAMINATION BY MR. BONE::
13     Q.   And they are all with Uptown
14 Nephrology?
15     A.   That's correct.
16     Q.   Did you see them for the rashes or
17 did you see somebody else?
18     A.   No, I pretty much did my own thing
19 with the rash, the calamine lotion and
20 stuff.  I pretty much did self-help on them.
21     Q.   The rashes, where were they
22 located?
23     A.   Like on the back of my neck and my
24 elbows.
25     Q.   How often did you have a rash?

*Page 139*

1      A.   It would be -- it lingered.  I
2  mean, it would be real bad at one time, and
3  it would be like it was going away, but it
4  always had little fine bumps.  But it would
5  stay with me.
6      Q.   I think you said you had used
7  calamine lotion on it?
8      A.   Yeah.  The stuff in that pink
9  bottle or something, yes.
10     Q.   Okay.  Did that resolve the issue
11 for you?
12     A.   The itching part, yeah.  The rash
13 itself pretty much stayed, but the itching
14 was resolved.
15     Q.   When you were in the clinic with
16 the folks from Uptown Nephrology, did you
17 ever mention that you had rashes on the back
18 of your neck and your elbows?
19     A.   No, I didn't mention it.
20     Q.   Is there any reason why you didn't
21 bring this to the attention of the doctors
22 if you were in their office anyway?
23     A.   No.  Like I say, I was putting
24 calamine lotion on it, so --
25     Q.   So, to your knowledge, no doctor

*Page 140*

35 (Pages 137 to 140)

1  to anyone else, I don't think.
2      Q.  You mentioned the trailer, the
3  move-in inspection, that you thought the
4  gentleman who walked around the trailer with
5  you had a Shaw helmet on, right?
6      A.  He pretty much did all the walking
7  himself.  I mean, pretty much everything
8  was, like, done when I met him.  But he
9  just, like, showed me down the side of the
10  trailer.  Just looked at.
11          When we went inside, he showed me
12  everything was working.
13      Q.  Have you ever spoken to anybody
14  else that you thought was employed by Shaw?
15      A.  About the trailer itself, other
16  than the maintenance people?  I mean --
17      Q.  Were there any maintenance people
18  who you thought were employed by Shaw that
19  you were speaking with?
20      A.  Is FEMA and Shaw the same thing or
21  is that different companies or what?  I
22  mean, I don't know --
23      Q.  That's part of why I'm asking.
24  You don't know whether any individual was
25  working for FEMA or Shaw or somebody else,

1  started living in the unit in March of '06
2  and you moved out in July of '08; is that
3  correct?
4      A.  Yes.
5      Q.  You lived in the trailer the
6  entire time?
7      A.  Yes, I did.
8      Q.  And you moved directly from the
9  cruise ship to the travel trailer; is that
10  correct?
11      A.  Yes.
12      Q.  Did you evacuate before Hurricane
13  Katrina?
14      A.  Evacuate before?  No.
15      Q.  Evacuate New Orleans before the
16  hurricane?
17      A.  No.
18      Q.  You stayed in New Orleans during
19  Hurricane Katrina?
20      A.  Yes.
21      Q.  But your mother evacuated?  Did
22  your mother evacuate?
23      A.  Before?
24      Q.  Before.
25      A.  No.

1  right?
2      A.  No, I don't.  I don't.
3      Q.  Okay.  When did you first notice
4  blood in your mucus?
5      A.  In '06.  '06.
6      Q.  About when in '06?  Still
7  summertime or was it starting to get cold?
8      A.  Probably during the summertime
9  because it was hot.  It was hot at the time.
10  So the summer of '06.
11      Q.  Have you ever been arrested or
12  convicted of anything, Mr. Wright?
13      A.  No.
14      MR. KURTZ:
15          I think that's all I have.  Thank
16  you.
17  EXAMINATION BY MS. GREIF:
18      Q.  Mr. Wright, my name is Michelle
19  Greif.  I represent the United States in
20  this action.  I just have some questions for
21  you.  It shouldn't take long at this point.
22      A.  Okay.
23      Q.  I think you have been asked most
24  questions.
25          Just so I'm clear here, you

1      Q.  She stayed also?
2      A.  She stayed also.
3      Q.  At what point did she leave?
4      A.  After the storm had hit.  Like two
5  days after the storm had hit.
6      Q.  Okay.  At some point you went to
7  Houston, too, I think.  I think you had
8  testified earlier between Hurricane Katrina
9  and then October, the beginning of October,
10  you were in Houston and then you came back
11  to New Orleans?
12      A.  In October I came back to New
13  Orleans, yes.  Roughly October, late
14  September.  Right after Rita.
15      Q.  And why did you come back to New
16  Orleans?
17      A.  I mean, it's my home.  I wanted to
18  be part of the rebuilding process.  I mean,
19  I was more stable here.  I had a job here
20  and my job wanted me back and I wanted to
21  come back and I came back.
22      Q.  Let's mark this as an exhibit.
23  It's a form called an SF 95 that you filled
24  out.  Will you just take a look at it and
25  review it?  It's three pages.  Can you just

1  SF 95 form. You signed it on April 2, 2008?
2      A. Yes.
3      Q. That was the date that someone
4  from Schmidt's firm came to your trailer?
5      A. Yes.
6      Q. On this Form 12A, it says,
7  "Property Damage"--
8      A. Yes.
9      Q. And it says, is that $100,000?
10     A. Yes.
11     Q. What's the basis of that $100,000?
12 That means you are seeking $100,000 in
13 property damage, is that correct?
14     A. Yes.
15     (Off the record discussion.)
16 EXAMINATION BY MS. GREIF:
17     Q. My question, what does that
18 $100,000 that you're seeking in property
19 damage represent?
20     MR. AHLQUIST:
21     I'm going to object in that it
22 asks for a legal foundation.
23 EXAMINATION BY MS. GREIF:
24     Q. Well, in this form, you wrote
25 down -- it says in here that you are seeking

Page 305

1  $100,000 in property damage; is that
2  correct?
3      A. I didn't write the $100,000.
4      Q. You didn't write that?
5      A. No. I didn't write that.
6      Q. My question is, are you seeking
7  $100,000 in property damage from the United
8  States in this litigation?
9      A. I'm seeking as much as I can
10 possibly get.
11     Q. What property damage have you
12 sustained as a result of the allegations
13 that you're making in this claim?
14     MR. AHLQUIST:
15     I'm going to reassert my objection
16 as far as vested property interest. As we
17 have voiced in several pleadings, this is a
18 vested property right that has yet to be
19 decided by the Court. You can continue to
20 ask and I will continue to object.
21 EXAMINATION BY MS. GREIF:
22     Q. Okay. You can answer.
23     A. I can't answer that question.
24     Q. And then in 12B, it says "Personal
25 Injury, $200,000."

Page 306

1      A. When the guy wrote that, he was,
2  like, that was because of the formaldehyde
3  exposure from staying in the trailer.
4  That's what that number would be for.
5      Q. Okay. And what personal injuries
6  have you sustained in this litigation? What
7  personal injuries have you sustained in this
8  litigation that you are seeking compensation
9  for?
10     A. My main thing is the blood that
11 comes out of my sinuses, you know, when I
12 expel mucus. That's my main one because I
13 don't know what is keeping that going on.
14     I mean, it's just progressively
15 getting -- I wasn't going to say getting
16 worse, but it got noticeably bad in the
17 trailer.
18     I mean, I wasn't sick before I got
19 into that trailer. I mean, my eyes wasn't
20 always irritated, waking up with mucus in
21 them and all that, going to the doctor,
22 trying to get treatment because I'm thinking
23 something is seriously wrong, but it's just
24 an irritation. And the coughing that gave
25 me headaches and things like that.

Page 307

1      Q. Okay. So you're seeking
2  compensation for the blood in your mucus?
3      A. Uh-huh.
4      Q. For irritated eyes, for coughing
5  and what else?
6      MR. AHLQUIST:
7      I'm going to object also in that
8  we spent an hour and a half plus talking
9  about his physical impairments from
10 formaldehyde. I think it's safe to assume
11 that all of those are factors that he will
12 be seeking compensation for.
13 EXAMINATION BY MS. GREIF:
14     Q. Okay. Do you have any other
15 symptoms that you can --
16     A. I mean, from having skin rashes
17 and stuff like that. Because of this, I
18 found out that I have asthma, some form,
19 which I never was diagnosed with before.
20     Q. Are you done?
21     A. The long-term effects of
22 formaldehyde, period. I mean, I'm not a
23 chemist, but, I mean, how much formaldehyde
24 is too much and how much did I inhale over
25 two years staying there.

Page 308

77 (Pages 305 to 308)