# Transcript of the Testimony of
# Videotaped Deposition of Kenneth B. Smith, M.D.

Date taken: December 4, 2009

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped Deposition of Kenneth B. Smith, M.D.

---

**Page 1**

```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER        MDL NO. 1873
FORMALDEHYDE PRODUCTS       SECTION "N"(4)
LIABILITY LITIGATION        JUDGE ENGELHARDT

This document relates to: Lyndon T. Wright
              v. Forest River, Inc., et al
              Docket No. 09-2977
                   * * *
         Videotaped Deposition of KENNETH
B. SMITH, M.D., 4200 Houma Boulevard,
Respiratory Care Department, Metairie,
Louisiana 70006, taken at the offices of
Gieger, Laborde & Laperouse, L.L.C., One
Shell Square, 701 Poydras Street, Suite
4800, New Orleans, Louisiana 70139, on
Friday, the 4th day of December, 2009.

REPORTED BY:
     JAMES T. BRADLE, CCR
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255
VIDEOGRAPHER:
     BRIAN SOILEAU
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255
```

---

**Page 2**

APPEARANCES:

THE LAW OFFICES OF FRANK J. D'AMICO, JR.
(BY: FRANK J. D'AMICO, JR., ESQUIRE)
622 BARONNE STREET
NEW ORLEANS, LOUISIANA 70113

REICH & BINSTOCK
(BY: DENNIS C. REICH, ESQUIRE)
4265 SAN FELIPE, SUITE 1000
HOUSTON, TEXAS 77027

    ATTORNEYS FOR THE PLAINTIFFS

U.S. DEPARTMENT OF JUSTICE
(BY: JONATHAN R. WALDRON, ESQUIRE - VIA TELEPHONE)
CIVIL DIVISION, ENVIRONMENTAL TORTS SECTION
1331 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20004

    ATTORNEYS FOR DEFENDANT, UNITED STATES OF AMERICA

BAKER DONELSON
(BY: KAREN KALER WHITFIELD, ESQUIRE)
201 ST. CHARLES AVENUE, SUITE 3600
NEW ORLEANS, LOUISIANA 70170

    ATTORNEYS FOR DEFENDANTS, CH2M HILL CONSTRUCTORS, INC. AND SHAW ENVIRONMENTAL, INC.

GIEGER, LABORDE & LAPEROUSE, LLC
(BY: ERNEST P. GIEGER, JR., ESQUIRE
JASON D. BONE, ESQUIRE AND
CARSON W. STRICKLAND, ESQUIRE)
701 POYDRAS STREET
SUITE 4800
NEW ORLEANS, LOUISIANA 70139

    ATTORNEYS FOR DEFENDANT, FOREST RIVER, INC.

---

**Page 3**

APPEARANCES CONTINUED:

WILLINGHAM, FULTZ & COUGILL
(BY: THOMAS L. COUGILL, ESQUIRE - VIA TELEPHONE)
NIELS ESPERSON BUILDING
808 TRAVIS, SUITE 1608
HOUSTON, TEXAS 77002

    ATTORNEYS FOR DEFENDANTS, JAYCO, INC. AND STARCRAFT RV, INC.

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
(BY: KRISTOPHER M. REDMANN, ESQUIRE - VIA TELEPHONE)
601 POYDRAS STREET, SUITE 2775
NEW ORLEANS, LOUISIANA 70130

    ATTORNEYS FOR DEFENDANT, LIBERTY MUTUAL INSURANCE CORPORATION

MIDDLEBERG, RIDDLE & GIANNA
(BY: TANYA HENKELS FIELDS, ESQUIRE - VIA TELEPHONE)
717 NORTH HARWOOD, SUITE 2400
DALLAS, TEXAS 75201

    ATTORNEYS FOR FLUOR ENTERPRISES, INC.

    \* \* \*

    EXAMINATION INDEX
                    Page
EXAMINATION BY MR. D'AMICO ............7

---

**Page 4**

    \* \* \*

    INDEX OF EXHIBITS
                Page

Exhibit No. 1 .......................8
Notice of Videotaped Deposition of Dr. Kenneth Smith

Exhibit No. 2 .......................79
Report by Kenneth B. Smith, M.D. to Ernest P. Gieger, Jr., dated November 1, 2009, with various other documents (LTW-EXP07-000292 through 000334)

Exhibit No. 3 .......................121
Memorial Medical Center Radiology Consultation Report dated 5-2-02

Exhibit No. 4 .......................122
Touro Imaging Center Final Report by John P. Hamide, M.D., dated July 22, 2009 (LWFR-EXP14-000037)

Exhibit No. 5 .......................127
Group of various documents produced at the deposition

---

PROFESSIONAL SHORTHAND REPORTERS, INC    (800) 536-5255        (504) 529-5255
New Orleans * Baton Rouge * Shreveport

Case 2:07-md-01873-KDE-MBN   Document 11824-13   Filed 02/19/10   Page 3 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped Deposition of Kenneth B. Smith, M.D.

**Page 109**

1 worse while living in the travel trailer.
2   Q   Let's talk about that, because I
3 found that interesting. I have obviously
4 looked at the medical records as well. Can
5 you point to me anywhere in the medical
6 records where a diagnosis of asthma
7 preexisted his stay in the travel trailer?
8   A   No. Now --
9   Q   Okay. Does that explain why he
10 was surprised to hear it from you?
11   MR. GIEGER:
12       I object to the form of the
13 question. I don't know how -- That would be
14 pure speculation on his part.
15 EXAMINATION BY MR. D'AMICO:
16   Q   Well, in fact, he did tell you
17 that he had never known that before?
18   A   That's correct. He told me he was
19 surprised that he had asthma, that he had a
20 positive test, and probably said something
21 to the effect that he had never been told
22 that before. Whether or not that's true, I
23 don't know. But I couldn't find anything in
24 the medical record where he was told that he
25 had asthma.

**Page 110**

1   Q   And that's where I'm getting at.
2 You didn't find in the medical records where
3 a diagnosis of asthma had been made
4 pre-living in the travel trailer?
5   A   Not the diagnosis, that's correct.
6   Q   Okay. And so if he told you that
7 he had never been told that before, you were
8 not able to find any evidence of it in the
9 medical records?
10   A   Any evidence that he had been told
11 that?
12   Q   Yes.
13   A   That's correct.
14   Q   So that would support at least
15 from an objective point of view from the
16 medical records that nobody had told him
17 that before?
18   A   That's correct.
19   Q   Okay. Continue, please.
20   A   No. 3, other diagnoses include
21 congenital hearing loss, mild thoracic
22 scoliosis and mild hypertension, which
23 appears to be well controlled on Ramipril.
24   Q   Okay. In looking at your opinions
25 that you have expressed in your November

**Page 111**

1 1st, 2009 letter report to Mr. Gieger, it
2 appears that items 1 and 2 are contained in
3 your impressions in this history and
4 physical?
5   MR. GIEGER:
6       Object to the form of the
7 question.
8   MR. D'AMICO:
9       Well, okay. I will rephrase the
10 question. Thank you, Ernie.
11   MR. GIEGER:
12       Thank you.
13   MR. D'AMICO:
14       Sustained.
15 EXAMINATION BY MR. D'AMICO:
16   Q   Let's see. Your first opinion,
17 let's just read it into the record.
18   A   Sure.
19   Q   You believe the evidence in this
20 case supports the following conclusions.
21   A   No. 1, that Mr. Wright had
22 rhinitis, conjunctivitis and headaches
23 possibly on the basis of an exposure to an
24 irritating substance while living in the
25 FEMA-provided travel trailer from March of

**Page 112**

1 2006 until July of 2008. These symptoms
2 have resolved since moving out of the
3 trailer in July of 2008 and have not
4 recurred.
5   Q   Let's stop there. Is that opinion
6 contained in your history and physical as
7 you just read to us?
8   A   Yes.
9   Q   History, physical and impressions
10 that you just read to us previously?
11   A   Yes.
12   Q   "Yes." Okay. Continue, please.
13   A   Let's see. Review of the medical
14 records demonstrates that he was treated for
15 and improved on treatment for bacterial
16 conjunctivitis in May of 2006.
17   Q   Okay. And you testified earlier
18 that he gave you a history of that and you
19 found proof of it in the medical records?
20   A   Right. He said he thought he had
21 pink eye and thought the physician said he
22 thought he had allergic conjunctivitis.
23   Q   Conjunctivitis, right.
24   A   Right.
25   Q   But, in fact, the medical records,