EXHIBIT 6
MANUFACTURED HOME

# 1. INSTALLATION SPECIFICATIONS

## 1.1   General

This specification establishes the minimum requirements for the transportation and installation of manufactured homes (MHs) to support FEMA disaster operations.  The minimum requirements may be changed by FEMA to address the needs of the current mission.  Specifically included are the Contractors' responsibilities for the permitting, transportation, labor, and materials to accomplish the following tasks:

### 1.1.1

The units will be picked up from the closest appropriate designated staging area or location and delivered to the installation site identified by FEMA.  The unit must be picked up by the close of business of the next work day from the date of the the of the work order.

Site preparation includes state and local permitting requirements, and readying the site for foundation piers and anchoring systems. Also included are locating and exposing water, sewer, electrical, and natural or LP gas lines and connections whereby they can be hooked up and made serviceable for the MHs. *State and local permits shall be properly applied and obtained within 3 working days of Work Order issuance.*

### 1.1.2

Unit installation includes placement of manufactured homes on the designated lots, installing foundation piers, anchoring the units, and hooking up the utilities. Also, an air conditioning system must be installed, the units winterized and skirted, and steps or handicap ramps, as specified.  Inside the units, furniture and appliances shall be unpacked, set-up and made ready for use.  Units will be cleaned and inspected by the Contractor to ensure occupancy readiness. Contract performance will be determined by a final acceptance inspection of each unit by FEMA. *Installations shall be complete within 5 calendar days of receipt of state and / or local permits.*

## 1.2   Technical Specifications

This addresses the technical requirements that govern the transport and installation of manufactured homes.  Technical specifications include the "Manufacturer's Installation Guidelines", "FEMA Guidelines", and "State and Local Codes and Regulations".  As a rule of thumb, if the State and Local entities have no problems with the following, contractors will utilize the manufacturer's guidance to preclude the potential void of the unit manufacturer's guarantees and/or warranties. *The Contractor is responsible for notifying the FEMA Contracting Officer's Technical Representative (COTR) of any conflict between the various technical requirements and request appropriate direction.*

## 1.3   Site Preparation

Site preparation is limited to the work required to ready the individual lots for installation of the manufactured homes. MH pads may be located on private, group or commercial MH

Exhibit 6– Page 1 of 10

EXHIBIT
"B"

CONFIDENTIAL

SHAW 000469

EXHIBIT 6
MANUFACTURED HOME

Park sites. Commercial and group sites rarely present any logistical problems for
placement and set-up as they are constructed for this purpose.    Prior to approval of
private sites, a close inspection of each one is required. *First, reassure that the site is not
located in a floodplain (A or V zoned). Also, ascertain that the site has developed
roadways and is accessible with no obstructions or debris hampering the placement or
positioning of the unit on the proposed site.* The utilities located on each lot should have
plumbing risers and electrical distribution boxes etc. ready for unit hook-up or points
(within a reasonable distance) on the primary utility systems that can be readily tapped and
extended to the unit's utility connecting points.

### 1.4   Site Inspection

The unit must be installed as identified by the site inspections.  The site inspection will
provide a layout of installation areas to include site locations and areas for the placement
of each manufactured home. The contractor is responsible for verifying the layout prior to
unit placement.  Distance between units and overall positioning will be in accordance with
local setback, fire and other installation codes.  Directions and plat details may be provided
by FEMA as available to the contractor as required for planning of site preparation and set-
up of the manufactured homes.  FEMA will also identify any special requirements (e.g.,
handicap ramps, and handicap modifications) for specific lots.  The contractor is
responsible for coordination with local code authorities to determine and ensure that
specific installation code requirements are met.

### 1.5   Licensed Technicians

The contractor must be, or have employed, registered/licensed technicians (plumbers,
electricians' etc.) to conform to State and local requirements for installing and/or hooking
up systems or repairing defects involving their particular trade.  It is the contractor's
responsibility to obtain all proper licenses and permits to set-up the units.

### 1.6   Materials & Supplies

The contractor is responsible for supplying all materials and supplies needed to perform
the assigned tasks and make the MHs ready for occupancy (RFO).   The exceptions are the
unit's furnishing, appliances, water heater, furnace, A/C and other items that are provided
with the unit.

## 2.  Base Items

The installation of the manufactured home consists of items as necessary.

### 2.1   Codes, Regulations and Standards

Work performed under the contract shall be in accordance with applicable Federal, State
and local codes and regulations.  The contractor for installation of manufactured homes
will follow the manufacturer's installation instructions and guidelines unless overridden by
a State or local code.  As a supplement to the manufacturer's guidance, the American
National Standard for Manufactured Home Installations (NCSBCS/ANSI A225.1)
provides additional installation details and standards and shall be followed for work not
covered by the manufacturer or FEMA specifications. Precedent for applying codes and

Exhibit 6– Page 2 of 10

CONFIDENTIAL

SHAW 000470

EXHIBIT 6
MANUFACTURED HOME

regulations are HUD and federal requirements first, State and local second, manufacturers third, and NCSBCS/ANSI A 225.1, last.

## 2.2  Lot Preparations

All trenches shall be backfilled in accordance with applicable codes.  All wood used on site (blocking, steps, ramps, etc.) shall be exterior grade lumber or construction grade lumber. All lumber must be treated.

## 2.3  Transport

The manufactured home shall be properly placed, positioned and aligned on the site as laid out and staked by the Site Inspector.  If the unit is improperly positioned, the Contractor must reposition the unit by the end of the day following delivery to site.  If this is not accomplished as stated, FEMA reserves the rights to reassign the unit to another set-up contractor or have the unit repositioned by another party and back charge the original contractor the cost of the repositioning.  The towing operator must be properly licensed and insured to protect the Government's interest.

## 2.4  Manufactured Home Set-Up

### 2.4.1  Blocking and Leveling

Manufactured home piers shall be installed in accordance with the manufacturer's installation instructions and based on the soil bearing capacity of 1000 psf.  *The number and location of piers shall be in accordance with HUD and the manufacturer's instructions unless local codes provide for differing specifications.  If the piers are not vertical at the time of final inspection, they shall be removed and reinstalled by the Contractor at no additional cost.*  The Contractor will be responsible for all necessary re-leveling and re-blocking of the manufactured home for a period of 90 days after final inspection

### 2.4.2  Anchor and Strap (Tie-Downs)

Anchoring and strapping for tie-down of manufactured homes shall be based on the wind zone III and the soil bearing capacity of 1000 psf.  *The units will be anchored to resist floatation, collapse, and lateral movement.*  The HUD Part 3280 Manufactured Home Construction and Safety Standards determine the wind zone.  The manufacturer's installation instructions will be followed in determining the location and number of unit tie-down connecting points and method of securing the anchors.  *The Contractor is responsible for determining the specific type anchors to be used and the method of securing the anchors based on the anchor manufacturer's instructions and local soil conditions.*  The Contractor will determine soil conditions pertinent to anchor pullout resistance through contact with local building officials, soils engineers or other methods acceptable to local authorities.

Exhibit 6– Page 3 of 10

CONFIDENTIAL

SHAW 000471

EXHIBIT 6
MANUFACTURED HOME

### 2.4.3   Sewer Line Installation to Manufactured Home

The Contractor shall run necessary sewer line and sewer riser from the sewer tap (at City sewer line, house lateral or septic tank) to the manufactured home.  At sites with sewer riser already installed, the Contractor will make the connection between the manufactured home connecting point and the riser. If a sewer riser is not in place, the Contractor will make an appropriate sewer tap on the sewer collection line and install the necessary piping and riser connection.

A clean-out fitting will be installed in an accessible location to facilitate snaking-out a clogged up line from the connection point, through the riser and into the main or service line.  The pipefitting that attaches the sewer connection to the drain outlet of the manufactured home shall be threaded and screwed or installed with a removable adapter for the drain outlet.

The line shall be of the shortest practical length and include a clean-out wye.  The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no additional cost.

All sewer piping and installation shall be installed in accordance and compliance with State and local codes and the Uniform Plumbing Code.  This also includes placement in a trench separate from the water line and at a distance from the water line, burial below the surface of ground, and securing the installation to reduce deflections.  *Backfill material will be free of rocks and other debris and will include a bed of compacted sand six inches (6") above and six inches (6") below the sewer line.*  If the manufactured home has multiple sewer drop points, they will be interconnected to a single unit drop point.

### 2.4.4   Water Line Installation to Manufactured Home

The Contractor shall extend water service from the supply source (City main, house service line or well, etc.), to the manufactured home pad.  At sites with water service riser already installed, the Contractor will make the connection between the manufactured home connecting point and the riser. If the water service riser is not in place, the Contractor will make an appropriate tap on the water service line and install the necessary piping and riser connection

Service line is to be laid a minimum of six inches (6") below the frost line and not less than twenty-four inches (24") below the surface of the ground with a three-quarter inch (3/4") shut-off valve installed in the water line, or three-quarter inch (3/4") shut-off valve with pet-cock must be installed in the water line.  The service line must be placed in a trench separate from the sewer line and at a distance that is in compliance with State and local codes.

A cut-off valve and a hose bibb with anti-siphon valve shall be located adjacent to the unit connecting point (must be in convenient location to facilitate shut-off of water to unit and make a watering hose connection).

Exhibit 6– Page 4 of 10

CONFIDENTIAL

SHAW 000472

EXHIBIT 6
MANUFACTURED HOME

The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost. A back flow preventer valve will be properly installed. Backfill materials shall be free of rocks and other debris and shall include a bed of compacted sand six inches (6") above and below the water line

Where local water pressure is in excess of the manufacturer's recommended maximum psi the contractor shall install an approved water pressure-reducing device to safeguard the unit's plumbing system.

All service line beneath the manufactured home shall be installed clear of the ground, made with the minimum number of joints, be of the shortest practical length, and be supported by metal straps at four foot (4') intervals (maximum).

All water piping and installation, which includes the water line and any required pressure reducing device, shall be installed in accordance with local codes and the Uniform Plumbing Code. Where pavement must be removed and replaced, the Contractor shall contact the FEMA COTR for instructions.

## 2.4.5   Direct Wiring of Manufactured Home

At sites with electrical service drop (meter box or other service connection point) already installed, the Contractor shall provide underground service (in compliance with all codes and regulations) from the electrical assembly to the manufactured home interior electrical distribution panel or manufactured home junction box.

All electrical service to include entrance cables shall be in accordance with the National Electrical Code (NEC) and State and Local requirements. The service must have an underground rating of 200 AMPS. Direct burial cable is to be buried at least twenty-four inches (24") below the grade. (Note: This includes the A/C breaker and burial cable) All service entrance cable, which cannot be buried twenty-four inches (24") below ground, shall be encased in rigid or intermediate metal conduit. The conduit shall be securely attached to the electrical boxes in accordance with accepted methods and standards. Sweeps shall be used at the manufactured home junction box and meter loop assembly. If an electrical service drop is not in place, the Contractor shall install an electrical assembly for utility company connection. The AC hook-up is included in the set-up.

The air conditioner hook-up will be in accordance with the manufacturer specifications and installed by a certified heating and cooling technician. The AC unit must be within an eye's view of the A/C electrical breaker. The contractor will be required to get the appropriate permits and meet all local codes and ordinances pertaining to the installation of the A/C unit. The A/C electrical installation with includes burial cable and 30 Amp breakers (switch) are part of the installation. The installation contractor is responsible for supplying all the appropriate materials for this installation, with exception to the A/C unit. The A/C unit is provided with the unit.

Exhibit 6– Page 5 of 10

CONFIDENTIAL

SHAW 000473

EXHIBIT 6
MANUFACTURED HOME

## 2.4.6   Steps

The Contractor shall install steps at each manufactured home entrance in accordance with local codes.  As a minimum, steps will be constructed of wood or metal.  The steps must be forty-eight inches (48") wide between the two (2) sanded and painted with one coat of white paint handrails.  The top step shall be constructed with a level platform such that the platform is centered on the door of principal entry into the manufactured home and flush with the doorsill.  The handrails shall be constructed with 2" x 4" safety edge lumber shall be provided on all steps.  All material requirements shall be in accordance with the applicable guidelines.  Steps shall have a stable foundation, be level in both directions and anchored. The platform shall have a non-skid surface using materials that are State and Industrial approved (sand added to paint is unacceptable). Other materials for steps that are approved by the state and local code enforcement jurisdiction may be substituted with the COTR's approval.

## 2.4.7   Making the Manufactured Home Ready for Occupancy

a)  Assemble Accessories and Arrange for Use:
1) Arrange all furniture for occupancy;
2) Clean and mount storm window panels;
3) Install drawers;
4) Remove window clips; travel blocking and protective taping;
5) Hang fire extinguisher (report low charge to FEMA inspector);
6) Mount exterior light fixtures, and install bulbs;
7) Install interior light globes and covers;
8) Install unmounted screens;
9) Re-install any fallen curtains;
10) Install cabinet door panels and other knockout panels;
11) Install commode tank lid; and
12) Repair, if necessary, cabinet/door/drawer hardware.

b)  Activate Utility Systems and Make Minor Repairs: (All parts changed must be of same quality.)
1) Test water system and make minor repairs (i.e., tighten, adjust, or replace fittings, flare nuts, faucet washers, ball cocks, shower diverters, faucet sets, etc.);
2) Verify hot/cold water lines, reverse if required;
3) Tighten or replace loose drain line connections (traps, strainer assemblies, etc.);
4) Replace commode wax ring and tank gaskets, as needed;
5) Tighten loose connections in electrical system; and
6) Test electrical circuits and replace bulbs, breakers, switches, or receptacles, as needed.

c)  Test Appliances and Appurtenances:
1) Activate, test and make any necessary minor repairs to the refrigerator, range, furnace, air conditioner, and water heater for proper operations.  Adjust pilots and burners, change orifices, water heater elements, etc., as needed;
2) Test smoke detectors and replace if faulty.  Smoke detector provided by FEMA upon receipt of damaged one; and
3) Test exhaust fans for proper operation, repair as needed.

Exhibit 6– Page 6 of 10

CONFIDENTIAL

SHAW 000474

EXHIBIT 6
MANUFACTURED HOME

d) Final Clean-Up and Readiness:

    1) Clean floors, counters, kitchen equipment, bath fixtures, and windows as needed;

    2) Perform any other minor work required to prepare the unit for occupancy (i.e., door adjustments, refasten moulding and panels, etc.);

    3) Remove unit packing debris and excess set-up material from premises and dispose of properly; and

    4) Report major discrepancies or missing items to FEMA inspector.

## 2.5   Municipal Sewer Tap-Install sewer tap

If a municipal sewer tap is required, the Contractor shall excavate, install the tap, and connect to the sewer line from the manufactured home and backfill, according to local requirements. The sewer tap shall be made in accordance with local regulations regarding sewer tap installations. The sewer tap shall utilize a device such as a saddle. A connection of one pipe into another and projecting beyond inner wall is prohibited due to the resulting restriction to free flow. All piping shall be connected to assure free flow. If required by local regulations, the trench shall not be backfilled until the sewer tap has been inspected and approved by the sewer authority. In the event the governing entity has a predetermined fee for sewer taps, such fee shall be paid by the Contractor and reimbursed at actual expense (individual receipt required). In the event the governing entity makes the tap at no cost; the Contractor shall not be paid for this line item. Where pavement must be removed and replaced, the Contractor shall contact the FEMA COTR for instructions.

## 2.6   Municipal Water Tap-Install Water Tap

If a municipal water tap is required, the Contractor shall excavate, install the tap, and connect to the water line from the manufactured home and backfill, according to local requirements. The installation of the water tap (if required) will be accomplished in conjunction with, and according to the regulations of the local Water Company. If required by local regulations, the trench shall not be backfilled until the water tap has been inspected and approved by the water department. In the event the governing entity has a predetermined fee for water taps, such a fee shall be paid by the Contractor and reimbursed at actual expense (receipt required). In the event the governing entity makes the tap at no cost; the Contractor shall not be paid for this line item.

## 2.7   Electric Assembly for Manufactured Homes

Furnish and install manufactured home electric power pole and meter loop 200 AMP.

The Contractor shall install an overhead electric assembly. The assembly shall be 200 AMP (120/240-volt service) with a weatherproof, rain-tight meter box containing a 200 AMP circuit breaker. All components shall be installed in accordance with the National Electric Code (NEC). All conduit connections on the meter pole must be watertight. Pole shall have a minimum top diameter of six inches (6") and meet all code requirements.

Exhibit 6– Page 7 of 10

CONFIDENTIAL

SHAW 000475

EXHIBIT 6
MANUFACTURED HOME

## 2.8   Winterized Water Line Installation-Winterized water lines

When specified, the Contractor shall install freeze protection heating tapes and insulation to water supply piping and shut-off valves to prevent freeze-up of the system (piping exterior of the manufactured home).  Minimum requirements include:

a) The heat cable shall be UL listed Commercial Pipe Heating Cable and be rated at a minimum of 3 watts per foot at 120 volts and have provisions for grounding.  The heat cable shall be of a type that will not damage PVC or other non-metallic water pipe under the heat cable installation procedures required therein.

b) The heat cable shall be installed in compliance with the cable manufacturer's instructions and securely fastened to the unit water pipe at a point that is above grade and installed approximately eighteen inches (18") down the riser pipe and then wrapped up the riser into the manufactured home water heater compartment for a minimum of two inches (2").  The heat cable shall be applied to the outside of the bend at elbows and securely fastened with tape.  Wrapping of the water line with the heat cable shall be 3 turns per linear foot (1 wrap every 4 inches). Cable shall be fastened every twelve inches (12") with tape to the riser

c) Preformed insulation and weatherproof covering shall be placed on the pipe and fastened with a continuous strap of weather resistant tape.  The insulation, covering and tape shall extend into the water riser sleeve and water heater compartment approximately 12 inches (12") with the sealed end of the heat cable covered.  Riser shall be filled an appropriate insulation and top of riser shall be sealed with an appropriate cover.

## 2.9   Direct Wiring of Well Pump.

Direct wiring to well pump must be buried and installed in accordance with State and local codes.  All cable less than 24" below grade shall be encased in approved metal conduit; all sweeps shall used at the points where the buried cable makes a 90-degree turn toward the meter loop assembly and well pump.  Must meet NEC requirements

## 2.10   Wiring 30 AMP Well Pump Switch.

A 30 Amp weatherproof over current protective and disconnect device for the well pump shall be installed at the electric service entrance. Must meet NEC requirements

## 2.11   Manufactured Home Ramp

The Contractor shall prepare the grade and construct a wooden ramp with level platform, such that the platform is centered on the door of principal entry into the manufactured home and flush with the doorsill.  Contractor shall coordinate ramp design with local authorities to ensure compliance with the current American Disability Act, and State, and local requirements as well as the safety of the occupant.  If there are required changes the contractor needs to inform FEMA in writing for approval.   The contractor shall provide all supplies and materials.

Exhibit 6– Page 8 of 10

CONFIDENTIAL

SHAW 000476

EXHIBIT 6
MANUFACTURED HOME

All wood shall be treated, exterior grade framing lumber and shall be used throughout,
except for the platform and runway surface, which shall be exterior plywood.  The handrail
shall be 2" x 4" safety-edge lumber, sanded and painted with one coat of white paint.
Nails shall be coated and sized consistent with industry standards.

The overall length of the ramp and platform shall be fixed by the height above the grade of
the manufactured home sill and the distance to either a point abreast of the unit, or to a
suitable, firm surface, approach to the ramp.  The ramp pitch shall be one-inch (1") slope
for each twelve inches (12") in length (maximum).  The platform must allow for a turning
radius of 36 inches (T-shape space) within a 60 inch by 60 inch square.

The ramp shall be firmly supported on grade, with mud seals added where necessary
because of soil conditions.  The ramp and the platform shall have a non-skid surface using
materials that are Industrial approved (sand added to paint is unacceptable).

## 2.12 Install Complete Petroleum (LP) Gas System

### 2.12.1 Install LP gas system

The Contractor shall have installed a complete LP gas system.  The installation must be
made so that convenient recovery of the tank is possible.  The installation shall be in
accordance with State and local codes. .

The terms shall include the contractor securing a one-year rental of a minimum 100-gallon
tank and 100 gallons of gas at time of installation.

The entire system must be checked for leaks and repaired if any are found.  The furnace
orifice shall be converted to LP gas if necessary, pilot lit, unit cycled, and adjustments
made.

## 2.13 Natural Gas Connections

a) Furnish and install natural gas hook-up from existing riser to manufactured home
b) Furnish and install underground gas line extension and riser from gas meter

The Contractor shall furnish and install natural gas service to the manufactured home.
Connection shall be from the natural gas inlet on the manufactured home to the natural gas
riser and/or extension (underground) from gas meter terminating with a riser in accordance
with these specifications, State and local regulations.

The supply connection shall be as required by State and local codes.

As necessitated, extend main gas line from gas meter with approved pipe, underground, to
terminate in a riser eighteen inches (18") to twenty-four inches (24") from side wall of pipe
from the exterior wall gas inlet of the unit to the natural gas riser.  The gas line shall be
tested and accepted in accordance with local regulations.  Pressure shall not be less that six
inches (6") mercury column or 3-psi for 10 minutes without any drop.  The pilot shall be

Exhibit 6– Page 9 of 10

CONFIDENTIAL

SHAW 000477

EXHIBIT 6
MANUFACTURED HOME

lit, unit cycled, and any adjustments made. Minor repairs to the furnace may be required and will be the responsibility of the Contractor.

## 2.14   Skirting-Furnish and install skirting

The Contractor shall furnish and install matching vinyl skirting on entire perimeter of manufactured home in accordance with manufacturer's recommendations and normal standards of industry. Material shall be self-ventilating and have a top rail to conceal top fasteners. An access panel or equivalent shall be provided adjacent to the manufactured home water inlet location. The skirting shall be securely fastened to the manufactured home and ground using accepted fastening methods. The contractor must supply all materials.

## 2.15   Handicap Modifications for handicap accessibility

As identified by FEMA the contractor may have to perform modifications a designated unit. FEMA will identify what modifications are needed. The contractor is responsible for ensuring these modifications are within Federal, State, and local codes and ordinances and the current American Disability Act (refer to the Uniform Federal Accessibility Standards: FED–STD 795; also available on website http://www.access-board.gov/). The contractor must also furnish all supplies and materials to perform the designated tasks. FEMA reserves the right to assign these tasks to a contractor other the contractor installing the unit, if required.

## 2.16   Obtain State and Local Permits

The contractor shall be responsible for obtaining necessary permits associated with placing and installing the unit and utility installation. Unit shall be ready to occupy within 7 calendar days of work order issuance. Receipt required for permits. The permits shall be reimbursed on actual costs only.

## 2.17   Miscellaneous for MH Installation

The contractor shall complete miscellaneous tasks assigned by the FEMA COTR or Designee that are not addressed by the above descriptions and line items.

Exhibit 6– Page 10 of 10

CONFIDENTIAL

SHAW 000478