# Transcript of the Testimony of **Brian Boyle**

**Date:** February 5, 2010

**Case:** In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Printed On: February 19, 2010



ACE·FEDERAL



EXHIBIT "D"

Ace-Federal Reporters, Inc.
Phone: 202-347-3700
Fax: 202-737-3638
Email: info@acefederal.com
Internet: www.acefederal.com

1  saying it's leased in.

2      Q    Okay. And what does "leased in" mean?

3      A    The applicant has been leased in to the
4  unit.

5      Q    Okay. So the keys have been handed over
6  to the applicant; right?

7      A    Yes.

8      Q    And as of that time, the applicant has
9  signed the necessary paperwork to take possession of
10 the unit; right?

11     A    Yes.

12     Q    Okay. And in the column -- "comments"
13 column, there is the phrase "leased in 2/20/06." Do
14 you see that?

15     A    Yes.

16     Q    Okay. Then finally, in the "inspector"
17 column, there's now a code there, "ZZ-L." Do you
18 know what that means?

19     A    No, I do not.

20     Q    All right. Now, we've talked about a few
21 inspections of this particular unit to check it at
22 the RFE stage, at the RFO stage, and at the

Brian Boyle - February 5, 2010
In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Page 54

1  leased-in stage; right?

2      A    Yes, we have.

3      Q    Okay.  Now, at any of those points in
4  time, if your field inspectors had determined that
5  this unit had not been built in accord with the
6  specifications, you would have expected that they
7  would tell you that and you would have Shaw go back
8  out and correct that; right?

9      A    You're saying "built."  Shaw didn't build
10 the units.  Do you mean install?

11     Q    I meant install.  Thank you.

12     A    Yes.

13     Q    So just to clarify that question a little
14 better, at any of the inspections that DHOPS
15 performed with regard to this unit, if Shaw had
16 installed the unit incorrectly, not in accord with
17 the specifications, your inspectors would have
18 reported that to you, and you would have had Shaw go
19 back out there and correct it?

20          MR. MILLER:  Objection; mischaracterizes
21 the witness's prior testimony.  He specifically
22 indicated he doesn't have the authority to direct

1    the contractors to do anything.

2           BY MR. KURTZ:

3    Q    I will try it one more time. If at any of

4    the DHOPS inspections a deviation had been noted

5    with regard to the trailer assigned to Mrs. Wright,

6    in other words if they had found that the trailer

7    had been installed incorrectly, they would have

8    alerted that information to you, and you would have

9    made Shaw aware of that or DHOPS would have made

10   Shaw aware of that?

11          MR. MILLER: Objection; form,

12   mischaracterizes the witness's testimony. Go ahead.

13          THE WITNESS: I would have communicated

14   with the contractor that there was some issues with

15   the installation, that is correct.

16          BY MR. KURTZ:

17   Q    Okay. So does the fact that this unit

18   made it to the lease-in stage tell you anything

19   about whether your inspectors had noted anything

20   wrong with the installation?

21   A    Clarify that.

22   Q    I'm trying to find out if units could make

Page 149

1   more, I would have followed whatever Larry needed.
2   I would have asked Mr. Deane for that information.
3       Q    You would have called him or e-mailed him
4   back or something like that; right?
5       A    Yes.
6       Q    Let me ask you to look at Exhibit 3. Yes,
7   sir. Could you look at page FL-FCA 06917?
8       A    917.
9       Q    There are three photographs on that page.
10  Do you see that, sir?
11      A    Yes, sir.
12      Q    And to your understanding, because this is
13  the FEMA field inspector's guide, those photographs
14  depict acceptable installations of piers; right?
15      A    Yes.
16      Q    Okay. Do you see in the upper right
17  photograph there are two piers depicted in that
18  photograph; right?
19      A    Yes.
20      Q    What sort of base is the one -- is the
21  pier on the right sitting on?
22      A    Wood.

Page 150

1   Q   And what sort of base is the pier on the
2   left sitting on?
3   A   The plastic or the rubberized material,
4   whatever.
5   Q   Have you ever heard that called "ABS"?
6   A   Yes, I have.
7   Q   If you would flip two more pages to page
8   6919, what sort of base is that pier sitting on?
9   A   It looks like the ABS.
10  Q   Okay. And again, that's an acceptable
11  pier installation; right?
12  A   Yes.
13  Q   Okay. Mr. Bone asked you a couple of
14  questions about maintenance issues being referred to
15  a maintenance hotline, and I believe -- and I'm not
16  trying to put words in your mouth -- you said that
17  the contractors were required to go out and take
18  care of those sorts of maintenance issues.
19      What I want to get to with you, sir, is,
20  are you familiar with something called the MDC
21  turnover?
22  A   The term -- are you saying when the MDCs



TRAVEL TRAILER INSPECTIONS

FIELD INSPECTOR'S GUIDE



FEMA


REVIEWED
By jcohen at 9:41 am, 12/1/05

FL-FCA06913



BLOCKING AND LEVELING

PIC 4



NOTE: SINGLE CAP BLOCK WITH MINI-SHIMS ON THE OUTSIDE EDGE OF THE I-BEAM

NOTE: MINI-SHIMS ON THE OUTSIDE EDGE OF THE I-BEAM

EXAMPLES OF ACCEPTABLE ALTERNATE PIER BLOCKING FOR GAS LINE WORK-AROUND



NOTE: SINGLE PIER UNDER I-BEAM

NOTE: DOUBLE PIER UNDER TRAILER TONGUE

FL-FCA06917



## CHECKING PIER CONSTRUCTION

SEC 2.1.2 BLOCKING AND LEVELING

MUST NOT BE ABLE TO REMOVE BY HAND

SHIM MUST BE SNUG

PIC 6

| | |
|---|---|
| **From:** | Boyle, Brian [Brian.Boyle@associates.dhs.gov] |
| **Sent:** | Wednesday, February 08, 2006 5:43 PM |
| **To:** | Bonomo, Guy; Hart, David; Gelo, Miriam; Patterson, John; Huddleston, Floyd; Woodruff, Larry; Torres, Johnathan; Bender, BentleyJ |
| **Cc:** | Dan.Rich@fluor.com; Jay.Moylan@Fluor.com; Todd.Novak@Fluor.com; Robert.Bukowski@fluor.com; Aubert, Robert; Neal, John; Louis.Jackson@CH2M.com; Jim.Thorne@CH2M.com |
| **Subject:** | RE: Cruise Ship Update from the Field 2/8/2006 5 p.m. |
| **Attachments:** | ship stats 2-8-06 final.xls |

Sorry, here is the attachment.

---

**From:** Boyle, Brian
**Sent:** Wednesday, February 08, 2006 6:26 PM
**To:** Bonomo, Guy; Hart, David; Gelo, Miriam; Patterson, John; Huddleston, Floyd; Woodruff, Larry; Torres, Johnathan; Bender, BentleyJ
**Cc:** Dan.Rich@fluor.com; Jay.Moylan@Fluor.com; 'Todd.Novak@Fluor.com'; 'Robert.Bukowski@fluor.com'; 'Aubert, Robert'; Neal, John; 'Louis.Jackson@CH2M.com'; 'Jim.Thorne@CH2M.com'
**Subject:** Cruise Ship Update from the Field 2/8/2006 5 p.m.

FYI for all.

Bentley, there are more RFE's on this list to expedite through Entergy.

Thanks,

BRIAN BOYLE
DR-1603-LA
FEMA DHOPS
QA/SPECIAL PROJECTS LEAD INSPECTOR
QA CONTRACTOR LIAISON
AFO/NOLA
225-615-6205 (Cell)
504-762-2450 (Office)



EXHIBIT
4

SHAW-WRI 00052

## Federal Ship Housing Project

| RMSN | LAST NAME | FIRST NAME | PHONE | STREET # | ADDRESS | CITY | ZIP | CONTRACTOR | SC# | DC# | TT on site | Demo Complete | RPE | Out | Leased In | Comments | Inspector |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 128 | 9211147469 | Wright | Bobbie | (504)-701-6079 | 2315 | Seminole Lane | New Orleans | 70125 | Shaw | SC-03-011844 | | 1 | 1 | 1 | | | TT on site ready for Entergy. | COREY |

REDACTED

SHAW-WRI 00053

| | |
|---|---|
| **From:** | Stanley Larson [parisfd8@megalink.net] |
| **Sent:** | Saturday, February 11, 2006 5:22 PM |
| **To:** | Brian Boyle |
| **Cc:** | Leo Baughman; jonsnell60@msn.com; Ray Berryman; Aubert, Robert; Timothy Bryan |
| **Subject:** | 2-11-06 Update |
| **Attachments:** | ship stats 2-11-06 final.xls |

Brian,

Here is today's datasheet.
Have a good weekend.

Stan



SHAW-WRI 00054

Federal Ship Housing Project 02/11/2006

| RGSN | LAST NAME | FIRST NAME | PHONE | SHIP | STREET # | ADDRESS | CITY | ZIP | CONTRACTOR | SCI | BCI | Apps | TT on site | Const Complete | MFE | PPO | Passed In | Comments | LAST INSPECTION DATE | Inspector |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 295 8211147466 | Wright | Bobbie | (504)-701-6079 | SENSATIONS | 2315 | Seminole Lane | New Orleans | 70125 | Shaw | SC-03-011544 | | 1 | 1 | 1 | 1 | | | TT on site ready for Entergy. | 02/10/06 | JOE |

REDACTED

SHAW-WRI 00055

| | |
|---|---|
| **From:** | Boyle, Brian [Brian.Boyle@associates.dhs.gov] |
| **Sent:** | Tuesday, February 21, 2006 6:23 PM |
| **To:** | Bonomo, Guy; Adukaitis, Steven; Walters, Mark; Robinson, Tony; Hart, David; Gelo, Miriam; Huddleston, Floyd; Wagner, Gail; Aupperlee, Tracy; Cedrone, Angelo; Patterson, John; Putrino, David; Chachere, Christopher; Bender, BentleyJ |
| **Cc:** | Dan.Rich@fluor.com; Robert.Bukowski@fluor.com; Aubert, Robert; shawgrp.tony@gmail.com; Sharp, Tom; Narciso, Louis; Jim.Thorne@CH2M.com; Mike.Falino@CH2M.com |
| **Subject:** | FW: Emailing: Ship Stats 2-21-06 final |
| **Attachments:** | Ship Stats 2-21-06 final.xls |



Ship Stats 2-21-06
final.xls (...

-----Original Message-----
From: Stanley Larson [mailto:parisfd8@adelphia.net]
Sent: Tuesday, February 21, 2006 6:08 PM
To: Brian Boyle
Cc: Leo Baughman; jonsnell60@msn.com
Subject: Emailing: Ship Stats 2-21-06 final


Brian & Leo,

Here is today's data sheet.

Stan


The message is ready to be sent with the following file or link
attachments:

Ship Stats 2-21-06 final


Note: To protect against computer viruses, e-mail programs may prevent
sending or receiving certain types of file attachments.  Check your
e-mail
security settings to determine how attachments are handled.



SHAW-WRI 00066

Federal Ship Housing Project Status Report 02/21/2006

| RGSN | LAST NAME | FIRST NAME | PHONE | SHIP | STREET # | ADDRESS | CITY | ZIP | CONTRACTOR | SC# | BC# | APPS | TT ON SITE | CON COMPLETE | RFE | READY FOR RFO | LEASED IN | COMMENTS | LAST INSPECTION DATE | INSPECTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 921147466 | Wright | Bobbie | (504)701-6079 | SENSATIONS | 2315 | Seminole Lane | New Orleans | 70125 | Shaw | SC-03-011544 | 1277021 | 1 | 1 | 1 | | 1 | | 100% complete, ready for lease in. | 02/21/06 | EDWARD |

REDACTED

SHAW-WRI 00067