# Transcript of the Testimony of
# Videotaped Deposition of Lyndon Wright

**Date taken: July 10, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "B"

1  cruise ship that was docked out at the
2  riverfront?
3      A.  That's correct.
4      Q.  How long did you live on that
5  cruise ship?
6      A.  I would say roughly between
7  October of '05 to about March of '06.
8      Q.  And why was it that you came to
9  leave the cruise ship?  Was the cruise ship
10 leaving or were you -- was there a lease
11 period and they said you have to leave after
12 this point in time?  Why was it you got off
13 the ship?
14     A.  The cruise ship was leaving.
15     Q.  And at that time, when you left
16 the cruise ship, where did you go after
17 that?
18     A.  At that time, that's when I had
19 the trailer.
20     Q.  Let's talk about the period from
21 October '05 to March '06.
22         Did you, in fact, work at the
23 Hyatt during that period?
24     A.  No.
25     Q.  So other than going in and being

1    2006?  Was it cold or raining, anything like
2    that?
3         A.    I don't recall it.
4         Q.    Okay.  Do you recall seeing any
5    leaks at the time of the inspection,
6    February 13, 2006, or any evidence that
7    water had leaked into the trailer?
8         A.    No.
9         Q.    Okay.  At that point in time, you
10   did not have the problem with water coming
11   in through the door, right?
12        A.    No, not at that time.
13        Q.    That happened later, correct?
14        A.    Yes.
15        Q.    Did you observe any holes in the
16   trailer, like from the inside you might see
17   daylight coming in from the outside or
18   something like that?
19        A.    No.
20        Q.    Did you smell anything unusual at
21   that time, February 13, 2006?
22        A.    It had like this new smell.
23        Q.    Like a new car smell?
24        A.    Yeah.
25        Q.    Now, is the new smell the same as

```
 1   or different from the wet carpet odor that
 2   you were talking about with Mr. Bone
 3   earlier?
 4       A.   Different?  Yes.  It was
 5   definitely different.
 6       Q.   Let's talk about the new smell.
 7   Did the new smell make you cough when you
 8   went into the trailer for the first time?
 9       A.   I think I sneezed.
10       Q.   Sneezed?
11       A.   Yes.
12       Q.   Okay.  Did it make your eyes
13   water?
14       A.   I really can't say because he was
15   talking, telling me how I have one of the
16   newer trailers and stuff.  So there was a
17   lot of things I probably wasn't paying
18   attention to offhand, you know.
19       Q.   Okay.  Did you think that the new
20   smell was irritating enough to be a problem?
21       A.   Being excited with getting in the
22   trailer, no, I didn't really see it would be
23   a problem, the new smell and everything.
24       Q.   How long did the new smell last?
25       A.   I can't recall.  I can't recall.
```

1    A.   Yes.

2    Q.   Okay.  Is that an accurate

3  description of the problem that you were

4  having with the furnace at first?

5    A.   Yes.

6    Q.   Okay.  You could turn it on, but

7  it would never get warmed up before it would

8  shut down?

9    A.   After the first time, it never

10 did.  After the first time.

11   Q.   I believe you told Mr. Bone that

12 people came out at least twice to work on

13 the furnace, right?

14   A.   Yes.

15   Q.   Do you know if this call record

16 reflects the first or the second time out?

17 The date on this is March 19, 2006.

18   A.   It may have been the first time.

19   Q.   Was the second time in the winter,

20 later in 2006?

21   A.   Yes, it should have been because I

22 know they came out twice.

23   Q.   Okay.

24   A.   I mean, I'm not good with all

25 these dates and trying to remember.  I just

1  know they came out, tried to fix the
2  problem, they didn't, so I did what I had to
3  do to try to keep warm.
4       Q.   Let me see if I can help you with
5  the dates on the second time the maintenance
6  people came out with regard to the furnace.
7            You had told Mr. Bone that you
8  noticed the foul odor sometime in the winter
9  of 2006, right?
10      A.   Yes.
11      Q.   By "winter," were you talking
12 about the November/December time frame of
13 2006?
14      A.   Yes.
15      Q.   And I think you told Mr. Bone, and
16 please correct me, that you told the
17 maintenance people when they came out the
18 second time about the foul odor and they
19 told you that they couldn't do anything
20 about that, right?
21      A.   They would have somebody get in
22 touch with me about it, yes.
23      Q.   So the second maintenance visit
24 must have been November or December of 2006
25 at the earliest, right?

1      A.     Maybe, yes.
2      Q.     Okay.  So that having been said,
3  this March 19 is probably the first time
4  out, right?
5      A.     Probably.
6      Q.     Did the maintenance crew fix the
7  furnace problem, as far as you knew, when
8  they came out on March 19, 2006?
9             Let me ask you a better way.  Did
10 you think they had fixed it when they left
11 on March 19, 2006?
12     A.     Yes, because it was working.
13     Q.     And that's why you signed off on
14 the maintenance form, right?
15     A.     Yes.
16     Q.     Okay. You mentioned the leak
17 around the door.  First of all, was the leak
18 occurring under the door like rainwater was
19 getting pushed over the threshold or was it
20 coming from the top, the sides, what is your
21 recollection?
22     A.     It came over the top.
23     Q.     Over the top?
24     A.     Uh-huh.
25     Q.     Okay.  Was there a gap there that

```
 1       Q.   Right.  You didn't know about that
 2   at that point in time?
 3       A.   It was just a statement I said to
 4   my mom, but she wanted to call and have
 5   somebody come check it.
 6       Q.   Okay.  You said initially your mom
 7   was going to come back and live in the
 8   trailer as well; is that correct?
 9       A.   That's correct.
10       Q.   Did either you or her ever tell
11   FEMA that she wasn't going to come back and
12   live in the trailer?
13       A.   Not that I recall.
14       Q.   You talked about having a packet
15   of materials in a white envelope.  Do you
16   recall that?
17       A.   Yes.
18       Q.   And you said you had no idea what
19   was in it, right?
20       A.   No.
21       Q.   It could have been owner's
22   manuals, right?
23       A.   Could have been.
24       Q.   The condensation on the window,
25   you described condensation on the inside of
```