UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Lyndon Wright v. Forest River, Inc., et al.*<br>No. 09-2977 (E.D. La.) | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF ALLISON HANSEN

1. My name is Allison Hansen. I am the Human Resources Business Manager for the Shaw Group, Inc.

2. Following Hurricane Katrina, I worked as the Operations Manager for Shaw Environmental, Inc. ("Shaw") in connection with the IA/TAC contract between Shaw and FEMA.

3. Among other things, I helped administer the turnover of trailers to Maintenance and Deactivation Contractors (MDCs) during the spring and summer of 2006, and I also assisted in reporting to FEMA with regard to that turnover process.

4. The "turnover" of a trailer meant that Shaw would no longer be responsible for the maintenance or deactivation of that trailer. Following turnover, the MDC would be contractually obligated to FEMA to maintain the trailer and, at the appropriate time, to deactivate it.

EXHIBIT "C"

5. On May 18, 2006, I participated in a meeting among representatives of certain MDCs, Shaw, and FEMA. The purpose of the meeting was to discuss the orderly turnover of trailer maintenance to the MDCs. Among other things, we discussed the use of a Preventative Maintenance Inspection Form ("PMI") to record the status of each trailer at the time of the turnover. By recording the state of the trailer on the PMI, the MDC could establish that a given maintenance issue existed prior to the turnover. Conversely, if a maintenance issue arose after turnover and was not recorded on the form, the issue would be presumed to be the MDC's responsibility. MDCs were instructed that when a trailer passed the inspection, the MDC should write "ACCEPTED" on the form for that trailer and return it to Shaw.

6. In general, trailers were turned over to MDCs according to zip code. The trailer that Lyndon Wright occupied was located in zip code 70125.

7. All trailers in zip code 70125 were turned over to C. Martin Company.

8. On June 2, 2006, Pamela Wolfe forwarded to me an email from C. Martin's Robyn Williams, which reflected that all of the trailers being assigned to C. Martin had been accepted by C. Martin as of June 1, 2006. A copy of that email is attached hereto as Exhibit "1."

9. Attached to Ms. Williams' June 2, 2006, email was a spreadsheet identifying every trailer that C. Martin had accepted. At line 3700, the spreadsheet indicates that a trailer leased to Bobbie Wright that had been installed at 2315 Seminole Lane (the "Trailer"). A copy of excerpts from the spreadsheet reflecting the Wright trailer is attached as Exhibit "2."

10. As reflected on the "To:" line of Ms. Williams' email, C. Martin notified FEMA of its acceptance of the trailers through Gary Keyser (the FEMA Contracting Officer's

Technical Representative assigned to Shaw) and James Blair of FEMA. (Mr. Keyser's email address was spelled incorrectly on Ms. Williams' email.)

11. When C. Martin accepted the Trailer, it filled out a PMI and wrote "ACCEPTED 6-1-06" on it. A copy of the PMI for the Trailer is attached as Exhibit "3."

12. After June 1, 2006, full responsibility for the Trailer had been turned over to, and accepted by, C. Martin, with the full knowledge and acceptance of FEMA. After June 1, 2006, Shaw had no further responsibilities or obligations with regard to the Trailer. After June 1, 2006, Shaw did not maintain the Trailer in any way. Moreover, Shaw did not deactivate the Trailer.

_____
Allison Hansen

SWORN TO AND SUBSCRIBED before me, Notary Public, at Baton Rouge, Louisiana, this 7th day of August, 2009.

_____
NOTARY PUBLIC

BRADLEY D. MARTIN
NOTARY PUBLIC
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA
NOTARY NO. 86581
MY COMM. EXP. AT DEATH

**From:** Wolfe, Pamela
**Sent:** Friday, June 02, 2006 9:36 AM
**To:** Hansen, Allison
**Subject:** FW: C Martin Company ,Inc transition Update for 1 June 2006
**Importance:** High


**From:** Robyn Williams [mailto:robyn@cmartin.com]
**Sent:** Thursday, June 01, 2006 6:59 PM
**To:** Chustz, Damien; Wolfe, Pamela; gary.keiser@shawgrp.com; james.blair@dhs.gov
**Cc:** MJarvis880@aol.com; lc@cmartin.com; johnh@cmartin.com
**Subject:** C Martin Company ,Inc transition Update for 1 June 2006
**Importance:** High

All,

Please review the attached C Martin Company, Inc transition acceptance for 1 June 2006. We hope to be completed with all acceptance PMI's and paperwork by COB tomorrow. Should you have any questions please do not hesitate to call.

I will work very hard to ensure you all receive the report before 1500 tomorrow.
Have a great evening

Exhibit "1"

8/6/2009

*Robyn M. Williams*
*Contract Administrator*
*C. Martin Company*
*(O) 702-656-8080*
*(F) 702-212-0137*

*This communication (including any attachments) may contain privileged or confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, or distribution of this communication, or the taking of any action based on it, is strictly prohibited. Thank you.*


****Internet Email Confidentiality Footer**** Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of The Shaw Group Inc. or its subsidiaries shall be understood as neither given nor endorsed by it.
_____ The Shaw Group Inc. http://www.shawgrp.com

8/6/2009



Leased In Units

Exhibit "2"

# Preventive Maintenance Inspection Form

Exhibit "3"

Site Location: 2315 Seminole Ln    Date: 6-1-06
SCN: SC 03 01154    BarCode: 1277021    VIN: 4x4tsmh 296c008492
Inspector 1: Company: CMC    Print Name / Signature: Kirkland A. Collier
Inspector 2: Company: ___    Print Name / Signature: Kirkland A. Collier

| Trailer Exterior — Overall Condition | Pass | Fail | Comments |
|---|---|---|---|
| Foundation Support | ✓ | ☐ | accepted |
| Unit is level | ✓ | ☐ | 6-1-06 |
| Tie-downs present and secure | ✓ | ☐ | |
| Siding in tact and secure | ✓ | ☐ | |
| Steps, Ramps, Handrails, & Deck | ✓ | ☐ | |
| Exterior Door(s) | ✓ | ☐ | |
| Door Locks / Hardware | ✓ | ☐ | |
| Window(s) exterior | ✓ | ☐ | |
| Exterior Light Fixtures | ✓ | ☐ | |

| Trailer Interior — Overall Condition | Pass | Fail | |
|---|---|---|---|
| Flooring / Walls / Ceilings | ✓ | ☐ | |
| Plumbing Fixtures and Piping | ✓ | ☐ | |
| Windows / Window Covering | ✓ | ☐ | |
| Glass - Mirrors / Windows / Doors | ✓ | ☐ | |
| Trim (Wall, Floor, Ceiling, Door) | ✓ | ☐ | |
| Doors (Jambs, hinges, hardware) | ✓ | ☐ | |
| Light Fixtures / Receptacles / Switches | ✓ | ☐ | |
| Sinks -- Vanity & Kitchen | ✓ | ☐ | |
| Cabinets -- Doors / Drawers | ✓ | ☐ | |
| Other: | ✓ | ☐ | |

| Utilities / Appliances / Fixtures | Pass | Fail | |
|---|---|---|---|
| Water Supply Connection | ✓ | ☐ | |
| Electrical Service Panel & Breaker Box | ✓ | ☐ | |
| Propane Tanks / Cover / Detector  ☐ N/A | ✓ | ☐ | |
| Sewer Connection & Hoses | ✓ | ☐ | |
| Grey & Black Water Tanks | ✓ | ☐ | |
| H / AC Unit / Thermostat / Filter | ✓ | ☐ | |
| Refrigerator Water Heater | ✓ | ☐ | |
| Beds / Furniture / Cushions / Matresses | ✓ | ☐ | |
| Shower / Tub Fixtures / Enclosure / Hand Rail | ✓ | ☐ | |
| Bathroom Vent Fan & Light / GFCI | ✓ | ☐ | |
| Toilet - Connection / Floor Mounting | ✓ | ☐ | |
| Cooktop / Range / Vent / Microwave | ✓ | ☐ | |
| Kitchen Sink | ✓ | ☐ | |
| Smoke, LP, & CO Detectors | ✓ | ☐ | |
| Fire Extinguisher -- Present / Charged | ✓ | ☐ | |

Transition PMI Form Rev 2    Original - Shaw; Canary - DMC; Pink - Former Contractor; Goldenrod - Trailer