

**CROWN**
ROOFING SERVICES, INC.
Roofing & Sheet Metal Contractor

November 24, 2009

In Re:   <u>FEMA Trailer Formaldehyde Products Liability</u>
Plaintiff

v.

This document relates to Lyndon T. Wright
No. 09-2977

EXHIBIT
"D"

ATMPT #1 DATE: 2/11
ATMPT #1 TIME: 11:00
ATMPT #2 DATE: 2/13
ATMPT #2 TIME: 18:30
ATMPT #3 DATE: ___
ATMPT #3 TIME: ___

1st Insp Date: 01/19/08

## AME PREVENTATIVE MAINTENANCE INSPECTION FORM
12501212

Do Not Inspect Before: 02/03/08

| Field | Value | Field | Value |
|---|---|---|---|
| PM INSPECTION NUMBER | 90896 | SITE CONTROL # | SC-03-011544 |
| PM INSPECTION DATE | 2/13/08 | PHONE NUMBER | (504) 523-4973 |
| TENANTS NAME | BOBBIE WRIGHT | TECHNICIAN | Joshua Bowman #95 |
| STREET ADDRESS | 2315 SEMINOLE LN | MANUFACTURER | Forest River, Inc |
| CITY, ZIP CODE | NEW ORLEANS, 70125 | MODEL | |
| PARISH | Orleans | | |
| VIN | 4X4TSMH296C008992 | BAR CODE | 1277021 |

| Item | Pass | Fail | Comments |
|---|---|---|---|
| Propane Tanks / Cover / Detectors | ✓ | | |
| Unit Level / Foundation Supports / Anchor Straps | ✓ | | |
| Exterior Lights / Siding / Windows | ✓ | | |
| Water Supply Connections | ✓ | | |
| Sewer Connections / Holding Tanks | ✓ | | |
| Elec. Service Panel | ✓ | | |
| Steps / Ramps / Handrails / Deck | ✓ | | |
| Exterior Door(s) / Locks / Hardware | ✓ | | |
| Fire Extinguisher - Present/Charged | ✓ | | |
| Smoke / LP / CO Detectors | ✓ | | |
| Flooring / Walls / Ceilings / Window Covering | ✓ | | |
| Glass - Mirrors / Doors / Hardware | ✓ | | |
| Light Fixtures / Receptacles / Switches / GFCI | ✓ | | |
| Cabinets - Doors / Drawers | ✓ | | |
| Plumbing Fixtures / Pipes / Sinks | ✓ | | |
| Beds / Furniture / Cushions / Mattresses | ✓ | | |
| Shower / Tub Fixtures / Enclosures / Hand Rails | ✓ | | |
| Toilet - Connection / Floor Mount | ✓ | | |
| Cooktop / Range / Vent / Microwave | ✓ | | |
| Refrigerator / Water Heater | ✓ | | |
| HVAC Unit / Thermostat / Filter | ✓ | | |
| Interior Electrical Panel / Fuses | ✓ | | |
| Other: | | | |

Technician: [signature]   Print Name: Joshua Bowman   Date: 2/13
Resident: [signature] Bobbi Wright   Print Name: Bobbie Wright   Date: 2/13

**OCCUPANT REQUIRED TO REPORT ALL FINDINGS FOR "REPAIRS REQUIRED" AS NOTED ABOVE TO MAINTENANCE CALL CENTER**

24/7 Maintenance / Deactivation Service Contact Number
1-800-316-5305

WHITE COPY TO AME, YELLOW COPY TO SUB, PINK COPY TO FEMA, GOLD COPY TO RESIDENT

2/16
13:25

3/22
8:45

# AME PREVENTATIVE MAINTENANCE INSPECTION FORM

| | | | |
|---|---|---|---|
| PM INSPECTION NUMBER | 86198 | SITE CONTROL # | |
| PM INSPECTION DATE | 3/22/08 | PHONE NUMBER | |
| TENANTS NAME | | TECHNICIAN | 95 |
| STREET ADDRESS | | MANUFACTURER | |
| CITY, ZIP CODE | | MODEL | |
| PARISH | | BAR CODE | |
| VIN | | | |

| | Pass | Fail | Comments |
|---|---|---|---|
| Propane Tanks / Cover / Detectors | ✓ | ☐ | |
| Unit Level / Foundation Supports / Anchor Straps | ✓ | ☐ | |
| Exterior Lights / Siding / Windows | ✓ | ☐ | |
| Water Supply Connections | ✓ | ☐ | |
| Sewer Connections / Holding Tanks | ✓ | ☐ | |
| Elec. Service Panel | ✓ | ☐ | |
| Steps / Ramps / Handrails / Deck | ✓ | ☐ | |
| Exterior Door(s) / Locks / Hardware | ✓ | ☐ | |
| Fire Extinguisher - Present/Charged | ✓ | ☐ | |
| Smoke / LP / CO Detectors | ✓ | ☐ | |
| Flooring / Walls / Ceilings / Window Covering | ✓ | ☐ | |
| Glass - Mirrors / Doors / Hardware | ✓ | ☐ | |
| Light Fixtures / Receptacles / Switches / GFCI | ✓ | ☐ | |
| Cabinets - Doors / Drawers | ✓ | ☐ | |
| Plumbing Fixtures / Pipes / Sinks | ✓ | ☐ | |
| Beds / Furniture / Cushions / Mattresses | ✓ | ☐ | |
| Shower / Tub Fixtures / Enclosures / Hand Rails | ✓ | ☐ | |
| Toilet - Connection / Floor Mount | ✓ | ☐ | |
| Cooktop / Range / Vent / Microwave | ✓ | ☐ | |
| Refrigerator / Water Heater | ✓ | ☐ | |
| HVAC Unit / Thermostat / Filter | ✓ | ☐ | |
| Interior Electrical Panel / Fuses | ✓ | ☐ | |
| Other: | ☐ | ☐ | |

Technician: Signature / Print Name: Joshua Bowma / Date: 3/22

Resident: Signature / Print Name: Lyndon Wright / Date: 3/22/08

**OCCUPANT REQUIRED TO REPORT ALL FINDINGS FOR "REPAIRS REQUIRED" AS NOTED ABOVE TO MAINTENANCE CALL CENTER**

24/7 Maintenance / Deactivation Service Contact Number
1-800-316-5305

WHITE COPY TO AME, YELLOW COPY TO SUB, PINK COPY TO FEMA, GOLD COPY TO RESIDENT

CROWN 000009

ATMPT #1 DATE: 4/7  ATMPT #2 DATE: 4/19  ATMPT #3 DATE: _____
ATMPT #1 TIME: 13:40  ATMPT #2 TIME: 2:50  ATMPT #3 TIME: _____

Last Insp Date: 03/22/08

## AME PREVENTATIVE MAINTENANCE INSPECTION FORM
12502010

Do Not Inspect Before: 04/06/08

| Field | Value | Field | Value |
|---|---|---|---|
| PM INSPECTION NUMBER | 90753 | SITE CONTROL # | SC-03-011544 |
| PM INSPECTION DATE | 4/19/08 | PHONE NUMBER | (504) 523-4973 |
| TENANTS NAME | BOBBIE WRIGHT | TECHNICIAN | Joshua Bowman  # 98 |
| STREET ADDRESS | 2315 SEMINOLE LN | MANUFACTURER | Forest River, Inc. |
| CITY, ZIP CODE | NEW ORLEANS, 70125 | MODEL | |
| PARISH | Orleans | | |
| VIN | 4X4TSMH296C008992 | BAR CODE | 1277021 |

| Item | Pass | Fail | Comments |
|---|---|---|---|
| Propane Tanks / Cover / Detectors | ✓ | ☐ | |
| Unit Level / Foundation Supports / Anchor Straps | ✓ | ☐ | |
| Exterior Lights / Siding / Windows | ✓ | ☐ | |
| Water Supply Connections | ✓ | ☐ | |
| Sewer Connections / Holding Tanks | ✓ | ☐ | |
| Elec. Service Panel | ✓ | ☐ | |
| Steps / Ramps / Handrails / Deck | ✓ | ☐ | |
| Exterior Door(s) / Locks / Hardware | ✓ | ☐ | |
| Fire Extinguisher - Present/Charged | ✓ | ☐ | |
| Smoke / LP / CO Detectors | ✓ | ☐ | |
| Flooring / Walls / Ceilings / Window Covering | ✓ | ☐ | |
| Glass - Mirrors / Doors / Hardware | ✓ | ☐ | |
| Light Fixtures / Receptacles / Switches / GFCI | ✓ | ☐ | |
| Cabinets - Doors / Drawers | ✓ | ☐ | |
| Plumbing Fixtures / Pipes / Sinks | ✓ | ☐ | |
| Beds / Furniture / Cushions / Mattresses | ✓ | ☐ | |
| Shower / Tub Fixtures / Enclosures / Hand Rails | ✓ | ☐ | |
| Toilet - Connection / Floor Mount | ✓ | ☐ | |
| Cooktop / Range / Vent / Microwave | ✓ | ☐ | |
| Refrigerator / Water Heater | ✓ | ☐ | |
| HVAC Unit / Thermostat / Filter | ✓ | ☐ | |
| Interior Electrical Panel / Fuses | ✓ | ☐ | |
| Other: | ☐ | ☐ | |

Technician: [signature]   Print Name: Joshua Bowman   Date: 4/19

Resident: [signature] Lyndon Wright   Print Name: Lyndon Wright   Date: 4/19/08

**OCCUPANT REQUIRED TO REPORT ALL FINDINGS FOR "REPAIRS REQUIRED" AS NOTED ABOVE TO MAINTENANCE CALL CENTER**

24/7 Maintenance / Deactivation Service Contact Number
1-800-316-5305

WHITE COPY TO AME, YELLOW COPY TO SUB, PINK COPY TO FEMA, GOLD COPY TO RESIDENT

CROWN 000010

# CROWN ROOFING PREVENTATIVE MAINTENANCE INSPECTION FORM

| Field | Value | Field | Value |
|---|---|---|---|
| PM INSPECTION NUMBER | 132972  0374 | SITE CONTROL # | SC-03-011544  12 |
| PM INSPECTION DATE | 6/9/08 | PHONE NUMBER | (504)5234873/ |
| TENANTS NAME | BOBBIE WRIGHT | TECHNICIAN | S. Morgan |
| STREET ADDRESS | 2315 SEMINOLE LN | MANUFACTURER | WO# 12502740 |
| CITY, ZIP CODE | NEW ORLEANS 70126- | MODEL | travel trailer |
| PARISH | Orleans | | |
| VIN | 4X4TSMH296C008992 | BAR CODE | 1277021 |

NoA

| Item | Pass | Fail | Comments |
|---|---|---|---|
| Propane Tanks / Cover / Detectors | X | ☐ | |
| Unit Level / Foundation Supports / Anchor Straps | X | ☐ | |
| Exterior Lights / Siding / Windows | X | ☐ | |
| Water Supply Connections | X | ☐ | |
| Sewer Connections / Holding Tanks | X | ☐ | |
| Elec. Service Panel | X | ☐ | |
| Steps / Ramps / Handrails / Deck | X | ☐ | |
| Exterior Door(s) / Locks / Hardware | X | ☐ | |
| Fire Extinguisher - Present/Charged | X | ☐ | |
| Smoke / LP / CO Detectors | X | ☐ | |
| Flooring / Walls / Ceilings / Window Covering | X | ☐ | |
| Glass - Mirrors / Doors / Hardware | X | ☐ | |
| Light Fixtures / Receptacles / Switches / GFCI | X | ☐ | |
| Cabinets - Doors / Drawers | X | ☐ | |
| Plumbing Fixtures / Pipes / Sinks | X | ☐ | |
| Beds / Furniture / Cushions / Mattresses | X | ☐ | |
| Shower / Tub Fixtures / Enclosures / Hand Rails | X | ☐ | |
| Toilet - Connection / Floor Mount | X | ☐ | |
| Cooktop / Range / Vent / Microwave | X | ☐ | |
| Refrigerator / Water Heater | X | ☐ | |
| HVAC Unit / Thermostat / Filter | X | ☐ | |
| Interior Electrical Panel / Fuses | X | ☐ | |
| Other: | ☐ | ☐ | |

Technician: *[signature]* Andrew Morgan   Print Name: Sydney Morgan   Date: 6/9/08

Resident: *[signature]* Bobbie Wright   Print Name: Bobbie Wright   Date:

**OCCUPANT REQUIRED TO REPORT ALL FINDINGS FOR "REPAIRS REQUIRED" AS NOTED ABOVE TO MAINTENANCE CALL CENTER**

24/7 Maintenance / Deactivation Service Contact Number
**1-800-495-2804**

WHITE COPY TO CROWN, YELLOW COPY TO SUB, PINK COPY TO FEMA, GOLD COPY TO RESIDENT

CROWN 000012