# Transcript of the Testimony of **Brian Boyle**

**Date:** February 5, 2010

**Case:** In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Printed On: February 19, 2010



ACE·FEDERAL



EXHIBIT "E"

Ace-Federal Reporters, Inc.
Phone: 202-347-3700
Fax: 202-737-3638
Email: info@acefederal.com
Internet: www.acefederal.com

Page 60

1   Q   Okay. And actually, you wrote that at the
2   end of the sentence -- at the end of the e-mail,
3   Exhibit 9. If you would read the last sentence of
4   the e-mail into the record, please.
5   A   "Thank you for your attention to this, and
6   I will wait to hear from each of you and send it on
7   to Larry."
8   Q   Okay. Let me mark as Exhibit 10 a
9   document bearing Bates labels SHAW 013563 through
10  013568.
11          (Exhibit 10 identified.)
12          BY MR. KURTZ:
13  Q   Do you have Exhibit 10 in front of you,
14  sir?
15  A   Yes, I do.
16  Q   You see that is an e-mail from William
17  Deane to you?
18  A   Yes.
19  Q   Who is Mr. Deane?
20  A   Billy Deane worked for Shaw Company.
21  Q   He was one of the people with Shaw that
22  you coordinated with while you were at DHOPS; right?

Page 61

1    A    Yes.

2    Q    Okay.  This e-mail, Exhibit 10, contains

3  Shaw's SOP for trailer processing and yard QC

4  inspection.  Do you see that?

5    A    Yes.

6         MR. MILLER:  What is the date on that

7  document, Counsel?

8         MR. KURTZ:  I'm sorry.

9         BY MR. KURTZ:

10   Q    Mr. Boyle, do you see that the date of

11  this e-mail is March 21, 2006, Exhibit 10?

12   A    Yes, I do.

13        MR. MILLER:  And the date on the QT

14  document?

15        BY MR. KURTZ:

16   Q    On the first page of the attachment, the

17  date is February 1, 2006.  Do you see that?

18   A    Yes, I do.

19   Q    Do you recognize this as being Mr. Deane's

20  response to you with regard to the e-mail that you

21  sent about formaldehyde, Exhibit 9?

22   A    According to the e-mail, yes.

Brian Boyle - February 5, 2010
In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Page 62

1  Q    Okay.  On the second-to-last page of
2  exhibit 10, it's marked SHAW 13567.  Can you read
3  item 39 into the record?
4  A    39, "leave door open on trailer to vent.
5  Lock door open using" -- well, "lock door open using
6  door cradle handle."
7  Q    Okay.  So as of the time of this e-mail,
8  Shaw's standing operating procedure was to leave the
9  door open on the trailer to vent, according to this
10 e-mail; right?
11 A    According to this document, yes.
12 Q    Now, did Shaw's response to your question
13 about their process for airing out the travel
14 trailers satisfy your request?
15 A    Yes.
16      MR. KURTZ:  I'm getting a tape change
17 notice.  So let's go off the record for a moment and
18 take a quick break.
19      VIDEO OPERATOR:  We are off the record.
20 The time is approximately 10:10 a.m.  This is the
21 end of tape number 1.
22      (Recess.)

Page 87

1   by DHOPS field inspectors?
2       A    Within the units.
3       Q    And how do you know that?
4       A    Because I've seen them.
5       Q    Was there a procedure whereby DHOPS
6   inspectors would evaluate or ensure that an owner's
7   manual accompanied a particular emergency housing
8   unit?
9       A    Yes, there was.
10      Q    And please describe that for me, if you
11  would, sir.
12      A    Well, the description would be very short.
13  If there was not an owner's manual within the unit,
14  then how would we know the applicant that -- the
15  survivor that's going in to this unit would
16  understand what the operations are?  So if there was
17  not an owner's manual in there, that would be
18  brought to somebody's attention, probably the
19  contractors, and we would say it's missing an
20  owner's manual.
21      Q    And in terms of the communication that you
22  just described, making one of the contractors aware

Page 150

1   Q   And what sort of base is the pier on the
2   left sitting on?
3   A   The plastic or the rubberized material,
4   whatever.
5   Q   Have you ever heard that called "ABS"?
6   A   Yes, I have.
7   Q   If you would flip two more pages to page
8   6919, what sort of base is that pier sitting on?
9   A   It looks like the ABS.
10  Q   Okay.  And again, that's an acceptable
11  pier installation; right?
12  A   Yes.
13  Q   Okay.  Mr. Bone asked you a couple of
14  questions about maintenance issues being referred to
15  a maintenance hotline, and I believe -- and I'm not
16  trying to put words in your mouth -- you said that
17  the contractors were required to go out and take
18  care of those sorts of maintenance issues.
19      What I want to get to with you, sir, is,
20  are you familiar with something called the MDC
21  turnover?
22  A   The term -- are you saying when the MDCs