# Transcript of the Testimony of
# Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

**Date taken: January 7, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "F"

Case 2:07-md-01873-KDE-MBN   Document 11826-6   Filed 02/19/10   Page 2 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 132

```
 1     Mr. Boyle to Shaw.
 2            THE WITNESS:
 3                 He is asking us what is our
 4     process for airing out the travel trailers.
 5     Our process for airing out the travel
 6     trailers was to open the doors.  That was
 7     our process for ventilating the trailers.
 8     And in that -- well --
 9     EXAMINATION BY MR. D'AMICO:
10         Q   I would like to show you another
11     exhibit that was produced to us, which has
12     been Bates labeled 13539, which was also
13     produced to us at quarter to 6:00 last
14     night, and ask if you have ever seen this
15     document?  It starts with 13539 and goes
16     through 13545.
17         A   Yes.
18         Q   You have seen this document before
19     today?
20         A   Yes.
21         Q   When did you first see this
22     document?
23         A   Let's see.  This specific
24     document, again, I saw in the last few days
25     as we were preparing for the deposition.
```

Case 2:07-md-01873-KDE-MBN   Document 11826-6   Filed 02/19/10   Page 3 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)        Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 133

```
 1        Q    In the last few days as you were
 2   preparing for this deposition is the first
 3   time that you saw this document?
 4        A    Yes.
 5        Q    Okay.  We see down in the bottom
 6   portion of the first page, 13539, from Brian
 7   Boyle to several individuals.  Do you know
 8   who these individuals are, Aubert, Robert
 9   Aubert, William Deane and Larry Woodruff?
10        A    Yes.
11        Q    Who are these individuals?
12        A    Bob Aubert and Bill Deane were
13   what we call client service representatives
14   for Shaw in our haul and install program.
15        Q    Who is Larry Woodruff?
16        A    Larry Woodruff was a FEMA
17   employee, and may still be.
18        Q    All right.  Can you read that
19   section in the morning, where it starts off
20   "Good morning"?
21        A    Yeah.  Let's see.  This is Tuesday
22   at 7:56 a.m.
23        Q    On March 21st?
24        A    21st.  And Brian says, "I have
25   received responses from the other two
```

Case 2:07-md-01873-KDE-MBN   Document 11826-6   Filed 02/19/10   Page 4 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 134

1   contractors on this and I'm still waiting to
2   hear from you guys, so Larry can pass this
3   on to D.C.  Your immediate attention to this
4   matter is requested.  Thanks.  Good
5   morning."
6           Okay.  And then it looks like he
7   reiterates it.  "I received responses from
8   the other two contractors on this request
9   and we are waiting on your response."
10      Q   Okay.  It looks like there was an
11  earlier e-mail on the next page from Brian
12  Boyle.  If you would, please, read that
13  e-mail.
14      A   Oh.  It's the same e-mail that's
15  on Shaw -- I believe.  Let's take a look.
16  But I believe it's the same one that's on
17  Shaw 03515; is that right?  No, no.  Is it
18  different?  Okay.  It's written Monday,
19  March 20th at 9:14 a.m.  Right?
20      Q   Yes.
21      A   "Our safety office needs to know
22  from each contractor the process of airing
23  out the travel trailers and mobile homes to
24  handle the existence of formaldehyde inside
25  the units and what you are doing to handle

Case 2:07-md-01873-KDE-MBN   Document 11826-6   Filed 02/19/10   Page 5 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 135

```
 1    the problem."
 2        Q    Right.
 3        A    "Please e-mail your process for
 4    combating this problem, so Larry can pass
 5    this on to Safety in D.C."
 6        Q    So again, he's confirming the next
 7    day, on Tuesday, March 21st, that Shaw had
 8    not responded to what has been identified as
 9    Shaw No. 4, correct?
10        A    That's right.
11        Q    All right.  And did Shaw ever
12    respond?
13        A    You know, again, we looked high
14    and low for the specific written record.  We
15    believe clearly we did.  We talked to Brian
16    routinely.  These things are a day apart, so
17    I imagine that it was just handled with a
18    phone call and what we were doing and that
19    was how it was resolved.  Otherwise, I'm
20    sure, again, we would have heard from Brian
21    and saying, you know, "I still need this."
22        Q    All right.  But it's indicated
23    here in this e-mail chain that they had not
24    received Shaw's response and he was waiting
25    to receive it, so that Larry could pass this
```

Case 2:07-md-01873-KDE-MBN   Document 11826-6   Filed 02/19/10   Page 6 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 190

```
 1      Q    To your knowledge, Shaw has no
 2  active testing?
 3      A    We may have done --
 4  MR. KURTZ:
 5           Objection, form.
 6  THE WITNESS:
 7           We may have done some testing for
 8  LEL, you know, a hand-held meter.
 9  EXAMINATION BY MR. D'AMICO:
10      Q    What's LEL?
11      A    A lower explosive limit.
12      Q    A lower explosive limit for what?
13      A    Just a combustible gas.
14      Q    Propane?
15      A    Right.
16      Q    Okay.  To your knowledge, and I
17  have looked through the -- Where is the
18  checklist?
19  MR. MILLER:
20           Exhibit 5, I think.
21  EXAMINATION BY MR. D'AMICO:
22      Q    To your knowledge, do you know if
23  Shaw was provided the owner's manuals for
24  the travel trailers that were being
25  distributed?
```

Case 2:07-md-01873-KDE-MBN   Document 11826-6   Filed 02/19/10   Page 7 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)          Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 191

1      A    To my knowledge, if the travel
2  trailers had owner's manuals in them, we
3  left those in the travel trailers.  I'm not
4  sure that all travel trailers we received
5  had owner's manuals.
6      Q    Okay.  If we look at Shaw
7  No. 10 -- I'm sorry.  Let's stick to one
8  thing.  We had already gone over an exhibit.
9  That's what I meant to do.  Sorry.  I just
10 have a little malfunction going on.  Shaw
11 Bates 13539, and it looks like they had a
12 Yard Quality Control Checklist at Bates
13 No. 13544.  Do you have that document?
14      MR. KURTZ:
15           It's in Exhibit 5.
16 EXAMINATION BY MR. D'AMICO:
17      Q    Yes, I think it's in Exhibit
18 No. 5, which Henry so astutely pointed out.
19 Okay.  If we look to Bates 13544, it's a few
20 pages back, "Shaw Environmental, Inc. Yard
21 QC Checklist."  Do you see this document?
22      A    Yes.
23      Q    Okay.  Is there a checklist to
24 locate the owner's manual in the travel
25 trailer or mobile home or park model,