# Transcript of the Testimony of
# Videotaped Deposition of Charles David Moore, PE, PLS

**Date taken: October 27, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "G"

Case 2:07-md-01873-KDE-MBN   Document 11826-7   Filed 02/19/10   Page 2 of 2

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped Deposition of Charles David Moore, PE, PLS

Page 142

```
 1   that can open up other openings, causing
 2   additional water leaks, such that you maybe
 3   could see later, or opening up the gap in
 4   the head frame that you could see later.
 5             So it's very possible that this is
 6   all a progressive damage.  What we saw out
 7   there in 2009 was extensive and quite
 8   progressed water damage to the wood.
 9        Q    Now, that was in 2009, right?
10        A    Correct.
11        Q    Mr. Wright moved out in July of
12   2008 or so, right?
13        A    Yes.
14        Q    Okay.  Would you look at page 26
15   of your report, please?
16        A    26?
17        Q    Yes, sir.
18        A    Okay.
19        Q    This is the water damage we're
20   talking about in the bottom photo, right?
21        A    That's correct.
22        Q    Okay.  You don't know how old that
23   water damage is, do you?
24        A    No.
25        Q    Okay.  You mentioned, by the way,
```