# Transcript of the Testimony of **Brian Boyle**

**Date:** February 5, 2010

**Case:** In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Printed On: February 19, 2010



ACE·FEDERAL

EXHIBIT "A"

Ace-Federal Reporters, Inc.
Phone: 202-347-3700
Fax: 202-737-3638
Email: info@acefederal.com
Internet: www.acefederal.com

A Yes.

Q Okay. This e-mail, Exhibit 10, contains Shaw's SOP for trailer processing and yard QC inspection. Do you see that?

A Yes.

MR. MILLER: What is the date on that document, Counsel?

MR. KURTZ: I'm sorry.

BY MR. KURTZ:

Q Mr. Boyle, do you see that the date of this e-mail is March 21, 2006, Exhibit 10?

A Yes, I do.

MR. MILLER: And the date on the QT document?

BY MR. KURTZ:

Q On the first page of the attachment, the date is February 1, 2006. Do you see that?

A Yes, I do.

Q Do you recognize this as being Mr. Deane's response to you with regard to the e-mail that you sent about formaldehyde, Exhibit 9?

A According to the e-mail, yes.

Q Okay. On the second-to-last page of exhibit 10, it's marked SHAW 13567. Can you read item 39 into the record?

A 39, "leave door open on trailer to vent. Lock door open using" -- well, "lock door open using door cradle handle."

Q Okay. So as of the time of this e-mail, Shaw's standing operating procedure was to leave the door open on the trailer to vent, according to this e-mail; right?

A According to this document, yes.

Q Now, did Shaw's response to your question about their process for airing out the travel trailers satisfy your request?

A Yes.

MR. KURTZ: I'm getting a tape change notice. So let's go off the record for a moment and take a quick break.

VIDEO OPERATOR: We are off the record. The time is approximately 10:10 a.m. This is the end of tape number 1.

(Recess.)

by DHOPS field inspectors?

A Within the units.

Q And how do you know that?

A Because I've seen them.

Q Was there a procedure whereby DHOPS inspectors would evaluate or ensure that an owner's manual accompanied a particular emergency housing unit?

A Yes, there was.

Q And please describe that for me, if you would, sir.

A Well, the description would be very short. If there was not an owner's manual within the unit, then how would we know the applicant that -- the survivor that's going in to this unit would understand what the operations are? So if there was not an owner's manual in there, that would be brought to somebody's attention, probably the contractors, and we would say it's missing an owner's manual.

Q And in terms of the communication that you just described, making one of the contractors aware

more, I would have followed whatever Larry needed. I would have asked Mr. Deane for that information.

Q You would have called him or e-mailed him back or something like that; right?

A Yes.

Q Let me ask you to look at Exhibit 3. Yes, sir. Could you look at page FL-FCA 06917?

A 917.

Q There are three photographs on that page. Do you see that, sir?

A Yes, sir.

Q And to your understanding, because this is the FEMA field inspector's guide, those photographs depict acceptable installations of piers; right?

A Yes.

Q Okay. Do you see in the upper right photograph there are two piers depicted in that photograph; right?

A Yes.

Q What sort of base is the one -- is the pier on the right sitting on?

A Wood.

Q And what sort of base is the pier on the left sitting on?
A The plastic or the rubberized material, whatever.
Q Have you ever heard that called "ABS"?
A Yes, I have.
Q If you would flip two more pages to page 6919, what sort of base is that pier sitting on?
A It looks like the ABS.
Q Okay. And again, that's an acceptable pier installation; right?
A Yes.
Q Okay. Mr. Bone asked you a couple of questions about maintenance issues being referred to a maintenance hotline, and I believe -- and I'm not trying to put words in your mouth -- you said that the contractors were required to go out and take care of those sorts of maintenance issues.
What I want to get to with you, sir, is, are you familiar with something called the MDC turnover?
A The term -- are you saying when the MDCs

U.S. DEPARTMENT OF HOMELAND SECURITY

# FEMA

REVIEWED
By jcohen at 9:41 am, 12/1/06

# TRAVEL TRAILER INSPECTIONS

~~

# FIELD INSPECTOR'S GUIDE

PENGAD 800-631-6989
EXHIBIT
3

FL-FCA06913





BLOCKING AND LEVELING

PIC 4

NOTE: SINGLE CAP BLOCK WITH MINI-SHIMS ON THE OUTSIDE EDGE OF THE I-BEAM

NOTE: SINGLE PIER UNDER I-BEAM

NOTE: DOUBLE PIER UNDER TRAILER TONGUE

NOTE: MINI-SHIMS ON THE OUTSIDE EDGE OF THE I-BEAM

EXAMPLES OF ACCEPTABLE ALTERNATE PIER BLOCKING FOR GAS LINE WORK-AROUND



SEC 2.1.2 BLOCKING AND LEVELING
PIC 6
MUST NOT BE ABLE TO REMOVE BY HAND
SHIM MUST BE SNUG
CHECKING PIER CONSTRUCTION

**From:** Deane, William [william.deane@shawgrp.com]
**Sent:** Tuesday, March 21, 2006 10:41 AM
**To:** Boyle, Brian
**Cc:** larry.woodruff@dhs.gov
**Subject:** Trailer Yard Process
**Attachments:** SOP_Trailer Processing and yard QC Inspection.doc

Let me know if this is what you are looking for

William L Deane, Jr
Customer Service Lead
FEMA IA-TAC Task Order 15
Shaw Environmental & Infrastructure
New Orleans, LA
225-303-8036 (v)
225-987-3796 (f)

---


Shaw® Shaw Environmental, Inc.

| | |
|---|---|
| **Procedure No.** | **H&IYD0003** |
| **Revision No.** | **A** |
| **Date of Revision** | **02/01/06** |
| **Last Review Date** | |
| **Page** | **1 of 1** |

# STANDARD OPERATING PROCEDURE

**Subject:** **TRAILER PROCESSING AND YARD INSPECTION**

## 1.0 OBJECTIVE

This Standard Operating Procedure (SOP) describes the procedure that yard Quality Control (QC) Inspectors will perform to ensure the FEMA travel trailers (TTs) that are staged at the yards are RFO (Ready for Occupancy) prior to dispatching them to private sites.

## 2.0 TABLE OF CONTENTS

**1.0** Objective
**2.0** Table of Contents
**3.0** Definitions
**4.0** Procedures
- 4.1 External Unit Inspection
- 4.2 Internal Unit Inspection

**5.0** Attachments
- 5.1 Yard QC Checklist
- 5.2 Maintenance Work Order

## 3.0 DEFINITIONS

**QC** – Quality Control
**LP** – liquid propane
**RFO** – Ready for Occupancy
**RV** – recreational vehicle
**SOP** – Standard Operating Procedure

## 4.0 PROCEDURE

### 4.1 External Unit Inspection

An incoming trailer is parked by the hauling company in the Staging Yard, after it has been properly checked in and recorded by the Yard ER Personnel. Quality Control (QC) personnel then visually inspect the outside of the trailer and record any damages from being hauled.

4.1.1 The yard QC Checklist Form is filled out with the barcode and QC Inspection begins. The following items are checked:

- Check battery and connection
- Install battery if needed
- Remove empty propane tanks

SHAW 013564

**These standard policies and procedures are applicable to all members of Shaw Environmental, Inc., except where superseded or modified by the member Company.**

 - Install full propane tanks
- Turn on propane valve
- Check the liquid propane (LP) gas detector that it is GREEN. If RED the there is a GAS LEAK. Get out of the trailer and turn off the gas.
- Mark one of the bottles or bottle cover with green tape to note complete inspection of propane tanks.
- Check trailer interior with LEL Meter at floor level.
- Hookup the trailer to electricity from the portable electric generator via recreational vehicle (RV) power supply.
- Hookup the water with portable water tank via the city water supply.
- Check to ensure keys are located in the outside box where the hot water heater is located.
- Install drain plugs on water lines, if not already installed. The drain plugs are kept either in the hot water box or one of the kitchen cabinets in the packet with the RV documents.
- Check to ensure there is a fire extinguisher in the trailer.

4.1.2 The unit is systematically checked to ensure everything is working properly:

- Check the smoke detectors to ensure they are working.
- Check the carbon monoxide (CO) sensor to ensure it is present and working.
- Check the front bedroom lights, set top light, if applicable, to work using the wall switch.
- Check all electrical outlets with a circuit tester to ensure they are working and to ensure the polarity is correct.
- Check all lights to ensure they are working properly.
- Check for water leaks under the sink, shower, and around the hot water heater.
- Take all tags off the stove; remove all packing material from the oven.
- Check the refrigerator and take all the tape and cardboard out. Make sure it is secured.
- Make sure the fresh water pump is off.
- Check the bathroom and run water into the toilet.
- Drain the water system for cold weather storage, if needed.
- Check the exhaust fan in the bathroom and over the stove.
- Check the sofa bed for the support bar if applicable.
- Place the scissor jack handle under the sofa.
- Set the air conditioner (AC) to 78 degrees; auto high.
- Open all emergency exits to ensure they all open properly.
- Check for the living kit.
- Shut off the propane at the tank.
- Bleed the propane lines.
- Remove the propane tank connections from the trailer.

These standard policies and procedures are applicable to all members of Shaw Environmental, Inc., except where superseded or modified by the member Company.



| Procedure No. | H&IYD0003 |
|---|---|
| Revision No. | A |
| Date of Revision | 02/01/06 |
| Last Review Date | |
| Page | 3 of 1 |

- Insert Propane Warning flier in the trailer.
- Leave the door open on the trailer to vent the air.
- Fill out the Yard QC Checklist, initial all components and tasks completed. Print, Sign and Date the form.
    - If something is not working properly, note it on the QC checklist. Note on the Checklist where the trailer is located in the yard as there are usually many rows of trailers.
    - Fill out a Maintenance Work Order.
    - Give the yard QC Checklist to and Maintenance Work Order to the maintenance crew.
    - Flag the trailer tongue with RED tape and make an X with Red tape and place it on the left hand side of the front of the trailer for ease of locating the failed trailer.
- The yard QC Checklists will be forwarded to the Yard QC Office to be input in the computer for record purposes.
- Once trailer passes inspection, mark trailer tongue with GREEN tape.

## 5.0 TABLE OF CONTENTS

5.1 Yard QC Checklist
5.2 Maintenance Work Order

SHAW 013566

These standard policies and procedures are applicable to all members of Shaw Environmental, Inc., except where superseded or modified by the member Company.

| | |
|---|---|
| **Procedure No.** | **H&IYD0003** |
| **Revision No.** | **A** |
| **Date of Revision** | **02/01/06** |
| **Last Review Date** | |
| **Page** | **4 of 1** |

# YARD QC CHECKLIST

_______________**BC #** _____________ **Passed** _______________**Failed**

Printed Name of Inspector _______________________ Date __________ Time _____________

**"Initial in the space provided. Do NOT place a check or an X"**

1.__________Check to ensure batter is installed.
2.__________Install battery if needed.
3.__________Remove empty propane tanks.
4.__________Install full propane tanks.
5.__________Switch Propane Regulator to the bottle you are going to open, turn on propane to ensure Regulator reads GREEN.
6.__________Mark propane bottle or bottle cover with green tape to signify completion of inspection of propane bottles.
7.__________Check trailer interior with LEL Meter at floor level.
8.__________Locate LP Gas Detector inside trailer at floor level.
9.__________Check LP Gas Detector to ensure it is GREEN. If RED = gas leak, IMMEDIATELY get out of trailer and turn off gas.
10.__________Hookup electricity with portable electric generator using RV Power Supply Plug.
11.__________Hookup water with portable water tank using City Water Supply Connection.
12.__________Locate trailer keys in outside water heater storage box.
13.__________Install drain plugs on water lines, if not already installed.
14.__________Locate fire extinguisher, make sure it is charged and not expired.
15.__________Check smoke detectors to ensure they are working.
16.__________Check CO2 sensor to ensure it is present and working.
17.__________Check front bedroom lights, set top light, if applicable to work using wall switch.
18.__________Check all electrical outlets with circuit tester to ensure they are working and polarity is correct.
19.__________Check all lights to ensure they are working properly.
20.__________Check Hot Water Heater to ensure it is working.
21.__________Check for water leaks under sinks, shower and around hot water heater.
22.__________If unit is All Electric make sure hot water heater switch is turned OFF after checking.
23.__________Take tags off stove, remove all packing material from oven.
24.__________Check refrigerator: remove tape, cardboard, and make sure refrigerator is secure.
25.__________Check switches on gray water, black water, and fresh water to ensure they are working.
26.__________Check bathroom, run water in toilet.
27.__________After checking water, make sure fresh water pump is turned OFF.
28.__________Drain water for cold weather storage, if needed, by removing plugs and placing them in outside water heater access door.
29.__________Check exhaust fan in bathroom and over stove to ensure they are working.
30.__________Check sofa bed for support bar, if applicable.
31.__________Locate scissor jack handle and place under sofa in storage compartment.
32.__________Set Air Conditioning to 78 degrees; auto high.
33.__________Open all emergency exits and be sure they are securely closed after checking.
34.__________Check for Living Kit.
35.__________Shut off propane tank.
36.__________Bleed off propane lines.
37.__________Disconnect propane tanks from trailer by unscrewing pigtail from bottles.
38.__________Insert Propane Warning in Trailer.
39.__________Leave door open on trailer to vent. Lock door open using door cradle handle.
40.__________If something isn't working, fill out Maintenance Work Order with details.
41.__________If trailer passes inspection mark tongue with GREEN tape. If fails, mark with RED tape and place an X with RED tape on the front left hand side of trailer to identify.

_______________________________________________
Signature of Inspector Releasing Trailer

SHAW 013567



Shaw® Shaw Environmental, Inc.

| | |
|---|---|
| Procedure No. | H&IYD0003 |
| Revision No. | A |
| Date of Revision | 02/01/06 |
| Last Review Date | |
| Page | 5 of 1 |

# Maintenance Work Order

| |
|---|
| Date: |
| Barcode No: |
| Serial # /VIN |
| |
| Assessment: |
| |
| |
| |
| |
| Parts/Materials Needed |
| |
| |
| |
| |
| |
| |
| Electrician Needed: Yes No |
| |
| Why: |
| |
| |
| |
| Appliances Fixed: |
| |
| |
| Other Work Done: |
| |
| |
| |
| |
| Work Completed By/Date: |

SHAW 013568

These standard policies and procedures are applicable to all members of Shaw Environmental, Inc., except where superseded or modified by the member Company.