# Transcript of the Testimony of
# Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Date taken: January 7, 2010

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "B"

Case 2:07-md-01873-KDE-MBN   Document 11827-2   Filed 02/19/10   Page 2 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 132

1  Mr. Boyle to Shaw.
2       THE WITNESS:
3           He is asking us what is our
4  process for airing out the travel trailers.
5  Our process for airing out the travel
6  trailers was to open the doors.  That was
7  our process for ventilating the trailers.
8  And in that -- well --
9  EXAMINATION BY MR. D'AMICO:
10      Q   I would like to show you another
11 exhibit that was produced to us, which has
12 been Bates labeled 13539, which was also
13 produced to us at quarter to 6:00 last
14 night, and ask if you have ever seen this
15 document?  It starts with 13539 and goes
16 through 13545.
17      A   Yes.
18      Q   You have seen this document before
19 today?
20      A   Yes.
21      Q   When did you first see this
22 document?
23      A   Let's see.  This specific
24 document, again, I saw in the last few days
25 as we were preparing for the deposition.

Case 2:07-md-01873-KDE-MBN   Document 11827-2   Filed 02/19/10   Page 3 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 133

1    Q    In the last few days as you were
2    preparing for this deposition is the first
3    time that you saw this document?
4    A    Yes.
5    Q    Okay.  We see down in the bottom
6    portion of the first page, 13539, from Brian
7    Boyle to several individuals.  Do you know
8    who these individuals are, Aubert, Robert
9    Aubert, William Deane and Larry Woodruff?
10   A    Yes.
11   Q    Who are these individuals?
12   A    Bob Aubert and Bill Deane were
13   what we call client service representatives
14   for Shaw in our haul and install program.
15   Q    Who is Larry Woodruff?
16   A    Larry Woodruff was a FEMA
17   employee, and may still be.
18   Q    All right.  Can you read that
19   section in the morning, where it starts off
20   "Good morning"?
21   A    Yeah.  Let's see.  This is Tuesday
22   at 7:56 a.m.
23   Q    On March 21st?
24   A    21st.  And Brian says, "I have
25   received responses from the other two

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)        Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 134

1   contractors on this and I'm still waiting to
2   hear from you guys, so Larry can pass this
3   on to D.C.  Your immediate attention to this
4   matter is requested.  Thanks.  Good
5   morning."
6            Okay.  And then it looks like he
7   reiterates it.  "I received responses from
8   the other two contractors on this request
9   and we are waiting on your response."
10       Q    Okay.  It looks like there was an
11  earlier e-mail on the next page from Brian
12  Boyle.  If you would, please, read that
13  e-mail.
14       A    Oh.  It's the same e-mail that's
15  on Shaw -- I believe.  Let's take a look.
16  But I believe it's the same one that's on
17  Shaw 03515; is that right?  No, no.  Is it
18  different?  Okay.  It's written Monday,
19  March 20th at 9:14 a.m.  Right?
20       Q    Yes.
21       A    "Our safety office needs to know
22  from each contractor the process of airing
23  out the travel trailers and mobile homes to
24  handle the existence of formaldehyde inside
25  the units and what you are doing to handle

Case 2:07-md-01873-KDE-MBN   Document 11827-2   Filed 02/19/10   Page 5 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 135

1  the problem."
2      Q     Right.
3      A     "Please e-mail your process for
4  combating this problem, so Larry can pass
5  this on to Safety in D.C."
6      Q     So again, he's confirming the next
7  day, on Tuesday, March 21st, that Shaw had
8  not responded to what has been identified as
9  Shaw No. 4, correct?
10     A     That's right.
11     Q     All right.  And did Shaw ever
12 respond?
13     A     You know, again, we looked high
14 and low for the specific written record.  We
15 believe clearly we did.  We talked to Brian
16 routinely.  These things are a day apart, so
17 I imagine that it was just handled with a
18 phone call and what we were doing and that
19 was how it was resolved.  Otherwise, I'm
20 sure, again, we would have heard from Brian
21 and saying, you know, "I still need this."
22     Q     All right.  But it's indicated
23 here in this e-mail chain that they had not
24 received Shaw's response and he was waiting
25 to receive it, so that Larry could pass this

Case 2:07-md-01873-KDE-MBN   Document 11827-2   Filed 02/19/10   Page 6 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 190

1    Q    To your knowledge, Shaw has no
2  active testing?
3    A    We may have done --
4  MR. KURTZ:
5         Objection, form.
6  THE WITNESS:
7         We may have done some testing for
8  LEL, you know, a hand-held meter.
9  EXAMINATION BY MR. D'AMICO:
10    Q    What's LEL?
11    A    A lower explosive limit.
12    Q    A lower explosive limit for what?
13    A    Just a combustible gas.
14    Q    Propane?
15    A    Right.
16    Q    Okay. To your knowledge, and I
17  have looked through the -- Where is the
18  checklist?
19  MR. MILLER:
20         Exhibit 5, I think.
21  EXAMINATION BY MR. D'AMICO:
22    Q    To your knowledge, do you know if
23  Shaw was provided the owner's manuals for
24  the travel trailers that were being
25  distributed?

Case 2:07-md-01873-KDE-MBN   Document 11827-2   Filed 02/19/10   Page 7 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 191

1    A    To my knowledge, if the travel
2    trailers had owner's manuals in them, we
3    left those in the travel trailers.  I'm not
4    sure that all travel trailers we received
5    had owner's manuals.
6         Q    Okay.  If we look at Shaw
7    No. 10 -- I'm sorry.  Let's stick to one
8    thing.  We had already gone over an exhibit.
9    That's what I meant to do.  Sorry.  I just
10   have a little malfunction going on.  Shaw
11   Bates 13539, and it looks like they had a
12   Yard Quality Control Checklist at Bates
13   No. 13544.  Do you have that document?
14        MR. KURTZ:
15             It's in Exhibit 5.
16   EXAMINATION BY MR. D'AMICO:
17        Q    Yes, I think it's in Exhibit
18   No. 5, which Henry so astutely pointed out.
19   Okay.  If we look to Bates 13544, it's a few
20   pages back, "Shaw Environmental, Inc. Yard
21   QC Checklist."  Do you see this document?
22        A    Yes.
23        Q    Okay.  Is there a checklist to
24   locate the owner's manual in the travel
25   trailer or mobile home or park model,

Page 206

1   Q   All right.  So as far as you're
2   concerned, it was Shaw's position that it
3   was not necessary to provide the owner's
4   manual to the occupant of the travel
5   trailer?
6        MR. KURTZ:
7            Objection, form and scope.
8        THE WITNESS:
9            Can I have the question again?
10  Sorry.
11  (Whereupon, the court reporter read back the
12  requested testimony as follows:
13       THE COURT REPORTER:
14           Question:  "All right.  So as far
15  as you're concerned, it was Shaw's position
16  that it was not necessary to provide the
17  owner's manual to the occupant of the travel
18  trailer?"
19       THE WITNESS:
20           Yeah, in many instances where
21  travel trailer manuals were present, they
22  were in envelopes, and they came back with
23  the envelopes unopened.  So, you know, was
24  an owner's manual necessary to operate the
25  trailer?  It didn't appear to be.  And we

Page 207

1  were perfectly ready, at any time they
2  called to give them one, we would make every
3  effort to do so.
4  EXAMINATION BY MR. D'AMICO:
5      Q    All right.  Did Shaw keep copies
6  of the relevant owner's manuals for the
7  various travel trailer manufacturers that
8  Shaw was tasked with hauling and installing?
9      A    We may have.
10     Q    Do you know where those would be
11  kept?
12     A    You know, they probably would have
13  been kept at the yards or -- No, actually,
14  let me correct that.  I don't believe we did
15  keep copies of the operating manuals.  We
16  had access to them through all the thousands
17  of trailers that were going through our
18  yards, but I don't believe we kept a file of
19  such documents.
20     Q    All right.  To your knowledge,
21  based on this e-mail chain that was
22  occurring between March and May, 2006, that
23  we were discussing earlier, did anyone at
24  Shaw have any communications with any of the
25  trailer manufacturers to find out if they