Stephen J. Smulski
June 10, 2009

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER        * MDL NO. 1873
       FORMALDEHYDE         *
       PRODUCTS LIABILITY   *
       LITIGATION           * SECTION: N(5)
                            *
This Document Relates to:   * JUDGE: ENGELHARDT
Charles Age, et al, v.      *
Gulf Stream Coach, Inc.,    *
et al, Docket No. 09-2892   * MAG: CHASEZ
* * * * * * * * * * * * * * * * * * * * *

Video-Taped Deposition of STEPHEN SMULSKI, Ph.D., 435 Wendall Road, Shutesbury, Massachusetts, 01072, taken in the law offices of Lambert & Nelson, 701 Magazine Street, New Orleans, Louisiana, 70130, on Wednesday, the 10th day of June, 2009.


APPEARANCES:


   T. CHRISTOPHER PINEDO
   ATTORNEY AT LAW
   4550 Jericho Road
   Corpus Christi, Texas   78413
           - and -
   FRANK J. D'AMICO
   ATTORNEY AT LAW
   622 Baronne Street
   New Orleans, Louisiana   70113

           - and -

   REICH & BINSTOCK, LLP
   (By: Dennis C. Reich, P.C.)
   4265 San Felipe
   Suite 1000
   Houston, Texas   77027
         (Attorneys for the Plaintiffs)

EXHIBIT "C"

Stephen J. Smulski
June 10, 2009

Page 344

1  directly with you, that we could come to the
2  Court, and he would entertain a good cause
3  motion. All I am doing right now is reserving
4  my right in that regard.
5       MR. D'AMICO:
6  And I'm telling you, you can do
7  it now, or you can do it later. It doesn't
8  matter to me. It's your choice.
9  EXAMINATION BY MR. KURTZ:
10  Q.     With that introduction,
11  Dr. Smulski, I wanted to start with some
12  definitional matters. There were some terms
13  that have been discussed I want to make sure
14  we are clear about.
15  Formaldehyde release rates and
16  emission rates, those are the same thing,
17  right?
18  A.     In my mind, yes.
19  Q.     And another set of terms,
20  formaldehyde concentration, formaldehyde
21  level, formaldehyde ambient level, those three
22  things are all the same, right?
23  A.     Yes.
24  Q.     But those two groups of things
25  are different, right?

```
1    A.        Yes, they are.
2    Q.        And they are not correlated on a
3    one-to-one basis.  In other words, there are
4    other variables in between those two things?
5    A.        That is correct.
6    Q.        I have seen release rates
7    measured in parts per million, which is a
8    little confusing to me, because I think of
9    rates as being a certain thing divided by
10   time.
11   Can you explain why it is
12   measured in parts per million?
13   A.        I cannot.
14   Q.        I can see why release rates, when
15   you are talking about a wood product, might be
16   within the realm of a wood scientist.
17   Would you agree with that?
18   A.        I would say yes in the sense that
19   it is contained within the product, and my
20   expertise is about the products.
21   Q.        Would you agree that ambient
22   levels of formaldehyde in the atmosphere in a
23   given volume of gas are not a wood science
24   matter?
25   A.        Yes.  They are outside of my
```

Stephen J. Smulski
June 10, 2009

Page 346

1  expertise.
2  Q.    There has been some discussion of
3  air exchange rates.
4  Is the relationship between air
5  exchange rates and the ambient level of
6  formaldehyde a linear relationship, or do you
7  know?
8  A.    I don't know.
9  Q.    Let me ask you to refer to your
10 expert report, sir.
11 A.    (Witness complies.)
12 Q.    I would like to start at
13 paragraph 12.  In the first sentence at the
14 end you mention that the air exchange rate is
15 low.
16 "Low" is a relative term.  To
17 what were you comparing it?
18 A.    Well, you are right.  "Low" is a
19 relative term.  The way that I've used the
20 terms is that I think back historically, and
21 again most of my experience is single-family
22 residences.  Historically, in single-family
23 residences, we consider those to be leaky
24 buildings.  They had what I would consider to
25 be high air exchange rates.  Three, five,

1  A.        This is directed more towards
2  joints and penetrations within the metal shell
3  of the trailer.
4  Q.        So from the exterior -- the
5  outside environment into the wall cavity?
6  A.        That's not what I said.
7  Obviously there were joints in the metal skin
8  of the trailer, and air can pass through those
9  joints.  There are also joints within the
10 metal skin of the trailer in the construction
11 of the wall itself.  You have individual
12 sheets of hardwood plywood covered with small
13 trim strips.  You have a joint where the
14 ceiling meets the wall.  Where the wall meets
15 the floor, et cetera.  That's really what I am
16 addressing here is how can formaldehyde that
17 is released within the wall cavity end up
18 inside of the trailer?  But it also does
19 address any joints in the metal shell or
20 between the metal shell and say for example
21 the rubber roof membrane where you could have
22 a potential point of air leakage, water
23 leakage.
24 Q.        You mentioned some of these joint
25 failures and other sorts of damage might allow

Stephen J. Smulski
June 10, 2009

Page 353

1   water and moisture intrusion into the wall
2   cavity from the exterior environment, right?
3   A.        Yes.
4   Q.        And that's because these joint
5   failures, for example, create a physical
6   pathway to allow water or water vapor to enter
7   the cavities, right?
8   A.        Yes.  They can allow air, which
9   would carry water vapor with it, or they could
10  actually allow entry of liquid water.
11  Q.        They could also allow for the
12  escape of formaldehyde from within the wall
13  cavity into the exterior environment, right?
14  A.        That's right.  It could go both
15  ways.  Depending on which direction are the
16  driving forces of temperature difference, air
17  pressure difference, concentration gradient
18  acting, but really, which direction is the
19  wind blowing, et cetera.
20  Q.        With regard to temperature, for
21  example in the winter, one would expect the
22  interior of the trailer to be warmer than the
23  outside environment.  Even in Louisiana, that
24  is frequently the case.
25  In that case, it would drive the