# Transcript of the Testimony of
# Videotaped Deposition of Stephen Smulski, Ph.D.

**Date taken: January 29, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "D"

Case 2:07-md-01873-KDE-MBN   Document 11827-4   Filed 02/19/10   Page 2 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)　　　　Videotaped Deposition of Stephen Smulski, Ph.D.

Page 120

1  sounds reasonable to me.
2     Q.  Okay.  If we assume that that's
3  the case, then if you've got a
4  urea-formaldehyde resin in a generic sense
5  and compare that to a urea-formaldehyde
6  resin that has had melamine added, the
7  response of the one with the melamine added
8  to the presence of humidity will not be as
9  great as the response of the generic
10 urea-formaldehyde resin, right?
11    MR. BONE:
12        Objection.
13    THE WITNESS:
14        Sounds reasonable, yes.
15 EXAMINATION BY MR. KURTZ:
16    Q.  Do you know what formalin is?
17    A.  It is the aqueous solution of
18 formaldehyde.
19    Q.  And would you agree that when
20 formaldehyde comes in contact with liquid
21 water, that formalin is formed?
22    A.  It dissolves in water, yes.
23    Q.  If you had a contained space with
24 a certain concentration of formaldehyde,
25 let's say it's 100 parts per billion of

Page 121

1  formaldehyde within a contained space, and
2  you put a pan of liquid water into that
3  contained space, some of the formaldehyde
4  will dissolve into the water and create
5  formalin, right?
6      A.   Sounds reasonable, but you are
7  getting away from my expertise.  That would
8  be the expertise of a physical chemist, I
9  would say.
10     Q.   It is not unreasonable to conclude
11 that doing that, putting a pan of liquid
12 water into an enclosed space, might actually
13 reduce the concentration of formaldehyde in
14 the air, right?
15     MR. D'AMICO:
16          Object.
17     THE WITNESS:
18          Again, you are asking me something
19 outside of my expertise.
20     MR. D'AMICO:
21          Yeah, it's really not his field.
22 I don't want him to speculate on things he
23 really doesn't know anything about.  It
24 doesn't serve us any good.  It is
25 speculation.