# Transcript of the Testimony of
# Videotaped Deposition of Tyshone Marsh

**Date taken: January 14, 2010**

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "E"

Page 83

1   trailer or staying in that trailer in 2006?
2       A   Oh, I don't know.
3       Q   Okay.  So you and Nicole and
4   Lyndon were never in the trailer at the same
5   time?
6       A   No, sir.
7       Q   Oops.  That's a double negative.
8   I am correct, yes, that you and Lyndon and
9   Nicole were never in the trailer at the same
10  time; is that correct?
11      A   Yes, you're correct.
12      Q   Okay.  But you said when you came
13  to the trailer, the windows and door were
14  always open?
15      A   Uh-huh (affirmative response).
16      Q   Because when you came to the
17  trailer, someone was always in it, right?
18      A   Mr. Lyndon.
19      Q   Okay.  Never Ms. Dison?  In other
20  words, you never came to the trailer and
21  Lyndon was gone and Ms. Dison was there?
22      A   Huh-uh (negative response).
23      Q   Am I right?
24      A   Yes.
25      Q   "Yes," right?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)	Videotaped Deposition of Tyshone Marsh

Page 84

```
 1       A     Uh-huh (affirmative response).
 2       Q     Okay.  But on all those occasions
 3  when you came to the trailer in '06, '07 and
 4  '08, Lyndon was there and the windows and
 5  door were open, right?
 6       A     Uh-huh (affirmative response).
 7       Q     Every time?
 8       A     Yes.
 9       Q     When you're saying the windows,
10  you're talking about the two windows that
11  are in the area where the kitchen and couch
12  is or which windows are you talking about?
13       A     The window that was by the sofa.
14       Q     I'm going to show you a picture
15  that has been identified by other witnesses
16  and see if this helps you.  I'm going to
17  show what has been previously identified as
18  a photograph of Lyndon Wright's trailer at
19  some point in time designated as LW-000077,
20  previously identified in a deposition today
21  as Dison No. 6, and ask you, does this look
22  like the trailer, Lyndon Wright's trailer?
23  It has been purported to us by the plaintiff
24  that that is Lyndon Wright's trailer, it's
25  pictures of Lyndon Wright's trailer.
```

Page 85

1   A   Yes.
2   Q   Does that look like Lyndon
3   Wright's trailer to you?  Right?
4   A   Uh-huh (affirmative response).
5   Q   All right.  Now, when you said the
6   windows that were open, are you talking
7   about this window (indicating) and this
8   window (indicating)?
9   A   Yes.
10  Q   Because it's a video, I'm going to
11  put it like this, and so, could you use my
12  pen and point to those same windows that
13  you're talking about were always open?
14  A   That one (indicating) and that one
15  (indicating).
16  Q   So every time you came to the
17  trailer, those two windows were open?
18  A   Yes, and the door.
19  Q   And the front door was open, too?
20  A   Uh-huh (affirmative response).
21  Q   Every time?
22  A   Uh-huh (affirmative response).
23  Q   Do you know why?
24  A   No, sir.  I don't know why.
25  Q   So you came there during the

1  summer, the spring -- the spring, the
2  summer, the winter and the fall?  All four
3  seasons you were there in '06, '07, '08,
4  right?
5       A    Uh-huh (affirmative response).
6       Q    And every time you went, those two
7  windows and that door were open?
8       A    Uh-huh (affirmative response).
9       Q    Were you ever there when he was
10 running the air conditioner?
11      A    No, sir.
12      Q    Okay.  But you were never there at
13 night?
14      A    No, sir.
15      Q    I am correct, you were never there
16 at night, "yes"?
17      A    Yes, sir.
18      Q    It's only a lawyer thing.  It's
19 double negatives, and so I'm just trying to
20 make sure I'm clear.  And sometimes you
21 would visit Lyndon during the week?  You
22 didn't just visit him on the weekends, did
23 you?
24      A    During the week sometimes.
25      Q    Sometimes during the weeks,

```
 1   sometimes on the weekends?
 2        A    Both.
 3        Q    And those windows and doors were
 4   always open?
 5        A    Yes, sir.
 6        Q    Do you know if any other -- There
 7   are other windows in that unit?  In that
 8   location there are other windows, right?
 9        A    Uh-huh (affirmative response).
10        Q    Do you know if they were ever
11   open, too?
12        A    No, sir, not that I know of.
13        Q    You don't know one way or -- They
14   could have been, but you just don't know?
15        A    I just don't know.
16        Q    All right.  Did you ever cook for
17   him in the trailer?
18        A    No, sir.
19        Q    Were you ever there when anybody
20   else was cooking for him in the trailer?
21        A    No.  No, sir.
22        Q    Did Lyndon ever tell you he had
23   asthma?
24        A    No, sir.
25        Q    That's true until today, he has
```