# Transcript of the Testimony of
# Videotaped Deposition of Paul J. LaGrange

**Date taken: October 26, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "F"

Page 129

1  pressurized, correct?
2      A    With relation to outside while the
3  air conditioning was running?
4      Q    Correct.
5      A    Yes, sir.
6      Q    It's your opinion that the ceiling
7  compartment exhibited a negative pressure
8  relative to the living compartment?
9      A    That is correct.
10     Q    Did it exhibit a negative pressure
11 relative to the exterior, to the ambient air
12 around the trailer?
13     A    That's correct.
14     Q    So it was negative to outside and
15 negative to the interior of the unit?
16     A    While testing the unit at that
17 particular time, yes, sir.
18     Q    What was the -- In terms of the
19 pressure, what was the pressure of the
20 ceiling compartment?
21     A    Are you talking about the
22 differential pressures between the inside
23 and outside?
24     Q    What I'm talking about is if we
25 had a pressure -- You measured a positive

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)  Videotaped Deposition of Paul J. LaGrange

Page 130

1   pressure of the interior of the trailer,
2   which was between .6 and .8 Pascals with
3   respect to the exterior, correct?
4        A    That's correct.  What page are you
5   reading from?  I'm sorry.
6        Q    Oh, I'm sorry.  I'm reading from
7   Page 17, let's say the fourth paragraph on
8   the page, third full paragraph.
9        A    Yes, sir.
10       Q    We are in agreement that you
11  measured a positive pressure between .6 and
12  .8 Pascals with respect to outside, correct?
13       A    While the air conditioner was
14  running, yes, sir.
15       Q    All right.  And what I'm looking
16  for is where it's noted the actual pressure
17  with respect to either the interior
18  compartment or the exterior of the
19  differential pressure of the ceiling
20  compartment?
21       A    There is no notation of that.
22       Q    Is there any calculation in the
23  appendices or in your report that tells me
24  what the differential pressure of the
25  ceiling compartment is?