# Transcript of the Testimony of **Brian Boyle**

**Date:** February 5, 2010

**Case:** In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Printed On: February 19, 2010



ACE·FEDERAL

**EXHIBIT "C"**

Ace-Federal Reporters, Inc.
Phone: 202-347-3700
Fax: 202-737-3638
Email: info@acefederal.com
Internet: www.acefederal.com

Page 60

1   Q    Okay. And actually, you wrote that at the
2   end of the sentence -- at the end of the e-mail,
3   Exhibit 9. If you would read the last sentence of
4   the e-mail into the record, please.
5   A    "Thank you for your attention to this, and
6   I will wait to hear from each of you and send it on
7   to Larry."
8   Q    Okay. Let me mark as Exhibit 10 a
9   document bearing Bates labels SHAW 013563 through
10  013568.
11              (Exhibit 10 identified.)
12              BY MR. KURTZ:
13  Q    Do you have Exhibit 10 in front of you,
14  sir?
15  A    Yes, I do.
16  Q    You see that is an e-mail from William
17  Deane to you?
18  A    Yes.
19  Q    Who is Mr. Deane?
20  A    Billy Deane worked for Shaw Company.
21  Q    He was one of the people with Shaw that
22  you coordinated with while you were at DHOPS; right?

Page 61

1      A    Yes.

2      Q    Okay.  This e-mail, Exhibit 10, contains

3  Shaw's SOP for trailer processing and yard QC

4  inspection.  Do you see that?

5      A    Yes.

6           MR. MILLER:  What is the date on that

7  document, Counsel?

8           MR. KURTZ:  I'm sorry.

9           BY MR. KURTZ:

10     Q    Mr. Boyle, do you see that the date of

11 this e-mail is March 21, 2006, Exhibit 10?

12     A    Yes, I do.

13          MR. MILLER:  And the date on the QT

14 document?

15          BY MR. KURTZ:

16     Q    On the first page of the attachment, the

17 date is February 1, 2006.  Do you see that?

18     A    Yes, I do.

19     Q    Do you recognize this as being Mr. Deane's

20 response to you with regard to the e-mail that you

21 sent about formaldehyde, Exhibit 9?

22     A    According to the e-mail, yes.

Brian Boyle - February 5, 2010
In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Page 62

1    Q    Okay. On the second-to-last page of
2  exhibit 10, it's marked SHAW 13567. Can you read
3  item 39 into the record?
4    A    39, "leave door open on trailer to vent.
5  Lock door open using" -- well, "lock door open using
6  door cradle handle."
7    Q    Okay. So as of the time of this e-mail,
8  Shaw's standing operating procedure was to leave the
9  door open on the trailer to vent, according to this
10 e-mail; right?
11   A    According to this document, yes.
12   Q    Now, did Shaw's response to your question
13 about their process for airing out the travel
14 trailers satisfy your request?
15   A    Yes.
16        MR. KURTZ:  I'm getting a tape change
17 notice. So let's go off the record for a moment and
18 take a quick break.
19        VIDEO OPERATOR:  We are off the record.
20 The time is approximately 10:10 a.m. This is the
21 end of tape number 1.
22        (Recess.)