UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Lyndon Wright, et al.  v. Forest River, Inc., et al.*,<br>09-2977 (E.D. La.) | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SHAW ENVIRONMENTAL, INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S MENTAL ANGUISH CLAIMS

Shaw Environmental, Inc. ("Shaw") submits this memorandum in support of its motion for partial summary judgment on Plaintiff's mental anguish claims (R. Doc. 10945) and in response to Plaintiff's Memorandum in Opposition to Shaw's motion (R. Doc. 11545) (the "Opposition").  Shaw hereby adopts and incorporates by reference as if repeated herein, the reasoning, jurisprudence, and factual support included in Forest River, Inc.'s Reply to Plaintiff's Response to Motion for Summary Judgment Regarding Plaintiff's Mental Anguish Claims.  (R. Doc. 11814).  In addition, Shaw will address those allegations made specifically against Shaw.

Plaintiff's mental anguish claims against Shaw flow directly from his allegations that Shaw failed to adequately maintain the Trailer.  Plaintiff, however, has a complete lack of evidence to suggest that Shaw failed to maintain the Trailer in any way.  In order to avoid

unnecessary repetition and further burden to this Court, Shaw hereby adopts and incorporates by reference as if repeated herein, the arguments, reasoning, and factual support included in its "Reply Memorandum in Support of Motion for Partial Summary Judgment Regarding Plaintiff's Maintenance Claims." (R. Doc. 11826).

Plaintiff contends that he has produced enough evidence to prove that Shaw's actions contributed to his mental anguish. This, however, is not the case. Plaintiff fails to provide competent evidence to rebut the affidavits, deposition testimony, and other evidence attached to Shaw's summary judgment motion. Instead, Plaintiff's Opposition contains only arguments and unsupported assertions.

Oddly, Plaintiff does not even attempt to support the claim made in his amended complaint – that he became depressed because Shaw did not respond to his maintenance calls. Perhaps Plaintiff realizes that this was a frivolous claim, but in any event it should now be considered abandoned.

Instead, Plaintiff opposes Shaw's motion based on his allegation that Shaw was responsible for Plaintiff's formaldehyde exposure. He purports to support this argument by mischaracterizing certain interactions between Shaw and FEMA; those interactions are detailed in Shaw's other reply briefs filed contemporaneously.

That said, given that Plaintiff is now limiting his mental anguish claim to whatever depression resulted from his alleged formaldehyde exposure, the issue is identical to the claim being asserted against Forest River. Thus, in an effort to minimize the filings with this Court, Shaw adopts the positions taken by Forest River in its briefs regarding mental anguish, and urges

the Court to dismiss all mental anguish claims, including the fear of cancer claim, against both parties.

## CONCLUSION

Plaintiff has presented no evidence to suggest that Shaw's actions caused him serious, actionable mental anguish. In fact, Plaintiff has failed to present any genuine issue of material fact regarding the cause of his alleged mental anguish. Based on the reasoning and jurisprudence cited in Forest River's Motion for Summary Judgment Regarding Plaintiff's Mental Anguish Claims, and for the reasons stated herein, Shaw Environmental, Inc. respectfully urges the Court to grant its Motion for Partial Summary Judgment and dismiss, with prejudice, Plaintiff's mental anguish claims.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

  /s/ M. David Kurtz
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

    /s/ M. David Kurtz