40844

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| VS. | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | MAGISTRATE CHASEZ |

All Cases – specifically those involving Athens Park Homes, L.L.C.,

*****************************************************************************

## ORDER

Considering the foregoing Motion for Extension of Time to File Responsive Pleadings to Plaintiffs' Third and Fourth Supplemental and Amended Administrative Master Complaints filed by Athens Park Homes, LLC:

IT IS HEREBY ORDERED that Athens Park Homes, LLC, is granted an extension of time of 10 days to file responsive pleadings to the Master Complaint.

New Orleans, Louisiana, this  22nd day of      February       , 2010.

_____
United States District Court
Eastern District of Louisiana