# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE           MDL NO. 07-1873
PRODUCTS LIABILITY LITIGATION
                                          SECTION N(5)
                                          JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:
                                          MAGISTRATE CHASEZ
   All Cases

## ORDER

Considering the foregoing Motion for Leave to File Application for Appointment of Liaison Counsel filed herein by American International Group, Inc., et al.:

IT IS HEREBY ORDERED that the said motion is GRANTED and that American International Group, Inc.; Chartis Specialty Insurance Company (formerly American International Specialty Lines Insurance Company); The Insurance Company of the State of Pennsylvania; National Union Fire Insurance Company of Pittsburgh, Pa; Lexington Insurance Company; and Chartis Select Insurance Company (formerly Starr Excess Liability Insurance Company, Ltd.), are permitted to file their Application for Appointment of Liaison Counsel.

New Orleans, Louisiana, this 22nd day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE