UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE  MDL NO: 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:  MAGISTRATE CHASEZ
*North American Catastrophe Service, Inc. v. Northfield Ins. Co.*
*No. 09-3818*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Foregoing Motion to Continue Hearing,

IT IS ORDERED that the hearing of North American Catastrophe Services, Inc.'s Motion for Partial Summary Judgment on the Duty to Defend [Rec. Doc. 10038] be and is hereby continued from February 24, 2010 to **March 10, 2010.** WITHOUT ORAL ARGUMENT.

New Orleans, Louisiana, this 22nd day of _____February_____, 2010.

JUDGE – United States District Court
for the Eastern District of Louisiana

3