AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Louisiana

| | |
|---|---|
| Shavon Banister, et al | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 09-4968 Sect. N   Mag 5 |
| American International Group, Inc., et al | ) |
| _____ | ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gilbraltar Insurance Company, Ltd.
Through its registed agent for service
Quest Management Solutions
FB Perry Building, 40 Church St.
Hamilton, HM 11, Bermuda

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date:    Nov 20 2009

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  09-4968 Sec. N  Mag. 5

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Quest Management Solutions through S. Roberts **  , who is

designated by law to accept service of process on behalf of *(name of organization)*  Gibraltar Insurance Co., Ltd.

_____ on *(date)*  12/16/2009 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  2/22/10 _____

_____
*Server's signature*

Justin I. Woods, Attorney
*Printed name and title*

Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800
*Server's address*

Additional information regarding attempted service, etc:

**See attached Exhibit "A" printout from the Hamilton, Bermuda Postal Service  since undersigned counsel has not
received the registered receipt from the Hamilton, Bermuda Postal Service



IPS
Support

**ITEM n° RE473731483US**

new search

| Local Date and Time | Country | Location | Event Type | Extra Information |
|---|---|---|---|---|
| 12/13/2009 3:00:00 AM | UNITED STATES | ISC NEW YORK NY (USPS) | Send item abroad (EDI-received) | |
| 12/15/2009 10:31:00 AM | BERMUDA | BDA Mail Processing Center | Receive item at office of exchange (Inb) | |
| 12/15/2009 10:49:00 AM | BERMUDA | BDA Mail Processing Center | Send item to domestic location (Inb) | |
| 12/15/2009 3:09:00 PM | BERMUDA | Gen. Post Office (GPO) | Receive item at delivery office (Inb) | |
| 12/15/2009 3:51:00 PM | BERMUDA | Gen. Post Office (GPO) | Record recipient information (Inb) | |
| 12/15/2009 4:01:00 PM | BERMUDA | Gen. Post Office (GPO) | Unsuccessful item delivery attempt (Inb) | Reason : Addressee not available at time of delivery Measure : Attempted delivery today |
| 12/16/2009 9:23:00 AM | BERMUDA | Gen. Post Office (GPO) | Deliver item (Inb) | SIGNED BY : S. ROBERTS |

2004 © Postal Technology Centre
www.ptc.upu.int

---

Registered No.
RE473731483US

Date Stamp

| | | |
|---|---|---|
| Reg. Fee $ $11.50 | Special Delivery $ | 0046 DEC - 3 2009 |
| Handling Charge $ $0.00 | Return Receipt $ $2.30 | |
| Postage $ $6.77 | Restricted Delivery $ $0.00 | 12/03/09 |

To Be Completed By Post Office

Received by

Domestic Insurance
Is Limited To
$25,000; International
Indemnity Is Limited
(See Reverse)

Customer Must Declare
Full Value $ $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

FROM

Justin I. Woods

Gainsburgh, Benjamin, David, Meunier

1100 Poydras St., Suite 2800

New Orleans, LA 70163   USA

TO

Gilbraltar Insurance Co., Ltd.

c/o ProQuest Management Solutions

FB Perry Building, 40 Church St.

Hamilton, HM 11, Bermuda

PS Form **3806,**   **Receipt for Registered Mail**   (Customer Copy)
June 2000   Shavon Banister, 07-5980 (See Information on Reverse)



EXHIBIT
PENGAD-Bayonne, N.J.
A

LAW OFFICES

### GAINSBURGH, BENJAMIN,
## DAVID, MEUNIER & WARSHAUER, L.L.C.

2800 ENERGY CENTRE

1100 POYDRAS

NEW ORLEANS 70163-2800

ROBERT J. DAVID
GERALD E. MEUNIER
IRVING J. WARSHAUER
STEVAN C. DITTMAN
TRACEY RANNALS BRYAN
MICHAEL J. ECUYER
KARA H. SAMUELS
TODD J. BIALOUS
JUSTIN I. WOODS
NAKISHA ERVIN-KNOTT

OF COUNSEL
JACK C. BENJAMIN
SAMUEL C. GAINSBURGH
(1926-2003)

TELEPHONE
(504) 522-2304
TELECOPIER
(504) 528-9973

November 23, 2009

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Gilbraltar Insurance Company, Ltd.
Through Its Registered Agent
Quest Management Solutions
FB Perry Building, 40 Church St.
Hamilton, HM 11, Bermuda

Re:    In Re: FEMA Trailer Formaldehyde
       Product Liability Litigation
       MDL No. 1873, Section "N-5"
       USDC, Eastern District of Louisiana

Dear Sir:

    In accordance with the pertinent Federal Rule, I enclose herewith a certified copy of the
Complaint filed in the United States District Court for the Eastern District of Louisiana as well as
a summons from the Clerk of Court. Pursuant to the summons issued by the Court, you must comply
with plaintiffs' demand or file an answer to this lawsuit within the delays set forth by this court.

                        Sincerely,

                        Justin I. Woods

                        Justin I. Woods

JIW/dcs
Enclosures:    09-4968 Shavon Banister