**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Rhonda Brown, et al*<br>*v. Gulf Stream Coach, Inc., et al*<br>Civil Action No. 09-4716 | § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFFS', COLUMBUS BELL, JAMES CRAWFORD, MONICA CRAWFORD AND SYLVIA CRAWFORD, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', COLUMBUS BELL, JAMES CRAWFORD, MONICA CRAWFORD and SYLVIA CRAWFORD, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 22nd day of February, 2010.

_____
HONORABLE KURT ENGELHARDT