# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Roland Ayo, et al*<br>*v. Jayco, Inc., et al*<br>Civil Action No. 09-4721 | § § § | MAG. JUDGE CHASEZ |

### ORDER ON PLAINTIFF ETHAN GREMILLION'S NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff ETHAN GREMILLION's Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 22nd day of February, 2010.

_____
HONORABLE KURT ENGELHARDT