UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION


IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ


THIS DOCUMENT IS RELATED TO:
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*


* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

JOINT MOTION REQUESTING
EXTENSION OF CERTAIN DEADLINES


        **NOW INTO COURT,** comes Counsel for Plaintiff Lyndon Wright and Defendants

Forest River, Inc. and Shaw Environmental, Inc. who respectfully request that this Court grant

their joint request to extend certain deadlines including Motion *in Limine* replies and the

exchange of deposition cuts and objections thereto. All parties agree that the proposed deadline

extensions are mutually beneficial and necessary to successfully preparing for trial and are in

agreement on the dates.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:   504/522-2304
        Facsimile:   504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:   504/522-2304
        Facsimile:   504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        MIKAL WATTS, Texas # 20981820
        ROBERT BECNEL
        DENNIS REICH, Texas # 16739600

                AND

2

*/s/ Ernest P. Gieger, Jr.*
ERNEST P. GIEGER, JR.
JASON D. BONE
CARSON W. STRICKLAND
Gieger, Laborde & Laperouse, LLC
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
egieger@glllaw.com
jbone@glllaw.com
cstrickland@glllaw.com

*On Behalf of Forest River, Inc.*ç

*-and-*

*   /s/ M. David Kurtz*
**M. DAVID KURTZ**
**CONTRACTOR DEFENDANTS' LIAISON**
Baker Donelson & Bearman, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
dkurtz@bakerdonelson.com


KAREN K. WHITFIELD
Baker Donelson & Bearman, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
kwhitfield@bakerdonelson.com

*On Behalf of Shaw Environmental, Inc.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document had been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on February 22, 2010.

/s/Gerald E. Meunier____