**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

**IN RE: FEMA TRAILER**                                        **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**           **SECTION "N-5"**

                                                             **JUDGE ENGELHARDT**

                                                             **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULIING ORDER

      **IT IS ORDERED** that the following pretrial deadlines shall apply in the *Forest River* bellwether case:

      All replies to *motions in limine* shall be filed on or before **Wednesday, February 24th, 2010.** Leave to file replies is hereby granted and need not be requested.

      Deadline to file responses to deposition cuts shall be **Friday, February 26th, 2010.**

      The deadline to notify other parties of objections to preliminary depositions cuts is **Monday, March 1st, 2010.**

      Finally, the deadline to file objections and memorandum in support to the depositions cuts shall be **Friday, March 5th, 2010.**

1

NO OTHER DEADLINES OR DATES, INCLUDING THE TRIAL DATE, SHALL BE AFFECTED BY THIS ORDER.

New Orleans, Louisiana, this 22nd day of February, 2010.

_____
**HONORABLE KURT D. ENGLEHARDT
UNITED STATES DISTRICT JUDGE**