## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873 SECTION "N-5" JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Rufus Young, et al v. Forest River, Inc., et al* Civil Action No. 09-6502 | § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFFS', CURTIS LASSARE AND DORI RAY, AS NEXT FRIEND OF SAVANNAH RAY, A MINOR, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', CURTIS LASSARE and DORI RAY, AS NEXT FRIEND OF SAVANNAH RAY, A MINOR, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 22nd day of February, 2010.

_____
HONORABLE KURT ENGELHARDT