## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** § | **MDL NO. 1873** |
| **FORMALDEHYDE** § | |
| **PRODUCT LIABILITY LITIGATION** § | **SECTION "N-5"** |
| § | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** § | |
| § | |
| *Theresa Anderson, et al* § | |
| *v. Pilgrim International, Inc., et al* § | **MAG. JUDGE CHASEZ** |
| **Civil Action No. 09-6959** § | |

### ORDER ON PLAINTIFF GARY LASSARE'S NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff GARY LASSARE's Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 22nd day of February, 2010.

_____
HONORABLE KURT ENGELHARDT