# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Timothy Mitchell, et al v. Keystone RV Company, et al* Civil Action No. 09-6958 | § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFFS', DEBORAH DRUMM, AS REPRESENTATIVE OF THE ESTATE OF RAYMOND RINEAY, DECEASED, PEGGY RILEY, AS NEXT FRIEND OF FELICIA RILEY, A MINOR, PEGGY RILEY, AS NEXT FRIEND OF STARR RILEY, A MINOR, VU PHAM, AS NEXT FRIEND OF CUONG PHAM, A MINOR, VU PHAM, AS NEXT FRIEND OF DANIEL PHAM, A MINOR AND VU PHAM, AS NEXT FRIEND OF KELLY PHAM, A MINOR, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', DEBORAH DRUMM, AS REPRESENTATIVE OF THE ESTATE OF RAYMOND RINEAY, DECEASED, PEGGY RILEY, AS NEXT FRIEND OF FELICIA RILEY, A MINOR, PEGGY RILEY, AS NEXT FRIEND OF STARR RILEY, A MINOR, VU PHAM, AS NEXT FRIEND OF CUONG PHAM, A MINOR, VU PHAM, AS NEXT FRIEND OF DANIEL PHAM, A MINOR and VU PHAM, AS NEXT FRIEND OF KELLY PHAM, A MINOR, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 22nd day of February, 2010.

_____
HONORABLE KURT ENGELHARDT