**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** § § § § | | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br>**JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** § § | | |
| *W.J. Simmons, et al*<br>*v. Recreation By Design, LLC, et al*<br>**Civil Action No. 09-6417** § § § | | **MAG. JUDGE CHASEZ** |

**ORDER ON PLAINTIFFS', CLAUDETTE BRADFORD AND LISA BRADFORD, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', CLAUDETTE BRADFORD and LISA BRADFORD, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 22nd day of February, 2010.

_____
HONORABLE KURT ENGELHARDT