UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Member Case No. 09-2977

## ORDER

Considering the Joint Stipulation of Facts (Rec. Doc. 11729),

**IT IS ORDERED** that **Forest River, Inc.'s Motion to Exclude References to Opinions of Dr. George Farber (Rec. Doc. 11374)** is **DENIED AS MOOT**.

New Orleans, Louisiana, this 22nd day of February 2010.

　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**