UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2977

# ORDER

Considering the Joint Stipulation of Facts (Rec. Doc. 11730),

**IT IS ORDERED** that **Forest River, Inc.'s Motion to Exclude Expert Testimony of William D. Scott (Rec. Doc. 11397)** is **DENIED AS MOOT**.

New Orleans, Louisiana, this 22nd day of February 2010.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**