UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                       MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2977

## ORDER

Considering the Joint Stipulation of Facts (Rec. Doc. 11604),

**IT IS ORDERED** that **Plaintiff's Motion in Limine With Regard to the Darrian Griffin Affidavit (Rec. Doc. 11418)** is **DENIED AS MOOT**.

New Orleans, Louisiana, this 22nd day of February 2010.

                                        **KURT D. ENGELHARDT**
                                        **UNITED STATES DISTRICT JUDGE**