UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                      MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                             SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2977

## ORDER

Considering the Joint Stipulation of Facts (Rec. Doc. 11608),

**IT IS ORDERED** that **Plaintiff's Motion in Limine to Prohibit References to the Bathroom Vent Cover as Missing (Rec. Doc. 11419)** is **DENIED AS MOOT**.

New Orleans, Louisiana, this 22nd day of February 2010.

                                                    **KURT D. ENGELHARDT**
                                                    **UNITED STATES DISTRICT JUDGE**