UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                   MDL NO. 07-1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION      SECTION N-5
                                                                   JUDGE ENGELHARDT
                                                                    MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNITED STATES OF AMERICA'S MOTION TO STRIKE THE VENUE
ALLEGATIONS IN PLAINTIFFS' THIRD AND FOURTH SUPPLEMENTAL AND
AMENDED ADMINISTRATIVE MASTER COMPLAINTS
(Rec. Doc. 4486 and Rec. Doc. 7688)**

      Defendant, the United States of America ("United States"), hereby moves, pursuant to Fed. R. Civ. P. 12(b)(3) and 12(h), to strike the venue allegations contained in Plaintiffs' Third and Fourth Supplemental and Amended Administrative Master Complaints. As demonstrated in the accompanying Memorandum, Plaintiffs' venue allegations are improper under the Multidistrict Litigation Enabling Statute, 28 U.S.C. § 1407, and Federal Tort Claims Act, 28 U.S.C. § 1402(b), and may impermissibly preclude the United States from preserving venue objections. Accordingly, the Court should strike those allegations from the record in this case.

      The undersigned certifies that Government Counsel has contacted Plaintiffs' Liaison Counsel regarding this matter, but has not received a response. Therefore, the United States presumes this Motion is opposed, and hereby files it in lieu of an Answer to Plaintiffs' Third and Fourth Supplemental and Amended Administrative Master Complaints, in order to preserve its venue objections, pursuant to Fed. R. Civ. P. 12(b)(3).

| | |
|---|---|
| Dated:  February 22, 2010. | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General | ADAM BAIN<br>HENRY T. MILLER<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director | MICHELE GREIF<br>JONATHAN WALDRON<br>ADAM DINNELL |
| DAVID S. FISHBACK<br>Assistant Director | Trial Attorneys |
| OF COUNSEL: | *//S// Michelle Boyle*<br>MICHELLE BOYLE (Va. Bar No. 73710) |
| JORDAN FRIED<br>Associate Chief Counsel | Trial Attorney<br>U.S. Dept. of Justice, Civil Division<br>P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAMS-JONES<br>Senior Trial Attorney<br>Federal Emergency Management Agency<br>Department of Homeland Security<br>Washington, D.C. 20472 | Washington, D.C. 20004<br>Telephone No:  (202) 616-4447<br>E-mail:  Michelle.Boyle@USDOJ.Gov<br><br>Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Michelle Boyle*
MICHELLE BOYLE (Va. Bar No. 73710)