UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

PLEASE TAKE NOTICE that defendant United States of America's "Motion to Strike the Venue Allegations in Plaintiffs' Third and Fourth Supplemental and Amended Administrative Master Complaints (Rec. Doc. 4486 and Rec. Doc. 7688)" is set for hearing before the Honorable Kurt D. Engelhardt, Judge, United States District Court, Eastern District of Louisiana, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, Room C-351, New Orleans, Louisiana, without oral argument, on the 10th day of March, 2010, at 9:30 am.

DONE AND SIGNED this _____ day of _____, 2010.

_____
HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Dated:   February 22, 2010.

| | |
|---|---|
| TONY WEST<br>Assistant Attorney General | Respectfully Submitted,<br><br>ADAM BAIN<br>HENRY T. MILLER<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director | MICHELE GREIF<br>JONATHAN WALDRON |
| DAVID S. FISHBACK<br>Assistant Director | ADAM DINNELL<br>Trial Attorneys |
| OF COUNSEL: | *//S// Michelle Boyle*<br>MICHELLE BOYLE (Va. Bar No. 73710) |
| JORDAN FRIED<br>Associate Chief Counsel | Trial Attorney<br>U.S. Dept. of Justice, Civil Division<br>P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAMS-JONES<br>Senior Trial Attorney<br>Federal Emergency Management Agency<br>Department of Homeland Security<br>Washington, D.C. 20472 | Washington, D.C. 20004<br>Telephone No:  (202) 616-4447<br>E-mail:  Michelle.Boyle@USDOJ.Gov<br><br>Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Michelle Boyle*
MICHELLE BOYLE (Va. Bar No. 73710)