UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE    \*    **MDL NO. 1873**
    PRODUCTS LIABILITY LITIGATION    \*    **Section: N(4)**
        \*    **Judge Englehardt**
THIS DOCUMENT RELATES TO    \*    **Magistrate Judge Roby**
    CIVIL ACTION NO. 09-6217    \*
    Joseph and Mary Klein    \*
        v.    \*
    Teiseler Press, et al    \*
        \*

**************************************************

## MOTION FOR EXTENSION OF TIME

Comes now, through undersigned counsel, Mad Dawg Inc. of North Carolina, who shows that they have received a copy of the Third Party Complaint filed by Jacquet Construction Services, LLC. and are making a claim with their insurance company for counsel to be appointed to represent them, and that they therefore need a 30 day extension of time to file responsive pleadings.

Wherefore, Mad Dawg Inc. of North Carolina respectfully requests that its motion for extension of time be granted.

Respectfully Submitted:

__s/Jake Airey_____

JAKE A. AIREY (#27933)
S. MICHELE BLANCHARD (#27966)
**AIREY & BLANCHARD, L.C.**
303 South Military Road, Suite 3
Slidell, LA 70461
(985) 641-4010
(985) 605-5010 fax
jake@aireyblanchard.com
***Attorneys for Mad Dawg Inc. of North Carolina***