## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE          *     MDL NO. 1873
    PRODUCTS LIABILITY LITIGATION           *     Section: N(4)
                                            *     Judge Englehardt
THIS DOCUMENT RELATES TO                  *     Magistrate Judge Roby
    CIVIL ACTION NO. 09-6217                *
    Joseph and Mary Klein                   *
    v.                                      *
    Teiseler Press, et al                   *
                                            *
**************************************************

## ORDER

Considering Mad Dawg Inc. of North Carolina's Motion for Extension of Time to file responsive pleadings;

It is Hereby Ordered Adjudged and Decreed that Mad Dawg, Inc. of North Carolina's motion is Granted and Mad Dawg, Inc. of North Carolina  is granted an extension of time of 30 days from the date this order is signed to file responsive pleadings.

New Orleans, Louisiana, this _____ day of _____, 20___.

_____
JUDGE