# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | § § § § | **MDL NO. 1873**<br>**SECTION "N-5"**<br>**JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | § § | |
| *Lisa Burrows, et al*<br>*v. Fleetwood Enterprises, Inc., et al*<br>Civil Action No. 09-6943 | § § § | **MAG. JUDGE CHASEZ** |

### ORDER ON PLAINTIFF LAURA LADNER'S NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff LAURA LADNER's Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 22nd day of February, 2010.

_____
HONORABLE KURT ENGELHARDT