AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Leroy Taylor <br> *Plaintiff* <br> v. <br> Recreation by Design, LLC, et al <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 09-7872 Sec. N Mag. 5 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street
Washington, DC 20472

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Feb 01 2010__    _____
Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 71791000164500137507 | A. Signature  CMDS RECEIVING  X | ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name)  FEB 1 2 2010 | C. Date of Delivery |
| 1. Article Addressed to:  Federal Emergency Management Agency (FEMA)  Through the Office of the Director  Craig Fugate, Director  500 C Street  Washington, DC 20472 | D. Is delivery address different from item 1? ☐ Yes  If YES enter delivery address below: ☐ No  *Jonathan Ransom* | |
| | 3. Service Type | ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| Code: Lery Taylor  Code2: JIW  File: 07-5980 | | |
| PS Form 3811 | Domestic Return Receipt | |