UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Najee Wells-Thompson, et al v. Forest River, Inc., et al* Civil Action No. 09-6505 | § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFF DEBRA BADON'S NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff DEBRA BADON's Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 22nd day of February, 2010.

_____
HONORABLE KURT ENGELHARDT