UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER § | MDL NO. 1873 |
| FORMALDEHYDE § | |
| PRODUCT LIABILITY LITIGATION § | SECTION "N-5" |
| § | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: § | |
| § | |
| *Nicole Williams, et al* § | |
| *v. Fleetwood Enterprises, Inc.* § | MAG. JUDGE CHASEZ |
| Civil Action No. 09-6955 § | |

**ORDER ON PLAINTIFFS', JACKIE OVERSTREET-MALONE, AS NEXT FRIEND OF ARIEL OVERSTREET, A MINOR, JACKIE OVERSTREET-MALONE, AS NEXT FRIEND OF HALEY OVERSTREET, A MINOR AND THOMAS BAILEY, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', JACKIE OVERSTREET-MALONE, AS NEXT FRIEND OF ARIEL OVERSTREET, A MINOR, JACKIE OVERSTREET-MALONE, AS NEXT FRIEND OF HALEY OVERSTREET, A MINOR and THOMAS BAILEY, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 22nd day of         February        , 2010.

_____
HONORABLE KURT ENGELHARDT