# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABLIITY LITIGATION | * | |
| | * | Section: "N-5" |
| This Document Relates to: | * | |
| *William Barker  v. Forest River, Inc.,* | * | JUDGE ENGELHARDT |
| *et al, No.  09-3618* | * | MAG. JUDGE CHASEZ |

**************************************************************************

## NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes the Named Plaintiff who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismisses Forest River, Inc., Fluor Enterprises, Inc., and the United States of America, as defendants in the above-captioned matter. The Defendants have not filed an answer to this suit not have they filed a Motion for Summary Judgment.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC**

BY: /s/ Justin I. Woods
   GERALD E. MEUNIER, #9471
   JUSTIN I. WOODS, #24713
   2800 Energy Centre, 1100 Poydras Street
   New Orleans, Louisiana 70163
   Telephone:    504/522-2304
   Facsimile:     504/528-9973
   gmeunier@gainsben.com
   jwoods@gainsben.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                              s/Gerald E. Meunier
                                              GERALD E. MEUNIER, #9471