UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Case No. 09-2977

## ORDER

Plaintiff's counsel has notified the Court that, based on this Court's previous Order and Reasons (Rec. Doc. 8373), Plaintiff seeks to withdraw the Motion in Limine to Prohibit Reference to Unrelated, Non-Pled Claim (Rec. Doc. 11356) relating to the upcoming Forest River bellwether trial. Accordingly,

**IT IS ORDERED** that the **Motion in Limine to Prohibit Reference to Unrelated, Non-Pled Claim (Rec. Doc. 11356)** is **DENIED AS MOOT**.

New Orleans, Louisiana, this 23rd day of February, 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**