OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date:   February 18, 2010

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Warneshia Williams, et al
vs.
Vanguard Industries of Michigan, et al

Case No. 09-6407

Dear Sir:

Please **(issue)** summons on the **(complaint)** to the following:

1. Vanguard Industries of Michigan, Inc., Through its Agent for Service of Process, Scott A. Day, 31450 M-86, West Colon, MI 49040

Very truly yours,

*Justin J. Woods*
JUSTIN I. WOODS
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304
Attorney for Plaintiff