IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION: "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| *Warneshia Williams, et al vs. Vanguard* | * | |
| *Industries of Michigan, Inc., et al* | * | JUDGE ENGELHARDT |
| *No. 09-6407* | * | MAG. JUDGE CHASEZ |

## CERTIFICATE

Pursuant to Pretrial Order No. 55 in the related matter of *In re: FEMA Trailer Formaldehyde Product Liability* Litigation, I hereby certify that all parties in the above entitled matter have been properly matched.

          FEMA TRAILER FORMALDEHYDE
          PRODUCT LIABILITY LITIGATION

BY:    s/Gerald E. Meunier
          GERALD E. MEUNIER, #9471
          **PLAINTIFFS' CO-LIAISON COUNSEL**
          Gainsburgh, Benjamin, David, Meunier &
          Warshauer, L.L.C.
          2800 Energy Centre, 1100 Poydras Street
          New Orleans, Louisiana 70163
          Telephone:   504/522-2304
          Facsimile:    504/528-9973
          gmeunier@gainsben.com

          s/Justin I. Woods
          JUSTIN I. WOODS, #24713
          **PLAINTIFFS' CO-LIAISON COUNSEL**
          Gainsburgh, Benjamin, David, Meunier &
          Warshauer, L.L.C.
          2800 Energy Centre, 1100 Poydras Street
          New Orleans, Louisiana 70163
          Telephone:   504/522-2304

Facsimile: 504/528-9973
jwoods@gainsben.com