OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: February 23, 2010

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Glenda Jefferson, et al
vs.
American International Group, Inc., et al

Case No. 09-6408

Dear Sir:

Please (issue) summons on the (complaint) to the following:

1. Gibraltar Insurance Company, Ltd., Through Its Registered Agent, Quest Management Solutions, FB Perry Building, 40 Church St., Hamilton, HM 11, Bermuda.

Very truly yours,

*Justin I. Wood /d,*
JUSTIN I. WOODS
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304
Attorney for Plaintiff