A CERTIFIED TRUE COPY
ATTEST

By Delora Davis on Feb 16, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  FEB 17 2010

LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 27, 2010

FILED
CLERK'S OFFICE

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL No. 1873

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-20)**

On October 24, 2007, the Panel transferred one civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 453 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 16, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1873

SCHEDULE CTO-20 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.N/5 |
|---|---|---|
| LOUISIANA MIDDLE | | |
| LAM 3 09-1070 | Charlette McGee, etc. v. Forest River, Inc., et al. | 10-415 |
| LAM 3 09-1077 | Geryal Davis v. Lakeside Park Homes, Inc., et al. | 10-416 |
| LAM 3 09-1078 | Jennifer Buchanan, etc. v. CMH Manufacturing, Inc., et al. | 10-417 |
| LAM 3 09-1079 | Cynthia Kelly, et al. v. Jayco Enterprises, Inc., et al. | 10-418 |
| LAM 3 09-1080 | Willie Tenner v. Gulf Stream Coach, Inc., et al. | 10-419 |
| LAM 3 09-1082 | Alita Cusher, et al. v. Timberland RV Co., et al. | 10-420 |
| LAM 3 09-1085 | Shanielle Robinson, et al. v. Oak Creek Homes, LP, et al. | 10-421 |
| LAM 3 09-1087 | Findley Austin, et al. v. Cavalier Home Builders, LLC, et al. | 10-422 |
| LAM 3 09-1088 | Anthony James, et al. v. Forest River, Inc., et al. | 10-423 |
| LAM 3 09-1091 | Andre Dupre v. Gulfstream Coach, Inc., et al. | 10-424 |
| LAM 3 09-1092 | Linda Mitchell, et al. v. Forest River, Inc., et al. | 10-425 |
| LAM 3 09-1095 | Marjorie Braud, et al. v. Timberland RV Co., et al. | 10-426 |
| LAM 3 09-1096 | Dillie Lewis, et al. v. Southern Energy Homes, Inc., et al. | 10-427 |
| LAM 3 09-1097 | Linda Cavalier v. Gulf Stream Coach, Inc., et al. | 10-428 |
| LAM 3 09-1098 | Janice Fay Joseph, etc. v. Crum & Forster Specialty Insurance Co., et al. | 10-429 |
| LAM 3 09-1099 | Olivia Terance, et al. v. American International Specialty Lines Co., et al. | 10-430 |
| LAM 3 09-1101 | Devina Petit, et al. v. Insureco Agency & Insurance Co., et al. | 10-431 |
| LAM 3 09-1103 | Judy Champagne, et al. v. American International Specialty Lines Insurance Co., et al. | 10-432 |
| LAM 3 09-1104 | Nathaniel Ambo, et al. v. Gulf Stream Coach, Inc., et al. | 10-433 |
| LAM 3 09-1105 | Patricia Frey, et al. v. American International Specialty Lines Insurance Co., et al. | 10-434 |
| LAM 3 09-1106 | Anthony Price, et al. v. Insurco, Ltd., et al. | 10-435 |
| LAM 3 09-1107 | Napoleon Foster v. Crum & Forster Specialty Insurance Co., et al. | 10-437 |
| LAM 3 09-1108 | Valencia Kelly v. Arch Specialty Insurance Co., et al. | 10-438 |
| LAM 3 09-1113 | Gregory L. Doyle, et al. v. DS Corp., et al. | 10-439 |
| LAM 3 09-1115 | Martinez Hayes, et al. v. Recreation By Design, LLC, et al. | 10-440 |
| LAM 3 09-1116 | Shanielle Robinson, et al. v. Recreation By Design, LLC, et al. | 10-441 |
| LAM 3 09-1117 | Rahneisha Bartholomew, et al. v. Keystone Industries, Inc., et al. | 10-442 |
| LAM 3 09-1118 | George Holmes, et al. v. Keystone Industries, Inc., et al. | 10-443 |
| LAM 3 09-1119 | Elvina Day v. Destiny Industries, Inc., et al. | 10-444 |
| LAM 3 09-1120 | Desi Day v. Destiny Industries, Inc., et al. | 10-445 |
| LAM 3 09-1121 | Terry Thompson v. Coachmen Industries, Inc., et al. | 10-446 |
| LAM 3 09-1122 | Cedric Brumfield, et al. v. Gulfstream Coach, Inc., et al. | 10-447 |

**MDL No. 1873 - Schedule CTO-20 Tag-Along Actions (Continued)**    EDLA
                                                                    SEC.N/5

**LOUISIANA WESTERN**

| | | | |
|---|---|---|---|
| LAW 1 | 09-993  | Regina McCoy, et al. v. Fluor Enterprises, Inc., et al.         | 10-448 |
| LAW 1 | 09-997  | Eva Torrance, et al. v. Jayco, Inc., et al.                     | 10-449 |
| LAW 1 | 09-998  | Regina McCoy, et al. v. Fluor Enterprises, Inc., et al.         | 10-451 |
| LAW 2 | 09-991  | Albertine Reid, et al. v. Liberty Homes, Inc., et al.           | 10-452 |
| LAW 2 | 09-1012 | Erica Turner, et al. v. Cavalier Home Builders, LLC, et al.     | 10-453 |
| LAW 5 | 09-992  | Cynthia Marie Nevills, etc. v. Lexington Homes, Inc., et al.    | 10-454 |
| LAW 5 | 09-1014 | Torian Williams, et al. v. Alliance Homes, Inc., et al.         | 10-455 |
| LAW 6 | 09-994  | Ellis Aurelius Sanders, et al. v. Fluor Enterprises, Inc., et al. | 10-456 |
| LAW 6 | 09-999  | Cheryl Tarrence, et al. v. Stewart Park Homes, Inc., et al.     | 10-457 |
| LAW 6 | 09-1001 | Shawna Lewis, et al. v. Coachmen Industries, Inc., et al.       | 10-458 |
| LAW 6 | 09-1002 | Brenda Manuel, et al. v. Liberty Homes, Inc., et al.            | 10-459 |
| LAW 6 | 09-1004 | Evelyn Wagner, et al. v. CH2M Hill Contractors, Inc., et al.    | 10-461 |
| LAW 6 | 09-1005 | Cheryl Tarrence, et al. v. Stewart Park Homes, Inc., et al.     | 10-462 |
| LAW 6 | 09-1009 | Manuel Geraci, et al. v. CH2M Hill Constructors, Inc., et al.   | 10-463 |
| LAW 6 | 09-1011 | Dione Griffin-Cosse, et al. v. Keystone Industries, Inc., et al. | 10-464 |
| LAW 6 | 09-1329 | Clorisha Wooden, etc. v. Cavalier Home Builders, LLC, et al.    | 10-465 |
| LAW 6 | 09-1330 | Rhealinda Marcelin, et al. v. Gulf Stream Coach, Inc., et al.   | 10-468 |
| LAW 6 | 09-1331 | Barbara A. Simien, et al. v. American International Group, et al. | 10-469 |
| LAW 6 | 09-2204 | Stephanie Frank, et al. v. TL Industries, Inc., et al.          | 10-470 |

**MISSISSIPPI SOUTHERN**

| | | | |
|---|---|---|---|
| MSS 2 | 09-261 | Kayshana M. Quinn, et al. v. Allen Camper Manufacturing Co., Inc., et al. | 10-471 |
| MSS 2 | 09-262 | Shulton L. Crawford, et al. v. Thor California, Inc., et al.    | 10-472 |
| MSS 2 | 09-263 | Bernall Martin, et al. v. Dutchmen Manufacturing, Inc., et al.  | 10-473 |
| MSS 2 | 09-264 | Catherine A. Mayes, et al. v. Allen Camper Manufacturing Co., Inc., et al. | 10-474 |
| MSS 2 | 09-265 | Sonia M. Silas, et al. v. Gulf Stream Coach, Inc., et al.       | 10-476 |
| MSS 2 | 09-266 | Tamekia K. Ellzey, et al. v. Coachmen Industries, Inc., et al.  | 10-477 |
| MSS 2 | 09-267 | Hattie C. Sutton, et al. v. Superior Homes, LLC, et al.         | 10-478 |
| MSS 2 | 09-268 | Patsy D. Hill, etc. v. Waverlee Homes, Inc., et al.             | 10-479 |
| MSS 2 | 09-269 | Catherine A. Mayes, et al. v. Frontier RV, Inc., et al.         | 10-480 |
| MSS 2 | 09-270 | Dexture E. Maye, et al. v. Cavalier Home Builders, LLC, et al.  | 10-481 |
| MSS 2 | 09-271 | Pearlie M. Magee, et al. v. Forest River, Inc., et al.          | 10-482 |
| MSS 2 | 09-272 | Milton R. Holmes, et al. v. DS Corp., et al.                    | 10-483 |
| MSS 2 | 09-273 | Erik Landrum v. Jayco Enterprises, Inc., et al.                 | 10-484 |
| MSS 2 | 09-274 | James P. Clark v. Gulf Stream Coach, Inc., et al.               | 10-485 |
| MSS 2 | 09-275 | Jerry Markham v. Forest River, Inc, et al.                      | 10-486 |
| MSS 2 | 09-277 | Ernest Sellers, et al. v. Gulf Stream Coach, Inc., et al.       | 10-487 |
| MSS 3 | 09-789 | Nekeidra Parker, etc. v. R-Vision, Inc., et al.                 | 10-488 |
| MSS 3 | 09-791 | Pamela Garner, etc. v. Pilgrim International, Inc., et al.      | 10-489 |
| MSS 3 | 10-21  | John M. Laird, etc. v. Keystone Industries, Inc., et al.        | 10-490 |

## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

February 16, 2010

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 1873 -- IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

(See Attached CTO-20)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 27, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *Delora Davis*
Delora Davis
Operations Support
Quality Control Analyst

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:      Judge Kurt D. Engelhardt

JPML Form 36A

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION	MDL No. 1873

## PANEL SERVICE LIST (CTO-20)

Lawrence J. Centola, Jr.
HURRICANE LEGAL CENTER
600 Carondelet Street, Suite 602
New Orleans, LA 70130

Frank Jacob D'Amico, Jr.
FRANK J D'AMICO JR APLC
622 Baronne Street
New Orleans, LA 70113

John F. Hawkins
HAWKINS STRACENER & GIBSON PLLC
129B South President Street
Post Office Box 24627
Jackson, MS 39225-4627

Rose M. Hurder
HAWKINS STRACENER & GIBSON PLLC
544 Main Street
Bay St. Louis, MS 39520

Catherine H. Jacobs
425 Porter Avenue
Ocean Springs, MS 39564

Michael David Kurtz
BAKER DONELSON BEARMAN
CALDWELL & BERKOWTIZ
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Gerald Edward Meunier
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER LLC
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2800

Lacey M. Moore
NEXSEN PRUET PLLC
201 South Tryon Street
Suite 1200
Charlotte, NC 28202

Matthew B. Moreland
BECNEL LAW FIRM LLC
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-0519

John G. Munoz
GARNER & MUNOZ
1010 Common Street
Suite 3000
New Orleans, LA 70112

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS
PFISTER & WEINSTOCK
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION     MDL No. 1873

## INVOLVED JUDGES LIST (CTO-20)

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. Rebecca F. Doherty
U.S. District Judge
4900 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Dee D. Drell
U.S. District Judge
U.S. District Court
P.O. Box 1071
Alexandria, LA 71309-1071

Hon. Richard T. Haik, Sr.
U.S. District Judge
4200 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5101 United States Courthouse
300 Fannin Street
Shreveport, LA 71101

Hon. Tucker L. Melancon
Senior U.S. District Judge
4700 U.S.Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Sul Ozerden
U.S. District Judge
United States District Court
714 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. John V. Parker
Senior U.S. District Judge
355 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Tom Stagg
Senior U.S. District Judge
4100 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3091

Hon. Ralph E. Tyson
Chief Judge, U.S. District Court
301 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION　　　　　　　　　　　　　　MDL No. 1873

## INVOLVED CLERKS LIST (CTO-20)

Nicholas Joseph Lorio, Clerk
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

Tony R. Moore, Clerk
P.O. Box 1269
Alexandria, LA 71309-1269

Tony R. Moore, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Tony R. Moore, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552