UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION
                                                       SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case 09-2977

## ORDER

      **IT IS ORDERED** that **the Motions for Expedited Hearing (Rec. Doc. 11696 and 11759)** are **GRANTED.** Oppositions to the Motions to Reconsider (See Rec. Docs. 11695 and 11758) are due **on or before Wednesday, February 24, 2010.**  Any replies thereto may be filed directly into the record (leave need not be requested) **on or before Friday, February 26, 2010 at noon**, at which time the motions will be taken under advisement.

      New Orleans, Louisiana, this 22nd day of February 2010.

                                  _____

                                    **KURT D. ENGELHARDT**
                                    **UNITED STATES DISTRICT JUDGE**