UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO ALL CASES

## PRETRIAL ORDER NO. 59

The Court has reviewed the two applications/nominations for insurer liaison counsel. The two individuals that applied/were nominated are Ralph S. Hubbard III and Charles E. Leche. The undersigned finds both of these individuals highly qualified and capable of serving as insurer liaison counsel in this MDL. Rather than chose one of these individuals over the other,

**IT IS ORDERED** that Ralph S. Hubbard III and Charles E. Leche shall serve as co-liaison counsel for the insurance carriers involved in this MDL. In making this decision, this Court has determined that selecting co-liaison counsel is the most helpful to the progression of this litigation. As co-liaison counsel, Mr. Hubbard and Mr. Leche shall share equal responsibility and authority on behalf of insurance carriers involved in this MDL. They shall share equal authority when communicating with this Court and other counsel.

New Orleans, Louisiana, this 23rd day of February 2010.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**