UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                               MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                              SECTION "N" (4)

THIS DOCUMENT RELATES TO:
    *Khan, et asl. v. Superior Homes, L.L.C.*,  U.S.D.C. E.D.L.A. No. 09-3717

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
UNDER FEDERAL RULE 41(a)(1)(a)(I)**

     Now into Court, through undersigned counsel, come plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, and based upon the representations of counsel for **Superior Homes, L.L.C.** and the attached affidavit of Allen Gordon who testifies that this defendant has never designed, manufactured, or distributed EHU's, hereby give notice of Named Plaintiffs' voluntary dismissal of all claims against **Superior Homes, L.L.C.** asserted within the above-referenced matters which have been consolidated into this MDL.

Respectfully submitted,

THE LAW OFFICES OF SIDNEY D. TORRES, III
A PROFESSIONAL LAW CORPORATION


BY:	/s/ David C. Jarrell
	SIDNEY D. TORRES, III (Bar No. 12869)
	ROBERTA L. BURNS (Bar No. 14945)
	**DAVID C. JARRELL** (Bar No. 30907)
	Torres Park Plaza, Suite 303
	8301 West Judge Perez Dr.
	Chalmette, Louisiana  70043
	Tel:  (504) 271-8421
	Fax: (504) 271-1961
	Attorneys for plaintiff

**CERTIFICATE OF SERVICE**

      I do certify that on this 23rd day of February, 2010 I have served a copy of the above and foregoing on all counsel of record by depositing same in the United States Mail, properly addressed and postage prepaid, to Howard Kaplan.

                                           /s/ David C. Jarrell
                                           DAVID C. JARRELL