OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date:   February 23, 2010

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Lionel Fields
                vs.
American International Specialty Lines
Co., et al

Case No. 09-6410

Dear Sir:

   Please (issue) summons on the (complaint) to the following:

   1. Gibraltar Insurance Company, Ltd., Through Its Registered Agent, Quest Management Solutions, FB Perry Building, 40 Church St., Hamilton, HM 11, Bermuda.

                            Very truly yours,

                            *Justin I. Wood/db*
                            JUSTIN I. WOODS
                            GAINSBURGH, BENJAMIN, DAVID,
                            MEUNIER & WARSHAUER, L.L.C.
                            2800 Energy Centre, 1100 Poydras St.
                            New Orleans, LA 70163-2800
                            (504) 522-2304
                            Attorney for Plaintiff