UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
|     PRODUCTS LIABILITY LITIGATION | * | Section: N(~~A~~) 5   **X** |
| | * | Judge ~~Englehardt~~ ENGELHARDT |
| **THIS DOCUMENT RELATES TO** | * | Magistrate Judge ~~Roby~~ |
|     CIVIL ACTION NO. 09-6217 | * | |
|     Joseph and Mary Klein | * | |
|         v. | * | |
|     Teiseler Press, et al | * | |
| | * | |

**************************************************

### ORDER

Considering Mad Dawg Inc. of North Carolina's Motion for Extension of Time to file responsive pleadings;

It is Hereby Ordered Adjudged and Decreed that Mad Dawg, Inc. of North Carolina's motion is Granted and Mad Dawg, Inc. of North Carolina is granted an extension of time of 30 days from the date this order is signed to file responsive pleadings.

New Orleans, Louisiana, this ___23rd___ day of ___February___, 2010.

_____
JUDGE