**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873** |
| | **SECTION "N-5"** |
| | **JUDGE ENGELHARDT** |
| | **MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULIING ORDER

**IT IS ORDERED** that the following pretrial deadlines shall apply in the *Forest River* bellwether case:

All replies to *motions in limine* shall be filed on or before **Wednesday, February 24th, 2010.** Leave to file replies is hereby granted and need not be requested.

Deadline to file responses to deposition cuts shall be **Friday, February 26th, 2010.**

The deadline to notify other parties of objections to preliminary depositions cuts is **Monday, March 1st, 2010.**

Finally, the deadline to file objections and memorandum in support to the depositions cuts shall be **Friday, March 5th, 2010.**

1

NO OTHER DEADLINES OR DATES, INCLUDING THE TRIAL DATE, SHALL BE AFFECTED BY THIS ORDER.

New Orleans, Louisiana, this 23rd day of February, 2010.

**HONORABLE KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

2