AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Lynette Banks )
)
*Plaintiff* )
)
v. ) Civil Action No. 09-6177 Sec. N Mag. 5
Vanguard Industries of Michigan, Inc., et al )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Vanguard Industries of Michigan, Inc.
Through its Agent for Service of Process
Scott A. Day
31450 M-86
West Colon, MI 49040


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Feb 17 2010

B. *[signature]*
Deputy clerk's signature

**2. Article Number**

71791000164500140354

**1. Article Addressed to:**

Vanguard Industries of Michigan, Inc.
Through its Agent for Service of Process
Scott A. Day
31450 M-86
West Colon, MI 49040

Code: Lynette Banks
Code2: JIW
File: 07-5980

PS Form 3811

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Rose Mary Yoder   ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Rose Mary Yoder
C. Date of Delivery: 2-19-10

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type   ☒ Certified

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt