1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:   FEMA TRAILER          MDL NO. 1873

FORMALDEHYDE PRODUCTS          SECTION "N"(5)

LIABILITY LITIGATION           JUDGE ENGELHARDT

EXHIBIT A


This document relates to:  Lyndon T. Wright

v. Forest River, Inc., et al

Docket No. 09-2977

\* \* \*

Videotaped Deposition of TYSHONE MARSH, 3417 S. Claiborne Avenue, Apartment 5, New Orleans, Louisiana 70125, taken at the Law Offices of Frank J. D'Amico, Jr., 622 Baronne Street, New Orleans, Louisiana 70113, on Thursday, the 14th day of January, 2010.


REPORTED BY:

    JAMES T. BRADLE, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

VIDEOGRAPHER:

    MICHAEL BERGERON
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

                                                                    9

1    just writing the word "yes," so it makes it
2    a little easier.  So if you would, verbalize
3    your answers.  Okay?
4         A    Yes.
5         Q    We will try to do that.  I'm going
6    to ask you some questions, and if for any
7    reason you don't understand my question,
8    tell me.  Sometimes I talk too fast.
9    Sometimes you may not understand it.  It's
10   okay to say "I don't understand," and I will
11   try to rephrase it.  Okay?
12        A    Yes.
13        Q    And do you understand that raising
14   your hand here in this setting in this
15   office building is just like sitting in a
16   court of law as if there were a judge
17   sitting there and you were testifying in
18   court?  Do you understand that that oath is
19   the same as to tell the truth?
20        A    Yes, sir.
21        Q    Okay.  For the record, give me
22   your name and address.
23        A    My name is Tyshone Marsh.  My
24   address is 3417 South Claiborne Avenue,
25   Apartment 5.

                                        Marsh, Tyshone 011410

```
                                                          10
 1       Q    And who else lives at that
 2  apartment with you?
 3       A    Me and Mr. Lyndon Wright.
 4       Q    And so you are presently living
 5  with the plaintiff in this lawsuit?
 6       A    Yes, sir.
 7       Q    How long have you been living with
 8  Mr. Wright?
 9       A    Nine months.
10       Q    So that meant you moved in
11  sometime last summer?
12       A    Yes.
13       Q    Okay.  Does anybody else live in
14  that apartment other than you and
15  Mr. Wright?
16       A    My son.
17       Q    Okay.  And your son's name is?
18       A    Jeremy Marsh.
19       Q    Jeremy?
20       A    Uh-huh (affirmative response).
21       Q    Okay.  And how old is Jeremy?
22       A    13.
23       Q    Okay.  And Jeremy's last name?
24       A    Marsh.
25       Q    I'm sorry.  You see, I'm old.  I
```

Marsh, Tyshone 011410

24

```
 1        A    Orleans.
 2        Q    Orleans?
 3        A    Yes, sir.
 4        Q    And when was that?
 5        A    In 2005.
 6        Q    Okay.  And did you go to trial on
 7   that case?
 8        A    No, sir.
 9        Q    Okay.  The possession of crack,
10   what parish?
11        A    Orleans.
12        Q    When was that?
13        A    In 2008.
14        Q    Are those charges still pending?
15        A    No, sir.
16        Q    Okay.  They were dismissed?
17        A    No, sir.
18        Q    It went to trial?
19        A    Yes, sir.
20        Q    Okay.  And you were acquitted?
21        A    Yes.  I have -- I'm on probation.
22        Q    Oh, so you weren't acquitted?
23        A    Huh-uh (negative response).
24        Q    So you pled guilty to possession
25   of crack?
```

Marsh, Tyshone 011410

                                                                    25

1        A    Yes, sir.
2        Q    Oh, okay.  When was it that you
3   pled guilty to possession of crack?
4        A    December the 10th, 2008.
5        Q    Okay.  And as a result of that
6   plea, you worked out an arrangement to be on
7   probation for a period of time?
8        A    Yes, sir.
9        Q    Did you have a lawyer?
10       A    Yes, sir.
11       Q    Who worked out the deal?  The deal
12  wasn't worked out by you, it was worked out
13  by your lawyer, right?
14       A    Uh-huh (affirmative response).
15       Q    Who was that?
16       A    Latecia Gordon.
17       Q    Gordon?
18       A    Yes, sir.
19       Q    And what's the terms of that
20  probation as far as you know?
21       A    They gave me 30 months.
22       Q    30 months' probation, but with
23  what restrictions?
24       A    I don't understand, sir.
25       Q    When you got a 30-month probation,

                          Marsh, Tyshone 011410

26

1   they must have told you you have certain
2   restrictions on what activities that you
3   could and couldn't do as it relates to
4   whether or not -- They will tell you, "You
5   will go to jail if you break these
6   restrictions," right?
7       A    Uh-huh (affirmative response).
8       Q    Okay.  What are they?
9       A    No drugs.
10      Q    Anything else?
11      A    I can't be around other people.
12      Q    Can't be around other people
13  who are --
14      A    That's been convicted.
15      Q    Of any drug possession?
16      A    Drugs, uh-huh.
17      Q    Anything else?
18      A    That's it.
19      Q    They didn't restrict you from
20  other substances, including alcohol?
21      A    Uh-huh (affirmative response).
22      Q    They did?
23      A    Uh-huh (affirmative response).
24      Q    They said no drugs, no alcohol,
25  right?

27

```
 1        A    Yes, sir.
 2        Q    Anything else that you can
 3   remember?
 4        A    No, sir.
 5        Q    Okay.  Have you broken those
 6   restrictions?
 7        A    No, sir.
 8        Q    Do you have a probation officer?
 9        A    Yes, sir.
10        Q    Who is it?
11        A    Gus Wilson.
12        Q    I'm sorry.  I just couldn't hear.
13        A    Gus Wilson.
14        Q    Gus Wilson?
15        A    Wilson.
16        Q    When you go see your probation
17   officer, where do you physically go to see
18   Gus?
19        A    On St. Charles Avenue.
20        Q    Where on St. Charles?
21        A    I don't recall.  I don't know the
22   address.
23        Q    Give me a boundary, between blank
24   and blank.
25        A    I think it's between -- I don't
```

Marsh, Tyshone 011410

                                                                32

1    A    No, I don't recall.  I know it was
2  around the summertime.
3    Q    So sometime in the summer --
4    A    Yes.
5    Q    -- a fair statement, of 2001 you
6  met Lyndon for the first time?
7    A    Yes, sir.
8    Q    It was by chance walking down the
9  street?
10   A    Yes, sir.
11   Q    Right?
12   A    Uh-huh (affirmative response).
13   Q    At that time, Lyndon was living
14  with his mother on Seminole Lane?
15   A    Yes, sir.
16   Q    Okay.  Give me a general
17  description.  2001, walking down the street,
18  you met Lyndon, had a nice conversation.
19  Bring me forward in 2001, 2002 of your --
20  How would you describe your meetings, your
21  time with Lyndon, if any?
22   A    Well, we just used to talk on the
23  phone and we was getting to know each other.
24   Q    Okay.  Describe that for me.  I
25  mean, did you talk on the phone, get to know

```
 1    each other in 2001?  Did it progress to
 2    something else in 2002?  Did you all start
 3    dating?
 4         A    No, we wasn't dating.
 5         Q    Did you ever date Lyndon at any
 6    time before you moved into the trailer with
 7    him in, what was it, about the summer of
 8    2009?
 9         A    Say that again, sir.
10         Q    Before the time that you moved in
11    with Lyndon in his apartment in 2000 -- Let
12    me back up.  The place that you live today
13    with Lyndon, Lyndon had already lived there
14    before you moved in with him, right?
15         A    Yes, sir.
16         Q    You said you moved in with him
17    about nine months ago?
18         A    Uh-huh (affirmative response).
19         Q    So about April of 2009, fair?
20         A    Yes, sir.
21         Q    All right.  Before April of 2009,
22    had you ever dated Lyndon before you moved
23    in with him?
24         A    No, sir.
25         Q    Never?
```

1    A    Huh-uh (negative response).

2    Q    So anybody in this case who has

3  testified that you dated Lyndon before --

4  Well, let me back up.  Did you go out

5  socially with Lyndon?  Maybe you wouldn't

6  call it a date.  Maybe my terminology and

7  your terminology may be different.  Let's

8  see if we're together.  Did you ever go out

9  socially?

10   A    We went out a couple of times, but

11 no -- We hung together.  We was friends.

12   Q    Okay.  Well, let me kind of

13 separate "friends."  Do you separate

14 "friends and hanging together" and "dating"

15 as two different things?

16   A    Yes.

17   Q    Okay.  That's cool.  Let's talk

18 about you think -- Are you telling me that

19 you first started dating him in March of

20 2009?

21   A    Uh-huh (affirmative response).

22 That's when we really started messing

23 around.

24   Q    What do you mean by "messing

25 around"?

35

```
 1        A    Because we started -- That's when
 2   I really got involved with him, because I
 3   was involved with somebody else.  That's why
 4   I really wasn't messing with him.
 5        Q    When you say you were involved
 6   with somebody else, is that Derrick?
 7        A    Yes.
 8        Q    And how long were you involved
 9   with Derrick?
10        A    15 years.
11        Q    Until when?
12        A    Until 2009, when he went to jail.
13        Q    Okay.  That was going to actually
14   be my next question.  So Derrick is
15   incarcerated?
16        A    Yes.
17        Q    Where?
18        A    D.C.I.
19        Q    D.C.I is State -- Is that Angola?
20        A    Uh-huh (affirmative response).
21        Q    I'm sorry.  I'm correct, he is in
22   Angola?
23        A    No, he's not in Angola, but he's
24   D.C.I.
25        Q    Where physically -- What D.C.I.
```

Marsh, Tyshone 011410

```
 1   distribution?
 2        A    Distribution.
 3        Q    So he pled to a distribution
 4   charge?
 5        A    Yes, sir.
 6        Q    Is he a three-time offender?
 7        A    Uh-huh (affirmative response).
 8        Q    He is.  So he's a three-timer.  So
 9   he's up for good, right?
10        A    Uh-huh (affirmative response).
11        Q    What were the other two?
12        A    Heroin charges.
13        Q    So all three of his convictions or
14   pleas were on heroin charges?
15        A    Uh-huh (affirmative response).
16        Q    And you know what I mean by three
17   times he's up the river, right?  He's gone,
18   right?
19        A    (Nods head affirmatively).
20        Q    So you were with Derrick for about
21   15 years, and when that relationship ended,
22   that's when you began to have a relationship
23   with Mr. Wright, correct?
24        A    Yes.
25        Q    During the 15 years that you were
```

74

```
 1        Q    What?
 2        A    Kools.
 3        Q    Kools.  I was close.  I guess not
 4   real close.  I haven't smoked in awhile.
 5             How long have you had a
 6   two-pack-a-day habit?
 7        A    Since -- How long I had it?
 8        Q    How long have you been smoking two
 9   packs a day?  I call that a two-pack-a-day
10   habit.
11        A    Since I was 25.
12        Q    Well, you're only 26, right?
13        A    I'm 28.
14        Q    I'm trying to be nice.  Okay.  All
15   right.  And before that, you were smoking,
16   right?
17        A    Huh?
18        Q    You didn't start smoking at 25?
19        A    No, I didn't.
20        Q    Right.  You have been smoking for
21   a long time?
22        A    Yes.
23        Q    Since a teenager?
24        A    Yes.
25        Q    All right.  Do you smoke around
```

```
 1    Lyndon?
 2         A    No, sir.
 3         Q    Never?
 4         A    Never.
 5         Q    Never ever ever?
 6         A    No, sir.
 7         Q    So you don't smoke inside of the
 8    apartment?
 9         A    No, sir.
10         Q    Would it be true that you, I
11    assume, as -- People who don't live in New
12    Orleans will never understand this word.  Do
13    you know what a stoop is, what I call a
14    stoop?  You sit outside of your apartment?
15         A    No, sir.
16         Q    Okay.  Let's do this.  Would you
17    and Lyndon ever sit outside the apartment on
18    Claiborne Avenue together?
19         A    No.
20         Q    Never?
21         A    No.
22         Q    Okay.  So you never smoked with
23    Lyndon sitting outside the apartment on
24    Claiborne Avenue smoking a cigarette with
25    Lyndon right there?
```

Marsh, Tyshone 011410

76

1       A    No.

2       Q    "No." You wouldn't be there with

3  Lyndon -- How about you ride with Lyndon in

4  his car, right?

5       A    Yes.

6       Q    His Gallant, right?

7       A    Yes.

8       Q    Okay. Do you smoke in his car?

9       A    No.

10      Q    Never?

11      A    Never.

12      Q    Never ever ever?

13      A    Never.

14      Q    So you have never smoked in that

15 Gallant?

16      A    No.

17      Q    Even when you're driving it alone?

18      A    No, sir.

19      Q    So let me see if I can get this

20 straight. You never smoked inside of the

21 Claiborne Avenue apartment where you and

22 Lyndon and your son live, right?

23      A    No, sir.

24      Q    You have never smoked standing

25 outside of the apartment with Lyndon present

Marsh, Tyshone 011410

77

```
 1    on the Claiborne Avenue address, correct?
 2         A    Yes, sir.
 3         Q    And you never smoked inside of his
 4    Gallant, correct?
 5         A    Yes, sir.
 6         Q    All right.  Well, on that
 7    two-pack-a-day habit, where do you go smoke?
 8         A    I leaves.
 9         Q    I'm sorry?
10         A    I leaves.
11         Q    You leave what?
12         A    And I walk.
13         Q    So you only smoke these two packs
14    a day when you're walking outside the
15    apartment where Lyndon is not around?
16         A    Yes.
17         Q    Did you ever smoke inside the
18    trailer?
19         A    No, sir.
20         Q    Did Lyndon ever tell you that
21    anybody who was ever in the trailer smoked
22    in the trailer?
23         A    No, sir.
24         Q    Do you know if anybody ever smoked
25    in the trailer?
```

Marsh, Tyshone 011410

78

```
 1        A    No, sir.
 2        Q    Did you ever smell smoke in the
 3   trailer?
 4        A    No, sir.
 5        Q    Why is it that you don't smoke
 6   around Lyndon?
 7        A    Because he don't like smoke.
 8        Q    And you know that?
 9        A    Yes.
10        Q    And you abide by his wishes,
11   right?
12        A    Yes.
13        Q    Why do you laugh?
14        A    I ain't laughing.
15        Q    Does Regina smoke?
16        A    Yes.
17        Q    Did you ever live with Regina?
18   "Yes," right?
19        A    Uh-huh (affirmative response).
20        Q    Did you smoke in that apartment?
21        A    Yes.
22        Q    Okay.  How much did Regina smoke?
23        A    Oh, I don't know.
24        Q    A pack a day, two packs a day like
25   you?
```

Marsh, Tyshone 011410