```
                                                                    1

 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4                                              EXHIBIT
                                                   B
 5

 6     IN RE:   FEMA TRAILER        MDL NO. 1873

 7     FORMALDEHYDE PRODUCTS        SECTION "N"(4)

 8     LIABILITY LITIGATION         JUDGE ENGELHARDT

 9

10                      *   *   *

11

12         VIDEOTAPED DEPOSITION OF LYNDON WRIGHT,

13     3417 SOUTH CLAIBORNE AVENUE, APARTMENT 5,

14     NEW ORLEANS, LOUISIANA 70113, TAKEN AT THE

15     OFFICES OF FRANK D'AMICO, 622 BARONNE

16     STREET, NEW ORLEANS, LOUISIANA 70130, ON THE

17     10TH DAY OF JULY, 2009.

18     REPORTED BY:

19         CATHY RENEE' POWELL, CCR
           PROFESSIONAL SHORTHAND REPORTERS
20         (504)529-5255

21     VIDEOGRAPHER:

22         BRIAN SOILEAU
           PROFESSIONAL SHORTHAND REPORTERS
23         (504)529-5255

24

25
```

1      Q.   Okay.  So as of today, you are 39
2   years old?
3      A.   That's correct.
4      Q.   Where do you presently reside,
5   Mr. Wright?
6      A.   3417 South Claiborne Avenue,
7   Apartment No. 5.
8      Q.   Do you live with anyone presently?
9      A.   Periodically.  Nobody stays like
10  "stay-stay," but I have a girlfriend that
11  periodically comes over and stays.
12     Q.   Who is that individual?
13     A.   Tyshon Marsh.
14     Q.   T-Y-S-H-O-N, M-A-R-S-H, correct?
15     A.   Yes.
16     Q.   You said that Ms. Marsh will stay
17  with you periodically?
18     A.   Yes.
19     Q.   How often will she stay with you?
20     A.   I would say about four nights out
21  of the week.  Four nights out of the week, I
22  would say.
23     Q.   And how long has that been the
24  case that she stays with you about four
25  nights out of the week?

11

1    A.   Since about March of this year.
2    Q.   How long have you lived at your
3    present address?
4    A.   One year, exactly.
5    Q.   Okay. Before Ms. Marsh, was there
6    anyone else that stayed with you?
7    A.   No.
8    Q.   Okay. During the time that
9    Ms. Marsh has been staying with you
10   periodically, has there been anyone else
11   that stays with you periodically?
12   A.   No.
13   Q.   Can you give me just a brief
14   background of your educational history?
15   A.   I completed high school, I had
16   about a year of college.
17   Q.   Where did you complete high
18   school?
19   A.   Excuse me?
20   Q.   Where did you complete high
21   school?
22   A.   Walter L. Cohen.
23   Q.   In New Orleans?
24   A.   Yes.
25   Q.   And what year was that?

Wright, Lyndon 07/10/09

```
 1    or how many cigarettes she smoked?
 2         A.   No, I -- no.
 3         Q.   Did you ever tell her that her
 4    smoking would bother you and that it made it
 5    difficult for you to breathe?
 6         A.   I told her I didn't like cigarette
 7    smoke.  It wasn't because of breathing, but
 8    I just didn't like it.
 9         Q.   Did it irritate you to be around
10    cigarette smoke?
11         A.   Specifically, yes.
12         Q.   Now, Ms. Dyson, how was it that
13    she came to call upon you to stay in the
14    trailer in the summer of 2007?
15         A.   Well, she had this arrangement
16    with her parent, her mother, and it didn't
17    work out.  So until the trailer came onto
18    their property, she asked if she could crash
19    by me a few nights until the trailer came.
20         Q.   Did you express to Ms. Dyson any
21    concern about her coming to live in the
22    trailer with you?
23         A.   No.
24         Q.   Did she comment to you at any time
25    about an odor in the trailer?
```

173

1    Q.   Did your sister smoke?
2    A.   No.
3    Q.   Has she ever smoked in her life?
4    A.   No.
5    Q.   Even recreationally, has she been
6  a smoker?
7    A.   No.
8    Q.   Have you ever smoked in your life?
9    A.   No.
10   Q.   You've never been a smoker?
11   A.   Not ever.
12   Q.   When you were coming up with your
13  mother at her house, did you ever express to
14  her that the smoking caused you irritation
15  or you didn't like it when she smoked around
16  you?
17   A.   Yes, I let it be known that I
18  didn't like her smoking.
19   Q.   What problems did smoking cause
20  for you when you were around your mother
21  coming up?
22   A.   It just irritated me.  I didn't
23  like it.  I didn't like the smoke.
24   Q.   Did it irritate your eyes?
25   A.   No.  I just didn't like to smell

Case 2:07-md-01873-KDE-MBN   Document 11903-2   Filed 02/24/10   Page 6 of 8

174

1  it.
2      Q.   You didn't like to be around it?
3      A.   Yeah, I didn't like to be around
4  it.  No.
5      Q.   But for the first 16 years of your
6  life, your mother was a continuous smoker.
7      A.   Yes.
8      Q.   Your mother indicated to FEMA that
9  the house on Seminole Lane had been gutted
10 and she was waiting for Road Home money to
11 repair it.  Is that your understanding?
12     A.   Yes.
13     Q.   Who gutted that house?
14     A.   Some migrants that were looking
15 for work.
16     Q.   So some workers that were passing
17 through gutted the house?
18     A.   Yes.
19     Q.   Did they take the debris with them
20 or did you have to remove the debris from
21 the property?
22     A.   They put it out on the curb, and
23 at the time, I guess, the City was picking
24 it up.
25     Q.   Did you ever take part in the

```
 1        Q.    And she smokes in the house from
 2   time to time, doesn't she?
 3        A.    No, she goes outside.
 4        Q.    Every time she has a cigarette,
 5   she goes outside?
 6        A.    As far as when I'm around, yes.
 7        Q.    Is she in the house when you're
 8   not there, your present address?
 9        A.    Excuse me?
10        Q.    Does she stay at your present
11   address sometimes when you go to work or you
12   go elsewhere?
13        A.    Yeah, sometimes she will stay
14   there until I go to work or I come back.
15        Q.    Do you know if she smokes in the
16   house then?
17        A.    I've noticed the smell of smoke in
18   the house, and I addressed it to her that I
19   didn't like the cigarette smoke in the
20   house.
21        Q.    Do you let Ms. Marsh use your car?
22        A.    Yes.
23        Q.    Does she smoke in your car?
24        A.    Yes, she does.
25        Q.    Does she have a place that she
```

298

1    right?
2         A.   No, I don't.  I don't.
3         Q.   Okay.  When did you first notice
4    blood in your mucus?
5         A.   In '06.  '06.
6         Q.   About when in '06?  Still
7    summertime or was it starting to get cold?
8         A.   Probably during the summertime
9    because it was hot.  It was hot at the time.
10   So the summer of '06.
11        Q.   Have you ever been arrested or
12   convicted of anything, Mr. Wright?
13        A.   No.
14        MR. KURTZ:
15             I think that's all I have.  Thank
16   you.
17   EXAMINATION BY MS. GREIF:
18        Q.   Mr. Wright, my name is Michelle
19   Grief.  I represent the United States in
20   this action.  I just have some questions for
21   you.  It shouldn't take long at this point.
22        A.   Okay.
23        Q.   I think you have been asked most
24   questions.
25             Just so I'm clear here, you