UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION
                                                       SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2977

## **ORDER**

**IT IS ORDERED** that the Court **ADOPTS** its September 10, 2009 ruling (Rec. Doc. 3205)

as the ruling on the Motion for Summary Judgment Based on Shaw Environmental, Inc.'s Status as

a Government Contractor (Rec. Doc. 10941).  Therefore, the **Motion for Summary Judgment**

**Based on Shaw Environmental, Inc.'s Status as a Government Contractor (Rec. Doc. 10941)**

is **GRANTED IN PART and DENIED IN PART.**  The motion is denied to the extent that, based

on the undisputed facts as presented by Shaw, Shaw has not demonstrated that, as a matter of law,

it is entitled to claim the government contractor defense as to Plaintiff's claims against it relating

to the installation of the EHU.[1]  However, as set forth in footnote 1 to Rec. Doc. 3205, the motion

is granted as to Plaintiff's maintenance claims against Shaw, and those claims are dismissed with

---

[1]        The Court disagrees with Plaintiff that the issue/claim of the government contractor
defense is precluded based on its previous rulings in this MDL.  The Court's other orders in the MDL,
while similar, pertained to different defendants.  Shaw is in no way precluded from raising this defense in
this motion or hereinafter.  This Court's instant ruling simply instructs that, at this time, Shaw is not
entitled to summary judgment on this issue.

prejudice.

New Orleans, Louisiana, this 24th day of February, 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**