```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  FEMA TRAILER       MDL NO. 1873
 5   FORMALDEHYDE PRODUCTS      SECTION "N"(5)
 6   LIABILITY LITIGATION       JUDGE ENGELHARDT
 7
 8   This document relates to:  Lyndon T. Wright
 9          v. Forest River, Inc., et al
10             Docket No. 09-2977
11                   *   *   *
12
13       Videotaped Deposition of NICOLE DISON,
14   3205 Louisiana Avenue Parkway, New Orleans,
15   Louisiana 70125, taken at the Law Offices of
16   Frank J. D'Amico, Jr., 622 Baronne Street,
17   New Orleans, Louisiana 70113, on Thursday,
18   the 14th day of January, 2010.
19
20   REPORTED BY:
21       JAMES T. BRADLE, CCR
             PROFESSIONAL SHORTHAND REPORTERS
22       (504)529-5255
23   VIDEOGRAPHER:
24       MICHAEL BERGERON
             PROFESSIONAL SHORTHAND REPORTERS
25       (504)529-5255
```

1    A    Yes.
2    Q    Okay.  After you left -- How long
3    did you live at 133 Lakewood Drive?
4    A    I was off and on there, because I
5    moved there in February, and then I was back
6    and forth because I had a job in LaPlace,
7    plus I was driving to New Orleans to go work
8    my other job, so I was working two jobs at
9    the time, so I was back and forth from
10   LaPlace to Lyndon's trailer.
11   Q    Okay.  That would have been at
12   what point in time?
13   A    Between February -- I was back and
14   forth from February to November.
15   Q    Of what year?
16   A    '06.
17   Q    '06?
18   A    Uh-huh (affirmative response).
19   Q    Okay.  Tell me, when did you first
20   meet Lyndon Wright ever in your lifetime?
21   A    We met in 1986.
22   Q    And how did that -- I mean, what
23   was the occasion or what was the event that
24   you met him?
25   A    We stood at one end of Louisiana

```
 1         Q    Of '06?
 2         A    Of '06.  It's one of them months.
 3         Q    How much time did you spend --
 4    Starting in March or April of '06 to
 5    November of '06, did you ever spend the
 6    night in Lyndon's trailer?
 7         A    Yes.
 8         Q    Okay.  Tell me, when is the first
 9    time you spent the night?
10         A    It probably was -- It had to be --
11    What was my first time?  It had to have been
12    in April sometime.
13         Q    Why do you say that?  Are you
14    sure?
15         A    It had to be about in April.
16         Q    My question is, are you sure it
17    was in April of '06?
18         A    I'm not sure, but it probably was
19    April.
20         Q    Okay.  From April of '06 to
21    November of '06, when your mom got her
22    trailer, how many nights did you spend in
23    Lyndon Wright's trailer?
24         A    Probably about a month or two.
25         Q    When you say "a month or two," are
```

```
 1    you talking about continuous time?  Was
 2    there a time where you would go to Lyndon's
 3    trailer and stay a couple of days, a week?
 4         A    Yeah, sometimes I might stay there
 5    a couple of days.
 6         Q    Okay.  Well, what I want you to do
 7    is start with me from April of '06 to
 8    March of '06 -- I'm sorry, November of '06,
 9    and tell me when you stayed in the trailer
10    and for how many days, whether it was a day
11    or continuous.  Can you tell me that?
12         A    I'm trying to think of how many
13    days.  I believe I stayed in there for about
14    a month, and it was the month of -- I
15    believe it was -- I think it was the month
16    of May, because me and my children's grandma
17    wasn't getting along, and I believe it was
18    the month of May.
19         Q    Okay.  So in May, because you
20    weren't getting along with your husband's
21    mother, right?
22         A    That wasn't my husband's.  That's
23    my children's daddy.  Not my husband's.
24         Q    I'm sorry.  Your children's
25    grandparents.  You moved into Lyndon's
```

```
 1     trailer for you think about a month?
 2          A    About a month.  It probably was
 3     May.  I don't remember the month.
 4          Q    Okay.
 5          A    It's been awhile.
 6          Q    You think it was around May of '06
 7     for about a month?
 8          A    I think it was probably about
 9     around there.
10          Q    Did you take your children with
11     you?
12          A    No.
13          Q    Why not?
14          A    They wanted to stay out there with
15     their grandma.
16          Q    So in May of '06, for about 30
17     days, you lived in the trailer?
18          A    Probably about, yeah, about that
19     much.
20          Q    So it was just you and Lyndon?
21          A    Yes.
22          Q    Where did you sleep?
23          A    On the sofa.
24          Q    On the sofa the whole time?
25          A    Yes.
```