1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

```
IN RE:  FEMA TRAILER            *   MDL NO. 1873
FORMALDEHYDE PRODUCTS           *   SECTION:N(5)
LITIGATION                      *
                                *
                                *
THIS DOCUMENT RELATES TO:       *
LYNDON T. WRIGHT V.             *
FOREST RIVER, INC., ET AL.,     *
DOCKET NO. 09-2977              *
                                *
*****************************
```

DEPOSITION OF BOBBIE R. WRIGHT, 15406 Blue Ridge Drive, Missouri City, Texas, taken in the offices of Reich & Binstock, LLP, 4265 San Felipe Street, Ste. 1000, Houston, Texas, on Tuesday, the 5th day of January 2010.

1    trailer at that time.  I know they didn't.
2         Q.   Okay.  Were you ever present when the
3    travel trailer was inspected by any of the
4    maintenance companies tasked with inspections?
5         A.   I believe so.
6         Q.   And did you ever express to any of those
7    folks while they were out on the site any concerns
8    related to the issues you talked about earlier
9    relating to Lyndon Wright's complaints of sinus
10   irritation?
11        A.   To the maintenance guys?
12        Q.   Yes.
13        A.   No.
14        Q.   Is there any particular reason that you
15   didn't express any concerns or raise that issue with
16   those folks?
17        A.   No, it's no reason.  I just didn't.
18        Q.   Okay.  Was there ever a time that you lived
19   in this travel trailer?
20        A.   Lived -- I was there for about almost two
21   months one time.
22        Q.   During what period of time, if you can
23   recall, were you actually, you know, temporarily
24   residing in the travel trailer?
25        A.   It might have been '08, I think or was it?

1    I don't know for sure if it was '08 or '07.  I'm not
2    sure.
3         Q.   Okay.  Was it -- was the two-month period a
4    continuous period of two months that you were there,
5    or was it two months total --
6         A.   No.
7         Q.   -- from the time the unit was installed?
8         A.   What time I went there and I stayed that
9    long.
10        Q.   And was Lyndon Wright living in the unit,
11   as well, during that period of time?
12        A.   Uh-huh, yeah.
13        Q.   Was anyone else living in the travel
14   trailer during that period of time that you lived
15   there for the two months?
16        A.   No.
17        Q.   Is there any way that you can tell for us
18   what period of time that you lived in the travel
19   trailer?  Do you have any records or documents that
20   would tell us when you actually lived in the travel
21   trailer?
22        A.   Any documents?  Like what?
23        Q.   For example, receipts or gas purchases,
24   things like that which would show that you were in
25   New Orleans rather than being in Texas for a