1

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  FEMA TRAILER          MDL NO. 1873

5    FORMALDEHYDE PRODUCTS         SECTION "N"(5)

6    LIABILITY LITIGATION          JUDGE ENGELHARDT

7

8    This document relates to:  Lyndon T. Wright

9         v. Forest River, Inc., et al

10             Docket No. 09-2977

11                  *  *  *

12       Videotaped Deposition of TYSHONE MARSH,

13   3417 S. Claiborne Avenue, Apartment 5, New

14   Orleans, Louisiana 70125, taken at the Law

15   Offices of Frank J. D'Amico, Jr., 622

16   Baronne Street, New Orleans, Louisiana

17   70113, on Thursday, the 14th day of January,

18   2010.

19

20   REPORTED BY:

21       JAMES T. BRADLE, CCR

         PROFESSIONAL SHORTHAND REPORTERS

22       (504)529-5255

23   VIDEOGRAPHER:

24       MICHAEL BERGERON

         PROFESSIONAL SHORTHAND REPORTERS

25       (504)529-5255

```
 1         Q    Did you stay with Lyndon for
 2    awhile?
 3         A    No, sir.
 4         Q    You just visited him that one
 5    time?
 6         A    I used to visit him, uh-huh.
 7         Q    Did you spend the night?
 8         A    No, sir.
 9         Q    When you saw Lyndon in August of
10    2006, did he make any complaints to you
11    about his health?
12         A    No, sir.
13         Q    What about any complaints about
14    the trailer?
15         A    No, sir.
16         Q    Okay.  So when you saw him in
17    2006, bring me forward, from 2006 the rest
18    of the year, how many times do you think you
19    saw Lyndon?
20         A    I was going to see him often after
21    I went and saw him that one time.
22         Q    Well, "often" could be different
23    for you or me or members of the jury.  So
24    tell me how often, daily, weekly, whatever,
25    would you see Lyndon, starting in August of
```

1    2006 at his trailer?

2         A    Like every two weeks.

3         Q    How often every two weeks?

4         A    When I have time, I will go see

5    him, or if he ain't working.

6         Q    Did you see him every day?

7         A    Huh-uh (negative response).

8         Q    Okay.  Well, starting in August of

9    2006, I thought you were living in Houston?

10        A    I was back from Houston.

11        Q    Okay.  Well, where were you

12   living?

13        A    Across the river.

14        Q    With who?

15        A    With Derrick.

16        Q    But you said you didn't move in

17   with Derrick until September of '06?

18        A    I was visiting Derrick.

19        Q    In 2006, you were living with him?

20        A    Visiting.

21        Q    Visiting.  Well, where were you

22   living and seeing Lyndon in August of 2006

23   if you weren't visiting Derrick until 2006

24   and you weren't living in Houston?

25        A    I was living in --