1

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4

5

6   IN RE:  FEMA TRAILER        MDL NO. 1873

7   FORMALDEHYDE PRODUCTS       SECTION "N"(4)

8   LIABILITY LITIGATION        JUDGE ENGELHARDT

9

10                  *   *   *

11

12       VIDEOTAPED DEPOSITION OF LYNDON WRIGHT,

13   3417 SOUTH CLAIBORNE AVENUE, APARTMENT 5,

14   NEW ORLEANS, LOUISIANA 70113, TAKEN AT THE

15   OFFICES OF FRANK D'AMICO, 622 BARONNE

16   STREET, NEW ORLEANS, LOUISIANA 70130, ON THE

17   10TH DAY OF JULY, 2009.

18   REPORTED BY:

19       CATHY RENEE´ POWELL, CCR

         PROFESSIONAL SHORTHAND REPORTERS

20       (504)529-5255

21   VIDEOGRAPHER:

22       BRIAN SOILEAU

         PROFESSIONAL SHORTHAND REPORTERS

23       (504)529-5255

24

25

```
1    bucket, and that's what I wiped the walls
2    down with, the cabinets, the countertop and
3    all that.
4         Q.   And how often would you say that
5    you would go through that cleaning procedure
6    of putting the carpet deodorizer down,
7    wiping down the walls and cleaning the
8    bathroom with Tilex?
9         A.   I would say twice a week.
10        Q.   So the issue would go down for a
11   few days and then come back up --
12        A.   Yeah.  Come right back up.
13        Q.   From the time you smelled this
14   odor in the winter of 2006, was there ever a
15   time that it went away for a period of time?
16        A.   Other than me deodorizing, no.
17        Q.   Did you ever or was it your course
18   of practice to open the windows when you
19   would clean the unit?
20        A.   Yes.
21        Q.   As I recall, there are five
22   windows on this particular unit; is that
23   correct?
24        A.   Yes.
25        Q.   Would you open all of them?
```

1    it off quickly?
2         A.   Uh-huh.
3         Q.   Is that a "yes"?
4         A.   Yes, yes.
5         Q.   Would you typically leave any of
6    the windows of your unit open when you left
7    just to allow some air to get into the unit
8    while you weren't there?
9         A.   No.
10        Q.   Was there ever a time when you
11   opened the windows to attempt to get rid of
12   the smell that you described, the odor?
13        A.   To have circulation of air, yes.
14        Q.   Was it effective in reducing the
15   odor to open the windows?
16        A.   Reducing it, yes.
17        Q.   Because you found that it was
18   effective to reduce the odors, was that
19   something that you would do, typically,
20   twice a week when the odor got to a level
21   that it bothered you?
22        A.   Between cleaning and opening the
23   windows, it was like an alternate type
24   thing.  But it was mainly the deodorizers
25   that I would use because it freshened the

1          A.   As if I had gotten used to the
2     smell.
3          Q.   Okay.  Did you ever do anything
4     like open windows, open the door, run the
5     exhaust fans, in order to try and get the
6     new smell out?
7          A.   I opened the windows, but not
8     specifically for that purpose.  I mean, just
9     to have air circulation or something.
10         Q.   Would doing that naturally reduce
11    the strength of whatever smell was in your
12    trailer, whether it's the new smell or the
13    foul smell or anything else?
14         A.   As far as the new smell, I wasn't
15    doing it for that.  And I smelled that other
16    smell and started deodorizing, yes, I opened
17    the windows partly because of that, too, to
18    get rid of the smell.
19         Q.   The deodorizing, you didn't
20    perform any deodorizing in an attempt to get
21    rid of the new smell, did you?
22         A.   No.
23         Q.   Did you do anything to attempt to
24    get rid of the new smell?
25         A.   No, being excited about getting in

```
 1         A.   F-R-E-Z-E-L.
 2         Q.   Has he filed an SF 95 form against
 3   FEMA?
 4         A.   I don't know.
 5         Q.   You said earlier this morning that
 6   you sometimes cooked in your trailer?
 7         A.   That I what?
 8         Q.   Cooked in your trailer.
 9         A.   Yes.
10         Q.   When you cooked, did you open your
11   windows?
12         A.   Yes.  I would open the windows,
13   yes.
14         Q.   And you also mentioned that you
15   would turn on the stove when it was really
16   cold out to help warm up the trailer for a
17   period.
18         A.   Yes.
19         Q.   When you did that, would you open
20   the windows?
21         A.   No.
22         Q.   When you were living in the travel
23   trailer, who paid your utility bills?
24         A.   When I was living in the travel
25   trailer, what?
```