```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
 6   IN RE:  FEMA TRAILER       MDL NO. 1873
 7   FORMALDEHYDE PRODUCTS      SECTION "N"(5)
 8   LIABILITY LITIGATION       JUDGE ENGELHARDT
 9
10                  *   *   *
11
12        Videotaped Deposition of ALEXIS MALLET,
13   JR., P.O. Box 80857, Lafayette, Louisiana
14   70598, taken at the offices of Lambert &
15   Nelson, 701 Magazine Street, New Orleans,
16   Louisiana 70130, on Friday, the 17th day of
17   July, 2009.
18
19   REPORTED BY:
20        JAMES T. BRADLE, CCR
          PROFESSIONAL SHORTHAND REPORTERS
21        (504)529-5255
22   VIDEOGRAPHER:
23        KYM HAWKINS
          PROFESSIONAL SHORTHAND REPORTERS
24        (504)529-5255
25
```

1    told by another expert?

2        A    Correct.

3        Q    Okay.

4        A    And the reports that are in the
5    enclosure along with other data that I
6    reviewed, just repeating their or taking
7    their position in how the building affected
8    it.

9        Q    No. 2, "The vapor barrier on the
10   temporary housing unit was designed and
11   placed on the cold side of the exterior
12   wall."  And then you talk about studies
13   which have looked at this kind of
14   application.

15           What are the typical signs of
16   condensation in a wall cavity resulting from
17   this application of vinyl wall covering?

18       A    Actually, the problem with vinyl
19   wall covering being on the cold side is that
20   you can't tell the condensation occurring in
21   the system.

22           The wood and other cellulose-based
23   products can actually be decaying before you
24   would actually find the damage or the panels
25   would be deteriorating on the wall.