```
00001
   1          UNITED STATES DISTRICT COURT
   2          EASTERN DISTRICT OF LOUISIANA
   3
   4
   5
   6  IN RE:  FEMA TRAILER       MDL NO. 1873
   7  FORMALDEHYDE PRODUCTS      SECTION "N"(4)
   8  LIABILITY LITIGATION       JUDGE ENGELHARDT
   9
  10                  *   *   *
  11
  12       Videotaped Deposition of PAUL J.
  13  LaGRANGE, 256 Calumet Drive, Madisonville,
  14  Louisiana 70447, taken at the offices of
  15  Lambert & Nelson, 701 Magazine Street, New
  16  Orleans, Louisiana 70130, on Wednesday, the
  17  1st day of July, 2009.
  18
  19  REPORTED BY:
  20       JAMES T. BRADLE, CCR
           PROFESSIONAL SHORTHAND REPORTERS
  21       (504)529-5255
  22  VIDEOGRAPHER:
  23        MICHAEL BERGERON
           PROFESSIONAL SHORTHAND REPORTERS
  24       (504)529-5255
  25
```

```
00060
 1 close to 1988, '89.
 2      Q    And you kept that license current
 3 since 1988 or 1989?
 4      A    Yes, sir, I have.
 5      Q    Are you licensed as a contractor
 6 in any other state?
 7      A    No, sir.
 8      Q    What did you have to do to become
 9 a licensed contractor in the State of
10 Louisiana?
11      A    There's a three-step process:
12 No. 1, take a handwritten test and pass,
13 provide financial data, and have a CPA audit
14 your books and provide that audit to the
15 State.
16      Q    And after all that, you meet your
17 license?
18      A    Yes, sir.
19      Q    Are you an industrial hygienist?
20      A    No, sir, I'm not.
21      Q    Are you an indoor air quality
22 specialist?
23      A    I am.
24      Q    Is that something you can be
25 certified or licensed in?
```

```
00061
 1      A    Yes, sir, it is.  Certified in.
 2      Q    Are you a certified indoor air
 3 quality specialist?
 4      A    No, sir, I'm not.
 5      Q    Do you have any experience in the
 6 design or construction of travel trailers?
 7      A    No, sir, I do not.  I have lots of
 8 experience in design of single family homes,
 9 multi-family homes, light commercial.
10      Q    Have you ever been retained or
11 offered as an expert in the field of code
12 compliance?
13      A    Yes, sir, I have.
14      Q    Okay.  How many times?
15      A    For building code compliance.
16      Q    You have actually been asked to
17 review something for code compliance?
18      A    Yes, sir, I have.
19      Q    What kind of building or what kind
20 of buildings?
21      A    It was single family residential.
22      Q    Okay.  How many times?
23      A    Less than 10.
24      Q    Tell me how that would come about.
25 Would someone who was getting ready to build
```