```
00001
  1            UNITED STATES DISTRICT COURT
  2            EASTERN DISTRICT OF LOUISIANA
  3
  4  IN RE:  FEMA TRAILER         MDL NO. 1873
  5  FORMALDEHYDE PRODUCTS        SECTION "N"(5)
  6  LIABILITY LITIGATION         JUDGE ENGELHARDT
                                  MAGISTRATE CHASEZ
  7
  8                    *   *   *
  9                (RE:   DUBUCLET)
 10
 11
 12       Videotaped Deposition of LAWRENCE
 13  G. MILLER, M.D., 118 Upland Road, Waban,
 14  Massachusetts 02468, taken at the Law
 15  Offices of Frank J. D'Amico, Jr., 622
 16  Baronne Street, 3rd Floor, New Orleans,
 17  Louisiana 70113, on Tuesday, the 22nd day of
 18  September, 2009.
 19
 20  REPORTED BY:
 21       JAMES T. BRADLE, CCR
          PROFESSIONAL SHORTHAND REPORTERS
 22       (504)529-5255
 23  VIDEOGRAPHER:
 24        MICHAEL BERGERON
          PROFESSIONAL SHORTHAND REPORTERS
 25       (504)529-5255
```

```
00034
   1 interchangeably?
   2      A    Well, certainly the literature
   3 does, and the literature is not all precise
   4 here.
   5      Q    How about idiopathic intrinsic
   6 dermatitis?
   7      A    That's also what I have seen in
   8 the literature.  I think it's less used
   9 because that's a less clear term.
  10 "Idiopathic" just means without known cause,
  11 and "intrinsic" can mean almost anything.
  12 It somehow means intrinsic to the
  13 individual.  So I find that term a little
  14 bit confusing, to tell you the truth.
  15      Q    It's confusing why?
  16      A    Because you're not sure exactly
  17 what "intrinsic" means here.
  18      Q    Do we know what the cause of
  19 allergic dermatitis is or atopic dermatitis?
  20      A    In some instances, yes.  In some
  21 instances, no.
  22      Q    Of the cases that you are familiar
  23 with, what is the percentage between the
  24 known etiology of a given atopic dermatitis
  25 as opposed to the non-known cause of that
```

```
00035
 1 atopic dermatitis?
 2     A    I don't think I can give you a
 3 single number.  That's a large series.  I
 4 have seen a few of them, and the numbers are
 5 variable, but a significant portion, the
 6 cause is unknown, and what exactly that
 7 number is, I think it would be difficult to
 8 generalize.
 9     Q    Would it be greater than
10 50 percent?
11     A    In some series, it is.  In some
12 series, it's not.
13     Q    How about overall in the United
14 States, if you were to poll all the
15 dermatologists in the United States and ask
16 them the percentage overall of known causes
17 of dermatitis in patients that present,
18 would it be greater or lesser than
19 50 percent for those that were known?
20     A    I don't think I can speak for the
21 dermatologists in the U.S., so I don't think
22 I can answer that one for you.
23     Q    Well, you're not a dermatologist?
24     A    I am not a dermatologist.
25     Q    You're not an epidemiologist?
```