```
                                                              1

  1              UNITED STATES DISTRICT COURT
  2              EASTERN DISTRICT OF LOUISIANA
  3
  4
  5
  6   IN RE:  FEMA TRAILER      MDL NO. 1873
  7   FORMALDEHYDE PRODUCTS     SECTION "N"(5)
  8   LIABILITY LITIGATION      JUDGE ENGELHARDT
  9
 10                    *   *   *
 11
 12         Videotaped Deposition of ALEXIS MALLET,
 13   JR., P.O. Box 80857, Lafayette, Louisiana
 14   70598, taken at the offices of Lambert &
 15   Nelson, 701 Magazine Street, New Orleans,
 16   Louisiana 70130, on Friday, the 17th day of
 17   July, 2009.
 18
 19   REPORTED BY:
 20        JAMES T. BRADLE, CCR
           PROFESSIONAL SHORTHAND REPORTERS
 21        (504)529-5255
 22   VIDEOGRAPHER:
 23        KYM HAWKINS
           PROFESSIONAL SHORTHAND REPORTERS
 24        (504)529-5255
 25
```

1    told by another expert?

2        A    Correct.

3        Q    Okay.

4        A    And the reports that are in the

5    enclosure along with other data that I

6    reviewed, just repeating their or taking

7    their position in how the building affected

8    it.

9        Q    No. 2, "The vapor barrier on the

10   temporary housing unit was designed and

11   placed on the cold side of the exterior

12   wall."  And then you talk about studies

13   which have looked at this kind of

14   application.

15           What are the typical signs of

16   condensation in a wall cavity resulting from

17   this application of vinyl wall covering?

18       A    Actually, the problem with vinyl

19   wall covering being on the cold side is that

20   you can't tell the condensation occurring in

21   the system.

22           The wood and other cellulose-based

23   products can actually be decaying before you

24   would actually find the damage or the panels

25   would be deteriorating on the wall.