1

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3
 4     IN RE:  FEMA TRAILER      MDL NO. 1873
 5     FORMALDEHYDE PRODUCTS     SECTION N(4)
 6     LIABILITY LITIGATION      JUDGE ENGELHARDT
 7     (This document relates to
        "DUBUCLET V. FLEETWOOD
 8      ENTERPRISES, INC.,"
        Case No. 07-9228)
 9
10                    *   *   *
11
12             DEPOSITION OF ALEXIS MALLET, JR.,
13     103 BRADBURY CROSSING, LAFAYETTE, LOUISIANA
14     70508, TAKEN AT THE OFFICES OF LAMBERT &
15     NELSON, 701 MAGAZINE STREET, NEW ORLEANS,
16     LOUISIANA 70130, ON THE 28TH DAY OF OCTOBER,
17     2009.
18
19
20     REPORTED BY:
21        CATHY RENEE´ POWELL, CCR
          PSR
22        (504)529-5255
23
24
25
```

1   expert and give opinions on location or

2   adequacy of warnings?

3        A.   No, sir.  I am not an expert in

4   that field, nor was it my intention to give

5   testimony in that field, other than the

6   observation.

7        Q.   Of what you observed while you

8   were inspecting the travel trailer?

9        A.   That is correct.

10       Q.   All right.

11            Tell me what your role is in the

12  Dubuclet case.  We know there is Mr. Moore

13  out there, we know there is Mr. Ritter out

14  there, we know there are others out there.

15  What is your role?  What is the area of your

16  opinions and expertise in the Dubuclet case?

17       MR. PINEDO:

18            Objection, form.

19       THE WITNESS:

20            I basically lead the team,

21  disseminate who is going to look at what,

22  and have them to either -- if there are

23  calculations involved, perform the

24  calculations that will back up or that will

25  tell me whether a position that we have

1   taken is accurate or inaccurate.

2           They're the more technical end of

3   the team, but, in general, I see and

4   understand how the whole package fits

5   together, how the parts and system works or

6   doesn't work together, and how -- if it

7   doesn't function, why it doesn't function

8   properly.

9   EXAMINATION BY MR. SAPORITO:

10       Q.   Are you saying Mr. Moore and

11  Mr. Ritter, in their particular fields,

12  cannot see how the whole package fits

13  together; and, therefore, they should defer

14  to your testimony in that area?

15       MR. PINEDO:

16           Objection, form.

17       THE WITNESS:

18           They are not brought in to perform

19  that function.  They can have opinions, they

20  can have observations, but my overall

21  function is to put the whole package

22  together.

23  EXAMINATION BY MR. SAPORITO:

24       Q.   Are you saying that Mr. Ritter and

25  Mr. Moore cannot verify their own