```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE:  FEMA TRAILER        MDL NO. 1873

 5    FORMALDEHYDE PRODUCTS       SECTION N(4)

 6    LIABILITY LITIGATION        JUDGE ENGELHARDT

 7    (This document is in reference to

       "Lyndon Wright v. Forest

 8        River, et al.")

 9                    *   *   *

10

11              VIDEOTAPED DEPOSITION OF ERVIN

12    RITTER, P.E., 201 BOCAGE CIRCLE, LAFAYETTE,

13    LOUISIANA 70503, TAKEN AT THE OFFICES OF

14    FRANK D'AMICO, ATTORNEY AT LAW, 622 BARONNE

15    STREET, NEW ORLEANS, LOUISIANA 70112, ON THE

16    9TH DAY OF DECEMBER, 2009.

17

18

19    REPORTED BY:

20        CATHY RENEE´ POWELL, CCR

          PROFESSIONAL SHORTHAND REPORTERS

21        (504)529-5255

22    VIDEOGRAPHER:

23        BRIAN SOILEAU

          PROFESSIONAL SHORTHAND REPORTERS

24        (504)529-5255

25
```

1    said, hey, I want to buy one unit.  I -- I

2    don't know if we can --

3        Q.   That's fine.  You haven't

4    investigated that issue?

5        A.   No.

6        Q.   Okay.  The mechanical

7    air-conditioning unit that you think should

8    have been installed in these units, is that

9    correct, that's generally your opinion?

10       A.   It would be a ventilation.

11       Q.   A ventilation unit.  Do you know

12   whether they are more expensive, less

13   expensive or the same cost as the unit, the

14   air-conditioning unit that Forest River used

15   for these travel trailers?

16       A.   They would probably be comparable

17   in cost, but it would be an addition because

18   I would still use the Dometic

19   air-conditioning unit, but add a mechanical

20   ventilation unit that would bring in outside

21   air, dehumidify it and put it inside the

22   unit to positively pressurize it.

23       Q.   So there would have been an

24   additional cost associated with that

25   modification of the travel trailer that

1      you're proposing?

2          A.   Yes, there would be.

3          Q.   Do you know how much that cost

4      would have been?

5          A.   Considering that the retail cost

6      of that unit was probably about $1,200, plus

7      you have to factor in the fact that they

8      would be buying in vast quantities and

9      probably getting some type of discount,

10     maybe on the order of 25, 30, maybe even

11     50 percent of that, they would probably

12     increase their overall cost maybe $1,000,

13     just off the top of my head with -- as I sit

14     here in front of the camera putting the

15     numbers together.

16         Q.   Understood.  I was just looking

17     for your best estimate.

18         A.   Okay.

19         MR. MILLER:

20             Thank you very much, sir.

21         MR. AHLQUIST:

22             I do have some questions, but I

23     have to use the restroom.

24         THE VIDEOGRAPHER:

25             We're off the record; it is 12:52.