```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:  FEMA TRAILER        MDL NO. 1873
 4    FORMALDEHYDE PRODUCTS       SECTION "N"(4)
 5    LIABILITY LITIGATION        JUDGE ENGELHARDT
 6
 7    This document relates to:  Lyndon T. Wright
 8            v. Forest River, Inc., et al
 9              Docket No. 09-2977
10                   *   *   *
11                  (Volume I)
12       Videotaped Deposition of EDWARD HALIE
13    SHWERY, Ph.D., 315 Metairie Road, Suite 200,
14    Metairie, Louisiana 70005, taken at the Law
15    Offices of Frank J. D'Amico, Jr., 622
16    Baronne Street, New Orleans, Louisiana
17    70113, on Monday, the 9th day of November,
18    2009.
19
20    REPORTED BY:
21         JAMES T. BRADLE, CCR
           PROFESSIONAL SHORTHAND REPORTERS
22         (504)529-5255
23    VIDEOGRAPHER:
24         MICHAEL BERGERON
           PROFESSIONAL SHORTHAND REPORTERS
25         (504)529-5255
```

1        Q    And if he requires future medical
2   care or future psychiatric or psychological
3   care, it would be likely due to issues that
4   were triggered based upon his neuroma?
5        A    Well, it started -- It's two
6   things, really.  It's the current medical
7   problems that are specifically focused on a
8   risk of cancer or something pretty severe,
9   the idea that you might get cancer.  Even
10  though the doctor said he doesn't have
11  cancer, but the doctor doesn't know why he's
12  continuing to bleed, that kind of ambiguity
13  or lack of clarity medically.
14            The other thing is it really
15  crystallized the recurrent theme of when he
16  was in that trailer and looking back and
17  wondering "what was I doing to myself by
18  living there."  Those things are kind of
19  getting all intertwined and crystallized,
20  and that's what's cooking with this man.
21       Q    Okay.  And so it's going to be
22  your testimony that the reason that this
23  gentleman needs counseling has nothing to do
24  with the biopsy that diagnosed a benign
25  neuroma?

1          MR. AHLQUIST:
2               Object to the form.
3     EXAMINATION BY MR. BONE:
4          Q    But rather has to do simply with
5     his time living in the trailer and being
6     made aware of problems that may have
7     occurred as a result of his living in the
8     trailer?
9          A    No, no, no.  As he reflected back
10    on living in the trailer, he recognized that
11    he had a number of symptoms, coughing up
12    blood in his mucus, going to the doctor a
13    lot more and so on, and he attributed those
14    at the time and during that year he was out
15    of the trailer in an apartment when the
16    symptoms declined, he attributed that to,
17    well, it must be just general health issues,
18    and I think he said things like -- No, I
19    remember he said things like "I just go to
20    the doctor and I get medicine and he treats
21    me, and then I get well."  So he was kind of
22    like regarding all of that.
23              Now, with the development of a
24    neuroma, he was encouraged that the doctor
25    said it's not cancer, but he's alarmed that

1    they don't know why he continues to bleed,
2    and the doctor said, "I got to do more
3    tests. I want you back." Both of those
4    issues.
5              But the crystallizing of it was
6    the more recent medical/surgical
7    intervention that said, "Boy, there's
8    something going on and I really don't know
9    why you're having all of this. I do know
10   that that biopsy ruled out cancer and I'm
11   relieved about that." But it's really not
12   one or the other. It's both. But more
13   recently, it all kind of starts getting
14   energized and crystallized.
15             So now the content of his
16   obsessions are looking back and reworking
17   the experiences in the trailer and saying,
18   you know, "What was I doing? I shouldn't
19   have stayed there. I wish I would have
20   known," that kind of thing.
21        Q    All right. Have you spoken with
22   Dr. Spector in preparation for your
23   deposition here today?
24        A    No. I called and wasn't able to
25   get ahold of him and I'm waiting for him to