```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  FEMA TRAILER       MDL NO. 1873
 5   FORMALDEHYDE PRODUCTS      SECTION N(4)
 6   LIABILITY LITIGATION       JUDGE ENGELHARDT
 7   (This document relates
     to "Lyndon Wright, et al.
 8   v. Forest River, Inc.,
     et al.")
 9
10                    *   *   *
11
                VIDEOTAPED DEPOSITION OF STEPHEN
12   SMULSKI, Ph.D., 453 WENDELL ROAD,
     SHUTESBURY, MASSACHUSETTS 01072, TAKEN AT
13   THE LAW OFFICES OF FRANK D'AMICO, 622
     BARONNE STREET, NEW ORLEANS, LOUISIANA
14   70112, ON THE 29TH DAY OF JANUARY, 2010.
15
16   REPORTED BY:
17       CATHY RENEE´ POWELL, CCR
         PROFESSIONAL SHORTHAND REPORTERS
18       (504)529-5255
19   VIDEOGRAPHER:
20       MICHAEL BERGERON
         PROFESSIONAL SHORTHAND REPORTERS
21       (504)529-5255
22
23
24
25
```

1    with the statement that I read to you?
2         A.   Could you repeat it, please?
3         Q.   Certainly.
4              "Testing of this wood four years
5    out would not prove anything other than the
6    wood product contained urea-formaldehyde
7    resin."
8         A.   In general, yes.
9         Q.   And do you agree with this
10   statement:  "There would be absolutely no
11   way to determine, based upon such testing,
12   if the wood product was, in fact, low
13   formaldehyde-emitting or not."
14        A.   In general, but it may be possible
15   if there is a difference in formulation
16   between what I will call regular
17   urea-formaldehyde adhesives and low-emitting
18   formaldehyde adhesives.
19        Q.   And what would the difference in
20   formulation that you would be looking for
21   be?
22        A.   I don't know.  Again, I'm not a
23   chemist.  It's outside my area of expertise.
24        Q.   Are you aware of any difference in
25   formulation of LFE UF bonding resins versus

1    is typically manufactured with a phenol
2    formaldehyde adhesive which is a waterproof,
3    heatproof adhesive, and emits so little
4    formaldehyde that it is not covered under
5    the HUD standard.
6         Q.   What does phenolic resin emit?
7         A.   I don't understand your question.
8         Q.   It may not emit formaldehyde, but
9    doesn't phenolic resin emit other gases?
10        A.   It may, and you are asking me a
11   question -- and we have to make the
12   distinction between phenolic resin in its
13   liquid form as it would be applied to the
14   wood fibers in the production process versus
15   the cured phenolic resin that is within the
16   panel itself.
17             But you are asking me a question
18   of chemistry that I don't have an answer
19   for.
20        Q.   You are offering an opinion as an
21   expert that you could use phenolic resin as
22   a bonding agent for wood products within a
23   travel trailer to reduce the level of
24   formaldehyde, correct?
25        A.   Yes.

1    soybean-based adhesives.
2         Q.   Let's take the soybeans first.
3    Were soybean adhesives commercially
4    available in 2005?
5         A.   I don't know whether they were or
6    weren't.  They have been in development for
7    at least 25 years.
8         Q.   So as we sit here today, you
9    cannot offer testimony that the soy-based
10   adhesive was available in commercially
11   practical quantities at the time that the
12   unit occupied by Lyndon Wright was
13   constructed, correct?
14        A.   I can't say specifically for
15   soy-based, but if I can refer to some of my
16   trial documents -- actually, they would be
17   in my reliance materials, which we have not
18   pulled out here.
19        Q.   I appreciate the qualification,
20   but with respect to the soy -- and we will
21   get to the other ones, but with respect to
22   the soy-based resins, can you offer that
23   opinion?
24        A.   No.  I can't tell you
25   specifically.

1    that would have been needed in 2005?
2         A.   I can't.  Let me put it this way.
3    Phenol-formaldehyde adhesives have been in
4    use for over 60 years as have
5    melamine-formaldehyde adhesives; isocyanates
6    have been in widespread use for over 25
7    years.
8              So I have no documentation that I
9    could show you when they first appeared on
10   the market, the point is, they have been out
11   there for years and years.
12        Q.   What does an isocyanate resin
13   release in place of -- I understand you say
14   it releases less formaldehyde.  What does it
15   release when you use an isocyanate resin?
16        A.   Again, you have to make the
17   distinction between isocyanate adhesives in
18   their liquid form as they would be used by a
19   wood product manufacturer.  Once they are
20   cured into their solid form, they don't
21   release formaldehyde.  Again, they are not
22   subject to the HUD regulations.
23             As to what they might release, I
24   don't know.  You are asking a question for a
25   chemist.  Again, there is nothing I have

1   EXAMINATION BY MR. BONE:

2        Q.   All right.  Can you say -- well,

3   let me put it to you this way:  You don't

4   offer any opinion in your report that these

5   alternate products are safer than what was

6   being used in this trailer, you simply offer

7   the opinion that they released less

8   formaldehyde.  Correct?

9        A.   Yes.

10       Q.   And you have not retrofitted a

11  travel trailer with wallboard or hardwood

12  plywood or any composite wood product bonded

13  with an isocyanate resin to determine how

14  that would impact air quality, have you?

15       A.   I personally have not done that,

16  no.

17       Q.   Do you know if anyone has ever

18  done that?

19       A.   I don't know if anyone has done

20  that.

21       Q.   How about melamine?  Melamine

22  bonded resins, do you know what type of

23  chemical constituents are released from

24  those components when they are bonded in

25  composite wood products?