1

1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF LOUISIANA
3
4    IN RE:  FEMA TRAILER         MDL NO. 1873
5    FORMALDEHYDE PRODUCTS        SECTION N(4)
6    LIABILITY LITIGATION         JUDGE ENGELHARDT
7    (This document is related
     to "Lyndon Wright, et al.
8    v. Forest River, Inc.,
     et al.")
9
10                       *  *  *
11
12            VIDEOTAPED DEPOSITION OF ALEXIS
13   MALLET, JR., 103 BRANDBERRY CROSSING,
14   LAFAYETTE, LOUISIANA 70598, TAKEN AT THE
15   OFFICES OF FRANK D'AMICO, ATTORNEY AT LAW,
16   622 BARONNE STREET, NEW ORLEANS, LOUISIANA
17   70112, ON THE 12TH DAY OF JANUARY, 2010.
18
19
20   REPORTED BY:
21       CATHY RENEE´ POWELL, CCR
         PROFESSIONAL SHORTHAND REPORTERS
22       (504)529-5255
23   VIDEOGRAPHER:
24       MICHAEL BERGERON
         PROFESSIONAL SHORTHAND REPORTERS
25       (504)529-5255

1    plaintiff videoed the roof and found there

2    was a missing vent cap; isn't that correct?

3         A.   I don't know.  I didn't see that

4    photograph.

5         Q.   Okay.  I want you to assume with

6    me that this photograph accurately depicts

7    the fact that there was a missing vent cap,

8    all right?

9         A.   Okay.

10        Q.   During the time that this

11   particular unit was evaluated, August 7,

12   2009.

13        A.   Okay.

14        Q.   If that's the case, would that

15   account for the amount of moisture intrusion

16   that you found in the bathroom?

17        A.   Yes, it would.

18        Q.   And you said on page 43 of your

19   report, I'll just read it to you, it's under

20   observations in the interior overview, it

21   says, "Section D, apparent moisture

22   intrusion in the bathroom, mold growth on

23   the commode and floors and rust on the

24   furnace supply air register and commode

25   bolts were noted."

```
 1                  Would you agree or disagree that,
 2     assuming the vent cap was missing for some
 3     period of time, that that was the likely
 4     source of the mold growth on the commode and
 5     floor in the bathroom?
 6          A.   Yes.
 7          Q.   From your review of the documents
 8     that you specified in your report relating
 9     to the condition of the unit over time, did
10     you see any report during the occupancy of
11     Mr. Wright that there was a missing vent cap
12     on this particular unit?
13          A.   No, sir.
14          Q.   If we assume, then, that the
15     missing vent cap occurred after the unit
16     left Mr. Wright's -- after Mr. Wright was no
17     longer an occupant of that particular unit,
18     and that moisture intruded into the unit by
19     virtue of the missing vent cap, and that
20     that moisture caused mold growth on the
21     commode, would you agree with me then, sir,
22     that the condition of the unit as you
23     observed it in August of 2009 with respect
24     to the mold growth within the unit was not
25     the same as it would have been when
```

1     Mr. Wright occupied the unit?
2          A.   Correct.
3          Q.   Now, when you examined the
4     bathroom area, was the moisture level, was
5     it actively moist in the bathroom?
6          A.   Yes.
7          Q.   Okay.  So there was evidence of
8     active moisture intrusion at the time you
9     observed the bathroom, correct?
10         A.   Yes, sir.
11         Q.   Was that also true of the area
12    around the door of the unit, the entry door,
13    I should say?
14         A.   Yes, sir.
15         Q.   Was that also true of the damaged
16    area around the lower portion of the master
17    bedroom emergency exit window?
18         A.   Yes, sir.
19         Q.   So all of the areas of moisture
20    intrusion that you found within this unit
21    were actively moist, correct?
22         MR. PINEDO:
23              Objection, form.
24    EXAMINATION BY MR. BONE:
25         Q.   They were active leaks?