L Wright   H+P

Current problem
  Dry mouth nearly every night
  No dyspnea, intermittent dry cough, nonproductive in trailer
  Also wakes up c̄ blood in sputum (?)
  Some dyspnea on exertion - 6 flights(?) - now good if difficulty
    flights c̄ difficulty
  → Primarily last 3 yrs (? previously)
    Virtually every day
Resp History
  No asthma, maybe some wheezing in past
  Exposure to chlorine gas at work, ? severity (mid 90's)
  Dr. at hospital c̄ sister (? duration)
  No persistent Sx, not told of persistent damage or CXR Δs
  
  Nasal/head congestion intermittently, worse in trailer
    but previous to present nearly every week, lasts 1-2d
  ? later    → Uses OTC meds; doesn't recall discussing c̄ MD
    in trailer     fixed buildings
  Has allergies, esp in spring c̄ eye irritation, sneezing,
    little cough, no dyspnea ? Dyspnea, prob. since childhood
    while in trailer, dry mouth, some dyspnea
                     awake from sleep, drowsiness
    Then resolved
  No snoring, reloves snored as child
  → Given inhaler in past ? Nesonex, at least one course of
     antibiotics. No Δ in Sx
  Skin rashes on upper back while living in trailer, now 1-2/yr
  Eye irritation while in trailer, now rare
  Sudden glands in neck while in trailer, resolved
  Frequent HA in trailer, assoc. c̄ congestion

C Wright ②

Had intermittent depression in past, worse in trailer, took medications? Effexor
Intermittent erectile dysfunction, medications? Viagra/Levitra
HBP on meds - S/p ↑ now Ramipril

PMH
Hx multiple ear operations, now wears hearing aid ⓛ
? T&A as child (not sure Sinus)
Bone problems, ? ↓ bone density on meds in past
Thyroid problem

Meds
  Ramipril ? dose          Bolefin intermittent?
  Synthroid ? dose
  Vitamins inc V+D

Allergies ∅

FH
  Mother c̄ HBP, DM
  Smoking ∅
  EtOH ~4 beers/d

Hx Exp
  Ear surgeries, ?T&A, chlorine exposure
ROS ⊖ ✕ note concern about future illness ? Ca
SH Unmarried, several relationships in past
OH (Trailer 3/06 → 7/07; recalls odor, mold (redness)
  High school ~1-2 sem college
  Did variety of odd jobs temp work etc, cleaning, shipping, security
  Same work c̄ construction debris but not construction
  Does Riverside Court maintenance - pickup trash, fix leaks, minor repairs

LWFR-EXP 8-000109

L Wright ③

- 97(?) exposed to chlorine fumes after leak into bucket containing Cl, brief exposure (O sec/min), no resp protection. Returned to work in few days
- Moved to Hyatt late 90's - Engineer for boiler/chiller
  Later City of NO HVAC maintenance
  Recalls no specific exposure to solvents, schedule involved in cleaning HVAC
  No known formaldehyde exposure

PE   P 88   BP 135/85   R 14
Skin G rash
HEENT hearing aid AS
Neck ⊖
N des ⊖
chest clear
Car ⊖ N. ⊕
Abd soft
Ext pulses intact
Neuro CN intact, reflexes ok

DDX
- Blood in sputum/phlegm 2 etiology → nasopharyngeal lesion?
- Chronic congestion - antibiotic, nasto..., leg cellulitis
  formaldehyde, allergy component
- Asthma Zh. story possible ⊕ nasal lesion (recent Dx???)

Dr R Specter    7/23

Seen as consult re bleeding problem
Scope shows mass at base of tongue
Pln Bx soon, ? next week

LWFR-EXP 8-000111

8/4/09 D. Lipsetto

Bess → partial, not fully excised
Pat— Necrosis; unusual ? etiology
No relation to formaldehyde exposure/after literature
will review all literature

Dr [illegible] 9/30

Mr Wright seen in PJU several times
Acute & recurrent leading, does not seem to have
full [illegible]
Has cleared out medications much better
No clear explanation of acute recurrent or chronic
rhinosinusitus, does not clearly associate c̄ formaldehyde
but [illegible] may be possible
[signature]

LWFR-EXP 8-000113