1

1                UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
2
3    IN RE:   FEMA TRAILER        MDL NO. 1873
4    FORMALDEHYDE PRODUCTS        SECTION "N"(4)
5    LIABILITY LITIGATION         JUDGE ENGELHARDT
6
7    This document relates to:  Lyndon T. Wright
8          v. Forest River, Inc., et al
9             Docket No. 09-2977
10                  *   *   *
11                 (Volume I)
12       Videotaped Deposition of LAWRENCE
13   G. MILLER, M.D., 118 Upland Road, Waban,
14   Massachusetts 02468, taken at the Law
15   Offices of Frank J. D'Amico, Jr., 622
16   Baronne Street, New Orleans, Louisiana
17   70113, on Tuesday, the 10th day of November,
18   2009.
19
20   REPORTED BY:
21        JAMES T. BRADLE, CCR
          PROFESSIONAL SHORTHAND REPORTERS
22        (504)529-5255
23   VIDEOGRAPHER:
24        BRIAN SOILEAU
          PROFESSIONAL SHORTHAND REPORTERS
25        (504)529-5255

1    conversation.  It was well over six months

2    ago.

3    EXAMINATION BY MR. BONE:

4         Q    Do you take any notes of

5    conversations, especially if they relate to

6    new matters that you will be dealing with?

7         A    Not necessarily.  Sometimes yes,

8    sometimes no.

9         Q    Okay.  If you were to take those

10   notes, where would they be kept?

11        A    I would probably have them in a

12   file.  I don't believe I have any notes from

13   those initial conversations.

14        Q    Do you maintain a file relative to

15   this case?

16        A    I do.

17        Q    Other than the reliance materials,

18   the reports that we have discussed, and your

19   billing records, what other materials would

20   comprise that file?

21        A    There isn't much.  I might have a

22   few notations about a paper or about

23   something I read, but not much to it.

24        Q    Have those documents, where you

25   may have made some notes about something you

1    read, have those documents been produced to
2    counsel?
3        A    I don't believe so, no.
4        MR. BONE:
5             I would call upon production of
6    those notes relating to the documents that
7    the good doctor has read and made notations
8    with response to.
9    EXAMINATION BY MR. BONE:
10       Q    Would there be, if there had been
11   notes made about phone records and things of
12   that nature, would those notes also be
13   encapsulated in the file?
14       A    That's correct.
15       Q    Again, to extent that any of those
16   documents exist, we would call upon those to
17   be produced as well.
18            What was your understanding -- Or
19   let me put it this way.  Did you have an
20   initial understanding after the first
21   conversation you had relative to this case
22   about what you were being asked to do?
23       A    I will have to give you just a
24   general answer.  Those conversations were
25   quite a few months ago.  But generally, to

1    evaluate an individual who had allegedly

2    sustained formaldehyde exposure and

3    understand its health effects on that

4    individual.

5         Q    Okay.  And were you allowed to

6    formulate the plan of how you would go about

7    doing that?

8         A    I was.

9         Q    And after the initial

10   conversation, were there subsequent

11   conversations before you formulated your

12   plan or did you formulate a general plan of

13   how you were going to address this issue,

14   and then had had subsequent conversations

15   regarding that?

16        A    I can't give you an answer to

17   that.  That's all some months ago.  I don't

18   remember that level of detail.

19        Q    All right.  Did you subsequently

20   formulate a plan as to how you were going to

21   address that particular task?

22        A    I did.

23        Q    And how did you discern that you

24   were going to go about determining whether

25   Mr. Wright had any problems as related to

 1          Q    Other than notes, did you record
 2     your meeting with Mr. Wright through video
 3     or audio?
 4          A    I did not.
 5          Q    So the only recollection that you
 6     have of your meeting with Mr. Wright is
 7     through the notes that you wrote out at the
 8     time of the meeting, correct?
 9          A    Yes.
10          Q    And were those notes made
11     contemporaneously with the meeting with
12     Mr. Wright?
13          A    They were.
14          Q    Again, because we don't have the
15     notes relating to the meeting, we will call
16     upon the production of those notes, and
17     obviously keep the deposition open pending
18     receipt of these documents.
19               The first meeting in June with
20     Mr. Wright, what was the purpose of that
21     particular meeting?
22          A    I was in New Orleans on another
23     matter.  It was one of the days that
24     Mr. Wright was available, and I spent a few
25     minutes, probably 30, 45 minutes just