# Investigation and Inspection
## of
## FEMA Travel Trailer
## NO. 1277021
## VIN 4X4TSMH296C008992

### Located At
### FEMA LOCATION
### MELVILLE STAGING SITE
### LOT THUWLAMELI
### MELVILLE, LOUISIANA



**Prepared by**
**Ervin L. Ritter, P.E.**

250 Ridgeway Drive, Ste. C-3
Lafayette, Louisiana 70503

3009 20th Street, Ste. D
Metairie, Louisiana 70002

**October 1, 2009**

EXHIBIT "A"

LWFR-EXP 10-000008

## CODE REVIEW

There are few codes which apply to the construction of this travel trailer. NFPA 1192 is the primary code which can be applied to this travel trailer. For this report the pertinent part of NFPA 1192 is Chapter 5. This chapter contains the requirements for the air conditioning cooling and heating systems. Considering the amount of duct leakage, the duct installation for the air conditioning systems and heating systems do not comply.

However, all building codes which were in effect prior to the construction/manufacture of this trailer should be applicable. This trailer is not and never was intended to be a recreational vehicle. FEMA by their nature is not an agency in the recreational activity business, but FEMA did intent to provide temporary housing using a travel trailer as a boiler plate for the design of temporary housing units. FEMA provided a specification for modifications which had to be included in the manufacture of the units which made those units no longer suitable for the typical recreational travel trailer.

This discuss on applicability of building codes can be found in other expert reports. The writer of this report is in agreement with the conclusions of the experts applying the building codes to these units.