# Transcript of the Testimony of
# Videotaped Deposition of Ervin Ritter, P.E.

**Date taken: December 9, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "B"

Case 2:07-md-01873-KDE-MBN   Document 11922-2   Filed 02/24/10   Page 2 of 2

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)        Videotaped Deposition of Ervin Ritter, P.E.

Page 88

1      Q.   And you're not going to offer any
2   opinion, are you, regarding the effect of
3   the operation of the A/C system on
4   formaldehyde concentration in this
5   particular unit, are you?
6      A.   No.
7      Q.   Do you have any information that
8   the condition of the trailer as you observed
9   it in August of 2009 was the same as when it
10  was occupied by Lyndon Wright?
11     A.   No.
12     MR. BONE:
13          I think let's take a break, and
14  we'll get those billing records.  And
15  Mr. LaGrange -- Mr. LaGrange -- excuse me,
16  Mr. Ritter, if you would look through your
17  file materials and see if you can locate the
18  Forest River owner's manual.  And if it's
19  not there, please confirm that for me.
20     THE WITNESS:
21          Okay.
22     THE VIDEOGRAPHER:
23          We are off the record; it is
24  11:02.
25     (Recess.)