# Transcript of the Testimony of
# Videotaped Deposition of Paul J. LaGrange

**Date taken: October 26, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "C"

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)                    Videotaped Deposition of Paul J. LaGrange

Page 133

1    test for the presence of these items that
2    you have outlined, test for the presence of
3    VOCs, test for the presence of mold, test
4    for the presence of particulate matter?
5         A    Yes.
6         Q    Okay.  And those tests are in and
7    of themselves the best arbiter of whether
8    the air quality was poor in this unit,
9    correct?
10        A    Those are the tests to best
11   determine how well the air quality was
12   inside the trailer, that's correct.
13        Q    And you have not reviewed any
14   tests, any of those tests that were done?
15        A    No, sir.
16        Q    And so because of that, although
17   you may feel that the air quality might have
18   been poor based upon the findings that you
19   generated, you cannot say what the level of
20   formaldehyde was in this particular trailer,
21   for example, could you?
22        A    No, sir, I cannot say what the
23   level of formaldehyde was.
24        Q    You cannot say that the level of
25   VOCs was inappropriately high in this