# Transcript of the Testimony of
# Videotaped Deposition of Charles David Moore, PE, PLS

**Date taken: October 27, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "D"

Case 2:07-md-01873-KDE-MBN   Document 11922-4   Filed 02/24/10   Page 2 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped Deposition of Charles David Moore, PE, PLS

Page 99

```
 1     A    I think that that probably would
 2  have been somewhere -- 15 to 18 inches of
 3  space between the bottom of the frame and
 4  the ground.
 5     Q    But that's not how high you have
 6  to jack it, because the bottom of the frame
 7  starts X number --
 8     A    That's the point.
 9     Q    -- of inches off the ground,
10  right?
11     A    Correct, right.
12     Q    Okay.  And then when the springs
13  are fully extended, it's a little higher
14  than -- it's Y inches off the ground.  Do
15  you have any idea of what the difference
16  between those figures is?
17     A    I would say that probably the
18  difference there may be somewhere -- I don't
19  know -- maybe 12 to 15 inches, but that's a
20  guess.
21     Q    The fact that a structure isn't
22  code compliant doesn't mean that it leaks,
23  does it?
24     A    No.
25     Q    The fact that a structure isn't
```

Case 2:07-md-01873-KDE-MBN   Document 11922-4   Filed 02/24/10   Page 3 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped Deposition of Charles David Moore, PE, PLS

Page 100

1   code compliant doesn't mean that the
2   occupant will be harmed, does it?
3       A    It doesn't explicitly mean that,
4   no.
5       Q    Does it implicitly mean that?
6       A    Yes.
7       Q    How?
8       A    As I stated, the building codes
9   are intended to be a minimum standard, and
10  they're set up in such a way as to protect
11  the public or to protect the occupants and
12  users of the structures; so that from an
13  implicit statement, I would say that if it
14  does not meet the codes, then it has not met
15  the minimum standards, which gives a risk to
16  the occupants and users.
17      Q    Okay.  I'm not asking about risk.
18  I'm asking whether harm actually happens.
19  Okay.  The fact that a building isn't up to
20  code doesn't mean that its occupants will be
21  harmed?
22      A    Not explicitly, no.
23      Q    Did you live in south Louisiana in
24  2005?
25      A    Yes, sir.