# Transcript of the Testimony of
# Videotaped Deposition of Charles David Moore, PE, PLS

**Date taken: October 27, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "A"

Case 2:07-md-01873-KDE-MBN   Document 11923-1   Filed 02/24/10   Page 2 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped Deposition of Charles David Moore, PE, PLS

Page 71

1    capacity of the trailer itself, the beams,
2    so that's why it would be relevant.
3        Q    Okay.  Did you talk to anybody
4    else who saw the trailer installed on
5    Seminole Lane?
6        A    Not that I remember, no.
7        Q    Okay.  The first time you saw the
8    trailer was in August out in Melville,
9    right?
10       A    That sounds correct, yes.
11       Q    Okay.  And you never saw it on
12   Seminole Lane?
13       A    No.  Other than the photos that I
14   have seen.
15       Q    Okay.  Did you talk to anybody who
16   claimed to have seen the trailer being
17   installed?
18       A    Not that I remember, no.
19       Q    Okay.  Have you heard any reports
20   that there are people out there who saw the
21   trailer being installed?
22       A    I would suspect that the people
23   that installed it themselves, whatever
24   contractor that was, whatever people that
25   were there.  Other than that, no.

Page 191

1   If I use the term "the box," is that a term
2   we can live with, a term that means the part
3   of the trailer that's above the chassis?
4        A    I'm okay with that, yes.
5        Q    Would you agree with me that the
6   box of the trailer experiences
7   transportation loads while being driven
8   around?
9        A    I would probably expect that, yes.
10       Q    The suspension, even in an ideal
11  situation, isn't going to completely isolate
12  the box from transportation loads?
13       A    I would say in an ideal situation
14  it would, but in actual conditions, probably
15  not.
16       Q    Okay.  I appreciate the
17  clarification.  There is no such thing as an
18  ideal suspension, right?
19       A    Right.
20       Q    So some transportation loads will
21  be transmitted up from the road -- well,
22  from the tires, let's say -- through the
23  suspension and up into the box of the
24  trailer?
25       A    That's correct.

Case 2:07-md-01873-KDE-MBN   Document 11923-1   Filed 02/24/10   Page 4 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped Deposition of Charles David Moore, PE, PLS

Page 192

1   Q   Okay. And those forces will
2   induce some amount of differential movement
3   between the elements of the travel trailer
4   just during normal road use, right?
5   A   Most likely, yes.
6   Q   Okay. Wouldn't you think that
7   that -- those forces and the differential
8   movement that occurs during normal road use
9   would be greater than anything that was
10  experienced during any logical jacking
11  sequence when these trailers were being
12  installed?
13  A   I don't know that I could say
14  that, no.
15  Q   You don't know one way or the
16  other whether it's greater or lesser?
17  A   Right.
18  Q   You haven't attempted to measure
19  that or test it?
20  A   No, I have not.
21  Q   Possible to do that?
22  A   It would be possible to put
23  instrumentation on the trailer and actually
24  measure the deformations during a road test;
25  pretty difficult to do, because you're

Case 2:07-md-01873-KDE-MBN Document 11923-1 Filed 02/24/10 Page 5 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped Deposition of Charles David Moore, PE, PLS

Page 269

1   with this trailer.
2        Q    Is that a question that can go
3   either way in your mind, or do you think all
4   of the FEMA trailers were jacked improperly?
5        A    Based on what I've seen, I would
6   say at least 99 percent of them were jacked
7   improperly, and I would probably venture to
8   say 100 percent of them were.
9        Q    Okay. So you don't really need to
10  go through all this testing stuff to get to
11  the opinion that this one was jacked
12  improperly because you think they were all
13  jacked improperly, right?
14       A    No. I think the testing of this
15  was designed such that to test that
16  hypothesis, to see what kind of problems
17  that it would create, and so that testing
18  actually supported the hypothesis.
19       Q    Okay. What test results would
20  have suggested to you that there wasn't any
21  improper jacking?
22       A    If we had tested and found very
23  little differential movements and problems
24  with any of these things, I would say that
25  we'd have said, Wait a minute, our

Case 2:07-md-01873-KDE-MBN   Document 11923-1   Filed 02/24/10   Page 6 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped Deposition of Charles David Moore, PE, PLS

Page 270

1  hypothesis is wrong.
2      Q   How big is "very little"?
3      A   I would say -- well, I don't know
4  that I could really tell you that just right
5  off the top of my head like this, but much
6  smaller than the things that we found in our
7  testing.
8      Q   Okay.  Isn't that the kind of
9  thing that you need to figure out where your
10 criteria is, your cutoff line, before you do
11 the testing, not afterwards, so we're not
12 wondering if you've made the criteria lower
13 than what your actual test results were?
14     A   No, I don't think so.
15     Q   In any event, you didn't set a,
16 okay, if it's below a 32nd of an inch
17 movement, then you know what, it's not
18 improper jacking; you didn't set a --
19     A   We didn't set that --
20     Q   -- line like that?
21     A   No, we didn't set that prior to
22 the testing, no.
23     Q   Didn't perform a finite element
24 analysis with respect to this trailer, did
25 you?