# Structural Condition Assessment

## For

## FEMA Travel Trailer
## Wright/Forest River, Inc. Trailer
## Melville, Louisiana

Prepared for

First General Services of the South

October 2, 2009

Prepared by:

**Freyou, Moore and Associates, Inc.**
Civil Engineering & Land Surveying

**Charles David Moore, PE, PLS**
1833 East Main Street
New Iberia, LA 70560

Phone: (337) 365-9535
FAX: (337) 367-8131



*[Seal: STATE OF LOUISIANA — CHARLES D. MOORE, License No. 24627, PROFESSIONAL ENGINEER IN CIVIL ENGINEERING; signed 10/2/09]*

**EXHIBIT "B"**

LWFR-EXP 5-000005

Aston, Pennsylvania. A total of six units were utilized in the test as more fully described later in this report. A transcription of the data recorded from these inclinometers is included in Appendix A at the end of this report.

The movements of the windows and the door were measured with crack gages. These plastic units were manufactured with a calibrated grid and crosshair to measure the movements of these units. The measurements were documented with digital photography.

3.4. TECHNICAL DOCUMENTS – Several documents were used in the preparation of this assessment. These documents include manufacturer's manuals and data in addition to other documentation produced from FEMA and contractor's installation procedures.

Other technical documents utilized include general engineering reference manuals, such as "The Manual of Steel Construction" from the American Institute of Steel Construction, "The Timber Construction Manual" from the American Institute of Timber Construction, "ASCE 7-05 – Minimum Design Loads for Buildings and Other Structures", and NFPA 1192-Standard for Recreational Vehicles.

Code documents consulted include City of New Orleans Ordinance No. 11,625, M.C.S., The International Building Code, and The International Residential Code.

4. DISCUSSION OF SITE VISIT

   4.1. OVERVIEW – The on-site investigation of this travel trailer occurred during the month of August 2009 over a period of several days. This assessment focuses on the structural aspects of the travel trailer. Other personnel as part of the overall investigation of the unit observed the existing condition of the mechanical and electrical features of the unit.

   4.2. OBSERVATIONS AND THEIR SIGNIFICANCE

      4.2.1. General, Exterior – This unit is currently in a FEMA storage lot located in Melville, Louisiana, along with other similar travel trailer units. The unit had been moved to a location near the front entrance to the storage lot to allow access to the unit by the inspection team. It was sitting on its wheels with the attached jack stand supporting the unit at the tongue of the trailer. It was not leveled and blocked during the majority of the inspection and testing visits. A portion of the testing involved jacking the unit up and blocking it. That testing will be discussed more thoroughly later in this report. The exterior of the unit appeared to be intact with no major structural damage visible during the initial visual inspection. However, a few problems with the exterior of the unit were observed and listed below.

Structural Condition Assessment                                                                                    Page 6
FEMA Travel Trailer, Wright/Forest River, Inc. Trailer, Melville, Louisiana
October 2, 2009

LWFR-EXP 5-000010

The seams, seals, and caulk joints around the unit were inspected for integrity of the seal. This includes the sealant around the windows, door, lighting fixtures, and other penetrations of the outer skin. Throughout the structure, holes and/or separations of the sealants were noted. These holes represent failure in the primary defense from water intrusion into the building. (See photos for example)

The upper portion of the front door frame appeared to be bowed. This corroborates the statements of the occupant concerning the leaks at the front door area. In addition to the bowed frame, the inspection team witnessed water streaming through the door frame during a thunder shower that happened during a portion of the site visits. (See photos for door frame bow)

One of the tires for the unit did not match the other tires nor did it match the tire size noted on the manufacturer's tag. Three of the four tires were ST205/75D15 while the front, right side tire was ST205/75D14. The difference between the tire sizes is the diameter of the rim. The odd tire has a 14" rim versus the 15" rim as called out on the manufacturer's data. This discrepancy will cause a shift in the ride of the unit to be abnormal. This situation is similar to a table that has one leg shorter than the rest, causing a wobble in the stability of the table. The smaller tire also has a slightly less load rating than the 15" size on the manufacturer's tag. (Approximately 60 pounds less load per tire. - See photos for tire documentation) Another item to note concerning the tires is that all of the tires installed are bias construction tires as opposed to the manufacturer's label calling for radial construction tires. This does not really alter the load carrying capacity of the tires, but may affect the overall life and performance of the tires during transport.

The front entry steps were loose during the site visit. These metal steps were bolted to the wood structure of the floor. Throughout the visit, the left side of the steps was loose. It first appeared that the bolts were not tightened on that side to properly support the steps. However, during the destructive testing, it was discovered that the wood structure at that location had rotted due to water leaks. The bolt then had no structure to hold onto. This area also corresponds to the leaks reported by the occupant at the front door. (See photos for this area)

4.2.2. General, Interior – The interior of the unit was basically intact with no major structural damage visible during the initial visual observations. Some additional observations from the interior are as follows.

The carpet under the window in the bedroom (left side of the trailer) was observed to have some damage (see photos). This area appeared to have some type of material "melted" to the surface of the carpeting. This area also corresponds to the location of reported leaking by the occupant of the trailer. Further investigation of the wall under the window and above this location on the carpet indicated the wall to be soft to the touch. This indicated possible damage from water leaking. Other members of the inspection team used meters to determine a high moisture presence

Structural Condition Assessment                                                                                                                Page 7
FEMA Travel Trailer, Wright/Forest River, Inc. Trailer, Melville, Louisiana
October 2, 2009

LWFR-EXP 5-000011

in the wall directly under the window. The interior and exterior sheeting was removed during the destructive testing phase of the investigation, which revealed water damage to the wood framing members.

4.2.3. Trailer Frame – The frame of the trailer is constructed with steel elements. The main load carrying members are 6" deep steel "I" beams. These beams have flanges that are approximately 2" in width and 1/8" thick. There are two of these beams running the total length of the trailer. They are positioned approximately 5'8" apart. No structural drawings were supplied by the owner, but based on the dimensions measured in the field, it appears that the longitudinal beams are designated by size and weight as M6x4.4. This designation is found in "The Manual of Steel Construction" from the American Institute of Steel Construction, which is the industry standard for utilizing steel elements in construction. The "M" designation generally refers to "Miscellaneous" shapes that cannot be classified in one of the larger classifications of steel "I" shaped elements. These beams are usually only available from a limited number of producers. The number 6 in the designation refers to the depth of the member being 6". The numbers 4.4 refer to the weight of the steel beam being 4.4 pounds per foot of length. The manual documents the physical characteristics of commonly used steel elements to determine the allowable load capacity of those elements.

The longitudinal beams have lateral bracing consisting of 4½" tall "Z" shaped light gage steel members. These Z members had 1" flanges. The actual thickness was not measured during the inspection. The lateral braces were placed at different spacing ranging from 4'0" to 4'8". These lateral bracing also directly supported the wood floor joists of the trailer.

In addition to the lateral bracing/beams, the steel frame has triangular shaped members extending from the longitudinal beams towards the exterior sides of the unit. These "outlookers" or "runners" are also fabricated from light gage steel. Their purpose for the frame is to provide support for the outer portions of the floor and the external walls.

4.2.4. Wood Framing for Shell – The structure of the actual living area of the trailer or shell of the trailer is constructed with wood framing members as documented in section 2 of this report. As noted, the wood structural framing is very small in comparison to the sizes of typical wood framing found in manufactured housing, mobile homes, and site built houses. Based on the members cross sectional area, the wall studs used in this trailer provide only 32% of the available strength of a conventional 2x4 wood stud.

In addition to the water damage noted at the front door and under the bedroom window, additional water damage was found in other sections of the wood framing after the interior and exterior finishes were removed. The front left corner of the unit had rotten wood framing from water leaking into that wall cavity. The rear left

Structural Condition Assessment
FEMA Travel Trailer, Wright/Forest River, Inc. Trailer, Melville, Louisiana
October 2, 2009

Page 8

LWFR-EXP 5-000012

corner also exhibited similar water damage. This evidence of leaks correspond to the separation and damage noted to the caulk sealants and seals around the exterior of the trailer.

Some of the construction methods found in the wood framing present problems for the structural capacity of the trailer. These construction methods are shown in the connections of the different elements of the trailer, such as the connections of the wall to the floor, wall to the ceiling, etc. The front wall framing is angled to form a more streamlined shape for the front of the trailer. However, in examining the connections for this framing, no attempt was made by the manufacturer to bevel the members to fit them tight to the other members. While this is probably quicker and easier to manufacture, the gaps and spaces formed by the different wood members make a joint that only relies on the connector for its strength and stability. Most of these connectors are staples and the joint can then hinge and flex around these staples. (See photos for joint connections at the front wall)

As noted above, most of the connections throughout the trailer use staples. The inspection of the wood framing found many areas where the staples missed the proper connection point and only penetrated one of the pieces to be connected. This leaves areas where the elements are not connected and provide for additional flexibility in the framing.

Several locations in the wall framing have electrical or mechanical wires and pipes extend through the wood framing to allow those systems to remain hidden in the wall, roof, and/or floor cavities. However, the holes drilled to allow the wires and/or pipes to pass through the wood members, have weakened these members. Some of the areas have holes large enough to destroy the structural integrity of the wood member. (See photos for examples)

In addition to the wall framing, a floor joist was notched to allow water pipe to pass through the floor cavity. This type of notching is not allowed by building codes due to the fact that it severely weakens the structural capacity of the joist. With the joist starting out as only 2½" in depth, the manufacturer had to cut approximately half of the material away to allow for passage of the water pipe. (See photos)

The construction of the roof framing is a type of "bow" truss. This construction is actually a framework made up of several smaller members to create a truss to span between the walls and form the roof. It is a convenient method for creating a curved roof surface, providing a small gap for mechanical and electrical systems, and providing structure to support the roof and walls. However, these frames were constructed so that the bottom member does not actually span all the way from wall to wall. A solid bearing block creates the end pieces and a smaller wood member is then spliced into the bearing block on the side without having any positive support underneath. This splice creates a weak point in the roof structure. In fact, during

Structural Condition Assessment                                                                                              Page 9
FEMA Travel Trailer, Wright/Forest River, Inc. Trailer, Melville, Louisiana
October 2, 2009

LWFR-EXP 5-000013

The first observation concerning this work is the sounds emanating from the unit. Upon applying pressure to the unit with their jacks, popping and cracking could be heard throughout the structure. These sounds were created by the movement of the various components of the structure, particularly at their joints and connections. These sounds were obvious at the onset of the pressure from the jacks before there was any significant movement of the trailer.

The digital indicator installed diagonally across the door was visible throughout the testing of the trailer. It was set to 0 before starting to jack up the unit. The first part of the test consisted solely of jacking the unit to just level it off, without lifting it off of it's axles. This created a movement in the door diagonally measuring 0.0365" which is approximately 1/32". The second portion of their test lifted the unit to a point where the tires were just barely off of the ground and could be turned by hand. The movement of the door increased to 0.197". After removing their blocks and lowering the trailer back to its tires, the indicator showed a measurement of -0.036.

These movements indicate a significant movement of the door frame with relatively minor jacking of the unit. It also shows that the movements will not go back to a zero point even after removing the load, but actually induce permanent deformations with the door frame.

I reserve the right to revise the analysis of the Shaw testing after receipt of the remaining data from their installed instruments.

6.4. JACKING/BLOCKING TEST (FMA/FGS) – The main instrumentation used for this jacking and blocking testing was a set of inclinometers mounted to the top of the trailer at each corner. These instruments measured the angular movement of the trailer throughout the jacking process. The data, as manually recorded, is presented in Appendix A. Each column of numbers represent the angles recorded in decimal degrees. The purpose of placing instruments at each corner was to show the difference of movements at each corner, which measures how much the shell of the trailer warps and distorts during the jacking process.

There was a total of 8 different measurement points; 2 measurement points for each of the four corners. The angular movement was measured in 2 directions for each corner showing the pitch (rotation of the trailer in a forward/backward direction) and the roll (rotation of the trailer from side to side). The positive and negative readings from the units are controlled by the orientation of the unit itself in addition to the polarity of the electrical signal for the unit. The following chart translates what the positive and negative readings represent.

Structural Condition Assessment                                                                                      Page 16
FEMA Travel Trailer, Wright/Forest River, Inc. Trailer, Melville, Louisiana
October 2, 2009

LWFR-EXP 5-000020

7. CONCLUSIONS – Based upon my observations at the site, photographs submitted, and technical documents, and testing performed, the trailer is inadequate in construction considering the use of this trailer for temporary residential occupancy. The structure cannot perform to air and water resistance needs under the loads from the intended use.

    The construction of the trailer does not meet the minimum requirements provided for in the Building Code for New Orleans. The code allows for a prescriptive construction method including size and spacing of wood structure or an alternate allowance for an engineered solution meeting minimum strength requirements. The structural members of this trailer are much smaller than the prescriptive methods in the Code. In addition, an engineering analysis of the structure revealed that it does not meet the minimum strength requirements.

    Testing the installation procedures indicates the trailer will experience large differential movements in the structure, causing openings in the door, windows, and other fixtures, in addition to putting stress on the caulk and other seals around the unit. Depending on the actual method used to jack up the trailer, warping will occur in significant magnitude to cause these problems. Documents reviewed in this process warned of possible damages to the unit if it is improperly jacked. However, none of the documents included instructions on how to do it properly to prevent the damage from occurring. Water leaks in this trailer was either caused by improper jacking or made worse by improper jacking.

    Since the movements measured during the testing of the unit did not return to a "zero" state, this unit would have problems that would be compounded if it experienced multiple set-ups and uses as required in the procurement documents.

    The roof truss breaking from a worker walking on the roof is a large area of concern. This type of load would be considered normal maintenance for a worker to access the air conditioning unit. It should be noted that this incident occurred after the removal of most of the interior furnishings and walls. However, while I would expect the dividing walls to contribute to the structural stability and strength of the trailer, the incident occurred away from where those walls could have helped. I also recognize that the furnishing, such as the cabinets, would also contribute some stiffness and strength to the unit. However, since these units do not cover the entire trailer and change locations in different trailer models, the basic strength requirements must be met by the primary structural framing members. For example, there are several locations in the trailer where the bow truss roof members do not receive any additional support from cabinetry and span the entire width of the trailer. These members must be capable of withstanding the full structural load.

8. LIMITATIONS – This report is furnished for the exclusive and confidential use of the addressee. Release to any other company, concern or individual is solely the responsibility of the addressee. The opinions and conclusions drawn in this report are based upon observations and information available, known and declared at the date of the investigation and/or the time of the preparation of this report. No warranty is made to the accuracy of data provided by others in the preparation of this report. The right to amend and/or modify the conclusions contained in this report is reserved based upon any new information provided.

Structural Condition Assessment                                                                                   Page 19
FEMA Travel Trailer, Wright/Forest River, Inc. Trailer, Melville, Louisiana
October 2, 2009

LWFR-EXP 5-000023