# Case: FEMA Trailer Formaldehyde Products Liability Litigation

Volume No.

Transcript of the Testimony of H. James Wedman

**Date:** October 12, 2009



515 Olive Street, Suite 700
St. Louis, MO  63101
Phone:314.241.6750
1-800-878-6750
Fax:314.241.5070
Email:schedule@goreperry.com
Internet: www.goreperry.com

In Re:   FEMA TRAILER

         FORMALDEHYDE

         PRODUCTS LIABILITY

         LITIGATION

Video Deposition of H. James Wedner, M.D.

October 12, 2009

Page 2

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3                   NEW ORLEANS DIVISION
 4
 5   IN RE:  FEMA TRAILER              MDL NO. 1873
 6           FORMALDEHYDE PRODUCTS
 7           LIABILITY LITIGATION      SECTION "N" (5)
 8                                     JUDGE: ENGELHARDT
 9                                     MAG: CHASEZ
10   THIS DOCUMENT IS RELATED TO: 07-9228
11   Aldridge, et al. vs. Gulf Streat Coach, Inc., et
12   al.
13   (Elisha Dubuclet obo Timia Dubuclet)
14
15              Video Deposition of H. JAMES WEDNER,
16   M.D., taken on behalf of the Plaintiffs, at the
17   offices of Dr. H. James Wedner, One Barnes
18   Hospital Plaza, Northwest Tower, 15th Floor, St.
19   Louis, Missouri, on the 12th of October, 2009,
20   before Nicki J. Madison, a Certified Court
21   Reporter #959(G), a Registered Professional
22   Reporter and Certified Shorthand Reporter and
23   Notary Public.
24
25
```

Page 86

1    Q    But it can cause irritation to the
2    throat, can't it?
3    A    If you get high enough levels, yes, but
4    usually nothing more than that.
5    Q    And what kind of level do you need to get
6    irritation to the throat?
7    A    Probably in excess of three to five part
8    per billion -- parts per million.
9    Q    Now, what level would you need to --
10   A    Let me go back a second.  When I say
11   throat, I mean the back of the oropharynx.  I
12   don't mean the throat down here in the chest,
13   because it never gets there.  So when I'm talking
14   about someone's throat, I mean what you say, I
15   have a sore throat, that's the back of your throat
16   or the oropharynx.  It never gets below the
17   oropharynx.
18   Q    Well, when we are talking about
19   formaldehyde and these terms of ppm, we are
20   primarily concerned about ambient air standards;
21   isn't that right?
22   A    Say that again.
23   Q    You said formaldehyde doesn't get down to
24   the lower throat level; is that right?
25   A    Does not.

FEMA Trailer Formaldehyde Products Liability Litigation                H. James Wedman
                                                                         10/12/2009

Page 87

```
 1      Q    Inhaled formaldehyde, in your opinion,
 2   does not get down there?
 3      A    Correct.
 4      Q    But is formaldehyde also contained in
 5   certain foods?
 6      A    Is it contained in certain foods?  Sure.
 7      Q    But that's not free formaldehyde, is it?
 8      A    No, it's formyl, F-O-R-M-Y-L.
 9      Q    And that's not an irritant in the same
10   way that formaldehyde in the ambient air we have
11   been discussing is?
12      A    That's correct.
13      Q    Tell me again the formula or the
14   description you used for formaldehyde in food?
15      A    Most formaldehyde is a single one carbon
16   fragment, and it's a formyl group.
17      Q    You say, F-O-R-M-I-L, formyl.
18      A    Y-L.
19      Q    F-O-R --
20      A    M-Y-L, formyl.
21      Q    Formyl group.  So when we are talking
22   about formaldehyde in something like shrimp or
23   beer, that's totally different than the
24   formaldehyde we would be talking about in the
25   ambient air, isn't it?
```

Page 88

1  **A**  Correct.

2  **Q**  Because we know if you drink a glass of
3  beer or you eat a few shrimp, that's going down
4  through your throat and into your stomach, and
5  that doesn't cause the type of primary irritant
6  reaction that we are talking about with ambient
7  formaldehyde in the air, does it?

8  **A**  Well, if we are talking about
9  formaldehyde in beer, no.  To some people, beer
10 itself is an irritant, but that's neither here nor
11 there.

12 **Q**  That's not true for you, is it?

13 **A**  I don't drink much beer actually.  I
14 prefer wine, personally.

15 **Q**  So if somebody is talking about
16 formaldehyde in food, whether it's beer or whether
17 it's shrimp or whether it's catfish, and we are
18 talking about formaldehyde in the air, that's just
19 two different things, that's apples and oranges,
20 isn't it?

21 **A**  I usually don't talk about formaldehyde
22 in foods, so I really don't know what you are
23 talking about, so.  We generally don't talk about
24 formaldehyde in food.

25 **Q**  We don't talk it about being an irritant

FEMA Trailer Formaldehyde Products Liability Litigation                H. James Wedman
                                                                        10/12/2009

Page 89

1    or a cancer risk, do we?

2       **A**    No, we don't talk about it at all.

3       **Q**    Because it's not something to be

4    concerned about, is it?

5       **A**    As I say, I can't remember the last time

6    anybody ever mentioned to me the fact that there

7    was formaldehyde in their food.

8       **Q**    And if somebody was making a comparison

9    between formaldehyde and food and formaldehyde and

10   ambient air, that would just be something that is

11   totally without merit when we are discussing about

12   a risk of harm due to exposure to formaldehyde,

13   wouldn't it?

14      **A**    I have no idea what you are talking

15   about.  Formaldehyde is a gas.  So the

16   formaldehyde that I envision in food is a formyl

17   one carbon fragment, so I wouldn't even call it

18   formaldehyde.

19      **Q**    Okay.  So if somebody is talking about

20   formaldehyde in shrimp, you don't think it's

21   scientifically accurate to discuss that, do you,

22   describe it that way, do you?

23      **A**    I have never heard it called that, so

24   maybe there is formaldehyde gas that off gases

25   from shrimp.  I don't know.

FEMA Trailer Formaldehyde Products Liability Litigation                    H. James Wedman
                                                                              10/12/2009

Page 90

1    **Q**   I'm not talking about formaldehyde gas
2    off gasing.  I'm talking about formaldehyde in the
3    formyl group, as you discussed it, as being in
4    food substances.
5    **A**   Well, formaldehyde is one of our major
6    way of transporting one carbon fragments, so we
7    use it all the time in intermediary metabolism.
8    There is formaldehyde in all foods.  So to that
9    extent, everything has formaldehyde, but it's not
10   the kind of formaldehyde we are talking about.
11   **Q**   It's not the type of formaldehyde that we
12   are talking about that can cause harm to the human
13   body and is considered a primary irritant; isn't
14   that right?
15   **A**   I would say not.
16   **Q**   In fact, there is formaldehyde contained
17   in human blood; isn't that right?
18   **A**   Yes.
19   **Q**   And that's not the type of formaldehyde
20   that causes harm to the human body, is it?
21   **A**   I would hope not.
22   **Q**   That's part of the formaldehyde that's in
23   the formyl group, isn't it?
24   **A**   Actually, some of it actually, if you
25   were to look at it in low, low, low concentrations

FEMA Trailer Formaldehyde Products Liability Litigation                         H. James Wedman
                                                                                    10/12/2009

Page 91

```
 1    actually in the form of formaldehyde, yes, you can
 2    actually breathe it out.  So when you -- during
 3    the course of breathing, there is actually
 4    formaldehyde gas when you exhale, and that comes
 5    out of the blood.
 6       Q    But formaldehyde doesn't exist in the
 7    human blood as an ambient gas, does it?
 8       A    That's a -- that's a non-term.  Nothing
 9    can exist in a fluid as an ambient gas.
10       Q    It doesn't exist in a pre-state in human
11    blood, does it?
12       A    Yes, it does.
13       Q    But not in the same fashion as it exists
14    in ambient air, does it?
15       A    Yes, it is.
16       Q    But what you said is at very, very low
17    levels?
18       A    Very low concentrations.
19       Q    And what do you call that?
20       A    Formaldehyde.
21       Q    No, the low concentrations.
22       A    Oh, low parts per billion.
23       Q    What are you talking about?
24       A    One, two, but it's in the form of HCHO.
25    It's not bound losing one hydrogen.
```

FEMA Trailer Formaldehyde Products Liability Litigation

H. James Wedman
10/12/2009

Page 92

```
 1      Q    Is there any particular reason you keep
 2   on looking over at Mr. Hines?
 3      A    No.  I just don't understand what you are
 4   getting at, and it makes -- half of what you just
 5   said makes no chemical sense at all.  I thought
 6   maybe he knew something I didn't.
 7      Q    You know, it's just some terms that I've
 8   see people using, so I wanted to ask you about it.
 9      A    Okay.
10      Q    But if somebody put up a slide in a
11   judicial proceeding and compared the formaldehyde
12   in shrimp and formaldehyde that's in ambient air,
13   you wouldn't think that that's a scientific and
14   accurate way to make a comparison, would you?
15           MR. HINES:  Object to form and
16   foundation.
17      A    It all depended on how you were showing
18   the formaldehyde.  Formaldehyde can exist in a
19   variety of forms, okay?  Formaldehyde, the
20   chemical, is a very simple one carbon, one oxygen,
21   two hydrogen compounds.  It is highly reactive.
22   But if you remember your freshman chemistry, the
23   HCHO is an equilibrium with its -- with one
24   hydrogen being lost from the compound.  So during
25   the course of intermediary metabolism, there is in
```

FEMA Trailer Formaldehyde Products Liability Litigation                    H. James Wedman
                                                                              10/12/2009

Page 93

1    actuality formaldehyde H2CO in every part of your
2    tissue, in your muscle, in your blood, and that's
3    why you can breathe out formaldehyde.  So
4    depending upon this depiction that you are talking
5    about, if they showed an equilibrium between
6    formaldehyde and formyl in intermediary metabolism
7    and compared the formaldehyde to gaseous
8    formaldehyde, they would not be incorrect.  You do
9    indeed have formaldehyde in your body every day.
10       **Q**   (By Mr. Pinedo)  That wasn't my question.
11   That wasn't what I was driving at, Doctor.
12       **A**   Then you are going to have to tell me
13   what you are driving at because I have no idea.
14            (Plaintiff's Exhibit No. 16 was marked,
15   dated, NJM.)
16       **Q**   (By Mr. Pinedo)  I want to show you
17   what's been marked as Exhibit No. 16, which is a
18   printout from the website for the Formaldehyde
19   Council.
20       **A**   Okay.
21       **Q**   It's entitled, "Building and Construction
22   - Typical Formaldehyde Exposure Levels."  Do you
23   see that?
24       **A**   Yes.
25       **Q**   And it lists the formaldehyde levels in

FEMA Trailer Formaldehyde Products Liability Litigation                      H. James Wedman
                                                                                  10/12/2009

Page 244

1  Comes now the witness, H. James Wedman, M.D.,
2  and having read the the foregoing transcript
3  of the deposition taken on the 10/12/2009,
4  acknowledges by signature hereto that it is a
5  true and accurate transcript of the testimony given
6  on the date hereinabove mentioned.
7
8
9  _____
10 H. James Wedman, M.D.
11
12 Subscribed and sworn to me before this
13 _____ day of _____,2009.
14 My Commission expires
15
16
17 _____
18 Notary Public
19
20
21
22
23
24
25