Transcript of the Testimony of
# Videotaped Deposition of Paul Hewett, Ph.D., CIH

## Date taken: December 2, 2009

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

**EXHIBIT
"A"**

Page 76

1    we can see that DeVany is the source of the

2    46 highest concentrations in the Forest

3    River dataset, right?

4        A    Well, it does appear to show that.

5    I would argue that you didn't need to do

6    this to render that conclusion.  You can go

7    to my Figure 8, I think, or Figure 7 and see

8    the same thing.

9             But, yes, the DeVany measurements

10   appear to predominantly populate the upper

11   end of the concentrations.

12       Q    Okay.  She's the only person who

13   took a measurement of formaldehyde

14   concentration that was greater than 1.6

15   parts per million, isn't she?

16       A    Yes.

17       Q    Okay.  In fact, if you look at the

18   sorted data of the top 300 formaldehyde

19   concentration readings in the Forest River

20   dataset, she's responsible for 288 of them?

21       MR. AHLQUIST:

22            Object to the form and the

23   document speaks for itself.

24       MR. D'AMICO:

25            You said "she's responsible for,"

Page 78

1    measurements from many trailers, and most of

2    those were unoccupied trailers.

3    EXAMINATION BY MR. KURTZ:

4        Q    And she had a substantial majority

5    of the measurements that are reflected in

6    the Forest River dataset that you relied on,

7    right?

8        A    That's correct.

9        Q    In fact, if we look at Table 2 in

10   your report on Page 21, how many total

11   measurements are there in the Forest River

12   dataset?

13       A    883.

14       Q    And how many measurements did

15   DeVany Industrial Consultants provide?

16       A    520.

17       Q    Okay.  What about in the Salem

18   subset, you calculated descriptive

19   statistics on the subset of only Salem model

20   travel trailers, right?

21       A    Correct.

22       Q    And how many measurements did you

23   have in that dataset?

24       A    178 total.

25       Q    And DeVany Industrial Consultants

Page 79

```
1    provided how many of those?

2         A    113.

3         Q    Okay.  Roughly two-thirds, right?

4         A    Thereabouts.

5         Q    Okay.  And every single one of her

6    descriptive statistics reflected on Page 21

7    is higher than those of the other -- Well,

8    let me not do it that way.

9              The mean for both the Forest River

10   and the Salem subsets is significantly lower

11   than DeVany's mean, right?

12        MR. AHLQUIST:

13             Object to the form.

14        THE WITNESS:

15             Which mean are you referring to,

16   for the overall group or for the O group

17   minus DeVany?

18   EXAMINATION BY MR. KURTZ:

19        Q    Let's start with the overall

20   group.

21        A    The answer is yes, DeVany is

22   higher than the overall group.

23        Q    Okay.  And for the group minus

24   DeVany, it would be even more so, right?

25        A    That is correct.
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)          Videotaped Deposition of Paul Hewett, Ph.D., CIH

Page 85

1    populations?

2         A    No, I did not.

3         Q    And you probably don't need to

4    know in advance that if you did that, you

5    would conclude that they came from two

6    different populations at a very high level

7    of statistical significance?

8         A    I would not be surprised that that

9    would happen.

10         Q    Okay.  Greater than 99 percent

11    confidence in such a conclusion, right?

12         A    Well, I just said I would not be

13    surprised.

14         Q    If you calculated descriptive

15    statistics, such as the mean for Forest

16    River units or for just the Salem models

17    using data from all other data sources other

18    than DeVany Industrial, you would come up

19    with lower means, right?

20         A    Yes, you would, as an aggregate

21    statistic.

22         Q    And as aggregate compliance

23    statistics, you would come up with lower,

24    lower confidence interval levels, right?

25         A    The means would decrease.  The