

Technical Report
September 26, 2009
www.oesh.com

## Analysis of the Forest River Inc. Formaldehyde Dataset

Paul Hewett PhD, CIH

## 1  INTRODUCTION

Exposure Assessment Solutions, Inc. (EAS) was requested by the "FEMA Trailer Formaldehyde Products Liability Litigation Plaintiffs Steering Committee" (hereafter referred to as the PSC or Plaintiffs Steering Committee) to do a statistical analysis of the Forest River, Inc. formaldehyde dataset, which consists of measurements of formaldehyde exposures and formaldehyde levels in Federal Emergency Management Agency (FEMA) Temporary Housing Units (THU's), plus supporting information (if available), such as the date the measurement was collected, trailer location, model of trailer, temperature, humidity, etc.  In this report the abbreviation "THU's" is used to refer to the "temporary housing units" as used by FEMA, which includes travel trailers, mobile homes, park homes, and other similar housing units.  This analysis is for the case of Wright v. Forest River Inc., FEMA, and Shaw Environmental, Inc.

The plaintiff was assigned to a Forest River Inc. "Salem" model travel trailer that was manufactured in November, 2005.  According to the information provided, the plaintiff lived in the "Salem" travel trailer for 29 months, from March, 2006 to July, 2008.  On or about October 10, 2008 the unit, now unoccupied, was tested for formaldehyde, with a result of 0.049 ppm (85.2°F, 32.9%RH).  This unit was retested in August, 2009, using both active and passive samplers, with results of 0.95 ppm (81.9°F, 86.8%RH) and 0.13 ppm (84.9°F, 77.05%RH), respectively.  These measurements show that several years after the date of manufacture the THU in question retains a potential for generating levels of formaldehyde in excess of the federal health-based exposure guidelines.\[a]

Because neither Forest River, Inc.; Shaw Environmental, Inc.; nor FEMA monitored or tested either the formaldehyde levels or the potential exposures in the THU in question, at the time of manufacture or at any time while the plaintiff was in residence, information does not exist regarding the actual formaldehyde levels or resident exposures to formaldehyde.  Consequently, a retrospective exposure assessment was necessary in order to estimate the probable exposures to the plaintiff and other residents of Forest River THU's in general and Forest River "Salem" THU's in particular.

The methods of retrospective exposure assessment - the evaluation of historical exposure data or data collected from similar processes or work environments, exposure reconstruction (where exposures are measured while work activities, for example, are reproduced), and exposure modeling (where exposures are estimated using a theoretical physical/chemical model of the workplace or process) - are well established (EPA, 1992; Viet, 2008; White, Armstrong, and Saracci, 2008).  Furthermore, such methods are known and accepted in toxic tort litigation (FJC, 2000; Falk, 2009).

For this case, the PSC assembled a database consisting of measurements of formaldehyde exposures and formaldehyde levels collected (a) in both occupied and unoccupied Forest River THU's similar to the Forest River THU used by Wright and (b) at times overlapping the occupancy period for Wright.  These measurements were collected from various sources: a public organization, governmental agencies, and occupational health consultancies retained by the PSC and by the U.S. government.  This dataset, containing 886 formaldehyde measurements (plus supporting information) from Forest River THU's, was obtained by EAS

---

[a] For example, the ATSDR public exposure guideline of 0.008 ppm for chronic exposure exceeding one year (see Section 2.2)

Exposure Assessment Solutions, Inc.  1

LWFR-EXP 2-000028

Predicted median formaldehyde concentration and 95% prediction interval for the scenario where Temperature=75°F, RH%=50%, Windows=0, and Mold=0.

| Age (years) | Predicted Median Concentration (ppm) | 95% Prediction Interval |
|---|---|---|
| 0 | 0.157 | 0.023 - 1.065 |
| 1 | 0.133 | 0.021 - 0.826 |
| 2 | 0.113 | 0.019 - 0.672 |
| 3 | 0.097 | 0.016 - 0.575 |

The scenario selected, and illustrated in the Figure 23, was intended to demonstrate the use of the concentration prediction model for a specific and arguably typical set of conditions. Individual THU concentrations will vary - recall that individual concentrations are a function of temperature, humidity, THU usage patterns, etc - but the majority of concentrations for the scenario posited are expected to fall within the prediction interval, earlier concentrations are likely to be greater than later concentrations, and over time there is a downward trend in the concentrations. A median concentration and prediction interval can be calculated for other combinations of the explanatory variables.

### 5.4   Formaldehyde Concentration Estimation

- Estimate the probable formaldehyde levels for residents, such as Wright, in unmeasured, unevaluated, and untested Forest River THU's in general and in the Forest River "Salem" model travel trailers in particular.

Ideally, either Forest River, Shaw Environmental, Inc., or FEMA should have collected measurements of formaldehyde levels shortly after the manufacture of the THU's, after the setup of the THU's, and very soon after being occupied. Such measurements would be preferred for determining compliance with the ATSDR (and NIOSH) limits. However, as mentioned in Section 1, this was not done and a retrospective exposure assessment was necessary in order to estimate the probable exposures for residents of Forest River THU's.

The overall purpose of this report was to characterize the available formaldehyde datasets, compare the data to the ATSDR and NIOSH limits, and draw inferences regarding the probable exposures experienced by Forest River THU occupants in general and Forest River "Salem" THU occupants in particular. It appears that the overwhelming majority of the measurements for both the Forest River THU's in general and the Forest River "Salem" THU's in particular exceeded the ATSDR limit for population exposures, as well as the NIOSH exposure limit for healthy, adult workers. This was true, regardless of the source of the data (whether or not the measurements were collected by professionals or occupants, public organization, government agency, or occupational health consultancy); the type of sample used (both passive and active sampling devices were employed), the temperature or relative humidity; the time of year; whether or not the THU was occupied; and so on. Both the point estimates and the 99%LCL's for the percent of measurements exceeding the ATSDR and NIOSH limits strongly suggest that the majority of formaldehyde levels in unmeasured Forest River THU's, similar to the THU used by Wright, exceeded the ATSDR limit and the NIOSH limits.

Furthermore, it appears the mean formaldehyde levels for both the Forest River THU's in general and the Forest River "Salem" THU in particular exceeded the ATSDR limit for population exposures, as well as the NIOSH exposure limit for healthy, adult workers. This was true, regardless of the source of the data (whether or not the measurements were collected by professionals or occupants, public organizations, government agency, or occupational health consultancy); the type of sample used (both passive and active sampling devices were employed), the temperature or relative humidity; the time of year; whether or not the THU was occupied; and so on. Both the point estimates and the 99%LCL's for mean formaldehyde levels strongly suggest that the true mean formaldehyde level for the Forest River THU's in general and the Forest River "Salem" model THU's in particular exceeded the ATSDR limit for the general population, as well as the NIOSH occupational exposure limit for healthy, adult workers.

**Table 8:** Linear Regression Model results for Forest River, Inc.

| Data Source | N | Model p-value | Intercept | Model Coefficients - Independent Variables | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | THU Age (years) [1] | Temp (°F) | RH% (%) | Windows (Y, N) [2] | Mold (Y, N) [3] |
| Bureau Veritas [4] (occupied THU's) | 68 | 0.0042 | -5.1029 * | -0.2127 ($t_{1/2}$=3.36) | 0.0511 * | -0.0078 | -0.3418 | 0.4706 |
| FEMA CDC [5] (occupied THU's) | 33 | 0.3123 | -3.6973 * | -0.7389 ($t_{1/2}$=0.94) | 0.0244 | 0.0132 | -0.0234 | 0.2282 |
| Combined: Bureau Veritas and FEMA CDC (occupied THU's) | 101 | 0.0007 | -5.0796 * | -0.1611 ($t_{1/2}$=4.30) | 0.0439 * | -0.0013 | -0.2727 | 0.5096 |

1 - THU age at the time sampling was calculated from the "year and month" of manufacture (if available) and the date of sampling. The Age coefficient was used to calculate the half-life: $t_{1/2}$.
2 - Windows, scuttles, and/or doors were open in the 3 hours prior to sampling (1=Y,0=N) (CDC, 2008).
3 - More than 1 ft² of mold was visible in the living areas (1=Y,0=N) (CDC, 2008).
4 - Bureau Veritas collected formaldehyde concentration data for FEMA from occupied trailers from 3/2/2008 through 12/18/2008.
5 - CDC analyzed formaldehyde concentration data that was collected by Bureau Veritas during December, 2007 and January, 2008. The CDC study was requested by FEMA.
\* The coefficient was significantly different from zero at the 0.05 level.