**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  FEMA TRAILER                    *      MDL NO. 1873
      FORMALDEHYDE PRODUCTS          *
      LIABILITY LITIGATION           *      SECTION "N" (5)
                                     *
                                     *      JUDGE ENGELHARDT
                                     *      MAGISTRATE CHASEZ
                                     *
THIS DOCUMENT IS RELATED TO             *
                                     *
*Charlie Age, et al v. Gulf Stream Coach* *
*Inc., et al*, Docket No. 09-2892;        *
Alana Alexander, individually and on behalf of *
Christopher Cooper                       *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

**ORDER**

       Considering the foregoing Plaintiff's Motion for Leave to File Reply Brief in Support of

Plaintiff's Motion to Retax Costs

       **IT IS HEREBY ORDERED** that said Motion is granted and that the Reply Brief is

deemed filed.

       New Orleans, Louisiana, this _____ day of _____, 2010.

                                 _____
                                 **KURT D. ENGELHARDT**
                                 **UNITED STATES DISTRICT JUDGE**