A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Feb 22, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Feb 04, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  FEB 2 2 2010
LORETTA G. WHYTE
CLERK

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION             MDL No. 1873

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-21)

On October 24, 2007, the Panel transferred one civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 506 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 22, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

__ Fee _____
__ Process _____
X  Dktd _____
__ CtRmDep _____
__ Doc. No. _____

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                          MDL No. 1873

## SCHEDULE CTO-21 - TAG-ALONG ACTIONS

| **DIST. DIV. C.A. #** | **CASE CAPTION** | EDLA SEC.N/5 |
|---|---|---|
| **ALABAMA SOUTHERN** | | |
| ALS 1 09-474 | Leonard Edwards, et al. v. Gulf Stream Coach, Inc., et al. | 10-534 |
| **LOUISIANA MIDDLE** | | |
| LAM 3 09-1089 | Troy Galle, et al v. Gulf Stream Coach, Inc., et al. | 10-535 |
| LAM 3 09-1100 | Elijah Harvey, Jr., et al. v. American International Speciality Lines Insurance Co., et al. | 10-536 |
| LAM 3 10-28 | Michael Populis, et al. v. Coachman Industries, Inc., et al. | 10-537 |
| **LOUISIANA WESTERN** | | |
| LAW 1 09-1280 | George Kellogg v. Gulf Stream Coach, Inc., et al. | 10-538 |
| LAW 1 09-1304 | Neal Fifi v. Gulf Stream Coach, Inc., et al. | 10-539 |
| LAW 1 09-1346 | Hilda Belisle, et al. v. River Birch Homes, Inc., et al. | 10-540 |
| LAW 2 09-929 | Rakisha Russell Hill, et al. v. River Birch Homes, Inc., et al. | 10-541 |
| LAW 2 09-947 | Raven Nicole Carrien, et al. v. Adrian Housing Corp., et al. | 10-542 |
| LAW 2 09-948 | Barbara Ann Barry v. Stewart Park Homes, Inc., et al. | 10-543 |
| LAW 2 09-1292 | Kathy Alexander v. Lakeside Park Homes, Inc., et al. | 10-544 |
| LAW 2 09-1305 | Linda Broussard, et al. v. Gulf Stream Coach, Inc., et al. | 10-545 |
| LAW 2 09-1316 | Valerie Cesar, et al. v. Jayco Enterprises, Inc., et al. | 10-546 |
| LAW 2 09-1324 | Michael Ray Chapman, et al. v. Insureco Agency & Insurance Co., et al. | 10-547 |
| LAW 2 09-2098 | Teasha T. Williams, etc. v. American International Group, Inc., et al. | 10-548 |
| LAW 2 09-2176 | Melissa Stewart v. Gulf Stream Coach, Inc., et al. | 10-550 |
| LAW 2 09-2183 | Alberta Mitchell v. Cruiser RV, LLC, et al. | 10-551 |
| LAW 2 09-2220 | Reid Chapman, et al. v. Gulf Stream Coach, Inc., et al. | 10-553 |
| LAW 3 09-1309 | Andrew Rogers v. Lakeside Park Homes, Inc., et al. | 10-554 |
| LAW 5 09-1278 | Sidney C. Sigur v. Gulf Stream Coach, Inc., et al. | 10-556 |
| LAW 6 09-1176 | Jessica Senegal, etc. v. Liberty Homes, Inc., et al. | 10-557 |
| LAW 6 09-1308 | Kalyn Collins, etc. v. Cavalier Home Builders, LLC, et al. | 10-558 |
| LAW 6 09-1345 | Iris Schexnayder, et al. v. Forest River, Inc., et al. | 10-559 |
| LAW 6 09-1354 | Aleecea Stevens, et al. v. Scotbilt Homes, Inc., et al. | 10-560 |
| LAW 6 09-1359 | Belton Breaux, Jr., et al. v. Gulf Stream Coach, Inc., et al. | 10-561 |
| LAW 6 09-1365 | Golda Ardoin, et al. v. Coachmen Recreations Vehicle Co., LLC, et al. | 10-562 |

## MDL No. 1873 -Schedule CTO-21 Tag-Along Actions (Continued)

EDLA SEC.N/5

| | | | |
|---|---|---|---|
| LAW 6 | 09-1367 | Jarrick Jones, et al. v. Insureco Agency & Insurance Services, et al. | 10-564 |
| LAW 6 | 09-1368 | Jean Bertrand, et al. v. Gulf Stream Coach, Inc., et al. | 10-565 |
| LAW 6 | 09-1369 | Kim Hebert, et al. v. Lexington Homes, Inc., et al. | 10-566 |
| LAW 6 | 09-1370 | Lakisha Carter, et al. v. Cavalier Home Builders, LLC, et al. | 10-567 |
| LAW 6 | 09-1371 | Louella Gaspard v. Jayco Enterprises, Inc., et al. | 10-568 |
| LAW 6 | 09-1372 | Marvelle Guidry, et al. v. American International Group, Inc., et al, | 10-569 |
| LAW 6 | 09-1375 | Ronald Pittman v. American International Specialty Lines Insurance Co., et al. | 10-570 |

### MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS 1 | 09-835 | Patrice Brown, et al. v. Keystone RV Co., et al. | 10-571 |
| MSS 1 | 09-855 | Cynthia Jackson, et al. v. Recreation By Design, LLC, et al. | 10-572 |
| MSS 1 | 10-4 | George Lamkin, et al. v. Frontier RV, Inc., et al. | 10-573 |
| MSS 1 | 10-6 | Vivian Childs, et al. v. Heartland Recreational Vehicles, LLC, et al. | 10-574 |
| MSS 1 | 10-10 | Jennifer McElroy, et al. v. Cavalier Home Builders, LLC, et al. | 10-575 |
| MSS 1 | 10-11 | Mary Moody, et al. v. Stewart Park Homes, Inc., et al. | 10-576 |
| MSS 1 | 10-12 | Katrina Johnson, et al. v. CMH Manufacturing, Inc., et al. | 10-577 |
| MSS 1 | 10-15 | Joseph Carroll, et al. v. Coachmen Industries, Inc., et al. | 10-578 |
| MSS 1 | 10-16 | Carlisa Anderson, et al. v. Forest River, Inc., et al. | 10-579 |
| MSS 1 | 10-17 | Barry Barksdale, et al. v. Keystone RV Co., et al. | 10-580 |
| MSS 1 | 10-18 | Lana Marie Bracken, et al. v. Thor Industries, Inc., et al. | 10-581 |
| MSS 1 | 10-19 | Belinda Roberson v. TL Industries, Inc., et al. | 10-582 |
| MSS 1 | 10-21 | Frank Acker, et al. v. Gulf Stream Coach, Inc., et al. | 10-583 |
| MSS 2 | 10-12 | Martha L. Hendricks, et al. v. Gulf Stream Coach, Inc., et al. | 10-584 |

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888
http://www.jpml.uscourts.gov

February 22, 2010

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 1873 -- IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

(See Attached CTO-21)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on February 4, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *Tarrell L. Littleton*
Tarrell L. Littleton
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:        Judge Kurt D. Engelhardt

JPML Form 36A

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                              MDL No. 1873

## PANEL SERVICE LIST (CTO-21)

Ryan Ellis Beasley
SALLEY HITE & MERCER
365 Canal Street
Suite 1710
New Orleans, LA 70130

Raul R. Bencomo
BENCOMO & ASSOCIATES
639 Loyola Avenue
Suite 2110
New Orleans, LA 70113

Roberta L. Burns
LAW OFFICES OF SIDNEY D TORRES III
8301 West Judge Perez Drive
Suite 303
Chalmette, LA 70043

Frank Jacob D'Amico, Jr.
FRANK J D'AMICO JR APLC
622 Baronne Street
New Orleans, LA 70113

Kevin W. Grillo
WATTS HILLIARD LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

Jim S. Hall
JIM S HALL & ASSOCIATES
800 N. Causeway Blvd.
Suite 100
Metairie, LA 70001

Richard P. Ieyoub
CARLETON DUNLAP OLINDE &
  MOORE LLC
One American Place
Suite 900
Baton Rouge, LA 70825

Catherine H. Jacobs
425 Porter Avenue
Ocean Springs, MS 39564

Ryan E. Johnson
JONES WALKER WAECHTER ET AL
8555 United Plaza Blvd.
5th Floor
Baton Rouge, LA 70809-7000

Michael David Kurtz
BAKER DONELSON BEARMAN
  CALDWELL & BERKOWTIZ
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Gerald Edward Meunier
GAINSBURGH BENJAMIN DAVID
  MEUNIER & WARSHAUER LLC
1100 Poydras Street
Suite 2800
New Orleans, LA 70163-2800

Matthew B. Moreland
BECNEL LAW FIRM LLC
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-0519

**MDL No. 1873 - Panel Service List (CTO-21) (Continued)**

John G. Munoz
GARNER & MUNOZ
1010 Common Street
Suite 3000
New Orleans, LA 70112

James L. Nelson
United States Attorney's Office
777 Florida Street
Suite 208
Baton Rouge, LA 70801

J. Rock Palermo, III
VERON BICE PALERMO & WILSON LLC
721 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602-2125

Danny G. Shaw
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
#3 Sanctuary Blvd.
Suite 201
Mandeville, LA 70471

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1873

## INVOLVED JUDGES LIST (CTO-21)

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. Rebecca F. Doherty
U.S. District Judge
4900 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Dee D. Drell
U.S. District Judge
U.S. District Court
P.O. Box 1071
Alexandria, LA 71309-1071

Hon. Richard T. Haik, Sr.
U.S. District Judge
4200 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5101 United States Courthouse
300 Fannin Street
Shreveport, LA 71101

Hon. Robert G. James
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 3107
Monroe, LA 71210-3107

Hon. Tucker L. Melancon
Senior U.S. District Judge
4700 U.S.Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr. U.S.
   Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. Sul Ozerden
U.S. District Judge
United States District Court
714 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. Frank J. Polozola
Senior U.S. District Judge
313 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. William H. Steele
U.S. District Judge
113 St. Joseph Street
Box 20
Mobile, AL 36602

Hon. James T. Trimble, Jr.
Senior U.S. District Judge
237 Edwin F. Hunter Jr. U.S.
   Courthouse & Fed. Bldg.
611 Broad Street
Lake Charles, LA 70601