UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *  MDL NO. 1873 <br> * <br> *  SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:  09-2977 <br> Lyndon Wright vs. Forest River, Inc., et al. | * <br> *  JUDGE ENGELHARDT <br> * <br> *  MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT TRIAL PLAN OF THE PARTIES

| Date: | Activity: | Subject-Matter: | Mode: | PSC: | Forest River: | Shaw: | Time: |
|---|---|---|---|---|---|---|---|
| **Initial Matters[1]** | | | | | | | |
| | Voir Dire/Seating Jury | | | | | | 2:00:00 |
| | Opening Statement | | | 0:25:00 | 0:25:00 | 0:25:00 | 1:15:00 |
| | Reading of Stipulations by the Court | | | | | | 0:20:00 |
| | Pre-Admission of Exhibits | | | | | | 0:20:00 |
| **PSC Case** | | | | | | | |
| 1 | Bobbi Wright | Plaintiff's Mother | Live/ Deposition | 0:45:00 | 0:12:30 | 0:12:30 | 1:10:00 |
| 2 | Nicole Dyson | Friend of Plaintiff | Live | 1:00:00 | 0:15:00 | 0:15:00 | 1:30:00 |
| 3 | Stephen Smulski, Ph.D. | PSC Expert/ Wood Science, Material Selection, Component Parts | Live | 1:45:00 | 0:25:00 | 0:25:00 | 2:35:00 |

---

[1]The parties understand that the Court will instruct the parties on the amount of time permitted for these items; the listed times are from the Gulfstream and Fleetwood cases.

1

| Date: | Activity: | Subject-Matter: | Mode: | PSC: | Forest River: | Shaw: | Time: |
|---|---|---|---|---|---|---|---|
| 4 | Kenneth Laughery, Ph.D. | PSC Expert/ Warnings, Labeling and Human Factors | Live | 0:30:00 | 0:15:00 | 0:05:00 | 0:50:00 |
| 5 | Dr. Christopher DeRosa | CDC/ATSDR | Deposition | 0:30:00 | 0:30:00 | 0:10:00 | 1:10:00 |
| 6 | Paul Hewett, Ph.D. | PSC Expert/ Statistical Analysis of test results, standards, exposure | Live | 1:30:00 | 0:22:30 | 0:22:30 | 2:15:00 |
| 7 | Ervin Ritter, P.E. | PSC Expert/ HVAC, Ventilation, Mold and Indoor Air Quality | Live | 1:00:00 | 0:30:00 | 0:15:00 | 1:45:00 |
| 8 | Paul LaGrange | PSC Expert/ Ventilation and Inspection of Unit | Live | 1:00:00 | 0:30:00 | 0:15:00 | 1:45:00 |
| 9 | Charles David Moore, P.E., P.L.S. | PSC Expert/ | Live | 1:00:00 | 0:15:00 | 0:30:00 | 1:45:00 |
| 10 | Jaime Albrecht | Designed Forest River unit to Specifications | Deposition | 0:30:00 | 0:30:00 | 0:15:00 | 0:35:00 |
| 11 | Jeff Burian | Forest River Production Manager; Rialto, California | Deposition | 0:30:00 | 0:30:00 | 0:15:00 | 0:30:00 |
|  | James Brixius | Shaw 30(b)(6) Corporate Rep | Deposition | 0:20:00 | 0:10:00 | 0:20:00 | 0:50:00 |
| 12 | Geoffrey Compeau | Corporate Representative | Live | 1:15:00 | 0:30:00 | 1:15:00 | 3:00:00 |
| 13 | Representative of RCG Enterprises, Inc. | Installation Contractor | Deposition | 0:20:00 | 0:15:00 | 0:20:00 | 0:55:00 |
| 14 | Albert Jarrell | Maintenance on Trailers; C. Martin Employee | Live | 1:00:00 | 0:20:00 | 0:15:00 | 1:35:00 |

2

| 15 | Alexis Mallet, Jr. | PSC Expert/ Trailer Design Defects and Construction | Live | 2:00:00 | 0:45:00 | 0:30:00 | 3:15:00 |
|---|---|---|---|---|---|---|---|
| 16 | Richard Spector, M.D., J.D. | PSC Expert/ Otolaryngologist | Live | 1:00:00 | 0:45:00 | 0:15:00 | 2:00:00 |
| 17 | Kenneth Smith, M.D. | Expert/ | Live | 1:00:00 | 0:45:00 | 0:15:00 | 2:00:00 |
| 18 | Patricia Williams, Ph.D., D.A.B.T. | PSC Expert/ Toxicologist, General Causation and Health Effects | Live | 2:30:00 | 1:00:00 | 1:00:00 | 4:30:00 |
| 19 | Dr. Field | Plaintiff's treating physician | Deposition | 0:25:00 | 0:45:00 | 0:10:00 | 1:20:00 |
| 20 | Lyndon Wright | Plaintiff | Live | 2:00:00 | 1:30:00 | 0:45:00 | 4:15:00 |
| 21 | Larry Miller, Ph.D. | PSC Expert/ Toxicologist/ Pulmonologist Medical Examination and Specific Causation | Live | 1:00:00 | 0:30:00 | 0:15:00 | 1:30:00 |
| 22 | Edward Shwery, Ph.D. | PSC Expert/ Psychologist, Evaluation of Plaintiff | Live | 1:30:00 | 0:30:00 | 0:20:00 | 2:20:00 |
| 23 | David Garratt | FEMA Acting Deputy Adminstrator | Deposition | 0:30:00 | 0:45:00 | 0:15:00 | 1:30:00 |
|  |  |  |  |  |  |  |  |
| **PSC Total** |  |  |  |  |  |  |  |

| Forest River: Case-in-Chief | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | Activity: | Subject-Matter: | Mode: | PSC: | Forest River: | Shaw: | Time: |
| 1 | Doug Gaeddert | Forest River Corp. Rep | Live | 1:00 | 1:30 | 0:30 | 3:00 |
| 2 | Kevin Souza | FEMA employee | Deposition | 0:15 | 0:30 | 0:10 | 0:55 |
| 3 | Martin McNeese | FEMA employee | Deposition | 0:15 | 0:30 | 0:10 | 0:55 |
| 4 | Guy Benomo | FEMA employee | Deposition | 0:15 | 0:30 | 0:10 | 0:55 |
| 5 | Brian McCreary | FEMA employee | Deposition | 0:10 | 0:20 | 0:10 | 0:40 |
| 6 | Stanley Larson | FEMA employee | Deposition | 0:15 | 0:30 | 0:10 | 0:55 |
| 7 | Faye Green | FEMA employee | Deposition | 0:15 | 0:30 | 0:10 | 0:55 |
| 8 | Travis Morris | FEMA employee | Deposition | 0:20 | 0:45 | 0:10 | 1:15 |
| 9 | Tyshon Marsh | Plaintiff's Fiancé | Live | 0:20 | 0:45 | 0:20 | 1:25 |
| 10 | Michelle Wright | Plaintiff's Sister | Deposition | 0 | 0:20 | 0 | 0:20 |
| 11 | Dr. John Thompson | Expert Psychiatrist, Evaluation of Plaintiff | Live | 0:20 | 0:45 | 0:15 | 1:20 |
| 12 | Dr. Coreen Robbins | Gov. Expert Industrial Hygienist | Deposition | 0:30 | 1:00 | 0:15 | 1:45 |
| 13 | Dr. Bill Dyson | Expert Industrial Hygienist | Live | 0:30 | 1:00 | 0:15 | 1:45 |
| 14 | Norm Nelson | Expert Engineer/ HVAC issues | Live | 0:35 | 1:15 | 0:15 | 2:05 |
| 15 | Mark Polk | Gov. Expert/ Trailer Design and Construction | Deposition | 0:15 | 0:30 | 0:15 | 1:00 |
| 16 | Thomas Fribley | Expert/ Trailer Design and Construction | Live | 0:20 | 0:45 | 0:15 | 1:20 |
| 17 | Cmd. Joseph Little | CDC/ ATSDR | Deposition | 0:20 | 0:45 | 0:10 | 1:15 |

4

| 18 | Michael Lapinski | FEMA employee | Deposition | 0:15 | 0:30 | 0:10 | 0:55 |
|---|---|---|---|---|---|---|---|
| 19 | Brian Deckle | NACS | Deposition | 0:10 | 0:20 | 0:10 | 0:40 |
| 20 | Dr. Nathan Dorris | Expert/ Human Factors and Warnings | Live | 0:20 | 0:45 | 0:10 | 1:15 |
| 21 | Dr. Graham Allan | Expert/ Wood Science, Material Selection, Component Parts | Live | 0:20 | 0:45 | 0:10 | 1:15 |
| 22 | Dr. Robert James | Gov. Expert Epidemiologist/ Toxicologist | Live | 0:20 | 0:45 | 0:10 | 1:15 |
| 23 | Dr. Phil Cole | Expert Epidemiologist | Live | 0:30 | 1.0 | 0:10 | 1:40 |
| 24 | Dr. James Wedner | Expert Allergist/ Immunologist, Evaluation of Plaintiff | Live | 0:30 | 1.0 | 0:10 | 1:40 |
| **Forest River Total** | | | | | | | |
| | | | | | | | |

| Shaw Case-in-Chief | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | Activity: | Subject-Matter: | Mode: | PSC: | Forest River: | Shaw: | Time: |
| | Geoffrey Compeau | Shaw Corporate Rep. | Live | 0:45 | 0:15 | 1:30 | |
| | Brian Boyle | FEMA employee | Deposition | 0:15 | 0:15 | 1:00 | |
| | Allison Hanson | Shaw Maintenance | Live | 0:15 | 0:15 | 0:30 | |
| | John Osteraas, Ph.D., P.E. | Expert/ Engineering | Live | 0:45 | 0:30 | 1:30 | |
| Shaw Total | | | | 1:45 | 1:15 | 3:30 | |
| | | | | | | | |
| | Closing Arguments[2] | | | 0:45:00 | 0:45:00 | 0:45:00 | 2:25:00 |
| | | | | | | | |
| Total Time | | | | | | | |

---

[2] The parties understand that the Court will instruct the parties on the amount of time permitted for these items; the listed times are from the Gulfstream and Fleetwood cases.