UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                         SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2977

# **ORDER AND REASONS**

Before the Court is Plaintiff's Motion in Limine to Prohibit References to Matters in the Personal History of Tyshone Marsh (Rec. Doc. 11360). The Court has considered the memoranda of the parties and the applicable law. Accordingly,

**IT IS ORDERED** that **Plaintiff's Motion in Limine to Prohibit References to Matters in the Personal History of Tyshone Marsh (Rec. Doc. 11360)** is **GRANTED IN PART AND DENIED IN PART.** The motion is granted except to the extent that information and evidence regarding Plaintiff Wright's current co-habitation with a smoker is admissible. This information is the only remotely admissible information relating to Ms. Tyshone Marsh, and even then, it is only admissible/relevant if it can be shown that Plaintiff Wright is in some way directly affected by such

1

smoke (i.e., is present while Ms. Marsh smokes). Any other information/evidence relating to the personal history of Ms. Marsh is irrelevant and inadmissible for the same reasons stated by Plaintiff in his motion and reply thereto.

New Orleans, Louisiana, this 25th day of February, 2010.

_____
**KURT D. ENGELHARDT**
**United States District Court**