# I N V O I C E



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112996 | 1/28/2010 | 50457 |

| Job Date | Case No. | |
|---|---|---|
| 1/20/2010 | MDL No. 1873 | |

| Case Name |
|---|
| FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Adam M. Dinnell
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 340
Washington DC  20044

1 CERTIFIED COPY OF TRANSCRIPT OF:

James Albrecht                                                      401.83

**TOTAL DUE  >>>**                       **$401.83**
AFTER 2/18/2010 PAY                      $421.92

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

**(-) Payments/Credits:**                     0.00
**(+) Finance Charges/Debits:**              20.09
**(=) New Balance:**                       **421.92**

**Tax ID:** 35-1381218

---

*Please detach bottom portion and return with payment.*

Adam M. Dinnell
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 340
Washington DC  20044

| | | | | |
|---|---|---|---|---|
| Job No. | : | 50457 | BU ID | : SRA |
| Case No. | : | MDL No. 1873 | | |
| Case Name | : | FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : | 112996 | Invoice Date | : 1/28/2010 |
| **Total Due** | : | **$421.92** | | |

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN  46204**

# NAEGELI REPORTING CORPORATION

**Portland, OR**
(503) 227-1544

**Seattle, WA**
(206) 622-3376

**Spokane, WA**
(509) 838-6000

**Coeur d'Alene, ID**
(208) 667-1163



*www.naegelireporting.com*

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

**HENRY T. MILLER ESQUIRE**
UNITED STATES DEPARTMENT OF JUSTICE - PENNSYLVANIA
AVENUE
1331 PENNSYLVANIA AVENUE NORTHWEST

WASHINGTON,DC 20004

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| **Asg. Date:** | 12/17/2009 | | |
| **Case\Assg No.** | 11303-10 | **Invoice #** | 40453 |
| **Case Caption:** | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | **Invoice Date** | 12/31/2009 |

*COPY / INDEX  VIDEO DEPOSITION OF  G. GRAHAM  ALLAN*

**Remarks**
FREE ELECTRONIC DELIVERY (REPOSITORY) & CONDENSED TRANSCRIPT!

TRANSCRIPT $631.55, EXHIBITS $76.25.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | $707.80 |
| **Interest** | $.00 |
| **Total Tax** | $.00 |
| **Less Paid To Date** | $.00 |
| **Balance Due** | $707.80 |

12/31/09
1/22/2010

*Attorney Signature*  1/22/2010

Net Terms:  30 Days

**Phone:** (800) 528-3335

**Fax:** (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
  Please Make Checks Payable to:

NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #          Exp. Date          Address (AS IT APPEARS ON BILLING STATEMENT)

# INVOICE



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140475 | 1/13/2010 | 63296 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/5/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

One copy of the video of:
Bobbie R. Wright ........................................................... 240.00
One copy of the video of:
Michelle C. Wright .......................................................... 90.00

                                                    **TOTAL DUE  >>>**     **$330.00**

Ordered by Adam Dinnell

Service(s) Rendered on 1/5/2010
Received on 1/27/2010

1/27/2010

**Tax ID:** 72-1177884                                    Phone: 202-616-4449   Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

| | |
|---|---|
| Invoice No. | : 140475 |
| Invoice Date | : 1/13/2010 |
| **Total Due** | **: $ 330.00** |

Remit To: **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA  70130**

| | |
|---|---|
| Job No. | : 63296 |
| BU ID | : 3-VIDEO |
| Case No. | : 1873 |
| Case Name | : In Re: FEMA Trailer Formaldehyde products Liability Litigation |



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140412 | 1/8/2010 | 63159 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/5/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC 20044

| | |
|---|---|
| 1 COPY OF TRANSCRIPT OF: | |
| Bobbie R. Wright (Re: Wright) | 428.80 |
| 1 COPY OF TRANSCRIPT OF: | |
| Michelle C. Wright (Re: Wright) | 68.90 |
| | **TOTAL DUE >>>** $497.70 |

Transcript(s) previously shipped

Adam Dinnell attended

Tax ID: 72-1177884                                      Phone: 202-616-4449   Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC 20044

| | | |
|---|---|---|
| Invoice No. | : | 140412 |
| Invoice Date | : | 1/8/2010 |
| **Total Due** | : | **$ 497.70** |

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 63159 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112075 | 12/2/2009 | 49736 |

| Job Date | Case No. | |
|---|---|---|
| 11/4/2009 | MDL No. 1873 | |

| Case Name | | |
|---|---|---|
| FEMA Trailer Formaldehyde Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Henry T. Miller
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 340
Washington DC  20044

VIDEOGRAPHER FEES:
  Jeffery Burian                                                            366.02

**TOTAL DUE  >>>**                    **$366.02**
AFTER 1/1/2010  PAY                    $384.32

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

Service (s) Rendered on _11/4/09_
Received on _12/7/09_

_Jeneth R Weld_  _12/7/09_
Attorney Signature        Date

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Henry T. Miller
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 340
Washington DC  20044

Job No.    : 49736          BU ID        : REFERRAL
Case No.   : MDL No. 1873
Case Name  : FEMA Trailer Formaldehyde Products Liability
               Litigation

Invoice No. : 112075        Invoice Date : 12/2/2009

**Total Due  : $ 366.02**
AFTER 1/1/2010  PAY  $384.32

**PAYMENT WITH CREDIT CARD**    AMEX  [logos]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Stewart Richardson & Associates, Inc.**
            **One Indiana Square, Suite 2425**
            **211 N. Pennsylvania**
            **Indianapolis IN  46204**

# I N V O I C E



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111750 | 11/16/2009 | 49596 |

| Job Date | Case No. | |
|---|---|---|
| 11/4/2009 | MDL No. 1873 | |

| Case Name | | |
|---|---|---|
| FEMA Trailer Formaldehyde Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Henry T. Miller
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 340
Washington DC  20044

1 CERTIFIED COPY OF TRANSCRIPT OF:

Jeffrey Burian                                                          535.60

**TOTAL DUE  >>>**                          **$535.60**

AFTER 12/6/2009  PAY                          $562.38

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

**(-) Payments/Credits:**                          535.60
**(+) Finance Charges/Debits:**                          26.78
**(=) New Balance:**                          **0.00**

**Tax ID:** 35-1381218

---

*Please detach bottom portion and return with payment.*

Henry T. Miller
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 340
Washington DC  20044

| | | | | |
|---|---|---|---|---|
| Job No. | : 49596 | BU ID | : SRA |
| Case No. | : MDL No. 1873 | | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : 111750 | Invoice Date | : 11/16/2009 |
| **Total Due** | **: $0.00** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN  46204**

140425          1/11/2010          63170

1/7/2010          1873

In Re: FEMA Trailer Formaldehyde products Liability
Litigation

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N          30 days
Franklin Station, P. O. Box 340
Washington, DC  20044

One copy of the video of:

    Geoffrey Compeau, Ph.D.                                                          270.00

**TOTAL DUE  >>>**                     **$270.00**

Ordered by Henry Miller, Esq.

**Tax ID:** 72-1177884                                               Phone: 202-616-4449   Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea                              Invoice No.      :   140425
U. S. Department of Justice                   Invoice Date    :   1/11/2010
1331 Pennsylvania Ave., NW Room 82303-N       **Total Due**        **:   $270.00**
Franklin Station, P. O. Box 340
Washington, DC  20044

Remit To:   **PSR Video Services**          Job No.         :   63170
    **601 Poydras Street**               BU ID           :   3-VIDEO
    **Suite 1615**                       Case No.        :   1873
    **New Orleans, LA  70130**           Case Name       :   In Re: FEMA Trailer Formaldehyde products
                                          Liability Litigation

|  |  |  |
|---|---|---|
| 140435 | 1/11/2010 | 63169 |
| 1/7/2010 | 1873 | |

In Re: FEMA Trailer Formaldehyde products Liability Litigation

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

30 days

1 COPY OF TRANSCRIPT OF:

Geoffrey C. Compeau, Ph.D.

| | 1,024.65 |
|---|---|
| **TOTAL DUE  >>>** | **$1,024.65** |

**Tax ID:** 72-1177884                                                                 Phone: 202-616-4449   Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

| Invoice No. | : | 140435 |
|---|---|---|
| Invoice Date | : | 1/11/2010 |
| **Total Due** | **:** | **$1,024.65** |

| | | |
|---|---|---|
| Job No. | : | 63169 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

Remit To:  **Professional Shorthand Reporters, Inc.**
              **601  Poydras Street**
              **Suite 1615**
              **New Orleans, LA  70130**

140724      1/20/2010      63244

1/14/2010      1873

In Re: FEMA Trailer Formaldehyde products Liability Litigation

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

30 days

1 COPY OF TRANSCRIPT OF:

    Nicole Discon (Re: Lyndon T. Wright)             350.10

**TOTAL DUE  >>>**          **$350.10**

Adam Dinnell attended

**Tax ID:** 72-1177884             Phone: 202-616-4449   Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

| | | |
|---|---|---|
| Invoice No. | : | 140724 |
| Invoice Date | : | 1/20/2010 |
| **Total Due** | : | **$350.10** |

| | | |
|---|---|---|
| Job No. | : | 63244 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

Remit To:    **Professional Shorthand Reporters, Inc.**
             **601  Poydras Street**
             **Suite 1615**
             **New Orleans, LA  70130**

# AMERICAN COURT REPORTING COMPANY, INC.

Our IRS Number is
58-2429160

(404) 892-1331
(800) 445-2842

52 EXECUTIVE PARK SOUTH
SUITE 5201
ATLANTA, GEORGIA 30329
January 19, 2010

Certified Court Reporting

Atlanta's High-Tech
Court Reporting Company

Chelsea Conanan, Paralegal Intrn
US Dept of Justice, Environmental Torts
Section, Room 8203N
1331 Pennsylvania Avenue NW
Washington, DC 20004

**INVOICE NO:**      10-0113

Net: 30 DAYS

FEMA Trailer Formaldehyde Products Laibility Litigation

| | | |
|---|---|---|
| **IN RE:** | USDC Eastern Dist of LA (MDL # 1873) | **CASE NO:** Section "N" (5) |
| **JURISDICTION:** | Nathan Todd Dorris, Ph.D. | **HEARD:** 1/4/10  9:00 AM |
| **DEPOSITION OF:** | | **JOB NO:** 59732 |
| **TRANSCRIPTION OF:** | | |

| | | |
|---|---|---|
| **TRANSCRIPT COST** | Copy (Technical) | 730.00 |
| **TRANSCRIPT COST** | | |
| **TRANSCRIPT COST** | | |
| **REPORTER'S TAKE-DOWN** | | |
| **APPEARANCE FEE** | | |
| **TRAVEL** | | |
| **DELIVERY AND HANDLING** | | 16.50 |
| **OTHER** | Copying Exhibits | 192.50 |
| **OTHER** | Minuscript with Key-Word Index | 0.00 |
| **OTHER** | Etran, Ascii & Mini via Email | 0.00 |
| **OTHER** | | |

PML/1 /237/66.40

Outstanding balances bear
interest at the rate of 1.5% per month
02/18/10

939.00

**GRAND TOTAL** 872.60

If payment is received by _____      please remit _____

To Insure Proper Credit, Return PINK COPY With Remittance

137997          11/6/2009          62079

10/28/2009          1873

In Re: FEMA Trailer Formaldehyde products Liability
Litigation

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N          30 days
Franklin Station, P. O. Box 340
Washington, DC  20044

1 COPY OF TRANSCRIPT OF:

George A. Farber, M.D. (Re: Wright)                                        112.13

**TOTAL DUE  >>>**                    **$112.13**

Previously shipped

**Tax ID:** 72-1177884                                        Phone: 202-616-4449   Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea                          Invoice No.      :   137997
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N          Invoice Date    :   11/6/2009
Franklin Station, P. O. Box 340                    **Total Due**       :   **$112.13**
Washington, DC  20044

Job No.          :   62079

Remit To:   **Professional Shorthand Reporters, Inc.**          BU ID            :   1-REP
            **601  Poydras Street**                              Case No.         :   1873
            **Suite 1615**                                        Case Name     :   In Re: FEMA Trailer Formaldehyde products
            **New Orleans, LA  70130**                                                    Liability Litigation

137810          10/29/2009          61935

10/20/2009          1873

In Re: FEMA Trailer Formaldehyde products Liability
Litigation

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N          30 days
Franklin Station, P. O. Box 340
Washington, DC  20044

1 COPY OF TRANSCRIPT OF:

    Dr. Charles Shepard Field, Jr. (Wright vs Forest River)                                        404.75

                                       **TOTAL DUE  >>>**                                        **$404.75**

Michelle Greif attended

**Tax ID:** 72-1177884                                                                    Phone: 202-616-4449   Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea                                   Invoice No.      :   137810
U. S. Department of Justice                        Invoice Date     :   10/29/2009
1331 Pennsylvania Ave., NW Room 82303-N            **Total Due**        :   **$404.75**
Franklin Station, P. O. Box 340
Washington, DC  20044

                                                 Job No.          :   61935

Remit To:   **Professional Shorthand Reporters, Inc.**        BU ID            :   1-REP
           **601  Poydras Street**                        Case No.         :   1873
           **Suite 1615**                                 Case Name        :   In Re: FEMA Trailer Formaldehyde products
           **New Orleans, LA  70130**                                                Liability Litigation

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112989 | 1/28/2010 | 50456 |

| Job Date | Case No. |
|---|---|
| 1/19/2010 | MDL No. 1873 |

| Case Name |
|---|
| FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Adam M. Dinnell
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 340
Washington DC  20044

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Mike Coy                 239.20

1 CERTIFIED COPY OF TRANSCRIPT OF:
   James Foltz               231.60

**TOTAL DUE  >>>**     **$470.80**
AFTER 2/18/2010  PAY    ~~$494.34~~

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

Submitted for ... 1/19/2010
Received on 2-3-2010

_Jonath R. Walsh_ 2/22/2010

**Tax ID:** 35-1381218

---

*Please detach bottom portion and return with payment.*

Adam M. Dinnell
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 340
Washington DC  20044

Job No.   : 50456       BU ID    :SRA

Case No.  : MDL No. 1873

Case Name : FEMA Trailer Formaldehyde Products Liability
                 Litigation

Invoice No. : 112989     Invoice Date : 1/28/2010

**Total Due**  : **$ 470.80**
AFTER 2/18/2010 PAY ~~$494.34~~

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:

Card Number:

Exp. Date:         Phone#:

Billing Address:

Zip:       Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN  46204**

# I N V O I C E



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112989 | 1/28/2010 | 50456 |

| Job Date | Case No. |
|---|---|
| 1/19/2010 | MDL No. 1873 |

| Case Name |
|---|
| FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Adam M. Dinnell
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 340
Washington DC  20044

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Mike Coy                             239.20

1 CERTIFIED COPY OF TRANSCRIPT OF:

    James Foltz                           231.60

**TOTAL DUE  >>>**         **$470.80**

AFTER 2/18/2010  PAY       $494.34

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

**(-) Payments/Credits:**      0.00
**(+) Finance Charges/Debits:**  23.54
**(=) New Balance:**      **494.34**

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Adam M. Dinnell
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 340
Washington DC  20044

Job No.        : 50456         BU ID       : SRA
Case No.     : MDL No. 1873
Case Name  : FEMA Trailer Formaldehyde Products Liability
                Litigation

Invoice No.  : 112989      Invoice Date   : 1/28/2010
**Total Due**   : **$494.34**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:           Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Stewart Richardson & Associates, Inc.**
           **One Indiana Square, Suite 2425**
           **211 N. Pennsylvania**
           **Indianapolis IN  46204**

## EXECUTIVE REPORTING SERVICE

*Mail Payments to: Ulmerton Business Center*
*13555 Automobile Boulevard, Suite 100*
*Clearwater, Florida 33762*
*(727) 823-4155  FAX (727) 822-5458*
*TAX ID# 59-2477254*

Michele S. Greif, Esq.                    February 25, 2010
United States Department of Justice
1331 Pennsylvania Avenue NW               **Invoice#** 310211
Room 8220-S National Place
Washington, DC   20004                    **Balance:**  $1,439.32

**Re:** Formaldehyde-Katrina FEMA Trailer Action
      REO all day
      *on* 01/15/10  *Billed* 01/18/10        **<--  38 Days Old!**
      by William S. Bish, RDR,CRR,RMR,RPR / Videographer Marilyn McCloskey / Reo Executive Suit

## *Invoicing Information*

Charge Description                                          Amount
Deposition of:  Thomas Wayne Fribley
  Expert Witness
  **Expedite** - 2 Day

  Certified Copy Transcript Pages:  183                   1,290.15
  Exhibits: 119 Pages copied, scanned and emailed            71.40
  Exhibits: 21 Pages Color copied, scanned, email            31.50
  ASCII Disk                                                 25.00
  E-transcript - N/C to Michele.greif@usdoj.gov
  on 1-18-10
  Fed Ex - account number supplied

  Signed Transcript Order on File

1.50% per month on unpaid balance                            21.27

        **P l e a s e   R e m i t   - - - >   Total Due:  $1,439.32**

# EXECUTIVE REPORTING SERVICE

*Mail Payments to: Ulmerton Business Center*
*13555 Automobile Boulevard, Suite 100*
*Clearwater, Florida 33762*
*(727) 823-4155  FAX (727) 822-5458*
*TAX ID# 59-2477254*

Michele S. Greif, Esq.                          February 25, 2010
United States Department of Justice
1331 Pennsylvania Avenue NW                     **Invoice#** 310430
Room 8220-S National Place
Washington, DC   20004                          **Balance:**    $170.00

**Re:** Formaldehyde-Katrina FEMA Trailer Action
        REO all day
        *on* 01/15/10  *Billed* 01/29/10
        by William S. Bish, RDR,CRR,RMR,RPR / Videographer Marilyn McCloskey / Reo Executive Suit

## *Invoicing Information*

Charge Description                                              Amount
Videographer for Deposition of:
                Thomas Fribley

  DVD Copy (2)                                                  170.00

1.50% per month on unpaid balance

            P l e a s e   R e m i t   - - - >   **Total Due:    $170.00**

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111724 | 11/16/2009 | 49597 |

| Job Date | Case No. | |
|---|---|---|
| 11/5/2009 | MDL No. 1873 | |

| Case Name | | |
|---|---|---|
| FEMA Trailer Formaldehyde Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Henry T. Miller
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 340
Washington DC  20044

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Doug Gaeddert - Forest River, Inc 30(b)(6)       530.61

**TOTAL DUE  >>>**    **$530.61**
AFTER 12/6/2009  PAY    $557.14

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

(-) Payments/Credits:    530.61
(+) Finance Charges/Debits:    26.53
(=) New Balance:    **0.00**

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Henry T. Miller
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 340
Washington DC  20044

| | | | |
|---|---|---|---|
| Job No. | : 49597 | BU ID | : SRA |
| Case No. | : MDL No. 1873 | | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : 111724 | Invoice Date | : 11/16/2009 |
| **Total Due** | : **$0.00** | | |

**Remit To:**  **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN  46204**

**PAYMENT WITH CREDIT CARD**

AMEX   MasterCard   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

139682          12/7/2009          62506

12/2/2009     1873

In Re: FEMA Trailer Formaldehyde products Liability
Litigation

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N          30 days
Franklin Station, P. O. Box 340
Washington, DC  20044

1 COPY OF TRANSCRIPT OF:

    Paul Hewitt, PhD (Re: Lyndon Wright)          638.95

      GBC EXHIBIT BINDERS          3.50

                                          **TOTAL DUE  >>>**          **$642.45**

**Tax ID:** 72-1177884          Phone: 202-616-4449   Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

| | | |
|---|---|---|
| Invoice No. | : | 139682 |
| Invoice Date | : | 12/7/2009 |
| **Total Due** | **:** | **$642.45** |

| | | |
|---|---|---|
| Job No. | : | 62506 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

Remit To:    **Professional Shorthand Reporters, Inc.**
              **601  Poydras Street**
              **Suite 1615**
              **New Orleans, LA  70130**

# For the Record Reporting, Inc.
1500 Mahan Drive, Suite 140
Post Office Box 12042
Tallahassee, FL  32317-2042
(850) 222-5491 Phone   (850) 224-5316 Fax
Tax ID: 59-3616998

January 27, 2010

Ms. Michele S. Greiff, Esquire
Trial Attorney, Environmental Torts Section
1331 Pennsylvania Avenue NW
Room 80225 National Place
Washington, DC 20004
(202) 353-2492

| Invoice Number |
| C 8298 |

**Re:**   In Re: FEMA Trailer Formaldehyde Products Liability Litigation
Case No. 09-2977
Telephonic Videotaped Deposition of Robert C. James, Ph.D.

| Description of Services | | Pgs/Qty | Rate | Extension |
|---|---|---|---|---|
| Transcript copy | Inv. No. 8298, Taken on 01/14/10 | 164.00 | 2.25 | 369.00 |
| ASCII disk - n/c | | 1.00 | 0.00 | n/c |
| Exhibit copy | | 430.00 | 0.52 | 223.60 |
| Mini-transcript and index - n/c | | 1.00 | 0.00 | n/c |
| Shipping | UPS 2ND DAY AIR | 1.00 | 13.96 | 13.96 |

|  | Invoice total: | **$618.13** |
|---|---|---|
|  | After 02/26/10: | $618.53 |
| Please call for balance after 04/27/10. | After 03/28/10: | $630.49 |

Payment due upon receipt.  Thank you.



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141120 | 2/4/2010 | 63431 |
| JOB DATE | CASE NUMBER | |
| 1/25/2010 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| TERMS | | |
| 30 days | | |

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

1 COPY OF TRANSCRIPT OF:

Albert Jarrell (Re: Wright)                                        350.45

**TOTAL DUE >>>        $350.45**

Adam Dinnell attended

Service (s) Rendered on 1/25/10
Received on  2/19/2010

_Attorney Signature_  2/22/10
                      _Date_

**Tax ID:** 72-1177884                                    Phone: 202-616-4449   Fax:

---

*Please detach bottom portion and return with payment.*

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

Invoice No.   :  141120
Invoice Date  :  2/4/2010
**Total Due**     :  **$ 350.45**

Remit To: **Professional Shorthand Reporters, Inc.**
**601  Poydras Street**
**Suite 1615**
**New Orleans, LA  70130**

Job No.    :  63431
BU ID      :  1-REP
Case No.   :  1873
Case Name  :  In Re: FEMA Trailer Formaldehyde Products
              Liability Litigation

**U.S. DEPARTMENT OF JUSTICE**

Request and Authorization To Incur Litigative Expenses

Civil Division

| | |
|---|---|
| Document Control No. | |
| Acct. Class. Code | OB1460 |
| Cost | $299.02 |
| Object Class | |

| Name and Title of Requestor | Date of Request |
|---|---|
| J. Patrick Glynn, Director | 12/7/09 |

| Name of person to be contacted | Telephone Number | Case and Number |
|---|---|---|
| Jonathan Waldron, Trial Attorney | (202) 307-2091 | FEMA v USA  DJ # 157-0-277 |

| Nature of Service | Dates of Service |
|---|---|
| Videographer Fees for: Elton Kiefer | 11/3/09      to |

**Name and address of payee/**
**Tax Identification Number:**

Tax ID: 35-1381218
Stewart Richardson & Associates, Inc.
One Indiana Square, Suite 2425; 211 N. Pennsylvania
Indianapolis, IN 46204

**Itemization of Expenses:**

Videographer Fees: for Elton Kiefer

**Explanation and justification:**

Invoice #112071

| Estimated Total Expense |
|---|
| $299.02 |

Approved:_____

Branch/Office/Staff Director
Civil Division

FORM CIV-204
JUN 99

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112071 | 12/2/2009 | 49734 |

| Job Date | Case No. | |
|---|---|---|
| 11/3/2009 | MDL No. 1873 | |

| Case Name |
|---|
| FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Henry T. Miller
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 340
Washington DC  20044

---

VIDEOGRAPHER FEES:
  Elton Kiefer                                                                299.02

                                    **TOTAL DUE  >>>**              **$299.02**
                                    AFTER 1/1/2010 PAY                 $313.97

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

Service (s) Rendered on  11/3/2009
Received on  12/7/09

*Jonathan R. Walden*  12/7/09

**Tax ID:** 35-1381218

---

*Please detach bottom portion and return with payment.*

Henry T. Miller
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 340
Washington DC  20044

| | | | |
|---|---|---|---|
| Job No. | : 49734 | BU ID | : REFERRAL |
| Case No. | : MDL No. 1873 | | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : 112071 | Invoice Date | : 12/2/2009 |

**Total Due  : $ 299.02**
AFTER 1/1/2010  PAY  $313.97

Remit To:  **Stewart Richardson & Associates, Inc.**
              **One Indiana Square, Suite 2425**
              **211 N. Pennsylvania**
              **Indianapolis IN  46204**

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

**U.S. DEPARTMENT OF JUSTICE**                    Request and Authorization To Incur Litigative Expenses

Civil Division

| Document Control No. | |
|---|---|
| Acct. Class. Code | OB1460 |
| Cost | $548.31 |
| Object Class | |

| Name and Title of Requestor | Date of Request |
|---|---|
| J. Patrick Glynn,  Director | 11/24/09 |

| Name of person to be contacted | Telephone Number | Case and Number |
|---|---|---|
| Adam Dinnell, Trial Attorney | 202-616-4211 | FEMA v United States  DJ#157-0-277 |

| Nature of Service | Dates of Service |
|---|---|
| Transcript of Elton Keifer | 11/3/09        to |

**Name and address of payee/**
**Tax Identification Number:**

Stewart Richardson & Associates, Inc.
One Indiana Square, Suite 2425
Indianapolis, IN  46204
TAX ID: 35-1381218

**Itemization of Expenses:**
Invoice #111764

**Explanation and justification:**
1 Certified copy of Transcript of: Elton Keifer

| Estimated Total Expense |
|---|
| $548.31 |

Approved:_____

Branch/Office/Staff Director
Civil Division

FORM CIV-204
JUN 99

# I N V O I C E



**Stewart Richardson**
**DEPOSITION SERVICES**

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111764 | 11/16/2009 | 49594 |

| Job Date | Case No. | |
|---|---|---|
| 11/3/2009 | MDL No. 1873 | |

| Case Name | | |
|---|---|---|
| FEMA Trailer Formaldehyde Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Henry T. Miller
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 340
Washington DC  20044

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Elton Keifer

548.31

**TOTAL DUE  >>>**    **$548.31**
AFTER 12/6/2009  PAY    $575.73

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

Service (s) Rendered on_____

Received on_____

Attorney Signature      Date

**Tax ID:** 35-1381218

---

*Please detach bottom portion and return with payment.*

Henry T. Miller
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 340
Washington DC  20044

| | |
|---|---|
| Job No.   : 49594 | BU ID   :SRA |
| Case No.   : MDL No. 1873 | |
| Case Name : FEMA Trailer Formaldehyde Products Liability Litigation | |
| Invoice No.  : 111764 | Invoice Date  :11/16/2009 |

**Total Due  : $ 548.31**
AFTER 12/6/2009  PAY $575.73

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:_____
Card Number:_____
Exp. Date:_____ Phone#:_____
Billing Address:_____
Zip:_____ Card Security Code:_____
Amount to Charge:_____
Cardholder's Signature:_____

Remit To: **Stewart Richardson & Associates, Inc.**
          **One Indiana Square, Suite 2425**
          **211 N. Pennsylvania**
          **Indianapolis IN  46204**

# NAEGELI REPORTING CORPORATION



**Portland, OR**
**(503) 227-1544**

**Spokane, WA**
**(509) 838-6000**

**Seattle, WA**
**(206) 622-3376**

**Coeur d'Alene, ID**
**(208) 667-1163**

*www.naegelireporting.com*

Remit to the Corporate Office:
**US Bancorp Tower**
**111 S.W. Fifth Avenue, Suite 2020**
**Portland, OR 97204**

Tax Number: 93-1079908

*HENRY T. MILLER ESQUIRE*
UNITED STATES DEPARTMENT OF JUSTICE - PENNSYLVANIA AVENUE
1331 PENNSYLVANIA AVENUE NORTHWEST
WASHINGTON, DC 20004

| | | | |
|---|---|---|---|
| **Asg. Date:** | 12/15/2009 | | |
| **Case\Assg No.** | 11303-8 | **Invoice #** | 40486 |
| | | **Invoice Date** | 12/31/2009 |
| **Case Caption:** | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |

*VIDEOGRAPHER MEDIA COPY / DEPOSITION OF BRUCE J. KELMAN*

**Remarks**
THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | $440.00 |
| **Interest** | $.00 |
| **Total Tax** | $.00 |
| **Less Paid To Date** | $.00 |
| **Balance Due** | $440.00 |

12/31/09
1/22/2010

*[signature]* 1/27/2010

Net Terms: 30 Days

**Phone: (800) 528-3335**

**Fax: (503) 227-7123**

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
   Please Make Checks Payable to:

   NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐  ☐☐☐☐

Credit Card #                    Exp. Date

Address (AS IT APPEARS ON BILLING STATEMENT)