# NAEGELI REPORTING CORPORATION



**Portland, OR**
(503) 227-1544

**Seattle, WA**
(206) 622-3376

**Spokane, WA**
(509) 838-6000

**Coeur d'Alene, ID**
(208) 667-1163

*www.naegelireporting.com*

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR  97204

Tax Number: 93-1079908

**HENRY T. MILLER ESQUIRE**
UNITED STATES DEPARTMENT OF JUSTICE - PENNSYLVANIA AVENUE
1331 PENNSYLVANIA AVENUE NORTHWEST

WASHINGTON, DC 20004

| | | | |
|---|---|---|---|
| **Asg. Date:** | 12/15/2009 | **Invoice #** | 40478 |
| **Case\Assg No.** | 11303-8 | **Invoice Date** | 12/31/2009 |
| **Case Caption:** | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |

*COPY / INDEX  VIDEO DEPOSITION OF  BRUCE J. KELMAN*

**Remarks**

FREE ELECTRONIC DELIVERY (REPOSITORY) & CONDENSED TRANSCRIPT!

TRANSCRIPT $690.55, EXHIBITS $180.00.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | $870.55 |
| **Interest** | $.00 |
| **Total Tax** | $.00 |
| **Less Paid To Date** | $.00 |
| **Balance Due** | $870.55 |

~~Invoice (s) Rendered on~~ 12 | 15 | 2009

~~Received on~~ 1 | 22 | 2010

11 | 27 | 2010

Signature                Date

**Net Terms:  30 Days**

**Phone:  (800) 528-3335**

**Fax:  (503) 227-7123**

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

**Method of Payment:**
☐ Check Enclosed
  Please Make Checks Payable to:

NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                Exp. Date                Address (AS IT APPEARS ON BILLING STATEMENT)

137900          11/2/2009          62077

10/26/2009          1873

In Re: FEMA Trailer Formaldehyde products Liability
Litigation

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N          30 days
Franklin Station, P. O. Box 340
Washington, DC  20044

1 COPY OF TRANSCRIPT OF:

    Paul J. Lagrange                                                                695.60

**TOTAL DUE  >>>**                          **$695.60**

Adam Dinnell attended

**Tax ID:** 72-1177884                                    Phone: 202-616-4449   Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea                               Invoice No.      :   137900
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N        Invoice Date     :   11/2/2009
Franklin Station, P. O. Box 340                **Total Due**     :   **$695.60**
Washington, DC  20044

 

Job No.      :   62077

Remit To:   **Professional Shorthand Reporters, Inc.**     BU ID        :   1-REP
        **601  Poydras Street**                       Case No.     :   1873
        **Suite 1615**                                Case Name    :   In Re: FEMA Trailer Formaldehyde products
        **New Orleans, LA  70130**                                   Liability Litigation



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | |
|---|---|---|
| 135622 | 7/22/2009 | JOB NU |
| **JOB DATE** | **CASE NUMBER** | 600 |
| 7/10/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde Litigation | | |
| **TERMS** | | |
| 30 days | | |

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC 20044

1 COPY OF TRANSCRIPT OF:
   Lyndon Wright

Michelle Greif attended

TOTAL DUE >>>       65

$653

Service (s) Rendered on  7-10-09
Received on  7-29-09

*Michelle Greif* (signature)
Attorney Signature    7-31-09

**Tax ID:** 72-1177884

*Please detach bottom portion and return with payment.*

Phone: 202-616-4449    Fax:

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC 20044

| | | |
|---|---|---|
| Invoice No. | : | 135622 |
| Invoice Date | : | 7/22/2009 |
| **Total Due** | : | **$ 653.05** |

Remit To: **Professional Shorthand Reporters, Inc.**
**601  Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60639 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

140757   1/21/2010   63180

1/12/2010  1873

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

30 days

1 COPY OF TRANSCRIPT OF:

 Alexis Mallet, Jr. (Re: Lyndon Wright)        588.55

             **TOTAL DUE  >>>**   **$588.55**

Adam Dinnell attended

**Tax ID:** 72-1177884             Phone: 202-616-4449 Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

| | | |
|---|---|---|
| Invoice No. | : | 140757 |
| Invoice Date | : | 1/21/2010 |
| **Total Due** | **:** | **$588.55** |

| | | |
|---|---|---|
| Job No. | : | 63180 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde Products Liability Litigation |

Remit To: **Professional Shorthand Reporters, Inc.**
    **601  Poydras Street**
    **Suite 1615**
    **New Orleans, LA  70130**



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140730 | 1/20/2010 | 63244 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/14/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

1 COPY OF TRANSCRIPT OF:
Tyshone Marsh (Re: Lyndon T. Wright)                              287.05

                                        **TOTAL DUE  >>>**          **$287.05**

Adam Dinnell attended

Services Rendered on  1/14/2010
Received on  1/22/2010

_[signature]_ 1/22/2010

**Tax ID:** 72-1177884                                    Phone: 202-616-4449    Fax

*Please detach bottom portion and return with payment.*

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

| | | |
|---|---|---|
| Invoice No. | : | 140730 |
| Invoice Date | : | 1/20/2010 |
| **Total Due** | : | **$ 287.05** |

Remit To: **Professional Shorthand Reporters, Inc.**
           **601  Poydras Street**
           **Suite 1615**
           **New Orleans, LA  70130**

| | | |
|---|---|---|
| Job No. | : | 63244 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde product Liability Litigation |

138090          11/12/2009          62361

11/10/2009          1873

In Re: FEMA Trailer Formaldehyde products Liability
Litigation

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N          30 days
Franklin Station, P. O. Box 340
Washington, DC  20044

1 COPY OF TRANSCRIPT OF:

Lawrence G. Miller, M.D.  (Lyndon T. Wright)                                313.15

**TOTAL DUE  >>>**                                        **$313.15**

**Tax ID:** 72-1177884                                        Phone: 202-616-4449   Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea                          Invoice No.      :   138090
U. S. Department of Justice               Invoice Date     :   11/12/2009
1331 Pennsylvania Ave., NW Room 82303-N   **Total Due**    **:   $313.15**
Franklin Station, P. O. Box 340
Washington, DC  20044

                                          Job No.          :   62361
                                          BU ID            :   1-REP
Remit To:  **Professional Shorthand Reporters, Inc.**   Case No.   :   1873
           **601  Poydras Street**        Case Name        :   In Re: FEMA Trailer Formaldehyde products
           **Suite 1615**                                      Liability Litigation
           **New Orleans, LA  70130**

| | | |
|---|---|---|
| 138058 | 11/10/2009 | 62078 |
| 10/27/2009 | 1873 | |

In Re: FEMA Trailer Formaldehyde products Liability Litigation

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

30 days

1 COPY OF TRANSCRIPT OF:

    Charles David Moore, PE, PLS (Re: Wright - A.M.)              407.60

1 COPY OF TRANSCRIPT OF:

    Charles David Moore, PE, PLS (Re: Wright - P.M.)              682.40

**TOTAL DUE  >>>**          **$1,090.00**

Adam Dinnell attended

**Tax ID:** 72-1177884                                     Phone: 202-616-4449   Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

| | | |
|---|---|---|
| Invoice No. | : | 138058 |
| Invoice Date | : | 11/10/2009 |
| **Total Due** | : | **$1,090.00** |

| | | |
|---|---|---|
| Job No. | : | 62078 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

Remit To:   **Professional Shorthand Reporters, Inc.**
               **601  Poydras Street**
               **Suite 1615**
               **New Orleans, LA  70130**

# EXECUTIVE REPORTING SERVICE

*Mail Payments to: Ulmerton Business Center*
*13555 Automobile Boulevard, Suite 100*
*Clearwater, Florida 33762*
*(727) 823-4155   FAX (727) 822-5458*
*TAX ID# 59-2477254*

Henry T. Miller, Esq.                         February 25, 2010
United States Department of Justice
1331 Pennsylvania Avenue NW                   **Invoice#** 310189
Room 8220-S National Place
Washington, DC   20004                        **Balance:**   $155.35

**Re:** Formaldehyde-Katrina FEMA Trailer Action
Reo 3-4 hours   VMM videog
*on* 12/29/09  *Billed* 01/15/10              **<-- 41 Days Old!**
by Sarah Murrow / Videographer Marilyn McCloskey / Reo Executive Suites, Suite 300

## Invoicing Information

Charge Description                                             Amount
Deposition of:  Travis Morris
  Certified Copy Transcript Pages:  53                          151.05
  Exhibits:  4 Pages                                              2.00
  PTX emailed to Chelsea.conan@usdoj.gov
  Fed ex number supplied

Signed Transcript Order on File

1.50% per month on unpaid balance                                2.30

        P l e a s e   R e m i t   - - - >   Total Due:   $155.35

        This invoice is   41   days past due, Please Remit - Thank You!
        *************************************************************

# EXECUTIVE REPORTING SERVICE

*Mail Payments to: Ulmerton Business Center*
*13555 Automobile Boulevard, Suite 100*
*Clearwater, Florida 33762*
*(727) 823-4155   FAX (727) 822-5458*
*TAX ID# 59-2477254*

Henry T. Miller, Esq.
United States Department of Justice
1331 Pennsylvania Avenue NW
Room 8220-S National Place
Washington, DC   20004

February 25, 2010

**Invoice#** 310193

**Balance:**      $86.28

**Re:** Formaldehyde-Katrina FEMA Trailer Action
Reo 3-4 hours   VMM videog
*on* 12/29/09  *Billed* 01/15/10          **<--  41 Days Old!**
by Sarah Murrow / Videographer Marilyn McCloskey / Reo Executive Suites, Suite 300

## Invoicing Information

| Charge Description | Amount |
|---|---|
| Videographer for Deposition of:  Travis Morris | |
| DVD Copy | 85.00 |
| (1) DVD | |

to be sent with transcript upon receipt of payment

1.50% per month on unpaid balance                               1.28

**P l e a s e   R e m i t   - - - >**   **Total Due:**   **$86.28**

**This invoice is   41  days past due, Please Remit - Thank You!**
************************************************************

# NAEGELI REPORTING CORPORATION

**Portland, OR**
**(503) 227-1544**



**Seattle, WA**
**(206) 622-3376**

**Spokane, WA**
**(509) 838-6000**

**Coeur d'Alene, ID**
**(208) 667-1163**

*www.naegelireporting.com*

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR  97204

HENRY T. MILLER ESQUIRE
UNITED STATES DEPARTMENT OF JUSTICE - PENNSYLVANIA AVENUE
1331 PENNSYLVANIA AVENUE NORTHWEST

WASHINGTON,DC 20004

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| **Asg. Date:** | 12/16/2009 | **Invoice #** | 40492 |
| **Case\Assg No.** | 11303-9 | | |
| **Case Caption:** | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | **Invoice Date** | 12/31/2009 |

*COPY / INDEX  VIDEO DEPOSITION OF JOHN D. OSTERAAS PhD*

<u>Remarks</u>

FREE ELECTRONIC DELIVERY (REPOSITORY) & CONDENSED TRANSCRIPT!

TRANSCRIPT $554.85, EXHIBITS $365.00.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | $919.85 |
| **Interest** | $.00 |
| **Total Tax** | $.00 |
| **Less Paid To Date** | $.00 |
| **Balance Due** | $919.85 |

Service (s) Rendered on  12/31/09
Received on  1/22/ 2010

*Jonathan R. Wehr*  1/27/ 2010

Net Terms: 30 Days

**Phone:  (800) 528-3335**

**Fax:  (503) 227-7123**

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
  Please Make Checks Payable to:

NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                                    Exp. Date

Address (AS IT APPEARS ON BILLING STATEMENT)



Post Office Box 98475
Raleigh, NC 27624-8475

**Garrett**
REPORTING SERVICES, INC.
*Professional Stenomask for the Record*

Phone (919) 676-1502
Fax    (919) 676-2277

US DEPT OF JUSTICE
CIVIL DIVISION
1331 PENNSYLVANIA AVENUE NW
ROOM 8004-S
WASHINGTON, DC 20004
ADAM M. DINNELL, ESQ.

WRIGHT, ET AL. v. FOREST RIVER, INC.
DEPOSITION OF MARK J. POLK

**INVOICE NO. :**    19146
**INVOICE DATE:**   1/07/2010
**REPORTER:**
CANDI USELMAN

**ID#**  56-2066632

| Date | Description | Amount |
|------|-------------|--------|
| 12/22/2009 | COPY | 256.50 |
| | COMPRESSED TRANSCRIPT | 17.10 |
| | KEYWORD INDEX | 4.50 |
| | EXHIBITS (SCANNED) | 30.00 |
| | e-TRANSCRIPT | 25.00 |
| | SIGNATURE FEE | 10.00 |
| | MAILED WITH WATSON AND DYSON | |

| | | |
|---|---|---|
| **Sub Total** | 343.10 |
| **Paid** | 0.00 |
| **Balance Due** | 343.10 |

**Please include invoice number with your payment.  THANK YOU!**

Thank you for placing your confidence in Garrett Reporting Service.
Invoices are payable upon receipt.  A monthly charge of 1.5% will be
added after 30 days.  This is an annual rate of 18%.



# GRS Legal Video Services

Post Office Box 98475
Raleigh, NC 27624-8475

www.garrettreportingservices.com

# Invoice

**Date**  1/8/2010

**Invoice #**  20112

US Department of Justice
Adam M. Dinnell
1331 Pennsylvania Avenue, NW
Suite 80045
Washington DC  20004

**Terms**        Due on receipt

| Description | Qty | Price | Amount |
|---|---|---|---|
| In the matter of Wright, et al. vs. Forest River, Inc., et al. - Videotaped Depositions in Raleigh, NC 12-22-2009 - Polk & Snell | | | |
| DVD Copy (per hour) (Polk & Snell) | 7.5 | 30.00 | 225.00 |
| Postage and Handling | 1 | 4.95 | 4.95 |

*(handwritten:)* order to rendered on 12/22/09
received on 1/25/2010

*Attorney Signature*   *Date*  1/27/2010

Telephone:  919-676-1502
Fax:  919-676-2277
FIN:  56-2066632

Thank you for placing your confidence in GRS Legal Video Services.

**Balance Due**        $229.95



**PROFESSIONAL SHORTHAND**
**REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139975 | 12/16/2009 | 62895 |
| **JOB DATE** | **CASE NUMBER** | |
| 12/9/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

1 COPY OF TRANSCRIPT OF:
    Ervin Ritter, P.E. (Re: Wright)      473.75

                                            TOTAL DUE  >>>     **$473.75**

Previously shipped

Service (s) Rendered on _12/9/09_
Received on _12/23/09_

_(signature)_ _1/8/2010_
Attorney Signature    Date

**Tax ID:** 72-1177884                                      Phone: 202-616-4449    Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

| | | |
|---|---|---|
| Invoice No. | : | 139975 |
| Invoice Date | : | 12/16/2009 |
| **Total Due** | : | **$ 473.75** |

Remit To: **Professional Shorthand Reporters, Inc.**
           **601 Poydras Street**
           **Suite 1615**
           **New Orleans, LA  70130**

| | | |
|---|---|---|
| Job No. | : | 62895 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

# NAEGELI REPORTING CORPORATION

**Portland, OR**
(503) 227-1544



**Seattle, WA**
(206) 622-3376

**Spokane, WA**
(509) 838-6000

**Coeur d'Alene, ID**
(208) 667-1163

*www.naegelireporting.com*

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR  97204

*HENRY T. MILLER ESQUIRE*
UNITED STATES DEPARTMENT OF JUSTICE - PENNSYLVANIA
AVENUE
1331 PENNSYLVANIA AVENUE NORTHWEST

WASHINGTON, DC 20004

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| **Asg. Date:** | 12/14/2009 | | |
| **Case\Assg No.** | 11303-7 | **Invoice #** | 40473 |
| **Case Caption:** | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | **Invoice Date** | 12/31/2009 |

*VIDEOGRAPHER MEDIA COPY / DEPOSITION OF  COREEN A. ROBBINS*

<u>**Remarks**</u>
THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | $735.00 |
| **Interest** | $.00 |
| **Total Tax** | $.00 |
| **Less Paid To Date** | $.00 |
| **Balance Due** | $735.00 |

Invoice Received on  12/31/09
Received on  1/22/2010

*[signature]*  1/27/2010

Net Terms:  30 Days

**Phone:  (800) 528-3335**

**Fax:  (503) 227-7123**

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
Please Make Checks Payable to:

NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐  ☐☐☐☐

Credit Card #          Exp. Date

Address (AS IT APPEARS ON BILLING STATEMENT)

# NAEGELI REPORTING CORPORATION



**Portland, OR**
(503) 227-1544

**Seattle, WA**
(206) 622-3376

**Spokane, WA**
(509) 838-6000

**Coeur d'Alene, ID**
(208) 667-1163

*www.naegelireporting.com*

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

*HENRY T. MILLER ESQUIRE*
UNITED STATES DEPARTMENT OF JUSTICE - PENNSYLVANIA
AVENUE
1331 PENNSYLVANIA AVENUE NORTHWEST

WASHINGTON,DC 20004

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| **Asg. Date:** | 12/14/2009 | | |
| **Case\Assg No.** | 11303-7 | **Invoice #** | 40465 |
| **Case Caption:** | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | **Invoice Date** | 12/31/2009 |

*COPY / INDEX VIDEO DEPOSITION OF COREEN A. ROBBINS*

**Remarks**
FREE ELECTRONIC DELIVERY (REPOSITORY) & CONDENSED TRANSCRIPT!

TRANSCRIPT $1,195.00, EXHIBITS $197.50.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | $1,392.50 |
| **Interest** | $20.89 |
| **Total Tax** | $.00 |
| **Less Paid To Date** | $.00 |
| **Balance Due** | $1,413.39 |

**Net Terms: 30 Days**

**Phone: (800) 528-3335**

**Fax: (503) 227-7123**

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
  Please Make Checks Payable to:

**NAEGELI REPORTING CORPORATION**

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Credit Card #                    Exp. Date

Address (AS IT APPEARS ON BILLING STATEMENT)

139198          11/23/2009          62391

11/13/2009          1873

In Re: FEMA Trailer Formaldehyde products Liability
Litigation

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N          30 days
Franklin Station, P. O. Box 340
Washington, DC  20044

1 COPY OF TRANSCRIPT OF:

    William D. Scott, P.E.                                                          478.35

**TOTAL DUE  >>>**                              **$478.35**

Adam Dinnell attended

**Tax ID:** 72-1177884                                        Phone: 202-616-4449   Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea                              Invoice No.     :   139198
U. S. Department of Justice                   Invoice Date    :   11/23/2009
1331 Pennsylvania Ave., NW Room 82303-N       **Total Due**       **:   $478.35**
Franklin Station, P. O. Box 340
Washington, DC  20044

                                              Job No.         :   62391
                                              BU ID           :   1-REP
Remit To:   **Professional Shorthand Reporters, Inc.**   Case No.    :   1873
            **601  Poydras Street**                       Case Name   :   In Re: FEMA Trailer Formaldehyde products
            **Suite 1615**                                                 Liability Litigation
            **New Orleans, LA  70130**

138137          11/13/2009          62358

11/9/2009          1873

In Re: FEMA Trailer Formaldehyde products Liability
Litigation

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N          30 days
Franklin Station, P. O. Box 340
Washington, DC  20044

1 COPY OF TRANSCRIPT OF:

    Edward Halie Shwery, Ph.D. - Vol 1 (Re: Wright)          484.75

**TOTAL DUE  >>>**          **$484.75**

Michele S. Greif attended

**Tax ID:** 72-1177884          Phone: 202-616-4449   Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea          Invoice No.    :   138137
U. S. Department of Justice          Invoice Date   :   11/13/2009
1331 Pennsylvania Ave., NW Room 82303-N          **Total Due**     :   **$484.75**
Franklin Station, P. O. Box 340
Washington, DC  20044

Job No.    :   62358
BU ID      :   1-REP
Remit To:   **Professional Shorthand Reporters, Inc.**          Case No.   :   1873
    **601  Poydras Street**          Case Name  :   In Re: FEMA Trailer Formaldehyde products
    **Suite 1615**                                                      Liability Litigation
    **New Orleans, LA  70130**

139847          12/10/2009          62841

12/4/2009          1873

In Re: FEMA Trailer Formaldehyde products Liability
Litigation

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N          30 days
Franklin Station, P. O. Box 340
Washington, DC  20044

1 COPY OF TRANSCRIPT OF:

    Kenneth B. Smith, M.D.

                                                        411.60

**TOTAL DUE  >>>**          **$411.60**

**Tax ID:** 72-1177884          Phone: 202-616-4449   Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea          Invoice No.    :   139847
U. S. Department of Justice          Invoice Date   :   12/10/2009
1331 Pennsylvania Ave., NW Room 82303-N          **Total Due**      :   **$411.60**
Franklin Station, P. O. Box 340
Washington, DC  20044

Job No.       :   62841

Remit To:   **Professional Shorthand Reporters, Inc.**          BU ID         :   1-REP
           **601  Poydras Street**          Case No.      :   1873
           **Suite 1615**          Case Name     :   In Re: FEMA Trailer Formaldehyde products
           **New Orleans, LA  70130**                            Liability Litigation

| | | |
|---|---|---|
| 141127 | 2/4/2010 | 63530 |
| 1/29/2010 | 1873 | |

In Re:  FEMA Trailer Formaldehyde Products Liability Litigation

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

30 days

1 COPY OF TRANSCRIPT OF:

Stephen Smulski, Ph.D.                                                          395.55

**TOTAL DUE  >>>**                            **$395.55**

Previously shipped

**Tax ID:** 72-1177884                                              Phone: 202-616-4449   Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

| | | |
|---|---|---|
| Invoice No. | : | 141127 |
| Invoice Date | : | 2/4/2010 |
| **Total Due** | : | **$395.55** |

| | | |
|---|---|---|
| Job No. | : | 63530 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re:  FEMA Trailer Formaldehyde Products Liability Litigation |

Remit To:   **Professional Shorthand Reporters, Inc.**
            **601  Poydras Street**
            **Suite 1615**
            **New Orleans, LA  70130**



Post Office Box 98475
Raleigh, NC 27624-8475

**Garrett**
REPORTING SERVICES, INC.
*Professional Stenomask for the Record*

Phone (919) 676-1502
Fax    (919) 676-2277

US DEPT OF JUSTICE
CIVIL DIVISION
1331 PENNSYLVANIA AVENUE NW
ROOM 8004-S
WASHINGTON, DC 20004
ADAM M. DINNELL, ESQ.

**INVOICE NO. :**  19155
**INVOICE DATE:**  1/07/2010
**REPORTER:**
CANDI USELMAN

**ID#**  56-2066632

WRIGHT, ET AL. v. FOREST RIVER, INC.
DEPOSITION OF DONALD B. SNELL
& NORMAN L. NELSON

| Date | Description | Amount |
|---|---|---|
| 12/22/2009 | COPY - SNELL | 483.75 |
| 12/23/2009 | COPY - NELSON | 218.25 |
| | COMPRESSED TRANSCRIPT - SNELL | 32.25 |
| | COMPRESSED TRANSCRIPT - NELSON | 14.55 |
| | KEYWORD INDEX - SNELL | 7.00 |
| | KEYWORD INDEX - NELSON | 3.50 |
| | EXHIBITS (SCANNED) - SNELL | 172.50 |
| | EXHIBITS (SCANNED) - NELSON | 16.50 |
| | e-TRANSCRIPTS | 50.00 |
| | POSTAGE | 8.75 |

| | |
|---|---|
| **Sub Total** | 1,007.05 |
| **Paid** | 0.00 |
| **Balance Due** | 1,007.05 |

**Please include invoice number with your payment.  THANK YOU!**

Thank you for placing your confidence in Garrett Reporting Service.
Invoices are payable upon receipt.  A monthly charge of 1.5% will be
added after 30 days.  This is an annual rate of 18%.

137966          11/4/2009          62086

10/29/2009          1873

In Re: FEMA Trailer Formaldehyde products Liability
Litigation

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

30 days

1 COPY OF TRANSCRIPT OF:

    Richard A. Spector, M.D., J.D. (Re: Wright)          589.60

**TOTAL DUE  >>>**          **$589.60**

Henry Miller attended

**Tax ID:** 72-1177884          Phone: 202-616-4449   Fax:

*Please detach bottom portion and return with payment.*

| Conanan, Chelsea | | |
| --- | --- | --- |
| U. S. Department of Justice | Invoice No. | : | 137966 |
| 1331 Pennsylvania Ave., NW Room 82303-N | Invoice Date | : | 11/4/2009 |
| Franklin Station, P. O. Box 340 | **Total Due** | : | **$589.60** |
| Washington, DC  20044 | | |

| | | | |
| --- | --- | --- | --- |
| | Job No. | : | 62086 |
| Remit To:  **Professional Shorthand Reporters, Inc.** | BU ID | : | 1-REP |
| **601  Poydras Street** | Case No. | : | 1873 |
| **Suite 1615** | Case Name | : | In Re: FEMA Trailer Formaldehyde products |
| **New Orleans, LA  70130** | | | Liability Litigation |



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140577 | 1/18/2010 | 63176 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/8/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20230

1 COPY OF TRANSCRIPT OF:
   John W. Thompson, Jr., M.D. (Re: Wright)         337.70

                                        TOTAL DUE >>>     **$337.70**

Henry Miller Attended

1/8/2010
4/25/2010

Tax ID: 72-1177884                                          Phone: 202-616-4449   Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

| | |
|---|---|
| Invoice No. | : 140577 |
| Invoice Date | : 1/18/2010 |
| **Total Due** | : **$ 337.70** |

Remit To: **Professional Shorthand Reporters, Inc.**
         **601  Poydras Street**
         **Suite 1615**
         **New Orleans, LA  70130**

| | |
|---|---|
| Job No. | : 63176 |
| BU ID | : 1-REP |
| Case No. | : 1873 |
| Case Name | : In Re: FEMA Trailer Formaldehyde products Liability Litigation |



Post Office Box 98475
Raleigh, NC 27624-8475

**Garrett**
REPORTING SERVICES, INC.
*Professional Stenomask for the Record*

Phone (919) 676-1502
Fax    (919) 676-2277

US DEPT OF JUSTICE
CIVIL DIVISION
1331 PENNSYLVANIA AVENUE NW
ROOM 8004-S
WASHINGTON, DC 20004
ADAM M. DINNELL, ESQ.

WRIGHT, ET AL. v. FOREST RIVER, INC.
DEPOSITION OF TONY WATSON
& WILLIAM DYSON, PhD

**INVOICE NO. :**     19136
**INVOICE DATE:**   1/07/2010
**REPORTER:**
CANDI USELMAN

**ID#**  56-2066632

| Date | Description | Amount |
|------|-------------|--------|
| 12/21/2009 | COPY - WATSON | 121.50 |
| | COPY - DYSON | 130.50 |
| | COMPRESSED TRANSCRIPT - WATSON | 8.10 |
| | COMPRESSED TRANSCRIPT - DYSON | 8.70 |
| | KEYWORD INDEX - WATSON | 2.25 |
| | KEYWORD INDEX - DYSON | 2.75 |
| | EXHIBITS (SCANNED) - WATSON | 36.75 |
| | EXHIBITS (SCANNED) - DYSON | 17.25 |
| | e-TRANSCRIPTS | 50.00 |
| | POSTAGE | 7.55 |
| | **Sub Total** | 385.35 |
| | **Paid** | 0.00 |
| | **Balance Due** | 385.35 |

**Please include invoice number with your payment.  THANK YOU!**

Thank you for placing your confidence in Garrett Reporting Service.
Invoices are payable upon receipt.  A monthly charge of 1.5% will be
added after 30 days.  This is an annual rate of 18%.

|  |  |  |
|---|---|---|
| 139757 | 12/8/2009 | 62508 |

| 12/3/2009 | 1873 |
|---|---|

In Re: FEMA Trailer Formaldehyde products Liability Litigation

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

30 days

1 COPY OF TRANSCRIPT OF:
Patricia M. Williams, Ph.D., DABT (Re:  Wright)                                          845.65

**TOTAL DUE  >>>**                                    **$845.65**

**Tax ID:** 72-1177884                                                     Phone: 202-616-4449   Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

| Invoice No. | : | 139757 |
|---|---|---|
| Invoice Date | : | 12/8/2009 |
| **Total Due** | : | **$845.65** |

| Job No. | : | 62508 |
|---|---|---|
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

Remit To:   **Professional Shorthand Reporters, Inc.**
              **601  Poydras Street**
              **Suite 1615**
              **New Orleans, LA  70130**

Anchor Court Reporting

# Invoice

P.O. Box 12444
Pensacola, FL  32591

| Date | Invoice # |
|------|-----------|
| 2/10/2010 | 10-0511PE |

| Bill To |
|---------|
| ADAM DINNELL, ESQUIRE<br>U. S. DEPARTMENT OF JUSTICE<br>1331 PENNSYLVANIA AVENUE, NW<br>8004 SOUTH<br>WASHINGTON, DC  20004 |

| Terms | Federal I.D. No. |
|-------|------------------|
|       | 59-3062292 |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| | | IN RE:  FEMA TRAILER<br>VIDEOTAPED DEPOSITION TAKEN ON<br>1/22/10<br>  Edith Young, 197 pgs | | |
| Transcript Copy | 197 | TRANSCRIPT, 1 COPY | 2.00 | 394.00 |
| B&W exhibit | 112 | | 0.25 | 28.00 |
| Condensed Tra... | 1 | CONDENSED TRANSCRIPT & WORD INDEX<br>- NO CHARGE | 0.00 | 0.00 |
| Fed Ex | 1 | | 40.00 | 40.00 |

| | Total | $462.00 |
|---|-------|---------|

PAYMENT DUE UPON RECEIPT

12% interest will be added to invoices not paid within 30 days

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 850-432-2511 | 850-432-2302 | anchorreporters@aol.com |