

10/16/09

EIN 91-1877454

BILL TO

**US Dept of Justice - Environmental Torts Section**
1331 Pennsylvania Avenue NW, Rm. 8220-N
Washington, DC 20004

Attn: Henry Miller, Esq.

cc: Rena L. Brown
US Department of Justice
1331 Pennsylvania Ave. NW, Rm 8220-N
Washington, D.C. 20004

Invoice date: 07/31/2009
Invoice No: 111238
Terms: 30
Due date: 08/30/2009
Project No: 20186
**Wright vForest River**

Contract #9W-CIV01-0861
DJ File #157-0-277
Litigation No.: 07-1873
$55,672.00
7/22/09 - 9/24/10

For professional services rendered through July 31, 2009.

| Professional and Technical Services | Hours | Amount |
|---|---|---|
| Kelman, B | 15.50 | $6,587.50 |
| Read file; meet with counsel; prepare for inspection and travel 07/22/09 (5.25 hrs), 07/24/09 (0.25 hrs) Read case material; consult with counsel; prepare for inspection and travel 07/27/09 (2.00 hrs), 07/28/09 (3.00 hrs), 07/29/09 (1.75 hrs), 07/31/09 (3.25 hrs) | | |
| Technical Support | 0.25 | $30.50 |
| Summarize the medical records of Lyndon Wright, 07/31/09 (0.25 hrs) | | |
| Admin Support | 1.00 | $68.00 |
| Compile materials, 07/27/09 (0.50 hrs), 07/31/09 (0.50 hrs) | | |
| **Total** | | **$6,686.00** |

This invoice may not include other project expenses unavailable at invoice date. Interest of 2% per month charged on accounts outstanding.

**PLEASE REMIT PAYMENT TO:**
**VERITOX®, INC.**

18372 Redmond-Fall City Road • Redmond, WA 98052 • Tel 425-556-5555 • Fax 425-556-5556 • www.veritox.com

10/27/09 Submitted to Raychel



EIN 91-1877454

BILL TO

**US Dept of Justice - Environmental Torts Section**
1331 Pennsylvania Avenue NW, Rm. 8220-N
Washington, DC 20004

Invoice date: 08/15/2009
Invoice No: 111334
Terms: 30
Due date: 09/14/2009
Project No: 20186
**Wright vForest River**

Attn: Henry Miller, Esq.

cc: Rena L. Brown
US Department of Justice
1331 Pennsylvania Ave. NW, Rm 8220-N
Washington, D.C. 20004

Frankie Free
Ofc of Planning Budget & Evaluation
1100 L Street, NW, Room 9034
Washington, DC 20530

Contract #9W-CIV01-0861
DJ File #157-0-277
Litigation No.: 07-1873
$55,672.00
7/22/09 - 9/24/10

For professional services rendered through August 14, 2009.

| Professional and Technical Services | Hours | Amount |
|---|---|---|
| Kelman, B | 53.75 | $22,843.75 |

Consult with client; read case materials; prepare for travel; research toxicology of formaldehyde
Consult with Dr. Robbins; direct file preparation; travel between Seattle and Baton Rouge; inspection
Prepare photolog; read case material
08/03/09 (6.00 hrs), 08/04/09 (3.00 hrs), 08/05/09 (3.00 hrs), 08/06/09 (11.00 hrs)
08/07/09 (14.00 hrs), 08/08/09 (0.25 hrs), 08/10/09 (1.25 hrs), 08/11/09 (3.25 hrs)
08/12/09 (3.00 hrs), 08/13/09 (3.00 hrs), 08/14/09 (6.00 hrs)

| | | |
|---|---|---|
| Kelman, B | 8.00 | $0.00 |

Travel between Seattle and Baton Rouge - No Charge

This invoice may not include other project expenses unavailable at invoice date. Interest of 2% per month charged on accounts outstanding.

**PLEASE REMIT PAYMENT TO:**
**VERITOX®, INC.**



18372 Redmond-Fall City Road • Redmond, WA 98052 • Tel 425-556-5555 • Fax 425-556-5556 • www.veritox.com



Invoice No: 111334
Project No: 20186

| | | |
|---|---|---|
| Technical Support | 18.25 | $2,055.75 |

Assist in the preparation of materials for review by Dr. Kelman, 08/03/09 (2.50 hrs), 08/04/09 (1.50 hrs)
Assist in the preparation of sampling equipment, 08/04/09 (1.50 hrs)
Summarize literature, 08/05/09 (2.00 hrs), 08/06/09 (0.50 hrs)
Assist in the development of opinions, 08/12/09 (4.00 hrs), 08/13/09 (5.00 hrs)
Conduct review of case materials received, 08/13/09 (1.00 hrs)
Summarize environmental testing records, 08/13/09 (0.25 hrs)

| | | |
|---|---|---|
| Library Support | 10.25 | $1,197.00 |

Research; locate; obtain articles; convert to pdf.; catalog
08/05/09 (3.25 hrs), 08/06/09 (1.00 hrs), 08/11/09 (1.00 hrs)
08/12/09 (1.50 hrs), 08/13/09 (1.50 hrs), 08/14/09 (2.00 hrs)

| | | |
|---|---|---|
| Admin Support | 9.00 | $626.00 |

Compile materials, 08/03/09 (1.50 hrs), 08/04/09 (1.25 hrs), 08/12/09 (4.25 hrs)
Download photos, print, and pdf., 08/11/09 (2.00 hrs)

Expenses

| | |
|---|---|
| Airfare | $1,018.21 |
| Color Copy | $121.25 |
| Copy | $88.20 |
| Document retrieval | $28.75 |
| Office Supplies | $19.34 |
| Postage/Delivery | $231.00 |
| Travel | $833.23 |

**Total** **$29,062.48**

Services Rendered
[illegible signature]

This invoice may not include other project expenses unavailable at invoice date. Interest of 2% per month charged on accounts outstanding.

**PLEASE REMIT PAYMENT TO:**
**VERITOX®, INC.**



10/16/09

EIN 91-1877454

BILL TO

**US Dept of Justice - Environmental Torts Section**
1331 Pennsylvania Avenue NW, Rm. 8220-N
Washington, DC 20004

Invoice date: 08/31/2009
Invoice No: 111381
Terms: 30
Due date: 09/30/2009
Project No: 20186
**Wright vForest River**

Attn: Henry Miller, Esq.

cc: Rena L. Brown
US Department of Justice
1331 Pennsylvania Ave. NW, Rm 8220-N
Washington, D.C. 20004

Frankie Free
Ofc of Planning Budget & Evaluation
1100 L Street, NW, Room 9034
Washington, DC 20530

Contract #9W-CIV01-0861
DJ File #157-0-277
Litigation No.: 07-1873
$55,672.00
7/22/09 - 9/24/10

For professional services rendered through August 28, 2009.

| Professional and Technical Services | Hours | Amount |
|---|---|---|
| Kelman, B<br>Read case material<br>08/18/09 (2.25 hrs), 08/27/09 (0.50 hrs), 08/28/09 (2.00 hrs) | 4.75 | $2,018.75 |
| Technical Support<br>Prepare equipment for inspection, 08/19/09 (2.00 hrs)<br>Inventory inspection equipment, 08/27/09 (1.00 hrs) | 3.00 | $249.00 |
| **Total** | | **$2,267.75** |

This invoice may not include other project expenses unavailable at invoice date. Interest of 2% per month charged on accounts outstanding.

**PLEASE REMIT PAYMENT TO:**
**VERITOX®, INC.**

10/2/09
Submitted to Raychel

EIN 91-1877454

BILL TO

**US Dept of Justice - Environmental Torts Section**
1331 Pennsylvania Avenue NW, Rm. 8220-N
Washington, DC 20004

Invoice date: 09/18/2009
Invoice No: 111497
Terms: 30
Due date: 10/18/2009
Project No: 20186
**Wright vForest River**

Attn: Henry Miller, Esq.

cc: Rena L. Brown
US Department of Justice
1331 Pennsylvania Ave. NW, Rm 8220-N
Washington, D.C. 20004

Frankie Free
Ofc of Planning Budget & Evaluation
1100 L Street, NW, Room 9034
Washington, DC 20530

Contract #9W-CIV01-0861
DJ File #157-0-277
Litigation No.: 07-1873
$55,672.00
7/22/09 - 9/24/10

For professional services rendered through September 18, 2009.

| Professional and Technical Services | Hours | Amount |
|---|---|---|
| Kelman, B | 8.25 | $3,506.25 |
| Read new case material and case literature<br>09/02/09 (1.00 hrs), 09/03/09 (1.25 hrs), 09/04/09 (1.00 hrs), 09/09/09 (0.50 hrs), 09/10/09 (1.00 hrs)<br>09/11/09 (1.25 hrs), 09/16/09 (0.50 hrs), 09/17/09 (1.00 hrs), 09/18/09 (0.75 hrs) | | |
| Technical Support | 1.00 | $75.00 |
| Assist in the preparation of materials for review by Dr. Kelman, 09/02/09 (0.25 hrs), 09/09/09 (0.75 hrs) | | |

Expenses

| | |
|---|---|
| *Color Copy* | $7.50 |
| Document retrieval | $91.39 |
| **Total** | **$3,680.14** |

This invoice may not include other project expenses unavailable at invoice date. Interest of 2% per month charged on accounts outstanding.

**PLEASE REMIT PAYMENT TO:**
**VERITOX®, INC.**



EIN 91-1877454

BILL TO

**US Dept of Justice - Environmental Torts Section**
1331 Pennsylvania Avenue NW, Rm. 8220-N
Washington, DC 20004

Invoice date: 10/02/2009
Invoice No: 111546
Terms: 30
Due date: 11/01/2009
Project No: 20186
**Wright vForest River**

Attn: Henry Miller, Esq.

cc: Rena L. Brown
US Department of Justice
1331 Pennsylvania Ave. NW, Rm 8220-N
Washington, D.C. 20004

Frankie Free
Ofc of Planning Budget & Evaluation
1100 L Street, NW, Room 9034
Washington, DC 20530

Contract #9W-CIV01-0861
DJ File #157-0-277
Litigation No.: 07-1873
$55,672.00
7/22/09 - 9/24/10

For professional services rendered through October 2, 2009.

| Professional and Technical Services | Hours | Amount |
|---|---|---|
| Kelman, B | 3.25 | $1,381.25 |
| Read case literature, 09/20/09 (2.00 hrs), 09/22/09 (0.25 hrs), 09/28/09 (1.00 hrs) | | |
| Technical Support | 5.75 | $572.25 |
| Assist in the preparation of materials for review by Dr. Kelman 09/24/09 (0.50 hrs), 09/28/09 (1.25 hrs), 09/29/09 (1.00 hrs) | | |
| Summarize the medical records of Lyndon Wright, 10/02/09 (3.00 hrs) | | |
| Expenses | | |
| Copy | | $145.35 |
| Office Supplies | | $4.60 |
| **Total** | | **$2,103.45** |

This invoice may not include other project expenses unavailable at invoice date. Interest of 2% per month charged on accounts outstanding.

**PLEASE REMIT PAYMENT TO:**
**VERITOX®, INC.**

18372 Redmond-Fall City Road • Redmond, WA 98052 • Tel 425-556-5555 • Fax 425-556-5556 • www.veritox.com



EIN 91-1877454

BILL TO

**US Dept of Justice - Environmental Torts Section**
1331 Pennsylvania Avenue NW, Rm. 8220-N
Washington, DC 20004

Invoice date: 10/31/2009
Invoice No: 111684
Terms: 30
Due date: 11/30/2009
Project No: 20186
**Wright vForest River**

Attn: Henry Miller, Esq.

cc: Rena L. Brown
US Department of Justice
1331 Pennsylvania Ave. NW, Rm 8220-N
Washington, D.C. 20004

Frankie Free
Ofc of Planning Budget & Evaluation
1100 L Street, NW, Room 9034
Washington, DC 20530

Contract #9W-CIV01-0861
DJ File #157-0-277
Litigation No.: 07-1873
$55,672.00
7/22/09 - 9/24/10

For professional services rendered through October 30, 2009.

| Professional and Technical Services | Hours | Amount |
|---|---|---|
| Kelman, B | 14.50 | $6,162.50 |
| Read new case material; prepare report<br>10/05/09 (2.25 hrs), 10/06/09 (5.00 hrs), 10/08/09 (3.25 hrs), 10/09/09 (4.00 hrs) | | |
| Technical Support | | $5,641.75 |
| Summarize the deposition of Lyndon Wright, 10/05/09 (2.75 hrs), 10/06/09 (7.00 hrs)<br>Internal consultation, 10/06/09 (0.25 hrs)<br>Summarize the medical records of :<br>Lyndon Wright, 10/07/09 (3.50 hrs), 10/08/09 (1.50 hrs), 10/09/09 (2.00 hrs)<br>Research; assist in the development of mold certification database, 10/16/09 (2.00 hrs)<br>Summarize environmental testing records, 10/15/09 (1.50 hrs), 10/19/09 (0.25 hrs)<br>Assist in the preparation of materials for review by Dr. Kelman<br>10/06/09 (0.50 hrs), 10/08/09 (2.50 hrs), 10/12/09 (1.50 hrs), 10/19/09 (0.75 hrs)<br>10/21/09 (2.00 hrs), 10/26/09 (1.50 hrs), 10/22/09 (1.50 hrs), 10/26/09 (1.50 hrs) | | |

This invoice may not include other project expenses unavailable at invoice date. Interest of 2% per month charged on accounts outstanding.

**PLEASE REMIT PAYMENT TO:**
**VERITOX®, INC.**



Sent to Rachel 11/27/09 MA

FILE COPY

Invoice No: 111684
Project No: 20186

Assist in the preparation of report materials for Dr. Kelman
10/16/09 (4.50 hrs), 10/19/09 (2.75 hrs), 10/20/09 (1.50 hrs), 10/21/09 (2.25 hrs)
10/22/09 (0.25 hrs), 10/23/09 (0.75 hrs), 10/29/09 (0.75 hrs), 10/30/09 (5.00 hrs)

Expenses

| | |
|---|---|
| Color Copy | $13.75 |
| Copy | $17.40 |
| Office Supplies | $29.49 |
| **Total** | **$11,864.89** |

This invoice may not include other project expenses unavailable at invoice date. Interest of 2% per month charged on accounts outstanding.

**PLEASE REMIT PAYMENT TO:**
**VERITOX®, INC.**



12/9/09

EIN 91-1877454

BILL TO

**US Dept of Justice - Environmental Torts Section**
1331 Pennsylvania Avenue NW, Rm. 8220-N
Washington, DC 20004

Invoice date: 11/15/2009
Invoice No: 111812
Terms: 30
Due date: 12/15/2009
Project No: 20186
**Wright vForest River**

Attn: Henry Miller, Esq.

cc: Rena L. Brown
US Department of Justice
1331 Pennsylvania Ave. NW, Rm 8220-N
Washington, D.C. 20004

Frankie Free
Ofc of Planning Budget & Evaluation
1100 L Street, NW, Room 9034
Washington, DC 20530

Contract #9W-CIV01-0861
DJ File #157-0-277
Litigation No.: 07-1873
$55,672.00
7/22/09 - 9/24/10
$125,000.00 - Modification 0001
07/22/09 - 9/24/10

For professional services rendered through November 13, 2009.

| Professional and Technical Services | Hours | Amount |
|---|---|---|
| B. Kelman, Ph.D., DABT, ATS | 64.75 | $27,518.75 |

Read case materials; prepare for deposition; prepare report
Consults with Dr. Robbins; consult with counsel; direct file preparation
10/12/09 (4.00 hrs), 10/13/09 (3.00 hrs), 10/14/09 (4.00 hrs), 10/15/09 (3.00 hrs), 10/16/09 (5.00 hrs)
10/19/09 (3.75 hrs), 10/20/09 (2.00 hrs), 10/21/09 (4.00 hrs), 10/22/09 (4.00 hrs), 10/23/09 (1.00 hrs)
10/29/09 (0.50 hrs), 10/30/09 (3.50 hrs), 11/01/09 (1.00 hrs), 11/02/09 (6.00 hrs), 11/04/09 (1.50 hrs)
11/05/09 (2.00 hrs), 11/06/09 (1.50 hrs)
Read new case-related literature; direct file preparation
11/09/09 (5.00 hrs), 11/10/09 (3.00 hrs), 11/11/09 (3.00 hrs), 11/12/09 (2.00 hrs), 11/13/09 (2.00 hrs)

This invoice may not include other project expenses unavailable at invoice date. Interest of 2% per month charged on accounts outstanding.

**PLEASE REMIT PAYMENT TO:**
**VERITOX®, INC.**



Invoice No: 111812
Project No: 20186

| | | |
|---|---|---|
| Technical Support | 32.50 | $4,049.25 |
| Summarize the deposition of Lyndon Wright, 10/16/09 (8.00 hrs)<br>Assist in the preparation of materials for review by Dr. Kelman<br>10/26/09 (0.25 hrs), 10/29/09 (2.00 hrs)<br>Assist in the preparation of report materials for Dr. Kelman, 11/02/09 (8.25 hrs)<br>Summarize mold papers from "Toxicology and Industrial Health", Volume 25<br>11/10/09 (4.00 hrs), 11/11/09 (3.50 hrs), 11/12/09 (3.50 hrs), 11/13/09 (3.00 hrs) | | |
| Library Support | 2.50 | $288.00 |
| Research, 10/30/09 (2.00 hrs), 11/10/09 (0.50 hrs) | | |
| **Total** | | **$31,856.00** |

This invoice may not include other project expenses unavailable at invoice date. Interest of 2% per month charged on accounts outstanding.

**PLEASE REMIT PAYMENT TO:**
**VERITOX®, INC.**



FILE COPY

EIN 91-1877454

BILL TO

**US Dept of Justice - Environmental Torts Section**
1331 Pennsylvania Avenue NW, Rm. 8220-N
Washington, DC 20004

Invoice date: 12/15/2009
Invoice No: 111971
Terms: 30
Due date: 01/14/2010
Project No: 20186
**Wright vForest River**

Attn: Henry Miller, Esq.

cc: Rena L. Brown
US Department of Justice
1331 Pennsylvania Ave. NW, Rm 8220-N
Washington, D.C. 20004

Frankie Free
Ofc of Planning Budget & Evaluation
1100 L Street, NW, Room 9034
Washington, DC 20530

Contract #9W-CIV01-0861
DJ File #157-0-277
Litigation No.: 07-1873
$55,672.00
7/22/09 - 9/24/10
$125,000.00 - Modification 0001
07/22/09 - 9/24/10

For professional services rendered through December 11, 2009.

| Professional and Technical Services | Hours | Amount |
|---|---|---|
| B. Kelman, Ph.D., DABT, ATS | 26.25 | $11,156.25 |
| Prepare file; prepare for deposition; consult with Dr. Robbins; consult with counsel<br>12/03/09 (3.00 hrs), 12/04/09 (3.75 hrs), 12/06/09 (1.25 hrs), 12/07/09 (3.00 hrs)<br>12/08/09 (3.50 hrs), 12/09/09 (3.50 hrs), 12/10/09 (4.00 hrs), 12/11/09 (4.25 hrs) | | |
| Technical Support | 34.75 | $4,291.50 |
| Assist in the preparation of deposition materials for Dr. Kelman; send materials<br>11/30/09 (1.25 hrs), 12/03/09 (2.50 hrs), 12/04/09 (3.00 hrs), 12/07/09 (5.25 hrs)<br>12/08/09 (1.75 hrs), 12/09/09 (1.50 hrs), 12/10/09 (5.50 hrs), 12/11/09 (3.50 hrs)<br>Summarize medical records, 12/03/09 (6.00 hrs), 12/04/09 (0.50 hrs)<br>Summarize environmental testing records, 12/04/09 (0.25 hrs)<br>Assist in the development of case timeline, 12/03/09 (1.75 hrs), 12/04/09 (1.75 hrs)<br>Assist in the preparation of exhibits for deposition testimony, 12/10/09 (0.25 hrs) | | |

This invoice may not include other project expenses unavailable at invoice date. Interest of 2% per month charged on accounts outstanding.

**PLEASE REMIT PAYMENT TO:**
**VERITOX®, INC.**

18372 Redmond-Fall City Road • Redmond, WA 98052 • Tel 425-556-5555 • Fax 425-556-5556 • www.veritox.com



Invoice No: 111971
Project No: 20186

| | | |
|---|---|---|
| Library Support | 7.50 | $886.50 |
| Research; consult with staff<br>12/03/09 (1.00 hrs), 12/04/09 (0.25 hrs), 12/08/09 (0.50 hrs)<br>12/09/09 (1.00 hrs), 12/10/09 (0.50 hrs), 12/11/09 (4.25 hrs) | | |
| Admin Support | 1.50 | $102.00 |
| Provide support to Dr. Kelman, 12/03/09 (0.25 hrs), 12/04/09 (0.50 hrs)<br>Create CDs; send fedex, 12/07/09 (0.75 hrs) | | |

Expenses

| | |
|---|---|
| Color Copy | $48.75 |
| Copy | $33.30 |
| Office Supplies | $27.60 |
| **Total** | **$16,545.90** |

This invoice may not include other project expenses unavailable at invoice date. Interest of 2% per month charged on accounts outstanding.

**PLEASE REMIT PAYMENT TO:**
**VERITOX®, INC.**



FILE COPY

EIN 91-1877454

BILL TO

**US Dept of Justice - Environmental Torts Section**
1331 Pennsylvania Avenue NW, Rm. 8220-N
Washington, DC 20004

Invoice date: 12/31/2009
Invoice No: 112052
Terms: 30
Due date: 01/30/2010
Project No: 20186
**Wright vForest River**

Attn: Henry Miller, Esq.

cc: Rena L. Brown
US Department of Justice
1331 Pennsylvania Ave. NW, Rm 8220-N
Washington, D.C. 20004

Frankie Free
Ofc of Planning Budget & Evaluation
1100 L Street, NW, Room 9034
Washington, DC 20530

Contract #9W-CIV01-0861
DJ File #157-0-277
Litigation No.: 07-1873
$55,672.00
7/22/09 - 9/24/10
$125,000.00 - Modification 0001
07/22/09 - 9/24/10

For professional services rendered through December 31, 2009.

| Professional and Technical Services | Hours | Amount |
|---|---|---|
| B. Kelman, Ph.D., DABT, ATS<br>Prepare for deposition; consult with counsel; preserve deposition materials<br>12/14/09 (8.25 hrs), 12/15/09 (5.50 hrs), 12/16/09 (0.25 hrs) | 14.00 | $5,950.00 |
| Technical Support<br>Assist with analysis of new case-specific literature<br>12/14/09 (3.50 hrs), 12/15/09 (2.00 hrs), 12/16/09 (3.00 hrs), 12/17/09 (3.50 hrs), 12/18/09 (4.00 hrs)<br>12/21/09 (5.00 hrs), 12/22/09 (2.00 hrs), 12/23/09 (1.00 hrs), 12/29/09 (3.00 hrs), 12/30/09 (4.50 hrs)<br>Assist in the preparation of deposition materials for Dr. Kelman, 12/14/09 (2.50 hrs), 12/15/09 (8.25 hrs) | 42.25 | $6,144.50 |

This invoice may not include other project expenses unavailable at invoice date. Interest of 2% per month charged on accounts outstanding.

**PLEASE REMIT PAYMENT TO:**
**VERITOX®, INC.**

18372 Redmond-Fall City Road • Redmond, WA 98052 • Tel 425-556-5555 • Fax 425-556-5556 • www.veritox.com

Invoice No: 112052
Project No: 20186

| | | |
|---|---|---|
| Library Support | 9.25 | $1,095.00 |
| Assist in the preparation of materials for review by Dr. Kelman, 12/14/09 (2.50 hrs) Research; receive articles; convert to pdf.; catalog, 12/14/09 (2.25 hrs), 12/18/09 (2.00 hrs) 12/21/09 (1.50 hrs), 12/22/09 (0.25 hrs), 12/23/09 (0.50 hrs), 12/28/09 (0.25 hrs) | | |
| Admin Support | 0.50 | $34.00 |
| Compile materials, 12/14/09 (0.50 hrs) | | |

Expenses

| | |
|---|---|
| Document retrieval | $24.98 |
| Other | $13.55 |
| Postage/Delivery | $27.68 |
| Travel | $90.27 |
| **Total** | **$13,379.98** |

This invoice may not include other project expenses unavailable at invoice date. Interest of 2% per month charged on accounts outstanding.

**PLEASE REMIT PAYMENT TO:**
**VERITOX®, INC.**



EIN 91-1877454

BILL TO

**US Dept of Justice - Environmental Torts Section**
1331 Pennsylvania Avenue NW, Rm. 8220-N
Washington, DC 20004

Invoice date: 01/15/2010
Invoice No: 112129
Terms: 30
Due date: 02/14/2010
Project No: 20186
**Wright vForest River**

Attn: Henry Miller, Esq.

cc: Rena L. Brown
US Department of Justice
1331 Pennsylvania Ave. NW, Rm 8220-N
Washington, D.C. 20004

Frankie Free
Ofc of Planning Budget & Evaluation
1100 L Street, NW, Room 9034
Washington, DC 20530

Contract #9W-CIV01-0861
DJ File #157-0-277
Litigation No.: 07-1873
$55,672.00
7/22/09 - 9/24/10
$125,000.00 - Modification 0001
07/22/09 - 9/24/10

For professional services rendered through January 15, 2010.

| Professional and Technical Services | Hours | Amount |
|---|---|---|
| B. Kelman, Ph.D., DABT, ATS<br>Read deposition for corrections; read new case materials<br>01/06/10 (1.25 hrs), 01/07/10 (4.75 hrs), 01/08/10 (6.00 hrs), 01/11/10 (5.00 hrs)<br>01/12/10 (1.00 hrs), 01/13/10 (4.00 hrs), 01/15/10 (3.00 hrs) | 25.00 | $10,625.00 |
| Technical Support<br>Review new potential case specific literature<br>01/04/10 (2.50 hrs), 01/05/10 (1.00 hrs), 01/06/10 (2.50 hrs)<br>Review the deposition of Dr. Kelman, 01/08/10 (1.50 hrs) | 7.50 | $1,113.00 |
| Library Support<br>Obtain articles; convert to pdf.; catalog<br>01/08/10 (0.25 hrs), 01/11/10 (0.50 hrs), 01/12/10 (0.50 hrs), 01/13/09 (2.00 hrs), 01/15/10 (0.75 hrs) | 4.00 | $480.00 |

This invoice may not include other project expenses unavailable at invoice date. Interest of 2% per month charged on accounts outstanding.

**PLEASE REMIT PAYMENT TO:**
**VERITOX®, INC.**

18372 Redmond-Fall City Road • Redmond, WA 98052 • Tel 425-556-5555 • Fax 425-556-5556 • www.veritox.com



Invoice No: 112129
Project No: 20186

| | | |
|---|---|---|
| Admin Support<br>Compile material, 01/12/10 (0.50 hrs) | 0.50 | $34.00 |
| Expenses | | |
| Document retrieval | | $374.36 |
| **Total** | | **$12,626.36** |

This invoice may not include other project expenses unavailable at invoice date. Interest of 2% per month charged on accounts outstanding.

**PLEASE REMIT PAYMENT TO:**
**VERITOX®, INC.**