UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant Shaw Environmental, Inc. (hereinafter referred to as "Shaw"), who moves this Honorable Court for an Order allowing Roy C. Cheatwood (La. Bar #04010) of the law firm of Baker Donelson Bearman Caldwell & Berkowitz, PC, to be enrolled as additional counsel of record for defendant Shaw, together with M. David Kurtz, Karen Kaler Whitfield, and Catherine N. Thigpen of the law firm of Baker Donelson Bearman Caldwell & Berkowitz, PC, who are already enrolled as counsel of record for defendant Shaw in the captioned MDL proceeding.

WHEREFORE, defendant Shaw Environmental, Inc. requests this Honorable Court to enter an Order enrolling Roy C. Cheatwood (La. Bar #04010) of the law firm of Baker Donelson Bearman Caldwell & Berkowitz, PC, as additional counsel of record.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

  /s/ M. David Kurtz
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

  /s/ M. David Kurtz