UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

The foregoing Motion to Enroll Additional Counsel of Record filed by defendant Shaw Environmental, Inc., having been duly considered,

IT IS ORDERED that Roy C. Cheatwood (La. Bar #04010) of the law firm of Baker Donelson Bearman Caldwell & Berkowitz, PC, be and hereby is enrolled as additional counsel of record for defendant Shaw Environmental, Inc. in the captioned MDL proceeding.

New Orleans, Louisiana, this ____ day of February, 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**