UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABLIITY LITIGATION | * | |
| | * | Section: "N-5" |
| This Document Relates to: | * | |
| *Barbara Anderson v. Forest River, Inc., et al,* | * | JUDGE ENGELHARDT |
| EDLA No. 09-6173 | * | MAG. JUDGE CHASEZ |

******************************************************************

## NOTICE OF VOLUNTARY DISMISSAL OF
## CH2M HILL CONSTRUCTORS, INC., WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes the Named Plaintiff who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives notice of her voluntary dismissal, without prejudice, of the claims asserted against CH2M Hill Constructors, Inc., in the Complaint previously filed in these proceedings.

Respectfully submitted:

GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC

BY: /s/ Justin I. Woods
     GERALD E. MEUNIER, #9471
     JUSTIN I. WOODS, #24713
     2800 Energy Centre, 1100 Poydras Street
     New Orleans, Louisiana 70163
     Telephone:   504/522-2304
     Facsimile:    504/528-9973
     gmeunier@gainsben.com
     jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Justin I. Woods
JUSTIN I. WOODS, #24713