UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABLIITY LITIGATION | * | |
| | * | Section: "N-5" |
| This Document Relates to: | * | |
| *Barbara Anderson v. Forest River, Inc., et al,* | * | JUDGE ENGELHARDT |
| EDLA No. 09-6173 | * | MAG. JUDGE CHASEZ |

******************************************************************

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

The Named Plaintiff through undersigned counsel respectfully supplements and amends her original Complaint in the following respects:

1.

Named Plaintiff seeks to amend the original Complaint by substituting "Alliance Homes, Inc., d/b/a Adrian Homes" in place of defendants "Morgan Buildings & Spas, Inc., and Morgan Building Systems" by substituting the following paragraph for paragraphs 4 and 5 of the original Complaint:

4. Defendant, Alliance Homes, Inc., d/b/a Adrian Homes, is, upon information and belief an entity incorporated in the state of Georgia, which conducts business in the State of Louisiana, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Louisiana.

2.

The Named Plaintiff further seeks to amend her original Complaint by asserting all factual allegations originally made as to Morgan Building & Spas, Inc., and Morgan Building Systems, Inc., substituting Alliance Homes, Inc., d/b/a Adrian Homes, in their place.

3.

The Named Plaintiff further seeks to amend the original Complaint by substituting the following paragraphs in place of paragraphs 104 – 115 in the original Complaint:

**COUNT 4**

**CAUSE OF ACTION AGAINST ALLIANCE HOMES, INC., D/B/A ADRIAN HOMES, UNDER LOUISIANA PRODUCTS LIABILITY ACT**

104. Alliance Homes is a manufacturer of housing units occupied by the Plaintiff, which units constitute products under the Louisiana Products Liability Act [LPLA].

105. The exposure to Plaintiff of formaldehyde fumes from Alliance Homes' products and equipment resulted from the normal, foreseeable, and intended use of the products and equipment, without substantial alteration in the condition in which Alliance Homes sold these housing units.

106. The design of the housing units, using plywood, press board, other composite wood products and other products that contain formaldehyde is defective and posed an unreasonable risk of harm to Plaintiff.

107. Alternatively, the use of plywood, press board, other composite wood products and other products that contain formaldehyde constitutes a defect in composition or manufacture that posed an unreasonable risk of harm to Plaintiff.

108. Alliance Homes' product, equipment and supplies used by Plaintiff were in a defective condition and were unreasonably dangerous under normal use at the time the products and equipment left Alliance Homes' control.  Plaintiff was an intended and foreseeable user of the alleged defective products and damages and losses to Plaintiff reasonably could have been anticipated by Alliance Homes.

109. The defects in Alliance Homes' housing units are the result of and/or include, but are not limited to, the following:

   i. In failing to design their product so as not to emit dangerous levels of formaldehyde;

   ii. In providing housing units which, by virtue of their design and/or manufacture and/or composition, were unreasonably dangerous under reasonably anticipated use;

   iii. In providing housing units which, by virtue of a lack of an adequate warning(s), were unreasonably dangerous under reasonably anticipated use;

   iv. In providing housing units which did not conform to the express warranties made by Alliance Homes regarding their fitness for use as reasonably anticipated;

   v. In manufacturing, testing, marketing, distributing, licensing and selling of unreasonably dangerous housing units;

vi. In failing to properly test the housing units to property evaluate the level of emissions of formaldehyde under foreseeable conditions for extended periods of time;

vii. In failing to warn Plaintiff of the unreasonably dangerous nature of the housing unit occupied by the Plaintiff, or warn adequately of the presence of excessive levels of emissions of formaldehyde and the hazards associated with the excess levels of emissions of formaldehyde in the unit.

viii. In failing to insure that the housing units it manufactured and provided to Plaintiff were suitable for their intended use;

ix. In failing to adhere to any and all express warranties of fitness and safety for the housing units they manufactured and provided;

x. In manufacturing and providing housing units which were unduly dangerous due to their emissions of formaldehyde; and,

xi. Such other indicia of fault under the LPLA as will be shown at the trial of this matter.

4.

The Named Plaintiff further seeks to amend the original Complaint by substituting the following paragraphs in place of the paragraph 130 in the original Complaint:

130. In addition to and by way of summarizing the compensatory damages prayed for herein, Plaintiff avers that the defendants, the United States of America through FEMA and

Forest River, Gulf Stream, Alliance Homes, Inc., d/b/a Adrian Homes as well as Shaw and Fluor, individually and/or jointly are responsible for all damages which Plaintiff herein has suffered and continues to suffer as a consequence of defendants' acts and/or omissions as pled herein, which damages include, but are not limited to, past and future physical injuries, past and future mental and physical pain and suffering, past and future physical impairments and disability, past and future reasonable and necessary medical expenses, past and future loss of earning capacity, past and future loss of enjoyment and quality of life and other damages and injuries, loss of consortium, and loss of use and/or opportunity to use safe and adequate shelter during the period of displacement from a natural disaster, as well as, all general, special, incidental and consequential damages as shall be proven at the time of trial.

5.

The Named Plaintiff further seeks to amend the original Complaint by substituting the following paragraphs in place of Prayer for Relief in the original Complaint:

WHEREFORE, the Plaintiff prays that Forest River, Gulf Stream, Alliance Homes, Inc., d/b/a Adrian Homes, Shaw, Fluor, and the Federal Government be served with a copy of this Complaint, and that, after due proceedings:

1. there be a judgment herein in favor of Plaintiff and against Defendants for all compensatory damages together will legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter;

2. there be specially included in the judgment in Plaintiff's favor, provisions for the following damages and relief as found applicable and supported by the evidence:

   a. past and future physical injuries,

   b. past and future mental and physical pain and suffering,

   c. past and future physical impairments and disability,

   d. past and future reasonable and necessary medical expenses,

   e. past and future loss of earning capacity,

   f. past and future loss of enjoyment and quality of life,

   g. loss of consortium and/or society,

   h. compensable out-of-pocket expenses related to defendants' wrongdoing, and

   i. costs of court,

3. all other general, equitable, and further relief as the Court may deem just and proper.

6.

As no answer has been filed in the above captioned matter, the Named Plaintiff is entitled to amend their Complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

WHEREFORE, plaintiff respectfully supplements and amends the original Complaint in the foregoing respects, and otherwise reiterates and re-avers all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:  s/Justin I. Woods
     GERALD E. MEUNIER, #9471
     JUSTIN I. WOODS, #24713
     Gainsburgh, Benjamin, David,
     Meunier & Warshauer, L.L.C.
     2800 Energy Centre
      1100 Poydras Street
     New Orleans, Louisiana  70163
     Telephone:     504/522-2304
     Facsimile:     504/528-9973
     jwoods@gainsben.com

**PLEASE SERVE:**

Alliance Homes, Inc. d/b/a Adrian Homes
Through its Agent for Service of Process
Glinn H. Spann
734 E. Main St.
Adrian, GA  31002

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods

JUSTIN I. WOODS, # 24713