ST TAMMANY PARISH CLERK OF COURT

N O T I C E   O F   S E R V I C E
PLAINTIFF NO. 1

DATE: 12/09/2009  TIME: 08:58:48

SUIT NO. 200914803

NOEL GHERGICK
VS
RECREATION BY DESIGN LLC

SERVICE DATE: 11/23/2009                    POSTED DATE: 12/07/2009

TYPE: DOMICILIARY

SERVICE NOTES: CITATION

ISSUED TO OR PERSON SERVED:
RECREATION BY DESIGN LLC THRU AGT - LAS

PALERMO J ROCK III
PO BOX 2125
LAKE CHARLES, LA 70602

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**NOEL GHERGICK
VS. 2:07-MDL-1873
RECREATION BY DESIGN, LLC, ET AL**

<u>**THIS CASE IS RELATED TO:**</u>
**NOEL GHERGICK
VS. NO. 2:09-CV-7624
RECREATION BY DESIGN, LLC, ET AL**