No. 114-150   Div D   Date: NOV. 2, 2009

GRAHAM
                              vs.

JAYCO, INC.

The following service was made on defendant(s):

FLUOR ENTERPRISES, INC. (THRU CORP. SERV. CO.)

11-18-09 Thru Corp Ser - Jenine Schutte

No Service ☐ Reason_____
              LENA R. TORRES, Clerk of Court

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**LARRY GRAHAM**
**VS. 2:07-MDL-1873**
**JAYCO, INC., ET AL**

**THIS CASE IS RELATED TO:**
**LARRY GRAHAM**
**VS. NO. 2:09-CV-7613**
**JAYCO, INC., ET AL**