UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Earline Castanel v. Recreation By Design, LLC, et al.*, No. 09-3251

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## UNITED STATES OF AMERICA'S MOTION FOR AN AWARD OF COSTS

The United States of America ("United States") hereby moves, pursuant to Fed. R. Civ. P. 54, for an award of its costs incurred in defending against Plaintiff Earline Castanel's claims brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq*. For the reasons more fully stated in the accompanying Memorandum of law, the United States respectfully requests that the Court grant the award the United States seeks through this Motion.

| | |
|---|---|
| Dated:   February 26, 2010. | Respectfully Submitted, |

| | |
|---|---|
| TONY WEST | ADAM BAIN |
| Assistant Attorney General, Civil Division | HENRY T. MILLER |
| | Senior Trial Counsel |
| J. PATRICK GLYNN | ADAM DINNELL |
| Director, Torts Branch, Civil Division | MICHELE GREIF |
| | JONATHAN WALDRON |
| DAVID S. FISHBACK | Trial Attorneys |
| Assistant Director | |
| OF COUNSEL: | *//S// Michelle Boyle* |
| | MICHELLE BOYLE (Va. Bar No. 73710) |
| JORDAN FRIED | Trial Attorney |
| Associate Chief Counsel | United States Department of Justice |
| | Civil Division – Torts Branch |
| JANICE WILLIAMS-JONES | P.O. Box 340, Ben Franklin Station |
| Senior Trial Attorney | Washington, D.C. 20004 |
| Federal Emergency Management Agency | Telephone No:  (202) 616-4447 |
| Department of Homeland Security | E-mail:  Michelle.Boyle@USDOJ.Gov |
| Washington, D.C. 20472 | |
| | Attorneys for the United States of America |

### CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Michelle Boyle*
MICHELLE BOYLE (Va. Bar No. 73710)