UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER           MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION           SECTION N-5
                               JUDGE ENGELHARDT
                               MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

*Earline Castanel v. Recreation By Design, LLC, et al.*, No. 09-3251

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF HEARING

PLEASE TAKE NOTICE that defendant United States of America's "Motion for an Award of Costs" is set for hearing before the Honorable Kurt D. Engelhardt, Judge, United States District Court, Eastern District of Louisiana, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, Room C-351, New Orleans, Louisiana, on the 24th day of March, 2010, at 9:30 am.

DONE AND SIGNED this _____ day of _____, 2010.

_____
HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Dated:  February 26, 2010.                                   Respectfully Submitted,

| | |
|---|---|
| TONY WEST | ADAM BAIN |
| Assistant Attorney General | HENRY T. MILLER |
| | Senior Trial Counsel |
| J. PATRICK GLYNN | |
| Director | MICHELE GREIF |
| | JONATHAN WALDRON |
| DAVID S. FISHBACK | ADAM DINNELL |
| Assistant Director | Trial Attorneys |
| | |
| OF COUNSEL: | *//S// Michelle Boyle* |
| | MICHELLE BOYLE (Va. Bar No. 73710) |
| JORDAN FRIED | Trial Attorney |
| Associate Chief Counsel | U.S. Dept. of Justice, Civil Division |
| | P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAMS-JONES | Washington, D.C. 20004 |
| Senior Trial Attorney | Telephone No:  (202) 616-4447 |
| Federal Emergency Management Agency | E-mail:  Michelle.Boyle@USDOJ.Gov |
| Department of Homeland Security | |
| Washington, D.C. 20472 | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Michelle Boyle*
MICHELLE BOYLE (Va. Bar No. 73710)