|  |  |  |
|---|---|---|
| 140996 | 1/29/2010 | 63112 |
|  | 1/13/2010 | 1873 |

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

30 days

1 COPY OF TRANSCRIPT OF:
   Alan Bowers, M.D. (Re: Castanel)      357.05

**TOTAL DUE  >>>**  **$357.05**

Adam Dinnell attended

**Tax ID:** 72-1177884      Phone: 202-616-4449     Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

Invoice No.    : 140996
Invoice Date   : 1/29/2010
**Total Due**     : **$357.05**

Job No.   : 63112
BU ID     : 1-REP
Case No.  : 1873
Case Name : In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Remit To:  **Professional Shorthand Reporters, Inc.**
   **601  Poydras Street**
   **Suite 1615**
   **New Orleans, LA  70130**



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139637 | 12/4/2009 | 62774 |
| **JOB DATE** | **CASE NUMBER** | |
| 12/2/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| 30 days |

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

---

ORIGINAL TRANSCRIPT OF:
Earline Castanel (Re: Castanel)                                            520.46

**TOTAL DUE >>>**                    **$520.46**

Condensed transcript sent to deponent for reading & signing

Hen Miller attended

Service(s) Rendered on 12/2/09
Received on 12/14/09

_Attorney Signature_  1/5/2010

---

**Tax ID:** 72-1177884                                         Phone: 202-616-4449   Fax:

*Please detach bottom portion and return with payment.*

---

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

| | |
|---|---|
| Invoice No. | : 139637 |
| Invoice Date | : 12/4/2009 |
| **Total Due** | **: $ 520.46** |

| | |
|---|---|
| Job No. | : 62774 |
| BU ID | : 1-REP |
| Case No. | : 1873 |
| Case Name | : In Re: FEMA Trailer Formaldehyde products Liability Litigation |

Remit To: **Professional Shorthand Reporters, Inc.**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

| | | |
|---|---|---|
| 140783 | 1/22/2010 | 63118 |
| 1/20/2010 | 1873 | |

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

30 days

1 COPY OF TRANSCRIPT OF:
    Joseph M. Gautreaux, III, M.D. (Re: Castanel)                        272.20

**TOTAL DUE >>>**      **$272.20**

Michele S. Greif attended

**Tax ID:** 72-1177884          Phone: 202-616-4449    Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

Invoice No.    :   140783
Invoice Date  :   1/22/2010
**Total Due**     :   **$272.20**

Job No.    :   63118
Remit To:   **Professional Shorthand Reporters, Inc.**      BU ID      :   1-REP
           **601  Poydras Street**
           **Suite 1615**                                              Case No.   :   1873
           **New Orleans, LA  70130**                 Case Name  :   In Re: FEMA Trailer Formaldehyde Products Liability Litigation

|  |  |  |
|---|---|---|
| 140990 | 1/29/2010 | 63115 |
| 1/18/2010 | 1873 | |

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

30 days

1 COPY OF TRANSCRIPT OF:
  Carter Paddock, M.D. (Re: Castanel)                                            314.05

                                               **TOTAL DUE >>>**        **$314.05**

Michelle Greif attended

**Tax ID:** 72-1177884                                                           Phone: 202-616-4449   Fax:

*Please detach bottom portion and return with payment.*

Conanan, Chelsea
U. S. Department of Justice
1331 Pennsylvania Ave., NW Room 82303-N
Franklin Station, P. O. Box 340
Washington, DC  20044

| | | |
|---|---|---|
| Invoice No. | : | 140990 |
| Invoice Date | : | 1/29/2010 |
| **Total Due** | : | **$314.05** |

| | | |
|---|---|---|
| Job No. | : | 63115 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde Products Liability Litigation |

Remit To:  **Professional Shorthand Reporters, Inc.**
           **601  Poydras Street**
           **Suite 1615**
           **New Orleans, LA  70130**