UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
the September 13, 2010 bellwether trial

### PRETRIAL ORDER NO. 61

Based upon the agreement amongst the parties and the Court's instruction,

**IT IS ORDERED** that Robin Lewis shall serve as the bellwether Plaintiff in the September 13, 2010 Gulf Stream bellwether trial.

**IT IS FURTHER ORDERED** that, in the event that Lewis is rendered unable to serve as bellwether plaintiff in this trial, Charles Easton, Jr. shall be the substitute bellwether plaintiff.

**IT IS FURTHER ORDERED** that, in the event that Lewis and Easton are each rendered unable to serve as bellwether plaintiff in this trial, Daniel Porter shall be the substitute bellwether plaintiff.

**IT IS FINALLY ORDERED** that the parties shall engage in pre-trial discovery and trailer testing on all of these selections (Lewis and substitutes, Easton and Porter) and be ready to proceed to trial on September 13, 2010 on one of these selections.

NEW ORLEANS, LOUISIANA, this 26th day of February, 2010.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

1