MINUTE ENTRY
ENGELHARDT, J.
February 25, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                            SECTION "N"  (5)

THIS DOCUMENT IS RELATED TO:
*Lyndon Wright v. Forest River, Inc., et al*
*Case No. 09-2977 (E.D. La.)*

       A pre-trial conference was conducted on Thursday, February 25, 2010, at 9:30 a.m. Participating were Ernest Geiger, Jason Bone, Carson Strickland, Dennis Reich, Chris Penedo, Karen Whitfield, David Kurtz, Paul Dominick, Aaron Ahlquist, Frank D'Amico, Jerry Meunier.

Court Reporter: Jodi Simcox

JS10(0:65)