UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2977

## ORDER AND REASONS

Before the Court is the Plaintiff's Motion for Partial Summary Judgment with Respect to Certain Affirmative Defenses of Forest River, Inc. (Rec. Doc. 10940), filed by Plaintiff Lyndon Wright. In this motion, Plaintiff moves for summary judgment on the seventh and Ninth affirmatives defenses raised by Forest River, Inc. ("Forest River") in its Answer (See Rec. Doc. 10041). After considering the memoranda filed by the parties and the applicable law,

**IT IS ORDERED** that the **Plaintiff's Motion for Partial Summary Judgment with Respect to Certain Affirmative Defenses of Forest River, Inc. (Rec. Doc. 10940)** is **DENIED**, for all the same reasons as stated by Forest River in its Opposition (See Rec. Doc. 11532) to the instant motion.

New Orleans, Louisiana, this 26th day of February, 2010.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　**United States District Court**

1