**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| **IN RE:** | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | |
| | **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | | * | |
| | | * | **JUDGE ENGELHARDT** |
| | | * | **MAGISTRATE CHASEZ** |
| | | * | |
| **THIS DOCUMENT PERTAINS TO** | | * | |
| | | * | |

CIVIL CASE NOS. 09-4676, 09-4677, 09-4678, *
09-4679, 09-4680, 09-4681, 09-4682, 09-4683, *
09-4684, 09-4685, 09-4686, 09-4687, 09-4688, *
09-4689, 09-4690, 09-4691, 09-4692, 09-4693, *
09-4694, 09-4695, 09-4696, 09-4697, 09-4698, *
09-4699, 09-4700, 09-4701, 09-4702, 09-4703, *
09-4704, 09-4705, 09-4706, 09-4707, 09-4708, *
09-4709, 09-4710, 09-4711, 09-4712, 09-4713, *
09-4714, 09-4716, 09-4717, 09-4718, 09-4719, *
09-4721, 09-4722, 09-4724, 09-4725, 09-4726, *
09-4727, 09-4728, 09-4729, 09-4730, 09-4731, *
09-4733, 09-4734, 09-4737, 09-4738, 09-4739, *
09-4741, 09-4743, 09-4744, 09-4746, 09-4747, *
09-4749, 09-4752, 09-4754, 09-4755, 09-4756, *
09-4757, 09-4758, 09-5984, 09-5989, 09-6162, *
09-6164, 09-6167, 09-6169, 09-6171, 09-6417, *
09-6418, 09-6496, 09-6502, 09-6503, 09-6505, *
09-6635, 09-6637, 09-6639, 09-6640, 09-6641  *
09-6642, 09-6718, 09-6719, 09-6916, 09-6917, *
09-6918, 09-6919, 09-6920, 09-6923, 09-6924, *
09-6925, 09-6926, 09-6927, 09-6928, 09-6929, *
09-6930, 09-6931, 09-6932, 09-6933, 09-6935, *
09-6936, 09-6937, 09-6938, 09-6939, 09-6940, *
09-6941, 09-6942, 09-6943, 09-6944, 09-6945, *
09-6946, 09-6947, 09-6948, 09-6951, 09-6954, *
09-6955, 09-6956, 09-6957, 09-6958, 09-6959, *
09-6960, 09-6962, 09-6964, 09-6965, 09-6966, *
09-7063, 09-7064, 09-7065, 09-7066, 09-7067, *
09-7068, 09-7069, 09-7070, 09-7072, 09-7073, *
09-7074, 09-7075, 09-7076, 09-7078, 09-7079, *
09-7080, 09-7081, 09-7083, 09-7084, 09-7085, *
09-7086, 09-7087, 09-7088, 09-7090, 09-7092, *
09-7093, 09-7094, 09-7095, 09-7096, 09-7099, *

```
09-7100, 09-7101, 09-7102, 09-7104, 09-7106,   *
09-7107, 09-7108, 09-7109, 09-7110, 09-7112,   *
09-7115, 09-7118, 09-7119, 09-7120, 09-7122,   *
09-7123, 09-7124, 09-7398, 09-7399, 09-7400,   *
09-7401, 09-7402, 09-7403, 09-7404, 09-7405,   *
09-7406, 09-7411, 09-7412, 09-7413, 09-7414,   *
09-7415, 09-7416, 09-7417, 09-7418, 09-7419,   *
09-7420, 09-7421, 09-7422, 09-7423, 09-7425,   *
09-7426, 09-7427, 09-7428, 09-7429, 09-7430,   *
09-7439, 09-7530, 09-7531, 09-7532, 09-7533,   *
09-7534, 09-7535, 09-7536, 09-7792, 09-7794,   *
09-7796, 09-7797, 09-7798, 09-7799, 09-7800,   *
09-7802, 09-7804, 09-7806, 09-7808, 09-7813,   *
09-7814, 09-7815, 09-7816, 09-7818, 09-7819,   *
09-7822, 09-7823, 09-7824, 09-7827, 09-7828,   *
09-7830, 09-7831, 09-7833, 09-7835, 09-7837,   *
09-7838, 09-7840, 09-7841, 09-7842, 09-7843,   *
09-7845, 09-7846, 09-7853, 09-7854, 09-7855,   *
09-7856, 09-7857, 09-7858, 09-7859, 09-7887,   *
09-7889, 09-7890, 09-7891, 09-7892, 09-7893,   *
09-7894, 09-7895, 09-7896, 09-7897, 09-7898,   *
09-7899, 09-7903, 09-7904, 09-7905, 09-7907,   *
09-7909, 09-7910, 09-7911, 09-7912, 09-7916,   *
09-7918, 09-7919, 09-7921, 09-7922, 09-7924,   *
09-7925, 09-7960, 09-7962, 09-7963, 09-7965,   *
09-7973, 09-7980, 09-7983, 09-7984, 09-7987,   *
09-7990, 09-7991, 10-0534                      *
```

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## WATTS/HILLIARD'S MOTION FOR EXTENSION OF TIME TO MATCH PLAINTIFFS PURSUANT TO PRETRIAL ORDER NOS. 40, 49 AND 53

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs listed on the attached Exhibit "A" and Exhibit "B", who respectfully submit to this Honorable Court this motion for an extension of time to match certain limited plaintiffs in compliance with Pretrial Orders 40 49 and 53.  Pretrial Order ("PTO") 40 requires all unmatched plaintiffs to be matched with a specific manufacturing defendant and contractor within 45 days of the date of filing of the complaint.  This deadline is subject to extension for good cause shown.  Pretrial Order ("PTO") 53 ordered that third party contractor/installer defendants

2

are hereby incorporated into the matching requirements contained in Pretrial Order No. 40 and Pretrial Order No. 49 (Rec. Doc. 9073).

On or about September 15, 2009, the Court granted an indefinite extension of time for all Plaintiffs to file amended complaints matching the plaintiffs with a specific manufacturing defendant, pending the ruling on Plaintiffs' Motion to Compel the United States to Produce "Disaster" and/or Individual Assistance Filed Maintained by FEMA by Magistrate Judge Chasez (Rec. Doc. 3324).  On December 8, 2009, the Court vacated the September 15, 2009 Order and stated that all unmatched plaintiffs shall be matched with a specific manufacturing defendant within 45 days of the filing of the Complaint, or, if the Complaint has already been filed/transferred to this Court, within 20 days of the entry of this Order (Rec. Doc. 8908).  The undersigned requested an extension for an additional 60 days to match their clients.  On or about January 19, 2010, the Court granted the extension (Rec. Doc. 10386).

The undersigned hereby requests an extension to match their clients to the manufacturer and contractor/installer.  For the reasons explained in the Memorandum in Support, it is submitted that good cause exists for an extension to file amended complaints matching the unmatched plaintiffs filed by the Watts Hilliard, L.L.P. group.

        Respectfully submitted,

        /s/ Robert C. Hilliard

        _____
        **ROBERT C. HILLIARD**
        **Trial Attorney in Charge for Plaintiffs**
        Texas State Bar No. 09677700
        Southern District of TX Federal ID No.  5912
        Kevin W. Grillo, Of Counsel
        Texas State Bar No. 08493500
        Southern District of TX Federal ID No. 4647
        ROBERT C. HILLIARD, L.L.P.

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958
**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 26th day of February.

                /s/ Robert C. Hilliard
                _____
                **ROBERT C. HILLIARD**