Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

February 25, 2010

Ball v. Stewart Park Homes, Inc., et al
Case No. # 2:09-cv-07265

Dear Sir or Madam:

Please issue summons on the Amended Complaint for Damages to the following:

United States of America
Through the Office of the US Attorney
for the Eastern District of Louisiana
James Letten, US Attorney

Honorable Eric Holder
US Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530

W. Craig Fugate
Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472

Stewart Park Homes, Inc.

Shaw Environmental, Inc.

Very truly yours,
*/s/Matthew B. Moreland*
Becnel Law Firm, LLC
106 W. 7th Street
P.O. Drawer H
Reserve, LA 70084