# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N" (5) |
| This applies to *Blanca Alvarado v. Keystone Industries, Inc., et al.* No. 09-4105 (E.D. La.) | JUDGE ENGELHARDT |
| | MAGISTRATE CHASEZ |

## NOTICE OF HEARING

Notice is hereby given that Keystone's Motion to Compel, directed to plaintiff Jonah Stevenson, is noticed for hearing before **Magistrate Judge Alma Chasez, at 11:00 a.m. on March 24, 2010**.

Baton Rouge, Louisiana, this 1st day of March, 2010

*s/Ryan E. Johnson*

_____
Ryan E. Johnson

{B0646676.1}