# EXHIBIT

# F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | |
| FORMALDEHYDE PRODUCTS | ) | |
| LIABILITY LITIGATION, | ) | MDL NO. 1873 |
| | ) | |
| | ) | SECTION "N"(5) |
| THIS DOCUMENT IS RELATED TO | ) | |
| | ) | JUDGE ENGELHARDT |
| Charlie Age, et al. v. Gulf | ) | MAGISTRATE CHASEZ |
| Stream Coach, Inc., et al., | ) | |
| Docket No. 09-2892; Alana | ) | |
| Alexander, individually and on | ) | |
| behalf of Christopher Cooper. | ) | |
| ------------------------------ | ) | |

The Videotaped Deposition of TERRY L. SLONE, JR.

Date:       Friday, July 17, 2009

Time:       8:07 a.m.

Place:      Midwest Reporting, Inc.
            1448 Lincolnway East
            South Bend, Indiana 46613

Called as a witness by the Plaintiffs in

accordance with the Federal Rules of Civil

Procedure for the United States District

Court, Eastern District of Louisiana, pursuant

to Notice.

Reported by
Angela J. Galipeau, RPR, CSR
Notary Public, State of Indiana
        MIDWEST REPORTING, INC.
        1448 Lincolnway East
        South Bend, Indiana 46613
        (574) 288-4242

Page 35

```
1        that your bosses made it clear to you that under no

2        uncertain terms the doors need to be closed at all times?

3   A.   Right.

4   Q.   Were you ever instructed why that was?

5   A.   I don't --

6   Q.   I'm just asking were you told why it was.

7   A.   Yes, yes.

8            MR. WEINSTOCK:  Object to the form.

9   A.   Like I said, we wore radios.  And we were informed in a

10       meeting that if we -- when FEMA came on site, anybody from

11       OSHA, or anybody, quote, unquote, in a suit showed up at

12       Gulf Stream, we were to meet them at the door, any door,

13       overhead door, entry door, whatever, and we were to radio

14       Brandon or Craig or Tony or Roy and let them know of their

15       presence.  But do not let them in the building.

16  Q.   Okay.  We've had some testimony in this case that there

17       were FEMA folks inside the factories.  Did you ever see

18       anyone from FEMA inside the factory?

19  A.   No.

20  Q.   When FEMA was there inspecting trailers, was that inside

21       the factory?

22  A.   No.

23  Q.   Those inspections took place outside?

24  A.   Yes.

25  Q.   It was made clear to you -- you were a team leader, your
```

1      boss, Craig Hardy --

2  A.  Hardy.

3  Q.  -- made clear to you that FEMA was not under any terms to

4      come inside the factory?

5          MR. WEINSTOCK:  Object to the form of the

6          question.

7  A.  Right.

8  BY MR. BUZBEE:

9  Q.  Okay.  How many times did Mr. Hardy make that clear to

10      you?

11  A.  Numerous times.

12  Q.  Okay.  So when FEMA -- and you obviously saw FEMA at the

13      facility?

14  A.  Right.

15  Q.  Did you ever actually see them inside the factory?

16  A.  No.

17  Q.  Now, were you around when FEMA was doing -- are you

18      familiar with FEMA and its inspection or inspections of

19      the end product?

20  A.  Yes.

21  Q.  Tell me how you know about that part of it.

22  A.  FEMA, they -- all the inspections they did were what we

23      call completed trailers that were out in the yard.

24  Q.  Okay.

25  A.  FEMA would come in and there were employees specifically

1   assigned to walk with FEMA to direct FEMA to what trailers

2   were done, to be inspected for shipment, things along

3   those lines.

4   Q.   Okay.

5   A.   Being in the floor department, there were times when

6        they'd put an appliance in or something, they may rip the

7        linoleum or something; so I'd have to fix it.  Well, that

8        wouldn't be seen until FEMA was in the trailer inspecting.

9             So when they would see it, they would call me and

10       tell me, you know, trailer 10 needs a repair on the floor.

11       So there were times I would have to go out in the yard to

12       do the repair.  And I could see, you know, FEMA would be

13       out there with our employees walking through the trailers

14       doing their inspection.

15  Q.   Do you recall who from Plant 75 was assigned to -- now,

16       these FEMA inspectors, were they male or female?

17  A.   I think there was one female, if I remember right, and the

18       rest were men.

19  Q.   Okay.  Do you recall who was assigned to walk with these

20       FEMA inspectors?

21  A.   In the beginning it changed.  They changed it somewhat.

22       But then about halfway through, a girl named Lupe, I

23       believe was her name, was initially assigned.  That was

24       her specific job was when FEMA -- as soon as they showed

25       up at the guard shack, she was to meet them out in the