# EXHIBIT

# F

```
                 UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                )
FORMALDEHYDE PRODUCTS               )
LIABILITY LITIGATION,               )   MDL NO. 1873
                                    )
                                    )   SECTION "N"(5)
THIS DOCUMENT IS RELATED TO         )
                                    )   JUDGE ENGELHARDT
Charlie Age, et al. v. Gulf         )   MAGISTRATE CHASEZ
Stream Coach, Inc., et al.,         )
Docket No. 09-2892; Alana           )
Alexander, individually and on      )
behalf of Christopher Cooper.       )
----------------------------------  )
```

          The Videotaped Deposition of TERRY L. SLONE, JR.

          Date:         Friday, July 17, 2009

          Time:         8:07 a.m.

          Place:        Midwest Reporting, Inc.
                        1448 Lincolnway East
                        South Bend, Indiana 46613


     Called as a witness by the Plaintiffs in

     accordance with the Federal Rules of Civil

     Procedure for the United States District

     Court, Eastern District of Louisiana, pursuant

     to Notice.




Reported by
Angela J. Galipeau, RPR, CSR
Notary Public, State of Indiana
          MIDWEST REPORTING, INC.
             1448 Lincolnway East
           South Bend, Indiana 46613

              (574) 288-4242

```
 1         that your bosses made it clear to you that under no
 2         uncertain terms the doors need to be closed at all times?
 3    A.   Right.
 4    Q.   Were you ever instructed why that was?
 5    A.   I don't --
 6    Q.   I'm just asking were you told why it was.
 7    A.   Yes, yes.
 8              MR. WEINSTOCK:  Object to the form.
 9    A.   Like I said, we wore radios.  And we were informed in a
10         meeting that if we -- when FEMA came on site, anybody from
11         OSHA, or anybody, quote, unquote, in a suit showed up at
12         Gulf Stream, we were to meet them at the door, any door,
13         overhead door, entry door, whatever, and we were to radio
14         Brandon or Craig or Tony or Roy and let them know of their
15         presence.  But do not let them in the building.
16    Q.   Okay.  We've had some testimony in this case that there
17         were FEMA folks inside the factories.  Did you ever see
18         anyone from FEMA inside the factory?
19    A.   No.
20    Q.   When FEMA was there inspecting trailers, was that inside
21         the factory?
22    A.   No.
23    Q.   Those inspections took place outside?
24    A.   Yes.
25    Q.   It was made clear to you -- you were a team leader, your
```

```
 1        boss, Craig Hardy --
 2   A.   Hardy.
 3   Q.   -- made clear to you that FEMA was not under any terms to
 4        come inside the factory?
 5             MR. WEINSTOCK:  Object to the form of the
 6        question.
 7   A.   Right.
 8   BY MR. BUZBEE:
 9   Q.   Okay.  How many times did Mr. Hardy make that clear to
10        you?
11   A.   Numerous times.
12   Q.   Okay.  So when FEMA -- and you obviously saw FEMA at the
13        facility?
14   A.   Right.
15   Q.   Did you ever actually see them inside the factory?
16   A.   No.
17   Q.   Now, were you around when FEMA was doing -- are you
18        familiar with FEMA and its inspection or inspections of
19        the end product?
20   A.   Yes.
21   Q.   Tell me how you know about that part of it.
22   A.   FEMA, they -- all the inspections they did were what we
23        call completed trailers that were out in the yard.
24   Q.   Okay.
25   A.   FEMA would come in and there were employees specifically
```

...

Page 37

1    assigned to walk with FEMA to direct FEMA to what trailers
2    were done, to be inspected for shipment, things along
3    those lines.
4  Q. Okay.
5  A. Being in the floor department, there were times when
6    they'd put an appliance in or something, they may rip the
7    linoleum or something; so I'd have to fix it.  Well, that
8    wouldn't be seen until FEMA was in the trailer inspecting.
9       So when they would see it, they would call me and
10   tell me, you know, trailer 10 needs a repair on the floor.
11   So there were times I would have to go out in the yard to
12   do the repair.  And I could see, you know, FEMA would be
13   out there with our employees walking through the trailers
14   doing their inspection.
15 Q. Do you recall who from Plant 75 was assigned to -- now,
16   these FEMA inspectors, were they male or female?
17 A. I think there was one female, if I remember right, and the
18   rest were men.
19 Q. Okay.  Do you recall who was assigned to walk with these
20   FEMA inspectors?
21 A. In the beginning it changed.  They changed it somewhat.
22   But then about halfway through, a girl named Lupe, I
23   believe was her name, was initially assigned.  That was
24   her specific job was when FEMA -- as soon as they showed
25   up at the guard shack, she was to meet them out in the