# EXHIBIT

# G

# Transcript of the Testimony of

# JAMES F. SHEA - GULF STREAM COACH 30(b)(6)

Date: May 28, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.

1   A   We have a quality control inspector at each
2       production line -- for each production line, yes.
3   Q   So there's no quality control supervisor, or is
4       that the same thing?
5   A   You know, I can't recall that we have a title of
6       that nature.
7   Q   Okay.  On your production lines building these
8       trailers, do your workers wear any sort of masks?
9   A   There's some people that may wear masks when
10      they're using insulation, but it's not required.
11  Q   Any of the workers who place the subflooring, the
12      ceiling materials, or the wall coverings use masks?
13  A   No.  I don't -- I don't believe that any of them
14      use masks, unless it was of their own election
15      because they had a cold or an allergy or something.
16      I don't know.  But there was no regular -- there
17      was no regular requirement for such masks by the
18      company.
19  Q   Were you aware that FEMA would come to the factory
20      and inspect the trailers?
21  A   Yes.  Well, FEMA came to the factory and inspected
22      trailers in the 2005 and 2006 period when we
23      produced them for Katrina disaster relief.
24  Q   But they did not do so in 2004?
25  A   Not to my knowledge.  They may have but -- I'm sure

1      we could get confirmation of that, but not to my
2      knowledge.
3  Q   Did you go back and check -- I know you asked some
4      management and so forth about complaints, but the
5      specific individuals that appeared on CBS News and
6      were interviewed -- you watched the interview, did
7      you not?
8  A   I saw some of the interviews.
9  Q   Did you look at those individuals' personnel files?
10 A   Yes.  We reviewed personnel files for those
11     individuals, our HR people did.
12 Q   Okay.  And what did you find with regard to what
13     they were saying on TV?
14 A   We didn't find anything that would indicate that
15     they made a complaint about fumes or formaldehyde
16     or --
17 Q   Were they disgruntled or was there something in
18     their file where they were fired or were
19     problematic employees?
20 A   Well, there were some that had a reduction in -- or
21     were part of a reduction of work force subsequent
22     to Katrina, and, of course, there was kind of a
23     reduction in the economic level of the industry
24     also going into 2007.  But -- so anyway, some did
25     not continue to be employees and some did after