### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **PAMELA FLOYD, et al** | * | **DOCKET NO. 2:10-cv-00204** |
| | * | |
| **versus** | * | **JUDGE ENGELHARDT** |
| | * | |
| **GULF STREAM COACH, INC.** | * | **MAGISTRATE CHASEZ** |
| | * | |

**************************************************************************

### PLAINTIFFS' MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who respectfully request that this honorable Court remand this proceeding to the Louisiana state court from which it was removed. As set forth more fully in the attached memorandum of law, Plaintiffs aver that the amount in controversy in this action does not exceed $75,000.00, exclusive of interest and costs, and that Defendant does not meet the requisite criteria for removal under 28 U.S.C. § 1442(a)(1) and, therefore, respectfully suggests that this Court does not have jurisdiction to adjudicate this matter. Consequently, remand is appropriate to the Civil District Court for the Parish of Orleans.

Respectfully submitted:

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*

_____

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:    (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:

**THE BUZBEE LAW FIRM**

Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:    (504) 581-7070
Fax.:   (504) 581-7083

COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 26, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

     */s/ John Munoz*
     JOHN MUNOZ, #9830