# EXHIBIT

# A

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2008-9044

DIVISION " "

SECTION

ROYAL COSMOPOLITAN, LLC

VERSUS

STAR REAL ESTATE GROUP, LLC

FILED: _____          _____
                                 DEPUTY CLERK

## PETITION FOR BREACH OF CONTRACT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Royal Cosmopolitan, LLC, who respectfully represents as follows and seeks relief set forth below:

I.

Plaintiff, Royal Cosmopolitan, LLC, a Louisiana limited company, holding title to real property located in New Orleans, Louisiana.

II.

Made defendant herein, Star Real Estate Group, LLC, a real estate brokerage licensed to do business under the laws of the State of Louisiana.

III.

Venue is proper in this court pursuant to LA C.C.P. Art. 76.

IV.

This court has jurisdiction over this matter pursuant to LA C.C.P. Art. 76.1.

V.

On September 1, 2007, plaintiff entered into a Marketing and Sales Contract (hereinafter referred to as "Contract") with defendant which is attached hereto as Exhibit "A". The terms and conditions of which are pled herein as if copied in extenso.

VI.

Under the general terms of the Contract, defendant was to provide sales and marketing support for plaintiff's condo/hotel project located in the City of New Orleans.

VII.

Defendant has breached the Contract in the following non-exclusive particulars, to-wit:

(a) Failing to adequately staff the local sales office.

(b) Failing to provide a comprehensive sales budget.

(c) Failing to provide adequate support at the project launch party.

(d) Failing to provide proofs of mail-outs prior to their distribution which ultimately resulted in the mail-outs being of no use to the plaintiff herein.

(e) Any and all acts which may constitute a breach of the Contract which may be proven at the trial of this matter.

VIII.

As a result of the breach of the Contract by defendant, plaintiff herein have suffered and continue to suffer monetary loss including but not limited to:

(a) Loss of funds already expended under the Contract.

(b) Loss of funds expended on the project launch party.

(c) Loss of sales.

(d) Loss of sales deposits.

(e) Other monetary loss which will be proven at the trial of this matter.

IX.

As a result of the breach of Contract by defendant herein, plaintiff has incurred and continues to incur attorney's fees to which they are entitled under the terms of the Contract.

**WHEREFORE**, plaintiff, Royal Cosmopolitan, LLC, prays that defendant, Star Real Estate Group, LLC, be duly served and cited to appear and answer this Petition within the delays allowed by law, and that after due proceedings had, there be judgment herein in favor of plaintiff, Royal Cosmopolitan, LLC, and against defendant, Star Real Estate Group, LLC, awarding damages, interest, penalties, attorney's fees, all cost of these proceedings, and all other general and equitable relief warranted.

Respectfully submitted,

*[signature]*

RAYMOND A. PELLETERI, JR. (#10391)
Pelleteri & Wiedorn, L.L.C.
636 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 523-2650
Facsimile: (504) 523-2141
ATTORNEYS FOR PLAINTIFF,
ROYAL COSMOPOLITAN, LLC

**PLEASE SERVE:**

**ROYAL COSMOPOLITAN, LLC,**
through its agent for service of process,
THEODORE L. JONES
8941 Jefferson Highway, Suite 200
Baton Rouge, Louisiana 70809

A TRUE COPY
*[signature]*
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.