IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **PEARL LEWIS, et al** | * | **DOCKET NO. 2:10-cv-00212** |
| | * | |
| **versus** | * | **JUDGE ENGELHARDT** |
| | * | |
| **GULF STREAM COACH, INC.** | * | **MAGISTRATE CHASEZ** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' MOTION TO REMAND

On this day came for consideration Plaintiffs' Motion to Remand. The Court, after reviewing the pleadings on file, finds that Plaintiffs' Motion to Remand should be GRANTED. It is therefore,

ORDERED that Plaintiff's Motion to Remand is **GRANTED**. Further,

This matter is remanded to the Civil District Court from which it was removed.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**