# EXHIBIT

# B

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROYAL COSMOPOLITAN, LLC | * | CIVIL ACTION NO. 08-4504 |
| VERSUS | * | SECTION R |
| STAR REAL ESTATE GROUP, LLC | * | MAGISTRATE 01 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

Before me, the undersigned authority, came:

LEE LAPORTE

Who, after being duly sworn, did testify as follows:

1. That he is a member of Royal Cosmopolitan, LLC, and therefore has personal knowledge of the following;

2. That as a member of Royal Cosmopolitan, LLC, he caused the instant litigation to be instituted on behalf of Royal Cosmopolitan, LLC;

3. That the petition filed in Civil District Court for the Parish of Orleans, State of Louisiana, bearing civil action number 2008-9044, seeks to recover certain damages on behalf of Royal Cosmopolitan, LLC;

4. And that the damages sought by Royal Cosmopolitan, LLC, do not exceed $75,000.00 exclusive of interests and costs.

_____
LEE LAPORTE

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY, THIS 10th
DAY OF October, 2008.

_____
NOTARY PUBLIC

Russell B. Ramsey
LSBA # 19441


EXHIBIT "A"