# EXHIBIT

# D

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

*Orleans*   PARISH      §

      §

I, Kevin Lee, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    The damages I am seeking in my capacity as next friend of Chynna Lee, a minor, do not exceed $75,000 exclusive of interest and costs.

5.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February *18*, 2010.

Kevin Lee

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
                                     §
_____ PARISH     §

      I, Thomas Lewis, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February \_\_\_\_\_, 2010.

                                _Thomas Lewis_
                                      Thomas Lewis

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §

_Orleans_ PARISH        §

       §

     I, Francis Louis Jr., make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _2 2_, 2010.

                               Francis Louis Jr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

                            §

ORleAnS     PARISH     §

        I, Johanis Luckett, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

                                       Johanis Luckett

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA        §

                                §

_Orleans_ PARISH       §

       I, Anthony Marrero, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

                                  Anthony Marrero

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
*ORLeans* PARISH                      §

I, Derek Marrero, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  The damages I am seeking in my capacity as next friend of Dejah Blanchard, a minor, do not exceed $75,000 exclusive of interest and costs.

5.  The damages I am seeking in my capacity as next friend of Derek Blanchard, a minor, do not exceed $75,000 exclusive of interest and costs.

6.  The damages I am seeking in my capacity as next friend of Derron Blanchard, a minor, do not exceed $75,000 exclusive of interest and costs.

7.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Derek Marrero

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA                          §
                                            §
_____ PARISH                       §

    I, Dionicia Martinez, make this declaration under penalty of perjury and state the

following:

    1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

    2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

    3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

    4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 18, 2010.

Dionicia Martinez

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
                                       §
_____ PARISH      §

       I, Kisuana Martinez, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Kisuana Martinez

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                             §
_____ PARISH      §

        I, Mario Martinez, Jr., make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_____
Mario Martinez, Jr.

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA     §
           §
_____ PARISH    §

   I, Mariano Martinez, make this declaration under penalty of perjury and state the

following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

         _____
            Mariano Martinez

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                     §
_____ PARISH               §

I, Gaynell Martin, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    The damages I am seeking in my capacity as next friend of James Martin, Jr., a minor, do not exceed $75,000 exclusive of interest and costs.

5.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _23_, 2010.

Gaynell Martin

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
                          §
_____ PARISH        §

I, James Martin, Sr., make this declaration under penalty of perjury and state the

following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 2 3, 2010.

_____
James Martin, Sr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                                 §

_Orleans_ PARISH          §

I, Emanuel Mathieu, Jr., make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 21, 2010.

_Emanuel O Mathieu Jr_

Emanuel Mathieu, Jr.

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA       §
                               §

_Orleans_ PARISH       §

I, Denise Matthews, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_Denise Matthews_
Denise Matthews

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_____ PARISH      §

I, Betty McKenzie, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 20 , 2010.

_Betty McKenzie_____
Betty McKenzie

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

*Orleans* PARISH       §
                         §

I, Emory McKenzie, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 20, 2010.

Emory McKenzie

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

§

O̲r̲l̲e̲a̲n̲s̲ PARISH       §

I, Alton McKey, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  The damages I am seeking in my capacity as next friend of Ashton McKey, a minor, do not exceed $75,000 exclusive of interest and costs.

5.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 17, 2010.

_____

Alton McKey

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

_Mleope_ PARISH       § §

I, Domonique Merrick, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 19, 2010.

_Domonique Merrick_
Domonique Merrick

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                                   §

_Orleans_ PARISH       §

I, Monique Merrick, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_Monique Merrick_
Monique Merrick

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA    §
         §
_Orleans_   PARISH    §

I, Tiffany Merrick, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_____
Tiffany Merrick

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                §
                                  §
_Orleans_____ PARISH              §

I, Godrey Mickens, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February __17__, 2010.

                    _Godrey Mickens_____
                    Godrey Mickens

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA           §
                             §
_Orlean_____ PARISH          §

I, Sandra Mitchell, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_____
Sandra Mitchell

ATT:
Kyle or Anthony

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                   §
                                     §
_Orleans_ PARISH                     §

I, Herlin Mogilles, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  The damages I am seeking in my capacity as representative of the Estate of Brenda Mogilles do not exceed $75,000 exclusive of interest and costs.

5.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _23_, 2010.

_Herlin P. Mogilles_
Herlin Mogilles

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                        §
_____ PARISH    §

    I, Sandra Montegut, make this declaration under penalty of perjury and state the

following:

    1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

    2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

    3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

    4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 23, 2010.

                    Sandra Montegut

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_____ PARISH               §

     I, Dale Montgomery, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Dale Montgomery

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA       §
                              §
_Orleans_ PARISH           §

I, Keyonn Montgomery, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     The damages I am seeking in my capacity as next friend of Avonta Montgomery, a minor, do not exceed $75,000 exclusive of interest and costs.

5.     The damages I am seeking in my capacity as next friend of Devonta Montgomery, a minor, do not exceed $75,000 exclusive of interest and costs.

6.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_Keyonn Montgomery_
(Keyonn Montgomery)

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA               §
                                 §
_____ PARISH         §

I, Carol Moore, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February /9 , 2010.

_____
Carol Moore

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                                   §
_____ PARISH      §

I, Clarence Moore, Jr., make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

Clarence Moore, Jr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                             §
_____ PARISH     §

      I, Jermaine Morris, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Jermaine Morris

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA     §
           §
Orleans PARISH      §

  I, Kendrick Morris, make this declaration under penalty of perjury and state the

following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 18, 2010.

_____
    Kendrick Morris

Att. to Kyle or Anthony

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA     §
           §
_____ PARISH   §

I, Marilyn Mouton, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me; and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 18, 2010.

_Marilyn Mouton_

Marilyn Mouton

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
                                   §

Jefferson PARISH            §

I, Tammy Nash, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    The damages I am seeking in my capacity as next friend of Charleston Nash, a minor, do not exceed $75,000 exclusive of interest and costs.

5.    The damages I am seeking in my capacity as next friend of Lauren Nash, a minor, do not exceed $75,000 exclusive of interest and costs.

6.    The damages I am seeking in my capacity as next friend of Loreal Nash, a minor, do not exceed $75,000 exclusive of interest and costs.

7.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February  18 , 2010.

Tammy Nash

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_____ PARISH        §

I, Markethia Nelson, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 23, 2010.

_____
Markethia Nelson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

                           §

_Orleans_ PARISH       §

      I, Raymond Nelson, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_ , 2010.

_Raymond Nelson_
Raymond Nelson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_ PARISH            §

I, Jeanne Nicholas, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_Jeanne Nicholas_
Jeanne Nicholas

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA             §
                               §
*Orleans* PARISH               §

I, Loleita Ordon, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_Loleita Ordon_
Loleita Ordon

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                                    §

_ORLEANS___ PARISH       §

I, Corey Palmer, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

                             _____
                                   Corey Palmer

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_ PARISH            §

I, Troy Palmer, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February __18__, 2010.

_[signature]_

Troy Palmer

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA §
§
_Orleans_ PARISH §

I, Warren Piear Sr., make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

Warren Piear Sr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_ PARISH            §

I, Betty Piear, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_Betty Piear_
Betty Piear

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA §
§
_OHLEANE_ PARISH §

I, Mary Pierce, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_____
Mary Pierce

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                          §
_Orleans_ PARISH       §

I, Robert Polk, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. The damages I am seeking in my capacity as next friend of Alex Polk, a minor, do not exceed $75,000 exclusive of interest and costs.

5. The damages I am seeking in my capacity as next friend of Alexis Polk, a minor, do not exceed $75,000 exclusive of interest and costs.

6. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_____
Robert Polk

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA       §
                              §
*Orleans* PARISH           §

I, Wanda Polk, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_Wanda Peek_
Wanda Polk

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA           §
                             §
<u>Orleans</u> PARISH            §

I, Barry Porter, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February <u>17</u>, 2010.

_____
Barry Porter

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_ PARISH            §

I, Jack Portis, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_Jack Portis_
Jack Portis

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA      §

      §

_Orleans_ PARISH      §

I, Shirley Portis, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_____

Shirley Portis

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                              §
_Orleans_ PARISH        §

       I, Betty Price, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

                          _Betty Price_
                             Betty Price

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA          §
                            §
_Orleans_ PARISH            §
                            §

I, Gail Price, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      The damages I am seeking in my capacity as next friend of Ashton Perkins, a minor, do not exceed $75,000 exclusive of interest and costs.

5.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February ___19___, 2010.

_Gail Price_
Gail Price

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_Orleans_ PARISH                      §

I, Jasper Price, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_____
Jasper Price

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                §
                                  §
_ORLEANS_ PARISH                  §

      I, John Rapenske, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

John Rapenske

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                              §
Orleans     PARISH      §

I, Sherrie Raymond-Galatas, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. The damages I am seeking in my capacity as next friend of Lloryn Galatas, a minor, do not exceed $75,000 exclusive of interest and costs.

5. The damages I am seeking in my capacity as next friend of Lloyd Galatas, a minor, do not exceed $75,000 exclusive of interest and costs.

6. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 17, 2010.

Sherrie Raymond-Galatas
Sherrie Raymond-Galatas

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
                                  §
_ORLEANS_ PARISH        §

      I, Leon Reaux, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

                                      Leon Reaux

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_____ PARISH       §

I, Gerard Rigney, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 24, 2010.

_____
Gerard Rigney

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA       §
                                 §
_Orleans_ PARISH           §

I, Tammy Riley, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     The damages I am seeking in my capacity as next friend of Willnisha Riley, a minor, do not exceed $75,000 exclusive of interest and costs.

5.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_Tammy Riley_
Tammy Riley

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA       §
                             §
_Orleans_ PARISH       §

I, Gennie Roach, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

Gennie Roach

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_   PARISH          §

I, Gena Roach, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    The damages I am seeking in my capacity as next friend of Jimmie Roach, a minor, do not exceed $75,000 exclusive of interest and costs.

5.    The damages I am seeking in my capacity as next friend of Desmond Roach, a minor, do not exceed $75,000 exclusive of interest and costs.

6.    The damages I am seeking in my capacity as representative of the Estate of Jimmie Leedo not exceed $75,000 exclusive of interest and costs.

7.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_____
GENA ROACH

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §

            §

_Orleans_ PARISH      §

I, Cheryl Roberts, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _22_ , 2010.

_____
Cheryl Roberts

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                §
                                  §
_Orleans_____ PARISH            §

I, Keith Roberts, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 22, 2010.

_____
Keith Roberts

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_Orleans_        PARISH               §

I, Keshawn Roberts, make this declaration under penalty of perjury and state the

following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _22_, 2010.

Keshawn Roberts

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA        §
                                    §

<u>Orleans</u>     PARISH       §

       I, Keshone Roberts, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February <u>22</u>, 2010.

                               Keshone Roberts

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_Orleans_____ PARISH               §

I, Nikisha Roberts, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 22, 2010.

_____
Nikisha Roberts

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §

                              §

_Orleans_ PARISH        §

I, Charlestine Robertson, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_Charlestine Robertson_
Charlestine Robertson