IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **EUGENE ROBERTSON, et al** | * | **DOCKET NO. 2:10-cv-00216** |
| | * | |
| **versus** | * | **JUDGE ENGELHARDT** |
| | * | |
| **GULF STREAM COACH, INC.** | * | **MAGISTRATE CHASEZ** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

TO: ALL COUNSEL OF RECORD

IT IS HEREBY ORDERED that Plaintiffs' Motion to Remand in the above-captioned matter is hereby set for hearing on the 24th of March, 2010, at 9:30 o'clock a.m.

                      Respectfully submitted,

                      **THE BUZBEE LAW FIRM**

                      */s/ Anthony G. Buzbee*
                      _____
                      Anthony G. Buzbee
                      Texas Bar No. 24001820
                      JPMorgan Chase Tower
                      600 Travis Street, Suite 7300
                      Houston, Texas 77002
                      Tel.:   (713) 223-5393
                      Fax.:  (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:  (504) 581-7083

                      COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 26, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                                        */s/ John Munoz*
                                                                       JOHN MUNOZ, #9830