# EXHIBIT

# D

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                          §

_Orleans_ PARISH       §

       I, Eugene Robertson, make this declaration under penalty of perjury and state the

following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

                              _Eugene Robertson_
                              Eugene Robertson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §

                                     §

*OrlEAns* PARISH        §

I, Oscar Robinson, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _16_, 2010.

*Oscar R. Robinson*

Oscar Robinson

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA       §
                                   §
_____ PARISH     §

I, Rosalyn Ross, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     The damages I am seeking in my capacity as next friend of Ranisha Ross, a minor, do not exceed $75,000 exclusive of interest and costs.

5.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.


Rosalyn Ross
Rosalyn Ross

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                §
                                  §
_Orleans_ PARISH                  §

I, Wanda Roy, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  The damages I am seeking in my capacity as next friend of Artesia Roy, a minor, do not exceed $75,000 exclusive of interest and costs.

5.  The damages I am seeking in my capacity as next friend of Devin Roy, a minor, do not exceed $75,000 exclusive of interest and costs.

6.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_Wanda Roy_
Wanda Roy

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA              §
                                §
<u>Orleans</u>    PARISH           §

I, Deborah Ruffin, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. The damages I am seeking in my capacity as next friend of Stephanie Holloway, a minor, do not exceed $75,000 exclusive of interest and costs.

5. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.


_Deborah Ruffin_
Deborah Ruffin

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
                              §
_Orleans_ PARISH       §

I, Norris Sam, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_Norris B. Sam_
Norris Sam

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_____ PARISH      §

I, Glorious Santos, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 23, 2010.

_____
Glorious Santos

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA                    §
                                      §
_Orleans_____ PARISH                  §

I, Andrea Scott, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_Andrea Scott_____
Andrea Scott

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_____ PARISH       §

I, Kevin Scott Sr., make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Kevin Scott Sr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                                  §

Orleans PARISH        §

I, Billy Shelby, Jr., make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 24, 2010.

_____
Billy Shelby, Jr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_____PARISH                 §

I, Tawain Simon, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 19, 2010.

_____
Tawain Simon

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_____ PARISH                §

I, Terry Simon, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 19, 2010.

_____
Terry Simon

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

§

_Orleans_ PARISH       §

      I, Theodore Simon, make this declaration under penalty of perjury and state the

following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_Theodore Simon_

Theodore Simon

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_ PARISH            §

I, Georgia Slaughter, make this declaration under penalty of perjury and state the

following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration,
      I have personal knowledge of all statements contained herein, and all statements
      contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting
      on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in
      damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_Georgia Slaughter_
Georgia Slaughter

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
     §

Orleans    PARISH      §

     I, Precious Slaughter, make this declaration under penalty of perjury and state the

following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      The damages I am seeking in my capacity as next friend of Jareyell Slaughter, a minor, do not exceed $75,000 exclusive of interest and costs.

5.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 11, 2010.

(504)402-4054

Precious Slaughter

Jareyell Slaughter is my daughter.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                               §

_Orleans_ PARISH         §

I, Casey Smith, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_Casey Arnett_

Casey Smith

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                     §
                                       §
O̲r̲l̲e̲a̲n̲s̲ ___ PARISH                   §

I, Crystall Smith, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 19, 2010.

Crystall Smith
Crystall Smith

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                §
                                  §
_____ PARISH           §

I, Donna Smith, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    The damages I am seeking in my capacity as next friend of Byron Bazile, Jr., a minor, do not exceed $75,000 exclusive of interest and costs.

5.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 18, 2010.

_____
Donna Smith

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                            §
_____ PARISH      §

        I, Harlean Smith, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _20_ , 2010.

                                *Harlean Smith*
                                Harlean Smith

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA            §
                              §
_Orleans_____ PARISH          §

I, Ireyon Smith, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_____
Ireyon Smith

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                §
                                  §
*Orleans* PARISH                  §

I, Robert Smith Jr., make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 18, 2010.

_____
Robert Smith Jr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA              §
                               §
_____ PARISH          §

I, Madeline Smith, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration,
        I have personal knowledge of all statements contained herein, and all statements
        contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting
        on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in
        damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 20 , 2010.

_____
Madeline Smith

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
                                        §
_____ PARISH      §

I, Troy Stevenson, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

Troy Stevenson

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA       §
                                  §
Orleans ___ PARISH       §

      I, Charlena Steward, make this declaration under penalty of perjury and state the

following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 23, 2010.

Charlena Steward

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA      §
                                        §

<u>*Orleans*</u> PARISH      §

I, Loretta Tanks, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February *19* , 2010.

*Loretta Tanks*
_____
Loretta Tanks

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
Orleans PARISH                        §

I, Ora Tanks, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_Ora Tanks_
Ora Tanks

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA        §
                                  §

<u>ORLEANS</u>    PARISH       §

I, Herbert Theodore Jr., make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_____
Herbert Theodore Jr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_ORLEANS_      PARISH        §

I, Herbert Theodore III, make this declaration under penalty of perjury and state the

following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration,
    I have personal knowledge of all statements contained herein, and all statements
    contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting
    on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in
    damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

Herbert Theodore III

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA     §
          §
_ORLEANS_    PARISH    §

   I, Lois Theodore, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

              Lois Theodore

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
                                 §

_Orleans_ PARISH       §

I, Shenell Thomas, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. The damages I am seeking in my capacity as next friend of Ja'Schenelle Thomas, a minor, do not exceed $75,000 exclusive of interest and costs.

5. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _22_, 2010.

_Shenell Th_
Shenell Thomas

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA                  §
                                    §
_____ PARISH            §

I, Cordellia Townsend, make this declaration under penalty of perjury and state the

following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration,
    I have personal knowledge of all statements contained herein, and all statements
    contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting
    on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  The damages I am seeking in my capacity as next friend of Kimberly Townsend, a
    minor, do not exceed $75,000 exclusive of interest and costs.

5.  Prior to suit being filed, I instructed my attorneys that this is the maximum in
    damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Cordellia Townsend

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA     §
            §
_____ PARISH    §

    I, Dominique Townsend, make this declaration under penalty of perjury and state the

following:

   1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

   2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

   3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

   4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Dominique Townsend

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA        §
                                         §
_Orleans_ PARISH               §

        I, Cleo Trotter, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      The damages I am seeking in my capacity as representative of the Estate of Charlie Trotter do not exceed $75,000 exclusive of interest and costs.

5.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

                               _Mrs. Cleo Trotter_
                               Cleo Trotter

**DECLARATION UNDER PENALTY OF PERJURY**

STATE OF LOUISIANA                    §
                                      §
_ORleans_____ PARISH                  §

I, Joseph Tyler, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_____
Joseph Tyler

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA       §
§
_ORLeAns_____ PARISH      §

     I, Lorraine Tyler, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _I 7_ , 2010.

                          Lorraine Tyler

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA       §
                                  §

*Orleans*      PARISH      §

I, Angela Wagner, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Angela Wagner

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA            §
                              §
_____ PARISH        §

I, Stella Washington, make this declaration under penalty of perjury and state the

following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration,
       I have personal knowledge of all statements contained herein, and all statements
       contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting
       on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in
       damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_____
Stella Washington

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                            §
Orleans _PARISH      §

      I, Suprina Washington, make this declaration under penalty of perjury and state the

following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Suprina Washington

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

_Orleans_ PARISH       §
      §

I, Deborah Webb, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 17, 2010.

_Deborah Webb_
Deborah Webb

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA        §
                                    §

_Orleans_ PARISH         §

I, Eddie Webb, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_Eddie Webb_
Eddie Webb

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA                    §
                                      §
_____Orleans_____PARISH               §

I, Sehara Webb, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February  18  , 2010.

                                _____
                                          Sehara Webb

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
Orleans____ PARISH          §

I, Dorothy Wells, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February ___18___, 2010.

_____Dorothy Wells_____
Dorothy Wells

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA                 §
                                   §
_Orleans_____ PARISH               §

I, Elodie White, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February /_____, 2010.

_Elodie White_____
Elodie White

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA       §
                                     §

_____ PARISH     §

I, Fannie White, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_____
Fannie White

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_____ PARISH                 §

I, Walter Bibbins, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February  / 7 , 2010.


_____
Walter Bibbins

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA            §
                              §
_Orleans_ PARISH             §

I, Ronald White, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _20_ , 2010.

_____
Ronald White

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA             §

                                §

_____ PARISH     §

       I, Deobrah Spears-Williams, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Deobrah Spears-Williams

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

                            §

_Orleans_ PARISH       §

      I, Dwayne Williams, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 16, 2010.

_Dwayne Williams_
Dwayne Williams

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA              §
                               §
_Orleans_ PARISH               §

I, Gladys Williams, make this declaration under penalty of perjury and state the

following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration,
    I have personal knowledge of all statements contained herein, and all statements
    contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting
    on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in
    damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_Gladys Williams_
Gladys Williams

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA     §
          §
_Orleans_ PARISH     §

  I, John Williams, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

         _John Williams_
          John Williams

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA                     §
                                       §
_Orleans_ PARISH                       §

I, Kenneth Williams, make this declaration under penalty of perjury and state the

following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration,
      I have personal knowledge of all statements contained herein, and all statements
      contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting
      on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in
      damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

Kenneth Williams

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_Orleans_____ PARISH                  §

I, Mae Williams, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_Mae A Williams_
Mae Williams

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA          §
                            §
<u>Orleans</u>          PARISH          §

     I, Alvin Williby, Jr., make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February <u>17</u>, 2010.

                                 Alvin Williby, Jr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                         §
Orleans _____ PARISH     §

I, Alvin Williby, Sr., make this declaration under penalty of perjury and state the

following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. The damages I am seeking in my capacity as representative of the Estate of Sandra Williby do not exceed $75,000 exclusive of interest and costs.

5. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 17, 2010.

_____
Alvin Williby, Sr.

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA            §
                              §
*Orleans* PARISH              §

I, Earl Wilright III, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_Earl Wilright III_
Earl Wilright III

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                            §
_____ PARISH       §

I, Angela Wilson, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  The damages I am seeking in my capacity as next friend of Aryelle Hill, a minor, do not exceed $75,000 exclusive of interest and costs.

5.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Angela Wilson

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA                    §
                                      §
_____ PARISH                §

I, Kenneth Wilson, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Kenneth Wilson

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA          §
                            §
_N - 0_____ PARISH        §

I, Lee Wilson, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _1 7_, 2010.

Lee Wilson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_ PARISH            §

I, Sheila Winston, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

Sheila Winston

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
                             §

ORhEAuS PARISH         §

I, Anthony Wren, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_Anthony Wren_
Anthony Wren

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA     §
            §
_Orleans_ PARISH     §

I, Cheryl Wren, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   The damages I am seeking in my capacity as next friend of Natasha Wren, a minor, do not exceed $75,000 exclusive of interest and costs.

5.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 18, 2010.

_Cheryl Wren/ Natasha Wren_   _mother of Natasha Wren_
Cheryl Wren

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA        §

_Orleans_    PARISH      §

         §

I, Marilyn Wright, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

               _Marilyn W right_

               Marilyn Wright

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
                                  §
_N. O. La_ PARISH        §

I, Dolores Brown, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_Dolores J. Brown_
Dolores Brown

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                       §
_Orleans_ PARISH                      §

I, Curtis Howard, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 19, 2010.

_Curtis Howard_
Curtis Howard