OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: **March 1, 2010**

**Harrison Milton, III, et al**

vs.

**Travellers Property Casualty Company TIL, et al**

Case No. **09-8489**  Section **N**

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **Travellers Property Casualty Co. of America / Attn: LA Sec. of State**
   (address) **8585 Archives Avenue, Baton Rouge LA 70809**
2. (name) **Fluor Enterprises Inc. / Attn: Corporation Service Co.**
   (address) **320 Somerulos St. Baton Rouge LA 70802-6129**
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

[Signature]

"Signature"

Attorney for **Plaintiff**

Address **622 Baronne St. New Orleans 70113**

I certify that all parties listed in the complaint referenced above, have been matched.