UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGELHARDT |
| *ALL CASES* | : | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

JOINT UNOPPOSED MOTION TO
EXTEND NON-LITIGATION TRACK AND DEADLINES RELATING TO THE
MANUFACTURED HOUSING BELLWETHER TRIAL

NOW INTO COURT, come the Non-Litigation Track Defendants and Plaintiffs' Steering Committee, who move this Honorable Court for a pretrial order extending the Non-Litigation Track and the deadlines relating to the Non-Litigation Track and the Manufactured Housing Bellwether Trial for an additional thirty (30) days as follows:

        a)    Non-Litigation Track to expire April 1, 2010;

        b)    Dates for Submitting Bellwether Plaintiff and Defendant for Manufactured Housing on April 1, 2010; and

        c)    Parties to Submit Scheduling Order for Manufactured Housing Bellwether Trial on April 15, 2010.

In support of this Motion, the Parties state as follows:

1.    On January 14, 2010, this Court entered an Order (Doc. 10291) extending the Non-Litigation Track until March 1, 2010.

2.    Under the same Order, the PSC and Manufactured Housing Defendants parties must agree on a bellwether defendant and a bellwether plaintiff for manufactured housing on or before March 1, 2010 for a seventh bellwether trial to begin on October 18, 2010. Under the same order, the parties are to submit a scheduling order for this bellwether trial on March 15,

2010.

3.	As set forth in the Parties' last motion to extend the Non-Litigation Track, the PSC is currently appealing this Court's order granting the Non-Litigation Track Defendants' motion to dismiss based upon federal preemption (Doc. No. 1629) and has just filed its appellate reply brief, thereby completing the briefing.

4.	Both the Non-Litigation Track Defendants and the PSC continue to believe that preparing the manufactured housing cases for bellwether trials before the Fifth Circuit rules on the preemption issue would result in wasteful and potentially duplicative discovery, especially expert discovery.

5.	Moreover, FEMA continues to produce matching data, and the PSC continues to provide new Plaintiff Fact Sheets and to file "matched" complaints.  Therefore, the identities of plaintiffs and numbers of plaintiffs that are asserting claims against the Non-Litigation Track Defendants continue to develop on a daily basis.  As this information becomes more concrete, the Non-Litigation Track Defendants are better able to evaluate the claims and risks presented by the litigation and are in a better position to determine whether or not the claims can be resolved without further litigation.

6.	The undersigned certifies to this Court that a copy of this motion was presented to all Liaison Counsel before it was filed and none oppose the granting of this motion.

WHEREFORE, premises considered, the Non-Litigation Track Defendants and the Plaintiffs' Steering Committee jointly request that this Honorable Court extend the current deadlines as follows:

1) Non-Litigation Track to expire April 1, 2010;

2) Dates for Submitting Bellwether Plaintiff and Defendant for Manufactured Housing on April 1, 2010; and

3) Parties to Submit Scheduling Order for Manufactured Housing Bellwether Trial on April 15, 2010.

Respectfully submitted,

**For the Non-Litigation Track Defendants**

s/ Stephanie Skinner
Stephanie Skinner

**OF COUNSEL:**

Lee E. Bains, Jr.
Thomas W. Thagard, III
Joshua B. Baker
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone: (205) 254-1000
Fax: (205) 254-1999

- and -

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 1, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                         /s Stephanie Skinner
                                                         OF COUNSEL