UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to:  *Earline Castanel, et al.* | * | JUDGE: ENGELHARDT |
| *v. Recreation By Design, LLC, et al,* Docket No. | * | |
| 09-3251 | * | |
| | * | MAG: CHASEZ |

******************************************************************************

**DESIGNATION OF EXPERT WITNESSES
ON BEHALF OF DEFENDANT RECREATION BY DESIGN, LLC**

NOW, through undersigned counsel, comes Defendant, Recreation by Design, LLC ("RBD"), which pursuant to this Honorable Court's Trial Scheduling Order dated December 28, 2010 (Rec. Doc. 9602) and Federal Rule of Civil Procedure 26(a)(2)(B), hereby submits this Designation of Expert Witnesses.

Recreation by Design, LLC hereby presently designates the following expert witnesses:

1.    G. Graham Allan, Ph.D.

   | | |
   |---|---|
   | Name: | G. Graham Allan, Ph.D. |
   | Address: | University of Washington, Dept. Of Chemical Engineering |
   | | P.O. Box 352100 |
   | | Seattle, WA 98195-2100 |
   | Phone: | (206) 543-1491 |
   | Area of Testimony: | See report being served simultaneously. |
   | C.V.: | Being served simultaneously. |
   | Compensation Rate: | Being served simultaneously. |
   | List of Testimonies: | Being served simultaneously. |
   | Expert Report: | See report being served simultaneously. |
   | Deposition Dates: | March 2, 4, 9, 11, and after March 17, 2010, in Seattle, Washington. |

2.  Megan A. Ciota, Ph.D.

    Name:                   Megan A. Ciota, Ph.D.
                            Jefferson Neurobehavioral Group
    Address:                3939 Houma Blvd., Ste. 223
                            Metairie, LA 70006
    Phone:                  (504) 780-1702
    Area of Testimony:      See report being served simultaneously.
    C.V.:                   Being served simultaneously.
    Compensation Rate:      Being served simultaneously.
    List of Testimonies:    Being served simultaneously.
    Expert Report:          See report being served simultaneously.
    Deposition Dates:       March 29 and 31, 2010.

3.  Philip Cole, M.D.

    Name:                   Philip Cole, M.D.
    Address:                509 Carnoustie Drive, Box 30
                            Shoal Creek, AL 35242
    Phone:                  (205) 408-9355
    Area of Testimony:      See report being served simultaneously.
    C.V.:                   Being served simultaneously.
    Compensation Rate:      Being served simultaneously.
    List of Testimonies:    Being served simultaneously.
    Expert Report:          See report being served simultaneously.
    Deposition Dates:       To be provided.

4.  Nathan T. Dorris, Ph.D.

    Name:                   Nathan T. Dorris, Ph.D.
                            Dorris and Associates, Inc.
    Address:                75 fifth Street, N.W., Suite 650
                            Atlanta, GA 303008
    Phone:                  (770) 487-2138
    Area of Testimony:      See report being served simultaneously.
    C.V.:                   Being served simultaneously.
    Compensation Rate:      Being served simultaneously.
    List of Testimonies:    Being served simultaneously.
    Expert Report:          See report being served simultaneously.
    Deposition dates:       March 29-31, 2010, in Atlanta, Georgia.

5. William L. Dyson, Ph.D., CIH

    Name: William L. Dyson, Ph.D., CIH
                     Workplace Environments, LLC
    Address: P.O. Box 160
                     2100 Dimmocks Mill Road
                     Hillsborough, NC 27278
    Phone: (919)732-2043
    Area of Testimony: See report being served simultaneously.
    C.V.: Being served simultaneously.
    Compensation Rate: Being served simultaneously.
    List of Testimonies: Being served simultaneously.
    Expert Report: See report being served simultaneously.
    Deposition dates: March 22 - 25 and 29, 2010, in Raleigh, North Carolina.

6. Ronald J. French, M.D.

    Name: Ronald J. French, M.D.
    Address: 6123 Marquette Pl.
                     New Orleans, LA 70118
    Phone: (504) 866-3290
    Area of Testimony: See report being served simultaneously.
    C.V.: Being served simultaneously.
    Compensation Rate: Being served simultaneously.
    List of Testimonies: Being served simultaneously.
    Expert Report: See report being served simultaneously.
    Deposition dates: March 8 and 15, 2010.

7. Thomas Fribley

    Name: Thomas Fribley
                     Fribley Technical Services
    Address: 58194 Andrew Drive
                     Goshen, IN 460528
    Phone: (574) 533-5508
    Area of Testimony: See report being served simultaneously.
    C.V.: Being served simultaneously.
    Compensation Rate: Being served simultaneously.
    List of Testimonies: Being served simultaneously.
    Expert Report: See report being served simultaneously.
    Deposition dates: March 1, 2, and 3, 2010, in Tampa, Florida (additional dates to be provided).

8. Michael E. Ginevan, Ph.D.

    Name: Michael E. Ginevan, Ph.D.
    M. E. Ginevan & Associates
    Address: 307 Hamilton Ave.
    Silver Spring, MD 20901
    Phone: (301) 585-4951
    Area of Testimony: See report being served simultaneously.
    C.V.: Being served simultaneously.
    Compensation Rate: Being served simultaneously.
    List of Testimonies: Being served simultaneously.
    Expert Report: See report being served simultaneously.
    Deposition dates: March 8, 9, 10, 17, 18, and 19, 2010, in Washington, D.C.

9. Robert C. James, Ph.D.

    Name: Robert C. James, Ph.D.
    TERRA, Inc.
    Address: 1234 Timberlane Road
    Tallahassee, FL 32312
    Phone: (850) 309-1330
    Area of Testimony: See report being served simultaneously.
    C.V.: Being served simultaneously.
    Compensation Rate: Being served simultaneously.
    List of Testimonies: Being served simultaneously.
    Expert Report: See report being served simultaneously.
    Deposition dates: To be provided.

10. Damien W. Serauskas, P.E.

    Name: Damien W. Serauskas, P.E.
    Professional Engineering Services
    Address: 15 Cypress Point Lane
    New Orleans, LA 70101
    Phone: (504) 866-2600
    Area of Testimony: See report being served simultaneously.
    Expert Report: See report being served simultaneously.
    C.V.: Being served simultaneously.
    Compensation Rate: Being served simultaneously.
    List of Testimonies: Being served simultaneously.
    Deposition dates: March 18, 23, 24, 29 and 30, 2010.

11. Kenneth B. Smith, M.D.

| | |
|---|---|
| Name: | Kenneth B. Smith, M.D. |
| | East Jefferson General Hospital |
| Address: | 4200 Houma Blvd. |
| | Metairie, LA 70006 |
| Phone: | (504) 454-5205 |
| Area of Testimony: | See report being served simultaneously. |
| C.V.: | Being served simultaneously. |
| Compensation Rate: | Being served simultaneously. |
| List of Testimonies: | Being served simultaneously. |
| Expert Report: | See report being served simultaneously. |
| Deposition dates: | March 22 and 23, 2010. |

12. Tony Watson, MSHP, CIH, CSP

| | |
|---|---|
| Name: | Tony Watson, MSHP, CIH, CSP |
| | Workplace Hygiene, Inc. |
| Address: | 445 Dolley Madison Road, Suite C |
| | Greensboro, NC 27410 |
| Phone: | (888) 974-0001 |
| Area of Testimony: | See report being served simultaneously. |
| C.V.: | Being served simultaneously. |
| Compensation Rate: | Being served simultaneously. |
| List of Testimonies: | Being served simultaneously. |
| Expert Report: | See report being served simultaneously. |
| Deposition dates: | March 1-4, 11, 12, and March 29-31, 2010, in Raleigh, North Carolina. |

13. H. James Wedner, M.D.

| | |
|---|---|
| Name: | H. James Wedner, M.D. |
| | Washington University |
| Address: | 660 South Euclid, Campus Box 8812 |
| | St. Louis, MO 63110 |
| Phone: | (314) 454-7937 |
| Area of Testimony: | See report being served simultaneously. |
| C.V.: | Being served simultaneously. |
| Compensation Rate: | Being served simultaneously. |
| List of Testimonies: | Being served simultaneously. |
| Expert Report: | See report being served simultaneously. |
| Deposition dates: | March 8, 15 and 29, 2010, in St. Louis, Missouri. |

14. Robert E. Wozniak

|  |  |
|---|---|
| Name: | Robert E. Wozniak |
| Address: | 16463 Rancho Escondido Dr. |
|  | Riverside, CA 92506 |
| Phone: | (951) 780-9459 |
| Area of Testimony: | See report being served simultaneously. |
| C.V.: | Being served simultaneously. |
| Compensation Rate: | Being served simultaneously. |
| List of Testimonies: | Being served simultaneously. |
| Expert Report: | See report being served simultaneously. |
| Deposition dates: | April 1 and 2, 2010, in Riverside, California. |

Recreation by Design, LLC, also designates as experts Earline Castanel's treating physicians, including Dr. Alan Bowers, Dr. Joseph Gautreaux, Dr. Marilu O'Byrne, Dr. Sanjeeva Tanguturu Reddy and Dr. Carter Paddock, and any other treating physician of Earline Castanel.

Further, Recreation by Design, LLC, reserves the right to offer any expert witness listed as an expert in this matter by any other party.

                Respectfully submitted,

                ***/s/ Randall Mulcahy***
                LYON H. GARRISON, Bar No. 19591
                SCOTT P. YOUNT, Bar No. 22679
                RANDALL C. MULCAHY, Bar No. 26436
                DARRIN L. FORTE, Bar No. 26885
                KELLY M. MORTON, Bar No. 30645
                GARRISON, YOUNT, FORTE
                & MULCAHY, L.L.C.
                909 Poydras Street, Ste. 1800
                New Orleans, LA 70112
                Telephone: (504) 527-0680
                Facsimile: (504) 527-0686
                *Attorneys for defendant,*
                *Recreation By Design, LLC*
                Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 1, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record who are CM/ECF participants and that a copy has been served via email to Justin Woods, Linda Nelson, Gerry Meunier, David Kurtz, Andrew Weinstock, and Henry Miller

                                        */s/ Randall Mulcahy*
                                        RANDALL C. MULCAHY, Bar No. 26436