**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **FEMA TRAILER** * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** * | |
| | **LIABILITY LITIGATION** * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAGISTRATE CHASEZ** |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | |
| | * | |

CIVIL CASE NOS. 09-4676, 09-4677, 09-4678, *
09-4679, 09-4680, 09-4681, 09-4682, 09-4683, *
09-4684, 09-4685, 09-4686, 09-4687, 09-4688, *
09-4689, 09-4690, 09-4691, 09-4692, 09-4693, *
09-4694, 09-4695, 09-4696, 09-4697, 09-4698, *
09-4699, 09-4700, 09-4701, 09-4702, 09-4703, *
09-4704, 09-4705, 09-4706, 09-4707, 09-4708, *
09-4709, 09-4710, 09-4711, 09-4712, 09-4713, *
09-4714, 09-4716, 09-4717, 09-4718, 09-4719, *
09-4721, 09-4722, 09-4724, 09-4725, 09-4726, *
09-4727, 09-4728, 09-4729, 09-4730, 09-4731, *
09-4733, 09-4734, 09-4737, 09-4738, 09-4739, *
09-4741, 09-4743, 09-4744, 09-4746, 09-4747, *
09-4749, 09-4752, 09-4754, 09-4755, 09-4756, *
09-4757, 09-4758, 09-5984, 09-5989, 09-6162, *
09-6164, 09-6167, 09-6169, 09-6171, 09-6417, *
09-6418, 09-6496, 09-6502, 09-6503, 09-6505, *
09-6635, 09-6637, 09-6639, 09-6640, 09-6641 *
09-6642, 09-6718, 09-6719, 09-6916, 09-6917, *
09-6918, 09-6919, 09-6920, 09-6923, 09-6924, *
09-6925, 09-6926, 09-6927, 09-6928, 09-6929, *
09-6930, 09-6931, 09-6932, 09-6933, 09-6935, *
09-6936, 09-6937, 09-6938, 09-6939, 09-6940, *
09-6941, 09-6942, 09-6943, 09-6944, 09-6945, *
09-6946, 09-6947, 09-6948, 09-6951, 09-6954, *
09-6955, 09-6956, 09-6957, 09-6958, 09-6959, *
09-6960, 09-6962, 09-6964, 09-6965, 09-6966, *
09-7063, 09-7064, 09-7065, 09-7066, 09-7067, *
09-7068, 09-7069, 09-7070, 09-7072, 09-7073, *
09-7074, 09-7075, 09-7076, 09-7078, 09-7079, *
09-7080, 09-7081, 09-7083, 09-7084, 09-7085, *
09-7086, 09-7087, 09-7088, 09-7090, 09-7092, *
09-7093, 09-7094, 09-7095, 09-7096, 09-7099, *

```
09-7100, 09-7101, 09-7102, 09-7104, 09-7106,  *
09-7107, 09-7108, 09-7109, 09-7110, 09-7112,  *
09-7115, 09-7118, 09-7119, 09-7120, 09-7122,  *
09-7123, 09-7124, 09-7398, 09-7399, 09-7400,  *
09-7401, 09-7402, 09-7403, 09-7404, 09-7405,  *
09-7406, 09-7411, 09-7412, 09-7413, 09-7414,  *
09-7415, 09-7416, 09-7417, 09-7418, 09-7419,  *
09-7420, 09-7421, 09-7422, 09-7423, 09-7425,  *
09-7426, 09-7427, 09-7428, 09-7429, 09-7430,  *
09-7439, 09-7530, 09-7531, 09-7532, 09-7533,  *
09-7534, 09-7535, 09-7536, 09-7792, 09-7794,  *
09-7796, 09-7797, 09-7798, 09-7799, 09-7800,  *
09-7802, 09-7804, 09-7806, 09-7808, 09-7813,  *
09-7814, 09-7815, 09-7816, 09-7818, 09-7819,  *
09-7822, 09-7823, 09-7824, 09-7827, 09-7828,  *
09-7830, 09-7831, 09-7833, 09-7835, 09-7837,  *
09-7838, 09-7840, 09-7841, 09-7842, 09-7843,  *
09-7845, 09-7846, 09-7853, 09-7854, 09-7855,  *
09-7856, 09-7857, 09-7858, 09-7859, 09-7887,  *
09-7889, 09-7890, 09-7891, 09-7892, 09-7893,  *
09-7894, 09-7895, 09-7896, 09-7897, 09-7898,  *
09-7899, 09-7903, 09-7904, 09-7905, 09-7907,  *
09-7909, 09-7910, 09-7911, 09-7912, 09-7916,  *
09-7918, 09-7919, 09-7921, 09-7922, 09-7924,  *
09-7925, 09-7960, 09-7962, 09-7963, 09-7965,  *
09-7973, 09-7980, 09-7983, 09-7984, 09-7987,  *
09-7990, 09-7991, 10-0534                     *
```

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Watts/Hilliard's Motion for Extension of Time to Match Plaintiffs Pursuant to Pretrial Order Nos. 40, 49 and 53:

**IT IS ORDERED** that plaintiffs' Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the current deadline for matching any unmatched plaintiff with a specific manufacturing defendant and/or a specific contractor/installer as specified in Pretrial Order 40, 49 and 53 that is represented by Robert C. Hilliard, Mikal C. Watts, et al, is extended so that any unmatched plaintiffs filed by the Watts Hilliard Group shall be given an extension to be matched with a

specific manufacturing defendant and/or specific contractor/installer defendant. Such deadline is now   April 30th 2010   . At the end of the extended period, counsel for plaintiffs shall notify the court of any plaintiffs which remain unmatched and the civil action number of the original complaint in which they were named.

New Orleans, Louisiana this 1st day of   March  , 2010.

_____
**JUDGE KURT D. ENGELHARDT**