OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 1, 2010

Ti Keith Smith, et al

vs.

Travellers Property Casualty Co. of America TIL, et al

Case No. 09-8488   Section  N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Travellers Property Casualty Co., TIL / Attn: LA Sec. of State
   (address) 8585 Archives Ave. Baton Rouge LA 70809
2. (name) Fluor Enterprises Inc. / Attn: Corporation Service Co.
   (address) 320 Somerulos St. Baton Rouge LA 70802-6129
3. (name) The USA through US Attorneys Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130
4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington D.C. 20530-0001
5. (name) The USA through Fema, Office of the Director, Office of General Counsel
   (address) 500 C Street SW Washington DC 20472

Very truly yours,

"Signature"

Attorney for   Plaintiff

Address   622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.