OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 1, 2010

Kelly Ford, et al

vs.

Travellers Property Casualty Company T/L, et al

Case No. 09-8490  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Travellers Property Casualty Co. T/L /Attn: LA Sec. of State
   (address) 8585 Archives Avenue Baton Rouge LA 70809
2. (name) Shaw Enterprises Inc., Attn: Corporation Service Co.
   (address) 320 Somerulos St. Baton Rouge LA 70802-6129
3. (name) The USA through US Atty's Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans, LA 70130
4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington DC 20530-0001
5. (name) The USA through Fema, Office of the Director, Office of Gen. Counsel
   (address) 500 C Street SW Washington D.C. 20472

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.