OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: **March 1, 2010**

**Jacqueline Creecy, et al**

vs.

**Insureco Agency And Insurance Company, et al**

Case No. **09-8491**   Section **N**

Dear Sir:

Please (**issue**) (re-issue) summons on the (**complaint**) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

**Hold Service**

1. (name) **Insureco Agency & Insurance Services / Attn: LA Sec. of State**
   (address) **8549 United Plaza Blvd. Baton Rouge LA 70809**
2. (name) **Fluor Enterprises Inc. Attn: Corporation Service Co.**
   (address) **320 Somerulos Street Baton Rouge LA 70802-6129**
3. (name) **The USA through US Attorneys Office, EDLA**
   (address) **500 Poydras Street Rm B210 New Orleans LA 70130**
4. (name) **The USA through Atty General of the US, US Dept. of Justice**
   (address) **950 Pennsylvania Ave NW Washington D.C. 20530-0001**
5. (name) **The USA through Fema, Office of the Director, Office of General Counsel**
   (address) **500 C Street SW Washington D.C. 20472**

Very truly yours,

*[Signature]*
"Signature"

Attorney for **Plaintiff**

Address **622 Baronne St. New Orleans 70113**

I certify that all parties listed in the complaint referenced above, have been matched.