AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

In RE: FEMA Trailer Formaldehyde Products Liability Litigation
*Plaintiff*
v.

*Defendant*

Civil Action No. MDL No. 1873
Relates to Civil Action No. 09-3922
Antoine Prince, Sr., et al. v. Liberty Inc. Co., et al.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Stewart Park Homes, Inc.
through its managing agent:
A. Lucas Stewart, III
1207 Sunset Drive
Thomasville, GA 31729

**SERVED**

A lawsuit has been filed against you.

Within ~~20~~ 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hugh P. Lambert
Lambert & Nelson, PLC
701 Magazine St.
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **Jan 20 2010**

**SERVED**
ON 2-19-2010
DAY FRIDAY
TIME 1515
BY [signature] # 2777
COURT SERVICE, INC.
OFFICE 229-226-6211
FAX 229-226-6212



COURT SERVICE, INC.
Department 5993
Thomasville, GA 31758-5993
(229) 226-6211
"Certified Process Serving"

A 10-18