# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of Louisiana

Case Number: MDL-1873-N-4

Plaintiff:
**In RE: FEMA Trailer Formaldehyde Products Liability Litigation,**

vs.

Defendant:
**Stewart Park Homes, Inc. through its managing agent: A. Lucas Stewart, III,**

For:
Hugh Lambert, Esquire
Lambert & Nelson, PLC
Attn: J. Danielle Billings
701 Magazine Street
New Orleans, GA 70130-3629

Received by COURT SERVICE, INC. on the 10th day of February, 2010 at 11:13 am to be served on **Stewart Park Homes, Inc., Stewart Park Homes, Inc., 1207 Sunset Drive, Thomasville, GA 31792.**

I, E. C. Genter, being duly sworn, depose and say that on the **19th day of February, 2010 at 3:15 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and PLAINTIFFS' FOURTH SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES** with the date and hour of service endorsed thereon by me, to: **Audra Lucas Stewart, III as Managing Agent for Stewart Park Homes, Inc.**, at the address of: **3380 McMillan Road, Ochlocknee, GA 31773**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** I asked the person spoken to whether recipient was in active military service of the United States. Upon information and belief I aver that the recipient is not in military service of the United States as that term is defined in either the State or Federal statutes.

**Additional Information pertaining to this Service:**
This assignment was extremely difficult to complete. The main facility of Stewart Park Homes, Inc. has closed down and is no longer operational at this time. Mr. Stewart was extremely evasive, elusive and conniving in his demeanor regarding legal process. He was offensive in his demeanor and aggressive in his contact with this investigator. This investigator had Mr. Audra Lucas Stewart, III Sign and Receipt for this process upon service of same upon him. His signature is beside the Served Stamp on the face of the Summons In A Civil Action. This process was placed directly into Mr. Stewart's hand by this investigator who fully explained the contents therein. Mr. Stewart is lawfully served!

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Caucasion, Height: 6'0", Weight: 180, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in nor am a party in the above action, and am a Professional Process Server holding current Alabama Private Investigator, Florida Certification and Georgia Letter of Permanent Appointment authority. I certify and know that the one herein worked by me to be the same as herein referenced and was served or not served according to State Law.

E. C. Genter
Process Server

Subscribed and Sworn to before me on the 19th day of February, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

COURT SERVICE, INC.
Suite 178
15125 U.S. Highway 19 South
Thomasville, GA 31792-4853
(229) 226-6211
Our Job Serial Number: 2010000018
Ref: 2010-018

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w