Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

March 1, 2010

Arrigo, et al vs. Gulf Stream Coach, Inc, et al
Case No. # 2:09-cv-07294

Dear Sir or Madam:

Please issue summons on the First Amended Complaint for Damages and the Second Amended
Complaint for Damages to the following:

W. Craig Fugate
Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472

Honorable Eric Holder
US Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530

United States of America
Through the Office of the US Attorney
for the Eastern District of Louisiana
James Letten, US Attorney

Gulf Stream Coach, Inc.

Shaw Envrionmental, Inc.

Very truly yours,
*/s/Matthew B. Moreland*
Becnel Law Firm, LLC
106 W. 7th Street
P.O. Drawer H
Reserve, LA 70084