IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: N (5) |
| | * | |
| This document relates to: *Lyndon T. Wright v.* | * | JUDGE ENGELHARDT |
| *Forest River, Inc., et al,* Docket No. 09-2977 | * | |
| | * | MAGISTRATE CHASEZ |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>DEFENDANT, FOREST RIVER, INC.'S LIST OF</u>
## <u>PROSPECTIVE JURORS WHO SHOULD BE EXCUSED FOR CAUSE</u>

MAY IT PLEASE THE COURT:

Pursuant to the Court's Order, defendant, Forest River, Inc., lists the prospective

jurors who it believes should be excused for cause:

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 1 | Allen, Mary (Wants to speak with the court privately re hardship) | **Cannot be fair.**<br><br>Q115 Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit, "Again, I would favor the emergency aid recipient because there was a level of trust that may have been betrayed here. I find it hard to believe that FEMA had absolutely no knowledge of the formaldehyde problems with the trailers it provided to disaster victims of Katrina/Rita. I tend to believe there was a massive cover up of the truth."<br>Q105 Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit, "I would favor the emergency aid recipient because the manufacturer has a responsibility to disclose any problems associated with any of their products to whatever govt regulatory agency is responsible for monitoring such items and withholding sale, rental, or any use of a faulty product. It is hard to believe and I do not believe that a company would not know any problems with a product. The emergency aid recipient would have put trust into a product supplied by a source he/she trusted to ensure their safety and health while providing a need."<br><br>**Already formed decisions/opinions regarding key issues in case.**<br><br>Q119 Has formed opinions about formaldehyde exposure on a person, "It is potentially deadly, an unnatural substance for the living human body that is used after death.<br>Q120 Believes it is very dangerous for a person to be exposed to formaldehyde. |
| 2 | Amedee, Andrew | **Anti-corporation bias.**<br><br>Q69 Believes corporations have an unfair advantage in the courtroom<br>Q74 Positive corporations conspire<br>Q93 Very concerned about environmental toxins causing harm<br>Q120 Believes exposure to formaldehyde is very dangerous |

| № | JUROR | CAUSE ISSUES |
|---|---|---|
| 3 | Arsenault, Renee | **Lived in Forest River trailer and believes she was exposed to formaldehyde. Suffers similar issues as plaintiff.**<br><br>Q96/Q98/Q101/Q109/Q114 – Lived in a FEMA trailer manufactured by Forest River post-Katrina<br>Q69 Believes corporations have disadvantages and unfair advantage in the courtroom, "Some juries are against corporations and award large damages because corps can afford it. Some corporations can afford attorneys and court costs that individuals cannot afford."<br>Q117 – has discussed with friends and read/heard news about issues with formaldehyde in trailers "I could smell the formaldehyde or I could live on the street." |
| 4 | Augustine, Irene | **Already accepts/agrees with plaintiff's claim. Already blames manufacturer.**<br><br>Q100 Believes self or someone close's health negatively affected by time spent in trailer, park model, mobile home, or other type of camper/RV, "Breathing in the chemicals."<br>Q96 Family member (probably sister Q112) lived in FEMA trailer<br>Q99 Has safety concerns about travel trailers or RVs "Asbestos and chemicals used to make them."<br>Q78 "I think that they [manufacturer] have a responsibility to help out because it was their product that caused the sickness." |

| № | JUROR | CAUSE ISSUES |
|---|---|---|
| 5 | Barado, Pamela | **Concerns regarding fairness of system and bias toward corporations.**<br><br>Q69 Believes corporations have an unfair advantage in the courtroom, "The more money, the more power."<br>Q70 Believes system of lawsuits gives unfair disadvantage to people who file lawsuits, "Too much red tape is allowed."<br><br>**Already agrees with plaintiff's claims regarding formaldehyde danger. Has personal experience.**<br><br>Q119 Has formed opinion about formaldehyde "It is deadly."<br>Q120 Believes it is very dangerous for someone to be exposed to formaldehyde<br>Q117 Has watched news re formaldehyde exposure<br>Q118 Husband works with or around formaldehyde<br>Q124/125 Has read/watched/seen ads re this litigation "It is all over the TV."<br>Q78 "The product should have been properly tested before being available for use. Chinese drywall for example."<br><br>**Already agrees with plaintiff's claims regarding formaldehyde danger. Has personal experience.**<br><br>Q96/98/99 Owns 30 yr old trailer and son lives in mobile home and has concerns about safety "Too much foreign materials are used. They always smell toxic." |
| 6 | Bone, Amy | **Lived in a FEMA trailer.**<br><br>Q96/98/108/109/112 Self and family lived in a FEMA trailer post Hurricane Katrina |

*Defendant, Forest River, Inc.'s List of Prospective Jurors Who Should Be Excused for Cause*

Page 4 of 33

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 7 | Bordelon, Riley | **Bias toward corporations.**<br><br>Q71 Cannot be fair in a lawsuit between an individual and a corporation<br><br>**Already blames manufacturer.**<br><br>Q78 "If someone gets sick from their product it is the company that made its problem."<br>Q74 Suspects corporations conspire<br>Q75 Believes most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics<br>Q76 Believes before putting a product on the market, typical American companies do an inadequate job of safety testing Q120 Feels it is very dangerous for someone to be exposed to formaldehyde<br>Q94 Has been exposed to chemicals that are potential health hazard – asbestos at work as pipefitter in chem plant |

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 8 | Borne, Carolyn | **Biased toward defendant.  Already has standard in mind.**<br><br>Q105 Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit, "I would side with the emergency aid recipient if it is proven that the manufacturer of these trailers, park models, or manufactured housing units did not follow a safety code when building."<br>Q115 Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit, "If these companies contracted by FEMA did not build the trailers, manufactured housing safely if proven then I would side with the emergency aid recipients."<br><br>**Anti-corporation/manufacturer.**<br><br>Q69 Believes corporations have an unfair advantage in the courtroom, "Because of money."<br>Q74 Suspects corporations conspire<br>Q75 Believes most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics<br>Q76 Believes before putting a product on the market, typical American companies do an inadequate job of safety testing<br><br>**Experience and opinion regarding key issue in case.**<br><br>Q118/Q119 Was exposed to formaldehyde and has formed opinions about the effects "I purchased new tennis shoes. It got to the point I could not walk. The doctor said it was because of formaldehyde in my shoes."<br>Q120 Feels it is very dangerous for someone to be exposed to formaldehyde |
| 9 | Brown, Etachel, Harrison | **Lived in FEMA trailer.**<br><br>Q108/Q109/Q112/Q114 Juror and Family members lived in a trailer or FEMA trailer due to Hurricane Katrina<br>Q98 After Hurricane Katrina we had one in front of our home for about 8 months while repairing our flooded home |

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 10 | Bunch, Joyce | **Self and family experience with FEMA trailer, already has safety concerns.**<br><br>Q99 Has safety concerns about travel trailers or RVs "Heard about hazards from trailers during Katrina so I would be cautious of course."<br>Q114 Sisters and brothers lived in a FEMA trailer; They were given one but did not li ve there "We obtained a trailer on damaged property but never resided in it; we had it removed. It was too much of a problem because every time we came home we discovered that it was occupied in our absence." |
| 11 | Burkard, Andrew | **Anti-corporation bias.**<br><br>Q105 Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit, "Against the company, I would favor the side against the company due to the issues my father-in-law has."<br>Q127 Cannot be open-minded in this case, "Yes, since my father-in-law was potentially exposed and having worsening health issues, I fear I may a very biased opinion."<br><br>**Cannot be fair, similar experience to plaintiff's claims.**<br><br>Q96/98/100/108/109/112/114 Father-in-law lived in FEMA trailer for 2+ years after Katrina; "Has had throat and voice issues starting 6 months after moving into the trailer."<br>Q119 "Formaldehyde is a substance which has known exposure hazards for over a decade and should never be used in housing units." |

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 12 | Carriles, Harold | **Anti-corporation/manufacturer bias.**<br><br>Q115 Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit. "Mobile home industry put junk together to make a fast buck."<br>Q69 Believes corporations have an unfair advantage in the courtroom. "Most corporations hire high price lawyers that other people cannot afford."<br>Q8 Has concerns about the Fed Gov't that would influence ability to be fair and impartial. "I don't like way the gov't is spending, spending, spending."<br><br>**Experience and opinions on key issues.**<br><br>Q126 Someone close to the juror has claim concerning injuries from living in a FEMA-provided emergency housing unit.<br>Q54 Suffers from asthma/allergies/respiratory illness/autoimmune disorder; suffered threatening reaction to something in environment. "Hives-cause unknown. Went into anaphylactic shock 4 times since Katrina; cause unknown.<br>Q58 My best friend ran into me with a motorcycle causing my shoulder to separate. |

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 13 | Carter, Deborah (H) | **Anti-corporation, concerned corporations get upper hand in court.**<br><br>Q69 Believes corporations have an unfair advantage in the courtroom, "I think they can use money to get best lawyers and do research to find loopholes to get a favorable outcome."<br>Q70 Believes system of lawsuits gives unfair disadvantage to people who file lawsuits, "Those who can't afford lawyers or spend money for defense don't get the best support in court."<br>Q74 Positive corporations conspire<br>Q76 Believes before putting a product on the market, typical American companies do a very inadequate job of safety testing<br><br>**Family in trailer/illness.**<br><br>Q96 and Q98. Sons, daughters-in-law, grandchildren lived in trailer post Katrina. Not sure of the brand. |

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 14 | Champagne, Chris (H) | **Already decided defendant is responsible.**<br><br>Q71 Juror could not fairly decide a lawsuit involving an individual against a corporation<br>Q117/Q118/Q119 Juror has discussed formaldehyde exposure with friends. Believes that "manufacturers responsible."<br>Q127 Juror admits cannot be open-minded in this case, "Yes, manufacturers are responsible."<br>Q81 Has concerns about the Fed Gov't that would influence ability to be fair and impartial"<br>"Untruthful."<br>Q105 Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit, "Against manufacturer."<br>Q69 Believes corporations have an unfair advantage in the courtroom, "Money talks."<br>Q75 Believes most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics<br>Q94 Juror/Someone close exposed to chemicals that are potential health hazard. "Worked in barges with fumes." |

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 15 | Cheramie, Judy (H) | **Already holds defense responsible.**<br><br>Q105 Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit "I believe they use the cheapest material they could get by with."<br>Q115 Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit, "People got sick living in travel trailers. I would side against FEMA."<br>Q74 Positive corporations conspire<br>Q75 Believes most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics<br>Q93 Very concerned about environmental toxins causing harm<br><br>**Already decided key issue.**<br><br>Q119 Has formed opinions about formaldehyde exposure "I believe it is dangerous to their health and will cause health problems in the future. |

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 16 | Cornin, Betty | **Anti-corporation/government bias.**<br><br>Q71 Juror could not fairly decide a lawsuit involving an individual against a corporation<br>Q81 Has concerns about the Fed Gov't that would influence ability to be fair and impartial.  Did not elaborate.<br>Q78 Has concerns, "The manufacturer should be very responsible for their product."  Has concerns about NOT holding product manufacturer responsible.<br>Q69 Believes corporations have an unfair advantage in the courtroom<br><br>**Already decided in favor of plaintiff.**<br><br>Q82a Agrees that "If a person claims injury based upon actions by government in an emergency, government should pay for the injury even when there is no proof that the government did something wrong."<br>Q54 Juror suffers from allergies. Sinus and respiratory issues.<br>Q74 Positive corporations conspire<br>Q120 Feels it is very dangerous for someone to be exposed to formaldehyde |

| № | JUROR | CAUSE ISSUES |
|---|---|---|
| 17 | Coto, George (H) | **Already decided case in favor of plaintiff.**<br><br>Q98/99/100 Mother and Father lived in a FEMA trailer. Has concerns "They emit formaldehyde." And believes father was harmed "has severe nose bleeds."<br>Q116/122/126 Father was injured by FEMA trailer. "Father had nose bleeds as a result of formaldehyde."<br>Q124 Has seen and read about lawsuits. Also, has performed investigations into FEMA trailers for attorneys.<br>Q105 "Favor the recipient. The trailer should be degassed and stabilized prior to release".<br>Q115 Has opinions about trailer manufacturers. "They should have tested the air quality in trailers."<br>Q117 Has investigated exposures to formaldehyde (work).<br>Q119 Has attitudes about formaldehyde. "It was present in trailers." |
| 18 | Cucullu, Linda B. | Q115 Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit, "Seems that much of the maintenance crews were unqualified."<br><br>**Already decided case in favor of plaintiff.**<br><br>Q96/109/112/101 Self and 2 grown daughters received/lived in a FEMA trailer; May have been a Forest River trailer<br>Q100/116 "While residing in a FEMA trailer my daughter had a miscarriage. She is convinced it was caused by the toxic fumes in the trailer."<br>Q105 Maybe has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit, "I might favor the emergency aid recipient."<br>Q117/122 Discussed topic of formaldehyde with daughter and her doctor; Believes formaldehyde exposure cause miscarriage<br>Q119 Has formed opinions about formaldehyde "I think for persons in a compromised state exposure to formaldehyde can cause many health problems. |

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 19 | Delatte, Jordy H | *Juror indicated "needs to discuss:"*<br>*Q69 Whether corporations have an unfair advantage/disadvantage.*<br>*Q76 Whether U.S. Co. do an inadequate job of safety testing.*<br>*Q101 Whether ever owned, used or resided in a product manufactured by Forest River, Inc.*<br>*Q118/119 Whether worked with/around formaldehyde/formed opinions about exposure*<br><br>**Juror not clear she can be fair.**<br><br>*Q127 Whether she can be open-minded in this case*<br>Q71 Could not fairly decide lawsuit involving individual against a corporation<br><br>**Shows bias toward corporations.**<br><br>Q74 Positive corporations conspire<br>Q75 Believes most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics<br>Q78 "Yes, because they [manufacturers] should do more testing" |

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 20 | Dire, Anthony H | **Demonstrates anti-corporation sentiment and concerns regarding trailer.**<br><br>Q74 Suspect corporations conspire.<br>Q75 Believes most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics<br>Q76 Believes before putting a product on the market, typical American companies do a very inadequate job of safety testing<br>Q119 "Formaldehyde exposure is hazardous to one's health"<br>Q120 Feels it is very dangerous for someone to be exposed to formaldehyde<br>Q99 Has safety concerns about travel trailers or RVs, "After FEMA Formaldehyde incidents post-Katrina, I have serious doubts that I would ever live/work in a manufactured housing unit."<br><br>**Concerns related to plaintiff's claims due to personal knowledge.**<br><br>Q117 Co-workers/friends discussed living in trailer post-Katrina while juror repaired plumbing. |

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 21 | Driscoll, Lynette H | **Anti-corporation bias.**<br><br>Q105 Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit, "Companies that manufactures housing should run all tests for safety no matter what the cost. Some ailment resulting from these houses could be for a lifetime"<br>Q115 Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit, "FEMA Probably got the cheapest (made inferior) company to buy the trailer from"<br>Q75 Believes most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics<br>Q69 Believes corporations have an unfair advantage in the courtroom, "They have better access to information"<br>Q82a that "If a person claims injury based upon actions by government in an emergency, government should pay for the injury even when there is no proof that the government did something wrong."<br><br>**Close to someone with similar experience to plaintiff, indicates already biased against defense.**<br><br>Q119 Opinion about exposure to formaldehyde, "That it can cause health issues that may continue throughout their lives"<br>Q114/98/109 Two co-workers and one family member lived in FEMA trailer<br>Q100 Co-worker's health negatively affected by time spent in trailer, park model, mobile home, or other type of camper/RV, "Mental health suffered, but is better now that she is back in a regular house"<br>Q116 Co-worker maybe suffered injury caused by living in emergency housing, "For two years she felt ill but could not pin point a particular problem" |

| № | JUROR | CAUSE ISSUES |
|---|-------|-------------|
| 22 | Fleming, Cecile H | **Cannot be fair to defense.**<br><br>Q127 Juror admits cannot be open-minded in this case, "I would be in favor of the person suing"<br>Q71 Juror could not fairly decide a lawsuit involving an individual against a corporation<br>Q81 Has concerns about the Fed Gov't that would influence ability to be fair and impartial"<br>Q75 Believes most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics<br>Q93 Very concerned about environmental toxins causing harm |
| 23 | Florent, Brionne | **Negative personal experience.**<br><br>Q98/99/100/114 Lived in FEMA trailer with family; Has safety concerns b/c of formaldehyde scare<br><br>**Anti-corporation bias.**<br><br>Q105 Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit, "I would favor the recipient because it is their responsibility to make sure all housing units are 100% up to par…"<br>Q115 Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit, "I would favor the recipient because it is their responsibility to make sure all housing units are 100% up to par…" |

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 24 | Galloway, Amy | **Negative personal experience.**<br><br>Q114/98/112 Parents lived in FEMA Trailer<br>Q117 Heard about formaldehyde exposure, "My family, because the trailer made our eyes burn we had to air it out for weeks"<br><br>**Already decided case.**<br><br>Q119 Has concluded that formaldehyde "is not safe"<br>Q125 Knows if you lived in a FEMA trailer you may be entitled to monetary judgment<br>Q94 Indicates someone close has been exposed to hazardous chemicals, "FEMA Trailer post-Katrina" |

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 25 | Gibson, Zona | **Negative personal experience.**<br><br>Q118 Son and husband installed trailers for FEMA<br>Q100 Juror and someone close health negatively affected by time spent in trailer, park model, mobile home or other type of camper/RV, "Son suffered with asthma, we all suffered with allergies from time to time."<br><br>**Anti-corporation bias.**<br><br>Q69 Believes corporations have an unfair advantage in the court room, "Deep pockets"<br><br>**Bias against the government.**<br><br>Q82a Agrees strongly that "If a person claims injury based upon actions by government in an emergency, government should pay for the injury even when there is no proof that the government did something wrong<br>Q93 Very concerned about environmental toxins causing harm<br>Q94 Exposed to chemicals that are potential health hazard, plant workers<br>Q120 Feels it is very dangerous for someone to be exposed to formaldehyde |

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 26 | Gonzales, Charlene H | **Anti-corporation bias.**<br><br>Q69 Believes corporations have an unfair advantage in the courtroom, "Money for lawyers."<br>Q75 Believes most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics<br>Q76 Believes before putting a product on the market, typical American companies do an inadequate job of safety testing<br>Q82a Agrees that "If a person claims injury based upon actions by government in an emergency, government should pay for the injury even when there is no proof that the government did something wrong."<br>Q81 Has concerns about the Fed Gov't that would influence ability to be fair and impartial"<br>Q120 Feels it is very dangerous for someone to be exposed to formaldehyde<br><br>**Lived in FEMA trailer, cannot be fair.**<br><br>Q96/109 Lived with family in FEMA Trailer two years<br>Q100 Believes living in FEMA trailer has affected husband's lungs |
| 27 | Harrison, Evelyn H | **Anti-corporation bias.**<br><br>Q69 Believes corporations have an unfair advantage in the courtroom, "In my opinion, the corporation has the resources to pursue a victory more often then not."<br>Q70 Believes system of lawsuits gives unfair disadvantage to people who file lawsuits, "Unsure of why"<br>Q120 Feels it is very dangerous for someone to be exposed to formaldehyde<br>Q93 Very concerned about environmental toxins causing harm |

| № | JUROR | CAUSE ISSUES |
|---|---|---|
| 28 | Henican, Thomas H | Q11 Attorney<br>Q69 Believes corporations have an unfair advantage in the courtroom, "often corporations have greater resources."<br><br>***Suspects corporations conspire, company safety testing inadequate.*** |
| 29 | Johnson, Imogene | **Demonstrates bias against corporations and concern regarding corporations' advantage in court.**<br><br>Q69 Believes corporations have an unfair advantage in the courtroom, "They are able to have (buy) the best lawyer available."<br>Q70 Believes system of lawsuits gives unfair disadvantage to people who file lawsuits, "After medical bills and legal bills are paid there is hardly nothing left for that individual."<br>Q75 Believes most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics<br>Q76 Believes before putting a product on the market, typical American companies do a very inadequate job of safety testing<br><br>**Already holds manufacturer Forest River, Inc. responsible.**<br><br>Q105 Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit, "If it's your product and someone got sick from it, you should be held responsible." |
| 30 | Kennedy, Kevin | **Negative personal experience.**<br><br>Q120 Feels it is very dangerous for someone to be exposed to formaldehyde<br>Q98 Lived in Puma Trailer after Katrina<br>Q93 Very concerned about environmental toxins causing harm |

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 31 | Lagarde, Jules H | **Anti-corporation bias.**<br><br>Q75 Believes most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics<br>Q76 Believes before putting a product on the market, typical American companies do an inadequate job of safety testing<br>Q82a Agrees that "If a person claims injury based upon actions by government in an emergency, government should pay for the injury even when there is no proof that the government did something wrong."<br><br>**Negative personal experience.**<br><br>Q119 Based on what he's read has opinions about effects of formaldehyde, "I do not like the hurting of the olfactory senses."<br>Q112 Sister lived in FEMA trailer |

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 32 | Lee, Glenda H | Q127 Juror admits cannot be open-minded in this case, "My spouse has installed trailers for Fema." <br> Q105 Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit, "It seems that safety may have been overlooked per news media." <br> Q81 Has concerns about the Fed Gov't that would influence ability to be fair and impartial, "Everyone in the country has these concerns." <br><br> **Demonstrates anti-corporation sentiment.** <br><br> Q69 Believes corporations have an unfair advantage in the courtroom, "When put up against an individual, the corporation has more resources." <br> Q74 Positive corporations conspire <br> Q75 Believes most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics <br><br> **Believes trailers dangerous, biased against defense.** <br><br> Q119 "Formaldehyde is a carcinogen, exposure is regulated by the government and must be monitored." <br> Q120 Feels it is very dangerous for someone to be exposed to formaldehyde <br> Q93 Very concerned about environmental toxins causing harm <br> Q114 Brother lived in housing provided by FEMA <br> Q99 Has safety concerns about travel trailers or RVs, "as seen in news, hazardous chemicals in trailers" |

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 33 | Lewis, Kim | **Various incidents of self and family exposure to toxins and already indicates cannot be fair.**<br><br>Q115 Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit<br>Q75 Believes most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics<br>Q120 Feels it is very dangerous for someone to be exposed to formaldehyde<br>Q93 Very concerned about environmental toxins causing harm |
| 34 | Nguyen, Maria | **Anti-corporation. Concerns regarding manufacturer. Biased against trailer manufacturer.**<br><br>Q99, "They seem unsafe."<br>Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit, "Emergency aid recipient. If the product is defective, it would put the recipient in harm's way."<br>Q69 Believes corporations have an unfair advantage in the courtroom, "Corporations have more money and are beter able to fund and expense lawsuits."<br>Q74, Positive corporations conspire<br>Q75 Believes most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics<br>Q78, Yes, "Manufacturers should have tested their products better before releasing it to the market."<br>Q120, Formaldehyde exposure "very" dangerous<br>Q93, Very concerned about environmental toxins causing harm<br>Q10 Attorney |
| 35 | Oubre, Rashad | **Personal bias.**<br><br>Q127 – "Yes, a lot of my family in New Orleans lived in FEMA trailers and I feel I would be bias [sic]." |

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 36 | Pittman, Denson | **Already holds manufacturer responsible.**<br><br>Q127 Believes he would have difficulty being open-minded in this case because, "Trailer manufacturers should be solely responsible for their products. They put these trailers on the market. They are responsible!"<br>Q81 Has concerns about the Fed Gov't that would influence ability to be fair and impartial, "Because we pay taxes."<br>Q82a Agrees that "If a person claims injury based upon actions by government in an emergency, government should pay for the injury even when there is no proof that the government did something wrong."<br>Q69 Believes corporations have an unfair advantage in the courtroom because, "They can afford the best representation."<br><br>**Cannot be fair.**<br><br>Q78 Has concerns about holding a manufacturer legally responsible if a consumer gets sick from their product, "If it's their product then they are absolutely responsible for putting unsafe products on the market." |
| 37 | Portier, Kayla | **Holds manufacturer responsible.**<br><br>Q69 Believes corporations have an unfair advantage in the courtroom because, "they have larger sums of money to get higher paid lawyers and others needed to help their case."<br>Q78 Has concerns about holding a manufacturer legally responsible if a consumer gets sick from their product, "They should have found all possible ways to make the product safe then tested it out for months making sure there were no issues with it before making it available to the public."<br>Q119 Based on what she has read or heard she believes that formaldehyde "is the root of most health problems"<br><br>**Formed opinion regarding key issue.**<br><br>Q120 Believes it is very dangerous for someone to be exposed to formaldehyde |

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 38 | Rapp, Shaun | **Anti-corporation bias.  Personal medical limitations.**<br><br>Q127 Believes he would have trouble being open-minded in this case because "It would include me thinking critically, clearly and sufficiently. On the other hand, identifying key components of the case and being honest in decision making as well as distinguishing between right and wrong may be affected by a closed head injury."<br>Q100 Believes his "mother's health has been affected due to being placed in a FEMA trailer and me being able to move around on a regular basis. Being in closed areas, not having accurate appliances made health deteriorate."<br>Q25 Does not believe he can maintain his honest beliefs while giving fair consideration to other jurors "Due to having a closed head injury it is harder for me to distinguish clearly and effectively based on various information"<br>Q109 His mother was issued FEMA housing and financial assistance "No specific dates or times identified"<br>Q81 Has concerns about the Fed Gov't "that may influence ability to be fair and impartial juror"<br>Q69 Believes corporations have an unfair advantage in the courtroom, "Sometimes they do because they have greater power and authority"<br>Q78 Has concerns about holding a manufacturer legally responsible if a consumer gets sick from their product, "I believe products should be held responsible if they are going to market the product to people in society. The safety of the people comes first."<br>Q96/112/114 His mother "was placed in a trailer park in Plaquemines Parish under FEMA"<br>Q99 Has concerns about travel trailers, park models or manufactured housing units "they are poorly constructed and not as efficient as a house or trailer"<br>Q94 "Father worked for a heliport service which exposed him to gasoline on a daily basis and I believe it gave him cancer." |

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 39 | Smith, Claudia | **Already made up mind in case and will not change it.**<br><br>Q25 Believes it will be impossible to maintain beliefs about what evidence shows yet give consideration to other's views and be willing to change mind "I believe that my first decision is the best answer"<br>Q78 Has concerns about holding a product manufacturer responsible if a consumer of the product gets sick from exposure, "If the product is hazardous I believe they should be held responsible"<br>Q70 Believes system of lawsuits gives unfair disadvantage to people who file lawsuits, "There is always a way around the system"<br>Q74 Positive corporations conspire<br>Q75 Believes most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics Q119 Believes formaldehyde exposure, "can be harmful"<br>Q120 Feels it is very dangerous for someone to be exposed to formaldehyde<br>Q122 Someone close has disease or injury they believe is from formaldehyde exposure, "Friend claims to have it after living in FEMA housing after Katrina and Rita" |
| 40 | Songy, Christopher | **Shows significant bias against corporations and trailer manufacturers.**<br><br>Q78 Has concerns about holding a product manufacturer responsible if a consumer of the product gets sick from exposure "Chinese drywall"<br>Q81 Has concerns about the Fed Gov't that would influence ability to be fair and impartial "I don't trust the federal government"<br>Q69 Believes corporations have an unfair advantage in the courtroom, "They have more money for lawyers"<br>Q75 Believes most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics<br>Q99 Has concerns about travel trailers or RVs "They smell like chemicals at first"<br>Q119 Believes formaldehyde exposure "makes you sick" |

| № | JUROR | CAUSE ISSUES |
|---|-------|-------------|
| 41 | Stern, Pamela | **Experience and concerns regarding toxins in home.**<br><br>Q82a Agrees that "If a person claims injury based upon actions by government in an emergency, government should pay for the injury even when there is no proof that the government did something wrong."<br>Q120 Feels it is very dangerous for someone to be exposed to formaldehyde<br>Q99 Has safety concerns about travel trailers or RVs "Are they safe?"<br>Q93 Very concerned about environmental toxins causing harm |
| 42 | Swan, Shannon | **Biased against defendant, has experience with FEMA trailers. Already formed opinions about key issues.**<br><br>Q115 Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit, "They are all crooks"<br>Q37/108 She helped FEMA place trailers after Katrina<br>Q81 Has concerns about the Fed Gov't that would influence ability to be fair and impartial "I don't agree with most political policies"<br>Q69 Believes corporations have an unfair advantage in the courtroom<br>Q74 Positive corporations conspire<br>Q75 Believes most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics<br>Q119 Has strong opinions about formaldehyde, "Formaldehyde is used for embalming. It dries you out. It's toxic."<br>Q120 Feels it is very dangerous for someone to be exposed to formaldehyde |

| № | JUROR | CAUSE ISSUES |
|---|---|---|
| 43 | Taylor Hunter, Deborah | **Anti-corporation bias.**<br><br>Q105 Has opinions about trailer manufacturers that may make her favor one side over the other in this lawsuit, "Every (can't make out) has the right to live in a healthy and safe environment – home – and to have all of the safety dangerous information to make their mind up as to living in that situation"<br>Q75 Believes most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics<br>Q81 Has concerns about the Fed Gov't that would influence ability to be fair and impartial "What the government does or decides affects the people as well, maybe more"<br>Q120 Feels it is very dangerous for someone to be exposed to formaldehyde<br>Q93 Very concerned about environmental toxins causing harm |

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 44 | Toups, Anthony | **Possible plaintiff, already made up mind and will not change it.**<br><br>Q115 Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit, "I would be against the builders of the trailers. Poor workmanship."<br>Q123 Has attended meetings about lawsuits concerning alleged formaldehyde exposure to occupants of FEMA provided trailers and mobile homes, "They are still pending. Never heard anything yet."<br>Q25 Believes it will be impossible to maintain beliefs about what evidence shows yet give consideration to other's views and be willing to change his mind, "Depending on the trial and if it has happened to me in any way"<br>Q81 Has concerns about the Fed Gov't that would influence ability to be fair and impartial "They are ready to buy out anybody and everybody"<br>Q105 Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit, "I would want to know where they got all the materials"<br>Q109/114 He and his family lived in a FEMA trailer<br>Q126 Believes he has a claim concerning injuries from living in a FEMA-provided emergency housing unit<br>Q127 He admits cannot be open-minded in this case "We lived in (a FEMA trailer so) I know how they feel" |

| № | JUROR | CAUSE ISSUES |
|---|-------|--------------|
| 45 | Verrette, Craig | **Already decided case.**<br><br>Q115 Has opinions about trailer manufacturers that would make him favor one side over the other in this lawsuit, "Mobile homes were garbage death traps. Too much formaldehyde in them."<br>Q105 Has opinions about trailer manufacturers that would make him favor one side over the other in this lawsuit, "Make them as fast as possible with maximum profit, with no concern for health or safety"<br>Q81 Has concerns about the Fed Gov't that would influence ability to be fair and impartial "Spending is out of control and irrational. They spend and print money at will."<br>Q119 Strong opinions about formaldehyde, It "causes breathing problems"<br>Q120 Feels it is very dangerous for someone to be exposed to formaldehyde |
| 46 | Wimberly, Irene | **Possible plaintiff, cannot be fair.**<br><br>Q105 Has opinions about trailer manufacturers that would make juror favor one side over the other in this lawsuit, "I believe no matter what the problems are the companies should build the trailers in the way they want live in them, are their families."<br>Q127 Juror admits cannot be open-minded in this case, "No, I don't believe so."<br>Q126 She and her family have a claim concerning injuries from living in a FEMA-provided emergency housing unit<br>Q99 "Family lived in a trailer after Katrina. We all were sick."<br>Q112/114 "My two sons received housing"<br>Q100 Juror/Someone close health negatively affected by time spent in trailer, park model, mobile home, or other type of camper/RV, "I believe it was the reason for my husband having a stroke in 2008. Eye infection for me." |

Respectfully submitted,

*/s/ ERNEST P. GIEGER, JR.*
ERNEST P. GIEGER, JR. (6154)
JASON D. BONE (28315)
CARSON W. STRICKLAND (31336)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
ATTORNEYS FOR FOREST RIVER, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon:

Frank J. D'Amico, Jr., Esquire
Aaron Z. Ahlquist, Esquire
622 Baronne Street, 2nd Floor
New Orleans, Louisiana  70113
Attorneys for LYNDON T. WRIGHT

M. David Kurtz, Esquire
Karen K. Whitfield, Esquire
Catherine N. Thigpen, Esquire
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana  70170
Attorneys for SHAW ENVIRONMENTAL, INC.

Gerald E. Meunier, Esquire
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
Energy Centre
1100 Poydras Street, Suite 2800
New Orleans, Louisiana  70163
*Plaintiffs' Liaison Counsel*

Andrew D. Weinstock, Esquire
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 North Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002
*Defendants' Liaison Counsel*

via e-filing this 1st day of March, 2010

*/s/ ERNEST P. GIEGER, JR.*