OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 2, 2010

Rejean Brider, et al

vs.

Silvercreek Homes, Inc., et al

Case No. 09-8493 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) SilverCreek Homes Inc, Attn: David H. Silvertooth
   (address) PO Box 150 Henrietta, TX 76365
2. (name) Fluor Enterprises Inc / Attn: Corporation Service Company
   (address) 320 Somerulos St. Baton Rouge LA 70802-6129
3. (name) The USA through US Attorney General, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans, LA 70130
4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave. NW Washington DC 20530-0001
   The USA through FEMA, Office of the Director, Office of General Counsel
   500 C Street SW Washington DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 1022 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.