```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130
```

Date: **March 2, 2010**

**Jassesl Marshall, et al**

vs.

**Clayton Homes of Lafayette, Inc., et al**

Case No. **09-8494**   Section **N**

Dear Sir:

Please (**issue**) (re-issue) summons on the (**complaint**) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **Clayton Homes of Lafayette, Inc. through John K. McBride**
   (address) **201 Main Street, Suite 810 Lafayette, IN 47902**
2. (name) **Fluor Enterprises, Inc. through Corporation Service Company**
   (address) **320 Somerulos Street, Baton Rouge, LA 70802**
3. (name) **The USA through US Attorneys Office, Eastern District of Louisiana**
   (address) **500 Poydras Street, Room B210 New Orleans, LA 70130**
4. (name) **The USA through Attorney General of the U.S., U.S. Dept. of Justice**
   (address) **950 Pennsylvania Ave., NW Washington, DC 20530**
5. (name) **The USA through FEMA, Office of the Director, Office of General Counsel**
   (address) **500 C Street, SW, Washington, DC 20472**

Very truly yours,

_____
"Signature"

I certify that all parties listed in the above referenced complaint are matched.

Attorney for **Plaintiff**

Address **622 Baronne Street**
**New Orleans, LA 70113**