OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 2, 2010

Lisa Thomas, et al

vs.

Frontier RV, Inc., et al

Case No. 09-8496 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Frontier RV, Inc. /Attn: Lawyers Aid Service Inc.
   (address) 408 W. 17th Street Ste 101 Austin TX 78701
2. (name) CH2M Hill Constructors Inc. /Attn: CT Corporation System
   (address) 5615 Corporate Blvd. Ste 400B Baton Rouge, LA 70808
3. (name) The USA through U.S Attorneys Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130
4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington DC 20530-0001
5. (name) The USA through FEMA, Office of the Director, Office of General Counsel
   (address) 500 C Street Washington D.C. 20472

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.