OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 2, 2010

Linda Gueringer, et al

vs.

Frontier RV, Inc., et al

Case No. 09-8497   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( __ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) Frontier RV, Inc./Attn: Lawyers Aid Service Inc.
   (address) 408 W. 17th Street Ste 101 Austin TX 78701
2. (name) Fluor Enterprises Inc./Attn: Corporation Service Company
   (address) 320 Somerulos Street Baton Rouge LA 70802-6129
3. (name) The USA through US Attorneys Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130
4. (name) The USA through Attorney General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington DC 20530-0001
5. (name) The USA through FEMA, Office of the Director, Office of General Counsel
   (address) 500 C Street SW Washington DC 20472

very truly yours,

"Signature"

Attorney for  Plaintiff
Address  622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.