OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 2, 2010

Joyce Hampton, et al

vs.

Frontier RV Inc., et al

Case No. 09-8498   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Frontier RV Inc. / Attn: Lawyers Aid Service Inc.
   (address) 408 W. 17th Street Ste 101 Austin TX 78701
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for   Plaintiff
Address   1022 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.