UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                              MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                              SECTION N(5)

                                                  JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:
ALL CASES                                         MAGISTRATE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The foregoing Motion to Enroll Additional Counsel of Record filed by defendant Shaw

Environmental, Inc., having been duly considered,

IT IS ORDERED that Roy C. Cheatwood (La. Bar #04010) of the law firm of Baker

Donelson Bearman Caldwell & Berkowitz, PC, be and hereby is enrolled as additional counsel of

record for defendant Shaw Environmental, Inc. in the captioned MDL proceeding.

New Orleans, Louisiana, this  1st  day of March, 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**