OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 2, 2010

Judy Bartholomew, et al

vs.

Frontier RV, Inc., et al

Case No. 09-8499   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Frontier RV Inc. /Attn: Lawyers Aid Service Inc.
   (address) 408 W. 17th Street, Ste 101 Austin TX 78701
2. (name) The USA through US Attorneys Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans, LA 70130
3. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington DC 20530-0001
4. (name) The USA through Fema, Office of the Director, Office of General Counsel
   (address) 500 C Street SW, Washington DC 20472

Very truly yours,

"Signature"

Attorney for   Plaintiff

Address   622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.