UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

    After discussing the hearing date of this motion with the parties,

    **IT IS ORDERED** that the hearing on the **"United States of America's Motion to Strike the Venue Allegations in Plaintiffs' Third and Fourth Supplemental and Amended Administrative Complaints (Rec. Doc. 4486 and Rec. Doc. 7688)" (Rec. Doc. 11858)**, currently set for Wednesday, March 10, 2010, is **CONTINUED** to **Wednesday, June 30th, 2010**, without oral argument.

    New Orleans, Louisiana, this 2nd day of March, 2010.

                                                     **KURT D. ENGELHARDT**
                                                     **UNITED STATES DISTRICT JUDGE**