OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 2, 2010

Dianne Blount, et al

vs.

Frontier RV, Inc., et al

Case No. 09-8500  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Frontier RV, Inc. / Attn: Lawyers Aid Service Inc.
   (address) 408 W. 17th Street Ste 101 Austin TX 78701
2. (name) Shaw Enterprises Inc. / Attn: Corporation Service Company
   (address) 320 Somerulos St. Baton Rouge LA 70808-6029
3. (name) The USA through US Atty office, EDLA
   (address) 500 Poydras St. Rm B210 New Orleans LA 70130
4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave. NW Washington D.C. 20530-0001
   The USA through Fema, Office of the Director, Office of General Counsel
   500 C Street SW Washington D.C. 20472

Very truly yours,

"Signature"

Attorney for Plaintiff
Address 622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.