OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 2, 2010

Gail Martin, et al

vs.

Coachmen Recreational Vehicle Co., LLC, et al

Case No. 09-8501 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : ______________ ) to the following:

1. (name) Coachmen Recreational Vehicle Co. through Corporation Service Co.
   (address) 251 East Ohio St., Suite 500 Indianapolis, IN 46204
2. (name) CH2M Hill Constructors, Inc. through C.T. Corporation System
   (address) 5615 Corporate Blvd. Ste 400B Baton Rouge, LA 70808
3. (name) ______________
   (address) ______________
4. (name) ______________
   (address) ______________

Very truly yours,

"Signature"

Attorney for Plaintiffs

Address 622 Baronne Street
New Orleans, LA 70113

I certify that all parties listed in the above referenced complaint are matched.