OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: __March 2, 2010__

__Diana Bonner, et al__

vs.

__Coachman Recreational Vehicle Company, LLC, et al__

Case No. __09-8502__   Section __N__

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Shaw Enterprises, Inc., Attn. Corporation Service Company__
   (address) __320 Somerulos St., Baton Rouge, LA 70802-6129__
2. (name) __Coachman Recreational Vehicle Comp, LLC, Attn. Corporation Service Company__
   (address) __251 East Ohio Street, Ste 500 Indianapolis IN 46204__
3. (name) __The USA through US Atty. Office, EDLA__
   (address) __500 Poydras Street, Rm. B210, New Orleans, LA 70130__
4. (name) __The USA through Atty General of the US, US Dept. of Justice__
   (address) __950 Pennsylvania Ave. NW, Washington DC 20530-0001__
5. (Name) __The USA through FEMA, Office of the Director, Office of the General Counsel__
   (address) __500 C. Street, SW, Washington, DC 20472__

Very truly yours,

"Signature"

Attorney for __Plaintiff__

Address __622 Baronne St., New Orleans 70113__

I certify that all parties listed in the complaint referenced above, have been matched.