```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: March 2, 2010

Patricia Jones, et al.

vs.

Coachman Recreational Vehicle Company, LLC., et al

Case No. 09-8503   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Shaw Enterprises, Inc., Attn. Corporation Service Company
   (address) 320 Somerulos Street, Baton Rouge, LA 70802-6129
2. (name) Coachman Recreational Vehicle Comp, LLC, Attn. Corporation Service Company
   (address) 251 East Ohio Street, Indianapolis, IN 46204
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 1022 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.