AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

GERIT THOMPSON, ET AL.

v.

STEWART PARK HOMES, INC. and
FLUOR ENTERPRISES, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:
# 09-4993
## SECT.N MAG5

TO:     Stewart Park Homes, Inc.
        Through its Managing Agent
        1207 Sunset Dr.
        Thomasville, GA 31792

**SERVED**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Gainsburgh, Benjamin, David,
Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the
complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

AUG 1 2 2009

CLERK                                          DATE

_Renee Rastorto_
(BY) DEPUTY CLERK

COURT SERVICE, INC.
Department 5993
Thomasville, GA 31758-5993
(229) 226-6211
"Certified Process Serving"

**SERVED**
ON _2-19-2010_
DAY _Friday_
TIME _1:17_
BY _____ #2777
COURT SERVICE, INC.
OFFICE 229-226-6211
FAX 229-226-6212

#10-20

**AFFIDAVIT OF SERVICE**

# UNITED STATES DISTRICT COURT
## Eastern District of Louisiana

Case Number: 09-4993-N-5

Plaintiff:
**GERIT THOMPSON, ET.AL.,**

vs.

Defendant(s):
**STEWART PARK HOMES, INC. and FLUOR ENTERPRISES, INC.**

For:
Gerald Meunier, Esquire
Gainsburgh, Benjamin, David, Meunier & W
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

*Received by COURT SERVICE, INC.* on the 10th day of February, 2010 at 1:01 pm to be served on **Stewart Park Homes, Inc., A. Lucas Stewart, III, Managing Agent, 1207 Sunset Drive, Thomasville, GA 31792.**

I, E. C. Genter, being duly sworn, depose and say that on the **19th day of February, 2010** at **3:15 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUBPOENA IN A CIVIL CASE and COMPLAINT FOR DAMAGES** with the date and hour of service endorsed thereon by me, to: **Audra Lucas Stewart, III** as **Managing Agent** for **Stewart Park Homes, Inc.**, at the address of: **Stewart Park Homes, Inc., 3380 McMillan Road, Ochlocknee, GA 31773**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** I asked the person spoken to whether recipient was in active military service of the United States. Upon information and belief I aver that the recipient is not in military service of the United States as that term is defined in either the State or Federal statutes.

**Additional Information pertaining to this Service:**
This assignment was extremely difficult to complete. The main facility of Stewart Park Homes, Inc. has closed down and is no longer operational at this time. Mr. Stewart was extremely evasive, elusive and conniving in his demeanor regarding legal process. He was offensive in his demeanor and aggressive in his contact with this investigator. This investigator had Mr. Audra Lucas Stewart, III Sign and Receipt for this process upon service of same upon him. His signature is beside the Served Stamp on the face of the Summons In A Civil Action. This process was placed directly into Mr. Stewart's hand by this investigator who fully explained the contents therein. Mr. Stewart is lawfully served!

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Caucasion, Height: 6'0", Weight: 180, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in nor am a party in the above action, and am a Professional Process *Server holding current Alabama Private Investigator, Florida Certification and Georgia Letter of Permanent Appointment* authority. I certify and know that the one herein worked by me to be the same as herein referenced and was served or not served according to State Law.

Subscribed and Sworn to before me on the 19th day of
February, 2010 by the affiant who is personally known to
me.

NOTARY PUBLIC

**E. C. Genter**
Process Server

**COURT SERVICE, INC.**
Suite 178
15125 U.S. Highway 19 South
Thomasville, GA 31792-4853
(229) 226-6211
Our Job Serial Number: 2010000020
Ref: 2010-020

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w