```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: **March 2, 2010**

**Kerwin Lawrence, et al**

vs.

**Coachman Recreational Vehicle Company, LLC., et al**

Case No. **09-8504**   Section **N**

Dear Sir:

Please (**issue**) (re-issue) summons on the (**complaint**) (amended complaint) ( ___ amended complaint) (third party complaint) (other : ___ ) to the following:

1. (name) **Coachman Recreational Vehicle Co., Attn. Corporation Service Company**
   (address) **251 East Ohio Street, Ste. 500 Indianapolis, IN 46204**
2. (name) **The United States of America, US Atty Office, EDLA**
   (address) **500 Poydras St., Rm B210, New Orleans, LA 70130**
3. (name) **Atty General of the United States, US Dept. of Justice**
   (address) **950 Pennsylvania Ave, NW, Washington, DC 20530-0001**
4. (name) **FEMA, Office of the Director, Office of the General Counsel**
   (address) **500 C. Street, SW, Washington, DC 20472**

Very truly yours,

_____
"Signature"

Attorney for **Plaintiff**

Address **622 Baronne St. New Orleans, LA 70113**

I certify that all parties listed in the complaint referenced above, have been matched.