AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Dianne Mayer

Plaintiff

v.

Stewart Park Homes, Inc., et al

Defendant

Civil Action No. 09-7757 Sec. N Mag. 5

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

Stewart Park Homes, Inc.
Through its Managing Agent
1207 Sunset Dr.
Thomasville, GA 31792

**SERVED**

**SERVED**
ON 2-19-10
DAY FRIDAY
TIME 1515
BY Yates #2727
COURT SERVICE, INC.
OFFICE 229-226-6211
FAX 229-226-6212

A lawsuit has been filed against you.

Within ~~20~~ 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 22 2010

Loretta G. Whyte
Deputy Clerk

COURT SERVICE, INC.
Department 5993
Thomasville, GA 31758-5993
(229) 226-6211
"Certified Process Serving"

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of Louisiana

Case Number: 09-7757-N-5

Plaintiff:
**DIANNE MAYER,**

vs.

Defendant:
**STEWART PARK HOMES, INC. Through Its Managing Agent,**

For:
Justin Woods, Esquire
Gainsburgh, Benjamin, David, Meunier & W
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

Received by COURT SERVICE, INC. on the 10th day of February, 2010 at 9:08 pm to be served on **STEWART PARK HOMES, INC. A. Lucas Stewart, III, Its Managing Agent, 1207 Sunset Drive, Thomasville, GA 31792.**

I, E. C. Genter, being duly sworn, depose and say that on the **19th day of February, 2010 at 3:15 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR DAMAGES**, with the date and hour of service endorsed thereon by me, to: **Audra Lucas Stewart, III as Managing Agent** for **STEWART PARK HOMES, INC.**, at the address of: **Stewart Park Homes, Inc., 3380 McMillan Road, Ochlocknee, GA 31773**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** I asked the person spoken to whether recipient was in active military service of the United States. Upon information and belief I aver that the recipient is not in military service of the United States as that term is defined in either the State or Federal statutes.

**Additional Information pertaining to this Service:**
This assignment was extremely difficult to complete. The main facility of Stewart Park Homes, Inc. has closed down and is no longer operational at this time. Mr. Stewart was extremely evasive, elusive and conniving in his demeanor regarding legal process. He was offensive in his demeanor and aggressive in his contact with this investigator. This investigator had Mr. Audra Lucas Stewart, III Sign and Receipt for this process upon service of same upon him. His signature is beside the Served Stamp on the face of the Summons In A Civil Action. This process was placed directly into Mr. Stewart's hand by this investigator who fully explained the contents therein. Mr. Stewart is lawfully served!

**Description of Person Served:** Age: 40, Sex: M, Race/Skin Color: Caucasion, Height: 6'0", Weight: 180, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in nor am a party in the above action, and am a Professional Process Server holding current Alabama Private Investigator, Florida Certification and Georgia Letter of Permanent Appointment authority. I certify and know that the one herein worked by me to be the same as herein referenced and was served or not served according to State Law.

E. C. Genter
Process Server

Subscribed and Sworn to before me on the 20th day of February, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

COURT SERVICE, INC.
Suite 178
15125 U.S. Highway 19 South
Thomasville, GA 31792-4853
(229) 226-6211
Our Job Serial Number: 2010000027
Ref: 2010-027

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.2w