OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __March 2, 2010__

__Damien Verdin, et al__

vs.

__Coachman Recreational Vehicle Company LLC et al__

Case No. __09-8505__   Section __N__

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Coachman Recreational Vehicle Company, LLC, Attn. Corporation Service Company__
   (address) __251 East Ohio Street, Ste. 500 Indianapolis IN 46204__
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for __Plaintiff__

Address __622 Baronne St. New Orleans 70113__

I certify that all parties listed in the complaint referenced above, have been matched.