UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABLIITY LITIGATION | * | |
| | * | Section: "N-5" |
| This Document Relates to: | * | |
| *Cherell Garner, et al v. Recreation* | * | JUDGE ENGELHARDT |
| *By Design, LLC, et al, No. 09-6002* | * | MAG. JUDGE CHASEZ |

*******************************************************************

## NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes the Named Plaintiffs who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismiss Recreation by Design, LLC., Fluor Enterprises, Inc., and the United States of America as defendants in the above-captioned matter as this instant suit is duplicative of *Garner, et al v. Recreation by Design, L.L.C.*, 09-5246 (E.D.La. 2009). Both cases involve the same parties and the same substantive allegations.

Accordingly, the Named Plaintiffs seek to voluntary dismiss the above-captioned matter, while reserving all rights and allegations asserted in *Garner, et al v. Recreation by Design, L.L.C.*, 09-5246 (E.D.La. 2009).

          Respectfully submitted:

          GAINSBURGH, BENJAMIN, DAVID,
          MEUNIER & WARSHAUER, LLC

BY:   /s/ Justin I. Woods
        GERALD E. MEUNIER, #9471
        JUSTIN I. WOODS, #24713
        2800 Energy Centre, 1100 Poydras Street

New Orleans, Louisiana 70163  
Telephone:   504/522-2304  
Facsimile:   504/528-9973  
gmeunier@gainsben.com  
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Justin I. Woods  
JUSTIN I. WOODS, #24713