OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: __March 2, 2010__

__Jenell Hernandez, et al__

vs.

__Coachman Recreational Vehicle Company, LLC, et al__

Case No. __09-8506__   Section __N__

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Coachman Recreational Vehicle Company, LLC  Attn: Corporation Service Company
   (address) 251 East Ohio Street, Ste. 500 Indianapolis, IN 46204
2. (name) Fluor Enterprises, Inc., Attn: Corporation Service Company
   (address) 320 Somerulos St., Baton Rouge LA 70802-6129
3. (name) The United States of America, US Atty's Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130
4. (name) Atty General of the United States, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW, Washington DC 20530-0001
5. (name) FEMA, Office of the Director, Office of the General Counsel
   (address) 500 C. Street, SW, Washington DC 20472

Very truly yours,

"Signature"

Attorney for __Plaintiff__

Address __622 Baronne St New Orleans 70113__

I certify that all parties listed in the complaint referenced above, have been matched.