OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: __March 2, 2010__

__Everette Matthews, Jr., et al__

vs.

__Coachmen Recreational Vehicle Co., LLC, et al__

Case No. __09-8507__ Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Coachmen Recreational Vehicle Co. through Corporation Service Company__
   (address) __251 East Ohio St., Suite 500 Indianapolis, IN 46204__
2. (name) __CH2M Hill Constructors, Inc. through C.T. Corporation System__
   (address) __5615 Corporate Blvd. Ste 400B Baton Rouge, LA 70808__
3. (name) __The USA through US Attorneys Office, Eastern District of Louisiana__
   (address) __500 Poydras Street, Room B210 New Orleans, LA 70130__
4. (name) __The USA through Attorney General of the US, US Dept. of Justice__
   (address) __950 Pennsylvania Ave., NW Washington, DC 20530__
5. (name) __The USA through FEMA, Office of the Director, Office of General Counsel__
   (address) __500 C Street, SW, Washington, DC 20472__

Very truly yours,

_____
"Signature"

Attorney for __Plaintiffs__

Address __622 Baronne Street__
__New Orleans, LA 70113__

I certify that all parties listed in the above referenced complaint are matched.