UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | * | |
| Donna Reppel v. Gulf Stream Coach, Inc., et al, No. 09-5891 | * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

****************************************************************************

### AFFIDAVIT OF SERVICE THROUGH LONG ARM STATUTE

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

Justin I. Woods

who, after being first duly sworn, did depose and say that on the 21st day of August, 2009, he served a certified copy of the Citation and Petition for Damages in this action pursuant to Louisiana Revised Statute Ann. §13:3204, the Louisiana Long Arm Statute, by mailing the same to Gulf Stream Coach, Inc., tough its agent for service of process, Kenneth C. Brinker, 503 South Oakland, Nappanee, IN 46550, return receipt requested, the same having been received on 31st day of August, 2009, as appears from Certified Receipt No. 70031680000699539013 attached hereto. This statement is made upon appearer's best information, knowledge and belief.

_Justin I. Woods_
Justin I. Woods

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 2nd DAY OF
March , 2010.

_Cheryl Danos_
NOTARY PUBLIC

CHERYL DANOS
NOTARY PUBLIC ID No. 12964
Parish of Plaquemines, State of Louisiana
My Commission is issued for Life

LAW OFFICES
# GAINSBURGH, BENJAMIN,
## DAVID, MEUNIER & WARSHAUER, L.L.C.

2800 ENERGY CENTRE
1100 POYDRAS
NEW ORLEANS 70163-2800

ROBERT J. DAVID
GERALD E. MEUNIER
IRVING J. WARSHAUER
STEVAN C. DITTMAN
TRACEY RANNALS BRYAN
MICHAEL J. ECUYER
KARA M. HADICAN
TODD J. BIALOUS
JUSTIN I. WOODS
NAKISHA ERVIN-KNOTT

OF COUNSEL
JACK C. BENJAMIN
SAMUEL C. GAINSBURGH
(1926-2003)

TELEPHONE
(504) 522-2304

TELECOPIER
(504) 528-9973

August 21, 2009

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Gulf Stream Coach, Inc.
Through Its Agent for Service of Process
Kenneth C. Brinker
503 South Oakland
Nappanee, Indiana  46550

Re:  DONNA REPPEL vs. GULF STREAM COACH, INC., ET AL
Case No.:  2009-14536
22ND Judicial District Court for the Parish of St. Tammany

Dear Sir:

In accordance with the requirements of the Louisiana Long-Arm Statute, I enclose herewith a certified copy of the petition filed in the above referenced matter. Pursuant to the citation issued by the Court, you must comply with plaintiff's demand or file an answer to this lawsuit within the delays set forth by this court.

Sincerely,

Justin I. Woods

JIW/lfb
Enclosures

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gulf Stream Coach
Kenneth C. Brinker
503 South Oakland
Nappanee, IN
46550

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Address

B. Received by (Printed Name)    C. Date of Delivery
                                  8-31-(?)

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7003 1680 0006 9953 9013

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

DONNA REPPEL

No. 2009-14536 C **RETURN**

Versus

## 22nd Judicial District Court
## Parish of St. Tammany
## Louisiana

GULF STREAM COACH, INC., ETAL

TO THE DEFENDANT   GULF STREAM COACH, INC. VIA THE LOUISIANA LONG ARM STATUTE

THROUGH ITS AGENT FOR SERVICE OF PROCESS KENNETH C. BRINKER 503 SOUTH OAKLAND

NAPPANEE, INDIANA 46550

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within thirty (30) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this   31ST   day of   JULY   A.D. 20 2009

*Malise Prieto*, CLERK OF COURT

BY:   S/ Sharon H. Miquet

DEPUTY CLERK OF COURT

ISSUED:8/6/09

Attorney   JUSTIN I. WOODS   PO1

2800 ENERGY CENTRE
1100 POYDRAS STREET

NEW ORLEANS, LA 70163

Received on _____, 20 ___, and on the ___ day of _____, 20 ___,
I served a true copy of the within _____
on _____ in person,
at domicile with _____
in _____ Parish, a distance of _____ miles from
the Court House.

Deputy Sheriff

Parish of _____

K-101

101-30.wpd

## CONFLICT OF INTEREST INQUIRY

FROM:     NEK

TO:       ALL ATTORNEYS

DATE:     March 1, 2010

PLAINTIFF:    Munir A. Qasim

CASE TYPE:    Medical Malpractice

DEFENDANTS:   Siddharth Kirtilal Bhansali, MD (cardiologist)

---

JCB

RJD           ✓    NO CONFLICT

GEM                YES, CONFLICT: _____

IJW

SCD

TLRB                   JIW
                  YOUR INITIALS PLEASE
MJE

KMS

TJB

JIW

TJG