OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __March 2, 2010__

__Marylin Thornabar, et al__

vs.

__Cavalier Home Builders, LLC, et al__

Case No. __09-8508__ Section __N__

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Cavalier Home Builders, LLC through The Corporation Company__
   (address) __2000 Interstate Park Dr. Suite 204 Montgomery, AL 36109__
2. (name) __Shaw Enterprises, Inc. through Corporation Service Company__
   (address) __320 Somerulos Street Baton Rouge, LA 70802__
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

I certify that all parties listed in the above referenced complaint are matched.

Very truly yours,

__[Signature]__
"Signature"

Attorney for __Plaintiffs__

Address __622 Baronne Street__
__New Orleans, LA 70113__