OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: **March 2, 2010**

**Keith Brinkman, et al**

vs.

**Cavalier Home Builders, LLC, et al**

Case No. **09-8509** Section **N**

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Cavalier Home Builders, LLC through The Corporation Company
   (address) 2000 Interstate Park Drive, Suite 204 Montgomery, AL 36109
2. (name) Fluor Enterprises, Inc. through Corporation Service Company
   (address) 320 Somerulos Street Baton Rouge, LA 70802
3. (name) The USA through US Attorney General, US Dept. of Justice
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530
4. (name) The USA through US Attorneys Office, Eastern District of Louisiana
   (address) 500 Poydras St., Room B210 New Orleans, LA 70130
5. (name) The USA through FEMA, Office of the Director, Office of General Counsel
   (address) 500 C Street, SW Washington, DC 20472

Very truly yours,

_____
"Signature"

I certify that all parties listed in the above referenced complaint are matched.

Attorney for **Plaintiffs**

Address **622 Baronne Street New Orleans, LA 70113**