OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 2, 2010

Kathleen Hampton, et al

vs.

Cavalier Home Builders, LLC, et al

Case No. 09-8510 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Cavalier Home Builders, LLC through The Corporation Company
   (address) 2000 Interstate Park Drive, Suite 204 Montgomery, AL 36109
2. (name) Fluor Enterprises, Inc. through Corporation Service Company
   (address) 320 Somerulos Street Baton Rouge, LA 70802
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

I certify that all parties listed in the above referenced complaint are matched.

"Signature"

Attorney for Plaintiffs
Address 622 Baronne Street
New Orleans, LA 70113