OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __March 2, 2010__

__Susan Bartholomew, et al__

vs.

__Cavalier Home Builders, LLC, et al__

Case No. __09-8512__ Section __N__

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Cavalier Home Builders, LLC through The Corporation Company__
   (address) __2000 Interstate Park Dr., Suite 204 Montgomery, AL 36109__
2. (name) __The USA through Attorney General of the U.S., U.S. Dept. of Justice__
   (address) __950 Pennsylvania Ave., NW Washington, DC 20530__
3. (name) __The USA through U.S. Attorney's Office, Eastern District of Louisiana__
   (address) __500 Poydras Street, Room B210 New Orleans, LA 70130__
4. (name) __The USA through FEMA, Office of the Director, Office of General Counsel__
   (address) __500 C Street, SW Washington, DC 20472__

I certify that all parties listed in the above referenced complaint are matched.

Very truly yours,

_/s/_
"Signature"

Attorney for __Plaintiffs__

Address __622 Baronne Street__
__New Orleans, LA 70113__