# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| HERMAN G. CAMPO, JR., ET AL. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) |
| INSURCO, ET AL. | ) |
| Defendant | ) |

Civil Action No. 2:09-cv-7596

## Summons in a Civil Action

To: *(Defendant's name and address)*

Insurco, Ltd. Insurance Corporation
Through the Louisiana Secretary of State
Legal Services Section
P.O. Box 94125
Baton Rouge, LA 70804-9125

A lawsuit has been filed against you.

Within ~~20~~ 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: __Jan 12 2010__

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

◈ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __02/04/2010__, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Jay Dardenne - LA Secretary of State__ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

Date: __02/26/2010__

_____
Server's signature

John Crawford - Legal Assistant
Printed name and title

3041 Dumaine Street
New Orleans LA 70119
Server's address