AO 440 (Rev. 04/08) Civil Summons



# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| VANESSA JOHNSON MOORE, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:09-cv-8339 |
| CMH MANUFACTURING, INC. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

CMH Manufacturing Inc.
Through its Agent for Service of Process
CT Corporation System
800 S. Gay Street
Suite 2021
Knoxville, TN 37929

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court: Loretta G. Whyte

Date: Jan 12 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

※ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on  02/05/2010 ,
by:

 (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
   who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

 (4) returning the summons unexecuted to the court clerk on _____ ; or

 (5) other *(specify)*  By certified mail _____
_____ .

My fees are $ 0.00  for travel and $ 0.00  for services, for a total of $ 0.00 .

Date:  **02/17/2010**

                        *Server's signature*

                     Lawrence J. Centola, Jr. - Attorney
                        *Printed name and title*

                        600 Carondelet Street
                           Suite 602
                       New Orleans, LA 70130
                           *Server's address*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CMH Manufacturing Inc.
   Through its Agent for Service of Process
   CT Corporation System
   800 S. Gay Street Suite 2021
   Knoxville, TN 37929

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *Ekeika Fly*
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   FEB 08 2010   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):   7009 1680 0001 8685 1615

PS Form 3811, February 2004   Domestic Return Receipt   8339   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage: $
Certified Fee:
Return Receipt Fee (Endorsement Required):
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $

Article Number: 7009 1680 0001 8685 1615

Sent To:
   CMH Manufacturing Inc.
   Through its Agent for Service of Process
   CT Corporation System
   800 S. Gay Street Suite 2021
   Knoxville, TN 37929

PS Form 3800