OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: _March 2, 2010_

_Sherron Bennett, et al_

vs.

_Cavalier Home Builders, LLC, et al_

Case No. _09-8513_  Section _N_

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint)

(other : _____ ) to the following:

1. (name) _Cavalier Home Builders, LLC through The Corporation Company_
   (address) _2000 Interstate Park Dr. Suite 204 Montgomery, AL 36109_
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

I certify that all parties
listed in the above referenced
Complaint are matched.

Very truly yours,

_____
"Signature"

Attorney for _Plaintiffs_

Address _622 Baronne Street_
_New Orleans, LA 70113_