```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: **March 2, 2010**

**Lorelia Fournette, et al**

vs.

**Cavalier Home Builders, LLC, et al**

Case No. **09-8514**  Section **N**

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **Cavalier Home Builders, LLC - through The Corporation Company**
   (address) **2000 Interstate Park Dr., Suite 204 Montgomery, AL 36109**
2. (name) **CH2M Hill Constructors, Inc. - through C.T. Corporation System**
   (address) **5615 Corporate Blvd., ste 400B Baton Rouge, LA 70808**
3. (name) **The USA through US Attorney's Office, Eastern District of Louisiana**
   (address) **500 Poydras St. Room B210 New Orleans, LA 70130**
4. (name) **The USA through Attorney General of the U.S., U.S. Dept. of Justice**
   (address) **950 Pennsylvania Ave., NW Washington, DC 20530**
5. (name) **The USA through FEMA, Office of the Director, Office of General Counsel**
   (address) **500 C Street, SW Washington, DC 20472**

Very truly yours,

_____
"Signature"

I certify that all parties listed in the above referenced complaint are matched.

Attorney for **Plaintiffs**

Address **622 Baronne Street**
**New Orleans, LA 70113**