AO 440 (Rev. 04/08) Civil Summons


RETURN

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| LYN MERCADEL, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:09-cv-8326 |
| DS CORP D/B/A CROSSROADS RV, et al. | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

DS Corp. d/b/a CrossRoads RV
Through its Agent for Service of Process
c/o Denette Boswell
P.O. Box 40
Topeka, IN 46571

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jan 12 2010

Loretta G. Whyte
*Name of clerk of court*

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  02/05/2010 ,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)*  By certified mail .

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

Date:  **02/17/2010**

Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address

