IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § § § § | MDL NO: 1873 SECTION: N (5) JUDGE ENGLEHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *North American Catastrophe Services, Inc. v. Northfield Ins. Co.*, No. 09-3818 | § § § | |

NORTH AMERICAN CATASTROPHE SERVICES'
RESPONSE TO STATEMENT OF UNCONTESTED MATERIAL FACTS

Plaintiff North American Catastrophe Services, Inc. responds to the Statement of Undisputed Facts in Support of Northfield Insurance Company's Cross-Motion for Summary Judgment as follows:

1. Ad mitted.

2. Disputed.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Disputed.

11. Admitted.

12. Admitted.

13. Admitted.

Respectfully submitted,

*/s/ Kevin F. Bruce*
John E. Galloway, Bar #5892
jgalloway@gjtbs.com
Kevin F. Bruce, Bar #31071
kbruce@gjtbs.com
GALLOWAY, JOHNSON,
TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor

New Orleans, Louisiana 70139
Telephone: (504) 525-5802
Facsimile: (504) 525-2456

**Attorneys for North American Catastrophe Services, Inc.**

## Certificate of Service

I hereby certify that on the 2nd of February, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record by operation of the Court's electronic filing system.

*/s/ Kevin Bruce*