OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 3, 2010

Karla Estrada, et al

vs.

Coachmen Industries, Inc., et al

Case No. 09-8515  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Coachmen Industries, Inc. through Corporation Service Company
   (address) 251 East Ohio St. Suite 400 Indianapolis, IN 46204
2. (name) Shaw Enterprises, Inc. through Corporation Service Company
   (address) 320 Someruloa St. Baton Rouge, Louisiana 70802
3. (name) The USA through US Attorneys Office, Eastern District of Louisiana
   (address) 500 Poydras Street, Room B210 New Orleans, LA 70130
4. (name) The USA through Attorney General of the U.S., U.S. Dept. of Justice
   (address) 950 Pennsylvania Ave. NW Washington, DC 20530

I certify that all parties listed in the above referenced complaint are matched.

Very truly yours,

"Signature"

Attorney for Plaintiff
Address 622 Baronne Street
New Orleans, LA 70113