OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 3, 2010

Marcelina Castro, et al

vs.

Coachmen Industries, Inc., et al

Case No. 09-8516 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Coachmen Industries, Inc. through Corporation Service Company
   (address) 251 East Ohio St., Suite 500 Indianapolis, IN 46204
2. (name) The USA through U.S. Attorneys Office, Eastern District of Louisiana
   (address) 500 Poydras Street, Room B210 New Orleans, LA 70130
3. (name) The USA through Attorney General of the U.S., U.S. Dept. of Justice
   (address) 950 Pennsylvania Ave., NW Washington, DC 20530
4. (name) The USA through FEMA, Office of the Director, Office of General Counsel
   (address) 500 C Street, SW Washington, DC 20472

Very truly yours,

_____
"Signature"

Attorney for Plaintiff

Address 622 Baronne Street
New Orleans, LA 70113

I certify that all parties listed in the above referenced complaint are matched.