OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 3, 2010

Melvin Stovall, et al

vs.

Coachmen Industries, Inc., et al

Case No. 09-8517   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Coachmen Industries, Inc. - through Corporation Service Company
   (address) 251 East Ohio St. Suite 500 Indianapolis, IN 46204
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

I certify that all parties listed in the above referenced complaint are matched.

Very truly yours,

"Signature"

Attorney for Plaintiffs
Address 622 Baronne Street
New Orleans, LA 70113