OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 3, 2010

Elvin Demery, et al

American International Specialty Lines Ins. Co
Insurance Co. of the State of PA, ~~Insurance~~
~~Co~~ Lexington Insurance Co., et al

Case No. 09-8444  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) American International Specialty Lines Ins. Co./Attn: LA Sec. of State
   (address) 8585 Archives Ave. Baton Rouge LA 70809
2. (name) Insurance Co. of the State of PA, Attn: LA Sec. of State
   (address) 8585 Archives Ave. Baton Rouge LA 70809
3. (name) Lexington Insurance Co., Attn: LA Sec. of State
   (address) 8585 Archives Ave. Baton Rouge LA 70809
4. (name) The USA through US Attorneys Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans, LA 70130
5. (name) The USA through Attorney Gen. of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington DC 20530-0001
6. The USA through FEMA, Office of the Director
   Office of the General Counsel
   500 C Street SW, Washington DC 20472

Very truly yours,

"Signature"

Attorney for  Plaintiff

Address  1022 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.