OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 3, 2010

Connie Lee Bailey, et al

vs.

American International Specialty Lines Ins. Co., Insurance Co. of the State of PA, Lexington Insurance Co., et al

Case No. 09-8445 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) American International Specialty Lines Ins. Co./Attn: LA Sec. of State
   (address) 8585 Archives Ave Baton Rouge LA 70809
2. (name) Insurance Co. of the State of PA, Attn: LA Sec. of State
   (address) 8585 Archives Avenue Baton Rouge LA 70809
3. (name) Lexington Insurance Co./Attn: LA Sec. of State
   (address) 8585 Archives Ave. Baton Rouge LA 70809
4. (name) Fluor Enterprises Inc./Attn: Corporation Service Co.
   (address) 320 Somerulos Street Rm B-210 Baton Rouge LA 70130

Very truly yours,

_____
"Signature"

Attorney for Plaintiff

Address 622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.