```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: **March 3, 2010**

**Jerome Aiken, et al**

vs.

**American International Specialty Lines Co. Insurance Co. of the State of PA, ~~Lexington Insurance Co.~~, et al**

Case No. **09-8446**   Section **N**

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **American International Specialty Lines Co. /Attn: LA Sec. of State**
   (address) **8585 Archives Ave. Baton Rouge LA 70809**
2. (name) **The Insurance Co. of the State of PA /Attn: LA Sec. of State**
   (address) **8585 Archives Ave. Baton Rouge, LA 70809**
3. (name) **Lexington Insurance Co./Attn: LA Sec. of State**
   (address) **8585 Archives Ave. Baton Rouge, LA 70809**
4. (name) **The USA through US Attorney's Office, EDLA**
   (address) **500 Poydras Street Rm B210 New Orleans LA 70130**
5. (name) **The USA through Attorney General of the US, US Dept. of Justice**
   (address) **950 Pennsylvania Ave. NW Washington D.C. 20530-0001**

6. **The USA through FEMA, Office of the Director Office of the General Counsel 500 C Street SW Washington DC 20472**
7. **Fluor Enterprises, Inc. Through Corporation Service Co. 320 Somerulos St. Baton Rouge, LA 70802**

Very truly yours,

_[signature]_
"Signature"

Attorney for **Plaintiff**

Address **1022 Baronne St. New Orleans, 70113**

I certify that all parties listed in the complaint referenced above, have been matched.