```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130
```

Date: __March 3, 2010__

__Joseph Billiot, et al__

vs.

__American International Specialty Lines
Ins. Co. of the State of Pennsylvania
Lexington Insurance Co., et al__

Case No. __09-8447__   Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __American International Specialty Lines/Attn: LA Sec. of State__
   (address) __8585 Archives Ave. Baton Rouge LA 70809__
2. (name) __The Insurance Co. of the State of PA /Attn: LA Sec. of State__
   (address) __8585 Archives Ave. Baton Rouge LA 70809__
3. (name) __Lexington Insurance Co./Attn: LA Sec. of State__
   (address) __8585 Archives Ave. Baton Rouge LA 70809__
4. (name) __Shaw Enterprises Inc./Attn: Corporation Service Company__
   (address) __320 Somerulos St. Baton Rouge LA 70802-6129__

5. The USA through, US Atty Office, EDLA
   500 Poydras St. Rm B210 New Orleans, LA 70130

6. The USA through Atty Gen. of the US,
   US Department of Justice,
   950 Pennsylvania Ave. NW Washington DC 20530

7. The USA through FEMA, Office of the Director
   Office of General Counsel
   500 C. Street SW. Washington DC 20472

Very truly yours,

"Signature"

Attorney for __Plaintiff__

Address __1022 Baronne St. New Orleans 70113__

I certify that all parties listed in the complaint referenced above, have been matched.