OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: _March 3, 2010_____

Demetria Lynn Doucet, et al

vs.

American International Specialty Lines Co.
Insurance Co. of the State of PA,
Lexington Insurance Co., et al
Case No. __098448___ Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint)

(other : _____ ) to the following:

1. (name) The American International Specialty Lines Co./Attn: LA Sec of State
   (address) 8585 Archives Avenue, Baton Rouge LA 70809

2. (name) Insurance Co. of the State of PA /Attn: LA Sec. of State
   (address) 8585 Archives Ave. New Baton Rouge LA 70809

3. (name) Lexington Insurance Co./Attn: LA Sec. of State
   (address) 8585 Archives Ave. Baton Rouge LA 70809

4. (name) CH2M Hill Constructors Inc./Attn: CT Corp. System
   (address) 5160 Corporate Blvd. Ste 400B Baton Rouge LA 70808

5. (name) The USA through Attorneys office, EDLA
   (address) 500 Poydras St. Rm B210 New Orleans LA 70130

Very truly yours,

6. The USA through Atty General of the US,
   US Department of Justice
   950 Pennsylvania Ave. NW, Washington DC 20530

"Signature"

Attorney for __Plaintiff___

Address 1622 Baronne St. New Orleans 70113

7. The USA through FEMA, Office of the Director
   Office of the General Counsel
   500 C Street SW Washington DC 20472

I certify that all parties listed in the complaint referenced above, have been matched.