OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: **March 3, 2010**

**MicShelia McCutchen, et al**

vs.

**American International Specialty Lines Insurance Co., Insurance Co. of the State of PA, Lexington Insurance Co., et al**

Case No. **09-8449**   Section **N**

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **American International Specialty Lines Co. / Attn: LA Sec. of State**
   (address) **8585 Archives Rd. Baton Rouge LA 70809**
2. (name) **Insurance Co. of the State of PA / Attn: LA Sec. of State**
   (address) **8585 Archives Ave. Baton Rouge LA 70809**
3. (name) **Lexington Insurance Co. / Attn: LA Sec. of State**
   (address) **8585 Archives Ave. Baton Rouge LA 70809**
4. (name) **Shaw Environmental Inc. / Attn: CT Corporation**
   (address) **320 Somerulos Street Baton Rouge LA 70802-6129**

Very truly yours,

_[signature]_
"Signature"

Attorney for **Plaintiff**

Address **1022 Baronne St. New Orleans 70113**

I certify that all parties listed in the complaint referenced above, have been matched.