OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 3, 2010

Michael Barnes, et al

vs.

American International Specialty Lines Co., Ins. Co. State of PA Ins. CO.

Case No. 09-8521   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) American International Spec. Lines Ins. Co. / LA Sec. of State
   (address) 8585 Archives Ave. Baton Rouge LA 70809
2. (name) Gibraltar Insurance Co., LTD / Attn: LA Sec. of State
   (address) 8585 Archives Ave. Baton Rouge LA 70809
3. (name) Shaw Enterprises Inc. / Attn: Corp. Service Co.
   (address) 320 Somerulos St. Baton Rouge LA 70802-6129
4. (name) The USA through US Atty Gen. Hon. Eric Holder, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington D.C. 20530-0001
5. (name) The USA through US Atty / EDLA Attn: Jim Letten
   (address) 500 Poydras St. Rm B210 New Orleans LA 70130
6. FEMA, Attn: R. David Paulison
   Admin. of FEMA
   500 C. Street SW Washington D.C. 20472

Very truly yours,

"Signature"

Attorney for Plaintiff
Address 1622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.