UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER             MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION           NUMBER: 07-1873

                             SECTION: "N"(5)

## ORDER SETTING ORAL ARGUMENT VIA TELEPHONE

Oral argument on Keystone RV Company's Motion to Compel Discovery (rec. doc. 11973) will be conducted telephonically on March 24, 2010 at 11:00 a.m. or as soon thereafter on that date and time as the Court's docket permits. The parties are thus instructed to be standing by their telephones from 11:00 a.m. on and they will be contacted by the Court as it makes its way through its motion docket.

New Orleans, Louisiana, this 2nd day of March, 2010.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE