UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER : 2:07-CV-MD-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION
: JUDGE ENGELHARDT

: MAGISTRATE JUDGE CHASEZ

**THIS CASE IS RELATED TO:**

| | |
|---|---|
| KATHERLEEN McLAUGHLIN, ET AL : | CASE NO. 2:10-CV-227 |
| VERSUS : | JUDGE ENGELHARDT |
| SHAW ENVIRONMENTAL, ET AL : | MAGISTRATE JUDGE CHASEZ |

STATE OF LOUISIANA :
: **NOTICE OF SERVICE**
PARISH OF CALCASIEU :

BEFORE ME, the undersigned Notary Public, personally came and appeared MARY M. CRUTHIRDS, who first being duly sworn, deposed, and said: That affiant is Secretary of J. ROCK PALERMO III, counsel for plaintiffs; that attached hereto is the notice of service of the Citation and original Petition for Damages from Clerk of Court, reflecting service on the defendant Shaw Environmental through its agent for service of process, CT Corporation System, on November 24, 2009, in the matter entitled *Katherleen McLaughlin, et al v. Forest River, Inc., et al,* bearing Docket No. C582959 of the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

_____
MARY M. CRUTHIRDS

SWORN TO AND SUBSCRIBED before me, Notary Public, at Lake Charles, Louisiana, on this 26th day of February, 2010.

_____
NOTARY PUBLIC
Yvonne Hankins
Notary Public
State of Louisiana
Notary ID# 6612
My Commission is Issued for Life

```
DOUG WELBORN, CLERK OF COURT                              016H26514620
East Baton Rouge Parish
                                   PRESORTED              $00.245
KATHERLEEN MCLAUGHLIN, ETAL        FIRST CLASS    Hasler  12/22/2009
VS FOREST RIVER, ETAL                                     Mailed From 70810
Case Nbr: C582959                                         US POSTAGE
Division:
Person Served:
SHAW ENVIRONMENTAL

                                   J ROCK PALERMO III
                                   BICE & PALERMO
Date and Type of Service:          PO BOX 2125
11/24/2009 CT Corporation          LAKE CHARLES LA 70601-2125

Type of Pleading Served:
Cit/thru CT Corp


Civil Suit Records
(225) 389-3972
Printed:    12/17/2009
```