UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER : 2:07-CV-MD-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION
: JUDGE ENGELHARDT

: MAGISTRATE JUDGE CHASEZ

**THIS CASE IS RELATED TO:**

| LARRY GRAHAM | : | CASE NO. 2:09-CV-7613 |
| VERSUS | : | JUDGE ENGELHARDT |
| JAYCO, INC., ET AL | : | MAGISTRATE JUDGE CHASEZ |

STATE OF LOUISIANA :
: **NOTICE OF SERVICE**
PARISH OF CALCASIEU :

BEFORE ME, the undersigned Notary Public, personally came and appeared MARY M. CRUTHIRDS, who first being duly sworn, deposed, and said: That affiant is Secretary of J. ROCK PALERMO III, counsel for plaintiffs; that attached hereto is the notice of service of the Citation and original Petition for Damages from Lena R. Torres, Clerk of Court, reflecting service on the defendant Fluor Enterprises, Inc. through its agent for service of process, Corporation Service Company, on November 18, 2009, in the matter entitled *Larry Graham v. Jayco, Inc.*, bearing Docket No. 114-150, Div. D, of the 34th Judicial District Court, St. Bernard Parish, Louisiana.

MARY M. CRUTHIRDS

SWORN TO AND SUBSCRIBED before me, Notary Public, at Lake Charles, Louisiana, on this 26th day of February, 2010.

NOTARY PUBLIC
Yvonne Hankins
Notary Public
State of Louisiana
Notary ID# 6612
My Commission is Issued for Life

No. 114-150    Div D    Date: NOV. 2, 2009

GRAHAM
_____
                    vs.
JAYCO, INC.
_____

The following service was made on defendant(s):

FLUOR ENTERPRISES, INC. (THRU CORP. SERV. CO.)
11-18-09 Thru Corp Ser - Jenine Schutte
_____
_____

No Service ☐ Reason_____
                    LENA R. TORRES, Clerk of Court