UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER : 2:07-CV-MD-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION
: JUDGE ENGELHARDT

: MAGISTRATE JUDGE CHASEZ

**THIS CASE IS RELATED TO:**

| | |
|---|---|
| NOEL GHERGICK | : CASE NO. 2:09-CV-7624 |
| VERSUS | : JUDGE ENGELHARDT |
| RECREATION BY DESIGN, LLC, ET AL | : MAGISTRATE JUDGE CHASEZ |

STATE OF LOUISIANA :
: **NOTICE OF SERVICE**
PARISH OF CALCASIEU :

BEFORE ME, the undersigned Notary Public, personally came and appeared MARY M. CRUTHIRDS, who first being duly sworn, deposed, and said: That affiant is Secretary of J. ROCK PALERMO III, counsel for plaintiffs; that attached hereto is the notice of service of the Citation and original Petition for Damages from Malise Prieto, Clerk of Court, reflecting service on the defendant Fluor Enterprises, Inc. through its agent for service of process, Corporation Service Company, on November 10, 2009, in the matter entitled *Noel Ghergick v. Recreation by Design LLC,* bearing Docket No. 2009-14803, of the 22nd Judicial District Court, St. Tammany Parish, Louisiana.

MARY M. CRUTHIRDS

SWORN TO AND SUBSCRIBED before me, Notary Public, at Lake Charles, Louisiana, on this 26th day of February, 2010.

NOTARY PUBLIC
Yvonne Hankins
Notary Public
State of Louisiana
Notary ID# 6612
My Commission is Issued for Life

ST TAMMANY PARISH CLERK OF COURT

N O T I C E   O F   S E R V I C E
PLAINTIFF NO. 1

DATE: 12/08/2009   TIME: 08:34:44

SUIT NO. 200914803

NOEL GHERGICK
VS
RECREATION BY DESIGN LLC

SERVICE DATE: 11/10/2009        POSTED DATE: 12/04/2009

TYPE: PERSONAL

SERVICE NOTES: CITATION

ISSUED TO OR PERSON SERVED:
FLUOR ENTERPRISES INC THRU AGT - 23

PALERMO J ROCK III
PO BOX 2125
LAKE CHARLES, LA 70602

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**NOEL GHERGICK
VS. 2:07-MDL-1873
RECREATION BY DESIGN, LLC, ET AL**

**THIS CASE IS RELATED TO:**
**NOEL GHERGICK
VS. NO. 2:09-CV-7624
RECREATION BY DESIGN, LLC, ET AL**

11947