UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER : 2:07-CV-MD-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION
: JUDGE ENGELHARDT

: MAGISTRATE JUDGE CHASEZ

**THIS CASE IS RELATED TO:**

| | |
|---|---|
| ALVIN TURNER | : CASE NO. 2:09-CV-7575 |
| VERSUS | : JUDGE ENGELHARDT |
| GULF STREAM COACH, INC., ET AL | : MAGISTRATE JUDGE CHASEZ |

STATE OF LOUISIANA :
: **NOTICE OF SERVICE**
PARISH OF CALCASIEU :

BEFORE ME, the undersigned Notary Public, personally came and appeared MARY M. CRUTHIRDS, who first being duly sworn, deposed, and said: That affiant is Secretary of J. ROCK PALERMO III, counsel for plaintiffs; that attached hereto is the notice of service of the Citation and original Petition for Damages from Clerk of Court, reflecting service on the defendant Fluor Enterprises, Inc., through its agent for service of process, Corporation Service Company, on December 3, 2009, in the matter entitled *Alvin Turner vs. Gulf Stream Coach, Inc., et al,* bearing Docket No. 2009-15686 of the 22nd Judicial District Court, St. Tammany Parish, Louisiana.

_____
MARY M. CRUTHIRDS

SWORN TO AND SUBSCRIBED before me, Notary Public, at Lake Charles, Louisiana, on this 26th day of February, 2010.

_____
NOTARY PUBLIC
Yvonne Hankins
Notary Public
State of Louisiana
Notary ID# 6612
My Commission is Issued for Life

ST TAMMANY PARISH CLERK OF COURT

N O T I C E   O F   S E R V I C E
PLAINTIFF NO. 1

DATE: 12/16/2009  TIME: 09:46:12

SUIT NO. 200915686

ALVIN TURNER
VS
GULF STREAM COACH INC

SERVICE DATE: 12/03/2009           POSTED DATE: 12/14/2009

TYPE: PERSONAL

SERVICE NOTES: CITATION

ISSUED TO OR PERSON SERVED:
FLUOR ENTERPRISES INC THRU AGT - 23

PALERMO J ROCK III
PO BOX 2125
LAKE CHARLES, LA 70602

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**ALVIN TURNER
VS. 2:07-MDL-1873
GULF STREAM COACH, INC., ET AL**

**THIS CASE IS RELATED TO:
ALVIN TURNER
VS. NO. 2:09-CV-7575
GULF STREAM COACH, INC., ET AL**