OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 3, 2010

John Graf, et al

vs.

American International Specialty Lines Ins. Co., Gibraltar Ins. Co., et al

Case No. 09-8522   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) American International Specialty Lines Ins. Co. / Attn: LA Sec. State
   (address) 8585 Archives Ave. Baton Rouge LA 70809
2. (name) Gibraltar Insurance Co. / Attn: LA Sec. of State
   (address) 8585 Archives Avenue Baton Rouge LA 70809
3. (name) XYZ Enterprises Inc. / Attn: Corporation Service Co.  [Hold Service]
   (address) 320 Somerulos St. Baton Rouge LA 70802-6129
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiff
Address 1022 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.