OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: _March 3, 2010_

_Barbara Jackson, et al_

vs.

_American International Specialty_
_Lines Insurance, Gibraltar Ins. Co, et al_

Case No. _09-8524_ Section _N_

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended

complaint) ( ___ amended complaint) (third party complaint)

(other : _____ ) to the following:

1. (name) _American International Specialty Lines Ins. Co /Attn:_
   (address) _8585 Archives Ave Baton Rouge LA 70809_   _LA Sec of State_

2. (name) _Gibraltar Insurance Co. /Attn: LA Sec. of State_
   (address) _8585 Archives Ave. Baton Rouge LA 70809_

3. (name) _The USA through US Atty Office, EDLA_
   (address) _500 Poydras Street Rm B210 New Orleans LA 70130_

4. (name) _The USA through Atty Gen. of the US, US Dept. of Justice_
   (address) _950 Pennsylvania Ave. NW, Washington DC 20530-0001_

5. (name) _The USA through FEMA, Office of the Director, Office of General_
   (address) _500 C Street SW Washington DC 20472_   _Counsel_

Very truly yours,

_"Signature"_

Attorney for _Plaintiff_

Address _1022 Baronne St. New Orleans 70113_

_I certify that all parties listed in the complaint_
_referenced above, have been matched._