UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | : | 2:07-CV-MD-1873 |
| | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE JUDGE CHASEZ |

**THIS CASE IS RELATED TO:**

| | | |
|---|---|---|
| WILBERT GRIFFIN, ET AL | : | CASE NO. 2:09-CV-7480 |
| VERSUS | : | JUDGE ENGELHARDT |
| GULF STREAM COACH, INC., ET AL | : | MAGISTRATE JUDGE CHASEZ |
| STATE OF LOUISIANA | : | |
| | : | **NOTICE OF SERVICE** |
| PARISH OF CALCASIEU | : | |

BEFORE ME, the undersigned Notary Public, personally came and appeared MARY M. CRUTHIRDS, who first being duly sworn, deposed, and said: That affiant is Secretary of J. ROCK PALERMO III, counsel for plaintiffs; that attached hereto is the notice of service of the Citation and original Petition for Damages from Clerk of Court, reflecting service on the defendant CH2M Hill Constructors, Inc., through its agent for service of process, CT Corporation System, on November 24, 2009, in the matter entitled *Wilbert Griffin, et al v. Gulf Stream Coach, Inc., et al,* bearing Docket No. 57156, of the 25th Judicial District Court, Plaquemines Parish, Louisiana.

_____
MARY M. CRUTHIRDS

SWORN TO AND SUBSCRIBED before me, Notary Public, at Lake Charles, Louisiana, on this 26th day of February, 2010.

_____
NOTARY PUBLIC
Yvonne Hankins
Notary Public
State of Louisiana
Notary ID# 6612
My Commission is Issued for Life

# NOTICE OF SERVICE

**WILBERT GRIFFIN ET AL**

Versus

**GULF STREAM COACH INC ET AL, ET AL**



Case: 00057156
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

TO: J R PALERMO III
VERON BICE PALERMO & WILSON LLC
721 KIRBY ST
P O BOX 2125
LAKE CHARLES, LA  70602

*Service of*: (XXX) Citation; ( ) Petition; ( ) SDT; ( ) Witness Subpoena

( ) Motion & Order; ( ) Rule; ( ) Judgment ( ) Other:

*Party Served*: CH2M HILL CONSTRUCTORS, INC. THROUGH CT CORPORATION SYSTEM

*Date of Service*: 11/24/09

*Type of Service*: (XXX) Personal    ( ) Domiciliary

*If no service, reason*:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILBERT GRIFFIN, ET AL
VS. 2:07-MDL-1873
GULF STREAM COACH, INC., ET AL

Sincerely,

_Bonnie J Myers_
Deputy Clerk

**THIS CASE IS RELATED TO:**
WILBERT GRIFFIN, ET AL
VS. NO. 2:09-CV-7480
GULF STREAM COACH, INC., ET AL

[ COPY ]