OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 3, 2010

Jennifer Hayes, et al

vs.

American International Specialty Lines Insurance Co., Gibraltar Insurance Co., et al

Case No. 09-8525   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) American International Spec. Lines Ins. Co./Attn: LA Sec. of State
   (address) 8585 Archives Ave. Baton Rouge LA 70809
2. (name) Gibraltar Insurance Co. LTD/Attn: LA Sec. of State
   (address) 8585 Archives Ave. Baton Rouge LA 70809
3. (name) Fluor Enterprises Inc./Attn: Corporation Service Co.
   (address) 320 Somerulos Street Baton Rouge LA 70802-6129
4. (name) The USA through US Atty General, Hon. Eric Holder, US Dept of Justice
   (address) 950 Pennsylvania Ave NW Washington DC 20530
5. (name) The USA through US Atty/EDLA /Attn: Jim Letten
   (address) 500 Poydras St. Rm B210 New Orleans, LA 70130
6. FemA, Attn: David Paulison
   Admin. of FemA
   500 C Street SW Washington DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiff
Address 1022 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.