# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HERMAN MACKEY, JR., ET AL. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:09-cv-7597 |
| KEYSTONE INDUSTRIES, INC., ET AL. | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

**Keystone RV Company**
Through its registered agent for service:
Davis G. Thomas
2642 Hackberry Drive
Goshen, IN 46526

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory

Deputy clerk's signature

Date: _____ Jan 12 2010

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___02/05/2010___,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)*    By certified mail _____

    _____.

My fees are $ ___0.00___ for travel and $ ___0.00___ for services, for a total of $ ___0.00___.

Date:   **02/17/2010**

                                                Server's signature

               Lawrence J. Centola, Jr. - Attorney

                                          Printed name and title

                      600 Carondelet Street
                           Suite 602
                  New Orleans, LA 70130

                                          Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by ( Printed Name) — Natalie Malone

C. Date of Delivery — 2/8/10

1. Article Addressed to:

Keystone RV Company
Through its Agent for Service of Process
David G Thomas
2642 Hackberry Drive
Goshen, IN 46526

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7009 1680 0001 8685 1998

PS Form 3811, February 2004     Domestic Return Receipt    7597     102595-02-M-1540



**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

7009 1680 0001 8685 1998

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
NEW ORLEANS
FEB - 3 2010
USPS

Sent To
Keystone RV Company
Through its Agent for Service of Process
Street, Apt David G Thomas
or PO Box 2642 Hackberry Drive
City, State Goshen, IN 46526

PS Form