AO 440 (Rev. 04/08) Civil Summons

# RETURN

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| AKEEM MARTIN <br> Plaintiff <br> v. <br> KEYSTONE INDUSTRIES, INC., et al. <br> Defendant | ) ) ) ) Civil Action No. 2:09-cv-8305 ) ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Keystone RV Company
Through its Agent for Service of Process
David G Thomas
2642 Hackberry Drive
Goshen, IN 46526

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 12 2010

Name of clerk of court

*Deputy clerk's signature*

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on  02/05/2010  ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* By certified mail

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

Date: 02/17/2010

Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Keystone RV Company
Through its Agent for Service of Process
David G Thomas
2642 Hackberry Drive
Goshen, IN 46526

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Natalie Malone_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Natalie Malone   2/8/10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7009 1680 0001 8685 1516

PS Form 3811, February 2004   Domestic Return Receipt   8305   102595-02-M-1540



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Sent To: Keystone RV Company
Through its Agent for Service of Process
David G Thomas
Street, Apt. No. or PO Box No.: 2642 Hackberry Drive
City, State, ZIP: Goshen, IN 46526

7009 1680 0001 8685 1516

PS Form 3800