UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | : | 2:07-CV-MD-1873 |
| | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE JUDGE CHASEZ |

**THIS CASE IS RELATED TO:**

| | | |
|---|---|---|
| DANIELLE BUTLER, ET AL<br>VERSUS<br>FRONTIER RV, INC., ET AL | :<br>:<br>: | 2:09-cv-7503<br>SECTION "N-5"<br>JUDGE ENGLHARDT<br>MAG. JUDGE CHASEZ |
| **AND** | | |
| DANIELLE BUTLER, ET AL<br>VS. NO. C-57960<br>FRONTIER RV, INC., ET AL | :<br>:<br>: | 40TH JUDICIAL DISTRICT COURT<br>PARISH OF ST. JOHN THE BAPTIST<br>STATE OF LOUISIANA |
| *      *      * | * | *      *      * |
| STATE OF LOUISIANA | : | |
| | : | **AFFIDAVIT OF SERVICE** |
| PARISH OF CALCASIEU | : | |

BEFORE ME, the undersigned Notary Public, personally came and appeared MARY M. CRUTHIRDS, who first being duly sworn, deposed, and said: That affiant is Secretary of J. ROCK PALERMO III; that affiant mailed a true copy of the Citation and Petition for Damages pursuant to Louisiana Long Arm Statute by certified mail, return receipt requested, to the defendant FRONTIER RV, INC.; that the same was delivered to the defendant on November 6, 2009, as more fully appears from the attached post office return receipt for certified mail number 7007 2560 0000 8081 8727.

_____
MARY M. CRUTHIRDS

SWORN TO AND SUBSCRIBED before me, Notary Public, at Lake Charles, Louisiana, on this 26th day of February, 2010.

_____
NOTARY PUBLIC
Yvonne Hankins
Notary Public
State of Louisiana
Notary ID# 6612

# VERON BICE PALERMO & WILSON, LLC

ATTORNEYS AT LAW

J. MICHAEL VERON
JERE JAY BICE*
J. ROCK PALERMO III*
ALONZO P. WILSON
JAMIE B. BICE
ELAINE B. SOLARI
MICHAEL G. HODGKINS

*CERTIFIED MEDIATORS

721 KIRBY STREET (70601)
POST OFFICE BOX 2125
LAKE CHARLES, LA 70602.2125

TELEPHONE (337) 310-1600
FACSIMILE  (337) 310-1601
TOLL FREE  (877) 300-8680

WEBSITE:
www.veronbice.com

EMAIL:
info@veronbice.com

November 4, 2009

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**ARTICLE NO. 7007 2560 0000 8081 8727**

Frontier RV, Inc.
Through Lawyer's Aid Service, Inc.
408 W. 17th Street, Suite 101
Austin, TX 78701

Re:   Danielle Butler, et al
      Vs. No. C-57960
      Frontier RV, Inc., et al
      40th Judicial District Court
      St. John the Baptist Parish, Louisiana

Ladies/Gentlemen:

Please find enclosed a citation and certified copy of the Petition for Damages which has been filed against you in the above-referenced matter. This is being served on you pursuant to Louisiana Long Arm Statute, La. R.S. 13:3201.

Please note that you have thirty (30) days from the date of service within which to file an answer to this Petition.

Yours truly,

*Rock Palermo*

J. ROCK PALERMO III

JRP:mmc
Enclosure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Frontier RV
Through Lawyers Aid
Service
408 W. 17th Street
Suite 101
Austin TX 78701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Sharon Leal    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Sharon Leal
C. Date of Delivery: 11-6-09

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 2560 0000 8081 8727

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540