OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: **March 3, 2010**

**D'Nya Brown, et al**

vs.

**American International Specialty Lines Co., Gibraltor Insurance Co., et al**

Case No. **09-8526** Section **N**

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **American International Specialtly Lines Ins. Co. /Attn: LA Sec. of State**
   (address) **8585 Archives Ave. Baton Rouge LA 70809**
2. (name) **Gibraltar Ins. Co. LTD. /Attn: LA Sec. of State**
   (address) **8585 Archives Ave. Baton Rouge LA 70809**
3. (name) **CH2M Hill Constructors Inc. /Attn. CT Corporation System**
   (address) **5615 Corporate Blvd., Ste 400B Baton Rouge LA 70808**
4. (name) **The USA through US Atty, EDLA, Jim Letten, US Atty.**
   (address) **500 Poydras Street Rm B210 New Orleans LA 70130**
5. (name) **The USA through US Atty General /Attn: Hon Eric Holder**
   (address) **US Dept. of Justice, 950 Pennsylvania Ave. NW Washington DC 20530**

6. **FEMA, Attn: R. David Bulison**
   **Administrator of FEMA**
   **500 C Street SW Washington DC 20472**

Very truly yours,

"Signature"

Attorney for **Plaintiff**

Address **1022 Baronne St. New Orleans 70113**

I certify that all parties listed in the complaint referenced above, have been matched.