UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | : | 2:07-CV-MD-1873 |
| | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE JUDGE CHASEZ |

**THIS CASE IS RELATED TO:**

| | | |
|---|---|---|
| DONIELLE S. MORAZAN, ET AL | : | 09-7482 |
| VERSUS | : | SECTION "N-5" |
| KEYSTONE RV COMPANY, ET AL | : | JUDGE ENGLHARDT |
| | | MAG. JUDGE CHASEZ |
| **AND** | | |
| DONIELLE S. MORAZAN, ET AL | : | 17TH JUDICIAL DISTRICT COURT |
| VS. NO. 113064 | : | LAFOURCHE PARISH |
| KEYSTONE RV COMPANY, ET AL | : | STATE OF LOUISIANA |
| | | |
| STATE OF LOUISIANA | : | |
| | : | **AFFIDAVIT OF SERVICE** |
| PARISH OF CALCASIEU | : | |

BEFORE ME, the undersigned Notary Public, personally came and appeared MARY M. CRUTHIRDS, who first being duly sworn, deposed, and said: That affiant is Secretary of J. ROCK PALERMO III; that affiant mailed a true copy of the Citation and Petition for Damages pursuant to Louisiana Long Arm Statute by certified mail, return receipt requested, to the defendant Keystone RV Company; that the same was delivered to the defendant on November 30, 2009, as more fully appears from the attached post office return receipt for certified mail number 7007 2560 0000 8081 9403.

MARY M. CRUTHIRDS

SWORN TO AND SUBSCRIBED before me, Notary Public, at Lake Charles, Louisiana, on this 26th day of February, 2010.

NOTARY PUBLIC
Yvonne Hankins
Notary Public
State of Louisiana
Notary ID# 6612
My Commission is Issued for Life

# VERON
# BICE
# PALERMO &
# WILSON, LLC

ATTORNEYS AT LAW

J. MICHAEL VERON
JERE JAY BICE*
J. ROCK PALERMO III*
ALONZO P. WILSON
JAMIE B. BICE
ELAINE B. SOLARI
MICHAEL G. HODGKINS

*CERTIFIED MEDIATORS

721 KIRBY STREET (70601)
POST OFFICE BOX 2125
LAKE CHARLES, LA 70602.2125

TELEPHONE (337) 310-1600
FACSIMILE   (337) 310-1601
TOLL FREE   (877) 300-8680

WEBSITE:
www.veronbice.com

EMAIL:
info@veronbice.com

November 23, 2009

**CERTIFIED MAIL
RETURN RECEIPT REQUESTED
ARTICLE NO. 7007 2560 0000 8081 9403**

Keystone RV Company
Through David G. Thomas
2642 Hackberry Drive
Goshen, IN 46526

Re:   Donielle S. Morazan, et al
      Vs. No. 113064
      Keystone RV Company, et al
      17th Judicial District Court
      Lafourche Parish, Louisiana

Ladies/Gentlemen:

Please find enclosed a citation and certified copy of the Petition for Damages which has been filed against you in the above-referenced matter. This is being served on you pursuant to Louisiana Long Arm Statute, La. R.S. 13:3201.

Please note that you have thirty (30) days from the date of service within which to file an answer to this Petition.

Yours truly,

*Rock Palermo*

J. ROCK PALERMO III

JRP:mmc
Enclosure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Keystone RV Company
Through David Thomas
2642 Hackberry Drive
Goshen, In 46526

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jasmin Carl_  ☐ Agent  ☑ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Jasmin Carl    11-30-09

D. Is delivery address different from item 1? ☐ Yes   ☑ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7007 2560 0000 8081 9403

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540