UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | : | 2:07-CV-MD-1873 |
| | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE JUDGE CHASEZ |

**THIS CASE IS RELATED TO:**

| | | |
|---|---|---|
| ANDRE SMITH, ET AL | : | 2:09-cv-7569 |
| VERSUS | : | SECTION "N-5" |
| KZRV LP, ET AL | : | JUDGE ENGLHARDT |
| | | MAG. JUDGE CHASEZ |
| | **AND** | |
| ANDRE SMITH | : | 32ND JUDICIAL DISTRICT COURT |
| VS. NO. 159569 "E" | : | PARISH OF TERREBONNE |
| KZRV LP, ET AL | : | STATE OF LOUISIANA |
| STATE OF LOUISIANA | : | |
| | : | **AFFIDAVIT OF SERVICE** |
| PARISH OF CALCASIEU | : | |

BEFORE ME, the undersigned Notary Public, personally came and appeared MARY M. CRUTHIRDS, who first being duly sworn, deposed, and said: That affiant is Secretary of J. ROCK PALERMO III; that affiant mailed a true copy of the Citation and Petition for Damages pursuant to Louisiana Long Arm Statute by certified mail, return receipt requested, to the defendant KZRV LP; that the same was delivered to the defendant on December 7, 2009, as more fully appears from the attached post office return receipt for certified mail number 7009 2250 0002 3027 9563.

*[signature]*
MARY M. CRUTHIRDS

SWORN TO AND SUBSCRIBED before me, Notary Public, at Lake Charles, Louisiana, on this 26th day of February, 2010.

*[signature]*
NOTARY PUBLIC
Yvonne Hankins
Notary Public
State of Louisiana
Notary ID# 6612
My Commission is Issued for Life

# VERON
# BICE
# PALERMO &
# WILSON, LLC

ATTORNEYS AT LAW

J. MICHAEL VERON
JERE JAY BICE*
J. ROCK PALERMO III*
ALONZO P. WILSON
JAMIE B. BICE
ELAINE B. SOLARI
MICHAEL G. HODGKINS

*CERTIFIED MEDIATORS

721 KIRBY STREET (70601)
POST OFFICE BOX 2125
LAKE CHARLES, LA 70602.2125

TELEPHONE (337) 310-1600
FACSIMILE   (337) 310-1601
TOLL FREE   (877) 300-8680

WEBSITE:
www.veronbice.com

EMAIL:
info@veronbice.com

December 2, 2009

**CERTIFIED MAIL
RETURN RECEIPT REQUESTED
ARTICLE NO. 7009 2250 0002 3027 9563**

KZRV LP
Through Daryl Zook
9270 W. US 20
Shipshewana, IN 46565

Re:  Andre Smith, et al
     Vs. No. 158568 "E"
     KZRV LP, et al
     32nd Judicial District Court, Terrebonne Parish, Louisiana

Dear Mr. Zook:

Please find enclosed a citation and certified copy of the Petition for Damages which has been filed against you in the above-referenced matter. This is being served on you pursuant to Louisiana Long Arm Statute, La. R.S. 13:3201.

Please note that you have thirty (30) days from the date of service within which to file an answer to this Petition.

Yours truly,

Rock Palermo

J. ROCK PALERMO III

JRP:mmc
Enclosure

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Linda Whetstone* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Linda Whetstone    C. Date of Delivery: 12-7-09 |
| 1. Article Addressed to:<br>KZRV LP<br>Through Daryl Zook<br>9270 W. U.S. 20<br>Shipshewana, IN 46565 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
|  | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 2250 0002 3027 9563 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |