UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | : | 2:07-CV-MD-1873 |
| | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE JUDGE CHASEZ |

**THIS CASE IS RELATED TO:**

| | | |
|---|---|---|
| DWAIN HITCHENS, ET AL | : | 2:10-cv-149 |
| VERSUS | : | SECTION "N-5" |
| GULF STREAM COACH, INC., ET AL | : | JUDGE ENGLHARDT |
| | | MAG. JUDGE CHASEZ |

**AND**

| | | |
|---|---|---|
| DWAIN HITCHENS, ET AL | : | CIVIL DISTRICT COURT |
| VS. NO. 09-10178 "L-6" | : | PARISH OF ORLEANS |
| GULF STREAM COACH, INC., ET AL | : | STATE OF LOUISIANA |
| STATE OF LOUISIANA | : | |
| | : | **AFFIDAVIT OF SERVICE** |
| PARISH OF CALCASIEU | : | |

BEFORE ME, the undersigned Notary Public, personally came and appeared MARY M. CRUTHIRDS, who first being duly sworn, deposed, and said: That affiant is Secretary of J. ROCK PALERMO III; that affiant mailed a true copy of the Citation and First Supplemental and Amending Petition for Damages pursuant to Louisiana Long Arm Statute by certified mail, return receipt requested, to the defendant Federal Emergency Management Agency (FEMA); that the same was delivered to the defendant on January 26, 2010, as more fully appears from the attached post office return receipt for certified mail number 7009 0820 0001 8058 5782.

_____
MARY M. CRUTHIRDS

SWORN TO AND SUBSCRIBED before me, Notary Public, at Lake Charles, Louisiana, on this 26th day of February, 2010.

_____
NOTARY PUBLIC
Yvonne Hankins
Notary Public
State of Louisiana
Notary ID# 6612
My Commission is Issued for Life

# VERON BICE PALERMO & WILSON, LLC

ATTORNEYS AT LAW

J. MICHAEL VERON
JERE JAY BICE*
J. ROCK PALERMO III*
ALONZO P. WILSON
JAMIE B. BICE
ELAINE B. SOLARI
MICHAEL G. HODGKINS

*CERTIFIED MEDIATORS

721 KIRBY STREET (70601)
POST OFFICE BOX 2125
LAKE CHARLES, LA 70602.2125

TELEPHONE (337) 310-1600
FACSIMILE  (337) 310-1601
TOLL FREE  (877) 300-8680

WEBSITE:
www.veronbice.com

EMAIL:
info@veronbice.com

January 20, 2010

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**ARTICLE NO. 7009 0820 0001 8058 5782**

Federal Emergency Management Agency
Through the Office of the Director
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

Re:   Dwain Hitchens, et al
      Vs. No. 2009-10178 "L-6"
      Gulf Stream Coach, Inc., et al
      Civil District Court
      Orleans Parish, Louisiana

Dear Mr. Fugate:

Please find enclosed a citation and certified copy of the original Petition for Damages and the First Supplemental and Amending Petition for Damages which has been filed against you in the above-referenced matter. This is being served on you pursuant to Louisiana Long Arm Statute, La. R.S. 13:3201.

Please note that you have thirty (30) days from the date of service within which to file an answer to these Petitions.

Yours truly,

*Rock Palermo*

J. ROCK PALERMO III

JRP:mmc
Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  **CRDS RECEIVING** | ☒ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery<br>JAN 2 6 2010 |
| 1. Article Addressed to:<br><br>Fema<br>500 C Street SW<br>Washington, DC<br>20472 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>*Jonathan A. Ransom* | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 0820 0001 8058 5782 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |