# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAWN BEHRENS, ET AL. )<br>Plaintiff )<br>v. )<br>RIVER BIRCH HOMES, INC., ET AL. )<br>Defendant )<br>) | Civil Action No. 2:09-cv-7589 |

## Summons in a Civil Action

To: *(Defendant's name and address)*

**River Birch Homes, LLC.**
Through its Agent for Service of Process
Delmo Payne
5400 Bexar Ave. E.
Hamilton, AL 35570

A lawsuit has been filed against you.

Within ~~20~~ 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date:  **Jan 12 2010**

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on  02/05/2010 ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)*  By certified mail

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

Date: 02/17/2010

Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
   Through its Agent for Service of Process
   Delmo Payne
   5400 Bexar Ave. E.
   Hamilton, AL 35570

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Delma Payne
C. Date of Delivery: 2-5-2010

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 1680 0001 8685 1684

PS Form 3811, February 2004   Domestic Return Receipt   -7589-   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage: $
Certified Fee:
Return Receipt Fee (Endorsement Required):
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $

Postmark: NEW ORLEANS, LA 70113  FEB -3 2010

Sent To: River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
Street, or PO: Through its Agent for Service of Process Delmo Payne
City, S: 5400 Bexar Ave. E. Hamilton, AL 35570

Article Number: 7009 1680 0001 8685 1684