AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT RETURN

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| CLEA WILLIAMS | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.   2:09-cv-8354 |
| GILES INDUSTRIES, INC., et al. | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Southern Energy Homes, Inc.
Through its [Agent for Service of Process]
The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jan 12 2010

Name of clerk of court

Loretta G. Whyte

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

### Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _02/05/2010_,
by:

(1) personally delivering a copy of each to the individual at this place, _____

_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____

who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other *(specify)*  __By certified mail_____

_____

_____.

My fees are $ __0.00_____  for travel and $ __0.00_____  for services, for a total of $ __0.00_____.

Date:  __**02/17/2010**_____

_____
Server's signature

Lawrence J. Centola, Jr. - Attorney
_____
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
_____
Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Southern Energy Homes, Inc.
Through its Agent for Service of Process
The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
FEB 0 9 2010

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 1680 0001 8685 1387

PS Form 3811, February 2004   Domestic Return Receipt   -8354-   102595-02-M-1540



**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here
FEB -3 2010
NEW ORLEANS LA 70113

7009 1680 0001 8685 1387

Sent To   Southern Energy Homes, Inc.
Street, A   Through its Agent for Service of Process
or PO Bo   The Corporation Trust Company
City, Sta   1209 Orange St.
Wilmington, DE 19801