**RETURN**

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| CHRIS EUGENE, et al. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.   2:09-cv-8312 |
| THOR CALIFORNIA, INC. DOING BUSINESS IN CALIFORNIA AS THOR MANUFACTURING ) | |
| Defendant ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Thor Manufacturing
Through its Agent for Service of Process
John Deeds
100 S. Main Avenue, Suite 300
Sidney, OH 45365

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Jan 12 2010

Date: _____

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

≈ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on  02/05/2010  ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)*  By certified mail
    _____.

My fees are $ 0.00  for travel and $ 0.00  for services, for a total of $ 0.00  .

Date:  **02/17/2010**

Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Thor California, Inc., doing business in California as Thor Manufacturing
   Through its Agent for Service of Process
   John Deeds
   100 S. Main Avenue, Suite 300
   Sidney, OH 45365

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Beidey    ☐ Agent
               ☐ Addressee

B. Received by (Printed Name): Beland
C. Date of Delivery: 7-8-10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 1680 0001 8685 2384

PS Form 3811, February 2004   Domestic Return Receipt   8512   102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage: $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees: $

Postmark: MOWS NEW ORLEANS USPS FEB -3 2010

7009 1680 0001 8685 2384

Sent To: Thor California, Inc., doing business in California as Thor Manufacturing
Street, Apt. or PO Box: Through its Agent for Service of Process John Deeds
City, State: 100 S. Main Avenue, Suite 300 Sidney, OH 45365