Case 2:07-md-01873-KDE-MBN   Document 12250   Filed 03/04/10   Page 1 of 3
Case 2:07-md-01873-KDE-ALC   Document 9563   Filed 12/28/2009   Page 1 of 2
AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

MANUEL A. BOUISSE, ET AL

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 2:07-MDL-1873

GULF STREAM COACH, INC., ET AL

TO: (Name and address of defendant)

Federal Emergency Management Agency
Through the Office of the Director
Craig Fugate, Director
500 C Street S.W.
Washington, D.C. 20472

THIS DOCUMENT IS RELATED TO:
*Manuel A. Bouisse, Audrey Bouisse, Nyree Bouisse, and Travis Bouisse vs. Gulf Stream Coach, Inc. and Shaw Environmental, Inc.*
*No. 09-06778*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Rock Palermo III
Veron, Bice, Palermo & Wilson
721 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602-2125

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Name of clerk of court

Date: __Dec 28 2009__

B. Gregory
Deputy clerk's signature

Case 2:07-md-01873-KDE-MBN   Document 12250   Filed 03/04/10   Page 2 of 3
Case 2:07-md-01873-KDE-ALC   Document 9563   Filed 12/28/2009   Page 2 of 2
AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): ____
CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7009 2250 0002 3027 9938
RECEIVED 2/16/10

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/23/2010
           Date

Signature of Server: *Mary M. Cruthirds*

Mary M. Cruthirds
Legal Secretary
P.O. Box 2125
Lake Charles, LA 70602-2125

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    FEMA
    Through Craig Fugate
    500 C Street S.W.
    Washington, DC 20472

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  CRDS RECEIVING
X  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   FEB 1 6 2010

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

   Jonathan A. Ransom

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7009 2250 0002 3027 9938

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540