AO 440 (Rev. 04/08) Civil Summons



# UNITED STATES DISTRICT COURT
для the

Eastern District of Louisiana

| KEYONDRA JOSHUA, et al. | ) | | |
|---|---|---|---|
| Plaintiff | ) | | |
| v. | ) | Civil Action No. | 2:09-cv-8347 |
| FRONTIER, INC., et al. | ) | | |
| Defendant | ) | | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

CH2M Hill Constructors, Inc.
through its registered agent for service:
CT Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, Louisiana 70808

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Loretta G. Whyte

Date: Jan 12 2010

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __02/04/2010__,
by:

　(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

　(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
　　　who resides there and is of suitable age and discretion; or

　(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
　　　CT Corporation System  5615 Corporate Blvd., Ste. 400B Baton Rouge, LA  70808

　(4) returning the summons unexecuted to the court clerk on _____; or

　(5) other (specify) _____
_____
_____.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

Date: __02/26/2010__

　　　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　　Server's signature

　　　　　　　　　　　　　　　　　　　　　　John Crawford - Legal Assistant
　　　　　　　　　　　　　　　　　　　　　　　　Printed name and title

　　　　　　　　　　　　　　　　　　　　　　　　3041 Dumaine Street
　　　　　　　　　　　　　　　　　　　　　　　　New Orleans LA 70119
　　　　　　　　　　　　　　　　　　　　　　　　　Server's address