UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Case No. 09-2977

## ORDER

**IT IS ORDERED** that **Shaw Environmental, Inc.'s Motion for Partial Summary Judgment Regarding Plaintiff's Maintenance Claims (Rec. Doc. 10947)** is **DENIED AS MOOT**, per Rec. Doc. 11910.

New Orleans, Louisiana, this 4th day of March, 2010.

**KURT D. ENGELHARDT**  
**UNITED STATES DISTRICT JUDGE**