Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER          MDL NO. 1873

FORMALDEHYDE PRODUCTS         SECTION "N"(5)

LIABILITY LITIGATION          JUDGE ENGELHARDT

                              MAGISTRATE CHASEZ

This document relates to:
Keith Nunnery, et al. vs. Keystone
Industries, Inc., et al.
No. 09-3871   (David McGraw)


*   *   *

Videotaped Deposition of DAVID LEON McGRAW, 5212 Dauphine Street, New Orleans, Louisiana 70117, taken at the law offices of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, 2800 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana 70163, on Monday, the 22nd day of February, 2010.


REPORTED BY:

     JAMES T. BRADLE, CCR
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255

VIDEOGRAPHER:

     MICHAEL BERGERON
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255

EXHIBIT

1

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)        Videotaped Deposition of David Leon McGraw

Page 2

```
 1    APPEARANCES:

 2         GAINSBURGH, BENJAMIN, DAVID,
             MEUNIER & WARSHAUER, LLC
 3         (BY: JUSTIN I. WOODS, ESQUIRE)
           2800 ENERGY CENTRE
 4         1100 POYDRAS STREET
           NEW ORLEANS, LOUISIANA 70163
 5
           HURRICANE LEGAL CENTER
 6         (BY: SHARROLYN J. MILES, ESQUIRE)
           600 CARONDELET STREET, SUITE 602
 7         NEW ORLEANS, LOUISIANA 70130

 8              ATTORNEYS FOR THE PLAINTIFFS

 9         U.S. DEPARTMENT OF JUSTICE
           (BY: HENRY MILLER, ESQUIRE)
10         CIVIL DIVISION
           1331 PENNSYLVANIA AVENUE, N.W.
11         WASHINGTON, D.C. 20004

12              ATTORNEYS FOR DEFENDANT, UNITED
                STATES OF AMERICA
13
           BAKER DONELSON
14         (BY: GERARDO R. BARRIOS, ESQUIRE)
           3 SANCTUARY BOULEVARD, SUITE 201
15         MANDEVILLE, LOUISIANA 70471

16              ATTORNEYS FOR DEFENDANT,
                CH2M HILL CONSTRUCTORS, INC.
17
           MIDDLEBERG, RIDDLE & GIANNA
18         (BY: RICHARD A. SHERBURNE, JR., ESQUIRE
             - VIA TELEPHONE)
19         450 LAUREL STREET, SUITE 1101
           BATON ROUGE, LOUISIANA 70801
20
                ATTORNEYS FOR FLUOR ENTERPRISES,
21              INC.

22

23

24

25
```

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255               (504) 529-5255
New Orleans * Baton Rouge * Shreveport

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)          Videotaped Deposition of David Leon McGraw

Page 3

```
 1    APPEARANCES CONTINUED:

 2          JONES, WALKER, WAECHTER, POITEVENT,
                CARRERE & DENEGRE, LLP
 3          (BY: RYAN E. JOHNSON, ESQUIRE)
            FOUR UNITED PLAZA
 4          8555 UNITED PLAZA BOULEVARD
            BATON ROUGE, LOUISIANA 70809

 5
            ATTORNEYS FOR DEFENDANT,
 6          KEYSTONE RV COMPANY

 7                      *   *   *

 8                 EXAMINATION INDEX

 9                                       Page
```

```
10    EXAMINATION BY MR. JOHNSON ............9
      EXAMINATION BY MR. MILLER ..........199
11    EXAMINATION BY MR. JOHNSON .........293
      EXAMINATION BY MR. BARRIOS .........333
12    EXAMINATION BY MR. JOHNSON .........390
      EXAMINATION BY MR. WOODS ...........398
13    EXAMINATION BY MR. JOHNSON .........412
      EXAMINATION BY MR. BARRIOS .........414
```

```
14                     *   *   *

15                 INDEX OF EXHIBITS

16                                       Page
```

```
17    Exhibit No. 1 ......................15

18    Second Amended Notice of Video-Taped

19    Deposition of David McGraw and Request for

20    Inspection and Copying of Documents

21    Exhibit No. 2 ......................15

22    Subpoena to David McGraw and attached

23    Exhibit A

24    Exhibit No. 3 ......................15

25    Handwritten diagram
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)          Videotaped Deposition of David Leon McGraw

Page 4

1   Exhibit No. 4  .....................132

2   Handwritten diagram

3   Exhibit No. 5  .....................166

4   Handwritten diagram

5   Exhibit No. 6  .....................200

6   Keystone RV Company Owners Manual dated

7   9-16-04 (MCGRAW000001 through 000124)

8   Exhibit No. 7  .....................201

9   U.S. Department of Homeland Security,

10  Federal Emergency Management Agency

11  Temporary Housing Unit Inspection Report

12  dated 7-27-06 (MCGRAW000179)

13  Exhibit No. 8  .....................203

14  U.S. Department of Homeland Security,

15  Federal Emergency Management Agency

16  Emergency Shelter - Agreement to Rules of

17  Occupancy dated 7-27-06 (MCGRAW000180)

18  Exhibit No. 9  .....................205

19  CH2M Hill Pre-Delivery Trailer Inspection

20  dated 7-21-06 (MCGRAW000181 through 000183)

21  Exhibit No. 10 .....................205

22  FEMA Trailer User's Guide, Version 5

23  (MCGRAW000184 through 000198)

24  Exhibit No. 11 .....................252

25  Claim Form to FEMA dated 6-23-08

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)          Videotaped Deposition of David Leon McGraw

Page 5

```
 1   (MCGRAW000199 through 000200)

 2   Exhibit No. 12  ....................228

 3   Claim for Damage, Injury, or Death

 4   (MCGRAW000201 through 000203)

 5   Exhibit No. 13  ....................226

 6   Hurricane Legal Center, LLC, Contingency Fee

 7   Contract, Re:  FEMA Trailer Formaldehyde

 8   dated 6-23-08

 9   Exhibit No. 14  ....................256

10   Department of Homeland Security, Federal

11   Emergency Management Agency Declaration and

12   Release dated 11-21-05 (FEMA200-000041

13   through 000042)

14   Exhibit No. 15  ....................257

15   Department of Homeland Security, Federal

16   Emergency Management Agency Emergency

17   Shelter - Agreement to Rules of Occupancy

18   dated 7-27-06 (FEMA200-000047)

19   Exhibit No. 16  ....................258

20   Federal Emergency Management Agency

21   Individuals and Households Program (IHP)

22   Temporary Housing Occupancy Agreement dated

23   4-11-07 (FEMA200-000062 through 000063)

24   Exhibit No. 17  ....................265

25   Federal Emergency Management Agency
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)          Videotaped Deposition of David Leon McGraw

Page 6

1    Landowner's Authorization Ingress-Egress

2    Agreement dated 1-31-06

3    (CH2M-FEMA(MDL)-006419 through 006420)

4    Exhibit No. 18  ....................230

5    Claim for Damage, Injury, or Death dated

6    5-26-2009 (FEMA-001014 through 001016)

7    Exhibit No. 19  ....................277

8    Document entitled "Important Information for

9    Travel Trailer Occupants" (BONOMO_EX-000008

10   through 00009) - Previously marked Bonomo 4

11   and A. Alexander 22

12   Exhibit No. 20  ....................278

13   FEMA Important Formaldehyde Information for

14   FEMA Housing Occupants (LARSON_EX-000007 and

15   FEMA09-000388) - Previously marked Larson 3

16   Exhibit No. 21  ....................285

17   Plaintiff Fact Sheet for David L. McGraw

18   Exhibit No. 22  ....................384

19   Five Google maps with markings made during

20   the deposition

21

22

23

24

25

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)          Videotaped Deposition of David Leon McGraw

Page 7

1                S T I P U L A T I O N

2

3          It is stipulated and agreed by and

4     between counsel for the parties hereto that

5     the deposition of the aforementioned witness

6     is hereby being taken for all purposes

7     allowed under the Federal Rules of Civil

8     Procedure, in accordance with law, pursuant

9     to notice;

10          That the formalities of reading and

11     signing are specifically not waived;

12          That the formalities of filing,

13     sealing, and certification are specifically

14     waived;

15          That all objections, save those as to

16     the form of the question and the

17     responsiveness of the answer, are hereby

18     reserved until such time as this deposition,

19     or any part thereof, may be used or sought

20     to be used in evidence.

21

22                    *   *   *

23          JAMES T. BRADLE, CCR, Certified Court

24     Reporter, officiated in administering the

25     oath to the witness.

Page 8

```
 1        THE VIDEOGRAPHER:

 2             We're on the record.  The time is

 3   approximately 9:41.  Today's date is the

 4   22nd day of February, 2010.  This is the

 5   videotaped deposition of Mr. David McGraw in

 6   the case entitled "FEMA Trailer Formaldehyde

 7   Products Liability Litigation."

 8             Would counsel please identify

 9   themselves and which party they represent.

10        MR. WOODS:

11             Justin Woods, Plaintiffs' Steering

12   Committee.

13        MS. MILES:

14             Sharrolyn Miles, Hurricane Legal

15   Center.

16        MR. MILLER:

17             Henry Miller, the defendant,

18   United States of America.

19        MR. BARRIOS:

20             Gerry Barrios, CH2M Hill

21   Constructors, Inc.

22        MR. JOHNSON:

23             Ryan Johnson, Keystone RV Company.

24             *      *      *      *

25             *      *      *      *
```

Page 9

```
1                 DAVID LEON McGRAW,

2    after having been first duly sworn by the

3    above-mentioned court reporter, did

4    testify as follows:

5    EXAMINATION BY MR. JOHNSON:

6         Q    Good morning, Mr. McGraw.  My name

7    is Ryan Johnson.

8         A    Okay.

9         Q    We met a few minutes ago out in

10   the hall.

11        A    Uh-huh (affirmative response).

12        Q    We're going to take your

13   deposition today.  I'm sure your lawyer has

14   told you that.

15        A    Yes.

16        Q    Let me go over a few ground rules,

17   because I suspect you may not have ever

18   given a deposition before, just so --

19        A    Okay.

20        Q    -- this goes more smoothly.  The

21   first thing is, I'm going to ask you

22   questions, you're going to give me answers,

23   and let's let each other finish.  So I will

24   ask you a question, wait until I'm finished,

25   and then you answer.  Okay?
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)          Videotaped Deposition of David Leon McGraw

Page 50

```
 1        A      No.

 2        Q      So you're saying you have not

 3    taken any medicines for your sinus problems

 4    before you went to Sulphur?

 5        A      Really I didn't have really no

 6    really sickness from sinus.  It just goes

 7    away.

 8        Q      Had you ever gone to a hospital

 9    for sinus problems before Sulphur?

10        A      No.

11        Q      Okay.  Let's talk about when you

12    went to Sulphur.  Is Sulphur near Lake

13    Charles?

14        A      Lake Charles.

15        Q      When was it that you went to

16    Sulphur?

17        A      I went to Sulphur during the

18    storm, 2005.  I stayed out there until 2006.

19    I left Sulphur January the 28th to come back

20    home here.  And I been home ever since.

21        Q      When did the sinus problems that

22    you had start?

23        A      They started back -- Once I got

24    home, I was all right, because I stayed in a

25    Hilton Hotel for six months when I got back.
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)          Videotaped Deposition of David Leon McGraw

Page 51

```
 1       Q      Back up.  Let's get the timing

 2    straight.  You leave New Orleans after

 3    Hurricane Katrina?

 4       A      Katrina.

 5       Q      Is that right?  And when you left

 6    New Orleans, did you have sinus problems at

 7    that point?

 8       A      When I left, no.

 9       Q      And when was it -- Do you remember

10    the date when you got to Sulphur?

11       A      The date?  Sulphur, we got there,

12    I think it was August the 29th, 2005.

13       Q      That's the day of Katrina.

14       A      The day after.  We left Sunday.

15       Q      Okay.  And when you got to

16    Sulphur, did you start having sinus problems

17    immediately?

18       A      No.

19       Q      How long before you had sinus

20    problems?

21       A      I started having sinus problems

22    about five months after I got to Sulphur.

23       Q      When would that have been?  Help

24    me with the dates.

25       A      No, let me see.  No, that's wrong.
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)          Videotaped Deposition of David Leon McGraw

Page 52

1    Because I remember I went to a doctor in

2    November, 2005.

3         Q    Was that in Sulphur?

4         A    Yeah, in Sulphur.

5         Q    What's the name of that doctor?

6         A    It was like a free clinic.  I

7    don't recall.

8         Q    And what did you go see that

9    doctor for?

10        A    Mostly I had a cold.  I told them

11   I had sinus problems, so they gave me a

12   prescription for Zyrtecs and antibiotics.

13        Q    Did the doctor tell you you had a

14   sinus infection?

15        A    No.  He said it's not an

16   infection, because it was clear.  If it was

17   an infection, it would be like green or

18   something like that if it was infected.

19        Q    And that was in November of 2005?

20        A    Yes.

21        Q    Did you have any other problems

22   when you went to see the doctor in November,

23   2005?

24        A    That was it.

25        Q    You don't remember the name of the

Page 62

```
 1      A    No.

 2      Q    All right.  Have you ever had

 3  bronchitis?

 4      A    No.  The only way I found out I

 5  had bronchitis was -- Well, I just went to

 6  the doctor two or three weeks ago.  That's

 7  what I went to the clinic for.

 8      Q    Okay.  I'm not sure you understood

 9  my question.  I asked --

10      A    Back before I went to -- From now

11  to when I was young, no.

12      Q    So from when you were a child

13  until the time you moved into your

14  trailer --

15      A    I never had bronchitis.

16      Q    Remember, we've got to let each

17  other finish the question and answer.

18      A    Okay.

19      Q    Did you say you just went to the

20  doctor?

21      A    Yes.

22      Q    When was that?

23      A    Two weeks ago.

24      Q    And who was that?

25      A    The same, LSU Medical Center.
```

Page 63

1      Q     That's here in New Orleans?

2      A     That's here in New Orleans.

3      Q     Do you remember the name of the

4   doctor?

5      A     No.  They should have a copy of

6   that doctor slip I give to them.

7      Q     Why was it that you went to the

8   doctor?

9      A     Mostly because I had sinus

10  problems.

11     Q     How long ago was this?  Two weeks

12  ago?

13     A     Two weeks ago.

14     Q     When did the sinus problems you

15  went to the doctor for, when did that start?

16     A     Well, these sinus problems, what I

17  have now, been started.  Like I told him, my

18  lawyer, I never had the money to go pay for

19  a doctor, so I just originally went to the

20  health clinic where it was for free.  So I

21  been having real, real bad sinus problems

22  when I was staying in the trailer.

23     Q     When did those start?

24     A     In '06, somewhere like July or

25  August, the sinus started flaring up real

Page 64

1   bad, and I mean real bad, just constantly.

2   After that certain period, every day sinus,

3   where I wake up in the middle of the night

4   because I can't breathe, because my nose is

5   stopped up.  Wake up in the morning, I got

6   to blow the mucus out my nose, because I

7   can't breathe.  It was an everyday thing

8   ever since then.

9        Q    So you're saying -- And I'm going

10  to ask you about when you moved in your

11  trailer in a little bit, but you're saying

12  the problems that started when you moved

13  into your trailer, you were just going to

14  the doctor --

15       A    Well, mostly, I didn't know --

16       Q    Hang on.  Let me finish.

17       A    Okay.  Sorry about that.

18       Q    That's okay.  You're saying the

19  problems that started when you moved in your

20  trailer, sinus problems, that's what you

21  went to the doctor for just two weeks ago?

22       A    Yes.

23       Q    So a period of four years you

24  waited to go to the doctor?

25       A    Mostly --

Page 65

1      Q    Just a "yes" or "no," and then you

2  can explain.

3      A    Yes.

4      MR. WOODS:

5           But you can now explain.

6      THE WITNESS:

7           I'm about to explain to you now

8  why it has taken four years, because I was

9  trying over-the-counter drugs, Claritin,

10  Mucinex, every little thing, sprays,

11  everything.  Because like I said, I couldn't

12  afford to go pay the doctor.  I was paying

13  tuition and everything else, paying bills.

14  So I thought over-the-counter drugs like I

15  was doing, like I was taking in Sulphur

16  would get rid of the sinus, but it wasn't

17  getting rid of it.

18  EXAMINATION BY MR. JOHNSON:

19      Q    This doctor you went to see two

20  weeks ago, did she or he diagnose you with

21  some illness?

22      MR. WOODS:

23           First of all, let me just state

24  for the record we forwarded to you on

25  Friday -- And I hope you got it.  I don't

Page 68

1    them over-the-counter drugs first and come

2    back, so --

3         Q    So when you met with -- The doctor

4    is a "she" or a "he"?

5         A    A "she."

6         Q    A "she."  Okay.  You told the

7    doctor that you lived in a FEMA trailer?

8         A    Yes.

9         Q    And did the doctor tell you

10   anything about what medical problems you

11   were having in your FEMA trailer?

12   MR. WOODS:

13        Object to the form of the

14   question.  I don't understand it.

15   THE WITNESS:

16        Mostly she didn't tell me nothing

17   about the problem about the trailer, because

18   like I say, I was trying to tell her the

19   problems I was having.

20   EXAMINATION BY MR. JOHNSON:

21        Q    Okay.  But did she ask you any

22   questions when you met with her?

23        A    No.

24        Q    So did she ever say when you were

25   meeting with her, "I think the problems that

Page 69

```
 1    you're having are caused by your FEMA

 2    trailer"?

 3         A    No, because I never had a chance

 4    to go back and talk to her about the

 5    problems, because like I said, none of the

 6    drugs she prescribed me to go take isn't

 7    working.  Mostly she was treating me for the

 8    bronchitis.  She was trying to get rid of

 9    that first.  When I was telling her about my

10    sinus problems, she was telling me about

11    "take that.  If that don't work, come back"

12    to her and she'll see what she can do.

13         Q    Did you decide to go to the doctor

14    on your own?

15         A    I decided to go on my own, because

16    at the point it was getting worser and

17    worser and I was coughing, my sinus was

18    hurting and I was trying everything, and I

19    thought I had a cold at first, so I was

20    taking medicine for cold.  I was taking the

21    wrong things.  After I went to the doctor, I

22    found out I had bronchitis.

23         Q    When was it you moved out of your

24    FEMA trailer?

25         A    Somewhere -- I moved in in what?
```

Page 70

```
 1    I think it was 2007.  Let's see.  When did I
 2    move into that trailer?  In '06, I would
 3    say.  Anywhere from '06 to 2007, almost to
 4    the end of the year.
 5         Q    Okay.  My question was, when you
 6    moved out?
 7         A    Moved out?  Around November of
 8    2007.  Somewhere around that period.
 9    November or December.
10         Q    Okay.  November or December.  Did
11    you go to the doctor between November of
12    2007 --
13         A    No, I didn't.
14         Q    Hang on.
15              -- and the visit that you just had
16    two weeks ago?
17         A    No, I didn't.
18         Q    Okay.  You talked about allergies
19    a few minutes ago.  Do you have allergies?
20         A    I think that's -- I'm trying to go
21    figure out what I got now.
22         Q    So has the doctor ever told you
23    that you're allergic to a specific thing?
24         A    No.  Every time I went to a
25    doctor, I haven't been allergic to nothing,
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)          Videotaped Deposition of David Leon McGraw

Page 71

1    no medicine, no nothing.  So every medicine

2    I take I wasn't allergic to it.

3        Q    I'm not so much talking about

4    medicine.  I'm talking about, you know, you

5    hear some people --

6        A    Well, mostly -- I don't know what

7    I'm allergic to, because like I say, I'm a

8    person who never been to a doctor, so I

9    couldn't get that kind of answer from a

10   doctor to see what I'm allergic from or I'm

11   not, because I have never been a person that

12   stays in the hospital.

13       Q    Have you ever been tested for

14   allergies?

15       A    No.  So I can't say what I'm

16   allergic to and what I'm not allergic to.

17       Q    Okay.  Have any of your family

18   members, and you have identified a bunch of

19   them for us, have they ever been sick?

20   MR. WOODS:

21            Object to the form of the

22   question.

23   THE WITNESS:

24            The only thing --

25   EXAMINATION BY MR. JOHNSON:

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)          Videotaped Deposition of David Leon McGraw

Page 108

```
 1        A     That's right.

 2        Q     And that's when you saw a --

 3        A     An ad on a civil lawsuit against

 4    the trailers.

 5        Q     And that was an ad on TV or radio?

 6        A     On TV.

 7        Q     On TV.  Why was it that you went

 8    to Sulphur after Hurricane Katrina?

 9        A     That's where we evacuated from the

10    storm.  That's the only place we had to go.

11        Q     Well, I mean, I didn't have to

12    evacuate, so I don't know the process.  I

13    mean, you got in your car and you said,

14    "We're going to Sulphur" or how did that

15    work?

16        A     No.  Because my nephew is married

17    to -- his wife -- his wife's mother lives in

18    Lake Charles.  She set up a reservation for

19    us at a Super 8 in Sulphur.

20        Q     And what is Super 8?

21        A     That's a motel.

22        Q     So describe the timeline for me --

23    you started to do it already -- from when

24    Hurricane Katrina hit to how long it took

25    you to get to Lake Charles.
```

Page 109

1        A      It took us, what?  Before we left

2   Sunday -- It took us 17 hours to get just to

3   Sulphur, Louisiana.

4        Q      And when did you leave?  What time

5   did you leave New Orleans?

6        A      We left that morning about

7   10:00 and we didn't get to Sulphur until

8   that night.

9        Q      And did you go straight to the

10  hotel?

11       A      Went straight to the hotel.

12       Q      Who all was with you?

13       A      It was me, my two sisters, my

14  mother, my cousin Jennifer, my cousin Ivy

15  Sheets, my sister's husband, Henry Johnson,

16  my other sister's husband, Fred Henry.

17       Q      How many people is that all total?

18       A      It should have been like seven or

19  eight people.

20       Q      Were you all in the same car?

21       A      No, we all was in different cars.

22  We followed each other.

23       Q      How many cars did you all have?

24       A      We had, what, three cars.

25       Q      Do you have a car?

Page 110

1    A    Yes.

2    Q    What kind of car?

3    A    I have a 2006 Chevy Impala.

4    Q    How long have you had that?

5    A    Since 2006.

6    Q    And was that the car you drove,

7  one of the cars you drove?

8    A    No, that's the car I got after the

9  storm.

10    Q    Was your car damaged in the storm?

11    A    I didn't have a car during the

12  storm.

13    Q    So you got to the Super 8 in Lake

14  Charles.  How many rooms did you all have

15  there?

16    A    Most everybody had their own

17  rooms.  I had my own room.  My mother stayed

18  in a room with my cousin Jennifer and Ivy

19  Sheets.  My two sisters and them had their

20  own rooms.

21    Q    So was that four rooms?

22    A    Yes.

23    Q    You mentioned something before

24  about having a pet or a dog or something?

25    A    Yeah, I had a dog.  I had to pay,

Page 119

1    don't know.  After the 27th of January, you

2    said you left Lake Charles.  Where did you

3    go?

4         A    I went back to New Orleans to go

5    back to work for Galatoire's.

6         Q    Were you working for Galatoire's

7    before the storm?

8         A    Yes.

9         Q    Okay.  How did you know that it

10   was time to go back to New Orleans?

11        A    They contacted me.

12        Q    How did they contact you?

13        A    By phone.  Really, I contacted

14   them, asked them when they were going to

15   open, and they told me they wanted to know

16   where all their people was, so we gave them

17   our address and stuff where I was, 700

18   Henning Drive, for them to get in touch with

19   me, and they said they're going to try to

20   open up in 2006, in January.  And the

21   reason --

22        Q    And so -- Sorry.  Go ahead.

23        A    The reason why I contacted them

24   was because they still owed me a check,

25   because I was on vacation during the storm,

Page 120

1    and I was trying to call them to say they

2    owed me another check.

3         Q    Did you ever get your check?

4         A    Yes.  They mailed it to me.

5    That's how they found out where I was.

6         Q    I don't think I asked you this in

7    the beginning, but did you have a cell phone

8    at that time?

9         A    Yes.

10        Q    What was the company?

11        A    AT&T.

12        Q    AT&T.  What was the number; do you

13   remember?

14        A    Area code (504)491-8223.

15        Q    8223.  Is that the same phone you

16   have now?

17        A    The same phone now.

18        Q    Is that the same number?

19        A    The same number ever since.

20        Q    I don't know that we need them,

21   but do you keep copies of your cell phone

22   bills?

23        A    Not really, because I throw them

24   away.

25        Q    When you went back after

Page 121

1    January 27th, where did you go when you

2    first got to New Orleans?

3         A    When I got to New Orleans, I think

4    I stayed at the Hilton Hotel on Airline

5    Drive.

6         Q    Is that out by the airport?

7         A    Yes.

8         Q    Why did you stay there?

9         A    My employer knowed a friend there.

10   He got me a room there where I could stay.

11        Q    So you're saying somebody at

12   Galatoire's got you a room there?

13        A    Melvin.

14        Q    What's Melvin's last name?

15        A    That's the GM over there.

16        Q    The general manager?

17        A    Yeah.

18        Q    Do you know Melvin's last name?

19        A    I can't recall it.  All I

20   remember is his first.  I know his name.  I

21   just can't recall it.

22        Q    Does Melvin still work at

23   Galatoire's?

24        A    He still works there.

25        Q    So did Melvin pay for your hotel

Page 122

1    room at Hilton?

2         A    No.   The GM at the Hilton Hotel,

3    them two were friends, so he got me a free

4    room there.

5         Q    So you didn't have to pay for the

6    room?

7         A    I didn't have to pay for the room.

8         Q    How long did you stay at the

9    Hilton?

10        A    I stayed there for about five or

11   six months.

12        Q    So help me with the time frame.

13   That January 27th you came back to New

14   Orleans?

15        A    Yeah.   Because I moved out and I

16   stayed with my niece, Davina, for two weeks.

17        Q    So you stayed in the Hilton

18   through how long?   When did you move there?

19        A    About five months.   I would say

20   five months.   Then I went and stayed with my

21   niece for two weeks, until my sister's

22   trailer came.

23        Q    We will get to that in a second.

24   So your niece is --

25        A    Davina Johnson.

Page 123

```
 1        Q     Where does Davina live?

 2        A     She stays in the east.

 3        Q     In the east?

 4        A     New Orleans east.

 5        Q     And is that where she lived when

 6   you moved in with her?

 7        A     No, she had an apartment in

 8   Metairie.

 9        Q     Do you remember the address of

10   that?

11        A     No, I don't.

12        Q     What street was it on?

13        A     I couldn't tell you the Metairie

14   street.  I know it's on the same street with

15   Toys R Us.

16        Q     All right.  How long did you live

17   with your niece?

18        A     I stayed with my niece for two

19   weeks, two to three weeks.

20        Q     Was there anybody else living with

21   you there besides your niece?

22        A     My niece, her husband and her two

23   sons.

24        Q     Is that a house or an apartment?

25        A     An apartment.
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)        Videotaped Deposition of David Leon McGraw

Page 124

1      Q    An apartment.  How many bedrooms?

2      A    I think it was two or three.  I

3   think it was three bedrooms.

4      Q    Okay.  Go back to the time when

5   you lived in the Hilton for five or -- you

6   said five, and then you said six months,

7   that period of time.  Did you have any

8   health problems when you lived at the

9   Hilton?

10      A    No health problems.

11      Q    None?

12      A    None.

13      Q    Never any sinus problems during

14   that time?

15      A    No.

16      Q    Did you ever go see any doctors

17   when you were staying at the Hilton?

18      A    No.

19      THE VIDEOGRAPHER:

20          Can I change the tape, Ryan?

21      MR. JOHNSON:

22          Okay.

23      THE VIDEOGRAPHER:

24          We're off the record.  It's 11:49.

25   The end of tape one.

Page 125

1    (Discussion off the record.)

2         THE VIDEOGRAPHER:

3              We're back on the record.  It's

4    12:01.  The beginning of tape two.

5    EXAMINATION BY MR. JOHNSON:

6         Q    Mr. McGraw, before the break, we

7    were talking about when you came back to New

8    Orleans from Lake Charles.  Do you remember

9    that?

10        A    Yes.

11        Q    And you said you went and stayed

12   at the Hilton Hotel on Airline Highway; do

13   you remember that?

14        A    Yes.

15        Q    How long were you at the Hilton?

16        A    Anywhere from five to six months.

17   I think it was five months.

18        Q    Okay.  And then next you said you

19   moved in with your niece?

20        A    With my niece.

21        Q    And at that time, she lived in

22   Metairie?

23        A    Metairie, in an apartment.

24        Q    How long were you with your niece?

25        A    I think anywhere from, I think,

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)          Videotaped Deposition of David Leon McGraw

Page 126

1    two weeks.

2        Q    After you moved out of the

3    apartment, where did you go next?

4        A    After I moved from there, I think

5    I stayed at my sister's trailer until mine's

6    came.  My sister was still in Sulphur,

7    Louisiana.

8        Q    Which sister are you talking

9    about?

10       A    Belinda Henry.

11       Q    And she got a FEMA trailer?

12       A    She got a FEMA trailer.

13       Q    Where was her FEMA trailer

14   located?

15       A    On my property.

16       Q    Do you remember what kind of

17   trailer it was?

18       A    I think it was a regular FEMA

19   trailer, like the ones you see, like the big

20   white ones.

21       Q    What was the brand of the trailer?

22       A    I don't know the brand, because

23   they didn't have the name on the trailer

24   like they had on mine's.

25       Q    What date was that when you moved

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255                    (504) 529-5255
New Orleans * Baton Rouge * Shreveport

Page 127

1    in?

2        A    Let's see.  I think it was around

3    in the later part of June or July.  It

4    should have been the later part of June or

5    July.  I think it was June the 26th or

6    something around that time.

7        Q    And when you moved into that, your

8    sister's trailer, was she living in it?

9        A    No.

10       Q    Well, how was it that she got a

11   trailer and she wasn't even living in it?

12       A    In other words, her trailer came

13   first, but mine's didn't, because I ordered

14   a handicapped trailer.  That's the whole

15   reason why it was holded up, I stayed in a

16   hotel, because they couldn't find me a

17   handicapped trailer, because me and my niece

18   and all them were supposed to stay in the

19   trailer, for them to come back, so they

20   wound up staying in Sulphur a little bit

21   longer.

22       Q    How long did you live in your

23   sister's trailer?

24       A    I stayed in there for about -- I

25   say anywhere from two weeks to three weeks,

Page 128

1    around that time period.

2          Q    And you're in late June to early

3    July?

4          A    I think it was in July.

5          Q    Of 2006?

6          A    Yes, 2006.

7          Q    In that two to three-week period

8    of time, were you there by yourself?

9          A    I was there by myself until my

10   sister and them came.  Then I think my

11   trailer came and I moved into my trailer.

12         Q    When did your trailer come?

13         A    I think my trailer came like two

14   or three weeks, like I say, after hers came.

15   Around July.  Mine's probably came around

16   July.  As I recall, somewhere around that

17   time.

18         Q    Your sister's trailer -- I want to

19   ask you about yours in a little bit, but I

20   want to ask you about your sister's trailer.

21   How is it laid out?

22         A    My sister's trailer, they had the

23   bedroom up front --

24         Q    Let me interrupt you a second.

25   Could you draw it?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)          Videotaped Deposition of David Leon McGraw

Page 129

1       A     Okay.

2       Q     I will give you a sheet of paper.

3    Write on the top, if you would, "sister's

4    trailer."

5       MR. MILLER:

6            Do you want to use a marker?

7    EXAMINATION BY MR. JOHNSON:

8       Q     Would it help to use that marker?

9    Maybe that would be a little better picture.

10       A     (Witness drawing).

11       Q     You know what?  I appreciate your

12    artistic skills.  They're better than mine.

13    But would you flip it over and just draw it

14    like you're looking at it from above?

15       A     Above?

16       Q     Yes, so I can just know where the

17    bedroom was and the living room and all that

18    kind of thing.

19       A     Okay.

20       Q     Do you want to start over with a

21    new sheet of paper?

22       A     Yeah.

23       Q     Let's start over.  You probably

24    didn't know you were going to have a drawing

25    lesson today.

Page 135

1    that she didn't sleep well?

2         A    Yes, as far as I know, because I

3    hardly saw her, so I couldn't really recall

4    what her problem was, because she go to work

5    before.  She go to work early in the morning

6    and I go to work every evening, so we

7    hardly, barely saw each other.

8         Q    Where does she work?

9         A    She works, I think, at Methodist

10   Hospital.

11        Q    Is that where she worked when she

12   was living in the trailer?

13        A    Yes.

14        Q    What is her job?

15        A    RN.

16        Q    Oh, she's a nurse.  Do you know

17   what unit or what kind of job she does at

18   the Methodist Hospital?

19        A    No, I don't.

20        Q    Did your sister have, if you know,

21   your sister have sinus problems when she

22   lived in the trailer?

23        A    I couldn't recall.  But like I

24   said, we barely saw each other, because I

25   used to have to sign for her trailer to get

Page 136

```
 1   her inspections and stuff, so we barely saw

 2   each other.

 3        Q    The little map that you drew for

 4   us, which is Deposition Exhibit 3, McGraw

 5   Exhibit 3, I'm going to give you this back.

 6   Can you draw on here -- This one may not

 7   work, but tell me where it was your sister's

 8   trailer was.

 9        A    Her trailer was?

10        Q    Yeah.

11        A    I got to draw it like this here.

12        Q    You have to draw an aerial shot

13   again, huh?

14        A    All right.

15        Q    You know what?  Hold on a second.

16   Let's do another one, because I really want

17   to see where your sister's trailer was.  Why

18   don't you draw another one, like if you were

19   looking at it from above.

20        A    All right.  On that one there, you

21   got the driveway on there.  You see next to

22   5212, they got a driveway that goes to the

23   back.

24        Q    Okay.  Imagine if you're looking

25   at it from above.
```

Page 137

```
 1        A    All right.

 2        Q    Draw the lot.  So where your house

 3   is, where your momma's house is.

 4        A    Okay.  This is the lot.  (Witness

 5   drawing).  All you want is my sister's

 6   trailer, or do you want mine's, too, on

 7   here?

 8        Q    Well, do your sister's first, and

 9   then we will put yours on there.

10        A    All right.  That's my sister's

11   trailer here (indicating).

12        Q    Okay.  Where is your house?  Where

13   is it in relation to your house?

14        A    All right.  The house would be

15   right here (indicating), because the house

16   (indicating), and then they had

17   (indicating) --

18        Q    And that's you, 5212?

19        A    Yes.

20        Q    And then 5214 is your momma's

21   house?

22        A    Yes.

23        Q    Okay.

24        A    And this would be the driveway

25   (indicating).
```

Page 138

```
 1        Q     Okay.  Would you write in where
 2   your sister's trailer is, as you have put it
 3   on there, would you write your sister's name
 4   on there, so we can know which one is which?
 5        A     (Indicating).  All right.
 6        Q     And that line right there is the
 7   driveway?
 8        A     That's the driveway.
 9        Q     Would you write that on there,
10   too, someplace?
11        A     (Indicating).
12        Q     And would you draw an arrow to it,
13   just so I know what that line is?  Where you
14   wrote "driveway" and put an arrow between
15   the description and the --
16        A     All right (indicating).
17        Q     Okay.  Now, we're getting a little
18   ahead of ourselves, but you said "your
19   trailer."  Show me where your trailer was?
20        A     I didn't put my trailer on there
21   yet.
22        Q     Okay.  Can you show me, draw that
23   on there, where yours was once it was
24   finally put in?
25        A     My trailer was right there
```

Page 139

1    (indicating).

2        Q    So if I'm looking at this diagram

3    and understanding it right, your trailer was

4    at the end of the driveway; is that right?

5        A    At the back of the driveway.

6    Right here (indicating).  That's the two

7    fences back there (indicating), two driveway

8    gates.

9        Q    So you had a fence at the end of

10   your driveway?

11       A    We had one at the front and one at

12   the back.

13       Q    Okay.  Was your sister's trailer

14   hooked up to the sewer system?

15       A    My sister had hers hooked onto the

16   sewers and I had mine's running into the

17   sewers, too.

18       Q    And were both trailers hooked up

19   to the electricity?

20       A    The same sewage.

21       Q    Not sewerage.  What about

22   electricity?

23       A    The same pole.

24       Q    Okay.  Who is the -- Since I'm not

25   from New Orleans, I don't know.  Who is the

Page 140

1    electric company down here?

2         A    Entergy.

3         Q    And what about the sewerage, is it

4    the city?

5         A    I don't know, because when they

6    brought the trailer, they said they had to

7    bring somebody to come hook the sewerage up,

8    so I couldn't tell you about that.  I know

9    Entergy came and hooked the pole up.

10        MR. JOHNSON:

11             Okay.  I think it would be a good

12   time to take a break, take a quick lunch

13   break.

14        MR. WOODS:

15             Okay.

16        THE VIDEOGRAPHER:

17             We're off the record.  It's 12:18.

18   (Discussion off the record.)

19   (Whereupon, a lunch break was taken.)

20        THE VIDEOGRAPHER:

21             We're back on the record.  It's

22   1:06.

23   EXAMINATION BY MR. JOHNSON:

24        Q    Mr. McGraw, let me ask you one

25   question about or a couple of questions

Page 141

1    about when you were in Lake Charles and

2    Sulphur.

3         A    Yes.

4         Q    And I don't think I asked you this

5    before.  We talked about where you lived.

6    Where did you work when you were in Sulphur?

7         A    I didn't work.  I was on

8    unemployment.

9         Q    So during that time period, you

10   collected unemployment?

11        A    Yes.

12        Q    From whom?

13        A    Galatoire's.

14        Q    And so did you get paid a check?

15   I mean, did you get a check during that

16   period of time from somebody?

17        A    Huh-uh (negative response).  I got

18   a -- They put it all on a credit card.

19        Q    Who did that come from?

20        A    It come from unemployment from in

21   Lake Charles.

22        Q    Was that the State or the City?

23        A    The State.

24        Q    The State?

25        A    Uh-huh (affirmative response).

Page 224

1    this respiratory irritation or sinus

2    problem, did you follow this instruction and

3    open the windows?

4         A    Well, at that time -- Well, no

5    sense to open the window when it's

6    35 degrees outside.  So most of the time I

7    had the furnace on.

8         Q    Okay.

9         A    So what's the sense in opening the

10   window up, when I'm trying to keep warm, to

11   open a window or a door when it's 35 degrees

12   outside?

13        Q    Okay.  Well, what about in the

14   summer when you were in the unit?  Did you

15   suffer the irritated eyes?

16        A    Like summertime, I didn't, because

17   I was barely in the trailer.  Like I said,

18   during the morning time, I would get up, go

19   do some work on the house, go lay down for

20   an hour and go to work.  Most of the time

21   when it occurred with the burning eyes was

22   at nighttime when it was cold or something

23   and my eyes go to burning, like I got a cold

24   or something.

25        Q    So you didn't suffer the burning

Page 225

1    eye problem in the summertime when you were

2    living in the trailer?

3        A    Not really, because I was barely

4    in there.

5        Q    And you didn't suffer the

6    respiratory irritation or this allergic

7    reaction to sinus problems in the

8    summertime?

9        A    Well, the sinus problem, I had

10   that in the summertime, but --

11       Q    Okay.  But you didn't open up the

12   windows to vent the unit when that happened?

13       A    During the summertime, no, because

14   I got the A/C on.

15       Q    Okay.  And in the wintertime, you

16   didn't open the windows, because it was cold

17   out?

18       A    Because I had the heater on.

19       Q    You had the heater on.  And that's

20   what it recommended to you, though, running

21   the furnace; isn't that right?

22       A    Because I figure if you got the

23   A/C on, that's ventilating with that right

24   there.

25       Q    Got it.  Now, I want to ask you --

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)          Videotaped Deposition of David Leon McGraw

Page 226

1    I'm going to show you what has been marked

2    Exhibit No. 13.  Okay.  And this is a

3    four-page document.  It's not Bates stamped,

4    but it's titled "Contingency Fee Contract"

5    and it's with the Hurricane Legal Center.

6    Do you recognize this document?

7         A    Yes.

8         Q    What is that exhibit number?

9         A    Exhibit No. 13.

10        Q    13.  Thank you.  This is a

11   document that you signed on the second,

12   third and fourth page, correct?

13        A    Yes.

14        Q    And you signed this on June 23rd,

15   2008; is that right?

16        A    Yes.

17        Q    And this contract, first of all,

18   indicates that you have agreed to pay the

19   Hurricane Legal Center a contingency fee of

20   40 percent.  That's on the first page there;

21   do you see that?

22        A    Yes.

23        Q    Have you been told that, in fact,

24   if you sue the Government and you recover

25   anything from the Government, the maximum

Page 227

1    amount that your lawyers can charge you is

2    25 percent, and that if they charge you

3    more, they can go to jail?

4        A    No.

5        Q    You were not aware of that?

6        A    Huh-uh (negative response).

7        Q    Okay.  In addition, have you been

8    made aware that if you lose this lawsuit,

9    the defendants in this case can seek fees

10   and costs associated with that, and in the

11   first bellwether, Alana Alexander case,

12   those fees and costs assessed against the

13   plaintiffs to date are approximately

14   $200,000?

15       MR. WOODS:

16           Objection.  Object to the form of

17   the question.

18   EXAMINATION BY MR. MILLER:

19       Q    Are you aware of that?

20       A    No.

21       Q    Now, this last page of Exhibit

22   No. 13, "Claimant Questionnaire," is this

23   filled out in your handwriting?

24       A    Yes.

25       Q    And if you see there, No. 8 and 9,

Page 228

1    it has things that you are claiming.  Do you

2    see that?

3         A    Yes.

4         Q    You are not claiming loss of wages

5    due to formaldehyde exposure, are you?

6         A    No.

7         Q    You didn't lose any time from work

8    or anything?

9         A    No.

10        Q    And you're not claiming any

11   wrongful death or anything like that, if

12   someone dies?

13        A    No, because I was the only one in

14   the trailer.

15        MR. WOODS:

16             Object to the form of the

17   question.

18   EXAMINATION BY MR. MILLER:

19        Q    Now, I want to show you a

20   document, which is marked Exhibit No. 12.

21   It's assigned Bates numbers McGraw 000201

22   through 203.  Do you recognize that

23   document, sir?

24        A    Yes.

25        Q    This document is not signed by

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)          Videotaped Deposition of David Leon McGraw

Page 229

1    you, I believe, is it?

2         A    No, it isn't.

3         Q    It's signed by your attorneys from

4    the Hurricane Legal Center; is that correct?

5         A    Yes.

6         Q    And it's hard to tell, but it

7    appears, I think, this is dated May 26,

8    2009?

9         A    May 26?  Yeah, I see it.

10   MR. WOODS:

11         I'm sorry.  Can you make it out?

12   Are you certain that that's May 26, 2009?

13   MR. MILLER:

14         For what it's worth, I actually

15   have a copy of the FEMA receipt.

16   THE WITNESS:

17         All I see is May 26 and the end is

18   cut off.

19   MR. WOODS:

20         Okay.

21   EXAMINATION BY MR. MILLER:

22         Q    I'm going to show you another

23   document.  What's our next exhibit here?

24   I'm going to hand you a document, which is

25   marked Exhibit No. 18, and this is assigned

Page 241

1    I never experienced formaldehyde.

2       Q    To the best of your knowledge, and

3    this is all I'm asking, you don't have an

4    opinion then one way or the other whether

5    the formaldehyde caused any damage to

6    property as you defined it?

7       A    Yes.

8       Q    You believe it did?

9       A    Yes.

10      Q    And how did it do that?

11      A    By exposure to formaldehyde onto

12   my property.

13      Q    And what did it do to alter your

14   property, your understanding?

15      A    Yes.

16      Q    What did it do to alter your

17   property?

18   MR. WOODS:

19           Object to the form of the

20   question.

21   EXAMINATION BY MR. MILLER:

22      Q    Go ahead, sir.

23   MR. WOODS:

24           Do you understand the question?

25   THE WITNESS:

Page 242

1           Yes.

2    EXAMINATION BY MR. MILLER:

3        Q    Go ahead and answer.

4        A    Okay.

5    MR. WOODS:

6           Excuse me?

7    THE WITNESS:

8           For once, it brought down my

9    property value from formaldehyde being on my

10   property.

11   EXAMINATION BY MR. MILLER:

12       Q    Anything else?

13       A    That's it.

14       Q    Okay.  So you believe your

15   property value, the value of your property

16   has been reduced because of the formaldehyde

17   that was in the trailer?

18       A    Yes.

19       Q    Anything else?

20       A    That's it.

21       Q    That's it.  Okay.  And for that,

22   you believe your property was reduced by how

23   much in value?

24       A    Well, I couldn't say.

25       Q    You don't know one way or the

Page 243

1    other?

2         A     Because right now I don't even

3    know what the property value is for my house

4    not being finished.

5         Q     Now, you also claim $140,000 in

6    personal injuries; is that right?

7         A     Yes.

8         Q     And what are the personal

9    injuries -- Do you understand what "personal

10   injury" is?

11        A     I know what "personal injury" is.

12        Q     What is your understanding, what

13   is your definition of "personal injury"?

14   MR. WOODS:

15             Objection to the form of the

16   question.

17   EXAMINATION BY MR. MILLER:

18        Q     Go ahead.

19        A     For once, it's affecting my

20   health.  Right now I'm going through

21   something I never went through with this

22   sinus stuff.  I never had sinus like this

23   before, where every day I got to fight for

24   my life just to breathe through my nose.

25        Q     Anything else?

Page 244

1      A    Headaches and stuff like this.

2      Q    So there's sinus problems,

3    headaches.  What else, sir?

4      A    Well, I have sometimes burning

5    eyes.

6      Q    And you still suffer these burning

7    eyes?

8      A    Not as much as the sinus and the

9    headaches.

10      Q    But do you still suffer burning

11   eyes?

12      A    Once in awhile, yes.

13      Q    So we have burning eyes, sinus

14   and --

15      A    And headaches.

16      Q    Anything else?

17      A    That's it.

18      Q    Those are the things that you

19   believe were caused as a result of the

20   trailer?

21      A    Yes.

22      Q    Now, did you suffer the burning

23   eyes when you were in the trailer?

24      A    Yes.

25      Q    Did you ever suffer those burning

Page 245

1    eyes before you moved into the trailer?

2        A    No.

3        Q    These headaches that you're

4    talking about, these are worse headaches

5    than you had before you moved into the

6    trailer?

7        A    Well, these like headaches, I

8    could take Excedrin and still have a

9    headache.

10       Q    And that's what I'm getting at.

11   You indicated in response to Mr. Johnson's

12   questions that before you moved into the

13   trailer, you had some headaches, but you

14   would take an aspirin or Excedrin and it

15   would go away?

16       A    Yes.

17       Q    The headaches that you started

18   suffering once you moved into the trailer,

19   were they different?

20       A    They're different.

21       Q    And how were they different?

22       A    They're more extreme, they last

23   more longer, and just hard to get rid of.

24       Q    The Excedrin doesn't work on them?

25       A    No.

Page 246

```
 1        Q    And you also indicated that the
 2   sinus problem is really bad?
 3        A    Well, I have a sinus problem now
 4   since I been in that trailer like I never
 5   had before.
 6        Q    In fact, when you were talking
 7   with Mr. Johnson about it, you said that
 8   once you moved in, after a month or so, it
 9   got really bad, the sinus problems?
10        A    Well, once I came down here from
11   Lake Charles, my sinus problem was clear.  I
12   stayed at the hotel for five months.  I
13   never had a sinus problem.  I stayed by my
14   niece a couple of weeks.  I never had a
15   sinus problem.  So when I got in this
16   trailer for a couple of weeks, my sinus
17   started acting up.
18        Q    And these were problems that you
19   didn't have before you got in the trailer?
20        A    That's it.
21        Q    And these happened shortly after
22   you moved into the trailer?
23        A    Well, I can't say.  When I got in
24   the trailer, my sinus got worser and worser.
25        Q    And that happened after you moved
```

Page 247

```
 1    into the trailer, correct?

 2         A    Yes.

 3         Q    And the same for your burning

 4    eyes, that happened after you moved into the

 5    trailer?

 6         A    Yes.

 7         Q    And the same happened for these

 8    headaches, they happened after you went into

 9    the trailer, correct?

10         A    Yes.

11         Q    And you never complained to anyone

12    at FEMA about this, correct?

13         A    Well, no, because like I say, I

14    didn't know the trailer was causing the

15    thing until I saw the commercial.

16         Q    I understand that.  What I'm

17    trying to get to is you never complained to

18    FEMA that the trailer was causing you

19    headaches, burning eyes or sinus problems?

20         A    What am I going to call FEMA for,

21    when I don't even know what's causing the

22    problems?  So how can I point or call FEMA

23    and say this is causing the problem?

24         Q    I got it.  What I gather is these

25    were problems that you never had, though,
```

Page 248

1    prior to coming back and moving into the

2    trailer?

3         A    Well, not no everyday sinus

4    problem, where I got to wake up in the

5    middle of the night, spray my nose just so I

6    can breathe, with headaches, sinus pressure

7    headaches.  I never had no sinus pressure

8    like this.

9              When I had a sinus problem, my

10   nose run, I would take something and it's

11   gone.  On this, as soon as I stepped into

12   that trailer, this is an everyday thing.

13   Like I'm talking to you now, my nose is

14   clogged up, I can't breathe.  Everything I

15   take, I can't get rid of it.

16        Q    And you didn't have this before

17   you moved into the trailer?

18        A    I never had this problem.  I never

19   had the problem.  You can ask my sister or

20   anybody at my house.  I never was a sick

21   person.  I never had to go to the hospital.

22   I take one -- I cut the grass and get a

23   little sinus and it's gone away.  But now I

24   got to wake up every morning and blow mucus

25   out my nose just to breathe.

Page 251

1    told you, it cause cancer, bad to your

2    health and all that.  As far as me studying

3    formaldehyde, no.

4    EXAMINATION BY MR. MILLER:

5        Q    So what you know about

6    formaldehyde is what you saw on TV?

7        A    That's the only thing I know about

8    formaldehyde.  I don't even know nothing

9    about formaldehyde before I even lived in a

10   trailer.  If I wouldn't have stayed in a

11   trailer, I still wouldn't know nothing about

12   formaldehyde.

13       Q    I understand that.  What I gather

14   is everything you know about formaldehyde is

15   what you learned from watching a commercial

16   from the counsel on TV?

17       A    Well, like I say, you got to learn

18   somewhere.

19       Q    I understand.  But that's where

20   all the information you have regarding

21   formaldehyde comes from?

22       A    That's it.

23       Q    And as a result of that commercial

24   on TV, you did contact the counsel?

25       A    Like I said, I didn't even know

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)          Videotaped Deposition of David Leon McGraw

Page 252

1    formaldehyde was in a trailer.

2         Q     Now, I want to ask you to turn to

3    a document which is marked as Exhibit

4    No. 11, and this is Bates stamped McGraw

5    000201 through 203.

6         MR. WOODS:

7              You have shown him this one.  This

8    is the same one.

9         MR. MILLER:

10             Oh, it is the same one.  Thank

11   you, Counsel.

12        MR. WOODS:

13             Any time.

14   EXAMINATION BY MR. MILLER:

15        Q     What I wanted to show you was a

16   document marked McGraw Exhibit 11, which is

17   McGraw 000199 through 200.  Do you have that

18   document in front of you?

19        A     Okay.

20        Q     Do you recognize this document?

21        A     Yes.

22        Q     Is that your signature?

23        A     Yes.

24        Q     And is that the date that you

25   signed it, June 23rd, 2008?

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255                    (504) 529-5255
New Orleans * Baton Rouge * Shreveport

Page 253

1      A    Yes.

2      Q    We asked for your original

3  documents, and the original documents that

4  you provided was a copy of this in your

5  originals here.  Do you see that?

6      A    Yes.

7      Q    Where did you get that copy from?

8      A    Well, they told me I get a copy.

9      Q    Who gave you that copy?

10     A    The claims people.

11     Q    And do you know what the claims

12  people did with this document?

13     A    No.

14     Q    Did you do anything with this

15  document?

16     A    No.

17     Q    Did you send this document to

18  FEMA?

19     A    No.

20     Q    Do you know if your claims

21  attorney, your counsel sent this document to

22  FEMA?

23     A    No.

24     Q    If you look at this document, sir,

25  Exhibit No. 11 there, it has damages.  Do

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)          Videotaped Deposition of David Leon McGraw

Page 254

1    you see that, like the other document that

2    we looked at earlier?

3        A    Yes.

4        Q    And this claims "property damage

5    not applicable"; is that right?

6        A    Yes.

7        Q    And then it says "personal

8    injury," I think $1 million; do you see

9    that?

10       A    Yes.

11       Q    And then it says "wrongful death,"

12   $1 million, right?

13       A    Yes.

14       Q    Earlier we went through that form,

15   that retainer agreement that you signed with

16   Hurricane Legal Center.  Do you remember

17   that?

18       A    Yes.

19       Q    And in that, you indicated -- And

20   that was signed on the same date, June 23rd,

21   2008, right?

22       A    Yes.

23       Q    And you indicated you're not

24   seeking damages for wrongful death; isn't

25   that right?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)          Videotaped Deposition of David Leon McGraw

Page 255

1     MR. WOODS:

2          Do you want to show him the form?

3     THE WITNESS:

4          Yes, because I didn't have no

5     death.

6     EXAMINATION BY MR. MILLER:

7     Q    Yes.  And this form, this is not

8     accurate, to the extent you were never

9     seeking wrongful death damages, were you?

10    A    No.

11    Q    Now, it also has checked off

12    symptoms.  Do you see that?

13    A    Yes.

14    Q    And you checked off, I believe,

15    "headaches," which we talked about, right?

16    A    Yes.

17    Q    "Throat irritation"?

18    A    Yes.

19    Q    "Nasal irritation," that would be

20    the sinus problems?

21    A    Yes.

22    Q    And then "coughing"?

23    A    Yes.

24    Q    And those were the matters that in

25    your opinion got worse once you were in the

Page 256

1    trailer, correct?

2        A    Yes.

3        Q    Now, once you hired the Hurricane

4    Legal Center in June of 2008, you relied

5    upon them to process the claims or take

6    whatever action was necessary to pursue your

7    claim?

8        A    Yes.

9        Q    And as you sit here today, you

10   have no idea whether or not they sent this

11   document, Exhibit 11, to FEMA?

12       A    Yes.

13       Q    You don't know one way or the

14   other?

15       A    No.

16       Q    I'm going to hand you a document

17   which is marked Exhibit No. 14, and this is

18   a two-page document.  It's Bates stamped

19   FEMA200-000041 through 42, and it's titled

20   "Declaration and Release," and this is

21   signed, I believe, by you on November 21st,

22   2005.  Is that right?

23       A    Yes.

24       Q    And in this document, you

25   understood in signing this document that any

Page 257

1    information that you provide regarding

2    applications to FEMA for disaster assistance

3    must be true and correct?

4         A    Yes, sir.

5         Q    And, in fact, you always were

6    truthful to FEMA, weren't you?

7         A    Yes.

8         Q    And you understood that you had to

9    be?

10        A    I did.

11        Q    I'm going to show you Exhibit

12   No. 15, which is Bates stamped

13   FEMA200-000047.

14             And, Counsel, I note that I

15   provided copies to you already of all of

16   these documents.

17   MR. WOODS:

18             I don't have it in front of me.

19   MR. MILLER:

20             Mr. Woods, I would note that all

21   these documents, courtesy copies have been

22   provided, and if we run over on time, I'm

23   just going to ask the Court for additional

24   time with this witness.

25   EXAMINATION BY MR. MILLER:

Page 284

1    out the car, that person get out the car.

2    Because me and my friend were the only one

3    who had money, they figured we was selling

4    crack, but I was showing him that I worked,

5    I was working at Wendy's at the time, so I

6    showed them receipts from the money I had on

7    me.

8         Q     Was this a police jump-out squad?

9         A     Yes.

10        Q     Okay.  Four police came up in a

11   cruiser?

12        A     There was two in each cruiser.

13        Q     And they jumped out and they

14   collared everyone in the area?

15        A     That's it.  They put everybody on

16   the car.

17        Q     And at that point in time were you

18   aware that some of the people you were

19   associating with had used crack cocaine?

20        A     Not really.  Because mostly I was

21   just around a high crime area.

22        Q     Do you recall completing a

23   document called a Plaintiff Fact Sheet?

24        A     Plaintiff Fact Sheet?

25        Q     I'm just going to show you the

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)          Videotaped Deposition of David Leon McGraw

Page 285

1    first page of this (indicating).

2        A    Let's see.  I don't know.  I

3    probably don't recall it.

4        Q    I'm going to hand you a document

5    which is marked as Exhibit No. 21 and it's

6    entitled "Plaintiff Fact Sheet," and what I

7    would ask you to do, if you would, go to a

8    signature page there towards the end.  These

9    are not paginated, unfortunately.

10       A    All right.

11       MR. WOODS:

12           No, go to the --

13   EXAMINATION BY MR. JOHNSON:

14       Q    Take your time to look through

15   this document a little bit, because I want

16   to ask you some questions about it.

17       A    (Reviewing document).

18       Q    One more page.  Just go one more

19   page there.  That page you're on now, which

20   comes right after Page No. 17 on Exhibit 21,

21   that's the Certification; is that correct?

22   Do you see that?

23       A    Yes.

24       Q    And is that your signature?

25       A    Yes.

Page 286

1        Q     And that's dated August 3rd, 2009?

2        A     Yes.

3        Q     And is that the date that you

4    signed it?

5        A     Yes.

6        Q     And this Certification says, "I

7    declare under the penalty of perjury subject

8    to 28 U.S.C. 1746 that all of the

9    information provided in this Plaintiff Fact

10   Sheet is true and correct to the best of my

11   knowledge, and that I have supplied all the

12   documents requested in Part VIII of this

13   Plaintiff Fact Sheet, to the extent that

14   such documents are in my possession, custody

15   or control, or in the possession, custody,

16   or control of my lawyers, and that I have

17   signed the authorizations attached to this

18   declaration."

19             That's what you certified,

20   correct?

21       A     Yes.

22       Q     You essentially certified that all

23   of the statements and information in this

24   fact sheet is true and accurate, correct?

25       A     Correct.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)          Videotaped Deposition of David Leon McGraw

Page 287

 1        Q     And you understood that in signing

 2   that, that's the same as testifying before a

 3   judge and jury in court?

 4        A     Uh-huh (affirmative response).

 5        Q     I'm sorry.  You have to say "yes"

 6   or "no."

 7        A     Yes.

 8        Q     And you took that oath seriously,

 9   didn't you?

10        A     Yes.

11        Q     And you reviewed this document

12   before signing it, correct?

13        A     Yes.

14        Q     And is there any changes or

15   modifications that you need to make to this

16   document at this time?

17        A     No.

18        MR. WOODS:

19             Object to the form of the

20   question.  The plaintiff has modified his

21   PFS form recently and he understands he's

22   under a continuing obligation to do so.

23   EXAMINATION BY MR. MILLER:

24        Q     Turning to Page 12 of the

25   Plaintiff Fact Sheet, do you see that?

Page 288

```
 1       A    All right.

 2       Q    Do you have that in front of you?

 3       A    Yeah.

 4       Q    And there it says, "Current smoker

 5  of cigarettes/cigars/pipe tobacco."  Do you

 6  see that?

 7       A    Uh-huh (affirmative response).

 8       Q    "Yes"?

 9       A    Yes.

10       Q    And it says, "Amount currently

11  smoked or used on average," and it says

12  "four per day for eight years"; is that

13  right?

14       A    Yes.

15       Q    And that was truthful, correct?

16       A    That's truthful.

17       Q    In the "Documents" section, No. 15

18  here, do you see that?  Go to Page 15.  I'm

19  sorry.

20       A    All right.

21       Q    Section "B" -- This says, "Please

22  indicate if any of the following documents

23  and things are currently in your possession,

24  custody, or control, or in the possession,

25  custody, or control of your lawyers by
```

Page 326

1    tell me about these trailers.  I feel like

2    they were violating my rights from not

3    telling me.  I didn't have to go nowhere to

4    learn about it.  If your trailer was built

5    with formaldehyde, we should have known

6    about that from the jump, instead of waiting

7    to see two or three years on the news thing

8    that I might be exposed to formaldehyde or

9    have cancer or something.

10              And my nose, like I say, if I go

11   out here and buy a pack of cigarettes, I

12   know it's going to cause cancer.  I know

13   what I'm doing.  So I know if a trailer got

14   formaldehyde, it's my choice to decide

15   whether I want to live in that trailer or

16   not.  Just like it's my choice of me wanting

17   to smoke a cigarette or not.  So I didn't

18   have a choice to live in a trailer with

19   formaldehyde.  It was given to me.

20   EXAMINATION BY MR. JOHNSON:

21        Q    And how is it, Mr. McGraw, that as

22   you sit here today you're claiming that your

23   trailer made you sick, in your own words?

24        A    Well, I'm sicker than I ever been.

25        Q    What is it in your trailer that

Page 327

1     caused you to --

2         A     I don't know.

3         Q     Hang on a second.  Let me finish.

4     What is it in your trailer that caused you

5     to be sicker than you have ever been?

6         MR. WOODS:

7              Object to the form of the

8     question.  Answer it if you know.

9         THE WITNESS:

10             I don't know, so --

11    EXAMINATION BY MR. JOHNSON:

12        Q     As you sit here today, you don't

13    know what in your trailer has made you

14    sicker than you have ever been?

15        A     I couldn't tell you.  I had sinus

16    problems back in 2005 that go away in one or

17    two days.  I don't have it no more.  I stay

18    in a hotel.  I don't have sinus for at least

19    five months.  I stay by my niece for a

20    couple months.  Don't have sinus problems.

21    I get in trailer for a couple months of the

22    year and now I got sinus I can't rid of.

23        Q     And yet you didn't go to the

24    doctor, did you?

25        A     No, I didn't go to the doctor.

Page 328

1      Q    Let me ask you, Mr. McGraw, are

2   you -- In your lawsuit, are you claiming

3   that formaldehyde in your trailer caused you

4   emotional damages?

5      MR. WOODS:

6           Object to the form of the

7   question.  Answer it if you understand it.

8      THE WITNESS:

9           I don't know.

10  EXAMINATION BY MR. JOHNSON:

11     Q    Sir, are you claiming that -- I

12  will try and rephrase it and see if you can

13  answer this.  Are you claiming that

14  formaldehyde in your trailer caused you

15  emotional problems?

16     MR. WOODS:

17          Object to the form.

18     THE WITNESS:

19          Well, I couldn't answer that,

20  because at the time I was staying in the

21  trailer, I didn't know the trailer had

22  formaldehyde to have emotional damage.  So

23  if I was staying in the trailer knowing that

24  it caused it, then it probably would have

25  caused it.  But how am I supposed to answer

Page 333

```
 1    anybody else about it?

 2         A    I never talked to nobody else.  I

 3    figured that was strange.

 4         Q    Did they say if they were FEMA

 5    employees, whoever it was that called?

 6         A    That was it.  It was a FEMA

 7    employee.  They said they was looking for

 8    one of their trailers that has been missing.

 9         MR. JOHNSON:

10              I think I'm done.  I probably have

11    a few minutes left on the clock, and so I

12    will reserve that, but I think I'm probably

13    done.  I will pass to Mr. Barrios.

14         THE VIDEOGRAPHER:

15              We're off the record.  It's 4:45.

16    (Discussion off the record.)

17         THE VIDEOGRAPHER:

18              Back on the record.  It's 4:48.

19    EXAMINATION BY MR. BARRIOS:

20         Q    Hi, Mr. McGraw.  Hopefully, we're

21    in the home stretch here.  My name is Gerry

22    Barrios.  I represent CH2M Hill.

23         A    Okay.

24         Q    Forgive me.  I'm going to be

25    jumping around a little bit, because the
```

Page 334

1    prior gentlemen covered a number of things

2    which I had, but I'm going to try to get to

3    some other things if you don't mind.

4            I want to bring your attention

5    back to when you were talking about when the

6    trailer was first hauled onto the property

7    there at 5212 Dauphine.

8            The housing inspection report that

9    you looked at earlier had a date of July 27,

10   '06?

11   A    Yes.

12   Q    I went back and I looked at it.

13   That's a Thursday.

14   A    Yes.

15   Q    You talked about that maybe it was

16   installed a few days before that, and

17   according to some of the records I found, it

18   suggested that the trailer was actually

19   installed on July 24, which would have been

20   a Monday.

21           Does that kind of sound right to

22   you, that maybe it was installed on a

23   Monday, and then they came by and did the

24   inspection with you on the following

25   Thursday?

Page 335

```
1        A    Yeah, because they came back and

2    did an inspection, because the trailer was

3    already there.

4        Q    Okay.  Now, when it was actually

5    brought onto the site, I wanted to focus a

6    little bit on what you actually saw, so if

7    you could start in terms of when you saw --

8    First of all, do you remember what time of

9    the day it was when they brought the

10   trailer?  Was it the morning, the afternoon?

11       A    No, it was kind of early.  It was

12   something like 11:00 or 12:00.

13       Q    Do you remember the weather

14   conditions?

15       A    A sunny day.

16       Q    So you could see everything?

17       A    See everything.

18       Q    All right.  Now, if you could just

19   start from there.  Did someone call you

20   ahead, saying, "The trailer is coming"?

21       A    Yes, they said, "The trailer is on

22   the way.  Is you at the residence for when

23   we be there?"  I said, "Yes, I will be

24   there."

25       Q    Do you recall who called you?
```

Page 336

1      A     It was a FEMA person.

2      Q     Did they identify their name?

3      A     They did probably identify their

4   name, their number and all that, so -- I

5   can't remember that from back so far.

6      Q     No problem.  Now, if you could

7   just walk me through when the trailer

8   arrived, what was it being hauled on?  And

9   what I want to get is from when you saw it

10  and how much you saw.

11     A     What trailer are you talking

12  about, my sister's trailer or my trailer?

13     Q     A very good distinction.  I'm

14  talking about your trailer, the trailer that

15  you lived in.

16     A     Okay.  When my trailer came, it

17  came in a heavy-duty truck.

18     Q     Okay.

19     A     Because when this person came,

20  what they did was -- Because I was helping

21  him to direct the trailer to the back.  When

22  they brought my trailer, I think it was just

23  one person in plain clothes with a

24  heavy-duty truck, because I was helping him

25  back the trailer through the driveway where