**Hurricane Legal Center, LLC**   P-100
910 Julia Street
New Orleans, LA 70113
Office: (504) 558-1965   Fax: (504) 525-1279

**Stuart T. Barasch, Attorney**                              **Sassoon Sales, Attorney**
**Admitted in Louisiana**                                        **Admitted in California**

### CONTINGENCY FEE CONTRACT
### RE: FEMA TRAILER FORMALDEHYDE

This agreement is made between ("Client") and Hurricane Legal Center ("Lawyers").

Client hires Lawyers to represent Client in the prosecution and settlement or recovery of Client's claims for damages arising out of exposure to formaldehyde ("Claims"). Lawyers agree to represent client to attempt to effect a settlement of the Claims or to obtain and collect upon a judgment based on the Claims.

Lawyers are to receive compensation for these services as follows:
**Forty percent (40%)** of the gross amount recovered. The gross amount recovered includes interest and court costs.

Lawyers will advance all expenses necessary to the prosecution of Client's claims. Lawyers shall be reimbursed these expenses only if Client obtains a recovery. Expenses shall **NOT INCLUDE** the following: postage, overnight mailing, telephone charges, photocopying, messenger/courier charges, travel expenses.

**In the event there is no recovery, Client is not obligated to pay any costs or fees.**

It is understood and agreed that this contract is intended to and does hereby assign, transfer, set over and deliver unto Lawyers for the representation of Client in said Claims, an interest in the Claims under the terms and conditions set forth above, in accordance with the provisions of Louisiana Revised Statute 37.218. It is further agreed that neither Lawyers nor Client may, without written consent of the other, settle, compromise, release, discontinue, or otherwise dispose of the suits or Claims while Lawyers represent Client.

Client has the right to discharge Lawyers at any time or without cause. Lawyers also have the right at any time to withdraw from Client's representation consistent with Rule of Professional Conduct 1.16 attached, and the rules of court if suit has been filed.

▶▶▶Client's Initials(up to 6 adults) : ___/___, _____, _____, _____, _____,

EXHIBIT 3

McGraw
DEPOSITION
EXHIBIT
13

Client hereby authorizes Lawyer to associate other lawyers to assist in Client's representation in these Claims provided there are no additional fees charged to Client.

Client agrees that Lawyers may destroy all file materials relating to Client's representation five years following its conclusion. Should Client wish for Lawyers to return any of those file materials, including original documents or things with which Client has provided Lawyer, Client must so advise lawyers in writing prior to the expiration of the five-year period.

Client has read over and fully understands this contract. Client understands the importance of maintaining contact with Lawyers and hereby agrees to advise Lawyers when Client's address and phone number change.

* For minor children, 17yrs or less, a parent must print each child name and sign.
* Do not print name for a deceased person.

DAvid Mc Graw
**PRINT NAME**

David Mc Graw
**CLIENT'S SIGNATURE**

6/23/08
**DATE**

___
**PRINT NAME**

___
**CLIENT'S SIGNATURE**

___
**DATE**

___
**PRINT NAME**

___
**CLIENT'S SIGNATURE**

___
**DATE**

___ **(Check)**
If you signing for minor child

___
**PRINT NAME**

___
**CLIENT'S SIGNATURE**

___
**DATE**

___ **(Check)**
If you signing for minor child

___
**PRINT NAME**

___
**CLIENT'S SIGNATURE**

___
**DATE**

___ **(Check)**
If you signing for minor child

PRINT NAME [signature]

___
**CLIENT'S SIGNATURE**

___
**DATE**

___ **(Check)**
If you signing for minor child

**Attorney At Law**
**HURRICANE LEGAL CENTER**

**Date**

| Named Plaintiff confirmed | Staff: | Date: |
|---|---|---|
| Final confirmed | Staff: | Date: |

## RULES OF PROFESSIONAL CONDUCT

I have received a copy of the Rules of Professional Conduct 1.5 that deals with attorney fees and a copy of the Rules of Professional Conduct 1.16 that deals with attorney-client relationship termination.

Receipt of same is hereby acknowledged below.

- You do not need to sign for Minor Children.

6/23/08
**Date Signed**

*David McGraw*
**Client Signature**

_____
**Date Signed**

_____
**Client Signature**

_____
**Date Signed**

_____
**Client Signature**

_____
**Date Signed**

_____
**Client Signature**

*One Family can use One Form. FORM 100

## HURRICANE LEGAL CENTER
## CLAIMMANT'S QUESTIONNAIRE

"**CLAIMANT**" is all people who claim exposure to formaldehyde who lived in FEMA Trailer.
Claim will be made individually—**NOT as Class Action Suit**

1) Head of Household: McGraw, David, L.
   Last / First / Middle Initial
2) Birth Date: [redacted] Mo. Day Year
3) Mail Address: 5212 Dauphine  N.O.  La.  70117
   Street / City / State / Zip
4) Email: _____
5) Phone Numbers: a) 504) 491-8223  b) 504) 945-0628

6) **Symptoms from Formaldehyde**: Headaches, Throat Irritation, Eye Irritation, Skin Irritation, Coughing, Wheezing, Chest Pain, Nasal Irritation, Nausea, Insomnia, Cancer, Anxiety or Depression

7) LIST THE PEOPLE WHO LIVED IN YOUR FEMA TRAILER, INCLUDING YOURSELF:

| (Current Legal Name) | (Age) | (Relationship to You) | Had any of above symptom?(Yes/No) |
|---|---|---|---|
| a) Household Head: David L. McGraw | 45 | Self | yes |
| b) | | | |
| c) | | | |
| d) | | | |
| e) | | | |
| f) | | | |

8) Any of your family claims **loss of wages** due to formaldehyde exposure? ___Yes ✓No
9) Are you claiming the **wrongful death** of a family member, due to formaldehyde exposure? ___Yes ✓No
   Name of Deceased: _____ Date of Death _____

10) **Complete this Box if:** (a) you are filing for a deceased person, or minors child under the age of 18.
   Your Name: _____ Telephone(if differ): _____ SSN: _____
   Address: _____ (If address differs than above)  City _____ State _____ Zip _____
   Email: _____ Your Signature: _____

11) Signature of Claimant: David McGraw   Print Name: David McGraw   Date: 6/23/08

Signature of Claimant _____ Print Name _____ Date _____

Signature of Claimant _____ Print Name _____ Date _____

Signature of Claimant _____ Print Name _____ Date _____

* Minor children does not need to sign on this form, a parent or guardian must complete (#10) and (#11).