

EXHIBIT

4

FEMA-001011

**FedEx**

Español | Customer Support | FedEx Locations   Search        Go

Package/Envelope     Freight        Expedited        Office/Print Services ✳

Ship ▸        Track ▸        Manage ▸        Business Solutions ▸

## Detailed Results

Printable Version        Help

Enter tracking number        | Track

| Detailed Results | Notifications |

Tracking no.: 868662083970        ✉ E-mail notifications

### Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: G.GREEN

| Shipment Dates | Destination |
|---|---|
| Ship date ⊘  May 29, 2009 | WASHINGTON, DC |
| Delivery date ⊘  Jun 1, 2009 10:27 AM | Signature Proof of Delivery ⊘ |

### Shipment Facts        Help

| Service type | Priority Overnight |
|---|---|

### Shipment Travel History        Help

Select time zone:  Select        Select time format: **12H** | **24H**

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Jun 1, 2009 10:27 AM | Delivered | WASHINGTON, DC | |

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995- 2009 FedEx

Container
TCL083

FEMA-001012

RECEIVED

0 1 JUN 2009                                                          10015254

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: Federal Emergency Management AgencyOffice of Director500 C. St., SWWashington, DC 20472 <br><br> Federal Emergency Management Agency <br> Office of Chief Counsel <br> 500 C. St., SW <br> Washington, DC 20472 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) <br><br> Claimant: David L. McGraw <br> 5212 Dauphine St. <br> New Orleans, LA 70117 <br> Claimant's Representative: <br> Hurricane Legal Center, 600 Carondelet Street, Suite 602, New Orleans, LA 70130 |
|---|---|

| 3. TYPE OF EMPLOYMENT <br> ☐MILITARY ☑CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS <br> single | 6. DATE AND DAY OF ACCIDENT <br> SEE ATTACHED RIDER | 7. TIME (A.M. or P.M.) <br> UNKNOWN |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)   Exposure to formaldehyde in trailer provided by FEMA. Trailer not suitable for intended use because of FEMA failure properly to inspect and comply with standards. Trailer violated warranties of liability and fitness for use. U.S. and agencies failed to warn and to relocate. U.S. and agencies attempted to cover up the above violations.

Injuries resulting from exposure to formaldehyde in trailer housing unit provided by Federal Emergency Management Agency. The United States of America, through its agencies, including but not limited to Federal Emergency Management Agency, (hereinafter collectively referred to as "FEMA") was negligent, reckless, careless, grossly negligent and acted with deliberate indifference to the health and safety of the claimant by failing to provide the claimant with a housing unit that was reasonably safe and not dangerous. FEMA breached its duty to provide reasonably safe and habitable housing by providing a trailer unit that exposed claimant to excessive and unsafe levels of formaldehyde. FEMA provided a trailer housing unit that contained building materials which emitted formaldehyde in excess of acceptable limits. The trailer housing unit provided to claimant was in violation of local, state, national and international statutes, regulations and trade group standards regarding formaldehyde exposure. FEMA failed to ensure that the trailer housing unit provided to claimant was suitable for its intended use.

SEE ATTACHED RIDER

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)
        Trailer provided by FEMA. Exact ownership unknown.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

| 10. | PERSONAL INJURY / WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT

SEE ATTACHED RIDER

| 11. | WITNESSES | |
|---|---|---|
| NAME:  Claimants, other occupants, other persons and public officials too numerous to list | ADDRESS (Number, Street, City, State, Zip : |

| 12. (See instructions on reverse) | AMOUNT OF CLAIM (In dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE <br> 36,000.00 | 12b. PERSONAL INJURY <br> 140,000.00 | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) <br> 176,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) * You must sign as a claimant. <br><br> Atty, Hurricane Legal Cntr | 13b. Phone number of signatory <br> (504) 525-1944 | 14. DATE OF CLAIM <br> 5-26-2009 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS  Fine of not more than $10,000 or imprisonment for not more than 5 years or both.  (See 18 U.S.C. 287, 1001.) |
|---|---|

| 95-109 <br> Previous editions not usable. | NSN 7540-00-634-4046 | VIA FEDERAL EXPRESS <br> #868662083970 | STANDARD FORM 95 (Rev. 7-85) (EG) <br> PRESCRIBED BY DEPT. OF JUSTICE <br> 28 CFR 14.2 |
|---|---|---|---|

FEMA-001014

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority*: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 38 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R.

B. *Principal Purpose*: The information requested is to be used in evaluating claims.
C. *Routine Use*: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond*: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim

## INSTRUCTIONS
### Complete all items - insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF

PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in Item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in Item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.**

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,
to Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes, If yes, give name and address of insurance company (Number, street, city, State, and Zip Code) and policy number. ☒ No

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

NOT APPLICABLE

17. If deductible, state amount

NOT APPLICABLE

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (It is necessary that you ascertain these facts)

NOT APPLICABLE

19. Do you carry public liability and property damage insurance? ☐ Yes, If yes, give name and address of insurance company (Number, street, city, State, and Zip Code) No ☒

SF 95 (Rev. 7-85) BACK

FEMA-001015

RIDER FOR STANDARD FORM 95

6.  **Date and Day of Accident:**  Claimant became aware of the potential exposure within the last two years.

8.  **Basis of Claim (Continued):**

FEMA failed to ensure that it was free from excessive formaldehyde emissions and/or adequate ventilation, and that it was in compliance with all local, state, federal and international regulations and standards.  FEMA failed to fully instruct the user on the means of eliminating or reducing the health hazards involving the trailer unit's normal use. FEMA failed to properly inspect and test the unit to make certain that it was in compliance with all local, state, federal and international regulations and standards before releasing it for use. FEMA failed to provide the proper specifications to the manufacturer of the trailer housing unit to ensure that it was free from excessive formaldehyde emissions and/or had adequate ventilation, and that it was in compliance with all local, state federal and international regulations and standards.  FEMA provided a trailer housing unit that failed to adhere to express and/or implied warranties of habitability and fitness.  FEMA failed to warn claimant that claimant was being exposed to dangerously high levels of formaldehyde.  FEMA negligently, intentionally or with reckless indifference to the safety of claimant concealed its knowledge of the excessive levels of formaldehyde in the trailer housing unit. FEMA failed to timely relocate the claimant after learning of the excessive levels of formaldehyde, further exposing claimant and failed to provide medical care for claimant.  FEMA misrepresented, concealed and suppressed facts regarding the dangerous condition of the trailer housing unit and toxic effects of formaldehyde fumes.  The claimant seeks all damages recoverable under applicable state constitutions, the Constitution of United States, 42 U.S.C. 1983, and all applicable state and federal laws, which allow for recovery of damages flowing from the deprivation of a constitutional right, privilege or immunity.  Moreover, FEMA is liable under all state tort law remedies found· applicable herein.

10. **Personal Injury / Wrongful Death:**

The claimant has suffered and continues to suffer from eye, nose and/or throat irritation; runny eyes and nose; sinus condition; cold or flu-like symptoms; sore throat; coughing; headaches; nausea; nose bleeds; skin irritation or skin rash; allergy-like conditions; breathing problems, respiratory problems, shortness of breath or asthma-like condition; emotional distress and fear of illness, including cancer and/or increased risk of cancer.  The full residual effects are not yet known, but are serious in nature. The foregoing is a direct result of exposure to excessive levels of formaldehyde, a known carcinogen.  The claimant has suffered and will continue to suffer and experience fear, anxiety and distress because of risk of latent and/or future disease resulting from the exposure.  Claimant will require medical monitoring to check for signs of formaldehyde based injury.  Claimant is also claiming all damages flowing from the deprivation of constitutional rights, privileges and immunities as set forth in #8 above.

GEN

**Hurricane Legal Center, LLC**                    P-100
910 Julia Street
New Orleans, LA 70113
Office: (504) 558-1965   Fax: (504) 525-1279

*Stuart T. Barasch, Attorney*                 *Sassoon Sales, Attorney*
*Admitted in Louisiana*                        *Admitted in California*

<u>**CONTINGENCY FEE CONTRACT**</u>
<u>**RE:  FEMA TRAILER FORMALDEHYDE**</u>

This agreement is made between ("Client") and Hurricane Legal Center ("Lawyers").

Client hires Lawyers to represent Client in the prosecution and settlement or recovery of Client's claims for damages arising out of exposure to formaldehyde ("Claims").  Lawyers agree to represent client to attempt to effect a settlement of the Claims or to obtain and collect upon a judgment based on the Claims.

Lawyers are to receive compensation for these services as follows:
**Forty percent (40%)** of the gross amount recovered.  The gross amount recovered includes interest and court costs.

Lawyers will advance all expenses necessary to the prosecution of Client's claims. Lawyers shall be reimbursed these expenses only if Client obtains a recovery.  Expenses shall **NOT INCLUDE** the following:  postage, overnight mailing, telephone charges, photocopying, messenger/courier charges, travel expenses.

**In the event there is no recovery, Client is not obligated to pay any costs or fees.**

It is understood and agreed that this contract is intended to and does hereby assign, transfer, set over and deliver unto Lawyers for the representation of Client in said Claims, an interest in the Claims under the terms and conditions set forth above, in accordance with the provisions of Louisiana Revised Statute 37.218.  It is further agreed that neither Lawyers nor Client may, without written consent of the other, settle, compromise, release, discontinue, or otherwise dispose of the suits or Claims while Lawyers represent Client.

Client has the right to discharge Lawyers at any time or without cause.  Lawyers also have the right at any time to withdraw from Client's representation consistent with Rule of Professional Conduct 1.16 attached, and the rules of court if suit has been filed.

► ► ► Client's Initials(up to 6 adults) : ___/___ , _____ , _____ , _____ , _____ , _____

FEMA-001017

Client hereby authorizes Lawyer to associate other lawyers to assist in Client's representation in these Claims provided there are no additional fees charged to Client.

Client agrees that Lawyers may destroy all file materials relating to Client's representation five years following its conclusion. Should Client wish for Lawyers to return any of those file materials, including original documents or things with which Client has provided Lawyer, Client must so advise lawyers in writing prior to the expiration of the five-year period.

Client has read over and fully understands this contract. Client understands the importance of maintaining contact with Lawyers and hereby agrees to advise Lawyers when Client's address and phone number change.

\* For minor children, 17yrs or less, a parent must print each child name and sign.
\* Do not print name for a deceased person.

_David McGraw_
PRINT NAME

_David McGraw_
CLIENT'S SIGNATURE

_6/23/08_
DATE

_____
PRINT NAME

_____
CLIENT'S SIGNATURE

_____
DATE

_____
PRINT NAME

_____
CLIENT'S SIGNATURE

_____
DATE

_____ (Check)
If you signing for minor child

_____
PRINT NAME

_____
CLIENT'S SIGNATURE

_____
DATE

_____ (Check)
If you signing for minor child

_____
PRINT NAME

_____
CLIENT'S SIGNATURE

_____
DATE

_____ (Check)
If you signing for minor child

PRINT NAME
_____

_____
CLIENT'S SIGNATURE

_____
DATE

_____ (Check)
If you signing for minor child

_____
**Attorney At Law**
**HURRICANE LEGAL CENTER**

_____
**Date**

| Named Plaintiff confirmed | Staff: | Date: |
|---|---|---|
| Final confirmed | Staff: | Date: |

Page 2 of 3

FEMA-001018