UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | CIVIL ACTION 2:07-MD-1873<br><br>JUDGE ENGLEHARDT –DIV. N<br><br>MAGISTRATE CHASEZ – MAG. 5 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DECLARATION OF MARIE SCHRAUGER

I, Marie Schrauger, state and declare as follows:

1. I am responsible for processing administrative claims presented to the Federal Emergency Management Agency ("FEMA") that seek damages for injuries allegedly resulting from formaldehyde in FEMA issued temporary emergency housing units.

2. As part of my duties and responsibilities associated with processing the administrative claims, I am required to identify and preserve all information showing when each claim was received by FEMA. This includes any shipping and tracking numbers, or similar type information that may reflect when FEMA received a claim.

3. I was instructed to identify and locate any administrative claims that may have been submitted by the Hurricane Legal Center for a Mr. David L. McGraw. For purposes of completing this task, I had five staff members assist me in locating all claims received by FEMA from the Hurricane Legal Center and then examine each claim to determine the identity of the claimant.

4. As a result of this search, I determined that FEMA received from the Hurricane Legal Center, or from individuals who listed Hurricane Legal Center as their representative, approximately 9,279 administrative claims. The earliest claim was received by FEMA on April

EXHIBIT 5

10, 2008, with the last claim received on June 3, 2009. Only one administrative claim was found for Mr. David L. McGraw. That claim was received by FEMA on June 1, 2009. I and those assisting me were unable to locate any other claims sent to FEMA on behalf of David L. McGraw.

5.      The administrative claims sent directly from the Hurricane Legal Center to FEMA were delivered via Federal Express, and it appears that all of these claims had stamped on the bottom of the first page of the claim the Federal Express Tracking Number associated with the shipment of the claim to FEMA. Using the Federal Express website, this tracking number can be used to determine the date a package was sent and the date it was delivered. I did not identify any claims sent directly from Hurricane Legal Center that did not have this tracking number stamped on the bottom of the first page of each claim.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 4th day of March 2010.

*Marie Schrauger*
MARIE SCHRAUGER