AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

CASE NUMBER: 2:07-MD-1873

SECTION "N-5"

THIS DOCUMENT IS RELATED TO:
Melkile Favorite, Mary Favorite, and
Marlon Favorite vs. Vanguard Industries of
Michigan, Inc. (a/k/a Palomino RV) and
Fluor Enterprises, Inc.
Case No. 09-07681

**SUMMONS IN A CIVIL CASE**

TO: (Defendant's name and address)
**Federal Emergency Management Agency
Through the Office of the Director
Craig Fugate, Director
500 C Street S.W.
Washington, D.C. 20472**

A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lacey M. Moore
Paul A. Dominick
NEXSEN PRUET, PLLC
201 S. Tryon St., Suite 1200
Charlotte, NC 28202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Dec 30 2009

B. Gregory
Deputy clerk's signature

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify:*
CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7009 0820 0001 8058 6352
RECEIVED 2/16/10

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/23/2010

Mary M. Cruthirds
*Server's signature*

Mary M. Cruthirds
Legal Secretary
P.O. Box 2125
Lake Charles, LA 70602-2125

*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  **CRDS RECEIVING**  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>FEMA<br>Through Craig Fugate<br>500 C Street S.W.<br>Washington, DC 20472 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below   ☐ No<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 0820 0001 8058 6352 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540