AO 440 (Rev. 04/08) Civil Summons

# RETURN

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| TOKA CLARK, et al. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:09-cv-8304 |
| BISCAYANE RV, INC., et al. ) | |
| Defendant ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Fluor Enterprises, Inc.
Through its Agent for Service of Process
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.
Hurricane Legal Center, LLC
600 Carondelet St., Ste. 602
New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 12 2010

Name of clerk of court
Loretta G. Whyte

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __02/04/2010__, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Corporation Service Company 320 Somerulos St. Baton Rouge, LA 70802__ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____ .

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

Date: __02/26/2010__

*Server's signature*

John Crawford - Legal Assistant
Printed name and title

3041 Dumaine Street
New Orleans LA 70119
Server's address