**RETURN**

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the

Eastern    District of  Louisiana

| | |
|---|---|
| LOREY KIEFF, et al. | ) |
| Plaintiff | ) |
| v. | )     Civil Action No.     2:09-cv-8313 |
| FOREST RIVER, INC., et al. | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Fluor Enterprises, Inc.
Through its Agent for Service of Process
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jan 12 2010

Loretta G. Whyte
*Clerk of Court*

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ 02/04/2010 _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        Corporation Service Company 320 Somerulos St. Baton Rouge, LA 70802 _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
_____
_____ .

My fees are $ __0.00_____ for travel and $ __0.00_____ for services, for a total of $ __0.00_____ .

Date: _____ 02/26/2010 _____

                                          Server's signature

                              John Crawford - Legal Assistant
                                   Printed name and title

                                3041 Dumaine Street
                               New Orleans LA 70119
                                        Server's address