AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

DANNY LONDON, ET AL

**V.**

GULF STREAM COACH, INC., ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07-MDL-1873

TO: (Name and address of defendant)

Federal Emergency Management Agency
Through the Office of the Director
Craig Fugate, Director
500 C Street S.W.
Washington, D.C. 20472

THIS DOCUMENT IS RELATED TO:
*Danny London and Stephanie Johnson vs. Gulf
Stream Coach, Inc. and Shaw Environmental,
Inc. No. 09-07051*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Rock Palermo III
Veron, Bice, Palermo & Wilson
721 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602-2125

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Name of clerk of court

Date: **Dec 29 2009**

*B. Gregory*
Deputy clerk's signature

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify):* ____  CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7009 2250 0002 3029 7840
RECEIVED 2/16/2010

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __2/23/2010__        _Mary M. Cruthirds_
              *Date*                    *Signature of Server*

Mary M. Cruthirds
Legal Secretary
P.O. Box 2125
Lake Charles, LA 70602

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X      □ Agent   □ Addressee <br> B. Received by *(Printed Name)*    C. Date of Delivery |
| 1. Article Addressed to: <br><br> FEMA <br> Through Craig Fugate <br> 500 C Street S.W. <br> Washington, DC 20472 | D. Is delivery address different from item 1?  □ Yes <br> If YES, enter delivery address below:  □ No |
|  | 3. Service Type <br> ☑ Certified Mail   □ Express Mail <br> □ Registered   □ Return Receipt for Merchandise <br> □ Insured Mail   □ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)*    □ Yes |
| 2. Article Number <br> *(Transfer from service label)* | 7009 2250 0002 3029 7840 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |