UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                      SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2977

## ORDER AND REASONS

Before the Court is Plaintiff's Motion in Limine to Prohibit References to the Financial Matters of Bobbie Wright (Rec. Doc. 11416).  The Court has considered the memoranda of the parties and the applicable law.  Accordingly,

**IT IS ORDERED** that **Plaintiff's Motion in Limine to Prohibit References to the Financial Matters of Bobbie Wright (Rec. Doc. 11416)** is **GRANTED.**  The Court fails to see how the money received by Plaintiff's mother from FEMA is relevant to this litigation, for mitigation purposes or otherwise - especially when the evidence indicates that Plaintiff himself had the funds to pay for alternative living arrangements. (See Exhibit B to Rec. Doc. 11924, pp. 327-28).

New Orleans, Louisiana, this 4th day of March, 2010.

                                                                      **KURT D. ENGELHARDT**
                                                                      **United States District Court**