UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyndon Wright v. Forest River, Inc. and Shaw
Environmental, Inc., et al.,* No. 09-2977

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# JURY VERDICT FORM

A.  **FOREST RIVER, INC. ("FOREST RIVER")**

    1.  Do you find that the Forest River trailer occupied by Lyndon Wright was

        unreasonably dangerous in its construction or composition?

        Yes_____   No_____

        [PROCEED TO QUESTION NO. 2]

    2.  Do you find that the Forest River trailer occupied by Lyndon Wright was

        unreasonably dangerous in its design?

        Yes_____   No_____

        [PROCEED TO QUESTION NO. 3]

-1-

3. Do you find that the Forest River trailer occupied by Lyndon Wright was unreasonably dangerous because an adequate warning about the trailer was not provided?

Yes_____   No_____

[IF YOU ANSWERED ANY OF QUESTION NUMBERS 1, 2, or 3 "YES", PROCEED TO QUESTION NO. 4.  IF YOU ANSWERED EACH AND ALL QUESTION NUMBERS 1, 2, AND 3 "NO", PROCEED TO PART B, QUESTION 6]

4. Do you find that any unreasonably dangerous condition of the trailer existed at the time it left Forest River's control?

Yes_____   No_____

[IF YOU ANSWERED QUESTION NUMBER 4 "YES", PROCEED TO QUESTION NO. 5.  IF YOU ANSWERED QUESTION NUMBER 4 "NO", PROCEED TO PART B, QUESTION 6]

5. Do you find that Lyndon Wright sustained injury to which Forest River substantially contributed, as a result of any unreasonably dangerous condition of the trailer?

Yes_____   No_____

[PROCEED TO QUESTION NO. 6]

B. **SHAW ENVIRONMENTAL, INC. ("SHAW")**

6. Do you find that Shaw was negligent in regard to its actions or inactions concerning the hauling and/or installing of the trailer occupied by Lyndon Wright?

Yes_____   No_____

[IF YOU ANSWERED QUESTION NO. 6 "YES", PROCEED TO QUESTION NO. 7.  IF YOU ANSWERED QUESTION NO. 6 "NO", PROCEED TO PART C, QUESTION 8]

7. Do you find that Lyndon Wright sustained injury to which Shaw substantially contributed, as a result of the negligence of Shaw in its actions or inactions concerning the hauling and/or installing of the trailer occupied by Lyndon Wright?

Yes_____   No_____

[PROCEED TO QUESTION NO. 8]

C. **LYNDON WRIGHT**

8. Do you find that Lyndon Wright was negligent in regard to his actions or inactions concerning the trailer occupied by him?

Yes_____   No_____

[IF YOU ANSWERED QUESTION NO. 8 "YES", PROCEED TO QUESTION NO. 9. IF YOU ANSWERED QUESTION NO. 8 "NO", PROCEED TO PART D, QUESTION 10, WITHOUT REGARD TO THE INSTRUCTIONS CONTAINED WITHIN THE BRACKETS BETWEEN D AND QUESTION NO. 10]

9. Do you find that Lyndon Wright sustained injury to which he contributed, as a result of his own negligence?

Yes_____   No_____

[PROCEED TO QUESTION NO. 10]

D. **ALLOCATION OF FAULT/DAMAGES**

[IF YOU ANSWERED BOTH QUESTION NOS. 5 and 7, "NO", DO NOT ANSWER ANY MORE QUESTIONS.  PLEASE SIGN AND DATE THIS

JURY VERDICT FORM, AND ADVISE THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.  OTHERWISE, PROCEED TO QUESTION NO. 10 IF YOU ANSWERED QUESTIONS NOS. 5 OR 7 "YES." IF YOU ANSWERED BOTH QUESTION NOS. 5 AND 7 "NO," PROCEED TO QUESTION 11.]

10. Please allocate on a percentage basis the degree of fault, if any, which you attribute to each of the following parties and non-parties.  Please be careful to enter "0" or leave blank where you have found no fault on the part of a party in your previous answers.  All numerical percentages you enter in this question should add up to a total of 100%:

| | |
|---|---|
| Plaintiff Lyndon Wright | _____% |
| Defendant Forest River, Inc.<br>(If you answered "no" to Question Nos. 1, 2, and 3; or if you answered "no" to Question No. 4, you must put a zero in this blank) | _____% |
| Defendant Shaw Environmental, Inc.<br>(If you answered "no" to Question Nos. 6 or 7, you must put a zero in this blank) | _____% |
| United States (FEMA) | _____% |
| Person or Entity Other Than Lyndon Wright, Defendants, FEMA, or(maintenance contractor and/or installer sub-contractors only) | _____% |

**100% (TOTAL)**

[PROCEED TO QUESTION NO. 11 IF YOU ANSWERED QUESTIONS NOS. 5 OR 7 "YES." IF YOU ANSWERED BOTH QUESTION NOS.5 AND 7 "NO,"

      PROCEED TO QUESTION 11 ONLY IF YOU ANSWERED QUESTION NO. 10. OTHERWISE, PLEASE SIGN AND DATE THIS JURY VERDICT FORM, AND ADVISE THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.]

11. What amount of damages, if any, do you find should be awarded with respect to each of the following claims:

    Past, present and future physical pain
 and suffering of Lyndon Wright:     $_____

    Past, present and future mental anguish
 and emotional distress of Lyndon Wright:     $_____

    Future medical expenses for Lyndon Wright:     $_____

    Loss or impairment of life's pleasures
 for Lyndon Wright:     $_____

Date_____      _____
                                                                                         JURY FOREPERSON