UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Lyndon Wright v. Forest River, Inc., et al.*<br>No. 09-2977 | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JURY VERDICT FORM

**A.   FOREST RIVER, INC. ("FOREST RIVER")**

1.  Do you find that the Forest River trailer occupied by Lyndon Wright was unreasonably dangerous in its construction or composition?

    Yes_____   No_____

    [PROCEED TO QUESTION NO. 2]

2.  Do you find that the Forest River trailer occupied by Lyndon Wright was unreasonably dangerous in its design?

    Yes_____   No_____

    [PROCEED TO QUESTION NO. 3]

3. Do you find that the Forest River trailer occupied by Lyndon Wright was unreasonably dangerous because an adequate warning about the trailer was not provided?

Yes_____   No_____

[IF YOU ANSWERED ANY OF QUESTION NOS. 1, 2, or 3 "YES", PROCEED TO QUESTION NO. 4. IF YOU ANSWERED EACH AND ALL QUESTION NOS. 1, 2, AND 3 "NO", PROCEED TO PART B, QUESTION NO. 6]

4. Do you find that any unreasonably dangerous condition of the trailer existed at the time it left Forest River's control?

Yes_____   No_____

[IF YOU ANSWERED QUESTION NO. 4 "YES", PROCEED TO QUESTION NO. 5. IF YOU ANSWERED QUESTION NO. 4 "NO", PROCEED TO PART B, QUESTION NO. 6]

5. Do you find that Lyndon Wright sustained injury to which Forest River substantially contributed, as a result of any unreasonably dangerous condition of the trailer?

Yes_____   No_____

[PROCEED TO QUESTION NO. 6]

B. **SHAW ENVIRONMENTAL, INC. ("SHAW")**

6. Do you find that Shaw was negligent in regard to its actions or inactions concerning the hauling and/or installing of the trailer occupied by Lyndon Wright?

Yes_____   No_____

2

[IF YOU ANSWERED QUESTION NO. 6 "YES", PROCEED TO QUESTION NO. 7.  IF YOU ANSWERED QUESTION NO. 6 "NO", PROCEED TO PART C, QUESTION NO. 8]

7. Do you find that Lyndon Wright sustained injury to which Shaw substantially contributed, as a result of the negligence of Shaw in its actions or inactions concerning the hauling and/or installing of the trailer occupied by Lyndon Wright?

    Yes_____    No_____

    [PROCEED TO PART C, QUESTION NO. 8]

C. **LYNDON WRIGHT**

8. Do you find that Lyndon Wright was negligent in regard to his actions or inactions concerning the trailer he occupied?

    Yes_____ No_____

    [IF YOU ANSWERED QUESTION NO. 8 "YES", PROCEED TO QUESTION NO. 9. IF YOU ANSWERED QUESTION NO. 8 "NO", PROCEED TO PART D, QUESTION 10]

9. Do you find that Lyndon Wright sustained injury to which he contributed, as a result of his own negligence?

    Yes_____ No_____

D. **ALLOCATION OF FAULT/DAMAGES**

    [IF YOU ANSWERED BOTH OF QUESTION NOS. 5 AND 7, "NO", DO NOT ANSWER ANY MORE QUESTIONS.  PLEASE SIGN AND DATE THIS JURY VERDICT FORM, AND ADVISE THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.  OTHERWISE, PROCEED TO QUESTION NO. 10 IF YOU ANSWERED QUESTIONS NOS. 5 OR 7 "YES"]

3

10. Please allocate on a percentage basis the degree of fault, if any, which you attribute to each of the following parties. Please be careful to enter "0" or leave blank where you have found no fault on the part of that party in your previous answers. All numerical percentages you enter in this question should add up to a total of 100%:

Plaintiff Lyndon Wright  _____%

Defendant Forest River, Inc.  _____%
(If you answered "no" to Question
Nos. 1, 2, and 3; or if you answered
"no" to Question No. 4, you must put
a zero in this blank)

Defendant Shaw Environmental, Inc.  _____%
(If you answered "no" to Question No.
6 you must put a zero in this blank)

United States (FEMA)  _____%

Person or Entity Other Than Lyndon
Wright, Defendants, or FEMA
(maintenance contractors' and/or
installer sub-contractors only)  _____%

**100% (TOTAL)**

[PROCEED TO QUESTION NO. 11]

11. Do you find that Shaw is immune from liability under the federal government contractor defense because it performed all work at issue in conformance with reasonably precise specifications and had no knowledge of dangers that were not known by FEMA?

Yes_____   No_____

[PROCEED TO QUESTION NO. 12]

12. Do you find that Forest River is immune from liability under the federal government contractor defense because it performed all work at issue in conformance with reasonably precise specifications and had no knowledge of dangers that were not known by FEMA?

    Yes_____    No_____

    [PROCEED TO QUESTION NO. 13]

13. What amount of damages, if any, do you find should be awarded with respect to each of the following claims:

    Past, present and future physical pain and suffering
    of Lyndon Wright:                                              $_____

    Past, present and future mental anguish and emotional
    distress of Lyndon Wright:                                     $_____

    Future medical expenses of Lyndon Wright:                      $_____

    Loss or impairment of life's pleasures
    for Lyndon Wright:                                             $_____


Date_____          _____
                                   JURY FOREPERSON

5