UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Lyndon T. Wright v. Forest River, Inc., et al*, | | * | |
| Docket No. 09-2977; | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## VERDICT FORM

**A.   FOREST RIVER, INC. ("FOREST RIVER")**

1. Do you find that the Forest River trailer occupied by Lyndon Wright was unreasonably dangerous in its construction or composition?

   Yes _____          No _____

   [PROCEED TO QUESTION NO. 2]

2. Do you find that the Forest River trailer occupied by Lyndon Wright was unreasonably dangerous in its design?

   Yes _____          No _____

   [PROCEED TO QUESTION NO. 3]

3. Do you find that the Forest River trailer occupied by Lyndon Wright was unreasonably dangerous because an adequate warning about the trailer was not provided?

   Yes _____          No _____

[IF YOU ANSWERED ANY OF QUESTION NUMBERS 1, 2, or 3 "YES", PROCEED TO QUESTION NO. 4.  IF YOU ANSWERED EACH AND ALL QUESTION NUMBERS 1, 2, AND 3 "NO", PROCEED TO PART B, QUESTION 6]

4. Do you find that any unreasonably dangerous condition of the trailer existed at the time it left Forest River's control?

   Yes _____          No _____

[IF YOU ANSWERED QUESTION NUMBER 4 "YES", PROCEED TO QUESTION NO. 5.  IF YOU ANSWERED QUESTION NUMBER 4, "NO", PROCEED TO PART B, QUESTION 6]

5. Do you find that Lyndon Wright sustained injury to which Forest River substantially contributed, as a result of any unreasonably dangerous condition of the trailer?

   Yes _____          No _____

[PROCEED TO QUESTION NO. 6]

**B.**   **SHAW ENVIRONMENTAL, INC. ("SHAW")**

6. Do you find that Shaw was negligent in regard to its actions or inactions concerning the hauling and/or installing of the trailer occupied by Lyndon Wright?

   Yes _____          No _____

[IF YOU ANSWERED QUESTION 6 "YES", PROCEED TO QUESTION NO. 7.  IF YOU ANSWERED QUESTION 6 "NO", PROCEED TO PART C, QUESTION 8, WITHOUT REGARD TO THE PARENTHETICAL INSTRUCTIONS BETWEEN C AND QUESTION NO. 8]

7. Do you find that Lyndon Wright sustained injury to which Shaw substantially contributed, as a result of the negligence of Shaw in its actions or inactions concerning the hauling and/or installing of the trailer occupied by Lyndon Wright?

Yes _____   No _____

[PROCEED TO QUESTION NO. 8]

**C.   ALLOCATION OF FAULT/DAMAGES**

[IF YOU ANSWERED EACH AND ALL OF QUESTION NOS. 5, 6, and 7, "NO", DO NOT ANSWER ANY MORE QUESTIONS.  PLEASE SIGN AND DATE THIS JURY VERDICT FORM, AND ADVISE THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.  OTHERWISE, PROCEED TO QUESTION NO. 8 IF YOU ANSWERED QUESTION NOS. 5 OR 7 "YES."]

8.   For Lyndon Wright, please allocate on a percentage basis the degree of fault, if any, which you attribute to each of the following parties and non-parties.  Please be careful to enter "0" or leave bank where you have found no fault on the part of a party in your previous answers.  All numerical percentages you enter in this question should add up to a total of 100%:

Defendant Forest River, Inc.                                   _____%

(If you answered "no" to Question Nos. 1, 2, and 3; or if you answered "no" to Question No. 4, you must put a zero in this blank)

3

  Defendant Shaw Environmental    _____%

  (If you answered "no" to Question
Nos. 6 or 7, you must put a zero in
this blank)

  Plaintiff Lyndon Wright    _____%

               100% Total

9. What amount of damages, if any, do you find should be awarded with respect to each of the following claims:

  Past, present and future physical pain and   $_____
suffering of Lyndon Wright

  Past, present and future mental anguish   $_____
and emotional distress of Lyndon Wright

  Past, present and future medical expenses   $_____
for Lyndon Wright

  Loss or impairment of life's pleasures for   $_____
Lyndon Wright

Date _____      _____
                   JURY FOREPERSON

4