UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                            MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                                                SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2977

## ORDER AND REASONS

Before the Court is Shaw Environmental, Inc.'s Motion for Summary Judgment on Causation (Rec. Doc. 10929). After considering the memoranda of the parties and the applicable law, and on the showing made, the Court is not comfortable with granting summary judgment as to causation. There are genuine issues of material fact involving, *inter alia*, whether and to what extent Shaw and FEMA knew of the formaldehyde dangers in the EHUs, whether Plaintiff's EHU was blocked in compliance with the FEMA specifications, whether Shaw's actions contributed to an increase in formaldehyde emissions in Plaintiff's EHU. Accordingly,

**IT IS ORDERED** that **Shaw Environmental, Inc.'s Motion for Summary Judgment on Causation (Rec. Doc. 10929)** is **DENIED**.

New Orleans, Louisiana, this 5th day of March, 2010.

                                                                       **KURT D. ENGELHARDT**
                                                                       **UNITED STATES DISTRICT JUDGE**