AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

BARBARA WILLIAMS, et al.
Plaintiff
v.
FLUOR ENTERPRISES INC., et al.
Defendant

) Civil Action No. 5:09-CV-02001-SMH-MLH
) Judge S Maurice Hicks

## SUMMONS IN A CIVIL ACTION

To:
**U.S. ATTORNEY GENERAL
10th ST. &CONSTITUTION AVE., N.W.
WASHINGTON, D.C. 20530**

A lawsuit has been filed against you.

Within the time required by law*, normally 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**J Rock Palermo, III
Veron Bice et al
P O Box 2125
Lake Charles, LA 70602-2125**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**TONY R. MOORE**

CLERK OF COURT

/s/ — **Tony R. Moore**

ISSUED ON 2010-01-06 14:55:42 , Clerk USDC WDLA

* *(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Case 2:07-md-01873-KDE-MBN   Document 12445   Filed 03/05/10   Page 2 of 3
Case 5:09-cv-02001-SMH-MLH   Document 11   Filed 01/06/10   Page 14 of 18

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

5:09-CV-02001-SMH-MLH
## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **U.S. ATTORNEY GENERAL 10th ST. &CONSTITUTION AVE., N.W. WASHINGTON, D.C. 20530** was received by me on *(date)* _____.

- I personally served the summons on **U.S. ATTORNEY GENERAL 10th ST. &CONSTITUTION AVE., N.W. WASHINGTON, D.C. 20530** at *(place)* _____ on *(date)* _____ ; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

- I returned the summons unexecuted because _____

- Other *(specify):*
  CERTIFIED MAIL
  RETURN RECEIPT REQUESTED
  7009 0820 0001 8059 7570
  RECEIVED 2/17/2010

My fees are $ _____ for travle _____, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2/23/2010

Mary M. Cruthirds
*Server's signature*

Mary M. Cruthirds
Legal Secretary
P.O. Box 2125
Lake Charles, LA 70602

*Server's address*

Additional information regarding attemped service, etc:

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by ( *Printed Name* ) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>USA, through Eric Holder<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FEB 17 2010 | |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)* | ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7009 0820 0001 8059 7570 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |