UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION
                                                       SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2977

<u>**ORDER AND REASONS**</u>

Before the Court is the Motion to Reconsider the Court's Ruling Granting Defendant's

Motion to Strike the Plaintiff's Expert Supplemental Reports (Rec. Doc. 11758), filed by Plaintiff

Lyndon Wright.  After considering the memoranda filed by the parties and the applicable law,

**IT IS ORDERED** that the **Motion to Reconsider the Court's Ruling Granting**

**Defendant's Motion to Strike the Plaintiff's Expert Supplemental Reports (Rec. Doc. 11758)**

is **GRANTED IN PART and DENIED IN PART**, as expressed herein.

(1) Dr. Patricia Williams - Granted to the following extent:

Dr. Williams (and defense general causation expert(s)) may discuss the late 2009-2010

Hauptmann and Zhang articles, *to the extent that they relate to a prior opinion on general causation*

*that was timely rendered.* No additional opinions based on such articles will be permitted. To the

extent that either side wishes to depose the opposing general causation expert on these Hauptmann

1

and/or Zhang articles, a short deposition specifically limited to these matters may be arranged by counsel.

(2) Paul Hewett - Denied; however, if Defendants, on cross-examination, question Hewett about his allegedly incomplete analysis, Hewett will be allowed to testify about his subsequent analysis done to respond to Defendants' criticisms.

(3) Paul LaGrange - Denied; however, if Defendants, on cross-examination, open the door to any subsequent testing done by LaGrange (by questioning him about his failure to do such testing initially), he will be allowed to testify regarding such matters.

New Orleans, Louisiana, this 5th day of March, 2010.

**KURT D. ENGELHARDT**
**United States District Court**