AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

BARBARA WILLIAMS, et al. )
    Plaintiff )
v. ) Civil Action No. 5:09-CV-02001-SMH-MLH
) Judge S Maurice Hicks
FLUOR ENTERPRISES INC , et al. )
    Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**U.S. ATTORNEY
WESTERN DISTRICT OF LOUISIANA
800 LAFAYETTE ST., STE: 2200
LAFAYETTE, LA 70501-6832**

A lawsuit has been filed against you.

Within the time required by law*, normally 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    **J Rock Palermo, III
    Veron Bice et al
    P O Box 2125
    Lake Charles, LA 70602-2125**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**TONY R. MOORE**

CLERK OF COURT

/s/ – Tony R. Moore

**ISSUED ON 2010-01-06 14:55:42** , Clerk USDC WDLA

* *(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Case 2:07-md-01873-KDE-MBN Document 12457 Filed 03/05/10 Page 2 of 3
Case 5:09-cv-02001-SMH-MLH Document 11 Filed 01/06/10 Page 1 of 18

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

5:09-CV-02001-SMH-MLH
**PROOF OF SERVICE**
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE: 2200**
**LAFAYETTE, LA 70501-6832** was received by me on *(date)* _____.

- I personally served the summons on **U.S. ATTORNEY**
  **WESTERN DISTRICT OF LOUISIANA**
  **800 LAFAYETTE ST., STE: 2200**
  **LAFAYETTE, LA 70501-6832** at *(place)* _____
  _____ on *(date)* _____ ; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____ , who is designated by law to
  accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____ ; or

- I returned the summons unexecuted because _____

- ✓ Other *(specify):* CERTIFIED MAIL
  RETURN RECEIPT REQUESTED
  7009 0820 0001 8059 7587
  RECEIVED 2/3/2010

My fees are $ _____ for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2/23/2010

*Mary M. Cruthirds*
*Server's signature*

Mary M. Cruthirds
Legal Secretary
P.O. Box 2125
Lake Charles, LA 70602-2125

*Server's address*

Additional information regarding attemped service, etc:

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☑ Agent  ☐ Addressee<br>B. Received by *(Printed Name)* D. Hansbury   C. Date of Delivery 2-3-10 |
| 1. Article Addressed to:<br>United States of America<br>Through Donald Washington<br>800 Lafayette Street, Suite 2200<br>Lafayette, La 70501 | D. Is delivery address different from item 1? ☐ Yes  ☑ No<br>If YES, enter delivery address below: |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7009 0820 0001 8059 7587 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540