Case 2:07-md-01873-KDE-MBN Document 12468 Filed 03/05/10 Page 1 of 3
Case 2:07-md-01873-KDE-ALC Document 9566-3 Filed 12/28/2009 Page 1 of 2
AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

MARGIE CLARK-DAVIS, ET AL

V.

FOREST RIVER, INC., ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07-MDL-1873

TO: (Name and address of defendant)

United States of America
Through the Office of the U.S. Attorney
for the Eastern District of Louisiana
Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA 70130

THIS DOCUMENT IS RELATED TO:
*Margie Clark-Davis and John J. Clark vs. Forest River, Inc. and CH2M Hill Constructors, Inc.*
*No. 09-06709*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Rock Palermo III
Veron, Bice, Palermo & Wilson
721 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602-2125

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Dec 28 2009

Case 2:07-md-01873-KDE-MBN   Document 12468   Filed 03/05/10   Page 2 of 3
Case 2:07-md-01873-KDE-ALC   Document 9566-3   Filed 12/28/2009   Page 2 of 2
AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other *(specify):*  CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7009 0820 0001 8059 6610
RECEIVED 2/3/2010

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/23/2010
             *Date*

*Signature of Server*

Mary M. Cruthirds
Legal Secretary
P.O. Box 2125
Lake Charles, LA 70602-2125

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery 2/3/10 |
| 1. Article Addressed to:<br><br>USA Through Jim Letten<br>500 Poydras Street, Suite B-210<br>New Orleans, LA 70130 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7009 0820 0001 8059 6610 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540