## Objections to Deposition Designations

### Michael Lapinski

- **Shaw**

152: 4-11- Form of the question- foundation

- **Forest River**

171:20-172:12 misstates or mischaracterizes the declaration

176:19-177:2 foundation

177:16-178:11 form/misleading

### Dr. Charles Shepard Field, Jr.

- **Shaw- standing objection to relevance regarding osteoporosis, appetite, STD screens, scoliosis- nothing of significance regarding scoliosis and osteoporosis.**

16:5-22 relevance

29: 13- 30:12 relevance

42:12-43:19 relevance/ prejudicial

53:20-54:23 relevance/foundation "at some point"

60:10-25 relevance

64:21-65:4 relevance

75:19-23 relevance

77:21-78:18 relevance

85:1-86:19 relevance/foundation/speculative

87:1-6 relevance

89:12-90:8 relevance

100:2-19 relevance -

120:13-25 asked and answered/relevance/speculation

128:25-129:12 relevance

144:25-145:11 form/foundation- didn't establish depressed as a teenager

- Forest River

No objections

### Mark J. Polk

- Forest River

52:20-54:06 Not an expert on building codes

69:13-69:20 Assumption- no foundation

71:5-73:11 no foundation- not an expert right now

76:5- 76:17 foundation- cannot say Wright's trailer met RVIA standards at time of manufacture

85:01- 85:15 incomplete designation

85:19-85:25 incomplete designation

- Shaw

No objections

### Martin Edward McNeese

- Forest River

27:19-28:2 hearsay

28:12-21 hearsay, calls for expert opinion

30:10-31:1 calls for expert opinion

39:17-21 hearsay

39:22-41:8 relevance

41:16-22 hearsay

52:13-19 lack of personal knowledge/foundation

70:10-17 hearsay

70:20- 71:7 calls for expert opinion

73:1-6 calls for expert opinion

- Shaw

No objections

**Kevin Souza**

No objections

**Christopher DeRosa**

No objections

**Coreen A. Robbins**

- Forest River

58:19-59:21 outside report

178:14-25 facts that are outside original report

- Shaw

No objections

**Jeffrey Burian**

- Forest River

113:07-13 speculation/foundation

**193:6-9 asked and answered

232:17-233:1 speculation/outside scope of his knowledge

237:2-11 beyond scope

- Shaw

No deposition cuts submitted

**Edith R. Young**

No objections

**Faye Green**

No objections

**James Brixius**

No objections

**James Albrecht**

- **Forest River**

124:12-125:3 speculation

127:5-16 form/speculation

140:22-141:7 speculation/misleading

- **Shaw**

No deposition designations

**Brian Dekle**

No objections

**Travis Morris**

No objections

**Guy Nicholas Bonomo**

No objections

**Joseph Little**

- **Shaw**

105:25-106:5 cumulative

117-120 relevance

121-125 mischaracterization

123-124 argumentative

130-131 cumulative, completeness

**Stanley Larson**

- **Forest River**

35:15-24 narrative- objected to in previous trial

- **Shaw**

No objections

**Brian McCreary**

No objections

**David Garratt**

- **Both Forest River and Shaw**

34:6 -10 irrelevant/prejudicial

36:4 – 15 speculation/cumulative

94:17-95:15 object to form – compound / lack of personal knowledge

95:17 – 20 object to form- compound

96:4-9 lack of personal knowledge

118:7 – 119:7 lack of foundation/ lack of personal knowledge / outscope scope

138:15 – 139:4 hearsay/object to form –compound/outside scope of witnesses knowledge

184:5 – 185:4 hearsay

206:10 – 206:17 lack of personal knowledge/ foundation

208:7 – 208:16 lack of personal knowledge

211:10 -212:14 hearsay/ speculation/ outside the scope

215:7 – 216:1 lack of foundation, personal knowledge

218:1 – 11 lack of foundation, personal knowledge