**SHAW ENVIRONMENTAL, INC.'S**
**OBJECTIONS TO DEPOSITION DESIGNATIONS**

**JAMES ALBRECHT**

| Page(s)/Line(s) | Bases for Objection(s) |
|---|---|
| 36:15 – 36:18 | relevance; foundation |
| 87:01 – 87:10 | relevance; foundation |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**SHAW ENVIRONMENTAL, INC.'S**
**OBJECTIONS TO DEPOSITION DESIGNATIONS**

**BRIAN BOYLE**

| Page(s)/Line(s) | Bases for Objection(s) |
|---|---|
| 96:06 – 98:02 | foundation; colloquy; relevance |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**SHAW ENVIRONMENTAL, INC.'S**
**OBJECTIONS TO DEPOSITION DESIGNATIONS**

**JAMES R. BRIXIUS**

| Page(s)/Line(s) | Bases for Objection(s) |
|---|---|
| 47:06 – 47:09 | remove objections |
| 61:12 – 62:08 | relevance |
| 62:19 – 65:07 | relevance (This discussion is about installation of Park Models – irrelevant and misleading) |
| 75:07 – 77:19 | relevance; foundation |
| 77:20 | incomplete designation |
| 88:16 – 89:13 | relevance; counsel testifying |
| 89:19 – 89:20 | remove objection |
| 89:22 – 90:12 | relevance |
| 90:22 – 91:05 | relevance |
| 92:14 – 92:15 | remove objection |
| 93:23 – 94:04 | relevance |
| 112:07 – 113:24 | relevance |
| 127:22 – 127:23 | remove objection |
| 128:10 – 128:17 | relevance; misleading |
| 137:05 – 137:06 | remove objection |
| 137:17 – 138:09 | relevance |
| 157:10 – 158:10 | relevance |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**SHAW ENVIRONMENTAL, INC.'S**
**OBJECTIONS TO DEPOSITION DESIGNATIONS**

**JEFFREY BURIAN**

| Page(s)/Line(s) | Bases for Objection(s) |
|---|---|
| 104:23 – 105:09 | relevance; foundation |
| 201:17 – 201:23 | relevance |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**SHAW ENVIRONMENTAL, INC.'S**
**OBJECTIONS TO DEPOSITION DESIGNATIONS**

**KEVIN SOUZA**

| Page(s)/Line(s) | Bases for Objection(s) |
|---|---|
| 34:21 – 35:14 | relevance; foundation |
| 36:18 – 37:04 | relevance; incomplete |
| 37:12 – 37:14<br>37:21 – 37:22 | relevance; foundation |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**SHAW ENVIRONMENTAL, INC.'S**
**OBJECTIONS TO DEPOSITION DESIGNATIONS**

**EDITH R. YOUNG**

| Page(s)/Line(s) | Bases for Objection(s) |
|---|---|
| 26:23 – 27:12 | objections by counsel; colloquy |
| 28:15 | remove objection |
| 35:04 – 35:15 | relevance |
| 38:05 – 38:14 | relevance |
| 42:08 – 43:14 | relevance |
| 44:05 – 44:19 | relevance |
| 44:24 – 45:06 | relevance |
| 46:23 – 48:06 | relevance |
| 62:17 – 65:06 | relevance |
| 65:10 | remove objection |
| 65:18 | remove objection |
| 68:20 – 70:07 | hearsay |
| 71:05 – 71:18 | cumulative |
| 77:15 – 78:03 | relevance |
| 85:06 – 85:15 | cumulative |
| 85:24 – 86:15 | foundation; cumulative |
| 88:24 – 89:22 | cumulative |
| 93:17 – 94:15 | foundation; relevance |
| 96:02 – 100:18 | 401/403 |
| 106:02 – 106:20 | responsiveness; 401/403 |
| 109:17 – 111:15 | cumulative; 401/403 |
| 113:08 – 116:18 | 401/403 |
| 189:11 | incomplete question |
| 190:17 – 190:25 | foundation |
| 191:01 – 191:10 | not a question |