**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                        MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                       SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
   Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
   Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
   Annis, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-5994
   Bostic, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6412
   Boteler, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6643
   Pelas, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6419
   Buras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6501
   Durham, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6636
   Gras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6498
   Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6497
   Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6632
   Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
   Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
   Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844
   Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845
   Rodriguez, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6495

---

*OPPOSED MOTION FOR EXTENSION OF TIME*

---

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who do respectfully request an additional sixty (60) days to receive information to match clients with defendant-manufacturers and file lawsuits on their behalf, all as more particularly outlined in the attached Memorandum in Support of Motion for Extension of Time.

Undersigned counsel represents to the Court that this Motion is opposed.

WHEREFORE, Plaintiffs pray that they be granted an additional sixty (60) days to match plaintiffs to individual manufacturers and to file Complaints for the newly-matched Plaintiffs against those respective manufacturers.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III
A PROFESSIONAL LAW CORPORATION


BY:     /s/ David C. Jarrell_____
        SIDNEY D. TORRES, III (Bar No. 12869)
        ROBERTA L. BURNS (Bar No. 14945)
        **DAVID C. JARRELL** (Bar No. 30907)
        Torres Park Plaza, Suite 303
        8301 West Judge Perez Dr.
        Chalmette, Louisiana 70043
        Tel:  (504) 271-8421
        Fax: (504) 271-1961
        E-mail: dcj@torres-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 8th day of March, 2010, electronically filed the foregoing with the Clerk of Court for the Eastern District of the United States by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ David C. Jarrell
DAVID C. JARRELL