**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                    MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                   SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:

Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
Annis, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-5994
Bostic, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6412
Boteler, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6643
Pelas, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6419
Buras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6501
Durham, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6636
Gras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6498
Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6497
Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6632
Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844
Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845
Rodriguez, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6495

*PROPOSED ORDER*

Considering the foregoing Motion:

IT IS HEREBY ORDERED that Plaintiffs in the above numbered cases be granted an

additional sixty (60) days to obtain the necessary information to obtain matches for

individual and file Complaints which would match each Plaintiff with a specific

manufacturer and corresponding contractor who installed the trailer.  The new deadline is

the _____ day of _____, 2010.


Signed this _____ day of _____, 2010 in New Orleans, Louisiana.


_____
JUDGE