UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER           MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION          SECTION "N" (5)

**THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:**

Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
Annis, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-5994
Bostic, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6412
Boteler, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6643
Pelas, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6419
Buras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6501
Durham, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6636
Gras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6498
Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6497
Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6632
Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844
Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845
Rodriguez, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6495

## *NOTICE OF HEARING*

TO:   CLERK OF COURT
      U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

PLEASE TAKE NOTICE that upon the pleadings and proceedings heretofore had and upon plaintiff's Second Motion for Extension of Deadlines to Match Plaintiffs and

accompanying memorandum in support thereof, counsel for the plaintiff will move the Court, on the **24th day of March, 2010, at 9:30 o'clock a.m.,** or as soon thereafter as counsel may be heard, for the relief sought in the said motion and memorandum.