**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


IN RE: FEMA TRAILER                         MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                         SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
    Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
    Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
    Annis, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-5994
    Bostic, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6412
    Boteler, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6643
    Pelas, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6419
    Buras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6501
    Durham, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6636
    Gras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6498
    Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6497
    Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6632
    Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
    Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
    Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844
    Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845
    Rodriguez, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6495

---

*NOTICE PURSUANT PRE-TRIAL ORDER NO. 40*
*TO THE COURT OF PLAINTIFFS WHO REMAIN UNMATCHED*

---

In compliance with Pre-Trial Order No. 40 (Document 1781), the undersigned hereby notifies the Court of the Plaintiffs who remain unmatched with a specific manufacturing defendant and the civil action number of the original complaint in which each plaintiff was named.

**1.**

The claimants that remain unmatched are attached hereto as Exhibit 1.

Undersigned counsel has attached an exhibit to the Notice in Compliance with Pre-Trial Order 40. Undersigned counsel has made numerous attempts to identify the manufacturer of the temporary housing units occupied by plaintiffs:

The above-referenced list contains approximately 535 claimants out of approximately 6500 claimants represented by the Law Office of Sidney D. Torres, III, A.P.L.C. Since the last extension was granted by the Court, approximately 750 plaintiffs have been matched to both contractors and manufacturers. To date, undersigned counsel has taken the following measures to obtain the correct manufacturer for each claimant.

For each plaintiff represented by undersigned counsel, upon intake of each such plaintiff undersigned counsel made an attempt to secure the identity of the trailer manufacturer based upon the personal knowledge of the plaintiff. For instances in which the plaintiff had no personal knowledge of the manufacturer of the trailer, undersigned counsel made an attempt to identify the manufacturer of the trailer upon visual inspection, if the trailer was still available for inspection.

For each plaintiff represented by undersigned counsel, a request was sent on three separate occasions to F.E.M.A. including the name of the claimant, date of birth, social security number, F.E.M.A. identification number, and designated head of household, and trailer address, all when known, to facilitate in matching each plaintiff to a specific manufacturer. F.E.M.A., through its counsel, provided undersigned counsel with matches for a small fraction names submitted. The names identified on Exhibits 1-16 that were included in the protective "all manufacturer" suits represent those claimants who did not

have personal knowledge of the trailer manufacturer, whose trailers were no longer available for inspection, and whose information did not provide a match based on the information provided to F.E.M.A.

In addition, undersigned counsel has operated in conjunction with each individual plaintiff who has contacted F.E.M.A. directly in order to obtain the manufacturer of their trailer. Some plaintiffs have been successful in obtaining the manufacturer of their trailer using this method, however, the overwhelming majority have been unable to obtain their information directly through F.E.M.A. Representatives of F.E.M.A. have indicated several reasons why the information could not be provided: (1) that F.E.M.A. did not have any information related to their particular trailer; (2) that the information must be submitted by plaintiff's attorney; and (3) that the information requested via telephone would be provided in writing via the mail, however, in such cases those responses were provided after considerable delay, or not at all.

Undersigned counsel suggests that the matching process has been complicated by the reality of the post-Katrina environment. For instance, some claimants had multiple trailers at a single address, either at the same time or at different intervals. Other claimants had the same trailer at multiple locations, i.e. when the trailer was moved from one location to another. While other claimants had multiple trailers at multiple locations. In addition, there was no consistent pattern in identifying who the head of household was for matching purposes. These issues have complicated the matching process.

Respectfully submitted,
LAW OFFICES OF SIDNEY D. TORRES, III
A PROFESSIONAL LAW CORPORATION


BY:    /s/ David C. Jarrell
          SIDNEY D. TORRES, III (Bar No. 12869)
          ROBERTA L. BURNS (Bar No. 14945)
          **DAVID C. JARRELL** (Bar No. 30907)
          Torres Park Plaza, Suite 303
          8301 West Judge Perez Dr.
          Chalmette, Louisiana 70043
          Tel:  (504) 271-8421
          Fax: (504) 271-1961
          E-mail: dcj@torres-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 8th day of March, 2010, electronically filed the foregoing with the Clerk of Court for the Eastern District of the United States by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ David C. Jarrell
DAVID C. JARRELL