**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


IN RE: FEMA TRAILER                                   MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                                  SECTION "N" (5)

**THIS DOCUMENT RELATES**
**TO THE FOLLOWING CASES:**
  Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
  Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
  Annis, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-5994
  Bostic, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6412
  Boteler, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6643
  Pelas, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6419
  Buras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6501
  Durham, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6636
  Gras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6498
  Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6497
  Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6632
  Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
  Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
  Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844
  Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845
  Rodriguez, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6495
  Jackler v. Cavalier Home Builders, LLC, N.D.A.L. No. 09-1423, E.D.L.A. No. 09-6145
  Perera v. Coachmen Industries, Inc., N.D.A.L. No. 09-1424, E.D.L.A. No. 09-6146
  Borrouso v. Forest River, Inc., N.D.A.L. No. 09-1422, E.D.L.A. No. 09-5971
  Jackler v. Gulf Stream Coach, Inc.,  N.D.A.L. No. 09-1426, E.D.L.A. No. 09-6147
  Jackler v. Pilgrim International, Inc., N.D.A.L. No. 09-1421, E.D.L.A. No. 09-6144
  Jackler v. Gulf Stream Coach, Inc.,  M.D.A.L. No. 09-666, E.D.L.A. No. 09-5970
  Menard v. Alliances Homes, Inc., d/b/a Adrian Homes, et al,
     M.D.A.L. No. 09-743, E.D.L.A. No. 09-6494
  Bell v. Cavalier Home Builders, L.L.C., M.D.L.A. No. 09-491, E.D.L.A. 09-6394
  Cargo v. Coachmen Industries, Inc.  M.D.L.A., No. 09-493, E.D.L.A. No. 09-5977
  DeCourcy v. Fleetwood, M.D.L.A. No. 09-495, E.D.L.A. No. 09-6148
  Wilson v. Forest River Inc., M.D.L.A. No. 09-496, E.D.L.A. No. 09-5978
  Bell v. Gulf Stream Coach, Inc., M.D.L.A. No. 09-498, E.D.L.A. No. 09-6149
  Kennair v. Lexington, M.D.L.A. No. 09-499, E.D.L.A. No. 09-6150

Gould v. Liberty Homes, M.D.L.A. No. 09-508, E.D.L.A. No. 09-6154
Sentilles v. Monaco Coach Corporation, M.D.L.A. No. 09-500, E.D.L.A. No. 09-6151
DeCourcy v. Patriot Homes, Inc., M.D.L.A. No. 09-501, E.D.L.A. No. 09-5979
Blanchard v. Pilgrim International, M.D.L.A. No. 09-502, E.D.L.A. 09-5980
Geissler v. River Birch Homes,. Inc., M.D.L.A. No. 09-504, E.D.L.A. No. 09-6152
DeCourcy v. R-Vision, Inc., M.D.L.A. No. 09-504, E.D.L.A. No. 09-5981
Gonzales v. Silver Creek, M.D.L.A. No. 09-505, E.D.L.A. No. 09-5982
Candebat v. Stewart Park Homes, M.D.L.A. No. 09-506, E.D.L.A. No. 09-6153
Karcher v. Cavalier Home Builders, LLC, W.D.L.A. No. 09-1271, E.D.L.A. No. 09-6501
Dow v. Fleetwood, W.D.L.A. No. 09-1277
Karcher v. Fleetwood, W.D.L.A. No. 09-1275, E.D.L.A. No. 09-
Noel v. Cavalier Home Builders, LLC, W.D.L.A. No. 09-320, E.D.L.A. No. 09-6501
Sigur v. Fleetwood, W.D.L.A. No. 09-1276, E.D.L.A. No. 09-
Kellogg v. Gulf Stream Coach, Inc., W.D.L.A. No. 09-1280, E.D.L.A. No. 09-
Noel v. Gulf Stream Coach, Inc., W.D.L.A. No. 09-1279, E.D.L.A. No. 09-
Sigur v. Gulf Stream Coach, Inc., W.D.L.A. No. 09-1278, E.D.L.A. No. 09-
Karcher v. Horton Homes, W.D.L.A. No. 09-1281, E.D.L.A. No. 09-6713
Brown v. Lexington Homes, W.D.L.A. No. 09-1282, E.D.L.A. No. 09-
Baker v. Morgan Buildings and Spas, Inc., W.D.L.A. No. 09-1290, E.D.L.A. No. 09-7162
Surtain v. Recreation by Design, W.D.L.A. No. 09-1289, E.D.L.A. No. 09-6714
Nata v. River Birch, W.D.L.A. No. 09-1287, E.D.L.A. No. 09-
Brown v. Stewart Park Homes, W.D.L.A. No. 09-1286, E.D.L.A. No. 09-
Tircuit v. Vanguard, W.D.L.A. No. 09-1285, E.D.L.A. No. 09-6871
Andrews v. Cavalier Home Builders, S.D.M.S. No. 09-523, E.D.L.A. No. 09-6899
Neumann v. Champion Enterprises, S.D.M.S. No. 09-531, E.D.L.A. No. 09-6908
Graves v. Clearsprings, S.D.M.S. No. 09-529, E.D.L.A. No. 09-6905
Borrouso v. Coachmen, S.D.M.S. No. 09-525, E.D.L.A. No. 09-6902
Wright v. DS Corp, S.D.M.S. No. 09-528, E.D.L.A. No. 09-6904
Augustine v. Fleetwood, S.D.M.S. No. 09-526, E.D.L.A. No. 09-6903
Ricouard v. Fleetwood, S.D.M.S. No. 09-449, E.D.L.A. No. 09-6018
Gabriel v. Fleetwood, S.D.M.S. No. 09-138, E.D.L.A. No. 09-6016
Chalaire v. Forest River, Inc., S.D.M.S. No. 09-427, E.D.L.A. No. 09-6717
Andrews v. Gulf Stream Coach., Inc, S.D.M.S. No. 09-523, E.D.L.A. No. 09-6894
Andrews v. Heartland Recreational Vehicles, S.D.M.S. No. 09-519, E.D.L.A. No. 09-6895
Greco v. Jayco, S.D.M.S. No. 09-520, E.D.L.A. No. 09-6896
Mixon v. Keystone, S.D.M.S. No. 09-521, E.D.L.A. No. 09-6897
Antoine v. Layton, S.D.M.S. No. 09-524, E.D.L.A. No. 09-6901
Blappert v. Layton, S.D.M.S. No. 09-139, E.D.L.A. No. 09-6211
Legendre v. Monaco Coach Corporation, S.D.M.S. No. 09-522, E.D.L.A. No. 09-6898
Legendre v. Morgan Buildings and Spas, S.D.M.S. No. 09-530, E.D.L.A. No. 09-6907
Merwin v. Pilgrim International, S.D.M.S. No. 09-511, E.D.L.A. No. 09-6887
Kelly v. R-Vision, S.D.M.S. No. 09-512, E.D.L.A. No. 09-6888
Baynes v. Recreation by Design, S.D.M.S. No. 09-513, E.D.L.A. No. 09-6716
Simmons v. Recreation by Design, S.D.M.S. No. 09-140, E.D.L.A. No. 09-6212
Antoine v. Skyline Corporation, S.D.M.S. No. 09-514, E.D.L.A. No. 09-6889
Blappert v. Skyline Corporation, S.D.M.S. No. 09-141, E.D.L.A. No. 09-6017

Kline v. Starcraft, S.D.M.S. No. 09-515, E.D.L.A. No. 09-6890
Hood v. Sunline, S.D.M.S. No. 09-516, E.D.L.A. No. 09-6891
Wright v. Thor, S.D.M.S. No. 09-517, E.D.L.A. No. 09-6892
Ermon v. American Homestar, E.D.L.A. No. 09-6796
Bruno v. Athens Park, E.D.L.A. No. 09-3948
Adams v. Cavalier, E.D.L.A. No. 09-3562
Alfonso v. Cavalier, E.D.L.A. No. 09-
Hall v. Cavalier, E.D.L.A. No. 09-6798
Boudreaux v. Champion, E.D.L.A. No. 09-3561
Melton v. Clearsprings, E.D.L.A. No. 09-4446
Salande v. CMH Manufacturing, E.D.L.A. No. 09-3592
Barrilleaux v. Coachmen, E.D.L.A. No. 09-3726
Cargo v. Coachmen, E.D.L.A. No. 09-6800
Ladner v. Coachmen, E.D.L.A. No. 09-7934
Taylor v. Destiny, E.D.L.A. No. 09-6795
Borne v. DS Corp, E.D.L.A. No. 09-3729
Gadwaw v. DS Corp, E.D.L.A. No. 09-7941
Boudreaux v. Dutch Housing, E.D.L.A. No. 09-3826
Bastoe v. Dutchmen Mfg, E.D.L.A. No. 09-3590
Edwards v. Fairmont, E.D.L.A. No. 09-7951
Penny v. Fairmont, E.D.L.A. No. 09-3591
Adams v. Fleetwood, E.D.L.A. No. 09-4371
Adams v. Fleetwood, E.D.L.A. No. 09-4669
Ladner v. Fleetwood, E.D.L.A. No. 09-4372
Atwood v. Forest River, E.D.L.A. No. 09-7958
Bailey v. Forest River, E.D.L.A. No. 09-3588
Ahl v. Frontier, E.D.L.A. No. 09-3589
Cummins v. Frontier, E.D.L.A. No. 09-7959
Daigre v. Giles, E.D.L.A. No. 09-3721
Bigting v. Golden West, E.D.L.A. No. 09-3951
Acosta v. Gulf Stream, E.D.L.A. No. 09-4661
Bader v. GulfStream, E.D.L.A. No. 09-3824
Falgout v. Gulf Stream, E.D.L.A. No. 09-4662
Hall v. Gulf Stream, E.D.L.A. No. 09-6799
Jackson v. Gulf Stream, E.D.L.A. No. 09-4665
Macalusa v. Gulf Stream, E.D.L.A. No. 09-4666
Sakobie v. Gulf Stream, E.D.L.A. No. 09-4664
Vaccarella v. Gulf Stream, E.D.L.A. No. 09-4663
Adams v. Heartland, E.D.L.A. No. 09-3727
Alkurd v. Heartland, E.D.L.A. No. 09-4671
Karcher v. Horton Homes, 09-3723
Brignac v. Hy-line, E.D.L.A. No. 09-3736
Robin v. Insurco, E.D.L.A. No. 09-6801
Bergeron v. Jayco, E.D.L.A. No. 09-3719
Albarado v. Keystone, E.D.L.A. No. 09-3731
Deroche v. Keystone, E.D.L.A. No. 09-7923

Aguilera v. KZRV, E.D.L.A. No. 09-3738
Braquet v. Lakeside, E.D.L.A. No. 09-7982
Adubato v. Layton, E.D.L.A. No. 09-
Aguilar v. Layton, E.D.L.A. No. 09-3720
Delone v. Lexington, E.D.L.A. No. 09-6797
Gaudet v. Lexington, E.D.L.A. No. 09-3737
Curtis v. Liberty Homes, E.D.L.A. No. 09-
Winding v. Liberty Homes, E.D.L.A. No. 09-3735
Alexis v. Monaco, E.D.L.A. No. 09-4839
Annis v. Monaco, E.D.L.A. No. 09-6796
Aguilar v. Morgan, E.D.L.A. No. 09-7985
Albarado v. Morgan Bldg, E.D.L.A. No. 09-3829
Casanavo v. Northwood, E.D.L.A. No. 09-7986
Cavat v. Northwood, E.D.L.A. No. 09-3975
DeGeorge v. Oak Creek, E.D.L.A. No. 09-
Douglas v. Oak Creek, E.D.L.A. No. 09-3740
Peterson v. Palm Harbor, E.D.L.A. No. 09-3718
Hartle v. Patriot Homes, E.D.L.A. No. 09-3950
Alvarez v. Pilgrim, E.D.L.A. No. 09-4838
Barcelona v. R-Vision, E.D.L.A. No. 09-3949
Arbour v. Recreation by Design, E.D.L.A. No. 09-3733
Drewes v. Recreation by Design, E.D.L.A. No. 09-7993
Clausell v. River Birch, E.D.L.A. No. 09-3715
Bruno v. Scotbilt, E.D.L.A. No. 09-3724
Rhodes v. Scotbilt, E.D.L.A. No. 09-
Dubreuil v. Silver Creek, E.D.L.A. No. 09-3725
Hill v. Silver Creek, E.D.L.A. No. 09-
Adubato v. Skyline, E.D.L.A. No. 09-
Cook v. Skyline, E.D.L.A. No. 09-3739
Gagliano v. Southern Energy, E.D.L.A. No. 09-3716
Hyde v. Starcraft, E.D.L.A. No. 09-7993
Deogracias v. Starcraft, , E.D.L.A. No. 09-3732
Braud v. Stewart, E.D.L.A. No. 09-3827
Doty v. Sun Valley, E.D.L.A. No. 09-3722
Rodrigue v. Sunline, E.D.L.A. No. 09-4177
Khan v. Superior Homes, E.D.L.A. No. 09-3717
Barcia v. Thor, E.D.L.A. No. 09-3742
McHughes v. Timberland, E.D.L.A. No. 09-3825
Frught v. Timberland, E.D.L.A. No. 09-
Alvarez v. TL Industries, E.D.L.A. No. 09-3720
Arbour v. Vanguard, E.D.L.A. No. 09-3728
Penny v. Waverlee Homes, E.D.L.A. No. 09-3741

## *PROPOSED ORDER*

Considering the foregoing Motion:

IT IS HEREBY ORDERED that Plaintiffs in the above numbered cases be granted an additional sixty (60) days to submit completed Plaintiff Fact Sheets. The new deadline for submitting completed Plaintiff Fact Sheets is the _____ day of _____, 2010.

Signed this _____ day of _____, 2010 in New Orleans, Louisiana.

_____
JUDGE