OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 8, 2010

Tremaine Barthelemy, et al

vs.

Horton Homes, Inc., et al

Case No. 09-8528   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Shaw Enterprises, Inc. / Attn: Corporation Service Company
   (address) 320 Somerulos Street, Baton Rouge LA 70802-6129
2. (name) Horton Homes Inc. / Attn: Steve M. Sinclair
   (address) 557 Milledgeville Rd., Eatonton GA 31024
3. (name) The USA through US Attorneys Office, EDLA
   (address) 500 Poydras St. Rm B210 New Orleans, LA 70130
4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW, Washington D.C. 20530-0001
5. (Name) The USA through Fema, Office of the Director, Office of General Counsel
   (address) 500 C. Street SW Washington DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.