AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

RAY TAPLIN

**V.**

AMERICAN INTERNATIONAL GROUP, INC.,
ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07-MDL-1873

TO: (Name and address of defendant)

United States of America
Through the Office of the U.S. Attorney
for the Eastern District of Louisiana
Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA 70130

THIS DOCUMENT IS RELATED TO:
*Ray Taplin vs. American International Group,
Inc., American International Specialty Lines
Insurance Company, Gilbraltar Insurance
Company, Ltd., Starr Excess Liability Insurance
Company, Ltd., and Fluor Enterprises, Inc.
No. 09-07689*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Rock Palermo III
Veron, Bice, Palermo & Wilson
721 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602-2125

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the
complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date:  **Dec 29 2009**

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

| *Check one box below to indicate appropriate method of service* |
|---|

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): ___
　　CERTIFIED MAIL
　　RETURN RECEIPT REQUESTED
　　7009 0820 0001 8059 6894
　　RECEIVED 2/4/2010

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

　　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___2/23/2010___　　　　　___Mary M. Cruthirds___
　　　　　　　*Date*　　　　　　　　　　　　　　*Signature of Server*

　　　　　　Mary M. Cruthirds
　　　　　　Legal Secretary
　　　　　　P.O. Box 2125
　　　　　　Lake Charles, LA 70602-2125

(1)　As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USA Through Jim Letten
500 Poydras Street, Suite B-210
New Orleans, LA 70130

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *K. Landry*   ☐ Agent   ☐ Addressee

B. Received by *( Printed Name )*   *K. Landry*   C. Date of Delivery   2/4/10

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*   7009 0820 0001 8059 6894

PS Form **3811**, February 2004        Domestic Return Receipt        102595-02-M-1540