AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA WILLIAMS, et al. <br> Plaintiff <br> v. <br> FLUOR ENTERPRISES INC , et al. <br> Defendant | ) <br> ) <br> ) Civil Action No. 5:09-CV-02001-SMH-MLH <br> ) Judge S Maurice Hicks <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To:
**Cavalier Home Builders L L C**

A lawsuit has been filed against you.

Within the time required by law*, normally 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   **J Rock Palermo, III**
   **Veron Bice et al**
   **P O Box 2125**
   **Lake Charles, LA 70602-2125**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**TONY R. MOORE**

CLERK OF COURT

/s/ – Tony R. Moore

**ISSUED ON 2010-01-06 14:55:42** , Clerk USDC WDLA

* *(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

5:09-CV-02001-SMH-MLH
## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Cavalier Home Builders L L C** was received by me on *(date)* _____.

- I personally served the summons on **Cavalier Home Builders L L C** at *(place)* _____ _____ on *(date)* _____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

- I returned the summons unexecuted because _____; or

- Other *(specify)*:   CERTIFIED MAIL, RETURN RECEIPT REQUESTED
  ARTICLE NO. 7009 0820 001 8060 1727
  REECEIVED 2/3/2010

My fees are $ _____ for travle and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2/24/2010

*Mary M. Cruthirds*
*Server's signature*

Mary M. Cruthirds
Legal Secretary
P.O. Box 2125
Lake Charles, LA 70602

_____
*Server's address*

Additional information regarding attemped service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X The Corporation Company  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) The Corporation Company   C. Date of Delivery 2/3/10 |
| 1. Article Addressed to:<br><br>Cavalier Home Builders<br>Thru The Corporation Company<br>2000 Interstate Park Dr., Ste. 204<br>Montgomery, AL 36109 | D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 0820 0001 8060 1727 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540