OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 8, 2010

Tina Caserta, et al

vs.

Alliance Homes, Inc., d/b/a Adrian Homes, et al

Case No. 09-8537 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Alliance Homes, Inc., d/b/a Adrian Homes Attn: G. Hiller Spann
   (address) PO Box 266 Adrian GA, 31002
2. (name) Fluor Enterprises Inc. Attn: Corporation Service Company
   (address) 320 Someruloss Street Baton Rouge, LA 70802-6129
3. (name) The United States of America, US Attorney's Office, EDLA
   (address) 500 Poydras Street, Rm B210 New Orleans, LA 70130
4. (name) Attorney General of the United States, US Dept. of Justice
   (address) 9500 Pennsylvania Ave. NW, Washington DC 20530-0001
5. (name) FEMA, Office of the Director, Office of the General Counsel
   (address) 500 C. Street, SW Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 1622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.