

AO 440 (Rev. 02/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| ARTHUR SINGLETON ON BEHALF OF HIMSELF AND MAE SINGLETON, et al <br> *Plaintiff* <br> v. <br> FOREST RIVER, INC.; and CH2M HILL CONSTRUCTORS, INC. <br> *Defendant* | ) ) ) ) ) Civil Action No. 5:09cv204-HSO-JMR ) ) ) ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CH2M Hill Constructors, Inc.
Through its Registered Agent for Service
CT Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    J. T. NOBLIN

Date: _____         _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __02/04/2010__,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
CT Corporation System  5615 Corporate Blvd., Ste. 400B Baton Rouge, LA  70808

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) _____

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

Date: __02/26/2010__

Server's signature

John Crawford - Legal Assistant
Printed name and title

3041 Dumaine Street
New Orleans LA 70119
Server's address