**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Forest River, Inc.
Through its Agent for Service of Process
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Elle Hart
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
Elic Hart

C. Date of Delivery
2/8/10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7009 2250 0004 1428 5045

PS Form 3811, February 2004     Domestic Return Receipt     MS-203-     102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

ELKHART IN 46516

| | |
|---|---|
| Postage | $ $1.56 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.66   02/05/2010 |

Sent To  Forest River, Inc.
Street, Apt. Through its Agent for Service of Process
or PO Box  J. Richard Ransel
City, State, 228 W. High St.
PS Form 3 Elkhart IN 46516

7009 2250 0004 1428 5045

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Mississippi

| | |
|---|---|
| ADRIA DOSS, et al | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. *5:09cv203- HSO-JMR* |
| FOREST RIVER, INC.; and CH2M HILL | ) |
| CONSTRUCTORS, INC. | ) |
| _____ | ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Forest River, Inc.
Through its Registered Agent for Service
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lawrence J. Centola, Jr.
600 Carondelet St.  Ste. 602
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT       J. T. NOBLIN

Date: DEC - 2 2009       _____
Signature of Clerk or Deputy Clerk

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on   02/05/2010                ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)*   By certified mail _____

    _____

    _____ .

My fees are $   0.00            for travel and $   0.00            for services, for a total of $   0.00            .

Date:        **02/17/2010**

                                    Server's signature

                       Lawrence J. Centola, Jr. - Attorney

                          Printed name and title

                         600 Carondelet Street
                            Suite 602
                       New Orleans, LA 70130

                             Server's address