**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Liberty Mutual Insurance Corp
   Through it registered agent for service
   Secretary of State
   Legal services Section
   PO BOX 94125
   Baton Rouge, LA 70804-9125

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Antoinette Pierre*    ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Antoinette Pierre              MAR 0 1 2010

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7009 2250 0003 8701 5861

PS Form 3811, February 2004    Domestic Return Receipt    8338    102595-02-M-1540

AO 440 (Rev. 04/08) Civil Summons



# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

BERNICE SWEENEY, et al. )
Plaintiff )
v. ) Civil Action No. 2:09-cv-8338
LIBERTY MUTUAL INSURANCE CORPORATION )
Defendant )

### Summons in a Civil Action

To: *(Defendant's name and address)*

Liberty Mutual Insurance Corporation
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court
Loretta G. Whyte

Date: Jan 12 2010

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on 02/05/2010,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) By certified mail.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

Date: 02/27/2010

Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address