OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: March 8, 2010

Estelle Warren, et al

vs.

Palm Harbor Homes, et al

Case No. 09-8546   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Fluor Enterprises, Inc. / Attn: Corporation Service Company
   (address) 320 Somerulos St. Baton Rouge LA 70802-6129
2. (name) Palm Harbor Homes, Inc. / Attn: CT Corporation System
   (address) 5615 Corporate Blvd. Ste 400B, Baton Rouge LA 70808
3. (name) The USA through US Attorneys Office, EDLA
   (address) 500 Poydras Street, Rm B210 New Orleans LA 70130
4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave. NW, Washington DC 20530-0001
   The USA through Fema, Office of the Director, Office of General Counsel
   500 C Street SW Washington DC 20472

Very truly yours,

_____
"Signature"

Attorney for   Plaintiff
Address   6622 Baronne St. New Orleans 70113

I certify that all parties listed in the claim referenced above, have been matched.