| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  /. Miller    ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>S. Miller    3-2-10 |
| 1. Article Addressed to:<br><br>Sun Valley, Inc<br>Through its Agent for Service of Process<br>Dan Morrison<br>120 W. Lexington Ave.<br>Elkhart, IN 46516 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7009 2250 0003 8701 5557 |

PS Form 3811, February 2004    Domestic Return Receipt   7595    102595-02-M-1540

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HECTOR GALLARDO, ET AL. ) <br> Plaintiff ) <br> v. ) <br> SUN VALLEY, INC., ET AL. ) <br> Defendant ) <br> ) <br> ) | Civil Action No. 2:09-cv-7595 |

## Summons in a Civil Action

To: *(Defendant's name and address)*

**Sun Valley, Inc.**
Through its Agent for Service of Process
Dan Morrison
120 W. Lexington Ave.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 20 [21] days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: **Jan 12 2010**

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on  02/05/2010  ,
by:

 (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
   who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

 (4) returning the summons unexecuted to the court clerk on _____ ; or

 (5) other *(specify)*  By certified mail
_____.

My fees are $ 0.00  for travel and $ 0.00  for services, for a total of $ 0.00 .

Date:  **02/27/2010**

                      *[signature]*
                      Server's signature

               Lawrence J. Centola, Jr. - Attorney
                      Printed name and title

                    600 Carondelet Street
                        Suite 602
                   New Orleans, LA 70130
                      Server's address