OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 8, 2010

Ricky Carter, et al

vs.

Crossroads RV, Inc., et al

Case No. 09-8547 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Crossroads RV, Inc. through Dinnette Boswell
   (address) 305 Hawpatch Drive Topeka, IN 46571
2. (name) CH2MHILL Constructors, Inc. through CT Corporation System
   (address) 5615 Corporate Blvd. Ste 400B Baton Rouge, LA 70808
3. (name) The USA through US Attorneys Office, Eastern District of Louisiana
   (address) 500 Poydras St. Room B210 New Orleans, LA 70130
4. (name) The USA through Attorney General of the U.S., US Dept. of Justice
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530
5. (name) The USA through FEMA, Office of the Director, Office of General Counsel
   (address) 500 C Street, SW, Washington, DC 20472

Very truly yours,

I certify that all parties listed on the above referenced Complaint are matched.

"Signature"

Attorney for Plaintiffs

Address 622 Baronne Street
New Orleans, LA 70113