UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                      MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                                   SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On March 5, 2010, the Court held a status conference in chambers with the following summary jury trial committee members: Ryan Johnson, Jerry Meunier, Mikal Watts, Justin woods, Jordan Samford, Lamont Domingue, Tom Thagard, Henry Miller, and David Kurtz.  Charles Penot and Tom Cougill participated by telephone. During the conference, a procedure for summary jury trials was discussed.

New Orleans, Louisiana, this 5th day of March 2010.

                                                            **KURT D. ENGELHARDT**
                                                            **UNITED STATES DISTRICT JUDGE**