OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 8, 2010

Earline Barbarin, et al

vs.

Crossroads RV, Inc., et al

Case No. 09-8549   Section N

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Crossroads RV, Inc. through Dinette Boswell
   (address) 305 Hawpatch Drive Topeka, IN 46571
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

I certify that all parties listed in the above referenced complaint are matched.

Very truly yours,

"Signature"

Attorney for Plaintiffs
Address 622 Baronne Street
New Orleans, LA 70113