OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: __March 8, 2010__

__Lashawn Davallier, et al__

vs.

__Crossroads RV, et al__

Case No. __09-8551__ Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Shaw Enterprises Inc., Attn. Corporation Service Company
   (address) 320 Somerulos St., Baton Rouge LA 70802-6129
2. (name) Crossroads RV, Inc. Attn. Dinnette Boswell
   (address) 305 Hawpatch Drive, Topeka, IN 46571
3. (name) The USA through US Atty's Office, EDLA
   (address) 500 Poydras Street, Rm B210, New Orleans, LA 70130
4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Avenue, NW, Washington DC 20530-0001
   The USA through FEMA, office of the Director, Office of the General Counsel
   500 C Street, SW, Washington DC 30472

Very truly yours,

_____
"Signature"

Attorney for __Plaintiff__

Address __1022 Baronne St., New Orleans 70113__

I certify that all parties listed in the complaint referenced above, have been matched.