UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER            MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:

*Lillie Boteler, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
**No. 09-6643**

*Steven Weyland Fincher, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
**No. 09-6632**

*Gloria M. Durham, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
**No. 09-6636**

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE 41(a)(1)(a)(I)

Now into Court, through undersigned counsel, come plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, and based upon the representations of counsel for **Clayton Homes of Lafayette, Inc. f/k/a Clayton Homes, Inc.** and the attached affidavit of Russell E. Clayton, President of **Clayton Homes of Lafayette, Inc. f/k/a**

1

**Clayton Homes, Inc.**, who testifies that this defendant has never designed, manufactured, or distributed EHU's, hereby give notice of Named Plaintiffs' voluntary dismissal of all claims against **Clayton Homes of Lafayette, Inc. f/k/a Clayton Homes, Inc.** asserted within the above-referenced matters which have been consolidated into this MDL.

> Respectfully submitted,
>
> LAW OFFICES OF SIDNEY D. TORRES, III,
> *A PROFESSIONAL LAW CORPORATION*
>
> By:      s/ Roberta L. Burns
> SIDNEY D. TORRES, III, La. Bar No. 12869
> ROBERTA L. BURNS, La. Bar No. 14945
> DAVID C. JARRELL, La. Bar No. 30907
> 8301 West Judge Perez Drive, Suite 303
> Chalmette, LA 70043
> Telephone: (504) 271-8421
> Facsimile: (504) 271-1961
> ***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 8th of March, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                                             s/ Roberta L. Burns
                                                                            ROBERTA L. BURNS