AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Donald Tanks, et al | ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. 2:07-md-1873 Related to 09-07568 |
| Jayco, Inc., et al | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jayco, Inc.
Through its Agent
Glenn E. Killoren
121 W. Franklin Street, Suite 200
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Rock Palermo III
Veron, Bice, Palermo and Wilson
P.O. Box 2125
Lake Charles, Louisiana 70602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Jan 27 2010

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:07-md-1873 Related to 09-07568

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(speci*:  CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7009 0820 0001 8060 1543
RECEIVED 2/4/2010

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 2/23/2010

Mary M. Cruthirds
*Server's signature*

Mary M. Cruthirds
Legal Secretary
P.O. Box 2125
Lake Charles, LA 70602-2125

*Server's address*

Additional information regarding attempted service, etc:

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Lois Semm_  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name*)  C. Date of Delivery<br>Lois Semm |
| 1. Article Addressed to:<br><br>Jayco, Inc.<br>Through Glenn Killoren<br>1212 W. Franklin St., Ste. 200<br>Elkhart, IN 46516 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7009 0820 0001 8060 1543 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540