OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: __March 8, 2010__

__Joseph Alwell, et al__

vs.

__Northwood Manufacturing, INC., et al__

Case No. __09-8555__ Section __N__

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Northwood Manufacturing Inc. / Attn: Sherry A. Nash__
   (address) __59948 Downs Rd. LaGrande LA 97850__
2. (name) __CH2M Hill Constructors Inc. / Attn: CT Corporation System__
   (address) __5615 Corporate Blvd. Ste 400B Baton Rouge LA 70808__
3. (name) __The USA through US Attorneys Office, EDLA__
   (address) __500 Poydras Street Rm B210 New Orleans LA 70130__
4. (name) __The USA through Attorney General of the US, US Dept. of Justice__
   (address) __950 Pennsylvania Avenue NW Washington DC 20530-0001__
5. (name) __The USA through FEMA, Office of the Director, office of General Counsel__
   (address) __500 C Street SW Washington DC 20472__

Very truly yours,

_[signature]_
"Signature"

Attorney for __Plaintiff__

Address __1022 Baronne St. New Orleans 70113__

I certify that all parties listed in the complaint referenced above, have been matched.