OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 8, 2010

Tiffani Broadbridge, et al

vs.

Northwood Manufacturing Inc., et al

Case No. 09-8554   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Northwood Manufacturing Inc./Attn: Sherry A. Nash
   (address) 59948 Downs Rd. LaGrande, OR 97850
2. (name) Fluor Enterprises Inc./Attn: Corporation Service Company
   (address) 320 Somerulos Street Baton Rouge LA 70802-0001
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for  Plaintiff
Address  1022 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.