OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 8, 2010

Alfred Anderson, et al

vs.

Northwood Manufacturing, Inc., et al

Case No. 09-8553   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Northwood Manufacturing Inc./Attn: Sherry A. Nash
   (address) 59948 Downs Rd LaGrande, OR 97850
2. (name) Fluor Enterprises Inc./Corporation Service Company
   (address) 320 Somerulos St. Baton Rouge LA 70802-6129
3. (name) The USA through U.S Attorneys Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130
4. (name) The USA through Attorney General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington DC 20530-0001
   The USA through FemA, Office of the Director, Office of General Counsel
   500 C Street SW Washington DC 20472

Very truly yours,

_____
"Signature"

Attorney for Plaintiff

Address 622 Baronne Street New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.