OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 8, 2010

Maria Correro, et al

vs.

Northwood Manufacturing Inc., et al

Case No. 09-8552 Section N

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Northwood Manufacturing Inc. / Attn: Sherry A. Nash
   (address) 59948 Downs Rd. LaGrande OR 97850
2. (name) Shaw Enterprises Inc. / Attn: Corporation Service Company
   (address) 320 Somerulos Street Baton Rouge LA 70802-6129
3. (name) The USA through US Attorneys Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130
4. (name) The USA through Attorney General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington DC 20530-0001
   The USA through FemA, Office of the Director, Office of General Counsel
   500 C. Street SW Washington D.C. 20472

Very truly yours,

_____
"Signature"

Attorney for Plaintiff
Address 1022 Baronne Street New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.