UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                  MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                                     SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 62

On March 5, 2010, the Court held a status conference in chambers with liaison counsel, steering committee members, and counsel for the Government. The following individuals were in attendance: Jerry Meunier, Justin Woods, Andy Weinstock, Joe Glass, Matt Moreland, Ernie Gieger, Frank D'Amico, Jr., Jerry Saporito, Jim Percy, Stewart Tharp, Adam Dinnell, Tim Scandurro, Tom Thagard, Robert Becnel, Henry Miller, Mikal Watts, Dave Kurtz, Karen Whitfield, Gerry Barrios, Dennis Reich, Raul Bencomo, Charles E. Leche, Chris Pinedo, John J. Hainkel, Ralph Hubbard, Tony Buzbee, and Lyon Garrison. Following that conference, the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1) The parties in the Recreation by Design bellwether trial shall file all pre-trial motions, including dispositive motions, on or before **Friday April 9, 2010**. Any oppositions to these motions should be filed **on or before Friday, April 16, 2010.** Leave to file replies to these motions is hereby granted and need not be requested. Any such replies shall be filed **on or before Wednesday, April 21, 2010.**

(2) The parties in the Recreation by Design bellwether trial shall file all motions directed towards expert testimony **on or before Friday, April 23, 2010.** Any oppositions to these motions should be filed **on or before Friday, April 30, 2010.** Leave to file replies to these motions is hereby granted and need not be requested. Any such replies shall be filed **on or before Wednesday, May 5, 2010.**

(3) The parties in the Recreation by Design bellwether trial shall file all motions in limine **on or before Friday, April 16, 2010.** Any oppositions to these motions should be filed **on or before Friday, April 23, 2010.** Leave to file replies to these motions is hereby granted and need not be requested. Any such replies shall be filed **on or before Wednesday, April 28, 2010.**

(4) Regarding the Recreation by Design bellwether trial, if deposition testimony is to be submitted in lieu of live testimony, *trial counsel* are to confer regarding the portions of the deposition transcript that are irrelevant. Those portions are to be redacted from the single transcript to be used at trial. Short memoranda identifying (by page and line numbers) and supporting any objections to the deposition testimony must be electronically filed or delivered to

chambers no later than **Wednesday, May 5, 2010**, with oppositions thereto to be electronically filed or delivered to chambers at the same time. The Court will need a copy of the redacted, condensed deposition transcript(s) to be able to rule upon any objection(s).

(5)  **On or before Tuesday, May 4, 2010**, the parties participating in the Recreation by Design bellwether trial shall confer and submit to the Court a jointly-agreed upon trial plan, which shall specifically set forth allotted time limits regarding witness questioning, etc. that will allow for completion of this bellwether trial within 10 work days.

(6)  **On Friday, May 7, 2010 at 8:30 a.m.**, the Court will hold a status conference in chambers with liaison counsel, committee members, and counsel for FEMA.

(7)  A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, May 7, 2010 at 10:00 a.m.**

New Orleans, Louisiana, this 5th day of March 2010.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

3