PTO Received: _____

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

_____

_____

PLAINTIFF(S)

VERSUS

_____         Magistrate: _____

DEFENDANT(S)

# MDL 1873

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**S.C.** ___CONFERENCE ✔  ___PRE-TRIAL  ___STATUS  ___SETTLEMENT

DATE: _____     TIME: **10:00 AM.**

# PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|------|------|-----------|
| Robert Snesling | McGlinchey Stafford | Shaw Env / Lay ton |
| John J. Hainer | Frilot LLC | Bechtel Nortnd |
| _illegible_ | Sang | PSC |
| Jorran Ahlquist | Frank D'Amico | PSC |
| Henry Miller | DOJ | USA |
| Jack C Benjamin Jr | Kraft Gatz Lane Benjamin | Silver Creek & Aberdeen Homes |
| Miguel Bahamon | HLC | |
| Sharolyn Miyh | HCC | Plaintiffs |
| Anthony Ray | HCC | pic |
| | | |
| | | |

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

_____
PLAINTIFF(S)

versus

_____        Magistrate: _____
DEFENDANT(S)

MDL 1873

*******************************************************

CONFERENCE: ✓ PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: 3-5-10        TIME: 10:00 AM.

# PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
| --- | --- | --- |
| Ralph Hubbard | Lugenbuhl | Insurance Liaison |
| Heather Cheesbro | Lorman Carnahan | Crum & Forster |
| Larry Feldman | McGlinchey | Skyline |
| Jennifer Zajco | Willis Lundfelt Coryll | Jyco + Shawcroft |
| Gerry Barrios | Baker Donelson | CH2M Hill |
| Mark Seamster | Galloway Johnson | Sunny Brook RV |
| Travis Baker | Hurricane Legal Center | Plaintiff |
| John Crawford | HLC. | Pl. |
| Peter R. Borstein | Law Offices of Doug Schmidt | Plaintiff |

PTD Received: _____

Trial Set: _____

Jury/Non-Jury

_____          CIVIL/CRIMINAL ACTION NO.:

PLAINTIFF(S)                  _____

VERSUS                        _____

_____          Magistrate: _____

DEFENDANT(S)

# MDL 1873

S.C.

CONFERENCE: ✔  ___ PRE-TRIAL   ___ STATUS   ___ SETTLEMENT

DATE: 3-5-10          TIME: 10:00

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|------|------|-----------|
| Raul R. Bencomo | Bencomo y Associates | PSC |
| Matt Moreland | Becnel | TT - PSC |
| Jim Percy | Jones Walker | Keystone |
| David Kutz | Baker Donelson | Shaw |
| Ernie Gieger | Gieger Laborde | Forest River |
| Dennis Reich | Reich + Binstock | π - PSC |
| Greg Warren | Ware Firm | IPD |
| Jessica Filham | McGlinchey Stafford | AXIS |
| Kelly Brian | Jeansonne & Remondet | Clarendon |
| Delbert Miller | KZRV | KZRV |

PTO Received: _____

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

_____        _____
        PLAINTIFF(S)

VERSUS

_____        Magistrate: _____
        DEFENDANT(S)

# MDL 1873

S.C.

CONFERENCE: ✔   PRE-TRIAL _____   STATUS _____   SETTLEMENT _____

DATE: **March 5, 2010**   TIME: **10:00**

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|------|------|-----------|
| Howard Kaplan | Bernard Cassisa | Superior Homes LLC |
| Hugh Lambert | L & M pic | " |
| Lara White | Adams & Reese | MLU Services Inc. |
| Lamont Domingue | Voorhies & Labbe | Cavalier, et al |
| Kenneth P. Carter | Baker Donelson | Arch Specialty Ins. Co. |
| John Getty | Preis Roy | Westchester Surplus Lins Ins. Co. |
| Justin Woods | Gainsburgh Benjamin | PSC |
| Glenn Adams | Porteous | SF |
| Randall Mulcahey | Garrison Yount et m | Recreation By Design, LLC |
| Robert M. Becnel | Becnel | PSC |

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

_____        _____
PLAINTIFF(S)

versus

_____        Magistrate: _____
DEFENDANT(S)

## MDL 1873

********************************************************

CONFERENCE: ✓ _____ PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: **3-5-10** _____   TIME: **10:00 A.M.**

# PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|------|------|-----------|
| Tara Gilbreath | Todd Gainsbrugh | π |
| Denise Martin | " | " |
| Jordan Samford | " " | π |
| Ryan Johnson | Jones Walker | Δ |
| Brent Maggio | Allen & Gooch | Δ Heartland |
| Tina L. Kappen | Lugenbuhl | Δ - Northfield |
| Christine Lipsey | McGlinchy Stafford | Δ - Morgan |
| Rose Herder | Hawkins Stracner | π |
| Leely Petrovich | Middleberg Riddle | Δ - Thor Enterprises, Inc |
| Theresa Anderson | Musgrave, McLachlan d Penn | Δ - Athens |