OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 8, 2010

Mary Herring, et al

vs.

KZRV, LP, et al

Case No. 09-8557 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Fluor Enterprises Inc./Attn: Corporation Service Company
   (address) 320 Somerulos Street Baton Rouge LA 70802-6129
2. (name) KZRV, LP / Attn: Daryl Zook
   (address) 9270 W US 20 Shipshewana IN 46565
3. (name) The USA through U.S Attorney's Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130
4. (name) The USA through Attorney General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW, Washington DC 20530-0001

The USA through Fema, Office of the Director, Office of General Counsel
500 C Street SW Washington DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 1022 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.