OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 8, 2010

Freddie Craft, et al

vs.

KZRV, LP, et al

Case No. 09-8556   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Shaw Enterprises Inc. / Attn: Corporation Service Company
   (address) 320 Somerulos Street Baton Rouge LA 70802-6129
2. (name) KZRV, LP / Attn: Daryl Zook
   (address) 9270 W US 20 Shipshewana, IN 46565
3. (name) The USA through US Attorney's Office, EDLA
   (address) 500 Poydras St. Rm B210 New Orleans LA 70130
4. (name) The USA through Attorney General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Avenue NW, Washington D.C. 20530-0001
   The USA through Fema, Office of the Director, Office of General Counsel

Very truly yours,

_____
"Signature"

Attorney for    Plaintiff
Address    622 Baronne St. NOLA 70113

I certify that all parties listed in the complaint referenced above, have been matched.