OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 8, 2010

Deborah Williams, et al

vs.

KZRV, LP, et al

Case No. 09-8558  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) KZRV, LP / Attn: Daryl Zook
   (address) 9270 W. US 20 Shipshewana, IN 46565
2. (name) CH2M Hill Constructors Inc., Attn: CT Corporation System
   (address) 5615 Corporate Blvd, Ste. 400B Baton Rouge, LA 70808
3. (name) The USA through US Attorneys Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans, LA 70130
4. (name) The USA through, Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Blvd NW, Washington DC 20530-0001
5. (name) The USA through Fema, Office of the Director, Office of General Counsel
   (address) 500 C Street SW, Washington DC 20472

very truly yours,

"Signature"

Attorney for Plaintiff

Address 1022 Baronne St. New Orleans 70113

I certify that the parties listed in the complaint referenced above, have been matched.