UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| This Document Relates to: *Lyndon T. Wright. v.* | * | JUDGE ENGELHARDT: |
| *Forest River, Inc., et al*, Docket No. 09-2977 | * | |
| | | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE
TO PLAINTIFF'S OBJECTIONS TO THE JOINT TRIAL EXHIBIT LIST
WITH MEMORANDUM IN SUPPORT INCORPORATED**

NOW INTO COURT, through undersigned counsel, comes Forest River, Inc. ("Forest River") who moves this Honorable Court for leave to file a Supplemental Response to Plaintiff's Objections to the Joint Trial Exhibit List. In discussing the format of responses to objections raised in the Joint Trial Exhibit List, counsel for plaintiff and Forest River had mutually agreed that, because of the large number of objections, each side would only provide general responses to several broad categories of objections. Forest River provided its general responses to plaintiff's objections on March 5, 2010. See Rec. Doc. 12499. After Forest River submitted its response, plaintiff filed not only a general response but also listed a response for every exhibit on the Joint Exhibit List.

In order to provide complete responses that are consistent with plaintiff's filing, Forest River seeks leave to file a supplemental response, attached hereto.  Opposing counsel has been contacted and does not have an objection to this supplemental filing.

                Respectfully submitted,

                /s/ Carson W. Strickland
                ERNEST P. GIEGER, JR. (BAR ROLL NO. #6154)
                JASON D. BONE (#28315)
                CARSON W. STRICKLAND (#31336)
                GIEGER, LABORDE & LAPEROUSE, L.L.C.
                One Shell Square
                701 Poydras Street, Suite 4800
                New Orleans, Louisiana 70139-4800
                Telephone: (504) 561-0400
                Facsimile: (504) 561-1011
                *ATTORNEYS FOR FOREST RIVER, INC.*

## **C E R T I F I C A T E**

I hereby certify that on the 8th day of March, 2010, a copy of the foregoing Memorandum in Support was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

                /s/ Carson W. Strickland
                CARSON W. STRICKLAND