OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 8, 2010

Cassandra Thompson, et al

vs.

Layton Homes Corporation, et al

Case No. 09-8502  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Layton Homes Corp. Attn: Linda Phillppsen
   (address) 2520 By-Pass Rd. Elkhart, IN 46514
2. (name) CH2M Hill Constructors Inc. Attn: CT Corporation System
   (address) 5615 Corporate Blvd. Ste 400B Baton Rouge LA 70808
3. (name) The USA through US Attorneys Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130
4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington D.C. 20530-0001
5. (name) The USA through Fema, Office of the Director, Office of General Counsel
   (address) 500 C Street SW Washington D.C. 20472

Very truly yours,

"Signature"

Attorney for Plaintiff
Address 622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.