OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: ___March 8, 2010___

Karen Marie Hooper, et al

vs.

Layton Homes Corp., et al

Case No. __09-8500__  Section  __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended

complaint) ( ___ amended complaint) (third party complaint)

(other : _____ ) to the following:

1.  (name)  Layton Homes Corporation Attn: Linda Philippsen
    (address) 5615 Corporate Blvd. Ste 400B Baton Rouge LA 70808
2.  (name)  No Contractor
    (address) _____
3.  (name) The USA through US Attorneys Office, EDLA
    (address) 500 Poydras Street Rm B210 New Orleans LA 70130
4.  (name) The USA through Atty General of the US, US Dept. of Justice
    (address) 950 Pennsylvania Ave NW Washington D.C. 20530-0001
5. (name) The USA through Fema, Office of the Director, Office of General Counsel
   (address) 500 C Street SW Washington D.C. 20472

yours,

"Signature"

Attorney for  Plaintiff

Address  622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint
referenced above, have been matched.