**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| **IN RE:** | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | |
| | **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | | * | |
| | | * | **JUDGE ENGELHARDT** |
| | | * | **MAGISTRATE CHASEZ** |
| | | * | |
| **THIS DOCUMENT IS RELATED TO** | | * | |
| | | * | |
| *Lyndon T. Wright v. Forest River, Inc., et al*, | | * | |
| Docket No. 09-2977; | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF LYNDON WRIGHT'S OBJECTIONS TO FOREST RIVER, INC.'S REQUESTED JURY INSTRUCTIONS

NOW INTO COURT, through undersigned counsel, comes plaintiff Lyndon T. Wright, who respectfully objects to the following jury instructions contained in Forest River, Inc.'s proposed jury instructions (Doc. No. 12401):

Plaintiff through submission of its proposed jury charges, has stricken the specific charges to which Plaintiff objects in the Alexander v. Gulfstream, et al. template.  Plaintiff adopts and incorporates these modifications as part of the objections to Forest River's jury instructions.

Plaintiff objects to Forest River's proposed additional jury instructions as follows:

Proposed Jury Instruction No. 1:  CAUSATION

Plaintiff objects to this instruction on the basis that the law sited therein is part of the "Negligence-Liability" charge in the Alexander template.

Proposed Jury Instruction No. 2: [ALTERNATIVE] CAUSATION

Plaintiff objects to this proposed jury instruction on the basis that it is part of the "Negligence-Liability" charge in the Alexander case.

Proposed Jury Instruction No. 3: LANDLORD LIABILITY

Plaintiff objects to this charge on the basis that this case involves a product defect and not allegations arising out of the landlord/tenant relationship or claims for property damage. Additionally, it is unclear who the "owner" would be as far as this jury instruction is concerned and the charge in inapplicable to the facts of this case.

Proposed Jury Instruction No. 4: APPARENT DEFECT

Plaintiff objects to this instruction on the basis that it is adequately charged under the "Liability Based on Inadequate Warning" charge in the Alexander template.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**

BY:     s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
Dennis Reich, Texas #16739600

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on March 8, 2010.


         s/Gerald E. Meunier
         GERALD E. MEUNIER, #9471