UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Lyndon T. Wright v. Forest River, Inc., et al*, | | * | |
| Docket No. 09-2977; | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF LYNDON WRIGHT'S OBJECTIONS TO SHAW ENVIRONMENTAL, INC.'S REQUESTED JURY INSTRUCTIONS**

NOW INTO COURT, through undersigned counsel, comes plaintiff Lyndon T. Wright, who respectfully objects to the following jury instructions contained in Shaw Environmental, Inc.'s proposed jury instructions (Doc. No. 12401):

Plaintiff through submission of its proposed jury charges, has stricken the specific charges to which Plaintiff objects in the Alexander v. Gulfstream, et al. template. Plaintiff adopts and incorporates these modifications as part of the objections to Shaw's jury instructions.

Shaw has requested that the first paragraph of the "Independent Contractor Defense" jury charge be modified. Plaintiff has objected to the independent contractor defense as being applicable to the facts of this case. Nevertheless, should the Court find that this jury charge is appropriate in this case, Plaintiff has no objection to Shaw's requested modification.

Shaw has requested language be added to "Non-Liability of Contractor for Destruction or Deterioration of Work," jury charge. Again, Plaintiff has objected to this jury charge as not being applicable to the facts of this case. Should the Court decide this jury charge is appropriate,

Plaintiff objects to the additional language proposed as being unnecessary, as well as an incorrect statement of law.

Plaintiff objects to the various additional instructions requested by Shaw that relate to the government contractor defense. As indicated in its jury charge submissions, and incorporated herein, Plaintiff asserts that the government contractor defense is not applicable to the facts of this case. In the event the Court finds that the government contractor defense is applicable, however, Plaintiff objects to Shaw's Government Contractor Defense Jury Instruction on the basis that subsection 3 contains a double negative and is confusing. This subsection should conform to the Alexander template. Furthermore, the "therefore" clause of this jury charge is simply a re-statement of prior language in the charge and should not be added to the charge contained in the Alexander template.

Assuming the Court finds the government contractor defense to apply in this case, Plaintiff has no further objections to Shaw's proposed jury instructions.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
       GERALD E. MEUNIER, #9471
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:   504/522-2304
       Facsimile:   504/528-9973
       gmeunier@gainsben.com

                                s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
Dennis Reich, Texas #16739600

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on March 8, 2010.

                 s/Gerald E. Meunier
               GERALD E. MEUNIER, #9471