UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Lyndon Wright v. Forest River, Inc., et al.* No. 09-2977 | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE
### PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Shaw Environmental, Inc. ("Shaw"), and respectfully moves for leave to file the accompanying proposed jury instruction regarding the issue of prescription. Shaw overlooked the fact that the prescription defense pattern charge proposed by Fluor Enterprises, Inc. was not included in the *Alexander* charge when filing its proposed jury instructions on March 5, 2010. Shaw wishes to make a record proposing the same charge. Undersigned counsel has confirmed that this motion is unopposed. While Plaintiff does not object to the timeliness of the Proposed Supplemental Jury Instructions, Shaw understands that Plaintiff does object to the subject matter of this filing.

**WHEREFORE,** for the foregoing reasons, defendant, Shaw Environmental, Inc. respectfully requests that this Court grant its Motion for Leave to File the attached Proposed Supplemental Jury Instructions.

                Respectfully submitted,

                **BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

                /s/ M. David Kurtz
ROY C. CHEATWOOD (#04010)
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

                /s/ M. David Kurtz