UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                          MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                          SECTION N(5)

                                              JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:
*Lyndon Wright v. Forest River, Inc., et al*.        MAGISTRATE CHASEZ
No. 09-2977


* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SHAW ENVIRONMENTAL, INC'S
### PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS

**MAY IT PLEASE THE COURT:**

Shaw Environmental, Inc. (hereinafter referred to as "Shaw") respectfully submits the

following proposed supplemental jury instruction.

### PRESCRIPTION DEFENSE

SHAW ASSERTS AS A DEFENSE THAT PLAINTIFF'S CLAIM IS BARRED BY

PRESCRIPTION.   PRESCRIPTION IS A LAW THAT PROVIDES THAT A SUIT IS

BARRED IF A PLAINTIFF DOES NOT BRING IT WITHIN A PRESCRIBED PERIOD OF

TIME.  THE TIME PERIOD WITHIN WHICH THE SUIT MUST BE BROUGHT BEGINS

WHEN THE PLAINTIFF FIRST KNEW, OR BY THE EXERCISE OF REASONABLE CARE,

SHOULD HAVE KNOWN OF HIS FORMALDEHYDE CLAIM AGAINST SHAW.

THE APPLICABLE PRESCRIPTIVE PERIOD IS ONE YEAR, AND SHAW CLAIMS THAT THE PLAINTIFF'S SUIT IS BARRED BECAUSE THE PLAINTIFF KNEW, OR BY EXERCISE OF REASONABLE CARE SHOULD HAVE KNOWN, MORE THAN ONE YEAR BEFORE BRINGING THIS SUIT THAT HIS ALLEGED INJURIES WERE CAUSED BY EXPOSURE TO FORMALDEHYDE WHILE LIVING IN THE EMERGENCY HOUSING UNIT.[1]

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

   /s/ M. David Kurtz
ROY C. CHEATWOOD (#04010)
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT, SHAW ENVIRONMENTAL, INC.**

---

[1] La. Civ. Coe art. 3492; *Mistich v. Cordis Manufacturing Co.*, 607 So.2d 955, 956 (La. App. 4th Cir. 1992); *Griffin v. Minberger*, 507 So.2d 821, 823 (La. 1987).

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 8, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

_/s/ M. David Kurtz_