**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCT LIABILITY** | * | **SECTION "N-5"** |
| **LITIGATION** | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | |
| **THIS DOCUMENT RELATES TO** | * | **MAG. JUDGE CHASEZ** |
| *EARLINE CASTANEL, ET AL* | * | |
| *v.  RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, *DOCKET NO. 09-3251* | * | |

**************************************************************************************

**JOINT MOTION FOR EXTENSION OF FILING DEADLINE FOR INITIAL**
**AND FINAL WITNESS AND EXHIBIT LISTS**

**NOW INTO COURT**, through undersigned counsel, come defendants, Recreation By

Design, LLC, and Shaw Environmental, Inc., and plaintiff, Earline Castanel, who respectfully

request that the Court grant an extension of time to file Initial and Final Witness and Exhibit Lists

in the instant litigation.  There is still a significant amount of discovery that must take place,

including numerous depositions of fact witnesses, the parties, and experts. Accordingly, since

production of an initial and final witness and exhibit list at this time are premature, the parties jointly

request that the initial witness and exhibit list deadline, presently set for March 8, 2010, be extended

until March 12, 2010 and the final witness and exhibit list deadline, presently set for March 12, 2010,

be extended until April 7, 2010.

Plaintiff Liaison Counsel advised the Court of this agreement, and it is the Parties' understanding that the Court has already agreed to grant the requested extensions.

**WHEREFORE**, it is requested that this Court grant the Joint Motion for Extension of Filing Deadline for Initial Witness and Exhibit List until March 12, 2010 and Deadline for Final Witness and Exhibit List until April 7, 2010.

Respectfully submitted,

*/s/ Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
**GARRISON, YOUNT, FORTE**
**& MULCAHY, LLC**
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
*Attorneys for Recreation By Design, LLC*
Email: rmulcahy@garrisonyount.com

*/s/ David Kurtz*
M. David Kurtz (#23821)
Karen K. Whitfield (#19350)
Catherine K. Thigpen (#30001)
**Baker Donelson Bearman**
**Caldwell & Berkowitz, PC**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
*Attorneys for Shaw Environmental, Inc.*

2

*/s/ Linda J. Nelson*
LINDA J. NELSON (LA #9938)
**PLAINTIFFS' STEERING COMMITTEE**
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
linda@lambertandnelson.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Randall C. Mulcahy*
RANDALL C. MULCAHY, Bar No. 26436