UNITED STATES DISTRICT COURT
EASTER DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **PROPOSED ORDER**

Considering the foregoing Unopposed Motion for Leave to File Plaintiff's Voir Dire Questions

**IT IS ORDERED** that the Unopposed Motion for Leave to File Plaintiff's Voir Dire Questions is hereby GRANTED.

THIS DONE the _____ day of March, 2010, New Orleans, Louisiana

_____
HONORABLE KURT D. ENGLEHARDT