UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Lyndon T. Wright v. Forest River, Inc., et al*, | | * | |
| Docket No. 09-2977; | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF LYNDON WRIGHT'S OBJECTIONS TO SHAW ENVIRONMENTAL INC.'S PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS

NOW INTO COURT, through undersigned counsel, comes plaintiff Lyndon T. Wright, who respectfully objects to Shaw Environmental, Inc.'s proposed supplemental jury instructions (Rec. Doc. 12600):

Plaintiff respectfully objects to Shaw Environmental, Inc.'s Proposed Supplemental Jury Instruction relating to the "Prescription Defense." In this case, Shaw made a motion for summary judgment regarding prescription (Rec. Doc. 2581). In denying the motion, the Court ruled as follows:

> "After reviewing the parties' memoranda and the applicable law, the Court denies this motion and <u>finds that Plaintiff's claims against Shaw are timely</u>." (emphasis added)

(Rec. Doc. 7241)  The order went on to summarize this ruling as follows:

> "Therefore, the Court determines that, under the joint tortfeasor doctrine, Shaw is a joint tortfeasor with the manufacturer defendants that were named in the *Hilliard* action.  Thus, prescription as to Plaintiff's claims against Shaw was interrupted."

Since the Court has made a final ruling that Plaintiff's claims are timely, the requested jury charge on the Prescription Defense should be rejected.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
Dennis Reich, Texas #16739600

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on March 9, 2010.

        s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471