OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 9, 2010

Donna Blatcher, et al

vs.

Thor Industries, Inc., et al

Case No. 09-8509   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Thor Industries Inc.
   (address) 100 S. Main Ave. Ste 300 Sidney OH 45365
2. (name) Shaw Environmental Inc./Attn: Corporation Service Co.
   (address) 320 Somerulos Street Baton Rouge LA 70802-6129
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for   Plaintiff

Address   1022 Baronne St. New Orleans
          70113

I certify that all parties listed in the complaint referenced above, have been matched.