OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 9, 2010

Collin Duet Sr., et al

vs.

Thor Industries, Inc., et al

Case No. 09-8507   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Thor Industries Inc.
   (address) 100 South Main Avenue, Ste. 300 Sidney OH 45365
2. (name) Fluor Enterprises Inc. ATTN: Corporation Service Company
   (address) 320 Somerulos Street Baton Rouge, LA 70802-6129
3. (name) The USA through US Attorneys Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130
4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington D.C. 20530-0001
5. (name) The USA through Fema, Office of the Director, Office of General Counsel
   (address) 500 C Street SW Washington D.C. 20472

Very truly yours,

_____
"Signature"

Attorney for   Plaintiff
Address   622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.