UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                        MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                 SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2977

## ORDER AND REASONS

       Before the Court is Shaw Environmental, Inc.'s Motion for Partial Summary Judgment

on Plaintiff's Mental Anguish Claims (Rec. Doc. 10945). In this motion, Shaw Environmental,

Inc. ("Shaw") asserts that Plaintiff's mental anguish claims, including his claims regarding an

alleged fear of cancer, against Shaw should be dismissed. The Court has considered the

memoranda of the parties and the applicable law. Accordingly,

       **IT IS ORDERED** that **Shaw Environmental, Inc.'s Motion for Partial Summary

Judgment on Plaintiff's Mental Anguish Claims (Rec. Doc. 10945)** is **DENIED AS MOOT**

to the extent that it relates to Plaintiff's maintenance claims against Shaw, as such claims have

been dismissed. (See Rec. Doc. 11910). To the extent that this motion affects any viable,

remaining claims against Shaw, the Court herein **ADOPTS** its ruling as to Forest River, Inc.'s

Motion for Partial Summary Judgment on Plaintiff's Mental Anguish Claims (Rec. Doc. 10934).

       New Orleans, Louisiana, this 9th day of March, 2010.

                                         **KURT D. ENGELHARDT**
                                         **UNITED STATES DISTRICT JUDGE**