UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v. RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, DOCKET NO. 09-3251 | * | |

**************************************************************************

## ORDER

Considering the foregoing:

**IT IS ORDERED** that the Joint Motion for Extension of Filing Deadline for Initial Witness and Exhibit Lists is hereby GRANTED extending the March 8, 2010 deadline until March 12, 2010.

**IT IS FURTHER ORDERED** that the Joint Motion for Extension of Filing Deadline for Final Witness and Exhibit Lists is hereby GRANTED extending the March 12, 2010 deadline until April 7, 2010.

New Orleans, Louisiana, this ___9th___ day of March, 2010.

_____
JUDGE KURT ENGELHARDT