OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 9, 2010

Brenda Blair, et al

vs.

Dutchman Manufacturing, Inc., et al

Case No. 09-8576  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Dutchman Manufacturing, Inc. through C.T. Corporation
   (address) 251 E. Ohio Street, Ste. 1100 Indianapolis, IN 46204
2. (name) Shaw Enterprises, Inc. through Corporation Service Company
   (address) 320 Somerulos Street Baton Rouge, LA 70802
3. (name) The USA through U.S. Attorneys Office, Eastern District of Louisiana
   (address) 500 Poydras Street, Room B210 New Orleans, LA 70130
4. (name) The USA through Attorney General of the U.S., U.S. Dept. of Justice
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530
5. (name) The USA through FEMA, Office of the Director, Office of General Counsel
   (address) 500 C Street, SW Washington, DC 20472

Very truly yours,

"Signature"

I certify that all parties listed in the above referenced complaint are matched.

Attorney for  Plaintiffs

Address  622 Baronne Street
         New Orleans, LA 70113