OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __March 9, 2010__

__Keane Martin, et al__

vs.

__Dutchman Manufacturing, Inc., et al__

Case No. __09-8575__ Section __N__

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Dutchman Manufacturing, Inc. through C.T. Corporation System__
   (address) __251 E. Ohio St., Ste 1100 Indianapolis, IN 46204__
2. (name) __Shaw Enterprises, Inc. through Corporation Service Company__
   (address) __320 Somerulos Street Baton Rouge, LA 70802__
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_[Signature]_
"Signature"

Attorney for __Plaintiffs__

Address __622 Baronne Street__
__New Orleans, LA 70113__

I certify that all parties listed in the above referenced complaint are matched.