OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: __March 9, 2010__

__Shalam Scott, et al__

vs.

__Dutchman Manufacturing, Inc., et al__

Case No. __09-8574__ Section __N__

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Dutchman Manufacturing, Inc. through C.T. Corporation System
   (address) 251 E. Ohio St. Ste 1100 Indianapolis, IN 46204
2. (name) The USA through U.S. Attorneys office, Eastern District of Louisiana
   (address) 500 Poydras Street, Room B210 New Orleans, LA 70130
3. (name) The USA through Attorney General of the US, U.S. Dept. of Justice
   (address) 950 Pennsylvania Ave., NW Washington, DC 20530
4. (name) The USA through FEMA, Office of the Director, Office of General Counsel
   (address) 500 C Street, SW Washington, DC 20472

Very truly yours,

_____
"Signature"

Attorney for __Plaintiff__
Address __622 Baronne Street__
__New Orleans, LA 70113__

I certify that all parties listed on the above referenced complaint are matched.