OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 9, 2010

William Clark, et al

vs.

Dutchman Manufacturing, Inc., et al

Case No. 09-8573 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Dutchman Manufacturing, Inc. - through C.T. Corporation System
   (address) 251 E. Ohio St., Ste. 1100 Indianapolis, IN 46204
2. (name) Fluor Enterprises, Inc. - through Corporation Service Company
   (address) 320 Somerulos Street Baton Rouge, LA 70802
3. (name) The USA through U.S. Attorneys Office, Eastern District of Louisiana
   (address) 500 Poydras Street, Room B210 New Orleans, LA 70130
4. (name) The USA through Attorney General of the U.S., U.S. Dept. of Justice
   (address) 950 Pennsylvania Ave., NW Washington, DC 20530
5. (name) The USA through FEMA, Office of the Director, Office of the General Counsel
   (address) 500 C Street, SW Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs

Address 622 Baronne Street
New Orleans, LA 70113

I certify that all parties listed on the above referenced complaint are matched.