OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 9, 2010

Cinnamon Davis, et al

vs.

CMH Manufacturing, Inc., et al

Case No. 09-8511   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) CMH Manufacturing, Inc. through C.T. Corporation System
   (address) 800 S. Gay Street, Suite 2021 Knoxville, TN 37929
2. (name) Fluor Enterprises, Inc. through Corporation Service Company
   (address) 320 Someruelos Street Baton Rouge, LA 70802
3. (name) The USA through U.S. Attorneys Office, Eastern District of Louisiana
   (address) 500 Poydras Street, Room B210 New Orleans, LA 70130
4. (name) The USA through Attorney General of the U.S., U.S. Dept. of Justice
   (address) 950 Pennsylvania Ave., NW Washington, DC 20530
5. (name) The USA through FEMA, Office of the Director, Office of General Counsel
   (address) 500 C Street, SW Washington, DC 20472

Very truly yours,

"Signature"

I certify that all parties listed in the above referenced complaint are matched.

Attorney for Plaintiff
Address 622 Baronne Street
New Orleans, LA 70113