OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: _March 9, 2010_

_Reginel Lombard, et al_

vs.

_Dutchman Manufacturing, Inc., et al_

Case No. _09-8577_   Section _N_

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended

complaint) ( ___ amended complaint) (third party complaint)

(other : _____ ) to the following:

1. (name) _Dutchman Manufacturing, Inc. through C.T. Corporation_
   (address) _251 E. Ohio Street, Ste 1100 Indianapolis, IN 46204_
2. (name) _CH2M Hill Constructors, Inc. through C.T. Corporation_
   (address) _5615 Corporate Blvd., Ste 400B Baton Rouge, LA 70808_
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

I certify that all parties
listed on the above referenced
Complaint are matched.

Very truly yours,

_____
"Signature"

Attorney for _Plaintiffs_

Address _622 Baronne Street_
_New Orleans, LA 70113_