OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 9, 2010

Olevia Minor, et al

vs.

Giles Family Holdings, Inc., et al

Case No. 09-8578   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Giles Family Holding, Inc., Attn: Alan C. Neely
   (address) 405 S. Broad Street, New Tazwell, TN 37825
2. (name) The USA through US Attorney's Office, EDLA
   (address) 500 Poydras St., Rm B210, New Orleans, LA 70130
3. (name) The USA through Attorney General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW, Washington DC 20530-0001
4. (name) The USA through FEMA, Office of the Director, Office of General Counsel
   (address) 500 C. Street SW, Washington D.C. 20472

Very truly yours,

_____
"Signature"

Attorney for   Plaintiff

Address   622 Baronne St., New Orleans 70113

I certify that all parties listed in the Complaint referenced above, have been matched.