OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: __March 9, 2010__

__Norma Brown, et al__

vs.

__Giles Family Holding, Inc., et al__

Case No. __09-8579__ Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Giles Family Holding, Inc., Attn. Alan C. Neely__
   (address) __405 S. Broad Street, New Tazewell, TN 37825__
2. (name) __Fluor Enterprises, Inc., Attn. Corporation Service Company__
   (address) __320 Somerulos St., Baton Rouge, LA 70802-6129__
3. (name) __The USA through US Attorney General, EDLA__
   (address) __500 Poydras St., Rm B210 New Orleans, LA 70130__
4. (name) __The USA through Atty. General of the US, US Dept. of Justice__
   (address) __950 Pennsylvania Ave NW Washington D.C. 20530-0001__
5. (name) __The USA through FEMA, Office of the Director, Office of General Counsel__
   (address) __500 C. Street SW, Washington DC 20472__

Very truly yours,

_____
"Signature"

Attorney for __Plaintiff__

Address __622 Baronne St. New Orleans 70113__

I certify that all parties listed in the complaint referenced above, have been matched.