UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO: 1873

SECTION N(5)

JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:
*North American Catastrophe Service, Inc. v. Northfield Ins. Co.*
*No. 09-3818*

MAGISTRATE CHASEZ

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NORTHFIELD INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT [Rec. Doc. 11579]

Defendant, Northfield Insurance Company ("Northfield"), hereby moves for leave to file the attached Reply Brief in support of its Cross-Motion for Summary Judgment [Rec. Doc. 11579]. In support of this request, Northfield submits that the attached Reply Brief will assist this Court in its review of the briefing on the pending Cross-Motion for Summary Judgment by specifically addressing the issues raised by North American Catastrophe Services, Inc. ("NACS") in its opposition to the summary judgment motion. [Rec. Doc. 12302].

WHEREFORE, Northfield Insurance Company moves this Honorable Court for leave to file the attached Reply Brief to NACS' Opposition to Northfield Insurance Company's Cross-Motion to for Summary Judgment.

Respectfully submitted,

_(signature)_

RALPH S. HUBBARD III, T.A., La. Bar # 7040
TINA L. KAPPEN, La. Bar #29579
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Northfield Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2010, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system and notice of this filing was sent to all know counsel of record by operation of the court's electronic filing system.

_(signature)_