OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 9, 2010

Gloria Cash, et al

vs.

DS Corporation d/b/a Crossroads RV, et al

Case No. 09-8581 Section N

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) DS Corporation d/b/a Crossroads RV through Denette Boswell
   (address) P.O. Box 40 Topeka, IN 46571
2. (name) The USA through U.S. Attorneys Office, Eastern District of Louisiana
   (address) 500 Poydras Street, Room B210 New Orleans, LA 70130
3. (name) The USA through Attorney General of the US, U.S. Dept. of Justice
   (address) 950 Pennsylvania Ave., NW Washington, DC 20530
4. (name) The USA through FEMA, Office of the Director, Office of General Counsel
   (address) 500 C Street, SW Washington, DC 20472

Very truly yours,

_____
"Signature"

I certify that all parties listed on the above referenced complaint are matched.

Attorney for Plaintiffs
Address 622 Baronne Street
New Orleans, LA 70113