OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __March 9, 2010__

__Leroy E. Barber, et al__

vs.

__DS Corporation d/b/a Crossroads RV, et al__

Case No. __09-8580__ Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __DS Corporation d/b/a Crossroads RV through Denette Boswell__
   (address) __P.O. Box 40 Topeka, IN 46571__
2. (name) __Shaw Enterprises, Inc. through Corporation Service Company__
   (address) __320 Somerulos Street Baton Rouge, LA 70802__
3. (name) __The USA through US Attorneys Office, Eastern District of Louisiana__
   (address) __500 Poydras Street, Room B210 New Orleans, LA 70130__
4. (name) __The USA through Attorney General of the US, US Dept. of Justice__
   (address) __950 Pennsylvania Ave., NW Washington, DC 20530__
5. (name) __The USA through FEMA, Office of the Director, Office of the General Counsel__
   __500 C Street, SW Washington, DC 20472__

Very truly yours,

__I certify that all parties listed in the above referenced complaint are matched.__

"Signature"

Attorney for __Plaintiffs__

Address __622 Baronne Street__
__New Orleans, LA 70113__