UNITED STATES DISTRICT COURT
EASTER DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*

*****************************************************************************

### PLAINTIFF'S NOTICE OF WITHDRAWAL OF OBJECTION

NOW INTO COURT, through undersigned counsel, comes Plaintiff Lyndon Wright and hereby withdraws his objection to the reference of child studies as exhibits raised in Plaintiff's Responsive filing to Defendants' Exhibit Objections. Plaintiff raised this objection in error, and hereby seeks to withdraw his earlier objection.

        Respectfully submitted:

        **FEMA TRAILER FORMALDEHYDE**
        **PRODUCT LIABILITY LITIGATION**

        BY:    s/Gerald E. Meunier
                GERALD E. MEUNIER, #9471
                **PLAINTIFFS' CO-LIASON COUNSEL**
                Gainsburgh, Benjamin, David, Meunier &
                Warshauer, L.L.C.
                2800 Energy Centre, 1100 Poydras Street
                New Orleans, Louisiana 70163
                Telephone: 504/522-2304
                Facsimile:  504/528-9973
                gmeunier@gainsben.com

                s/ Justin I. Woods
                JUSTIN I. WOODS, #24713

**PLAINTIFFS' CO-LIASON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile:  504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas #24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document had been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on March 9, 2010.

/s/Gerald E. Meunier___
GERALD E. MEUNIER