UNITED STATES DISTRICT COURT
EASTER DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          MDL NO. 1873
 FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT

                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*


*******************************************************************************

### PROPOSED ORDER

Considering the foregoing Plaintiff's Notice of Withdrawal of Objection

**IT IS ORDERED** that the Plaintiff's Notice of Withdrawal of Objection is hereby
GRANTED.




THIS DONE the _____ day of March, 2010, New Orleans, Louisiana




_____
HONORABLE KURT D. ENGLEHARDT