UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * MDL NO. 07-1873 * * SECTION "N" (5) * |
| THIS DOCUMENT IS RELATED TO: *Lyndon Wright v. Forest River, Inc., et al.* Case No. 09-2977 (E.D. La.) | * JUDGE ENGELHARDT * MAG. JUDGE CHASEZ * * |

**MOTION FOR RECONSIDERATION**

     **NOW INTO COURT**, through undersigned counsel, comes defendant, Shaw Environmental, Inc. ("Shaw") who, for reasons more fully articulated in the attached Memorandum in Support, respectfully brings this Motion for Reconsideration of this Court's March 5, 2010 Order disallowing any reference to the exemplar trailer tested by Shaw as part of its defense in this matter. Opposing counsel opposes this Motion.

1

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**


  /s/ M. David Kurtz
ROY C. CHEATWOOD (#4010)
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC**

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

  /s/ M. David Kurtz