**From:** ANDREW WEINSTOCK
**Sent:** Friday, March 14, 2008 10:35 AM
**To:** Justin Woods; Gerald E. Meunier
**Subject:** Testing

Can we have a list of the trailers that plaintiffs have already tested (second request).

**Exhibit C**