**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Thursday, March 27, 2008 2:06 PM
**To:** ANDREW WEINSTOCK
**Cc:** Gerald E. Meunier
**Subject:** RE: Plaintiff Trailer Testing

Andy,

I am working right now to get you the complete list. Sorry for the delay.

**From:** ANDREW WEINSTOCK [mailto:andreww@duplass.com]
**Sent:** Thursday, March 27, 2008 1:43 PM
**To:** Justin Woods
**Cc:** Gerald E. Meunier
**Subject:** Plaintiff Trailer Testing

I have been requesting the identity of the trailers plaintiffs have/will test since Feb. 22. I have read in the paper that plaintiffs are testing trailers every day. Which ones?

**Exhibit E**