**From:** Linda Nelson [mailto:Linda@lambertandnelson.com]
**Sent:** Wednesday, June 11, 2008 5:23 PM
**To:** Taylor Daly; ANDREW WEINSTOCK; Richard Hines; LAMONT DOMINGUE
**Cc:** Justin Woods; Gerald E. Meunier; Hugh P. Lambert
**Subject:** FW: occupied testing list
**Importance:** High

all-

here is our list of occupied tested trailers. there are some which we will be entering into this database tomorrow. I will send an updated list asap.

linda

Linda J. Nelson, Esq.
Lambert and Nelson, PLC
701 Magazine Street
New Orleans, Louisiana
70130
504-581-1750

**From:** Jennifer Minden
**Sent:** Wednesday, June 11, 2008 4:37 PM
**To:** Linda Nelson
**Subject:** occupied testing list

**Jennifer Reso Minden**
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130
(504) 581-1750

**Exhibit F**

(504) 529-2931 fax