UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 07-1873 |
| | | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: *Lyndon Wright v. Forest River, Inc., et al.* Case No. 09-2977 (E.D. La.) | * * * | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXPEDITED CONSIDERATION

**NOW INTO COURT**, through undersigned counsel, comes defendant, Shaw Environmental, Inc. ("Shaw") and respectfully suggests to this Honorable Court that it is both necessary and appropriate under the circumstances of this litigation to expedite consideration of Shaw's Motion for Reconsideration of the Court's ruling of March 5, 2010 (Rec. Doc. 12447) (the "Exemplar Order"), which is being filed contemporaneously. As the trial of this matter is scheduled to commence Monday, March 15, 2010, Shaw respectfully requests that its Motion for Reconsideration be set expeditiously by this Honorable Court.

1

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

  /s/ M. David Kurtz
ROY C. CHEATWOOD (#4010)
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC**

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

  /s/ M. David Kurtz