UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|                                             |   |                         |
|---------------------------------------------|---|-------------------------|
|                                             | * |                         |
| IN RE:  FEMA TRAILER                        | * |                         |
| FORMALDEHYDE                                 | * |                         |
| PRODUCT LIABILITY LITIGATION                | * | MDL NO. 07-1873         |
|                                             | * |                         |
|                                             | * | SECTION "N" (5)         |
|                                             | * |                         |
|                                             | * | JUDGE ENGELHARDT        |
| THIS DOCUMENT IS RELATED TO:                | * | MAG. JUDGE CHASEZ       |
| *Lyndon Wright v. Forest River, Inc., et al.* | * |                         |
| *Case No. 09-2977 (E.D. La.)*               | * |                         |
| * * * * * * * * * * * * * * * * * * * * * * | * |                         |

## **ORDER**

Considering the Motion for Expedited Consideration filed by defendant Shaw Environmental, Inc.,

IT IS ORDERED that the Motion is granted and that Shaw Environmental, Inc.'s Motion for Reconsideration of this Court's ruling of March 5, 2010 (Rec. Doc. 12447) is noticed for hearing on March _____, 2010, at _____ a.m.

New Orleans, Louisiana, this _____ day of March, 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**