```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: __03/10/2010_____

__KEVIN GEORGE_____

vs.

__SCOTBILT HOMES, INC; AND FLUOR ENTERPRISES__

Case No. __10-706___  Section __N___

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __FLUOR ENTERPRISES, INC._____
   (address) __320 somerulos St., Baton Rouge, LA 70802__
2. (name) __SCTOBILT HOMES, INC._____
   (address) __2888 Fulford Road, Waycross, GA 31503__
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

__/s/Lawrence Centola, Jr.__
"Signature"

Attorney for __Hurricane Legal Center__

Address __600 Carondelet St. #602__
         __New Orleans, LA 70130__

I hereby certify that the case mentioned above is a "matched complaint"