OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 03/10/2010

DANIELLE MORTON; DOMININIQUE MORTON; AND WILTON HYMES

vs.

LIBERTY MUTUAL INSURNACE CORPORATION, ET AL.

Case No. 10-707   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) LIBERTY MUTUAL INSURANCE CORPORATION
   (address) 320 somerulos St., Baton Rouge, LA 70802
2. (name) LEXINGTON INSURANCE COMPANY
   (address) Secretary of State of Louisiana
3. (name) WESTCHESTER SURPLUS LINES INSURANCE COMPANY
   (address) Secretary of State of Louisiana
4. (name) ARCH SPECIALTY INSURANCE COMPANY
   (address) Secretary of State of Louisiana

Very truly yours,

/s/Lawrence Centola, Jr.
"Signature"

Attorney for  Hurricane Legal Center

Address  600 Carondelet St. #602
         New Orleans, LA 70130

I certify that the case mentioned above is a "matched complaint"