```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date:  03/10/2010

 DANIELLE MORTON; DOMININIQUE MORTON; AND WILTON HYMES

vs.

 LIBERTY MUTUAL INSURNACE CORPORATION, ET AL.

Case No. 10-707    Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) FLUOR ENTERPRISES, INC.
   (address) 320 somerulos St., Baton Rouge, LA 70802
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

 /s/Lawrence Centola, Jr.
"Signature"

Attorney for  Hurricane Legal Center

Address  600 Carondelet St. #602
         New Orleans, LA 70130

I hereby certify that the case mentioned above is a "matched complaint"