OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date:  03/10/2010

LIONEL CUNEO

vs.

FOREST RIVER, INC.; AND FLUOR ENTERPRISES, INC

Case No. 10-709   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) FOREST RIVER, INC
   (address) 228 W. High St., Elkhart, IN 46516
2. (name) FLUOR ENTERPRISES, INC.
   (address) 320 Somerulos St., Baton Rouge, LA 70802-6129
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

/s/Lawrence Centola, Jr.
"Signature"

Attorney for  Hurricane Legal Center

Address  600 Carondelet St. #602
         New Orleans, LA 70130

I hereby certify that the case mentioned above is a "matched complaint"