OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date:  03/10/2010

DARRYL BOUDREAUX

vs.

FRONTIER RV, INC.

Case No. 10-710    Section  N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) FRONTIER RV, INC.
   (address) 408 W. 17th Street SUITE 101, AUSTIN, TX 78701
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

/s/Lawrence Centola, Jr.
"Signature"

Attorney for  Hurricane Legal Center

Address  600 Carondelet St. #602
         New Orleans, LA 70130

I hereby certify that the case mentioned above is a "matched complaint"