# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID SHACKLEFORD | ) |
| Plaintiff | ) |
| v. | ) |
| LAYTON HOMES, CORP.; AND FLUOR ENTERPRISES, INC. | ) |
| Defendant | ) |
| | ) |
| | ) |

Civil Action No.  2:10-cv-711

**Summons in a Civil Action**

To: *(Defendant's name and address)*

**Fluor Enterprises, Inc.**
Through its Agent for Service of Process
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____

Name of clerk of court

_____

Deputy clerk's signature

Date: _____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*