OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

                                Date:  03/10/2010

                                CATRINA CEASER

                                vs.

                                LAKESIDE PARK HOMES, INC.

                                Case No. 10-712    Section N

Dear Sir:

    Please **(issue)** (re-issue) summons on the **(complaint)** (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

    1. (name) LAKESIDE PARK HOMES, INC.
       (address) 70 Peachstate Drive, Adel, GA 31620
    2. (name) _____
       (address) _____
    3. (name) _____
       (address) _____
    4. (name) _____
       (address) _____

                                Very truly yours,

                                /s/Lawrence Centola, Jr.
                                    "Signature"

                            Attorney for  Hurricane Legal Center

                            Address  600 Carondelet St. #602
                                      New Orleans, LA 70130

I hereby certify that the case mentioned above is a "matched complaint"