AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Edwin Trufant, Sr.; Tyric Trufant; Benjamin Irvin; Kenneth Strumph; and Bonnie Strumpf )
Plaintiff )
v. ) Civil Action No. 09-07939
Coachman Industries, Inc.; United States through FEMA; and CH2M Hill Construtors, Inc. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Coachman Industries, Inc.
Through its Agent for Service of Process
Corporation Service Company
251 East Ohio St., Suite 500
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Douglas Sunseri (#19173)
3000 18th Street
Metairie, Louisiana 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Feb 22 2010

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Corporation Service Company
   251 East Ohio St. #500
   Indianapolis, IN 46204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Chris Seigh_  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
CHRIS SEIBAL   3/1/10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[MAR 01 stamp, INDIANAPOLIS, IN 46204]

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7009 2820 0001 1098 1336

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540