AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Deborah Scott )
)
Plaintiff )
v. ) Civil Action No. 09-07955
Cavalier Home Builders, LLC; United States of )
America through FEMA; and American Radiation Ser )
)
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cavalier Home Builders, LLC
Through its Agent of Service of Process
The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. DOUGLAS SUNSERI (#19173)
3000 18th Street
Metairie, Louisiana 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Cherie Bourgeois
Deputy clerk's signature

Date: Jan 27 2010

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    The Corporation Company
    2000 Interstate Park Drive
    Suite 204
    Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ Landry
☐ Agent
☐ Addressee

B. Received by (Printed Name): K. Landry
C. Date of Delivery: 2-2-10

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 2820 0001 1098 1121

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540