MINUTE ENTRY
ENGELHARDT, J.
March 5, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER      MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                  SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

     A status conference was conducted on Friday, March 5, 2010, at 8:30 a.m. Participating were Gerald E. Meunier, Justin I. Woods, Andrew D. Weinstock, Joe Glass, Matthew B. Moreland, Frank D'Amico, Jr., Timothy D. Scandurro, James C. Percy, John Stewart Tharp, M. David Kurtz, Robert M. Becnel, Henry T. Miller, Jerry L. Saporito, Ernest P. Gieger, Jr., Thomas W. Thagard, III, Adam M. Dinnell, Mikal C. Watts, Karen Whitfield, Gerardo R. Barrios, Dennis C. Reich, Raul R. Bencomo, Charles E. Leche, Chris Pinedo, John J. Hainkel, Ralph S. Hubbard, III, Anthony G. Buzbee, and Lyon H. Garrison.

Court Reporter: Jodi Simcox

JS10(1:15)