MINUTE ENTRY
ENGELHARDT, J.
March 5, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                   MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Friday, March 5, 2010, at 10:00 a.m.  Participating

were Gerald E. Meunier, Justin I. Woods, Andrew D. Weinstock, Joe Glass, Matthew B. Moreland,

Frank D'Amico, Jr., Timothy D. Scandurro, James C. Percy, John Stewart Tharp,  M. David Kurtz,

Robert M. Becnel, Henry T. Miller, Jerry L. Saporito, Ernest P. Gieger, Jr., Thomas W. Thagard,

III, Adam M. Dinnell, Mikal C. Watts, Karen Whitfield, Gerardo R. Barrios, Dennis C. Reich, Raul

R. Bencomo, Charles E. Leche, Chris Pinedo, John J. Hainkel, Ralph S. Hubbard, III, Anthony G.

Buzbee, and Lyon H. Garrison.

      A complete list of attendees is attached as a supplement to the Court's Pretrial Order #62

dated March 5, 2010 (Rec. Doc. No. 12585).

Court Reporter: Cathy Pepper

JS10(0:40)