MINUTE ENTRY
ENGELHARDT, J.
March 5, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                    SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES


      A status conference was conducted on Friday, March 5, 2010, at 10:45 a.m.  Participating were Ryan E. Johnson, Gerald E. Meunier, Justin I. Woods, M. David Kurtz, Henry T. Miller, Thomas W. Thagard, III, Mikal C. Watts, Jordan Samford, and Lamont P. Domingue.  Charles R. Penot, Jr. and Thomas L. Cougill participated by telephone.

JS10(0:35)