UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                     MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION        SECTION "N-5"

                                                         JUDGE ENGELHARDT

                                                         MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*

******************************************************************************

**PLAINTIFF'S PROPOSED *VOIR DIRE* QUESTIONS**

MAY IT PLEASE THE COURT:

      On behalf of plaintiff, we ask that the following be added to the Judge's *voir dire* questions:

**Question 1:**

      IN THIS TRIAL, THE JURY MAY BE ASKED TO ASSESS THE FAULT (IF ANY) OF ENTITIES OTHER THAN THE DEFENDANT FOREST RIVER, AS WELL AS THE PLAINTIFF HIMSELF. IF THE JURY CONCLUDES THERE IS EVIDENCE OF FAULT ON THE PART OF A NON-PARTY ENTITY OR THE PLAINTIFF, IT THEN WILL BE REQUIRED TO DIVIDE BY PERCENTAGES THE TOTAL FAULT IN THE CASE AMONG THE DEFENDANT, THE PLAINTIFF, AND/OR ONE OR MORE NON-PARTIES. WOULD

ANYONE HAVE DIFFICULTY DECIDING PERCENTAGES OF FAULT, IF ANY, TO BE ASSIGNED TO DIFFERENT PARTIES AND NON-PARTIES, WITH THE TOTAL OF THESE PERCENTAGES ADDING UP TO 100%.

**Question 2:**

ONE OF THE NON-PARTIES AS TO WHICH THE JURY IS THIS CASE MAY HAVE TO ASSESS FAULT, IS FEMA. THEREFORE, THE JURY MAY HAVE TO ASSIGN A PERCENTAGE OF FAULT TO FEMA. WOULD ANYONE HAVE DIFFICULTY PUTTING ASIDE ANY PRE-EXISTING ATTITUDES ABOUT FEMA AND ASSESSING THE FAULT OF FEMA, IF ANY, BASED SOLELY ON THE EVIDENCE PRESENTED IN THIS TRIAL?

**Question 3:**

THE LAW ALLOWS A PLAINTIFF IN A CASE SUCH AS THIS TO BE COMPENSATED MOMENTARILY FOR DAMAGES PROVEN TO BE CAUSED BY THE FAULT OF A DEFENDANT. IN THIS CASE, THE PLAINTIFF SEEKS TO RECOVER DAMAGES FOR HIS PHYSICAL PAIN AND SUFFERING, MENTAL ANGUISH AND EMOTIONAL DISTRESS INCLUDED BUT NOT LIMITED TO FEAR OF CANCER, FUTURE MEDICAL EXPENSES, AND THE LOSS OF IMPAIRMENT OF THE ENJOYMENT OF LIFE'S PLEASURES. WILL ANYONE HAVE DIFFICULTY CONSIDERING THESE CLAIMS FOR DAMAGES AND DETERMINING A FAIR

AMOUNT TO COMPENSATE FOR SUCH DAMAGES, ASSUMING FAULT ON THE PART OF THE DEFENDANT IS ESTABLISHED?

**Question 4:**

IN THIS CASE, THE DEFENDANT WILL ASSERT THAT FORMALDEHYDE IS A SUBSTANCE COMMONLY FOUND IN EVERYDAY LIFE. HOW MANY OF YOU, BECAUSE OF THIS, WILL HAVE DIFFICULTY FAIRLY CONSIDERING THE PLAINTIFF'S CLAIM THAT HE WAS HARMED BY THE LEVELS OF FORMALDEHYDE IN A TRAVEL TRAILERS?

**Question 5:**

DO ANY OF YOU FEEL THAT, SINCE THE FEDERAL GOVERNMENT (FEMA) PROVIDED THE TRAVEL TRAILER IN THIS CASE TO THE PLAINTIFF LYNDON WRIGHT AS EMERGENCY HOUSING, THIS MUST MEAN THAT THE TRAILER WAS SAFELY DESIGNED AND MADE BY THE MANUFACTURER FOREST RIVER?

**Question 6:**

IN THIS CASE, THE PLAINTIFF'S MOTHER, BOBBIE WRIGHT, DID APPLY FOR EMERGENCY HOUSING ASSISTANCE AFTER HURRICANE KATRINA, AND THIS IS WHY FEMA PROVIDED THE TRAVEL TRAILER TO THE PLAINTIFF. WOULD ANYONE HAVE DIFFICULTY IN CONSIDERING THE CLAIMS OF MR. WRIGHT

BECAUSE OF THE FACT THAT THESE CLAIMS OF ALLEGED HARM FROM FORMALDEHYDE EXPOSURE RESULT FROM LIVING IN A TRAVEL TRAILER WHICH WAS PROVIDED TO PLAINTIFF'S MOTHER FREE OF CHARGE, AS EMERGENCY HOUSING?

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIASON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile:  504/528-9973
gmeunier@gainsben.com

s/ Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIASON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile:  504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas #24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document had been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on March 4, 2010.

/s/Gerald E. Meunier
GERALD E. MEUNIER