UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                                          MDL NO. 1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                                                         SECTION:  N

**This document relates to:**
    Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
    Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
    Annis, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-5994
    Bostic, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6412
    Boteler, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6643
    Pelas, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6419
    Buras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6501
    Durham, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6636
    Gras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6498
    Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6497
    Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6632
    Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
    Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
    Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844
    Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845
    Rodriguez, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6495

**LIBERTY MUTUAL INSURANCE CORPORATION'S
RESPONSE TO PLAINTIFFS "OPPOSED MOTION FOR
EXTENSION OF TIME" (Rec. Doc. 12503)**

Liberty Mutual Insurance Corporation ("Liberty Mutual"), as an alleged insurer of R-Vision, Inc., submits this response to the Motion for Extension of Time (Rec. Doc. 12503) filed in the captioned matters. Liberty Mutual joins the United States of America's arguments in its Response to the Motion for Extension. (Rec. Doc. 12702.)  The Court has already extended the matching deadline for these same plaintiffs.  Liberty Mutual respectfully submits that allowing further extensions of time to comply with matching requirements in Pretrial Orders 40 and 49 will cause undue delay and expense and defeat the purpose of the Court's Pretrial Orders.

Pretrial Order No. 40, which requires all unmatched plaintiffs to be matched with a specific manufacturing defendant within 45 days of the date of filing the complaint, has been in effect for nearly eight (8) months. Yet Liberty Mutual remains a defendant in several underlying lawsuits involving perhaps hundreds of unmatched plaintiffs and continues to expend significant resources in monitoring and maintaining its files for these cases. Without a firm deadline in place, these standing issues may not be resolved for many more months. Accordingly, Liberty Mutual respectfully requests that the Court deny the Motion for Extension, and enter an Order establishing a final deadline for matching each plaintiff to a specific manufacturer.  Further, Liberty Mutual reserves the right to object to any additional extensions of time for compliance with Pretrial Order No. 49.

Respectfully Submitted,

_s/Anne E. Briard_____
**Kristopher T. Wilson, La. Bar No. 23978**
**Ralph S. Hubbard III, La. Bar No. 7040**
**Kristopher M. Redmann, La. Bar #18397**
**Anne E. Briard, La. Bar No. 29102**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:     (504) 310-9195
e-mail:           kwilson@lawla.com
                     rhubbard@lawla.com
                     kredmann@lawla.com
                     abriard@lawla.com
**Attorneys for Liberty Mutual Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on 10 March 2010 a copy of the foregoing LIBERTY MUTUAL INSURANCE CORPORATION'S RESPONSE TO MOTIONS FOR EXTENSION OF TIME was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

_s/Anne E. Briard_____