Page 1 of 3

### Burgess, Andrew

From: Miller, Kathy [Kathy.Miller@dhs.gov]
Sent: Tuesday, November 29, 2005 5:41 PM
To: Burgess, Andrew
Subject: FW: Parish permits

*Andy,*

*Is Shaw working on this?*

*Kathy Miller*
*COTR for Shaw*
*FEMA Joint Field Office (JFO)*
*Section 432-18*
*415 N. 15th Street*
*Baton Rouge, LA 70802*
*FEMA cell phone: 832-588-0406*

From: Waigand, Robert P LRP [mailto:Robert.P.Waigand@lrp02.usace.army.mil]
Sent: Monday, November 28, 2005 8:25 AM
To: mike.noble@shawgrp.com
Cc: Miller, Kathy
Subject: FW: Parish permits

e:

**Have you had any luck with obtaining a list of specific local issues (see below) ? Thanks**

Bob


Mike:

I don't think that I did a very good job in explaining to Kathy what I was really looking for. I don't think that you were at the meeting held on 13 November that attempted to identify all of the impediments to housing progress. One of the issues that was brought up by the contractors had to do with difficulties at the local and Parish level obtaining permits, getting inspections completed, getting electric hooked up, etc. Things like "no one works on the weekend" and "we have to use their contractors" are just an example of what was reported. The group established an action item for the contractors to provide a specific list of these difficulties, by Parish, to give to the state. I have been tasked to followup on this. So, can you put together such a list for Shaw focused on the communities and Parishes where you are working? The idea is that the state can try to work with the Parishes to see if they can smooth out the bumps. I don't know how successful that will be, but it couldn't hurt to try. I have to report on it at a meeting at 4 PM on Monday. Thanks.

Bob Waigand
USACE

From: Miller, Kathy [mailto:Kathy.Miller@dhs.gov]
Sent: Tuesday, November 22, 2005 8:08 PM
To: Waigand, Robert P LRP
Subject: FW: Parish permits

*Bob,*

12/3/2005


EXHIBIT "A"

SHAW 003145

*Here ya go.*

*Kathy Miller*
*C TR for Shaw*
*FEMA Joint Field Office (JFO)*
*Section 432-18*
*415 N. 15th Street*
*Baton Rouge, LA 70802*
*FEMA cell phone: 832-588-0406*

**From:** Burgess, Andrew [mailto:andrew.burgess@shawgrp.com]
**Sent:** Tuesday, November 22, 2005 6:25 PM
**To:** Miller, Kathy
**Subject:** FW: Parish permits

Kathy,

I thought that I had forwarded this earlier, but I cannot find where I did. Here is the list. Sorry for the delay.

Andy

**Andrew P. Burgess**
FEMA IA-TAC Contract Administrator
Shaw Environmental & Infrastructure
4171 Essen Lane
Baton Rouge, LA 70809
225.618.3447 cell
www.shawgrp.com

**From:** Noble, Mike
**Sent:** Friday, November 18, 2005 3:04 PM
**To:** Burgess, Andrew
**Cc:** Sivalingam, Siva
**Subject:** Parish permits

Andrew,

All parishes that Shaw is performing work in so far require the following permits:

1-Electrical*
2-Plumbing*
3-Building*
4-Certificate of Occupancy*

  * may be a combination, single or all exclusive

5-LDEQ-storm water discharge or wastewater discharge if you have treatment plant

6-DHH-Letter of NO objection or Verbal Ok

Please advise if you need more Information
**Mike Noble**
Shaw Environmental & Infrastructure
4171 Essen Lane
Baton Rouge, LA 70809
 -987-7395 Office
 -413-3130 Cell
225-987-3323 Fax
146*18531*1 Nextel
mike.noble@shawgrp.com

12/3/2005

SHAW 003146

Case 2:07-md-01873-KDE-MBN   Document 12739-1   Filed 03/10/10   Page 3 of 3

*****************Internet Email Confidentiality
*ter******************

Privileged/Confidential Information may be contained in this message.
If you are not the addressee indicated in this message (or responsible
for delivery of the message to such person), you may not copy or
deliver
this message to anyone. In such case, you should destroy this message
and notify the sender by reply email. Please advise immediately if you
or your employer do not consent to Internet email for messages of this
kind. Opinions, conclusions and other information in this message that
do not relate to the official business of The Shaw Group Inc. or its
subsidiaries shall be understood as neither given nor endorsed by it.

The Shaw Group Inc.
http://www.shawgrp.com

12/3/2005

SHAW 003147