# Transcript of the Testimony of
# Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

**Date taken: January 7, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "B"

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)        Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 358

```
 1      A    Yes.
 2      Q    November 18th e-mail from Mike
 3 Noble to Andrew Burgess, "cc," who is Siva
 4 Sivalingam?
 5      A    "Sivalingam." "Siva Sivalingam."
 6 Yeah. I will give you their roles. Andrew
 7 Burgess is our -- basically, our person in
 8 the JFO working with COTR. Mike Noble is a
 9 person who works for Shaw who is supporting
10 our group site construction program at this
11 point in time.
12           Siva is one of the design
13 engineers who was working to establish what
14 the ground rules are for building group
15 sites in Orleans, Jefferson, East Baton
16 Rouge and our areas.
17           And so, basically, Mike is
18 reporting to Andy and cc'ing Siva on what he
19 believes the permit requirements to be for
20 group sites, so that Andy can pass that on.
21      Q    Where on this e-mail does it
22 indicate that it's group sites?
23      A    Because Siva only worked on group
24 sites and Mike Noble was attached
25 specifically to expedite group site design
```

Case 2:07-md-01873-KDE-MBN   Document 12739-2   Filed 03/10/10   Page 3 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 359

```
 1   in his role in the joint field office at
 2   this time.
 3        Q    Do you have any information that
 4   would indicate that these would not also
 5   apply to private residences?
 6        MR. KURTZ:
 7             Objection.  Asked and answered.
 8        THE WITNESS:
 9             We have talked about the permits
10   we determined -- deemed to be required for
11   the private sites.
12   EXAMINATION BY MR. AHLQUIST:
13        Q    Do you know if -- No. 3 on this
14   list is "Building."  Do you know if Shaw was
15   obtaining building permits for its group
16   sites?
17        A    I believe we were.  I would have
18   to go back and refresh on that specifically.
19             Again, in the early going,
20   different parishes and all the requirements,
21   especially for something kind of novel, like
22   a group community site, was something that
23   made everybody say, "Okay.  How do we do
24   this," particularly in the environment.  So
25   I think we were exercising caution.
```