UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Lyndon T. Wright v. Forest River, Inc, et al.* | * | |
| Docket No. 09-2977 | * | |

### ORDER

Considering the above and foregoing, Plaintiff's Unopposed Motion for Leave to File Corrected Plaintiff's Response to Forest River, Inc.'s Motion to Exclude the Expert Testimony of Dr. Patricia Williams is GRANTED.

IT IS HEREBY ORDERED that Plaintiff is hereby granted leave to file its Corrected Plaintiff's Response to Forest River, Inc.'s Motion to Exclude the Expert Testimony of Dr. Patricia Williams.

Signed this 9th day of March, 2010.

_____
JUDGE