# Transcript of the Testimony of
# Videotaped Deposition of Edward Halie Shwery, Ph.D.

## Date taken: November 9, 2009
### Vol. I

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 12741-10   Filed 03/10/10   Page 2 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright) — Videotaped Deposition of Edward Halie Shwery, Ph.D.

## Page 1

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER         MDL NO. 1873
        FORMALDEHYDE PRODUCTS SECTION "N"(4)
        LIABILITY LITIGATION  JUDGE ENGELHARDT

This document relates to:  Lyndon T. Wright
                v. Forest River, Inc., et al
                Docket No. 09-2977
                        *   *   *
                      (Volume I)
        Videotaped Deposition of EDWARD HALIE
SHWERY, Ph.D., 315 Metairie Road, Suite 200,
Metairie, Louisiana 70005, taken at the Law
Offices of Frank J. D'Amico, Jr., 622
Baronne Street, New Orleans, Louisiana
70113, on Monday, the 9th day of November,
2009.

REPORTED BY:
    JAMES T. BRADLE, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255
VIDEOGRAPHER:
    MICHAEL BERGERON
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255
```

## Page 2

```
APPEARANCES:
    THE LAW OFFICES OF FRANK
        J. D'AMICO, JR.
    (BY: AARON Z. AHLQUIST, ESQUIRE)
    622 BARONNE STREET
    NEW ORLEANS, LOUISIANA 70113
    DAVID McLENDON
    4731 CANAL STREET
    NEW ORLEANS, LOUISIANA 70119
        ATTORNEY FOR THE PLAINTIFFS
    U.S. DEPARTMENT OF JUSTICE
    (BY: MICHELE S. GREIF, ESQUIRE)
    CIVIL DIVISION
    1331 PENNSYLVANIA AVENUE, N.W.
    ROOM 8022S, NAT'L PLACE
    WASHINGTON, D.C. 20004

        ATTORNEYS FOR DEFENDANT, UNITED
        STATES OF AMERICA
    BAKER DONELSON
    (BY: KAREN KALER WHITFIELD, ESQUIRE)
    201 ST. CHARLES AVENUE, SUITE 3600
    NEW ORLEANS, LOUISIANA 70170

        ATTORNEYS FOR DEFENDANTS,
        CH2M HILL CONSTRUCTORS, INC. AND
        SHAW ENVIRONMENTAL, INC.

    GIEGER, LABORDE & LAPEROUSE, LLC
    (BY: JASON D. BONE, ESQUIRE)
    701 POYDRAS STREET
    SUITE 4800
    NEW ORLEANS, LOUISIANA 70139

        ATTORNEYS FOR DEFENDANT, FOREST
        RIVER, INC.
```

## Page 3

```
APPEARANCES CONTINUED:
    WILLINGHAM, FULTZ & COUGILL
    (BY: THOMAS L. COUGILL, ESQUIRE -
    VIA TELEPHONE)
    NIELS ESPERSON BUILDING
    808 TRAVIS, SUITE 1608
    HOUSTON, TEXAS  77002

        ATTORNEYS FOR DEFENDANTS,
        JAYCO, INC. AND STARCRAFT
        RV, INC.

    JONES, WALKER, WAECHTER, POITEVENT,
        CARRERE & DENEGRE, LLP
    (BY: MADELEINE FISCHER, ESQUIRE -
    VIA TELEPHONE)
    201 ST. CHARLES AVENUE
    NEW ORLEANS, LOUISIANA 70170
        ATTORNEYS FOR DEFENDANTS,
        KEYSTONE RV COMPANY, THOR
        CALIFORNIA, THOR INDUSTRIES,
        DUTCHMEN MANUFACTURING, DS CORP
        (d/b/a CROSSROADS RV) AND KZ RV,
        LP

    LUGENBUHL, WHEATON, PECK,
        RANKIN & HUBBARD
    (BY: KRISTOPHER M. REDMANN, ESQUIRE -
    VIA TELEPHONE)
    601 POYDRAS STREET, SUITE 2775
    NEW ORLEANS, LOUISIANA 70130
        ATTORNEYS FOR DEFENDANT,
        LIBERTY MUTUAL INSURANCE
        CORPORATION
```

## Page 4

```
                    *   *   *
              EXAMINATION INDEX
                              Page
EXAMINATION BY MR. BONE ...............8
                    *   *   *
              INDEX OF EXHIBITS
                              Page
Exhibit No. 1  ........................9
Notice of Video Deposition of Edward H.
Shwery, Ph.D.
Exhibit No. 2  ........................10
Curriculum Vitae of Edward Halie Shwery,
Ph.D. (PSC025369 through PSC025384)
Exhibit No. 3  ........................11
Bill from Edward Halie Shwery, Ph.D. to Ms.
Cynthia Wallace dated October 30, 2009
Exhibit No. 4  ........................12
Edward H. Shwery, Ph.D. Court Testimony for
2009
Exhibit No. 5  ........................37
BDI-II questionnaire dated 7-17-09
(0154018392)
Exhibit No. 6  ........................43
RISB Adult Response Sheet dated 7-17-09
(0154685844)
```

1 (Pages 1 to 4)

Case 2:07-md-01873-KDE-MBN   Document 12741-10   Filed 03/10/10   Page 3 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)  Videotaped Deposition of Edward Halie Shwery, Ph.D.

```
 1  developing a treatment regimen"?
 2      A    Yes.
 3      Q    And they make three
 4  recommendations or three -- make you aware
 5  of three issues that need to be considered
 6  with respect to Mr. Wright, correct?
 7      A    Yes.
 8      Q    And the first is "because of his
 9  psychiatric profile, this individual may be
10  at increased risk for having an exaggerated
11  negative reaction to serious medical
12  information that follows diagnostic
13  testing," correct?
14      A    Yes.
15      Q    And that "this patient may be at
16  risk for overusing healthcare services,"
17  correct?
18      A    Yes.
19      Q    Did you discuss either of these
20  two particular issues that were raised by
21  the folks who administered -- the folks who
22  created the MBMD?
23      A    Well, yeah.  In fact, that first
24  one about he may be at increased risk for
25  negative reaction or heightened negative
                                      Page 65
```

```
 1  reaction was really right on point.
 2              When he went for that biopsy in --
 3  I think it was later in July after I saw
 4  him, I think it was late July, that really
 5  triggered the reason I saw him again in
 6  September when the clinical presentation was
 7  much different, and a lot of those
 8  underlying things were really flourishing as
 9  you saw in my second report.
10              So, yeah, and that, again, is why
11  I recommended some counseling.  I thought,
12  you know, this guy, he doesn't have any
13  significant anxiety or depression that would
14  render somebody to go for counseling or
15  psychotherapy, but there's enough -- there
16  are enough issues under the surface that it
17  would be prudent to get him into treatment
18  or recommend it.  But I didn't think he was
19  going to need as much as I think he does
20  now.
21      Q    All right.
22      A    So that's really consistent with
23  that whole change after the head and neck
24  surgeon began to biopsy that growth on his
25  tongue and so on.
                                      Page 66
```

```
 1      Q    And if he requires future medical
 2  care or future psychiatric or psychological
 3  care, it would be likely due to issues that
 4  were triggered based upon his neuroma?
 5      A    Well, it started -- It's two
 6  things, really.  It's the current medical
 7  problems that are specifically focused on a
 8  risk of cancer or something pretty severe,
 9  the idea that you might get cancer.  Even
10  though the doctor said he doesn't have
11  cancer, but the doctor doesn't know why he's
12  continuing to bleed, that kind of ambiguity
13  or lack of clarity medically.
14              The other thing is it really
15  crystallized the recurrent theme of when he
16  was in that trailer and looking back and
17  wondering "what was I doing to myself by
18  living there."  Those things are kind of
19  getting all intertwined and crystallized,
20  and that's what's cooking with this man.
21      Q    Okay.  And so it's going to be
22  your testimony that the reason that this
23  gentleman needs counseling has nothing to do
24  with the biopsy that diagnosed a benign
25  neuroma?
                                      Page 67
```

```
 1      MR. AHLQUIST:
 2          Object to the form.
 3  EXAMINATION BY MR. BONE:
 4      Q    But rather has to do simply with
 5  his time living in the trailer and being
 6  made aware of problems that may have
 7  occurred as a result of his living in the
 8  trailer?
 9      A    No, no, no.  As he reflected back
10  on living in the trailer, he recognized that
11  he had a number of symptoms, coughing up
12  blood in his mucus, going to the doctor a
13  lot more and so on, and he attributed those
14  at the time and during that year he was out
15  of the trailer in an apartment when the
16  symptoms declined, he attributed that to,
17  well, it must be just general health issues,
18  and I think he said things like -- No, I
19  remember he said things like "I just go to
20  the doctor and I get medicine and he treats
21  me, and then I get well."  So he was kind of
22  like regarding all of that.
23              Now, with the development of a
24  neuroma, he was encouraged that the doctor
25  said it's not cancer, but he's alarmed that
                                      Page 68
```

Case 2:07-md-01873-KDE-MBN   Document 12741-10   Filed 03/10/10   Page 4 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped Deposition of Edward Halie Shwery, Ph.D.

1  A  No, I had told him, I said, "If
2  you need to call me for anything, call me,"
3  and I said, "At some point I'm going to go
4  over my recommendations with you after I
5  have written my report."
6     I was planning to do that at some
7  point, to sit down with him and go over that
8  July 21 report, which I often do with
9  patients, and before I did that, he had
10 called me and said he was worried and upset,
11 and I said, "Well, why don't you come on in
12 and I will go over what I found and let's
13 see what's going on with you."
14 Q  All right. On this particular
15 visit, was Mr. Wright alone when he came to
16 see you?
17 A  Yes.
18 Q  Okay. Had you seen Mr. Wright at
19 any point in time between July 21st and
20 September 23rd?
21 A  No.
22 Q  When Mr. Wright arrived, take me
23 through in general strokes --
24 A  Can I take a brief bathroom break?
25 Q  Surely. Can you answer this

Page 173

1  question real quick, and then we will take a
2  break?
3  A  Yes. Just for four or five
4  minutes is all I need.
5  Q  Sure. In general terms, what did
6  the evaluation in September consist of?
7  A  Okay. A clinical interviewing,
8  crisis intervention, reducing his stress
9  level, and repeating the Beck Anxiety and
10 the Beck Depression Inventories.
11    MR. BONE:
12       All right. And we can go ahead
13 and take that break.
14    THE VIDEOGRAPHER:
15       We're off the record. It's 11:18.
16 (Discussion off the record.)
17    THE VIDEOGRAPHER:
18       We're back on record. It's 11:23.
19 EXAMINATION BY MR. BONE:
20 Q  Doctor, when we left off, we were
21 talking about your second visit with
22 Mr. Wright, which took place September 23rd,
23 2009?
24 A  Yes.
25 Q  And you had met with him, had a

Page 174

1  brief conversation, and then you
2  readministered some of the tests that you
3  previously administered?
4  A  Well, it was more than brief. I
5  saw him for probably an hour and a half, I
6  would estimate, as I recall, and then I did
7  the testing.
8  Q  Okay. Do you recall what day of
9  the week September 23rd was?
10 A  No.
11 Q  Do you know if Mr. Wright had
12 taken off work to come see you on the 23rd?
13 A  I think he did. I think he did.
14 Q  Okay. And what was the nature of
15 the visit? What was the concern when he
16 walked through the door?
17 A  Well, he was distressed and upset,
18 and so I did some intervention to calm him
19 down, and then I said, you know, "What has
20 happened? What's going on? Why are you
21 upset?"
22    And he said, well, he had recently
23 had the biopsy and he's been really worried,
24 and he would just -- periodically he would
25 just flare up with anxiety.

Page 175

1     And so then I started,
2  interspersed with calming him down, asking
3  for information about "what has been going
4  on with you since I saw you a couple, three
5  months ago?"
6  Q  Other than the biopsy, what other
7  issues had been going on that had caused any
8  concern with respect to Mr. Wright?
9  A  Well, that was pretty much the
10 primary issue, was that he recently went to
11 his doctor and his doctor took a biopsy,
12 said it wasn't cancer, told him he wanted to
13 see if it was, and then he said it wasn't,
14 and then he said that the doctor said, "I
15 don't know why you're still bleeding. We
16 got to do more testing. I want you to come
17 take some tests and come back in six weeks,"
18 I think it was, and that seemed to have
19 crystallized a lot of the underlying issues
20 that I had mentioned in my July report and
21 that I had seen with the man, and it looked
22 like it was just really crystallized to a
23 heightened level of anxiety and also the
24 onset of some depression.
25 Q  And so when you saw him,

Page 176

44 (Pages 173 to 176)