UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE  　　MDL NO: 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:　　　　　MAGISTRATE CHASEZ
*North American Catastrophe Service, Inc. v. Northfield Ins. Co.*
*No. 09-3818*

*****************************************************************

### PROPOSED ORDER

Considering the foregoing Motion for Leave to File Reply Brief in Support of Cross-Motion for Summary Judgment by Northfield Insurance Company,

IT IS HEREBY ORDERED that Northfield Insurance Company is granted leave to file its Reply Brief in Support of Cross-Motion for Summary Judgment.

New Orleans, Louisiana, this 10th day of ____March____, 2010.

_____
UNITED STATES DISTRICT JUDGE