UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:  09-2977 | * | |
| | * | JUDGE ENGELHARDT |
| *Lyndon T. Wright v. Forest River, Inc., et al.* | * | |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO ALLOW EXPERTS TO UTILIZE AND EXPLAIN THE DEMONSTRATIVE COMPUTER-GENERATED VIDEO EVIDENCE DURING THEIR TESTIMONY IN THE INTEREST OF CLARITY AND JUDICIAL ECONOMY

MAY IT PLEASE THE COURT:

Plaintiff, Lyndon T. Wright, submits this memorandum in support of his Motion to Allow Experts to Utilize and Explain The Demonstrative Computer-Generated Video Evidence During Their Testimony In the Interest of Clarity And Judicial Economy.  The graphics in this video are based on actual measurements taken by certified professional engineers and others who inspected and tested  the actual Forest River travel trailer that Lyndon Wright lived in post-Katrina and will aid the jury in understanding the testimony of certain experts.  This brief video will illustrate their testimony without the time consuming task of admitting hundreds of photographs and many hours of video tapes of the unit.  Furthermore, the video will assist the jury in understanding the experts' testimony at the time it is given by allowing the jury to visualize the manufacturing process, air circulation and ventilation of this actual unit as measured by the experts during their inspection and testing of this unit.  Counsel for Plaintiff has provided Defendants with a copy of this brief video for their review.

1

I. **BACKGROUND**

This case will be the second bellwether case to be tried before this Honorable Court in the multi-district litigation of *In Re FEMA Formaldehyde Products Liability Litigation*. This Court, in its March 8, 2010 Order and Reasons (Doc. No. 12586) determined that it will allow Plaintiff to utilize a computer-generated video of the travel trailer at issue in this trial.

The video Wright seeks to use as demonstrative evidence in this trial was created by computer technician, Reagan Johnson, of C4 Animations, and is based upon data collected by highly qualified experts with their input.[1]  Plaintiff anticipates that these experts will use this demonstrative evidence during their testimony to explain and illustrate the manufacturing process and mechanism of offgassing of formaldehyde into this unit. This video will allow the experts to put a large amount of technical information, gained through inspecting, testing and measuring of this unit, before the jury in a very short period of time, i.e., less than ten minutes.

Additionally, this Court in *Age, et al. v. Gulf Stream Coach, Inc., et al. (09-2892) ("Alexander Trial")* allowed defendant Fluor Enterprises, Inc. to utilize a "model" travel trailer to aid the jury in visualizing the construction and jacking process of the Gulf Stream travel trailer at issue in that case. During the *Alexander Trial*, Fluor's attorneys and experts were allowed to discuss various aspects of the "model" travel trailer while they maneuvered and handled the "model" travel trailer during the testimony of various

---

[1] Reagan Johnson has been the owner of CF Animation since 1997.  He has produced numerous high quality legal animations for use in courtrooms throughout the United States.

witnesses. The computer-generated video of the Forest River travel trailer lived in by Lyndon Wright is no different than the "model" travel trailer utilized, discussed, handled and maneuvered by counsel for Fluor and the various experts and witnesses during the *Alexander Trial*.

## II.  LAW AND ARGUMENT

**A.     Narration of The Video Should be Allowed Because The Video Clearly and Concisely Illustrates Plaintiff's Expert Testimony and Will Save the Time of Drawing Numerous Diagrams and Charts.**

A computer-generated animation is demonstrative evidence used to illustrate a witness's testimony by recreating a scene or process. *Clark v. Cantrell*, 529 S.E.2d 528, 535 (S.C. 2000). Demonstrative evidence may be used to illustrate general scientific principles forming an expert's opinion and testimony. *Muth v. Ford Motor Co., et al.*, 461 F.3d 557, 566 (5th Cir. 2006), *Hinkle v. City of Clarksburg, West Virginia*, 81 F.3d 416, 424-425 (4th Cir. 1996) and *Crossly v. General Motors Corp.*, 33 F.3d 818, 822 (7th Circ. 1994).

In an analogous circumstance, the Sixth Circuit allowed an expert to use a computer animated video during his testimony to demonstrate the inner workings of a circuit breaker at issue in the trial. *In re Air Crash Disaster*, 86 F.3d 498, 538-539 (6th Cir. 1996). The court reasoned that the expert could have drawn the same information in the video on a sketch pad in front of the jury and explained the sketches to the jury, thus, the court allowed the video. *Id.* at 539-540. Also, the Fourth Circuit Court of Appeal of Louisiana allowed a video designed to illustrate the opinion of an expert. *Constans, et al. v. Choctaw Transport, Inc., et al.,* 712 So.2d 885 (La. Ct. App. 1997). The court also found that video animations are no different than if an expert had created a series of many diagrams and

3

explained them to the jury. *Id.* at 900. The court found that the video was a means of illustrating the expert's opinion and was more of a labor saving device, to save the expert the trouble of drawing his own diagrams by hand. *Id.* at 901.

The experts in this matter should be allowed to explain the video to the jury because the video is a means of illustrating the experts' testimony as they explain their opinions and scientific principles to the jury. Similar to the videos in *In re Air Crash Disaster* and *Constans*, the experts will use the computer-generated video as demonstrative evidence during their testimony to demonstrate the process at issue and the expert's opinion through illustrations. Allowing these experts to testify and explain the various concepts while the video is played for the jury is no different than allowing the expert to draw diagrams of the manufacturing process and the offgassing process on a sketch pad in front of a jury during their testimony. Allowing the experts to explain what is being illustrated in the video is advantageous to this Court because it will save a substantial amount of time otherwise required to draw diagrams by hand and/or present hundreds of photographs and many hours of video tapes that are conveniently summarized in one short ten minute demonstrative video.

### III. CONCLUSION

The experts should be allowed to narrate the computer-generated video during their testimony, similar to Flour's experts, witnesses and counsel that were permitted to utilize, discuss, handle and maneuver the "model" travel trailer in the *Alexander Trial*. Furthermore, allowing the experts to narrate the video during their testimony will be beneficial to the jury's understanding their testimony and a judicious use of this Honorable

4

Court's time.

Wherefore, Plaintiff prays that this Honorable Court grant his Motion to Allow Experts to Utilize and Explain the Demonstrative Computer-Generated Video Evidence During Their Testimony in the Interest of Clarity and Judicial Economy.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   */s/Gerald E. Meunier*
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      gmeunier@gainsben.com

      */s/Justin I. Woods*
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
DENNIS REICH, Texas # 16739600
ROBERT BECNEL, #14072

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

/s/Gerald E. Meunier
GERALD E. MEUNIER, #9471