IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION: N (5) |
| This document relates to: *Lyndon T. Wright v. Forest River, Inc., et al,* Docket No. 09-2977 | * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * *

## JOINT LIST OF POTENTIAL WITNESSES/KEY FIGURES

**NOW INTO COURT,** through undersigned counsel, come plaintiff and defendants who, in accordance with Pretrial Order No. 60 (Rec. Doc. 12407) hereby submit the following list of potential witnesses and other key figures:

### WITNESSES TO TESTIFY LIVE AT TRIAL

| WITNESS | DESCRIPTION | TYPE OF WITNESS |
|---|---|---|
| Bobbi Wright | Plaintiff's mother | Fact |
| Nicole Dyson | Friend of plaintiff | Fact |
| Stephen Smulski, Ph.D. | Wood science, material selection, component parts | Expert |
| Kenneth Laughery, Ph.D. | Warnings, labeling and human factors | Expert |
| Paul Hewett, Ph.D. | Statistical analysis of test results, standards, exposure, Industrial Hygienist | Expert |

| | | |
|---|---|---|
| Ervin Ritter, P.E. | HVAC, ventilation, insulation, mold and indoor air quality | Expert |
| Paul Lagrange | Ventilation and inspection of unit, indoor air quality | Expert |
| Charles David Moore, P.E., P.L.S. | Engineering expert | Expert |
| Geoffrey Compeau | Shaw Corporate representative | Fact |
| Albert Jarrell | Maintenance on trailers; C. Martin employee | Fact |
| Alexis Mallet, Jr. | Trailer design defects and construction | Expert |
| Richard Spector, M.D., J.D. | Otolaryngologist | Expert |
| Kenneth Smith, M.D. | Pulmonologist | Expert |
| Patricia Williams, Ph.D., D.A.B.T | Toxicologist, general causation and health effects | Expert |
| Lyndon Wright | Plaintiff | Fact |
| Larry Miller, Ph.D. | Toxicologist/Pulmonologist, medication examination and specific causation | Expert |
| Edward Shwery, Ph.D. | Psychologist, evaluation of plaintiff | Expert |
| Doug Gaeddert | Forest River corporate representative | Fact |
| Tyshon Marsh | Plaintiff's fiancé | Fact |
| Dr. John Thompson | Psychiatrist, evaluation of plaintiff | Expert |
| Dr. Bill Dyson | Industrial hygienist | Expert |
| Norm Nelson | Engineer/HVAC issues | Expert |
| Thomas Fribley | Trailer design and construction | Expert |
| Dr. Nathan Dorris | Human factors and warnings | Expert |
| Dr. Graham Allan | Wood science, material selection, component parts | Expert |
| Dr. Robert James | Government expert epidemiologist/toxicologist | Expert |
| Dr. Phil Cole | Government expert epidemiologist | Expert |
| Dr. James Wedner | Allergist/Immunologist, evaluation of plaintiff | Expert |

| Allison Hansen | Shaw maintenance | Fact |
| --- | --- | --- |
| John Osteraas, Ph.D. | Engineering | Expert |

### WITNESSES TO TESTIFY VIA DEPOSITION

| WITNESS | DESCRIPTION | TYPE OF WITNESS |
| --- | --- | --- |
| Bobbi Wright | Plaintiff's mother | Fact |
| Dr. Christopher DeRosa | CDC/ATSDR | Expert |
| Jaime Albrecht | Designed Forest River unit to specifications | Fact |
| Jeff Burian | Forest River Production Manager, Rialto, California | Fact |
| James Brixius | Shaw 30(b)(6) corporate representative | Fact |
| Representative of RCG Enterprises, Inc. | Installation contractor | Fact |
| Dr. Charles Field | Plaintiff's treating physician | Fact |
| David Garratt | FEMA employee | Fact |
| Kevin Souza | FEMA employee | Fact |
| Martin McNeese | FEMA employee | Fact |
| Guy Benomo | FEMA employee | Fact |
| Brian McCreary | FEMA employee | Fact |
| Stanley Larson | FEMA employee | Fact |
| Faye Green | FEMA employee | Fact |
| Travis Morris | FEMA employee | Fact |
| Michelle Wright | Plaintiff's sister | Fact |
| Dr. Coreen Robbins | Government expert industrial hygienist | Expert |
| Mark Polk | Government expert/trailer design and construction | Expert |
| Cmd. Joseph Little | CDC/ATSDR | Fact |

| | | |
|---|---|---|
| Michael Lapinski | FEMA employee | Fact |
| Brian Deckle | NACS | Fact |
| Brian Boyle | FEMA employee | Fact |

**OTHERS WHO MAY BE REFERRED TO**

| WITNESS | DESCRIPTION |
|---|---|
| Dr. Frank Cruz | Plaintiff's physician; Associate of Uptown Nephrology |
| Dr. Frank Cruz, Jr. | Plaintiff's physician; Associate of Uptown Nephrology |
| Dr. Angela D. Reginelli | Plaintiff's physician; Associate of Uptown Nephrology |
| Dr. April J. Fox | Plaintiff's physician; Associate of Uptown Nephrology |
| Tamika Zachery | Friend of plaintiff |
| Vanessa Johnson | Friend of plaintiff |
| Lucretia Johnson | Friend of plaintiff |
| William Scott | Engineer/HVAC issues |
| Tony Watson | Industrial hygienist |
| Dr. Knight Worley | Treating physician of plaintiff. |
| Don Snell | Engineering expert |
| Elton Kiefer | Forest River Purchasing |
| Jim Foltz | Forest River Park Model Division |
| Mike Ferrall | NACS officer |

Respectfully submitted,

/s/ Aaron Z. Ahlquist
FRANK J. D'AMICO, JR. (Bar Roll No. 17519)
AARON Z. AHLQUIST (Bar Roll No. 29063)
FRANK J. D'AMICO, JR., APLC
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-7272
Fax: (504) 525-9522
*ATTORNEYS FOR LYNDON T. WRIGHT*

/s/ Jason D. Bone
ERNEST P. GIEGER, JR. (Bar Roll No. 6154)
JASON D. BONE (Bar Roll No. 28315)
CARSON W. STRICKLAND (Bar Roll No. 31336)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
*ATTORNEYS FOR FOREST RIVER, INC.*

/s/ David Kurtz
ROY C. CHEATWOOD (Bar Roll No. 4010)
DAVID KURTZ (Bar Roll No. 23821)
KAREN K. WHITFIELD (Bar Roll No. 19350)
CATHERINE N. THIGPEN (Bar Roll No. 30001)
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
*ATTORNEYS FOR SHAW ENVIRONMENTAL, INC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of March, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system.

                                        /s/   Jason D. Bone
                                        JASON D. BONE