OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: __March 10, 2010__

__Gemauile Mayberry, et al__

vs.

__Lakeside Park Homes, et al__

Case No. __09-8587__   Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Shaw Enterprises Inc., Attn: Corporation Service Company
   (address) 320 Somerulos Street, Baton Rouge, LA 70802-6129
2. (name) Lakeside Park Homes, Inc., Attn: Ben C. Jarvis
   (address) 70 Peachstate Drive  Adel, GA 31020
3. (name) The USA through US Attorney's Office, EDLA
   (address) 500 Poydras Street RmB210, New Orleans, LA 70130
4. (name) The USA through US Attorney General, US Dept. of Justice
   (address) 950 Pennsylvania Avenue, NW, Washington DC 20530-0001
   The USA through FEMA, Office of the Director, Office of the General Counsel
   500 C Street SW, Washington DC 20472

Very truly yours,

_____
"Signature"

Attorney for __Plaintiff__

Address __1022 Baronne St, New Orleans 70113__

I certify that all parties listed in the complaint referenced above, have been marked.