OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: **March 10, 2010**

**Joseph Claiborne, et al**

vs.

**Lakeside Park Homes, Inc., et al**

Case No. **09-8586**   Section **N**

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **Lakeside Park Homes, Inc., Attn: Ben C. Jarvis**
   (address) **70 Peachstate Drive, Adel, GA 31620**
2. (name) **The USA through US Atty's Office, EDLA**
   (address) **500 Poydras St. Rm B210 New Orleans LA 70113**
3. (name) **The USA through Atty General of the US, US Dept. of Justice**
   (address) **950 Pennsylvania Avenue NW, Washington, DC 20530-0001**
4. (name) **The USA through Fema, Office of the Director, Office of the General Counsel**
   (address) **500 C. Street, SW, Washington, DC 20472**

Very truly yours,

"Signature"

Attorney for **Plaintiff**

Address **1622 Baronne St. New Orleans 70113**

I certify that all parties listed in the complaints referenced above have been matched.