OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __March 10, 2010__

__Latoya Addison, et a__

vs.

__Lakeside Park Homes, Inc.__

Case No. __09-8585__   Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Lakeside Park Homes, Inc., Attn: Ben C. Jarvis__
   (address) __70 Peachstate Drive  Adel, GA 31620__
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for __Plaintiff__

Address __622 Baronne St., New Orleans. 70113__

I certify that all parties listed in the complaint referenced above, have been matched.