OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 10, 2010

Timmie Burnett, et al

vs.

Lakeside Park Homes, Inc., et al

Case No. 09-8584   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Lakeside Park Homes, Inc., Attn: Ben C. Jarvis
   (address) 70 Peachstate Drive, Adel GA 31620
2. (name) Fluor Enterprises, Inc., Attn. Corporation Service Company
   (address) 320 Somerulos Street, Baton Rouge LA 70802-6129
3. (name) The USA through US Attorney's Office, EDLA
   (address) 500 Poydras Street, Rm B210 New Orleans LA 70130
4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW, Washington DC 20530-0001

Very truly yours,

_____
"Signature"

Attorney for Plaintiff

Address 622 Baronne St., New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.