OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 10, 2010

Deborah Sterling, et al

vs.

Lakeside Park Homes, Inc, et al

Case No. 09-8583 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) CH2M Hill Constructors, Inc., Attn: CT Corporation System
   (address) 5615 Corporate Blvd., Ste. 400B Baton Rouge, LA 70808
2. (name) Lakeside Park Homes, Inc., Attn: Ben C. Jarvis
   (address) 70 Peachstate Drive Adel, GA 31620
3. (name) The USA throug U.S Atty's Office, EDLA
   (address) 500 Poydras St., Rm B210, New Orleans LA 70113
4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Avenue NW, Washington, DC 20530-0001
   The USA through FEMA, Office of the Director, Office of the General Counsel
   500 C. Street SW Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiff
Address 622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.