OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: __March 11, 2010__

__Gerald Blanks, et al__

vs.

__Coachman Recreational Vehicle Company of Georgia, LLC, et al__

Case No. __09-8590__ Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Coachman Recreational Vehicle Co. of GA, LLC / Attn: Corporation Service Company__
   (address) __40 Technology Pkwy South #300 Norcross GA 30092__
2. (name) __Shaw Enterprises Inc. / Attn: Corporation Service Company__
   (address) __320 Somerulos Street Baton Rouge LA 70802-6129__
3. (name) __The USA through US Attorneys Office, EDLA__
   (address) __500 Poydras Street Rm B210 New Orleans LA 70130__
4. (name) __The USA through Atty General of the US, US Dept. of Justice__
   (address) __950 Pennsylvania Ave NW, Washington DC 20530-0001__
   __The USA through Fema, Office of the Director, Office of General Counsel 500 C. Street SW Washington, DC 20472__

Very truly yours,

"Signature"

Attorney for __Plaintiff__

Address __1022 Baronne St. New Orleans 70113__

I certify that all parties listed in the complaint referenced above, have been matched.