OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date:  March 11, 2010

Brittany Delpit, et al

vs.

Coachman Recreational Vehicle
Company of Georgia, LLC, et al

Case No. 09-8589   Section  N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended
complaint) ( ____ amended complaint) (third party complaint)
(other : _____ ) to the following:

1. (name) Coachman Recreational Vehicle Co. of GA / Attn: Corporation Service Comp.
   (address) 40 Technology Pkwy South #300 Norcross GA 30092
2. (name) CH2M Hill Constructors Inc. / Attn: CT Corporation Company
   (address) 5615 Corporate Blvd. Ste 400B  Baton Rouge LA 70802-6129
3. (name) The USA through US Attorneys Office, EDLA
   (address) 500 Poydras St. Rm B210  New Orleans LA 70130
4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave. NW  Washington D.C. 20530-0001
5. (name) The USA through Fema, Office of the Director, Office of General
   (address) 500 C. Street SW, Washington D.C. 20472          Counsel

very truly yours,

"Signature"

Attorney for   Plaintiff

Address  1022 Baronne Street, New Orleans 70113

I certify that all parties listed in the complaint
referenced above, have been matched.