OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 11, 2010

Dietrich Coleman, et al

vs.

Coachman Recreational Vehicle Company of Georgia, LLC, et al

Case No. 09-8588   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Coachman Rec. Vehicle Co. of GA, LLC/Attn: Corporation Service Company
   (address) 40 Technology Parkway South #300 Norcross GA 30092
2. (name) Fluor Enterprises Inc./Attn: Corporation Service Company
   (address) 320 Somerulos St., Baton Rouge LA 70802-10129
3. (name) The USA through US Attorneys Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130
4. (name) The USA through Attorney General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Avenue NW Washington DC 20530-0001
5. (name) The USA through FEMA, Office of the Director, Office of General Counsel
   (address) 500 C Street SW, Washington, D.C. 20472

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 1660 Baronne Street New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.