OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 11, 2010

Daniel Ledet, et al

vs.

Stewart Park Homes, et al

Case No. 09-8591   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Stewart Park Homes, Inc. Attn: A. Lucas Stewart III
   (address) 219 Industrial Blvd. Thomasville GA 31792
2. (name) Fluor Enterprises Inc./Attn: Corporation Service Company
   (address) 320 Somerulos Street Baton Rouge LA 70802-6129
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

[signature]

Attorney for Plaintiff
Address 1022 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.