UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                           MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                          NUMBER: 07-1873

                                              SECTION: "N"(5)


**ORDER SETTING ORAL ARGUMENT**
**VIA TELEPHONE**

Oral argument on David McGraw's Motion to Quash Subpoena (rec. doc. 12670) will be conducted telephonically on March 24, 2010 at 11:00 a.m. or as soon thereafter on that date and time as the Court's docket permits. The parties are thus instructed to be standing by their telephones from 11:00 a.m. on and they will be contacted by the Court as it makes its way through its motion docket.

New Orleans, Louisiana, this 10th day of March, 2010.


                                    _____
                                    ALMA L. CHASEZ
                                    UNITED STATES MAGISTRATE JUDGE