OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 11, 2010

Lakeesha Lightell, et al

vs.

Stewart Park Homes, et al

Case No. 09-8593  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Stewart Park Homes Inc./Attn: A. Lucas Stewart III
   (address) 219 Industrial Blvd. Thomasville GA 31792
2. (name) CH2M Hill Constructors Inc./Attn: CT Corporation System
   (address) 5615 Corporate Blvd. Ste 400B, Baton Rouge, LA 70802-6129
3. (name) The USA through US Attorneys Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130
4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington D.C. 20530-0001
5. (name) The USA through Fema, Office of the Director, Office of General Counsel
   (address) 500 C Street SW Washington D.C. 20472

Very truly yours,

_____
Signature

Attorney for  Plaintiff

Address  622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.