OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: **March 11, 2010**

**William Wilson, et al**

vs.

**Stewart Park Homes, et al**

Case No. **09-8594** Section **N**

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **Stewart Park Homes Inc. Attn: A. Lucas Stewart III**
   (address) **219 Industrial Blvd. Thomasville GA 31792**
2. (name) **Shaw Environmental Inc. /Attn: Corporation Service Co..**
   (address) **320 Somerulos Street Baton Rouge LA 70802-6129**
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

*[Signature]*

Attorney for **Plaintiff**

Address **622 Baronne St. New Orleans 70113**

I certify that all parties listed in the complaint above, have been matched.