UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER             MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Case No. 09-2977

## ORDER

**IT IS ORDERED** that the following motion will be heard on an expedited basis:

Plaintiff's Motion to Allow Experts to Utilize and Explain the Demonstrative Computer-Generated Video Evidence During their Testimony in the Interest of Clarity and Judicial Economy (Rec. Doc. 12744). Any opposition to this motion shall be filed by **Friday, March 12, 2010, at 9:00 a.m.**, at which time the motion will be taken under advisement.

New Orleans, Louisiana, this 11th day of March, 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**