OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 11, 2010

Angelina Sullivan, et al

vs.

Sunray RV, LLC, et al

Case No. 09-8599   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Sunray RV, LLC Attn: Alan Neely
   (address) 405 South Broad St. New Tazwell, TN 37825
2. (name) No Contractor
   (address) _____
3. (name) The USA through US Attorneys Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130
4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington D.C. 20530-0001
5. (name) The USA through Fema, Office of the Director, Office of General Counsel
   (address) 500 C Street SW Washington D.C. 20472

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.