OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: **March 11, 2010**

**Jahmal Devore, et al**

vs.

**Sunray RV, LLC, et al**

Case No. **09-8691**   Section **N**

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **Sunray RV, LLC Attn: Alan Neely**
   (address) **405 South Broad Street New Tazwell, TN 37825**
2. (name) **CH2M Hill Constructors Inc./Attn: CT Corporation System**
   (address) **5615 Corporate Blvd. Ste 400B, Baton Rouge LA 70802-6129**
3. (name) **The USA through US Attorneys Office, EDLA**
   (address) **500 Poydras Street Rm B210 New Orleans LA 70130**
4. (name) **The USA through Atty General of the US, US Dept. of Justice**
   (address) **950 Pennsylvania Ave NW Washington D.C. 20530-0001**
5. (name) **The USA through Fema, Office of the Director, Office of General Counsel**
   (address) **500 C Street SW Washington D.C. 20472**

Very truly yours,

"Signature"

Attorney for **Plaintiff**

Address **622 Baronne St. New Orleans 70113**

I certify that all parties listed in the complaint referenced above, have been matched.