# Exhibit A

1. Betty Alleman
2. Hannah Arrigo
3. Joseph Arrigo
4. Chloe Arrigo
5. Harvey Barnes
6. Johnnie Barnes
7. Deborah Batiste on behalf of T. B.
8. Deborah Batiste on behalf of D. B.
9. Sonia Blanco
10. Berdell Bland
11. Ray Brady
12. Capri Brady
13. Tommie Brock, Jr.
14. Stephanie Brooks on behalf of K. B.
15. Stephanie Brooks
16. Michael Brooks, Sr. on behalf of M. B., Jr.
17. Michael Brooks, Sr.
18. Tamita Cage on behalf of T. J.
19. Edith Chachere
20. Charles Clark
21. Krystal Clay
22. Diane Conner
23. James Cordier
24. Jacquelyn Cordier
25. Sylvia Davis
26. Irvin Dorsey
27. Edward Dupclay
28. Joyce Dupclay
29. Alton Eaglin
30. Charles Essex
31. Mable Esteen
32. Glenn Ford
33. Troy Fourtunia
34. Alana Franklin
35. Jewel Franklin
36. Lynn Gabriel
37. Heidi Garcia
38. Enrique Garcia
39. Rosie Garner
40. Daphne Garrett
41. Keoka Gonzalez
42. Hector Gonzalez
43. Isaiah Gonzalez
44. Robin Gorman

45. Robin Gorman on behalf of C. G.
46. Brenda Hall
47. Lois Harris
48. Monique Harris
49. Sergio Hernandez
50. Taris Hernandez
51. Arlene Holmes
52. Nashon Hughes
53. Shirley Hughes
54. Ausinikka Hunter
55. Gail Hunter
56. Janice Isaac
57. Mary Isaac
58. Breion Jackson
59. Breion Jackson on behalf of T. J.
60. Breion Jackson on behalf of T. J.
61. Dorothy Jackson
62. Debra James
63. Greta Jones
64. Senetra Jones
65. Torey Jordan
66. Timothy Jurlich
67. Andrew Kelly
68. Arianna Kelly
69. Ayesha Kelly
70. Michele Kelly
71. Erma Lacy
72. Harold Langley
73. Sharon Langley
74. Mable Lee
75. Carl Lemieux
76. Jaleesa Lemieux
77. Mary Lemieux
78. Evander Lewis
79. Elleandor Lewis
80. Emanual Lewis
81. Ezekiel Lewis
82. Ernest Lewis, Jr.
83. Ernest Lewis, III
84. Larry Locascio on behalf of Nat Locascio
85. Dawn Logwood
86. Kendall London
87. Breion Jackson on behalf of T. L.
88. Sherlie Mathers
89. Sylvia Matthews
90. Watet McDowell

91. Walter Miles
92. Joanna Miller
93. Joan Miller
94. Regina Morgan
95. Herman Morris
96. Pauphine Nelson
97. Gayle Norris
98. Fumie Perez
99. Deanna Perkins
100. Daniel Porter
101. Calvin Prestwood
102. Debra Reed
103. James Rhea
104. Gayle Schneller
105. Mary Sharp
106. Lachone Scott
107. Jocelyn Slater
108. Rosalind Smith
109. Helen Smith
110. Earl Stewart, Jr.
111. Jerome Stewart
112. Carletta Sutherland
113. Tanesha Sutherland
114. Tyrell Sutherland
115. Tyronne Sutherland
116. Malcolm Thompson
117. James Thornton
118. Simone Valentine
119. Cleophas Waters
120. Sabrina Waters
121. Tammy Wells
122. Willie Wilkinson
123. Willie Wilkinson, Jr.