UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　MDL NO. 07-1873
　　　FORMALDEHYDE PRODUCTS
　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2977

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Consideration (Rec. Doc. 12674)** is **GRANTED.**

**IT IS FURTHER ORDERED** that the **Motion for Reconsideration (Rec. Doc. 12673)** is **DENIED**.

New Orleans, Louisiana, this 10th day of March, 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**