UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
*Lyndon Wright v. Forest River, Inc., et al*
*Case No. 09-2977 (E.D. La.)*

## **RULINGS ON OBJECTIONS ON DEPOSITION TESTIMONY[1] AT TRIAL**

Pursuant to the Court's previous Order, various deposition transcripts have been provided to the Court of witnesses whose testimony will be presented to the jury by way of those transcripts, in lieu of live appearance. To the extent that the submitted transcripts have objections by counsel on the selected portions for trial, the Court has also obtained from counsel their respective positions regarding such objections. With regard to the witnesses listed below, these objections are resolved as follows: **to the extent that the Court makes no mention of an objection in this Order, such objection is hereby OVERRULED**. As for each other objection, the following are **SUSTAINED**:[2]

---

[1] This Order pertains to the following witnesses: James Albrecht, Guy Bonomo, James R. Brixius, and Jeffrey Burian.

[2] When the Court sustains an objection, counsel presenting such testimony shall be responsible for editing the witnesses' videotape testimony accordingly.

**I.     Testimony of James Albrecht**

Objection at 82:12-82:18 - Sustained.  Irrelevant.

Objection at 85:04-85:18 - Sustained.  Irrelevant.

**II.    Testimony of Guy Bonomo**

No objections sustained.

**III.   Testimony of James R. Brixius**

Objection at 61:12-62:08 - Sustained as to 61:12-61:22.  Calls for a legal conclusion from a witness who is not the appropriate one to respond.  As to the remainder of this passage, the objection is OVERRULED.

**IV.    Testimony of Jeffrey Burian**

Objection at 45:08-45:12 - Sustained.  Irrelevant.

Objection at 53:19-54:05 - Sustained.  Irrelevant.

Objection at 95:20-96:18 - Sustained.  To the extent that this testimony has any relevance at all, it is cumulative.

Objection at 117:12-118:07 - Sustained.  Irrelevant.

Objection at 122:15-123:12 - Sustained.  Irrelevant.

Objection at 131:18-132:17 - Sustained.  Irrelevant.

Objection at 181:07-181:24 - Sustained.  The question propounded is compound and overly broad.  In addition, it seeks to elicit testimony of no apparent relevance.

Objection at 249:18-250:01 - Sustained.  Calls for speculation.

The following passages discussed in the submitted objections were not provided in the deposition excerpts, and thus these objections are sustained:  47:25-48:02; 223:07-223:18; 245:10-247:18; 247:19-247:23.

New Orleans, Louisiana, this 11th day of March, 2010.

                                              **KURT D. ENGELHARDT**
                                              **United States District Court**