UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                      SECTION "N"  (5)

THIS DOCUMENT RELATES TO
*Lyndon Wright v. Forest River, Inc., et al*
*Case No. 09-2977 (E.D. La.)*

# **O R D E R**

      Before the Court are the submissions from Plaintiff Lyndon Wright and Defendant Shaw Environmental, Inc. ("Shaw") (Rec. Docs. 12644 and 12739, respectively) filed in connection with the granting of Shaw's Motion in Limine to exclude testimony regarding local building codes.  The Court has reviewed those submissions, and finds no reason to reconsider its Order granting Shaw's Motion in Limine, and thus excludes any testimony or evidence regarding the applicability (or non-applicability) of such building codes, and any such alleged violation of such building codes.

      The Court notes that, in its March 3, 2010 Order and Reasons (Rec. Doc. No. 12260), Plaintiff was provided an opportunity to pursue the "building codes" issue further by filing "a three page maximum, bullet point memorandum" addressing certain specified issues, by 5:00 p.m. on Tuesday, March 9, 2010.  On that date, however, Plaintiff filed a four page memorandum, which,

1

unlike every other pleading filed herein, was single spaced.[1]  Plaintiff's submission (Rec. Doc. 12644) fails to conform with the Court's specific instructions: rather than provide such information in a concise fashion, Plaintiff's decision to shoehorn extra argument in single-spaced fashion, and in violation of Local Rule 7.8.1E, alone warrants denial of reconsideration of the Court's previous decision granting this Motion in Limine.

New Orleans, Louisiana, this 11th day of March, 2010.

_____
**KURT D. ENGELHARDT
United States District Judge**

---

[1]  The Court also notes that the defendant's submission, which was likewise limited, was four pages in length, albeit double-spaced.