IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL No. 1873** <br><br> **SECTION N(5)** <br><br> **JUDGE ENGELHARDT** |

**THIS DOCUMENT RELATES TO**
*Parker v Timberland RV Company d/b/a Adventure Manufacturing,*
*Case No. 2:10-cv-00259*

───────────────────────────────────────────────

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**
───────────────────────────────────────────────

NOW INTO COURT, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with the Southern District of Mississippi on November 24, 2009. The case transferred to this Court on February 5, 2010 (Original Docket Number 1:09-cv-778). Pursuant to FRCP Rule 15 (a) (1) (A), Plaintiffs file this amendment as a matter of course because it has not been 21 days subsequent to service of the Complaint.

1.  This First Supplemental and Amending Complaint for Damages adds the following Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter: *Hazel L. Moffett, Herman L. Moffett and Nateisha S. Moffett by Herman L. Moffett.*

2.  Consistent with the above, Plaintiffs request that Newly Added Plaintiffs be added to Exhibit "A" listing of Named Plaintiffs.

3.  Upon information and belief, the Newly Added Plaintiffs resided in the same type of emergency housing unit manufactured by Timberland RV Company as the existing plaintiffs.

4.  Newly added Plaintiffs *Hazel L. Moffett, Herman L. Moffett and Nateisha S. Moffett by Herman L. Moffett* have also been matched to Defendant Contractor Bechtel.

5.  Newly Added Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the Complaint for Damages filed with the Southern District of Mississippi Southern Division on November 24, 2009 (Civil Action No. 1:09-cv-778) which has since transferred via electronic file certified to this court on February 5, 2010, and been assigned case number 2:10-cv-00259.

Respectfully submitted, this the  12th  day of March, 2010.

By:   *s/Rose M. Hurder*
ROSE M. HURDER

**OF COUNSEL**:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

                                                  *s/Rose M. Hurder*
                                                  ROSE M. HURDER