IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                          MDL No. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                  SECTION N(5)

                                                                          JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO
*Darrell G. Dedeaux, et al v TL Industries,*
*Inc., et al,*
*Case No. 2:10-cv-00267*
_____

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**
_____

NOW INTO COURT, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with the Southern District of Mississippi on December 08, 2009. The case transferred to this Court on February 3, 2010 (Original Docket Number 1:09-cv-795). Pursuant to FRCP Rule 15 (a) (1) (A), Plaintiffs file this amendment as a matter of course because it has not been 21 days subsequent to service of the Complaint.

1.   This First Supplemental and Amending Complaint for Damages adds the following Named Plaintiffs: *Belinda Bazzelle* and *Savannah Bazzelle* by *Belinda Bazzelle* (hereinafter referred to as "Newly Added Plaintiff"), in the above captioned matter.

2.   Consistent with the above, Plaintiffs request that Newly Added Plaintiffs be added
to Exhibit "A" listing of Named Plaintiffs.

3.   Upon information and belief, the Newly Added Plaintiffs resided in the same type

of emergency housing unit manufactured by TL Industries, Inc. as the existing plaintiffs.

4. Newly added Plaintiffs have also been matched to Defendant Contractor Bechtel.

5. Newly Added Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the Complaint for Damages filed with the Southern District of Mississippi Southern Division on December 08, 2009 (Civil Action No. 1:09-cv-795) which has since transferred via electronic file certified to this court on February 3, 2010, and been assigned case number 2:10-cv-00267.

6. Named Plaintiffs seek to correct an inadvertent error in Paragraph 3, changing the state of incorporation from "Michigan" to "Indiana", for the named Defendant TL Industries, Inc.   Respectfully submitted, this the  12th  day of March, 2010.

By:  *s/Rose M. Hurder*
ROSE M. HURDER

**OF COUNSEL**:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

                                                  *s/Rose M. Hurder*
                                                  ROSE M. HURDER