UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION


IN RE: FEMA TRAILER                                          MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                                 SECTION N-5
                                                             JUDGE ENGELHARDT
                                                             MAG. JUDGE CHASEZ


**This Document Relates to the Following Cases:**  09-4840, 09-4841, 09-5994, 09-6412, 09-6643, 09-6419, 09-6501, 09-6636, 09-6498, 09-6497, 09-6632, 09-4842, 09-4843, 09-4844, 09-4845, 09-6495, 09-6145, 09-6146, 09-5971, 09-6147, 09-6144, 09-5970, 09-6494, 09-6394, 09-5977, 09-6148, 09-5978, 09-6149, 09-6154, 09-6151, 09-5979, 09-5970, 09-6152, 09-5981, 09-5982, 09-6153, 09-6501, 09-1277, 09-6501, 09-6713, 09-7162, 09-6714, 09-6899, 09-6908, 09-6905, 09-6902, 09-6904, 09-6903, 09-6018, 09-6016, 09-6717, 09-6894, 09-6895, 09-6896, 09-6897, 09-6901, 09-6211, 09-6898, 09-6907, 09-6887, 09-6888, 09-6716, 09-6212, 09-6889, 09-6017, 09-6890, 09-6891, 09-6892, 09-6796, 09-3948, 09-3562, 09-6798, 09-3561, 09-4446, 09-3592, 09-3726, 09-6800, 09-7934, 09-6795, 09-3729, 09-7941, 09-3826, 09-3590, 09-7951, 09-3591, 09-4371, 09-4669, 09-4372, 09-7958, 09-3588, 09-3589, 09-7959, 09-3721, 09-3951, 09-4661, 09-3824, 09-4662, 09-6799, 09-4665, 09-4666, 09-4664, 09-4663, 09-3727, 09-4671, 09-3726, 09-6801, 09-3719, 09-3731, 09-7923, 09-3738, 09-7982, 09-3720, 09-6797, 09-3737, 09-3735, 09-4839, 09-6796, 09-7985, 09-3829, 09-7986, 09-3975, 09-3740, 09-3718, 09-3950, 09-4838, 09-3949, 09-3733, 09-7993, 09-3715, 09-3724, 09-3725, 09-3716, 09-7993, 09-3732, 09-3827, 09-3722, 09-4177, 09-3717, 09-3742, 09-3825, 09-3720, 09-3728, 09-3741


* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


**UNITED STATES OF AMERICA'S RESPONSE TO PLAINTIFFS' "OPPOSED MOTION
FOR EXTENSION OF TIME" (Rec. Doc. 12505)**

Defendant United States of America ("United States") hereby states that it takes no position on

Plaintiffs' "Opposed Motion for Extension of Time" (Rec. Doc. 12505), whereby Plaintiffs seek a

second extension of deadlines to submit Plaintiff Fact Sheets.

Dated:  March 12, 2010                                    Respectfully Submitted,


TONY WEST                                                HENRY T. MILLER
Assistant Attorney General, Civil Division               ADAM BAIN
                                                         Senior Trial Counsel
J PATRICK GLYNN
Director, Torts Branch, Civil Division                   ADAM DINNELL
DAVID S. FISHBACK                                         MICHELE GREIF
Assistant Director                                       JONATHAN R. WALDRON
                                                         Trial Attorneys


OF COUNSEL:                                              //S// *Michelle Boyle*
JORDAN FRIED                                             MICHELLE BOYLE
Associate Chief Counsel                                  (Va. Bar No. 73710)
                                                         Trial Attorney
JANICE WILLIAMS-JONES                                    United States Department of Justice
Senior Trial Attorney                                    Civil Division – Torts Branch
FEMA/DHS                                                 P.O. Box 340, Ben Franklin Station
Department of Homeland Security                          Washington, D.C. 20004
Washington, D.C. 20472                                   Telephone: (202) 616-4447
                                                         Michelle.Boyle@USDOJ.Gov

                                                         Attorneys for the United States of America


## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.


//S// *Michelle Boyle*
MICHELLE BOYLE (Va. Bar No. 73710)