OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 11, 2010

Joseph Hodes, et al

vs.

Giles Industries of Tazwell Inc., et al

Case No. 09-8001  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Giles Industries of Tazwell Inc. /Attn: Alan C. Neely
   (address) 405 S. Broad Street New Tazwell, TN 37825-7243
2. (name) Fluor Enterprises Inc. /Attn: Corporation Service Company
   (address) 320 Somerulos Street Baton Rouge LA 70802-6129
3. (name) The USA through US Atty Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130
4. (name) The USA through Attorney General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington DC 20530-0001
5. (name) The USA through Fema, Office of the Director, Office of General Counsel
   (address) 500 C Street SW, Washington DC 20472
6. (name) Giles Industries, Inc.
   (address) 800 Gay Street, Ste 2021 Knoxville, TN 37929

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 1022 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.