OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 11, 2010

Beverly Jones, et al

vs.

Sunline Acquisition Co., Ltd.
D/B/A Sunline Coach Company LLC, et al

Case No. 09-8002  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Sunline Aquisition Co. Ltd dlbla Sunline Coach Co./ Attn: Joseph Bucaro
   (address) 245 S. Muddy Creek Rd. Denver PA 17517-9038
2. (name) CH2M Hill Constructors Inc./Attn: CT Corporation System
   (address) 5615 Corporate Blvd. Ste 400B Baton Rouge, LA 70802-0129
3. (name) The USA through US Attorneys Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130
4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington D.C. 20530-0001
5. (name) The USA through Fema, Office of the Director, Office of General Counsel
   (address) 500 C Street SW Washington D.C. 20472

Very truly yours,

"Signature"

Attorney for  Plaintiff
Address  622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.