# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIELLE MORTON; DONIMINIQUE MORTON; AND WILTON HYMES <br> Plaintiff <br> v. <br> LIBERTY MUTUAL INSURANCE CORPORATION; LEXINGTON INSURANCE COMPANY; WESTCHESTER SURPLUS LINES INSURACNE COMPANY; ARCH SPECIALTY INSURANCE COMPANY AND FLUOR ENTERPRISES, INC. <br> Defendant | Civil Action No. 2:10-cv-707 |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

**Liberty Mutual Insurance Corporation**
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: **Mar 12 2010**

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: