UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>*EARLINE CASTANEL, ET AL v.*<br>*RECREATION BY*<br>*DESIGN, LLC, SHAW*<br>*ENVIRONMENTAL, INC.,*<br>and *UNITED STATES OF AMERICA*<br>*THROUGH THE FEDERAL*<br>*EMERGENCY MANAGEMENT*<br>*AGENCY,* NO. 09-3251 | * * * * * * * * * | |

*************************************************************************

**RECREATION BY DESIGN, LLC'S INITIAL WITNESS LIST**

**NOW INTO COURT,** through undersigned counsel, comes Recreation By Design, LLC ("RBD"), who, in accordance with this Honorable Court's scheduling order in the above-captioned matter, hereby submits the following initial witness list. As both fact and expert discovery is ongoing, RBD expressly reserves the right to supplement and/or modify this list as the litigation continues.

|     | WITNESS | TYPE OF WITNESS | MAY/WILL CALL |
|-----|---------|-----------------|---------------|
| 1.  | Joseph Little<br>ATSDR Employee | Fact Witness | May Call |
| 2.  | David Garratt<br>FEMA Employee | Fact Witness | May Call |
| 3.  | M. Bryan McCreary<br>FEMA Employee | Fact Witness | May Call |
| 4.  | Stephen Miller<br>FEMA Employee | Fact Witness | May Call |
| 5.  | Michael Lindell, Ph.D.<br>FEMA Expert | Fact Witness | May Call |
| 6.  | Michael Lipinski<br>FEMA Employee | Fact Witness | May Call |
| 7.  | Martin McNeese<br>FEMA Employee | Fact Witness | May Call |
| 8.  | Kevin Souza<br>FEMA Employee | Fact Witness | May Call |
| 9.  | Steve Miller<br>FEMA Employee | Fact Witness | May Call |
| 10. | David Porter<br>FEMA Employee | Fact Witness | May Call |
| 11. | Bellance Green<br>FEMA Employee | Fact Witness | May Call |
| 12. | Stanley Larson<br>FEMA Employee | Fact Witness | May Call |
| 13. | Travis Morris<br>FEMA Employee | Fact Witness | May Call |
| 14. | Michael Harder<br>FEMA Employee | Fact Witness | May Call |
| 15. | Guy Nicholas Bonomo<br>FEMA Employee | Fact Witness | May Call |

| 16. | Brian Boyle<br>FEMA Employee | Fact Witness | May Call |
|---|---|---|---|
| 17. | Bruce Roubleau<br>FEMA Employee | Fact Witness | May Call |
| 18. | Charcora Strawder<br>FEMA Advisor | Fact Witness | May Call |
| 19. | Lois Sinks<br>FEMA Employee | Fact Witness | May Call |
| 20. | J. Webb<br>FEMA Employee | Fact Witness | May Call |
| 21. | Kathy Morgan<br>FEMA Representative/Employee | Fact Witness | May Call |
| 22. | Susan Jacobson<br>FEMA Employee | Fact Witness | May Call |
| 23. | FEMA Representative for the Baton Rouge staging facility regarding Castanel Unit | Fact Witness | May Call |
| 24. | Harry (Unknown Last Name)<br>Final Inspection/Keys Turnover | Fact Witness | May Call |
| 25. | Johanna Harris<br>FEMA - Comments User | Fact Witness | May Call |
| 26. | John Osteraas, Ph.D., P.E.<br>Shaw Expert | Fact/Expert Witness | May Call |
| 27. | Allen Bowers, M.D.<br>Plaintiff's Treating Physician | Fact/Expert Witness | May Call |
| 28. | Graham Allan<br>RBD Expert<br>Chemical Engineering and Professor of Fiber and Polymer Science | Expert Witness | May Call |
| 29. | Philip Cole, MD, DrPH<br>RBD Expert<br>Epidemiologist | Expert Witness | May Call |

| 30. | Nathan T. Dorris, Ph.D.<br>RBD Expert<br>Warning and Communications pertaining to product safety | Expert Witness | May Call |
|---|---|---|---|
| 31. | William L. Dyson, PhD, CIH<br>RBD Expert<br>Industrial Hygienist | Expert Witness | May Call |
| 32. | Thomas Fribley<br>RBD Expert<br>RV Construction and Design | Expert Witness | May Call |
| 33. | Kenneth Smith, M.D.<br>RBD Expert<br>Pulmonary Diseases | Expert Witness | May Call |
| 34. | Ronald J. French, M.D.<br>RBD Expert<br>Otolaryngologist | Expert Witness | May Call |
| 35. | Anthony Watson<br>RBD Expert<br>Industrial Hygienist | Expert Witness | May Call |
| 36. | James Wedner, MD, FAAAI<br>RBD Expert<br>Allergic and Immunologic Diseases | Expert Witness | May Call |
| 37. | Michael Ginevan, Ph.D.<br>RBD Expert<br>Biostatistician | Expert Witness | May Call |
| 38. | Megan Ciota, Ph.D.<br>RBD Expert<br>Clinical Psychologist/Neuropsychologist | Expert Witness | May Call |
| 39. | Damien W. Serauskas, P.E.<br>RBD Expert<br>Professional Mechanical Engineer | Expert Witness | May Call |
| 40. | Robert Wozniak<br>RBD Expert<br>Engineer/Construction/Standards/Codes | Expert Witness | May Call |

| 41. | Robert James, Ph.D.<br>RBD Expert<br>Toxicologist | Expert Witness | May Call |
|---|---|---|---|
| 42. | Any expert retained by or on behalf of RBD, regarding the Earline Castanel matter | Expert Witness | May Call |
| 43. | Marilu O'Byrne, M.D.<br>Plaintiff's Treating Physician<br>Ophthalmologist | Fact/Expert Witness | May Call |
| 44. | Carter Paddock, M.D.<br>Plaintiff's Treating Physician<br>Dermatologist | Fact/Expert Witness | May Call |
| 45. | Joseph Gautreaux, M.D.<br>Plaintiff's Treating Physician<br>Ear, Nose and Throat Specialist | Fact/Expert Witness | May Call |
| 46. | Sanjeeva Reddy, M.D.<br>Plaintiff's Treating Physician<br>Gastroenterology | Fact/Expert Witness | May Call |
| 47. | Frances Ivker, M.D.<br>Plaintiff's Treating Physician<br>Obstetrician/Gynecologist | Fact/Expert Witness | May Call |
| 48. | Custodian of records for Allan Bowers, M.D. | Fact Witness | May Call |
| 49. | Custodian of records for Marilu O'Byrne, M.D. | Fact Witness | May Call |
| 50. | Custodian of records for Carter Paddock, M.D. | Fact Witness | May Call |
| 51. | Custodian of records for Joseph Gautreaux, M.D. | Fact Witness | May Call |
| 52. | Custodian of records for Sanjeeva Reddy, M.D. | Fact Witness | May Call |
| 53. | Custodian of records for Ronald J. French, M.D. | Fact Witness | May Call |
| 54. | Custodian of records for Kenneth Smith, M.D. | Fact Witness | May Call |

| 55. | Custodian of records for Megan Ciota, Ph.D. | Fact Witness | May Call |
|---|---|---|---|
| 56. | Custodian of records for James Wedner, M.D., FAAAI | Fact Witness | May Call |
| 57. | Custodian of records for West Jefferson Medical Center | Fact Witness | May Call |
| 58. | Custodian of records for East Jefferson Medical Center | Fact Witness | May Call |
| 59. | Custodian of records for Ochsner Health System | Fact Witness | May Call |
| 60. | Custodian of records for Humana | Fact Witness | May Call |
| 61. | Custodian of records for Saint Peter Claver Catholic Church | Fact Witness | May Call |
| 62. | Custodian of records for Wal-Green's Pharmacy | Fact Witness | May Call |
| 63. | Randall Rush<br>RBD President/Managing Member | Fact Witness | May Call |
| 64. | George Cornish<br>RBD Employee | Fact Witness | May Call |
| 65. | John Firestone<br>RBD Employee | Fact Witness | May Call |
| 66. | Ronald Major<br>RBD Employee (Former) | Fact Witness | May Call |
| 67. | Michael Gaume<br>RBD Witness | Fact Witness | May Call |
| 68. | Earline Castanel | Fact Witness | May Call |
| 69. | Laverne Williams<br>Earline Castanel's Daughter | Fact Witness | May Call |
| 70. | Sandra Davis<br>Earline Castanel's Daughter | Fact Witness | May Call |
| 71. | Edward Ganier | Fact Witness | May Call |

| | | | |
|---|---|---|---|
| 72. | James Schilligo<br>Morgan Buildings and Spas | Fact Witness | May Call |
| 73. | Eddy Reynolds<br>Shaw Employee/Subcontractor | Fact Witness | May Call |
| 74. | Kendrick Paul<br>Shaw Employee/Subcontractor | Fact Witness | May Call |
| 75. | Ronald La Hoste, Jr.<br>Shaw Employee/Subcontractor<br>Site Assessor | Fact Witness | May Call |
| 76. | David Bennett<br>Shaw (Maintenance) | Fact Witness | May Call |
| 77. | Rusty Stout<br>Shaw (Maintenance) | Fact Witness | May Call |
| 78. | James Chamness<br>Shaw Employee | Fact Witness | May Call |
| 79. | Guy Morgan<br>Morgan Buildings and Spas | Fact Witness | May Call |
| 80. | Representative of C. Martin Company or any other Maintenance and Deactivation Contractor ("MDC") that was responsible for maintenance and/or deactivation of the Castanel unit | Fact Witness | May Call |
| 81. | Drew Conger<br>Woodrow Wilson Construction Company Employee | Fact Witness | May Call |
| 82. | Representative(s) of Woodrow Wilson General Contractors | Fact Witness | May Call |
| 83. | Representative(s) of Lippert, Inc. | Fact Witness | May Call |
| 84. | Representative(s) of Morgan Buildings and Spas | Fact Witness | May Call |
| 85. | Representative(s) of St. Peter Claver Church | Fact Witness | May Call |
| 86. | Representative(s) of Nautilus Insurance Company | Fact Witness | May Call |

7

| | | | |
|---|---|---|---|
| 87. | Representative of RVIA | Fact Witness | May Call |
| 88. | Representative(s) of RPTIA | Fact Witness | May Call |
| 89. | Representative(s) of Robert Weed Plywood Products<br>Vendor | Fact Witness | May Call |
| 90. | Representative(s) of Bluelinx Corp.<br>Vendor | Fact Witness | May Call |
| 91. | Representative(s) of Dometic Corp.<br>Vendor | Fact Witness | May Call |
| 92. | Representative(s) of North American Forest Products<br>Vendor | Fact Witness | May Call |
| 93. | Representative(s) of Lumber Services<br>Vendor | Fact Witness | May Call |
| 94. | Representative(s) of any wood supplier to RBD<br>Vendor | Fact Witness | May Call |
| 95. | Garrett Smelley<br>Uncle Bears Trucking Employee | Fact Witness | May Call |
| 96. | Any physician who has treated plaintiff prior, during or subsequent to the alleged exposure | Fact/Expert Witness | May Call |
| 97. | Any witness needed to identify or authenticate a document to be entered into evidence | Fact Witness | May Call |
| 98. | Any witness listed in any other party's witness list | Fact Witness | May Call |
| 99. | Any witness deposed in this MDL proceeding at any time | Fact Witness | May Call |
| 100. | Any witness referred to or identified in any party's response to interrogatories or other written discovery, or identified in any written discovery requests propounded on any party in this MDL proceeding | Fact/Expert Witness | May Call |

| | | | |
|---|---|---|---|
| 101. | Any person mentioned in any deposition taken in this MDL proceeding | Fact/Expert Witness | May Call |
| 102. | Any person identified in any document produced or exchanged in this MDL proceeding | Fact/Expert Witness | May Call |
| 103. | Any Current or Former RBD Employee | Fact Witness | May Call |
| 104. | Any Current or Former Morgan Employee | Fact Witness | May Call |
| 105. | Any Current or Former Morgan Contractor Employee | Fact Witness | May Call |
| 106. | Any Current or Former Shaw Representative/Employee who assisted with Shaw's Hurricanes Katrina and Rita Response | Fact Witness | May Call |
| 107. | Any Current or Former Shaw Representative/Contractor Employee who assisted with Shaw' Hurricanes Katrina and Rita Response | Fact Witness | May Call |
| 108. | Any Current or Former Morgan Sub-Contractor Representative/Employee who assisted with Shaw's Hurricanes Katrina and Rita Response | Fact Witness | May Call |
| 109. | Any Current or Former Shaw Sub-Contractor Representative/Employee who assisted with Shaw's Hurricanes Katrina and Rita Response | Fact Witness | May Call |
| 110. | Any Current or Former FEMA Employee/Contractor who in any way assisted with FEMA's Hurricanes Katrina and Rita Response | Fact Witness | May Call |
| 111. | Any Current or Former Employee of any Governmental Agency/Entity which assisted FEMA with its Hurricanes Katrina and Rita Response | Fact Witness | May Call |

| | | | |
|---|---|---|---|
| 112. | Any Expert Witness retained in any one of the six Bellwether Trials in the Instant MDL, by any party | Expert Witness | May Call |
| 113. | All FEMA Contracting Officers assigned to the Individual Assistance/Technical Assistance Contract ("IA/TAC") with Shaw | Fact Witness | May Call |
| 114. | All Contracting Officers' Technical Representatives ("COTRs") assigned to the IA/TAC with Shaw | Fact Witness | May Call |
| 115. | Custodian of Records for Frances Ivker, M.D. | Fact Witness | May Call |
| 116. | Custodian of Records for VA Memorial Medical Center - Biloxi, Mississippi | Fact Witness | May Call |
| 117. | Custodian of Records for VA Memorial Medical Center - New Orleans, Louisiana | Fact Witness | May Call |
| 118. | Representative of Stone Insurance Company | Fact Witness | May Call |
| 119. | Representative of any Insurance Company that issued a policy of insurance to Earline Castanel | Fact Witness | May Call |
| 120. | Representative of Donnelly | Fact Witness | May Call |
| 121. | Daniel J. Rossman Donnelly Employee | Fact Witness | May Call |
| 122. | Custodian of Records for Rooms To Go Furniture | Fact Witness | May Call |
| 123. | Representative of Rooms to Go Furniture | Fact Witness | May Call |
| 124. | Raul Serrata | Fact Witness | May Call |
| 125. | Johnny Odom | Fact Witness | May Call |
| 126. | Dalton Toups Employee of First General Services | Fact Witness | May Call |

| 127. | Scott Daley<br>Employee of Ritter Consulting | Fact Witness | May Call |
|---|---|---|---|
| 128. | Representatives of RBD vendors/suppliers in 2005 and 2006 | Fact Witness | May Call |
| 129. | Representative of SRS | Fact Witness | May Call |
| 130. | Any other physician who has treated plaintiff prior, during or subsequent to the alleged exposure | Fact/Expert Witness | May Call |
| 131. | Any witness needed to identify or authenticate a document to be entered into evidence | Fact Witness | May Call |
| 132. | Any witness needed for rebuttal purposes | Fact Witness | May Call |
| 133. | Any witness listed in any other party's witness list | Fact Witness | May Call |
| 134. | Any witness deposed in this MDL proceeding at any time | Fact Witness | May Call |

RBD respectfully reserves the right to call any other witness who becomes known during discovery in this matter. RBD further reserves the right to supplement and amend this preliminary witness list once discovery in this matter is completed.

Respectfully submitted,

 */s/Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE & MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant, Recreation By Design, LLC
Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

 */s/Randall C. Mulcahy*
RANDALL C. MULCAHY, Bar No. 26436