UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                                        SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2977

**ORDER AND REASONS**

Before the Court is Plaintiff's Motion to Allow Experts to Utilize and Explain the Demonstrative Computer-Generated Video Evidence During their Testimony in the Interest of Clarity and Judicial Economy (Rec. Doc. 12744). After considering the memoranda filed by the parties and the applicable law,

**IT IS ORDERED** that **Plaintiff's Motion to Allow Experts to Utilize and Explain the Demonstrative Computer-Generated Video Evidence During their Testimony in the Interest of Clarity and Judicial Economy (Rec. Doc. 12744)** is **DENIED, without prejudice, as premature.** However, the Court notes the following:

First and foremost, a proper evidentiary foundation must first be provided prior to playing the computer-generated animation.

Second, if Plaintiff intends to show certain portions of this video to different experts, those

1

portions may be shown to the jury once and only once during the course of this trial, and even then, only with prior court approval. Showing the same portions of this video to the jury multiple times (whether with the same witness or with more than one witness) is repetitive and will not be allowed, as the parties have repeatedly been cautioned.

New Orleans, Louisiana, this 12th day of March, 2010.

_____
**KURT D. ENGELHARDT**
**United States District Court**