UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Member Case No. 09-2977

## ORDER AND REASONS

The Court has reviewed the exhibit objections and the responses thereto. Accordingly,

**IT IS ORDERED** that all objections to exhibits are **REFERRED TO TRIAL**, with the following caveats:

(1)   All counsel are instructed to review the Court's rulings on motions in limine to the extent that such rulings will affect the admissibility of certain exhibits. Accordingly, counsel should exclude certain exhibits based on the Court's previous rulings on motions in limine.

(2)   The Court is not inclined to re-visit exhibit rulings made in the September 2009 bellwether trial.

(3)   Of course, any exhibit sought to be introduced shall not be shown to the jury until

the Court rules that the exhibit is admissible.

New Orleans, Louisiana, this 12th day of March, 2010.

**KURT D. ENGELHARDT**
**United States District Court**