UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION N(5) |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Earline Castanel, et al. v. Recreation by Design, LLC, et al.* No. 09-3251 (E.D. La.) | * * * * * | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SHAW ENVIRONMENTAL, INC.'S WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes Shaw Environmental, Inc. ("Shaw"), and pursuant to the Court's Scheduling Order, hereby submits the following witness list. As both fact and expert discovery is ongoing, Shaw expressly reserves the right to supplement or amend this list as the litigation continues.

| NO. | WITNESS | TYPE OF WITNESS |
|---|---|---|
| 1. | Kevin Souza | Fact |
| 2. | Guy Bonomo | Fact |
| 3. | Gary Keyser | Fact |
| 4. | Stephen Miller | Fact |
| 5. | Brian Boyle | Fact |

| NO. | WITNESS | TYPE OF WITNESS |
|---|---|---|
| 6. | Stephen Deblasio | Fact |
| 7. | Larry Woodruff | Fact |
| 8. | Nancy Costello | Fact |
| 9. | Kathy Miller | Fact |
| 10. | Bellance Green | Fact |
| 11. | Travis Morris | Fact |
| 12. | Joseph Little | Fact |
| 13. | John Osteraas, Ph.D., P.E. Exponent | Expert |
| 14. | Geoffrey C. Compeau | Fact |
| 15. | Allison Hansen | Fact |
| 16. | Jim Brixius | Fact |
| 17. | Andrew Burgess | Fact |
| 18. | Don Janz | Fact |
| 19. | Kevin Neal | Fact |
| 20. | Representative of Woodrow Wilson Construction Co., Inc. | Fact |
| 21. | Representative(s) of C. Martin Company | Fact |
| 22. | Representative(s) of Smith Research Development & Support Corporation | Fact |
| 23. | Representative(s) of B&I Services, A Louisiana Joint Venture | Fact |
| 24. | Representative(s) of Southwest Housing | Fact |
| 25. | Alan Bowers, M.D. | Fact/Expert |

| NO. | WITNESS | TYPE OF WITNESS |
|---|---|---|
| 26. | Carter Paddock, M.D. | Fact/Expert |
| 27. | Joseph Gautreaux, M.D. | Fact/Expert |
| 28. | Dr. Marilu O'Byrne | Fact/Expert |
| 29. | S. T. Reddy, M.D. | Fact/Expert |
| 30. | Representative(s) of Recreation by Design | Fact |
| 31. | Randall Rush (Recreation by Design) | Fact |
| 32. | Robert James, Ph.D. (Recreation by Design Expert) | Expert |
| 33. | G. Graham Allan, Ph.D. (Recreation by Design Expert) | Expert |
| 34. | Megan A. Ciota, Ph.D. (Recreation by Design Expert) | Expert |
| 35. | Philip Cole, M.D. (Recreation by Design Expert) | Expert |
| 36. | Nathan T. Dorris, Ph.D. (Recreation by Design Expert) | Expert |
| 37. | William L. Dyson, Ph.D., C.I.H. (Recreation by Design Expert) | Expert |
| 38. | Ronald J. French, M.D. (Recreation by Design Expert) | Expert |
| 39. | Thomas Fribley (Recreation by Design Expert) | Expert |
| 40. | Michael E. Ginevan, Ph.D. (Recreation by Design Expert) | Expert |
| 41. | Damien W. Serauskas, P.E. (Recreation by Design Expert) | Expert |
| 42. | Kenneth B. Smith, M.D. (Recreation by Design Expert) | Expert |
| 43. | Tony Watson, M.S.H.P., C.I.H., C.S.P. (Recreation by Design Expert) | Expert |

| NO. | WITNESS | TYPE OF WITNESS |
|---|---|---|
| 44. | H. James Wedner, M.D. (Recreation by Design Expert) | Expert |
| 45. | Robert E. Wozniak (Recreation by Design Expert) | Expert |
| 46. | Earline Castanel | Fact |
| 47. | Edwin Ganier | Fact |
| 48. | Laverne Williams | Fact |
| 49. | Kim Castanel | Fact |
| 50. | Sandra Davis | Fact |
| 51. | Any custodian of records necessary to authenticate documents to be entered into evidence. | Fact |
| 52. | Any witness listed by any other party to this litigation. | Fact |
| 53. | Any witness needed for rebuttal purposes. | Fact |
| 54. | Any witness deposed in this litigation after the date of this Witness List. | Fact |

Shaw respectfully reserves the right to call any other witness who becomes known during discovery in this matter.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**


  /s/ M. David Kurtz
ROY C. CHEATWOOD (#04010)
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
rcheatwood@bakerdonelson.com
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
cthigpen@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this the 12th day of March, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel and counsel of record who are CM/ECF participants.

   /s/ M. David Kurtz
        M. DAVID KURTZ