UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                     SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 08-5031

## ORDER

**IT IS ORDERED** that **Plaintiffs' Motion to Reconsider Plaintiff's Motion for Leave to File Second Supplemental and Amended Complaint (Rec. Doc. 11538)** is **GRANTED**, as unopposed. The Court notes that Plaintiffs' counsel has "severed" off all "matched" plaintiffs (approximately 2,304), in groups of 300 and grouped by manufacturer. However, the 185 plaintiffs remaining in the Second Supplemental Complaint remain unmatched. In seeking this relief, Plaintiffs wish to add all known manufacturers and no-bid contractors to the current pleading in order to preserve these Plaintiffs' claims against the correct manufacturer and no-bid contractor, essentially making this complaint an "unmatched" complaint.

New Orleans, Louisiana, this 12th day of March, 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**