UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Earline Castanel, et al. v. Recreation by* | * | MAGISTRATE CHASEZ |
| *Design, LLC, et al.* | * | |
| No. 09-3251 (E.D. La.) | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SHAW ENVIRONMENTAL, INC.'S EXHIBIT LIST**

NOW INTO COURT, through undersigned counsel, comes Shaw Environmental, Inc. ("Shaw"), and pursuant to the Court's Scheduling Order, hereby submits the following preliminary exhibit list:

| EXHIBIT # | EXHIBIT DESCRIPTION |
|---|---|
| 1. | The Individual Assistance / Technical Assistance Contract ("IA/TAC") between FEMA and Shaw Environmental, Inc. [Contract No. HSFEHQ-05-D-0573] including all Task Orders, Amendments, Attachments, Statements of Work, and Work Plans [SHAW 000373–001142] |
| 2. | Ready for Occupancy Status Form [SHAW-CAST 0002] |
| 3. | Agreement to Rules of Occupancy [SHAW-CAST 0003] |
| 4. | Applicant Pending Inspection Form [SHAW-CAST 0004] |

| EXHIBIT # | EXHIBIT DESCRIPTION |
|---|---|
| 5. | Landowner's Authorization / Ingress-Egress Agreement [SHAW-CAST 0005] |
| 6. | Site Description Schematic [SHAW-CAST 0007] |
| 7. | Site Description by Kendrick Paul [SHAW-CAST 0008] |
| 8. | Temporary Housing Unit Inspection Report [SHAW-CAST 0009] |
| 9. | FEMA Unit Inspection Report [FEMA207-000018] |
| 10. | Trailer Lease Check In List [SHAW-CAST 0014] |
| 11. | RFO Checklist [SHAW-CAST 0013] |
| 12. | Ready for Occupancy Check List [SHAW-CAST 0015] |
| 13. | Shaw Notice [SHAW-CAST 0016] |
| 14. | Call Center Maintenance Request Form [SHAW-CAST 0024] |
| 15. | Call Center Work Order Form [SHAW-CAST 0025] |
| 16. | Shaw applicant data record for Earline Castanel [SHAW-0010] |
| 17. | Manhattan Site Trailer Delivery List [SHAW-CAST 0019] |
| 18. | Unit Delivery Ticket [FEMA207-000015] |
| 19. | Temporary Housing Unit Inspection Report [FEMA207-000016] |
| 20. | Spreadsheet redacted to show Castanel trailer [SHAW-CAST 0018] |
| 21. | Shaw's FEMA Maintenance Transition Report showing Castanel trailer [SHAW-CAST 0026–0027] |

| EXHIBIT # | EXHIBIT DESCRIPTION |
|---|---|
| 22. | Earline Castanel's Individual Assistance file [FEMA159-000001 – FEMA159-000094] |
| 23. | FRRATS Screens for Earline Castanel's Disaster Files [FEMA10-003563–003589] |
| 24. | Photographs taken by FEMA of the Castanel Unit in Lottie, LA [FEMA207-000001–000008] |
| 25. | Documents collected by FEMA from within the Castanel Unit in Lottie, LA [FEMA207-000009–000022] |
| 26. | Photographs of Trailer at 2261 Urquhart Street |
| 27. | Google Maps photographs of Trailer at 2261 Urquhart Street |
| 28. | Photographs of Trailer during inspections in Lottie, Louisiana by various experts |
| 29. | Plaintiff Fact Sheets |
| 30. | Dr. Carter Paddock records [RBD-EC-MED 00001-00021] |
| 31. | Dr. Alan Bowers records [RBD-EC-MED 00022-00503] |
| 32. | Ochsner Clinic records [RBD-EC-MED 00504-00572] |
| 33. | O'Byrne Eye Clinic records [RBD-EC-MED 00573-00588] |
| 34. | West Jefferson Medical Center records [RBD-EC-MED 00589-00665] |
| 35. | Dr. Joseph Gautreaux records [RBD-EC-MED 00669-00693] |
| 36. | Recreation by Design file [RBD-CASTANEL 00001 - 00045] |
| 37. | Recreation by Design Owner's Manual |
| 38. | FEMA Trailer Procurement Specifications |

| EXHIBIT # | EXHIBIT DESCRIPTION |
|---|---|
| 39. | Floor Plan for 33 PM FEMA Build Spec #294 [RBD-CASTANEL 00002] |
| 40. | Trailer schematics including but not limited to [RBD-CASTANEL 00009-00045] |
| 41. | Woodrow Wilson Construct Co., Inc. records |
| 42. | C. Martin Company, Inc. records |
| 43. | Smith Research Development & Support Corporation records |
| 44. | B&I Services, A Louisiana Joint Venture records |
| 45. | Southwest Housing records |
| 46. | FEMA Flyer (see Bonomo Depo, Ex. 4) |
| 47. | FEMA Important Formaldehyde Information (see Larson Depo, Ex. 3) |
| 48. | Typical Travel Trailer Pier Construction [SHAW 002020] |
| 49. | Travel Trailer Inspections – Field Inspector's Guide [FL-FCA06913-06490] (Boyle Deposition Ex. 3) |
| 50. | Policies and Clarifications [SHAW 002128–002129] |
| 51. | Shaw RFO/Lease-In Forms [SHAW 002354–002359] |
| 52. | Maintenance Call Number [SHAW 005470] |
| 53. | FEMA Specs [SHAW 002277–002286] |
| 54. | Shaw SOP for PMIs [SHAW 013293–013303] |
| 55. | Email – Technical Direction to Shaw [SHAW 002333-34] |

4

| EXHIBIT # | EXHIBIT DESCRIPTION |
|---|---|
| 56. | Email regarding trailer support blocks [SHAW 002967–002971] |
| 57. | Emails dated March 20-21, 2006 [SHAW 013510–013520; SHAW 013539–013545; and SHAW 013563–013568] |
| 58. | CV of John D. Osteraas, Ph.D., P.E. |
| 59. | CVs of Recreation by Design and FEMA experts |
| 60. | John D. Osteraas, Exponent, Engineering Investigation – Earline Castanel Trailer, dated March 1, 2010, and all documents referenced therein |
| 61. | Data logger readings taken from the trailer while in Lottie, LA |
| 62. | Records reflecting readings or measurements taken by or at the direction of John Osteraas in Lottie, LA |
| 63. | Records reflecting the results of tests performed on an exemplar trailer at the direction of John Osteraas |
| 64. | Photographs of the trailer while in Lottie, LA, taken at the direction of John Osteraas |
| 65. | Video of the trailer testing conducted in Lottie, LA at the direction of John Osteraas |
| 66. | Any and all documents produced after the date of this exhibit list |
| 67. | Any and all documents attached to any depositions |
| 68. | Any and all documents necessary for rebuttal |
| 69. | Any and all documents listed by any other party to this litigation |
| 70. | Any and all pleadings or motions, or attachments or exhibits thereto, filed in this litigation |

5

As both fact and expert discovery is ongoing, Shaw reserves the right to supplement and amend this exhibit list once discovery in this matter is completed and until finalization of the pre-trial order.

        Respectfully submitted,

        **BAKER DONELSON BEARMAN**
        **CALDWELL & BERKOWITZ, PC**


        /s/ M. David Kurtz
        ROY C. CHEATWOOD (#04010)
        M. DAVID KURTZ (#23821)
        KAREN KALER WHITFIELD (#19350)
        CATHERINE N. THIGPEN (#30001)
        201 St. Charles Avenue, Suite 3600
        New Orleans, Louisiana 70170
        Telephone: (504) 566-5200
        Facsimile: (504) 636-4000
        rcheatwood@bakerdonelson.com
        dkurtz@bakerdonelson.com
        kwhitfield@bakerdonelson.com
        cthigpen@bakerdonelson.com

        **ATTORNEYS FOR DEFENDANT,**
        **SHAW ENVIRONMENTAL, INC.**


**CERTIFICATE OF SERVICE**

I hereby certify that on this the 12th day of March, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel and counsel of record who are CM/ECF participants.

        /s/ M. David Kurtz
        M. DAVID KURTZ