# Exhibit A

1375

**Plaintiff**  Cory Banks (200132)                **Address**  P.O. Box 833   Bayou La Batre, AL 36509

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff**  Katherine Banks, as Next Friend of      **Address**  8461 Lucky Way  Bayou La Batre, AL 36509
  DeAndre  Banks , a minor (200133)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff**  Lo Wonder Banks (200145)           **Address**  P.O. Box 833   Bayou  La Batre, AL 36509

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff**  Rafael Banks (200149)             **Address**  8555 Alba Street  Bayou La Batre, AL 36509

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff**  Lowonder Banks, as Representative of    **Address**  8555 East Alba Street  Bayou La Batre, AL 36509
  the Estate of Willie Banks, deceased

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
  Gulf Stream Coach, Inc.

---

**Plaintiff**  Frank Broughton (211487)           **Address**  P.O. Box 472  Pearlington, MS 39572

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
  Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff** Tiffany Busha, as Next Friend of
Amber Busha, a minor (209232)          **Address** 35 Braxton Lee Road  Popularville, MS 39470

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Tiffany Busha, as Next Friend of
Kimberly Busha, a minor (209119)          **Address** 35 Braxton Lee Road  Popularville, MS 39470

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Tiffany Busha (209231)          **Address** 35 Braxton Lee Road  Popularville, MS 39470

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Melissa Holston, as Next Friend of
Jestin Carroll, a minor (209229)          **Address** 29 Braxton Lee Road  Popularville, MS 39470

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Sadana Darwin (205376)          **Address** 6126 West Desoto St.  Bay St. Louis, MS 39520

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Melissa Holston, as Next Friend of
Erica Holston, a minor (209230)          **Address** 29 Braxton Lee Road  Popularville, MS 39470

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff** Clara Jackson (215679)                    **Address** 243 Peters Road  Poplarville, MS 39470

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Nelda Lee, as Next Friend of Dillon    **Address** 29 Braxton Lee Road  Popularville, MS 39470
          Lee, a minor (209121)

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Nelda Lee (209120)                    **Address** 29 Braxton Lee Road  Popularville, MS 39470

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Paul Martin (205132)                    **Address** 6126 West Desoto  Bay St. Louis, MS 39520

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Michael Robbins (200684)                    **Address** P.O. Box 202  Bayou La Batre, AL 36509

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff** Kimberly Holloway, as Next Friend of    **Address** 1750 Staples Rd  Mobile, AL 36605
          Earl  Scott, a minor (200447)

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
          Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff** Thawonda McCall, as Next Friend of      **Address** 15228 Lemoyne Blvd. Lot 5 Biloxi, MS 39532
Jelisia  Adams, a minor (200205)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Thawanda  McCall, as Next Friend of      **Address** 15228 Lemoyne Blvd.  Lot 5 Biloxi, MS 39532
Samira  Adams, a minor (200209)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Janet Alexander (209429)      **Address** P.O. Box  136  Carriere, MS 39426

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Darlene Robinson, as Next Friend of      **Address** P.O. Box  2814  Bay St. Louis, MS 39520
Trevion Allen, a minor (212720)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Cecil Andrews (200081)      **Address** P.O. Box 456  Dauphin Island, AL 36528

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Alexandria Barnes, as Next Friend of      **Address** P.O. Box 8555  Moss Point , MS 39563
Kiara Baker, a minor (209451)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff**  Nadine Baldwin (202825)                    **Address**  2601 Calle De Feliz  Gautier, MS 39553

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Karen Balog (202826)                    **Address**  9267 Caundet  # 1 Gulfport, MS 39501

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Alexandria Barnes (209455)                    **Address**  P.O. Box  8555  Moss Point, MS 39563

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Alexandria Barnes, as Next Friend of          **Address**  P.O. Box 8555  Moss Point, MS 39563
          Arbrian Barnes, a minor (209456)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Alexandria Barnes, as Next Friend of          **Address**  P.O. Box  8555  Moss Point, MS 39563
          Brian Barnes, a minor (209458)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Barbara Bernard (200049)                    **Address**  8930 Morrison Rd.  New Orleans, LA 70127

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
          Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff** Charles Bolden (202861)                    **Address** 4953 Metropolitan Dr.  New Orleans, LA 70126

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** Glenda Bounds, as Next Friend of    **Address** 4464 34th Street  Bay St. Louis, MS 39520
Devin Bounds, a minor (206899)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** Glenda Bounds (206900)                    **Address** 4464 34th Street  Bay St. Louis, MS 39520

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** Timothy Bourgeois (210947)                    **Address** 5225 Hwy 90  Bay St. Louis, MS 39520

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** Leonisa Davis, as Next Friend of    **Address** 136 Espana Park  Waveland, MS 39576
Joshua Bourn, a minor (215457)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** Brymon Brocks (202885)                    **Address** 6301 Kuebel Dr.  # D New Orleans, LA 70126

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff**  Maxine Brown (203339)                 **Address**  196 Alexander Avenue  Biloxi, MS 39530

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Maxine Brown, as Next Friend of   **Address**  196 Alexander Avenue  Biloxi, MS 39530
Semaj Brown, a minor (203338)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Anthony Bryan (210311)                 **Address**  6251 Carco st.  Bay st. Louis, MS 39520

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Samantha Fortner, as Next Friend of   **Address**  1250 Faye St.  Kingsport, TN 37660
Kerina Byington, a minor (202894)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Patricia Causey (210766)               **Address**  4116 Lac Bienville #B Harvey, LA 70058

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Kevin Cenales (202253)                 **Address**  15373 St. Charles St.  D3 Gulfport, MS 39503

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff**  Nida Cenales (202254)                    **Address**  12110 Barimba Place  Gulfport, MS 39503

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  James Coon (214673)                    **Address**  903 Williams St.  Pascagoula, MS 39567

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Charles Cox (211755)                    **Address**  P.O. Box  3184  Bay St. Louis, MS 39520

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Patricia Cox (211758)                    **Address**  P.O. Box  3184  Bay St. Louis, MS 39521

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Gwendolyn Crawford (209844)                    **Address**  P.O. Box 414  Pearlington, MS 39572

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Mary Cronier (214700)                    **Address**  P.O. Box 368  Escatawpa, MS 39552

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
       Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff**  Ormond Cronier (214588)                    **Address**  P.O. Box 368  Escatawpa, MS 39552

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  David Dailey (207714)                    **Address**  511 Morris Street  Waveland, MS 39576

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  David Dailey, as Representative of the     **Address**  511 Morris Street  Waveland, MS 39576
Estate of Leonie Dailey, deceased

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Lisa Beard, as Next Friend of Brandon     **Address**  5346 Cronier Avenue  Long Beach, MS 39560
Dandrea, a minor (202049)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Beverly Davis (205959)                    **Address**  7241 Lakeshore Road  Bay St. Louis, MS 39520

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Charles Davis (206961)                    **Address**  7241 Lakeshore Road  Bay St. Louis, MS 39520

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
        Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff**  Sophie Davis (202105)                    **Address**  1950 Sebasterpol Lane  St. Bernard, LA 70085

**Original Civil Action No.**  08-5031
**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  John Deadeaux (202957)                   **Address**  850 Clark Avenue  Pass Christian, MS 39571

**Original Civil Action No.**  08-5031
**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Larry Domino (209872)                    **Address**  5131 4th Ave.  Pearlington, MS 39572

**Original Civil Action No.**  08-5031
**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Kathleen Ducote (211140)                 **Address**  P.O. Box  452  Pearlington, MS 39572

**Original Civil Action No.**  08-5031
**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Beverly Duffy (202024)                   **Address**  1403 Convent Avenue  Pascagoula, MS 39567

**Original Civil Action No.**  08-5031
**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
        Gulf Stream Coach, Inc.

---

**Plaintiff**  Emmaria Duffy (202025)                   **Address**  1403 Convent Avenue  Pascagoula, MS 39567

**Original Civil Action No.**  08-5031
**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
        Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff** Gerald Duffy  (202026)               **Address** 1403 Convent Avenue  Pascagoula, MS 39567

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff** Beverly Duffy, as Next Friend of          **Address** 1403 Convent Avenue  Pascagoula, MS 39567
       Treasure  Duffy, a minor (202027)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff** Erica Edwards (209766)               **Address** P.O. Box 261  Pearlington, MS 39572

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff** Marian Epperson (205818)              **Address** 231 Dogwood St.  Waveland, MS 39576

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff** Erica Fleming, as Next Friend of          **Address** 4282 Maple Dr.  Baton Rouge, LA 70805
       Bre'Niyah Fleming, a minor (206978)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff** Erica Fleming (206979)               **Address** 2742 Hollywood St.   Baton Rouge, LA 70805

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
       Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff**  Samantha Fortner, as Next Friend of          **Address**  1250 Faye St.   Kingsport, TN 37660
Destin Fortner, a minor (202983)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Gordon Fortner (201949)          **Address**  1250 Faye St.   Kingsport, TN 37660

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Richard Gates (216504)          **Address**  6115 E Benton Street  Bay St Louis, MS 39520

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Jeanine Glover (209811)          **Address**  P. O. Box  896  Pearlington, MS 39572

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Stephen Glover (209812)          **Address**  P.O. Box 896  Pearlington, MS 39572

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  William Glover (209813)          **Address**  P. O. Box  896  Pearlington, MS 39572

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff**  Robert Goudy (201697)                    **Address**  1667 Irish Hill Dr.  Apt. G129 Biloxi, MS 39530

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Donnie Green (203021)                    **Address**  P.O. Box 772  Wiggins , MS 39577

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Wanda Green (203020)                    **Address**  P.o. Box 772  Wiggins, MS 39577

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Andrew Hammett (216540)                    **Address**  15254 Northrup Cuevas Rd.  Gulfport, MS 39503

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Vicky Hammett (216539)                    **Address**  15254 Northrup Cuevas Rd.  Gulfport, MS 39503

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
          Gulf Stream Coach, Inc.

---

**Plaintiff**  Victor Hammett (216542)                    **Address**  15254 Northrup Cuevas Rd.  Gulfport, MS 39503

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
          Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff**  Marilyn Harrison-Jackson (209724)        **Address**  3916 Hollygrove St.  New Orleans, LA 70118

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Staci Harrison (209725)        **Address**  3916 HollyGrove St.  New Orleans, LA 70118

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Traci Harrison (209726)        **Address**  3916 Holly Grove St.  New Orleans, LA 70118

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Tara Spriggs, as Next Friend of Eugene        **Address**  1113 Jackson Landing Rd  Picayune, MS 39466
Haynes, a minor (216563)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Kirby Haynes (209728)        **Address**  706 Morris St  Waveland, MS 39576

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Mayola Haynes (209729)        **Address**  706 Morris St  Waveland, MS 39576

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
     Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff**  Dorothy Heidelberg (216567)          **Address**  1151 Sekul Avenue Apt 166  Biloxi, MS 39530

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Audrey Herring (212458)          **Address**  307 Dunbar Avenue  Apt.  F Bay St. Louis, MS 39520

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Jo Holden (203067)          **Address**  P.o Box 578  Natalbany, LA 70451

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Okema Huderson, as Next Friend of          **Address**  11 Jaguar Ln.  Picayune, MS 39466
       Deonta Huderson, a minor (216589)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Okema Huderson (216590)          **Address**  11 Jaguar Ln.  Picayune, MS 39466

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
       Gulf Stream Coach, Inc.

---

**Plaintiff**  Marion Jackson (201418)          **Address**  501 S. Genois St.  New Orleans, LA 70119

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
       Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff**  Phillip Jackson (201420)                **Address**  503 Genois St.  New Orleans, LA 70119

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Jacquelyn Johnson (201466)                **Address**  1950 Sebasterol Lane  St. Bernard, LA 70085

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  JoeAnn Johnson (201469)                **Address**  1025 Honeysuckle Tr.  Summit, MS 39666

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Kathy Johnson (205222)                **Address**  PO BOX 564  Independence, LA 70443

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Paul Johnson (201488)                **Address**  P.O. Box 483  Coden, AL 36523

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
     Gulf Stream Coach, Inc.

---

**Plaintiff**  Quillis Johnson (205227)                **Address**  602 David Martin St.  Wiggins , MS 39577

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
     Gulf Stream Coach, Inc.

---

## Exhibit A

**Plaintiff**  Samuel Johnson (201494)            **Address**  1950 Sebasterol Lane  St.Bernard, LA 70085

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Joshua Ladner (208991)            **Address**  7152 Happy Trails  Kiln, MS 39556

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Sierra Lambert (201276)            **Address**  3411 Fern St.  New Orleans, LA 70125

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Theresa  Long  McKay (207923)            **Address**  300 St Francis  Bay St Louis, MS 39520

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  John Lose (201184)            **Address**  12189 Heritage Lane  Irvington, AL 36544

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Patti Lose (201185)            **Address**  12189 Heritage Lane  Irvington, AL 36504

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

## Exhibit A

**Plaintiff**  Amber Marine (201239)                    **Address**  1950 N. Rocheblave St.  New Orleans, LA 70119

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Jeanell Hill, as Next Friend of Anton     **Address**  2800 19th Avenue Lot 56  Gulfport, MS 39501
　　　　　　Mason, a minor (203151)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Charles Pohlmann, as Next Friend of     **Address**  5094 Bud Ladner Road  Bay St. Louis, MS 39520
　　　　　　Bobby Mason, a minor (207707)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Rosa Mason (201096)                      **Address**  503 S. Genois St.  New Orleans, LA 70119

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Johnny Maxwell (203152)                  **Address**  1477 Old Hwy. 49  Brooklyn, MS 39425

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
　　　　Gulf Stream Coach, Inc.

---

**Plaintiff**  Alesha Mccall, as Next Friend of         **Address**  4900 Old Mobile Highway Apt P113 Pascagoula,
　　　　　　Jonathan  Turner, a minor (201115)                    MS 39581

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
　　　　Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff**  James McCall (201116)                **Address**  15228 Lemoyne Blvd. Lot 5 Biloxi, MS 39532

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Alesha Mccall, as Next Friend of Maya          **Address**  4900 Old Mobile Road Apt N-100 Pascagoula,
McCall, a minor (201118)                                                 MS 39581

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Thawonda McCall (200210)                **Address**  15228 Lemoyne Blvd.  Lot 5 Biloxi, MS 39532

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Tammy McClantoc, as Next Friend of          **Address**  8460 East Rabbi Street  Bayou La Batre, AL
Kayla  McClantoc, a minor (201126)                              36509

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Michael McClantoc (201127)                **Address**  8460 East Rabbi Street  Bayou La Batre, AL
                                                                                        36509

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Tammy McClantoc (201129)                **Address**  8460 East Rabby Street  Bayou La Batre, AL
                                                                                        36509

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff** Audroy McGowan (215807)          **Address** 1103 Brookdale Drive  Picayune, MS 39466

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Audroy McGowan, as Next Friend of          **Address** 1103 Brookdale Drive  Picayune, MS 39466
    JaQuantay McGowan, a minor

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Maggie McNair (201012)          **Address** P.O. Box 2122  Gulfport, MS 39505

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Amanda Mitchell (203171)          **Address** 22241 Pineville Road  Pass Christian, MS 39571

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Phillippe Moore (203180)          **Address** 850 Clark Avenue  Pass Christian, MS 39571

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff** Claudette Morris (220327)          **Address** 119 Old Superior Ave.  Bogalusa, LA 70427

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
    Gulf Stream Coach, Inc.

---

## Exhibit A

**Plaintiff** Travis Morrissette (200916)          **Address** 2901 54 Avenue Apt. A Gulfport, MS 39501

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** Gilbert Newman (216783)          **Address** 1104 Waveland Ave.  Waveland, MS 39576

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** Isiah Oliver (210248)          **Address** 11663  White Road  Pearlington, MS 39572

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** Antonio Owens (203210)          **Address** 2800 19th Avenue  Lot 56 Gulfport, MS 39501

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** Shawanda Petty (203239)          **Address** 850 Clark Avenue  Pass Christian, MS 39571

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** Charles Pohlmann (207706)          **Address** 5094 Bud Ladner Road  Bay St. Louis, MS 39520

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff**  Valerie Thomas, as Next Friend of        **Address**  4700 General Ike St  Moss Point, MS 39563
Jeremy  Reese, a minor (200630)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Mary Regan (209208)        **Address**  1133 Boyton Ave.  Westfield, NJ 07090

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  James Richardson (220408)        **Address**  125 Race Track Lane  Greensburg, LA 70441

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Mellisa  Richardson, as Next Friend of        **Address**  P.O. Box 204  Poplarville, MS 39470
Kaynia Richardson, a minor (216859)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Audroy McGowan, as Next Friend of        **Address**  1103 Brookdale Drive  Picayune, MS 39466
Shakira Roberts, a minor (215941)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Re'iona Robinson (210225)        **Address**  9101 Claiborne Ave.  New Orleans, LA 70118

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff**  Brenda Sargent (203594)                    **Address**  12506 John Williams Road  Moss Point, MS 39562

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Edward Sargent (203593)                    **Address**  12506 John Williams Road  Moss Point, MS 39562

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Nacole Saucier (203601)                    **Address**  206 Sycamore Street  Bay St. Louis, MS 39520

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Natasha Saucier (203602)                    **Address**  208 Old Spanish Trail  Waveland, MS 39576

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Audroy McGowan, as Next Friend of          **Address**  1103 Brookdale Drive  Picayune, MS 39466
Shania Saunder, a minor (215950)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Joyce Scarclif (200613)                    **Address**  P.O. Box 456  Dauphin Island, AL 36528

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff**  Jayme Scroggins (200457)          **Address**  13780 Vidilla Road  # 87 Pass Christian, MS 39571

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Marlyene Scroggins (200458)          **Address**  13780 Vidilla Road # 87 Pass Christian, MS 39571

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Shawanda Petty, as Next Friend of Washanda Seales, a minor (202772)          **Address**  850 Clark Avenue  Pass Christian, MS 39571

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Tammy McClantoc, as Next Friend of Brandon  Self, a minor (200470)          **Address**  8460 East Rabbi Street  Bayou La Batre, AL 36509

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Frank Seymour (212127)          **Address**  5725 Dead River Road  Gautier , MS 39553

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Chainte Singleton (210854)          **Address**  12384 Jackson Dr.  Apt. A Hammond , LA 70401

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff**  Gloria Smith (200359)                    **Address**  503 S. Genois St.  New Orleans, LA 70119

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Leanna Smith (210161)                    **Address**  P.O. Box 945  Pearlington, MS 39572

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Lillian Smith (203622)                    **Address**  12506 John Williams Road  Moss Point, MS 39562

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Lillian Smith, as Next Friend of Tegan Smith, a minor (203616)                    **Address**  12506 John Williams Road  Moss Point, MS 39562

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Woodrow Smith (200384)                    **Address**  503 S. Genois St.  New Orleans, LA 70119

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Lemuel Stallworth (200397)                    **Address**  10130 Fernland Road  Grand Bay, AL 36541

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

# Exhibit A

**Plaintiff**  Maxine Stallworth (200398)          **Address**  10130 Fernland Road  Grand Bay, AL 36541

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Garland Stewart (203633)          **Address**  101 Northwood Drive  Slidell, LA 70458

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Dionne Scott, as Next Friend of          **Address**  9127 Central Project Street  Convent, LA 70723
Markquell Stewart, a minor (210504)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Sharunda Stokes, as Next Friend of          **Address**  4607 Mill Street  Moss Point, MS 39563
Ameria  Stokes, a minor (200424)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Nicole Strahan (202808)          **Address**  1607 Sunshine Ct.  Misouri, TX 77459

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Doris Thomas, as Next Friend of          **Address**  P.O. Box  217  Pascagoula, MS 39568
Brittney Thomas, a minor (220473)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
    Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff**  Wallace Thomas (202313)          **Address**  4018 Briggs Street  Moss Point, MS 39563

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Donna Robinson, as Next Friend of Lemarques  Thompson, a minor          **Address**  3530 Machpelah Road Apt C  Moss Point, MS 39563

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Becky Tibbs, as Next Friend of Destry Tibbs, a minor (203654)          **Address**  12506 John Williams Road  Moss Point, MS 39562

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Amber Timmons (202337)          **Address**  12789 John Ross Road  Gulfport, MS 39501

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Barbara Tims (202338)          **Address**  173 Holly Circle  Gulfport, MS 39501

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Barbara Tims, as Next Friend of Destiny  Tims, a minor (202339)          **Address**  173 Holly Circle  Gulfport, MS 39501

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
    Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff**  Barbara Tims, as Next Friend of      **Address**  173 Holly Circle  Gulfport, MS 39501
Douglas  Tims, a minor (202341)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Barbara Tims, as Next Friend of Kia      **Address**  173 Holly Circle  Gulfport, MS 39501
Tims, a minor (202343)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Gerald Tondreau (202349)      **Address**  P.O. Box 12  Coden, AL 36523

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Rhonda Tondreau (202350)      **Address**  P.O. Box 12  Coden, AL 36523

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Willie Triplett (210337)      **Address**  2106 Buena Vista St  Pasagoula, MS 39567

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Vu Truong (212081)      **Address**  P.O. Box 11  Lakeshore, MS 39558

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff** Caffie Turberville (202374)          **Address** 9070 Midway Road  Coden, AL 36523

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Carletta Wadkins (210114)          **Address** 1954 Wickland Dr.  Lexington, KY  40505

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Bernita Washington (202700)          **Address** 4953 Metropolitan Dr.  New Orleans, LA 70126

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Bernita Washington (202701)          **Address** 4953 Metropolitan Dr.  New Orleans, LA 70126

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Joshua Washington (202699)          **Address** 4953 Metropolitan Dr.  New Orleans, LA 70126

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff** Kevin Washington (202698)          **Address** 4953 Metropolitan Dr.  New Orleans, LA 70126

**Original Civil Action No.** 08-5031

**Case Style** Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff**  Kevin Washington (202697)            **Address**  4953 Metropolitan Dr.  New Orleans, LA 70126

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Elaine Williams (216086)            **Address**  1708 45th Ave.  Gulfport, MS 39501

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Jessica Williams, as Next Friend of      **Address**  2407 12th Street  Pascagoula, MS 39567
         Hunter Williams, a minor (212018)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  James Williams (212019)            **Address**  2407 12th Street  Pascagoula, MS 39567

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Jessica Williams (212020)            **Address**  2407 12th Street  Pascagoula, MS 39567

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff**  Jessica Williams, as Next Friend of      **Address**  2407 12th Street  Pascagoula, MS 39567
         Kaleigh Williams, a minor (212021)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
      Gulf Stream Coach, Inc.

## Exhibit A

**Plaintiff**  Jessica Williams, as Next Friend of       **Address**  2407 12th Street  Pascagoula, MS 39567
Mallory Williams, a minor (212022)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Robert Williams (216099)       **Address**  8210 A Georgia Avenue  Gulport, MS 39501

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  John Woods (209994)       **Address**  P.O. Box 294  Pearlington, MS 39572

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Bryan Wright (206636)       **Address**  2742 Hollywood Street  Baton Rouge, LA 70805

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.

---

**Plaintiff**  Bryan Wright, as Next Friend of Jaheim       **Address**  2742 Hollywood Dr.  Baton Rouge, LA 70815
Wright, a minor (206637)

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
Gulf Stream Coach, Inc.