**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:   09-3251 | * | |
| *Earline Castanel, et al. vs. Recreation by Design, LLC, et al.* | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S INITIAL EXHIBIT LIST**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **Earline Castanel**,

pursuant to this Honorable Court's Trial Scheduling Order dated December 23, 2009 (Doc.

No. 9471), who hereby submits the following Initial Exhibit List in connection with the

above captioned matter:

| EXHIBIT ID | Category: | EXHIBIT DESCRIPTION | BATES RANGE | STATUS |
|---|---|---|---|---|
| Plaintiff's Exhibits | | | | |
| | Governmental Agency Reports and Studies | | | |
| 1 | | CDC Summary and Interim Report: VOC and Aldehyde Emissions in Four FEMA Temporary Housing Units – Indoor Environment Department, Lawrence Berkeley National Laboratory, 8 May, 2008 | PSC002113 - PSC002166 | |
| 2 | | U.S. Department of Health and Human Services and CDC Presentation Titled "Formaldehyde Levels in Occupied FEMA-supplied Temporary Housing Units (THUs) in LA and MS, Winter 2007-2008" | PSC002167 - PSC002181 | |

| 3 | | CDC Interim Findings on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes – February 29, 2008 | PSC002182-PSC002202 | |
| 4 | | CDC Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes – July 2, 2008 | PSC002203 - PSC002263 | |
| 5 | | Agency for Toxic Substances and Disease Registry (ATSDR) "Health Consultation, Formaldehyde Sampling at FEMA Temporary Housing Units, Baton Rouge, Louisiana, February 1, 2007" | PSC002264 - PSC002277 | |
| 6 | | ATSDR October 2007 "An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Louisiana, September-October 2006" dated October 2007 | PSC002278 - PSC002318 | |
| 7 | | Statement of Harvey E. Johnson, Jr., Acting Deputy Administrator and Chief Operating Officer for FEMA before the U.S. Senate Subcommittee on Disaster Recovery and Subcommittee on State, Local, and Private Sector Preparedness and Integration, March 4, 2008 | PSC003188 - PSC003198 | |
| 8 | | Statement of R. David Paulison, FEMA  Administrator, before the U.S. House of Representatives Committee on Oversight and Government Reform, July 19, 2007 | PSC003199 - PSC003207 | |

| 9 | | "Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-Making" published in March 2008 by the DHHS, CDC, DHS, FEMA and the EPA | PSC003208 - PSC003213 | |
|---|---|---|---|---|
| 10 | | U.S. EPA "Indoor Air Quality" Basic Information for Formaldehyde – Last updated November 14, 2007 | PSC003214 - PSC003217 | |
| 11 | | "Formaldehyde Levels in FEMA-Supplied Trailers - Early Findings from the Centers for Disease Control and Prevention" | PSC003218 - PSC003219 | |
| 12 | | ASTM Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates in Wood Products Using a Large Chamber  (2002) | PSC021571 – PSC021582 | |
| 13 | | Indoor Air Quality and Health in FEMA Temporary Housing for Trailer Residents prepared by CDC | PSC021583 – PSC021584 | |
| 14 | | Trailer Manufacturers and Elevated Formaldehyde Levels Majority Staff Analysis, Committee on Oversight and Government Reform, U.S. House of Representatives dated on July 9, 2008 | PSC024251 – PSC024277 | |
| 15 | | ASHRAE Handbook, 2007:  HVAC Applications, Chapter One: Residences | DUB002101 – DUB002107 | |
| 16 | | Department of Homeland Security, Office of Inspector General: FEMA's Response to Formaldehyde in Trailers dated June, 2009 | PSC025938 – PSC026022 | |

| 17 | | Majority Staff Report Subcommittee on Investigations & Oversight - Committee on Science & Technology U.S. House of Representatives, September 2008, "Toxic Trailers – Toxic Lethargy: How the Centers for Disease Control and Prevention Has Failed to Protect the Public Health" | PSC002070 - PSC002112 | |
| | **Standards, Regulations and Statutes** | | | |
| 18 | | 24 C.F.R. § 3280.309, Health Notice on formaldehyde emissions Current through November 6, 2008 | PSC003147 | |
| 19 | | §3280.309 – 24 CFR Ch. XX, Health Notice on Formaldehyde emissions (4-1-07 Edition) | PSC021693 – PSC021694 | |
| 20 | | ATSDR Formaldehyde Minimal Risk Levels and Worksheets – Appendix A | PSC003158 - PSC003172 | |
| 21 | | U.S. Department of Housing and Urban Development Rules and Regulations regarding Formaldehyde, 49 FR 31996 | PSC003173 - PSC003186 | |
| 22 | | California Air Resources Board's (CARB) Standards:  Final Regulation Order – Airborne Toxic Control Measure to Reduce Formaldehyde Emissions from Composite Wood Products | PSC021695 – PSC021753 | |
| 23 | | Occupational Safety and Health Administration's (OSHA) Standards for Formaldehyde | PSC021754 – PSC021772 | |
| 24 | | American Conference of Governmental Industrial Hygienists' (ACGIH) Standards for Formaldehyde | | |

| 25 | | National Institute of Occupational Safety and Health's (NIOSH) Standards for Formaldehyde | PSC024278 – PSC024358 | |
| 26 | | World Health Organization (WHO) and Health Canada's Standards for Formaldehyde | PSC024359 – PSC024361 | |
| 27 | | World Health Organization (WHO) and Health Europe's Standards for Formaldehyde | PSC024830 – PSC025117 | |
| 28 | | American National Standard (ANSI) for Medium Density Fiberboard dated February 4, 1994 | PSC021773 – PSC021784 | |
| 29 | | American National Standard (ANSI) for Particleboard dated February 8, 1999 | PSC021785 – PSC021797 | |
| 30 | | ANSI A119.2, NFPA 1192: Standard on Recreational Vehicles; 2002 Edition | DUB002054 – DUB002100 | |
| 31 | | ANSI A119.4, NFPA 1194: Standard on Recreational Vehicle Parks and Campgrounds; 2002 Edition | PSC021798 – PSC021817 | |
| 32 | | Toxicological Profile on Formaldehyde prepared by ATSDR on July 1999 | PSC024362 – PSC024829 | |
| 33 | | RVIA Standards | LWFR-EXP5-000460 – LWFR-EXP5-000461 | |
| | **Articles** | | | |
| 34 | | July 20, 2007 "Formaldehyde and FEMA Trailers" by Lee Shull, Ph.D | PSC021640 – PSC021641 | |

| 35 | | Maddalena, Randy; Russell, Marion; Sullivan, Douglas P.; an Apte, Michael G. "Aldehyde and Other Volatile Organic Chemical Emissions in Four FEMA Temporary Housing Unites – Final Report" – Ernest Orlando Lawrence Berkeley National Laboratory, November 2008 | PSC025133 – PSC025193 | |
| 36 | | "Effect of Formaldehyde Inhalation on Hsp70 in Seminiferous Tubules of rat testes: an immunohistochemical study" by O. Ozen, et al. (2005) | PSC021823 – PSC021829 | |
| 37 | | "Formaldehyde and Glutaradehyde and Nasal Cytotoxicity: Case Study within the Context of the 2006 IPCS Human Framework for the Analysis of a Cancer Mode of Action for Humans" by D. McGregor, et al. | PSC021830 – PSC021846 | |
| 38 | | "Effects of inhaled Formaldehyde on Learning and Memory of Mice" by Z. Lu, et al. (2008) | PSC021847 – PSC021854 | |
| 39 | | "Low Concentrations of Formaldehyde induce DNA damage and delay DNA repair after UV Irradiation in Human Skin Cells" by G. Emri, et al. (2004) | PSC021855 – PSC021866 | |
| 40 | | National Cancer Institute (NCI): Fact Sheet: Formaldehyde and Cancer Risk dated May 7, 2009 | PSC021867 – PSC021873 | |
| 41 | | National Cancer Institute (NCI): Formaldehyde Exposure among Industrial Workers is Associated with Increased Risk of Cancers of the Blood and Lymphatic System dated May 12, 2009 | PSC026117 – PSC026118 | |

| 42 | | FEMA media release: FEMA Awards Contracts for Low Emissions Travel Trailers – April 7, 2009 – Release No. HQ-09-034b | PSC021876 – PSC021879 | |
|----|--|--|--|--|
| 43 | | FEMA media release: FEMA to Introduce New Type of Manufactured Home – Dec. 18, 2008 – Release No. 1791-343 | PSC021880 | |
| 44 | | Article - "Formaldehyde Exposure in Nonoccupational Environments" by K. Dally, et al. | PSC021881 – PSC021888 | |
| 45 | | Article - "Formaldehyde-related Health Complaints of Residents Living in Mobile and Conventional Homes" by I. Ritchie, et al. | PSC021889 – PSC021894 | |
| 46 | | Article – FEMA rolls out new disaster mobile homes: Formaldehyde levels are far below those of Hurricane Katrina, Rita trailers dated 05/14/09 | PSC021895 – PSC021896 | |
| 47 | | Fact Sheet:  Airborne Toxic Control Measure (ATCM) to Reduce Formaldehyde Emissions from Composite Wood Products | PSC026119 – PSC026120 | |
| 48 | | Environmental Health – Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-Making (March 2008) | PSC021897 – PSC021902 | |
| 49 | | Environmental Health – What you should know about Formaldehyde in Mobile Homes | PSC021903 – PSC021906 | |
| 50 | | Formaldehyde Levels in FEMA-Supplied Trailers; Early Findings from the Centers for Disease Control and Prevention | PSC003218 – PSC003219 | |

| 51 | | "*Formaldehyde Indoors*" by Dr. Stephen Smulski, April 1987, Progressive Builder, 12(4):9-11. | PSC002752 - PSC002754 | |
| 52 | | Boyson, M. "*Nasal mucosa in workers exposed to formaldehyde: a pilot study.*" Br J of Ind Med 47:116-121, 1990. | PSC002845 - PSC002853 | |
| 53 | | Edling, C. "*Occupational exposure to formaldehyde and histopathological changes in nasal mucosa.*" Br J of Ind Med 45:761-765, 1988. | PSC002854 - PSC002865 | |
| 54 | | Holmstrom, M. "*Histological Changes in the Nasal Mucosa in Rats after Long-term Exposure to Formaldehyde and Wood Dust.*" Acta Otolaryngol (Stockh) 108:274-283, 1989. | PSC002866 - PSC002881 | |
| 55 | | Holmstrom, M. "*Histological Changes in the Nasal Mucosa in Persons Occupationally Exposed to Formaldehyde Alone and in Combination with Wood Dust.*" Acta Otolaryngol (Stockh) 107: 120-129, 1989. | PSC002882 - PSC002893 | |
| 56 | | Platts-Mills, TA. "*Indoor allergens and asthma: Report of the Third International Workshop.*" J Allergy Clin Immunol 1997;100(6 Pt 1):S2-S24. | PSC002909 - PSC002931 | |
| 57 | | Krzyzanowski, Michal, "*Chronic Respiratory Effects of Indoor Formaldehyde Exposure*" Environmental Research 52, 117-125 (1990) | PSC006060 – PSC006068 | |
| 58 | | "Indoor Residential Chemical Emissions as Risk Factor for Children's Respiratory Health" by M. Mendell | PSC022228 – PSC022267 | |

| 59 | | "Formaldehyde and Leukemia: Epidemiology, Potential Mechanisms, and Implications for Risk Assessment" by Zhang, et al. | PSC026121 – PSC026131 | |
| 60 | | "Formaldehyde-releasers: relationship to formaldehyde contact allergy.  Contact allergy to formaldehyde and inventory of formaldehyde-releasers" by Groot, et al. | PSC026132 – PSC026154 | |
| 61 | | "Formaldehyde exposure and leukemia: A new meta-analysis and potential mechanisms" by Zhang, et al. (2009) | PSC026211 – PSC026229 | |
| 62 | | "Mortality from Lymphohematopoietic Malignances and Brain Cancer Among Embalmers Exposed to Formaldehyde" by Hauptmann, et al. (December 16, 2009) | PSC026230 – PSC026242 | |
| 63 | | State of California: Environmental Protection Agency; "Office of Environmental Health Hazard Assessment Safe Drinking Water and Toxic Enforcement Act of 1986:  Chemicals Known to the State to Cause Cancer or Reproductive Toxicity" dated September 11, 2009 | PSC026243 – PSC026261 | |
| 64 | | "Occupational Exposure to Formaldehyde, Hematotoxicity, and Leukemia-Specific Chromosome Changes in Cultured Myeloid Progenitor Cells" by Zhang, et al. (January 2010) | PSC026262 – PSC026271 | |

| 65 | | "APCA Note-book: An Assessment of the Berge Equation applied to formaldehyde measurements under controlled conditions of temperature and humidity in a mobile home." Godish, et al. (November 1985) | PSC026272 – PSC026273 | |
| 66 | | "Formaldehyde release from particleboard evaluation of a mathematical model." Berge, et al. (1980) | PSC026274 – PSC026279 | |
| 67 | | "Influence of temperature on formaldehyde emission parameters of dry building materials." Zhang, et al. (2006) | PSC026280 – PSC026293 | |
| 68 | | "Passive flux sampler for measurement of formaldehyde emission rates." Shinohara, et al. (2007) | PSC026294 – PSC026304 | |
| 69 | | "Identifying tumour sites in the IARC Monographs" V.J. Cogliano (July 2009) | PSC026305 | |
| 70 | | "Special Report: Policy – A review of human carcinogens – Part D: Radiation" (August 2009) | PSC026306 – PSC026307 | |
| 71 | | "Unintended Consequences: Formaldehyde Exposures in Green Homes" Kincaid and Offerman (2010 – Synergist) | PSC026308 – PSC026311 | |
| 72 | | "Report: FEMA mishandled toxins in trailers" USA Today; Jervis | PSC026312 – PSC026314 | |
| 73 | | Environmental Health Perspectives (EHP): Formaldehyde Exposure and Asthma in Children: A Systematic Review" McGwin, et al. (November 2009) | PSC026315 – PSC026337 | |

| 74 | | Brochure: Some Everyday Sources of Formaldehyde | PSC026338 – PSC026340 | |
| 75 | | "FEMA:  Louisiana/FEMA Assess Need for Travel Trailers in More Parishes" (October 26, 2002) | PSC026341 – PSC026342 | |
| 76 | | "Formaldehyde Council News Release: Formaldehyde Council Comments on the IARC and NTP Decisions on Formaldehyde" (Washington, D.C., December 8, 2009) | PSC026942 – PSC026943 | |
| 77 | | "Department of Health and Human Services: National Toxicology Program (NTP); Report on Carcinogens (RoC) Center:  Request for Public Comments on the RoC Expert Panel's Recommendation on Listing Status for Formaldehyde and the Scientific Justification for the Recommendation" (December 21, 2009) | PSC026347 – PSC026348 | |
| 78 | | "Draft: Report on Carcinogens Background Document for Formaldehyde" NTP (September 3, 2009) | PSC026349 – PSC026941 | |
| 79 | | "Park Owners Warned: Beware of FEMA Trailers" William Garpow (January 21, 2010) | PSC026944 – PSC026945 | |
| | **Expert Records and Files** | | | |
| 80 | | Affidavit of Lee E. Branscome, Ph.D., C.C.M. | CAST001957 – CAST001978 | |
| 81 | | Curriculum Vitae of Lee E. Branscome, Ph.D., C.C.M. | CAST001964 – CAST001974 | |

| 82 | | Weather data from Dr. Lee Branscome for Baton Rouge, Louisiana, Elkhart, Indiana, New Orleans, Louisiana and Lottie, Louisiana | CAST001975 – CAST001978 | |
|----|--|---|---|--|
| 83 | | THU Testing Protocol | PSC003220 – PSC003348 | |
| 84 | | Affidavit of Paul Hewett, Ph.D. | CAST002113 – CAST002175 | |
| 85 | | Curriculum Vitae of Paul Hewett, Ph.D. | PSC025265 – PSC025269 | |
| 86 | | File of Paul Hewett, Ph.D. | CAST-HEWETT-000001 – CAST-HEWETT-002994 | |
| 87 | | Affidavit of Paul LaGrange | CAST002431 – CAST002685 | |
| 88 | | Curriculum Vitae of Paul LaGrange | PSC026031 – PSC026036 | |
| 89 | | File of Paul LaGrange | CAST-LAGRANGE-000001 – CAST-LAGRANGE-000295 | |
| 90 | | Affidavit of Kenneth Laughery, Ph.D. | CAST001979 – CAST001984 | |
| 91 | | Curriculum Vitae of Kenneth Laughery, Ph.D. | PSC025282 – PSC025313 and CAST001980 | |
| 92 | | File of Kenneth Laughery, Ph.D. | CAST-LAUGHERY-000001 – CAST-LAUGHERY-000858 | |
| 93 | | Affidavit of Alexis Mallet, Jr. | CAST002322 – CAST003085 | |

| 94 | | Curriculum Vitae of Alexis Mallet, Jr. | PSC025314 – PSC025326 | |
| 95 | | File of Alexis Mallet, Jr. including thermographs and photographs | CAST-MALLET-000001 – CAST-MALLET-004682 | |
| 96 | | Trailer drawings (of Alexis Mallet, Jr.) "As-Built Drawings" | CAST-MALLET-004683 – CAST-MALLET-004694 | |
| 97 | | Affidavit of Gerald McGwin, Jr., M.S., Ph.D. | CAST002228 – CAST002238 | |
| 98 | | Curriculum Vitae of Gerald McGwin, Jr., M.S., Ph.D. | PSC026176 – PSC026210 | |
| 99 | | File of Gerald McGwin, Jr., M.S., Ph.D. | CAST-MCGWIN-000001 – CAST-MCGWIN-000190 | |
| 100 | | Affidavit of Lawrence G. Miller, M.D., M.P.H. | CAST002312 – CAST002321 | |
| 101 | | Curriculum Vitae of Lawrence G. Miller, M.D., M.P.H. | PSC025327 – PSC025345 | |
| 102 | | File of Lawrence G. Miller, M.D., M.P.H. | CAST-MILLER-000001 – CAST-MILLER-002045 | |
| 103 | | Affidavit of Charles David Moore, P.E., P.L.S. | CAST002176 – CAST002201 | |
| 104 | | Curriculum Vitae of Charles David Moore, P.E., P.L.S. | PSC025346 – PSC025349 | |
| 105 | | File of Charles David Moore, P.E., P.L.S. | CAST-MOORE-000001 – CAST-MOORE-000090 | |

| 106 | | Affidavit of Ervin Ritter, P.E. | CAST002202 – CAST002227 | |
| 107 | | Curriculum Vitae of Ervin Ritter, P.E. | PSC025350 – PSC025354 | |
| 108 | | File of Ervin Ritter, P.E. | CAST-RITTER-000001 – CAST-RITTER-000425 | |
| 109 | | Affidavit of William D. Scott, P.E., C.H.M.M. | CAST001985 – CAST002001 and CAST002247 – CAST002311 | |
| 110 | | Curriculum Vitae of William D. Scott, P.E., C.H.M.M. | PSC025355 – PSC025368 | |
| 111 | | File of William D. Scott, P.E., C.H.M.M. | | |
| 112 | | W.D. Scott Group, Inc. Formaldehyde Passive Monitoring Data: FEMA Housing Units (Test Results on _____) | | |
| 113 | | W.D. Scott Group, Inc. Formaldehyde Active Sampling Data:  FEMA Housing Units (Test Results on _____) | | |
| 114 | | Affidavit of Edward H. Shwery, Ph.D. regarding Earline Castanel | CAST002239 – CAST002246 | |
| 115 | | Curriculum Vitae of Edward H. Shwery, Ph.D. | PSC025369 – PSC025391 | |
| 116 | | File of Edward H. Shwery, Ph.D. | CAST-SHWERY-000001 – CAST-SHWERY-001326 | |
| 117 | | Affidavit of Stephen Smulski, Ph.D. | CAST002085 – CAST002112 | |

| 118 | | Curriculum Vitae of Stephen Smulski, Ph.D. | CAST002098 – CAST002108 and PSC025404 | |
| 119 | | File of Stephen Smulski, Ph.D. | CAST-SMULSKI-000001 – CAST-SMULSKI-0000365 | |
| 120 | | Affidavit of Patricia M. Williams, Ph.D., D.A.B.T. | CAST002002 – CAST002084 | |
| 121 | | Curriculum Vitae of Patricia M. Williams, Ph.D., D.A.B.T. | PSC025407 – PSC025440 | |
| 122 | | File of Patricia M. Williams, Ph.D., D.A.B.T. | CAST-WILLIAMS-000001 – CAST-WILLIAMS-000836 | |
| 123 | | Exhibits from all depositions taken in this matter | | |
| 124 | | All literature references found in the expert report and/or identified in the reliance materials provided by each Plaintiff's Experts | | |
| | **Testing Database** | | | |
| 125 | | Formaldehyde Testing Database prepared by the PSC | | |
| | **Inspection in Lottie, LA** | | | |
| 126 | | Video taken by *D. Scott Johnson*, Bombet, Cashio & Associates, during the inspection on January 4, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST000001 | |

| 127 | | Video taken by *D. Scott Johnson*, Bombet, Cashio & Associates, during the inspection on January 5, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST000002 | |
| 128 | | Video taken by *D. Scott Johnson*, Bombet, Cashio & Associates, during the inspection on January 6, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST000003 | |
| 129 | | Video taken by *D. Scott Johnson*, Bombet, Cashio & Associates, during the inspection on January 7, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST000004 – CAST000005 | |
| 130 | | Video taken by *D. Scott Johnson*, Bombet, Cashio & Associates, during the inspection on January 8, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST000006 – CAST000007 | |
| 131 | | Video taken by *D. Scott Johnson*, Bombet, Cashio & Associates, during the inspection on January 13, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST000008 – CAST000010 | |
| 132 | | Video taken by *D. Scott Johnson*, Bombet, Cashio & Associates, during the inspection on January 14, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST000011 – CAST000012 | |
| 133 | | Video taken by *D. Scott Johnson*, Bombet, Cashio & Associates, during the inspection on January 15, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST000013 – CAST000015 | |

| 134 | | Video taken by *A.J. Valenti* during the jacking procedure on January 19, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST000016 | |
|-----|---|---|---|---|
| 135 | | Photographs taken by *A.J. Valenti* during the jacking procedure on January 19, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST000017 – CAST000254 | |
| 136 | | Photographs taken by *David McLendon, Esq.* during the inspection on January 13, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST000255 – CAST000276 | |
| 137 | | Photographs taken by *David McLendon, Esq.* during the re-inspection on February 17, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST003163 – CAST003173 | |
| 138 | | Video taken by *Ervin Ritter* and *Scott Dailey*, Ritter Consulting Engineers, Ltd., during the inspection at FEMA Staging/Storage Facility in Lottie, Louisiana (Boroscope) | CAST000374 | |
| 139 | | Photographs taken by *Ervin Ritter* and *Scott Dailey*, Ritter Consulting Engineers, Ltd., during the inspection at FEMA Staging/Storage Facility in Lottie, Louisiana (Boroscope) | CAST000277 – CAST000373 | |
| 140 | | Photographs taken by *Ervin Ritter*, Ritter Consulting Engineers, Ltd., during the inspection on January 13, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST000375 – CAST000518 | |

| 141 | | Photographs taken by *Ervin Ritter*, Ritter Consulting Engineers, Ltd., during the inspection on January 14, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST000519 – CAST000553 | |
|-----|---|---|---|---|
| 142 | | Photographs taken by *Scott Dailey*, Ritter Consulting Engineers, Ltd., during the inspection on January 13, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST000554 – CAST000800 | |
| 143 | | Photographs taken by *Scott Dailey*, Ritter Consulting Engineers, Ltd., during the inspection on January 15, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST000801 – CAST000901 | |
| 144 | | Photographs taken by *Charles David Moore*, Freyou, Moore & Associates, during the inspection at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST000902 – CAST001306 | |
| 145 | | Photographs taken by *Paul LaGrange*, LaGrange Consulting, LLC, during the inspection on at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST001307 – CAST001505 | |
| 146 | | Video taken by *Paul LaGrange*, LaGrange Consulting, LLC, during the inspection at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST001506 | |
| 147 | | Photographs taken by *Alexis Mallet, Jr.*, First General of the Services of the South, Inc., during the inspection at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST001507 – CAST001955 | |

| 148 | | Video taken by *Alexis Mallet, Jr.,* First General Services of the South, Inc., during the inspection at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST001956 | |
|---|---|---|---|---|
| 149 | | Photographs taken by *Dr. Stephen Smulski,* Wood Science Specialists, Inc., during the inspection at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST003086 – CAST003162 | |
| 150 | | Photographs taken by *Dr. Nathan Dorris* during the inspection at FEMA Staging/Storage Facility in Lottie, Louisiana (Recreation by Design, LLC Expert) | RBD-EXP04-00001 – RBD-EXP04-00070 | |
| 151 | | Photographs taken by *Thomas Fribley* during the inspection at FEMA Staging/Storage Facility in Lottie, Louisiana (Recreation by Design, LLC Expert) | RBD-EXP07-00001 – RBD-EXP07-00125 | |
| 152 | | Photographs taken by *Damien Serauskas* during the inspection at FEMA Staging/Storage Facility in Lottie, Louisiana (Recreation by Design, LLC Expert) | RBD-EXP09-00001 – RBD-EXP09-00151 | |
| 153 | | Photographs taken by *Tony Watson* during the inspection at FEMA Staging/Storage Facility in Lottie, Louisiana (Recreation by Design, LLC Expert) | RBD-EXP11-00001 – RBD-EXP11-00038 | |
| 154 | | Photographs taken by *Robert Wozniak* during the inspection at FEMA Staging/Storage Facility in Lottie, Louisiana (Recreation by Design, LLC Expert) | RBD-EXP13-00008 – RBD-EXP13-00057 | |

| 155 | | Photographs taken by *Counsel for Recreation by Design, LLC* during the inspection at FEMA Staging/Storage Facility in Lottie, Louisiana | RBD-COUNSEL-00001 – RBD-COUNSEL-00019 | |
|---|---|---|---|---|
| 156 | | Photographs of the Jacking-up Procedure by *Shaw Environmental, Inc.* | | |
| 157 | | Animation created by C4 Animation (Reagan Johnson) | | |
| 158 | | Test results of testing performed Tony Watson, on behalf of Defendant, Recreation by Design, LLC on the Castanel travel trailer | | |
| 159 | | Results of all testing and inspection of the Castanel/Recreation by Design, LLC unit including, but not limited to, air sampling, temperature, humidity, and photographs thereof | | |
| 160 | | Exemplar of a Personal Monitoring System for Aldehydes (Exemplar Passive Dosimeter) | | |
| 161 | | Exemplar of a Panel of Wall from Recreation by Design, LLC Travel Trailer and a Panel indicating Alternative Wall Design | | |
| | **Recreation by Design, LLC** | | | |
| 162 | | Recreation by Design, LLC's Owner Information *(Exhibit #7 from the deposition of Randall Rush on February 23, 2010)* | RBD05189 – RBD05250 | |
| 163 | | Recreation by Design, LLC's Sample Unit Files | RBD00389 – RBD03578 and RBD04234 – RBD05162 | |

| 164 | | Recreation by Design, LLC's Component Parts of a FEMA Park Unit | RBD05174 – RBD05183 | |
| 165 | | Recreation by Design, LLC's Diagrams of Units | RBD05163 – RBD05173 | |
| 166 | | Morgan Buildings & Spas' Purchase Order regarding Recreation by Design, LLC units dated September 29, 2005 *(Exhibit #3 from the deposition of Randall Rush on February 23, 2010)* | RBD05184 – RBD05185 | |
| 167 | | Recreation by Design, LLC's 33'FH Specifications:  Specs to meet Morgan Handicap Travel Trailer Specs *(Exhibit #4 from the deposition of Randall Rush on February 23, 2010)* | RBD05186 – RBD05187 | |
| 168 | | Recreation by Design, LLC's Warning Labels | RBD05188 | |
| 169 | | Recreation by Design, LLC's Insurance Policies from Nautilus Insurance Company (Policy from 07/01/2005 through 07/01/2006) *(Exhibit #16 from the deposition of Randall Rush on February 23, 2010)* | RBD05291 – RBD05348 | |
| 170 | | Recreation by Design, LLC's Insurance Policies from Nautilus Insurance Company (Policy from 07/01/2006 through 07/01/2007) *(Exhibit #17 from the deposition of Randall Rush on February 23, 2010)* | RBD05349 – RBD05407 | |
| 171 | | Recreation by Design, LLC's Insurance Policies from Nautilus Insurance Company (Policy from 07/01/2007 through 07/01/2008) *(Exhibit #18 from the deposition of Randall Rush on February 23, 2010)* | RBD05408 – RBD05471 | |

| 172 | | Recreation by Design, LLC's Sample Invoices | RBD04081 – RBD04233 | |
| 173 | | Recreation by Design, LLC's Production Order and Floor Plan for "customer: Morgan" (33FH#29) *(Exhibit #2 from the deposition of Randall Rush on February 23, 2010)* | RBD-CASTANEL-00001 – RBD-CASTANEL-00002 and RBD-CASTANEL-00008 – RBD-CASTANEL-00009 | |
| 174 | | Recreation by Design, LLC's Bill of Lading and Invoice to customer Morgan Buildings & Spas regarding VIN #5CZ200R24261125294 *(Exhibit #2 from the deposition of Randall Rush on February 23, 2010)* | RBD-CASTANEL-00003 – RBD-CASTANEL-00004 | |
| 175 | | Certificate of Origin for a Vehicle dated December 5, 2005 for Vin #5CZ200R24261125294; Sold to Morgan Buildings & Spas *(Exhibit #2 from the deposition of Randall Rush on February 23, 2010)* | RBD-CASTANEL-00005 | |
| 176 | | Recreation by Design, LLC's "Unit Test Procedure Checklist and Standard Parts & Options" *(Exhibit #2 from the deposition of Randall Rush on February 23, 2010)* | RBD-CASTANEL-00006 – RBD-CASTANEL-00007 | |
| 177 | | Recreation by Design, LLC's Vehicle Length and Standard Equipment (Travel Trailers including Tongue) *(Exhibit #2 from the deposition of Randall Rush on February 23, 2010)* | RBD-CASTANEL-00011 | |
| 178 | | Recreation by Design, LLC's "FEMA Park Unit (RBD) Cycl" Plant #2 (Parts) *(Exhibit #2 from the deposition of Randall Rush on February 23, 2010)* | RBD-CASTANEL-00012 – RBD-CASTANEL-00029 | |

| 179 | | Recreation by Design, LLC's "FEMA Park Unit (RBD)" Plant #1 (Parts) *(Exhibit #20 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 20 from the deposition of Randall Rush taken on February 23, 2010 | |
| --- | --- | --- | --- | --- |
| 180 | | Recreation by Design, LLC's Sales to Dealers between 2005 and 2006 *(Exhibit #19 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 19 from the deposition of Randall Rush taken on February 23, 2010 | |
| 181 | | List of Units Sold to Various Dealers through TL Industries from January 1, 2006 through September 30, 2006 *(Exhibit #21 from the deposition of Randall Rush on February 23, 2010)* | RBD05251 – RBD05262 | |
| 182 | | List of Units Sold to Various Dealers through Recreation by Design, LLC from January 14, 2005 through October 13, 2005 *(Exhibit #21 from the deposition of Randall Rush on February 23, 2010)* | RBD-05263 – RBD05265 | |
| 183 | | List of Units Sold to Morgan Buildings & Spas, Inc. through Recreation by Design, LLC from October 15, 2005 through January 31, 2006 *(Exhibit #21 and #22 from the deposition of Randall Rush on February 23, 2010)* | RBD05266 – RBD05289 | |
| 184 | | Invoice Information from Recreation by Design, LLC and Morgan Buildings & Spas, Inc. regarding amount of units sold, shipped and pricing *(Exhibit #21 and #23 from the deposition of Randall Rush on February 23, 2010)* | RBD05290 | |

| | Shaw Environmental, Inc. | | | |
|---|---|---|---|---|
| 185 | | Shaw's Data Logger Information regarding jacking by Exponent | | |
| 186 | | U.S. Department of Homeland Security: Ready for Occupancy Status and Agreement to Rules of Occupancy | SHAW-CAST0002 – SHAW-CAST0003 | |
| 187 | | Applicant Pending Inspection dated November 13, 2005 | SHAW-CAST0004 and SHAW-CAST0017 | |
| 188 | | FEMA Landowner's Authorization: Ingress – Egress Agreement | SHAW-CAST0005 | |
| 189 | | Building: City of New Orleans Permit Application Checklist and Site Description | SHAW-CAST0006 – SHAW-CAST0008 | |
| 190 | | U.S. Department of Homeland Security: FEMA Temporary Housing Unit Inspection Report | SHAW-CAST0009 | |
| 191 | | Haul Install – Applicant Information dated 03-08-2006 | SHAW-CAST0010 | |
| 192 | | FEMA IA/TAC Travel Trailer/Mobile Home QC Maintenance Issues Sheet/Construction Issues; | SHAW-CAST0011 – SHAW-CAST0012 | |
| 193 | | Shaw's Ready for Occupancy (RFO) Checklist and Trailer Lease Check-in List | SHAW-CAST0013 – SHAW-CAST0015 | |
| 194 | | Shaw's Warning and Advisory Notice regarding Propane Use; Maintenance; and Trailer Return Procedures | SHAW-CAST0016 | |

| 195 | | Shaw's Leased in Units (regarding Earline Castanel's unit) | SHAW-CAST0018 | |
| 196 | | Shaw's Manhattan Site Trailer Delivery List regarding Earline Castanel's unit | SHAW-CAST0019 | |
| 197 | | FEMA-Haul Install regarding 2261 Urquhart Street (Earline Castanel) | SHAW-CAST0020 – SHAW-CAST0023 | |
| 198 | | Shaw's Call Center Maintenance Request Form and Work Order Form regarding HVAC problems | SHAW-CAST0024 – SHAW-CAST0025 | |
| 199 | | FEMA Maintenance Transition Report regarding Earline Castanel | SHAW-CAST0026 – SHAW-CAST0027 | |
| | **FEMA** | | | |
| 200 | | FEMA Model Travel Trailer Procurement Specifications dated 08-12-2004 (HSFE04-04-Q-800) *(Exhibit #5 from the deposition of Randall Rush on February 23, 2010)* | FLE-00006914 – FLE-00006917 | |
| 201 | | FEMA Accessible Model Travel Trailer Procurement Specifications dated 04-21-2006 (with Accessible One Bedroom Travel Trailer Floor plan) | FLE-00007041 – FLE-00007049 | |
| 202 | | "Important Information for Travel Trailer Occupants" FEMA brochure | PSC002350 - PSC002351 | |
| 203 | | FEMA Model Travel Trailer Procurement Specifications Dated: July 14, 2005 | PSC003049 - PSC003057 | |
| 204 | | Declaration of Kevin Souza, former Acting Deputy Director of Individual Assistance Division of FEMA | PSC003058 - PSC003065 | |

| 205 | | "FEMA Storage Site Duties/Responsibilities" | PSC003092 - PSC003094 | |
| 206 | | April 25, 2008 letter from FEMA to a THU occupant | PSC003397 - PSC003399 | |
| 207 | | Summary of Test Results conducted by Weston Solutions, Inc. for the U.S. EPA | PSC003407 - PSC003409 | |
| 208 | | Air Toxics Ltd. Laboratory Narrative for samples submitted by Weston Solutions | PSC003410 - PSC003415 | |
| 209 | | FEMA test results for formaldehyde testing at FEMA THU staging areas during November 2005, December 2005 and January 2006 | PSC003416 - PSC003420 | |
| 210 | | FEMA Memorandum from May 31, 2006 regarding Formaldehyde Air Sampling at the THU staging area in Purvis, Mississippi | PSC003421 - PSC003438 | |
| 211 | | Email correspondence between FEMA and Government staff | PSC003439 - PSC003447 | |
| 212 | | FEMA Job Hazard Analysis Worksheet | PSC023600 | |
| 213 | | FEMA Model Travel Trailer Procurement Specifications dated August 12, 2004 | FOREST- 0002503 - FOREST-0002508 | |
| 214 | | New FEMA Procurement Specifications dated April 11, 2008 Release Number HQ-08-056 | PSC023601 – PSC023686 | |
| 215 | | FEMA Formaldehyde Timeline as of June 15, 2007 | PSC023687 – PSC023689 | |
| 216 | | FEMA Timeline as of August 7, 2008 (From the deposition of Kevin Souza, FEMA Representative) | PSC023690 – PSC023702 | |

| 217 | | Dept of Homeland Security – Office of Inspector General – Hurricane Katrina Temporary Housing Technical Assistance Contracts – August 20, 2008 (Internal Audit: OIG-08-88) | PSC023835 – PSC023863 | |
|-----|---|---|---|---|
| 218 | | FEMA media release: Initial Indoor Air Quality Tests Results - November 14, 2008 | PSC023789 – PSC023790 | |
| 219 | | FEMA media release: FAQ National Disaster Housing Strategy - January 16, 2009 | PSC023791 – PSC023794 | |
| 220 | | FEMA Statement on Travel Trailers and Formaldehyde | PSC023795 | |
| 221 | | Email from Christopher DeRosa to Howard Frumkin on February 27, 2007 | PSC023796 | |
| 222 | | Correspondence from Christopher DeRosa to Patrick Preston on February 27, 2007 | PSC023797 | |
| 223 | | Email from Christopher DeRosa to Howard Frumkin and Thomas Sinks on March 9, 2007 | PSC023798 – PSC023799 | |
| 224 | | Email from Christopher DeRosa to Mike Groutt on August 10, 2007 | PSC023800 | |
| 225 | | Comments on Chronology of FEMA Trailers, drafter by Christopher DeRosa | PSC023801 | |
| 226 | | Correspondence from Christopher DeRosa to Howard Frumkin on September 21, 2007 | PSC023802 – PSC023808 | |
| 227 | | Email from Thomas Sinks to All CDC on October 12, 2007 | PSC023809 | |

| 228 | | NCEH/ATSDR Procedures regarding Official Interaction with Persons or Organization outside of NCEH/ATSDR | PSC023810 – PSC023811 | |
|-----|---|---|---|---|
| 229 | | Logbook of Joseph Little | | |
| 230 | | Email between Sam Coleman, Joseph Little and Scott Wright on December 1, 2006 | PSC023819 – PSC023821 | |
| 231 | | FEMA: Interim Direction on use of Temporary Housing Units (Revision Effective Date: March 10, 2008) | PSC023828 – PSC023834 | |
| 232 | | "FEMA:  Important Formaldehyde Information for FEMA Housing Occupants" | FEMA09-000388 | |
| 233 | | "FEMA Travel Trailer Requirements" | PSC021671 | |
| 234 | | Any and all documents produced by Dr. Christopher DeRosa at his deposition, which will be taken on or about July 6, 2009, or used as exhibits thereto | | |
| | **Morgan Buildings & Spas, Inc.** | | | |
| 235 | | Solicitation/Contract/Order for Commercial Items between FEMA and Morgan Buildings & Spas, Inc. dated September 9, 2005 *(Exhibit 2 from the deposition of Morgan Buildings & Spas, Inc. through James Schilligo on October 22, 2009)* | MORGAN-000002 - MORGAN- 000014 | |

| 236 | | Solicitation/Contract/Order for Commercial Items between FEMA and Morgan Buildings & Spas, Inc., no effective date *(Exhibit 3 from the deposition of Morgan Buildings & Spas, Inc. through James Schilligo on October 22, 2009)* | MORGAN-000015 – MORGAN-000016 | |
| 237 | | Solicitation/Contract/Order for Commercial Items between FEMA and Morgan Buildings & Spas, Inc., effective date September 1, 2005 *(Exhibit 4 from the deposition of Morgan Buildings & Spas, Inc. through James Schilligo on October 22, 2009)* | MORGAN-000017 | |
| 238 | | Supplier List for Morgan Buildings & Spas, Inc. *(Exhibit #24 from the deposition of Randall Rush on February 23, 2010)* | RBD03579 – RBD03581 | |
| 239 | | Warranty Claim Form from Morgan regarding Recreation by Design Vin #1125044 *(Exhibit #28 from the deposition of Randall Rush on February 23, 2010)* | RBD03513 | |
| | **Castanel Unit** | | | |
| 240 | | Photographs of Earline Castanel's Recreation by Design, LLC unit provided by FEMA | FEMA207-000001 – FEMA207-000008 | |
| | **Castanel File** | | | |
| 241 | | Plaintiff Fact Sheet of Earline Castanel (dated August 27, 2008) | CAST003174 – CAST003191 | |
| 242 | | Errata Sheet for Earline Castanel (dated May 4, 2009) | CAST003192 | |
| 243 | | Errata Sheet for Earline Castanel (dated May 18, 2009) | CAST003193 | |

| 244 | | Revised Plaintiff Fact Sheet of Earline Castanel (dated November 18, 2009) | CAST003194 – CAST003212 | |
| 245 | | Standard Form 95 for Earline Castanel (dated 08/06/2008) | FEMA-000994 – FEMA-000997 | |
| 246 | | FRRATS Screen Shots for Earline Castanel:  1603 LA - 939657589 (prepared on December 7, 2009) | FEMA10-003563 – FEMA10-003589 | |
| 247 | | I/A File from FEMA regarding Earline Castanel | FEMA159-000001 – FEMA159-000094 | |
| | **Medical Records** | | | |
| 248 | | Medical Records from The Family Doctors (Dr. Alan Bowers) | CAST003213 – CAST003524 | |
| 249 | | Medical Records from West Jefferson Medical Center | CAST003525 – CAST003675 | |
| 250 | | Medical Records from Dr. Carter Paddock, Dermatologist | CAST003676 – CAST003702 | |
| 251 | | Medical Records from O'Byrne Eye Clinic (Dr. Marilu O'Byrne) | CAST003703 – CAST003717 | |
| 252 | | Medical Records from Metropolitan Gastroenterology (Dr. S. T. Reddy) | CAST003718 – CAST003794 | |
| 253 | | Medical Records from Ochsner Hospital | CAST003795 – CAST003818 | |
| 254 | | Medical Records from P.M.A. Medical Treatment Centers (Dr. Joseph Gautreaux) | CAST003819 – CAST003830 | |
| 255 | | Pharmacy Records from Walgreen's Pharmacy | CAST003831 – CAST003996 | |
| | **Others** | | | |
| 256 | | Pamphlet on Eczema/Atopic Dermatitis from the American Academy of Dermatology (AAD) | PSC026161 – PSC026165 | |

| 257 | | Temporary Medical License for Dr. Lawrence Miller (dated January 8, 2010) | CAST003997 | |
| 258 | | Louisiana State Board of Medical Examiners Temporary Permit Qualifications/Instructions | PSC026167 – PSC026172 | |
| 259 | | Recreation by Design, LLC's MSDS Materials | RBD03579 – RBD04080 | |
| 260 | | BlueLinx Corporation Material Safety Data Sheet #3 regarding UF Bonded Wood Products (Effective on September 6, 2006) *(Exhibit #25 from the deposition of Randall Rush on February 23, 2010)* | RBD03662 – RBD03670 | |
| 261 | | North American Forest Products, Inc. Material Safety Data Sheet #2 regarding UF Bonded Wood Products (Effective on January 30, 2006) *(Exhibit #26 from the deposition of Randall Rush on February 23, 2010)* | RBD03929 – RBD03935 | |
| 262 | | Emails between Don Snell and John Odom regarding "any site referencing and zoning of the FEMA trailers did not fall under the enforcement of the City of New Orleans Building Department including the City of New Orleans Building Code and International Building Codes because they were installed by FEMA Contractors." | PSC026343 – PSC026344 | |
| 263 | | Emails between Jennifer Porter and John Odom regarding "City of New Orleans did not waive code requirements, but did allow FEMA to have their own inspections." | PSC026345 – PSC026346 | |

| 264 | | Elixir Industries Optional Exterior Vent Covers and Standard Mount Elixir Universal Vents and Fan & Light Power Exhaust Range Hoods *(Exhibit #2 from the deposition of Randall Rush on February 23, 2010)* | RBD-CASTANEL-00010 and RBD-CASTANEL-00032 | |
| --- | --- | --- | --- | --- |
| 265 | | "Horizontal Outlet Range Hood" – Read and Save these Instructions *(Exhibit #2 from the deposition of Randall Rush on February 23, 2010)* | RBD-CASTANEL-00030 – RBD-CASTANEL-00031 | |
| 266 | | Dometic: 579 Series Brisk Air, 591 Series Heat Pump, and 595 Series Quick Cool (Roof Top Unit): Installation Instructions *(Exhibit #2 from the deposition of Randall Rush on February 23, 2010)* | RBD-CASTANEL-00033 – RBD-CASTANEL-00045 | |
| 267 | | Image from the website of Recreation by Design, LLC regarding "About Recreation by Design" *(Exhibit #6 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 6 from the deposition of Randall Rush taken on February 23, 2010 | |
| 268 | | Image from the website of Recreation by Design, LLC regarding "Imagine the Possibilities" *(Exhibit #8 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 8 from the deposition of Randall Rush taken on February 23, 2010 | |
| 269 | | Image from the website of Recreation by Design, LLC regarding "Friendly & Knowledgeable Sales Staff" *(Exhibit #9 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 9 from the deposition of Randall Rush taken on February 23, 2010 | |

| 270 | | Image from the website of Recreation by Design, LLC regarding "Towable RV's of All Sizes & Types" *(Exhibit #10 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 10 from the deposition of Randall Rush taken on February 23, 2010 | |
|-----|--|---|---|--|
| 271 | | Image from the website of Recreation by Design, LLC regarding "document you requested /FEMA.htm could not be found on this server" *(Exhibit #11 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 11 from the deposition of Randall Rush taken on February 23, 2010 | |
| 272 | | Image from the website of Recreation by Design, LLC regarding "RBD's Self-Contained Travel Trailers" *(Exhibit #12 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 12 from the deposition of Randall Rush taken on February 23, 2010 | |
| 273 | | Image from the website of Recreation by Design, LLC regarding "Travel Trailer Standard Features" *(Exhibit #13 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 13 from the deposition of Randall Rush taken on February 23, 2010 | |
| 274 | | Image from the website of Recreation by Design, LLC regarding "Travel Trailer Options & Accessories" *(Exhibit #14 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 14 from the deposition of Randall Rush taken on February 23, 2010 | |
| 275 | | Image from the website of Recreation by Design, LLC regarding "More Options & Accessories" *(Exhibit #15 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 15 from the deposition of Randall Rush taken on February 23, 2010 | |

| 276 | | Image from the website of Recreation by Design, LLC regarding "Welcome to RecreationbyDesign.com" *(Exhibit #27 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 27 from the deposition of Randall Rush taken on February 23, 2010 | |
| --- | --- | --- | --- | --- |
| 277 | | Data Dictionary for FEMA Trailer Formaldehyde Study Dataset:  FEMA519EXCEL.XLS | ATSDR-000473 – ATSDR-000488 | |
| 278 | | Photograph of a Trailer with "not to be used for housing" sticker | PSC026946 | |

Plaintiff respectfully reserves the right to utilize any exhibit produced or listed by any other party or utilized as an exhibit in the depositions taken in this matter.  Plaintiff further respectfully reserves the right to supplement and amend this list once discovery is complete or as directed by this Honorable Court.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:     */s/Gerald E. Meunier*
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:     504/522-2304
      Facsimile:      504/528-9973
      gmeunier@gainsben.com

 /s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
DENNIS REICH, Texas # 16739600
ROBERT BECNEL, #14072

**CERTIFICATE OF SERVICE**

I hereby certify that on  March 12 , 2010, I electronically filed the foregoing with

the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing

to all counsel of record who are CM/ECF participants.  I further certify that I electronically

mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

 /s/ Justin I. Woods
JUSTIN I. WOODS (LA Bar #24713)