OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: __March 15, 2010__

__Maudry Brown, et al__

vs.

__Jayco Enterprises, Inc., et al__

Case No. __09-8164__ Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Jayco Enterprises Inc. /Attn: Kennard R. Waver__
   (address) __317 W. Franklin Street Elkhart, IN 46516__
2. (name) __Shaw Enterprises, Inc. /Attn: Corporation Service Company__
   (address) __320 Somerulos Street Baton Rouge LA 70802-6129__
3. (name) __The USA through US Attorneys Office, EDLA__
   (address) __500 Poydras Street Rm B210 New Orleans LA 70130__
4. (name) __The USA through Attorney General of the US, US Dept. of Justice__
   (address) __950 Pennsylvania Ave NW Washington DC 20530-0001__
5. (name) __The USA through FEMA, Office of the Director, Office of General Counsel__
   (address) __500 C Street SW Washington D.C. 20472__

Very truly yours,

_____
"Signature"

Attorney for __Plaintiff__

Address __622 Baronne Street New Orleans 70113__

I certify that all parties listed in the complaint referenced above, have been matched.