OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 15, 2010

Kinta Nunnery, et al

vs.

Jayco Enterprises, Inc., et al

Case No. 09-8015  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Jayco Enterprises, Inc. / Attn: Kennard R. Waver
   (address) 317 W. Franklin Street Elkhart IN 46516
2. (name) The USA through US Attorneys Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130
3. (name) The USA through Attorney General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave. NW Washington D.C. 20530-0001
4. (name) The USA through Fema, Office of the Director, Office of General Counsel
   (address) 500 C. Street SW Washington D.C. 20472

Very truly yours,

_____
"Signature"

Attorney for Plaintiff

Address 622 Baronne Street New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.