OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 15, 2010

Steven Bell, et al

vs.

Jayco Enterprises, Inc., et al

Case No. 09-8017   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Jayco Enterprises Inc. / Attn: Kennard R. Waver
   (address) 317 W. Franklin Street Elkhart, IN 46516
2. (name) Fluor Enterprises Inc. / Attn: Corporation Service Company
   (address) 320 Somerulos Street Baton Rouge, LA 70802-6129
3. (name) The USA through US Attorneys Office, EDLA
   (address) 500 Poydras St Rm B210 New Orleans, LA 70130
4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington DC 20530-0001
   The USA through Fema, Office of the Director, Office of General Counsel

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.