OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: **March 15, 2010**

**Monique Cambrice, et al**

vs.

**Jayco Enterprises, Inc.; et al**

Case No. **09-8018**  Section **N**

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **Jayco Enterprises Inc. /Attn: Kennard R. Waver**
   (address) **317 W. Franklin Street Elkhart IN 46516**
2. (name) **Fluor Enterprises, Inc. /Attn: Corporation Service Company**
   (address) **320 Somerulos St. Baton Rouge LA 70802-6129**
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for **Plaintiff**

Address **622 Baronne St. New Orleans 70113**

I certify that all parties listed in the complaint referenced above, have been matched.