OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 15, 2010

Carolyn Bailey, et al

vs.

Jayco Enterprises, Inc., et al

Case No. 09-8010   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Jayco Enterprises Inc. / Attn: Kennard R. Waver
   (address) 317 W. Franklin St. Elkhart IN 46516
2. (name) CH2M Hill Constructors Inc. / Attn: CT Corporation System
   (address) 5615 Corporate Blvd. Ste 400B Baton Rouge LA 70808
3. (name) The USA through US Attorneys Office, EDLA
   (address) 500 Poydras Street, Rm B210 New Orleans LA 70130
4. (name) The USA through Attorney General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington DC 20530-0001
5. (name) The USA through Fema, Office of the Director, Office of General Counsel
   (address) 500 C Street SW, Washington DC 20472

Very truly yours,

"Signature"

Attorney for  Plaintiff

Address  622 Baronne St. New Orleans. 70113

I certify that all parties listed in the complaint referenced above, have been matched