OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 15, 2010

Sharon Sam, et al

vs.

Jayco Enterprises Inc., et

Case No. 09-8019   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Jayco Enterprises Inc. /Attn: Kennard R. Waver
   (address) 317 W. Franklin Street Elkhart IN 46516
2. (name) CH2M Hill Constructors, Inc. /Attn: CT Corporation System
   (address) 5615 Corporate Blvd. Ste. 400B Baton Rouge LA 70808
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for  Plaintiff

Address  622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.