OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: March 11, 2010

James Robinson, et al

vs.

Sun Valley Inc., et al

Case No. 09-8004   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Sun Valley Inc. ATTN: Dan Morrison or/ Sunline Aquisition Co. LTD. ATTN: Joseph C. Bucara, President
   (address) 120 W. Lexington Ave. Elkhart, IN 46516
2. (name) Shaw Enterprises Inc. /Attn: Corporation Service Company
   (address) 320 Somerulos Street Baton Rouge LA 70802-6129
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for   Plaintiff
Address   622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.