OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: _____ March 12, 2010 _____

Craig King, etal

vs.

Starcraft RV, Inc., etal

Case No. 09-8009  Section  N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Starcraft RV, Inc. Attn: Glenn E. Killoren
   (address) 121 West Franklin St. Ste 200 Elkhart IN 40516
2. (name) CH2M Hill Constructors Inc. / Attn: CT Corporation Co.
   (address) 5615 Corporate Blvd Ste 400B Baton Rouge LA 70808
3. (name) The USA through US Attorneys Office, EDLA
   (address) 500 Poydras Street RmB210 New Orleans LA 70130
4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington D.C. 20530-0001
5. (name) The USA through Fema, Office of the Director, Office of General
   (address) 500 C Street SW Washington DC 20472                    Counsel

Very truly yours,

_____
"Signature"

Attorney for  Plaintiff

Address  632 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint
referenced above, have been matched.