OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 12, 2010

Elisha Allen, et al

vs.

Starcraft RV, Inc., et al

Case No. 09-8008   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Starcraft RV, Inc. Attn: Glenn E. Killoren
   (address) 121 West Franklin St. Ste 200 Elkhart IN 46516
2. (name) No contractor
   (address) _____
3. (name) The USA through US Attorneys Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130
4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington D.C. 20530-0001
5. (name) The USA through Fema, Office of the Director, Office of General Counsel
   (address) 500 C Street SW Washington D.C. 20472

Very truly yours,

"Signature"

Attorney for  Plaintiff

Address  622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.