OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 12, 2010

Nadine Farve, et al

vs.

Starcraft RV Inc., et al

Case No. 09-8010 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Starcraft RV, Inc. Attn: Glenn E. Killoren
   (address) 121 W. Franklin Street, Ste 200 Elkhart IN 46516
2. (name) Fluor Enterprises Inc. Attn: Corporation Service Co.
   (address) 320 Somerulos Street Baton Rouge LA 70802-6129
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 1622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.