OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: **March 12, 2010**

**Patty McGowan, et al**

vs.

**Starcraft RV, Inc., et al**

Case No. **09-8012**   Section **N**

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **Starcraft RV, Inc. Attn: Glenn E. Killoren**
   (address) **121 West Franklin St. Ste 200 Elkhart IN 46516**
2. (name) **Shaw Environmental Inc. Attn: Corporation Service Company**
   (address) **320 Somerulos Street Baton Rouge LA 70802-6129**
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for **Plaintiff**

Address **1022 Baronne St. New Orleans 70113**

I certify that all plaintiffs listed in the complaint referenced above, have been matched.