OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __March 12, 2010__

__Enell Green, et al__

vs.

__Indiana Building Systems__
__d/b/a Holly Park, et al__

Case No. _____   Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Indiana Bldg Systems d/b/a Holly Park/Attn: Cynthia S. Gillard__
   (address) __121 W. Franklin St., Ste 400 Elkhart, IN 46516__
2. (name) __Fluor Enterprises Inc /Attn: Corporation Service Company__
   (address) __320 Somerulos St. Baton Rouge LA 70802-6129__
3. (name) __The USA through US Attorneys Office, EDLA__
   (address) __500 Poydras Street Rm B210 Baton Rouge LA 70130__
4. (name) __The USA through Atty General of the US, US Dept. of Justice__
   (address) __950 Pennsylvania Ave NW, Washington DC 20530-0001__
5. (name) __The USA through FEMA, Office of the Director, Office of General Counsel__
   (address) __500 C Street SW Washington D.C. 20472__

Very truly yours,

_____
"Signature"

Attorney for __Plaintiff__

Address __622 Baronne St. New Orleans 70113__

I certify that all parties listed in the complaint referenced above, have been matched.