OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: **March 12, 2010**

**Lakeisha Alonzo, et al**

vs.

**Indiana Bldg. Systems d/b/a Holly Park, et al**

Case No. **09-8606** Section **N**

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **Indiana Bldg. Systems, LLC d/b/a Holly Park / Attn: Cynthia S. Gilbard**
   (address) **121 W. Franklin St., Ste 400 Elkhart IN 46516**
2. (name) **The USA through US Atty Office, EDLA**
   (address) **500 Poydras Street Rm B210 New Orleans LA 70130**
3. (name) **The USA through Atty General of the US, US Dept. of Justice**
   (address) **950 Pennsylvania Ave. NW, Washington D.C. 20530-0001**
4. (name) **The USA through Fema, Office of the Director, Office of General Counsel**
   (address) **500 C Street SW Washington, D.C. 20472**

Very truly yours,

_____
"Signature"

Attorney for **Plaintiff**

Address **622 Baronne St. New Orleans 70113**

I certify that all parties listed in the complaint referenced above, have been matched.