U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED | MAR 1 1 2010

_Lisa Martin_

LORETTA G. WHYTE
CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 2, 2010

Teresa M. Baumgart

vs.

Liberty Homes, Inc., et al

Case No. 1:09cv796 Section ____
MDL 2:10 CV 00257

Dear Sir:

   Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

   1. (name) Federal Emergency Management Agency
      (address) 500 C Street Washington, DC 20472
   2. (name) _____
      (address) _____
   3. (name) _____
      (address) _____
   4. (name) _____
      (address) _____

                              Very truly yours,

                              _Rose M. Hund_
                              "Signature"

I hereby certify
that all parties
have been matched.      Attorney for Hawkins, Stracener + Gibson

_Rose M. Hund_           Address 153 Main St, Bay St Louis
                                 MS, 39520

                              ___ Fee _____
                              _✓_ Process Issuschon
                              _X_ Dktd _____
                              ___ CtRmDep _____
                              ___ Doc. No. _____