UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION           SECTION "N-5"

                                       JUDGE ENGELHARDT
                                       MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO: 09-4105
*Alvarado versus Keystone Industries, Inc., et al*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Jonah Stevenson, who, pursuant to Federal Rule of Civil Procedure 41(a)(2) hereby voluntarily dismisses Keystone Industries, CH2M Hill Constructors, Inc. Fluor Enterprises, Inc., Shaw Environmental, Inc. and the United States of America through the Federal Emergency Management Agency as defendants in the above-captioned matter as relates to his claims only. The remaining Plaintiffs maintain their claims against all defendants. Plaintiff further understands that dismissal of his claims are with full prejudice.

                                       Respectfully submitted,

                                       LAW OFFICE OF FRANK J. D'AMICO, JR.

                                       BY:     /s/ Frank J. D'Amico, Jr.
                                               Frank J. D'Amico, Jr. (#17519)
                                               622 Baronne St., 2nd Floor
                                               New Orleans, LA 70113
                                               Telephone:  (504) 525-9561
                                               Facsimile:   (504) 525-9522

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                            /Frank J. D'Amico, Jr.