March 6, 2010

To whom it may concern,

I, Jonah Stevenson, will not be able to continue as trial alternate in the July, 2010, Keystone trial because of the following reasons. First, I live outside of the State of Louisiana and will not be available to complete trial discovery, medical evaluations and attend the July, 2010, potential jury trial in New Orleans. Currently, I reside in Carrollton, Texas with my girlfriend at 2016 Victoria Road, Carrollton, Texas 75007.

Second, I am still seeking employment in the State of Texas and because I am unemployed, I need to put all my time out of state towards finding gainful employment.

Please accept this letter as my formal request to be dismissed from the FEMA Formaldehyde Trailer Case and as a trial alternate for the July, 2010, Keystone trial.

I appreciate your understanding regarding my dismissal of this claim,

Jonah Stevenson