UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO: 09-4105**
*Alvarado versus Keystone Industries, Inc., et al*

---

### ORDER TO DISMISS PARTY PLAINTIFF

Considering the above and foregoing:

IT IS ORDERED that Jonah Stevenson be and he is hereby dismissed as a party plaintiff from the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
**UNITED STATES DISTRICT JUDGE**