OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED MAR 1 1 2010

LORETTA G. WHYTE
CLERK

Date: March 3, 2010

Eddie R. Collier Sr and Gabrielle J. Collier, et al

vs.

Alliance Homes, Inc. d/b/a Adrian Homes et al

Case No. 1:09cv777 Section ___
MDL 2:10 CV 00258

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street Washington DC 20472
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Rose M. Hund
"Signature"

Attorney for Hawkins Stracener & Gibson
Address 153 Main St
Bay St Louis, MS 39520

I hereby certify that all parties have been matched.
Rose M. Hund

___ Fee _____
✓ Process Ismsfifn
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____