U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED | MAR 11 2010

LORETTA G. WHYTE
CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: March 3, 2010

Teresa L. Parker, et al

vs.

Timberland RV Company d/b/a
Adventure Manufacturing, et al
Case No. 109CV778   Section ____
MDL 2:10 CV00259

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint)

(other : _____ ) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street Washington DC 20472

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Hawkins, Stracener + Gibson

Address 153 Main St
Bay St Louis, MS 39520

I hereby certify
that all parties
have been matched.

____ Fee____
✓ Process I sms from
X Dktd____
____ CtRmDep____
____ Doc. No. ____