OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAR 11 2010
LORETTA G. WHYTE
CLERK

Date: March 3, 2010

Charlene M McBroom

vs.

American Camper Manufacturing, LLC
d/b/a Ameri-Camp, et al
Case No. 1:09CV788  Section ____
MDL 2:10 CV 00260

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street Washington DC 20472
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

I hereby certify that all parties have been matched.
Rose M. Hund

Very truly yours,
Rose M. Hund
"Signature"

Attorney for Hawkins, Stracener & Gibson
Address 153 Main St
Bay St Louis, MS 39520

___ Fee
✓ Process  1 summons
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____