OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAR 11 2010
LORETTA G. WHYTE
CLERK

Date: March 3, 2010

Tiffanie R. McMillian, et al

vs.

Destiny Industries, LLC, et al

Case No. 1:09cv789 Section ____
MDL 2:10 cv 261

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street Washington, DC 20472
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Rose M. Hund
"Signature"

Attorney for Hawkins, Stracener & Gibson
Address 153 Main St
Bay St Louis, MS 39520

I hereby certify that all parties have been matched
Rose M. Hund
TENDERED FOR FILING

MAR - 5 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

✓ Fee ____
✓ Process Isms fnRn
X Dktd ____
__ CtRmDep ____
__ Doc. No. ____