OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

[Filed stamps: EASTERN DISTRICT OF LOUISIANA, FILED MAR 11 2010, LORETTA G. WHYTE, CLERK]

Date: March 3, 2010

James T Chandler et al

vs.

Starcraft RV, Inc, et al

Case No. 1:09cv792   Section ___
MDL 2:10 cv264

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street Washington DC 20472
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Rose M. Hunn
"Signature"

Attorney for Hawkins, Stracener & Gibson
Address 153 Main Street
Bay St Louis, MS 39520

I hereby certify that all parties have been matched
Rose M. Hunn

Fee _____
✓ Process 1 sms hsn
X Dktd _____
__ CtRmDep _____
__ Doc. No. _____