```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    MAR 11 2010

LORETTA G. WHYTE
      CLERK
```

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 3, 2010

Jimmy Briggs, as wrongful death beneficiary and representative of Sully Briggs, Deceased, et al
vs.
Recreation by Design, LLC, et al

Case No. 1:09cv793  Section ____
MDL 2:10 CV 00265

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street Washington DC 20472
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Rose M. Hunt
"Signature"

Attorney for Hawkins, Stracener & Gibson
Address 153 Main St
Bay St Louis, MS 39520

I hereby certify that all parties have been matched
Rose M. Hunt

___ Fee _____
 ✓  Process Ismshsn
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____