```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    MAR 11 2010

LORETTA G. WHYTE
     CLERK
```

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 2, 2010

Dimitrius V Clark

vs.

River Birch Homes, Inc, et al

Case No. 1:09cv794 Section ____
MDL 2:10 cv 00206

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street Washington DC 20472
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Rose M Hunn
"Signature"

Attorney for Hawkins, Stracener + Gibson
Address 153 Main St
        Bay St Louis, MS 39520

I hereby certify that all parties have been matched.
Rose M Hunn

___ Fee_____
 ✓  Process_1 SMS BNBN
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____