```
                                    U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LOUISIANA

                                    FILED    MAR 11 2010

                                    LORETTA G. WHYTE
                                         CLERK
```

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 2, 2010

Darrell G. Debeaux, et al

vs.

TL Industries, Inc., et al

Case No. 1:09 CV795 Section ____
MDL 2:10 CV 267

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street, Washington, DC 20472
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Rose M. Hund
"Signature"

Attorney for Hawkins, Stracener & Gibson
Address 153 Main Street
Bay St Louis MS 39520

I hereby certify that all parties have been matched.
Rose M. Hund

___ Fee ____
___ Process Ismsdron
 X  Dktd ____
___ CtRmDep ____
___ Doc. No. ____