OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 2, 2010

Bennie R. Freash, et al

vs.

Heartland Recreational Vehicles, et al

Case No. 1:09 CV 794  Section ____
MDL 2:10 CV 208

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street, Washington, DC 20472
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Rose M. Hund
"Signature"

Attorney for Hawkins, Stracener & Gibson
Address 153 Main St, Bay St Louis, MS 39520

I hereby certify
that all parties
have been matched.
Rose M. Hund

___ Fee _____
_✓_ Process  ISMS&Fri&n
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____