OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 11 2010
LORETTA G. WHYTE
CLERK

Date: March 3, 2010

Candess L Everett, et al

vs.

Oak Creek Home, LP, et al

Case No. 1:09cv799 Section ____
MDL 2:10 cv 271

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street Washington DC 20472
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Rose M. Hunt
"Signature"

Attorney for Hawkins Stracener-Gibson
Address 153 Main Street
Bay St Louis, MS 39520

I hereby certify that all parties have been matched.
Rose M. Hunt

___ Fee _____
✓ Process T5ms bnbn
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____