```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAR 1 1 2010
LORETTA G. WHYTE
CLERK

Date: March 3, 2010

Florence S. Mathis, et al

vs.

Sunray RV, LLC, et al

Case No. 1:09cv801  Section ___
MDL 2:10cv00273

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street Washington, DC 20472
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Rose M. Hund
"Signature"

Attorney for Hawkins, Stracener & Gibson
Address 153 Main Street
Bay St Louis, MS 39520

I hereby certify that all parties have been matched.
Rose M. Hund

___ Fee
✓ Process  Ismsßsn
X Dktd_____
___ CtRmDep_____
___ Doc. No._____