```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAR 11 2010

LORETTA G. WHYTE
         CLERK
```

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 3, 2010

Bernadine Ruff

vs.

Souther Energy Homes, Inc., etal

Case No. 2:09 cv 247  Section ____
MDL 2:10 CV00274

Dear Sir:

   Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

   1. (name) Eric Holder Attorney General
      (address) 950 Pennsylvania Ave, NW Washington DC 20530
   2. (name) Federal Emergency Management Agency
      (address) 500 C Street Washington, DC 20472
   3. (name) _____
      (address) _____
   4. (name) _____
      (address) _____

Very truly yours,

Rose M. Hunn
"Signature"

Attorney for Hawkins Stracener & Gibson
Address 153 Main St
        Bay St Louis, MS 39520

I hereby certify that all parties have been matched.
Rose M. Hunn

Fee _____
Process  1 sms fnfn
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____