OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

```
                    U.S. DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
                    FILED  MAR 11 2010
                    LORETTA G. WHYTE
```

Date: **March 3, 2010**

**Niki M Thompson, et al**

vs.

**Skyline Corporation, et al**

Case No. **2:09cv248** Section ____
**MDL 2:10 cv 00275**

Dear Sir:

   Please (**issue**) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **Federal Emergency Management Agency**
   (address) **500 C Street   Washington DC 20472**
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

**Rose M. Hunt**
"Signature"

Attorney for **Hawkins, Stracener & Gibson**
Address **153 Main St**
**Bay St Louis, MS 39520**

I hereby certify
that all parties
have been matched.
**Rose M. Hunt**

___ Fee_____
✓ Process **Ismsrtn**
X Dktd_____
___ CtRmDep_____
___ Doc. No._____