OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __March 15, 2010__

Joyce Winston, et al

vs.

Sunnybrook RV, Inc., et al

Case No. 09-8022   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended

complaint) ( ___ amended complaint) (third party complaint)

(other : _____ ) to the following:

1.  (name) Sunnybrook RV, Inc. Attn: Elvie J. Frey Sr.
    (address) 201 14th Street Middlebury, IN 46540
2.  (name) Shaw Environmental, Inc. Attn: Corporation Service Company
    (address) 320 Somerulos Street Baton Rouge LA 70802-6129
3.  (name) _____
    (address) _____
4.  (name) _____
    (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint
referenced above, have been matched.