OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 15, 2010

Cynthia Crawford, et al.

vs.

Recreation by Design, LLC, et al

Case No. 09-8629  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Shaw Enterprises, Inc. / Attn: Corporation Service Company
   (address) 320 Somerulos St., Baton Rouge, LA 70802-6129
2. (name) Recreation by Design, LLC / Attn: Randall K. Rush
   (address) 21746 Buckingham Rd., Elkhart IN 46516
3. (name) The USA through US Attorney's Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130
4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW, Washington DC 20530-0001

The USA through Fema, Office of the Director, Office of General Counsel
500 C. Street SW Washington DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 622 Baronne St. New Orleans 70113

I certify that all parties listed in the claim referenced above, have been matched.