OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: _March 15, 2010_

_Shenika Tatum, et al_

vs.

_Recreation by Design LLC, et al_

Case No. _0981028_  Section  _N_

Dear Sir:

      Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

   1.  (name) _Shaw Enterprises Inc., Attn: Corporation Service Company_
       (address) _320 Somerulos Street, Baton Rouge LA 70802-6129_
   2.  (name) _Recreation by Design LLC / Attn: Randall K. Rush_
       (address) _21746 Buckingham Rd., Elkhart, IN 46510_
   3.  (name) _____
       (address) _____
   4.  (name) _____
       (address) _____

                          Very truly yours,

                          _____
                                "Signature"

                          Attorney for  _Plaintiff_

                          Address _622 Baronne St. New Orleans 70113_

_I certify that all parties listed in the complaint referenced above, have been matched._