OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 15, 2010

Alana D'Antonio, et al

vs.

Recreation by Design, LLC, et al

Case No. 09-8627    Section N

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Recreation by Design LLC, Attn: Randall K. Rush
   (address) 21740 Buckingham Rd. Elkhart IN 46516
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Plaintiff
Address 622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.