| FEMA_BARCODE | VIN_NUM | MANUFACTURER | MODEL | MANU_MONTH | MANU_YEAR | TRAVEL_MOBILE | CITY | STATE | ZIP_CODE | PASS_ACT | SAMPLE_DATE | CLIENT_FIRM | SAMPLER | Data Provider |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1232115 | 4X4T71C236D090038 | Forest River | Flagstaff | 10 | 2005 | Travel Trailer | Pearlington | MS | | | 10/22/2007 | Buzbee Law | Occupant | DeVany Industrial Consultants |
| 1147252 | 4X4TWDLT276P195131 | Forest River | Flagstaff | 1 | 2004 | Travel Trailer | New Orleans | LA | | | 9/22/2007 | Buzbee Law | Occupant | DeVany Industrial Consultants |
| 1360898 | 4X4TWDH216P195352 | Forest River | Weekender | 10 | 2005 | Travel Trailer | Baker | LA | | | 9/12/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| 1146872 | 4Y4TFLB226D088797 | Forest River | Flagstaff | 8 | 2005 | Travel Trailer | Baker | LA | | | | Buzbee Law | TES | DeVany Industrial Consultants |
| 1282141 | 4X4TWDJ206R335881 | Forest River | | 9 | 2005 | | Kenner | LA | | | 9/14/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| 1194840 | 4X4TSMC275A293905 | Forest River | Salem | 10 | 2004 | Travel Trailer | Baker | LA | | | 3/6/2008 | Buzbee Law | TES | DeVany Industrial Consultants |
| 1155359 | 4X4TWDE246L335581 | Forest River | Wildwood | 9 | 2005 | Travel Trailer | Perkinston | MS | | | 8/21/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| 1147006 | 4X4TRLB225D084940 | Forest River | Rockwood | 9 | 2003 | Travel Trailer | Baker | LA | | | 9/18/2007 | Buzbee Law | Occupant | DeVany Industrial Consultants |
| | 4X4TCKC225P095909 | Forest River | | 1 | 2005 | Travel Trailer | Baker | LA | | | 8/20/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| | 4X4TSMH226I030702 | Forest River | Sierra | | | Travel Trailer | Bay St Louis | MS | | | 9/12/2007 | Buzbee Law | DeVany | DeVany Industrial Consultants |
| | 4X4TSMH205I014724 | Forest River | | 8 | 2004 | Travel Trailer | New Orleans | LA | | | 9/14/2007 | Buzbee Law | Occupant | DeVany Industrial Consultants |
| 1147005 | 4X4TWDE235A235985 | Forest River | Wildwood | 8 | 2007 | Travel Trailer | Baker | LA | | | | Buzbee Law | Occupant | DeVany Industrial Consultants |
| 1326743 | 1S9PA34396HSC8173 | Forest River | Silvercreek | 1 | 2006 | | Violet | LA | | | 8/23/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| 1040513 | 4X4TRLG285D806318 | Forest River | Rockwood | 11 | 2004 | Travel Trailer | Baker | LA | | | 3/17/2008 | Sidney Torres | W. D. Scott | DeVany Industrial Consultants |
| 1155834 | | Forest River | Cherokee | | | Travel Trailer | Baker | LA | | | 8/21/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| 1247101 | | Forest River | Wildwood | | | Travel Trailer | Pearlington | MS | | | 8/27/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| 1155354 | 4X4TSMC286A294787 | Forest River | Salem | 4 | 2005 | Travel Trailer | Baker | LA | | | 9/11/2007 | Buzbee Law | Occupant | DeVany Industrial Consultants |
| 1147381 | 4X4TRLG226D809510 | Forest River | Rockwood | 6 | 2005 | Travel Trailer | Baker | LA | | | 9/12/2007 | Buzbee Law | DeVany | DeVany Industrial Consultants |
| | 4X4TCKD266 | Forest River | Cherokee | | | Travel Trailer | New Orleans | LA | | | 3/13/2008 | Buzbee Law | TES | DeVany Industrial Consultants |
| 1343971 | 4X4TCKD266P005242 | Forest River | Cherokee | 6 | 2005 | Travel Trailer | New Orleans | LA | | | 9/27/2007 | Buzbee Law | Occupant | DeVany Industrial Consultants |
| 1156216 | 4X4TSMB276007963 | Forest River | Salem | 8 | 2005 | Travel Trailer | Baker | LA | | | 8/24/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| 1275341 | 4X4TWDH286D195445 | Forest River | | 10 | 2005 | Travel Trailer | Baton Rouge | LA | | | 9/29/2007 | Buzbee Law | Occupant | DeVany Industrial Consultants |
| 1153304 | 4X4TWDN276A236574 | Forest River | Wildwood | 4 | 2005 | Travel Trailer | Pearlington | MS | | | 9/19/2007 | Buzbee Law | Occupant | DeVany Industrial Consultants |
| | 4X4TSUB206L006658 | Forest River | Wildwood | | | Travel Trailer | Pearlington | MS | | | 9/23/2007 | Buzbee Law | Occupant | DeVany Industrial Consultants |
| 1145185 | 4X4TSV8206L000058 | Forest River | Surveyor | | | Travel Trailer | Perkinston | MS | | | 9/9/2007 | Buzbee Law | Occupant | DeVany Industrial Consultants |
| 1145185 | 4X4TSV8206L000058 | Forest River | Surveyor | | | Travel Trailer | Perkinston | MS | | | 9/15/2007 | Buzbee Law | Occupant | DeVany Industrial Consultants |
| | 4X4TSMH226I030621 | Forest River | Surveyor | | | Travel Trailer | New Orleans | LA | | | 9/11/2007 | Buzbee Law | Occupant | DeVany Industrial Consultants |
| 1155903 | 4X4TSMG276I015703 | Forest River | Salem | 5 | 2005 | Travel Trailer | Baker | LA | | | 8/22/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| 1146548 | 4X4TWDF275I045962 | Forest River | Wildwood | 2 | 2005 | Travel Trailer | Baker | LA | | | 8/28/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| 1147041 | 4X4TCKD216P098638 | Forest River | Cherokee | 8 | 2005 | Travel Trailer | Baker | LA | | | 8/22/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| 1156213 | 4X4TSMC236R393843 | Forest River | Salem | 5 | 2005 | Travel Trailer | Baker | LA | | | 8/22/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| 1251754 | 4X4TCKD276D099342 | Forest River | Cherokee | 9 | 2005 | Travel Trailer | Bay St Louis | MS | | | 9/19/2007 | Buzbee Law | Occupant | DeVany Industrial Consultants |
| 1153358 | 4XTTN235C258124 | Forest River | Wanderer | 12 | 2004 | Travel Trailer | Baker | LA | | | 8/22/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| 1147150 | 4X4TCKH246P096439 | Forest River | Cherokee | 1 | 2005 | Travel Trailer | Baker | LA | | | 8/22/2007 | Buzbee Law | Occupant | DeVany Industrial Consultants |
| 1147172 | 4X4TFLC22D809795 | Forest River | Flagstaff | 6 | 2005 | Travel Trailer | Baker | LA | | | 9/13/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| 1147194 | 4X4TCKD266P096724 | Forest River | Cherokee | 3 | 2005 | Travel Trailer | Baker | LA | | | 8/20/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| 1147053 | 4X4TWDE225A234634 | Forest River | Wildwood | 6 | 2004 | Travel Trailer | Baker | LA | | | 9/14/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| 1326791 | | Forest River | Park | | | Travel Trailer | New Orleans | LA | | | 3/6/2008 | Frank Damico | W. D. Scott | DeVany Industrial Consultants |
| 1326791 | | Forest River | | | | | New Orleans | LA | | | 2/27/2008 | Frank Damico | W. D. Scott | DeVany Industrial Consultants |
| | 4X4TFLC216D008948 | Forest River | Flagstaff | 9 | 2005 | Travel Trailer | Baker | LA | | | 8/21/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| 1155840 | | Forest River | Salem | 1 | 2005 | Travel Trailer | Baker | LA | | | 8/27/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| 1147049 | | Forest River | Cherokee | 1 | 2005 | Travel Trailer | Baker | LA | | | 8/20/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| | | Forest River | Flagstaff | | | Travel Trailer | Baker | LA | | | 8/22/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| 1156207 | 4X4TSEB236J029623 | Forest River | Sierra | 1 | 2005 | Travel Trailer | Baker | LA | | | 9/14/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| 1152798 | 4X4TCKC235P092842 | Forest River | Cherokee | | | Travel Trailer | Bay St Louis | MS | | | 9/14/2007 | Buzbee Law | Occupant | DeVany Industrial Consultants |
| 1146297 | 4X4TSMF286A295224 | Forest River | Cherokee | | | Travel Trailer | Bay St Louis | MS | | | 9/13/2007 | Buzbee Law | Occupant | DeVany Industrial Consultants |
| | | Forest River | Salem | 1 | 2005 | Travel Trailer | Baker | LA | | | 8/23/2007 | Buzbee Law | TES | DeVany Industrial Consultants |
| | | Forest River | Wildwood | | | Travel Trailer | Pearlington | MS | | | 9/11/2007 | Buzbee Law | Occupant | DeVany Industrial Consultants |
| 1147407 | 4X4TCKC2X5P094488 | Forest River | Cherokee | 10 | 2008 | Travel Trailer | New Orleans | LA | | | 1/28/2008 | Lambert&Nelson | W. D. Scott | DeVany Industrial Consultants |
| 1251850 | 4X4TWDH236P194915 | Forest River | | 9 | 2005 | Travel Trailer | Pearlington | LA | | | 9/19/2007 | Buzbee Law | DeVany | DeVany Industrial Consultants |
| 1147190 | 4X4TCKH236P097341 | Forest River | Cherokee | 4 | 2005 | Travel Trailer | Baker | LA | | | 9/13/2007 | Buzbee Law | 1EALB | DeVany Industrial Consultants |
| 1344408 | 4X4TCKD226P005223 | Forest River | Cherokee Lite | 12 | 2005 | Travel Trailer | Slidell | LA | | | 9/12/2007 | Buzbee Law | Occupant | DeVany Industrial Consultants |
| 1144707 | 4X4TSMH246I030040 | Forest River | Sierra | 9 | 2005 | Travel Trailer | Moss Point | MS | | | 9/18/2007 | Buzbee Law | Occupant | DeVany Industrial Consultants |
| 1155065 | 4X4TWTK276I046391 | Forest River | Wildwood | 4 | 2005 | Travel Trailer | Baker | LA | | | 9/13/2007 | Buzbee Law | DeVany | DeVany Industrial Consultants |
| | 4X4TCKD226P099359 | Forest River | Forest River | | | | Mandeville | LA | | PASS | 3/5/2008 | | Occupant | Occupant |
| | | Forest River | | | | | Metairie | LA | | PASS | 10/11/2007 | | Occupant | Occupant |
| | | Forest River | Forest River | | | | Harvey | LA | | PASS | 3/3/2008 | | Occupant | Occupant |
| 1280324 | 4X4TSMH246I016171 | Forest River | Goshen | 12 | 2005 | | New Orleans | LA | 70125 | | 3/18/2008 | Joseph Bruno | Nathan Vallette | W. D. Scott Group |
| 1147407 | 4X4TCKC2X5P094488 | Forest River | Cherokee | 1 | 2006 | | New Orleans | LA | 70126 | | 1/28/2008 | Jerry Meunier | Nathan Vallette | W. D. Scott Group |
| 1146299 | 4X4TFLE266D810008 | Forest River | Flagstaff | 12 | 2005 | | Baker | LA | 70714 | | 3/17/2008 | Jerry Meunier | Nathan Vallette | W. D. Scott Group |
| 1182438 | 4X4TCKD226P099359 | Forest River | Cherokee Lite | | | | Mandeville | LA | | | 3/26/2008 | Frank Damico | Nathan Vallette | W. D. Scott Group |
| 1326791 | | Forest River | Park model | 9 | 2005 | | New Orleans | LA | 70117 | | 2/27/2008 | Frank Damico | Nathan Vallette | W. D. Scott Group |
| 1326791 | | Forest River | Park model | 10 | 2005 | | New Orleans | LA | 70117 | | 3/6/2008 | Frank Damico | William Scott | W. D. Scott Group |