```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130
```

Date: **March 15, 2010**

**Clara Anderson, et al**

vs.

**Recreation by Design, LLC, et al**

Case No. **09-8026**   Section **N**

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **Fluor Enterprises, Inc./Attn: Corporation Service Company**
   (address) **320 Somerulos Street Baton Rouge LA 70802-6129**
2. (name) **Recreation by Design, LLC/Attn: Randall K. Rush**
   (address) **21746 Buckingham Rd., Elkhart, IN 46516**
3. (name) **The USA through US Attorney's Office, EDLA**
   (address) **500 Poydras Street Rm B210 New Orleans, LA 70130**
4. (name) **The USA through Atty. General of the US, US Dept. of Justice**
   (address) **950 Pennsylvania Ave NW, Washington DC 20530-0001**

**The USA through Fema, Office of the Director, Office of General Counsel 500 C. Street SW, Washington D.C. 20472**

Very truly yours,

_____
"Signature"

Attorney for **Plaintiff**

Address **6022 Baronne St. New Orleans 70113**

I certify that all parties listed in the complaint referenced above, have been matched.