# Transcript of the Testimony of

# JAMES F. SHEA - GULF STREAM COACH 30(b)(6)

Date: May 28, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.

1       counsel; our technical vice president, Scott
2       Pullin.
3           MR. PERCY:  I'm sorry, what was that last
4       name?
5           THE WITNESS:  Scott Pullin.
6   A   Those are the individuals that come to mind.
7   Q   Those are the people that first learned about this
8       problem or this supposed problem with indoor air
9       quality in March of '06, those individuals?
10  A   Correct.
11  Q   Okay.  And prior to that time you at Gulf Stream
12      had never had an issue with formaldehyde or indoor
13      air quality?
14  A   We went back and researched our production records
15      and various records relating to our production of
16      units for FEMA over the last -- since 1992.  We
17      couldn't find anything.  And this had not been a
18      general problem for the RV industry as it was for
19      the manufactured housing industry in the '80s.
20  Q   Okay.  So you said --
21  A   That's our framework.
22  Q   You said several things there.  Let me make sure I
23      flesh those out because they may become important.
24          First off, you said with regard to trailers
25      purchased by FEMA, until March of 2006, as far as

1  A  We have a quality control inspector at each
2     production line -- for each production line, yes.
3  Q  So there's no quality control supervisor, or is
4     that the same thing?
5  A  You know, I can't recall that we have a title of
6     that nature.
7  Q  Okay. On your production lines building these
8     trailers, do your workers wear any sort of masks?
9  A  There's some people that may wear masks when
10    they're using insulation, but it's not required.
11 Q  Any of the workers who place the subflooring, the
12    ceiling materials, or the wall coverings use masks?
13 A  No. I don't -- I don't believe that any of them
14    use masks, unless it was of their own election
15    because they had a cold or an allergy or something.
16    I don't know. But there was no regular -- there
17    was no regular requirement for such masks by the
18    company.
19 Q  Were you aware that FEMA would come to the factory
20    and inspect the trailers?
21 A  Yes. Well, FEMA came to the factory and inspected
22    trailers in the 2005 and 2006 period when we
23    produced them for Katrina disaster relief.
24 Q  But they did not do so in 2004?
25 A  Not to my knowledge. They may have but -- I'm sure

1  A  Yeah.  That was the first circumstance where we
2     provided units to be used by FEMA.
3  Q  Okay.  And between that time period and Hurricane
4     Katrina time period, even though you went through
5     dealers, would you have contact or communications
6     with FEMA?
7  A  Yes.
8  Q  What were the subject of those contacts?
9  A  There would be -- my recollection is there would be
10    contacts on scheduling.  And we normally had
11    personnel in the field that would do another
12    inspection and receive the unit when it came into
13    the marshaling area, and so those people would --
14    if there was damage to the unit or something, we
15    would usually take care of it.  And our people
16    would work with dealer -- the dealer and FEMA to
17    just ensure a steady flow of units.
18 Q  Would FEMA come to you for specific technical
19    advice regarding your units?
20 A  I'm sure that we at times had a technical inquiry
21    related to, okay, why doesn't an air conditioner
22    work or something like that, and we would have one
23    of our representatives maybe go to that -- FEMA
24    would provide us with the location of the unit, and
25    we'd go to it and see what the problem was.  And so

```
 1       products just wouldn't be available in that kind of
 2       volume to us.
 3   Q   Okay.  Now, at one point the U.S. Government, I
 4       believe they were GSA inspectors rather than FEMA
 5       inspectors, but at some point the U.S. Government
 6       had personnel in your manufacturing facilities; is
 7       that right?
 8   A   Correct.
 9   Q   Do you know when that began?
10   A   Well, I mean, it began, I think, in September,
11       relatively early in the process.
12   Q   Had that ever occurred prior to Hurricane Katrina?
13   A   No.
14   Q   Okay.  So at some point after the hurricane these
15       people were in your facility?
16   A   Correct.
17   Q   Do you know how long they were in your facility?
18   A   Well, they were in our facilities generally for the
19       term of the contracts.
20   Q   Okay.  What was their role?
21   A   They would inspect the units and accept the units
22       as -- well, attest that they were acceptable for
23       shipment to the disaster zone.
24   Q   What kind of inspection would they do?
25   A   Oh, they would do a pretty detailed inspection of
```

```
 1        the assembly of the unit and everything from where
 2        stickers were at to placement of certain things,
 3        caulking.  I mean, pretty down to the last
 4        nuts-and-bolts kind of inspection.
 5   Q    Gulf Stream would always inspect the unit before
 6        the government would look at the unit; is that
 7        correct?
 8   A    Yes.
 9   Q    Okay.  And then even after this government
10        inspection at the facility, there would still be a
11        Gulf Stream inspection potentially on site in
12        Louisiana or wherever the unit was deployed?
13   A    Correct.
14   Q    Are you aware of any Gulf Stream employees airing
15        out or ventilating units before FEMA or GSA -- I'm
16        sorry, strike that.
17             Are you aware of Gulf Stream employees airing
18        out units pre-government inspection?
19   A    The -- well, I assume you're talking about the
20        inspection at our plant?
21   Q    Yeah.
22   A    No.  I'm not aware of any process followed by our
23        employees to do that.
24   Q    I'm going to hand you what's marked as Exhibit 28,
25        Bates No. FEMA09-73.  It's titled "Temporary
```