David Edward Garratt  July 7, 2009
Washington, DC

Page 1

1            UNITED STATES DISTRICT COURT

2               DISTRICT OF LOUISIANA

3                NEW ORLEANS DIVISION

4  In Re:  FEMA Trailer    )

5  Formaldehyde Products   ) MDL No. 1873

6  Liability Litigation    )

7

8                     Washington, D.C.

9                     Tuesday, July 7, 2009

10 Videotape Deposition of DAVID EDWARD GARRATT, called

11 for examination by counsel for Plaintiffs in the

12 above-entitled matter, the witness being duly sworn

13 by CHERYL A. LORD, a Notary Public in and for the

14 District of Columbia, taken at the offices of NELSON

15 MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16 Avenue N.W., Suite 900, Washington, D.C., at 9:07

17 a.m., and the proceedings being taken down by

18 Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22

David Edward Garratt                                July 7, 2009
Washington, DC

Page 157

1  necessarily made any awards on that contract at this
2  stage of the game, just that we had a protocol for
3  going forward to execute the new contracts using
4  these specs and this testing protocol.
5      Q.   Did the new contract protocol extend to
6  each and every manufacturer that was a source of
7  emergency housing units?
8      A.   Yes.
9      Q.   Prior to that change, did -- was it the
10 prevailing view, at least your view, that the con- --
11 that the manufacturers were in fact providing units
12 that complied with the required safety standards for
13 formaldehyde?
14     A.   It was our understanding that the
15 manufacturers were -- if they were producing mobile
16 homes or manufactured housing, producing units that
17 complied with HUD standards.
18     Q.   M-hm.
19     A.   For those who were not producing
20 manufactured housing, they were producing park models
21 or travel trailers, which were recreational vehicles
22 that met or exceeded industry standards since there

1  were no federal standards that applied -- there were
2  no HUD standards that applied to their construction
3  at the time that those units were purchased for
4  Hurricane Katrina.
5      Q.  Well, how did the new specifications for
6  travel trailer manufacturing change what you refer to
7  as the industry standards?
8      A.  Well, our new specifications for park
9  models and mobile homes require that the units test
10 at point- -- what they ended up requiring is that
11 below .016 PPM.
12          Now, how the manufacturers and what the
13 manufacturers did to achieve that level in terms of
14 reducing components, materials, glues, et cetera,
15 that emit formaldehyde was up to them.  We were
16 interested in the outcome, which was a unit that
17 emitted no more than this amount of formaldehyde.
18          For travel trailers, we faced a different
19 or additional concern, and that was, they don't have
20 the ventilation systems that a park model or a mobile
21 home has.
22          So even if they use reduced formaldehyde,

David Edward Garratt  July 7, 2009
Washington, DC

Page 179

1  problem was on March 16, 2006.  This issue has been
2  around a long time, and as I recall, surfaced in
3  previous disasters.  Has anyone researched this.
4         Now, did you know what Gil Jamieson was
5  referring to there?
6     A.   No.
7     Q.   Did you research it or have anyone else
8  research it?
9     A.   Yes.
10    Q.   And what was the result of the research?
11    A.   Inconclusive, anecdotal, no one was able
12 to provide any written documentation that there were
13 prior formaldehyde issues.
14    Q.   From prior disaster responses --
15    A.   Correct.
16    Q.   -- in particular.
17    A.   Gil was one individual who raised this
18 issue in this email.  I'm also aware and I don't
19 remember who the individual was, but somebody from
20 our logistics organization, had also suggested that
21 they had recalled dealing with formaldehyde problems
22 or a formaldehyde issue in a previous disaster, and I

Page 203

1        MR. MEUNIER: Let me mark that as Garratt
2   16.
3        I will tender the witness and reserve the
4   remaining 8 minutes for redirect.
5                  (Garratt Exhibit No. 16
6                   was marked for
7                   identification.)
8        MR. MEUNIER: Let me -- Garratt 16, by the
9   way, has Bates number at the bottom right-hand corner
10  DHS and T, 4060 through 62.
11
12  EXAMINATION BY COUNSEL FOR GULF STREAM COACH INC.
13         BY MR. SCANDURRO:
14      Q.   Mr. Garratt, my name is Tim Scandurro, and
15  I represent Gulf Stream Coach, one of the commercial
16  manufacturers of these travel trailers.
17         (Discussion off the record.)
18         BY MR. SCANDURRO:
19      Q.   Mr. Garratt, can you confirm that FEMA
20  supplied thousands of travel trailers for natural
21  disasters prior to Hurricane Katrina?
22      A.   Yes.

1      Q.    From a formaldehyde standpoint.

2      A.    None whatsoever.

3      Q.    Can you talk a little bit about why FEMA
4   used travel trailers by the thousands both prior to
5   Hurricane Katrina and during the Hurricane Katrina
6   response?

7      A.    They were the preferred direct temporary
8   housing product because of their -- because of their
9   size, because we could move them in and set them up
10  quickly.  I think 80 percent of the units that we
11  provided in response to hurricanes Katrina and Rita
12  were on individuals' private property.  And typically
13  we put travel trailers on private property or often
14  because we can't fit anything else on their private
15  property.  They simply can't accommodate a mobile
16  home on their driveway.

17           So they were used because, number 1, they
18  filled a need that could not be met any other way.
19  2, they were inexpensive compared to a mobile home.
20  3, they allowed people to stay at their property and
21  rebuild their home as opposed to relocating them to a
22  community site that might be miles away and might be

Page 208

1  far more expensive to build.

2      So a number of reasons I think contributed
3  to the use of travel trailers and their popularity at
4  least within a certain segment of the disaster
5  population on those small properties and wanted to
6  stay on their property and rebuild their home.

7      Q.  Am I also correct that during the prior
8  natural disaster events that we talked about prior to
9  Hurricane Katrina, can we assume that there were
10 young children and elderly people and stay-at-home
11 moms living in those travel trailers as well?

12     A.  I think that's safe to assume.

13     Q.  And again you're not aware of any
14 formaldehyde claims by any of those people in those
15 prior disasters?

16     A.  I'm not personally aware of any.

17     Q.  When you were working with the CDC after
18 Hurricane Katrina, did you become aware of the
19 results of a study that they did in Hancock County,
20 Mississippi, of children's pre-Katrina and
21 post-Katrina doctor visits?

22     A.  Not by -- not by that reference.