OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 15, 2010

Theresa Becnel, et al

vs.

Recreation by Design, LLC., et al

Case No. 09-8624  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) CH2M Hill Constructors, Inc. / Attn: CT Corporation System
   (address) 5615 Corporate Blvd. Ste 400B, Baton Rouge LA 70808
2. (name) Recreation by Design, LLC., Attn: Randall K. Rush
   (address) 21746 Buckingham Rd., Elkhart, IN 46516
3. (name) The USA through US Attorney's Office, EDLA
   (address) 500 Poydras Street, RM B210 New Orleans LA 70130
4. (name) The USA through Attorney General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW, Washington DC 20530-0001
   The USA through Fema, Office of the Director, Office of the General Counsel
   500 C. Street SW, Washington DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiff
Address 622 Baronne St. New Orleans 70113

I certify that all parties listed on the complaint referenced above, have been matched.