```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAR - 3 2010

LORETTA G. WHYTE
     CLERK
```

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 3, 2010

Janine L. Curol, et al

vs.

Forest River Inc., et al

Case No. 09-7555 Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street Washington DC 20472
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Rose M Hund
"Signature"

Attorney for Hawkins, Stracener + Gibson
Address 153 Main St
        Bay St Louis, MS 39520

I hereby certify that all parties have been matched.
Rose M Hund

___ Fee _____
 ✓  Process 1 summons
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____