## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                              §

*Orleans*    PARISH      §

      I, Pamela Floyd, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February *23*, 2010.

*Pamela W. Floyd*
Pamela Floyd

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                               §
_____ PARISH       §

I, Glenda Foley, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    The damages I am seeking in my capacity as next friend of Tamiqua Foley, a minor, do not exceed $75,000 exclusive of interest and costs.

5.    The damages I am seeking in my capacity as next friend of Tierra Foley, a minor, do not exceed $75,000 exclusive of interest and costs.

6.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February \_\_\_\_\_, 2010.

_____
Glenda Foley

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA         §
                              §
_____ PARISH    §

     I, Anderson Fontenot, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

     I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _/8_, 2010.

                         _Anderson Fontenot_
                           Anderson Fontenot

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                               §
_____ PARISH      §

I, Shirley Fontenot, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_Shirley Fontenot_
Shirley Fontenot

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                           §
_Orleans_ PARISH         §

     I, Margaret Fortune, make this declaration under penalty of perjury and state the following:

     1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

     2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

     3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

     4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

     I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

                                   _Margaret Fortune_
                                   Margaret Fortune

Case 2:07-md-01873-KDE-MBN   Document 12937-11   Filed 03/16/10   Page 6 of 65
02-23-10;12:27PM;                                          :5048301948                # 1/ 1
02/23/2010 2:10 Case 2:10-cv-00204-KDE-ALC   Document PAGE Filed 02/26/10   Page 7 of 66   PAGE 02/02

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
     §
_Orleans_ PARISH      §

I, Tanya Fortune, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     The damages I am seeking in my capacity as next friend of Summer Forde, a minor, do not exceed $75,000 exclusive of interest and costs.

5.     The damages I am seeking in my capacity as next friend of Destiny Fortune, a minor, do not exceed $75,000 exclusive of interest and costs.

6.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 22, 2010.

_Tanya Fortune_
Tanya Fortune

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                          §
                                            §
_ORLEANS_ PARISH                            §
                                            §

I, Walter Francis, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      The damages I am seeking in my capacity as representative of the Estate of Nellie Francis do not exceed $75,000 exclusive of interest and costs.

5.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

Walter Francis

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

                             §

_Orleans_ PARISH       §

I, Justina Frazier, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_Justina Frazier_
Justina Frazier

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
                                §
_Orleans_ PARISH           §

I, Joshua Fuertes, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 17, 2010.

_____
Joshua Fuertes

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA            §
                             §
_Orleans_ PARISH              §

I, Mildred Fuertes, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _12_, 2010.

_Mildred Fuertes_
Mildred Fuertes

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_  PARISH           §

I, Melba Gibson, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. The damages I am seeking in my capacity as next friend of Terrence Jacko, a minor, do not exceed $75,000 exclusive of interest and costs.

5. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_____
Melba Gibson

Case 2:07-md-01873-KDE-MBN   Document 12937-11   Filed 03/16/10   Page 12 of 65

Feb. 22. 2010 11:11AM   FORMALDEHYDE CLAIMS OFFICE                No. 4330   P. 1
Case 2:10-cv-00204-KDE-ALC   Document 4-7   Filed 02/26/10   Page 13 of 66

### DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                      §
Orleans _____ PARISH     §

     I, Michael Gifford, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 22, 2010.

_____
Michael Gifford

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
*Orleans*_____ PARISH               §

I, Karen Gilmore, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February *22*, 2010.


_____*Karen Gilmore*_____
            Karen Gilmore

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                       §
_____ PARISH                §

     I, Lawrence Gordon Jr., make this declaration under penalty of perjury and state the

following:

    1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

    2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

    3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

    4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _2 0_, 2010.

                                        _Lawrence Gordon Jr_

                                        Lawrence Gordon Jr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

_Orlean_ PARISH       §
                    §

     I, Alton Greenberry, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

                             _Alton Greenberry_
                             Alton Greenberry

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA           §
                             §
_Orleans_ PARISH             §
                             §

 I, Desmond Greenberry, make this declaration under penalty of perjury and state the

following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. The damages I am seeking in my capacity as next friend of Desmond Roach, a minor, do not exceed $75,000 exclusive of interest and costs.

5. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _16_, 2010.

_Desmond Greenberry_
Desmond Greenberry

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                  §
                                    §
_Orlean_____ PARISH                 §

    I, Pamela Greenberry, make this declaration under penalty of perjury and state the

following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_____
Pamela Greenberry

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
___Orleans___ PARISH        §

      I, Sheena Green, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     The damages I am seeking in my capacity as next friend of Cedrionne Powell, a minor, do not exceed $75,000 exclusive of interest and costs.

5.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_Sheena Green_
Sheena Green

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA     §
           §
_Orleans_ PARISH      §

    I, Trichonda Green, make this declaration under penalty of perjury and state the

following:

    1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

    2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

    3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

    4.   The damages I am seeking in my capacity as next friend of Tyreon Green, a minor, do not exceed $75,000 exclusive of interest and costs.

    5.   The damages I am seeking in my capacity as next friend of Adam Barbarin, a minor, do not exceed $75,000 exclusive of interest and costs.

    6.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

            _____
            Trichonda Green

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
Orleans_____ PARISH                  §

I, Deborah Grimes, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   The damages I am seeking in my capacity as next friend of Octavious Wright, a minor, do not exceed $75,000 exclusive of interest and costs.

5.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Deborah Grimes

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA     §
            §
_____ PARISH    §

I, Donna Hale, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February ⟋⟋⟍, 2010.

          *Donna M Hale*
           Donna Hale

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA         §
                                      §
_____ PARISH     §

I, Schilacy Hall, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _21_, 2010.

_____
Schilacy Hall

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                §
                                  §
_Orleans_____ PARISH            §

    I, Daniel Handy III, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

                        _Daniel Handy III_____
                                Daniel Handy III

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_ PARISH            §

I, Irma Handy, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
            Irma Handy

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
*Orleans* PARISH            §

I, Daniel Handy, Sr., make this declaration under penalty of perjury and state the

following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration,
      I have personal knowledge of all statements contained herein, and all statements
      contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting
      on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in
      damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_____
Daniel Handy, Sr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

*Orleans* PARISH       §

      §

    I, Annastasia Harden, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      The damages I am seeking in my capacity as next friend of Frankie Harden, a minor, do not exceed $75,000 exclusive of interest and costs.

5.      The damages I am seeking in my capacity as next friend of Jennifer Harden, a minor, do not exceed $75,000 exclusive of interest and costs.

6.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 18, 2010.

_Annastasia Harden_
Annastasia Harden

02/23/2010  17:44    4097620538              BUZBEE_LAW_FIRM              PAGE  03/03

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA     §
                      §
_Orleans_ PARISH     §

I, Teaneaka Harrell, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. The damages I am seeking in my capacity as next friend of Loreal Harrell, a minor, do not exceed $75,000 exclusive of interest and costs.

5. The damages I am seeking in my capacity as next friend of Treasure Harrell, a minor, do not exceed $75,000 exclusive of interest and costs.

6. The damages I am seeking in my capacity as next friend of Charles Allen Jr., a minor, do not exceed $75,000 exclusive of interest and costs.

7. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 23, 2010.

Teaneaka Harrell

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
§
*Orleans* _____ PARISH      §

     I, Richard Hebert, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February *18*, 2010.

                       Richard Hebert

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §

*Orleans* _____ PARISH    §
                                  §

I, Rozelia Hebert, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

                           *Rozelia Hebert*
                              Rozelia Hebert

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                                       §
_Orleans_ PARISH         §

I, Iness Heim, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    The damages I am seeking in my capacity as next friend of Kara'Yanna Jefferson, a minor, do not exceed $75,000 exclusive of interest and costs.

5.    The damages I am seeking in my capacity as next friend of Latrell Jefferson, a minor, do not exceed $75,000 exclusive of interest and costs.

6.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_ , 2010.

_Iness Heim_

Iness Heim

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA              §
                               §
_____ PARISH       §

I, Althea Henderson, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. The damages I am seeking in my capacity as next friend of Perry Robinson, Jr., a minor, do not exceed $75,000 exclusive of interest and costs.

5. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

Althea Henderson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA            §
                             §
_Orleans_____ PARISH         §

I, Angela Howard, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _21_, 2010.

_____
Angela Howard

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_     PARISH         §

I, Monique Howze, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 17, 2010.

_____
Monique Howze

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_Orleans_ PARISH                      §

I, Janice Hunter, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_Janice Hunter_
Janice Hunter

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_ PARISH            §

I, Pamela Hutchinson, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_Pamela Hutchinson_
Pamela Hutchinson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_____ PARISH      §

I, Doris Jackson, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_____
Doris Jackson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                §
                                  §
_ORLEANS_ PARISH                  §

     I, Abraham Jackson, Jr., make this declaration under penalty of perjury and state the

following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 20th, 2010.

                Abraham Jackson, Jr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA               §
                                 §
_Orleans_____ PARISH            §

    I, Leonard Jackson, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

    I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_ , 2010.

                               Leonard Jackson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                                 §
_____ PARISH    §

I, Alice Jefferson, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 1-7, 2010.

Alice Jefferson

Case 2:07-md-01873-KDE-MBN   Document 12937-11   Filed 03/16/10   Page 40 of 65
Feb 22 10 05:58p    IMAD ABUKHALIL              5049489476              P.2
Case 2:10-cv-00204-KDE-ALC   Document 4-7   Filed 02/26/10   Page 41 of 66

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                §
                                  §
_Orleans_ PARISH                  §

I, David Jefferson, III, make this declaration under penalty of perjury and state the

following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_David Jefferson III_
David Jefferson, III

FAX    713-223-5909

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA              §
                               §
_N. O. LA_ PARISH              §

I, James Jefferson, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

James Jefferson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

*Orleans*   PARISH      §

            §

I, Joseph Jefferson, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February *23* , 2010.

               _____

               Joseph Jefferson

Case 2:07-md-01873-KDE-MBN   Document 12937-11   Filed 03/16/10   Page 43 of 65
Feb 22 10 05:57p      IMAD ABUKHALIL            5049489476        P.1
Case 2:10-cv-00204-KDE-ALC   Document 4-7   Filed 02/26/10   Page 44 of 66

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
<u>Orleans</u>      PARISH  §

      I, Latoya Jefferson, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February <u>18</u>, 2010.

                                 _Latoya Jefferson_
                                  Latoya Jefferson

FAX 773 - 223 - 5909

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §

ORLEANS PARISH                        §
                                      §

I, Robert Jefferson, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 17, 2010.

_Robert Jefferson_
Robert Jefferson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_____ PARISH      §

I, Cathy Johnson, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_____
Cathy Johnson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                §
                                                        §
~~JEFFERSON~~ PARISH          §

I, ~~Jonathan Johnson~~, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 18th, 2010.

_____
~~Jonathan Johnson~~

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_____ PARISH              §

    I, Dennard Johnson, Jr., make this declaration under penalty of perjury and state the

following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

                                        Dennard Johnson, Jr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
                          §
*ORLEANS* PARISH          §

I, Kevin Johnson, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_Kevin Johnson_
Kevin Johnson

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA        §
                                      §
_____ PARISH      §

       I, Dennard Johnson, Sr., make this declaration under penalty of perjury and state the following:

    1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

    2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

    3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

    4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

     I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Dennard Johnson, Sr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA              §
                               §
_____ PARISH         §

  I, Vanessa Johnson, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 23 , 2010.

_____
Vanessa Johnson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_       PARISH      §

I, Warren Johnson, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18th_, 2010.

_[signature]_

Warren Johnson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                                     §
_ORleans_____ PARISH       §

I, Charley Jones, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_Charley P. Jones_____
Charley Jones

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                  §
                                    §
_____Orleans_____ PARISH            §

I, Clarise Jones, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  The damages I am seeking in my capacity as next friend of Chevelle Davis, a minor, do not exceed $75,000 exclusive of interest and costs.

5.  The damages I am seeking in my capacity as next friend of Royale Jenkins, a minor, do not exceed $75,000 exclusive of interest and costs.

6.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February  19 , 2010.

_____
Clarise Jones

Case 2:07-md-01873-KDE-MBN   Document 12937-11   Filed 03/16/10   Page 54 of 65
FEB-18-2010 THU 08:13 AM PAK WRAP / MAIL CENTER     FAX NO. 5043014587      P. 01/01
Case 2:10-cv-00204-KDE-ALC   Document 4-7   Filed 02/26/10   Page 55 of 66

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                   §
                                     §
_Orleans_____ PARISH               §

I, Deanna Jones, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration,
    I have personal knowledge of all statements contained herein, and all statements
    contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting
    on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in
    damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
               Deanna Jones

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
                               §
_Orleans_____ PARISH       §

I, Dorothy Jones, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_Dorothy Jones_____
Dorothy Jones

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_Orleans_ PARISH                      §

I, Selma Jones, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18th_, 2010.

_Selma Jones_
Selma Jones

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA            §
                             §
Orlean_____ PARISH          §

I, Ali Khalil, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration,
       I have personal knowledge of all statements contained herein, and all statements
       contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting
       on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in
       damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February  17 , 2010.

_____
                Ali Khalil

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
*Orleans*_____ PARISH      §

I, Carl King, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February *18*___, 2010.

_____
                    Carl King

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_ORLEANS_ PARISH                      §

I, Edwina King, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_Edwina King_
Edwina King

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA    §
            §
_Orleans_   PARISH   §

   I, Michael King, Jr., make this declaration under penalty of perjury and state the following:

  1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

  2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

  3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

  4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

  I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

           _____
           Michael King, Jr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

                        §

_ORLEANS_       PARISH       §

I, Michael King, III, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) _(not)_ years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_(FATHER)_

Michael King, III

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA     §
           §
*ORLEANS* PARISH     §

I, Pierre Lawrence, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 17th, 2010.

_Pierre P. Lawrence_
Pierre Lawrence

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

                         §

_Orleans_        PARISH      §

I, Bruce Lee, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February __18__, 2010.

_Bruce Lee_
Bruce Lee

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                                   §
_ORLEANS_ PARISH       §

I, Clara Lee, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 17th 2010.

_Clara Lee_
Clara Lee

Case 2:07-md-01873-KDE-MBN   Document 12937-11   Filed 03/16/10   Page 65 of 65
P 4/5
Case 2:10-cv-00204-KDE-ALC   Document 4-7   Filed 02/26/10   Page 66 of 66

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_____ PARISH     §

I, Glenn Lemon, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 20 , 2010.

_____
Glenn Lemon