```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER              )
FORMALDEHYDE PRODUCTS             )
LIABILITY LITIGATION,             )   MDL NO. 1873
                                  )
                                  )   SECTION "N"(5)
THIS DOCUMENT IS RELATED TO       )
                                  )   JUDGE ENGELHARDT
Charlie Age, et al. v. Gulf       )   MAGISTRATE CHASEZ
Stream Coach, Inc., et al.,       )
Docket No. 09-2892; Alana         )
Alexander, individually and on    )
behalf of Christopher Cooper.     )
--------------------------------  )
```

        The Videotaped Deposition of JOSEPH CLELAND

        Date:       Thursday, July 16, 2009

        Time:       3:57 p.m.

        Place:      Midwest Reporting, Inc.
                    1448 Lincolnway East
                    South Bend, Indiana 46613


    Called as a witness by the Plaintiffs in

    accordance with the Federal Rules of Civil

    Procedure for the United States District

    Court, Eastern District of Louisiana, pursuant

    to Notice.




Reported by
Angela J. Galipeau, RPR, CSR
Notary Public, State of Indiana
           MIDWEST REPORTING, INC.
             1448 Lincolnway East
           South Bend, Indiana 46613

                (574) 288-4242

Page 41

1  Q. Now, did you -- when FEMA was in the Plant 57 in 2005, did
2     you interact with FEMA?
3  A. When they first came.
4  Q. Okay. Was there some one individual that you can recall
5     who was kind of in charge of the FEMA group at Plant 57?
6  A. I can picture his face, but I don't remember his name.
7  Q. Okay. Did they tell you what they were doing there and
8     what their role was?
9  A. The FEMA inspectors?
10 Q. Yes.
11 A. Yes.
12 Q. What role did they have?
13 A. They had a checklist that they inspected on every trailer.
14 Q. Okay. Did you keep any of your own notes or a logbook of
15    any sort when you were the plant manager of Plant 57 in
16    '04 and '05?
17 A. Yes.
18 Q. You have your own personal notes?
19 A. We kept an online/offline.
20 Q. What's that mean?
21 A. What units went online and offline that day.
22 Q. What units? What do you mean by "unit"?
23 A. What RVs went online and offline that day.
24 Q. Okay. So in other words, which ones were actually in the
25    production line and which ones had already made it off the