OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 15, 2010

Christopher Love, et al

vs.

Recreation By Design, LLC, et al

Case No. 09-8623  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other: _____ ) to the following:

1. (name) Recreation by Design, LLC / Attn: Randall K. Rush
   (address) 21746 Buckingham Rd., Elkhart IN 46516
2. (name) The USA through US Attorney's Office, EDLA
   (address) 500 Poydras St. Rm B210 New Orleans LA 70130
3. (name) The USA through Atty General of the U.S., US Dept. of Justice
   (address) 950 Pennsylvania Avenue NW, Washington D.C. 20530-0001
4. (name) The USA through Fema, Office of the Director, Office of General Counsel
   (address) 500 C. Street SW, Washington D.C. 20472

Very truly yours,

_____
"Signature"

Attorney for  Plaintiff
Address  622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.