OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAR - 3 2010
LORETTA G. WHYTE
CLERK

Date: March 3, 2010

Bridgette R. Atkins, et al

vs.

Fleetwood Enterprises, Inc. et al

Case No. 09-7554   Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street Washington DC 20472
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Rose M. Hurd
"Signature"

Attorney for Hawkins Stracener & Gibson
Address 153 Main St
        Bay St Louis, MS 39520

I hereby certify that all parties have been matched.
Rose M. Hurd

Fee ____
✓ Process Isms hsn
X Dktd ____
__ CtRmDep ____
__ Doc. No. ____