U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    MAR - 3 2010

LORETTA G. WHYTE
CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 3, 2010

Corey R. Amos, et al

vs.

Gulf Stream Coach, Inc. et al

Case No. 09-7556   Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street  Washington DC 20472
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Rose M Hurd

"Signature"

Attorney for Hawkins, Stracener & Gibson

Address 153 Main St
Bay St Louis, MS 39520

I hereby certify that all parties have been matched.

Rose M Hurd

____ Fee____
____ Process  ISMS Gibson
__X__ Dktd____
____ CtRmDep____
____ Doc. No.____