1

UNITED STATES DISTRICT COURT

DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

In Re:   FEMA Trailer        )
Formaldehyde Products   ) MDL No. 1873
Liability Litigation     )

                              Washington, D.C.

                              Wednesday, July 8, 2009

Videotape Deposition of DAVID LAWRENCE PORTER, called for examination by counsel for Plaintiffs in the above-entitled matter, the witness being duly sworn by CHERYL A. LORD, a Notary Public in and for the District of Columbia, taken at the offices of NELSON MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution Avenue N.W., Suite 900, Washington, D.C., at 9:17 a.m., and the proceedings being taken down by Stenotype by CHERYL A. LORD, RPR, CRR.

```
 1   with that mail.
 2       A.    M-hm.
 3       Q.    -- that you were not involved with and
 4   have no information about new specs that went into
 5   effect regarding travel trailers for Katrina victims,
 6   specifically on the subject of testing for
 7   formaldehyde?
 8       A.    For this email, I did not write the specs.
 9       Q.    My question was broader than that.
10             Whether you wrote them or not, were you
11   aware of new specs being put into place specifically
12   to allow for testing for formaldehyde levels?
13       A.    I do not recall those specs.  I don't
14   remember them.
15       Q.    You see, then, Garratt responds to Ryan
16   Buras, and again, he copies you on the email, and
17   because Buras has been talking about HUD standards --
18       A.    M-hm.
19       Q.    -- which you know that HUD standards for
20   formaldehyde emissions at this point in time were
21   only applied to manufactured housing and not to
22   travel trailers?
```

David Lawrence Porter
Washington, DC
July 8, 2009

116

1           Were you aware of that?
2      A.   The HUD standards?
3      Q.   HUD standards for -- for formaldehyde.
4      A.   I know the HUD regulations here?
5      Q.   Yes.
6      A.   HUD regulates anything related to the
7   manufactured homes.
8      Q.   Right.
9           But not travel trailers?
10     A.   Not travel trailers and not park models.
11     Q.   Okay. So Garratt in this email response
12  to Buras copied to you says: So did any TT, slash,
13  PM -- and we can assume that refers to travel
14  trailer, park model -- manufacturers voluntarily
15  comply with HUD standards?
16          Let me stop there.
17          Were you aware of there ever being an
18  occasion on which travel trailer or park model
19  manufacturers voluntarily set out to comply with HUD
20  formaldehyde emission standards even though those
21  standards did not apply to travel trailers and park
22  models?

161

1    represent Fleetwood Enterprises in this lawsuit.
2             You were asked earlier today about an
3    exhibit 7 that was an email stream that included some
4    information from somebody named Ryan Buras asking,
5    has any manufacturer voluntarily constructed travel
6    trailers to the HUD standards relating to
7    formaldehyde.
8             Do you remember that discussion this
9    morning?
10        A.   I don't think they asked did anybody do
11   that.  It said -- it asked, did anybody voluntarily
12   comply with the HUD standards.
13        Q.   Okay.  And your answer this morning was
14   that you were not aware of a manufacturer that had
15   voluntarily complied with the HUD standards relative
16   to formaldehyde?
17        A.   I didn't remember the discussion.  I don't
18   remember anybody that complied -- I don't remember
19   that stuff.
20        Q.   Okay.  So my next question is, do you have
21   any information that no manufacturers in fact did
22   comply with HUD standards for formaldehyde emissions

162

1  for travel trailers?
2      A.   That no manufacturers did comply.
3      Q.   In other words, do you have any
4  information that you can give us that you believe
5  confirms that any given manufacturer failed to comply
6  with HUD standards for formaldehyde in the
7  construction of their travel trailers that were used
8  in Katrina?
9      A.   They wasn't required to go by the HUD, so
10 I don't see how they could fail it when they wasn't
11 required to do that.
12     Q.   Okay.  And my ques- --
13     A.   I don't have any information regarding
14 that.
15     Q.   You don't have any information one way or
16 the other --
17     A.   I don't --
18     Q.   -- about whether they complied or didn't
19 comply?
20     A.   I don't recall any of that information.
21     Q.   All right.
22     A.   I don't remember it.