ATTORNEY'S NAME: Munoz, John   09830
AND ADDRESS: Ste 3000,  1010 Common St
New Orleans    LA  70112-2411

RECEIVED JAN 19 2010

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2009 -- 12798    1                                    SECTION:  12 -- H

LEWIS, PEARL versus GULF STREAM COACH, INC.

# CITATION

TO: GULF STREAM COACH, INC.
THROUGH: THE LOUISIANA LONG ARM STATUTE AND IT'S AGENT FOR SERVICE OF PROCESS: KENNETH C. BRINKER
503 SOUTH OAKLAND

NAPPANEE,            IN    46550

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the service hereof under penalty of default

*************************************************************************
**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529-1000 for more information.

**COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**
*************************************************************************

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    December 15, 2009

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
         Deputy Clerk

---

## SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ <br> _____ served a copy of the w/i petition <br> FOR DAMAGES <br><br> On <br> GULF STREAM COACH, INC. <br><br><br> THROUGH: THE LOUISIANA LONG ARM STATUTE AND IT'S AGENT FOR SERVICE OF PROCESS: KENNETH C. BRINKER <br><br> _____ <br> Returned same day <br> _____ No. ____ <br> Deputy Sheriff of _____ <br> Mileage: $ _____ <br><br> ____/ ENTERED /____ <br> PAPER        RETURN <br> ____/_____/_____ <br> SERIAL NO.  DEPUTY  PARISH | On this _____ day of _____ <br> _____ served a copy of the w/i petition <br> FOR DAMAGES <br><br> On <br> GULF STREAM COACH, INC. <br><br><br> THROUGH: THE LOUISIANA LONG ARM STATUTE AND IT'S AGENT FOR SERVICE OF PROCESS: KENNETH C. BRINKER <br><br> by leaving same at the dwelling house, or usual place of abode, in the hands of _____ <br> a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ <br> GULF STREAM COACH, INC. <br><br> being absent from the domicile at time of said service. <br> Returned same day <br> No. ____ <br> Deputy Sheriff of _____ |

FILED

2009 DEC -8 P 3:30

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**
**STATE OF LOUISIANA**

NO: 09-12798    DIVISION "H"    DOCKET NO. 12

**PEARL LEWIS, together with all individuals whose names appear in paragraph "I",**

versus

**GULF STREAM COACH, INC.**

FILED: _____    _____
                                    **DOCKET CLERK**

**PETITION FOR DAMAGES**

THE PETITION of PERAL LEWIS and all individuals listed in paragraph "I" below, persons of full age of majority, on behalf of themselves and, in some instances, on behalf of individuals who lack the capacity to sue individually (hereinafter, "Plaintiffs"), through undersigned counsel, respectfully represent that:

I.

Plaintiffs are residents of and domiciled in the parishes below:

a. Pearl Lewis, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

b. Kevin Lee, individually and on behalf of minor Chynna Lee, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

c. Thomas Lewis, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

d. Marie Little, individually and on behalf of minor Nia Bridges, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

e. Francis Louis, Jr., a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

f. Johanis Luckett, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

g. Dione Lunkins, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

h. Anthony Marrero, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

i. Derek Marrero, individually and on behalf of minors Dejah Blanchard, Derek Blanchard and Derron Blanchard, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

j. Dionicia Martinez, individually and on behalf of minor Kisuana Martinez, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

k. Mario Martinez, Jr., a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

l. Mariano Martinez, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

m. Gaynell Martin, individually and on behalf of James Martin, Jr., a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

n. James Martin, Sr., a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

o. Emanuel Mathieu, Jr., a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

p. Denise Matthews, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

q. Vallery McCormick, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

r. Lawanda McGraw, individually and on behalf of minor Jaylen Walker, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

s. Terrence McKay, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

t. Betty McKenzie, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

u. Emory McKenzie, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

v. Alton McKey, individually and on behalf of minor Ashton McKey, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

w. Domonique Merrick, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

x. Monique Merrick, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

y. Tiffany Merrick, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

z. Godrey Mickens, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

aa. George Miller, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

bb. Amy Mitchell, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

cc. Ashley Mitchell, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

dd. Sandra Mitchell, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

ee. Brenda Mogilles, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

ff. Herlin Mogilles, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

gg. Kasey Mogilles, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

hh. Sandra Montegut, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

ii. Dale Montgomery, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

jj. Keyonn Montgomery, individually and on behalf of minors Avonta Montgomery and Devonta Montgomery, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

kk. Carol Moore, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

ll. Clarence Moore, Jr., a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

mm. Jermaine Morris, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

nn. Kendrick Morris, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

oo. Marilyn Mouton, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

pp. Debra Mutin, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

qq. Tammy Nash, individually and on behalf of minors Charleston Nash, Lauren Nash and Loreal Nash, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

rr. Markeitha Nelson, individually and on behalf of minor Tyronique Ingram, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

ss. Raymond Nelson, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

tt. Jeanne Nicholas, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

uu. Loleita Ordon, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

vv. Corey Palmer, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

ww. Troy Palmer, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

xx. Warren Piear, Sr., a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

yy. Betty Piear, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

zz. Mary Pierce, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

aaa. Robert Polk, individually and on behalf of minors Alex Polk and Alexis Polk, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

bbb. Wanda Polk, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

ccc. Barry Porter, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

ddd. Floretta Portis, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

eee. Jack Portis, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

fff. Shirley Portis, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

ggg. Betty Price, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

- hhh. Gail Price, individually and on behalf of minor Ashton Perkins, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.
- iii. Jasper Price, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.
- jjj. John Rapenske, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.
- kkk. Sherrie Raymond-Galatas, individually and on behalf of minors Lloryn Galatas and Lloyd Galatas, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.
- lll. Leon Reaux, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.
- mmm. Austin Reneau, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.
- nnn. Herman Revader, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.
- ooo. Gerard Rigney, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.
- ppp. Tammy Riley, individually and on behalf of minor Willnisha Riley, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.
- qqq. Gennie Roach, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.
- rrr. Gena Roach, individually and on behalf of the Estate of Jimmie Lee and on behalf of minor Jimmie Roach, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.
- sss. Cheryl Roberts, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

ttt. Keith Roberts, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

uuu. Keshawn Roberts, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

vvv. Keshone Roberts, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

www. Nikisha Roberts, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

xxx. Charlestine Robertson, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

II.

Made Defendant is:

a. Gulf Stream Coach, Inc. (hereinafter "Gulf Stream") is a corporation organized under the laws of the State of Indiana, which conducts business in the State of Louisiana and within the jurisdiction of this Honorable Court.

III.

Venue is proper in Orleans as it is the parish where the plaintiffs' injuries occurred.

IV.

At all pertinent times hereto, Gulf Stream was engaged by the Federal Emergency Management Agency, hereinafter "FEMA", to sell temporary housing units for provision to the Plaintiffs as temporary housing following Hurricane Katrina.

V.

On information and belief, Gulf Stream expedited production of these housing units, and, on information and belief, resorted to using substandard materials and/or employing irregular practices during the manufacturing process, all of which resulted in the housing units occupied by each Plaintiff containing higher than normal levels of formaldehyde.

VI.

On information and belief, the housing unit of each Plaintiff, including those units which were manufactured prior to the hurricanes and those later manufactured and purchased by

FEMA, deviated from Government specifications pertaining to the safety of the unit as a residence.

VII.

Plaintiffs submit that each and all of the housing units which are at issue herein, both those which were manufactured prior to the hurricanes and those later manufactured and purchased by FEMA, did not conform to any Government-imposed specifications which addressed the design and/or construction of the housing units pertinent to formaldehyde levels.

VIII.

Plaintiffs submit that each of the housing units at issue, both those which were manufactured prior to the hurricanes and those later manufactured, and purchased by FEMA, contained dangerous levels of formaldehyde due to Gulf Stream's use of certain materials in their construction, and/or posed the threat of producing dangerous levels of formaldehyde due to the Federal Government's intended use of the housing units as temporary residences for at least 18 months, but that Gulf Stream failed to warn the Federal Government about these dangers, which initially were not known to the Federal Government.

IX.

Plaintiffs submit that Gulf Stream ignored, or concealed and/or condoned the concealment of, the fact that each and all of the housing units at issue contained dangerous levels of formaldehyde due to Gulf Stream's use of certain materials in their construction, and/or posed the threat of producing dangerous levels of formaldehyde due to the Federal Government's intended use of the housing units as temporary residences for at least 18 months, all in order to sell Gulf Stream's products, and/or avoid the costs of safety precautions/inspections, and/or avoid litigation by persons injured by formaldehyde emissions.

X.

Each and all of the Plaintiffs spent significant time in the FEMA-provided housing units manufactured by Gulf Stream and provided to Plaintiffs by the Federal Government. As a result, the Plaintiffs unwittingly were exposed to dangerously high concentrations of the formaldehyde emitted from products used in the manufacture of the subject housing units.

XI.

Gulf Stream knew or should have known of the health hazards inherent in the products it constructed, by familiarity with industry standards and published medical studies.

XII.

As a result of the foregoing, Plaintiffs were caused to sustain injuries including, but not limited to, past and future physical injuries, past and future mental and physical pain and suffering, past and future physical impairments and disability, past and future reasonable and necessary medical expenses, past and future loss of earning capacity, past and future loss of enjoyment and quality of life and other damages, loss of consortium, and loss of use and/or opportunity to use safe and adequate shelter during the period of displacement from a natural disaster, as well as, all general, special, incidental and consequential damages as shall be proven.

XIII.

Plaintiffs' injuries and resulting damages were proximately caused by the fault of Defendants and their officers, agents, employees, and those for whom they are legally responsible.

XIV.

Gulf Stream, under all applicable laws, including but not limited to, the Louisiana Products Liability Act, LSA-R.S. 9:2800.51, *et seq.*, is strictly liable unto Plaintiffs for all injuries and damages for designing, manufacturing, distributing and/or selling of temporary housing units described above, that were defective, unsafe, and unreasonably dangerous in design, composition, manufacture, and/or construction and/or due to its lack of and/or inadequate warnings and due to its non-conformity to the express warranties of fitness of said product.

XV.

Plaintiffs assert their claims against Gulf Stream under the laws of the State of Louisiana and under any other state and federal statutes which may be applicable.

XVI.

Plaintiffs are entitled to a trial by jury.

WHEREFORE, Plaintiffs pray that Gulf Stream Coach, Inc. be served with a copy of this Petition for Damages and that after due proceedings are had, Plaintiffs pray for judgment in their

favor and against Defendant, Gulf Stream, in an amount reasonable under the premises, together with legal interest thereon from the date of judicial demand, and for all costs of these proceedings, and for all appropriate legal and equitable relief, and for trial by jury.

Respectfully submitted,

John Munoz (#9830)
Garner & Munoz
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

## THE BUZBEE LAW FIRM

Anthony G. Buzbee
Texas Bar No. 24001820
Peter K. Taaffe
Texas Bar No. 24003029
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

ATTORNEYS FOR PLAINTIFFS

**PLEASE SERVE:**

Gulf Stream Coach, Inc.
**through its Agent for Service of Process:**
Kenneth C. Brinker
503 South Oakland
Nappanee, Indiana 46550

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA