# Transcript of the Testimony of
# Videotaped Deposition of David Leon McGraw

**Date taken: February 22, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: www.psrdocs.com



PLAINTIFF'S EXHIBIT A

**Page 105**

1  all that stuff, how old you is, how long you
2  stayed in the trailer. That's probably most
3  all I can recall. "How many people stayed
4  in the trailer with you?" That's probably
5  all I can recall.
6      Q   Was there a form in the package
7  that you filled out?
8      A   Mostly all I did was sent my
9  information on about me.
10     Q   Maybe my question wasn't good.
11 Was there a blank form that you filled out
12 stuff on the piece of paper?
13     A   I can't recall.
14     Q   And you don't remember the name of
15 the law firm?
16     A   No, I don't.
17     Q   As we sit here today, what do you
18 know about the health effects of
19 formaldehyde?
20     A   Well, I still don't know nothing
21 about the health -- about formaldehyde.
22     Q   Have you ever read anything about
23 the health effects of formaldehyde?
24     A   No.
25     Q   Has anybody ever told you anything

**Page 106**

1  about the health effects of formaldehyde?
2      A   No.
3      Q   Has any doctor ever told you about
4  the health effects of formaldehyde?
5      A   No.
6      Q   As we sit here today, do you know
7  anything about the connection between
8  formaldehyde and cigarettes?
9      A   No, I don't.
10     Q   Do you know if there's a
11 connection?
12     A   No.
13     Q   Do you know if cigarettes contain
14 formaldehyde?
15     A   No.
16     Q   Do you know if formaldehyde is
17 generated when you smoke cigarettes?
18     A   No.
19     Q   If somebody had told you that
20 there was formaldehyde in cigarettes, would
21 you have stopped smoking?
22     MR. WOODS:
23         Object to the form of the
24 question.
25 EXAMINATION BY MR. JOHNSON:

**Page 107**

1      Q   You can answer, if you can.
2      A   Probably no.
3      Q   Do you know whether there's
4  formaldehyde in the air right now in this
5  room?
6      A   I can't tell you. I don't know
7  nothing about formaldehyde.
8      Q   What about in food that you might
9  eat?
10     A   I don't know.
11     Q   You don't know anything about
12 whether there's formaldehyde in the food
13 that you might eat?
14     A   No.
15     Q   What about in things you might
16 drink, do you know if there's formaldehyde
17 in that?
18     A   No, because I never did any study
19 on formaldehyde.
20     Q   So the answer is "no"?
21     A   No.
22     Q   Just so I understand, the first
23 time, if I got your testimony correct, the
24 first time that you learned about
25 formaldehyde was in 2008; is that right?

**Page 108**

1      A   That's right.
2      Q   And that's when you saw a --
3      A   An ad on a civil lawsuit against
4  the trailers.
5      Q   And that was an ad on TV or radio?
6      A   On TV.
7      Q   On TV. Why was it that you went
8  to Sulphur after Hurricane Katrina?
9      A   That's where we evacuated from the
10 storm. That's the only place we had to go.
11     Q   Well, I mean, I didn't have to
12 evacuate, so I don't know the process. I
13 mean, you got in your car and you said,
14 "We're going to Sulphur" or how did that
15 work?
16     A   No. Because my nephew is married
17 to -- his wife -- his wife's mother lives in
18 Lake Charles. She set up a reservation for
19 us at a Super 8 in Sulphur.
20     Q   And what is Super 8?
21     A   That's a motel.
22     Q   So describe the timeline for me --
23 you started to do it already -- from when
24 Hurricane Katrina hit to how long it took
25 you to get to Lake Charles.

1  eyes before you moved into the trailer?
2  A   No.
3  Q   These headaches that you're
4  talking about, these are worse headaches
5  than you had before you moved into the
6  trailer?
7  A   Well, these like headaches, I
8  could take Excedrin and still have a
9  headache.
10 Q   And that's what I'm getting at.
11 You indicated in response to Mr. Johnson's
12 questions that before you moved into the
13 trailer, you had some headaches, but you
14 would take an aspirin or Excedrin and it
15 would go away?
16 A   Yes.
17 Q   The headaches that you started
18 suffering once you moved into the trailer,
19 were they different?
20 A   They're different.
21 Q   And how were they different?
22 A   They're more extreme, they last
23 more longer, and just hard to get rid of.
24 Q   The Excedrin doesn't work on them?
25 A   No.
                                    Page 245

1  Q   And you also indicated that the
2  sinus problem is really bad?
3  A   Well, I have a sinus problem now
4  since I been in that trailer like I never
5  had before.
6  Q   In fact, when you were talking
7  with Mr. Johnson about it, you said that
8  once you moved in, after a month or so, it
9  got really bad, the sinus problems?
10 A   Well, once I came down here from
11 Lake Charles, my sinus problem was clear. I
12 stayed at the hotel for five months. I
13 never had a sinus problem. I stayed by my
14 niece a couple of weeks. I never had a
15 sinus problem. So when I got in this
16 trailer for a couple of weeks, my sinus
17 started acting up.
18 Q   And these were problems that you
19 didn't have before you got in the trailer?
20 A   That's it.
21 Q   And these happened shortly after
22 you moved into the trailer?
23 A   Well, I can't say. When I got in
24 the trailer, my sinus got worser and worser.
25 Q   And that happened after you moved
                                    Page 246

1  into the trailer, correct?
2  A   Yes.
3  Q   And the same for your burning
4  eyes, that happened after you moved into the
5  trailer?
6  A   Yes.
7  Q   And the same happened for these
8  headaches, they happened after you went into
9  the trailer, correct?
10 A   Yes.
11 Q   And you never complained to anyone
12 at FEMA about this, correct?
13 A   Well, no, because like I say, I
14 didn't know the trailer was causing the
15 thing until I saw the commercial.
16 Q   I understand that. What I'm
17 trying to get to is you never complained to
18 FEMA that the trailer was causing you
19 headaches, burning eyes or sinus problems?
20 A   What am I going to call FEMA for,
21 when I don't even know what's causing the
22 problems? So how can I point or call FEMA
23 and say this is causing the problem?
24 Q   I got it. What I gather is these
25 were problems that you never had, though,
                                    Page 247

1  prior to coming back and moving into the
2  trailer?
3  A   Well, not no everyday sinus
4  problem, where I got to wake up in the
5  middle of the night, spray my nose just so I
6  can breathe, with headaches, sinus pressure
7  headaches. I never had no sinus pressure
8  like this.
9      When I had a sinus problem, my
10 nose run, I would take something and it's
11 gone. On this, as soon as I stepped into
12 that trailer, this is an everyday thing.
13 Like I'm talking to you now, my nose is
14 clogged up, I can't breathe. Everything I
15 take, I can't get rid of it.
16 Q   And you didn't have this before
17 you moved into the trailer?
18 A   I never had this problem. I never
19 had the problem. You can ask my sister or
20 anybody at my house. I never was a sick
21 person. I never had to go to the hospital.
22 I take one -- I cut the grass and get a
23 little sinus and it's gone away. But now I
24 got to wake up every morning and blow mucus
25 out my nose just to breathe.
                                    Page 248

**Page 261**

1  see that?
2  A   Yes.
3  Q   It says, "a. Occupant agrees to
4  promptly notify FEMA or Party identified by
5  FEMA responsible for maintenance when any
6  damage or defect is found, so that repairs
7  can be made as necessary."
8      Do you see that?
9  A   Yes.
10 Q   And you understood that you were
11 to promptly contact FEMA or the Government
12 contractor responsible for maintenance if
13 there was any damage or defect in the unit?
14 A   Yes.
15 Q   And you did that during the time.
16 You identified the furnace, the rodent
17 problem, and what was the other problem you
18 had?
19 A   Non-sleeping.
20 Q   Oh, you didn't mention that to
21 them, though?
22 A   No.
23 Q   That was more just a problem with
24 the size of the mattress, right?
25 A   Uh-huh (affirmative response).

**Page 262**

1  Q   You never identified to them that
2  you thought you had problems with sinuses in
3  the unit when you were there, right?
4  MR. WOODS:
5      Object to the form of the
6  question. "Sinuses in the unit"?
7  THE WITNESS:
8      Because at the time I didn't know
9  two and two.
10 EXAMINATION BY MR. MILLER:
11 Q   Let me step back, because your
12 counsel has a very good objection there and
13 I agree with it.
14     You never informed FEMA that there
15 was any defects in the unit that you thought
16 might be causing your sinus problems?
17 A   Well, how could I know that the
18 trailer is causing my sinus or why I'm going
19 to call FEMA for it?  I don't even know that
20 the trailer is causing my sinus.
21 Q   And you never had any of those
22 problems before you moved into the trailer,
23 correct?
24 A   No.
25 Q   And so moving into the trailer is

**Page 263**

1  what started those symptoms, right?
2  A   Yeah, but I still ain't never put
3  two and two together, because I was just --
4  Like I said, I was busy doing work on the
5  house, going to my work, so I didn't have
6  time to try to put two and two or is the
7  trailer making me sick or none of that.
8  Q   But these were headaches that are
9  like headaches you never had experienced
10 ever before in your life, right?
11 A   Yeah.
12 MR. WOODS:
13     Objection.  You're badgering the
14 witness.
15 EXAMINATION BY MR. MILLER:
16 Q   Sir?
17 A   Huh?
18 Q   You had never experienced
19 headaches like this before in your life?
20 A   I never feel sinus like this in my
21 life either.
22 Q   Nor the burning eyes, right?
23 A   Right.
24 Q   And it was moving into the trailer
25 when those symptoms started, right?

**Page 264**

1  A   No, not right then and there.  Not
2  as soon as I moved in the trailer I didn't
3  get these symptoms.
4  Q   What was it, how long, two or
5  three weeks?
6  A   No, like I say, like a month or
7  two before I started really getting symptoms
8  like waking up in the middle of the night,
9  can't breathe, got to spray nasal spray in
10 my mouth just to open my nose just to try to
11 breathe.
12 Q   Okay.  So within one or two months
13 of moving in, you started experiencing these
14 headaches, right?
15 A   Yes.
16 Q   Within one or two months of moving
17 in, you started experiencing these sinus
18 problems?
19 A   Yes.
20 Q   Within one or two months of moving
21 in, you started suffering these burning
22 eyes?
23 A   Yes.
24 Q   I'm going to hand you a document,
25 which will be marked as Exhibit No. 17.

| | |
|---|---|
| 1  when I'm off.<br>2  Q    What about radio, do you listen to<br>3  the local radio?<br>4  A    No.<br>5  Q    "No"?<br>6  A    No radio.<br>7  Q    Now, did you ever see anything on,<br>8  before 2008, when you saw the ad that you<br>9  described earlier --<br>10  A    No, that's the only thing I saw<br>11  was 2008.<br>12  Q    Let me finish. Yes, sir. I just<br>13  want to make sure. Did you see any news<br>14  stories about problems that occupants were<br>15  having with their FEMA trailers?<br>16  A    The only time I saw people having<br>17  problems with their trailer was when this ad<br>18  came out on TV. People started saying they<br>19  were having problems with their trailers.<br>20      As far as 2007, no, I didn't see<br>21  people saying, "Oh, I'm having problems."<br>22  So when the people started learning about<br>23  formaldehyde and all that, people started<br>24  coming out with their problems and stuff,<br>25  that's when I started hearing about it.<br>Page 365 | 1  houses. What do I need a trailer for?<br>2  Q    So you never sent FEMA a notice<br>3  expressing an interest to buy it?<br>4  A    No. No.<br>5  Q    So if FEMA's records indicate<br>6  otherwise, they're mistaken?<br>7  A    I said I would think about it, but<br>8  I didn't say I was interested in buying one.<br>9  I said I would think about it. But as far<br>10  as buying one, I got three houses. What do<br>11  I need a trailer for?<br>12  Q    Fair enough. Mr. Johnson asked<br>13  you about when you made a request for an<br>14  extension of time to live in the trailer.<br>15  Do you recall that?<br>16  A    Yes. I got an extension because<br>17  my house was almost ready, so I got an<br>18  extension to finish my house off.<br>19  Q    And despite how your sinus had<br>20  gone worse after moving in and the headaches<br>21  and the burning eyes, you still wanted an<br>22  extension of time to live in the trailer?<br>23  A    Well, I was right there. I didn't<br>24  know that the trailer was causing me<br>25  problems.<br>Page 367 |
| 1  Q    Before that ad, what about<br>2  discussions with co-workers, were there any<br>3  discussions about FEMA trailers and any<br>4  potential problems with the trailers?<br>5  A    The only problem we discussed is<br>6  the same problem I had, they can't sleep in<br>7  them.<br>8  Q    Do you read the newspaper?<br>9  A    Yes.<br>10  Q    Okay. Did you see any articles or<br>11  do you recall any articles in the newspaper<br>12  about problems with the trailers?<br>13  A    No.<br>14  Q    While you lived in the trailer,<br>15  did you own a computer?<br>16  A    No.<br>17  Q    Do you use the Internet much?<br>18  A    No.<br>19  Q    Do you use it at all?<br>20  A    No. Mine is broke.<br>21  Q    Did you ever express an interest<br>22  to FEMA about buying your trailer?<br>23  A    Yeah, they called me and asked me<br>24  if I was interested in buying the trailer,<br>25  and I told them no, because I got three<br>Page 366 | 1  Q    And we can pull out the records if<br>2  you want, but I found in the FEMA records<br>3  that apparently a Charlotte Jackson from<br>4  FEMA came by on April 11, 2007. Does that<br>5  ring any bell of someone from FEMA coming by<br>6  to see you about the extension request?<br>7  A    Yes, that's the lady who came out<br>8  and gave me an extension, and said if I<br>9  wanted another extension, I got to file for<br>10  an extension. So when she came again, I was<br>11  back in my house then.<br>12  MR. BARRIOS:<br>13      We're going to change the tape.<br>14  THE VIDEOGRAPHER:<br>15      We're off the record. It's 5:19.<br>16  (Discussion off the record.)<br>17  THE VIDEOGRAPHER:<br>18      We're back on the record. It's<br>19  5:26. The beginning of tape four.<br>20  EXAMINATION BY MR. BARRIOS:<br>21  Q    Mr. McGraw, I'm going to go back<br>22  just a little bit. When you described for<br>23  me that you used a spray to address the<br>24  spider issue --<br>25  A    Yes.<br>Page 368 |