UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: *Pearl Lewis, et al* | * | JUDGE: ENGELHARDT |
| *v. Gulf Stream Coach, Inc.*; Docket No. 10-212 | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT PURSUANT TO L.R. 7.8.1E

**NOW INTO COURT**, comes Gulf Stream Coach, Inc., who respectfully requests an Order from this Honorable Court granting leave to file its Opposition to Plaintiffs' Motion for Remand in excess of the page limit provided by L.R. 7.8.1E. The plaintiffs' five Motions for Remand currently pending before this Court are the first remands sought from this Multi-District Litigation. Because neither party could rely on prior Orders from this Court regarding the merit of such motions, Gulf Stream was forced to address the myriad bases for federal jurisdiction. In its attempt to give each argument its proper due, Gulf Stream exceeded the Court's page limit. However, the arguments in each opposition are substantially similar to the others, so Gulf Stream is not asking the Court to consider new arguments in each Opposition.

Finally, counsel for Gulf Stream has contacted opposing counsel and determined there is no objection to the filing of this Opposition. Therefore, Gulf Stream requests leave to file these five oppositions in excess of the page limit set out in L.R. 7.8.1E.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)**
**JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc**

### CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2010, a copy of the foregoing Unopposed Motion for Leave to File in Excess of Page Limit Pursuant to L.R. 7.8.1. E was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495