## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA       §
                             §
_Orleans_ PARISH          §

I, Kevin Lee, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      The damages I am seeking in my capacity as next friend of Chynna Lee, a minor, do not exceed $75,000 exclusive of interest and costs.

5.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_Kevin Lee_
Kevin Lee

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_____ PARISH              §

I, Thomas Lewis, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Thomas Lewis

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

*Orleans* PARISH       §

        §

      I, Francis Louis Jr., make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

      I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February *2 2*, 2010.

Francis Louis Jr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_ORleAnS___ PARISH          §

I, Johanis Luckett, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_____
                  Johanis Luckett

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
§
~~Orleans~~ PARISH       §
§

    I, Anthony Marrero, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 18, 2010.

_____
Anthony Marrero

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §

*ORLeans* PARISH       §
                                 §

I, Derek Marrero, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    The damages I am seeking in my capacity as next friend of Dejah Blanchard, a minor, do not exceed $75,000 exclusive of interest and costs.

5.    The damages I am seeking in my capacity as next friend of Derek Blanchard, a minor, do not exceed $75,000 exclusive of interest and costs.

6.    The damages I am seeking in my capacity as next friend of Derron Blanchard, a minor, do not exceed $75,000 exclusive of interest and costs.

7.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

Derek Marrero

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                     §
                                       §
_____ PARISH               §

I, Dionicia Martinez, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 18, 2010.

Dionicia Martinez

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_____ PARISH      §

    I, Kisuana Martinez, make this declaration under penalty of perjury and state the

following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Kisuana Martinez

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_____ PARISH              §

I, Mario Martinez, Jr., make this declaration under penalty of perjury and state the

following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration,
      I have personal knowledge of all statements contained herein, and all statements
      contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting
      on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    · The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in
      damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.


                              _Mario Martinez Jr_____
                                   Mario Martinez, Jr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                                 §
_____ PARISH      §

       I, Mariano Martinez, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 18 , 2010.

Mariano Martinez

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA     §
                        §
_____ PARISH     §

I, Gaynell Martin, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    The damages I am seeking in my capacity as next friend of James Martin, Jr., a minor, do not exceed $75,000 exclusive of interest and costs.

5.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 23, 2010.

Gaynell Martin

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA            §
                             §
_____ PARISH           §

I, James Martin, Sr., make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 2 3, 2010.

_____
                James Martin, Sr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_Orleans_ PARISH                      §

    I, Emanuel Mathieu, Jr., make this declaration under penalty of perjury and state the

following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 21, 2010.

_Emanuel O Mathieu Jr_
Emanuel Mathieu, Jr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA     §
          §
_Orleans_ PARISH     §

    I, Denise Matthews, make this declaration under penalty of perjury and state the

following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

         _Denise Matthews_
          Denise Matthews

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
_Orleans_____ PARISH                  §
                                      §

I, Betty McKenzie, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _20_ , 2010.

_Betty McKenzie_
Betty McKenzie

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

_Orleans_ PARISH       §
      §

I, Emory McKenzie, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 20, 2010.

Emory McKenzie

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §

_ORLEANS_ PARISH        §
                                 §

I, Alton McKey, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     The damages I am seeking in my capacity as next friend of Ashton McKey, a minor, do not exceed $75,000 exclusive of interest and costs.

5.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_____
Alton McKey

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                      §
_____ PARISH       §

      I, Domonique Merrick, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 19, 2010.

                                    Domonique Merrick

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA            §
                             §
_Orleans_ PARISH              §

I, Monique Merrick, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_Monique Merrick_
Monique Merrick

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §

Orleans   PARISH        §
                         §

      I, Tiffany Merrick, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 19, 2010.

                        _____
                        Tiffany Merrick

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_Orleans_   PARISH                    §

I, Godrey Mickens, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 17, 2010.

_Godrey Mickens_
Godrey Mickens

Case 2:07-md-01873-KDE-MBN   Document 12952-11   Filed 03/16/10   Page 22 of 62
02-18-10;01:03PM;                                                    5049440459      #  1/  1
Case 2:10-cv-00212-KDE-ALC   Document 4-7   Filed 02/26/10   Page 23 of 63

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_____ PARISH      §

I, Sandra Mitchell, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration,
     I have personal knowledge of all statements contained herein, and all statements
     contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting
     on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in
     damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17__, 2010.

_____
Sandra Mitchell

ATT:
Kyle or Anthony

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_____ PARISH        §

I, Herlin Mogilles, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  The damages I am seeking in my capacity as representative of the Estate of Brenda Mogilles do not exceed $75,000 exclusive of interest and costs.

5.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _23_, 2010.

_Herlin P. Mogilles_
Herlin Mogilles

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA              §
                               §
_____ PARISH          §

I, Sandra Montegut, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 23, 2010.

_Sandra Montegut_
Sandra Montegut

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                §
                                  §
_____ PARISH           §

    I, Dale Montgomery, make this declaration under penalty of perjury and state the

following:

    1.    I am over eighteen (18) years of age, am fully competent to make this declaration,
          I have personal knowledge of all statements contained herein, and all statements
          contained herein are true and correct.

    2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting
          on behalf of, for any claims I have against the manufacturer of my travel trailer.

    3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

    4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in
          damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Dale Montgomery

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

                           §

Orleans ____ PARISH       §

I, Keyonn Montgomery, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. The damages I am seeking in my capacity as next friend of Avonta Montgomery, a minor, do not exceed $75,000 exclusive of interest and costs.

5. The damages I am seeking in my capacity as next friend of Devonta Montgomery, a minor, do not exceed $75,000 exclusive of interest and costs.

6. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February �age 19 , 2010.

_____
(Keyonn Montgomery)

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_____ PARISH              §

I, Carol Moore, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _15_ , 2010.

_____
Carol Moore

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §

                             §

_____ PARISH        §

    I, Clarence Moore, Jr., make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.


_____
Clarence Moore, Jr.

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA       §
                                       §
_____ PARISH       §

I, Jermaine Morris, make this declaration under penalty of perjury and state the following:

1.       I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.       I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.       The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.       Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February \_\_\_\_\_, 2010.

_____
Jermaine Morris

FAX number   713 - 523 - 3509

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA            §
                              §
Orleans PARISH                §

    I, Kendrick Morris, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 18, 2010.

             Kendrick Morris

Att. to Kyle or Anthony

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA              §
                               §
_____ PARISH         §

I, Marilyn Mouton, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration,
      I have personal knowledge of all statements contained herein, and all statements
      contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting
      on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in
      damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February /8, 2010.

_Marilyn Mouton_

Marilyn Mouton

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
~~Jefferson~~ PARISH                  §

I, Tammy Nash, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     The damages I am seeking in my capacity as next friend of Charleston Nash, a minor, do not exceed $75,000 exclusive of interest and costs.

5.     The damages I am seeking in my capacity as next friend of Lauren Nash, a minor, do not exceed $75,000 exclusive of interest and costs.

6.     The damages I am seeking in my capacity as next friend of Loreal Nash, a minor, do not exceed $75,000 exclusive of interest and costs.

7.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 18, 2010.

Tammy Nash

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA     §
           §
_____ PARISH   §

    I, Markethia Nelson, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February **23**, 2010.

_____
Markethia Nelson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_Orleans_____ PARISH                §

I, Raymond Nelson, make this declaration under penalty of perjury and state the

following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration,
     I have personal knowledge of all statements contained herein, and all statements
     contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting
     on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in
     damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_ , 2010.

_Raymond Nelson_____
Raymond Nelson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA           §
                             §
_Orleans_ PARISH             §

I, Jeanne Nicholas, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_Jeanne Nicholas_
Jeanne Nicholas

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA          §
                            §
*Orleans* PARISH             §

I, Loleita Ordon, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_ , 2010.

_Loleita Ordon_
Loleita Ordon

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA            §
                             §
_ORLEANS_ ___ PARISH         §

I, Corey Palmer, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_ , 2010.

_____Corey Palmer_____
        Corey Palmer

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA §

§

_Orleans_ PARISH §

I, Troy Palmer, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 18, 2010.

Troy Palmer

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                     §
_Orleans_ PARISH       §

I, Warren Piear Sr., make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_Warren Piear Sr._
Warren Piear Sr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                §
                                  §
*Orleans* PARISH                  §

I, Betty Piear, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 17, 2010.

*Betty Piear*
Betty Piear

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                                   §

_ORLEANE_ PARISH       §

I, Mary Pierce, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_Mary Pierce_
Mary Pierce

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
             §
_Orleans_ PARISH       §

I, Robert Polk, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   The damages I am seeking in my capacity as next friend of Alex Polk, a minor, do not exceed $75,000 exclusive of interest and costs.

5.   The damages I am seeking in my capacity as next friend of Alexis Polk, a minor, do not exceed $75,000 exclusive of interest and costs.

6.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_____
Robert Polk

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
§
_Orleans_ PARISH        §

I, Wanda Polk, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_Wanda Peek_
Wanda Polk

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
                                  §

_Orleans_ PARISH        §

I, Barry Porter, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_Barry R Porter_
Barry Porter

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

_Orleans_    PARISH     §

              §

     I, Jack Portis, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

                      _Jack Portis_
                      Jack Portis

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_ PARISH            §

I, Shirley Portis, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_____
Shirley Portis

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                §
                                  §
_Orleans_ PARISH                  §

I, Betty Price, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_Betty Price_
Betty Price

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                §

Orleans PARISH                    §

                                  §

I, Gail Price, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  The damages I am seeking in my capacity as next friend of Ashton Perkins, a minor, do not exceed $75,000 exclusive of interest and costs.

5.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_____
Gail Price

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_Orleans_ PARISH                      §

I, Jasper Price, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February ___19___, 2010.

_Jasper Price_
Jasper Price

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                            §
_ORLEANS_ PARISH       §

I, John Rapenske, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_____
John Rapenske

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
Orleans          PARISH     §

I, Sherrie Raymond-Galatas, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    The damages I am seeking in my capacity as next friend of Lloryn Galatas, a minor, do not exceed $75,000 exclusive of interest and costs.

5.    The damages I am seeking in my capacity as next friend of Lloyd Galatas, a minor, do not exceed $75,000 exclusive of interest and costs.

6.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 17, 2010.

Sherrie Raymond-Galatas
Sherrie Raymond-Galatas

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
                                  §
_ORLEANS_ PARISH         §

       I, Leon Reaux, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

                                         Leon Reaux

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA            §
                             §
_____ PARISH      §

I, Gerard Rigney, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 24, 2010.

_____
Gerard Rigney

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_Orleans_____ PARISH                  §

I, Tammy Riley, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. The damages I am seeking in my capacity as next friend of Willnisha Riley, a minor, do not exceed $75,000 exclusive of interest and costs.

5. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19___, 2010.

_Tammy Riley_
Tammy Riley

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA     §
            §
*Orleans*   PARISH    §

   I, Gennie Roach, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

  I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February *18*, 2010.

            _____
             Gennie Roach

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

§

_Orleans_ PARISH       §

I, Gena Roach, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     The damages I am seeking in my capacity as next friend of Jimmie Roach, a minor, do not exceed $75,000 exclusive of interest and costs.

5.     The damages I am seeking in my capacity as next friend of Desmond Roach, a minor, do not exceed $75,000 exclusive of interest and costs.

6.     The damages I am seeking in my capacity as representative of the Estate of Jimmie Leedo not exceed $75,000 exclusive of interest and costs.

7.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

GENA ROACH

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA §

Orleans       PARISH §

I, Cheryl Roberts, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 22, 2010.

_____
Cheryl Roberts

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_ PARISH            §

I, Keith Roberts, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 22, 2010.

_____
Keith Roberts

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_____ PARISH              §

I, Keshawn Roberts, make this declaration under penalty of perjury and state the

following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 22, 2010.

Keshawn Roberts

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                         §
_Orleans_ PARISH      §

I, Keshone Roberts, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _22_, 2010.

_Keshone M Roberts_
Keshone Roberts

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA     §

                        §

_Orleans_ PARISH     §

I, Nikisha Roberts, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 22, 2010.

_Nikisha Roberts_

Nikisha Roberts

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_ PARISH            §

    I, Charlestine Robertson, make this declaration under penalty of perjury and state the

following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_Charlestine Robertson_
Charlestine Robertson