ATTORNEY'S NAME: Munoz, John   09830
AND ADDRESS:   Ste 3000,  1010 Common St
New Orleans   LA 70112-2411

RECEIVED JAN 19 2010

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2009 -- 12795   1   SECTION:   5 -- K

ABRAM, MICHELLE VERSUS GULF STREAM COACH, INC.

C I T A T I O N

TO: GULF STREAM COACH, INC.

THROUGH: ITS AGENT FOR SER. OF PROCESS:
KENNETH C. BRINKER

NAPPANEE   IN   46550

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of
this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the
service hereof under penalty of default

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ADDITIONAL INFORMATION
Legal assistance is advisable.  If you want a lawyer and can't find one, you may call the New Orleans Lawyer
Referral Service at 561- 8828.  This Referral Service operates in conjunction with the New Orleans Bar Association.
If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you
may call 529 - 1000 for more information.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for
the Parish of Orleans, State of LA   December 14, 2009

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Deputy Clerk

---

SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ | On this _____ day of _____ |
| _____ served a copy of the w/i petition | _____ served a copy of the w/i petition |
| FOR DAMAGES | FOR DAMAGES |
| On | On |
| GULF STREAM COACH, INC. | GULF STREAM COACH, INC. |
| THROUGH: ITS AGENT FOR SER. OF PROCESS: | THROUGH: ITS AGENT FOR SER. OF PROCESS: |
| | by leaving same at the dwelling house, or usual place of |
| | abode, in the hands of _____ |
| _____ | a person of suitable age and discretion residing therein as |
| Returned same day | a member of the domiciliary establishment, whose name |
| _____ No. | and other facts connected with this service I learned by |
| Deputy Sheriff of _____ | interrogating  HIM / HER the said _____ |
| Mileage: $_____ | GULF STREAM COACH, INC. |
| _____ / ENTERED /_____ | being absent from the domicile at time of said service. |
| PAPER                         RETURN | Returned same day |
| _____/_____/ | _____ No. |
| SERIAL NO.     DEPUTY     PARISH | Deputy Sheriff of _____ |

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 09-12796 DIVISION "K" 5   DOCKET NO.

MICHELLE ABRAM, together with all individuals whose names appear in paragraph "I",

versus

GULF STREAM COACH, INC.

FILED: _____

_____
DOCKET CLERK

## PETITION FOR DAMAGES

THE PETITION of MICHELLE ABRAM and all individuals listed in paragraph "I" below, persons of full age of majority, on behalf of themselves and, in some instances, on behalf of individuals who lack the capacity to sue individually (hereinafter, "Plaintiffs"), through undersigned counsel, respectfully represent that:

I.

Plaintiffs are residents of and domiciled in the parishes below:

a. Michelle Abram, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

b. Quiana Acker, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

c. Betty Allen, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

d. Lyle Allen, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

e. Charles Allen, Sr., individually and on behalf of minor Charles Allen, Jr., a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

f. Valerie Allen, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

g. Joel Alsandor, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

h. Emma Anderson, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

i. Rockie Audrict, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

j. Marguerite Bailey-Kelly, individually and on behalf of minors Aniya Bailey-Kelly and Daneetra Bailey-Kelly, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

k. Melany Barnes, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

l. Terrence Bartholomew, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

m. Terry Beamon, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

n. Savannah Bechet, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

o. Elizabeth Bell, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

p. Willie Bell, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

q. Dolores Belton, individually and on behalf of minor Raven McClendon, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

r. Brian Bethley, Sr., a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

s. Acquanette Bornes, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

t.  Carolyn Boudreaux, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

u.  Sharon Bradford, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

v.  Marlon Bradford, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

w.  Portia Bradford, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

x.  Tanya Bridges, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

y.  Maxine Broadway, individually and on behalf of minor Chyna Broadway, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

z.  Delecia Brown, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

aa. Dolores Brown, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

bb. Harold Brown, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

cc. Kristin Brown, individually and on behalf of minors Andrew Brown, Jr., N'diya Shelton, and Darrell Shelton, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

dd. Mattie Brown, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

ee. Andrew Brown, Sr., a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

ff. Willie Brown, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

gg. Raynette Butler, individually and on behalf of minors Jalana Butler and James
Butler, a person of full age of majority, and is a resident of and domiciled in
the Parish of Orleans, State of Louisiana.

hh. Bret Carreras, a person of full age of majority, and is a resident of and
domiciled in the Parish of Orleans, State of Louisiana.

ii. Gernell Carreras, individually and on behalf of minor Nolan Carreras, a
person of full age of majority, and is a resident of and domiciled in the Parish
of Orleans, State of Louisiana.

jj. Justin Carreras, a person of full age of majority, and is a resident of and
domiciled in the Parish of Orleans, State of Louisiana.

kk. Keith Carter, a person of full age of majority, and is a resident of and
domiciled in the Parish of Orleans, State of Louisiana.

ll. Chandrika Chambliss, individually and on behalf of minors Jessie Chambliss,
Chantrell Mutin, Kevin Mutin and Courtney Mutin, a person of full age of
majority, and is a resident of and domiciled in the Parish of Orleans, State of
Louisiana.

mm.   Pamela Chauvin, a person of full age of majority, and is a resident of and
domiciled in the Parish of Orleans, State of Louisiana.

nn. Gloria Christopher, a person of full age of majority, and is a resident of and
domiciled in the Parish of Orleans, State of Louisiana.

oo. Jonathan Christopher, a person of full age of majority, and is a resident of and
domiciled in the Parish of Orleans, State of Louisiana.

pp. Jonique Christopher, individually and on behalf of minor Donald Christopher,
a person of full age of majority, and is a resident of and domiciled in the
Parish of Orleans, State of Louisiana.

qq. Lynell Clark, a person of full age of majority, and is a resident of and
domiciled in the Parish of Orleans, State of Louisiana.

rr. Tammy Clark, a person of full age of majority, and is a resident of and
domiciled in the Parish of Orleans, State of Louisiana.

ss. Andre Colson, individually and on behalf of minor Chelsea Colson, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

tt. Rosalind Conerly, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

uu. Lionel Corley, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

vv. Jerome Culler, individually and on behalf of the Estate of Joan Culler, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

ww.   Dwight Cummins, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

xx. Myra Cummins, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

yy. Jean Cutrer, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

zz. Mackey Cutrer, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

aaa.   Brandi Darby, individually and on behalf of minor Warren Haywood, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

bbb.   Corey Davis, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

ccc.   Dione Davis, individually and on behalf of minor Trinity Guesnon, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

ddd.   Elenora Davis, individually and on behalf of minors Charles Davis, Kelli Davis, Lawrence Davis and Kondwani Winston, Jr. , a person of full age of

majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

eee.    Geraldine Davis, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

fff. Larry Davis, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

ggg.    Lawrence Davis, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

hhh.    Matthew Davis, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

iii. Miriam Davis, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

jjj. Tyrone Davis, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

kkk.    George Dawson, Jr., a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

lll. George Dawson, Sr., individually and on behalf of minor Kenyerria Jones, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

mmm. Cassandra Dellihoue, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

nnn.    Tina Dotson, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

ooo.    Christell Elmore, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

ppp.    Ernest Emilien, Sr., a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

qqq.    Cynthia Falls, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

rrr. Lynn Fernandez, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

sss. Dwayne Fields, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

ttt. Leola Fields, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

uuu.   Torry Fields, a person of full age of majority, and is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

II.

Made Defendant is:

a.   Gulf Stream Coach, Inc. (hereinafter "Gulf Stream") is a corporation organized under the laws of the State of Indiana, which conducts business in the State of Louisiana and within the jurisdiction of this Honorable Court.

III.

Venue is proper in Orleans as it is the parish where the plaintiffs' injuries occurred.

IV.

At all pertinent times hereto, Gulf Stream was engaged by the Federal Emergency Management Agency, hereinafter "FEMA", to sell temporary housing units for provision to the Plaintiffs as temporary housing following Hurricane Katrina.

V.

On information and belief, Gulf Stream expedited production of these housing units, and, on information and belief, resorted to using substandard materials and/or employing irregular practices during the manufacturing process, all of which resulted in the housing units occupied by each Plaintiff containing higher than normal levels of formaldehyde.

VI.

On information and belief, the housing unit of each Plaintiff, including those units which were manufactured prior to the hurricanes and those later manufactured and purchased by FEMA, deviated from Government specifications pertaining to the safety of the unit as a residence.

## VII.

Plaintiffs submit that each and all of the housing units which are at issue herein, both those which were manufactured prior to the hurricanes and those later manufactured and purchased by FEMA, did not conform to any Government-imposed specifications which addressed the design and/or construction of the housing units pertinent to formaldehyde levels.

## VIII.

Plaintiffs submit that each of the housing units at issue, both those which were manufactured prior to the hurricanes and those later manufactured, and purchased by FEMA, contained dangerous levels of formaldehyde due to Gulf Stream's use of certain materials in their construction, and/or posed the threat of producing dangerous levels of formaldehyde due to the Federal Government's intended use of the housing units as temporary residences for at least 18 months, but that Gulf Stream failed to warn the Federal Government about these dangers, which initially were not known to the Federal Government.

## IX.

Plaintiffs submit that Gulf Stream ignored, or concealed and/or condoned the concealment of, the fact that each and all of the housing units at issue contained dangerous levels of formaldehyde due to Gulf Stream's use of certain materials in their construction, and/or posed the threat of producing dangerous levels of formaldehyde due to the Federal Government's intended use of the housing units as temporary residences for at least 18 months, all in order to sell Gulf Stream's products, and/or avoid the costs of safety precautions/inspections, and/or avoid litigation by persons injured by formaldehyde emissions.

## X.

Each and all of the Plaintiffs spent significant time in the FEMA-provided housing units manufactured by Gulf Stream and provided to Plaintiffs by the Federal Government. As a result, the Plaintiffs unwittingly were exposed to dangerously high concentrations of the formaldehyde emitted from products used in the manufacture of the subject housing units.

## XI.

Gulf Stream knew or should have known of the health hazards inherent in the products it constructed, by familiarity with industry standards and published medical studies.

## XII.

As a result of the foregoing, Plaintiffs were caused to sustain injuries including, but not limited to, past and future physical injuries, past and future mental and physical pain and suffering, past and future physical impairments and disability, past and future reasonable and necessary medical expenses, past and future loss of earning capacity, past and future loss of enjoyment and quality of life and other damages, loss of consortium, and loss of use and/or opportunity to use safe and adequate shelter during the period of displacement from a natural disaster, as well as, all general, special, incidental and consequential damages as shall be proven.

## XIII.

Plaintiffs' injuries and resulting damages were proximately caused by the fault of Defendants and their officers, agents, employees, and those for whom they are legally responsible.

## XIV.

Gulf Stream, under all applicable laws, including but not limited to, the Louisiana Products Liability Act, LSA-R.S. 9:2800.51, *et seq.*, is strictly liable unto Plaintiffs for all injuries and damages for designing, manufacturing, distributing and/or selling of temporary housing units described above, that were defective, unsafe, and unreasonably dangerous in design, composition, manufacture, and/or construction and/or due to its lack of and/or inadequate warnings and due to its non-conformity to the express warranties of fitness of said product.

## XV.

Plaintiffs assert their claims against Gulf Stream under the laws of the State of Louisiana and under any other state and federal statutes which may be applicable.

## XVI.

Plaintiffs are entitled to a trial by jury.

WHEREFORE, Plaintiffs pray that Gulf Stream Coach, Inc. be served with a copy of this Petition for Damages and that after due proceedings are had, Plaintiffs pray for judgment in their favor and against Defendant, Gulf Stream, in an amount reasonable under the premises, together with legal interest thereon from the date of judicial demand, and for all costs of these proceedings, and for all appropriate legal and equitable relief, and for trial by jury.

Respectfully submitted,

John Munoz (#9830)
Garner & Munoz
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

## THE BUZBEE LAW FIRM

Anthony G. Buzbee
Texas Bar No. 24001820
Peter K. Taaffe
Texas Bar No. 24003029
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

ATTORNEYS FOR PLAINTIFFS

**PLEASE SERVE:**

Gulf Stream Coach, Inc.
**through its Agent for Service of Process:**
Kenneth C. Brinker
503 South Oakland
Nappanee, Indiana 46550

