OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 15, 2010

Christopher Hunter, et al

vs.

Forest River, Inc., et al

Case No. 09-8034    Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Forest River, Inc., Attn. J. Richard Ransel
   (address) 228 W. High Street, Elkhart, IN 46510
2. (name) The USA through U.S. Attorney's Office, EDLA
   (address) 500 Poydras Street, Rm B210 New Orleans LA 70130
3. (name) The USA through Atty General of the U.S., U.S. Dept of Justice
   (address) 950 Pennsylvania Ave NW, Washington DC 20530-0001
4. (name) The USA through FEMA, Office of the Director, Office of the General Counsel
   (address) 500 C Street SW, Washington D.C 20472

Very truly yours,
"Signature"

Attorney for Plaintiff
Address 022 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.