OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: **March 15, 2010**

**Reggie Armwood, et al.**

vs.

**Forest River, Inc., et al**

Case No. **09-8637**   Section **N**

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **Forest River, Inc., Attn. J. Richard Ransel**
   (address) **228 W. High Street Elkhart, IN 46516**
2. (name) **CH2M Hill Constructors, Inc., Attn. CT Corporation System**
   (address) **5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808**
3. (name) **The USA through U.S. Attorney's Office, EDLA**
   (address) **500 Poydras Street, Rm B210 New Orleans LA 70130**
4. (name) **The USA through Attorney General of the US, U.S. Dept. of Justice**
   (address) **950 Pennsylvania Avenue NW, Washington, DC 20530-0001**
5. (name) **The USA through FEMA, Office of the Director, Office of the General Counsel**
   (address) **500 C Street, SW Washington, DC 20472**

Very truly yours,

"Signature"

Attorney for **Plaintiff**

Address **622 Baronne St. New Orleans 70113**

I certify that all parties listed in the complaint referenced above, have been matched.