OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: __March 15, 2010__

__Dorothy Butler, et al__

vs.

__Forest River, Inc., et al__

Case No. __09-8030__ Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Forest River Inc., Attn. J. Richard Ransel
   (address) 228 W. High Street, Elkhart, IN 46516
2. (name) Fluor Enterprises, Inc., Attn. Corporation Service Company
   (address) 320 Somerulos Street, Baton Rouge LA 70802-6129
3. (name) The USA thru US Atty Office, EDLA
   (address) 500 Poydras Street, Rm B210, New Orleans LA 70130
4. (name) The USA through Atty. General of the U.S., U.S. Dept. of Justice
   (address) 950 Pennsylvania Ave. NW, Washington, DC 20530-0001
   The USA through FEMA, Office of the Director, Office of the General Counsel
   500 C Street SW, Washington, DC 20472

Very truly yours,

_____
"Signature"

Attorney for __Plaintiff__

Address __1022 Baronne St., New Orleans 70113__

I certify that all parties listed in the complaint referenced above, have been matched.