OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __March 15, 2010__

__Christopher Charles, et al__

vs.

__Forest River, Inc., et al__

Case No. __09-8033__   Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Shaw Enterprises, Inc., Attn. Corporation Service Company__
   (address) __320 Somerulos Street, Baton Rouge LA 70802-6129__
2. (name) __Forest River Inc., Attn. J. Richard Ransel__
   (address) __228 W. High Street Elkhart, IN 46516__
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_[Signature]_
"Signature"

Attorney for __Plaintiff__

Address __1022 Baronne St. New Orleans 70113__

I certify that all parties listed in the complaint referenced above, have been matched.