OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 15, 2010

Doris Tolliver, et al

vs.

Forest River, Inc., et al

Case No. 09-8035  Section N

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Shaw Enterprises, Inc., Attn. Corporation Service Company
   (address) 320 Somerulos Street, Baton Rouge LA 70802-6129
2. (name) Forest River, Inc., Attn. J. Richard Ransel
   (address) 228 W. High Street, Elkhart, IN 46516
3. (name) The USA through U.S. Attorney's Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130
4. (name) The USA through Attorney General of the U.S., U.S. Dept. of Justice
   (address) 950 Pennsylvania Ave NW, Washington D.C. 20530-0001
5. (Name) The USA through FEMA, Office of the Director, Office of the General Counsel
   (address) 500 C Street SW, Washington, D.C. 20472

Very truly yours,

_____
"Signature"

Attorney for Plaintiff

Address 622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.