# Transcript of the Testimony of
# Videotaped Deposition of David Leon McGraw

## Date taken: February 22, 2010

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT 2

```
 1      Q    Do you know the street address of
 2 where it is?
 3      A    No, I don't.
 4      Q    What is it near?  What cross
 5 street is it near?
 6      A    It's on Elysian Fields and
 7 St. Claude.
 8      Q    At the corner of Elysian Fields
 9 and St. Claude?
10      A    Yes.
11      Q    Mr. McGraw, do you have a bank
12 account?
13      A    Yes, I do.
14      Q    Where is it?
15      A    Chase.
16      Q    What branch do you bank at?
17      A    Branch?
18      Q    Yes, location.
19      A    On Royal Street.
20      Q    That's in the French Quarter?
21      A    Yes.
22      Q    When you get paid from
23 Galatoire's, how do they pay you?
24      A    I got direct deposit.
25      Q    Do you have an ATM card?
```

```
 1      A    Yes.
 2      Q    Do you use it?
 3      A    Only when I have to.
 4      Q    So do you have any credit cards?
 5      A    Yes.
 6      Q    What?
 7      A    Chase.
 8      Q    Do you know what kind of card that
 9   is?
10      A    Chase platinum.
11      Q    Is it a Visa or --
12      A    Visa.
13      Q    And do you use it?
14      A    Every blue moon or so.
15      Q    When's the last time you used it?
16      A    Five months ago.
17      Q    What kind of stuff do you use it
18   for?
19      A    Normally when I go to the store to
20   get supplies, like Wal-Mart or something.
21   When I'm short on cash, I just use it.  But
22   that's the last time I used it.  Mostly I
23   use my checking card for Chase.
24      Q    Your ATM card?
25      A    Yeah.
```

```
 1    know if you did.
 2         MR. JOHNSON:
 3              I want to ask him.  We have
 4    information from you.
 5         MR. WOODS:
 6              Okay.  I just want to make sure
 7    that you have it.
 8         MR. JOHNSON:
 9              We have it.  I want to ask him
10    what he recalls about his doctor visit.
11    EXAMINATION BY MR. JOHNSON:
12         Q    Did she diagnose you, or he
13    diagnose you with --
14         A    I'm supposed to go back.  Like I
15    said, when I went to her, she diagnosed me
16    with bronchitis.  She told me to go take
17    some of these over-the-counter drugs, like I
18    already told her I already had, Mucinex,
19    Claritins and other medicines, try them and
20    come back.
21         Q    So the doctor told you to try the
22    over-the-counter drugs?
23         A    Yes.
24         Q    And what were those drugs again?
25         A    Mucinex, Claritins, and mostly I
```

```
 1   was trying nasal sprays like Afrin.  So I
 2   was going back, but the clinic was closed
 3   because it was due to Mardi Gras, so I still
 4   got to make another appointment to go back
 5   and let her know that none of this stuff is
 6   working.
 7        Q    When you went to the clinic, you
 8   met with a doctor?
 9        A    Yes.
10        Q    How long did you meet with the
11   doctor?
12        A    I met with the doctor for about --
13   I say for about 40 minutes to an hour.
14        Q    When you were meeting with the
15   doctor, did you tell the doctor anything
16   about your FEMA trailer?
17        A    Yes, I did.
18        Q    What did you tell the doctor?
19        A    I told her -- As I was staying
20   there, I didn't realize what it was, because
21   I didn't know nothing about the trailer
22   until I saw the commercial, why I was
23   staying sick with the sinuses.  Usually it
24   would go away in a couple of days.  So
25   that's when she told me just try some of
```

```
 1      Q    Have you ever used your credit
 2  card to pay for prescriptions?
 3      A    No.
 4      Q    What about your ATM card to pay
 5  for prescriptions?
 6      A    No.  I always paid for my
 7  prescription with cash.
 8      Q    Okay.  We were talking about
 9  prescriptions.
10           Now I want to ask you about the
11  same questions for over-the-counter
12  medicines, like that Mucinex and things we
13  talked about.  Have you ever used your
14  credit card to pay for those?
15      A    Yes.
16      Q    All right.  And where have you
17  purchased that?
18      A    Sam's, Wal-Mart.
19      Q    Wal-Mart?
20      A    Uh-huh (affirmative response).
21      Q    Okay.  Anywhere else?
22      A    That's it.
23      Q    And that was with your credit card
24  or your ATM card?
25      A    With my credit card.
```

```
 1        Q    Okay.  Have you ever bought any
 2   over-the-counter stuff with your ATM card?
 3        A    Yes, the same thing.  I use both
 4   of them for the same thing.  If I go to
 5   Wal-Mart or -- Say if I go get all my other
 6   stuff, because you know you can shop at
 7   Wal-Mart and get everything you need, so I
 8   put everything on one, the ATM or the credit
 9   card.  So whatever I buy, I just put in the
10   basket and pay for it with the card.
11        Q    So that bag of stuff that we went
12   through a little while ago that had some
13   over-the-counter medicines in it, do you
14   remember that?
15        A    Yes.
16        Q    Some of those were paid for --
17        A    I paid some of them after --
18        Q    Hang on.  Some of that was paid
19   for with your credit card?
20        A    Yes.
21        Q    Or your ATM card?
22        A    Yes.
23        Q    And you told us a little while ago
24   that while you were living in the trailer,
25   you were taking some over-the-counter
```

```
 1   medicines, right?
 2        A    Yes.
 3        Q    And did you pay for those with
 4   your ATM card?
 5        A    Sometimes.  Like I say, sometimes
 6   I pay with cash, sometimes I pay with the
 7   ATM.
 8        Q    Or credit card?
 9        A    Credit card.
10        Q    Okay.  Did you ever have mold
11   problems in your trailer?
12        A    No.
13        Q    Is your -- Let me back up.  You
14   said your daughter had sinus problems?
15        A    Yes.
16        Q    Does she still have them?
17        A    Yes.
18        Q    Today?
19        A    She still, but it's off and on
20   with her.
21        Q    Okay.  Is she a plaintiff in this
22   lawsuit; do you know?
23        A    I don't know.  I think I put her
24   on there.  I'm not sure.
25        Q    You don't know one way or the
```

1   that we had to pay.
2        Q    Do you have receipts from these
3   different things you paid for, the pressure
4   wash, the shingles and that kind of stuff?
5        A    Probably not.
6        Q    "Probably not"?
7        A    The only thing I got receipts on
8   now is for the big house.
9        Q    All right.  Well, let me ask you
10  about that.  You mentioned that a couple of
11  times.  When you say the "big house," you're
12  talking about your mother's house?
13       A    Yes.  That house is still in
14  renovation right now.
15       Q    How was it damaged in the storm?
16       A    Well, that house had more damage
17  than anything.  That's why I fixed the
18  little house up first, to get in it first,
19  because it's going on four and five years
20  and it still hasn't been repaired.  It had
21  to be leveled.  The house was sinking from
22  all the water.  The back of the house had to
23  be completely tore down and rebuilt.  All
24  the Sheetrock had to be torn up from
25  upstairs and downstairs, new plumbing

```
 1    upstairs and downstairs, new electricity
 2    upstairs and downstairs.  What else they got
 3    in there?  New floors got to be put in
 4    there.
 5         Q    Is it finished yet?
 6         A    No, it's still in renovation.
 7         Q    Who's the contractor that you're
 8    using on that?
 9         A    A-1 Contractors.
10         Q    A-1 Contractors?
11         A    Uh-huh (affirmative response).
12         Q    Do you know the name of anybody
13    associated with A-1 Contractors?
14         A    Oscar.
15         Q    What's Oscar's last name?
16         A    Oscar Santos.
17         Q    S-A-N-T-O-S?
18         A    T-O-S.
19         Q    Where is he located?
20         A    He's still down here.
21         Q    He's in New Orleans?
22         A    Yes.
23         Q    How are you paying for the repairs
24    on that house?
25         A    I'm paying for that.
```

```
 1   on the streets or on the sidewalk.  So they
 2   couldn't get trailers.
 3              Because some people tried to get
 4   their trailers put in the driveway up front,
 5   but they told them no, the trailer is going
 6   to be sticking out in the street.  So we
 7   were the only people that had trailers in my
 8   block.  The other person that had a trailer
 9   was this church on the corner.  He had a
10   trailer behind his church.
11        Q    What corner was that?
12        A    That's Dauphine and Lizardi.
13        Q    How do you spell that?
14        A    L-I-Z-A-R -- Lizardi.
15        Q    And so there was a trailer back
16   there?
17        A    Yes.
18        Q    Describe for me -- I want to ask
19   you about how you used the trailer once you
20   got moved in and everything.  What was your
21   daily routine in the trailer?
22        A    My daily routine was first trying
23   to get a good rest, some sleep if I had to
24   get up in the morning.  I go work on the
25   house, like I say, finish gutting the house
```

```
 1    out.  I do that for a certain amount of
 2    time.  Then I go in the trailer, try to go
 3    lay down, try to get some rest before I go
 4    to work.
 5         Q    You're talking about your house or
 6    your momma's house?
 7         A    No, we're talking about the
 8    trailer.
 9         Q    No, I'm sorry.  You said you would
10    get up and you would go gut the house.
11    Which house are you talking about?
12         A    My momma's.  My mother's house.
13         Q    Did you use the air conditioning
14    unit when you were in the trailer?
15         A    Yes.
16         Q    Describe to me how you used it.
17         A    On automatic, on 70 degrees.
18         Q    Did you just leave it on all the
19    time?
20         A    No.  Once I leave, I cut it off.
21         Q    So all the time you were in the
22    trailer, how did you have the air
23    conditioning?  When it was hot enough, how
24    did you have it set?
25         A    On 70.
```