## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA § 
PARISH OF ORLEANS §

I, EARLINE CASTANEL, make this declaration under penalty of perjury and state the following:

1. I am currently 79 years old and have been retired for the past few years. My sole income is from my Social Security check in the amount of $596.00 per month.

2. In the past twelve (12) months, I have not received any income from the following sources: business, profession or other self-employment; rent payment, interest, or dividends; pension, annuity, or other life insurance payments; disability, or other worker's compensation payments; gifts or inheritances; or any other sources.

3. I currently have approximately $1,500.00 total in cash, or in checking and savings accounts.

4. I own a house with an approximate value of less than $75,000.00 and I do not own an automobile. Otherwise, I do not own any additional automobiles, real estate, stocks, bonds, securities, trust, jewelry, art work, or other financial instruments or things of value. This includes any item of value held in someone else's name.

5. My regular monthly expenses include the following: property insurance payment of $175.00, $220.00 in utilities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2010.

*Earline Castanel*
EARLINE CASTANEL

**EXHIBIT A**

MEMBER AUTHORIZATION FOR RELEASE OF
PROTECTED HEALTH INFORMATION

Member Name: Earline Castanel

Member ID No.: H500163 00

Member Address: 2925 St Peter St NOLA 70119
Member Phone No.: 504 931 9560

I authorize the use or disclosure of the above-named member's personal and health information by [INSERT CORRECT HUMANA ENTITY HERE] (hereinafter "Humana"), as described below:

☐ Claims records for the time period _____ to _____.

☐ Claims records relating to (insert specific injury or condition) _____ for the time period _____ to _____.

☐ Claims records submitted by the following provider: _____ for the time period _____ to _____.

☒ Any and all documents in your possession.

☐ The following specific claim information: _____ for the time period _____ to _____.

☐ Other (specify, include dates) _____

This information may be disclosed to, and used by, the following individual(s) or organization(s):

Name:

Address:

This protected health information is being used or disclosed for the following purpose(s):___

_____

_____
(Specifically describe the information to be used or disclosed such as date of service, type of service provided, amount of payment, level of detail to be released, origin of information)

I understand that I have the right to revoke this authorization, in writing, at any time by sending such written notification to _____.
I also understand that my revocation is not effective to the extent that the persons I have authorized to use and/or disclose my protected health information have acted in reliance upon this authorization.

I understand that I do not have to sign this authorization and that Humana may not condition eligibility or payment on whether I sign this authorization

I understand that information used or disclosed under this authorization may be subject to redisclosure by the recipient and may no longer be protected by state or federal law.

I release Humana from any liability associated with releasing this information to the person/agency named above.

I understand that I have the right to inspect or copy the protected health information to be used or disclosed as permitted under state or federal law. I also have the right to refuse to sign this authorization.

This authorization will expire in 90 days from the date of my signature unless other wise specified

_____

If this authorization is signed by a legal representative, *please provide representative documentation as required by state law (.e., Power of Attorney, Health Care Surrogate, Living Will or Guardianship papers).*

3/11/2010
Date

Name of Member or Personal Representative
X _Karline Castanel_
Signature of Member or Personal Representative Member

_____
Relationship to

I have received a copy of this form ____
                                  (initial)

_____
Witness    Date:

**HUMANA.**
*Guidance* when you need it most

Humana Gold Plus (HMO)
A Medicare Health Plan with Prescription Drug Coverage

**CASTANEL, EARLINE**
**Member ID: H50016300**

Issuer: 80840

**Copayments**
OFFICE VISIT: $10
SPECIALIST: $20
HOSPITAL EMERGENCY: $50

MedicareRx
Prescription Drug Coverage
CMS H1951 001

RxBIN: 610649
RxPCN: 03200000
RxGRP: P1341