# DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA         §
PARISH OF ORLEANS         §

      I, LYNDON WRIGHT, make this declaration under penalty of perjury and state the following:

1. I am currently employed by the City of New Orleans whose address is 421 Loyola Avenue, New Orleans, Louisiana 70113. I am also employed by the Hyatt Regency Hotel which is located at 500 Poydras Plaza, New Orleans, LA 70113.

2. My gross pay is approximately $64,000.00 a year as I am paid hourly. My take-home pay is approximately $4,000.00 per month.

3. In the past twelve (12) months, I have not received any income from the following sources: business, profession or other self-employment; rent payment, interest, or dividends; pension, annuity, or other life insurance payments; disability, or other worker's compensation payments; gifts or inheritances; or any other sources, aside from my employer.

4. I currently have approximately $900.00 total in cash, or in checking and savings accounts.

5. I own a 2006 Mitsubishi Galant automobile (subject to a loan agreement) with a value of $15,000.00 at the time of purchase. I also have an account with T. Rowe Price which has an approximate value of $2500.00. Otherwise, I do not own any additional automobiles, real estate, stocks, bonds, securities, trust, jewelry, art work, or other financial instruments or things of value. This includes any item of value held in someone else's name.

6. My regular monthly expenses include the following: housing: rental payment in the amount of $895.00, a car note of $295.00, approximately $364.00 in utilities, car insurance in the amount of $215.00. In addition, I have a debt of approximately $4500.00 from three credit cards, one from Merrick Bank, a second from Credit One Bank and a third from First Premier; a debt from Rooms To Go in the amount of $2600.00 and a debt to Bill Me Later in the amount of $500.00. I also pay approximately $115 in prescription costs per month.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2010

*/s/ Lyndon Wright*
LYNDON WRIGHT

EXHIBIT A