OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 16, 2010

Melissa Arnold, et al

vs.

Crum & Forster Specialty Ins. Co.
Sentry Insurance Agency, Inc., et al

Case No. 09-8458   Section  N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Crum & Forster Specialty Ins. Co. / Attn: LA Sec. of State
   (address) 8585 Archives Ave. Baton Rouge LA 70809

Hold Service 2. (name) Sentry Insurance Agency / Attn: LA Sec. of State
   (address) 8585 Archives Ave. Baton Rouge LA 70809

3. (name) The USA through US Atty Office, EDLA
   (address) 500 Poydras St. Rm B210 New Orleans LA 70130

4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington D.C. 20530-0001

5. (name) The USA through FEMA, Office of the Director, Office of Gen. Counsel
   (address) 500 C Street SW Washington D.C. 20472

Very truly yours,

_____
"Signature"

Attorney for Plaintiff

Address 622 Baronne St. New Orleans 70113

I certify that all parties listed in the claim referenced above, have been matched.