OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 16, 2010

Karen Augustine, et al

vs.

Crum+Forster Specialty Ins. Co
Sentry Insurance Agency, et al

Case No. 09-8457   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Crum+Forster Specialty Ins. Co / Attn: LA Sec. of State
   (address) 8585 Archives Ave Baton Rouge LA 70809

   *HOU Service*

2. (name) Sentry Insurance Agency / Attn: LA Sec. of State
   (address) 8585 Archives Ave. Baton Rouge LA 70809

3. (name) Shaw Environmental Inc. / Attn: CT Corporation System
   (address) 5616 Corporate Blvd. Ste 400B Baton Rouge LA 70808

4. (name) The USA through US Attorney's Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130

5. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave. NW Washington DC 20530-0001

6. The USA through FEMA, Office of the Director
   Office of the General Counsel
   500 C Street SW, Washington DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 1022 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.