OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 16, 2010

D'Jerria DeMolle, et al

vs.

Crum & Forster Specialty Ins. Co.
Sentry Insurance Agency Inc., et al

Case No. 09-8455 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Crum & Forster Specialty Ins. Co. /Attn: LA Sec. of State
   (address) 8585 Archives Avenue Baton Rouge LA 70809

Hold Service
2. (name) Sentry Insurance Agency, Inc. /Attn: LA Sec. of State
   (address) 8585 Archives Ave Baton Rouge LA 70809

3. (name) CH2M Hill Constructors Inc. /Attn: CT Corporation
   (address) 5616 Corporate Blvd Ste 400B Baton Rouge LA 70808

4. (name) The USA through US Attorney, EDLA
   (address) 500 Poydras St. Rm B210 New Orleans LA 70130

5. (name) The USA through, Atty General of the US, US Dept of Justice
   (address) 950 Pennsylvania Ave. NW Washington D.C 20530-0001

6. The USA through FEMA, Office of the Director
   Office of the General Counsel
   500 C Street SW Washington DC 20472

Very truly yours,

"signature"

Attorney for Plaintiff

Address 622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have all been matched.