OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 16, 2010

Lisa Smith, et al

vs.

Crum + Forster Specialty Ins. Co.
Sentry Insurance Co, et al

Case No. 09-8454   Section  N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Crum + Forster Specialty Ins. Co. /Attn: LA Sec. of State
   (address) 8585 Archives Ave. Baton Rouge LA 70809

Hold Service 2. (name) Sentry Insurance Co. /Attn: LA Sec. of State
   (address) 8585 Archives Ave Baton Rouge LA 70809

3. (name) Fluor Enterprises Inc. /Attn: Corporation Service Co.
   (address) 320 Somerulos St. Baton Rouge LA 70802-6129

4. (name) The USA through US Attys Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130

5. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW, Washington DC 20530-0001

6. The USA through FEMA, Office of the Director
Office of the General Counsel
500 C. Street SW, Washington DC 20472

Very truly yours,

"Signature"

Attorney for  Plaintiff

Address  1622 Baronne St. New Orleans 70113

I certify that all parties listed on the complaint referenced above, have been matched.