OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 16, 2010

Raymond Allen Sr., et al

vs.

Crum Forster Specialty Ins. Co.
Sentry Ins. Agency Inc., et al

Case No. 09-8456   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Crum+Forster Specialty Insurance Co./Attn: LA Sec. of State
   (address) 8585 Archives Ave. Baton Rouge LA 70809

Hold Serve 2. (name) Sentry Insurance A Mutual Co./Attn: LA Sec. of State
   (address) 8585 Archives Ave. Baton Rouge LA 70809

3. (name) Shaw Environmental Inc./Attn: CT Corp. System
   (address) 5615 Corporate Blvd Ste. 400B Baton Rouge LA 70808

4. (name) _____
   (address) _____

Very truly yours,

[Signature]

Attorney for Plaintiff

Address 1022 Baronne Street
New Orleans 70113

I certify that all plaintiffs listed in the complaint referenced above, have been matched.