OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: **March 16, 2010**

**Ray Charles, et al**

vs.

**Morgan Buildings & Spas, et al**

Case No. **09-8438** Section **N**

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **Shaw Enterprises, Inc., Attn: Corporation Service Company**
   (address) **320 Somerulos Street, Baton Rouge, LA 70802-6129**
2. (name) **Morgan Buildings & Spas, Attn: CT Corporation System**
   (address) **5615 Corporate Blvd., Ste 400B, Baton Rouge LA 70808**
3. (name) **The USA through US Atty's Office, EDLA**
   (address) **500 Poydras Street, Rm B210 New Orleans, LA 70130**
4. (name) **The USA through Atty General of the US, US Dept. of Justice**
   (address) **950 Pennsylvania Avenue, NW Washington DC 20530-0001**
   **The USA through FEMA, Office of the Director, Office of the General Counsel**
   **500 C. Street, SW Washington DC 20472**

Very truly yours,

_____
"Signature"

Attorney for **Plaintiff**

Address **1022 Baronne St. New Orleans 70113**

I certify that all parties listed in the complaint referenced above, have been matched.