UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO: 07-9228**
*James Aldridge, et al versus Gulfstream Coach, Inc., et al*

## ORDER TO DISMISS PARTY PLAINTIFF

Considering the above and foregoing:

IT IS ORDERED that Paul Lastrapes be and he is hereby dismissed as a party plaintiff from the above-captioned matter.

New Orleans, Louisiana, this __16th__ day of __March__, 2010.

_____
UNITED STATES DISTRICT JUDGE