OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 16, 2010

Andrew Douglas, et al

vs

Liberty Mutual Ins. Corp., Westchester Surplus Line Arch Specialty Ins, Lexington Insurance Co., et al

Case No. 09-8461    Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Liberty Mutual Ins. Corp./Attn: Corporation Service Co.
   (address) 320 Somerulos Street Baton Rouge LA 70802-6129
2. (name) Arch Specialty Insurance Co./Attn: CT Corp. Co.
   (address) 5615 Corporate Blvd. Ste 400B Baton Rouge LA 70808
3. (name) Westchester Surplus Lines Ins. Co./Attn: LA Sec. of State
   (address) 8585 Archives Avenue Baton Rouge LA 70809
4. (name) Lexington Insurance Co./Attn: LA Sec. of State
   (address) 8585 Archives Avenue Baton Rouge, LA 70809
5. (name) Fluor Enterprises, Inc./Attn: Corporation Service Comp.
   320 Somerulos St., Baton Rouge, LA 70802-6129
6. The USA through US Atty Gen., Hon. Eric Holder
   US Dept. of Justice
   950 Pennsylvania Ave NW Washington DC 20530-0001
7. The USA through US Atty / EDLA/Attn: Jim Letten
   Hale Boggs Fed. Bldg. 500 Poydras St. Rm B210 New Orleans, LA 70130
8. FEMA, Attn: R. David Paulison/Admin. of FEMA
   500 C Street SW Washington D.C. 20472

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 1022 Baronne St. New Orleans, 70113

I certify that all parties listed in the complaint referenced above, have been matched.