```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: March 16, 2010

Lisa Davis, et al

vs

Liberty Mutual Ins. Corp., Westchester Surplus Lines Ins. Co., Arch Specialty Ins. Co. Lexington Ins. Co., et al

Case No. 09-8404    Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Liberty Mutual Insurance Corp./Attn: Corporation Service Co.
   (address) 320 Somerulos St. Baton Rouge LA 70802-6129
2. (name) Arch Specialty Insurance Co./Attn: CT Corporation
   (address) 5616 Corporate Blvd. Ste 400B Baton Rouge LA 70808
3. (name) Westchester Surplus Lines Insurance Co./Attn: LA Sec. of State
   (address) 8585 Archives Avenue Baton Rouge, LA 70809
4. (name) Lexington Insurance Comp./Attn: LA Sec. of State
   (address) 8585 Archives Ave., Baton Rouge, LA 70809
5. (name) Shaw Environmental Inc./Attn: Corporation Service Co.
   (address) 320 Somerulos St. Baton Rouge LA 70802-6129

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 622 Baronne St. New Orleans 70113

6. The USA through US Atty. EDLA/US Atty Jim Letten
   500 Poydras St. Rm B210 New Orleans 70130
7. The USA through US Atty General, Hon. Eric Holder
   US Dept. of Justice 950 Pennsylvania Ave NW Washington DC 20530-0001
8. Fema/Attn: David Paulison/Admin. of FEMA
   500 C Street SW Washington DC 20472

I certify that all parties listed in the complaint referenced above, have been matched.