OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 16, 2010

Thomas Robinson, et al

vs

Liberty Mutual Insurance Corp., Westchester Surplus Lines, Ins. Co., Arch Specialty Insurance Co., Lexington Ins. Co., et al

Case No. 09-8460 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Liberty Mutual Insurance Co. Attn: Corp. Service Co.
   (address) 320 Somerulos Street, Baton Rouge LA 70802-6129
2. (name) Arch Specialty Insurance Co./Attn: CT Corporation
   (address) 5615 Corporate Blvd. Ste 400B Baton Rouge, LA 70808
3. (name) Westchester Surplus Insurance Co./Attn: LA Sec. of State
   (address) 8585 Archives Avenue, Baton Rouge LA 70809
4. (name) Lexington Insurance Co./Attn: Sec. of State of LA
   (address) 8585 Archives Ave. Baton Rouge LA 70809
5. (name) Fluor Enterprises, Inc. Attn: Corporation Service Co.
   (address) 320 Somerulos St. Baton Rouge LA 70802-6129

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 622 Baronne St. New Orleans, LA 70113

I certify that all parties listed on the complaint referenced above, have been matched.