OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 16, 2010

Ora Decou, et al

vs

Liberty Mutual Insurance Co., Westchester Insurance Surplus Co., Arch Specicialty Insurance Co., Lexington Ins. Co., et al

Case No. 09-8159    Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Liberty Mutual Insurance Co. Attn: Corp. Service Co.
   (address) 320 Somerulos Street Baton Rouge 70802-6129
2. (name) Arch Specialty Insurance Co. Attn: CT Corporation System
   (address) 5615 Corporate Blvd. Ste 400B Baton Rouge LA 70808
3. (name) Westchester Surplus Lines Ins. Co. / Attn: LA Sec. of State
   (address) 8585 Archives Ave. Baton Rouge LA 70809
4. (name) CH2M Hill Constructors, Attn: CT Corporation Corp.
   (address) 5615 Corporate Blvd. Ste 400B Baton Rouge LA 70808
5. (name) The USA through Hon. Eric Holder, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington D.C 20530-0001
6. (name) The USA through US Atty, EDLA
   500 Poydras St. Rm B210, New Orleans 70130

Very truly yours,

"Signature"

Attorney for  Plaintiff

7. The USA through R. David Paulison  Address 622 Baronne St. New Orleans 70113
   Admin. for FEMA
   500 C Street SW Washington DC 20472

I certify that all parties listed in the complaint referenced above, have been matched.