UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                     MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                            SECTION "N-5"
                                                        JUDGE ENGELHARDT
                                                        MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:
*Nunnery, et al v. Keystone RV Industries, et al,*
*No. 09-3871*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the above and foregoing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Motion to Amend/Correct Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss Plaintiff David McGraw's FTCA Claims For Lack of Subject Matter Jurisdiction (Doc. No. 12951) be granted.

Signed in New Orleans, LA this _____ day of March, 2010.

                                            _____
                                            UNITED STATES DISTRICT JUDGE