OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 16, 2010

George Brooks, et al

vs.

Liberty Mutual Ins. Co., Westchester Surplus Lines Ins. Co., Arch Specialty Ins. Co., Lexington Ins. Co., et al

Case No. 09-8463   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Liberty Mutual Ins. Corp. / Attn: Corp. Service Co.
   (address) 320 Somerulos St. Baton Rouge LA 70802-6129
2. (name) Arch Specialty Ins. Co. / Attn: CT Corporation
   (address) 5615 Corporate Blvd. Ste 400B Baton Rouge LA 70808
3. (name) Westchester Surplus Lines Ins. Co. / Attn: LA Sec. of State
   (address) 8585 Archives Ave Baton Rouge LA 70809
4. (name) Lexington Insurance Co. / Attn: LA Sec. of State
   (address) 8585 Archives Ave. Baton Rouge LA 70809
5. Shaw Environmental Inc. / Attn: Corporation Service Co. 320 Somerulos St. Baton Rouge LA 70802-6129

Very truly yours,

"Signature"

Attorney for Plaintiff

Address  622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.