OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 16, 2010

Marva Jones, et al

vs

Liberty Mutual Ins. Co., Westchester Ins. Surplus. Inc. Arch Specialty Ins. Co. Lexington Ins. Co., et al

Case No. 09-8462 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other: _____ ) to the following:

1. (name) Liberty Mutual Ins. Co. Attn: Corporation Service Co.
   (address) 320 Somerulos Street Baton Rouge LA 70802-6129
2. (name) Westchester Surplus Lines Inc./Attn: LA Sec. of State
   (address) 8585 Archives Ave. Baton Rouge LA 70809
3. (name) Arch Specialty Insurance Co. Attn: CT Corp. System
   (address) 5615 Corporate Blvd. Ste 400B Baton Rouge LA 70808
4. (name) The USA through US Atty Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130
5. (name) The USA through Atty. General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington DC 20530-0001

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 1022 Baronne St. New Orleans 70113

6. The USA through FEMA
Office of the Director, Office of Gen. Counsel
500 C Street SW Washington DC 20472

I certify that all parties listed in the complaint referenced above, have been matched.