UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO: 09-4105
*Alvarado versus Keystone Industries, Inc., et al*

## ORDER TO DISMISS PARTY PLAINTIFF

Considering the above and foregoing:

IT IS ORDERED that Jonah Stevenson be and he is hereby dismissed as a party plaintiff from the above-captioned matter.

New Orleans, Louisiana, this 16th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE