OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 16, 2010

Chandler August, et al

vs.

Timberland RV Company d/b/a Adventure Manufacturing, et al

Case No. 09-8539   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Timberland RV Company d/b/a Adventure Manufacturing Attn: Kean McGowan
   (address) PO Box 1210 Peru IN 46970
2. (name) Fluor Enterprises Inc. Attn: Corporation Service Company
   (address) 320 Somerulos Street Baton Rouge, LA 70802-6129
3. (name) The USA through US Attorneys Office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans LA 70130
4. (name) The USA through Atty General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington D.C. 20530-0001
5. (name) The USA through Fema, Office of the Director, Office of General Counsel
   (address) 500 C Street SW Washington D.C. 20472

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 622 Baronne St. New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.