UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:      FEMA TRAILER                           MDL 1873
            FORMALDEHYDE PRODUCTS
            LIABILITY LITIGATION                   SECTION "N" (5)

                                                   JUDGE ENGELHARDT
                                                   MAGISTRATE CHASEZ

THIS DOCUMENT PERTAINS TO
THE FOLLOWING CASES:

| Case | Number |
|---|---|
| *Ernest Sellers, et al. versus Gulf Stream Coach, Inc,* | *2:09-cv-00487* |
| *Patrice Brown, et al. versus Keystone RV Co., et al.* | *2:09-cv-00571* |
| *Cynthia Jackson, et al., versus Recreation by Design, LLC, et al.* | *2:09-cv-00572* |
| *George Lamkin, et al. versus Frontier RV, Inc., et al.* | *2:09-cv-00573* |
| *Vivian Childs, et al. versus Heartland Recreational Vehicles, et al.* | *2:09-cv-00574* |
| *Jennifer McElroy, et al. versus Cavalier Home Builders, LLC, et al.* | *2:09-cv-00575* |
| *Mary Moody, et al. versus Stewart Park Homes, Inc., et al.* | *2:09-cv-00576* |
| *Katrina Johnson, et al. versus CMH Manufacturing, Inc., et al.* | *2:09-cv-00577* |
| *Joseph Carroll, et al. versus Coachmen Industries, Inc. et al.* | *2:09-cv-00578* |
| *Carlisa Anderson, et al. versus Forest River, Inc. et a;.* | *2:09-cv-00579* |
| *Barry Barksdale, et al. versus Keystone RV Co., et al.* | *2:09-cv-00580* |
| *Lana Marie Bracken, et al. versus Thor Industries, Inc. et al.* | *2:09-cv-00581* |
| *Belinda Roberson versus TL Industries, Inc. et al.* | *2:09-cv-00582* |
| *Frank Acker, et al. versus Gulf Stream Coach, Inc. et al.* | *2:09-cv-00583* |
| *Martha L. Hendricks, et al. versus Gulf Stream Coach, Inc. et al.* | *2:09-cv-00584* |

## MOTION TO ENROLL ADDITIONAL COUNSEL

**NOW INTO COURT,** come Frank J. D'Amico, Jr., and Aaron Z. Ahlquist, who move this Honorable Court for an Order enrolling them as co-counsels of record for the Plaintiffs in the above-captioned cases.

The enrollment of additional counsel will not prejudice Defendants, nor will it delay these proceedings in any way.

**WHEREFORE,** Frank J. D'Amico, Jr., and Aaron Z. Ahlquist, pray that they be allowed to enroll as co-counsels of record for the Named Plaintiffs in the above-referenced cases.

Respectfully submitted,

s/      Frank J. D'Amico, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing of the United States District Court for the Eastern District of Louisiana this _____ day of March, 2010.

s/      Frank J. D'Amico, Jr.