UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:     FEMA TRAILER                               MDL 1873
                FORMALDEHYDE PRODUCTS
                LIABILITY LITIGATION             SECTION "N" (5)

                                                                    JUDGE ENGELHARDT
                                                                    MAGISTRATE CHASEZ

**THIS DOCUMENT PERTAINS TO
THE FOLLOWING CASES:**

| Case | Number |
|---|---|
| *Ernest Sellers, et al. versus Gulf Stream Coach, Inc,* | *2:09-cv-00487* |
| *Patrice Brown, et al. versus Keystone RV Co., et al.* | *2:09-cv-00571* |
| *Cynthia Jackson, et al., versus Recreation by Design, LLC, et al.* | *2:09-cv-00572* |
| *George Lamkin, et al. versus Frontier RV, Inc., et al.* | *2:09-cv-00573* |
| *Vivian Childs, et al. versus Heartland Recreational Vehicles, et al.* | *2:09-cv-00574* |
| *Jennifer McElroy, et al. versus Cavalier Home Builders, LLC, et al.* | *2:09-cv-00575* |
| *Mary Moody, et al. versus Stewart Park Homes, Inc., et al.* | *2:09-cv-00576* |
| *Katrina Johnson, et al. versus CMH Manufacturing, Inc., et al.* | *2:09-cv-00577* |
| *Joseph Carroll, et al. versus Coachmen Industries, Inc. et al.* | *2:09-cv-00578* |
| *Carlisa Anderson, et al. versus Forest River, Inc. et a;.* | *2:09-cv-00579* |
| *Barry Barksdale, et al. versus Keystone RV Co., et al.* | *2:09-cv-00580* |
| *Lana Marie Bracken, et al. versus Thor Industries, Inc. et al.* | *2:09-cv-00581* |
| *Belinda Roberson versus TL Industries, Inc. et al.* | *2:09-cv-00582* |
| *Frank Acker, et al. versus Gulf Stream Coach, Inc. et al.* | *2:09-cv-00583* |
| *Martha L. Hendricks, et al. versus Gulf Stream Coach, Inc. et al.* | *2:09-cv-00584* |

## ORDER

**CONSIDERING THE FOREGOING:**

       **IT IS ORDERED that** Frank J. D'Amico, Jr., and Aaron Z. Ahlquist, be enrolled as co-counsels of record for Plaintiffs in the above entitled and numbered cases.

       New Orleans, Louisiana this _____day of _____, 2010

                                                 _____
                                                 **JUDGE KURT D. ENGELHARDT**