UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:     FEMA TRAILER                              MDL 1873
             FORMALDEHYDE PRODUCTS
             LIABILITY LITIGATION                 SECTION "N" (5)

                                                                                                     JUDGE ENGELHARDT
                                                                                                     MAGISTRATE CHASEZ

**THIS DOCUMENT PERTAINS TO**

CIVIL CASE NOS:
    2:10-cv-00573-KDE-ALC
    2:10-cv-00574-KDE-ALC
    2:10-cv-00575-KDE-ALC

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIMETO MATCH PLAINTIFF'S PURSUANT TO PRETRIAL ORDER NOS. 40, 49 AND 53

       **NOW INTO COURT,** through undersigned counsel, come Plaintiffs listed on the attached Exhibit "A", who respectfully submit to this Honorable Court this motion for an extension of time to match certain plaintiffs pursuant to Pretrial Order 53. Pretrial Order ("PTO") 53 requires all plaintiffs shall be matched with third-party contactor/installer defendants within 45 days of the date of filing of the complaint. Pretrial Order (PTO). 53 ordered that third party contractor/installer defendants are hereby incorporated into the matching requirements contained in Pretrial Order No. 40 and Pretrial Order No. 49 (Rec. Doc 9073).

       These cases were transferred to the MDL from the Southern District of Mississippi pursuant to Transfer Order No. CTO-21, which contained fourteen (14) cases to be transferred. These fourteen (14) cases were filed on behalf of 326 Plaintiffs. The contractor/installer could not be identified for ten (10) Plaintiffs. For the reason explained below, it is submitted that good cause exists for an additional sixty (60) day extension of the deadline in PTO 40, PTO 49 and

PTO 53 as to the unmatched plaintiffs with contractor/installer. Please see Exhibit "A" attached hereto indicating which clients remain unmatched to a contractor/installer, with their corresponding civil action numbers.

Plaintiff's counsel has been working diligently on every possible avenue in which to obtain this information. We have now requested the entire IA file from FEMA of each of the named plaintiffs that are unmatched to a contractor/installer. It is our understanding this process will take at least thirty-three (33) days to accomplish. Therefore, Plaintiffs request a sixty (60) day extension to comply with Pretrial Order No. 40, 49 and 53 as to unmatched contractor/installer.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court grant this Motion for Extension of Time to Match Plaintiffs pursuant to Pretrial Order Nos. 40, 49 and 53.

Respectfully submitted,

_____/s/ Frank J. D'Amico, Jr._____

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this  day of <u>March</u>, 2010.

_____/s/ Frank J. D'Amico, Jr._____