# EXHIBIT A

**George Lampkin, et al. versus Frontier RV, Inc., et al.**
**Case # 2:10-cv-00573-KDE-ALC**

Plaintiffs

1. George Lamkin
2. Rhonda Scott
3. Melissa Wyant

**Vivian Childs, et al. versus Heartland Recreational Vehicle, Inc., et al.**
**Case # 2:10-cv-00574-KDE-ALC**

Plaintiffs:
1. Clifton Vaughn
2. Benjamin Williams

**Jennifer McElroy, et al. versus Cavalier Home Builders, LLC, et al.**
**Case# 2:10-cv-00575-KDE-ALC**

Plaintiffs:
1. Jennifer McElroy
2. Julie Davis, Minor
3. Tiffany Davis
4. Lois Saunders
5. Robert Saunders