UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER | MDL 1873 |
| | FORMALDEHYDE PRODUCTS | |
| | LIABILITY LITIGATION | SECTION "N" (5) |
| | | |
| | | JUDGE ENGELHARDT |
| | | MAGISTRATE CHASEZ |

**THIS DOCUMENT PERTAINS TO**

CIVIL CASE NOS:
   2:10-cv-00573-KDE-ALC
   2:10-cv-00574-KDE-ALC
   2:10-cv-00575-KDE-ALC

## ORDER

Considering Plaintiff's Motion for Extension of Time to Match Plaintiffs pursuant to Pretrial Order No 53:

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the current deadline for Plaintiffs to correct the deficiency of the filing of the Original Complaint for Damages in the above civil action numbers is extended until_____.

New Orleans, Lousiana this _____day of _____, 2010

_____
**JUDGE KURT D. ENGELHARDT**