UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: *Michelle Abram, et al* | * | JUDGE: ENGELHARDT |
| *v. Gulf Stream Coach, Inc.*; Docket No. 10-196 | * | MAG: CHASEZ |

*************************************************************************

## ORDER

Considering the above and foregoing Unopposed Motion for Leave to File Brief in Excess of Page Limit Pursuant to L.R. 7.8.1;

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc. is hereby granted leave to file the attached Opposition to Plaintiffs' Motion to Remand.  (MUST RE-FILE WIHIN PAGE LIMIT.))

New Orleans, Louisiana, this __17th__ day of _____March_____, 2010.

_____
JUDGE

**DENIED**