UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER * MDL NO. 1873
FORMALDEHYDE *
PRODUCTS LIABILITY *
LITIGATION * SECTION: N(4)
*
This Document Relates to: *Karen Andrews, et al* * JUDGE: ENGELHARDT
*v. Gulf Stream Coach, Inc.*; Docket No. 10-198 * MAG: CHASEZ
*************************************************************************

## ORDER

Considering the above and foregoing Unopposed Motion for Leave to File Brief in Excess of Page Limit Pursuant to L.R. 7.8.1;

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc. is hereby granted leave to file the attached Opposition to Plaintiffs' Motion to Remand. ((MUST RE-FILE WITHIN PAGE LIMIT)).

New Orleans, Louisiana, this  17th  day of _____March_____, 2010.

_____
JUDGE

**DENIED**