## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER      *     MDL NO. 1873
       FORMALDEHYDE PRODUCTS    *
       LIABILITY LITIGATION      *     SECTION "N" (5)
            *
            *     JUDGE ENGELHARDT
            *     MAGISTRATE CHASEZ
            *
THIS DOCUMENT IS RELATED TO    *
            *
*Charlie Age, et al v. Gulf Stream Coach*    *
*Inc., et al*, Docket No. 09-2892;      *
            *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FOURTH FOURTH SUPPLEMENTAL AND AMENDED COMPLAINT

**MAY IT PLEASE THE COURT:**

Plaintiff Easton Charles, Jr. is a member of the *Charlie Age, et al vs. Gulf Stream Coach, Inc., et al* complaint. The court recently named Mr. Charles as a backup trial plaintiff for the second Gulf Stream trial. Thus, Mr. Charles seeks leave to file a supplemental and amended complaint, for the purpose of setting forth specific factual allegations relating to him. The proposed Fourth Supplemental and Amended Complaint is submitted herewith as Exhibit A.

Counsel for Mr. Charles has conferred with counsel for Defendants Gulf Stream, Fluor and FEMA, and they advised that they do not oppose this motion. Accordingly, Plaintiff respectfully requests that the Court enter the attached Order, granting leave to file the Fourth Supplemental and Amended Complaint.

Respectfully submitted:
**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   <u>s/Gerald E. Meunier</u>
       GERALD E. MEUNIER, #9471
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:    504/522-2304
       Facsimile:    504/528-9973
       gmeunier@gainsben.com

       <u>s/Justin I. Woods</u>
       JUSTIN I. WOODS, #24713
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:    504/522-2304
       Facsimile:    504/528-9973
       jwoods@gainsben.com

       **COURT-APPOINTED PLAINTIFFS'
       STEERING COMMITTEE**
       ANTHONY BUZBEE, Texas # 24001820
       RAUL BENCOMO, #2932
       FRANK D'AMICO, #17519
       MATT MORELAND, #24567
       LINDA NELSON, #9938
       MIKAL WATTS, Texas # 20981820
       ROBERT BECNEL
       DENNIS REICH, Texas # 167396

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 17, 2010 electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

<p style="margin-left:40%">s/Gerald E. Meunier<br>GERALD E. MEUNIER, #9471</p>