UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## FOURTH SUPPLEMENTAL AND AMENDED COMPLAINT

Plaintiff Easton Charles Jr. ("Plaintiff"), pursuant to Fed. R. Civ. P. 15, respectfully amends and supplements the Original Complaint for Damages (the "Complaint"), as follows:

1.

Plaintiff is included among the plaintiffs enumerated in Exhibit A to the Second Amended Complaint.

2.

The allegations of the Complaint, with respect to the identification of the Parties (paragraphs 1 to 5 of the Complaint) and Jurisdiction/Venue (paragraphs 6 to 12 of the Complaint) are reiterated and incorporated herein.

3.

The allegations in the Complaint dealing with general factual information (paragraphs 13 to 79) are also reiterated and incorporated herein.

4.

EXHIBIT A

Plaintiff was displaced from his permanent home as a result of Hurricane Katrina. Since his home was rendered inhabitable as a result of Hurricane Katrina, Plaintiff was deemed eligible to receive emergency housing assistance from the Federal Emergency Management Agency ("FEMA"), pursuant to the Stafford Act and applicable federal regulations.

5.

The emergency housing assistance provided to Plaintiff was in the form of a travel trailer manufactured by Defendant Gulf Stream Coach, Inc. ("Gulf Stream"), with Vehicle Identification Number (VIN) 1NL1VTR2661084883.

6.

The travel trailer was manufactured by Gulf Stream in or around March 2006.

7.

The travel trailer was delivered to Plaintiff for occupancy in New Orleans, Louisiana, at 4314 Stephen Girard Street.

8.

The travel trailer was installed at the above location and hooked to utilities for residential purposes by Defendant Fluor, pursuant to a contract between Gulf Stream and FEMA.

9.

Plaintiff began living in the travel trailer in or around April 2006 and stopped living in the travel trailer in or around March 2008. Plaintiff resided in the travel trailer continuously during this period of time.

10.

Plaintiff respectfully reiterates and incorporates all allegations set forth in the Original

Complaint with respect to the cause of action against Defendant FEMA (paragraphs 80 to 85 of the Complaint).  In addition, and more specifically, Plaintiff avers that Defendant FEMA negligently failed to take prompt and appropriate remedial action, and/or to communicate promptly and effectively to Plaintiff, with respect to safety and health risks and concerns related to formaldehyde exposure in the travel trailer, even though FEMA became aware of such risks and concerns generally, as early as the Fall/Winter of 2005.  As a result of FEMA's negligence, Plaintiff was unnecessarily exposed to unsafe and dangerous levels of formaldehyde in the travel trailer, prior to the time Plaintiff became aware of the need to vacate the travel trailer.

11.

Plaintiff respectfully reiterates and incorporates all of the allegations set forth in the Complaint with respect to the cause of action against Gulf Stream under the Louisiana Product Liability Act (paragraphs 97 to 102 of the Complaint).  Additionally, and more specifically, Plaintiff alleges that Gulf Stream had a continuing duty to warn Plaintiff about the dangers and risks of formaldehyde in the travel trailer and this duty was owed to Plaintiff during the entirety of Plaintiff's residency in the travel trailer.

12.

Plaintiff respectfully reiterates and incorporates all of the allegations in the Complaint with respect to the causes of action against the Defendant Fluor under the Louisiana Products Liability Act (paragraphs 103 to 109 of the Complaint) and for negligence (paragraphs 110 to 116 of the Complaint).

13.

Plaintiff respectfully amends the allegations with respect to damages in paragraphs 117 of

the Complaint, as well as the allegations in subparagraph 2 under the Caption "Prayer for Relief" in the Complaint, to clarify that Plaintiff seeks compensatory damages against Defendants, as follows:

    a. Plaintiff's physical pain and suffering;

    b. Plaintiff's mental anguish and emotional distress, including the fear of an increased risk of future serious disease; and

    c. Plaintiff's past, continuing and future medical expenses which have been necessitated by the injuries sustained herein, including costs for future medical treatment, services, surveillance, medical monitoring costs, and/or procedures to address physical and/or mental injuries from formaldehyde exposure which are currently manifest.

14.

Plaintiff specifically reiterates his request for trial by jury of all claims herein, to the extent permitted by law.

WHEREFORE, Plaintiff respectfully supplements the Complaint in the foregoing respects and otherwise reiterates and re-avers all of the allegations and prayers for relief contained therein.

Respectfully submitted:
**FEMA TRAILER FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:     504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:     504/528-9973
        jwoods@gainsben.com


        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        MIKAL WATTS, Texas # 20981820
        ROBERT BECNEL
        DENNIS REICH, Texas # 167396

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                        s/Gerald E. Meunier
                                        GERALD E. MEUNIER, #9471