**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  FEMA TRAILER                          *        MDL NO. 1873
      FORMALDEHYDE PRODUCTS      *
      LIABILITY LITIGATION       *        SECTION "N" (5)
                       *
                       *        JUDGE ENGELHARDT
                       *        MAGISTRATE CHASEZ
                       *
THIS DOCUMENT IS RELATED TO       *
                       *
*Octave Bazanac, et al v. Gulf Stream Coach*   *
*Inc., et al*, Docket No. 09-8320;             *
                       *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR**
**LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT**

**MAY IT PLEASE THE COURT:**

Plaintiff Robin Lewis is a member of the *Octave Bazanac, et al vs. Gulf Stream Coach, Inc., et al,* complaint. The court recently named Mr. Lewis as the trial plaintiff for the second Gulf Stream trial. Thus, Mr. Lewis seeks leave to file a supplemental and amended complaint, for the purpose of setting forth specific factual allegations relating to him. The proposed Second Supplemental and Amended Complaint is submitted herewith as Exhibit A.

Counsel for Mr. Lewis has conferred with counsel for Defendants Gulf Stream, Fluor and FEMA, and they advised that they do not oppose this motion. Accordingly, Plaintiff respectfully requests that the Court enter the attached Order, granting leave to file the Second Supplemental and Amended Complaint.

Respectfully submitted:
**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:   504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:   504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'
        STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        MIKAL WATTS, Texas # 20981820
        ROBERT BECNEL
        DENNIS REICH, Texas # 167396

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 17, 2010 electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

<u>s/Gerald E. Meunier</u>
GERALD E. MEUNIER, #9471