UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Octave Bazanac, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-8320; | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL AND AMENDED COMPLAINT

Considering the foregoing motion,

IT IS ORDERED that Plaintiff Robin Lewis be granted leave to file the Second Supplemental and Amended Complaint.

THIS DONE the ____ day of _____, 2010, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE