UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION, | ) ) ) MDL NO. 1873 ) ) SECTION "N"(5) |
| THIS DOCUMENT IS RELATED TO | ) ) JUDGE ENGELHARDT |
| Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., Docket No. 09-2892; Alana Alexander, individually and on behalf of Christopher Cooper. | ) MAGISTRATE CHASEZ ) ) ) ) ) ) |

The Videotaped Deposition of SUSAN LINDA ESPARZA

Date:   Friday, July 17, 2009

Time:   11:16 a.m.

Place:  Midwest Reporting, Inc.
        1448 Lincolnway East
        South Bend, Indiana 46613

Called as a witness by the Plaintiffs in accordance with the Federal Rules of Civil Procedure for the United States District Court, Eastern District of Louisiana, pursuant to Notice.

Reported by
Angela J. Galipeau, RPR, CSR
Notary Public, State of Indiana
MIDWEST REPORTING, INC.
1448 Lincolnway East
South Bend, Indiana 46613

(574) 288-4242

Midwest Reporting, Inc.                                  574-288-4242

Page 9

```
 1      did.  They would walk the exterior of the trailer.  They
 2      would go inside and do the interior.  If there was an
 3      issue that came up, we'd mark it with red tape, write down
 4      the issue, and then arrange for the repair after FEMA
 5      left.
 6  Q.  Now, would FEMA for those issues that were red-taped,
 7      would FEMA ever come back and reinspect?
 8  A.  No.
 9  Q.  So as far as you saw, FEMA inspected that one time?
10  A.  Correct.
11  Q.  Okay.  How many FEMA inspectors -- let's back up.  What
12      plant were you working at?
13  A.  Plant 75.
14  Q.  Where is that plant located?
15  A.  Etna Green.
16  Q.  Who was the plant manager?
17  A.  Craig Hardy.
18  Q.  Okay.  Do you remember who any of the assistants were?
19  A.  Yes.  Tony Hunsaker, Roy Bastardo.  I don't remember
20      Matt's last name.  Brandon Truman.
21  Q.  Okay.  How long did you do -- I think you're calling it
22      the quality control final inspections outside.  How long
23      did you do that job?
24  A.  Until April.
25  Q.  And started doing that when?
```