GULF STREAM COACH, INC.

P.O. Box 1005 • Nappanee, IN 46550 • (574) 773-7761 • Fax (574) 773-5761

May 11, 2006

Ms Deidre Lee
Director of Operations
Federal Emergency Management Agency
500 C Street, SW
Washington, D.C. 20472

RE: Cavalier Travel Trailers

Dear Ms. Lee:

We wanted to follow up on our recent conversations regarding the travel trailers supplied to FEMA, pursuant to our contracts, for temporary use by persons displaced by Hurricane Katrina. As we have previously indicated, we wanted to again let you know that we remain committed to providing high quality products. Toward that end, we are interested in being informed if you receive complaints about the quality or performance of our product. Our interest stems not only from our ongoing process to pursue innovation of our product, but also to ensure that the purchasers and occupants of our products enjoy a quality experience with regard to our recreational vehicles.

During our recent visit to Washington, we discussed how best to address any potential concerns about indoor air quality by occupants of travel trailer disaster relief units. As we discussed, no particular information on ventilation or standards for indoor air quality including formaldehyde are required by the RVIA code or government regulation relating to travel trailers. However, as we further discussed, even though not required, Gulf Stream has taken the added step of specifying low emission materials. During our meeting, you requested that we provide some information that FEMA could add to the tri-fold that you provide to occupants of the trailers. Accordingly, please see the enclosed ventilation information.

Pursuant to our discussions, we are also enclosing for your information the notice language mandated by the United States Department of Housing & Urban Development Manufactured Housing Construction and Safety Standards for inclusion in manufactured homes. Please note that this notice is ***not*** required for or, in several important respects, relevant to travel trailers.

DCDB01 20803849.2 11-May-06 16:13

46

GULF0002336

Ms. Deidre Lee
May 11, 2006
Page 2

    We would like to reiterate our willingness to assist you in addressing any concerns about our products. Our informal testing has indicated that formaldehyde levels of indoor ambient air of occupied trailers fall below, for instance, the OSHA standard of .75 parts per million. We are willing to share these informal test results with you. And, as mentioned during our meeting, if FEMA wishes to conduct formal testing protocols on any designated units, we are willing to participate in that testing.

    If FEMA receives any complaints, we would appreciate hearing from you as soon as possible so that we can work with you to address any follow up that FEMA believes may be appropriate. If you desire to provide an additional ventilation alternative which, when installed, could provide a flow of outside air into the trailer, there is a product called the "Fantastic Vent." We can provide further information on this system at your request.

We appreciate your prompt attention and response to the above.

Sincerely,

GULF STREAM COACH, INC.

PHILIP S. SARVARI
Executive Vice-President

Enclosures

DCDB01 20803849.2  11-May-06 16:13

GULF0002338

### Ventilation Information

Some of the common building products used to construct travel trailers and many other types of housing contain glues and finishes that release certain constituents including formaldehyde during the curing process especially during the initial break-in period.

Formaldehyde is a naturally occurring substance also released from smoking, cooking, and the use of numerous household and consumer products.

If odors are strong and you find it irritating – which may occur if the unit has not been properly ventilated – you should open the windows, the roof vent, and/or the range hood vent. Taking these steps will ventilate the unit.

High indoor temperatures and humidity in a closed trailer can increase release rates. If the FEMA trailer you have been provided is located in an area subject to extreme summer temperatures and humidity, using the air conditioner on warm days should also reduce emissions.

Finally if your trailer is unoccupied during the day, you should consider leaving the roof vent open and the bath fan and/or range hood fan running.

If you have any questions regarding the indoor air quality of your trailer, please contact FEMA maintenance personnel at 800-___-____.

GULF0002339

*Language from the HUD Manufactured Housing Construction Safety Standards:*

### Important Health Notice

Some of the building materials used in this home emit formaldehyde. Eye, nose, and throat irritation, headache, nausea, and a variety of asthma-like symptoms, including shortness of breath, have been reported as a result of formaldehyde exposure. Elderly persons and young children, as well as anyone with a history of asthma, allergies, or lung problems may be at greater risk. Research is continuing on the possible long-term effects of exposure to formaldehyde.

Reduced ventilation resulting from energy efficiency standards may allow formaldehyde and other contaminants to accumulate in the indoor air. Additional ventilation to dilute the indoor air my be obtained from a passive or mechanical ventilation system offered by the manufacturer. Consult your dealer for information about the ventilation options offered with this home.

High indoor temperatures and humidity raise formaldehyde levels. When a home is to be located in areas subject to extreme summer temperatures, an air conditioning system can be used to control indoor temperature levels. Check the comfort cooling certificate to determine if this home has been equipped or designed for the installation of an air conditioning system.

If you have any questions regarding the health effects of formaldehyde, consult your doctor or local health department.

GULF0002340