IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **KAREN ANDREWS, et al** | * | **DOCKET NO. 2:10-cv-00198** |
| | * | |
| **versus** | * | **JUDGE ENGELHARDT** |
| | * | |
| **GULF STREAM COACH, INC.** | * | **MAGISTRATE CHASEZ** |

**AFFIDAVIT OF J. SCOTT DANIELS**

STATE OF TEXAS        §
HARRIS COUNTY      §

On this day J. Scott Daniels, the affiant, appeared in person before me, a notary public, who knows the affiant to be the person whose signature appears below. The affiant stated under oath:

1. I, J. SCOTT DANIELS, am over the age of twenty one (21), am fully competent to make this affidavit, have personal knowledge of the facts and statements in this affidavit, and each of the facts and statements is true and correct.

2. I am an attorney with The Buzbee Law Firm.

3. Prior to suit being filed, an employee of The Buzbee Law Firm spoke with every plaintiff involved in this matter.

4. During these conversations, every plaintiff instructed The Buzbee Law Firm that the damages they were seeking did not exceed $75,000.00, exclusive of interest and costs.

**FURTHER AFFIANT SAYETH NOT.**

_J. Scott Daniels_

2/25/2010
DATE

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on this the 25th day of February, 2010.

NOTARY PUBLIC, In and For
The State of Texas


LAURA B. DE LA CRUZ
Notary Public, State of Texas
My Commission Expires
October 12, 2013

My Comm. Exp.: 10·12·2013


EXHIBIT D