## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA §
§
_LaLeang_ PARISH §

I, Karen Andrews, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 19, 2010.

_Karen Andrews_
Karen Andrews

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA §
_Orleans_ PARISH §
§

I, Manuel Gilbert, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_____
Manuel Gilbert

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA §
§
ORLEANS PARISH §

I, Rhonda Gilbert, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 19, 2010.

_____
Rhonda Gilbert

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA §
§
_____ PARISH §

I, Charnell Haymond, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 26, 2010.

_____
Charnell Haymond

2010-02-26 14:29 DESIYAH 5042458232>> 8662762565
Case 2:07-md-01873-KDE-MBN   Document 13014-7   Filed 03/18/10   Page 5 of 11
Case 2:10-cv-00198-KDE-ALC   Document 4-7   Filed 02/26/10   Page 6 of 12   P 1/3

# DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA §
§
_____ PARISH §

I, Gillion Haymond, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 26, 2010.

_____
Gillion Haymond

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA §
§
Orleans PARISH §

I, Marc Haymond, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 2\_\_, 2010.

Marc Haymond
Marc Haymond

Feb 22 10 06:57p TYLER 5043523424 p.2
Case 2:07-md-01873-KDE-MBN   Document 13014-7   Filed 03/18/10   Page 7 of 11
Case 2:10-cv-00198-KDE-ALC   Document 4-7   Filed 02/26/10   Page 8 of 12

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA §
§
New Orleans PARISH §

I, Donald Roberts, Sr., make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 20, 2010.

_____
Donald Roberts, Sr.

Feb 22 10 08:57p 5043925424 p.1
Case 2:07-md-01873-KDE-MBN Document 13014-7 Filed 03/18/10 Page 8 of 11
Case 2:10-cv-00198-KDE-ALC Document 4-7 Filed 02/26/10 Page 9 of 12

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA § 
Orleans PARISH §
§

I, Zella Roberts, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Zella Roberts

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA           §
                             §
_____ PARISH           §

I, Keenen Shields, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. The damages I am seeking in my capacity as next friend of Taylor Shields, a minor, do not exceed $75,000 exclusive of interest and costs.

5. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 19th, 2010.

_____
Keenen Shields

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA  §
                    §
_Orleans_ PARISH    §

I, Audrey Scott, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_____
Audrey Scott

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
                          §
_Orleans_ PARISH          §

I, James Scott, Sr., make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_____
James Scott, Sr.