## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
                       §
_Orleans_ PARISH       §

I, Kevin Lee, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     The damages I am seeking in my capacity as next friend of Chynna Lee, a minor, do not exceed $75,000 exclusive of interest and costs.

5.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

Kevin Lee
_____
Kevin Lee

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA    §
         §
_____ PARISH  §

I, Thomas Lewis, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Thomas Lewis

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §

_Orleans_ PARISH        §

                                  §

I, Francis Louis Jr., make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _2 2_, 2010.

                                       Francis Louis Jr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
ORleAnS         PARISH                §

I, Johanis Luckett, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration,
      I have personal knowledge of all statements contained herein, and all statements
      contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting
      on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in
      damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February *19* , 2010.

_____
Johanis Luckett

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

Orleans   PARISH       §
                                   §

      I, Anthony Marrero, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

                                 _____
                                           Anthony Marrero

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §

*ORLeans* PARISH      §
                   §

I, Derek Marrero, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     The damages I am seeking in my capacity as next friend of Dejah Blanchard, a minor, do not exceed $75,000 exclusive of interest and costs.

5.     The damages I am seeking in my capacity as next friend of Derek Blanchard, a minor, do not exceed $75,000 exclusive of interest and costs.

6.     The damages I am seeking in my capacity as next friend of Derron Blanchard, a minor, do not exceed $75,000 exclusive of interest and costs.

7.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

Derek Marrero

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA           §
                             §
_____ PARISH       §

I, Dionicia Martinez, make this declaration under penalty of perjury and state the

following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration,
       I have personal knowledge of all statements contained herein, and all statements
       contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting
       on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in
       damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 18, 2010.

                                                    _____
                                                    Dionicia Martinez

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_____ PARISH     §

I, Kisuana Martinez, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Kisuana Martinez

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA           §
                             §
_____ PARISH       §

I, Mario Martinez, Jr., make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_____
Mario Martinez, Jr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_____ PARISH      §

I, Mariano Martinez, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_____
Mariano Martinez

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA            §
                             §
_____ PARISH        §

I, Gaynell Martin, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    The damages I am seeking in my capacity as next friend of James Martin, Jr., a minor, do not exceed $75,000 exclusive of interest and costs.

5.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 23, 2010.

_Gaynell Martin_
Gaynell Martin

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_____ PARISH          §

I, James Martin, Sr., make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 2 3 , 2010.

_____
James Martin, Sr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_ PARISH            §

    I, Emanuel Mathieu, Jr., make this declaration under penalty of perjury and state the

following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 21, 2010.

                                _Emanuel O Mathieu Jr_

                                  Emanuel Mathieu, Jr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §

_Orleans_ PARISH       §

       §

       I, Denise Matthews, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_Denise Matthews_
Denise Matthews

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_Orleans_____ PARISH                §

I, Betty McKenzie, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _20_ , 2010.

_Betty McKenzie_
Betty McKenzie

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
§
_Orleans_ PARISH       §

      I, Emory McKenzie, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 20 , 2010.

                       Emory McKenzie

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                                     §

_Orleans_ PARISH       §

I, Alton McKey, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  The damages I am seeking in my capacity as next friend of Ashton McKey, a minor, do not exceed $75,000 exclusive of interest and costs.

5.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_Alton McKey_
Alton McKey

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA             §
                               §
_____ PARISH             §

      I, Domonique Merrick, make this declaration under penalty of perjury and state the

following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 19, 2010.

                                  Domonique Merrick

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA            §
                                          §
_Orleans_ PARISH              ·§

     I, Monique Merrick, make this declaration under penalty of perjury and state the

following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_Monique Merrick_
Monique Merrick

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                        §
Orleans ____ PARISH      §

I, Tiffany Merrick, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 19, 2010.

_____
Tiffany Merrick

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_Orleans_   PARISH                    §

I, Godrey Mickens, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 17, 2010.

_Godrey Mickens_
Godrey Mickens

Case 2:07-md-01873-KDE-MBN   Document 13015-9   Filed 03/18/10   Page 22 of 62
02-18-10;01:03PM;
Case 2:10-cv-00212-KDE-ALC   Document 4-7   Filed 02/26/10   Page 23 of 63   # 1/ 1

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_Orleans_____ PARISH                  §

I, Sandra Mitchell, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_____
Sandra Mitchell

ATT:
Kyle or Anthony

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
Orleans     PARISH          §

I, Herlin Mogilles, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  The damages I am seeking in my capacity as representative of the Estate of Brenda Mogilles do not exceed $75,000 exclusive of interest and costs.

5.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 23, 2010.

Herlin P. Mogilles
Herlin Mogilles

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                            §
_____ PARISH     §

      I, Sandra Montegut, make this declaration under penalty of perjury and state the following:

     1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

     2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

     3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

     4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 23, 2010.

                               Sandra Montegut

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA           §
                             §
_____ PARISH       §

I, Dale Montgomery, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Dale Montgomery

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA            §
                             §
Orleans_____ PARISH          §

      I, Keyonn Montgomery, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     The damages I am seeking in my capacity as next friend of Avonta Montgomery, a minor, do not exceed $75,000 exclusive of interest and costs.

5.     The damages I am seeking in my capacity as next friend of Devonta Montgomery, a minor, do not exceed $75,000 exclusive of interest and costs.

6.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 19, 2010.

_____
(Keyonn Montgomery

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_____ PARISH               §

I, Carol Moore, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _15_ , 2010.

_____
Carol Moore

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_____ PARISH                §

    I, Clarence Moore, Jr., make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Clarence Moore, Jr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
§
_____ PARISH     §

    I, Jermaine Morris, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Jermaine Morris

FAX number 773 - 525 - 3589

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                               §

_Orleans_ PARISH        §

       I, Kendrick Morris, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

                            _Kendrick Morris_
                                 Kendrick Morris

Att. to Kyle or Anthony

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                          §
_____ PARISH      §

I, Marilyn Mouton, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February /8 , 2010.

_____
Marilyn Mouton

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §

Jefferson PARISH      §

     §

I, Tammy Nash, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     The damages I am seeking in my capacity as next friend of Charleston Nash, a minor, do not exceed $75,000 exclusive of interest and costs.

5.     The damages I am seeking in my capacity as next friend of Lauren Nash, a minor, do not exceed $75,000 exclusive of interest and costs.

6.     The damages I am seeking in my capacity as next friend of Loreal Nash, a minor, do not exceed $75,000 exclusive of interest and costs.

7.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 18, 2010.

Tammy Nash

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA              §
                               §
_____ PARISH        §

    I, Markethia Nelson, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _23_ , 2010.

Markethia Nelson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                        §
*Orleans*_____ PARISH    §

I, Raymond Nelson, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February *19*, 2010.

*Raymond Nelson*
Raymond Nelson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                       §
_Orleans_ PARISH                       §

I, Jeanne Nicholas, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

                                    _Jeanne Nicholas_
                                    Jeanne Nicholas

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
*Orleans* PARISH                      §

I, Loleita Ordon, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_Loleita Ordon_
Loleita Ordon

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
                        §

_ORLEANS___ PARISH      §

I, Corey Palmer, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_____Corey Palmer_____
            Corey Palmer

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_ PARISH            §

I, Troy Palmer, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 18, 2010.

Troy Palmer

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_ PARISH            §

    I, Warren Piear Sr., make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

Warren Piear Sr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
*Orleans* PARISH            §

I, Betty Piear, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 17, 2010.

*Betty Piear*
Betty Piear

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                                      §
O H / E A N E  PARISH       §

I, Mary Pierce, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_Mary Pierce_
Mary Pierce

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
                          §
_Orleans_ PARISH          §

I, Robert Polk, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  The damages I am seeking in my capacity as next friend of Alex Polk, a minor, do not exceed $75,000 exclusive of interest and costs.

5.  The damages I am seeking in my capacity as next friend of Alexis Polk, a minor, do not exceed $75,000 exclusive of interest and costs.

6.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_____
Robert Polk

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

*Orleans* ___ PARISH     §

        §

      I, Wanda Polk, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

                    *Wanda Peek*
                       Wanda Polk

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §

                             §

_Orleans_ PARISH       §

I, Barry Porter, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_Barry R Porter_
Barry Porter

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

_Orleans_ PARISH       §

           §

I, Jack Portis, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_Jack Portis_
Jack Portis

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §

_Orleans_ PARISH      §
                §

I, Shirley Portis, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_____
Shirley Portis

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                           §
                                             §
_Orleans_ PARISH                             §

I, Betty Price, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_____
Betty Price

## <u>DECLARATION UNDER PENALTY OF PERJURY</u>

STATE OF LOUISIANA                    §
                                      §
*Orleans* PARISH                      §

I, Gail Price, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      The damages I am seeking in my capacity as next friend of Ashton Perkins, a minor, do not exceed $75,000 exclusive of interest and costs.

5.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February ___19___, 2010.

_____
Gail Price

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §

*Orleans* PARISH      §

     §

I, Jasper Price, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February ___19___, 2010.

_____
Jasper Price

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

                              §

*ORLEANS* PARISH           §

I, John Rapenske, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February *18*, 2010.

_____
John Rapenske

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

Orleans____ PARISH      §
                           §

        I, Sherrie Raymond-Galatas, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     The damages I am seeking in my capacity as next friend of Lloryn Galatas, a minor, do not exceed $75,000 exclusive of interest and costs.

5.     The damages I am seeking in my capacity as next friend of Lloyd Galatas, a minor, do not exceed $75,000 exclusive of interest and costs.

6.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 17, 2010.

*Sherrie Raymond-Galatas*

Sherrie Raymond-Galatas

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA     §
           §
_ORLEANS_ PARISH    §

I, Leon Reaux, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_ , 2010.

         _Leon Reaux_
          Leon Reaux

Case 2:07-md-01873-KDE-MBN   Document 13015-9   Filed 03/18/10   Page 53 of 62
02/24/2010  12:16   504-525-6272            FEDEX OFFICE            1593            PAGE 22

Case 2:10-cv-00212-KDE-ALC   Document 4-7   Filed 02/26/10   Page 54 of 63

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                            §
_____ PARISH     §

I, Gerard Rigney, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 24, 2010.

_____
Gerard Rigney

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §

§

_Orleans_ PARISH        §

I, Tammy Riley, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     The damages I am seeking in my capacity as next friend of Willnisha Riley, a minor, do not exceed $75,000 exclusive of interest and costs.

5.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_ , 2010.

_Tammy Riley_
Tammy Riley

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA           §
                             §
*Orleans*_____ PARISH       §

I, Gennie Roach, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February *18*, 2010.

_____
Gennie Roach

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                                §
_Orleans_ PARISH       §

    I, Gena Roach, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    The damages I am seeking in my capacity as next friend of Jimmie Roach, a minor, do not exceed $75,000 exclusive of interest and costs.

5.    The damages I am seeking in my capacity as next friend of Desmond Roach, a minor, do not exceed $75,000 exclusive of interest and costs.

6.    The damages I am seeking in my capacity as representative of the Estate of Jimmie Leedo not exceed $75,000 exclusive of interest and costs.

7.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.


_____
GENA ROACH

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                                  §
_Orleans_ PARISH       §

I, Cheryl Roberts, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _22_, 2010.

_____
Cheryl Roberts

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                           §

_Orleans_ PARISH      §

I, Keith Roberts, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 32, 2010.

_____
Keith Roberts

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_____ PARISH        §

I, Keshawn Roberts, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _22_, 2010.

Keshawn Roberts

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §
                                  §

_Orleans_   PARISH       §

I, Keshone Roberts, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _22_, 2010.

Keshone Roberts

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                                §

Orleans _____ PARISH       §

I, Nikisha Roberts, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 22, 2010.

_____
Nikisha Roberts

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                         §
_Orleans_ PARISH       §

     I, Charlestine Robertson, make this declaration under penalty of perjury and state the

following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

                            _Charlestine Robertson_
                            Charlestine Robertson