## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                              §
_Orleans_ PARISH         §

I, Eugene Robertson, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_Eugene Robertson_
Eugene Robertson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                                     §
_Orleans_ PARISH         §

I, Oscar Robinson, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _16_, 2010.

_Oscar L. Robinson_
Oscar Robinson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                                  §
_____ PARISH     §

I, Rosalyn Ross, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     The damages I am seeking in my capacity as next friend of Ranisha Ross, a minor, do not exceed $75,000 exclusive of interest and costs.

5.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.


_Rosalyn Ross_
Rosalyn Ross

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
§
_Orleans_ PARISH       §

I, Wanda Roy, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  The damages I am seeking in my capacity as next friend of Artesia Roy, a minor, do not exceed $75,000 exclusive of interest and costs.

5.  The damages I am seeking in my capacity as next friend of Devin Roy, a minor, do not exceed $75,000 exclusive of interest and costs.

6.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

Wanda Roy

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_____ PARISH        §

I, Deborah Ruffin, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration,
     I have personal knowledge of all statements contained herein, and all statements
     contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting
     on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   The damages I am seeking in my capacity as next friend of Stephanie Holloway, a
     minor, do not exceed $75,000 exclusive of interest and costs.

5.   Prior to suit being filed, I instructed my attorneys that this is the maximum in
     damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18___, 2010.

                              _D. Deborah Ruffin_____
                              Deborah Ruffin

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_Orleans_____ PARISH                §

I, Norris Sam, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_ , 2010.

_____
Norris Sam

Feb 25 10 09:15a      Nelson                    6468611072          p.1
Case 2:07-md-01873-KDE-MBN   Document 13016-9   Filed 03/18/10   Page 7 of 64
Case 2:10-cv-00216-KDE-ALC   Document 4-7   Filed 02/26/10   Page 8 of 65

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                           §
_Orleans_ PARISH      §

I, Glorious Santos, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 23, 2010.

Glorious Santos

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §

*Orleans* _____ PARISH    §
                §

I, Andrea Scott, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

                           *Andrea Scott*
                                 Andrea Scott

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_____ PARISH              §

I, Kevin Scott Sr., make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Kevin Scott Sr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
__Orleans__ PARISH          §

I, Billy Shelby, Jr., make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 24, 2010.

_Billy Shelby_
Billy Shelby, Jr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_____Orleans_____ PARISH          §

I, Tawain Simon, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_____
                Tawain Simon

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                       §
_____ PARISH       §

I, Terry Simon, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 19, 2010.

_____
Terry Simon

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                §
                                  §
_Orleans_ PARISH                  §

I, Theodore Simon, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 19, 2010.

_Theodore Simon_
Theodore Simon

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §

*Orleans* PARISH      §
                         §

I, Georgia Slaughter, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Georgia Slaughter

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §

O̶r̶l̶e̶a̶n̶s̶ ___ PARISH      §

      §

I, Precious Slaughter, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. The damages I am seeking in my capacity as next friend of Jareyell Slaughter, a minor, do not exceed $75,000 exclusive of interest and costs.

5. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 11 , 2010.

(504) 402-4054

_____
Precious Slaughter

Jareyell Slaughter is my daughter.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA     §
           §
_Orleans_ PARISH      §

I, Casey Smith, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_Casey Arnett_
Casey Smith

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                          §
                                            §
_Orleans_ PARISH                            §

I, Crystall Smith, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 19, 2010.

_Crystall Smith_
Crystall Smith

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA           §
                             §
_____ PARISH       §

I, Donna Smith, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   The damages I am seeking in my capacity as next friend of Byron Bazile, Jr., a minor, do not exceed $75,000 exclusive of interest and costs.

5.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 18 , 2010.

_____
Donna Smith

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA     §
                           §
_____ PARISH    §

I, Harlean Smith, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _20_ , 2010.

_Harlean Smith_
Harlean Smith

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_____ PARISH        §

I, Ireyon Smith, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_____
Ireyon Smith

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_Orleans_____ PARISH                  §

I, Robert Smith Jr., make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_Robert Smith Jr._
Robert Smith Jr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                                §
_____ PARISH     §

I, Madeline Smith, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 20, 2010.

_____
Madeline Smith

## DECLARATION UNDER PENALTY OF PERJURY

| | |
|---|---|
| STATE OF LOUISIANA | § |
| | § |
| _____ PARISH | § |

I, Troy Stevenson, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February ___17___, 2010.

_____
Troy Stevenson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                                §

Orleans_____ PARISH      §

       I, Charlena Steward, make this declaration under penalty of perjury and state the

following:

      1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

      2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

      3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

      4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

     I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 23, 2010.

_Charlena Steward_

Charlena Steward

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §

*Orleans* PARISH      §

§

I, Loretta Tanks, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_____
Loretta Tanks

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

*Orleans* PARISH       §

      §

I, Ora Tanks, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_Ora Tanks_
Ora Tanks

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_ORLEANS_     PARISH        §

I, Herbert Theodore Jr., make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_Herbert Theodore Jr._
Herbert Theodore Jr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                       §
_ORLEANS_       PARISH                 §

     I, Herbert Theodore III, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

                                    Herbert Theodore III

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_ORLEANS_ PARISH            §

I, Lois Theodore, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

Lois Theodore

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §

_Orleans_____ PARISH     §

                               §

I, Shenell Thomas, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    The damages I am seeking in my capacity as next friend of Ja'Schenelle Thomas, a minor, do not exceed $75,000 exclusive of interest and costs.

5.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _22_, 2010.

_Shenell Thomas_

Shenell Thomas

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                §
                                  §
_____ PARISH             §

I, Cordellia Townsend, make this declaration under penalty of perjury and state the

following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration,
      I have personal knowledge of all statements contained herein, and all statements
      contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting
      on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    The damages I am seeking in my capacity as next friend of Kimberly Townsend, a
      minor, do not exceed $75,000 exclusive of interest and costs.

5.    Prior to suit being filed, I instructed my attorneys that this is the maximum in
      damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Cordellia Townsend

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
                               §
_____ PARISH     §

       I, Dominique Townsend, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

                             Dominique Townsend

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

_____ PARISH     §

       §

    I, Cleo Trotter, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    The damages I am seeking in my capacity as representative of the Estate of Charlie Trotter do not exceed $75,000 exclusive of interest and costs.

5.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

                _Mrs. Cleo Trotter_
                Cleo Trotter

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA            §
                             §
_ORleanS_ PARISH             §

I, Joseph Tyler, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_____
Joseph Tyler

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
*ORleans*_____ PARISH               §

I, Lorraine Tyler, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration,
       I have personal knowledge of all statements contained herein, and all statements
       contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting
       on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in
       damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February *17*, 2010.

                                    Lorraine Tyler
                              _____
                                    Lorraine Tyler

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                                   §

Orleans    PARISH         §

I, Angela Wagner, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.


_____
Angela Wagner

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA             §
                               §
_____ PARISH       §

    I, Stella Washington, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

Stella Washington

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                          §
Orleans PARISH       §

I, Suprina Washington, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Suprina Washington

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_Orleans_ PARISH                      §

I, Deborah Webb, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration,
      I have personal knowledge of all statements contained herein, and all statements
      contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting
      on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in
      damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February __17__, 2010.


                                    _Deborah Webb_
                                      Deborah Webb

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_Orleans_____ PARISH               §

I, Eddie Webb, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_Eddie Webb_
Eddie Webb

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_____Orleans_ PARISH      §

I, Sehara Webb, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration,
    I have personal knowledge of all statements contained herein, and all statements
    contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting
    on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in
    damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February __18__, 2010.


                            _____
                                    Sehara Webb

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_        PARISH     §

I, Dorothy Wells, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 18, 2010.

_____
Dorothy Wells

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA        §

                                §

_Orleans_ PARISH        §

I, Elodie White, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _16_, 2010.

_Elodie White_

Elodie White

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                 §
                                   §
_____ PARISH           §

I, Fannie White, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _17_, 2010.

_____
Fannie White

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                  §
                                    §
_____ PARISH             §

I, Walter Bibbins, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February __/ 7__ , 2010.

_____
Walter Bibbins

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_       PARISH      §

I, Ronald White, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 20 , 2010.

_____
Ronald White

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_____ PARISH              §

     I, Deobrah Spears-Williams, make this declaration under penalty of perjury and state the

following:

    1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

    2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

    3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

    4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Deobrah Spears-Williams

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
                            §
_Orleans_ PARISH            §

I, Dwayne Williams, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 16 , 2010.

_Dwayne Williams_
Dwayne Williams

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                                      §
Orleans PARISH             §

      I, Gladys Williams, make this declaration under penalty of perjury and state the following:

    1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

    2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

    3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

    4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

    I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 19, 2010.

                                           *Gladys Williams*
                                               Gladys Williams

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                              §
*Orleans* PARISH           §

I, John Williams, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_____
John Williams

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
     §
_____ PARISH      §

    I, Kenneth Williams, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

Kenneth Williams

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
_Orleans_____ PARISH                §

I, Mae Williams, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

_Mae A Williams_
Mae Williams

### DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §

                        §

Orleans_____ PARISH      §

I, Alvin Williby, Jr., make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 17, 2010.

_____
Alvin Williby Jr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA           §
                             §
Orleans_____ PARISH        §

I, Alvin Williby, Sr., make this declaration under penalty of perjury and state the

following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   The damages I am seeking in my capacity as representative of the Estate of Sandra Williby do not exceed $75,000 exclusive of interest and costs.

5.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 17, 2010.

_____
            Alvin Williby, Sr.

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA     §

*Orleans* PARISH    §
             §

  I, Earl Wilright III, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February __19__, 2010.

         *Earl Wilright III*
          Earl Wilright III

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA     §
           §
_____ PARISH    §

   I, Angela Wilson, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   The damages I am seeking in my capacity as next friend of Aryelle Hill, a minor, do not exceed $75,000 exclusive of interest and costs.

5.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February \_\_\_\_\_, 2010.

_____
Angela Wilson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA       §
                                    §
_____ PARISH     §

I, Kenneth Wilson, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _____, 2010.

_____
Kenneth Wilson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA     §
            §
_N̶ - O̶_____ PARISH    §

   I, Lee Wilson, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _1 7_, 2010.

          _Lee Wilson_
           Lee Wilson

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                §
                                  §
_Orleans_ PARISH                  §

I, Sheila Winston, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _19_, 2010.

_Sheila Winston_
Sheila Winston

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                    §
                                      §
ORℓℰANS PARISH                        §

I, Anthony Wren, make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration,
        I have personal knowledge of all statements contained herein, and all statements
        contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting
        on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in
        damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February  _18_ , 2010.

_____
                    Anthony Wren

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §

                            §

_Orleans_ PARISH      §

I, Cheryl Wren, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    The damages I am seeking in my capacity as next friend of Natasha Wren, a minor, do not exceed $75,000 exclusive of interest and costs.

5.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 18, 2010.

_Cheryl Wren / Natasha Wren, mother of Natasha wren_
Cheryl Wren

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA                §

                                  §

_Orleans_____ PARISH           §

I, Marilyn Wright, make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration,
      I have personal knowledge of all statements contained herein, and all statements
      contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting
      on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in
      damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_, 2010.

                                  _Marilyn L. Wright_____
                                  Marilyn Wright

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA      §
§
_N.O. La_ _____ PARISH     §

I, Dolores Brown, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February _18_ , 2010.

_Dolores J. Brown_
Dolores Brown

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA         §
                                    §

Orleans PARISH            §

I, Curtis Howard, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on February 19, 2010.

_____
Curtis Howard