UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Lyndon Wright v. Forest River, Inc., et al.,*<br>*L.L.C., et al.*, No. 09-2977 (E.D. La.) | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### SHAW ENVIRONMENTAL, INC.'S MOTION TO EXCLUDE
### DR. PATRICIA WILLIAMS' DEMONSTRATIVE EXHIBIT

**NOW INTO COURT**, through undersigned counsel, comes defendant, Shaw Environmental, Inc. ("Shaw"), who hereby respectfully moves this Honorable Court to exclude Slides 15, 48-50, 53, and 57-59 from the demonstrative exhibit sought to be used by Dr. Patricia Williams, plaintiff's toxicologist expert, during her trial testimony in the captioned *Wright* matter because they contain information that (1) has been previously excluded by this Court's express orders; (2) are highly inflammatory and unfairly prejudicial to the defendants, and would be misleading and confusing to the jury under Rule 403 of the Federal Rules of Evidence; and (3) are outside the scope of Dr. Williams' expert report.

Accordingly, for these reasons and the reasons more fully set out in the accompanying memorandum, Shaw respectfully requests this Court to enter an order excluding Slides 15, 48-

- 2 -

50, 53, and 57-59 from Dr. Williams' demonstrative exhibit and prohibiting Dr. Williams from using these slides during her trial testimony.

> Respectfully submitted,
>
> **BAKER DONELSON BEARMAN
> CALDWELL & BERKOWITZ, PC**
>
>   /s/ M. David Kurtz
> ROY C. CHEATWOOD (#4010)
> M. DAVID KURTZ (#23821)
> KAREN KALER WHITFIELD (#19350)
> CATHERINE N. THIGPEN (#30001)
> 201 St. Charles Avenue, Suite 3600
> New Orleans, Louisiana 70170
> Telephone:  (504) 566-5200
> Facsimile:  (504) 636-4000
>
> **ATTORNEYS FOR DEFENDANT,
> SHAW ENVIRONMENTAL, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

>   /s/ M. David Kurtz