# Patricia M. Williams PhD, DABT

## President
## Environmental Toxicology Experts, LLC

## Associate Professor
## University of New Orleans
### Pontchartrain Institute for Environmental Sciences

### Coordinator, Toxicology Research Laboratories



EXHIBIT

A

1

# Formaldehyde is the ultimate toxicant—it enters the body as the reactive electrophile capable of damaging cells and tissues



# Electrophiles are electron deficient and have a positive charge that seeks negatively charged molecules—nucleophiles



Chemical structure of formaldehyde (methanal)

Resonance contributors to the carbonyl group

Polarisation of the carbonyl group

3

# Formaldehyde has the chemical and biochemical property of forming cross-links

**Formaldehyde-ability to form protein to protein cross-links in cell membranes causing  cellular and tissue damage**

**Pseudostratified Ciliated Columnar Epithelium—lines the respiratory tract and necessary for normal function**



# Cell Membrane



# Cell Membranes





# Biochemistry of the cell membrane— target for electrophile attack



# Type II Pneumocyte



**DNA—the genetic material used in the development and functioning of all living cells.  DNA is organized within cells into long structures called chromosomes.**







# DNA damage



# Cancer formation (Carcinogenesis)



# Cell Cycle

## DNA repair depends on the extent of damage to DNA and the time available for repair during the cell cycle before cell division



# When formaldehyde is inhaled:

- **93%  is absorbed in the nasal passages and once absorbed it is rapidly metabolized**
- **40% is eliminated as CO2 through expiration from the lungs**
- **17% is excreted as formic acid in urine**
- **5% is eliminated as formic acid in feces**
- **35-39% remains in the tissues**

15

# Respiratory Tract



# LUNGS



## Airways of Lungs

