## Alveoli of Lung





