# Electron Micrograph Lung Tissue



# Soluble particles can diffuse into blood capillaries; Macrophages can engulf particles and move into the blood capillaries and travel through the body



23

# Circulatory System—blood travels through the arteries and veins throughout the body



24

# Normal Epithelium of Respiratory Tract



# Stratified Squamous Epithelium
## Internal nares (nasal cavities)

