# Pseudostratified Ciliated Columnar Epithelium (posterior nasal cavity, trachea, bronchi, bronchioles entering lung



27

# Pseudostratified ciliated columnar epithelium (Respiratory epithelium)



## Holmstrom, et al Histological Changes in the nasal mucosa in Rats after Long-term Exposure to Formaldehyde and Wood Dust (Acta Otolaryngol (Stockh) 1989 108:274-283)





## Holmstrom et al: "Histological Changes in the Nasal Mucosa in Persons Occupationally Exposed to Formaldehyde Alone and in Combination with Wood Dust" (Acta Otolaryngol (Stockh) 1989; 107:120-129)

**Basis for ATSDR Chronic MRL of 8 ppb**



Fig. 4. Microphotograph showing a mucosa with histological changes graded as Score 6. The epithelium is a squamous cell epithelium with increased number of cells which also are irregular. The nuclei are slightly atypical, and there is also the odd mitosis. (H & E, ×240).