

**Normal Pseudostratified Ciliated Columnar Epithelium**

**Abnormal Stratified Squamous Epithelium with atypical nuclei**

**Metaplasia**



Normal Pseudostratified Ciliated Columnar Epithelium

Abnormal Stratified Squamous Epithelium with atypical nuclei

33

# Damage to Respiratory Epithelium observed through biopsy of workers:

- **Loss of cilia from Normal Respiratory Epithelium ( Pseudostratified Ciliated Columnar Epithelium)**

- **Goblet Cell Hyperplasia**

- **Replacement of normal respiratory epithelium with Cuboidal or Squamous Cell Metaplasia (Metaplasia = normal tissue in abnormal place; cannot perform normal function of respiratory epithelium)**

- **Basis for ATSDR Chronic Minimal Risk Level of 8 ppb**

34

# ATSDR Minimal Risk Levels (MRL)

- **The daily human exposure to formaldehyde that is likely to be without appreciable risk of adverse noncancer health effects**

- **Chronic MRL = 8 ppb** (365 days or longer)
- Intermediate MRL = 30 ppb  (15-364 days)
- Acute MRL = 40 ppb  (1-14 days)

35



# Sequence of events in cell death by apoptosis



# Apoptotic blebs will be engulfed by macrophage—orderly cell death



# Yellow cells undergoing apoptosis after chemotherapy



# Animal studies reveal emphysema in lungs of rats exposed to Formaldehyde
## --loss of normal cellular density and architecture in the lung.
### (Holmstrom, et al Acta Otolaryngol (Stochh) 1989; 108: 274-283)



# Airways of Lungs



