# Mast Cell—loaded with granules of histamine and heparin

**Sensitized Mast Cell**
**Before antigenic stimulation**

**After antigen attached to IgE and**
**release of granules**



## Evidence for Causal Association of Formaldehyde and Asthma

| | | | |
|---|---|---|---|
| **1.** | **Casset, et al., 2006** | **Asthmatics sensitized to house dust mite, response to allergen provocation increased** | **81 ppb** |
| **2.** | **Norback, et al, 1995 adults** | **relationship between formaldehyde concentration in the bedroom and nocturnal symptoms (p < 0.01) Concentration in homes with nocturnal breathlessness:** | **23 ppb mean (4-89 ppb)** |
| | | **Concentration in homes without nocturnal breathlessness:** | **14 ppb mean (4-49 ppb)** |
| | | **Nocturnal breathlessness in relation to formaldehyde: OR = 12.5 95%CL(2.0-77.9)** | |
| **3.** | **Rumchev et al., 2002 children** | **Indoor exposure to formaldehyde and risk of asthma: OR = 1.39 95%CL(1.1–1.7) when compared to FA levels < 8 ppb** | **49 ppb** |
| | | **Biological gradient:** | |
| | | OR = 1.0 | 24.3 - 39.8 ppb |
| | | OR = 1.2 | 40.6-47.9 ppb |
| | | OR = 1.39 | ≥ 49  ppb |
| **4.** | **Zhao, et al., 2008 children** | **indoor air formaldehyde and cumulative asthma: OR = 4.61 95%CL (1.09-19.5) (p < 0.05)** | |
| **5.** | **Wantke et al., 1996 children** | **Demonstrated that after removal of children with elevated IgE levels to FA conc of 43-75 ppb, to buildings with FA conc of 23-29 ppb, the IgE to FA decreased significantly (p< 0.002) as did the incidence of symptoms** | **43—75 ppb** |
| | | **Correlation of symptoms with FA** | **43—75 ppb** |
| **6.** | **Gu et al., 2008** | **Murine model: enhanced FA-specific IgE responses and NK-cell activity in peripheral blood cells** | |



# Causal Analysis
## Reference Manual on Scientific Evidence, Federal Judiciary Center

1. Strength of the Association of disease/cancer and exposure
2. Consistency
3. Dose-response or biological gradient
4. Temporal
5. Biologic Plausibility
6. Coherence
7. Experimental evidence

# International Agency for Research on Cancer (IARC) of the World Health Organization

## Formaldehyde is carcinogenic to Humans
### Group 1

# Nasal cavity cancer





# Nasopharyngeal Cancer



# Cancer of the Oropharynx





**Causal Evidence:**
**Strength of Association**
**Consistency**

- **Sinonasal cancer** (Olsen et al, 1984)

  **RR = 2.8 (95% CI, 1.8–4.3)** ever exposed

- **Nasal cavity and accessory sinuses** (Hayes et al, 1986)

  **RR = 2.5 (90% CI, 1.5–4.3)**

  **RR = 3.0 (95% CI, 1.2–7.8)** squamous-cell carcinoma only

- **Nasal cavity and parasinuses** (Luce et al, 1993)

  **RR = 5.33 (95% CI, 1.28–22.20)**

  **RR = 6.86 (95% CI, 1.69–27.80)**

- **Nasopharynx** (West et al, 1993)

  **RR = 2.7 (95% CI, 1.1-6.6)** occupation <15 years

- **Nasopharyngeal carcinoma** (Vaughn, et al, 2000)

  **RR = 3.0 (95% CI, 1.3-6.6)** cumulative exposure >1.10 ppm-yrs

51

# Causal evidence for concentrations of exposure to Formaldehyde

**Industrial cohort studies:**

- **Exposure assessed for thousands of different job types**

- Every subject is assigned same exposure for a given period and job

- **Studies rely on aggregated information for plants and departments to estimate job-specific exposure levels—therefore measurement data is limited**

- Workers vary in the use of personal protective equipment within exposure measurements

52

# Causal evidence for concentrations of exposure to Formaldehyde (Hauptmann, 2009)

Case-control study in a cohort of deceased funeral industry workers:

- Only one exposed job-type (embalming)
- Individual exposure levels estimated from subject-specific information
- Use of statistical models that were based on high-quality measurement data

Formaldehyde exposure level:  Myeloid Leukemia

100−180 ppb TWA 8-hour

OR = 13.6(95% CI,1.5-125.8)

53

# Biologic Plausibility

## Mechanisms of Action

# International Agency for Research on Cancer (IARC) of the World Health Organization

IARC statement referring to mechanistic evidence:

"This highlights the ability of mechanistic information to provide robust evidence of carcinogenicity and suggests that preventive actions can be taken without waiting for cancers to be observed in exposed humans."

(October, 2009, Vol 100F )

6

## Causal  Evidence of Carcinogenicity from Genotoxicity and Cytoxicity

| Journal article | genotoxic/cytotoxic damage | exposure concentration |
|---|---|---|
| 1.  Shaham, Bomstein, Gurvich, Rashkovsky, and Kaufman (2009) | DNA-Protein crosslinks in workers significantly higher in FA-exposed group than control group (p < 0.01) | ≥ 40 ppb |
| 2.  Ballarin, Sarto, Giacomelli, Rashkovsky, Kaufman (2009) | Frequency of micronucleated cells significantly higher in FA-exposed workers than unexposed control group  (p < 0.01) | ≥ 65 ppb |
| 3.  Costa, Coelho, Costa, Silva, Mayan (2008) | Micronuclei frequency significantly higher in the FA- exposed worker group than the controls. (p = 0.003) | 40 ppb-1.58 ppm |
|  | Sister Chromatid Exchange mean value significantly higher among FA-exposed group than controls. (p<0.05) | 40 ppb-1.58 ppm |
|  | Comet Assay Data significant increase of Comet Tail Length (TL) in FA- exposed workers than in control group (p<0.05) | 40 ppb-1.58 ppm |

56

## LETTER

# Identifying tumour sites in the *IARC Monographs*

The letter from Drs Huff and Infante

**V J Cogliano**

**Correspondence to:** V J Cogliano, IARC Monographs Programme, International Agency for Research on Cancer, Lyon, France; cogliano@iarc.fr

**Competing interests:** None.

Accepted 17 February 2009

*Occup Environ Med July 2009 Vol 66 No 7*

full text of all monographs freely available on its website (http://monographs.iarc.fr/). In the most recent formaldehyde monograph,[4] for example, the critical review identifies statistically significant associations for cancers of the lung, nasal cavity, nasopharynx and hypopharynx; for lymphohaematopoietic cancer including myeloid leukaemia; for uveal melanoma and cancers of the brain and central nervous system, pancreas, salivary gland, rectum and female breast; and for all cancers combined. After considering the

**LETTER**

## Identifying tumour sites in the IARC Monographs

The letter from Drs Huff and Infante

**V J Cogliano**

**Correspondence to:** V J Cogliano, IARC Monographs Programme, International Agency for Research on Cancer, Lyon, France; cogliano@iarc.fr

**Competing interests:** None.

Accepted 17 February 2009

*Occup Environ Med July 2009 Vol 66 No 7*

possible, or expansively, as examples where strong evidence exists at the time. IARC takes the expansive view and recognises the likelihood that an agent may also cause cancer at other sites and by other mechanisms. For example, tobacco, first identified as a cause of lung cancer in smokers, has since been established to cause cancer at more than a dozen other sites and also in non-smokers exposed to tobacco smoke.

Finally, Huff and Infante suggest that IARC should be re-evaluating probable and

## LETTER

# Identifying tumour sites in the *IARC Monographs*

The letter from Drs Huff and Infante

**V J Cogliano**

**Correspondence to:** V J Cogliano, IARC Monographs Programme, International Agency for Research on Cancer, Lyon, France; cogliano@iarc.fr

**Competing interests:** None.

Accepted 17 February 2009

*Occup Environ Med July 2009 Vol 66 No 7*

that can be measured long before tumours can be observed. We are convinced that taking this year to bring together information about mechanisms known to cause cancer will promote earlier identification of carcinogens in the future, including new chemicals and complex exposures that have not or cannot be studied by epidemiology. This is better than waiting decades for studies to document avoidable cancers in humans and would be a great achievement for workers and public health.

# Excluding the bloodstream, the descending order of effectiveness for the other routes would be:

- Inhalation
- Intraperitoneal
- Subcutaneous
- Intramuscular
- Intradermal
- Oral
- Dermal





Formaldehyde (EHC 89, 1989)

INTERNATIONAL PROGRAMME ON CHEMICAL SAFETY

ENVIRONMENTAL HEALTH CRITERIA 89

FORMALDEHYDE

This report contains the collective views of an international group of
experts and does not necessarily represent the decisions or the stated
policy of the United Nations Environment Programme, the International
Labour Organisation, or the World Health Organization.

Published under the joint sponsorship of
the United Nations Environment Programme,
the International Labour Organisation,
and the World Health Organization

World Health Orgnization
Geneva, 1989

remain constant (Inoue et al., 1987).

Daily intake of formaldehyde through food is difficult to evaluate, but a rough estimate from available data is in the range of 1.5-14 mg/day for an average adult, most of it in a bound and unavailable form.

# Gaseous Formaldehyde

- Measured in $mg/m^3$  or  $\mu g/m^3$
- Conversion factor to obtain ppm or ppb:

$$mg/m^3 = 1.23 \text{ x ppm}$$

$$\mu g/m^3 = 1.23 \text{ x ppb}$$

## <u>weight</u> per unit <u>volume</u> of air

64

# Comparison must be made within same units of measurement

- Free formaldehyde measured in air
- $mg/m^3$ or $\mu g/m^3$
- $m^3$ = volume of air

- Bound and unavailable formaldehyde in foods in diet measured
- $mg/kg$ (solid foods)
- $mg/L$ (liquid foods)
- $kg$ = weight of food
- $L$ = volume of liquid

65

# Units of Measurements



48 inches      6 feet

2400 ounces  260 pounds